B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                     Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ILLIQUIDX LTD**                          **Falcon Private Bank Limited**
Name of Transferee                         Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): **67326**
should be sent:                                    Total Amount of Claim Filed:
                                                   USD $ 17,560,542.47
                                                   Amount of Claim Transferred:
                                                   USD $ 100,236.71 (0.5708065% of claim
                                                   amount)
                                                   ISIN/CUSIP: **XS0322748202** (0.34653465%)
                                                   ISIN/CUSIP: **XS0242136413** (100%)
                                                   ISIN/CUSIP: **XS0270174872** (100%)
                                                   ISIN/CUSIP: **XS0274127009** (100%)
                                                   Date Claim Filed: October 30, 2009

**Celestino Amore**
**Managing Director**
**Illiquidx Ltd**
**80 Fleet Street**
**London EC4Y 1EL, UK**
**Phone: +44 207 832 0181**
**Email: amore@illiquidx.com**



Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

By: _____          Date: July 18, 2011
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                    Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. **67326** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on **July 18, 2011**

**Falcon Private Bank Limited**                    **ILLIQUIDX LTD**
Name of Alleged Transferor                         Name of Transferee

Address of Alleged Transferor:                     Address of Transferee:

**Falcon Private Bank Limited**                    **Illiquidx Ltd**
**Pelicanstrasse 37**                              **80 Fleet Street**
**PO Box 1376**                                    **London**
**Zurich 8022**                                    **EC4A 2AB**
**Switzerland**                                    **United Kingdom**

### ~~DEADLINE TO OBJECT TO TRANSFER~~
The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

**AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM**
**LEHMAN PROGRAM SECURITY**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Falcon Private Bank Ltd., as agent for its customers** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Illiquidx Ltd.** (the "Purchaser"), under the condition set out in clause 7 and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the claim amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **67326** filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to or evidencing the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim and any and all of Seller's right, title and interest in, to and under any right or remedy of Seller or any prior seller against any prior seller in respect of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 (as "Lehman Programs Securities to which Transfer Relates") attached hereto together with all rights and claims of the Seller against the issuer of each Purchased Security in respect thereof.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors of the Debtor that are nor entitled to priority under the Bankruptcy Code and are not subordinated; and (g) Seller has not delivered any acceleration notices with respect to the Purchased Security to Lehman Brothers Treasury Co. B.V., Lehman Brothers Securities N.V. and/or Lehman Brothers Holdings, Inc.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    The parties acknowledge that settlement shall be made on delivery of the Transferred Claim and the Purchased Security versus payment basis. For the avoidance of doubt, the parties acknowledge and agree that the transfer contemplated hereby shall not occur unless and until the Purchaser shall have paid the purchase price in full.

8.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction).  Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 21st day of June, 2011.

Falcon Private Bank Ltd., as agent for its customers

Illiquidx Ltd.
80 Fleet Street
London EC4Y 1EL
UNITED KINGDOM

By:_____

Name: _____  Gerd Schädler
Title: _____  Director

By:_____

Name: Celestino Amore
Title: *Managing Director*

Felix Schmidt
Director

Falcon Private Bank Ltd.
Pelikanstrasse 37
P.O. Box 1376
CH-8021 Zurich

2

## SCHEDULE 1

## Transferred Claims

**Purchased Claim**

0.57080063% of US$ 17,560,542.47 which is the equivalent of US$ 100,236.71 (100% of the outstanding amount of ISIN/CUSIPs XS0242136413, XS0270174872 and XS0270127009, and 0.34653465% of the outstanding amount of ISIN/CUSIPs XS0322748202, as described in the Proof of Claim as of 21st day of June, 2011), plus all accrued interest, fees and other recoveries due.

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | U.S. $ Amount claimed in Proof of Claim with respect to Lehman Programs Securities to which Transfer relates |
|---|---|---|---|---|---|---|---|
| Issue of CHF1,720,000 Notes linked to a Basket of Global Commodities Indices, due March 2013 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$100,000,00 0,000 Euro Medium-Term Note Program | XS0242136413 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 100% of the ISIN/CUSIP XS0242136413 under the Proof of Claim, which is CHF10,000, plus all accrued interest, fees and recoveries due. | Index-linked | 6th of March 2013 | CHF10,000 Notional Amount (US$ 8,933.36 using an exchange rate of CHF/USD = 0.89334), plus all accrued interest, fees and recoveries due. |
| Issue of EUR1,000,000 Uran Basket Notes, due November 2014 Guaranteed by Lehman Brothers Treasury Co. B.V. | XS0270174872 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 100% of the ISIN/CUSIP XS0270174872 under the Proof of Claim, which is EUR10,000, plus all accrued interest, fees and | Index-linked | 17th of November 2014 | EUR10,000 Notional Amount (US$ 14,175.00 using an exchange rate of EUR/USD = 1.4175), plus all accrued interest, fees and recoveries due. |

| Issue | ISIN | Issuer | Guarantor | Proof of Claim | Type | Maturity | Recovery |
|---|---|---|---|---|---|---|---|
| Holdings Inc. under the U.S.$100,000,000.00 Euro Medium-Term Note Program | | | | | | | recoveries due. |
| Issue of EUR3,280,000 EUR FX Best of Basket Digital Notes, due May 2009 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$100,000,000.00 Euro Medium-Term Note Program | XS0274127009 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 100% of the ISIN/CUSIP XS0274127009 under the Proof of Claim, which is EUR50,000, plus all accrued interest, fees and recoveries due. | Index-linked | 13th of May 2009 | EUR50,000 Notional Amount (US$ 70,875.00 using an exchange rate of EUR/USD = 1.4175), plus all accrued interest, fees and recoveries due. |
| Issue of CHF10,000,000 Reverse Convertible Certificates due October 2008 Guaranteed by Lehman Brothers Holdings Inc. | XS0322748202 | Lehman Brothers Securities N.V. | Lehman Brothers Holdings Inc. | 0.34653465% of the ISIN/CUSIP XS0322748202 under the Proof of Claim, which is CHF7,000, plus all accrued interest, fees and recoveries due. | 15.50 per cent per annum unadjusted | 5th of October 2008 | CHF7,000 Notional Amount (US$ 6,253.35 using an exchange rate of CHF/USD = 0.89334), plus all accrued interest, fees and recoveries due. |

