B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**

Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ILLIQUIDX LTD**
Name of Transferee

**Banque Syz & Co S.A.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): **56101**
Total Amount of Claim Filed:
USD $ 71,220.00 plus all fees & interest
Amount of Claim Transferred:
USD $ 71,220.00 (EUR 50,000.00 EUR) plus all fees & interest
ISIN/CUSIP: **XS0260770010**
Date Claim Filed: July 17, 2009

**Celestino Amore**
**Managing Director**
**Illiquidx Ltd**
**80 Fleet Street**
**London EC4Y 1EL, UK**
**Phone: +44 207 832 0181**
**Email: amore@illiquidx.com**

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: July 18, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Form 210B (12/09)**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                    **Case No. 08-13555**

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. **56101** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on **July 18, 2011**

**BANQUE SYZ & CO S.A.**                    **ILLIQUIDX LTD**
Name of Alleged Transferor                    Name of Transferee

Address of Alleged Transferor:                    Address of Transferee:

**Banque Syz & Co S.A.**                    **Illiquidx Ltd**
**Rue Du Rhone**                    **80 Fleet Street**
**30 Geneva CH1211**                    **London EC4Y 1EL**
**Switzerland**                    **United Kingdom**
**Attn: Lise Deuss**

~~DEADLINE TO OBJECT TO TRANSFER~~
The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                    CLERK OF THE COURT

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| Lehman Brothers Treasury BV | 08-13555 |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)       0000056101

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Bank Syz & Co SA
Attn. BO Titres - Corporate Actions
Rue du Rhône 30
Ch-1204 Genève / Switzerland

Email: backofficetitres@syzbank.ch

Telephone number: +41 58 819 01 59     Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above)**

Deutsche Bank Trust & Co, New York
Account: 04-422-120
Swift: BKTRUS33XXX

Telephone number:     Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

---

1. **Amount of Claim as of Date Case Filed:** $ USD 71'220

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Remittance of hybrid, structured instrument Isin: XS0260770010
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 9885
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____
Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:
2009
October 27th. 0

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

A. BATTIAZ          C. PELLATON

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

```
MGTCRBEBECL          EUROCLEAR BANK S.A / N.V
0000000000000.00000.00000
TS FROM : EUROCLEAR BANK S.A / N.V / R544070817611693 000048
          BRUSSELS BELGIUM

                                                    SWF 544 R544070817611693 17082007 RECON_TITRES

                                                    N XXX00000000000

MT544 : RECEIVE FREE CONFIRMATION

TO   : BANQUE SYZ AND CO SA
       GENEVA SWITZERLAND

DATE : 17/08/2007

(16R) START OF BLOCK        GENL (General Information)
(20C) REFERENCE            QUALIFIER :SEME//  (Sender's Reference)
                           REFERENCE 7264073
(23G) FUNCTION OF THE MESSAGE  FUNCTION  NEWM   (New message)
(98C) DATE/TIME            QUALIFIER :PREP//  (Preparation Date/Time)
                           DATE 17.AUG.2007
                           TIME 02h00m00

(16R) START OF BLOCK        LINK (Linkages)
(20C) REFERENCE            QUALIFIER :RELA//  (Related Reference)
                           REFERENCE NKU 1520-1

(16S) END OF BLOCK          LINK (Linkages)
(16R) START OF BLOCK        GENL (General Information)
(16R) START OF BLOCK        TRADDET (Trade Details)
(98A) DATE                 QUALIFIER :SETT//  (Settlement Date/Time)
                           DATE 17.AUG.2007
(98A) DATE                 QUALIFIER :TRAD//  (Trade Date/Time)
                           DATE 15.AUG.2007
(98A) DATE                 QUALIFIER :ESET//  (Effective Settlement Date/
                           ime)

(35B) IDENT. OF THE FIN. INSTRUMENT
                           DATE   17.AUG.2007

                           SECURITY NUMBER ISIN XS0260770010
                           SECURITY DESCRIPTION
                           //LEHMAN BROTHERS TRE ZE*
                           /09 EUR
                           TRADDET (Trade Details)
(97A) ACCOUNT              FIAC (Financial Instrument/Account)
                           QUALIFIER :ESTT//  (Quantity of Financial Instr
                           ument Settled)
                           TYPE      FAMT/  (Face Amount)
                           QUANTITY  50000
                           QUALIFIER :SAFE.//  (Safekeeping Account)
                           ACCOUNT 10156
(16S) END OF BLOCK          FIAC (Financial Instrument/Account)
(16R) START OF BLOCK        SETDET (Settlement Details)
(22F) INDICATOR            QUALIFIER :SETR//  (Type of Settlement Transac
                           tion)
(22F) INDICATOR            INDICATOR  /TRAD
      or)                  QUALIFIER :TCPI/  (Tax Capacity Party Indicat

(16R) START OF BLOCK        INDICATOR  /PRIN
(95P) PARTY                SETPTY (Settlement Parties)
                           QUALIFIER :DEAG/  (Delivering Agent)
                           ISSUER CODE    ECLR
                           PROPRIETARY CODE /98614
(16S) END OF BLOCK          SETPRTY (Settlement Parties)
(16R) START OF BLOCK        SETPRTY (Settlement Parties)
(95P) PARTY                QUALIFIER :PSET/  (Place of Settlement)
                           BIC   MGTCRBEBECL
```

