B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.** Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ILLIQUIDX LTD**
Name of Transferee

Name and Address where notices to transferee should be sent:

**Celestino Amore**
**Managing Director**
**Illiquidx Ltd**
**80 Fleet Street**
**London EC4Y 1EL, UK**
**Phone: +44 207 832 0181**
**Email: amore@illiquidx.com**

Name and Address where transferee payments should be sent (if different from above):

**Banque Syz & Co S.A.**
Name of Transferor

Court Claim # (if known): **56102**
Total Amount of Claim Filed:
USD $ 42,732.00 plus all fees & interest
Amount of Claim Transferred:
USD $ 42,732.00 (EUR 30,000.00 EUR) plus all fees & interest
ISIN/CUSIP: **XS0213629487**
Date Claim Filed: July 17, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:______________________________
Transferee/Transferee's Agent

Date: July 18, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Form 210B (12/09)**

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.** **Case No. 08-13555**

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. **56102** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **July 18, 2011**

**BANQUE SYZ & CO S.A.**
Name of Alleged Transferor

Address of Alleged Transferor:

**Banque Syz & Co S.A.**
**Rue Du Rhone**
**30 Geneva CH1211**
**Switzerland**
**Attn: Lise Deuss**

**ILLIQUIDX LTD**
Name of Transferee

Address of Transferee:

**Illiquidx Ltd**
**80 Fleet Street**
**London EC4Y 1EL**
**United Kingdom**

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: __________

______________________________
CLERK OF THE COURT

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
| --- | --- |
| Name of Debtor Against Which Claim is Held: Lehman Brothers Treasury BV | Case No. of Debtor: 08-13555 |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000056102

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Bank Syz & Co SA
Attn. BO Titres - Corporate Actions
Rue du Rhône 30
Ch-1204 Genève / Switzerland

Email: backofficetitres@syzbank.ch

Telephone number: +41 58 819 01 59 Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:________ (*If known*)

Filed on: ________

Name and address where payment should be sent (if different from above)
Deutsche Bank Trust & Co, New York
Account: 04-422-120
Swift: BKTRUS33XXX

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ USD 42'732

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2. Basis for Claim:** Remittance of hybrid, structured instrument Isin: XS0213629487
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 5227
**3a. Debtor may have scheduled account as:** ________
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: ________
Value of Property: $______ Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$______ Basis for perfection: ______
**Amount of Secured Claim:** $______ **Amount Unsecured:** $______

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$______

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $______
(See instruction #6 on reverse side.)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
OCT 2 9 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date:** October 27th. 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

E.-A. BATTIAZ C. PELLATON

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.





CBEBEECL EUROCLEAR BANK S.A / N.V SWF 544 R544090416269797 16042009 RECON_TITRES N XXX00000000000
)00000000.00000 R544090416269797 000167
ROM : MGTCBEBEECL
EUROCLEAR BANK S.A / N.V
BRUSSELS BELGIUM

