B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                              Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ILLIQUIDX LTD**                                    **Banque Syz & Co S.A.**
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): **56067**
should be sent:                                      Total Amount of Claim Filed:
                                                     USD $ 586,853.00 plus all fees & interest
                                                     Amount of Claim Transferred:
                                                     USD $ 21,366.01 (EUR 15,000.00 EUR) plus all
                                                     fees & interest
                                                     ISIN/CUSIP: XS0350390406
**Celestino Amore**                                  Date Claim Filed: July 17, 2009
**Managing Director**
**Illiquidx Ltd**
**80 Fleet Street**
**London EC4Y 1EL, UK**
**Phone: +44 207 832 0181**
**Email: amore@illiquidx.com**


Name and Address where transferee payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:  July 18, 2011
           Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                                    **Case No. 08-13555**

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. **56067** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **July 18, 2011**

| | |
|---|---|
| **BANQUE SYZ & CO S.A.** | **ILLIQUIDX LTD** |
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:                        Address of Transferee:

| | |
|---|---|
| **Banque Syz & Co S.A.** | **Illiquidx Ltd** |
| **Rue Du Rhone** | **80 Fleet Street** |
| **30 Geneva CH1211** | **London EC4Y 1EL** |
| **Switzerland** | **United Kingdom** |
| **Attn: Lise Deuss** | |

### ~~DEADLINE TO OBJECT TO TRANSFER~~
The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                        _____

                                         CLERK OF THE COURT

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000056067 |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Treasury BV | Case No. of Debtor<br>08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Bank Syz & Co SA<br>Attn. BO Titres - Corporate Actions<br>Rue du Rhône 30<br>Ch-1204 Genève / Switzerland<br><br>Email: backofficetitres@syzbank.ch<br><br>Telephone number: **+41 58 819 01 59**    Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim<br>Number: _____<br>*(If known)*<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br>Deutsche Bank Trust & Co, New York<br>Account: 04-422-120<br>Swift: BKTRUS33XXX<br><br>Telephone number: _____    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | | 5.    Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|---|
| **1.**    Amount of Claim as of Date Case Filed:  $ USD 586'853<br><br>If all or part of your claim is secured, complete Item 4 below; however, if all or part of your claim is unsecured, do not complete item 4.<br>If all or part of your claim is entitled to priority, complete Item 5.<br>If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.<br>☑ Check this box if all or part of your claim is based on a Derivative Contract.*<br>☐ Check this box if all or part of your claim is based on a Guarantee.*<br><br>*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee. | | Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br><br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7). |
| **2.**    Basis for Claim: Remittance of hybrid, structured instrument Isin: XS0350390406<br>(See instruction #2 on reverse side.) | | ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8). |
| **3.**    Last four digits of any number by which creditor identifies debtor: 3461<br>    3a. Debtor may have scheduled account as:<br>    _____ (See instruction #3a on reverse side.) | | ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____). |
| **4.**    Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>Describe: _____<br>Value of Property: $_____    Annual Interest Rate _____%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any:<br>$_____    Basis for perfection: _____<br><br>Amount of Secured Claim: $_____    Amount Unsecured: $_____ | | Amount entitled to priority:<br><br>$_____ |
| **6.**    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____<br>(See instruction #6 on reverse side.) | | |

