**BERGER & MONTAGUE, P.C.**
**Merrill G. Davidoff, Esquire**
**Lawrence J. Lederer, Esquire**
**Robin Switzenbaum, Esquire**
**1622 Locust Street**
**Philadelphia, PA 19103**
**(215) 875-3000**
**(215) 875-4604**

**ZUCKERMAN SPAEDER LLP**
**Laura E. Neish (LN-0040)**
**1540 Broadway, Suite 1604**
**New York, NY 10036**
**(212) 704-9600**
         **-and-**
**Virginia Whitehill Guldi**
**1800 M Street, N.W., Suite 1000**
**Washington, DC 20036**
**(202) 778-1800**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT the State of New Jersey, Department of Treasury, Division of Investment, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158 and Rule 8001 of the Federal Rules of Bankruptcy Procedure, from the July 20, 2011 Order of the Bankruptcy Court:

   1.    ORDER, PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE AND RULE 4001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW PAYMENT OF A JUDGMENT

3350618.1

UNDER THE DIRECTORS AND OFFICERS INSURANCE POLICIES
ISSUED TO THE DEBTORS

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

| | |
|---|---|
| BERGER & MONTAGUE, P.C.<br>*Attorneys for the State of New Jersey, Department of Treasury, Division of Investment*<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Telecopier: (215) 875-4604<br>Attn: Merrill G. Davidoff, Esquire<br>　　　Lawrence J. Lederer, Esquire<br>　　　Robin Switzenbaum, Esquire | WEIL GOTSHAL & MANGES LLP<br>*Attorneys for the Debtors*<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Telecopier: (212) 310-8007<br>Attn: Richard P. Krasnow, Esquire |
| ZUCKERMAN SPAEDER LLP<br>*Attorneys for the State of New Jersey, Department of Treasury, Division of Investment*<br>1540 Broadway, Suite 1604<br>New York, NY 10036<br>Telephone: (212) 704-9600<br>Telecopier: (212) 704-4256<br>Attn: Laura Neish, Esquire<br>　　　-and-<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036<br>Telephone: (202) 778-1800<br>Telecopier: (202) 822-8106<br>Attn: Nelson C. Cohen<br>　　　Virginia Whitehill Guldi | JONES DAY<br>*Attorneys for Roland Hansalik, George Barclay Perry and Joseph Arena*<br>555 South Flower Street, 50th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 489-3939<br>Telecopier: (213) 243-2539<br>Attn: Philip E. Cook, Esquire<br>　　　- and -<br>222 East 41st Street<br>New York, New York 10017<br>Telephone: (212) 326-3939<br>Telecopier: (212) 755-7306<br>Attn: Lisa G. Laukitis, Esquire<br>　　　Lance E. Miller, Esquire |
| COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP<br>*Attorneys for the State of New Jersey, Department of Treasury, Division of Investment*<br>Park 80 Plaza West-One<br>Saddle Brook, NJ 07663<br>Telephone: (201) 845-9600<br>Facsimile: (201) 845-9423<br>Attn: Peter S. Pearlman, Esquire | MILBANK, TWEED, HADLEY & McCLOY LLP<br>*Attorneys for the Creditors' Committee*<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone: (212) 530-5000<br>Telecopier: (212) 530-5219<br>Attn: Dennis F. Dunne, Esquire<br>　　　Evan Fleck, Esquire<br>　　　Dennis O'Donnell, Esquire |

| | |
|---|---|
| BAILEY CAVALIERI LLC | WALKER WILCOX MATOUSEK LLP |
| *Attorneys for Zurich American Insurance Co.* | *Attorneys for ACE Bermuda Insurance Ltd.* |
| One Columbus | 225 West Washington Street |
| 10 West Broad Street, Suite 2100 | Chicago, Illinois 60606 |
| Columbus, Ohio 43215-3422 | (312) 244-6800 |
| (614) 221-0479 | Attn: James Huberty, Esquire |
| Attn: Thomas E. Geyer, Esquire | |

Dated: Washington, D.C.
      July 20, 2011                      Respectfully submitted,

                                                ZUCKERMAN SPAEDER LLP

                                                s/ Laura E. Neish
                                                Laura E. Neish (LN-0040)
                                                1540 Broadway, Suite 1604
                                                New York, NY 10036
                                                (212) 704-9600
                                                        - and -
                                                Virginia Whitehill Guldi
                                                1800 M Street, Suite 1000
                                                Washington, DC 20036
                                                (202) 778-1800
                                                *Attorneys for State of New Jersey, Department of Treasury, Division of Investment*

Of Counsel:

Merrill G. Davidoff, Esquire
Lawrence J. Lederer, Esquire
Robin Switzenbaum, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

 - and -

Peter S. Pearlman, Esquire
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423

3350618.1