**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                           :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:
Debtors.                                :    (Jointly Administered)
:
------------------------------------------------------------------------x    Ref. Docket No. 18628

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 19, 2011, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for Authorization to (I) Expand the Scope of Legal Costs that they May Advance to Former Employees and (II) Advance Legal Costs to Current Directors," dated July 19, 2011 [Docket No. 18628], by causing true and correct copies to be delivered via facsimile to the party listed on the annexed Exhibit A.

   */s/ Panagiota Manatakis*
Sworn to before me this                        Panagiota Manatakis
20th day of July, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Cert of No Obj_DI_18628_7-19-11.doc

**EXHIBIT A**

08-13555-mg    Doc 18679    Filed 07/20/11    Entered 07/20/11 17:49:38    Main Document
Pg 2 of 3

| Name | Fax |
|---|---|
| OFFICE OF US TTEE TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |
| MILBANK: DENNIS DUNNE, EVAN FLECK, DENNIS ODONNELL | (212) 530-5219 |