SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**CREDITOR GIANTS STADIUM LLC'S**
**NOTICE OF APPEARANCE OF CO-COUNSEL AND**
**REQUEST TO ELECTRONICALLY RECEIVE NOTICES**

PLEASE TAKE NOTICE that Theodore A.B. McCombs is permitted to practice in this Court pursuant to Local Bankruptcy Rule 2090-1(a) as additional co-counsel on behalf of Giants Stadium LLC for all purposes relating to the proceedings in these cases.  In that capacity, Mr. McCombs hereby requests under, *inter alia*, Federal Rules of Bankruptcy Procedure 2002 and 9007 and 11 U.S.C. § 1109(b) to electronically receive notices given or required to be given in these cases at the following email address:

mccombst@sullcrom.com.

PLEASE TAKE FURTHER NOTICE that under 11 U.S.C. § 1109(b), this request includes not only the notices specifically referred to in the Federal Rules of Bankruptcy Procedure cited above but also and without limitation notices of any order, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or

oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, or otherwise.

Dated: New York, New York
      July 21, 2011

Respectfully submitted,

/s/ Theodore A.B. McCombs
Theodore A.B. McCombs
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4197
Facsimile: (212) 291-9481

*Attorney for Giants Stadium LLC*