Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Wellington Trust Company, N.A.
Multiple Common Trust Funds Trust - LIBOR Plus Portfolio*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
: 
In re : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., : Case No. 08-13555 (JMP)
: 
Debtor. : (Jointly Administered)
: 
----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 67351

PLEASE TAKE NOTICE that Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - LIBOR Plus Portfolio, through the undersigned counsel, hereby withdraws Proof of Claim No. 67351 filed in the above matter, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: July 21, 2011
      New York, New York

**BINGHAM MCCUTCHEN LLP**

By: ___/s/ Joshua Dorchak___
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Wellington Trust Company,
N.A. Multiple Common Trust Funds Trust -
LIBOR Plus Portfolio*

A/74286760.2