WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )   s.s.:
NEW YORK COUNTY       )

Michael J. Lonie, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 19th day of July, 2011, I caused a copy of the *Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of Debtors' Motion for (I) Approval of Stipulation and Order Regarding Chapter 11 Plans and (II) Stay of Related Discovery* and its related Exhibit (A) [Docket No. 18580] to be served via UPS overnight mail on the parties shown on the attached service list.

         _/s/ Michael J. Lonie_
         Michael J. Lonie

Sworn to before me the 21st day of July, 2011
*/s/ Patricia A. Ashman*

_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014

NEWYORK 8178084 (2K)

## SERVICE LIST

Office of the US Trustee
Attn: Andrew D Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtors*

Milbank, Tweed, Hadley & Mccloy LLP
Attn: Dennis Dunne
Wilbur Foster, Jr
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for the Creditors' Committee*

VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Carollynn H.G. Callari
Michael K. Madden

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (MR-7006)
Matthew K. Kelsey (MK-3137)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Robert B. Krakow (admitted *pro hac vice*)
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer
Philip C. Dublin
Abid Qureshi

Anchorage Capital Group, LLC
610 Broadway, 6th Floor
New York, NY 10012
(212) 432-4600
Jessica L. Fainman

WHITEFORD, TAYLOR & PRESTON, LLP
7 St. Paul Street
Baltimore, Maryland 21202
(410) 347-8700 (Telephone)
(410) 223-4337 (Facsimile)
Brent C. Strickland (BS-7811)
Dennis J. Shaffer

Andrew J. Frisch
950 Third Avenue, 15th Floor
New York, New York 10022
(212) 784-2413