**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re                                      :   Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :   08-13555 (JMP)
                                           :
                      Debtors.             :   (Jointly Administered)
                                           :
                                           :   Ref. Docket No. 18647
------------------------------------------------------------ x
In re                                      :   Case No.
                                           :
LEHMAN BROTHERS INC.,                      :   08-01420 (JMP) SIPA
                                           :
                      Debtor.              :   Ref. Docket No. 4419
------------------------------------------------------------ x
```

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator, by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 19, 2011, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for the Fortieth Omnibus Hearing on July 20, 2011 at 10:00 A.M.," dated July 19, 2011 [Docket No. 18647 in Case No. 08-13555; Docket No. 4419 in Case No. 08-01420], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. delivered via facsimile to the party listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
20th day of July, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com

dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

heiser@chapman.com  
hirsch.robert@arentfox.com  
hollace.cohen@troutmansanders.com  
holsen@stroock.com  
howard.hawkins@cwt.com  
hseife@chadbourne.com  
hsnovikoff@wlrk.com  
icatto@kirkland.com  
igoldstein@dl.com  
ilevee@lowenstein.com  
info2@normandyhill.com  
ira.herman@tklaw.com  
isgreene@hhlaw.com  
israel.dahan@cwt.com  
iva.uroic@dechert.com  
jaclyn.genchi@kayescholer.com  
jacobsonn@sec.gov  
james.mcclammy@dpw.com  
james.sprayregen@kirkland.com  
jamestecce@quinnemanuel.com  
jamie.nelson@dubaiic.com  
jar@outtengolden.com  
jason.jurgens@cwt.com  
jay.hurst@oag.state.tx.us  
jay@kleinsolomon.com  
jbecker@wilmingtontrust.com  
jbeemer@entwistle-law.com  
jbeiers@co.sanmateo.ca.us  
jbird@polsinelli.com  
jbromley@cgsh.com  
jcarberry@cl-law.com  
jchristian@tobinlaw.com  
jdrucker@coleschotz.com  
jdyas@halperinlaw.net  
jean-david.barnea@usdoj.gov  
jeanites@whiteandwilliams.com  
jeannette.boot@wilmerhale.com  
jeff.wittig@coair.com  
jeffrey.sabin@bingham.com  
jeldredge@velaw.com  
jen.premisler@cliffordchance.com  
jennifer.demarco@cliffordchance.com  
jennifer.gore@shell.com  
jeremy.eiden@state.mn.us  
jessica.fink@cwt.com  
jfalgowski@reedsmith.com  
jflaxer@golenbock.com  
jfox@joefoxlaw.com  
jfreeberg@wfw.com  
jg5786@att.com  
jgarrity@shearman.com  

jgenovese@gjb-law.com  
jguy@orrick.com  
jherzog@gklaw.com  
jhiggins@fdlaw.com  
jhorgan@phxa.com  
jhuggett@margolisedelstein.com  
jhuh@ffwplaw.com  
jim@atkinslawfirm.com  
jjoyce@dresslerpeters.com  
jjtancredi@daypitney.com  
jjureller@klestadt.com  
jkehoe@btkmc.com  
jlamar@maynardcooper.com  
jlawlor@wmd-law.com  
jlee@foley.com  
jlevitin@cahill.com  
jlipson@crockerkuno.com  
jliu@dl.com  
jlovi@steptoe.com  
jlscott@reedsmith.com  
jmaddock@mcguirewoods.com  
jmazermarino@msek.com  
jmcginley@wilmingtontrust.com  
jmelko@gardere.com  
jmerva@fult.com  
jmmurphy@stradley.com  
jmr@msf-law.com  
john.monaghan@hklaw.com  
john.rapisardi@cwt.com  
john@crumbielaw.com  
joli@crlpc.com  
jorbach@hahnhessen.com  
joseph.cordaro@usdoj.gov  
joshua.dorchak@bingham.com  
jowen769@yahoo.com  
jowolf@law.nyc.gov  
joy.mathias@dubaiic.com  
jpintarelli@mofo.com  
jporter@entwistle-law.com  
jprol@lowenstein.com  
jrabinowitz@rltlawfirm.com  
jrsmith@hunton.com  
jschwartz@hahnhessen.com  
jsheerin@mcguirewoods.com  
jshickich@riddellwilliams.com  
jsmairo@pbnlaw.com  
jstoll@mayerbrown.com  
jsullivan@mosessinger.com  
jtimko@shutts.com  
jtougas@mayerbrown.com  
judy.morse@crowedunlevy.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@sc.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| k4.nomura@aozorabank.co.jp | mark.deveno@bingham.com |
