# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Ch-11 LEHMAN BROTHERS HOLDINGS, INC.**<br><br><br><br>("the Debtors") | **In proceedings for Reorganization under Chapter 11**<br><br>Case No. 08-135555 (JMP) |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM NUMBER 18035

**PLEASE TAKE NOTICE** that, VonWin Capital Management, LP hereby withdraws the Notice of Transfer of Claim of the Claim filed from Butterfield Trust (Bermuda) Limited, as Trustee on Behalf of HFR EM Advantage Master Trust as transferor to VonWin Capital Management, LP as Transferee. **The Withdrawal of Transfer of Claim relates to the filed transfer dated 06/23/2011 [Docket Number 18034].**

Respectfully submitted, this 21st day July 2011.

**VonWin Capital Management, LP**
**261 Fifth Avenue, 22nd Floor**
**New York. NY 10016**

BY: _____
      **Charmaine Wilson**
      **Operations Manager**