# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1￼CTLA STRUCTRED FINANCE￼ATTN: FERNANDO ACEBEDO￼10 EAST 40TH STREET, 14TH FLOOR￼NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28790 | Undetermined | No Liability Claim |
| 2 | HSBC BANK USA NATIONAL ASSOCIATION, AS TTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1￼ATTN: FERNANDO ACEBEDO￼CTLA STRUCTURED FINANCE￼10 EAST 40TH STREET, 14TH FLOOR￼BUFFALO, NY 14203 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28786 | Undetermined | No Liability Claim |
| 3 | HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1￼CTLA-STRUCTURED FINANCE￼ATTN: FERNANDO ACEBEDO￼10 EAST 40TH STREET, 14TH FLOOR￼NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28531 | Undetermined | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-14 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28777 | Undetermined | No Liability Claim |
| 5 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-12 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28778 | Undetermined | No Liability Claim |
| 6 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-12 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NWE YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28784 | Undetermined | No Liability Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TTEE FOR STRUCTURE ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1, CTLA - STRUCTURED FINANCE<br>ATTN: FERNANDO ACEBEDO<br>10 EAST 40TH STREET, 14TH FLOOR<br>NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28776 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $0.00 | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 129: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN AIRLINES, INC. C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVE., STE 700 DALLAS, TX 75261-9616 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17298 | $3,801,000.00 | No Liability Claim |
| 2 | AMERICAN AIRLINES, INC. C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVE., STE 700 DALLAS, TX 75219 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17300 | $3,801,000.00 | No Liability Claim |
| 3 | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON, DC 20433 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18976 | $11,757,799.75* | No Liability Claim |
| 4 | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON, DC 20433 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18977 | $11,757,799.75* | No Liability Claim |
| 5 | INTERNATIONAL FINANCE CORPORATION ATTN: VP, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE NW WASHINGTON, DC 20433 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21858 | $3,343,311.00* | No Liability Claim |
| 6 | INTERNATIONAL FINANCE CORPORATION ATTN: VICE PRESIDENT, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE, N.W. WASHINGTON, DC 20433 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21863 | $3,343,311.00* | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 1 of 2

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 129: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | MIZRAHI TEFAHOT BANK LTD<br>7 JABOTINSKY ST<br>RAMAT GAN, 52136<br>ISRAEL | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/18/2009 | 19171 | $2,774,348.69* | No Liability Claim |
| 8 | MIZRAHI TEFAHOT BANK, LTD<br>ATTN: IRENE GRUBER, LEGAL DIVISION<br>7 JABOTINSKY STREET<br>RAMAT GAN, 52136<br>ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19170 | $2,774,348.69* | No Liability Claim |
| | | | | | TOTAL | $43,352,918.88 | |