# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICAETS SERIRES 2002-BC1 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14607 | Undetermined | No Liability Claim |
| 2 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC3 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14543 | Undetermined | No Liability Claim |
| 3 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC3 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14544 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICAETS SERIES 2002-BC7 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14553 | Undetermined | No Liability Claim |
| 5 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICAETS SERIES 2002-BC4 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14554 | Undetermined | No Liability Claim |
| 6 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICAETS SERIES 2002-BC4 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14555 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICAETS SERIES 2002-BC7 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14556 | Undetermined | No Liability Claim |
| 8 | BERYL FINANCE LIMITED SERIES 2007-9 C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17479 | Undetermined | No Liability Claim |
| 9 | BERYL FINANCE LIMITED SERIES 2007-9 C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17480 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>AS INDENTURE TRUSTEE OF IMPAC CMB TRUST<br>SERIES 2003-8<br>C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ.<br>NIXON PEABODY LLP, 100 SUMMER STREET<br>BOSTON, MA 02110 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/18/2009 | 18509 | Undetermined | No Liability Claim |
| 11 | DHM SALT LAKE CITY HOTEL LP<br>LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P.<br>ATTN: JUDY TURCHIN / JI YEONG CHU<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28853 | Undetermined | No Liability Claim |
| 12 | DHM SALT LAKE CITY HOTEL LP<br>LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P.<br>ATTN: JUDY TURCHIN / JI YEONG CHU<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28854 | Undetermined | No Liability Claim |
| 13 | DHM SALT LAKE CITY HOTEL LP<br>LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P.<br>ATTN: JUDY TURCHIN / JI YEONG CHU<br>1271 AVENUE OF THE AMERICAS 38TH FLOOR<br>NEW YORK, NY 10020 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28855 | Undetermined | No Liability Claim |

## OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | DHM SALT LAKE CITY HOTEL LP C/O LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. ATTN : JUDY TURCHIN JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29375 | Undetermined | No Liability Claim |
| 15 | EASTERN CONNECTICUT HEALTH NETWORK INC ON BEHALF OF MANCHESTER MEMORIAL HOSPITAL, THE ROCKVILLE GENERAL HOSPITAL, INC. ECHN ELDERCARE SERVICES, INC. AND ECHN COMMUNITY HEALTHCARE FOUNDATION INC ATTN: LLOYD PELLETIER MANCHESTER, CT 06040-4131 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22593 | Undetermined | No Liability Claim |
| 16 | EASTERN CONNECTICUT HEALTH NETWORK INC ON BEHALF OF MANCHESTER MEMORIAL HOSPITAL, THE ROCKVILLE GENERAL HOSPITAL, INC., ECHN ELDERCARE SERVICES, INC. AND ECHN COMMUNITY HEALTHCARE FOUNDATION, INC. ATTN: LLOYD PELLETIER MANCHESTER, CT 06040-4131 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22594 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | ETHIAS SA<br>ATTN: THE CFO; DEPARTEMENT FINANCES 1006<br>RUE DES CROISIER 24<br>LIEGE, 4000<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27213 | Undetermined | No Liability Claim |
| 18 | ETHIAS SA<br>ATTN: THE CFO; DEPARTEMENT FINANCES 1006<br>RUE DES CROISIER 24<br>LIEGE, 4000<br>BELGIUM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27214 | Undetermined | No Liability Claim |
| 19 | ETHIAS SA<br>ATTN: THE CFO<br>DEPARTMEMENT FINANCES 1006<br>RUE DES CROISIERS 24<br>LIEGE, 4000<br>BELGIUM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32103 | Undetermined | No Liability Claim |
| 20 | ETHIAS SA<br>ATTN OF THE CFO<br>RUE DE CROISIERS 24<br>DEPARTEMENT FINANCES 1006<br>LIEGE, 4000<br>BELGIUM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32107 | Undetermined | No Liability Claim |
| 21 | ETHIAS SA<br>ATTN: THE CFO; DEPARTEMENT FINANCES 1006<br>RUE DES CROISIER 24<br>LIEGE, 4000<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32110 | Undetermined | No Liability Claim |
| 22 | HD AMERICAN TRUST<br>33 WEST 81ST STREET<br>NEW YORK, NY 10024 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/17/2009 | 15167 | $60,554.43 | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | RUBY FINANCE PLC - SERIES 2004-2<br>C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATION TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22052 | Undetermined | No Liability Claim |
| 24 | RUBY FINANCE PLC - SERIES 2004-2<br>C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE<br>ATTN: SANJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22053 | Undetermined | No Liability Claim |
| 25 | SOUTHALL INVESTMENTS S.A.<br>TRANEXCO 105482<br>P.O. BOX 02-5512<br>MIAMI, FL 33102 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 02/13/2009 | 4810 | $960,000.00 | No Liability Claim |
| 26 | STICHTING PENSIOENFONDS ABP<br>C/O APG ASSET MANAGEMENT US INC<br>ATTN: MARK SINGER<br>666 THIRD AVE, SECOND FLOOR<br>NEW YORK, NY 10017 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21964 | $13,765,430.00* | No Liability Claim |
| 27 | U.S. BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31042 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32988 | $9,378.33* | No Liability Claim |
| 29 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32989 | $9,378.33* | No Liability Claim |
| 30 | WELLS FARGO BANK, NA AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-18 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24855 | Undetermined | No Liability Claim |
| 31 | WELLS FARGO BANK, NA AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-20 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24856 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | WELLS FARGO BANK, NA AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-16 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24861 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $14,804,741.09 | |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 156: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32916 | $9,378.33* | No Liability Claim |
| 2 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32917 | $9,378.33* | No Liability Claim |
| 3 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32920 | $9,378.33* | No Liability Claim |
| 4 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32921 | $9,378.33* | No Liability Claim |
| 5 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32934 | $9,378.33* | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 156: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32935 | $9,378.33* | No Liability Claim |
| 7 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 32960 | $3,126.11* | No Liability Claim |
| 8 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 32986 | $3,126.11* | No Liability Claim |
| 9 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 32987 | $3,126.11* | No Liability Claim |
| 10 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32993 | $9,378.33* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 156: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32994 | $9,378.33* | No Liability Claim |
| | | | | | TOTAL | $84,404.97 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts