# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | IBERDROLA GENERACION, SA UNIPERSONAL ATTN: FERNANDO TALLON YAGUEZ, LEGAL DIRECTOR TOMAS REDONDO 1 MADRID, 28033 SPAIN | 15112 | 09/17/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,306,702.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,945,359.00 |
| 2 | IBERDROLA GENERACION, SAU UNIPERSONAL ATTN: FERNANDO TALLON YAGUEZ, LEGAL DIRECTOR TOMAS REDONDO 1 MADRID, 28033 SPAIN | 15114 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,306,702.00 | Lehman Brothers Holdings Inc. | Unsecured | $3,030,731.00 |
| | | | | | TOTAL | $6,613,404.00 | | TOTAL | $5,976,090.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts