# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ATRIUM III<br>ATTN: ALLEN GAGE<br>1 MADISON AVE, 9TH FLOOR<br>NEW YORK, NY 10010 | 22825 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $93,739.91* | Lehman Brothers Holdings Inc. | Unsecured | $89,000.00 |
| 2 | ATRIUM III<br>ATTN: ALLEN GAGE<br>1 MADISON AVE, 9TH FLOOR<br>NEW YORK, NY 10010 | 22826 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $93,739.91* | Lehman Brothers Special Financing Inc. | Unsecured | $89,000.00 |
| 3 | HORIZON II INTERNATIONAL LIMITED<br>HSBC HOUSE<br>ATTN: SCOTT AITKEN<br>68 WEST BAY ROAD<br>PO BOX 1109 GT<br>GRAND CAYMAN,<br>KY1-1102<br>CAYMAN ISLANDS | 20037 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $15,209.00 |
| 4 | HORIZON II INTERNATIONAL LTD<br>HSBC HOUSE<br>ATTN: SCOTT AITKEN<br>68 WEST BAY ROAD<br>PO BOX 1109 GT<br>GRAND CAYMAN,<br>KY1-1101<br>CAYMAN ISLANDS | 20071 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $15,209.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | PHOENIX II MIXED L S.A.R.L. JER REAL ESTATE ADVISORS (UK) LTD ATTN: COLIN BLACKMORE CLARGES HOUSE, CLARGES STREET LONDON W1J 8AD, UNITED KINGDOM | 22108 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $138,044.47* | Lehman Brothers Special Financing Inc. | Unsecured | $98,490.00 |
| 6 | PHOENIX III MIXED U S A.R.L. JER REAL ESTATE ADVISORS (UK) LTD ATTN: COLIN BLACKMORE CLARGES HOUSE, CLARGES STREET LONDON W1J 8AD, MA 02116 UNITED KINGDOM | 22107 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $644,385.13* | Lehman Brothers Special Financing Inc. | Unsecured | $577,348.00 |
| 7 | WELLS FARGO BANK, NA AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2007-2 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24846 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $167,086.93 | Lehman Brothers Holdings Inc. | Unsecured | $166,156.43 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | WELLS FARGO BANK, NA AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OS1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24849 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $220,516.93 | Lehman Brothers Special Financing Inc. | Unsecured | $219,587.43 |
| 9 | WELLS FARGO BANK, NA AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-20 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24850 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,876.93 | Lehman Brothers Special Financing Inc. | Unsecured | $1,946.43 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | WELLS FARGO BANK, NA AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2007-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24851 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $135,895.43 | Lehman Brothers Special Financing Inc. | Unsecured | $134,964.93 |
| 11 | WELLS FARGO BANK, NA AS TRUSTEE OF THE ENCORE CREDIT CORPORATION TRUST 2003-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24853 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $14,604.93 | Lehman Brothers Special Financing Inc. | Unsecured | $7,329.43 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | WELLS FARGO BANK, NA AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-2 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24854 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $167,086.93 | Lehman Brothers Special Financing Inc. | Unsecured | $166,156.43 |
| 13 | WELLS FARGO BANK, NA AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-16 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24862 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,854.93 | Lehman Brothers Special Financing Inc. | Unsecured | $6,924.43 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | WELLS FARGO BANK, NA AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST WITH RESPECT TO THE OPTION ONE MORTGAGE LOAN TRUST 2007-1 ASSET BACKED CERTIFICATES SERIES 2007-1 C/O MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24863 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $345,462.33 | Lehman Brothers Special Financing Inc. | Unsecured | $344,531.63 |
| 15 | WELLS FARGO BANK, NA AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-18 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24864 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,108.93 | Lehman Brothers Special Financing Inc. | Unsecured | $7,178.43 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | WELLS FARGO BANK, NA AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-4 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24865 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $225,030.43 | Lehman Brothers Special Financing Inc. | Unsecured | $224,099.43 |
| 17 | WELLS FARGO BANK, NA AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-3 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24866 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $126,232.93 | Lehman Brothers Special Financing Inc. | Unsecured | $125,302.43 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 18 | WELLS FARGO BANK, NA AS TRUSTEE OF THE ENCORE CREDIT CORPORATION TRUST 2003-1 ATTN: MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 25701 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $14,604.93* | Lehman Brothers Holdings Inc. | Unsecured | $7,329.43 |
| 19 | WELLS FARGO BANK, NA AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2007-1 ATTN: MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 25703 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $135,895.43* | Lehman Brothers Holdings Inc. | Unsecured | $134,964.93 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | WELLS FARGO BANK, NA AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2007-OS1 ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 25705 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $220,516.93* | Lehman Brothers Holdings Inc. | Unsecured | $219,587.43 |
| 21 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9 SUPPLEMENTAL INTEREST TRUST C/O MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 25194 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,614.93 | Lehman Brothers Special Financing Inc. | Unsecured | $1,684.43 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 9 of 13

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 22 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2007-3 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24756 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $126,232.93 | Lehman Brothers Holdings Inc. | Unsecured | $125,302.43 |
| 23 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2007-4 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24757 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $225,030.43 | Lehman Brothers Holdings Inc. | Unsecured | $224,099.43 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 24 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-18 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24758 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,108.93 | Lehman Brothers Holdings Inc. | Unsecured | $7,178.43 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

|    | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|----|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 25 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST WITH RESPECT TO THE OPTION ONE MORTGAGE LOAN TRUST 2007-1 ASSET BACKED CERTS,2007-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24759 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $345,462.33 | Lehman Brothers Holdings Inc. | Unsecured | $344,531.63 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

|  | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-16 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24760 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,854.93 | Lehman Brothers Holdings Inc. | Unsecured | $6,924.43 |
|  |  |  |  |  | TOTAL | $3,476,988.82 |  | TOTAL | $3,360,036.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts