# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AIU INSURANCE COMPANY JAPAN BRANCH ATTN: CHIEF INVESTMENT OFFICER AIG BUILDING 1-1-3 MARUNOUCHI CHIYODA-KU TOKYO, 100-8234 JAPAN | 09/18/2009 | 08-13555 (JMP) | 18770 | $3,276,196.00* | THE ROYAL BANK OF SCOTLAND PLC TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH, CT 06830 | 02/25/2010 | 08-13555 (JMP) | 66327 | $2,873,838.00 |
| 2 | AIU INSURANCE COMPANY JAPAN BRANCH ATTN: CHIEF INVESTMENT OFFICER AIG BUILDING 1-1-3 MARUNOUCHI CHIYODA-KU TOKYO, 100-8234 JAPAN | 09/18/2009 | 08-13555 (JMP) | 18771 | $3,481,305.00* | THE ROYAL BANK OF SCOTLAND PLC TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH, CT 06830 | 02/25/2010 | 08-13555 (JMP) | 66328 | $2,873,838.00 |
| 3 | AIU INSURANCE COMPANY JAPAN BRANCH ATTN: CHIEF INVESTMENT OFFICER AIG BUILDING 1-1-3 MARUNOUCHI CHIYODA-KU TOKYO, 100-8234 JAPAN | 09/18/2009 | 08-13555 (JMP) | 18772 | $11,182,065.00* | THE ROYAL BANK OF SCOTLAND PLC TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH, CT 06830 | 02/25/2010 | 08-13555 (JMP) | 66329 | $9,579,462.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | **SURVIVING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 4 AKTIA BANK PLC FOR THE BENEFIT OF CLIENTS MANNERHEIMINETIE 14 HELSINKI, FIN-00101 FINLAND | 10/28/2009 | 08-13555 (JMP) | 50353 | $1,160,382.00 | AKTIA BANK PLC FOR THE BENEFIT OF CLIENTS MANNERHEIMINTIE 14 HELSINKI, FIN-00100 FINLAND | 05/24/2011 | 08-13555 (JMP) | 67508 | $1,160,382.00 |
| 5 AKTIA BANK PLC FOR THE BENEFIT OF CLIENTS MANNERHEIMINTIE 14 HELSINKI, FIN-00100 FINLAND | 10/28/2009 | 08-13555 (JMP) | 50354 | $990,570.00 | AKTIA BANK PLC FOR THE BENEFIT OF CLIENTS MANNERHEIMINTIE 14 HELSINKI, FIN-00101 FINLAND | 05/24/2011 | 08-13555 (JMP) | 67510 | $990,570.00 |
| 6 ANDRES HIBERNON GARCIA GORRITA DIAZ, JESUS GARCIA DIAZ, CAYETANO GARCIA-GORRITA DIAZ, SUSANA GARCIA DIAZ, MILAGRO GARCIA-DIAZ, FRANCISCO CRISTOBAL GARCIA DIAZ, PALOMA GARCIA DIAZ, CARMEN GARCIA DIAZ, MARIA DESAMPARADOS GARCIA DIAZ ATTN: CARMEN GARCIA DIAZ VALENCIA, SPAIN | 06/15/2009 | 08-13555 (JMP) | 4888 | $191,038.50* | GARCIA GORRTA, ANDRES HIBERNON ETAL AV/PRIMADO RENE 179 11-A VALENCIA, | 11/06/2009 | 08-13555 (JMP) | 65090 | $191,038.50 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 7 | ARNDT, HEINRICH AND MARIANNE RINGSTR. 30 MORFELDEN-WALLDORF, D-64546 GERMANY | 09/22/2009 | 08-13555 (JMP) | 31120 | $28,302.00 | ARNDT, HEINRICH AND MARIANNE RINGSTR. 30 MOERFELDEN-WALLDORF, D-64546 GERMANY | 09/28/2009 | 08-13555 (JMP) | 35327 | $28,302.00 |
| 8 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 LUGANO, 6900 SWITZERLAND | 10/26/2009 | 08-13555 (JMP) | 47069 | $480,000.00 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 6900 LUGANO, SWITZERLAND | 05/19/2011 | 08-13555 (JMP) | 67496 | $683,328.00 |
| 9 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 LUGANO, 6900 SWITZERLAND | 10/26/2009 | 08-13555 (JMP) | 47070 | $200,000.00 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 6900 LUGANO, SWITZERLAND | 05/19/2011 | 08-13555 (JMP) | 67495 | $284,720.00 |
| 10 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 LUGANO, 6900 SWITZERLAND | 10/26/2009 | 08-13555 (JMP) | 47071 | $120,000.00 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 6900 LUGANO, SWITZERLAND | 05/19/2011 | 08-13555 (JMP) | 67494 | $170,832.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 LUGANO, 6900 SWITZERLAND | 10/26/2009 | 08-13555 (JMP) | 47072 | $100,000.00 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 6900 LUGANO, SWITZERLAND | 05/19/2011 | 08-13555 (JMP) | 67493 | $142,360.00 |
| 12 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 LUGANO, 6900 SWITZERLAND | 10/26/2009 | 08-13555 (JMP) | 47073 | $15,000.00 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 6900 LUGANO, SWITZERLAND | 05/19/2011 | 08-13555 (JMP) | 67492 | $21,354.00 |
