# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 149: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | COCKING, JOHN<br>11923 GALENTINE POINT<br>CYPRESS, TX 77429 | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5623[1] | $28,072.00 |
| 2 | CUTLER, GARY A.<br>40 COLLEGE STREET, SUITE 302<br>BURLINGTON, VT 05401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/22/2009 | 5915[2] | $2,792,500.00 |
| 3 | HECHINGER, JOHN W<br>970 WEST BROADWAY PMB 300<br>P.O. BOX 30,000<br>JACKSON, WY 83002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18179[3] | $137,921.75 |
| 4 | MISON, ROBERT J.<br>7920 TRINITY CIRCLE UNIT 4SW<br>TINLEY PARK, IL 60487 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7221[4] | $27,065.70 |

---

[1] Claim 5623 is being reclassified as an equity interest solely with respect to its asserted claim totaling $14,036 for any securities other than those with CUSIP No. 52520B206. The portion of Claim 7221 that is asserting a claim totaling $14,306 for securities with CUSIP No. 52520B206 was previously expunged pursuant to the Order Granting Debtors' Ninety-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated March 31, 2011 [Docket No. 15520].

[2] Claim 5915 is being reclassified as an equity interest solely with respect to its asserted claim totaling $1,450,000 for the securities with CUSIP Nos. 524908704, 524908886, and 524908639. The portion of Claim 5915 that is asserting a claim totaling $1,387,500 for securities with CUSIP Nos. 525519Y209, 52520E200, and 52520X208 was previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

[3] Claim 18179 is being reclassified as an equity interest solely with respect to its asserted claim of $225.75 for securities with CUSIP No. 524908100. The portion of Claim 18179 that is asserting a claim of $137,696 for securities identified as "WTS LEHMAN BROS HLDGS INC CALL WT LKD DE SHAW OCULUS FD ACCD INVS" is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 18179 in the future.

[4] Claim 7221 is being reclassified as an equity interest solely with respect to its asserted claim totaling $14,562.35 for any securities other than those with CUSIP No. 52519Y209. The portion of Claim 7221 that is asserting a claim totaling $12,503.35 for securities with CUSIP No. 52519Y209 was previously expunged pursuant to the Order Granting Debtors' Ninety-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated March 31, 2011 [Docket No. 15520].

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 149: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 5 | MORRIS-BROGAN, LINDA<br>12434 CARRIAGE HILL DR.<br>HOUSTON, TX 77077-2908 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25535[5] | $46,190.00 |
| 6 | NOTO, LUCIO A.<br>215 OTTER ROCK DRIVE<br>GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22303[6] | $219,171.90* |
| 7 | ROYLE, ROBERT C.<br>1486 BUTT OAK ROAD<br>TOMS RIVER, NJ 08755-0813 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/24/2009 | 6105[7] | $80,000.00 |
| 8 | SBLI USA MUTUAL LIFE INSURANCE CO., INC.<br>ATTN: ROBERT DAMANTE, EVP AND CFO<br>460 WEST 34TH STREET, STE. 800<br>NEW YORK, NY 10001-2320 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/21/2009 | 1845[8] | $6,193,236.00 |

---

[5] Claim 25535 is being reclassified as an equity interest solely with respect to its asserted claim for the securities with CUSIP No. 52520W317. The portion of Claim 25535 that is asserting a claim for securities with CUSIP No. 52520X208 was previously expunged pursuant to the Order Granting Debtors' Ninety-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated March 31, 2011 [Docket No. 15520].

[6] Claim 22303 is being reclassified as an equity interest solely with respect to its asserted claim of $430 for the securities with CUSIP No. 524908100. The portion of Claim 22303 that is asserting a claim of $127,088 for securities identified as "WTS LEHMAN BROS HLDGS INC CALL WT LKD MILLENNIUM" and a claim of $91,653.90 for securities identified as "WTS LEHMAN BROS HLDGS INC CALL WT LKD DE SHAW OCULUS FD ACCD INVS" is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to those portions of Claim 22303 in the future.

[7] Claim 6105 is being reclassified as an equity interest solely with respect to its asserted claim totaling $25,000 for the securities with CUSIP No. 52520W317. The portion of Claim 6105 that is asserting a claim totaling $55,000 for securities with CUSIP Nos. 52519Y209 and 52520B206 was previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 149: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|------|-------------|-------------|------------|---------|---------------------|
| 9 | UBELHART, KAREN A<br>800 WEST END AVE<br>APT 7A<br>NEW YORK, NY 10025-5467 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30621[9] | $246,535.00 |
|   |      |             |             |            | TOTAL   | $9,770,692.35 |

[8] Claim 1845 is being reclassified as an equity interest solely with respect to its asserted claim totaling $950,561 for the securities with CUSIP Nos. 52520W317. The portion of Claim 1845 that is asserting a claim totaling $5,242,675 for securities with CUSIP Nos. 524908R44, 524908R36, 524908CM0, and 524908UB4 was previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

[9] Claim 30621 is being reclassified as an equity interest solely with respect to its asserted claim of $9,654 for the securities with CUSIP No. 524908100. The portion of Claim 30621 that is asserting a claim of $183,308 for securities with CUSIP No. 52520W143 and a claim of $53,573 for "Lehman Bros. MLP Opportunity Capital Partners LP" is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to those portions of Claim 30621 in the future.