# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LLOYDS TSB BANK PLC<br>ATTN: VIVEK PRASHAR<br>10 GRESHAM STREET<br>LONDON, EC2V 7AE<br>UNITED KINGDOM | 17729 | 09/18/2009 | Lehman Brothers Commercial Corporation | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$1,306,502.00*<br><br>$1,306,502.00 | Lehman Brothers Commercial Corporation | Unsecured | $1,249,188.94 |
| 2 | LLOYDS TSB BANK PLC<br>ATTN: VIVEK PRASHAR<br>10 GRESHAM STREET<br>LONDON, EC2V 7AE<br>UNITED KINGDOM | 17730 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,306,502.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,249,188.94 |
| | | | | | TOTAL | $2,613,004.00 | | TOTAL | $2,498,377.88 |

\* - Indicates claim contains unliquidated and/or undetermined amounts