# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 154: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ATTIC ANGEL ASSOCIATION 640 JUNCTION ROAD MADISON, WI 53717 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25060 | Undetermined | Settled Derivatives Claim |
| 2 | ATTIC ANGEL ASSOCIATION 640 JUNCTION ROAD MADISON, WI 53717 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25061 | Undetermined | Settled Derivatives Claim |
| 3 | BERYL FINANCE LIMITED 2005-15 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21977 | Undetermined | Settled Derivatives Claim |
| 4 | BERYL FINANCE LIMITED 2005-15 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21978 | Undetermined | Settled Derivatives Claim |
| 5 | BERYL FINANCE LIMITED 2005-10 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21987 | Undetermined | Settled Derivatives Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 1 of 8

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 154: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | BERYL FINANCE LIMITED 2005-10 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21988 | Undetermined | Settled Derivatives Claim |
| 7 | BERYL FINANCE LIMITED 2005-12 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21991 | Undetermined | Settled Derivatives Claim |
| 8 | BERYL FINANCE LIMITED 2005-12 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21992 | Undetermined | Settled Derivatives Claim |
| 9 | CAPITAL AUTOMOTIVE L.P. ATTN: DAVID S. KAY, SENIOR VICE PRESIDENT AND CFO 8270 GREENSBORO DRIVE, SUITE 950 MCLEAN, VA 22102 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22695 | Undetermined | Settled Derivatives Claim |
| 10 | CAPITAL AUTOMOTIVE L.P. ATTN: DAVID S. KAY, SENIOR VICE PRESIDENT AND CFO 8270 GREENSBORO DRIVE, SUITE 950 MCLEAN, VA 22102 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22696 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 154: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | CAPITAL AUTOMOTIVE L.P. ATTN : DAVID S. KAY SENIOR VICE PRESIDENT AND CFO 8270 GREENSBORO DRIVE, SUITE 950 MCLEAN, VA 22102 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 34292 | Undetermined | Settled Derivatives Claim |
| 12 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF SCHILLER PARK CLO C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18526 | Undetermined | Settled Derivatives Claim |
| 13 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF SCHILLER PARK CLO C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18527 | Undetermined | Settled Derivatives Claim |
| 14 | ESPRIT INTERNATIONAL LIMITED HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27831 | Undetermined | Settled Derivatives Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 154: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS SERIES 2000-24-A-HSBC CTLA-STRUCTURED FINANCE ATTN: CHI S. LE 10 EAST 40TH STREET, 14TH FLOOR NWE YORK, NY 10016 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 28783 | Undetermined | Settled Derivatives Claim |
| 16 | MADISON AVENUE STRUCTURED FINANCE CDO I C/O METLIFE P.O BOX 1902 10 PARK AVENUE MORRISTOWN, NJ 07962 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 26959 | $87,487.46* | Settled Derivatives Claim |
| 17 | SAPHIR FINANCE PLC - SERIES 2006-4 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25836 | Undetermined | Settled Derivatives Claim |
| 18 | SAPHIR FINANCE PLC - SERIES 2006-4 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25892 | Undetermined | Settled Derivatives Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 154: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | SAPHIR FINANCE PLC - SERIES 2006-6 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25841 | Undetermined | Settled Derivatives Claim |
| 20 | SAPHIR FINANCE PLC - SERIES 2006-6 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25842 | Undetermined | Settled Derivatives Claim |
| 21 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27150 | $12,554.77* | Settled Derivatives Claim |
| 22 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27170 | $12,554.77* | Settled Derivatives Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 154: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30911 | Undetermined | Settled Derivatives Claim |
| 24 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30912 | Undetermined | Settled Derivatives Claim |
| 25 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30942 | $33,472.19* | Settled Derivatives Claim |
| 26 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30944 | $33,472.19* | Settled Derivatives Claim |
| 27 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30979 | $10,122.73* | Settled Derivatives Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 154: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30986 | Undetermined | Settled Derivatives Claim |
| 29 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32879 | $13,500.00* | Settled Derivatives Claim |
| 30 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32981 | $9,378.33* | Settled Derivatives Claim |
| 31 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32984 | $9,378.33* | Settled Derivatives Claim |
| 32 | ZIRCON FINANCE LIMITED SERIES 2007-11 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40693 | Undetermined | Settled Derivatives Claim |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**          **Page 7 of 8**

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 154: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 33 | ZIRCON FINANCE LIMITED SERIES 2007-11 C/O BANK OF NEW YORK MELLON- LONDON BRANCH, THE ATTN SANAJAY JOBANPURTRA, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/16/2009 | 40722 | Undetermined | Settled Derivatives Claim |
| 34 | ZIRCON FINANCE LIMITED SERIES 2007-8 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL, UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25997 | Undetermined | Settled Derivatives Claim |
| 35 | ZIRCON FINANCE LIMITED SERIES 2007-8 ATTN: SANAJAY JOBANPUTRA C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL, UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25998 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $221,920.77 | |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**