# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 151: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ADKINS MATCHETT & TOY<br>LINDEN HOUSE, 55 SOUTH BAR<br>BANBURY, OXON<br>, OX16 9AB<br>UNITED KINGDOM | 08-13600 (JMP) | 02/23/2009 | 4811 | $83,728.96 | No Liability Claim |
| 2 | ALWAYS IN SEASON INC<br>P.O BOX 271502<br>HOUSTON, TX 77277-1502 | | 08/31/2009 | 9947 | $178.28 | No Liability Claim |
| 3 | AMANN ESTABROOK CONSERVATION ASSOCIATES<br>435 HUDSON ST RM 200<br>NEW YORK, NY 100143962 | | 07/16/2009 | 5466 | $541.88 | No Liability Claim |
| 4 | ATS SPA<br>VIA FERRUCCI<br>MILANO, 2-20145 | 08-13555 (JMP) | 11/12/2008 | 587 | $14,370.14 | No Liability Claim |
| 5 | BELOW VON ANTON & CO.<br>GROSSE THEATERSTRASSE 42<br>HAMBURG, 20354<br>GERMANY | | 07/31/2009 | 6787 | Undetermined | No Liability Claim |
| 6 | BOWMAN GILFILLAN INC<br>PO BOX 785812<br>SANDTON, 2146<br>SOUTH AFRICA | 08-13555 (JMP) | 09/18/2009 | 17761 | Undetermined | No Liability Claim |
| 7 | BUSINESS VALUATION ADVISORS LLC<br>DOUGLAS K. RUDLEY<br>5601 GRANITE PARKWAY, SUITE 740<br>PLANO, TX 75024-6654 | | 01/20/2009 | 1809 | $6,649.98 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: KNIGHTSBRIDGE GUARDING LTD<br>C/O CARVAL INVESTORS UK LIMITED<br>KNOWLE HILL PARK, FAIRMILE LANE<br>COBHAM, SURREY, KT11 2PD<br>UNITED KINGDOM | 08-13555 (JMP) | 07/27/2009 | 6181 | $595,913.92 | No Liability Claim |
| 9 | CHAPMAN AND CUTLER LLP<br>595 MARKET STREET, 26TH FLOOR<br>SAN FRANCISCO, CA 94105 | | 11/03/2008 | 468 | $21,900.00 | No Liability Claim |
| 10 | COMNY SYSTEM CO., LTD<br>1-28-17 NAGATA<br>NAKANO-KU<br>TOKYO, 13<br>JAPAN | | 09/10/2009 | 11245 | $5,674.00 | No Liability Claim |
| 11 | COSTELLO MAIONE SCHUCH<br>DBA CMS INNOVATIVE CONSULTANTS<br>8 FLETCHER PLACE<br>MELVILLE, NY 11747 | 08-13555 (JMP) | 10/02/2008 | 73 | $239,695.78 | No Liability Claim |
| 12 | DELOITTE & TOUCHE FINANCIAL ADVISORY SERVICES LIMITED<br>30/F, BUNDER CENTER<br>222 YAN AN ROAD EAST<br>SHANGHAI, 200002<br>CHINA | 08-13555 (JMP) | 09/22/2009 | 31322 | $71,542.65 | No Liability Claim |
| 13 | EMC (BENELUX) BV, SARL<br>C/O RECEIVEABLE MANAGEMENT SERVICES (""RMS"")<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 08-13555 (JMP) | 09/21/2009 | 22288 | $241,249.67 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 14 | EMIRATES TRADING ESTABLISHMENT<br>AL MAKHAWI BUILDING<br>PO BOX 1059<br>DUBAI, 1059<br>UNITED ARAB EMIRATES | 08-13555 (JMP) | 08/31/2009 | 9986 | $640.00 | No Liability Claim |
| 15 | EURO TRADING CAPITAL MARKET<br>13 RUE VIVIENNE<br>PARIS, 75002<br>FRANCE | 08-13555 (JMP) | 07/22/2009 | 5881 | $91,609.00 | No Liability Claim |
| 16 | EUROSERVE HIZMET VE ISLETMECILIK A.S.<br>STFA IS MERKEZI ANKARA ASFALTI<br>YESILVADI SOKAK NO: 1 KAT: 5<br>BOSTANCI<br>ISTANBUL, 34744<br>TURKEY | | 09/17/2009 | 19701 | $71,127.00 | No Liability Claim |
| 17 | FAYER, RUSSELL A.<br>111 CHURCH STREET<br>WHITE PLAINS, NY 10601 | | 10/09/2009 | 37330 | Undetermined | No Liability Claim |
| 18 | FIRSTCO LLC<br>M/035 AL DURRAH TOWER<br>NEXT CROWNE PLAZA<br>SHEIK ZAYED ROAD<br>DUBAI, 214373<br>UNITED ARAB EMIRATES | | 08/21/2009 | 8878 | $5,449.58 | No Liability Claim |
