WHITEFORD TAYLOR & PRESTON, LLP
Brent C. Strickland, Esq. (BS 7811)
Dennis J. Shaffer, Esq.
7 St. Paul Street
Baltimore, Maryland 21202
Tel: 410-347-8700
Fax: 410-625-7510
Counsel to Monarch Alternative Capital LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------ X | | |
| **In re:** | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDING, INC.,** *et al.,* | : | 08-13555 (JMP) |
| | : | |
| **Debtors.** | : | (Jointly Administered) |
| ------------------------------------------------------------------ X | | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

Please take notice that Whiteford Taylor & Preston, LLP ("WTP"), hereby appears in this matter on behalf of Monarch Alternative Capital LP ("Monarch"), pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010, and requests, in accord with the notice requirements of 11 U.S.C. §§ 102(1) and 342, and Fed. R. Bankr. P. 2002, 3017, 3020, 4001 and 9007, that the undersigned and Monarch be placed on any mailing matrix or service list that may be used for any purpose in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following address:

| | |
|---|---|
| Brent C. Strickland, Esquire | Michael J. Kelly, Esquire |
| Dennis J. Shaffer, Esquire | Monarch Alternative Capital LP |
| Whiteford, Taylor & Preston, LLP | 535 Madison Avenue |
| Seven Saint Paul Street | New York, NY 10022 |
| Baltimore, Maryland  21202 | (212) 554-1760 |
| (410) 347-8700 | michael.kelly@monarchlp.com |
| bstrickland@wtplaw.com | |
| dshaffer@wtplaw.com | |

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests of creditors and parties in interest.

Please take further notice that the submission and filing of this pleading is intended to constitute a special appearance to the extent that a general appearance would constitute a waiver of any right, and is not intended to be, nor shall it be deemed, a consent to or a waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which right is hereby expressly reserved without prejudice. In addition, it is not a waiver of any right to a jury trial, should such right be relevant in the course of these proceedings, which right is hereby expressly reserved.

Dated: July 22, 2011

                                                WHITEFORD TAYLOR & PRESTON, LLP

                                                /s/ *Brent C. Strickland*
                                                Brent C. Strickland, Esq. (BS 7811)
                                                Dennis J. Shaffer, Esq.
                                                Seven Saint Paul Street
                                                Baltimore, MD 21202-1626
                                                Telephone: (410) 347-8700
                                                Facsimile: (410) 752-7092
                                                Email: bstrickland@wtplaw.com
                                                          dshaffer@wtplaw.com

                                                Counsel for Monarch Alternative Capital LP

*1962512*