UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDINGS INC., et al

                    Debtor

Case No.: 08-13555JMP

Chapter 11

-----------------------------------------------------------x

                    Plaintiff

                v.

                   Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Drew D. Hansen, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Mason Capital Management, LLC, a Plaintiff in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Washington and, if applicable, the bar of the U.S. District Court for the Western District of Washington.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 7/22/11

Seattle, WA, ~~New York~~

Drew D. Hansen

*Mailing Address*:

Susman Godfrey L.L.P.

1201 Third Avenue, Suite 3800

Seattle, WA 98101

*E-mail address*: dhansen@susmangodfrey.com

*Telephone number*: (206) 516-3880