GREENBERG TRAURIG LLP
Adam D. Cole
MetLife Building
200 Park Avenue
New York, New York  10166
Telephone:  (212) 801-9200
Facsimile: (212) 801-6400
Email: colea@gtlaw.com

*Attorneys for Florida Power & Light Company and*
*NextEra Energy Power Marketing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                                                   :
**In re:**                                                         : Chapter 11
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                       : Case No. 08-13555 (JMP)
                                                                   :
                                                                   : (Jointly Administered)
                    **Debtors.**                                   :
                                                                   :
------------------------------------------------------------------ x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Florida Power & Light Company and NextEra Energy Power Marketing, LLC (f/k/a FPL Energy Power Marketing, Inc.) in the above-captioned chapter 11 cases (the "**Cases**") of Lehman Brothers Holdings, Inc. and its debtor affiliates (collectively, the "**Debtors**"), and requests as provided in section 1109(b) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) (the "**Bankruptcy Rules**") that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

*DEL 86,378,160v1 7-22-11*

GREENBERG TRAURIG, LLP

MetLife Building
200 Park Avenue
New York, New York 10166
Attn:   Adam D. Cole, Esq.
Tel: (212) 801-9200
Fax: (212) 801-6400
E-mail:  colea@gtlaw.com

and

The Nemours Building
1007 North Orange Street, Suite 1200
Attn: Scott D. Cousins, Esq.
Attn: Dennis A. Meloro, Esq.
Tel: (302) 661-7000
Fax: (302) 661-7360
E-mail:  cousinss@gtlaw.com
        melorod@gtlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, internet, or otherwise filed or made with regard to the Cases, or that affects or seeks to affect in any way any rights or interests of any party in interest in these Cases.

2

*DEL 86,378,160v1 7-22-11*

| | |
|---|---|
| Dated: July 22, 2011<br>New York, New York | GREENBERG TRAURIG, LLP<br><br>By: <u>/s/ Adam D. Cole</u><br>Adam D. Cole (Bar No. 2429967)<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>Email: colea@gtlaw.com<br><br>*Attorneys for Florida Power & Light Company,*<br>*and NextEra Energy Power Marketing, LLC* |

3

*DEL 86,378,160v1 7-22-11*