UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDING INC., et. al.,

Debtors.

-----------------------------------------------------------------------X

: Chapter 11
:
: Case No. 08-13555 (jmp)
:
: (Jointly Administered)

## NOTICE OF WITHDRAWAL OF TRANSFER

On or about July 8, 2011, Standard Chartered Bank (Hong Kong) Limited filed a Notice of Transfer (Transfer Agreement 3001(e)(2), Docket Number 18374, referencing, amongst others, Claims 38860 and 38861, originally filed by Ms. Au Yeung Yip Sau Ying Anne. We are hereby <u>withdrawing</u> the Notice of Transfer solely as it relates to Claims 38860 and 38861. If you have any questions, you may contact us as indicated below.

Respectfully submitted this 22nd day of July, 2011.

Standard Chartered Bank (Hong Kong) Limited
20th Floor, Standard Chartered Tower
388 Kwun Tong Road
Kwun Tong, Hong Kong

By:    /s/ Chrisopher R. Donoho III_____
Christopher R. Donoho III, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Ph: 212-918-3000

\\\NY - 002840/000001 - 2331669 v1