UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDING INC., et. al.,

Debtors.
-----------------------------------------------------------------------X

: Chapter 11
:
: Case No. 08-13555 (jmp)
:
: (Jointly Administered)

## NOTICE OF WITHDRAWAL OF TRANSFER

On or about July 5, 2011, Standard Chartered Bank (Hong Kong) Limited filed a Notice of Transfer (Transfer Agreement 3001(e)(2), Docket Number 18268, referencing, amongst others, Claim 39962, originally filed by Mr. Chan Miu Ling. We are hereby withdrawing the Notice of Transfer solely as it relates to Claim 39962. If you have any questions, you may contact us as indicated below.

Respectfully submitted this 22nd day of July, 2011.

Standard Chartered Bank (Hong Kong) Limited
20th Floor, Standard Chartered Tower
388 Kwun Tong Road
Kwun Tong, Hong Kong

By:  /s/ Chrisopher R. Donoho III_____
Christopher R. Donoho III, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Ph: 212-918-3000

\\\NY - 002840/000001 - 2331592 v1