UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDING INC., et. al.,

Debtors.

---------------------------------------------------------------------X

: Chapter 11
:
: Case No. 08-13555 (jmp)
:
: (Jointly Administered)

**NOTICE OF WITHDRAWAL OF TRANSFER**

On or about June 17, 2011, Standard Chartered Bank (Hong Kong) Limited filed a Notice of Transfer (Transfer Agreement 3001(e)(2), Docket Number 17809, referencing, amongst others, Claim 57175, originally filed by Mr. Ng Wai Hing. We are hereby <u>withdrawing</u> the Notice of Transfer solely as it relates to Claim 57175. If you have any questions, you may contact us as indicated below.

Respectfully submitted this 22nd day of July, 2011.

Standard Chartered Bank (Hong Kong) Limited
20th Floor, Standard Chartered Tower
388 Kwun Tong Road
Kwun Tong, Hong Kong

By:     /s/ Chrisopher R. Donoho III_____
Christopher R. Donoho III, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Ph: 212-918-3000

\\\NY - 002840/000001 - 2331664 v1