UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
                                                :   (Jointly Administered)
                    Debtors.                    :
                                                :   Ref. Docket Nos. 18390, 18391,
                                                :   18540, 18543, 18545-18547, 18566,
                                                :   18568, 18571, 18572
                                                :
---------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS SPECIAL FINANCING               :   08-13888 (JMP)
INC.,                                           :   (Jointly Administered)
                    Debtors.                    :
                                                :   Ref. Docket No. 260
                                                :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 19, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of July, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
            Debtors.                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: SABRETOOTH MASTER FUND, L.P.
      C/O DEUTSCHE BANK SECURITIES INC.
      ATTN: MATT WEINSTEIN
      60 WALL STREET, 3RD FLOOR
      NEW YORK NY 10005
```

Please note that your claim # 66799-04 in the above referenced case and in the amount of
        $10,000,000.00         has been transferred **(unless previously expunged by court order)**

```
      HBK MASTER FUND L.P.
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      C/O HBK SERVICES LLC
      2101 CEDAR SPRINGS ROAD, SUITE 700
      DALLAS TX 75201
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18572     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/19/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 19, 2011.

# EXHIBIT B

```
TIME: 14:19:10                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 07/19/11                                              CREDITOR LISTING

Name                                            Address
BANCA DI CREDITO COOPERATIVO DI ALBA,           ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO)   12051 ITALY
 LANGHE E ROERO S.C.
BANK JULIUS BAER & CO. LTD.                     TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS/MICHAEL GERNY BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANK LEUMI LE-ISRAEL B.M.                       ATTN: DANIEL TSIDDON 35 YEHUDA HALEVI STREET 65136 TEL AVIV     ISRAEL
BANK LEUMI LE-ISRAEL B.M.
BARCLAYS BANK PLC                               BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
CASSA DI RISPARMIO DI BRA S.P.A.                TRANSFEROR: SUDWESTBANK AKTIENGESELLSCHAFT 745 SEVENTH AVENUE NEW YORK NY 10019
                                                TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12
                                                BRA  12042 ITALY
CASSA DI RISPARMIO DI BRA S.P.A.                TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12
                                                BRA (CUNEO)  12042 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN
                                                60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: SABRETOOTH MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                NEW YORK NY 10005
HBK MASTER FUND L.P.                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL 2101 CEDAR SPRINGS ROAD, SUITE 700
                                                DALLAS TX 75201
JMORGAN CHASE BANK, N.A.                        TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                NEW YORK NY 10004
JPMORGAN CHASE BANK,N.A.                        TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                NEW YORK NY 10005
MERRILL LYNCH CREDIT PRODUCTS, LLC              TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FL/ONE BRYANT PARK
                                                NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC              TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS, L.P. C/O BANK OF AMERICA MERRILL LYNCH
                                                BANK OF AMERICA TOWER, 3RD FLOOR/ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC              TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FL/ONE BRYANT PARK
                                                NEW YORK NY 10036
SPCP GROUP, LLC                                 PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                 PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, LLC                                 TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: ADAM DEPANFILIS 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SUDWESTBANK AKTIENGESELLSCHAFT                  ROTEBUHLSTRABE 125 STUTTGART  70178 GERMANY


Total Number of Records Printed                 24

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```