UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 18083, 18084,
                                                                      18085, 18581, 18582, 18587

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 20, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
22nd day of July, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: GE FINANCIAL MARKETS
     ATTN: RICH VICHAIDITH
     60 WALL STREET
     3RD FLOOR
     NEW YORK NY 10005
```

Please note that your claim # 21893-14 in the above referenced case and in the amount of
         $2,067,847.40   allowed at $2,000,000.00         has been transferred **(unless previously expunged by court order)**

```
     PCI FUND LLC                                    PCI FUND LLC
     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH     SIDLEY AUSTIN LLP
     C/O ANCHORAGE CAPITAL GROUP, LLC                JAIME SENIOR
     ATTN: SUSAN MORIELLO                            787 SEVENTH AVENUE
     610 BROADWAY, 6TH FLOOR                         NEW YORK NY 10019
     NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18083       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/20/2011                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 20, 2011.

**EXHIBIT B**

```
TIME: 11:02:24                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 07/20/11                                               CREDITOR LISTING

Name                                      Address
ACTA ASSET MANAGEMENT ASA                 TRANSFEROR: LUNDGREN, INGELA OSVALD BOREHAUGEN 1 STAVANGER   40 06 NORWAY
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.   SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL
                                          NEW YORK NY 10012
BARCLAYS BANK PLC                         TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                         TRANSFEROR: VR-LIW GMBH 745 SEVENTH AVENUE NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.             TRANSFEROR: ESAF-ESPIRITO SANTO FUNDOS DE INVESTIMENTO MOBILIARIOS, SA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR
                                          NEW YORK NY 10013
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: GE FINANCIAL MARKETS ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
ESAF - ESPIRITO SANTO FUNDOS DE           SKADDEN ARPS SLATE MEAGHER & FLOM LLP ATTN ANDREW THAU 4 TIMES SQUARE NEW YORK NY 10036
  INVESTIMENTO MOBILIARIOS, S.A.
ESAF - ESPIRITO SANTO FUNDOS DE           ATTN ANTONIO JOSE CARAPINHA AV ALVARES CABRAL, 41 LISBOA   1250-015 PORTUGAL
  INVESTIMENTO MOBILIARIOS, S.A.
PCI FUND L.L.C.                           SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVE NEW YORK NY 10019
PCI FUND L.L.C.                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL
                                          NEW YORK NY 10012
PCI FUND LLC                              SIDLEY AUSTIN LLP JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PCI FUND LLC                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                          NEW YORK NY 10012
VR-LIW GMBH                               GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM   59069 GERMANY


Total Number of Records Printed           15
```

EPIQ BANKRUPTCY SOLUTIONS, LLC