UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x  Ref. Docket Nos. 18622, 18638,
18640

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 21, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of July, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CITIBANK, N.A.
     ATTN: MARIA ELIZABETH COLL
     601 LEXINGTON AVENUE, 17TH FLOOR
     NEW YORK NY 10022

CITIBANK, N.A.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

Please note that your claim # 55393-01 in the above referenced case and in the amount of
         $4,450,000.00     has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS & CO.
TRANSFEROR: CITIBANK, N.A.
ATTN: ANDREW CADITZ
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18638     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/21/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 21, 2011.

**EXHIBIT B**

```
TIME: 18:12:05                                        LEHMAN BROTHERS HOLDING INC.                                                PAGE:    1
DATE: 07/21/11                                             CREDITOR LISTING

Name                              Address
CITIBANK SINGAPORE LTD.           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIBANK SINGAPORE LTD.           TRANSFEROR: CITIBANK, N.A. UAE ATTN: K H SUBRAMANIAM 40A ORCHARD ROAD 4TH FLOOR MACDONALD HOUSE NRI BUSINESS CENTRE 238838 SINGAPORE
CITIBANK, N.A.                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK, N.A.                    ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022
CITIBANK, N.A. UAE                ATTN: AJAY KAPOOR P.O. BOX 749 DUBAI    UNITED ARAB EMIRATES
CITIBANK, N.A. UAE                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CNP ASSURANCES                    CLIFFORD CHANCE US LLP ATTN: JENNIFER C DEMARCO, ESQ & JENNIFER B PREMISLER, ESQ 31 WEST 52ND STREET NEW YORK NY 10019
CNP ASSURANCES                    DIRECTION DES INVESTISSEMENTS RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION ATTN ANTOINE FROMENTEZE
                                  4 PLACE RAOUL DAUTRY PARIS CEDEX 15   75716 FRANCE
CNP I.A.M.                        CLIFFORD CHANCE US LLP ATTN JENNIFER C DEMARCO, ESQ & JENNIFER B PREMISLER, ESQ 31 WEST 52ND STREET NEW YORK NY 10019
CNP I.A.M.                        CNP ASSURANCES DIRECTION DES INVESTISSEMENTS, RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION ATTN ANTOINE FROMENTEZE
                                  4 PLACE RAOUL DAUTRY PARIS CEDEX 15   75716 FRANCE
GOLDMAN SACHS & CO.               TRANSFEROR: CITIBANK, N.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.              TRANSFEROR: CNP ASSURANCES ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.              TRANSFEROR: CNP I.A.M. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.              TRANSFEROR: INVESTISSEMENT TRESOR VIE ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.              TRANSFEROR: PREVIPOSTE ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
INVESTISSEMENT TRESOR VIE         CLIFFORD CHANCE US LLP ATTN JENNIFER C DEMARCO, ESQ & JENNIFER B PREMISLER, ESQ 31 WEST 52ND STREET NEW YORK NY 10019
INVESTISSEMENT TRESOR VIE         CNP ASSURANCES DIRECTION DES INVESTISSEMENTS, RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION ATTN ANTOINE FROMENTEZE
                                  4 PLACE RAOUL DAUTRY PARIS CEDEX 15   75716 FRANCE
PREVIPOSTE                        CNP ASSURANCES DIRECTION DES INVESTISSEMENTS, RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION ATTN: ANTOINE FROMENTEZE
                                  4 PLACE RAOUL DAUTRY PARIS CEDEX 15   75716 FRANCE


Total Number of Records Printed    18
```

EPIQ BANKRUPTCY SOLUTIONS, LLC