July 20, 2011

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Chan Miu Ling
Flat F 4/F Block 4
Parkland Villas
1 Tuen On Lane
Tuen Mun NT
Hong Kong

Dear Sirs,

### OBJECTION TO FILING OF TRANSFER OF CLAIM PURSUANT TO FERDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4) CHAPTER 11 CASE NO. 08-13555(JMP) (JOINTLY ADMINISTERED) CLAIM # 39962  INTERNAL CONTROL NUMBER 18268

Your letter dated July 7, 2011 refers.

I, Chan Miu Ling, being the sole claimant of the captioned claim for $64,158.50, hereby raise my objection to the transfer of the abovementioned claim to the transferee, STANDARD CHARTERED BANK (HONG KONG) LIMITED, the "Bank", at 21/F., Standard Chartered Tower, 388 Kwun Tong Road, Hong Kong. The proposed assignment is enacted without my absolute consent. Furthermore, I am neither indebted to nor having any financial transaction with the Bank

By copy of this letter, STANDARD CHARTERED BANK (HONG KONG) LIMITED is informed to amend its record and take appropriate action to rectify the case in order to avoid any further disturbance.

Yours faithfully,

Chan Miu Ling

c.c.  Standard Chartered Bank (Hong Kong) Limited
      Citic Bank International Limited, Tuen Mun Branch

RECEIVED
JUL 22 2011
U.S. BANKRUPTCY COURT, SDNY