Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> **Jürg Schnider** | Name of Transferor: <br> **UBS AG** |
|---|---|
| Notices to Transferee should be sent to: <br> **Jürg Schnider** <br> **Südstr. 56** <br> **CH-8157 Dielsdorf** <br> **Tel +41 43 311 55 17** <br> and <br> **Zürcher Kantonalbank** <br> **Special Corporate Actions** <br> **P.O. Box** <br> **8010 Zurich, Switzerland** <br> **Fax +41 44 292 86 64** <br> **Tel +41 44 292 42 98** <br> **Attn: Gabriele Frossard** | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): <br> **Jürg Schnider** <br> **Südstr. 56** <br> **CH-8157 Dielsdorf** | Name and Current Address of Transferor <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: <br> CHF 20'000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _/s/ Gabriele Frossard_    Date: _July 5, 2011_
   Zürcher Kantonalbank
   Transferee's Agent
   Thomas Seebacher    Gabriele Frossard

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).



# EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York  10004
Attention:  Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number:  59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):  CHF 20'000

**This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Certificates Lehman Bros Treasury BV   2007-21.2.2012 ..on SMI Index | CH0027120671 | Lehman Brothers Treasury BV | Lehman Bros Holding Inc. | CHF 20'000.00 out of CHF 155'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined.  For the avoidance of doubt, these Lehman Programs Securities are described on pages 1 and in lines 37 of the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Jürg Schnider**
Südstrasse 56, CH-8157 Dielsdorf

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.



You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 4, 2011.

**UBS AG**
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director


Zürcher Kantonalbank

Bahnhofstr. 9, CH-8001 Zurich
Postal address: P.O. Box, CH-8010, Zurich

**Registered Mail**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

| | |
|---|---|
| Reference | Special Actions LOAV7 |
| Contact | Gabriele Frossard |
| E-mail | corporateactions@zkb.ch |
| Direct tel. | +41 44 292 76 67 |
| Fax | +41 44 292 86 64 |

Zurich, 4-Jul-11

## Partial Transfer of Claim "Lehman Brothers Holdings Inc."

Dear Sir or Madam

Please find enclosed, both the "Notice Pursuant to Bankruptcy Rule 3001" and the orginally signed "Evidence of Transfer of Claim" released by UBS AG on July 04, 2011.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | CH0027120671 |
| Titel: | Lehman Brothers – Certificates 2007-21.2.12 (Exp.14.2.12) On SMI Index |
| Nominal: | CHF 20,000 |
| Transferor: | UBS AG |
| Transferee: | Jürg Schnider |
| Initial Proof of Claim Number: | 59233 |

Please confirm us the receipt. We thank you in advance.

Yours sincerely

Zürcher Kantonalbank

Thomas Seebacher        Gabriele Frossard

- "Notice Pursuant to Bankruptcy Rule 3001"
- "Evidence of Transfer of Claim"

www.zkb.ch




