UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                       :
:
---------------------------------------------------------------x    Ref. Docket Nos. 18652, 18662,
18664, 18666, 18667, 18669-18675

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 22, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
27th day of July, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                           |  Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,           |  08-13555 (JMP)
                                                |
                                                |  (Jointly Administered)
              Debtors.                          |
                                                |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   AMEREN ENERGY GENERATING COMPANY
          C/O ARMSTRONG TEASDALE LLP
          ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS
          7700 FORSYTH BLVD., SUITE 1800
          ST. LOUIS MO 63105
```

Please note that your claim # 67335 in the above referenced case and in the amount of
       $499,298.38         has been transferred **(unless previously expunged by court order)**

```
          JPMORGAN CHASE BANK, N.A.
          TRANSFEROR: AMEREN ENERGY GENERATING COMPANY
          ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
          ONE CHASE MANHATTAN PLAZA - FLOOR 26
          NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18671      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/22/2011                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 22, 2011.

# EXHIBIT B

```
TIME: 13:38:12                                            LEHMAN BROTHERS HOLDING INC.                                                              PAGE:    1
DATE: 07/22/11                                                 CREDITOR LISTING

Name                                              Address
AMEREN ENERGY GENERATING COMPANY                  C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS 7700 FORSYTH BLVD., SUITE 1800 ST. LOUIS MO 63105
AMEREN ENERGY MARKETING COMPANY                   C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS 7700 FORSYTH BLVD., SUITE 1800 ST. LOUIS MO 63105
BANCA POPOLARE DI SONDRIO S.C.P.A.                TRANSFEROR: CREDIT SUISSE (ITALY) S.P.A. ATTN: GERRY DE ALBERTI SERVIZIO FINANZA/AMINISTRAZIONE TITOLI PIAZZA GARIBALDI, 16
                                                  SONDRIO 23100 ITALY
BANCA POPOLARE DI SONDRIO SOC. COOP.              ATTN: GIANFRANCO PIRAINO PIAZZA GARIBALDI, N. 16 SONDRIO (SO) 23100 ITALY
 P.A.
BANK SYZ & CO S.A.                                ATTN: BO TITRES - CORPORATE ACTIONS RUE DU RHONE 30 GENEVE CH-1204 SWITZERLAND
BANK VONTOBEL AG, ZURICH/SWITZERLAND              TRANSFEROR: CREDIT SUISSE GOTTHARDSTRASSE 43 POSTFACH ZURICH CH-8022 SWITZERLAND
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (ITALY) S.P.A.                      CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (ITALY) S.P.A.                      ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (ITALY) SPA                         CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
                                                  TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. ATTN: WILLIAM CAVALLARI & ELENA SPAGNOLI VIA SANTA MARGHERITA 3
                                                  MILANO 20121 ITALY
FALCON PRIVATE BANK LTD, AS AGENT FOR             SCHELLENBERG WITTMER ATTENTION: PHILIPPE BORENS, ESQ., AND BENNO STRUB, ESQ. LOWENSTRASSE 19 P.O. BOX 1876 ZURICH   8021 SWITZERLAND
 ITS CUSTOMERS
FALCON PRIVATE BANK LTD, AS AGENT FOR             PELIKANSTRASSE 37 PO BOX 1376 ZURICH  8021 SWITZERLAND
 ITS CUSTOMERS
ILLIQUIDX LTD                                     TRANSFEROR: BANK SYZ & CO S.A. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                     TRANSFEROR: FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET
                                                  LONDON  EC4Y 1EL UNITED KINGDOM
JOH. BERENBERG, GOSSLER & CO. KG                  TRANSFEROR: JUNGHEINRICH - STIFTUNG, FRIEDRICH ATTN: FRANZ GRAF V. SCHWERIN BERENBERG BANK POSTFACH 30 05 47 HAMBURG   20302 GERMANY
JOH. BERENBERG, GOSSLER & CO. KG                  TRANSFEROR: LEIDENBERGER, TILAMAN ATTN: FRANZ GRAF V. SCHWERIN BERENBERG BANK POSTFACH 30 05 47 HAMBURG  20302 GERMANY
JOH. BERENBERG, GOSSLER & CO. KG                  TRANSFEROR: PILAWA, JOERG ATTN: FRANZ GRAF V. SCHWERIN BERENBERG BANK POSTFACH 30 05 47 HAMBURG  20302 GERMANY
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: AMEREN ENERGY GENERATING COMPANY ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: AMEREN ENERGY MARKETING COMPANY ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005
JUNGHEINRICH - STIFTUNG, FRIEDRICH                ATTN: WOLFGANG BEHNCKE AM STADTRAND 35 HAMBURG  22047 GERMANY
LEIDENBERGER, TILAMAN                             C/O HANNELORE LEIDENBERGER LOKSTEDTER DAMM 15 HAMBURG  22453 GERMANY
PILAWA, JOERG                                     PFINGSTBERG 28 HAMBURG  21029


Total Number of Records Printed                    23
```