B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PIMCO Cayman Japan CorePLUS Seg. Portfolio | PIMCO Cayman Japan CorePLUS Fund |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Walkers Corporate Services Limited
Walker House, 87 Mary Street, George Town
Grand Cayman, KY1-9005 Cayman Islands

Phone: 949-720-6000
Last Four Digits of Acct #: ____

Court Claim # (if known): 25481
Amount of Claim: $244,279.71
Date Claim Filed: Sept. 21, 2009

Phone: 949-720-6000
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**PIMCO Cayman Japan CorePLUS Segregated Portfolio**

By: _____    Date: 7/21/11
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AMR-249517-v1

# EVIDENCE OF TRANSFER OF CLAIM

TO: **Clerk, United States Bankruptcy Court, Southern District of New York**

AND TO: **PIMCO Cayman Japan CorePLUS Fund**

DATE OF TRANSFER OF CLAIM: **July 7, 2011**

    PIMCO Cayman Japan CorePLUS Fund, a Cayman unit trust, with offices located at Butterfield House, Fort Street, P.O. Box 2330, George Town, Grand Cayman, Cayman Islands ("Seller"), for mutual promises received, does hereby certify that as of July 7, 2011, it has unconditionally and irrevocably sold, conveyed, transferred, granted and assigned to PIMCO Cayman Japan CorePLUS Segregated Portfolio, a Cayman Islands exempted company registered as a segregated portfolio company with offices located at Walkers Corporate Services Limited, Walker House, 87 Mary Street, George Town, Grand Cayman, KY1-9005 Cayman Islands, Attn: John P. Hardaway (949-720-6000; lbhiinquiries@pimco.com) ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $244,279.71, docketed as Claim No. 25481 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signatures appear on following page]*

IN WITNESS WHEREOF, dated as of the 21 day of July, 2011.

**PIMCO Cayman Japan CorePLUS Fund**

WITNESS:

_____
(Signature)

Name: Jairo Garcia
Title: Senior Associate
(Print name and title of witness)

_____
Name: JOHN PHARDACATE
Title: EXECUTIVE VP
Tel.: 949 720 4761

**PIMCO Cayman Japan CorePLUS Segregated Portfolio**

WITNESS:

_____
(Signature)

Name: Jairo Garcia
Title: Senior Associate
(Print name and title of witness)

_____
Name: JOHN P HARDACRE
Title: EXECUTIVE VP
Tel.: 949 720 4761

## EXHIBIT A-1

**DEBTOR PROOF OF CLAIM**