Luc A. Despins
Bryan R. Kaplan
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to CarVal Investors UK Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: :
**In re:** : Chapter 11
: :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : Case No. 08-13555 (JMP)
: :
    Debtors. : (Jointly Administered)
: :
---------------------------------------------------------------- x

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that Paul, Hastings, Janofsky & Walker LLP, counsel for CarVal Investors UK Limited, is now known as Paul Hastings LLP. Paul Hastings LLP is the successor in interest to Paul, Hastings, Janofsky & Walker LLP.

Dated: July 26, 2011
    New York, New York            /s/ Bryan R. Kaplan
                    Luc A. Despins, Esq.
                    Bryan R. Kaplan, Esq.
                    PAUL HASTINGS LLP
                    Park Avenue Tower
                    75 E. 55th Street, First Floor
                    New York, NY 10022
                    Telephone: (212) 318-6000
                    Facsimile: (212) 319-4090

                    *Counsel to CarVal Investors UK Limited*