UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Lagan Partners, L.L.C.                               UBS AG
_____                    _____
Name of Transferee                                  Name of Transferor

$277,805,749.49                                      15329
_____                    _____
Proof of Claim Amount                             Proof of Claim Number

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   Lagan Partners, L.L.C.
Address:            c/o Ropes & Gray LLP
                        1211 Avenue of the Americas
                        New York, NY 10036-8704
                        Attn:  Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____          Date: _7/27/11_____

Name: Lisa Ragosta
Title:   Counsel for Transferee

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

UBS AG, a bank organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Lagan Partners, L.L.C., its successors and assigns, with offices located at c/o Ropes & Gray, One International Place, Boston, MA ("Buyer"), a ratable portion equal to $277,805,749.49 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. 0000015329 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claim against Lehman Brothers Holdings Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Holdings Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 5th day of October, 2009.

**UBS AG**

WITNESS:

_____
(Signature)
Kiye Sakai
Name:       Executive Director and Counsel
Title:       Region Americas Legal
             Fixed Income Section
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)
James B. Fuqua
Managing Director and Counsel
Name:   Region Americas Legal
Title:
Tel.:
                        David Kelly
                        Managing Director and Counsel
                        Region Americas Legal

**LAGAN PARTNERS, L.L.C.**

WITNESS:

_____
(Signature)

Name: John Breuhill
Title: Managing Director
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name:   James F. Mooney
Title:   Managing Director
Tel.: