UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
-------------------------------------------------------------------x

**ORDER DENYING MOTION OF MERRILL LYNCH PORTFOLIO MANAGEMENT, INC. AND MERRILL LYNCH CAPITAL SERVICES, INC. FOR ENTRY OF AN ORDER COMPELLING SPECIFIC PERFORMANCE OF SUBORDINATION AGREEMENT TERMS**

Upon the motion, dated June 23, 2011 [ECF No. 18033], of Merrill Lynch Portfolio Management, Inc. and Merrill Lynch Capital Services, Inc. for entry of an order compelling specific performance of the terms of a subordination agreement (the "Motion"); and upon the objection to the Motion filed by Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. (the "Debtors' Objection") [ECF No. 18486]; and the statement of the Official Committee of Unsecured Creditors in support of the Debtors' Objection [ECF No. 18570]; and the Court having considered all of the pleadings filed in respect of the Motion; and a hearing having been held to consider the relief requested in the Motion on July 20, 2011 (the "Hearing"); and after due deliberation, it is hereby

ORDERED that, for the reasons set forth by the Court on the record of the Hearing, the Motion is denied with prejudice; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       July 27, 2011

                                    *s/ James M. Peck*
                                    Honorable James M. Peck
                                    United States Bankruptcy Judge