Honorable James M. Peck
United States Bankruptcy Judge
Courtroom 601
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004

Chapter 11
Case No. 08-13555
(JMP) (Jointly Administered)
In re:
Lehman Brothers Holdings Inc.
et. al.
Debtors

RECEIVED JUL 25 2011 U.S. BANKRUPTCY COURT, SDNY

Plea, writ of release, representatives and consultants of a federal elections commission or state elections commission basis, on grounds of conflict of interest in proceedings, and immediate termination and release of said contracts if they are appropriately identifying themselves and not in joint tenancy, estate of, or behind a corporate charter with no updated information, i.e. syndication or branch profit limitations in lieu of civil or criminal act proceedings.

Any predecessor arrangements by these individuals in non-seated elected office (non-paid, ex-officio, pro tempore, incoming, outgoing) need to be voided and annulment is expected, or dissolution in several abusive actions handled by local, internal arbitrators (local lawsuits) to escheat payrolls or benefits to third party corporate groups in 'arms length arrangements.'

There are no establishments, licensure grids, or hidden layered corporations to reputable 'trust affiliates'.

This is written in penmanship as females would (i.e. Astor) without proper sale/assignation rights in pre-1920 trust arrangements.

This concerns men trapped by corporations unable to entertain independent personal establishment, aged aliens, and purported mistresses of deceased men of power and influence silent on personal or professional misbehavior.

I also want valid federal monetary supply, inflation adjustment (against speculators positions) and regulatory release of insurance or other harassing contracts Lehman, et.al. 'chooses to renew' in an abusive manner, for profit in structured asset syndications (i.e. 'drops') otherwise masked by arbitration.

Anyone with lingering 'telecommunications interference' has several sealed indictments [News Corp] to deal with in a public venue.

An arrogant judiciary has no representation but their own silence in eternity.

There is a common and proprietary law, per the alleged U.S. Code, CFR, and regulatory dossiers in industrial group. Local Chapter 7/ charter dissolution is demanded if corruption exists.

Complaint

Purported: Gov. John Kasich - Ohio
77 S. High St.
Columbus, Ohio

federal, state, and municipal code abuse - not identifiable
[Congressional Budget Office]

Try to have my abused spouse sign in mass [multiple] for right to work, co-op benefits, residency.

272110

Coded 'ineligible in common parlance'

Ch. 11 (17)
Case # 08-13555 (JMP)

Honorable James M. Peck
United States Bankruptcy Judge
Courtroom 601
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004

RECEIVED JUL 25 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK