Here's your last payroll John.

Your lookalike enjoyed State mental health
fr a Department of Development (Ohio) 'defamed'
contract on grid.

Kentucky - Eastern Stat- his 'o school'
Lexington KY.

A jump, and a comfortable proprietary explanation
for an outburst at Scioto Country Club (Cols)

Petit theft, unassigned, so his personal audit
'lookalike' can take over if greater yield

Trump, Gotti 'Happy Land' teflon don (kitchen fire)
frozen account need churned.

'Paul Fink' handle.





Honorable James M. Peck
United States Bankruptcy Judge
Courtroom 601
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York — 10004

Ch. 11
Case # 08-13555