**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** |
| **Debtors.** | : | **(Jointly Administered)** |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: Acta Asset Management ASA ("Transferor")
Kungsgatan 8
SE-111 43 Stockholm
Sweden
+ 46 (0)8 579 440 00

2. Please take notice that the transfer your claim against LEHMAN BROTHERS HOLDINGS INC., et al, Case No. 08-13555 (JMP) arising from and relating to Proof of Claim No. 56552 (attached as Exhibit A hereto), has been transferred to:

Barclays Bank PLC ("Transferee")
745 Seventh Avenue
New York, NY 10019
Telephone: (212) 412-2865
Email: daniel.crowley@barclayscapital.com
daniel.miranda@barclayscapital.com

An executed "Evidence of Transfer of Claim" is attached as Exhibit B hereto. All distributions and notices regarding the claim should be sent to the Transferee as provided in Exhibit C hereto.

3. No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

-- **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

-- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

-- Refer to **INTERNAL CONTROL NO.** ________ in your objection and any further correspondence related to this transfer.

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid on __________, 2009.

INTERNAL CONTROL NO._________

Copy: (check) Claims Agent__ Transferee__ Debtors' Attorney__

________________________
Deputy Clerk

# EXHIBIT A

[Proof of Claim]

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000056552

**THIS SPACE IS FOR COURT USE ONLY**

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Creditor: Indicum AB
Företagsvägen 3
238 37 Oxie SWEDEN
+46 70754 25 46
+46 40 54225 46
slavica lambes-blomservice.se

Notices: Nordea Bank AB (publ)
Equities Support
Regeringsgatan 59
SE-105 71 Stockholm
SWEDEN
+46 8 534 912 20

Telephone number: Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________
(*If known*)

Filed on: ____________

Name and address where payment should be sent (if different from above)

Nordea Bank AB (publ)
Equities Support
Regeringsgatan 59
SE-105 71 Stockholm SWEDEN +46 8 534 912 20

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 29577 **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0289028085 **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6060747 **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

95122 **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
FILED / RECEIVED
OCT 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| **Date.** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 28 Oct. 2009 | Nordea Bank AB (publ) |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**Bolagsverket**
Swedish Companies Registration Office

**Certificate of Registration**
**Joint-stock banking company**




**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

**Address:**
105 71 STOCKHOLM

**Registered office:** Stockholm

**Share capital:** EUR 4 037 417 751


**The company is registered as a public limited liability company**

## Bank charter:
Charter granted: 16th January 2004

## Board member, Chairman of the Board:
410521-7352 Dalborg, Hans Folkeson, Strandvägen 33, 2 tr, 114 56 STOCKHOLM

## Members of the board:
600401 Ahola, Kari, Junkkarinkaari 7 C 47, FI-01510 VANTAA, FINLAND
Employee representative
601221 Bosse, Christine, c/o TrygVesta, Klausdalsbrovej 601, DK-2750 BALLERUP, DENMARK
550505-6621 Ehrling, Marie Elisabeth, Birger Jarlsgatan 69, 113 56 STOCKHOLM
510515 Jacobsen, Svein Sigurd, Nordengkollen 65, N-1396 BILLINGSTAD, NORWAY
620411 Knutzen, Tom, Bloksbjerget 6, DK-2930 KLAMPENBORG, DENMARK
500227 Kruse, Nils Qvasinitzky, Islands Brygge 24 B, 2 tv, 2300 COPENHAGEN S, DENMARK
Employee representative
430826-1934 Nordström, Lars-Göran, Vildrosgatan 16, 753 24 UPPSALA
500418-0138 Oddestad, Lars Carl Oscar, Myrvägen 13, 125 51 ÄLVSJÖ
Employee representative
460419 Peltola, Timo Veikko, Bembölevägen 25, 02700 GRANKULLA, FINLAND
580322 Petersen, Heidi Marie, c/o Luuna as, Thor Dals gate 1 A, N-3200 SANDEFJORD, NORWAY
500929-0056 Savén, Björn Erik, c/o IK Investment Partners, Birger Jarlsgatan 4, 114 34 STOCKHOLM
521010 Wahlroos, Björn Arne Christer, Åminne gods, FI-24100 SALO, FINLAND

## Deputy member of the board:
620626 Nickelsen, Steinar, Ovenbakken 14 A, N-1361 OSTERÅS, NORWAY
Employee representative

I hereby certify that this is a true copy of the original.

