UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                          Debtors.                               :
                                                                 :   Ref. Docket Nos. 17641, 17726,
                                                                 :   18323, 18683, 18694, 18695, 18697
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS SPECIAL FINANCING                                :   08-13888 (JMP)
INC.,                                                            :   (Jointly Administered)
                          Debtors.                               :
                                                                 :   Ref. Docket No. 263
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 25, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

- 2 -

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of July, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                          |
In re                                     |   Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |   08-13555 (JMP)
                                          |
                                          |   (Jointly Administered)
           Debtors.                       |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CREDIT SUISSE                              CREDIT SUISSE
          ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
          1 MADISON AVE                              ATTN: RICHARD LEVIN
          NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                     825 EIGHTH AVENUE
                                                     NEW YORK NY 10019
```

Please note that your claim # 55829-66 in the above referenced case and in the amount of
          $0.00        has been transferred **(unless previously expunged by court order)**

```
          BARCLAYS BANK PLC
          TRANSFEROR: CREDIT SUISSE
          745 SEVENTH AVENUE
          NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18695         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/25/2011                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 25, 2011.

# EXHIBIT B

```
TIME: 12:28:49                                                    LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    1
DATE: 07/25/11                                                         CREDITOR LISTING

Name                                                    Address
BARCLAYS BANK PLC                                       TRANSFEROR: CREDIT SUISSE 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: ZAIS ZEPHYR A-3, LTD. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLLC                                      TRANSFEROR: CHAMBRE DE COMMERCE ET D'INDUSTRIE DE PARIS 745 SEVENTH AVENUE NEW YORK NY 10019
CHAMBRE DE COMMERCE ET D'INDUSTRIE DE                   ATTN: MR. PIERRE SIMON 27, AVENUE DE FRIEDLAND PARIS CEDEX 08   75382 FRANCE
PARIS
CHAMBRE DE COMMERCE ET D'INDUSTRIE DE                   MAYER BROWN LLP ATTN: RICK HYMAN 1675 BROADWAY NEW YORK NY 10019
PARIS
CREDIT SUISSE                                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SERENGETI LYCAON MM L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
LEUNG YU CHIU RAYMOND / CHING PUI LING                  FLAT A 8/F TOWER 9 ISLAND HARBOUR VIEW TAI KOK TSUI, KLN   HONG KONG
SAIMOND, IP                                             26/F BLOCK 28 BAGUIO VILLA POKFULAM HK   HONG KONG
SERENGETI LYCAON MM L.P.                                TRANSFEROR: SERENGETI OVERSEAS LTD. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY, 632 BROADWAY 12TH FL NEW YORK NY 10012
SERENGETI LYCAON MM L.P.                                TRANSFEROR: SERENGETI OVERSEAS LTD. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012
SIN CHUI WAN GLYN                                       FLT 3 29/F TAK NGA COURT TAI PO NT   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LEUNG YU CHIU RAYMOND / CHING PUI LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: SAIMOND, IP 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: SIN CHUI WAN GLYN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
ZAIS ZEPHYR A-3, LTD.                                   C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS ZEPHYR A-3, LTD.                                   C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS ZEPHYR A-3, LTD.                                   C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA THE GALLERIA BUILDING 3, 2ND FLOOR NEW YORK NY 10004-1485
ZAIS ZEPHYR A-3, LTD.                                   C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN   CAYMAN ISLANDS

Total Number of Records Printed       20
```

EPIQ BANKRUPTCY SOLUTIONS, LLC