UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :    (Jointly Administered)
                    Debtors.                                    :
                                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 18716, 18724,
                                                                     18728, 18729

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 26, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
27th day of July, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |   08-13555 (JMP)
                                           |
                                           |   (Jointly Administered)
                Debtors.                   |
                                           |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:   CNP ASSURANCES                                        CNP ASSURANCES
           DIRECTION DES INVESTISSEMENTS                         CLIFFORD CHANCE US LLP
           RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION   ATTN: JENNIFER C DEMARCO, ESQ & JENNIFER B P
           ATTN ANTOINE FROMENTEZE                               31 WEST 52ND STREET
           4 PLACE RAOUL DAUTRY                                  NEW YORK NY 10019
           PARIS CEDEX 15     75716
           FRANCE
```

Please note that your claim # 63595-08 in the above referenced case and in the amount of
   $115,983,787.90         has been transferred **(unless previously expunged by court order)**

```
           GOLDMAN, SACHS & CO.
           TRANSFEROR: CNP ASSURANCES
           ATTN: ANDREW CADITZ
           30 HUDSON STREET, 36TH FLOOR
           JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18728       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/26/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 26, 2011.

# EXHIBIT B

```
TIME: 17:19:48                                     LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    1
DATE: 07/26/11                                          CREDITOR LISTING

Name                            Address
CNP ASSURANCES                  CLIFFORD CHANCE US LLP ATTN: JENNIFER C DEMARCO, ESQ & JENNIFER B PREMISLER, ESQ 31 WEST 52ND STREET NEW YORK NY 10019
CNP ASSURANCES                  DIRECTION DES INVESTISSEMENTS RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION ATTN ANTOINE FROMENTEZE
                                4 PLACE RAOUL DAUTRY PARIS CEDEX 15  75716 FRANCE
COMMERZBANK AG                  ATTN: MARTIN HANNOEVER FRANKFURT / MAIN  60261 GERMANY
COMMERZBANK AG                  JEROME RANAWAKE AND YEHUDA HERBST FRESHFIELDS BRUCKHAUS DERRINGER US LLP 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022
GOLDMAN, SACHS & CO.            TRANSFEROR: CNP ASSURANCES ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
J.P. MORGAN SECURITIES LTD.     TRANSFEROR: COMMERZBANK AG ATTN: SUSAN MCNAMARA MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
J.P. MORGAN SECURITIES LTD.     TRANSFEROR: COMMERZBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JATRALEC CAPITAL LLC            TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
YORVIK PARTNERS LLP             TRANSFEROR: CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT LTD 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed     9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC