**ORIGINAL**

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. - 08-13555 |
| Creditor Name and Address: | HSBC Bank USA, National Association<br>Corporate Trust & Loan Agency<br>425 5th Avenue<br>New York, NY  10018 |
| Court Claim Number (if known): | 27732 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | Contingent and unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

HSBC BANK USA, NATIONAL ASSOCIATION

By: _____
Name:  Robert A. Conrad
Title:    Vice-President

Dated:  July 20, 2011

FILED / RECEIVED
JUL 20 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

CPAM: 4039277.1

**ORIGINAL**

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. - 08-13555 |
| Creditor Name and Address: | HSBC Bank USA, National Association<br>Corporate Trust & Loan Agency<br>425 5th Avenue<br>New York, NY  10018 |
| Court Claim Number (if known): | 27731 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | Contingent and unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

HSBC BANK USA, NATIONAL ASSOCIATION

By: _____
Name:  Robert A. Conrad
Title:    Vice-President

Dated:  July 20, 2011

FILED / RECEIVED
JUL 2 0 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

CPAM: 4038838.1

**H A N D  D E L I V E R Y**

_____                  _____
RECEIVED BY:                    DATE                        TIME