**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Thomas John Wright hereby requests the withdrawal of his appearance on behalf of Giants Stadium LLC in the above-captioned Chapter 11 proceedings. Bruce E. Clark, Matthew A. Schwartz, and Theodore A.B. McCombs remain as attorneys of record for Giants Stadium LLC.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: New York, New York
       July 28, 2011

Respectfully submitted,

/s/
Thomas John Wright
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Giants Stadium LLC*