UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                                   :
In re                                                              :  Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :  08-13555 (JMP)
                                                                   :
        Debtors.                                                   :  (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x  Ref. Docket Nos. 18793, 18794

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 26, 2011, I caused to be served the:

   a. "Notice of Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority (I) To Create Two Auditable Credit-Worthy Guarantors, (II) To Contribute $50 Million to Each Such Entity, and (III) To Make Future Contibution of up to $50 Million to Each Such Entity if Necessary," dated July 26, 2011, to which was attached the "Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority (I) To Create Two Auditable Credit-Worthy Guarantors, (II) To Contribute $50 Million to Each Such Entity, and (III) To Make Future Contibution of up to $50 Million to Each Such Entity if Necessary," dated July 26, 2011 [Docket No. 18793], (the "Credit-Worthy Motion"), and

   b. "Notice of Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority to Sell Interest in Rosslyn Syndication Partners JV LP," dated July 26, 2011, to which was attached the "Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority to Sell Interest in Rosslyn Syndication Partners JV LP," dated July 26, 2011 [Docket No. 18794], (the "Rosslyn Sale Motion"),

by causing true and correct copies of the:

i. Credit-Worthy Motion and Rosslyn Sale Motion, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii. Credit-Worthy Motion and Rosslyn Sale Motion, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii. Credit-Worthy Motion and Rosslyn Sale Motion, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

iv. Rosslyn Sale Motion, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Sullivan & Cromwell LLP, (Counsel to the Potential Purchaser), Attn: Andrew G. Dietderich, Esq., 125 Broad Street, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
27th day of July, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,**
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcymatters@us.nomura.com |
| aalfonso@willkie.com | barbra.parlin@hklaw.com |
| abraunstein@riemerlaw.com | bbisignani@postschell.com |
| acaton@kramerlevin.com | bcarlson@co.sanmateo.ca.us |
| acker@chapman.com | bdk@schlamstone.com |
| adam.brezine@hro.com | bguiney@pbwt.com |
| adarwin@nixonpeabody.com | bill.freeman@pillsburylaw.com |
| adiamond@diamondmccarthy.com | bkmail@prommis.com |
| aeckstein@blankrome.com | bmanne@tuckerlaw.com |
| aentwistle@entwistle-law.com | bmiller@mofo.com |
| afriedman@irell.com | boneill@kramerlevin.com |
| agbanknewyork@ag.tn.gov | brian.corey@greentreecreditsolutions.com |
| aglenn@kasowitz.com | bromano@willkie.com |
| agold@herrick.com | brosenblum@jonesday.com |
| ahammer@freebornpeters.com | broy@rltlawfirm.com |
| aisenberg@saul.com | bstrickland@wtplaw.com |
| akantesaria@oppenheimerfunds.com | btrust@mayerbrown.com |
| alesia.pinney@infospace.com | bturk@tishmanspeyer.com |
| alum@ftportfolios.com | bwolfe@sheppardmullin.com |
| amarder@msek.com | bzabarauskas@crowell.com |
| amcmullen@boultcummings.com | cahn@clm.com |
| amenard@tishmanspeyer.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | cgoldstein@stcwlaw.com |
| aostrow@beckerglynn.com | chammerman@paulweiss.com |
| apo@stevenslee.com | chardman@klestadt.com |
| aquale@sidley.com | charles@filardi-law.com |
| araboy@cov.com | charles_malloy@aporter.com |
| arahl@reedsmith.com | chipford@parkerpoe.com |
| arheaume@riemerlaw.com | chris.donoho@lovells.com |
| arlbank@pbfcm.com | christopher.schueller@bipc.com |
| arosenblatt@chadbourne.com | clarkb@sullcrom.com |
| arthur.rosenberg@hklaw.com | clynch@reedsmith.com |
| arwolf@wlrk.com | cmontgomery@salans.com |
| aseuffert@lawpost-nyc.com | cohenr@sewkis.com |
| ashaffer@mayerbrown.com | colea@gtlaw.com |
| ashmead@sewkis.com | cousinss@gtlaw.com |
| asnow@ssbb.com | cp@stevenslee.com |
| atrehan@mayerbrown.com | cpappas@dilworthlaw.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | crmomjian@attorneygeneral.gov |
| avenes@whitecase.com | cs@stevenslee.com |
| azylberberg@whitecase.com | csalomon@beckerglynn.com |
| bankr@zuckerman.com | cschreiber@winston.com |
| bankruptcy@goodwin.com | cshore@whitecase.com |
| bankruptcy@morrisoncohen.com | cshulman@sheppardmullin.com |
| bankruptcy@ntexas-attorneys.com | ctatelbaum@adorno.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
EMAIL SERVICE LIST

cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com

**LEHMAN BROTHERS HOLDINGS INC.,**
EMAIL SERVICE LIST

| | |
|---|---|
| heidi@crumbielaw.com | jg5786@att.com |
| heim.steve@dorsey.com | jgarrity@shearman.com |
| heiser@chapman.com | jgenovese@gjb-law.com |
| hirsch.robert@arentfox.com | jguy@orrick.com |
| hollace.cohen@troutmansanders.com | jherzog@gklaw.com |
| holsen@stroock.com | jhiggins@fdlaw.com |
| howard.hawkins@cwt.com | jhorgan@phxa.com |
| hseife@chadbourne.com | jhuggett@margolisedelstein.com |
| hsnovikoff@wlrk.com | jhuh@ffwplaw.com |
| icatto@kirkland.com | jim@atkinslawfirm.com |
| igoldstein@dl.com | jjoyce@dresslerpeters.com |
| ilevee@lowenstein.com | jjtancredi@daypitney.com |
| info2@normandyhill.com | jjureller@klestadt.com |
| ira.herman@tklaw.com | jkehoe@btkmc.com |
| isgreene@hhlaw.com | jlamar@maynardcooper.com |
| israel.dahan@cwt.com | jlawlor@wmd-law.com |
| iva.uroic@dechert.com | jlee@foley.com |
| jaclyn.genchi@kayescholer.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jliu@dl.com |
| james.sprayregen@kirkland.com | jlovi@steptoe.com |
| jamestecce@quinnemanuel.com | jlscott@reedsmith.com |
| jamie.nelson@dubaiic.com | jmaddock@mcguirewoods.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | john.monaghan@hklaw.com |
| jbird@polsinelli.com | john.rapisardi@cwt.com |
| jbromley@cgsh.com | john@crumbielaw.com |
| jcarberry@cl-law.com | joli@crlpc.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdrucker@coleschotz.com | joseph.cordaro@usdoj.gov |
| jdyas@halperinlaw.net | joshua.dorchak@bingham.com |
| jean-david.barnea@usdoj.gov | jowen769@yahoo.com |
| jeanites@whiteandwilliams.com | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | jpintarelli@mofo.com |
| jeffrey.sabin@bingham.com | jporter@entwistle-law.com |
| jeldredge@velaw.com | jprol@lowenstein.com |
| jen.premisler@cliffordchance.com | jrabinowitz@rltlawfirm.com |
| jennifer.demarco@cliffordchance.com | jrsmith@hunton.com |
| jennifer.gore@shell.com | jschwartz@hahnhessen.com |
| jeremy.eiden@state.mn.us | jsheerin@mcguirewoods.com |
| jessica.fink@cwt.com | jshickich@riddellwilliams.com |
| jfalgowski@reedsmith.com | jsmairo@pbnlaw.com |
| jflaxer@golenbock.com | jstoll@mayerbrown.com |
| jfox@joefoxlaw.com | jsullivan@mosessinger.com |
| jfreeberg@wfw.com | jtimko@shutts.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
EMAIL SERVICE LIST

| | |
|---|---|
| jtougas@mayerbrown.com | lschweitzer@cgsh.com |
| judy.morse@crowedunlevy.com | lthompson@whitecase.com |
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@sc.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| k4.nomura@aozorabank.co.jp | mark.deveno@bingham.com |
| karen.wagner@dpw.com | mark.ellenberg@cwt.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.houle@pillsburylaw.com |
| keckhardt@hunton.com | mark.sherrill@sutherland.com |
| keith.simon@lw.com | martin.davis@ots.treas.gov |
| ken.coleman@allenovery.com | marvin.clements@ag.tn.gov |
| ken.higman@hp.com | matt@willaw.com |
| kerry.moynihan@hro.com | matthew.klepper@dlapiper.com |
| kgwynne@reedsmith.com | maustin@orrick.com |
| kiplok@hugheshubbard.com | mbenner@tishmanspeyer.com |
| kkelly@ebglaw.com | mberman@nixonpeabody.com |
| klyman@irell.com | mbienenstock@dl.com |
| kmayer@mccarter.com | mbossi@thompsoncoburn.com |
| kobak@hugheshubbard.com | mcademartori@sheppardmullin.com |
| korr@orrick.com | mccombst@sullcrom.com |
| kostad@mofo.com | mcordone@stradley.com |
| kovskyd@pepperlaw.com | mcto@debevoise.com |
| kpiper@steptoe.com | mdorval@stradley.com |
| kressk@pepperlaw.com | melorod@gtlaw.com |
| kreynolds@mklawnyc.com | meltzere@pepperlaw.com |
| krosen@lowenstein.com | metkin@lowenstein.com |
| kuehn@bragarwexler.com | mfeldman@willkie.com |
| kurt.mayr@bgllp.com | mgordon@briggs.com |
| lacyr@sullcrom.com | mgreger@allenmatkins.com |
| landon@streusandlandon.com | mh1@mccallaraymer.com |
| lathompson@co.sanmateo.ca.us | mhopkins@cov.com |
| lawallf@pepperlaw.com | michael.frege@cms-hs.com |
| lberkoff@morittrock.com | michael.kelly@monarchlp.com |
| lee.stremba@troutmansanders.com | michael.kim@kobrekim.com |
| lgranfield@cgsh.com | millee12@nationwide.com |
| lhandelsman@stroock.com | miller@taftlaw.com |
| linda.boyle@twtelecom.com | mimi.m.wong@irscounsel.treas.gov |
| lisa.ewart@wilmerhale.com | mitchell.ayer@tklaw.com |
| lisa.kraidin@allenovery.com | mjacobs@pryorcashman.com |
| ljkotler@duanemorris.com | mjedelman@vedderprice.com |
| lmarinuzzi@mofo.com | mjr1@westchestergov.com |
| lmay@coleschotz.com | mkjaer@winston.com |
| lmcgowen@orrick.com | mlahaie@akingump.com |
| lml@ppgms.com | mlandman@lcbf.com |
| lnashelsky@mofo.com | mlynch2@travelers.com |
| loizides@loizides.com | mmendez@hunton.com |
| lromansic@steptoe.com | mmooney@deilylawfirm.com |
| lscarcella@farrellfritz.com | mmorreale@us.mufg.jp |

