UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re ) Chapter 11
)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, ) Case No. 08-13555 (JMP)
)
Debtors. ) (Jointly Administered)
)

---

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Tolliver Place, L.L.C. | Goldman Sachs Lending Partners, LLC |
|---|---|
| Name of Transferee | Name of Transferor |
| $37,853,695.47 | 13034 |
| Proof of Claim Amount | Proof of Claim Number |

$9,463,423.86 (25% of $37,853,695.47)

Amount of Claim Transferred

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  Tolliver Place, L.L.C.
Address:       c/o Ropes & Gray LLP
               1211 Avenue of the Americas
               New York, NY 10036-8704
               Attn:  Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____    Date: 7-28-11

Name: Jonathan Reisman
Title: Counsel for Transferee

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Goldman Sachs Lending Partners, LLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, GOLDMAN SACHS LENDING PARTNERS, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to TOLLIVER PLACE, L.L.C. ("Purchaser") a ratable portion in the amount of $9,463,423.86, representing 25.00% of all right, title and interest in and to the claim of Intesa Sanpaolo S.p.A. against Lehman Brothers Holdings Inc., (the "Debtor") and its affiliates in the amount of $37,853,695.47 and assigned Claim No. 13034 in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, dated as of the __ day of October, 2010.

GOLDMAN SACHS LENDING PARTNERS, LLC

By: _____
Name:
Title:

Nancy Y. Kwok
Authorized Signatory


TOLLIVER PLACE, L.L.C.

By: _____
Name:
Title:

James F. Mooney
Managing Director

Evidence of Transfer - Sunrise