UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                          Chapter 11

**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*,                   Case No. 08-13555 (JMP)

              Debtors.                            (Jointly Administered)
---------------------------------------------------------------x

## NOTICE REGARDING PARTIAL TRANSFER OF CLAIM NO. 62783 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:    Lehman Brothers International (Europe) (in administration)
        Level 23, 25 Canada Square, London E14 5LQ
        (formerly 25 Bank Street, London E14 5LE)
        United Kingdom
        Attention: Steven Anthony Pearson

Your right, title, and interest in and to the unsecured claim evidenced by proof of claim no. **62783**, filed **November 2, 2009**, against Lehman Brothers Holdings Inc., a debtor in the above-captioned case, in the total estimated filed amount of **$2,084,741,055.00** (the first page of which proof of claim is attached hereto as Exhibit A), has been transferred, pursuant to the terms of the Agreement and Evidence of Partial Transfer of Claim attached hereto as Exhibit B, solely to the extent relating to certain notes listed on Exhibit B in the total estimated amount of **$232,865,973.53**, to Lehman Brothers Japan Inc. ("Transferee"), its successors and assigns, with offices located at:

        Roppongi Hills Mori Tower 37 F
        6-10-1 Roppongi, Minato-ku
        Tokyo, 106-6137, Japan
        Attention: Masaki Kanehyo
        Telephone: +81 3-6440-5339

with copies to:

        Nobutaka Tanaka
        Kishimoto Building 2F,
        2-1, Marunouchi 2-Chome, Chiyoda-ku,
        Tokyo, 100-0005, Japan
        Telephone: +81 3-5224-5703

and

        Lorenzo Marinuzzi
        1290 Avenue of the Americas
        New York, NY 10104
        Telephone: (212) 468-8045

dc-651063

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> New York, New York 10004-1408

dc-651063

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2011.

INTERNAL CONTROL NO._____
Copy to Transferee:         _____
Claims Agent Noticed: _____

_____
Deputy Clerk

dc-651063

# EXHIBIT A

**Proof of Claim No. 62783**

dc-651063

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)      0000062783 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Lehman Brothers International (Europe) (in administration)<br>25 Bank Street<br>London<br>E14 5LE<br>United Kingdom<br>Attn: Steven Anthony Pearson<br>See attached for additional contact information | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Telephone number: see attached   Email Address: see attached | |
| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number:         Email Address: | |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ see attached                (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** see attached           (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** see attached

(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** 97816 EUROCLEAR

(Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>NOV 0 2 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| **Date**<br>10/29/09 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. /s/ M G C<br>Administrator (acting as agent and without personal liability) | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

MICHAEL JOHN ANDREW JERVIS
Administrator (acting as agent and without personal liability)

# EXHIBIT B

**Agreement and Evidence of Partial Transfer of Claim**

AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

WHEREAS, pursuant to the Bar Date Order dated July 2, 2009, **Lehman Brothers International (Europe)** (in administration), acting through one of Anthony Victor Lomas, Steven Anthony Pearson, Michael John Andrew Jervis, or Dan Yoram Schwarzmann (together with Derek Anthony Howell, the "Joint Administrators" and each a "Joint Administrator") as agents for LBIE and without personal liability ("Transferor"), filed omnibus Proof of Claim Number **62783** (the "Proof of Claim") against Lehman Brothers Holdings Inc. (the "Debtor"), debtor in reorganization proceedings (the "Case") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), jointly administered under Case No. 08-13555(JMP), for the purpose of preserving the rights of its clients (which term included Transferor's own clients, Transferor's affiliates, and the clients of Transferor's affiliates); and

WHEREAS, due to the inability of **Lehman Brothers Japan Inc.** ("Transferee") to obtain a blocking number with respect to certain notes (including the notes in the aggregate principal amount of $214,353,608.22[1] set forth on Appendix 1 hereto (the "Customer Notes")) issued by Lehman Brothers Treasury Co. B.V. and guaranteed by the Debtor, and held by Transferor on behalf of clients of Transferee pursuant to that certain Master Custody Agreement between Transferor and Transferee dated November 25, 1999, such notes (including the Customer Notes) were included by Transferor within the Proof of Claim; and

WHEREAS, due to the inability of Transferee to obtain a blocking number with respect to certain notes issued by Lehman Brothers Treasury Co. B.V. and guaranteed by the Debtor, in the aggregate principal amount of $18,512,365.31, as set forth on Appendix 2 hereto (the "LBJ Notes" and, together with the Customer Notes, the "Notes"), the LBJ Notes were also included by Transferor within the Proof of Claim; and

