JONES DAY
Robert W. Gaffey
Jayant W. Tambe
William J. Hine
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Attorneys for Lehman Brothers Holdings Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
In re                                                          :  Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                       :  Case No. 08-13555 (JMP)
                                                               :
                       Debtors.                                :  (Jointly Administered)
---------------------------------------------------------------X
                                                               :
                                                               :
                                                               :
                                                               :
In re                                                          :
                                                               :  Case No. 08-01420 (JMP) SIPA
LEHMAN BROTHERS INC.,                                          :
                                                               :
                       Debtor.                                 :
---------------------------------------------------------------X

## NOTICE OF APPEAL

Lehman Brothers Holdings Inc. ("LBHI" and, together with its affiliated chapter 11 debtors, the "Debtors"), by and through its undersigned counsel, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a), from the Order Denying Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief, dated July 15, 2011 (the "Order") entered in the above-captioned Chapter 11 and SIPA proceedings on July 15, 2011, deciding issues raised in, *inter alia*, Debtor's Motion for an Order, Pursuant to Fed. R. Civ.

NYI- 4361971

P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting

Further Relief and LBHI's Adversary Complaint. A copy of the Order is annexed hereto as

**Exhibit A**.

The parties to this appeal and their respective counsel are:

Appellant and Counsel

>Lehman Brothers Holdings Inc.
>JONES DAY
>222 East 41st Street
>New York, New York 10017
>Telephone: (212) 326-3939
>Facsimile: (212) 755-7306


Appellee and Counsel

>Barclays Capital, Inc.
>Boies, Schiller & Flexner LLP
>575 Lexington Avenue, 7th Floor
>New York, New York 10022
>Telephone: (212) 446-2300
>Facsimile: (212) 446-2350


Dated: July 28, 2011
New York, New York

>  s/ William J. Hine
> Robert W. Gaffey
> Jayant W. Tambe
> William J. Hine
> JONES DAY
> 222 East 41st Street
> New York, New York 10017
> Telephone: (212) 326-3939
> Facsimile: (212) 755-7306
>
> *Attorneys for Lehman Brothers Holdings Inc.*

NYI-4361971

2