**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0421
Facsimile: 212-798-6355
TINA N. MOSS, ESQ. (TM-7907)

*Attorneys for SPCP Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
:
In re                                                        :  **Chapter 11**
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :  **Case No. 08-13555 (JMP)**
:  **(Jointly Administered)**
                                          Debtors.           :
:
------------------------------------------------------------ X
:
:  **Chapter 11**
In re                                                        :
:
LEHMAN BROTHERS SPECIAL FINANCING                            :  **Case No. 08-13888 (JMP)**
INC.,                                                        :  **(Jointly Administered)**
:
                                          Debtor.            :
------------------------------------------------------------ X

**NOTICE OF TRANSFER OF CLAIM OTHER THAN**
**FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim"). A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit A and is incorporated herein by reference.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| SPCP Group, LLC | JPMorgan Chase Bank, N.A. |

**Name and Address where notices to Transferee should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830

Primary Contact:  Brian A. Jarmain
Telephone: 203-542-4032
Facsimile:  203-542-4132
Email:  bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY  10036
Attn:  Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile:  212-515-6959
Email:  rbeacher@pryorcashman.com

**Name and address where Transferee payments should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830
Attn:  Brian A. Jarmain
Telephone: 203-542-4032

Case No.  08-13888
Court Claim No.  22043
Amount of Claim:  $5,800,000.00
Date Claim Filed:  September 21, 2009
Debtor:  Lehman Brothers Special Financing Inc.

- 2 -

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer of Claim and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the sole owner and holder of the Transferred Claim.

Dated: New York, New York  
July 28, 2011

**PRYOR CASHMAN LLP**

By: /s/ *Tina N. Moss*  
Tina N. Moss (TM-7907)  
7 Times Square  
New York, New York 10036  
Telephone: 212-326-0421  
Facsimile : 212-798-6355

*Attorneys for SPCP Group, LLC*

- 3 -

# EXHIBIT A

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMorgan Chase Bank, N.A.**, a national banking association, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, Attn: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **SPCP Group, LLC**, with offices located at Two Greenwich Plaza, Greenwich, CT 06030 ("Buyer"), all right, title and interest in and to the claims against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $5,800,000, docketed as Claim No. 22043 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555) and transferred to Seller at Docket No. 15872 in the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14 day of April, 2011.

JPMORGAN CHASE BANK, N.A.

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: Michael Economos
Tel.: Authorized Signatory

SPCP GROUP, LLC

By: _____
(Signature of authorized corporate officer)

Name: Michael A. Gatto
Title: Authorized Signatory
Tel.: _____