UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
In re:                                                : Chapter 11
                                                      : Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                : Jointly Administered
                                                      :
                                     Debtors.         :
----------------------------------------------------------------------x
In re:                                                : SIPA Proceeding
                                                      : Case No. 08-01420 (JMP)
LEHMAN BROTHERS INC.,                                 :
                                                      :
                                     Debtor.          :
----------------------------------------------------------------------x

# CERTIFICATE OF SERVICE

Christopher Clark, being duly sworn, deposes and says:

1. I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to The Official Committee Of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned proceeding.

2. On July 28, 2011, I caused a true and correct copy of the <u>Notice of Appeal</u> to be served via electronic mail and messenger to the parties set forth in Schedule A.

3. Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2011
       New York, New York

                                                      /s/ Christopher Clark
                                                      CHRISTOPHER CLARK

03690.61377/4274418.1                         1

# **SCHEDULE A**

| |
|---|
| Boies, Schiller & Flexner LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 446-2300<br>Jonathan D. Schiller<br>Hamish P.M. Hume<br>Jack G. Stem<br>jschiller@bshllp.com<br>hhume@bsfllp.com<br>jstern@bsfllp.com |
| Jones Day<br>222 East 41st Street<br>New York, New York 10017<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>Robert W. Gaffey<br>William J. Hine<br>rwgaffey@jonesday.com<br>wjhine@JonesDay.com |
| Hughes Hubbard<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Phone: (212) 837-6000<br>Fax: (212) 422-4726<br>Neil J. Oxford<br>William R. Maguire<br>oxford@hugheshubbard.com<br>maguire@hugheshubbard.com |