July 17.2011

Honorable James M. Peck
United States Bankruptcy Judge
One Bowling  Green
New York
NY 10004-1408

In re  Lehman Brothers Holdings Inc., et al.,

My name is Michael Pinko.
In July 24, 2008 we bought 1330 Lehman Br. Stocks.

Months later Lehman Br. made bankruptcy and I have a question:

Lehman Br. Is private Bank, but most of the money belong to private investors.
With their money they could make what they want-
But how could they do it with public investments?

Is it possible that no one charge and regulate the investors money?

The Bank is not under control?

Many years People around the world trust in U.S .

Regards,
Michael Pinko



RECEIVED
JUL 2 0 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

3.      Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)
        **[Docket No. 12533]**

        Response Deadline:    December 6, 2010 at 4:00 p.m.

        Resolved Responses:

              A.      Response of Citibank, N.A. **[Docket No. 13565]**

              B.      Response of Pentwater Growth Fund Ltd **[Docket No. 13117]**

        Adjourned Responses:   See Exhibit 3 and Exhibit 4.

        Related Documents:

              C.      Order Granting Debtors' Sixty-Seventh Omnibus Objection to
                      Claims (Valued Derivative Claims) **[Docket No. 13616]**

              D.      Supplemental Order Granting Debtors' Sixty-Seventh Omnibus
                      Objection to Claims (Valued Derivative Claims) **[Docket No.
                      14019]**

              E.      Second Supplemental Order Granting Debtors' Sixty-Seventh
                      Omnibus Objection to Claims (Valued Derivative Claims) **[Docket
                      No. 14785]**

              F.      Third Supplemental Order Granting Debtors' Sixty-Seventh
                      Omnibus Objection to Claims (Valued Derivative Claims) **[Docket
                      No. 17365]**

        Status:  This matter is going forward on an uncontested basis solely with respect
        to the Responses of Citibank, N.A. and Pentwater Growth Fund Ltd., and the
        claims of Lloyds TSB Bank PLC bearing claim numbers 17727 and 17728.  All
        responses identified on Exhibit 3 attached hereto have been adjourned to July 21,
        2011 at 10:00 a.m.  All responses identified on Exhibit 4 attached hereto have
        been adjourned to November 30, 2011 at 10:00 a.m.

4.      Debtors' Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of
        Claim as Equity Interests) **[Docket No. 13328]**

        Response Deadline:    January 7, 2011 at 4:00 p.m.

        Adjourned Responses:

              A.      Response of Michael Pinko LTD

3

Related Documents:

B.    Order Granting Debtors' Seventy-Fourth Omnibus Objection to
      Claims **[Docket No. 14017]**

Status: This matter is going forward on an uncontested basis solely as to the
claims of Federated Strategic Income Fund (claim no. 15065) and Federated Bond
Fund (claim no. 15066). The Response of Michael Pinko LTD has been
adjourned to July 21, 2011 at 10:00 a.m.

5.    Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative
      Claims) **[Docket No. 15003]**

      Response Deadline:    April 13, 2011 at 4:00 p.m.

      Adjourned Responses:

            A.    Response of Bayerische Landesbank **[Docket No. 15922]**

            B.    Response of Iberdrola Genercion, S.A. Unipersonal **[Docket No.
                  16029]**

            C.    Response of Nordic Investment Bank **[Docket No. 15957]**

            D.    Response of SPCP Group, LLC **[Docket No. 15921]**

      Related Documents:

            E.    Amended Order Granting Debtors' One Hundred and Third
                  Omnibus Objection to Claims (Valued Derivative Claims) **[Docket
                  No. 16981]**

            F.    Supplemental Order Granting Debtors' One Hundred and Third
                  Omnibus Objection to Claims (Valued Derivative Claims) **[Docket
                  No. 17357]**

      Status: This matter is going forward on an uncontested basis solely as to the
      claims of Pinnacle American Core Plus Bond Fund. All Adjourned Responses
      have been adjourned to July 21, 2011 at 10:00 a.m.

6.    Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability
      Claims) **[Docket No. 15012]**

      Response Deadline:    April 13, 2011 at 4:00 p.m.

      Resolved Responses:

            A.    NY Comptroller, Thomas P. Dinapoli

4