

July 20, 2011

Dear Honorable Judge Peck:

In the Bankruptcy case of Lehman Brothers Holding Inc., et Al., case No. 08-13555. We own Lehman Notes thur a family trust. Our parents both past away, & we had the Death Benefit, Survivor Option on these Notes, so on Aug. 25, 2008, we filed the proper Death Redemption paperwork to be paid, the Survivorship money of $51,000, & all the paperwork was done. We were informed by our Stockbroker at Edward Jones, that they were processing & funding the money, But, it never happened, Because they declared Bankruptcy on September 15th., 2008.

We know that the legal time for all objections are over, however, we are asking if you could give our case some consideration for payment, Since we should have been paid Before they declared Bankruptcy.

What really Bothers us Alot, Lehman Brothers Holding Inc., owns & operates, A "Large" High Dollar Golf Resort Community, right down the road from where we live, where lots are sold for large sums of money, & Golf memberships Also, to the very wealthy & elite. Who is getting this money? Why can't they pay us thur

this Business entity? This Business is called Boot Ranch.

There is truly Something wrong, with how they continue to operate some of these Businesses & can't pay us, or their debts.

Sincerely,
David D. Tatsch
Sheila E. White

# Edward Jones

**DELIVER TO TAG**

TO: ESTATES

REQUESTED BY:
FROM: NATHAN D. QUAY
BRANCH: 03365
FINANCIAL ADVISOR NO: 401356

| DOCUMENT DESCRIPTION | ACCOUNT NO. | CUSTOMER NAME | NO OF PAGES |
|---|---|---|---|
| LOA DEATH REDEMPTION | 336-11910 | TATSCH, FAMILY B* | 3 |

**SPECIAL INSTRUCTIONS:**

**BRANCH INSTRUCTIONS:**

- A separate Letter of Authorization for Estates Death Redemption Processing is required for each CUSIP being submitted for redemption.

- The request(s) must be submitted in the decedent's original account or the estate account, and margined assets must be in type 1 to be eligible.

- To determine if an original LOAESTDRED is required, access the following JonesLink site: JonesLink > Account Processing > Estates > Estate Feature and Death Redemptions > Securities with special document requirements, limited payments or special payment dates.



20080825222492S2750103US
LOAESTDRED
DOC-NO:080825-22249    SECTOR CODE:    004

**Edward Jones**

## Estates – Death Redemption Processing – Letter of Authorization

**C. Additional Instructions/Registrations** (if needed, attach additional pages)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**IMPORTANT TAX INFORMATION – PLEASE READ**

I/We acknowledge that there may be tax and/or legal implications associated with the registration of the account(s) that the decedent's securities are processed/sold/liquidated through; and the account determination should be reviewed by my/our tax or legal advisor. Therefore, all parties involved in this decision (namely, the individual(s) surrendering the securities and the individual(s) receiving asset(s) accepts full legal and financial responsibility in connection therewith, and indemnify and hold Edward Jones harmless from any resulting claims and liabilities.

I/We also take full responsibility for any loss or other consequences arising from a transfer agent not accepting a physical certificate and/or legal document(s) submitted for estates processing.

**D. Signatures of all registered holders or authorized persons**

| Signature | Printed Name | Date |
|---|---|---|
| _David D. Tatsch_ (sig) | David D. Tatsch | 8-25-08 |
| _Sh E. Lt_ (sig) | Sheila E. White | 8-25-08 |
| | | |
| | | |

The above form/schedule is provided for the express use of the clients of Edward Jones for the sole purposes stated therein. No representation is made as to its acceptability beyond this stated purpose.