Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,     Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                Name of Transferor

**SPCP GROUP, LLC**                                Deutsche Bank AG, London

Name and Address where notices to transferee
should be sent:

SPCP GROUP, LLC                                   Court Claim # (if known): 10117
Two Greenwich Plaza                               Total Amount of Claim: $29,106,324.47
Greenwich, CT 06830                               Date Claim Filed: September 2, 2009
Attention: Brian Jarmain                          Transferred Portion: $800,423.92
Telephone: (203) 542-4032
Facsimile: (203) 542-4100                         Tel: N/A
Email: bjarmain@silverpointcapital.com

With copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attention: Ronald S. Beacher
Telephone: (212) 326-0148
Email: rbeacher@pryorcashman.com

Last Four Digits of Acct. #: N/A                  Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):
N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**SPCP GROUP, LLC**

By: _____  Date: 20 July 2011

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transfer of LBHI Claim # 10117

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 10117 (In Part – See Below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of $800,423.92 (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $29,106,324.47 (the "Claim"). |

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**SPCP GROUP, LLC**

Two Greenwich Plaza
Greenwich, CT 06830
Attention: Brian Jarmain
Telephone: (203) 542-4032
Facsimile: (203) 542-4100
Email: bjarmain@silverpointcapital.com

With copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attention: Ronald S. Beacher
Telephone: (212) 326-0148
Email: rbeacher@pryorcashman.com

("Buyer") by assignment agreement dated 20 July 2011.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

Transfer of LBHI Claim # 10117

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of April 2011.

Deutsche Bank AG, London Branch

Name:
Title: Ross Miller, Director

SPCP GROUP, LLC.

Name: Michael A. Gatto
Title: Authorized Signatory