**Form 210A (10/06)**

# United States Bankruptcy Court

___SOUTHERN___   District Of ___NEW YORK___

In re LEHMAN BROTHERS  HOLDINGS ,     Case No.  08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

___VONWIN CAPITAL MANAGEMENT, LP___
Name of Transferee

Butterfield Trust (Bermuda)
Limited, as Trustee on Behalf of
HFR EM Advantage Master Trust
Name of Transferor

Name and Address where notices to transferee
should be sent:
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Court Claim # (if known): 18035
Amount of Claim:        $738,702.27
Date Claim Filed:        September 18,2009

Phone: _____212-889-1601_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____/s/ Roger von Spiegel_____     Date:_____June 23, 2011_____
       Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

                                                      Case No. 08-13555

    Ch-11 Lehman Brothers Holdings Inc.

                                                      Chapter 11

                  Debtor

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Butterfield Trust (Bermuda) Limited, as Trustee on Behalf of HFR EM Advantage Master Trust ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $738,702.27 | 18035 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE:  VonWin Capital Management, L.P.
               261 Fifth Avenue, 22nd Floor
               New York, NY 10016

Signature:  Roger Von Spiegel
Name:       Managing Director
Title:
Date:

ASSIGNOR:  Butterfield Trust (Bermuda) Limited, as Trustee on Behalf of HFR EM Advantage Master Trust
Address:    c/o HFR Asset Management, LLC
              10 South Riverside Plaza, Suite 700
              Chicago, IL 60606
Attn:        John M. Klimek

Signature:
Name:       Grant Sousa
Title:        Authorized Signatory for Butterfield Trust (Bermuda) Limited
Date:        June 17, 2011

Wendy Tucker-Adams
Authorized Signature for
Butterfield Trust (Bermuda) Li:
June 17, 2011

ALISON DYER-FAGUNDO
NOTARY PUBLIC
CANON'S COURT
22 VICTORIA STREET
HAMILTON, HM 12
BERMUDA

Signed this 17 June 201
in front g me Alison Dyer-
Fagundo, a notary public
AD Fagundo

Claim Question? Call: 646 282 2400    Technical Support Question? Call: 800 794 4430                    Guest  |  Sign In

epiq
SYSTEMS    debtorMatrix

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

**Client Home**     **Claims**     **Docket**     **Key Documents**

Home » Search Claims                                                                                        📑 Bookmark this Page

## Search Claims

### Criteria

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| 18035 | ... | Name Starts With | Claims and Schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| ... | Total Claim Value | Equals | |

**Docket Number**          **Claim Date Range**

...                    📅  to  📅

**Debtor**

...

Order By: Creditor Name          Results Per Page: 25                    Reset    Search

### Results

Collapse All

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|---|
| | | | [1]  Page 1 of 1 - 01 total items | | | |
| ⊟ | 18035 | | BUTTERFIELD TRUST (BERMUDA) LIMITED, | 9/18/2009 | $738,702.27 | Image |
| | | | | Claimed Unsecured: | $738,702.27 | |
| | | | AS TRUSTEE ON BEHALF OF HFR EM ADVANTAGE MASTER TRUST C/O HFR ASSET MANAGEMENT, LLC ATTN: JOHN M. KLIMEK 10 SOUTH RIVERSIDE PLAZA, SUITE 700 CHICAGO, IL 60606 | | | |
| | | | Debtor:  08-13555 Lehman Brothers Holdings Inc. | | | |
| | | | [1]  Page 1 of 1 - 01 total items | | | |

COMPANY INFORMATION AND SERVICES  |  FORMS  |  CORPORATE  |  HOME  |  CONTACT  |  SUBSCRIBE  |  SITE MAP  |  DISCLAIMER  |  TERMS OF USE  |  PRIVACY STATEMENT  |  SAFE HARBOR  |  RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555(JMP) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)       0000018035

0000018035

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Butterfield Trust (Bermuda) Limited, as Trustee on Behalf of HFR EM Advantage Master Trust
c/o HFR Asset Management, LLC
10 South Riverside Plaza, Suite 700
Chicago, Illinois 60606
Attn: John M. Klimek

Telephone number: (312) 327-0430      Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:      Email Address:

1.   **Amount of Claim as of Date Case Filed:** $ _____738,702.27_____

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your clai~~
If all or part of your cla

X   Check this box if ε
X   Check this box if ε

*IF YOUR CLAIM IS
OR A GUARANTEE (
FOLLOW THE DIRE
SUPPORTING DOCU

X   Check this box if c
itemized statement of int
http://www.lehman-clai

2.   **Basis for Claim:** _
**Claimant's collateral –**
(See instruction #2

3.   Last four digits of
3a.  Debtor may h;
(See instructic
4.   Secured Claim (Sc
Check the appropri
information.
Nature of property c

Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

ORIGINAL

5.   **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following :s, check the box and state the**

ιe priority of the claim:

stic support obligations under 11
507(a)(1)(A) or (a)(1)(B).
, salaries or commissions (up to
earned within 180 days before filing
kruptcy petition or cessation of the
isiness, whichever is earlier - 11
07(a)(4).
iutions to an employee benefit plan -
§ 507(a)(5).
2,425 of deposits toward purchase,
ntal of property or services for
amily, or household use - 11 U.S.C.
).
r penalties owed to governmental
J.S.C. § 507(a)(8).
Specify applicable paragraph of 11
ι7(a)(_____).

**Amount entitled to priority:**

$_____

6.   **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7.   **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.   **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**
SEP 18 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Butterfield Trust (Bermuda) Limited, as Trustee on Behalf of HFR EM Advantage Master Trust<br>Wendy Tucker-Adams      Ronald Schmalcel |
|---|---|