**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0421
Facsimile: 212-798-6355
TINA N. MOSS, ESQ. (TM-7907)

*Attorneys for SPCP Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
                                                        :
In re                                                   :        **Chapter 11**
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :        **Case No. 08-13555 (JMP)**
                                                        :        **(Jointly Administered)**
                                      Debtors.          :
                                                        :
------------------------------------------------------ X

### NOTICE OF TRANSFER OF CLAIM OTHER THAN
### FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the
transfer, other than for security, of the claim referenced in this evidence and notice (the
"Transferred Claim").  A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit
A and is incorporated herein by reference.

**Name of Transferee**:

SPCP Group, LLC

**Name of Transferor**:

Merrill Lynch Credit Products, LLC

**Name and Address where notices to Transferee should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830

Primary Contact:  Brian A. Jarmain
Telephone:  203-542-4032
Facsimile:  203-542-4132
Email:  bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY  10036
Attn:  Ronald S. Beacher, Esq.
Telephone:  212-326-0148
Facsimile:  212-515-6959
Email:  rbeacher@pryorcashman.com

**Name and address where Transferee payments should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830
Attn:  Brian A. Jarmain
Telephone:  203-542-4032

Case No.  08-13555
Court Claim No. 17728
Amount of Claim:  $50,000,000.00
Date Claim Filed:  September 18, 2009
Debtor:  Lehman Brothers Holdings Inc.

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer of Claim and its right to object to such transfer within the twenty (20) day period.  The Transferor has stipulated that:  (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the valid owner of the Transferred Claim.

Dated: New York, New York
      July 29, 2011

**PRYOR CASHMAN LLP**

By:    */s/ Tina N. Moss*
      Tina N. Moss (TM-7907)
      7 Times Square
      New York, New York 10036
      Telephone:  212-326-0421
      Facsimile : 212-798-6355

      *Attorneys for SPCP Group, LLC*

# EXHIBIT A

## EXHIBIT C

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Merrill Lynch Credit Products, LLC

Merrill Lynch Credit Products, LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably assigned to SPCP Group, LLC, with offices located at 2 Greenwich Plaza, 1st Floor, Greenwich, CT 06830 ("**Buyer**"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of USD 50,000,000.00, docketed as Claim No. 17728 (originally held by Lloyds TSB Bank plc) (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15th day of July, 2011.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____

(Signature of authorized corporate officer)

Name: Ron Tordik

Title: Vice President

Tel.: (646) 855 7450

SPCP GROUP, LLC

By: _____

(Signature of authorized corporate officer)

Name: _____

Title: _____

Tel.: _____

15

EXHIBIT C

EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Merrill Lynch Credit Products, LLC

Merrill Lynch Credit Products, LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably assigned to SPCP Group, LLC, with offices located at 2 Greenwich Plaza, 1st Floor, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of USD 50,000,000.00, docketed as Claim No. 17728 (originally held by Lloyds TSB Bank plc) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15th day of July, 2011.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
Tel.:_____

SPCP GROUP, LLC

By:_____
(Signature of authorized corporate officer)

Name:  DAVID STEINMETZ
Title:  AUTHORIZED SIGNATORY
Tel.:  203 - 542 - 4401

15