**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc., et al., | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## WITHDRAWAL OF NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Willkie Farr & Gallagher LLP hereby requests the withdrawal of appearance on behalf of AIG Financial Products Corporation, AIG Global Investment Corporation, SunAmerica Life Insurance Company, AIG CDS, Inc. and Lexington Insurance Company.

Dated:   New York, New York
         July 29, 2011

                                        Respectfully submitted,

                                        **WILLKIE FARR & GALLAGHER LLP**

                                        By:  /s/ Marc Abrams
                                              Marc Abrams, Esq.
                                              Roger Netzer, Esq.
                                              787 Seventh Avenue
                                              New York, New York 10019
                                              Telephone: (212) 728-8000