B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| Botticelli, L.L.C. | J.P. Morgan Securities, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Court Claim #: **47006 (76.0% of claim)**
Amount of Claim as Filed: **$5,455,638.39**
Amount of Claim Transferred: **$4,146,285.56**
Date Claim Filed: **10/26/09**

Botticelli, L.L.C.
245 Park Avenue, 26th Floor
New York, NY 10167

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____    Date: 7/29/2011
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

JOSEPH R. WEKSELBLATT
CHIEF FINANCIAL OFFICER

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: J.P. Morgan Securities, Ltd.

For value received, the adequacy and sufficiency of which are hereby acknowledged, J.P. Morgan Securities, Ltd. ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to Botticelli, L.L.C. ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule I attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in **Case No. 08-13555** pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 47006** (the "Proof of Claim") filed in the bankruptcy case of **Lehman Brothers Holdings Inc.**

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _29th_ day of July, 2011.

| J.P. Morgan Securities, Ltd. | Botticelli, L.L.C. |
|---|---|
| By: _____ | By: Angelo, Gordon & Co., L.P. |
| Name:    Peter Schoepe | Manager |
| Title:    Authorized Signatory | By: _____ |
| Wai Kee Lee Authorized Signatory | Name:    JOSEPH R. WEKSELBLATT |
|  | Title:    CHIEF FINANCIAL OFFICER |
| One Chase Manhattan Plaza- 26th Floor | |
| New York, NY 10005 | 245 Park Avenue, 26th Floor |
|  | New York, NY 10167 |

## SCHEDULE 1

### Transferred Claim

Purchased Claim

76.0% of ISIN XS0372528165 = $4,146,285.56 of $5,455,638.89 (the outstanding amount of the Proof of Claim as of August _July 29_, 2011) together with interest, fees, expenses and other recoveries due.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Notional Amount | Accrued Interest | Maturity |
|---|---|---|---|---|---|---|
| Lehman Brothers Treasury Co. B.V. Issue of USD 5,000,000 Credit Linked Notes Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$100,000,000,000 Euro Medium-Term Note Program (the "Program") | XS0372528165 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $3,800,000.00 of $5,000,000.00 | $346,285.56 of $455,638.89 | June 21, 2013 |