**BERGER & MONTAGUE, P.C.**
Merrill G. Davidoff, Esquire
Lawrence J. Lederer, Esquire
Robin Switzenbaum, Esquire
Jon Lambiras, Esquire
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. et al., | Case No. 08-13555 (JMP) |
| Debtors | |

## STIPULATION DISMISSING APPEAL

WHEREAS, Appellant The State of New Jersey, Department of Treasury, Division of Investment ("New Jersey") initiated the above-captioned appeal (the "Appeal") by filing a Notice of Appeal in this Court on July 20, 2011 (Dkt. No. 18676).

WHEREAS, the Appeal has not yet been docketed in the United States District Court for the Southern District of New York.

NOW, THEREFORE, pursuant to Fed. R. Bankr. P. 8001(c)(1), Appellant New Jersey and Appellees Roland Hansalik, George Barclay Perry, and Joseph Arena, by and through their undersigned counsel, agree and stipulate that the Appeal is dismissed without costs to any of the parties.

| | |
|---|---|
| Dated: July 29, 2011 | BERGER & MONTAGUE, P.C.<br><br>*(signature)*<br>Merrill G. Davidoff, Esquire<br>Lawrence J. Lederer, Esquire<br>Robin Switzenbaum, Esquire<br>Jon Lambiras, Esquire<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br><br>*Attorneys for Appellant the State of New Jersey, Department of Treasury, Division of Investment* |
| Dated: July 29, 2011 | JONES DAY<br><br>*(signature)*<br>Lisa G. Laukitis<br>Lance E. Miller<br>Steven C. Bennett<br>222 East 41st Street<br>New York, NY 10017<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br>   - and –<br>Philip E. Cook<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 489-3939<br>Fax: (213) 243-2539<br><br>*Attorneys for Appellees Roland Hansalik, George Barclay Perry and Joseph Arena* |

Kal778101

SO ORDERED this ___ day of _____, 2011

_____
HON. JAMES M. PECK