B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee

<u>Philip Morris Finance S.A.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com
Tel: (212) 934-3921

Phone:
Last Four Digits of Acct #:

Court Claim # (if known): <u>24521 (which amends Court Claim #1772)</u>

Amount of Claim: $<u>1,120,000.00</u>

Date Claim Filed: <u>9/21/2009 and 1/16/2009, respectively</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

671035.1 153/06083

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____    Date: _____7/29/11_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

**PHILIP MORRIS FINANCE S.A.**

By: _____
Marco Kuepfer, Director
Transferor/Transferor's Agent

By: _____
John Jacob, Director
Transferor/Transferor's Agent

671035.1/153-06083

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>  
Name of Transferee

<u>Philip Morris Finance S.A.</u>  
Name of Transferor

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com
Tel: (212) 934-3921

Court Claim # (if known): <u>24522 (which amends Court Claim #1771)</u>

Amount of Claim: $<u>1,120,000.00</u>

Date Claim Filed: <u>9/21/2009 and 1/16/2009, respectively</u>

Debtor: <u>Lehman Brothers Commercial Corporation</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

671035.1 153/06083

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____          Date: _____7/29/11_____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

**PHILIP MORRIS FINANCE S.A.**

By: _____
         Marco Knepfer, Director
         Transferor/Transferor's Agent

By: _____
         John Jacob, Director
         Transferor/Transferor's Agent

671035.1/153-06083