**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :
                           Debtors.                :   (Jointly Administered)
                                                   :
                                                   :   Ref. Docket No. 18844
---------------------------------------------------------------- x
In re                                              :   Case No.
                                                   :
LEHMAN BROTHERS INC.,                              :   08-01420 (JMP) SIPA
                                                   :
                           Debtor.                 :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator, by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 28, 2011, I caused to be served the "Notice of Appeal," dated July 28, 2011 [Docket No. 18844], by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. delivered via facsimile to the party listed on the annexed Exhibit B, and

   iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
28th day of July, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bcarlson@co.sanmateo.ca.us |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bguiney@pbwt.com |
| adam.brezine@hro.com | bill.freeman@pillsburylaw.com |
| adarwin@nixonpeabody.com | bkmail@prommis.com |
| adiamond@diamondmccarthy.com | bmanne@tuckerlaw.com |
| aeckstein@blankrome.com | bmiller@mofo.com |
| aentwistle@entwistle-law.com | boneill@kramerlevin.com |
| afriedman@irell.com | brian.corey@greentreecreditsolutions.com |
| agbanknewyork@ag.tn.gov | bromano@willkie.com |
| aglenn@kasowitz.com | brosenblum@jonesday.com |
| agold@herrick.com | broy@rltlawfirm.com |
| ahammer@freebornpeters.com | bstrickland@wtplaw.com |
| aisenberg@saul.com | btrust@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | bturk@tishmanspeyer.com |
| alum@ftportfolios.com | bwolfe@sheppardmullin.com |
| amarder@msek.com | bzabarauskas@crowell.com |
| amcmullen@boultcummings.com | cahn@clm.com |
| amenard@tishmanspeyer.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | cgoldstein@stcwlaw.com |
| aostrow@beckerglynn.com | chammerman@paulweiss.com |
| apo@stevenslee.com | chardman@klestadt.com |
| aquale@sidley.com | charles@filardi-law.com |
| araboy@cov.com | charles_malloy@aporter.com |
| arahl@reedsmith.com | chipford@parkerpoe.com |
| arheaume@riemerlaw.com | chris.donoho@lovells.com |
| arlbank@pbfcm.com | christopher.schueller@bipc.com |
| arosenblatt@chadbourne.com | clarkb@sullcrom.com |
| arthur.rosenberg@hklaw.com | clynch@reedsmith.com |
| arwolf@wlrk.com | cmontgomery@salans.com |
| aseuffert@lawpost-nyc.com | cohenr@sewkis.com |
| ashaffer@mayerbrown.com | colea@gtlaw.com |
| ashmead@sewkis.com | cousinss@gtlaw.com |
| asnow@ssbb.com | cp@stevenslee.com |
| atrehan@mayerbrown.com | cpappas@dilworthlaw.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | crmomjian@attorneygeneral.gov |
| avenes@whitecase.com | cs@stevenslee.com |
| azylberberg@whitecase.com | csalomon@beckerglynn.com |
| bankr@zuckerman.com | cschreiber@winston.com |
| bankruptcy@goodwin.com | cshore@whitecase.com |
| bankruptcy@morrisoncohen.com | cshulman@sheppardmullin.com |
| bankruptcy@ntexas-attorneys.com | ctatelbaum@adorno.com |
| bankruptcymatters@us.nomura.com | cwalsh@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cward@polsinelli.com | dshaffer@wtplaw.com |
| cweber@ebg-law.com | dshemano@pwkllp.com |
| cweiss@ingramllp.com | dspelfogel@foley.com |
| dallas.bankruptcy@publicans.com | dtatge@ebglaw.com |
| daniel.guyder@allenovery.com | dwdykhouse@pbwt.com |
| dave.davis@isgria.com | dwildes@stroock.com |
| david.bennett@tklaw.com | dworkman@bakerlaw.com |
| david.crichlow@pillsburylaw.com | easmith@venable.com |
| david.heller@lw.com | echang@steinlubin.com |
| david.seligman@kirkland.com | ecohen@russell.com |
| davids@blbglaw.com | efleck@milbank.com |
| davidwheeler@mvalaw.com | efriedman@friedumspring.com |
| dbalog@intersil.com | egeekie@schiffhardin.com |
| dbarber@bsblawyers.com | eglas@mccarter.com |
| dbaumstein@whitecase.com | ehollander@whitecase.com |
| dbesikof@loeb.com | ekbergc@lanepowell.com |
| dcimo@gjb-law.com | elevin@lowenstein.com |
| dcoffino@cov.com | eli.mattioli@klgates.com |
| dcrapo@gibbonslaw.com | ellen.halstead@cwt.com |
| ddavis@paulweiss.com | emerberg@mayerbrown.com |
| ddrebsky@nixonpeabody.com | eobrien@sbchlaw.com |
| ddunne@milbank.com | eschaffer@reedsmith.com |
| deggermann@kramerlevin.com | eschwartz@contrariancapital.com |
| deggert@freebornpeters.com | esmith@dl.com |
| demetra.liggins@tklaw.com | etillinghast@sheppardmullin.com |
| deryck.palmer@cwt.com | ezujkowski@emmetmarvin.com |
| dfelder@orrick.com | ezweig@optonline.net |
| dflanigan@polsinelli.com | fbp@ppgms.com |
| dgrimes@reedsmith.com | feldsteinh@sullcrom.com |
| dhayes@mcguirewoods.com | ffm@bostonbusinesslaw.com |
| dheffer@foley.com | fhyman@mayerbrown.com |
| diconzam@gtlaw.com | fishere@butzel.com |
| djoseph@stradley.com | francois.janson@hklaw.com |
| dkleiner@velaw.com | fsosnick@shearman.com |
| dkozusko@willkie.com | fyates@sonnenschein.com |
| dlemay@chadbourne.com | gabriel.delvirginia@verizon.net |
| dlipke@vedderprice.com | gbray@milbank.com |
| dludman@brownconnery.com | george.davis@cwt.com |
| dmcguire@winston.com | geraci@thalergertler.com |
| dmurray@jenner.com | ggitomer@mkbattorneys.com |
| dneier@winston.com | giddens@hugheshubbard.com |
| dodonnell@milbank.com | gkaden@goulstonstorrs.com |
| dove.michelle@dorsey.com | glenn.siegel@dechert.com |
| dowd.mary@arentfox.com | gmoss@riemerlaw.com |
| dpegno@dpklaw.com | gravert@mwe.com |
| draelson@fisherbrothers.com | gspilsbury@jsslaw.com |
| dravin@wolffsamson.com | guzzi@whitecase.com |
| drose@pryorcashman.com | harrisjm@michigan.gov |
| drosenzweig@fulbright.com | harveystrickon@paulhastings.com |
| drosner@goulstonstorrs.com | hbeltzer@mayerbrown.com |
| drosner@kasowitz.com | heidi@crumbielaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com

jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | rbyman@jenner.com |
| mpage@kelleydrye.com | rdaversa@orrick.com |
| mprimoff@kayescholer.com | relgidely@gjb-law.com |
| mpucillo@bermanesq.com | rfleischer@pryorcashman.com |
| mrosenthal@gibsondunn.com | rfrankel@orrick.com |
| mruetzel@whitecase.com | rfriedman@silvermanacampora.com |
| mschimel@sju.edu | rgmason@wlrk.com |
| mshiner@tuckerlaw.com | rgraham@whitecase.com |
| msiegel@brownrudnick.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.lear@hklaw.com |
| mstamer@akingump.com | richard.levy@lw.com |
| mvenditto@reedsmith.com | richard.tisdale@friedfrank.com |
| mwarren@mtb.com | ritkin@steptoe.com |
| ncoco@mwe.com | rjones@boultcummings.com |
| neal.mann@oag.state.ny.us | rleek@hodgsonruss.com |
| ned.schodek@shearman.com | rlevin@cravath.com |
| neilberger@teamtogut.com | rmatzat@hahnhessen.com |
| newyork@sec.gov | rnetzer@willkie.com |
| nfurman@scottwoodcapital.com | robert.bailey@bnymellon.com |
| nherman@morganlewis.com | robert.dombroff@bingham.com |
| nissay_10259-0154@mhmjapan.com | robert.henoch@kobrekim.com |
| nlepore@schnader.com | robert.malone@dbr.com |
| notice@bkcylaw.com | robert.yalen@usdoj.gov |
| oipress@travelers.com | robertdakis@quinnemanuel.com |
| omeca.nedd@lovells.com | robin.keller@lovells.com |
| otccorpactions@finra.org | roger@rnagioff.com |
| paronzon@milbank.com | ronald.silverman@bingham.com |
| patrick.oh@freshfields.com | rqureshi@reedsmith.com |
| paul.turner@sutherland.com | rreid@sheppardmullin.com |
| pbattista@gjb-law.com | rroupinian@outtengolden.com |
| pbosswick@ssbb.com | rrussell@andrewskurth.com |
| pdublin@akingump.com | rterenzi@stcwlaw.com |
| peisenberg@lockelord.com | rtrust@cravath.com |
| peter.gilhuly@lw.com | russj4478@aol.com |
| peter.macdonald@wilmerhale.com | rwasserman@cftc.gov |
| peter.simmons@friedfrank.com | rwyron@orrick.com |
| peter@bankrupt.com | s.minehan@aozorabank.co.jp |
| pfeldman@oshr.com | sabin.willett@bingham.com |
| phayden@mcguirewoods.com | sabramowitz@velaw.com |
| pmaxcy@sonnenschein.com | sagolden@hhlaw.com |
| ppascuzzi@ffwplaw.com | sally.henry@skadden.com |
| ppatterson@stradley.com | sandyscafaria@eaton.com |
| psp@njlawfirm.com | sara.tapinekis@cliffordchance.com |
| ptrostle@jenner.com | scargill@lowenstein.com |
| pwright@dl.com | schannej@pepperlaw.com |
| r.stahl@stahlzelloe.com | schepis@pursuitpartners.com |
| raj.madan@bingham.com | schnabel.eric@dorsey.com |
| rajohnson@akingump.com | schristianson@buchalter.com |
| ramona.neal@hp.com | schwartzmatthew@sullcrom.com |
| ranjit.mather@bnymellon.com | scottshelley@quinnemanuel.com |
| rbeacher@pryorcashman.com | scousins@armstrongteasdale.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
ssusman@susmangodfrey.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com

tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**Additional Parties**
hhume@bsfllp.com
jschiller@bsfllp.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007