B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>DEUTSCHE BANK AG, LONDON BRANCH</u>
Name of Transferee

<u>SERENGETI RAPAX MM L.P.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>33290</u>
Amount of Claim: <u>$5,368,208.00 as originally filed; now reduced to $2,400,000.00</u>
Date Claim Filed: <u>9/18/2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn: Rich Vichaidith

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

8

674425.2 2731/00057

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          Date: ___7/29/11___
        Transferee/Transferee's Agent
        DUNCAN ROBERTSON

By: _____          Date: ___7/29/11___
        Transferee/Transferee's Agent
        ANIL DAS

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

**SERENGETI RAPAX MM L.P.**
By: Serengeti Asset Management, LP, as the Investment Adviser

By: _____          Date: _____
        Transferor/Transferor's Agent

9

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          Date: _____
         Transferee/Transferee's Agent

By: _____          Date: _____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

**SERENGETI RAPAX MM L.P.**
By: Serengeti Asset Management, LP, as the Investment Adviser

By: _____          Date: ___7/29/11_____
         Transferor/Transferor's Agent

9

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>DEUTSCHE BANK AG, LONDON BRANCH</u>
Name of Transferee

<u>SERENGETI RAPAX MM L.P.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn:  Rich Vichaidith

Court Claim # (if known): <u>33291</u>
Amount of Claim: <u>$5,368,208.00 as originally filed; now reduced to $2,400,000.00</u>
Date Claim Filed: <u>9/18/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

8

674316.3 2731/00057

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____     Date: _____7/29/11_____
            Transferee/Transferee's Agent
                        DUNCAN ROBERTSON

By: _____     Date: _____7/29/11_____
            Transferee/Transferee's Agent
                        ANIL DAS

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

**SERENGETI RAPAX MM L.P.**
By: Serengeti Asset Management, LP, as the Investment Adviser

By: _____     Date: _____
            Transferor/Transferor's Agent

9

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          Date: _____
    Transferee/Transferee's Agent

By: _____          Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

**SERENGETI RAPAX MM L.P.**
By: Serengeti Asset Management, LP, as the Investment Adviser

By: _____          Date:    7/29/11
    Transferor/Transferor's Agent

9