B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.	Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>UBS AG, Stamford Branch</u> | <u>Sutton Brook Capital Portfolio, L.P.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

UBS AG, Stamford Branch
UBS Loan Servicing Unit
Banking Product Services
UBS AG, Stamford Branch
677 Washington Blvd.
Stamford, CT 06901
Attn:  Houssem Daly

Court Claim # (if known): <u>67589</u>
Amount of Claim: <u>$19,428,411.00</u>
Date Claim Filed: <u>7/28/11</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

With a copy to:

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

DOC ID-15721899.12

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*Stephen Scanapieco*_____   Date: __8/1/2011__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Darlene Arias
Director
Banking Products Services, US

Stephen Scanapieco
Associate Director
Banking Products
Services, US

Acknowledged and Agreed:

By: _____
Transferor/Transferor's Agent

**Rich Potapchuk**
**Authorized Person**