Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Frankfurt, 17. Juni 2011

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 36855**

we would like to inform you that Mrs. Ilse Lender who filed the claim Number 36855 on 13/09/2009 has assigned all his rights arising out of this claim to

**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany**

Delbrück Bethmann Maffei AG has agreed to this assignation. Both Mrs. Ilse Lender and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignation Delbrück Bethmann Maffei AG has become the holder of the aforementioned rights.

We kindly ask you to confirm the receipt of this letter.

Yours sincerely

Frankfurt, 17/06/2011                           Grönwohld, 28.06.2011

Delbrück Bethmann Maffei AG                     Ilse Lender
(Assignee)                                       (Assigner)

(Michael Pleske)    (Oliver Körner)             (Ilse Lender)