ROBERTO REDONDO
196 SIXTH AVENUE, APT. 1A
NEW YORK, NEW YORK 10013
(T) 917-340-0752

July 14, 2011

BY U.S. MAIL

Lehman Brothers Holdings
 Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

    Re:    Court Claim Number 555287650

Dear Sir or Madam:

    I filed the referenced claim on September 21, 2009.  Be advised that I withdraw the referenced claim without prejudice.

                              Yours truly,

                              Roberto Redondo



NEW YORK NY 100
25 JUL 2011 PM 6 T

Lehman Brothers Holdings
Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

10150+5076

**CREDIT SUISSE**
Redondo

CREDIT SUISSE SECURITIES (USA) LLC
12 East 49th Street
39th Floor
New York, NY 10017

FILED / RECEIVED

JUL 25 2011

EPIQ BANKRUPTCY
SOLUTIONS, LLC