B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dolphinsu Capital LLC | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Dolphinsu Capital LLC
c/o Richards Kibbe & Orbe
Attn: Larry Halperin
One World Financial Center
New York, New York 10281
Tel: 212.530.1870
Email: lhalperin@rkollp.com

Court Claim # (if known): <u>67589</u>
Amount of Claim:<u>$19,428,411.00</u>
Date Claim Filed: <u>7/28/11</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: : 212.530.1870
Last Four Digits of Acct #:  N/A

Phone:  203 719-5547
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

DOC ID-15721899.10

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dolphinsu Capital LLC
By: Richards Kibbe & Orbe LLP, as authorized signatory
and not in the capacity as legal counsel to Dolphinsu Capital LLC

By: _____     Date: _____8/1/11_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and Agreed:


By: _____
          Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dolphinsu Capital LLC
By: Richards Kibbe & Orbe LLP, as authorized signatory
and not in the capacity as legal counsel to Dolphinsu Capital LLC

By: _____          Date:  _____

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
          Transferor/Transferor's Agent

Darlene Arias
Director
Banking Products Services, US

Stephen Scanapieco
Associate Director
Banking Products
Services, US