UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                 :
:
------------------------------------------------------------x    Ref. Docket Nos. 18762, 18763

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 27, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
1st day of August, 2011
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 18762, 18763_Aff 07-27-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    YORVIK CAPITAL LTD
               TRANSFEROR: YORVIK PARTNERS LLP
               11 IRONMONGER LANE
               LONDON EC2V 8EY UNITED KINGDOM

Additional:

Transferee:    YORVIK PARTNERS LLP
               ATTN: LISA KING
               11 IRONMONGER LANE
               LONDON EC2V 8EY UNITED KINGDOM

**Your transfer of claim # 41455-01 is defective for the reason(s) checked below:**

Other                                         Transferor Name Incorrect

Docket Number 18762 & 18763          Date 07/25/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 27, 2011.

# EXHIBIT B

```
TIME: 14:45:31                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 07/27/11                              CREDITOR LISTING

Name                      Address
YORVIK CAPITAL LTD        TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP       ATTN: LISA KING 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM

Total Number of Records Printed    2
```