UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                         Debtors.                                 :
                                                                  :
-----------------------------------------------------------------x    Ref. Docket Nos. 6239, 6241,
                                                                      18735-18739, 18741, 18750-18760

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 27, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Lauren Rodriguez*
                                                            Lauren Rodriguez

Sworn to before me this
1st day of August, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

08-13555-mg    Doc 18973    Filed 08/01/11    Entered 08/01/11 19:44:38    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GREENLIGHT CAPITAL OFFSHORE PARTNERS
      C/O GREENLIGHT CAPITAL INC.
      ATTN: HARRY BRANDLER
      140 EAST 45TH STREET, 24TH FLOOR
      NEW YORK NY 10017
```

Please note that your claim # 67475-01 in the above referenced case and in the amount of
         $11,247,321.59         has been transferred **(unless previously expunged by court order)**

```
      RBS SECURITIES INC.                                    RBS SECURITIES INC.
      TRANSFEROR: GREENLIGHT CAPITAL OFFSHORE PARTNERS        ANDREWS KURTH LLP
      C/O THE ROYAL BANK OF SCOTLAND PLC                      ATTN: DAVID HOYT
      ATTN: JEFFERY FARKAS                                    450 LEXINGTON AVENUE
      600 WASHINGTON BLVD.                                    NEW YORK NY 10017
      STAMFORD CT 06901
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18738        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/27/2011                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 27, 2011.

# EXHIBIT B

```
TIME: 14:33:36                                          LEHMAN BROTHERS HOLDING INC.                                                   PAGE:     1
DATE: 07/27/11                                              CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: YORVIK PARTNERS LLP ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND LP
BARCLAYS BANK PLC                                 TRANSFEROR: INVESTISSEMENT TRESOR VIE 745 SEVENTH AVENUE NEW YORK NY 10019
BERENBERG BANK                                    TRANSFEROR: WUERST, CHRISTIAN ATTN: MR. SVEN STEGELMANN POSTFACH 30 05 47 HAMBURG   20302 GERMANY
BERENBERG BANK                                    TRANSFEROR: WURST, WOLFGANG ATTN: MR. SVEN STEGELMANN POSTFACH 30 05 47 HAMBURG   20302 GERMANY
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: BERENBERG BANK ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU) ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
FIR TREE CAPITAL OPPORTUNITY MASTER FUND          TRANSFEROR: RBS SECURITIES INC. C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
 LP
FIR TREE CAPITAL OPPORTUNITY MASTER               TRANSFEROR: RBS SECURITIES INC. C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
 FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.                  TRANSFEROR: RBS SECURITIES INC. C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
FIR TREE VALUE MASTER FUND, L.P.                  TRANSFEROR: RBS SECURITIES INC. C/O FIR TREE VALUE MASTER FUND, L.P. ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
GREENLIGHT CAPITAL OFFSHORE PARTNERS              C/O GREENLIGHT CAPITAL INC. ATTN: HARRY BRANDLER 140 EAST 45TH STREET, 24TH FLOOR NEW YORK NY 10017
GREENLIGHT CAPITAL QUALIFIED, L.P.                C/O GREENLIGHT CAPITAL INC. ATTN: HARRY BRANDLER 140 EAST 45TH STREET, 24TH FLOOR NEW YORK NY 10017
GREENLIGHT CAPITAL, L.P.                          C/O GREENLIGHT CAPITAL INC. ATTN: HARRY BRANDLER 140 EAST 45TH STREET, 24TH FLOOR NEW YORK NY 10017
GREENLIGHT REINSURANCE, LTD.                      C/O DME ADVISORS, LP ATTN: HARRY BRANDLER 140 EAST 45TH STREET, 24TH FLOOR NEW YORK NY 10017
ILLIQUIDX LTD                                     TRANSFEROR: BEST WORTH ASSETS LIMITED ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
INVESTISSEMENT TRESOR VIE                         CLIFFORD CHANCE US LLP ATTN JENNIFER C DEMARCO, ESQ & JENNIFER B PREMISLER, ESQ 31 WEST 52ND STREET NEW YORK NY 10019
INVESTISSEMENT TRESOR VIE                         CNP ASSURANCES DIRECTION DES INVESTISSEMENTS, RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION ATTN ANTOINE FROMENTEZE
                                                  4 PLACE RAOUL DAUTRY PARIS CEDEX 15  75716 FRANCE
JURG SCHNIDER                                     ZURCHER KANTONALBANK ATTN: GABRIELE FROSSARD PO BOX ZURICH  CH-8010 SWITZERLAND
JURG SCHNIDER                                     TRANSFEROR: UBS AG SUDSTR. 56 DIELSDORF  CH-8157 SWITZERLAND
KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)          ATTN: DEPT. RC E/ SPECIAL ASSET GROUP PALMENGARTENSTRABE 5-9 FRANKFURT  60325 GERMANY
KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)          JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019
LIQUIDATION OPPORTUNITIES MASTER FUND LP          TRANSFEROR: YORVIK PARTNERS LLP ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
RBS SECURITIES INC.                               ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
RBS SECURITIES INC.                               DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVE. OF THE AMERICAS NEW YORK NY 10019
RBS SECURITIES INC.                               ATTN: PIA FRIIS 600 WASHINGTON BLVD. STAMFORD CT 06901
RBS SECURITIES INC.                               TRANSFEROR: GREENLIGHT CAPITAL OFFSHORE PARTNERS C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD.
                                                  STAMFORD CT 06901
RBS SECURITIES INC.                               TRANSFEROR: GREENLIGHT CAPITAL QUALIFIED, L.P. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD.
                                                  STAMFORD CT 06901
RBS SECURITIES INC.                               TRANSFEROR: GREENLIGHT CAPITAL, L.P. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD. STAMFORD CT 06901
RBS SECURITIES INC.                               TRANSFEROR: GREENLIGHT REINSURANCE, LTD. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD.
                                                  STAMFORD CT 06901
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH  8098 SWITZERLAND
YORVIK PARTNERS LLP                               TRANSFEROR: BANCO ESPIRITO SANTO, S.A. 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed                   34
```

EPIQ BANKRUPTCY SOLUTIONS, LLC