FORM OF EVIDENCE OF TRANSFER OF CLAIM

To: The Debtor and the Bankruptcy Court for the Southern District of New York

For good and valuable consideration received, the adequacy and sufficiency of which is hereby acknowledged, UBS AG, London Branch ("Seller") hereby unconditionally and irrevocably sells, transfers, assigns, grants and conveys to CVI GVF (Lux) Master S.a.r.l. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 commenced on 15 September 2008 in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the proof of claim (Claim No. 10236) filed in the name of UBS AG, London Branch with the Bankruptcy Court (Claim no 10236 being received by Epic Bankruptcy Solutions LLC on September 3 2009) in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20TH day of ~~September 2010~~. JUNE 2011

Executed by UBS AG, London Branch

By:
Name: PAULA McFARLANE
Title: ASSOCIATE DIRECTOR

SHARON CANHAM
EXECUTIVE DIRECTOR

Executed by CVI GVF (Lux) Master S.a.r.l.
BY CARVAL INVESTORS UK LIMITED

By:
Name:
Title: DAVID SHORT
OPERATIONS MANAGER