EXHIBIT D

UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re Lehman Brothers Holdings Inc., Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: CVI GVF Luxembourg Twelve S.a.r.l.

Name of Transferor: NORTHERN RACING PLC

Name and Address where notices to transferee should be sent:

CVI GVF Luxembourg Twelve S.a.r.l.
c/o CarVal Investors UK Ltd.
Knowle Hill Park, Fairmile Lane, Cobham,
Surrey KT11 2PD
United Kingdom

Court Claim # (if known): 0000001664 AS AMENDED BY
CLAIM NUMBER: 15164
Amount of Claim: $15,817,828.63

Date Claim Filed: September 17, 2009

Phone: 00-44-1932-86-1194

Phone: 81-014-522-3740

Last Four Digits of Acct #:

Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
BY CARVAL INVESTORS UK LIMITED

By: _____    Date: 7th September 2010
Transferee/Transferee's Agent

3

EXHIBIT D

## UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re Lehman Brothers Holdings Inc., Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: CVI GVF Luxembourg Twelve S.a.r.l.

Name of Transferor: KATSUMI YOSHIDA

Name and Address where notices to transferee should be sent:

CVI GVF Luxembourg Twelve S.a.r.l.
c/o CarVal Investors UK Ltd.
Knowle Hill Park, Fairmile Lane, Cobham,
Surrey KT11 2PD
United Kingdom

Court Claim # (if known): 0000001663 AS AMENDED BY CLAIM NUMBER: 15163
Amount of Claim: $5,224,780.69

Date Claim Filed: September 17, 2009

Phone: 00-44-1932-86-1194
Last Four Digits of Acct #:

Phone: 81-014-522-3915
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BY CARVAL INVESTORS UK LIMITED
By: _____
Transferee/Transferee's Agent

Date: 7th September 2010

3