UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holding Inc., Case No. 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: Yugen Kaisha Chisen | Name of Transferor: CVI GVF Luxembourg Twelve S.a.r.l. |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 0000001664 AS AMENDED BY CLAIM NUMBER: 15164 |
| Yugen Kaisha Chisen | Amount of Claim: $15,817,828.63 |
| Fuji Building 10F | |
| 3-2-3, Marunouchi | Date Claim Files: September 17, 2009 |
| Chiyoda-ku, Tokyo | |
| Japan | |
| Phone: 81-3-3217-0743 | Phone: 00-44-1932-86-1194 |
| Last Four Digits of Acct#: | Last Four Digits of Acct#: |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct#:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee: YUGEN KAISHA CHISEN

By: _____  Date: March 7, 2011
Name: Takeshi Nishizawa
Title: Representative Director

UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holding Inc., Case No. 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: Yugen Kaisha Chisen | Name of Transferor: CVI GVF Luxembourg Twelve S.a.r.l. |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 0000001663 AS AMENDED BY CLAIM NUMBER: 15163 |
| Yugen Kaisha Chisen | Amount of Claim: $5,224,780.69 |
| Fuji Building 10F | |
| 3-2-3, Marunouchi | Date Claim Files: September 17, 2009 |
| Chiyoda-ku, Tokyo | |
| Japan | |
| Phone: 81-3-3217-0743 | Phone: 00-44-1932-86-1194 |
| Last Four Digits of Acct#: | Last Four Digits of Acct#: |
| Name and Address where transferee payments should be sent (if different from above): | |

Phone:
Last Four Digits of Acct#:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee: YUGEN KAISHA CHISEN

By: _____     Date: March 7, 2011
Name: Takeshi Nishizawa
Title: Representative Director