UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re Lehman Brothers Holdings Inc., Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: CVI GVF Luxembourg Twelve S.a.r.l. | Name of Transferor: BRE Bank SA |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 13090 |
| | Amount of Claim: $659,535.17 |
| CVI GVF Luxembourg Twelve S.a.r.l.<br>c/o CarVal Investors UK Ltd.<br>Knowle Hill Park<br>Surrey KT11 2PD<br>United Kingdom | Date Claim Filed: 15 September 2009 |
| Phone: 00-44-1932-86-1194 | Phone: 1-212-918-3000 |
| Last Four Digits of Acct #: | Last Four Digits of Acct #: |

Name and Address where transferee payments should be sent (if different from above):

Phone:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Patrick Lsurger    Date: 28-03-11
Transferee/Transferee's Agent

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York
Attention: Clerk

AND TO: Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP) (Jointly Administered)

RE: Claim No: 13090

For value received, the adequacy and sufficiency of which are hereby acknowledged, and pursuant to an Assignment of Claim Agreement dated as of the date hereof, BRE Bank SA ("**Seller**") hereby certifies that it has unconditionally and irrevocable sold, transferred and assigned to CVI GVF Luxembourg Twelve S.a.r.l. ("**Purchaser**"), (a) all of Seller's right, title and interest in and to Proof of Claim Number **0000013090** filed by Seller (the "**Claim**") against Lehman Brothers Holdings Inc., debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), administered under Case No. 08-13555 (JMP) (the "**Debtor**"), and (b) all rights and benefits of Seller relating to the Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, and (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code) related to the Claim..

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Upon payment by Purchaser to Seller of the purchase price for the Claim, Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 28th day of March, 2011.

**SELLER**     MEMBER OF THE MANAGEMENT BOARD

BRE Bank SA

By:
Name: Marcin Ziemowski / Hans Dieter Kemler
Title: PROKURENT

**PURCHASER**

CVI GVF Luxembourg Twelve S.a.r.l.

By:
Name: Patrick Lsurger
Title: Manager

WNY - 002456/000002 - 2305824 v4

UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re Lehman Brothers Holdings Inc., Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: CVI GVF Luxembourg Twelve S.a.r.l. | Name of Transferor: BRE Bank SA |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 13091 |
| | Amount of Claim: $659,535.17 |
| CVI GVF Luxembourg Twelve S.a.r.l.<br>c/o CarVal Investors UK Ltd.<br>Knowle Hill Park<br>Surrey KT11 2PD<br>United Kingdom | Date Claim Filed: 15 September 2009 |
| Phone: 00-44-1932-86-1194 | Phone: 1-212-918-3000 |
| Last Four Digits of Acct #: | Last Four Digits of Acct #: |

Name and Address where transferee payments should be sent (if different from above):

Phone:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ **Patrick Lsurger**   Date: 28.03.11
Transferee/Transferee's Agent

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York
Attention: Clerk

AND TO: Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP) (Jointly Administered)

RE: Claim No: 13091

For value received, the adequacy and sufficiency of which are hereby acknowledged, and pursuant to an Assignment of Claim Agreement dated as of the date hereof, BRE Bank SA ("**Seller**") hereby certifies that it has unconditionally and irrevocable sold, transferred and assigned to CVI GVF Luxembourg Twelve S.a.r.l. ("**Purchaser**"), (a) all of Seller's right, title and interest in and to Proof of Claim Number **0000013091** filed by Seller (the "**Claim**") against Lehman Brothers Commercial Corporation, debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), administered under Case No. 08-13555 (JMP) (the "**Debtor**"), and (b) all rights and benefits of Seller relating to the Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, and (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code) related to the Claim..

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Upon payment by Purchaser to Seller of the purchase price for the Claim, Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 28th day of March, 2011.

**SELLER**  MEMBER OF THE MANAGEMENT BOAR.
BRE Bank SA

By: Hans-Dieter Kemler
Name:
Title:

PROKURENT
Marcin Romanowski

**PURCHASER**
CVI GVF Luxembourg Twelve S.a.r.l.

By:
Name: Patrick Lsurger
Title: Manager

WNY - 002456/000002 - 2305824 v4