To: Ms Charice Chan
Fr: Danny.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,       Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Chan Chi Hung | Standard Chartered Bank (Hong Kong) |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 48096<br>Amount of Claim: $64,232.00<br>Date Claim Filed: 10/27/09 |
| Chan Chi Hung<br>Flat H 49/F Block 6<br>The Belcher's<br>89 Pokfulam Road<br>Pokfulam, HK | Phone: WM.Invest@sc.com |
| Last Four Digits of Acct #:N/A | Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-616-7000
Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: Aug 2, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Chan Chi Hung | Standard Chartered Bank (Hong Kong) |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 48099<br>Amount of Claim: $64,232.00<br>Date Claim Filed: 10/27/09 |
|---|---|
| Chan Chi Hung<br>Flat H 49/F Block 6<br>The Belcher's<br>89 Pokfulam Road<br>Pokfulam, HK | Phone: WM.Invest@sc.com |
| Last Four Digits of Acct #:N/A | Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-616-7000
Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: Aug 2, 2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY - 002540/000001 - 2330506 v1