UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
           Debtors.                                                :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x    Ref. Docket No. 18846

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 28, 2011, I caused to be served the "Notice of Presentment of Supplemental Order Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties," dated July 28, 2011 [Docket No. 18846], by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        /s/ *Pete Caris*
                                                                        Pete Caris

Sworn to before me this
2nd day of August, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

LBH ADR NOP 7/28/2011
NIXON PEABODY LLP
Christopher M. Desiderio
David H. Lee
Counsel to Deutsche Bank Trust Company Americas
and Deutsche Bank National Trust Company
437 Madison Avenue
New York, NY 10022

LBH ADR NOP 7/28/2011
NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Counsel to Deutsche Bank Trust Company Americas
and Deutsche Bank National Trust Company
100 Summer Street
Boston, MA 02110

LBH ADR NOP 7/28/2011
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attn: Steven J. Fink; Thomas C. Mitchell
Attorneys for Ballyrock ABS CDO 2007-1 Limited
51 West 52nd Street
New York, NY 10019

LBH ADR NOP 7/28/2011
CHAPMAN AND CUTLER LLP
Attn: James E. Spiotto;  Ann E. Acker; Franklin H. Top, III
Counsel to US Bank National Association
111 West Monroe Street
Chicago, IL 60603

LBH ADR NOP 7/28/2011
CHAPMAN AND CUTLER LLP
Attn: Craig M. Price
Counsel to US Bank National Association
330 Madison Avenue, 34th Floor
New York, NY 10017-5010

LBH ADR NOP 7/28/2011
NIXON PEABODY LLP
Attn: Mark N. Berman
*Counsel to Wellington Management Company, LLP*
437 Madison Avenue
New York, NY 10022

LBH ADR NOP 7/28/2011
PRYOR CASHMAN LLP
Attn: Tina N. Moss (TM-7907)
*Counsel to HSBC Bank USA, National Association, in its representative capacity*
7 Times Square
New York, NY 10036

LBH ADR NOP 7/28/2011
ALSTON & BIRD LLP
Attn: Michael Johnson, Esq.
*Counsel for Bank of America, National Association*
90 Park Avenue
New York, NY 10016

LBH ADR NOP 7/28/2011
ALSTON & BIRD LLP
Attn: John C. Weitnauer, Esq.
Counsel for Bank of America, National Association
1201 West Peachtree Street
Atlanta, GA 30309

LBH ADR NOP 7/28/2011
SIDLEY AUSTIN LLP
Attn: Michael G. Burke
Counsel for Principal Global Investors (Europe) and
Principal Global Investors, LLC
787 Seventh Avenue
New York, NY 10019

**LBH ADR NOP 7/28/2011**
SIDLEY AUSTIN LLP
Attn: Joel S. Feldman; Mark B. Blocker
Counsel for Principal Global Investors (Europe)
and Principal Global Investors, LLC
One South Dearborn
Chicago, IL 60603

**LBH ADR NOP 7/28/2011**
Residences de la Republique SAS
c/o Atemi
Attention: Mr. Guy Garnier
de Boisgrollier de Ruolz
47, rue de Monceau
75008 Paris, France

**LBH ADR NOP 7/28/2011**
Commerces de la Republique SAS
c/o Atemi
Attention: Mr. Guy Garnier
de Boisgrollier de Ruolz
47, rue de Monceau
75008 Paris, France