B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
                                                (Jointly Administered)
          Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Stone Lion Portfolio L.P. | Goldman Sachs Lending Partners, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Stone Lion Portfolio L.P.
c/o Stone Lion Capital Partners, L.P.
461 Fifth Avenue, 14th Floor
New York, NY 10017

Court Claim #: 19173 (25.0% of claim)
Claim Amount as Filed: $37,853,695.47
Amount Transferred: $9,463,423.86
Date Claim Filed: 9/15/09

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 8/2/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Stone Lion Portfolio L.P.
  Stone Lion Capital Partners L.P., Investment Manager
    By: SL Capital Partners LLC, Its: General Partner
      By: Stone Lion Capital LLC, Managing Member

Claudia Borg
General Counsel

Notice of Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Goldman Sachs Lending Partners LLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, GOLDMAN SACHS LENDING PARTNERS LLC ("**Seller**") hereby unconditionally and irrevocably sells, transfers and assigns to STONE LION PORTFOLIO, L.P. ("**Purchaser**") a ratable portion in the amount of $9,463,423.86, representing 25.00% of all right, title and interest in and to the claim of Intesa Sanpaolo S.p.A. against Lehman Brothers Holdings Inc., (the "**Debtor**") and its affiliates in the amount of $37,853,695.47 and assigned Claim No. 13034 in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, dated as of the 2nd day of AUGUST, 2011.

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____
Name:
Title:
        Ivan Anderson
        Authorized Signatory

**STONE LION PORTFOLIO, L.P.**

By: _____
Name:
Title:

Notice of Evidence of Transfer

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Goldman Sachs Lending Partners LLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, GOLDMAN SACHS LENDING PARTNERS LLC ("**Seller**") hereby unconditionally and irrevocably sells, transfers and assigns to STONE LION PORTFOLIO, L.P. ("**Purchaser**") a ratable portion in the amount of $9,463,423.86, representing 25.00% of all right, title and interest in and to the claim of Intesa Sanpaolo S.p.A. against Lehman Brothers Holdings Inc., (the "**Debtor**") and its affiliates in the amount of $37,853,695.47 and assigned Claim No. 13034 in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, dated as of the 2nd day of AUGUST, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By:_____
Name:
Title:


STONE LION PORTFOLIO L.P.

By:_____
Name: Claudia Borg
Title: General Counsel

Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P., Investment Manager
By: SL Capital Partners LLC, Its: General Partner
By: Stone Lion Capital LLC, Managing Member