UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                        :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                      :
:
------------------------------------------------------------------x    Ref. Docket Nos. 18762, 18763

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 1, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
2nd day of August, 2011
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　　Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:　　YORVIK CAPITAL LTD
　　　　　　　　TRANSFEROR: YORVIK PARTNERS LLP
　　　　　　　　11 IRONMONGER LANE
　　　　　　　　LONDON EC2V 8EY UNITED KINGDOM

Additional:

Transferee:　　ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP
　　　　　　　　ATTN: CHRIS SCHOFIELD
　　　　　　　　ALDEN GLOBAL CAPITAL
　　　　　　　　885 THIRD AVENUE
　　　　　　　　NEW YORK NY 10022

**Your transfer   of claim #   41455-01   is defective for the reason(s) checked below:**

Other　　　　　　　　　　　　　　　　Transferor name is incorrect

Docket Number 18763　　　　　Date 07/25/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 1, 2011.

# EXHIBIT B

```
TIME: 18:08:36                                LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 08/01/11                                    CREDITOR LISTING

Name                                   Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES  ATTN: CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND LP
LIQUIDATION OPPORTUNITIES MASTER FUND LP  ATTN: CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
YORVIK CAPITAL LTD                     TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed       3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC