UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :    (Jointly Administered)
                        Debtors.                    :
                                                    :
-----------------------------------------------------------------x    Ref. Docket Nos. 18212, 18227,
                                                         18233, 18234, 18236, 18239, 18831,
                                                         18832, 18834, 18836, 18837, 18845,
                                                         18847, 18848, 18850

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 1, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ *Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
2nd day of August, 2011
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

08-13555-mg    Doc 18999    Filed 08/02/11    Entered 08/02/11 18:11:53    Main Document
Pg 2 of 7

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
         Debtors.                                  |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
        ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
        1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
        NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                        NEW YORK NY 10019
```

Please note that your claim # 55854-17 in the above referenced case and in the amount of
         $700,000.00        has been transferred **(unless previously expunged by court order)**

```
        VONWIN CAPITAL MANAGEMENT, LP
        TRANSFEROR: BANK HAPOALIM B.M.
        ATTN: ROGER VON SPIEGEL
        261 FIFTH AVENUE, 22ND FLOOR
        NEW YORK NY 10016
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18845        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/01/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 1, 2011.

# EXHIBIT B

```
TIME: 18:02:18                                                                                                                                          PAGE:   1
DATE: 08/01/11                                                   LEHMAN BROTHERS HOLDING INC.
                                                                       CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| CHAN CHIU LING | ROOM 2 35/F MING YUEN HOUSE YING MING COURT TSEUNG KWAN O, NT   HONG KONG |
| CHAN HOI LAM / CHIU WAI MING | FLAT F 12/F YAT WAH MANSION 41 TAI HONG STREET LEI KING WAN SAI WAN HO HK   HONG KONG |
| CHAN LAI PING | RM 2701 TAK NGA COURT WAN TAU TONG EST TAI PO NT   HONG KONG |
| CHAN MOK SAU CHING SUSANNA | FLAT B 25/F KNIGHT COURT NO.38 SHING TAI ROAD CHAI WAN, HK   HONG KONG |
| CHENG MEI JUN WINNIE / LIM SIONG KIAU | APT BLK1 SING MING WALK#04-40 SHINGAPORE   575574 SINGAPORE |
| CHEUNG PING, KEE | FLAT 4 22/F HUNG TAI HOUSE CHING TAI COURT TSING YI   HONG KONG |
| CHEUNG SHING, CHO | FLAT D 22/F E TAT FACTORY BUILDING 4 HEUNG YIP ROAD WONG CHUK HANG HK   HONG KONG |
| CHEUNG YAU ON | ROOM 1706 17/F LOK CHUNG HOUSE MEI CHUNG COURT SHATIN NT   HONG KONG |
| CHIA YUE ING | 12/F 9A MOUNT STERLING MALL MEI FOO SUN CHUEN LAI CHI KOK, KLN   HONG KONG |
| CHING TIN SHUN | FLT G 9/F BLOCK 12 THE PARCVILLE PO YIP STREET YUEN LONG NT   HONG KONG |
| CHOI WAI MUI | FLT 2604 26/F YIU SHING HSE TIN YIU EST TIN SHUI WAI, NT   HONG KONG |
| CHUA JIN CHONG | FLAT A, 8/F, BLOCK 25 LAGUNA VERDE HUNG HOM KLN   HONG KONG |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: CITIBANK ESPANA, S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH ST 4TH FL NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: CITIBANK INTERNATIONAL PLC, GREECE BRANCH ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CNP ASSURANCES | CLIFFORD CHANCE US LLP ATTN: JENNIFER C DEMARCO, ESQ & JENNIFER B PREMISLER, ESQ 31 WEST 52ND STREET NEW YORK NY 10019 |
