

CH-5001 Aarau
Switzerland
Bahnhofplatz 1
Phone +41 62 835 77 77
www.akb.ch
MWSt-Nr. 100 203

Aarau, July 18th, 2011
Mathias Wirz
+41 62 835 75 06
mathias.wirz@akb.ch

**Registered Letter**
Honorable James M. Peck
Courtroom 601
One Bowling Green
New York
New York 10004
U.S.A.

## RESPONSE TO "164th OMNIBUS OBJECTION TO CLAIMS (DUPLICATE LPS CLAIMS)"

**USBC - Southern District of New York**
**Lehman Brothers Holdings Inc., Et Al., (Debtors), Chapter 11 Case No. 08-13555 (JMP)**

| **Claim to be disallowed and expunged** | **Surviving Claim** |
|---|---|
| Claim No. 37231 | Claim No. 36864 |
| Schaffner-Wuthrich Susi | Schlatter Mathias |
| c/o Lindtlaw Advokatur | Oberdorfstrasse 1 |
| Hauptstrasse 39 | CH- 8112 Otelfingen |
| CH-8280 Kreuzlingen | Switzerland |
| Switzerland | |

We refer to the above mentioned 164th objection in which we have been informed that claim number 37231 is considered as a duplicate of claim number 36864 and will therefore be disallowed and expunged.

When filing these two claims for our clients, Aargauische Kantonalbank accidentally used the same Blocking Reference for both claims.

**The correct Blocking Reference for claim number 37231 is 2019323716112509**
(see enclosed documents)

For this reason, we politely ask you <u>not</u> to disallow claim number 37231. It is <u>not a duplicate</u>.

Could you please confirm that you allow this claim?

We apologize for any inconvenience we may have caused.


Kind regards

Aargauische Kantonalbank


Marcel Koller
Member of the management

Mathias Wirz
Officer





**Aargauische Kantonalbank**

CH-5001 Aarau
Switzerland
Bahnhofplatz 1
Phone +41 62 835 77 77
www.akb.ch
MWSt-Nr. 100 203

Aarau, July 18th, 2011
Mathias Wirz
+41 62 835 75 06
mathias.wirz@akb.ch

**Registered Letter**
Office of the United States Trustee
for Region 2
Attn. Tracy Hope Davis, Esq.
33 Whitehall Street, 21st floor
New York
New York 10004
U.S.A.

## RESPONSE TO "164th OMNIBUS OBJECTION TO CLAIMS (DUPLICATE LPS CLAIMS)"

**USBC - Southern District of New York**
**Lehman Brothers Holdings Inc., Et Al., (Debtors), Chapter 11 Case No. 08-13555 (JMP)**

| **Claim to be disallowed and expunged** | **Surviving Claim** |
|---|---|
| **Claim No. 37231** | **Claim No. 36864** |
| Schaffner-Wuthrich Susi | Schlatter Mathias |
| c/o Lindtlaw Advokatur | Oberdorfstrasse 1 |
| Hauptstrasse 39 | CH- 8112 Otelfingen |
| CH-8280 Kreuzlingen | Switzerland |
| Switzerland | |

We refer to the above mentioned 164th objection in which we have been informed that claim number 37231 is considered as a duplicate of claim number 36864 and will therefore be disallowed and expunged.

When filing these two claims for our clients, Aargauische Kantonalbank accidentally used the same Blocking Reference for both claims.

**The correct Blocking Reference for claim number 37231 is 2019323716112509**
(see enclosed documents)

For this reason, we politely ask you <u>not</u> to disallow claim number 37231. It is <u>not a duplicate</u>.

Could you please confirm that you allow this claim?

We apologize for any inconvenience we may have caused.

Kind regards

Aargauische Kantonalbank

Marcel Koller
Member of the management

Mathias Wirz
Officer





**Aargauische Kantonalbank**

CH-5001 Aarau
Switzerland
Bahnhofplatz 1
Phone +41 62 835 77 77
www.akb.ch
MWSt-Nr. 100 203

Aarau, July 18th, 2011
Mathias Wirz
+41 62 835 75 06
mathias.wirz@akb.ch

**Registered Letter**
Milbank, Tweed, Hadle & McCloy LLP
Attn. Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York
New York 10005
U.S.A.

## RESPONSE TO "164th OMNIBUS OBJECTION TO CLAIMS (DUPLICATE LPS CLAIMS)"

**USBC - Southern District of New York**
**Lehman Brothers Holdings Inc., Et Al., (Debtors), Chapter 11 Case No. 08-13555 (JMP)**

| **Claim to be disallowed and expunged** | **Surviving Claim** |
|---|---|
| **Claim No. 37231** | **Claim No. 36864** |
| Schaffner-Wuthrich Susi | Schlatter Mathias |
| c/o Lindtlaw Advokatur | Oberdorfstrasse 1 |
| Hauptstrasse 39 | CH- 8112 Otelfingen |
| CH-8280 Kreuzlingen | Switzerland |
| Switzerland | |

We refer to the above mentioned 164th objection in which we have been informed that claim number 37231 is considered as a duplicate of claim number 36864 and will therefore be disallowed and expunged.

