UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**Lehman Brothers Holdings, Inc.,**

                        Debtor.

AFFIDAVIT OF SERVICE
BY MAIL

Case No. 08-13555-jmp
Chapter 11

STATE OF NEW YORK    )
COUNTY OF ALBANY    )ss:

      Chelsea A. Bias, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Waterford, New York.

      That on August 3, 2011 deponent served a true and exact copy of a Notice of Motion, Motion for Relief with supporting exhibits and Memorandum of Law upon:

**Lehman Brothers Holding, Inc.**
Debtor
745 Seventh Avenue
New York, New York  10019

**Robert M. Novick, Esq.**
Attorney for Debtor
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway, 21st Floor
New York, New York  10019

**William J. Hine, Esq.**
**Benjamin Rosenblum, Esq.**
**Arthur J. Margulies**
Attorney for Debtor
Jones Day
222 East 41st Street
New York, New York  10017

**Thomas T. Janover, Esq.**
**Paul B. O'Neil, Esq.**
Attorney for Debtor
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036

**Robert J. Lemons, Esq.**
**Shai Waisman, Esq.**
**Jacqueline Marcus, Esq.**
Attorney for Debtor
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153

**Steven J. Reisman, Esq.**
**Lynn P. Harrison, III, Esq.**
**Jerrold Lyle Bregman, Esq.**
Attorney for Debtor
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York  10178

**Joshua Dorchak, Esq.**
Attorney for Debtor
Bingham McCutchen, LLP
399 Park Avenue
New York, New York  10022

**Aron Oliner**
Chapter 11 Trustee of the Kontrabecki Group
c/o Duane Morris, LLP
1540 Broadway, Suite 2000
New York, New York  10036

**Robert K. Dakis, Esq.**
Attorney for official Committee of Unsecured Creditors
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010

**Ralph I. Miller, Esq.**
Attorney for Debtor
Weil, Gotshal & Manges, LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005

**Andrea B. Schwartz, Esq.**
Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

**Herbert Baer, Esq.**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, New York 10017

**Dennis F. Dunne, Esq.**
Attorney for official Committee of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

**Office of the United States Trustee**
33 Whitehall Street, 21st Floor
New York, New York 10004

**William Heuer, Esq.**
Attorney for Chapter 11 Trustee of the Kontrabecki Group
Duane Morris, LLP
1540 Broadway
New York, New York 10036-4086

**James H.M. Sprayregen, Esq.**
**David R. Seligman, Esq.**
Attorney for Liquidators of Lehman Brothers Australia Limited
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

**Andrew D. Velez-Rivera, Esq.**
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

**Andrew Howard Sherman, Esq.**
Attorney for Chapter 11 Trustee
Sills Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, New York 10112

**Eric D. Winston, Esq.**
Attorney for official Committee of Unsecured Creditors
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

**Epiq Bankruptcy Solutions, LLC Claims Agent**
f/k/a Bankruptcy Services, LLC)
757 Third Avenue, 3rd Floor
New York, New York 10017

**Alfred H. Siegel, Esq.**
Chapter 11 Trustee
c/o Sills Cumis & Gross, P.C.
One Rockefeller Plaza
New York, New York 10020

**Christopher K. Kiplok, Esq.**
**Daniel Steven Lubell, Esq.**
**Jeffrey S. Margolin, Esq.**
**Neil J. Oxford, Esq.**
**Sarah K. Loomis Cave, Esq.**
**William R. Maguire, Esq.**
Attorneys for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

these being the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Chelsea A. Bias
Chelsea A. Bias

Sworn to before me this
3rd day of August 2011

/s/ Jennifer L. Spretty
NOTARY PUBLIC

Jennifer L Spretty
Notary Public, State of New York
County of Saratoga No. 01SP6033433
Commission Expires 11/15/13