UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                     :     Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :     08-13555 (JMP)
                                                          :     (Jointly Administered)
                       Debtors.                           :
                                                          :
------------------------------------------------------------x   Ref. Docket Nos. 18878 & 18884

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 2, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
3rd day of August, 2011
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
|  |  |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   CITIBANK, SD, N.A.
              701 EAST 60TH STREET NORTH
              SIOUX FALLS, SD 57117


Transferee:   CITIBANK, N.A.
              701 EAST 60TH STREET NORTH
              SIOUX FALLS, SD 57117


**Your transfer of claim #4 is defective for the reason(s) checked below:**

CANNOT LOCATE CREDITOR; NOT OWNER OF THE CLAIM


Refer to docket number 18878 in your objection.


*/s/ Lauren Rodriguez*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 2, 2011.

**EXHIBIT B**

CITIBANK, SD, N.A.  
701 EAST 60TH STREET NORTH  
SIOUX FALLS, SD 57117

CITIBANK, N.A.  
701 EAST 60TH STREET NORTH  
SIOUX FALLS, SD 57117