4

Amended Proof of Claim Form

| | |
|---|---|
| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000067326 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>Falcon Private Bank Ltd., as agent for its customers<br>Pelikanstrasse 37<br>P.O. Box 1376<br>Zurich 8021, Switzerland<br>See attached Addendum to Proof of Claim for additional names and addresses for notice<br>Telephone number: +41 44 227 57 61 Email Address: markus.schoenenberger@falconpb.com | ☒ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: 58692<br>(If known)<br><br>Filed on: October 30, 2009 |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:                    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim:  $ <u>Unliquidated - see attached Addendum to Proof of Claim</u>        **(Required)**

☒    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**See attached Addendum to Proof of Claim        **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**See attached Addendum to Proof of Claim                (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**See attached Addendum to Proof of Claim                (Required)**

| 5.  **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions | **FOR COURT USE ONLY**<br><br>FILED / RECEIVED<br><br>FEB 0 8 2011<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br>February 1,<br>2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Markus Schönenberger, Executive Director | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Falcon Private Bank Ltd.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

___DEFINITIONS___

___INFORMATION___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## ADDENDUM TO PROOF OF CLAIM

This proof of claim is filed in the chapter 11 case of Lehman Brothers Holdings Inc., (the "Debtor"). Case No. 08-13555 (ALG), by Falcon Private Bank Ltd., as agent for its customers ("Claimant").

Claimant's address is set forth on the first page of this proof of claim. Any notice relating to this proof of claim should be sent to such address with additional copies to be sent to the following addresses:

> Schellenberg Wittmer
> Lowenstrasse 19
> P.O. Box 1876
> Zurich 8021, Switzerland
> Attention: Philippe Borens, Esq., and Benno Strub, Esq.

This proof of claim is filed in connection with a Lehman Program Security as that term is defined in that certain July 2, 2009 order establishing the deadline for filing proofs of claim (the "Bar Date Order").

This proof of claim amends and supersedes claim no. 58692 filed on October 30, 2009 to insert the nominal/face amount for the Lehman Program Securities covered by this proof of claim (the "Notes")  The nominal/face amount for Notes denominated in other currencies than U.S. dollars (Euros [EUR], British pounds [GBP], Swiss Francs [CHF], Hong Kong dollars [HKD], Singapore dollars [SGD]) are converted to U.S. dollars using the September 15, 2008 exchange rates posted by the Federal Reserve Bank of New York (i.e., EUR 1.00 = USD 1.4175; GBP 1.00 = USD 1.7877; USD 1.00 = CHF 1.1194; USD 1.00 = HKD 7.7937; USD 1.00 = SGD 1.4292).

In additional to the nominal/face amount of the Notes, Claimant is owed an additional amount (the "Additional Amount") calculated in accordance with the Final Term/Pricing Supplement relating the applicable Lehman Program Security.  For the reason set forth below, Claimant is unable to calculate the Additional Amount owed with regard to the Notes.  As a result, this proof of claim is filed in an unliquidated amount equal to the nominal/face amount set forth below plus the Additional Amount.

Claimant is unable to calculate the Additional Amounts because the Calculation Agents for the Notes (which are affiliates of the Debtor) are subject to insolvency procedures in other jurisdictions, and have not performed their duty to make the necessary calculations.  Claimant thus finds itself obliged to file an unliquidated claim because itself does not possess the necessary information, systems, or models necessary to perform the requisite calculations.

Note: Until April 17, 2009, Falcon Private Bank Ltd. was known as AIG Private Bank Ltd.

The following chart shows each Note to which this claim relates, the depository blocking reference number, the depository participant account number, and the nominal/face amount of each Note .

EAST\43090124.1

| ISIN | Blocking reference | Depository participant account | Nominal/Face Amount in [currency] | Nominal/Face Amount in USD |
|---|---|---|---|---|
| XS0210414750 | CA07451 | SIXSISAG20.100'515 | GBP 460,000 | 822,342.00 |
| XS0322748202 | CA07396 | SIXSISAG20.100'515 | CHF 2,020,000 | 1,804,538.15 |
| CH0039308678 | 1579131856102200 | SIX SIS AG 20.100'515 | USD 30,000 | 30,000.00 |
| XS0195874523 | CA07393 | SIXSISAG20.100'515 | USD 2,000,000 | 2,000,000.00 |
| XS0226717238 | CA07392 | SIXSISAG20.100'515 | USD 600,000 | 600,000.00 |
| XS0242136413 | CA07390 | SIXSISAG20.100'515 | CHF 10,000 | 8,933.36 |
| XS0270174872 | CA07388 | SIXSISAG20.100'515 | EUR 10,000 | 14,175.00 |
| XS0274127009 | CA07387 | SIXSISAG20.100'515 | EUR 50,000 | 70,875.00 |
| XS0300152070 | CA07386 | SIXSISAG20.100'515 | EUR 1,200,000 | 1,701,000.00 |
| XS0308389807 | CA07383 | SIXSISAG20.100'515 | USD 70,000 | 70,000.00 |
| XS0311484561 | CA07377 | SIXSISAG20.100'515 | USD 1,600,000 | 1,600,000.00 |
| XS0323882216 | CA07376 | SIXSISAG20.100'515 | SGD 1,750,000 | 1,224,461.24 |
| XS0324983450 | CA07375 | SIXSISAG20.100'515 | SGD 1,850,000 | 1,294,430.45 |
| XS0326026068 | CA07374 | SIXSISAG20.100'515 | SGD 2,750,000 | 1,924,153.37 |
| XS0329714157 | CA07372 | SIXSISAG20.100'515 | SGD 1,350,000 | 944,584.38 |
| XS0330889493 | CA07371 | SIXSISAG20.100'515 | USD 500,000 | 500,000.00 |
| XS0331533256 | CA07370 | SIXSISAG20.100'515 | USD 100,000 | 100,000.00 |
| XS0334088548 | CA07369 | SIXSISAG20.100'515 | HKD 1,000,000 | 128,308.76 |
| XS0336414940 | CA07368 | SIXSISAG20.100'515 | SGD 2,050,000 | 1,434,368.88 |
| XS0336415327 | CA07361 | SIXSISAG20.100'515 | SGD 1,350,000 | 944,584.38 |
| XS0282978666 | CA07360 | SIXSISAG20.100'515 | EUR 45,000 | 63,787.50 |
| XS0301813522 | CA07450 | SIXSISAG20.100'515 | USD 280,000 | 280,000.00 |
| Total | | | --- | 17,560,542.47 |