COPIE



H$

(16S) END OF BLOCK
(16S) END OF BLOCK
(-) END OF MESSAGE

SETPRTY (Settlement Parties)
SETDET (Settlement Details)

(16S) INCOMING CREAT
CREATED
HEADERS :
(1:F01STCOCHGGAXXX1874082484}{2:O54400410708170709714886740708170704
N}
TRAILER :
{5:{CHK:1EDF5179350D}{DLM:}}

INCOMING CREAT          17/08/2007 07:01:56          0

QUEUE ROUTING
CONTROL IN Q
WAIT ROUTING                 17/08/2007 07:01:56          0

WAIT ROUTING                 Num. Sess :1874          Num. Seg :882484          0

QUEUE ROUTING
ROUTAGE                       17/08/2007 07:01:56          0

WAIT ROUTING                 Num. Sess :1874

ROUTING
FILE_EXP_SMATC2               17/08/2007 07:02:02          Num. Seg :882484          RECON_TITRES
ROUTED                        17/08/2007 07:02:02

                              Routing rule : MT544-548-535          1
DELAYED MESSAGE

MSG EXPORTING
FILE_EXP_SMATC2               17/08/2007 07:02:20          1
EXPORTING                     Seq. Export : 228023

MSG EXPORT
WAIT ARCHIVING                17/08/2007 07:02:20

Page 1 of 1

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/27/2009 at 9:07 AM Central. Please print this page as proof of your filing.

| | |
|---|---|
| **Bank Syz & Co SA**<br>**Attn. Bo Titres - Corp. Actions**<br>**Rue du Rhone 30**<br>**Geneva, CH-1204 SWITZERLAND** | |
| Name of Debtor | Lehman Brothers Holdings Inc. (08-13555) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Bros Hldgs V —- 6 % Trust Pfd Secs 2004-22.4.53 Ser -M- Based On 6 % Sub Deb 53 Lehman Bro Hldg - Isin US52520E2000 |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: No |

·Quotes - Chiffres & données S&P Pan/Lehma09EMTN

Page 1 of 1

 **UBS**

### Chiffres & données S&P Pan/Lehma09EMTN

## S&P Pan/Lehma09EMTN (XTR)    Price: **92.5 EUR**    Chg. (in%):   **-**    Volum
100 % Capital Protected Notes:Lehman Brothers Treasury Bv:2006-14.7.09 (EXP.30.6.09) on
Dividend Index

| | | | | | |
|---|---|---|---|---|---|
| Symbol: | | Type: | **Produits structurés** | Industry: | **Banques/Instituts** |
| Valor: | **2619885** | Domicile: | **Pays-Bas** | Exchange: | **Xtraker** |

| Achat | Vente | | Ajout |
|---|---|---|---|

| | | | |
|---|---|---|---|
| <u>Vue d'ensemble</u> | Chart | Options | Produits structurés |
| **Chiffres & données** | | Warrants Call / Put | Emprunts convertibles |
| <u>Autres bourses</u> | | Futures | |
| | | Performance Attribution | |

**Données**

**Chiffres clés**

| | | |
|---|---|---|
| ISIN: | XS0260770010 | |
| NSIN: | CH: 2619885 | Remaining life: **0.0** |
| | Common: 026077001 | |
| Industry (Telekurs): | **Banques/Instituts de crédit** | |
| CFI code: | **DTZXFB** | |
| Nominal: | **EUR** | |
| Denomination: | **EUR 1'000** | |
| Floor: | **0.00** | |
| Callable by issuer: | **Non** | |
| Callable by client: | **Non** | |
| Expiry: | **14.07.2009** | |
| Issue amount: | **3'500'000** | |
| Issue date: | **14.07.2006** | |
| Issue price: | **100.00 %** | |
| Instrument status: | **Issued** | |