: SYCOCHGGXXX
BANQUE SYZ AND CO SA
GENEVA SWITZERLAND

: 16/04/2009

1 : RECEIVE FREE CONFIRMATION

| | |
|---|---|
| START OF BLOCK | GENL (General Information) |
| REFERENCE | QUALIFIER :SEME// (Sender's Reference) |
| | REFERENCE 6309326 |
| FUNCTION OF THE MESSAGE | FUNCTION NEWM (New message) |
| DATE/TIME | QUALIFIER :PREP// (Preparation Date/Time) |
| | DATE 15.APR,2009 |
| | TIME 02H00M00 |
| START OF BLOCK | LINK (Linkages) |
| REFERENCE | QUALIFIER :RELA// (Related Reference) |
| | REFERENCE LMT 1945-1 |
| END OF BLOCK | LINK (Linkages) |
| END OF BLOCK | GENL (General Information) |
| START OF BLOCK | TRADDET (Trade Details) |
| DATE | QUALIFIER :SETT// (Settlement Date/Time) |
| | DATE 16.APR,2009 |
| DATE | QUALIFIER :TRAD// (Trade Date/Time) |
| | DATE 14.APR,2009 |
| DATE | QUALIFIER :ESET// (Effective Settlement Date/T |
| | DATE 16.APR,2009 |
| IDENT. OF THE FIN. INSTRUMENT | |
| | SECURITY NUMBER ISIN XS0213629487 |
| | SECURITY DESCRIPTION |
| | //LEHMAN BROTHERS TRE ZCP 09/03 |
| | /09 EUR |
| END OF BLOCK | TRADDET (Trade Details) |
| START OF BLOCK | FIAC (Financial Instrument/Account) |
| QTY OF FIN. INSTRUMENT Settled) | QUALIFIER :ESTT// (Quantity of Financial Instr |
| | TYPE FAMT/ (Face Amount) |
| | QUANTITY 30000. |
| ACCOUNT | QUALIFIER :SAFE// (Safekeeping Account) |
| | ACCOUNT 10156 |
| END OF BLOCK | FIAC (Financial Instrument/Account) |
| START OF BLOCK | SETDET (Settlement Details) |
| INDICATOR | QUALIFIER :SETR/ (Type of Settlement Transac |
| | INDICATOR /TRAD |
| INDICATOR | QUALIFIER :TCPI/ (Tax Capacity Party Indicat |
| | INDICATOR /PRIN |
| START OF BLOCK | SETPRTY (Settlement Parties) |
| PARTY | QUALIFIER :DEAG/ (Delivering Agent) |
| | ISSUER CODE ECLR |
| | PROPRIETARY CODE /98614 |
| END OF BLOCK | SETPRTY (Settlement Parties) |
| START OF BLOCK | SETPRTY (Settlement Parties) |

COPIE



UBS

Chiffres & données Bskt/Lehman Bros 09

**Bskt/Lehman Bros 09 (XTR)** Price: **91.43 EUR** Chg. (in%): **-28.67 EUR (-23.87% )** Volume: -

100 % Capital Protected Notes Lehman Brothers Treasury Bv 2005-9.3.09 On a Basket of 10 High Dividend Yield Stocks

| | | | | | |
|---|---|---|---|---|---|
| Symbol: | | Type: | Produits structurés | Industry: | |
| Valor: | 2075227 | Domicile: | - | Exchange: | Xtraker |

Achat | Vente | Ajouter au portefeuille

Vue d'ensemble | Chart | Options | Produits structurés | Fiscalité de l'épargne UE

Chiffres & données | Warrants Call / Put | Emprunts convertibles

Autres bourses | Futures

Performance Attribution

Données

| | |
|---|---|
| ISIN: | XS0213829487 |
| NSIN: | CH: 2075227 |
| | Common: 021382948 |
| Distribution | Discount |
| CFI code: | DTZXFB |
| Nominal: | EUR |
| Denomination: | EUR 1'000 |
| Floor: | 0.00 |
| Callable by issuer: | Non |
| Callable by client: | Non |
| Expiry: | 09.03.2009 ← |
| Issue amount: | 20'000'000 |
| Issue date: | 09.03.2005 |
| Issue price: | 101.50 % |
| Settlement type: | Cash |
| Instrument status: | Issued |