| **7.**    Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>**8.**    Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.<br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>If the documents are not available, please explain: | FOR COURT USE ONLY<br><br>FILED / RECEIVED<br>OCT 2 9 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date:<br><br>2009<br>October 27th. 09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>A. BATTIAZ        C. PELLATON |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

```
MGTCBEBEECL                    EUROCLEAR BANK S.A./N.V
00000000000000.00000    R54408090900101414 000367        SWF 544 R54408090900101414 09092008 RECON_TITRES    N XXX000000000000
(16R) START OF BLOCK
T3 FROM : EUROCLEAR BANK S.A./N.V
          BRUSSELS BELGIUM

TO   : BANQUE SYZ AND CO SA
       GENEVA SWITZERLAND

DATE : 09/09/2008

MT544 : RECEIVE FREE CONFIRMATION
(16R)  START OF BLOCK              GENL (General Information)
(20C)  QUALIFIER                   QUALIFIER :SEME// (Sender's Reference)
       REFERENCE                   REFERENCE 9190614
(23G)  FUNCTION OF THE MESSAGE     FUNCTION NEWM (New message)
(98C)  QUALIFIER                   QUALIFIER :PREP// (Preparation Date/Time)
       DATE/TIME                   DATE 09.SEP.2008
                                   TIME 07H59M52
(16R)  START OF BLOCK              LINK (Linkages)
(20C)  REFERENCE                   QUALIFIER :RELA// (Related Reference)
                                   REFERENCE NKU 1719-27
(16R)  START OF BLOCK              LINK (Linkages)
(16S)  END OF BLOCK                GENL (General Information)
(16R)  START OF BLOCK              TRADDET (Trade Details)
(98A)  DATE                        QUALIFIER :SETT// (Settlement Date/Time)
                                   DATE 08.SEP.2008
(98A)  DATE                        QUALIFIER :TRAD// (Trade Date/Time)
                                   DATE 04.SEP.2008
(98A)  DATE                        QUALIFIER :ESET// (Effective Settlement Date/T
 ime)

(35B)  IDENT. OF THE FIN. INSTRUMENT
                                   DATE 09.SEP.2008
                                   SECURITY NUMBER   ISIN XS0350390406
                                   SECURITY DESCRIPTION
                                   /11 LEHMAN BROTHERS TRE 3CT
                                   /11 EUR
(97A)  ACCOUNT                     TYPE  FAMT/ (Face Amount)
                                   QUANTITY  103000
(16S)  END OF BLOCK                QUALIFIER :SAFE// (Safekeeping Account)
(16R)  START OF BLOCK              ACCOUNT 10156
(36B)  QTY OF FIN. INSTRUMENT      FIAC (Financial Instrument/Account)
 ument Settled)                    QUALIFIER :ESTT// (Quantity of Financial Instr

(22F)  INDICATOR                   SETDET (Settlement Details)
 or)                               QUALIFIER :SETR/ (Type of Settlement Transac
(97A)  ACCOUNT                     INDICATOR :SETR/
(16S)  END OF BLOCK                FIAC (Financial Instrument/Account)
(16R)  START OF BLOCK              ACCOUNT 10156
(22F)  INDICATOR                   INDICATOR  /TRAD
(22F)  INDICATOR                   QUALIFIER :TCPI/ (Tax Capacity Party Indicat

(16S)  END OF BLOCK                INDICATOR  /PRIN
(95R)  PARTY                       SETPRTY (Settlement Parties)
(16R)  START OF BLOCK              QUALIFIER :DEAG/ (Delivering Agent)
(16R)  START OF BLOCK              ISSUER CODE  CEDE
(95P)  PARTY                       PROPRIETARY CODE /13048
                                   SETPRTY (Settlement Parties)
                                   SETPRTY (Settlement Parties)
                                   QUALIFIER :PSET// (Place of Settlement)
                                   BIC  CEDELULL
```



SETPRTY (Settlement Parties)
SETDET (Settlement Details)

HS
INCOMING CREAT
CREATED
HEADERS :
{1:FO1SYCOCHGGAXXX2167108008}{2:O5440959080909MGTCBEBEBECL5755689693080909091000
N}
TRAILER :
{5:{CHK:51EC9EF88E7E}}

(16S) END OF BLOCK
(16S) END OF BLOCK
(-) END OF MESSAGE

INCOMING CREAT                    09/09/2008 09:58:51                                              0

QUEUE ROUTING
CONTROL IN Q                      09/09/2008 09:58:52    Num. Sess :2167    Num. Seq :108008        0
WAIT ROUTING

QUEUE ROUTING
ROUTAGE                           09/09/2008 09:58:53    Num. Sess :2167                            0
WAIT ROUTING

ENVELOPE MODIF                    09/09/2008 09:58:55    Num. Seq :108008                           0
WAIT ROUTING

ENVELOPE MODIF                    09/09/2008 09:58:55                                              0
WAIT ROUTING

ROUTING
ROUTAGE                           09/09/2008 09:58:55    Routing rule : MT544-548-535               1
ROUTED                                                   MESSAGE AUTHENTICATED

ROUTING
FILE_EXP_SWATC2                   09/09/2008 09:59:03    RECON_TITRE S                              1
ROUTED

MSG EXPORTING
FILE_EXP SWATC2                   09/09/2008 09:59:03    Seq. Export : 054993                       0
EXPORTING