| karen.wagner@dpw.com | mark.ellenberg@cwt.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.houle@pillsburylaw.com |
| keckhardt@hunton.com | mark.sherrill@sutherland.com |
| keith.simon@lw.com | martin.davis@ots.treas.gov |
| ken.coleman@allenovery.com | marvin.clements@ag.tn.gov |
| ken.higman@hp.com | matt@willaw.com |
| kerry.moynihan@hro.com | matthew.klepper@dlapiper.com |
| kgwynne@reedsmith.com | maustin@orrick.com |
| kiplok@hugheshubbard.com | mbenner@tishmanspeyer.com |
| kkelly@ebglaw.com | mberman@nixonpeabody.com |
| klyman@irell.com | mbienenstock@dl.com |
| kmayer@mccarter.com | mbossi@thompsoncoburn.com |
| kobak@hugheshubbard.com | mcademartori@sheppardmullin.com |
| korr@orrick.com | mcordone@stradley.com |
| kostad@mofo.com | mcto@debevoise.com |
| kovskyd@pepperlaw.com | mdorval@stradley.com |
| kpiper@steptoe.com | meltzere@pepperlaw.com |
| kressk@pepperlaw.com | metkin@lowenstein.com |
| kreynolds@mklawnyc.com | mfeldman@willkie.com |
| krosen@lowenstein.com | mgordon@briggs.com |
| kuehn@bragarwexler.com | mgreger@allenmatkins.com |
| kurt.mayr@bgllp.com | mh1@mccallaraymer.com |
| lacyr@sullcrom.com | mhopkins@cov.com |
| landon@streusandlandon.com | michael.frege@cms-hs.com |
| lathompson@co.sanmateo.ca.us | michael.kim@kobrekim.com |
| lawallf@pepperlaw.com | millee12@nationwide.com |
| lberkoff@moritthock.com | miller@taftlaw.com |
| lee.stremba@troutmansanders.com | mimi.m.wong@irscounsel.treas.gov |
| lgranfield@cgsh.com | mitchell.ayer@tklaw.com |
| lhandelsman@stroock.com | mjacobs@pryorcashman.com |
| linda.boyle@twtelecom.com | mjedelman@vedderprice.com |
| lisa.ewart@wilmerhale.com | mjr1@westchestergov.com |
| lisa.kraidin@allenovery.com | mkjaer@winston.com |
| ljkotler@duanemorris.com | mlahaie@akingump.com |
| lmarinuzzi@mofo.com | mlandman@lcbf.com |
| lmay@coleschotz.com | mlynch2@travelers.com |
| lmcgowen@orrick.com | mmendez@hunton.com |
| lml@ppgms.com | mmooney@deilylawfirm.com |
| lnashelsky@mofo.com | mmorreale@us.mufg.jp |
| loizides@loizides.com | mneier@ibolaw.com |
| lromansic@steptoe.com | monica.lawless@brookfieldproperties.com |
| lscarcella@farrellfritz.com | mpage@kelleydrye.com |
| lschweitzer@cgsh.com | mprimoff@kayescholer.com |
| lthompson@whitecase.com | mpucillo@bermanesq.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com

rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com

tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| NAME | FAX |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | 212-668-2255 |
| KATTEN MUCHIN ROSEMAN LLP J FRIEDMAN | 212-940-8776 |
| PAUL WEISS RIFKIND A. KORNBERG | 212-757-3990 |
| RONALD RUS & JOEL S. MILIBAND | 949-252-1514 |
| BROWN RUDNICK LLP - ATTN PETER JM DECLERCQ | 617-856-8201 |
| EDUARDO GLAS, WILLIAM M MORAN | 212-609-6921 |
| WALTER B. STUART, PATRICK D. OH | 212-277-4001 |
| MATTHEW J GOLD | 212-986-8866 |
| LAWRENCE V GELBER, ADAM L HIRSCH | 212-593-5955 |
| CLAUDE SZYFER | 212-806-6006 |
| ADAM C. HARRIS | 212-593-5955 |
| PHILIP D. ANKER | 212-230-8888 |
| KENNETH S. ZIMAN | 212-735-2000 |
| BRUCE BENNETT; MONIKA . WIENER | 213-621-6100 |
| MICHAEL S. ETKLIN AND IRA M. LEVEE | 973-597-2400 |
| LISA G. LAUKITIS | 212-755-7306 |
| LISA G. LAUKITIS | 213-243-2539 |
| BERGER & MONTAGUE: M. DAVIDOFF, L. LEDERER, R. SWITZENBAUM | 215-875-4604 |
| ZUCKERMAN SPAEDER LLP: LAURA NESH | 212-704-4256 |
| ZUCKERMAN SPAEDER LLP: N. COHEN, V. GULDI | 202-822-8106 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: LUC A DESPINS; BRYAN R. KAPLAN
COUNSEL TO CARVAL INVESTORS UK LIMITED
75 E. 55TH STREET, FIRST FLOOR
NEW YORK, NY 10022

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: BOAZ MORAG
COUNSEL TO BARCLAYS CAPITAL INC. AND ITS AFFILIATES
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL S. ETKIN ESQ.; IRA LEVEE
COUNSEL TO: BANKRUPTCY COUNSEL LEAD PLAINTIFFS
ATTN: MICHAEL S. ETKIN AND IRA M. LEVEE
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

ZUCKERMAN SPAEDER LLP
LAURA E. NEISH
1540 BROADWAY, SUITE 1604
NEW YORK, NY 10036

NELSON C. COHEN
VIRGINIA WHITEHILL GULDI
1800 M STREET, N.W., SUITE 1000
WASHINGTON, DC 20036