| 13 | BANCO ITAU EUROPA LUXEMBOURG S.A 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG, L-2227 LUXEMBOURG | 10/30/2009 | 08-13555 (JMP) | 57535 | Undetermined | BANCO ITAU EUROPA LUXEMBOURG S.A 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG, L-2227 LUXEMBOURG | 05/19/2011 | 08-13555 (JMP) | 67498 | $71,005.00 |
| 14 | BANCO ITAU EUROPA LUXEMBOURG S.A 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG, L-2227 LUXEMBOURG | 10/30/2009 | 08-13555 (JMP) | 57539 | Undetermined | BANCO ITAU EUROPA LUXEMBOURG S.A 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG, L-2227 LUXEMBOURG | 05/19/2011 | 08-13555 (JMP) | 67497 | $170,412.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |

| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | **CAPITAL BANK GRAWE GRUPPE BRANDHOFGASSE 22 GRAZ, A-8010 AUSTRIA** | 10/28/2009 | 08-13555 (JMP) | 50476 | $1,595,102.97 | **CAPITAL BANK GRAWE GRUPPE BRANDHOFGASSE 22 GRAZ, A-8010 AUSTRIA** | 03/03/2010 | 08-13555 (JMP) | 66356 | $4,163,981.52 |
| | **TRANSFERRED TO: YORVIK PARTNERS LLP TRANSFEROR: CAPITAL BANK GRAWE GRUPPE 11 IRONMONGER LANE LONDON, EC2V 8EY UNITED KINGDOM** | | | | $824,985.00 | **TRANSFERRED TO: YORVIK PARTNERS LLP TRANSFEROR: CAPITAL BANK GRAWE GRUPPE 11 IRONMONGER LANE LONDON, EC2V 8EY UNITED KINGDOM** | | | | $824,985.00 |
| 16 | **CARES CAIXA GERAL DE DEPOSITOS, SA - CAIXAGEST SA EDIFICIO CAIXA GERAL DE DEPOSITOS, AV JOAO XXI, N63-2 PISO LISBOA, 1000-300 PORTUGAL** | 01/27/2009 | 08-13555 (JMP) | 2054 | $198,114.00 | **CARES-COMPANHIA DE SEGUROS, S.A. C/O ERIC B. FISHER, ESQ., BUTZEL LONG, A PROFESSIONAL CORPORATION 380 MADISON AVE., 22ND FLOOR NEW YORK, NY 10017** | 11/02/2009 | 08-13555 (JMP) | 63360 | $200,410.28 |
| 17 | **CASSA DI RISPARMIO DI ASTI S.P.A. C/O REED SMITH LLP ATTN: DAVID M. GRIMES, ESQ. & JOHN L. SCOTT, ESQ. 599 LEXINGTON AVENUE NEW YORK, NY 10022** | 04/07/2009 | 08-13888 (JMP) | 3711 | Undetermined | **CASSA DI RISPARMIO DI ASTI BANCA C.R. ASTI SPA PIAZZA LIBERTA 23 ASTI 14100 ITALY** | 09/16/2009 | 08-13888 (JMP) | 14288 | $607,492.96* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 18 | CHONG SIU FUN FLAT G, 3/F TSUEN WAN CENTRE TSUEN WAN, NT, HONG KONG | 10/28/2009 | 08-13555 (JMP) | 50625 | $50,000.00 | CHONG SIU FUN FLAT 3G, BLK 13 TSUEN WAN CENTRE TSUEN WAN, NT, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64519 | $50,000.00* |
| 19 | CONVERIUM GE C/O DEBORAH GALLETTI, IMMEUBLE SCOR, 1 AVENUE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX, 92074 FRANCE | 10/30/2009 | 08-13555 (JMP) | 60633 | $3,252,021.29* | SCOR RUCKVERSICHERUNG (DEUTSCHLAND) A.G. C/O DEBORAH GALLETTI IMMEUBLE SCOR 1 AVENUE DU GENERALE DU GAULLE PARIS LA DEFENSE CEDEX, 92074 FRANCE | 07/07/2010 | 08-13555 (JMP) | 66924 | $3,252,021.29* |
| 20 | D'LUNA CANTON, JOSE FRANCISCO LILIANA ASCENCIO DE LUNA/ VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA B.C., 22830 MEXICO | 07/29/2009 | | 6647 | $50,000.00 | FRANCISCO D'LUNA CANTON, JOSE/ LILIANA ASCENCIO DE LUNA VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA, BC-22830 MEXICO | 11/17/2009 | 08-13555 (JMP) | 65592 | $50,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | DE BEUSSCHER, STEPHANIE RUE DE DREUMONT, 51A VILLERS-LA-VILLE, 1495 BELGIUM | 11/12/2008 | 08-13555 (JMP) | 594 | Undetermined | DE BEUSSCHER, STEPHANIE CHEMIN DE FRASNES 5 REVES, 6210 BELGIUM | 11/03/2009 | 08-13555 (JMP) | 64436 | $29,841.18 |
| 22 | DE GUADALUPE PARAMO MUGUIRO, PATRICIA JOSE MA DE LOS ANGELES OLIVEROS AV TORRESLANDA 204 PB COL EL PARQUE CELAYA GUANAJUATO, 38010 MEXICO | 03/23/2009 | 08-13555 (JMP) | 3454 | $150,000.00 | PARAMO, PATRICIA DE GUADALUPE / OLIVEROS, JOSE MA DE LOS ANGELES OLIVEROS MAQUEO AV TORRESLANDA 204 PB COL EL PARQUE CELAYA GUANAJUATO, 38010 MEXICO | 11/23/2009 | 08-13555 (JMP) | 65675 | $150,000.00 |