| 19 | FORSYTH STREET ADVISORS LLC<br>588 BROADWAY<br>SUITE 1208<br>NEW YORK, NY 10012 | | 08/19/2009 | 8747 | $1,650.00 | No Liability Claim |
| 20 | GARRAD HASSAN CANADA, INC.<br>MARC LEBLANC<br>151 SLATER ST., SUITE 806<br>OTTAWA, ONTARIO, K1P 5H3<br>CANADA | | 12/05/2008 | 1223 | $5,633.05 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 151: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 21 | GKG LAW, P.C. (FORMERLY GALLAND, KHARASCH, GREENBERG, FELLMAN & SWIRSKY)<br>1054 31ST STREET, N.W., STE. 200<br>WASHINGTON, DC 20007-4492 | | 11/05/2008 | 504 | $6,345.00 | No Liability Claim |
| 22 | HAWKINS DELAFIELD & WOOD, LLP<br>ATTN: KENNETH B. ROBERTS<br>ONE CHASE MANHATTAN PLAZA, 42ND FL.<br>NEW YORK, NY 10005 | | 09/21/2009 | 20100 | $229,994.46 | No Liability Claim |
| 23 | INMARKETS INC.<br>8105 STONEHILL DRIVE<br>PLANO, TX 75025 | 08-13555 (JMP) | 12/08/2008 | 1247 | $172,090.71 | No Liability Claim |
| 24 | INTERLINE BRANDS, INC. DBA SEXAUER<br>801 WEST BAY STREET<br>JACKSONVILLE, FL 32204 | 08-13555 (JMP) | 04/17/2009 | 3820 | $2,124.55 | No Liability Claim |
| 25 | IRODA, NAGY ES TROCSANYI UGYVEDI<br>UGOCSA UTCA 4/B<br>BUDAPEST, 1126<br>HUNGARY | 08-13555 (JMP) | 10/06/2009 | 36738 | $11,666.00 | No Liability Claim |
| 26 | JONES LANG LASALLE PROPERTY CONSULTANTS PTE LTD.<br>C/O JOSEPH D. FRANK<br>FRANK/GECKER LLP<br>325 N. LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 | 08-13555 (JMP) | 09/08/2009 | 10678 | $118,522.00* | No Liability Claim |
| 27 | K.C. DAT LTD<br>17TH FLOOR<br>3 LOCKHART ROAD<br>WANCHAI,<br>HONG KONG | 08-13555 (JMP) | 08/12/2009 | 8049 | $5,679.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 28 | KYRIAKIDES GEORGOPOULOS & DANIOLOS ISSAI<br>28, DIMITRIOU SOUTSOU STREET<br>ATHENS, 11521<br>GREECE | 08-13555 (JMP) | 09/21/2009 | 19845 | $10,325.39 | No Liability Claim |
| 29 | LANDAU MEDIA MONITORING AG & CO. KG<br>FRIEDRICHSTRABE 30<br>BERLIN, 10969<br>GERMANY | | 06/29/2009 | 5020 | Undetermined | No Liability Claim |
| 30 | LOYENS & LEOFF<br>26 THROGMORTON STREET<br>LONDON, EC2N 2AN<br>UNITED KINGDOM | 08-13555 (JMP) | 07/21/2009 | 5797 | $6,914.00 | No Liability Claim |
| 31 | LYRECO (CANADA) INC<br>7303 WARDEN AVE, SUITE 200<br>MARKHAM, ONT., L3R 5Y6<br>CANADA | | 11/21/2008 | 829 | Undetermined | No Liability Claim |
| 32 | MAGSTAT CONSULTING SRL<br>VIA MONTE GRAPPA<br>3-40121 BOLOGNA (BO),<br>ITALY | | 12/09/2008 | 1259 | $3,474.00 | No Liability Claim |
| 33 | MARKET NEWS INTERNATIONAL INC.<br>40 FULTON ST<br>5TH FL<br>NEW YORK, NY 10038 | 08-13555 (JMP) | 06/08/2009 | 4807 | $9,467.89 | No Liability Claim |
| 34 | MTS CETO SA<br>AL. ARMII LUDOWEJ 26<br>WARSAW, 00-609<br>POLAND | 08-13555 (JMP) | 09/21/2009 | 24731 | $26,948.83 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 35 | NITTAN CAPITAL SINGAPORE PTE LTD<br>MICHELLE CHUA<br>9 RAFFLES PLACE, # 16 - 21<br>REPUBLIC PLAZA II<br>, 048619<br>SINGAPORE | 08-13555 (JMP) | 10/10/2008 | 167 | Undetermined | No Liability Claim |
| 36 | NITTAN FX LIMITED<br>3-14, 3-CHOME NIHONBASHI HONGOKUCHO<br>CHUO-KU<br>TOKYO 103-0021, JAPAN,<br>JAPAN | | 08/10/2009 | 7939 | $3,931.94 | No Liability Claim |