## Managing Director, not board member:
550306-3231 Clausen, Christian, Baldersgatan 4, 114 27 STOCKHOLM

contd.

Bolagsverket
Swedish Companies Registration Office

Certificate of Registration
Joint-stock banking company

**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

## Deputy Managing Directors, not board members:

620306-5989 Eriksson, Lena Terese, Mossvägen 1, 182 73 STOCKSUND
491120 Granvik, Carl-Johan, Krokuddsgränden 1 hus 4, 02230 ESBO, FINLAND
490213-2093 Grinbaum, Jakob Bencjon, Stockrosgatan 14, 753 24 UPPSALA
600101 Kaperi, Ari Antero, Jalajakatu 2, 33240 TAMPERE, FINLAND
641113 Rasmussen, Michael, Vitus Berings Allé 8, DK-2930 KLAMPENBORG, DENMARK
631228-7854 Rystedt, Carl Fredrik Stenson, Lidskjalfsvägen 3, 182 63 DJURSHOLM
481030 Schütze, Peter, Skovshovedvej 27 B, CHARLOTTENLUND, DENMARK
550316 Waersted, Gunn, Bamseveien 10, 0774 OSLO, NORWAY

## Other persons authorized to sign on behalf of the company:

741224 Aasen, Klara Lise, Heggesnaret 2E, 1344 HASLUM, NORWAY
690523 Ahlberg, Tore Martin, Krokuddsvägen 6 Q, FI-2330 ESBO, FINLAND
550808 Alanen, Yrjö Henrik, Puna-ahontie 83, 02400 KIRKKONUMMI, FINLAND
591024-3236 Allqvic, Nils Torsten, c/o Nordea Bank AB, S 80, 105 71 STOCKHOLM
720523-5059 Andersch, Rolf Ebbe Hasting B, Gästrikegatan 6, 113 62 STOCKHOLM
530703-4198 Andersson, Christer Sten Bertil, Hjortrongatan 36, 234 43 LOMMA
590831-0211 Andersson, Per Åke, Norrängsvägen 2, 141 44 HUDDINGE
591225-3936 Andréasson, Lars-Olof Michael, c/o Nordea Bank AB, H 50, 105 71 STOCKHOLM
450111-5812 Avenius, Staffan Olof, c/o Nordea Bank AB, H 55, 105 71 STOCKHOLM
540722-0176 Backman, Bo Anders Ragnar, Trädgårdsvägen 20, 147 43 TUMBA
530527 Berg, Per Edvard, Glendeveien 51, 1820 SPYDEBERG, NORWAY
650916-1045 Bergmann, Elisabeth Maria, Aladdinsvägen 16, 167 61 BROMMA
680801-1412 Bissessar, Kristoffer, Solvägen 13, 183 52 TÄBY
630507-4830 Bjerrek, Lars Peter, Hökvägen 10, 167 65 BROMMA
580316-0158 Björklund, Sven Tomas, Sjöbjörnsvägen 70, 117 67 STOCKHOLM
520816-5554 Björkman, Bengt Rune, c/o Nordea Bank AB, H57, 105 71 STOCKHOLM
740514 Blankensteiner, Robert Janek Dalmann, Kong Georges Vej 56, 2th, DK-2000 FREDRIKSBERG, DENMARK
670914-5079 Blomberg, Erik Lars, Sjöstigen 10, 429 33 KULLAVIK
510116 Borgström, Fanny Charlotte, Brändövägen 16 C, 00570 HELSINGFORS, FINLAND
641216-7832 Boström, Lars Sören, Basfiolgränd 28, 175 56 JÄRFÄLLA
620215-0360 Carlberg, Inga-Lill Birgitta, Martinvägen 25, 168 51 BROMMA
590702 Carlsen, Sigurd, Summsgt. 16, 0362 OSLO, NORWAY
590111-2416 Carlson, Lars Stefan, c/o Nordea Bank AB, H 58, 105 71 STOCKHOLM
530729-2556 Castberg, Anders Stang, Banérgatan 5, 114 56 STOCKHOLM
680227 Christensen, Charlotte Gullak, Kajerödvej 67, DK-3460 BIRKERÖD, DENMARK

contd.