**LEHMAN BROTHERS HOLDINGS INC.,**
EMAIL SERVICE LIST

| | |
|---|---|
| mneier@ibolaw.com | rbeacher@pryorcashman.com |
| monica.lawless@brookfieldproperties.com | rbyman@jenner.com |
| mpage@kelleydrye.com | rdaversa@orrick.com |
| mprimoff@kayescholer.com | relgidely@gjb-law.com |
| mpucillo@bermanesq.com | rfleischer@pryorcashman.com |
| mrosenthal@gibsondunn.com | rfrankel@orrick.com |
| mruetzel@whitecase.com | rfriedman@silvermanacampora.com |
| mschimel@sju.edu | rgmason@wlrk.com |
| mshiner@tuckerlaw.com | rgraham@whitecase.com |
| msiegel@brownrudnick.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.lear@hklaw.com |
| mstamer@akingump.com | richard.levy@lw.com |
| mvenditto@reedsmith.com | richard.tisdale@friedfrank.com |
| mwarren@mtb.com | ritkin@steptoe.com |
| ncoco@mwe.com | rjones@boultcummings.com |
| neal.mann@oag.state.ny.us | rleek@hodgsonruss.com |
| ned.schodek@shearman.com | rlevin@cravath.com |
| neilberger@teamtogut.com | rmatzat@hahnhessen.com |
| newyork@sec.gov | rnetzer@willkie.com |
| nfurman@scottwoodcapital.com | robert.bailey@bnymellon.com |
| nherman@morganlewis.com | robert.dombroff@bingham.com |
| nissay_10259-0154@mhmjapan.com | robert.henoch@kobrekim.com |
| nlepore@schnader.com | robert.malone@dbr.com |
| notice@bkcylaw.com | robert.yalen@usdoj.gov |
| oipress@travelers.com | robertdakis@quinnemanuel.com |
| omeca.nedd@lovells.com | robin.keller@lovells.com |
| otccorpactions@finra.org | roger@rnagioff.com |
| paronzon@milbank.com | ronald.silverman@bingham.com |
| patrick.oh@freshfields.com | rqureshi@reedsmith.com |
| paul.turner@sutherland.com | rreid@sheppardmullin.com |
| pbattista@gjb-law.com | rroupinian@outtengolden.com |
| pbosswick@ssbb.com | rrussell@andrewskurth.com |
| pdublin@akingump.com | rterenzi@stcwlaw.com |
| peisenberg@lockelord.com | rtrust@cravath.com |
| peter.gilhuly@lw.com | russj4478@aol.com |
| peter.macdonald@wilmerhale.com | rwasserman@cftc.gov |
| peter.simmons@friedfrank.com | rwyron@orrick.com |
| peter@bankrupt.com | s.minehan@aozorabank.co.jp |
| pfeldman@oshr.com | sabin.willett@bingham.com |
| phayden@mcguirewoods.com | sabramowitz@velaw.com |
| pmaxcy@sonnenschein.com | sagolden@hhlaw.com |
| ppascuzzi@ffwplaw.com | sally.henry@skadden.com |
| ppatterson@stradley.com | sandyscafaria@eaton.com |
| psp@njlawfirm.com | sara.tapinekis@cliffordchance.com |
| ptrostle@jenner.com | scargill@lowenstein.com |
| pwright@dl.com | schannej@pepperlaw.com |
| r.stahl@stahlzelloe.com | schepis@pursuitpartners.com |
| raj.madan@bingham.com | schnabel.eric@dorsey.com |
| rajohnson@akingump.com | schristianson@buchalter.com |
| ramona.neal@hp.com | schwartzmatthew@sullcrom.com |
| ranjit.mather@bnymellon.com | scottshelley@quinnemanuel.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
EMAIL SERVICE LIST

scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
ssusman@susmangodfrey.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com

timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

## LEHMAN BROTHERS HOLDINGS INC.
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007