WHEREAS, prior to the date of this Agreement, Transferor has transferred, inter alia, the Notes to Transferee (the "Asset Transfer"); and

WHEREAS, Transferor has agreed to assign and transfer a portion of the Proof of Claim corresponding to the Notes and all rights relating thereto to the extent of such Notes;

NOW, THEREFORE, in consideration of the foregoing and of the mutual agreements set forth herein, and for other good and valuable consideration, the sufficiency and adequacy of which is acknowledged by the parties, the parties hereto agree as follows:

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, Transferor hereby unconditionally and irrevocably transfers and assigns to Transferee, and Transferee hereby accepts and acquires for itself, with respect to the LBJ Notes, and for the benefit of its clients, with respect to the Customer Notes, as of the date hereof, all of Transferor's right, title and interest in and to the Proof of Claim, solely to the extent relating to the Notes (the "Transferred Claim"), including without limitation (a) any right to receive cash,

---

[1] All USD values included herein are estimations based on the notional amount of the respective security multiplied by the foreign exchange rate as at September 15, 2008, and are subject to amendment.

ny-928533

securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Transferred Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Transferred Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (b) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Transferred Claim, (c) all exhibits, attachments and/or supporting documentation relating to the Transferred Claim, and (d) any and all proceeds of any of the foregoing (the Transferred Claim and the items referenced in (a) through (d) are collectively referred to as the "<u>Transferred Interest</u>").

       2.       Transferor hereby represents and warrants to Transferee that: (a) the Proof of Claim was duly and timely filed on or before 5:00pm (Eastern Standard Time) on November 2, 2009, in accordance with the Bar Date Order dated July 2, 2009, setting the deadline for filing proofs of claim in respect of "Lehman Programs Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009 (as amended on September 23, 2009), (c) Transferor is the sole legal owner and has good and marketable legal title to the Proof of Claim as it pertains to the Transferred Interest, free and clear of any and all liens, claims, security interests, participations, or encumbrances of any kind or nature whatsoever (other than the interests of the Transferee and its clients); (d) Transferor is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim (this "<u>Agreement</u>"); (e) the Proof of Claim includes the Transferred Claim; and (f) Transferor has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Transferee receiving in respect of the Transferred Claim proportionately less payments or distributions or less favorable treatment (including the timing of payments or distributions) than other holders of allowed unsecured guarantee claims against the Debtor generally. For the avoidance of doubt, and without diminishing the representations and warranties of Transferor explicitly set forth herein, Transferor does not represent or warrant to Transferee that the Proof of Claim to the extent of the Notes will be allowed or the amount in which it may be allowed.

       3.       Transferee represents and warrants that it has full power and authority to execute, deliver and perform its obligations under this Agreement. Transferee hereby agrees to indemnify, defend and hold Transferor, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including without limitation, reasonable attorney's fees and expenses, which result from Transferee's breach of its representations and warranties made herein.

       4.       Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee

for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim.

5. Transferee may file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claim, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee.

6. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and the transactions described herein. Transferee shall be entitled to transfer its rights in the Transferred Interest hereunder without any notice to or the consent of Transferor. Transferor hereby agrees to indemnify, defend and hold Transferee, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including without limitation, reasonable attorney's fees and expenses, which result from Transferor's breach of its representations and warranties made herein.

7. Transferor shall promptly (but in any event no later than three (3) business days after Transferor's receipt) remit any and all payments, distributions or proceeds received by Transferor in respect of the Transferred Interest to Transferee. Such payments, distributions or proceeds shall not be subject to any right of setoff or deduction for expenses incurred in connection with this Agreement, the Transferred Claim, or otherwise.

8. Except as otherwise provided in Section 6 hereof, expenses related to this Agreement and the Transferred Claim (including, without limitation, legal expenses) shall be borne by the party incurring such expenses.

9. Each of Transferor and Transferee agrees to cooperate with each other to the extent necessary to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments (including, without limitation, any evidence of transfer or other notice, document, agreement or instrument as may be necessary or desirable in connection with the Asset Transfer) and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

10. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Transferor and Transferee each submit to the jurisdiction of the courts located in the County of New York in the State of New York for purposes of any dispute arising out of this Agreement. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

11. One of the Joint Administrators has signed this Agreement on behalf of all the Joint Administrators as agents for and on behalf of Transferor and neither they, their firm, partners, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Agreement. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Joint Administrators and shall operate as a waiver of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Agreement, the Joint Administrators, their firm, partners, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Agreement as if they were a party to it.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 21st day of July 2011.