| CNP ASSURANCES | DIRECTION DES INVESTISSEMENTS RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION ATTN ANTOINE FROMENTEZE 4 PLACE RAOUL DAUTRY PARIS CEDEX 15  75716 FRANCE |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CNP ASSURANCES ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DU, MAOQIN | RM 1001 3RD BLDG YONGAN GE YONGYI GARDEN ZHONG SHAN GUANGDONG   CHINA |
| ESLER LINDSAY BRYDON | FLAT A 20/F BLOCK 5 DYNASTY COURT 23 OLD PEAK ROAD MID-LEVELS, HK   HONG KONG |
| GOLDENTREE CREDIT OPPORTUNITIES FINANCING I, LTD. | TRANSFEROR: GOLDENTREE LEVERAGE LOAN MASTER FUND LTD C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: MAREK BROZYNA 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE LEVERAGE LOAN MASTER FUND LTD | BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| GOLDENTREE LEVERAGE LOAN MASTER FUND LTD | C/O GOLDENTREE ASSET MANAGEMENT LP ATTN: KAREN WEBER 300 PARK AVENUE 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD. | TRANSFEROR: GTAM FUND I, LTD C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: MAREK BROZYNA 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GTAM FUND I, LTD | BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| GTAM FUND I, LTD | C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE 21ST FLOOR NEW YORK NY 10022 |
| HAU WING YAM | RM 1323 SHIN NGA HOUSE FU SHIN ESTATE TAI PO, NT   HONG KONG |
| HO KWOK CHUNG, DOMINIC | FLT B 13/F BLK 4 CITYONE SHATIN, NT   HONG KONG |
| HSIEH TSE YU | FLAT E 15/F TOWER 9 TIERRA VERDE 33 TSING KING ROAD TSING YI, NT   HONG KONG |
| HUI TSUI KING | FLAT A 5/F BLOCK 2 SYMPHONY GARDEN 9 HUNG SHUN ROAD HUNG SHUI KIU YUEN LONG, NT   HONG KONG |
| INTESA SANPAOLO S.P.A. | INTESA SANPAOLO S.P.A. - TOKYO BRANCH HIBIYA MARINE BUILDING 7TH FLOOR 1-5-1 YURAKUCHO, CHIYODA-KU TOKYO  100-0006 JAPAN |
| INTESA SANPAOLO S.P.A. | ATTN: MATTEO MELAZZINI, EIJI YAMAGUCHI, TOMOYA YAMAMOTO TOKYO  100-0006 JAPAN |
| | PIAZZA SAN CARLO, 156 TORINO  10121 ITALY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, THE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| KANG BEI SHENG / LIU HAN QIN | G/F 303 CASTLE PEAK RD TING TAU TSUEN WAN   HONG KONG |
| KOON YAN FONG | RM 2718 TAI YAN HOUSE TAI YUEN ESTATE TAI PO NT   HONG KONG |
| KWOK FUK FU | FLAT A 9/F BLOCK 11 CLASSICAL GARDENS NO.10 MA WO ROAD TAI PO NT   HONG KONG |
| KWOK MO LIM | FLAT E, 23/F, BLOCK 2 SEA CREST VILLA PHASE 1 SHAM TSENG   HONG KONG |
| KWOK YIK MING | FLAT A, 8/F, BLOCK 5 CLASSICAL GARDEN 2 TAI PO NT   HONG KONG |
| LAI SAU CHUN | FLAT E 40/F BLOCK 1 VILLA ESPLANADA 8 NGA YING CHAU STREET TSING YI NT   HONG KONG |
| LAM TUNG LEUNG | FLAT C 13/F BLOCK 9 HANDSOME COURT 362-388 CASTLE PEAK ROAD TUEN MUN NT   HONG KONG |
| LAU KWAI SAN | FLAT C 22/F BLOCK 3 GOLDEN DRAGON INDUSTRIAL CENTRE 162-170 TAI LIN PAI ROAD KWAI CHUNG HONG KONG |
| LAU SIU PING SUSIE | FLAT E 19/F BLOCK 3 ROYAL ASCOT NO.1 TSUN KING ROAD FO TAN NT   HONG KONG |
| LAU, PUI PUI/LEE, KWOK CHING | 3/F ISLAND GARDEN 43 CHAI WAN ROAD SHAU KEI WAN HONG KONG |
| LEE KEI, YIP & AU YEUNG KIN, CHOR | FLAT A 12/F MANDARIN COURT 142-144 ARGYLE ST MON KOK, KLN   HONG KONG |
| LEE KIT CHONG ANITA | FLAT 911 9/F BLK F KORNHILL QUARRY BAY, HK   HONG KONG |
| LI HOU GUANG | FLT D 22/F KIU HING MANSION 14 KING'S ROAD NORTH POINT, HK   HONG KONG |
| LI TIM CHU | ROOM 4 16/F HIU FAI HOUSE HIU LAI COURT KWUN TONG, KLN   HONG KONG |