When filing these two claims for our clients, Aargauische Kantonalbank accidentally used the same Blocking Reference for both claims.

**The correct Blocking Reference for claim number 37231 is 2019323716112509**
(see enclosed documents)

For this reason, we politely ask you _not_ to disallow claim number 37231. It is _not a duplicate_.

Could you please confirm that you allow this claim?

We apologize for any inconvenience we may have caused.

Kind regards

Aargauische Kantonalbank

Marcel Koller
Member of the management

Mathias Wirz
Officer



# Aargauische Kantonalbank

CH-5001 Aarau
Switzerland
Bahnhofplatz 1
Phone +41 62 835 77 77
www.akb.ch
MWSt-Nr. 100 203

Aarau, July 18th, 2011
Mathias Wirz
+41 62 835 75 06
mathias.wirz@akb.ch

**Registered Letter**
Weil Gotshal & Manges LLP
Attn. Robert J. Lemons
767 Fifth Avenue
New York
New York 10153
U.S.A.

## RESPONSE TO "164th OMNIBUS OBJECTION TO CLAIMS (DUPLICATE LPS CLAIMS)"

**USBC - Southern District of New York**
**Lehman Brothers Holdings Inc., Et Al., (Debtors), Chapter 11 Case No. 08-13555 (JMP)**

| **Claim to be disallowed and expunged** | **Surviving Claim** |
|---|---|
| Claim No. 37231 | Claim No. 36864 |
| Schaffner-Wuthrich Susi | Schlatter Mathias |
| c/o Lindtlaw Advokatur | Oberdorfstrasse 1 |
| Hauptstrasse 39 | CH- 8112 Otelfingen |
| CH-8280 Kreuzlingen | Switzerland |
| Switzerland | |

We refer to the above mentioned 164th objection in which we have been informed that claim number 37231 is considered as a duplicate of claim number 36864 and will therefore be disallowed and expunged.

When filing these two claims for our clients, Aargauische Kantonalbank accidentally used the same Blocking Reference for both claims.

**The correct Blocking Reference for claim number 37231 is 2019323716112509**
(see enclosed documents)

For this reason, we politely ask you <u>not</u> to disallow claim number 37231. It is <u>not a duplicate</u>.

Could you please confirm that you allow this claim?

We apologize for any inconvenience we may have caused.

Kind regards

Aargauische Kantonalbank

Marcel Koller
Member of the management

Mathias Wirz
Officer



IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 164: EXHIBIT A – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | ULLRICH, KATHARINA ALLSCHWILERWEG 61 BINNINGEN, 4102 SWITZERLAND | 10/19/2009 | 08-13555 (JMP) | 40970 | $22,301.52 | SCHWALLER, RUDOLF MISSIONSSTRASSE 53 BASEL, CH 4055 SWITZERLAND | 10/19/2009 | 08-13555 (JMP) | 42123 | $22,301.52 |
| 11 | SCHAFFNER-WUTHRICH, SUSI C/O LINDTLAW ADVOKATUR HAUPTSTRASSE 39 KREUZLINGEN, CH-8280 SWITZERLAND Blocking No. 2019 3237 16 M2509 | 10/09/2009 | 08-13555 (JMP) | 37231 | $51,510.40 | SCHLATTER, MATHIAS OBERDORFSTRASSE 1 8112 OTELFINGEN, SWITZERLAND Blocking No. 6488 3133 16 M2509 | 10/07/2009 | 08-13555 (JMP) | 36864 | $51,510.40 |
| 12 | SEEMANN-HAMM, ELISABETH WEIDLINGERSTRASSE 53/5/7 KLOSTERNEUBURG, 4-3400 AUSTRIA | 09/28/2009 | 08-13555 (JMP) | 35297 | $0.00* | WIESER, ELEONORE LUITHOLDSTRASSE 1/II MONDSEE, 5310 AUSTRIA | 09/21/2009 | 08-13555 (JMP) | 24508 | $0.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 4 of 11