## Reservation of Rights

No judgment has been entered on any portion of the proof of claim.

Claimant hereby reserves the right to assert further, additional and amended claims.

By executing and filing this proof of claim, Claimant, is not (i) waiving or releasing Claimant's rights against any other entity or person or (ii) electing a remedy which waives or otherwise affects any other remedy of Claimant.

Claimant, in executing and filing this proof of claim, does not waive any right to any security, collateral or share thereof to which it may be entitled or any right to claim specific assets or any other right or rights that it has or may have against the Debtor or any other person or persons, and expressly reserves the right to amend or supplement this proof of claim in any respect and to file additional proofs of claim for additional claims.

Exhibits: MT599 Swift messages

EAST\43090124.1

```
From: INSECHZZXXX                                            P-WERT-I/157344
  To: WERTSCHRIFTEN
------------------------------------------------------------------------------
 RFK: J239ME3042515779      Printed On: 2009-09-22 14:30:52    Page No:   1
 TRN: 2212117331909002
------------------------------------------------------------------------------
* Incoming *
        MT: 599 Free Format Message
    Sender: INSECHZZXXX
            SIX SIS AG
            ZURICH
Send Ref: 001935/732642/09-09-22 14:30:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
    Owner: WERTSCHRIFTEN             Internal Priority: U
    Stage: Inb-Cmpl                     Next Activity: Micro-F
    Input: FIN    /FIN-L  /5838  /440625/2009-09-22 14:30:52


    MUR (108):              J239ME3042515779
    Banking Priority (113):  XXXX
------------------------------------------------------------------------------
:20: Transaction Reference Number:   2212117331909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0336415327
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0336415327
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'195
.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF SGD 1'350'000 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM

YOUR CLAIM REFERENCE IS: CA07361
.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
------------------------------------------------------------------------------
```

Message History:

| Date | Time | Action Xmt Rslt | User Net Prio | Recipient | DelServ | Stage ComServ | Next Act Com Seq# |
|------|------|------|------|------|------|------|------|
| 09-09-22 | 14:30:52 | IOK | U | | FIN | Inb-Cmpl | Micro-F |

```
------------------------------ E N D  M E S S A G E ------------------------------
```

```
From: INSECHZZXXX                                           P-WERT-I/157343
  To: WERTSCHRIFTEN
--------------------------------------------------------------------------
  RFK: J239ME3022869638        Printed On: 2009-09-22 14:30:31    Page No:   1
  TRN: 2290235331909002
--------------------------------------------------------------------------
* Incoming *
      MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/732631/09-09-22 14:30:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN              Internal Priority: U
  Stage: Inb-Cmpl                     Next Activity: Micro-F
  Input: FIN    /FIN-L  /5838  /440624/2009-09-22 14:30:31


  MUR (108):              J239ME3022869638
  Banking Priority (113):  XXXX
--------------------------------------------------------------------------
:20: Transaction Reference Number:   2290235331909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0336414940
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0336414940
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'194


DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF SGD 2'050'000 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM


YOUR CLAIM REFERENCE IS: CA07368


KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21             ------------------------------
--------------------------------------------------------------------------
Message History:
                   Action  User                              Stage   Next Act
  Date    Time     Xmt Rslt Net Prio Recipient      DelServ  ComServ Com Seq#
======= ======== ======== ======== ================= ======= ======= ========
09-09-22 14:30:31 IOK      U                          FIN     Inb-Cmpl Micro-F
-------------------------- E N D   M E S S A G E --------------------------
```

```
From: INSECHZZXXX                                            P-WERT-I/157335
  To: WERTSCHRIFTEN
 ---------------------------------------------------------------------------
 RFK: J239ME2621221766          Printed On: 2009-09-22 14:26:37    Page No:  1
 TRN: 2256425131909002
 ---------------------------------------------------------------------------
* Incoming *
      MT: 599 Free Format Message
   Sender: INSECHZZXXX
           SIX SIS AG
           ZURICH
Send Ref: 001935/732245/09-09-22 14:26:00
Receiver: UEBECHZZXXX
           FALCON PRIVATE BANK LTD.
           ZURICH
   Owner: WERTSCHRIFTEN                    Internal Priority: U
   Stage: Inb-Cmpl                           Next Activity: Micro-F
   Input: FIN     /FIN-L  /5838  /440613/2009-09-22 14:26:37


   MUR (108):            J239ME2621221766
   Banking Priority (113):   XXXX
 ---------------------------------------------------------------------------
:20: Transaction Reference Number:  2256425131909002
:21: Related Reference:             NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0322748202
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0322748202
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'078


DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF CHF 2'020'000 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM

YOUR CLAIM REFERENCE IS: CA07396


KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
 ---------------------------------------------------------------------------
 ---------------------------------------------------------------------------
Message History:
                    Action  User                          Stage  Next Act
 Date    Time       Xmt Rslt Net Prio Recipient   DelServ  ComServ Com Seq#
 ======= =========  ======= ======== ============ ======= ======= =======
 09-09-22 14:26:37 IOK      U                      FIN     Inb-Cmpl Micro-F
 --------------------------- E N D   M E S S A G E --------------------------
```

```
From: INSECHZZXXX                                    P-WERT-I/157336
  To: WERTSCHRIFTEN
------------------------------------------------------------------------
  RFK: J239ME2650164064      Printed On: 2009-09-22 14:27:00    Page No:  1
  TRN: 2267937131909002
------------------------------------------------------------------------
* Incoming *
      MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/732281/09-09-22 14:26:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN                  Internal Priority: U
  Stage: Inb-Cmpl                       Next Activity: Micro-F
  Input: FIN    /FIN-L  /5838  /440616/2009-09-22 14:27:00


  MUR (108):              J239ME2650164064
  Banking Priority (113):  XXXX
------------------------------------------------------------------------
:20: Transaction Reference Number:   2267937131909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0323882216
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0323882216
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'156

DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF SGD 1'750'000 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM

YOUR CLAIM REFERENCE IS: CA07376

KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
------------------------------------------------------------------------
Message History:
                                                      Stage     Next Act
Date      Time      Action  User                      ComServ   Com Seq#
                    Xmt Rslt Net Prio Recipient  DelServ
========  ======== ======== ======= ========== ======== ======== ========
09-09-22 14:27:00 IOK       U                   FIN      Inb-Cmpl Micro-F
-------------------------- E N D   M E S S A G E --------------------------
```

```
From: INSECHZZXXX                                            P-WERT-I/157337
  To: WERTSCHRIFTEN
-----------------------------------------------------------------------------
RFK: J239ME2711661768          Printed On: 2009-09-22 14:27:21     Page No:   1
TRN: 2248329131909002
-----------------------------------------------------------------------------
* Incoming *
      MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/732286/09-09-22 14:27:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN                       Internal Priority: U
  Stage: Inb-Cmpl                            Next Activity: Micro-F
  Input: FIN    /FIN-L  /5838  /440617/2009-09-22 14:27:21


  MUR (108):              J239ME2711661768
  Banking Priority (113):   XXXX
-----------------------------------------------------------------------------
:20: Transaction Reference Number:   2248329131909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0324983450
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0324983450
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'160
.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF SGD 1'850'000 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM
.
YOUR CLAIM REFERENCE IS: CA07375
.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
-----------------------------------------------------------------------------
Message History:
                    Action  User                              Stage    Next Act
Date      Time      Xmt Rslt Net Prio Recipient      DelServ  ComServ  Com Seq#
======== ======== ======== ======== ================ ======== ======== ========
09-09-22 14:27:21 IOK       U                         FIN      Inb-Cmpl Micro-F
-------------------------- E N D   M E S S A G E --------------------------
```

```
From: INSECHZZXXX                                           P-WERT-I/157338
  To: WERTSCHRIFTEN
-----------------------------------------------------------------------------
RFK: J239ME2734687798         Printed On: 2009-09-22 14:27:42    Page No:   1
TRN: 2223801231909002
-----------------------------------------------------------------------------
* Incoming *
      MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/732412/09-09-22 14:27:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN                 Internal Priority: U
  Stage: Inb-Cmpl                     Next Activity: Micro-F
  Input: FIN    /FIN-L  /5838  /440618/2009-09-22 14:27:42


    MUR (108):              J239ME2734687798
    Banking Priority (113):  XXXX
-----------------------------------------------------------------------------
:20: Transaction Reference Number:   2223801231909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0326026068
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0326026068
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'165

DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF SGD 2'750'000 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM

YOUR CLAIM REFERENCE IS: CA07374

KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
-----------------------------------------------------------------------------
Message History:
                                                      Stage    Next Act
               Action   User
Date    Time   Xmt Rslt Net Prio Recipient   DelServ ComServ  Com Seq#
======= ====== ======== ======== ============ ======= ======= ========
09-09-22 14:27:42 IOK      U                   FIN     Inb-Cmpl Micro-F
---------------------- E N D  M E S S A G E ----------------------------
```

```
From: INSECHZZXXX                                         P-WERT-I/157339
  To: WERTSCHRIFTEN
------------------------------------------------------------------------
  RFK: J239ME2808161190        Printed On: 2009-09-22 14:28:16   Page No:   1
  TRN: 2284052231909002
------------------------------------------------------------------------
* Incoming *
        MT: 599 Free Format Message
    Sender: INSECHZZXXX
            SIX SIS AG
            ZURICH
Send Ref: 001935/732459/09-09-22 14:28:00
Receiver: UEBECHZZXXX
            FALCON PRIVATE BANK LTD.
            ZURICH
    Owner: WERTSCHRIFTEN                   Internal Priority: U
    Stage: Inb-Cmpl                         Next Activity: Micro-F
    Input: FIN     /FIN-L  /5838  /440619/2009-09-22 14:28:16


    MUR (108):              J239ME2808161190
    Banking Priority (113): XXXX