Information juridique importante: veuillez lire la présente mise en garde avant de poursuivre.
Il est possible que les produits et services présentés dans ces pages électroniques ne soient pas disponibles
pour les
résidents de certains pays. Pour de plus amples informations, veuillez consulter les restrictions de vente
relatives aux
produits et services en question.
Les rating de l'émetteur indiqués dans la documentation du produit se réfèrent à la situation au moment de
l'émission et peuvent varier pendant la durée du produit.
© UBS 1998- 2009. Tous droits réservés.
Veuillez lire les informations juridiques et restrictions spécifiques aux divers pays.
Source des données:SIX Telekurs SA et UBS SA. Indications sans engagement de notre part.
Research dans la rubrique des news
Privacy Policy

```
RECEPTION D'UN MESSAGE      PRT_TITRES.020843        21/10/09 16:45:03 Page 01
****************************************************************************
Societe : SYZ
Message: R567091021481080    File    : IMP_BOTITRES
MUR    : R567091021481080    Service : BOTITRES         Nature : SWF   Type : 567
Cree le: 21/10/09 16:45:01                              Reseau : SWIFT Prio : N
Mention(s) du message      : ORIGINAL
Mention(s) des operations: MESSAGE AUTHENTICATED


Emetteur      : Correspondant : MGTCBEBEECL          LT : MGTCBEBEDECL
ISN/OSN       : 376484              Numero de session : 2527
------------------------- MT567 : Texte du message -------------------------

DE   : MGTCBEBEECL
       EUROCLEAR BANK S.A / N.V
       BRUSSELS BELGIUM

A    : SYCOCHGGXXX
       BANQUE SYZ AND CO SA
       GENEVA SWITZERLAND

DATE : 21/10/2009


MT567 : ETAT D'ACTION CORPORATIVE ET AVIS TRAITMT
(16R) DEBUT DE BLOC               GENL
(20C) REFERENCE                   QUALIFICATIF :CORP//
(20C) REFERENCE                   REFERENCE  CA000001831267
                                  QUALIFICATIF :SEME//
(23G) FONCTION DU MESSAGE         REFERENCE  6057171
(22F) INDICATEUR : CORPORTATE ACTION  FONCTION    INST
                                  QUALIFICATIF  :CAEV/
                                  INDICATEUR  /BRUP
(98C) DATE/HEURE : PREPARATION    QUALIFICATIF :PREP//
                                  DATE       21.OCT.2009
                                  HEURE.     14H44M43
(16R) DEBUT DE BLOC               LINK
(13A) NUMERO D'IDENTIFICATION     QUALIFICATIF  :LINK//
                                  IDENTIFICATEUR 565
(20C) REFERENCE                   QUALIFICATIF :RELA//
                                  REFERENCE   LEHMAN2619885PBI
(16S) FIN DE BLOC                 LINK
(16R) DEBUT DE BLOC               STAT
(25D) STATUT                      QUALIFICATIF  :IPRC/
                                  ETAT       /PACK
(16S) FIN DE BLOC                 STAT
(16S) FIN DE BLOC                 GENL
(16R) DEBUT DE BLOC               CADETL
(13A) NUMERO D'IDENTIFICATION     QUALIFICATIF  :CAON//
                                  IDENTIFICATEUR 001
(22F) INDICATEUR : CORPORTATE ACTION  QUALIFICATIF  :CAOP/
                                  CODE DU SUJET ECLR
                                  INDICATEUR  /DISC
(97A) COMPTE : COMPTE DE TITRES   QUALIFICATIF :SAFE//
                                  COMPTE     10156
(35B) DESCRIPTION DU TITRE        NO D'ESPECE      ISIN XS0260770010
```

2619885



RECEPTION D'UN MESSAGE      PRT_TITRES.020843        21/10/09 16:45:03 Page 02
*********************************************************************************
Sociète: SYZ
Message: R567091021481080     File    : IMP_BOTITRES          Nature: SWF   Type : 567
MUR     : R567091021481080    Service: BOTITRES             Reseau: SWIFT Prio : N
Cree le: 21/10/09 16:45:01
Mention(s) du message     : ORIGINAL
Mention(s) des operations: MESSAGE AUTHENTICATED

                                  DESIGNATION DES TITRES
                                  //LEHMAN BROTHERS TRE ZCP        14/07
                                  /09 EUR
      (36B) NOMBRE DE TITRES      QUALIFICATIF :STAQ//
                                  TYPE          FAMT/
                                  QUANTITE                  50000,
      (16S) FIN DE BLOC           CADETL
      (-) FIN DE MESSAGE

*********************************************************************************
FIN RECEPTION D'UN MESSAGE                              PRT_TITRES.020843