Chiffres clés

Remaining life: 0.0

[illegible]
Il est possible que les produits et services présentés dans ces pages électroniques ne soient pas disponibles pour les résidents de certains pays. Pour de plus amples informations, veuillez consulter les restrictions de vente relatives aux produits et services en question.
Les rating de l'émetteur indiqués dans la documentation du produit se réfèrent à la situation au moment de l'émission et peuvent varier pendant la durée du produit.
© UBS 1998- 2009. Tous droits réservés.
[illegible]
Source des données: SIX Telekurs SA et UBS SA. Indications sans engagement de notre part.
[illegible]
[illegible]

```
                              BIC        EUROCLEAR BANK S.A / N.V
                              BIC        BRUSSELS BELGIUM
I END OF BLOCK                SETPRTY (Settlement Parties)
I END OF BLOCK                SETDET (Settlement Details)
END OF MESSAGE

MING CREAT       16/04/2009 07:35:34                                      0
ATED
ERS :
)1SYCOCHGGAXXX2368254530}{2:O5440056090416MGTCBEBEGECL1119352289090416O735

LER :
CHK:23FB57E7877E}{DLM:}}

E ROUTING        16/04/2009 07:35:34                                      0
TROL_IN_Q
T ROUTING        Num. Sess :2368          Num. Seq :254530

E ROUTING        16/04/2009 07:35:35                                      0
TAGE
T ROUTING        Num. Sess :2368          Num..Seq :254530

ING              16/04/2009 07:35:39                RECON_TITRES          1
E_EXP_SMATC2
TED              Routing rule : MT544-548-535
                 DELAYED MESSAGE

EXPORTING        16/04/2009 07:35:53                                      1
E_EXP_SMATC2
ORTING           Seq. Export : 141972

EXPORT           16/04/2009 07:35:53 SMT2                                 0
T ARCHIVING
```



**CLAIM FORM FILING CONFIRMATION**

**Your claim form was successfully filed on 10/27/2009 at 9:07 AM Central. Please print this page as proof of your filing.**

**Bank Syz & Co SA**
**Attn. Bo Titres - Corp. Actions**
**Rue du Rhone 30**
**Geneva, CH-1204 SWITZERLAND**

| | |
|---|---|
| Name of Debtor | Lehman Brothers Holdings Inc. (08-13555) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Bros Hldgs V — 6 % Trust Pfd Secs 2004-22.4.53 Ser -M- Based On 6 % Sub Deb 53 Lehman Bro Hldg - Isin US52520E2000 |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: No |

```
RECEPTION D'UN MESSAGE      PRT_TITRES.020844          21/10/09 16:46:26 Page 01
*******************************************************************************
Societe: SYZ
Message: R567091021481081  File    : IMP_BOTITRES     Nature: SWF   Type : 567
MUR    : R567091021481081  Service: BOTITRES          Reseau: SWIFT Prio : N
Cree le: 21/10/09 16:46:22
Mention(s) du message     : ORIGINAL
Mention(s) des operations: MESSAGE AUTHENTICATED

Emetteur        : Correspondant : MGTCBEBEECL         LT : MGTCBEBEGECL
ISN/OSN         : 376485                Numero de session : 2527
------------------------- MT567 : Texte du message -----------------------

DE    : MGTCBEBEECL
        EUROCLEAR BANK S.A / N.V
        BRUSSELS BELGIUM

A     : SYCOCHGGXXX
        BANQUE SYZ AND CO SA
        GENEVA SWITZERLAND

DATE : 21/10/2009


MT567  : ETAT D'ACTION CORPORATIVE ET AVIS TRAITMT
(16R) DEBUT DE BLOC                GENL
(20C) REFERENCE                    QUALIFICATIF :CORP//
                                   REFERENCE  CA000001830682
(20C) REFERENCE                    QUALIFICATIF :SEME//
                                   REFERENCE  6057166
(23G) FONCTION DU MESSAGE          FONCTION      INST
(22F) INDICATEUR : CORPORTATE ACTION
                                   QUALIFICATIF  :CAEV/
                                   INDICATEUR    /BRUP
(98C) DATE/HEURE : PREPARATION     QUALIFICATIF :PREP//
                                   DATE          21.OCT,2009
                                   HEURE         14H43M44
(16R) DEBUT DE BLOC                LINK
(13A) NUMERO D'IDENTIFICATION      QUALIFICATIF   :LINK//
                                   IDENTIFICATEUR 565
(20C) REFERENCE                    QUALIFICATIF :RELA//
                                   REFERENCE  LEHMAN2075227PBI
(16S) FIN DE BLOC                  LINK
(16R) DEBUT DE BLOC                STAT
(25D) STATUT                       QUALIFICATIF  :IPRC/
                                   ETAT          /PACK
(16S) FIN DE BLOC                  STAT
(16S) FIN DE BLOC                  GENL
(16R) DEBUT DE BLOC                CADETL
(13A) NUMERO D'IDENTIFICATION      QUALIFICATIF   :CAON//
                                   IDENTIFICATEUR 001
(22F) INDICATEUR : CORPORTATE ACTION
                                   QUALIFICATIF  :CAOP/
                                   CODE DU SUJET ECLR
                                   INDICATEUR    /DISC
(97A) COMPTE : COMPTE DE TITRES    QUALIFICATIF :SAFE//
                                   COMPTE        10156        2075227
(35B) DESCRIPTION DU TITRE         NO D'ESPECE            ISIN XS0213629487
```

```
RECEPTION D'UN MESSAGE      PRT_TITRES.020844          21/10/09 16:46:26 Page 02
********************************************************************************
Societe: SYZ
Message: R567091021481081  File    : IMP_BOTITRES      Nature: SWF   Type : 567
MUR    : R567091021481081  Service: BOTITRES          Reseau: SWIFT Prio : N
Cree le: 21/10/09 16:46:22
Mention(s) du message      : ORIGINAL
Mention(s) des operations: MESSAGE AUTHENTICATED

                                 DESIGNATION DES TITRES
                                 //LEHMAN BROTHERS TRE ZCP      09/03
                                 /09 EUR
(36B) NOMBRE DE TITRES           QUALIFICATIF :STAQ//
                                 TYPE          FAMT/
                                 QUANTITE                  30000,
(16S) FIN DE BLOC                CADETL
(-) FIN DE MESSAGE

********************************************************************************
FIN RECEPTION D'UN MESSAGE
                                                       PRT_TITRES.020844
```



## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Syz & Co SA** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Illiquidx Ltd.** (the "Purchaser"), under the condition set out in clause 7 and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the claim amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **56102** filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to or evidencing the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim and any and all of Seller's right, title and interest in, to and under any right or remedy of Seller or any prior seller against any prior seller in respect of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 (as "Lehman Programs Securities to which Transfer Relates") attached hereto together with all rights and claims of the Seller against the issuer of each Purchased Security in respect thereof.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors of the Debtor that are nor entitled to priority under the Bankruptcy Code and are not subordinated; and (g) Seller has not delivered any acceleration notices with respect to the Purchased Security to Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holdings, Inc.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. The parties acknowledge that settlement shall be made on delivery of the Transferred Claim and the Purchased Security versus payment basis. For the avoidance of doubt, the parties acknowledge and agree that the transfer contemplated hereby shall not occur unless and until the Purchaser shall have paid the purchase price in full.

8. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 28th day of June, 2011.

**Bank Syz & Co SA**

By:
Name:
Title: Christophe Pellaton Séverine Schopfer

**Illiquidx Ltd.**
**80 Fleet Street**
**London EC4Y 1EL**
**UNITED KINGDOM**

**By:**
**Name: Celestino Amore**
**Title:** ***Managing Director***

**SCHEDULE 1**

**Transferred Claims**

**Purchased Claim**

100% of US$ 42,732.00 which is the equivalent of US$ 42,732.00 (the outstanding amount of ISIN/CUSIP XS0213629487 as described in the Proof of Claim as of 28th day of June, 2011), plus all accrued interest, fees and other recoveries due.

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | U.S. $ Amount claimed in Proof of Claim with respect to Lehman Programs Securities to which Transfer relates |
|---|---|---|---|---|---|---|---|
| Issue of EUR1,120,000 NC Equity Linked Note, due March 2009 Guaranteed by Lehman Brothers Holdings Inc. | XS0213629487 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 100% of the ISIN/CUSIP XS0213629487 under the Proof of Claim, which is EUR30,000, plus all accrued interest, fees and recoveries due. | Not applicable | 9th of March 2009 | EUR30,000 Notional Amount (US$ 42,732.00 using an exchange rate of EUR/USD = 1.4244), plus all accrued interest, fees and recoveries due. |