MSG EXPORT                        09/09/2008 09:59:04 SMT2                                          0
WAIT ARCHIVING

```
MGTCEBEBECL        EUROCLEAR BANK S.A. / N.V
000000000000000.00000.00000   R540809090011126 000055
TS FROM : EUROCLEAR BANK S.A. / N.V
         BRUSSELS BELGIUM

TO   :  BANQUE SYZ AND CO SA
        GENEVA SWITZERLAND

DATE :  09/09/2008

MT544 :  RECEIVE FREE CONFIRMATION
(16R)   START OF BLOCK        GENL (General Information)
(20C)   REFERENCE             QUALIFIER :SEME// (Sender's Reference)
                              REFERENCE 9158545
(23G)   FUNCTION OF THE MESSAGE   FUNCTION   NEWM (New message)
(98C)   DATE/TIME             QUALIFIER :PREP// (Preparation Date/Time)
                              DATE   08.SEP.2008
                              TIME   02H00M00
(16R)   START OF BLOCK        LINK (Linkages)
(20C)   REFERENCE             QUALIFIER :RELA// (Related Reference)
                              REFERENCE NKU 1722-27
(16S)   END OF BLOCK          LINK (Linkages)
(16R)   START OF BLOCK        GENL (General Information)
(16S)   END OF BLOCK          TRADDET (Trade Details)
(98A)   DATE                  QUALIFIER :SETT// (Settlement Date/Time)
                              DATE   08.SEP.2008
(98A)   DATE                  QUALIFIER :TRAD// (Trade Date/Time)
                              DATE   04.SEP.2008
(35B)   IDENT. OF THE FIN. INSTRUMENT  QUALIFIER :ESET// (Effective Settlement Date)

                              DATE   09.SEP.2008
                              SECURITY NUMBER   ISIN XS0350390406
                              SECURITY DESCRIPTION
                              //LEHMAN BROTHERS TRE 2CP
                              /1 EUR
(16S)   START OF BLOCK        TRADDET (Trade Details)
(16R)   START OF BLOCK        FIAC (Financial Instrument/Account)
(36B)   QTY OF FIN. INSTRUMENT   QUALIFIER :ESTT// (Quantity of Financial Instr
        ument Settled)            TYPE   FAMT// (Face Amount)
                                  QUANTITY   103000
(97A)   ACCOUNT               QUALIFIER :SAFE// (Safekeeping Account)
                              ACCOUNT 10156
(16S)   END OF BLOCK          FIAC (Financial Instrument/Account)
(16R)   START OF BLOCK        SETDET (Settlement Details)
(22F)   INDICATOR             QUALIFIER :SETR// (Type of Settlement Transac
        tion)
(22F)   INDICATOR             QUALIFIER :TRAD//
        or)                   INDICATOR  /TCPI/ (Tax Capacity Party Indicat

(16R)   START OF BLOCK        INDICATOR  /PRIN
(95R)   PARTY                 SETPRTY (Settlement Parties)
                              QUALIFIER :DEAG/ (Delivering Agent)
                              ISSUER CODE      CEDE
                              PROPRIETARY CODE /13048
(16S)   END OF BLOCK          SETPRTY (Settlement Parties)
(16R)   START OF BLOCK        SETPRTY (Settlement Parties)
(95P)   PARTY                 QUALIFIER :PSET// (Place of Settlement)
                              BIC                CEDELULL
```



SETPRTY (Settlement Parties)
SETDET (Settlement Details)

HS
INCOMING CREAT
CREATED                                          09/09/2008 07:18:00                                          0
(16S) END OF BLOCK
(16S) END OF BLOCK
(-) END OF MESSAGE
HEADERS :
{1:F01SYCOCHGGRAXXX2167107764}{2:O5440124080909MGTCBEBEDECI5.622434930809090719
N1:
TRAILER :
{5:{CHK:03A51E08B2F}{DLM:}}

QUEUE ROUTING
CONTROL IN Q
WAIT ROUTING                                     09/09/2008 07:18:00    Num. Sess :2167    Num. Seq :107764    0

QUEUE ROUTING
ROUTAGE
WAIT ROUTING                                     09/09/2008 07:18:00    Num. Sess :2167    Num. Seq :107764    0

ENVELOPE MODIF
WAIT ROUTING                                     09/09/2008 07:18:10
                                                 DELAYED MESSAGE                                              0