| 23 | DUPONT, ALBERT 90 RUE BOIS SAINT JEAN STAVE, 5646 BELGIUM | 09/29/2009 | 08-13555 (JMP) | 35534 | $22,647.56 | DUPONT, ALBERT RUE BOIS - SAINT - JEAN M 0 90 STAVE (METTET), 5646 BELGIUM | 12/09/2009 | 08-13555 (JMP) | 65886 | $22,220.64 |
| 24 | FILIPPO, DANIELE VIA ROMA 42 S GIOVANNI AL NATISONE (UD), 33100 ITALY | 09/24/2009 | 08-13555 (JMP) | 34765 | $28,116.60 | FILIPPO, DANIELE VIA ROMA 42 S. GIOVANNI AL NATISONE , UD 33048 ITALY | 05/16/2011 | 08-13555 (JMP) | 67488 | $28,116.60 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 25 **FILIPPO, DANIELE** VIA ROMA 42 S GIOVANNI AL NATISONE, 33100 ITALY | 08/13/2009 | 08-13555 (JMP) | 8220 | $77,050.00 | **FILIPPO, DANIELE** VIA ROMA 42 S. GIOVANNI AL NATISONE , UD 33048 ITALY | 05/16/2011 | 08-13555 (JMP) | 67489 | $77,050.00 |
| 26 **FOX, STEPHEN** 9 BLENHEIM ROAD LONDON, W4 1UB UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 31653 | $150,000.00 | **FOX, STEPHEN** 19 BINDEN ROAD LONDON, W12 9RJ UNITED KINGDOM | 10/28/2009 | 08-13555 (JMP) | 51238 | $150,000.00 |
| 27 **FUNDO DE PENSOES AON REPRENSENTED BY GROUPAMA SEGUROS DE VIDA, S.A. ATTN: MR. JOAO QUINTANILHA AVENIDA DE BERMA, 24 LISBOA, D 1069-170 PORTUGAL** | 05/15/2009 | 08-13555 (JMP) | 4363 | Undetermined | **FUNDO DE PENSOES AON REPRESENTED BY GROUPAMA SEGUROS DE VIDA, S.A. ATTN: MR. JOAO QUINTANILHA AVENIDA DE BERNA, 24 LISBOA, 1069-170 PORTUGAL** | 11/06/2009 | 08-13555 (JMP) | 65039 | $183,963.00* |
| 28 **GIESBRECHT, HARTMUT** FICHTENSTR. 7 HIRSCHBERG, D-69493 GERMANY | 11/17/2009 | 08-13555 (JMP) | 65632 | $29,180.00 | **GIESBRECHT, HARTMUT** DR. FICHTENSTR. 7 HIRSCHBERG, D-69493 GERMANY | 11/27/2009 | 08-13555 (JMP) | 65742 | $29,180.00 |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | GLG CORE PLUS STERLING BOND FUND (FORMERLY KNOWN AS SG CORE PLUS STERLING BOND FUND) 1 CURZON STREET LONDON, W1J 5HB UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62730 | $357,540.00 | GLG CORE PLUS STERLING BOND FUND (FORMELY KNOWN AS SG CORE PLUS STERLING BOND FUND) 1 CURZON STREET LONDON, W1J 5HB UNITED KINGDOM | 11/06/2009 | 08-13555 (JMP) | 65123 | $357,540.00 |
| 30 | HAGEDORN, CHRISTIAN 350 W. 43RD ST., APT. 10D NEW YORK, NY 10036 | 10/22/2008 | 08-13555 (JMP) | 340 | $12,000.00 | HAGEDORN, CHRISTIAN 350 W. 43RD ST., APT. 30J NEW YORK, NY 10036 | 09/28/2009 | 08-13555 (JMP) | 35152 | $28,450.00 |
| 31 | HANG, CHAN WING CHUN ST. MA ON SHAN, N.T. HONG KONG, JAPAN | 07/28/2009 | 08-13555 (JMP) | 6571 | $130,000.00 | CHAN WING HANG RM 77 10/F HORIZON SUITE 29 ON CHUN STREET MA ON SHAN, NT, HONG KONG | 10/13/2009 | 08-13555 (JMP) | 39521 | $130,000.00* |
| 32 | HEISS, EDMUND DR ALMBUTTENWEG 15 EDRMISCH-PARTENKIRCHEN, D-82467 GERMANY | 10/01/2009 | 08-13555 (JMP) | 35968 | Undetermined | HEISS, EDMUND ALMHUTTENWEG 15 GARMISCH-PARTENKIRCHEN, D-82467 GERMANY | 10/26/2009 | 08-13555 (JMP) | 46541 | $21,301.50 |
| 33 | HERRE, DORIS WIESENSTR. 6 STRABBERG, D72479 GERMANY | 09/23/2009 | 08-13555 (JMP) | 34359 | $42,642.00 | HERRE, DORIS WIESENSTR. 6 STRABBERG, D72479 GERMANY | 10/09/2009 | 08-13555 (JMP) | 37289 | $42,642.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 34 **HEUN, PETER** C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57799 | $1,432.28 | **HEUN, PETER** BLANKENHAINER STR. 8 ERFURT, D-99099 GERMANY | 12/21/2009 | 08-13555 (JMP) | 65983 | $1,413.67 |
| 35 **HILLERBRAND, ASTRID** SCHLUESSELGASSE 8/11 VIENNA, 1040 AUSTRIA | 10/13/2009 | 08-13555 (JMP) | 39734 | $16,855.07 | **HILLERBRAND, ASTRID** SCHLUESSELGASSE 8/11 VIENNA, 1040 AUSTRIA | 05/27/2011 | 08-13555 (JMP) | 67512 | $35,945.90 |
| 36 **INSTITUTO BANCARIO SAMMARINESE S.P.A.** VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 10/29/2009 | 08-13555 (JMP) | 55148 | $350,000.00 | **INSTITUTO BANCARIO SAMMARINESE S.P.A.** VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 06/04/2010 | 08-13555 (JMP) | 66791 | $490,000.00 |