| 37 | ON THE WALL GALLERY, (DUBLIN) LTD.<br>(OR KERLIN GALLERY)<br>JOHN KENNEDY, DIRECTOR<br>ANNE'S LANE, SOUTH ANNE STREET<br>DUBLIN 2,<br>IRELAND | 08-13555 (JMP) | 11/03/2008 | 461 | $992.25 | No Liability Claim |
| 38 | PARKER CLARK EXECUTIVE RECRUITMENT INC<br>420 LEXINGTON AVE RM 2547<br>NEW YORK, NY 101702599 | | 07/15/2009 | 5371 | $1,538.66 | No Liability Claim |
| 39 | SAS SOFTWARE LTD<br>WITTINGTON HOUSE<br>HENLEY ROAD<br>MEDMENHAM MARLOW<br>BUCKS, SL7 2EB<br>UNITED KINGDOM | 08-13555 (JMP) | 07/27/2009 | 6306 | $120,094.70 | No Liability Claim |
| 40 | SIGMA ENERGY SOLUTIONS INC.<br>DAVID A. HAZELTON<br>2000 DAY HILL ROAD<br>WINDSOR, CT 06095 | | 02/18/2009 | 2894 | $66,348.32 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 41 | SUAREZ & NARVASA<br>3/F CSJ BUILDING<br>105 AGUIRRE STREET<br>LEGASPI VILLAGE<br>MAKATI CITY, 4149<br>PHILIPPINES | 08-13555 (JMP) | 09/14/2009 | 12627 | $2,280.24 | No Liability Claim |
| 42 | TEAM RELOCATIONS<br>DRURY WAY<br>BRENT PARK<br>LONDON, NW10 0JN<br>UNITED KINGDOM | | 07/31/2009 | 6790 | $57,581.26 | No Liability Claim |
| 43 | THON STANHOPE HOTEL SA<br>AVENUE LOUISE 91- 93<br>BRUSSELS, 1050<br>BELGIUM | 08-13555 (JMP) | 08/17/2009 | 8586 | $259.71 | No Liability Claim |
| 44 | TOWERS PERRIN<br>ATTN: GAIL HIESTARD<br>263 TRESSER BOULEVARD<br>ONE STAMFORD PLAZA, 6TH FLOOR<br>STAMFORD, CT 06901 | 08-13555 (JMP) | 10/27/2008 | 394 | $314,012.50 | No Liability Claim |
| 45 | WEDBUSH MORGAN SECURITIES INC.<br>ATTN:  CHARLES LACHAUSSEE,<br>CORPORATE COUNSEL<br>1000 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90017 | 08-13555 (JMP) | 02/23/2009 | 2984 | $614,830.00* | No Liability Claim |
| 46 | XEROX CORP<br>XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>1301 RIDGEVIEW DRIVE-450<br>LEWISVILLE, TX 75057 | 08-13555 (JMP) | 03/31/2009 | 3632 | $3,606.05 | No Liability Claim |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 151: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | DON PROHASKA & ASSOCIATES<br>3465 REGENT AVENUE<br>EUSENE, OR 97401 | | 07/20/2009 | 5780 | $53,804.48 | No Liability Claim |
| 2 | GREENFIELD'S OTP LLC<br>15 PALATINE ROAD<br>CALIFON, NJ 07830 | 08-13555 (JMP) | 07/28/2009 | 6550 | $900,000.00 | No Liability Claim |
| | | | | TOTAL | $953,804.48 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 151: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | CADET, PIERRE<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19099 | $504.00 | No Liability Claim |
| 2 | CADET, PIERRE<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33340 | $504.00 | No Liability Claim |
| 3 | CHECO, MANUEL<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33406 | $1,188.00 | No Liability Claim |
| 4 | CIGANEK, THOMAS<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33407 | $1,188.00 | No Liability Claim |
| 5 | CLAYTON SERVICES, INC.<br>C/O JOSEPH L. CLASEN AND CHRISTOPHER MAJOR<br>ROBINSON & COLE LLP<br>1055 WASHINGTON BLVD.<br>STAMFORD, CT 06901 | 08-13555 (JMP) | 09/22/2009 | 30569 | $27,279.00 | No Liability Claim |