Bolagsverket
Swedish Companies Registration Office

Certificate of Registration
Joint-stock banking company

**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

610513-7845 Domeij Hallros, Eva Gunilla, Bergdalsgatan 14, 582 45 LINKÖPING
640408-4938 Edström, Hans Patrik Theodor, c/o Nordea Bank AB, S 46, 105 71 STOCKHOLM
510521-1956 Ekenger, Karl Gustaf, Eriksbergsgatan 12 A, 114 30 STOCKHOLM
690211-1597 Ekman, Per Erik Mauritz, Gunstagatan 13, 753 24 UPPSALA
551007-3991 Engström, Mats Göran, Fullriggaregatan 26 A, 426 74 VÄSTRA FRÖLUNDA
600427-0077 Eriksson, Mats Erik Rudolf, Radhusallén 25, 167 54 BROMMA
700624-0316 Eriksson, Stefan Mikael, Plogvägen 1 A, 183 57 TÄBY
541223 Firing, Anne-Margrethe, Slyngvn 19 C, 0376 OSLO, NORWAY
650518-2086 Folkesson, Anna Karin Margareta, c/o Nordea Bank AB, H 350, 105 71 STOCKHOLM
661210 Forsskåhl-Holmberg, Bettina Viktoria, Sökö Strandväg 20 E, FI-02360 ESBO, FINLAND
630205-1245 Forssman, Marie Elisabeth, Dalkärrsleden 104, 162 71 VÄLLINGBY
530921-7254 Gezelius, Karl Birger, c/o Nordea Bank AB, S 46, 105 71 STOCKHOLM
551030-1418 Gustafsson, Anders Folke, c/o Nordea Bank AB, H 57, 105 71 STOCKHOLM
540625-2410 Gustafsson, Kurt Anders, Båtmanskroken 16, 129 40 HÄGERSTEN
690414-0677 Hagelin, Niclas, Engelbrektsgatan 4, 114 32 STOCKHOLM
670520-4367 Hansson, Manuella, Inedalsgatan 9 A, 112 33 STOCKHOLM
730626-6706 Hansson, Marianne Akiko, Vanadisvägen 18, 113 46 STOCKHOLM
620907-5008 Hedman, Elsa Helena, c/o Nordea Bank AB, H571, 105 71 STOCKHOLM
520620-1401 Herman, Ulla Margareta, Döbelnsgatan 67 A, 113 52 STOCKHOLM
580909-0037 Holmberg, Claes Göran, c/o Nordea Bank AB, H 40, 105 71 STOCKHOLM
560917 Hygum, Ove, Kirkegade 19, 4000 ROSKILDE, DENMARK
680626-7594 Häggström, Lars Gunnar Olof, Högbovägen 8 B, 178 38 EKERÖ
650414-2446 Höög, Birgitta Sivertsdotter, c/o Nordea Bank AB, H 55, 105 71 STOCKHOLM
690326-3595 Immelborn, Lars Henrik, Svensagatan 9, 234 35 LOMMA
500223-5926 Innergård Nylén, Gunnel Ida Helena, Krönleinstigen 29, 554 48 JÖNKÖPING
551020-5577 Jakobsson, Hans Gunnar, Sveavägen 25, 752 36 UPPSALA
480703 Jensen, Flemming Dalby, Overgaden Neden Vandet 11 3tr, 1414 KÖPENHAMN, DENMARK
510515 Jämsen, Eerik Tapio, Laajasuontie 26 D 28, 00320 HELSINGFORS, FINLAND
480103 Jörgensen, Niels Bolt, Taarbak Strandvej 53 F, 2930 KLAMPENBORG, DENMARK
650808 Jörgensen, Torsten Hagen, Hoffmeyersvej 39, DK-2000 FREDRIKSBERG, DENMARK
641123 Klausen, Bo Dam, Kastanievej 33, 2670 GREVE, DENMARK
640817-1707 Kronström, Doris Maria Elisabeth, c/o Nordea Bank AB, H 223,105 71 STOCKHOLM
570423-1454 Krook, Hans Torgny, Breitenfeltsgatan 1, 115 24 STOCKHOLM
710219-1637 Kvarnholt, Lars Erik Bertil, Vultejusvägen 25, 168 57 BROMMA
510525 Lademann, Povl Flemming, Strandvejen 161 4.sal th, 2900 HELLERUP, DENMARK
670109-5074 Larsson, Jan Gunnar, Strålsjövägen 48, 138 36 ÄLTA
590807-7562 Larsson, Lena, Ljustargränd 54, 175 55 JÄRFÄLLA

contd.