**LEHMAN BROTHERS INTERNATIONAL (EUROPE)**

By: _____
Name: Michael John Andrew Jervis
Title: Administrator
for and on behalf of Lehman Brothers International (Europe) acting as its agent and without personal liability

Level 23
25 Canada Square
London E14 5LQ
United Kingdom

**LEHMAN BROTHERS JAPAN INC.**

By: _____
Name: Masaki Kanehyo
Title: Representative Liquidator
       Lehman Brothers Japan Inc.

Roppongi Hills Mori Tower 37 F
6-10-1 Roppongi, Minato-ku
Tokyo, 106-6137, Japan

5

08-13555-mg    Doc 18840    Filed 07/28/11    Entered 07/28/11 15:44:50    Main Document
                                    Pg 12 of 18

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 28th day of July 2011.

| **LEHMAN BROTHERS INTERNATIONAL (EUROPE)** | **LEHMAN BROTHERS JAPAN INC.** |
|---|---|
| By:_____ | By: /s/ Masaki Kanehyo |
| Name: Michael John Andrew Jervis | Name: Masaki Kanehyo |
| Title: Administrator for and on behalf of Lehman Brothers International (Europe) acting as its agent and without personal liability | Title: Representative Liquidator Lehman Brothers Japan Inc. |
| Level 23 25 Canada Square London E14 5LQ United Kingdom | Roppongi Hills Mori Tower 37 F 6-10-1 Roppongi, Minato-ku Tokyo, 106-6137, Japan |

5

# APPENDIX 1

**Customer Notes**

*[See attached schedule]*

ny-928533

## Appendix 1 - Customer Notes

| CUSTODIAN CODE | ISIN | SECURITY-NAME | CCY | Notional Amount or Number of Shares |
|---|---|---|---|---:|
| LBIE | XS0310863021 | LB TREASURY S7822        FRN 07/19/2012 | YEN | 10,000,000 |
| LBIE | XS0368926092 | LB TREASURY #10892 FLT     06/25/2038 | YEN | 70,000,000 |
| LBIE | XS0297459868 | LB TREASURY S6985 FRN     05/15/2037 | YEN | 200,000,000 |
| LBIE | XS0302264535 | LB TREASURY S7276 FRN     06/12/2037 | YEN | 320,000,000 |
| LBIE | XS0302480230 | LB TREASURY S7304 FRN     06/12/2037 | YEN | 50,000,000 |
| LBIE | XS0305127150 | LB TREASURY S7460 FRN     07/03/2037 | YEN | 180,000,000 |
| LBIE | XS0307903830 | LB TREASURY S7617 FLT     07/17/2037 | YEN | 130,000,000 |
| LBIE | XS0312057432 | LB TREASURY S7869 FLT     08/07/2037 | YEN | 110,000,000 |
| LBIE | XS0313664459 | LB TREASURY S7980 FLT     08/21/2037 | YEN | 100,000,000 |
| LBIE | XS0314747105 | LB TREASURY S8031 FLT     08/24/2037 | AUD | 1,100,000 |
| LBIE | XS0316953255 | LB TREASURY S8155 FLT     09/07/2037 | AUD | 1,000,000 |
| LBIE | XS0321396987 | LB TREASURY S8346 FLT     10/10/2037 | YEN | 120,000,000 |
| LBIE | XS0324342582 | LB TREASURY S8469 FLT     10/23/2037 | YEN | 380,000,000 |
| LBIE | XS0338675571 | LB TREASURY S9368 FLT     01/15/2038 | YEN | 190,000,000 |
| LBIE | XS0340462042 | LB TREASURY S9575 FLT     02/05/2038 | YEN | 80,000,000 |
| LBIE | XS0346508616 | LB TREASURY S9853 FLT     02/26/2038 | YEN | 270,000,000 |
| LBIE | XS0311754963 | LB TREASURYS7851 FLT     07/24/2012 | YEN | 51,000,000 |
| LBIE | XS0318599056 | LB TRSY S8226 FLT       09/14/2037 | YEN | 710,000,000 |
| LBIE | XS0353875106 | LEHMAN BROTHERS TREASURY   10238 FLT 04/09/2038 | YEN | 120,000,000 |
| LBIE | XS0357773000 | LEHMAN BROTHERS TREASURY   10365 FLT 04/22/2038 | YEN | 90,000,000 |
| LBIE | XS0360775141 | LEHMAN BROTHERS TREASURY   10449 FLT 05/14/2038 | YEN | 120,000,000 |
| LBIE | XS0362661398 | LEHMAN BROTHERS TREASURY   10540 FLT 05/28/2038 | YEN | 190,000,000 |
| LBIE | XS0362680778 | LEHMAN BROTHERS TREASURY   10549 FLT 05/20/2038 | YEN | 100,000,000 |
| LBIE | XS0364649250 | LEHMAN BROTHERS TREASURY   10612 FLT 06/04/2038 | YEN | 100,000,000 |
| LBIE | XS0366374634 | LEHMAN BROTHERS TREASURY CO 10744 FLT 06/18/2038 | YEN | 230,000,000 |
| LBIE | XS0303862998 | LEHMAN BROTHERS TREASURY CO S7373 15JUN2012 | YEN | 50,592,000 |
| LBIE | XS0354483140 | LEHMAN BROTHERS TREASURY FLT S10272 03/26/2038 | YEN | 350,000,000 |
| LBIE | XS0329878267 | LEHMAN BROTHERS TREASURY FLT S8840 11/27/2037 | YEN | 250,000,000 |
| LBIE | XS0333106507 | LEHMAN BROTHERS TREASURY FLT S9090 12/18/2037 | YEN | 510,000,000 |
| LBIE | XS0333106259 | LEHMAN BROTHERS TREASURY FLT S9091 12/18/2037 | YEN | 340,000,000 |
| LBIE | XS0319683990 | LEHMAN BROTHERS TREASURY FLT09/25/2037 | YEN | 160,000,000 |
| LBIE | XS0354482928 | LEHMAN BROTHERS TREASURY FLTS10270 04/16/2038 | YEN | 440,000,000 |