```
TIME: 18:02:18                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 08/01/11                                                    CREDITOR LISTING

Name                                          Address
LIANG XUELING                                 FLAT A 7/F TOWER 1 MOUNT BEACON 20 CORNWALL STREET KOWLOON TONG    HONG KONG
LIU DINGJIN                                   ROOM 4 31/F CHUNG KI HOUSE TIN CHUNG COURT TIN SHUI WAI    NT HONG KONG
LO MEI LING / YU MIU YING                     FLAT A 3/F PO HING BUILDING NO.20 RUTTER STREET SHEUNG WAN HK    HONG KONG
LOH CATHERINE                                 NO. 3 20 STREET HONG LOK YUEN TAI PO NT    HONG KONG
LUI PAK, KAN                                  FLT B 24/F BLK 12 TSUEN KING GARDEN TSUEN WAN, NT    HONG KONG
MA, DA DE                                     RM 2502 JING DING AN BANG FU DI NO.2 1268 LONG KANG DING ROAD JIANG AN DISTRICT SHANGHAI    200042 CHINA
MAK LAI, PING                                 FLAT F 51/F BLOCK 10 OCEAN SHORES TSEUNG KWAN O    NT HONG KONG
MAK PO TIN                                    FLAT A 31/F BLOCK 51 CITY ONE SHATIN SHATIN, NT    HONG KONG
MAK, LEONG CHU                                FLAT F 23/F BLOCK 17 CHI FU FA YUEN POKFULAM HK    HONG KONG
NG SUI LING                                   ROOM 2 11/F KAI YAN HOUSE KAI TIN ESTATE KWUN TONG, KLN    HONG KONG
NGAI HOI / MAK WING FAN EMILY                 18 BRAMLEY CROFT SHIRLEY SOLIHULL WEST MIDLANDS    B90 3EJ UNITED KINGDOM
NIP CHUNG YIN                                 FLAT G 11/F BLOCK 3 ASTER COURT 8 HUNG TAI ROAD HUNG SHUI KIU YUEN LONG NT    HONG KONG
OR KAM HON                                    FLAT G 28/F BLOCK 16 SCENEWAY GARDEN LAM TIN, KLN    HONG KONG
SHEN, ZEHUA                                   ROOM 1102 A DONG MEIJA PUBLIC SQUARE WEST ROAD OCT NANSHAN DISTRICT SHENZHEN    518053 CHINA
SPCP GROUP, LLC                               PRYOR CASHMAN LLP ATTN: RONALD S BEACHER 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                               TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHAN CHIU LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHAN HOI LAM / CHIU WAI MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHAN LAI PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHAN MOK SAU CHING SUSANNA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHENG MEI JUN WINNIE / LIM SIONG KIAU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHEUNG PING, KEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHEUNG SHING, CHO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHEUNG YAU ON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHIA YUE ING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHING TIN SHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHOI WAI MUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHUAH JIN CHONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: DU, MAOQIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: ESLER LINDSAY BRYDON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: HAU WING YAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: HO KWOK CHUNG, DOMINIC 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: HSIEH TSE YU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: HUI TSUI KING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: KANG BEI SHENG / LIU HAN QIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: KOON YAN FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: KWOK FUK FU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: KWOK MO LIM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: KWOK YIK MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LAI SAU CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LAM TUNG LEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LAU KWAI SAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LAU SIU PING SUSIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LAU, PUI PUI/LEE, KWOK CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LEE KEI, YIP & AU YEUNG KIN, CHOR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LEE KIT CHONG ANITA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LI HOU GUANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LI TIM CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LIANG XUELING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LIU DINGJIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LO MEI LING / YU MIU YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LOH CATHERINE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LUI PAK, KAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: MA, DA DE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: MAK LAI, PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: MAK PO TIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
```