| Account | Name | ISIN | Reference | Security | Qty | Amount |
|---|---|---|---|---|---|---|
| 1426587 | HOF-HERSPERGER THEODOR BUCHS AG | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 38 | 372634523018240.9 |
| 1671707 | SPEICH-WERNLI JORGE THALHEIM AG | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 12 | 188917303218240.9 |
| 1574838 | NIEDERBERGER MARIANNE AARAU | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 14 | 347873573318240.9 |
| 13864540 | DUBUIS MONIKA HALLWIL | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 8 | 189490284418240.9 |
| 2391268 | GLOOR MAX LENZBURG | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 9 | 84607147361824.09 |
| 1696968 | SCHIESS RUDOLF STAUFEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 13 | 492386153818240.9 |
| 6371428 | BUERKLI SAMUEL & MARIA REINACH AG | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 5 | 96278234411824.09 |
| 13999515 | LULU | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 17 | 927154024318240.9 |
| 1469602 | KAUFMANN EDUARD GRAENICHEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 8 | 59949827351824.09 |
| 2319030 | BLOCH JUERG ZUERICH | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 6 | 255590554518240.9 |
| 2400523 | HAASE-MUELLER DORA BRUGG AG | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 10 | 869488212618240.9 |
| 5680723 | MOLINARI ANNEMARIE RHEINFELDEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 100 | 337806044918240.9 |
| 13907654 | FREI GERTRUD AARAU | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 15 | 898994325018240.9 |
| 6228978 | BROGER EMIL ZUERICH | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 11 | 552010515118240.9 |
| 1939651 | ERBEN CAFLISCH-SIMMEN ALOIS WUERENLINGEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 5 | 97502509531824.09 |
| 6640483 | BADER EMIL & ERIKA MELLINGEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 13 | 864732551511250.9 |
| 2016877 | HEIMLICHER ELSBETH BADEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 20 | 145706051611250.9 |
| 5950947 | MEIER-LEHMANN FRANZ SCHNEISINGEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 20 | 613600131611250.9 |
| 3057583 | HERZOG-RIEK MARLIS WETTINGEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 27 | 643552221611250.9 |
| 2191011 | SCHLATTER MATHIAS OTELFINGEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 32 | 648831311611250.9 |
| 2184683 | SCHAFFNER-WUETHRICH SUSI MUENSINGEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 17 | 201932371611250.9 |
| 3095143 | NAEF KLARA RUEFENACH AG | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 5 | 57307845161125.09 |
| 1978243 | FRANC ZDENEK & MIRKA GEBENSTORF | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 5 | 405181531611250.9 |
| 1888914 | ABT ROMAN & GERTRUD BUENZEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 18 | 883296345311250.9 |
| 5635348 | SCHLESIER JAN WETTINGEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 8 | 440299141711250.9 |
| 2070600 | KUHNT ELISABETH LUPFIG | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 11 | 112599261711250.9 |
| 5695747 | GHIRINGHELLI MARCO SCHLIEREN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 8 | 456517001811250.9 |
| 4896727 | RAKESEDER FRITZ UNTERENGSTRINGEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 10 | 299584441711250.9 |
| 13300851 | SPECKER RUTH BLANCA ENNETBADEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 8 | 483668219181125.09 |
| 13262040 | PELC JOSEF ENNETBADEN | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 8 | 514174471811250.9 |
| 2635912 | WIDMER-HORLACHER VERENA SCHAFISHEIM | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 5 | 267356271811250.9 |
| 2412454 | HAYOZ MARCEL GEBENSTORF | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 8 | 220778521711250.9 |
| 2361545 | ERDIN-HUNKELER GUSTAV KLINGNAU | CH0027120853 | 0027120853 | CRT LEHMAN BROS-1 CHF | 5 | 009439122011250.9 |

```
==================================================================
Incoming Message -> Output from SECOM
==================================================================
MDU Header ------------------------------------------------------
    Direction Indicator                 #
    Record Identifier                   G30
    PDE Flag                            2 Falsch
    Authentication Flag                 1 Wahr
    Encryption Flag                     1 Wahr
    MDU Header Version                  2
    BP Identifier                       CH102203 AARGAUISCHE KB, AARAU
    SWIFT Message Type                  567
    Sub Message Type                    000
    Variable Header Length              10
    Text Length                         480
3:  User Header Block --------------------------------------------
    108: Message User Reference         J239PB1631701572
4:  Text Block ---------------------------------------------------
    16R: GENL Start of Block            GENL
    20C: SEME - Sender Reference        : SEME / / 6488313116112509         Schlatter Mathias
    20C: CORP - C/A Reference           : CORP / / 156500
    20C: COAF - Official Corporate Ac   : COAF / / SIS/LBHI-CLAIM
    23G: Function of the Message       INST
    22F: CAEV Corporate Action Event    : CAEV / / DFLT
    16R: LINK Start of Block            LINK
    13A: LINK Message Type of Linked    : LINK / / 565
    20C: RELA - Related Reference       : RELA / / SWSC-EVE9-64
    16S: LINK End of Block              LINK
    16R: STAT                           STAT
    25D: IPRC Underlying Instruction    : IPRC / / PACK
    16S: STAT End Of Block              STAT
    16S: GENL End of Block              GENL
    16R: CADETL Start of Block          CADETL
    13A: CAON Corporate Action Option   : CAON / / 001
    22F: CAOP Corporate Action Option   : CAOP / / OTHR
    97A: SAFE Safekeeping Account       : SAFE / / 20083013
    35B: Identification of Securities   ISIN  CH0027120853
                                        LEHMAN BROTHERS CERTIFICATE 2007-29
                                        .10.10 (EXP.15.10.10) ON SWISS MARK
                                        ET INDEX
    36B: STAQ Status Quantity           : STAQ / / UNIT / 32.00
    16S: CADETL End of Block            CADETL
```

```
   ................ .. ........ ......  .. ..  ........... ........
==================================================================
Incoming Message -> Output from SECOM
==================================================================
MDU Header ------------------------------------------------------
    Direction Indicator                 #
    Record Identifier                   G30
    PDE Flag                            2 Falsch
    Authentication Flag                 1 Wahr
    Encryption Flag                     1 Wahr
    MDU Header Version                  2
    BP Identifier                       CH102203 AARGAUISCHE KB, AARAU
    SWIFT Message Type                  567
    Sub Message Type                    000
    Variable Header Length              10
    Text Length                         480
3:  User Header Block --------------------------------------------
    108: Message User Reference         J239PB1637224967
4:  Text Block ---------------------------------------------------
    16R: GENL Start of Block            GENL
    20C: SEME - Sender Reference        : SEME / / 2019323716112509        Schaffner-Wuthrich
    20C: CORP - C/A Reference           : CORP / / 156500                  Susi
    20C: COAF - Official Corporate Ac   : COAF / / SIS/LBHI-CLAIM
    23G: Function of the Message        INST
    22F: CAEV Corporate Action Event    : CAEV / / DFLT
    16R: LINK Start of Block            LINK
    13A: LINK Message Type of Linked    : LINK / / 565
    20C: RELA - Related Reference       : RELA / / SWSC-EVE9-65
    16S: LINK End of Block              LINK
    16R: STAT                           STAT
    25D: IPRC Underlying Instruction    : IPRC / / PACK
    16S: STAT End Of Block              STAT
    16S: GENL End of Block              GENL
    16R: CADETL Start of Block          CADETL
    13A: CAON Corporate Action Option   : CAON / / 001
    22F: CAOP Corporate Action Option   : CAOP / / OTHR
    97A: SAFE Safekeeping Account       : SAFE / / 20083013
    35B: Identification of Securities   ISIN  CH0027120853
                                        LEHMAN BROTHERS CERTIFICATE 2007-29
                                        .10.10 (EXP.15.10.10) ON SWISS MARK
                                        ET INDEX
    36B: STAQ Status Quantity           : STAQ / / UNIT / 17.00
    16S: CADETL End of Block            CADETL
```