------------------------------------------------------------------------
:20: Transaction Reference Number:   2284052231909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0329714157
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0329714157
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'180


DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF SGD 1'350'000 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM


YOUR CLAIM REFERENCE IS: CA07372


KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
------------------------------------------------------------------------
Message History:
                    Action  User                               Stage    Next Act
  Date     Time     Xmt Rslt Net Prio Recipient       DelServ   ComServ  Com Seq#
  =======  =======  ======= ======= ================== =======  ======== ========
  09-09-22 14:28:16 IOK       U                          FIN      Inb-Cmpl Micro-F
  ---------------------------- E N D   M E S S A G E ----------------------------
```

```
From: INSECHZZXXX                                          P-WERT-I/157340
  To: WERTSCHRIFTEN
------------------------------------------------------------------------
RFK: J239ME2851129208          Printed On: 2009-09-22 14:29:02   Page No:  1
TRN: 2234056231909002
------------------------------------------------------------------------
* Incoming *
        MT: 599 Free Format Message
    Sender: INSECHZZXXX
            SIX SIS AG
            ZURICH
Send Ref: 001935/732529/09-09-22 14:29:00
Receiver: UEBECHZZXXX
            FALCON PRIVATE BANK LTD.
            ZURICH
   Owner: WERTSCHRIFTEN                  Internal Priority: U
   Stage: Inb-Cmpl                       Next Activity: Micro-F
   Input: FIN      /FIN-L  /5838   /440620/2009-09-22 14:29:02


    MUR (108):            J239ME2851129208
    Banking Priority (113):   XXXX
------------------------------------------------------------------------
:20: Transaction Reference Number:   2234056231909002
:21: Related Reference:      NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0330889493
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0330889493
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'185

DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF USD 500'000.00 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM

YOUR CLAIM REFERENCE IS: CA07371

KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
------------------------------------------------------------------------
Message History:
                   Action  User                          Stage  Next Act
  Date     Time    Xmt Rslt Net Prio Recipient   DelServ ComServ Com Seq#
 =======  =======  === ==== === ==== ================ ======= ======= ========
 09-09-22 14:29:02 IOK      U                    FIN     Inb-Cmpl Micro-F
 ----------------------------- E N D   M E S S A G E -----------------------
```

```
From: INSECHZZXXX                                        P-WERT-I/157341
  To: WERTSCHRIFTEN
--------------------------------------------------------------------------
RFK: J239ME2913757034        Printed On: 2009-09-22 14:29:22    Page No:    1
TRN: 2234441331909002
--------------------------------------------------------------------------
* Incoming *
        MT: 599 Free Format Message
    Sender: INSECHZZXXX
            SIX SIS AG
            ZURICH
Send Ref: 001935/732530/09-09-22 14:29:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
    Owner: WERTSCHRIFTEN                  Internal Priority: U
    Stage: Inb-Cmpl                          Next Activity: Micro-F
    Input: FIN     /FIN-L  /5838  /440621/2009-09-22 14:29:22


    MUR (108):              J239ME2913757034
    Banking Priority (113):  XXXX
--------------------------------------------------------------------------
:20: Transaction Reference Number:    2234441331909002
:21: Related Reference:               NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0331533256
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0331533256
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'186
.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF USD 100'000.00 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM
.
YOUR CLAIM REFERENCE IS: CA07370
.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
--------------------------------------------------------------------------
Message History:
                    Action  User                          Stage    Next Act
             Time   Xmt Rslt Net Prio Recipient    DelServ ComServ  Com Seq#
    Date     =====  ======== ======== ============ ======= ======== ========
09-09-22 14:29:22 IOK        U                       FIN    Inb-Cmpl Micro-F
----------------------- E N D   M E S S A G E ------------------------
```

```
From: INSECHZZXXX                                      P-WERT-I/157342
  To: WERTSCHRIFTEN
------------------------------------------------------------------------
RFK: J239ME2952630765        Printed On: 2009-09-22 14:30:00    Page No:   1
TRN: 2245543331909002
------------------------------------------------------------------------
* Incoming *
      MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/732574/09-09-22 14:29:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN                Internal Priority: U
  Stage: Inb-Cmpl                     Next Activity: Micro-F
  Input: FIN     /FIN-L  /5838  /440622/2009-09-22 14:30:00


    MUR (108):              J239ME2952630765
    Banking Priority (113):   XXXX
------------------------------------------------------------------------
:20: Transaction Reference Number:   2245543331909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0334088548
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0334088548
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'188
.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF HKD 1'000'000 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM
.
YOUR CLAIM REFERENCE IS: CA07369
.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
------------------------------------------------------------------------
Message History:
                   Action  User                      Stage     Next Act
Date     Time      Xmt Rslt Net Prio Recipient   DelServ ComServ  Com Seq#
======== ======== ======== ======== ================== ======= ======== ========
09-09-22 14:30:00 IOK      U                         FIN     Inb-Cmpl Micro-F
-------------------------- E N D  M E S S A G E ----------------------------
```

```
From: INSECHZZXXX                                         P-WERT-I/157324
  To: WERTSCHRIFTEN
----------------------------------------------------------------------
RFK: J239ME1211592093        ·Printed On: 2009-09-22 14:12:21   Page No:   1
TRN: 2270810311909002
----------------------------------------------------------------------
* Incoming *
      MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/731140/09-09-22 14:12:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN               Internal Priority: U
  Stage: Inb-Cmpl                      Next Activity: Micro-F
  Input: FIN    /FIN-L  /5838  /440598/2009-09-22 14:12:21


  MUR (108):              J239ME1211592093
  Banking Priority (113):   XXXX
----------------------------------------------------------------------
:20: Transaction Reference Number:   2270810311909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0195874523
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0195874523
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 155'815

.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF USD 2'000'000 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM

.
YOUR CLAIM REFERENCE IS: CA07393

.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
----------------------------------------------------------------------
Message History:
                                                       Stage    Next Act
            Action  User                               ComServ  Com Seq#
Date   Time Xmt Rslt Net Prio Recipient      DelServ   ComServ  Com Seq#
====== ==== ======= ======== ============== =======   =======  =======
09-09-22 14:12:21 IOK     U                     FIN     Inb-Cmpl Micro-F
---------------------- E N D   M E S S A G E ----------------------
```

```
From: INSECHZZXXX                                          P-WERT-I/157325
  To: WERTSCHRIFTEN
  --------------------------------------------------------------------
  RFK: J239ME1244742607           Printed On: 2009-09-22 14:12:56    Page No:   1
  TRN: 2246423311909002
  --------------------------------------------------------------------
  * Incoming *
        MT: 599 Free Format Message
    Sender: INSECHZZXXX
            SIX SIS AG
            ZURICH
  Send Ref: 001935/731189/09-09-22 14:12:00
  Receiver: UEBECHZZXXX
            FALCON PRIVATE BANK LTD.
            ZURICH
    Owner: WERTSCHRIFTEN                     Internal Priority: U
    Stage: Inb-Cmpl                          Next Activity: Micro-F
    Input: FIN    /FIN-L  /5838  /440599/2009-09-22 14:12:56


    MUR (108):            J239ME1244742607
    Banking Priority (113):   XXXX
  --------------------------------------------------------------------
  :20: Transaction Reference Number:   2246423311909002
  :21: Related Reference:       NOREF
  :79: Narrative:
  SUBJECT:CLAIM PROCEDURE LEHMAN XS0210414750
  ATTN. CORPORATE ACTIONS DEPARTMENT
  CLAIM PROCEDURE LEHMAN BROTHERS
  ISIN: XS0210414750
  YOUR ACCOUNT: 20.100'515 / EVENT REF.: 155'828

  DEAR ALL,
  AS PER YOUR INSTRUCTION MT565 RECEIVED ON
  21.09.2009 OVER A HOLDING OF GBP 460'000.00 LEHMAN
  BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
  THAT YOU NEED TO FILL OUT THE CLAIM FORM

  YOUR CLAIM REFERENCE IS: CA07451

  KIND REGARDS,
  SIX SIS AG
  CRISTINA MARCUCCI +41 62.311.64.21
  --------------------------------------------------------------------
  Message History:
                    Action  User                              Stage     Next Act
  Date      Time    Xmt Rslt Net Prio Recipient      DelServ  ComServ   Com Seq#
  ========= ======= ======== ======== ================ ======= ======== ========
  09-09-22 14:12:56 IOK      U                        FIN     Inb-Cmpl Micro-F
  ------------------------ E N D   M E S S A G E -----------------------
```