ENVELOPE MODIF
WAIT ROUTING                                     09/09/2008 07:18:10
                                                 DELAYED MESSAGE                                              0

ROUTING
FILE_EXP_SMATC2
ROUTED                                           09/09/2008 07:18:10
                                                 DELAYED MESSAGE
                                                 Routing rule : MT544-548-535                                 0

RECON_TITRES

MSG EXPORTING
FILE_EXP_SMATC2
EXPORTING                                        09/09/2008 07:18:12
                                                 Seq. Export : 054834                                         1

MSG EXPORT
WAIT ARCHIVING                                   09/09/2008 07:18:12 SMT2                                      1

```
MGTCBEBEECL      EUROCLEAR BANK S.A / N.V                          SWF 544 R544080909001119 000048
00000000000000.00000 .00000 R544080909001119 000048
TS FROM : EUROCLEAR BANK S.A / N.V                                 SWF 544 R544080909001119 09092008 RECON_TITRES
BRUSSELS BELGIUM

TO   : BANQUE SYZ AND CO SA
       GENEVA SWITZERLAND                                          N XXX000000000000

DATE : 09/09/2008

MT544 : RECEIVE FREE CONFIRMATION
(16R) START OF BLOCK          GENL (General Information)
(20C) REFERENCE              QUALIFIER :SEME// (Sender's Reference)
                             REFERENCE 9333028
(23G) FUNCTION OF THE MESSAGE FUNCTION : NEWM (New message)
                             QUALIFIER : PREP// (Preparation Date/Time)
(98C) DATE/TIME              DATE   08.SEP.2008
                             TIME   02H00M00
(16R) START OF BLOCK          LINK (Linkages)
(20C) REFERENCE              QUALIFIER :RELA// (Related Reference)
                             REFERENCE NKU 1123-27
(16S) END OF BLOCK            LINK (Linkages)
(16S) END OF BLOCK            GENL (General Information)
(16R) START OF BLOCK          TRADDET (Trade Details)
(98A) DATE                   QUALIFIER :ESTT// (Settlement Date/Time)
                             DATE 09.SEP.2008
(98A) DATE                   QUALIFIER :TRAD// (Trade Date/Time)
                             DATE 04.SEP.2008
(98A) DATE                   QUALIFIER :ESET// (Effective Settlement Date/Time)
                             DATE 09.SEP.2008
(35B) IDENT. OF THE FIN. INSTRUMENT   DATE   09.SEP.2008
                             SECURITY NUMBER  ISIN XS0350390406
                             SECURITY DESCRIPTION
                             /LEHMAN BROTHERS TRE ADF
                             /11 EUR
(36B) QTY OF FIN. INSTRUMENT TYPE     FAMT/ (Face Amount)
(16S) END OF BLOCK           QUANTITY 103000,00
   (... Settled)             QUALIFIER :ESTT// (Quantity of Financial Instr
                             ument Settled)
(16R) START OF BLOCK          FIAC (Financial Instrument/Account)
(97A) ACCOUNT                ACCOUNT 10156
                             QUALIFIER :SAFE// (SafeKeeping Account)
(16S) END OF BLOCK            FIAC (Financial Instrument/Account)
(16R) START OF BLOCK          SETDET (Settlement Details)
(22F) INDICATOR              QUALIFIER :SETR/ (Type of Settlement Transac
   or)                       INDICATOR :TCPI/ (Tax Capacity Party Indicat
                             tion)
(16R) START OF BLOCK          SETPRTY (Settlement Parties)
(95R) PARTY                  INDICATOR /PRIN
                             QUALIFIER :DEAG// (Delivering Agent)
(16S) END OF BLOCK            SETPRTY (Settlement Parties)
(16R) START OF BLOCK          SETPRTY (Settlement Parties)
(95P) PARTY                  QUALIFIER :PSET// (Place of Settlement)
                             BIC     CEDELULL
                             ISSUER CODE   CEDE
                             PROPRIETARY CODE /13048
```

COPIE
11/03



SETPRTY (Settlement Parties)
SETDET (Settlement Details)

HS
INCOMING CREAT
CREATED                     09/09/2008 07:17:53                                        0

(16S) END OF BLOCK
(16S) END OF BLOCK
(-) END OF MESSAGE

TRAILER :                   {5:{CHK:D3E47E68AE4F}{DLM:}}
{1:F01SYCOCHGGAXXX2167107757}{2:0544O123CO8090WGTCBEBEGECL07002964408090907I9 NJ}
HEADERS :