| 37 **INSTITUTO BANCARIO SAMMARINESE S.P.A.** VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 10/29/2009 | 08-13555 (JMP) | 55151 | $1,500,000.00 | **INSTITUTO BANCARIO SAMMARINESE S.P.A.** VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 06/04/2010 | 08-13555 (JMP) | 66787 | $2,100,000.00 |
| 38 **INSTITUTO BANCARIO SAMMARINESE S.P.A.** VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 10/29/2009 | 08-13555 (JMP) | 55152 | $500,000.00 | **INSTITUTO BANCARIO SAMMARINESE S.P.A.** VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 06/04/2010 | 08-13555 (JMP) | 66790 | $700,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 39 | JANSEN, R.P. ZHIDMAAD 6 OOSTERWOLDE, FR 8431ZA NETHERLANDS | 10/21/2009 | 08-13555 (JMP) | 43430 | $25,500.00 | JANSEN, R.P. ZUIDMAAD 6 OOSTERWOLDE (FR), 8431ZA NETHERLANDS | 12/02/2009 | 08-13555 (JMP) | 65816 | $25,500.00 |
| 40 | JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES ARCIGA 34 COL CENTRO PATZCUARO MICH, 61600 MEXICO | 07/27/2009 | | 6193 | $142,000.00 | FLORES, SERGIO LEAL AND JOSEFINA FLORES OCHOA ARCIGA 34COL CENTRO PATZCUARO MICH, 61600 MEXICO | 11/05/2009 | 08-13555 (JMP) | 64859 | $142,000.00 |
| 41 | JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES ARCIGA 34 COL CENTRO PATZCUARO MICH, 61600 MEXICO | 07/27/2009 | 08-13555 (JMP) | 6194 | $258,000.00 | JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES ARCIGA 34 COL CENTRO PATZCUARO MICHOACAN, 61600 MEXICO | 11/05/2009 | 08-13555 (JMP) | 64860 | $258,000.00 |
| 42 | KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 10/05/2009 | 08-13555 (JMP) | 36294 | $205,369.36 | KLEINWORT BENSON BANK ATTN: EMMA VERNON 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 05/23/2011 | 08-13555 (JMP) | 67504 | $205,369.36 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 43 | KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 10/05/2009 | 08-13555 (JMP) | 36296 | $1,911,890.75 | KLEINWORT BENSON BANK ATTN: EMMA VERNON 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 05/23/2011 | 08-13555 (JMP) | 67505 | $2,543,608.21 |
| 44 | KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 10/05/2009 | 08-13555 (JMP) | 36297 | $405,157.87 | KLEINWORT BENSON BANK ATTN: EMMA VERNON 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 05/23/2011 | 08-13555 (JMP) | 67503 | $539,028.12 |
| 45 | LA DISTRIBUTION MODERNE PICARDE 18 AVENUE DE I'OPERA PARIS, 75001 FRANCE | 09/22/2009 | 08-13555 (JMP) | 27232 | $1,473,033.62 | LA DISTRIBUTION MODERNE PICARDE 18 AVENUE DE L'OPERA PARIS, 75001 FRANCE | 10/16/2009 | 08-13555 (JMP) | 40672 | $1,473,033.62 |
| 46 | LA FE COMPANIA DE SEGUROS, S.A. ELDUAYEN, 32-36202 VIGO (PONTEVEDRA) SPAIN | 12/04/2008 | 08-13555 (JMP) | 1221 | $480,049.66 | LA FE COMPANIA DE SEGUROS S.A. C/ELDUAYEN, 32 VIGO (PONTEVEDRA), 36202 SPAIN | 10/28/2009 | 08-13555 (JMP) | 51779 | $480,049.66 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 47 | **LANDESBANK BADEN-WURTTEMBERG ATTN: DR. RICHARD SIGEL AM HAUPTBAHNHOF 2 STUTTGART, 70173 GERMANY** | 11/02/2009 | 08-13555 (JMP) | 62833 | $433,189,492.77 | **LANDESBANK BADEN - WURTTEMBERG ATTN: DR. THOMAS WALTER AM HAUPTBAHNHOF 2 STUTTGART, 70173 GERMANY** | 11/12/2010 | 08-13555 (JMP) | 67198 | $443,047,002.50* |
| | **TRANSFERRED TO: GOLDENTREE DISTRESSED DEBT FUND, LP TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK, NY 10020** | | | | $11,964,600.00 | **TRANSFERRED TO: GOLDENTREE DISTRESSED DEBT FUND, LP TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK, NY 10020** | | | | $5,481,480.00 |