| 6 | D'AMBROSI, CARLO<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33409 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 151: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 7 | GRAY, GLENN N.<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33386 | $396.00 | No Liability Claim |
| 8 | HUNTON & WILLIAMS LLP<br>C/O LINDSAY K. BIGGS, ESQ.<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | 08-13555 (JMP) | 02/11/2009 | 2701 | $1,673,165.78 | No Liability Claim |
| 9 | JAMES, NOEL<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33385 | $396.00 | No Liability Claim |
| 10 | PESANTES, SERGIO<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19063 | $792.00 | No Liability Claim |
| 11 | PIERRE, HEURTELOU<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FL<br>NEW YORK, NY 10007 | | 09/18/2009 | 33350 | $792.00 | No Liability Claim |
| 12 | PLATZ, JAMES<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19059 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 13 | PRYOR, JEFFREY M.<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19058 | $396.00 | No Liability Claim |
| 14 | RABASSA, AUGUSTIN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19057 | $396.00 | No Liability Claim |
| 15 | RICCIUTO, GERARD<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19056 | $396.00 | No Liability Claim |
| 16 | RIGHT MANAGEMENT, INC.<br>ATTN: PRINCE ALTEE THOMAS, ESQ.<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET, 20TH FLOOR<br>PHILADELPHIA, PA 19103-3222 | 08-13555 (JMP) | 07/17/2009 | 5503 | $133,000.00 | No Liability Claim |
| 17 | RIVERA, HECTOR J.<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33355 | $1,188.00 | No Liability Claim |
| 18 | SMYTH, EDWARD P.<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33327 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 19 | SULLIVAN, CHRISTIAN<br>PAID DETIAL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET-3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33329 | $396.00 | No Liability Claim |
| 20 | TAVERAS, ROBIN<br>NYPD PAID DETAILUNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33330 | $396.00 | No Liability Claim |
| 21 | TEJERA, JUAN<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET-3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33331 | $396.00 | No Liability Claim |
| 22 | VALENTINE, CHRISTOPHER<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33332 | $396.00 | No Liability Claim |
| 23 | VAZQUEZ JR., JUAN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33334 | $396.00 | No Liability Claim |
| 24 | VAZQUEZ, ELVIS<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33333 | $396.00 | No Liability Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 151: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 25 | VUCKOVIC, JOSIP<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33335 | $396.00 | No Liability Claim |
| | | | | TOTAL | $1,845,540.78 | |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 151: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 47 | YAHOO! HOTJOBS<br>C/O BIALSON, BERGN & SCHWAB<br>ATTN: LAWRENCE SCHWAB / THOMAS GAA<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13555 (JMP) | 09/21/2009 | 24496 | $116,802.94 | No Liability Claim |
| | | | | TOTAL | $3,363,384.29 | |