Bolagsverket
Swedish Companies Registration Office

Certificate of Registration
Joint-stock banking company

**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

470516-0192 Lassen, Bengt Erik, c/o Nordea Bank AB, S 45, 105 71 STOCKHOLM
670526 Leikola, Ossi Henrik, Puistokatu 11 B, 00140 HELSINGFORS, FINLAND
610218-7868 Lien, Agnes Marianne Eline, Vanadisvägen 29, 113 23 STOCKHOLM
570627-1656 Linzatti, Helmut Bertil, Rösjövägen 46, 187 43 TÄBY
560505 Lohse, Sonja, Sjötullsgatan 6 A, 00170 HELSINGFORS, FINLAND
750928 Marimo, Elina Maria, Messeniuksenkatu 7 B 56, 00250 HELSINGFORS, FINLAND
570308-6958 Molander, Karl Gunnar Hanson, Torgvägen 7, 191 46 SOLLENTUNA
610715-1034 Nasiell, Niklas Martin, c/o Nordea Bank AB, H 350, 105 71 STOCKHOLM
541107-4353 Neckmar, Thomas Roland Evert, c/o Nordea Bank AB, H 610, 105 71 STOCKHOLM
640129 Nielsen, Jens, Strandgade 44 G, 2tv, DK-1401 KÖPENHAMN, DENMARK
740501 Niinikoski-Sandberg, Sanna Marketta, Mamsellvägen 1c16, 01520 VANDA, FINLAND
550318-0134 Nilsson, Helge Tommy, Brudkronevägen 20, 126 41 HÄGERSTEN
610907-5009 Olin Svensson, Märtha Elisabet, Malmabergsväg 19 A, 756 45 UPPSALA
611103 Pedersen, Finn Benny, Kvintus Allé 12,2,3, DK-2300 KÖPENHAMN, DENMARK
741014-6638 Persson, Arne Michael, Ugglemossvägen 34, 129 42 HÄGERSTEN
510713-0196 Petrelius, Håkan, c/o Nordea Bank AB, H 57, 105 71 STOCKHOLM
610813 Rasmussen, Jan Landfald, GML Drammensvei 125, 1363 HÖVIK, NORWAY
621003-1909 Rosenqvist, Eva-Lotta, c/o Nordea Bank AB, R 552, 105 71 STOCKHOLM
520207-7151 Rutberg, Jan Emil, c/o Nordea Bank AB, H 57, 105 71 STOCKHOLM
530521 Saarelainen, Timo Tapio, Miniatovägen 4A4, 02360, ESBO, FINLAND
521114 Sagbakken, Ivar, Borgenveien 31 C, 0370 OSLO, NORWAY
641007-2778 Scherlund, Anders Bertil, Bergviksvägen 11, 167 63 BROMMA
580814-4017 Serenhov, Christer Seved, Stockholmsvägen 67, 181 31 LIDINGÖ
450506 Simonsen, Ole, Ligustervangen 52, 3450 ALLERÖD, DENMARK
610204-1008 Snöbohm, Inger Maria Elisabeth, Oxelvägen 8, 191 43 SOLLENTUNA
680318-6755 Sonnerstedt, Bo Stefan, Harvägen 7, 191 43 SOLLENTUNA
510105 Steen, Carl Erik, Guldbergsvei 35, 0375 OSLO, NORWAY
551202-1253 Stridsberg, Axel, Frejgatan 58, 113 26 STOCKHOLM
610322 Suila, Heidi, Melkonkatu 9 A 24, 00210 HELSINGFORS, FINLAND
500714 Syrrist, Baard, Neslia 7 C, 1394 NESLIA, NORWAY
660523-6790 Söllested, Frank, Svalvägen 4, 187 43 TÄBY
520626 Tammilehto, Veli Matti, Aallokko 3 as 54, FI-02320 ESPOO, FINLAND
481223-0037 Tevell, Anders Gunnar Ulrik, Vreta Strandväg 30, 755 91 UPPSALA
520406-1005 Tuvehjelm, Ulla Carin Christina, Ousbyholm, 242 93 HÖRBY
461011-1652 Viterstedt, Per-Olov, c/o Nordea Bank AB, H 58, 105 71 STOCKHOLM
640925-1219 Watz, Lars Peter, Studentbacken 34 6tr, 115 57 STOCKHOLM
690121-7858 Westin, Hans Thomas Carlo, Valhallavägen 120, 114 41 STOCKHOLM
600125-0114 Wiberg, Klas Gustav, Vikbyvägen 39, 181 43 LIDINGÖ

contd.