| LBIE | XS0362376435 | LEHMAN BROTHERS TREASURY FLTS10501 05/14/2038 | YEN | 200,000,000 |
|---|---|---|---|---|
| LBIE | XS0327082854 | LEHMAN BROTHERS TREASURY FLTS8578 11/06/2037 | YEN | 370,000,000 |
| LBIE | XS0328666119 | LEHMAN BROTHERS TREASURY FLTS8738 09/30/2037 | YEN | 240,000,000 |
| LBIE | XS0329067531 | LEHMAN BROTHERS TREASURY FLTS8804 11/20/2037 | YEN | 240,000,000 |
| LBIE | XS0349442615 | LEHMAN BROTHERS TRSY 9980   FLT 03/18/2038 | YEN | 400,000,000 |
| LBIE | XS0349757368 | LEHMAN BROTHERS TRSY S9978  FLT 03/18/2038 | YEN | 290,000,000 |
| LBIE | XS0310885933 | LB TREASURY S7812         FRN  07/13/2037 | YEN | 100,000,000 |
| LBIE | XS0338518045 | LB TREASURY S9420 FLT     01/19/2038 | YEN | 100,000,000 |
| LBIE | XS0368576848 | LEHMAN BROTHERS TREASURY CO 10866 FLT 06/11/2038 | YEN | 100,000,000 |
| LBIE | XS0353499790 | LEHMAN BROTHERS TRSY 10217  FLT 03/26/2011 | YEN | 100,000,000 |
| LBIE | XS0374734480 | LB TREASURY #10999 FLT     07/15/2038 | YEN | 200,000,000 |
| LBIE | XS0352601701 | LEHMAN BROTHERS TREASURY FLT S10167 03/26/2038 | YEN | 100,000,000 |
| LBIE | XS0344142202 | LB TREASURY S9692 FLT     02/08/2013 | YEN | 100,000,000 |
| LBIE | XS0316169050 | LB TREASURY S8104 FLT     08/24/2037 | YEN | 100,000,000 |
| LBIE | XS0316169050 | LB TREASURY S8104 FLT     08/24/2037 | YEN | 20,000,000 |
| LBIE | XS0369334700 | LB TREASURY #10905 FLT     06/17/2038 | YEN | 100,000,000 |
| LBIE | XS0379987372 | LB TREASURY #11057 FLT     08/14/2038 | YEN | 120,000,000 |
| LBIE | XS0316953925 | LB TREASURY S8153 FLT     09/04/2037 | YEN | 100,000,000 |
| LBIE | XS0293140553 | LEHMAN BROS TREASURYS6710   05APR2037 | YEN | 100,000,000 |
| LBIE | XS0354911710 | LEHMAN BROTHERS TREASURY   10277 1.6%04/08/13 | YEN | 100,000,000 |
| LBIE | XS0353348823 | LEHMAN BROTHERS TREASURY FLT S10210 03/26/2038 | YEN | 150,000,000 |
| LBIE | XS0330724229 | LEHMAN BROTHERS TREASURY FLTS8908 11/20/2037 | YEN | 110,000,000 |
| LBIE | XS0310863021 | LB TREASURY S7822         FRN 07/19/2012 | YEN | 200,000,000 |
| LBIE | XS0310863021 | LB TREASURY S7822         FRN 07/19/2012 | YEN | 87,000,000 |
| LBIE | XS0290989994 | LB TREASUEY S6534 FRN     03/20/2017 | YEN | 500,000,000 |
| LBIE | XS0291873122 | LB TREASURY CO BV S6600 FRN 03/23/2037 | YEN | 50,000,000 |
| LBIE | XS0268364253 | LB TREASURY FRN #5052     09/29/2036 | YEN | 100,000,000 |
| LBIE | XS0270820177 | LB TREASURY FRN #5181     10/24/2036 | YEN | 100,000,000 |
| LBIE | XS0286637144 | LB TREASURY S6179 FRN     02/23/2037 | YEN | 50,000,000 |
| LBIE | XS0289338948 | LB TREASURY S6392 FRN     03/09/2037 | YEN | 90,000,000 |
| LBIE | XS0305103565 | LB TREASURY S7439 FRN     06/22/2037 | YEN | 50,000,000 |
| LBIE | XS0279378532 | LB TREASURYFRN #5660     12/18/2036 | YEN | 410,000,000 |
| LBIE | XS0278290589 | LB TREASURY FRN #5599     12/29/2036 | YEN | 100,000,000 |
| LBIE | XS0309227436 | LB TRSY S7702 FRN         07/26/2037 | YEN | 100,000,000 |
| LBIE | XS0316169050 | LB TREASURY S8104 FLT     08/24/2037 | YEN | 20,000,000 |
| LBIE | XS0310863021 | LB TREASURY S7822         FRN 07/19/2012 | YEN | 150,000,000 |
| LBIE | XS0333969706 | LEHMAN BROTHERS TREASURY FLTS9111 12/07/2037 | YEN | 120,000,000 |