```
TIME: 18:02:18                                        LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   3
DATE: 08/01/11                                             CREDITOR LISTING

Name                                                  Address
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: MAK, LEONG CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: NG SUI LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: NGAI HOI / MAK WING FAN EMILY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: NIP CHUNG YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: OR KAM HON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: SHEN, ZEHUA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: SUEN KWAI KEI / CHU SHUK LING GLADYS 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: SUN YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG          HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: TAM CHI MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: TANG YUK BING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WAN KAI YIU/LI MEI CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WANG ZHOUYU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WONG MAN WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: WONG PANG / WAN SAU KEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: YEUNG OI WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: YU MEI, FONG & TAM MAN YIN, SHIRLEY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: YU SUK YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: YU, YUEMEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: ZHANG YAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
SUEN KWAI KEI / CHU SHUK LING GLADYS       FLAT A 11/F NAPA VALLEY 18 TUEN FU ROAD TUEN MUN, NT    HONG KONG
SUN YING                                   FLAT F 22/F BLOCK 9 TSUI CHUK GARDEN WONG TAI SIN, KLN    HONG KONG
TAM CHI MING                               FLAT H 21/F BLOCK 8 YOHO TOWN 8 YUEN LUNG STREET YUEN LONG NT    HONG KONG
TANG YUK BING                              FLAT E 10/F BLK 2 GREENVIEW COURT TSUEN WAN NT    HONG KONG
VONWIN CAPITAL MANAGEMENT, LP              TRANSFEROR: BANK HAPOALIM B.M. ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
WAN KAI YIU/LI MEI CHING                   ROOM 105 1/F LUNG YAN HOUSE KAM LUNG COURT MA ON SHAN NT    HONG KONG
WANG ZHOUYU                                ROM 601 BLK 1 NO. 40 DA FANG JIA HU TONG TONG CHENG DISTRICT BEIJING CITY    CHINA
WONG MAN WAH                               ROOM 713 ON PAK HOUSE CHEUNG ON ESTATE TSING YI HONG KONG, NT    HONG KONG
WONG PANG / WAN SAU KEE                    FLAT C 28/F BLK 2 UPTOWN PLAZA TAI PO    HONG KONG
YEUNG SUN WAI                              HOUSE 52 56 REPULSE BAY REPULSE BAY HK    HONG KONG
YOUNG OI WAH                               ROOM 16 36/F OI TAO HOUSE TIN OI COURT TIN SHUI WAI, NT    HONG KONG
YU MEI, FONG & TAM MAN YIN, SHIRLEY        FLT C 3/F BLK 10 PRESTINE VILLA 18 PAK LOK PATH SHATIN, NT    HONG KONG
YU SUK YING                                FLAT E 23/F PARIS COURT SHEUNG SHUI TOWN CENTER SHEUNG SHUI, NT    HONG KONG
YU, YUEMEI                                 C7-403 WU HOU ROAD SHUANGNAN SECTION CHENGDU    CHINA
ZHANG YAN                                  FLAT A-B 7/F ETON BUILDING 288 DES VOEUX ROAD CENTRAL SHEUNG WAN    HONG KONG

Total Number of Records Printed      143
                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```