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000036864 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Herr
**Mathias Schlatter**
Oberdorfstrasse 1
8112 Otelfingen
Switzerland

Notices should be sent to:
Aargauische Kantonalbank
ISFS / EBU9
Bahnhofstrasse 58
CH-5001 Aarau

Telephone number:    Email Address: erich.buser@akb.ch

☐ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number:_____
(If known)
Filed on: _____

Name and address where payment should be sent (if different from above)
Payment through Citibank New York BIC: CITIUS33
f/o account no. 10937163 Aargauische Kantonalbank, 5001 Aarau (Switzerland) for further credit on account no. 1608123020007
Telephone number: +41 62 835 76 97    Email Address: erich.buser@akb.ch

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ ____51'510.40____ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): ____CH0027120853____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
**Blocking Reference:** 6488313116112509 ✓
(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
SIX SIS a/c 20083013
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
FILED / RECEIVED
OCT 07 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 2009/10/05
Signature: M. Schlatter   Mathias Schlatter

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000037231 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|---|
| Frau<br>**Susi Schaffner-Wüthrich**<br>c/o Lindtlaw Advokatur<br>Hauptstrasse 39<br>CH-8280 Kreuzlingen | Notices should be sent to:<br>Aargauische Kantonalbank<br>ISFS / EBU9<br>Bahnhofstrasse 58<br>CH-5001 Aarau | Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
| Telephone number: | Email Address: erich.buser@akb.ch | |

Name and address where payment should be sent (if different from above)
Payment through Citibank New York BIC: CITIUS33
f/o account no. 10937163 Aargauische Kantonalbank, 5001 Aarau (Switzerland) for further credit on account no. 1608123020007
Telephone number: +41 62 835 76 97   Email Address: erich.buser@akb.ch

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __27'364.90__ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): CH0027120853 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
Blocking Reference: ~~6488313116112509~~  2019323716112509
(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
SIX SIS a/c 20083013 (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FILED / RECEIVED
OCT 09 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>10/06/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

LIC. IUR. BEAT BÜER.