P-WERT-I/157326

From: INSECHZZXXX
  To: WERTSCHRIFTEN
-----------------------------------------------------------------
RFK: J239ME1313813881            Printed On: 2009-09-22 14:13:26       Page No:  1
TRN: 2220326311909002
-----------------------------------------------------------------

* Incoming *
  MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
  Send Ref: 001935/731210/09-09-22 14:13:00
  Receiver: UEBECHZZXXX
            FALCON PRIVATE BANK LTD.
            ZURICH                              Internal Priority: U
    Owner: WERTSCHRIFTEN                        Next Activity: Micro-F
    Stage: Inb-Cmpl
    Input: FIN    /FIN-L  /5838  /440600/2009-09-22 14:13:26


    MUR (108):                    J239ME1313813881
    Banking Priority (113):    XXXX
-----------------------------------------------------------------
:20: Transaction Reference Number:   2220326311909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0226717238
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0226717238
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 155'852


DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF USD 600'000.00 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM

YOUR CLAIM REFERENCE IS: CA07392

KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
-----------------------------------------------------------------

| Message History: | | | | | | | Stage | Next Act |
|------|------|--------|------|------|-----------|---------|-----------|----------|
| | | Action | User | | | | ComServ | Com Seq# |
| Date | Time | Xmt Rslt | Net Prio | Recipient | | DelServ | | |
| | | | | | | FIN | Inb-Cmpl | Micro-F |
| 09-09-22 | 14:13:26 IOK | | U | | | | | |