QUEUE ROUTING
CONTROL_IN_Q
WAIT ROUTING                09/09/2008 07:17:53   Num. Sess :2167                       0

QUEUE ROUTING
ROUTAGE
WAIT ROUTING                09/09/2008 07:17:53   Num. Sess :2167                       0

ENVELOPE MODIF
WAIT ROUTING                09/09/2008 07:17:59   Num. Seq :107757                      0
DELAYED MESSAGE

ENVELOPE MODIF
WAIT ROUTING                09/09/2008 07:17:59                  Num. Seq :107757       0
DELAYED MESSAGE

ROUTING
FILE_EXP_SMATC2
ROUTED                      09/09/2008 07:17:59                                         1
Routing rule : MT544-548-535
DELAYED MESSAGE

MSG EXPORTING
FILE_EXP_SMATC2
EXPORTING                   09/09/2008 07:18:12                                         1
Seq. Export : 054831

MSG EXPORT
WAIT ARCHIVING              09/09/2008 07:18:12 SMT2                                     0

RECON_TITRES

```
MCYCBEBECYL              EUROCLEAR BANK S.A / N.V                                SWF 544 R5440809090011142 09092008 RECON_TITRES
0000000000000.00000      EUROCLEAR BANK S.A / N.V      R5440809090011142 0000071
TS FROM : EUROCLEAR BANK S.A / N.V
          BRUSSELS BELGIUM

TO      : BANQUE SYZ AND CO SA
          GENEVA SWITZERLAND

DATE : 09/09/2008

MT544 : RECEIVE FREE CONFIRMATION
(16R) START OF BLOCK                GENL (General Information)
(20C) REFERENCE                    QUALIFIER :SEME// (Sender's Reference)
                                   REFERENCE 9331828
(23G) FUNCTION OF THE MESSAGE      FUNCTION  NEWM (New message)
(98C) DATE/TIME                    QUALIFIER :PREP// (Preparation Date/Time)
                                   DATE 08.SEP.2008
                                   TIME 02H00M00
(16R) START OF BLOCK               LINK (Linkages)
(20C) REFERENCE                    QUALIFIER :RELA// (Related Reference)
                                   REFERENCE NKU 1724-27
(16S) END OF BLOCK                 LINK (Linkages)
(16R) START OF BLOCK               TRADDET (Trade Details)
(98A) DATE                         QUALIFIER :TRAD// (Trade Date/Time)
                                   DATE 09.SEP.2008
(98A) DATE                         QUALIFIER :TRAD// (Trade Date/Time)
                                   DATE 04.SEP.2008
(98A) DATE                         QUALIFIER :ESET// (Effective Settlement Date/T
                                   ime)
                                   DATE 09.SEP.2008
(35B) IDENT. OF THE FIN. INSTRUMENT  SECURITY NUMBER ISIN XS0350390406
                                   SECURITY DESCRIPTION
                                   //LEHMAN BROTHERS TRE 2CP
                                   //11 EUR
(36B) QTY OF FIN. INSTRUMENT       TYPE     FAMT/ (Face Amount)
                                   QUANTITY 103000/
(16R) START OF BLOCK               FIAC (Financial Instrument/Account)
(97A) ACCOUNT                      QUALIFIER :SAFE// (Safekeeping Account)
                                   ACCOUNT 10156
(16R) START OF BLOCK               SETDET (Settlement Details)
(22F) INDICATOR                    QUALIFIER :SETR/ (Type of Settlement Transac
                                   tion)
                                   INDICATOR /TRAD
(16S) END OF BLOCK
(22F) INDICATOR                    QUALIFIER :TCPI/ (Tax Capacity Party Indicat
or)                                or)
                                   INDICATOR /PRIN
(16R) START OF BLOCK               SETPTY (Settlement Parties)
(95S) PARTY                        QUALIFIER :DEAG/ (Delivering Agent)
                                   ISSUER CODE CEDE
                                   PROPRIETARY CODE /13048
(16S) END OF BLOCK                 SETPTY (Settlement Parties)
(16R) START OF BLOCK               SETPTY (Settlement Parties)
(95S) PARTY                        QUALIFIER :SETR/ (Settlement Parties)
                                   BIC CEDELULL
(16S) END OF BLOCK                 QUALIFIER :PSET/ (Place of Settlement)
                                   CEDELULL
```