| | **TRANSFERRED TO: GOLDENTREE DISTRESSED DEBT MASTER FUND, LP TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK, NY 10020** | | | | $5,630,400.00 | **TRANSFERRED TO: GOLDENTREE DISTRESSED DEBT MASTER FUND, LP TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK, NY 10020** | | | | $2,579,520.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 48 | LINN ENERGY, LLC C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON, DC 20036 | 09/16/2009 | 08-13885 (JMP) | 13867 | $67,614,109.00 | LINN ENERGY, LLC C/O CHARLENE RIPLEY 600 TRAVIS, SUITE 5100 HOUSTON, TX 77002 | 04/08/2011 | 08-13885 (JMP) | 67455 | $51,000,000.00 |
| 49 | LONDON LIFE INSURANCE COMPANY ATTN: SCOTT SMITH, BOND INVESTMENTS 100 OSBOURNE STREET, NORTH WINNIPEG, MB R3C 3AS CANADA | 10/22/2009 | 08-13555 (JMP) | 44055 | $5,007,972.60 | LONDON LIFE INSURANCE COMPANY ATTN: SCOTT SMITH, BOND INVESTMENTS 100 OSBOURNE STREET, N WINNIPEG, R3C 3AS CANADA | 07/29/2010 | 08-13555 (JMP) | 66973 | $4,676,444.81 |
| 50 | LONDON LIFE INSURANCE COMPANY ATTN: SCOTT SMITH, BOND INVESTMENTS 100 OSBOURNE STREET, NORTH WINNIPEG, MB R3C 3AS CANADA | 10/22/2009 | 08-13555 (JMP) | 44056 | $25,343,410.96 | LONDON LIFE INSURANCE COMPANY ATTN: SCOTT SMITH, BOND INVESTMENTS 100 OSBOURNE STREET, N WINNIPEG, R3C 3A5 CANADA | 07/29/2010 | 08-13555 (JMP) | 66972 | $23,665,677.15 |
| 51 | MACINNES, GORDON A. TRUSTEE TRUST GE BARTOL 03/01/1971 26 OLD HARTER RD MORRISTOWN, NJ 07960-6364 | 08/10/2009 | | 7877 | $257,256.50 | MACINNES, GORDON AS TTEE KATHERINE LUNT TTEE UAD 3/1/1971 26 OLD HARTER ROAD MORRISTOWN, NJ 07960 | 09/21/2009 | 08-13555 (JMP) | 25429 | $260,600.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 52 MAEDA FUDOSAN CO., LTD ATTN: TUTOMO KUOMOTO, TREASURY DIVISION 1-2 NISITENMA 6-CHOME KITA-KU, O SAKA, 530-0047 JAPAN | 07/13/2009 | 08-13555 (JMP) | 5278 | $957,640.26 | MAEDA FUDOSAN CO., LTD 1-2 NISTENMA 6-CHOME KITA-KU, OSAKA, 530-0047 JAPAN | 10/22/2009 | 08-13555 (JMP) | 44485 | $957,640.26 |
| 53 MAPFRE AGROPECUARIA COMPANIA INTERNACIONAL DE SEGUROS Y REASEGUROS SA KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT 575 MADISON AVENUE NEW YORK, NY 10022 | 04/23/2009 | 08-13555 (JMP) | 3908 | $3,544,552.72 | MAPFRE EMPRESAS S.A. SE SEGUROS Y REASEGUROS C/O KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT, ESQ 575 MADISON AVENUE NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 59842 | $10,661,714.23 |
| 54 MAPFRE EMPRESAS S.A. DE SEGUROS Y REASEGUROS KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT 575 MADISON AVENUE NEW YORK, NY 10022 | 04/23/2009 | 08-13555 (JMP) | 3907 | $7,117,161.51 | MAPFRE EMPRESAS S.A. SE SEGUROS Y REASEGUROS C/O KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT, ESQ 575 MADISON AVENUE NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 59842 | $10,661,714.23 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 55 | MAPFRE FAMILIAR COMPANIA DE SEGUROS Y REASEGUROS SA (FORMERLY MAPFRE SEGUROS GENERALES COMPANIA DE SEGUROS Y REASEGUROS SA & MAPFRE AUTOMOVILES SA DE SEGUROS Y REASEGUROS KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT NEW YORK, NY 10022 | 04/23/2009 | 08-13555 (JMP) | 3909 | $24,784,544.52 | KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT, ESQ. 575 MADISON AVENUE NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 59845 | $24,784,544.52 |
| 56 | MAPFRE VISA S.A. DE SEGUROS Y REASEGUROS SOBRE LA VIDA HUMANA KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT 575 MADISON AVENUE NEW YORK, NY 10022 | 04/23/2009 | 08-13555 (JMP) | 3910 | $5,697,833.70 | MAPFRE VIDA S.A. DE SEGUROS Y REASEGUROS SOBRE LA VIDA HUMANA C/O KATTEN MUCHIN ROSENMAN LLP, ATTN: MARC TRACT, ESQ. 575 MADISON AVENUE NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 59844 | $5,697,833.70 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 57 MONTES CABEZON, OVIDIO CALLE CERRO DELAIRE NO 4, V 2301 MADRID, MALADAHOWDA, 28220 SPAIN | 05/29/2009 | 08-13555 (JMP) | 4657 | $353,775.00 | MONTES CABEZON, OVIDIO CALLE CERRO DELAIRE NO 4, V 2301 MADRID, MALADAHOWDA, 28220 SPAIN | 10/05/2009 | 08-13555 (JMP) | 36463 | $353,775.00* |