Bolagsverket
Swedish Companies Registration Office

Certificate of Registration
Joint-stock banking company

**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

730221-4999 Wigforss, Bo Gustaf Martin, Trollvägen 12, 133 34 SALTSJÖBADEN
520108-4836 Zacharoff, Bengt Erik, Intagans väg 4, 443 33 LERUM
630607-8574 Öhman, Lars Erik Ivar, Ytterbystrandsvägen 36, 185 94 VAXHOLM

## Company auditor(s):

556043-4465 KPMG AB, Box 16106, 103 23 STOCKHOLM
Represented by: 581008-5539

## Principally responsible auditor(s):

581008-5539 Lindgren, Carl Håkan, c/o KPMG AB, Box 16106, 103 23 STOCKHOLM

## Signatory power:

In addition to the board of directors,
any two jointly of
the board members

or any one of
Bosse, Christine
Dalborg, Hans Folkeson
Ehrling, Marie Elisabeth
Jacobsen, Svein Sigurd
Knutzen, Tom
Nordström, Lars-Göran
Peltola, Timo Veikko
Petersen, Heidi Marie
Savén, Björn Erik
Wahlroos, Björn Arne Christer
in combination with any one of
Aasen, Klara Lise
Ahlberg, Tore Martin
Alanen, Yrjö Henrik
Allqvie, Nils Torsten
Andersch, Rolf Ebbe Hasting B
Andersson, Christer Sten Bertil
Andersson, Per Åke
Andréasson, Lars-Olof Michael
Avenius, Staffan Olof
Backman, Bo Anders Ragnar

contd.

Bolagsverket
Swedish Companies Registration Office

Certificate of Registration
Joint-stock banking company

**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

Berg, Per Edvard
Bergmann, Elisabeth Maria
Bissessar, Kristoffer
Björklund, Sven Tomas
Björkman, Bengt Rune
Blankensteiner, Robert Janek Dalmann
Blomberg, Erik Lars
Borgström, Fanny Charlotte
Boström, Lars Sören
Carlberg, Inga-Lill Birgitta
Carlsen, Sigurd
Carlson, Lars Stefan
Castberg, Anders Stang
Christensen, Charlotte Gullak
Clausen, Christian
Domeij Hallros, Eva Gunilla
Edström, Hans Patrik Theodor
Ekenger, Karl Gustaf
Ekman, Per Erik Mauritz
Engström, Mats Göran
Eriksson, Lena Terese
Eriksson, Mats Erik Rudolf
Eriksson, Stefan Mikael
Folkesson, Anna Karin Margareta
Forsskåhl-Holmberg, Bettina Viktoria
Forssman, Marie Elisabeth
Gezelius, Karl Birger
Granvik, Carl-Johan
Grinbaum, Jakob Bencjon
Gustafsson, Anders Folke
Gustafsson, Kurt Anders
Hagelin, Niclas
Hansson, Manuella
Hansson, Marianne Akiko
Hedman, Elsa Helena
Herman, Ulla Margareta
Holmberg, Claes Göran
Hygum, Ove

contd.



Certificate of Registration
Joint-stock banking company

**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

Häggström, Lars Gunnar Olof
Höög, Birgitta Sivertsdotter
Immelborn, Lars Henrik
Innergård Nylén, Gunnel Ida Helena
Jakobsson, Hans Gunnar
Jensen, Flemming Dalby
Jämsen, Eerik Tapio
Jörgensen, Niels Bolt
Jörgensen, Torsten Hagen
Kaperi, Ari Antero
Klausen, Bo Dam
Kronström, Doris Maria Elisabeth
Krook, Hans Torgny
Kvarnholt, Lars Erik Bertil
Lademann, Povl Flemming
Larsson, Jan Gunnar
Larsson, Lena
Lassen, Bengt Erik
Leikola, Ossi Henrik
Lien, Agnes Marianne Eline
Linzatti, Helmut Bertil
Lohse, Sonja
Molander, Karl Gunnar Hanson
Nasiell, Niklas Martin
Neckmar, Thomas Roland Evert
Nielsen, Jens
Niinikoski-Sandberg, Sanna Marketta
Nilsson, Helge Tommy
Olin Svensson, Märtha Elisabet
Pedersen, Finn Benny
Persson, Arne Michael
Petrelius, Håkan
Rasmussen, Jan Landfald
Rasmussen, Michael
Rosenqvist, Eva-Lotta
Rutberg, Jan Emil
Rystedt, Carl Fredrik Stenson
Saarelainen, Timo Tapio

contd.