| LBIE | XS0316169050 | LB TREASURY S8104 FLT      08/24/2037 | YEN | 20,000,000 |
|------|--------------|----------------------------------------|-----|------------|
| LBIE | XS0310863021 | LB TREASURY S7822      FRN 07/19/2012 | YEN | 5,000,000 |
| LBIE | XS0321125014 | LB TREASURY S8335 FLT      09/28/2012 | YEN | 234,000,000 |
| LBIE | XS0295861107 | LEHMAN BROS TREASURY S6904  20APR2012 | YEN | 173,000,000 |
| LBIE | XS0316169050 | LB TREASURY S8104 FLT      08/24/2037 | YEN | 10,000,000 |
| LBIE | XS0317981081 | LB TREASURY S8206 FLT      09/05/2037 | YEN | 500,000,000 |
| LBIE | XS0343217104 | LB TREASURY S9700 FLT      02/05/2038 | YEN | 500,000,000 |
| LBIE | XS0343216809 | LB TREASURY S9701 FLT      02/05/2038 | YEN | 500,000,000 |
| LBIE | XS0343584602 | LB TREASURY S9708 FLT      02/05/2038 | YEN | 500,000,000 |
| LBIE | XS0316169050 | LB TREASURY S8104 FLT      08/24/2037 | YEN | 50,000,000 |
| LBIE | XS0368739495 | LB TREASURY #10882 2.4%    06/20/2011 | YEN | 1,000,000,000 |
| LBIE | XS0303572217 | LB TREASURY CO BVS7358     FRN 06/21/2010 | YEN | 1,000,000,000 |
| LBIE | XS0307009372 | LB TREASURY S7554 1.6%    09/21/2010 | YEN | 1,000,000,000 |
| LBIE | XS0257593037 | LEHMAN BROTHERS TREASURY    1.36% S4527 20JUN09 | YEN | 1,000,000,000 |
| LBIE | XS0298320218 | LB TREASURY FRN 7033      05/11/2010 | YEN | 500,000,000 |
| LBIE | XS0298201988 | LB TREASURY FRN S7029     05/11/2010 | YEN | 500,000,000 |
| LBIE | XS0321080912 | LB TREASURY S8329 FLT     09/19/2037 | YEN | 300,000,000 |
| LBIE | XS0325959285 | LB TREASURY S8500 FLT     10/18/2037 | YEN | 50,000,000 |
| LBIE | XS0317943586 | LB TRSY S8203 FLT        08/24/2037 | YEN | 100,000,000 |
| LBIE | XS0292221776 | LEHMAN BROS TREASUEYS6623   05APR2014 | YEN | 120,000,000 |
| LBIE | XS0331653823 | LEHMAN BROTHERS TREASURY FLTS9001 12/11/2014 | YEN | 100,000,000 |
| LBIE | XS0348936161 | LEHMAN BROTHERS TRSY 9951   FLT 03/04/2015 | YEN | 50,000,000 |
| LBIE | XS0234063906 | LEHMAN BROS TREASURY FLN    10NOV2025 | YEN | 100,000,000 |
| LBIE | XS0266551299 | LB TREASURY FRN #4929      09/08/2009 | YEN | 50,000,000 |
| LBIE | XS0272915389 | LB TREASURY FRN #5322      11/09/2009 | YEN | 50,000,000 |
| LBIE | XS0318538930 | LB BROTHERS TREASURY8225 FLT09/06/2012 | YEN | 100,000,000 |
| LBIE | XS0309186731 | LB TREASURY S7675       FRN 01/12/2012 | YEN | 200,000,000 |
| LBIE | XS0319359039 | LB TRSY S8255 FLT        09/14/2012 | YEN | 200,000,000 |
| LBIE | XS0365822781 | LEHMAN BROTHERS TREASURY 0% 10669 05/30/2011 | YEN | 200,000,000 |
| LBIE | XS0327713359 | LEHMAN BROTHERS TRSY 8737 FLT 11/06/2012 | YEN | 200,000,000 |
| LBIE | XS0318538930 | LB BROTHERS TREASURY8225 FLT09/06/2012 | YEN | 100,000,000 |
| LBIE | XS0309186731 | LB TREASURY S7675       FRN 01/12/2012 | YEN | 100,000,000 |
| LBIE | XS0319359039 | LB TRSY S8255 FLT        09/14/2012 | YEN | 100,000,000 |
| LBIE | XS0327713359 | LEHMAN BROTHERS TRSY 8737 FLT 11/06/2012 | YEN | 100,000,000 |
| LBIE | XS0274755072 | LB TREASURY FRN#5422      11/28/2036 | YEN | 100,000,000 |
| LBIE | XS0315356039 | LB TREASURY S8079 FLT     08/17/2017 | YEN | 1,000,000,000 |