---------------------------- E N D  M E S S A G E ----------------------------
-----------------------------------------------------------------

```
From: INSECHZZXXX                                        P-WERT-I/157327
  To: WERTSCHRIFTEN
----------------------------------------------------------------------
 RFK: J239ME1342448224        Printed On: 2009-09-22 14:13:47    Page No:  1
 TRN: 2285318311909002
----------------------------------------------------------------------
* Incoming *
      MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/731292/09-09-22 14:13:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN            Internal Priority: U
  Stage: Inb-Cmpl                    Next Activity: Micro-F
  Input: FIN    /FIN-L  /5838  /440601/2009-09-22 14:13:47


  MUR (108):            J239ME1342448224
  Banking Priority (113):   XXXX
----------------------------------------------------------------------
:20: Transaction Reference Number:   2285318311909002
:21: Related Reference:           NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0242136413
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0242136413
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 155'875
.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF CHF 10'000.00 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM

YOUR CLAIM REFERENCE IS: CA07390
.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
----------------------------------------------------------------------
Message History:
                Action  User                          Stage   Next Act
Date     Time   Xmt Rslt Net Prio Recipient   DelServ ComServ Com Seq#
======== ====== ======== ======== ========== ======= ======= ========
09-09-22 14:13:47 IOK     U                    FIN     Inb-Cmpl Micro-F
----------------------------- E N D  M E S S A G E -----------------------------
```



```
From: INSECHZZXXX                               P-WERT-I/157328
  To: WERTSCHRIFTEN
---------------------------------------------------------------
  RFK: J239ME1502030824      Printed On: 2009-09-22 14:15:16    Page No:   1
  TRN: 2236012521909002
---------------------------------------------------------------
* Incoming *
     MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/731386/09-09-22 14:15:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN               Internal Priority: U
  Stage: Inb-Cmpl                    Next Activity: Micro-F
  Input: FIN     /FIN-L  /5838  /440603/2009-09-22 14:15:16


  MUR (108):               J239ME1502030824
  Banking Priority (113):  XXXX
---------------------------------------------------------------
:20: Transaction Reference Number:   2236012521909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0270174872
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0270174872
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 155'993
.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF EUR 10'000.00 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM
.
YOUR CLAIM REFERENCE IS: CA07388
.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
---------------------------------------------------------------
Message History:
                                                   Stage    Next Act
              Action  User                         ComServ  Com Seq#
Date    Time   Xmt Rslt  Net Prio Recipient  DelServ ComServ Com Seq#
======= ======= ======= ======== ================= ======== ======== ========
09-09-22 14:15:16 IOK      U                         FIN      Inb-Cmpl Micro-F
----------------------------- E N D  M E S S A G E ----------------------------
```

```
From: INSECHZZXXX                                    P-WERT-I/157329
  To: WERTSCHRIFTEN
------------------------------------------------------------------------
  RFK: J239ME1526840601        Printed On: 2009-09-22 14:15:41    Page No:   1
  TRN: 2284853521909002
------------------------------------------------------------------------
* Incoming *
      MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/731407/09-09-22 14:15:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN             Internal Priority: U
  Stage: Inb-Cmpl                     Next Activity: Micro-F
  Input: FIN      /FIN-L  /5838  /440604/2009-09-22 14:15:41


    MUR (108):              J239ME1526840601
    Banking Priority (113): XXXX
------------------------------------------------------------------------
:20: Transaction Reference Number:   2284853521909002
:21: Related Reference:        NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0274127009
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0274127009
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 155'999
.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF EUR 50'000.00 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM

YOUR CLAIM REFERENCE IS: CA07387
.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
------------------------------------------------------------------------
Message History:
                  Action  User                          Stage    Next Act
Date      Time    Xmt Rslt Net Prio Recipient    DelServ ComServ  Com Seq#
========  ======= ======== ======== ================= ======= ======== ========
09-09-22 14:15:41 IOK      U                           FIN     Inb-Cmpl Micro-F
-------------------------- E N D   M E S S A G E ------------------------
```

```
From: INSECHZZXXX                                    P-WERT-I/157330
  To: WERTSCHRIFTEN
-----------------------------------------------------------------------
 RFK: J239ME1551406863      Printed On: 2009-09-22 14:16:01   Page No:  1
 TRN: 2223145521909002
-----------------------------------------------------------------------
* Incoming *
     MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/731430/09-09-22 14:15:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN           Internal Priority: U
  Stage: Inb-Cmpl                   Next Activity: Micro-F
  Input: FIN    /FIN-L  /5838  /440605/2009-09-22 14:16:01


  MUR (108):              J239ME1551406863
  Banking Priority (113):  XXXX
-----------------------------------------------------------------------
:20: Transaction Reference Number:  2223145521909002
:21: Related Reference:             NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0300152070
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0300152070
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'043
.

DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF EUR 1'200'000 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM
.

YOUR CLAIM REFERENCE IS: CA07386
.

KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
-----------------------------------------------------------------------
Message History:
                                                    Stage  Next Act
                   Action User                      ComServ Com Seq#
 Date     Time     Xmt Rslt Net Prio Recipient      DelServ
 ======== ======== ======== ======== ================= ======== ======== ========
 09-09-22 14:16:01 IOK      U                        FIN    Inb-Cmpl Micro-F
------------------------ E N D  M E S S A G E -------------------------
```

```
From: INSECHZZXXX                                        P-WERT-I/157331
  To: WERTSCHRIFTEN
-----------------------------------------------------------------------
  RFK: J239ME1612672621        Printed On: 2009-09-22 14:16:21    Page No:   1
  TRN: 2278947521909002
-----------------------------------------------------------------------
* Incoming *
     MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/731469/09-09-22 14:16:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN              Internal Priority: U
  Stage: Inb-Cmpl                     Next Activity: Micro-F
  Input: FIN    /FIN-L  /5838  /440606/2009-09-22 14:16:21


  MUR (108):              J239ME1612672621
  Banking Priority (113):   XXXX
-----------------------------------------------------------------------
:20: Transaction Reference Number:    2278947521909002
:21: Related Reference:               NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0282978666
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0282978666
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'013
.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF EUR 45'000.00 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM
.
YOUR CLAIM REFERENCE IS: CA07360
.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
-----------------------------------------------------------------------
Message History:

                   Action  User                          Stage     Next Act
Date      Time     Xmt Rslt Net Prio Recipient    DelServ ComServ   Com Seq#
======== ======== ======== ======== ================ ======= ======== ========
09-09-22 14:16:21 IOK       U                        FIN     Inb-Cmpl Micro-F
---------------------------- E N D  M E S S A G E ----------------------------
```

```
From: INSECHZZXXX                                    P-WERT-I/157332
  To: WERTSCHRIFTEN
---------------------------------------------------------------------
 RFK: J239ME1703800829        Printed On: 2009-09-22 14:17:10    Page No:   1
 TRN: 2285316031909002
---------------------------------------------------------------------
* Incoming *
     MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/731538/09-09-22 14:17:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN               Internal Priority: U
  Stage: Inb-Cmpl                    Next Activity: Micro-F
  Input: FIN    /FIN-L  /5838  /440607/2009-09-22 14:17:10


  MUR (108):               J239ME1703800829
  Banking Priority (113):  XXXX
---------------------------------------------------------------------
:20: Transaction Reference Number:   2285316031909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0301813522
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0301813522
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'046
.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF USD 280'000.00 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM
.
YOUR CLAIM REFERENCE IS: CA07450
.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
---------------------------------------------------------------------
Message History:
                 Action  User                          Stage    Next Act
Date     Time    Xmt Rslt Net Prio Recipient     DelServ ComServ  Com Seq#
======== ======= ======= ======== ================= ======= ======= =======
09-09-22 14:17:10 IOK     U                         FIN     Inb-Cmpl Micro-F
----------------------------- E N D   M E S S A G E ------------------------
```

```
From: INSECHZZXXX                                    P-WERT-I/157333
  To: WERTSCHRIFTEN
-----------------------------------------------------------------------
  RFK: J239ME1747133961      Printed On: 2009-09-22 14:17:55   Page No:   1
  TRN: 2231447031909002
-----------------------------------------------------------------------
* Incoming *
      MT: 599 Free Format Message
  Sender: INSECHZZXXX
          SIX SIS AG
          ZURICH
Send Ref: 001935/731635/09-09-22 14:17:00
Receiver: UEBECHZZXXX
          FALCON PRIVATE BANK LTD.
          ZURICH
  Owner: WERTSCHRIFTEN                   Internal Priority: U
  Stage: Inb-Cmpl                          Next Activity: Micro-F
  Input: FIN     /FIN-L  /5838  /440608/2009-09-22 14:17:55


  MUR (108):            J239ME1747133961
  Banking Priority (113):   XXXX
-----------------------------------------------------------------------
:20: Transaction Reference Number:   2231447031909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0308389807
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0308389807
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'059
.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF USD 70'000.00 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM
.
YOUR CLAIM REFERENCE IS: CA07383
.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
-----------------------------------------------------------------------
Message History:
                                                   Stage    Next Act
              Action  User                         ComServ  Com Seq#
Date     Time Xmt Rslt Net Prio Recipient  DelServ ComServ  Com Seq#
======== ==== ==== ==== ==== ==== ============== ==== ======= =======
09-09-22 14:17:55 IOK     U                        FIN      Inb-Cmpl Micro-F
----------------------------- E N D  M E S S A G E -----------------------------
```

```
From: INSECHZZXXX                                        P-WERT-I/157334
   To: WERTSCHRIFTEN
-----------------------------------------------------------------------
   RFK: J239ME1828039219        Printed On: 2009-09-22 14:18:37    Page No:  1
   TRN: 2295829031909002
-----------------------------------------------------------------------
* Incoming *
      MT: 599 Free Format Message
   Sender: INSECHZZXXX
           SIX SIS AG
           ZURICH
Send Ref: 001935/731674/09-09-22 14:18:00
Receiver: UEBECHZZXXX
           FALCON PRIVATE BANK LTD.
           ZURICH
   Owner: WERTSCHRIFTEN              Internal Priority: J
   Stage: Inb-Cmpl                      Next Activity: Micro-F
   Input: FIN     /FIN-L /5838  /440609/2009-09-22 14:18:36


   MUR (108):            J239ME1828039219
   Banking Priority (113):  XXXX
-----------------------------------------------------------------------
:20: Transaction Reference Number:   2295829031909002
:21: Related Reference:              NOREF
:79: Narrative:
SUBJECT:CLAIM PROCEDURE LEHMAN XS0311484561
ATTN. CORPORATE ACTIONS DEPARTMENT
CLAIM PROCEDURE LEHMAN BROTHERS
ISIN: XS0311484561
YOUR ACCOUNT: 20.100'515 / EVENT REF.: 156'064
.
DEAR ALL,
AS PER YOUR INSTRUCTION MT565 RECEIVED ON
21.09.2009 OVER A HOLDING OF USD 1'600'000 LEHMAN
BROTHERS, WE PROVIDE YOU THE BLOCKING REFERENCE,
THAT YOU NEED TO FILL OUT THE CLAIM FORM

YOUR CLAIM REFERENCE IS: CA07377
.
KIND REGARDS,
SIX SIS AG
CRISTINA MARCUCCI +41 62.311.64.21
-----------------------------------------------------------------------
Message History:
                    Action  User
                    Xmt Rslt Net Prio Recipient         DelServ  Stage    Next Act
   Date     Time    ======== ======== ================  =======  ComServ  Com Seq#
   ======== ======= ======== ======== ================  =======  ======== ========
   09-09-22 14:18:36 IOK      U                          FIN      Inb-Cmpl Micro-F
   ---------------------- E N D   M E S S A G E ----------------------
```