N XXX00000000000000



```
H$
INCOMING CREAT              09/ 09/2008 07:18:08                              0
CREATED
(16S) END OF BLOCK
(16S) END OF BLOCK
(-) END OF MESSAGE

TRAILER :
(1:F01SYCOCHGGAXXX21671 07780)(2:O5440124080909WGTCBEBEDECL562243441308090907L9
HEADERS :
N)
(5:(CHK:D3E37E482E4F)(D LM:))

QUEUE ROUTING              09/ 09/2008 07:18:08           Num. Seq :107780      0
CONTROL IN Q
WAIT ROUTING                Num. Sess :2167

QUEUE ROUTING              09/ 09/2008 07:18:09                                 0
ROUTAGE
WAIT ROUTING                Num. Sess :2167

ENVELOPE MODIF             09/ 09/2008 07:18:11           Num. Seq :107780      0
WAIT ROUTING                DELAYED MESSAGE

ENVELOPE MODIF             09/ 09/2008 07:18:11                                 0
WAIT ROUTING                DELAYED MESSAGE

ROUTING                    09/ 09/2008 07:18:11                                 1
FILE_EXP_SMATC2             Routing rule : MT544-548-535                   RECON_TITRES
ROUTED                      DELAYED MESSAGE                                    1

MSG EXPORTING              09/09/2008  07:18:13                                 1
FILE_EXP_SMATC2            Seq - Export : 054850
EXPORTING

MSG EXPORT                 09/O9/2008 07:18:13 SMT2                             0
WAIT ARCHIVING
```

COPIE

```
RECEPTION D'UN MESSAGE       PRT_TITRES.020836      21/10/09 16:41:30 Page 01
*******************************************************************************
Societe: SYZ
Message: R567091021481070   File  : IMP_BOTITRES       Nature: SWF   Type : 567
MUR    : R567091021481070   Service: BOTITRES          Reseau: SWIFT Prio : N
Cree le: 21/10/09 16:41:26
Mention(s) du message      : ORIGINAL
Mention(s) des operations: MESSAGE AUTHENTICATED


Emetteur      : Correspondant : MGTCBEBEECL          LT : MGTCBEBEEECL
ISN/OSN       : 376477              Numero de session : 2527
------------------------- MT567 : Texte du message -------------------------
DE   : MGTCBEBEECL
       EUROCLEAR BANK S.A / N.V
       BRUSSELS BELGIUM

A    : SYCOCHGGXXX
       BANQUE SYZ AND CO SA
       GENEVA SWITZERLAND

DATE : 21/10/2009


MT567 : ETAT D'ACTION CORPORATIVE ET AVIS TRAITMT
(16R) DEBUT DE BLOC             GENL
(20C) REFERENCE                 QUALIFICATIF :CORP//
                                REFERENCE  CA000001829993
(20C) REFERENCE                 QUALIFICATIF :SEME//
                                REFERENCE  6057131
(23G) FONCTION DU MESSAGE       FONCTION      INST
(22F) INDICATEUR : CORPORTATE ACTION
                                QUALIFICATIF  :CAEV/
                                INDICATEUR    /BRUP
(98C) DATE/HEURE : PREPARATION  QUALIFICATIF :PREP//
                                DATE        21.OCT,2009
                                HEURE       14H41M02
(16R) DEBUT DE BLOC             LINK
(13A) NUMERO D'IDENTIFICATION   QUALIFICATIF   :LINK//
                                IDENTIFICATEUR 565
(20C) REFERENCE                 QUALIFICATIF :RELA//
                                REFERENCE  LEHMAN3853461PBI
(16S) FIN DE BLOC               LINK
(16R) DEBUT DE BLOC             STAT
(25D) STATUT                    QUALIFICATIF  :IPRC/
                                ETAT          /PACK
(16S) FIN DE BLOC               STAT
(16S) FIN DE BLOC               GENL
(16R) DEBUT DE BLOC             CADETL
(13A) NUMERO D'IDENTIFICATION   QUALIFICATIF   :CAON//
                                IDENTIFICATEUR 001
(22F) INDICATEUR : CORPORTATE ACTION
                                QUALIFICATIF  :CAOP/
                                CODE DU SUJET ECLR
                                INDICATEUR    /DISC
(97A) COMPTE : COMPTE DE TITRES QUALIFICATIF :SAFE//
                                COMPTE       10156
(35B) DESCRIPTION DU TITRE      NO D'ESPECE        ISIN XS0350390406
```