| 58 MORZARIA, RAGINI 7 EDWINA GARDENS REDBRIDGE ESSEX, IG4 5BS UNITED KINGDOM | 09/25/2009 | | 34916 | $132,475.33 | MORZARIA, RAGINI 7 EDWINA GARDENS REDBRIDGE,ESSEX, IG4 5BS UNITED KINGDOM | 10/05/2009 | | 36225 | $132,475.33 |
| 59 MORZARIA, RAGINI 7 EDWINA GARDENS REDBRIDGE ESSEX, 1G4 5BS UNITED KINGDOM | 09/25/2009 | 08-13555 (JMP) | 34917 | $14,038.00 | MORZARIA, RAGINI 7 EDWINA GARDENS REDBRIDGE,ESSEX, IG4 5BS UNITED KINGDOM | 10/05/2009 | 08-13555 (JMP) | 36226 | $14,038.00 |
| 60 NEWCASTLE CITY COUNCIL, ""NSW AUSTRALIA"" TREASURY ACCOUNTANT - ALISSA JONES PO BOX 489 NEWCASTLE NSW, 2300 AUSTRALIA | 11/10/2008 | 08-13555 (JMP) | 566 | Undetermined | NEWCASTLE CITY COUNCIL, ""NSW AUSTRALIA"" SENIOR ACCOUNTING OFFICER-MARTIN SWAN PO BOX 489 NEWCASTLE NSW, 2300 AUSTRALIA | 11/03/2009 | 08-13555 (JMP) | 64264 | $445,878.00 |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 61  NICAISE, LEANDRE RUE DE LA PLACE, 19 7062 NAAST, BELGIUM | 11/02/2009 | | 65664 | $14,654.00 | NICAISE, LEANDRE RUE DE LA PLACE, 19 NAAST, 7062 BELGIUM | 11/13/2009 | 08-13555 (JMP) | 65522 | $14,654.00* |
| 62  OCHOA, JOSEFINA F. & FLORES, JOSEFINA L. TIHUAPU Y AV MICH 253 VISTA BELLA FRACC LOMA DE VISTA BELLA MORELIA MICHOACAN , 58090 MEXICO | 07/30/2009 | 08-13555 (JMP) | 6773 | $320,000.00 | OCHOA, JOSEFINA FLORES & JOSEFINA LEAL FLORES TIHUAPU Y AV MICH 253 VISTA BELLA FRACC LOMA DE VISTA BELLA MORELIA MICHOACAN, 58090 MEXICO | 11/05/2009 | 08-13555 (JMP) | 64861 | $320,000.00 |
| 63  PREVENTIVA, S.A. ATTN: MR. LUIS POBLACIONES BUENO C/ ARMINZA, 2 MADRID, 28023 SPAIN | 10/23/2009 | 08-13555 (JMP) | 44767 | Undetermined | PREVENTIVA, S.A. ATTN: MR. LUIS POBLACIONES BUENO C/ ARMINZA, 2 MADRID, 28023 SPAIN | 01/19/2010 | 08-13555 (JMP) | 66114 | Undetermined |
| 64  QATAR INSURANCE COMPANY PO BOX 666 TAMIM STREET WEST BAY DOHA, QATAR | 09/17/2009 | 08-13555 (JMP) | 15113 | $5,431,250.00 | QATAR INSURANCE COMPANY (SAQ) QIC ANNEX BUILDING TAMIN STREET WEST BAY, DOHA, QATAR | 10/30/2009 | 08-13555 (JMP) | 57409 | $5,000,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 65 | RAYTHEON COMPANY MASTER TRUST FOR DEFINED CONTRIBUTION ATTN: PAULA J. SASSO 870 WINTER STREET WALTHAM, MA 02451-1449 | 09/22/2009 | 08-13888 (JMP) | 32603 | $1,253,746.72 | RAYTHEON SAVINGS AND INVESTMENT PLAN TURST (F/K/A RAYTHEON COMPANY MASTER TRUST FOR DEFINED CONTRIBUTION) ATTN: PAULA J. SASSO 870 WINTER STREEET WALTHAM, MA 02451-1449 | 05/23/2011 | 08-13888 (JMP) | 67507 | $1,253,746.72 |
| 66 | RAYTHEON COMPMANY MASTER TRUST FOR DEFINED CONTRIBUTION 870 WINTER STREET WALTHAM, MA 02451-1449 | 09/22/2009 | 08-13555 (JMP) | 32602 | $1,253,746.72 | RAYTHEON SAVINGS AND INVESTMENT PLAN TRUST (F/K/A RAYTHEON COMPANY MASTER FUND FOR DEFINED CONTRIBUTION) ATTN: PAULA J. SASSO 870 WINTER STREET WALTHAM, MA 02451-1449 | 05/23/2011 | 08-13555 (JMP) | 67506 | $1,253,746.72 |
| 67 | RESTRUCTURED ASET CERTIFICATES WITH ENCHANCED RETURNS, SERIES 1998 I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFUALT ADMINISTRATION GROUP 101 BARCLAY STEET NEW YORK, NY 10286 | 09/21/2009 | 08-13888 (JMP) | 25999 | Undetermined | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 1998-I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK, NY 10286 | 05/23/2011 | 08-13888 (JMP) | 67501 | $81,329.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 68 RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 1998-I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 25937 | Undetermined | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 1998-I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK, NY 10286 | 05/23/2011 | 08-13555 (JMP) | 67500 | $81,329.00* |