Certificate of Registration
Joint-stock banking company

**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

Sagbakken, Ivar
Scherlund, Anders Bertil
Schütze, Peter
Serenhov, Christer Seved
Simonsen, Ole
Snöbohm, Inger Maria Elisabeth
Sonnerstedt, Bo Stefan
Steen, Carl Erik
Stridsberg, Axel
Suila, Heidi
Syrrist, Baard
Söllested, Frank
Tammilehto, Veli Matti
Tevell, Anders Gunnar Ulrik
Tuvehjelm, Ulla Carin Christina
Viterstedt, Per-Olov
Waersted, Gunn
Watz, Lars Peter
Westin, Hans Thomas Carlo
Wiberg, Klas Gustav
Wigforss, Bo Gustaf Martin
Zacharoff, Bengt Erik
Öhman, Lars Erik Ivar

or any two jointly of

Aasen, Klara Lise
Ahlberg, Tore Martin
Alanen, Yrjö Henrik
Allqvie, Nils Torsten
Andersch, Rolf Ebbe Hasting B
Andersson, Christer Sten Bertil
Andersson, Per Åke
Andréasson, Lars-Olof Michael
Avenius, Staffan Olof
Backman, Bo Anders Ragnar
Berg, Per Edvard
Bergmann, Elisabeth Maria
Bissessar, Kristoffer

contd.



Certificate of Registration
Joint-stock banking company

**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

Bjerrek, Lars Peter
Björklund, Sven Tomas
Björkman, Bengt Rune
Blankensteiner, Robert Janek Dalmann
Blomberg, Erik Lars
Borgström, Fanny Charlotte
Boström, Lars Sören
Carlberg, Inga-Lill Birgitta
Carlsen, Sigurd
Carlson, Lars Stefan
Castberg, Anders Stang
Christensen, Charlotte Gullak
Clausen, Christian
Domeij Hallros, Eva Gunilla
Edström, Hans Patrik Theodor
Ekenger, Karl Gustaf
Ekman, Per Erik Mauritz
Engström, Mats Göran
Eriksson, Lena Terese
Eriksson, Mats Erik Rudolf
Eriksson, Stefan Mikael
Firing, Anne-Margrethe
Folkesson, Anna Karin Margareta
Forsskåhl-Holmberg, Bettina Viktoria
Forssman, Marie Elisabeth
Gezelius, Karl Birger
Granvik, Carl-Johan
Grinbaum, Jakob Bencjon
Gustafsson, Anders Folke
Gustafsson, Kurt Anders
Hagelin, Niclas
Hansson, Manuella
Hansson, Marianne Akiko
Hedman, Elsa Helena
Herman, Ulla Margareta
Holmberg, Claes Göran
Hygum, Ove
Häggström, Lars Gunnar Olof

contd.




Certificate of Registration
Joint-stock banking company

**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

Höög, Birgitta Sivertsdotter
Immelborn, Lars Henrik
Innergård Nylén, Gunnel Ida Helena
Jakobsson, Hans Gunnar
Jensen, Flemming Dalby
Jämsen, Eerik Tapio
Jörgensen, Niels Bolt
Jörgensen, Torsten Hagen
Kaperi, Ari Antero
Klausen, Bo Dam
Kronström, Doris Maria Elisabeth
Krook, Hans Torgny
Kvarnholt, Lars Erik Bertil
Lademann, Povl Flemming
Larsson, Jan Gunnar
Larsson, Lena
Lassen, Bengt Erik
Leikola, Ossi Henrik
Lien, Agnes Marianne Eline
Linzatti, Helmut Bertil
Lohse, Sonja
Marimo, Elina Maria
Molander, Karl Gunnar Hanson
Nasiell, Niklas Martin
Neckmar, Thomas Roland Evert
Nielsen, Jens
Niinikoski-Sandberg, Sanna Marketta
Nilsson, Helge Tommy
Olin Svensson, Märtha Elisabet
Pedersen, Finn Benny
Persson, Arne Michael
Petrelius, Håkan
Rasmussen, Jan Landfald
Rasmussen, Michael
Rosenqvist, Eva-Lotta
Rutberg, Jan Emil
Rystedt, Carl Fredrik Stenson
Saarelainen, Timo Tapio

contd.