# **APPENDIX 2**

## **LBJ Notes**

*[See attached schedule]*

ny-928533

**Appendix 2 - LBJ Notes**

| | | | | |
|---|---|---|---|---|
| LBIE | XS0307008481 | LB TRSY S7573 FRN        07/10/2037 | YEN | 200,000,000 |
| LBIE | XS0295002231 | LB TREASURY CO BV S6850    FRN 04/12/2012 | YEN | 100,000,000 |
| LBIE | XS0303531700 | LB TREASURY S7355 FRN       06/19/2037 | YEN | 500,000,000 |
| LBIE | XS0309365319 | LB TREASURY S7726 FRN       07/12/2017 | YEN | 300,000,000 |
| LBIE | XS0280508952 | LEHMAN BROTHERS TREASURY FLT28DEC2036 | YEN | 300,000,000 |
| LBIE | XS0311664543 | LB TREASURY S7840 FLT       07/25/2047 | YEN | 100,000,000 |
| LBIE | XS0315419134 | LB TREASURY S8075 FLT       08/24/2037 | YEN | 100,000,000 |
| LBIE | XS0339480773 | LB TREASURY S9520 FLT       01/25/2038 | YEN | 100,000,000 |
| LBIE | XS0358426244 | LEHMAN BROTHERS TREASURY   10388 FLT 04/22/2038 | YEN | 100,000,000 |
| LBIE | XS0313326729 | LB TREASURY S7943 FLT       08/14/2037 | YEN | 150,000,000 |