Printed On: 22.09.2009 15:18:00

From:      WERTSCHRIFTEN
To:        Adobe PDF
RFK:       J239MA5618197538
TRN:       1579131856102209

                                   Copy Only


* Incoming *
****** Live ******
MT:                    MT567 - Advice of Status
Sender:                INSECHZZXXX
                       SIX SIS AG
                       ZURICH
Sender Ref:            1935    /718253    /22-Sep-2009 10:56:00
Receiver:              UEBECHZZXXX
                       FALCON PRIVATE BANK LTD.
                       ZURICH
Owner:                 WERTSCHRIFTEN
Internal Priority:     N
Stage:                 Inb-Cmpl
Next Activity:         Micro-F
Input:                 FIN    /FIN-L    /5838    /440480    /22.09.2009 10:56:00

MUR (108):             J239MA5618197538
Banking Priority (113): XXXX

Message Text

:16R:Start of Block:                        GENL
:20C:Reference:                             :SEME//1579131856102209
:20C:Reference:                             :CORP//156557
:20C:Reference:                             :COAF//SIS/LBHI-CLAIM
:23G:Function of the Message:               INST
:22F:Corporate Action Event Indicator:      :CAEV//DFLT
:16R:Start of Block:                        LINK
:13A:Linked Message (A or B):               :LINK//565
:20C:Reference:                             :RELA//CV223761001
:16S:End of Block:                          LINK


:16R:Start of Block:                        STAT
:25D:Status Code:                           :IPRC/SCOM /PACK
:16S:End of Block:                          STAT


:16S:End of Block:                          GENL

:16R:Start of Block:                        CADETL
:13A:CA Option Number:                      :CAON//001
:22F:Corporate Action Option Code (F or H): :CAOP//OTHR
:97A:Account :                              :SAFE//20100515
:35B:Identification of Financial Instrument: ISIN CH0039308678
                                            LEHMAN BROTHERS CAPITAL PROTECTED B
                                            OOSTER NOTE 2008-6.6.11 (EXP.30.5.1
                                            1) ON A BASKET OF COMMODITIES
:36B:Quantity of Financial Instrument:      :STAQ//FAMT /*30,000.*
:16S:End of Block:                          CADETL

Message History

                  Action  User                              Stage    Next Act
Date     Time     Xmt Rslt Net Prio Recipient      DelServ  ComServ  Com Seq▶
======== ======== ======= ==== ==== ============== ======== ======== ========
09-09-22 10:56:26 IOK      N                        FIN      Inb-Cmpl Micro-F

                              End Message

# H A N D   D E L I V E R Y

FEB 08 2011

EPIQ BANKRUPTCY SOLUTIONS, LLC

J. SONGER
**RECEIVED BY:**

2/8/11
**DATE**

2:10
**TIME**