3853461

```
: RECEPTION D'UN MESSAGE      PRT_TITRES.020836        21/10/09 16:41:30 Page 02
: *****************************************************************************
  Societe: SYZ
  Message: R567091021481070   File  : IMP_BOTITRES      Nature: SWF   Type : 567
  MUR    : R567091021481070   Service: BOTITRES         Reseau: SWIFT Prio : N
  Cree le: 21/10/09 16:41:26
  Mention(s) du message   : ORIGINAL
  Mention(s) des operations: MESSAGE AUTHENTICATED

                                DESIGNATION DES TITRES
                                //LEHMAN BROTHERS TRE ZCP      14/03
                                /11 EUR
  (36B) NOMBRE DE TITRES        QUALIFICATIF :STAQ//
                                TYPE          FAMT/
                                QUANTITE            412000,
  (16S) FIN DE BLOC             CADETL
  (-) FIN DE MESSAGE

  *****************************************************************************
  FIN RECEPTION D'UN MESSAGE                           PRT_TITRES.020836
```

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/27/2009 at 9:07 AM Central. Please print this page as proof of your filing.

**Bank Syz & Co SA**
**Attn. Bo Titres - Corp. Actions**
**Rue du Rhone 30**
**Geneva, CH-1204 SWITZERLAND**

| | |
|---|---|
| Name of Debtor | Lehman Brothers Holdings Inc. (08-13555) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Bros Hldgs V --- 6 % Trust Pfd Secs 2004-22.4.53 Ser -M- Based On 6 % Sub Deb 53 Lehman Bro Hldg - Isin US52520E2000 |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: No |



BANQUE SYZ & CO S.A.
Genève

**Sent per First class mail October 27th 2009**

United States Bankruptcy Court/Sth.Distr NY
Lehman Brothers Holdings Claims
Processing Center
C/O Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076 / USA

Geneva, October 27th 2009

Dear Epiq Bankruptcy Solutions,

We refer to our filing of claim and herewith provide you with a summary of our Lehman Brothers securities holdings:

1)
Lehman Bros Hldgs V-6 % Trust Pfd Secs 2004-22.4.53 Ser-M- Based 6 % Sub Deb 53
Maturity date 22.04.2053 (Nominal amount USD 25.00)
Isin: US52520E2000            4'000 units            **USD 100'000**

2)
Lehman Brothers-100 % Capital Protected Notes 2005-9.3.09 On Basket 10 High Dividend
Yield Stocks (Nominal amount EUR 30'000.00)
Maturity date: 09.03.2009
Isin: XS0213629487            Exchange rate: 1.4244            **USD 42'732**

3)
Lehman Brothers-100 % Capital Protected Notes 2006-14.7.09 (EXP.30.6.09) On S&P
Pan Asia 50 Dividend Index (Nominal amount EUR 50'000.00)
Maturity date: 07.14.2009
Isin: XS0260770010            Exchange rate: 1.4244            **USD 71'220**

4)
Lehman Brothers- 5 3/4 % Notes 2006-3.1.17 Subord
Maturity date: 03.01.2017
Isin: US524908UB47                        **USD 70'000**



**5)**
Lehman Brothers --- Euro Medium-Term Notes 2007-19.2.10 Variable Rate
Maturity date: 02.19.2010 (Nominal amount EUR 20'000.00)
Isin: XS0287096688          Exchange rate: 1.4244          **USD 28'488**

**6)**
Lehman Brothers --- 100 % Capital Protected Note 2008-22.9.09 (EXP.8.9.09) on a
Basket of Shs Senior
Maturity date: 22.09.2009
Isin: XS0349857317                                          **USD 20'000**

**7)**
Lehman Brothers --- Dedicated Structured Investment 2008-14.3.11(EXP.25.2.11) on
Agriculture Excess Return Index (Nominal amount EUR 412'000.00)
Maturity date: 14.03.2011
Isin: XS0350390406          Exchange rate: 1.4244          **USD 586'853**

**Total amount of claim**          **USD 919'293**

Note that we are at your disposal for any further information.