| 69 SACHSISCHE AUFBAUBANK (""SAB"") PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS ATTN:  DAVID W. DYKHOUSE, ESQ. NEW YORK, NY 10036-6710 | 12/01/2008 | 08-13555 (JMP) | 1161 | $7,122,000.00* | SACHSISCHE AUFBAUBANK ATTN: DAVID W. DYKHOUSE C/O PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/29/2009 | 08-13555 (JMP) | 56773 | $7,122,000.00* |
| 70 SCHULTZ, GISELA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57800 | $37,608.01 | SCHULTZ, GISELA C/O NEBER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 12/17/2010 | | 67264 | $37,608.01 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 71 SCOR HOLDING (UK) LIMITED TRANSFEROR: CONVERIUM UK ATTN: ALAN GRANT 10 LIME ST. LONDON, EC3M 7AA UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 60634 | $584,524.09* | | SCOR HOLDING (UK) LIMITED TRANSFEROR: SCOR INSURANCE (UK) LIMITED ATTN: ALAN GRANT 10 LIME ST. LONDON, EC3M 7AA UNITED KINGDOM | 07/07/2010 | 08-13555 (JMP) | 66923 | $584,524.09 |
| 72 ST. GALLER KANTONALBANK ST. LEONHARDSTR. 25 ST. GALLEN, CH-9001 SWITZERLAND | 05/28/2009 | 08-13555 (JMP) | 4639 | $130,442.60 | | ST. GALLER KANTONALBANK ST. LEONHARDSTR. 25 ST. GALLEN, CH-9001 SWITZERLAND | 10/23/2009 | 08-13555 (JMP) | 45303 | $66,929.00 |
| 73 STICHTING PENSIOENFONDS DSM NEDERLAND HET OVERLOON 1 , TE 6411 NETHERLANDS | 11/14/2008 | 08-13555 (JMP) | 617 | $6,254,537.00 | | STICHTING PENSIOEN FONDS DSM NEDERLAND HET OVERLOON 1 HEERLEN, 6411 TE NETHERLANDS | 10/05/2009 | 08-13555 (JMP) | 65418 | $6,254,537.00 |
| 74 STICHTING PENSIOENFONDS SABIC EURO PETROCHEMICALS HET OVERLOON 1 , TE 6411 NETHERLANDS | 11/14/2008 | 08-13555 (JMP) | 618 | $446,752.00 | | STICHTING PENSIOEN FONDS SABIC EUROPETROCHE-MICALS HET OVERLOON 1 HEERLEN, 6411 TE NETHERLANDS | 10/05/2009 | 08-13555 (JMP) | 65417 | $446,752.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 75 | STOHNER, UWE HEINRICH-ZILLE-STR. 15A KOLN, 50765 GERMANY | 10/05/2009 | 08-13555 (JMP) | 36411 | $2,836.80 | STOHNER, UWE HEINRICH-ZILLE-STR. 15A KOLN, 50765 GERMANY | 10/20/2009 | 08-13555 (JMP) | 42460 | $2,836.80 |
| 76 | SUERTH, HERBERT LINCKENSSTR. 27 MUENSTER, 48167 GERMANY | 02/13/2009 | 08-13555 (JMP) | 2835 | $35,212.00 | SURTH, HERBERT LINCKENS STR. 17 MUNSTER, 48165 GERMANY | 10/28/2009 | 08-13555 (JMP) | 51764 | $40,439.31 |
| 77 | TELEFONICA, S.A. ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C - EDIFICIO CENTRAL - PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID, 28050 SPAIN | 09/21/2009 | 08-13555 (JMP) | 21679 | $5,402,633.73* | TELEFONICA, S.A. ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C, EDIFICIO CENTRAL PLANTA 3 RONDA DE LA COMUNICACIONS MADRID, 28050 SPAIN | 06/01/2011 | 08-13555 (JMP) | 67513 | $5,547,007.62 |
| 78 | TELEFONICA, S.A. ATTN: CARLOS JIMENEZ ZATO/BELEN SOTOCA REDONDO DISTRITO C - EDIFICIO CENTRAL - PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID, 28050 SPAIN | 09/21/2009 | 08-13901 (JMP) | 21680 | $5,402,633.73* | TELEFONICA, S.A. ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C, EDIFICIO CENTRAL PLANTA 3 RONDA DE LA COMUNICACIONS MADRID, 28050 SPAIN | 06/01/2011 | 08-13901 (JMP) | 67514 | $5,547,007.62 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 79  TENTWIN, DANIEL EISENBERG 27 WERNIGERODE, 38855 GERMANY | 10/05/2009 | 08-13555 (JMP) | 36369 | $54,604.27 | TINTWIN, DANIEL EISENBERG 27 WERNIGERODE, 38855 GERMANY | 10/08/2009 | 08-13555 (JMP) | 37048 | $71,010.00 |
| 80  TEUFEL, SABINE BLUMENSTR. 6 STRASSBERG, 72479 GERMANY | 10/13/2009 | 08-13555 (JMP) | 38357 | $8,528.40 | TEUFEL, SABINE BLUMENSTR. 6 STRASSBERG, 72479 GERMANY | 10/26/2009 | 08-13555 (JMP) | 46657 | $8,528.40 |
| 81  TOKOYODA, TORU 46 GOLDHILL AVENUE 06-46 HILLS APARTMENT SINGAPORE, 309029 SINGAPORE | 11/02/2009 | 08-13555 (JMP) | 60864 | $96,170.00 | TOKOYODA, TORU 46 GOLDHILL AVENUE, # 06-46 HILLS APARTMENT , 309029 SINGAPORE | 11/03/2009 | 08-13555 (JMP) | 64171 | $96,170.00 |