Certificate of Registration
Joint-stock banking company

**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

Sagbakken, Ivar
Scherlund, Anders Bertil
Schütze, Peter
Serenhov, Christer Seved
Simonsen, Ole
Snöbohm, Inger Maria Elisabeth
Sonnerstedt, Bo Stefan
Steen, Carl Erik
Stridsberg, Axel
Suila, Heidi
Syrrist, Baard
Söllested, Frank
Tammilehto, Veli Matti
Tevell, Anders Gunnar Ulrik
Tuvehjelm, Ulla Carin Christina
Viterstedt, Per-Olov
Waersted, Gunn
Watz, Lars Peter
Westin, Hans Thomas Carlo
Wiberg, Klas Gustav
Wigforss, Bo Gustaf Martin
Zacharoff, Bengt Erik
Öhman, Lars Erik Ivar

are entitled to sign on behalf of the company.

Furthermore, the Managing Director, in his normal business activities, is also entitled to sign on behalf of the company.

## Financial year:
1st January – 31st December

## Secondary name(s):
Nordea Holding
Götabanken
Skaraborgsbanken
Wermlandsbanken
Postbanken

contd.



Certificate of Registration
Joint-stock banking company

**Registration number:** 516406-0120

**Date of registration:** 30th January 2004

**Company name:** Nordea Bank AB

Privatbanken
Nordea Solo
Nordbanken
Postgirot
Girobank
Trevise
Plusgirot
First Card

## Note:

On 30th January 2004 the company has been re-registered from being a regular company limited by shares to a joint-stock banking company. The company is the same legal entity as previously. The company has been struck off the register of limited companies and re-entered in the register of joint-stock banking companies, on which occasion the company received a new registration number. Previous company name and registration number: Nordea AB, 556547-0977.

## Date of registration of current and previous company names:

2004-01-30 Nordea Bank AB
2000-12-01 Nordea AB
2000-01-27 Nordic Baltic Holding (NBH) AB
1997-10-16 Nordbanken Holding AB
1997-10-08 EMCEMATOR AB

Sundsvall, 21st September 2009
Ex officio

Bente Ohlsson

BOLAGSVERKET
SWEDISH COMPANIES REGISTRATION OFFICE


EASYOPEN-STRIP
EXPRESS
REMOVE TO EXPOSE ADHI
DOX
10017 New York, United States
Origin: ARN
R10 ZYP - TSS
Day Time
Ref code: PER ANDERSSO Date: Shipment WeightPiece
1/1
Content description
WAYBILL 9699881284
(2L)US10017+42000000
(J)JD01 3040 2718 9006 0917
TDT
Destination:
ZYP
Airwaybill:
9699881284
OR
EASYSHIP/
CUSTOMER
INFORMATION
XYZ
Plea
FR:Nordea Bank AB
Astrid Lindblad
Securities Law, H510
Smålandsgatan 17
Stockholm,
10571 Sweden
Ph: 4686147513
TO:Epiq Bankruptcy Solutions, LLC
Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York
NY
10017 United States Of America

**EXHIBIT B**

[Executed Evidence of Transfer of Claim]

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Acta Asset Management ASA** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Barclays Bank PLC** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the **principal amount** specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **56552** filed by or on behalf of **AB INDICUM** (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller

hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ~~__ day of ____ 2009~~ 26 November 2010

**Acta Asset Management ASA**

By: ________________
Name: JOSTEIN VIKEN
Title: MANAGING DIRECTOR

Kungsgatan 8
111 43 Stockholm

**Barclays Bank PLC**

By: ________________
Name: John Cortese
Title: Managing Director

745 Seventh Ave
New York, NY 10019

Schedule 1

Transferred Claims

Creditor: AB INDICUM
Claim Number: 56552

Purchased Claim

100% ($29577.00) of $29577.00 (the outstanding amount of the Proof of Claim as of ~~[•]/10/2010~~ 26 November 2010).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) | Original Claim Amount | Transfer Claim % of Total Claim Amount | Claim Amount to Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| MTN6371 - ASIAN BASKET | XS0289028085 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC. | SEK 200,000 | n/a | 5/14/2010 | USD 0.00 | USD 29,577.00 | 100.00% | USD 29,577.00 |