Yours sincerely,

L.-A. Battiaz          C. Pellaton

Senior Vice President      Vice President

\<HELP\> explications.                                          CurncyHP

## CLOTURE/VALEUR
EUR        EURO SPOT              PRICE 1.4960

Dates: 9/ 1/08  au  9/30/08      Pérdcté D Jour

Page  1 / 1
Composite(NY)
+H 1.4776    LE  9/22/08
MOY 1.4365
Marché M mid/trd                 +B 1.3998    LE  9/11/08

| | DATE | PRIX | | DATE | PRIX | | DATE | PRIX |
|---|---|---|---|---|---|---|---|---|
| F | | | F | 9/12 | 1.4226 | | | |
| T | | | T | 9/11 | L1.3998 | | | |
| W | | | W | 9/10 | 1.3999 | | | |
| T | 9/30 | 1.4093 | T | 9/ 9 | 1.4133 | | | |
| M | 9/29 | 1.4436 | M | 9/ 8 | 1.4128 | | | |
| | | | | | | | | |
| F | 9/26 | 1.4614 | F | 9/ 5 | 1.4267 | | | |
| T | 9/25 | 1.4609 | T | 9/ 4 | 1.4325 | | | |
| W | 9/24 | 1.4621 | W | 9/ 3 | 1.4498 | | | |
| T | 9/23 | 1.4650 | T | 9/ 2 | 1.4520 | | | |
| M | 9/22 | H1.4776 | M | 9/ 1 | 1.4617 | | | |
| | | | | | | | | |
| F | 9/19 | 1.4466 | | | | | | |
| T | 9/18 | 1.4348 | | | | | | |
| W | 9/17 | 1.4326 | | | | | | |
| T | 9/16 | 1.4132 | | | | | | |
| M | 9/15 | 1.4244 | ⇐ applicable exchange rate | | | | |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2009 Bloomberg Finance L.P.
SN 823102 HS54-303-0 22-Oct-2009 10:15:53



## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Syz & Co SA** ("**Seller**") hereby unconditionally and irrevocably sells, transfers and assigns to **Illiquidx Ltd.** (the "**Purchaser**"), under the condition set out in clause 7 and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the claim amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **56067** filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to or evidencing the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim and any and all of Seller's right, title and interest in, to and under any right or remedy of Seller or any prior seller against any prior seller in respect of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 (as "Lehman Programs Securities to which Transfer Relates") attached hereto together with all rights and claims of the Seller against the issuer of each Purchased Security in respect thereof.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors of the Debtor that are nor entitled to priority under the Bankruptcy Code and are not subordinated; and (g) Seller has not delivered any acceleration notices with respect to the Purchased Security to Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holdings, Inc.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller.  Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser.  Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    The parties acknowledge that settlement shall be made on delivery of the Transferred Claim and the Purchased Security versus payment basis. For the avoidance of doubt, the parties acknowledge and agree that the transfer contemplated hereby shall not occur unless and until the Purchaser shall have paid the purchase price in full.

8.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction).  Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 28th day of June, 2011.

Bank Syz & Co SA                                    Illiquidx Ltd.
                                                   80 Fleet Street
                                                   London EC4Y IEL
                                                   UNITED KINGDOM

By:_____                   By:_____
Name: Christophe Pellaton    Séverine Schopfer      Name: Celestino Amore
Title:                                             Title: *Managing Director*

2

## SCHEDULE 1

### Transferred Claims

#### Purchased Claim

3.64078% of US$ 586,853.00 (the outstanding amount of ISIN/CUSIP XS0350390406 as described in the Proof of Claim as of 28th day of June, 2011) which is the equivalent of US$ 21,366.01, plus all accrued interest, fees and other recoveries due.

#### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | U.S. $ Amount claimed in Proof of Claim with respect to Lehman Programs Securities to which Transfer relates |
|---|---|---|---|---|---|---|---|
| Issue of EUR7,761,000 "Air Bag" Linked Note, due March 2011 Guaranteed by Lehman Brothers Holdings Inc. | XS0350390406 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 100% of the ISIN/CUSIP XS0350390406 under the Proof of Claim, which is EUR15,000, plus all accrued interest, fees and recoveries due. | Not applicable | 14th of March 2011 | EUR15,000 Notional Amount (US$ 21,366.01 using an exchange rate of EUR/USD = 1.4244), plus all accrued interest, fees and recoveries due. |