| 82  TREE LLC C/O HEYMAN & ASSOCIATES PO BOX 387905 LA JOLLA, CA 92038-7905 | 10/27/2009 | 08-13555 (JMP) | 48845 | $272,796.00 | TREE LLC C/O HEYMAN & ASSOCIATES PO BOX 387905 LA JOLLA, CA 92038-7905 | 10/26/2009 | 08-13555 (JMP) | 46470 | $272,796.00 |
| 83  TSANG, KWONG FAI FLAT 6, 11/F, BLK C, HONOR BLDG 78T TOKWAWAN ROAD TOKWA WAN KLN, HONG KONG | 10/26/2009 | 08-13555 (JMP) | 47369 | $80,000.00* | TSANG KWONG FAI FLAT 6 11/F BLK C HONOUR BLDG 78T TO KWA WAN ROAD TOKWAN KLN, HONG KONG | 11/06/2009 | 08-13555 (JMP) | 65061 | $80,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 84 VEDOVOTTO, ROBERTO VIA OSPEDALE CIVILE 20 PADOVA, 95121 ITALY | 09/16/2009 | | 14279 | $7,668,375.00 | VEDOVOTTO, ROBERTO VIA OSPEDALE CIVILE 20 PADOVA, 95121 ITALY | 02/19/2010 | 08-13555 (JMP) | 66309 | $7,668,375.00 |
| 85 VIDRIO CHAVEZ, GERADDO ARMANDO PASEO SAN RAIMUNDO 373 VALLE REAL ZAPOPAN, JL 45100 MEXICO | 02/12/2009 | 08-13555 (JMP) | 2721 | $100,000.00 | VIDRIO CHAVEZ, GERARDO ARMANDO PASEO SAN RAIMUNDO 373 VALLE REAL ZAPOPAN JAL, 45100 MEXICO | 10/29/2009 | 08-13555 (JMP) | 56046 | $100,000.00 |
| 86 WITTE, DORIS CRANACHSTR. 8 MORFELDEN- WALLDORF, 64546 GERMANY | 09/22/2009 | 08-13555 (JMP) | 31410 | $49,528.50 | WITTE, DORIS CRANACH STR. 8 MORFELDEN-WALLDORF, 64546 GERMANY | 09/28/2009 | 08-13555 (JMP) | 35045 | $49,528.50 |
| 87 YACHIYO BUILDING SERVICE CO., LTD ATTN: TUTUMO KOUMOTO, TREASURY DIVISION 1-2 NISITENME 6-CHOME KITA-KU, O SAKA, 530-0047 JAPAN | 07/13/2009 | 08-13555 (JMP) | 5277 | $957,640.26 | YACHIYO BUILDING SERVICE CO., LTD 1-2 NISITENMA 6-CHOME KITA-KU, OSAKA, 530-0047 JAPAN | 10/22/2009 | 08-13555 (JMP) | 44486 | $957,640.26 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 88 **ZAHNER, EDMUND ADALBERT-STIFTER-RING 22A EBENHAUSEN, 82067 GERMANY** | 09/21/2009 | | 24441 | $5,673.00 | **ZAHNER, EDMUND ADALBERT-STIFTER-RING 22A EBENHAUSEN, D 82 067 GERMANY** | 10/09/2009 | | 37258 | $5,673.00 |
| 89 **ZIELKE, CLAUDIA AND UWE FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND, GERMANY** | 08/18/2009 | 08-13555 (JMP) | 8625 | $22,560.00 | **ZIELKE, CLAUDIA AND UWE FLURSTRASSE 4 SCHWAEBISCH GMUEND, 73527 GERMANY** | 09/28/2009 | 08-13555 (JMP) | 35119 | $22,560.00 |
| 90 **ZIELKE, CLAUDIA AND UWE FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND, GERMANY** | 08/18/2009 | 08-13555 (JMP) | 8626 | $28,200.00 | **ZIELKE, CLAUDIA AND UWE FLURSTRASSE 4 SCHWAEBISCH GMUEND, 73527 GERMANY** | 09/28/2009 | 08-13555 (JMP) | 35118 | $28,200.00 |
| 91 **ZIELKE, MARVIN GROSSDEINBACH FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND, GERMANY** | 08/18/2009 | 08-13555 (JMP) | 8624 | $8,460.00 | **ZIELKE, MARVIN GROSSDEINBACH FLURSTRASSE 4 SCHWAEBISCH GMUEND, 73527 GERMANY** | 09/28/2009 | 08-13555 (JMP) | 36946 | $8,460.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 92 | ZIELKE, RABEA ANTONIA GROSSDEINBACH FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND, GERMANY | 08/18/2009 | 08-13555 (JMP) | 8623 | $8,460.00 | ZIELKE, RABEA ANTONIA GROSSDEINBACH FLURSTRASSE 4 SCHWAEBISCH GMUEND, 73527 GERMANY | 09/28/2009 | 08-13555 (JMP) | 35117 | $8,460.00 |

|  | TOTAL | $670,126,382.23 |
|---|---|---|

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 2 – AMENDED AND SUPERSEDED CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | LAUTENSCHLAGER, ROLF A. SAUERBRUCHSTRASSE 31 MUENCHEN, 81377 GERMANY | 09/24/2009 | 08-13555 (JMP) | 34834 | $14,500.00 | LAUTENSCHLAGER, ROLF A. SAUERBRUCHSTRASSE 31 MUENCHEN, D 81377 GERMANY | 11/03/2009 | 08-13555 (JMP) | 64469 | $14,900.00 |
| 2 | SCHMITT, HELGE-CHRISTIAN JENNISGASSE 5 DONAUWORTH, 86609 GERMANY | 01/14/2009 | 08-13555 (JMP) | 1715 | $184,599.00 | SCHMITT, HELGE-CHRISTIAN JENNISGASSE 5 DONAUWORTH, 86609 GERMANY | 01/28/2009 | 08-13555 (JMP) | 2110 | Undetermined |
| | | | | TOTAL | $199,099.00 | | | | | |