UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                        :     Chapter 11 Case No.
In re                                                   :
                                                        :     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :     (Jointly Administered)
                                                        :
             Debtors.                                   :     Ref. Docket Nos. 18749, 18839-
                                                        :     18841, 18850, 18851, 18853, 18856-
                                                        :     18875, 18877, 18879-18883, 18885-
                                                        :     18892, 18896-18900, 18902-18905,
---------------------------------------------------------------x     18907-18910, 18912, 18913, 18915
                                                        :
In re                                                   :     Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS COMMODITY                               :     08-13885 (JMP)
SERVICES INC., *et al.*,                                :     (Jointly Administered)
             Debtors.                                   :
                                                        :     Ref. Docket No. 44
                                                        :
---------------------------------------------------------------x
                                                        :
In re                                                   :     Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS SPECIAL FINANCING                       :     08-13888 (JMP)
INC.,                                                   :     (Jointly Administered)
             Debtors.                                   :
                                                        :     Ref. Docket Nos. 269-270
                                                        :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On August 2, 2011,  I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A,</u> by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached <u>Exhibit B.</u>

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         <u>/s/ Lauren Rodriguez</u>
                                         Lauren Rodriguez

Sworn to before me this
3rd day of August, 2011
<u>/s/ Eleni Kossivas</u>
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 18749, 18839-18841, 18850, 18851, 18853, 18856-18875, 18877, 18879-18883, 18885-18892,
18896-18900, 18902-18905, 18907-18910, 18912, 18913, 18915; (08-13885 DI 44) (08-13888 DI 269-270)_AFF_08-02-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BUTTERFIELD TRUST (BERMUDA) LIMITED,
         AS TRUSTEE ON BEHALF OF HFR EM ADVANTAGE MASTER TRUST
         C/O HFR ASSET MANAGEMENT, LLC
         ATTN: JOHN M. KLIMEK
         10 SOUTH RIVERSIDE PLAZA, SUITE 700
         CHICAGO IL 60606

Please note that your claim # 18035 in the above referenced case and in the amount of
        $738,702.27        has been transferred **(unless previously expunged by court order)**

        VONWIN CAPITAL MANAGEMENT, L.P.
        TRANSFEROR: BUTTERFIELD TRUST (BERMUDA) LIMITED, AS TRUSTEE ON BEHALF
        OF HFR EM ADVANTAGE MASTER TRUST
        261 FIFTH AVENUE, 22ND FLOOR
        NEW YORK NY 10016

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18888    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/02/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 2, 2011.

**EXHIBIT B**

TIME: 15:27:21
DATE: 08/02/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LTD. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| APPALOOSA INVESTMENT L.P. 1 | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: GOLDMAN, SACHS & CO. APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250S SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250S SHORT HILLS NJ 07078 |
| BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA MULTIPLE, | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA MULTIPLE, | GRUPO FINANCIERO BANORTE ATTN: IGNACIO SALDANA PAZ AVE. REVOLUTION #3000, COL. PRIMAVERA MONTERREY, N.L. C.P. 64830 MEXICO |
| BARCLAYS BANK PLC | TRANSFEROR: NESTLE IN THE USA PENSION TRUST 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BOTTICELLI, L.L.C. | TRANSFEROR: J.P. MORGAN SECURITIES LTD. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| BUTTERFIELD TRUST (BERMUDA) LIMITED, | AS TRUSTEE ON BEHALF OF HFR EM ADVANTAGE MASTER TRUST C/O HFR ASSET MANAGEMENT, LLC ATTN: JOHN M. KLIMEK 10 SOUTH RIVERSIDE PLAZA, SUITE 700 CHICAGO IL 60606 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CNP ASSURANCES | CLIFFORD CHANCE US LLP ATTN: JENNIFER C DEMARCO, ESQ & JENNIFER B PREMISLER, ESQ 31 WEST 52ND STREET NEW YORK NY 10019 |
| CNP ASSURANCES | DIRECTION DES INVESTISSEMENTS RESPONSABLE SERVICE SYSTEMES D'INFORMATION ET ADMINISTRATION ATTN ANTOINE FROMENTEZE 4 PLACE RAOUL DAUTRY PARIS CEDEX 15 75716 FRANCE |
| CONRAD, GISELA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA BARMBEKER WEG 15 BERLIN 13591 GERMANY |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2DD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CNP ASSURANCES ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CORE LABORATORIES LP ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DIE SPARKASSE BREMEN AG ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HARRINGTON PARTNERS, LP ATTN: RICHARD VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERCED PARTNERS II, LP ATTN: RICHARD VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICHARD VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MNC PARTNERS, L.P. ATTN: RICHARD VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM ABSOLUTE RETURN FIXED INCOME FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM ASSET ALLOCATION FUNDS - GROWTH PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM ASSET ALLOCATION FUNDS - GROWTH PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM CANADIAN GLOBAL TRUST - PUTNAM CANADIAN FIXED INCOM ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM GLOBAL INCOME TRUST ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM HIGH YIELD ADVANTAGE FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM HIGH YIELD FIXED INCOME FUND, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM HIGH YIELD TRUST ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM INTERNATIONAL DISTRIBUTORS, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM INTERNATIONAL EQUITY FUND, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM INVESTMENT HOLDINGS, LLC AS SUCCESSOR TO PUTNAM CREDIT HEDGE FUND, LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM INVESTMENT HOLDINGS, LLC PUTNAM GLOBAL GROWTH EQUITY FUND INSTITUTIONAL INCUBATED FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM INVESTMENT HOLDINGS, LLC - PUTNAM GLOBAL GROWTH EQUITY FUND - INSTITUTIONAL INCUBATED FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM INVESTMENT HOLDINGS, LLC-INTL CORE CONCENTRATED EQUITY INSTITUTIONAL INCUBATED FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM INVESTMENT HOLDINGS, LLC-INTL CORE CONCENTRATED EQUITY INSTITUTIONAL INCUBATED FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM PSVF LIABILITY FUNDING PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM PSVF LIABILITY FUNDING PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |

TIME: 15:27:21
DATE: 08/02/11

PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM TOTAL RETURN FUND, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM TOTAL RETURN TRUST ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM VT HIGH YIELD FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM VARIABLE TRUST - PUTNAM VT HIGH YIELD FUND ATTN: JEFFREY OLINSKY 60 WALL ST. 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM WORLD TRUST - PUTNAM GLOBAL FIXED INCOME ALPHA FUND S2 ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM WORLD TRUST - PUTNAM GLOBAL HIGH YIELD BOND FUND ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM WORLD TRUST - PUTNAM TOTAL RETURN FUND ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM WORLD TRUST-PUTNAM GLOBAL FIXED INCOME ALPHA FUND S2 ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SERENGETI RAPAX MM L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK SECURITIES INC. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PHILIP MORRIS FINANCE S.A. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON ST 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: INTESA SANPAOLO S P A. ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: DONAU VERSICHERUNG AG VIENNA INSURANCE GROUP ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: FONDAZIONE E.N.P.A.I.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HARRINGTON PARTNERS, LP | TRANSFEROR: VIENNA INSURANCE GROUP WIENER STADTISCHE VERSICHERUNG AG ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HARRINGTON PARTNERS, LP | SIDLEY AUSTIN LLP ATTN:ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 60603 |
| HARRINGTON PARTNERS, LP | SIDLEY AUSTIN LLP ATTN:ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 60603 |
| HUANG, JINGCHUAN | TRANSFEROR: NEWTON RE LIMITED C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| ILLIQUIDX LTD | TRANSFEROR: CITIBANK PRIVATKUNDEN ASF & CO. KGAA FORSTENRIEDER ALLEE 213 B MUENCHEN 81476 GERMANY |
| J.P. MORGAN SECURITIES LTD. | TRANSFEROR: UNION BANCAIRE PRIVEE ATTN: CELESTINO AMORE MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JAMAICA MONEY MARKET BROKERS LIMITED | TRANSFEROR: JAMAICA MONEY MARKET BROKERS LIMITED C/O JPMORGAN CHASE BANK, N.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - 36TH FLOOR NEW YORK NY 10005 |
| JP MORGAN CHASE BANK, N.A. | ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| JP MORGAN CHASE BANK, N.A. | TRANSFEROR: SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JP MORGAN CHASE BANK, N.A. | TRANSFEROR: SWISSCANTO (LU) SICAV II ADVISORY COMPANY HOLDING S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LAGAN PARTNERS, L.L.C. | TRANSFEROR: MYRIAD SECURITIES LIMITED C/O LAGAN PARTNERS, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | TRANSFEROR: UBS AG C/O ROPES & GRAY LLP ATTN: MARK I. BANE 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LEHMAN BROTHERS JAPAN INC | NOBUTAKA TANAKA KISHIMOTO BUILDING 2F, 2-1, MARUNOUCHI 2-CHOME, CHIYODA-KU, TOKYO, 100-0005 JAPAN |
| LEHMAN BROTHERS JAPAN INC | 6-10-1 ROPPONGI, MINATO-KU TOKYO, 106-6137 JAPAN |
| LLOYDS TSB BANK PLC | ATTN: VIVEK PRASHAR & PETER ADAMS 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: VIVEK PRASHAR & PETER ADAMS 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANSIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MERCED PARTNERS II, LP | SIDLEY AUSTIN LLP ATTN:ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 60603 |
| MERCED PARTNERS II, LP | TRANSFEROR: NEWTON RE LIMITED C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| MERCED PARTNERS LIMITED PARTNERSHIP | SIDLEY AUSTIN LLP ATTN:ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 60603 |
| MERCED PARTNERS LIMITED PARTNERSHIP | TRANSFEROR: NEWTON RE LIMITED C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 15:27:21
DATE: 08/02/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    3

| Name | Address |
|---|---|
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA MULTIPLE, GROUPO FINANCIERO BANORTE ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANORTE ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: LLOYDS TSB BANK PLC C/O BANK OF AMERICA TOWER -- 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: LLOYDS TSB BANK PLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: RON TOKOK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MNC PARTNERS, L.P. | SIDLEY AUSTIN LLP ATTN: ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 60603 |
| MNC PARTNERS, L.P. | SIDLEY AUSTIN LLP ATTN: ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 6060319 |
| MNC PARTNERS, L.P. | TRANSFEROR: NEWTON RE LIMITED C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| NESTLE IN THE USA PENSION TRUST | ATTN: KARIN BRODBECK C/O NESTLE RETIREMENT INVESTMENTS 900 LONG RIDGE RD BLDG 2 STAMFORD CT 06902-1138 |
| NESTLE IN THE USA PENSION TRUST | C/O NESTLE RETIREMENT INVESTMENTS ATTN: KARIN BRODBECK 900 LONG RIDGE RD BLDG 2 STAMFORD CT 06902-1138 |
| PALOMINO FUND LIMITED | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PALOMINO FUND LIMITED | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| PALOMINO FUND LIMITED | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| PHILIP MORRIS FINANCE S.A. | AVENUE DE RHODANIE 50 LAUSANNE 1007 SWITZERLAND |
| PUTNAM ABSOLUTE RETURN FIXED INCOME FUND | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION FUNDS - GROWTH PORTFOLIO | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST - PUTNAM CANADIAN FIXED INCOME LONG FUND | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD FIXED INCOME FUND, LLC | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL DISTRIBUTORS, LTD. | PUTNAM INTERNATIONAL DISTRIBUTIONS, LTD. C/O PUTNAM INVESTMENT ATTN: CUSTODY SERVICES, JUDD SYMON, SUZANNE DESHAIES, WENDY DRISCOLL MAIL STOP C4C: 7 SHATTUCK ROAD ANDOVER MA 01810 |
| PUTNAM INTERNATIONAL DISTRIBUTIONS, LTD. | TRANSFEROR: PUTNAM STRUCTURED OPPORTUNITIES FUND, LTD. C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL EQUITY FUND, LLC | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENT HOLDINGS, LLC | TRANSFEROR: PUTNAM CREDIT HEDGE FUND, L.P. C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENT HOLDINGS, LLC - INT'L CORE CONCENTRATED EQUITY | INSTITUTIONAL INCUBATED FUND C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENT HOLDINGS, LLC - PUTNAM INSTITUTIONAL EQUITY FUND | INSTITUTIONAL INCUBATED FUND C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENT HOLDINGS, LLC-INTERNATIONAL CORE CONCENTRATED EQUITY | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM PSVF LIABILITY FUNDING PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND, LLC | PUTNAM TOTAL RETURN FUND, LTD C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND, LLC | TRANSFEROR: PUTNAM TOTAL RETURN FUND, LTD. C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT HIGH YIELD FUND | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |

TIME: 15:27:21
DATE: 08/02/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 4

| Name | Address |
|---|---|
| PUTNAM WORLD TRUST - PUTNAM GLOBAL FIXED INCOME ALPHA FUND S2 | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST - PUTNAM GLOBAL HIGH YIELD BOND FUND | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST - PUTNAM TOTAL RETURN FUND | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SERENGETI RAPAX MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MGMT LP; ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SILVER POINT CAPITAL FUND, L.P. | XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| SCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SCP GROUP, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SCP GROUP, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| STOLLEY, HANNELORE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA JULIUS-VOSSELER-STR. 40 NLH APP. 228 HAMBURG 22527 GERMANY |
| THOROUGHBRED FUND L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED FUND L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED FUND L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| TOLLIVER PLACE, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| UBS AG | ATTN: BERT FOQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG | BINGHAM MCCUTCHEN LLP ATTN: ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| UNION BANCAIRE PRIVEE | ATTN CORPORATE ACTIONS DEPARTMENT RUE DU RHONE 96-98 CASE POSTALE 1320 GENEVA 1 1211 SWITZERLAND |
| VARDE FUND IX LP, THE | TRANSFEROR: JP MORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX LP, THE | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: JP MORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: JP MORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | TRANSFEROR: JP MORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: JP MORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VONWIN CAPITAL MANAGEMENT, L.P. | TRANSFEROR: BUTTERFIELD TRUST (BERMUDA) LIMITED, AS TRUSTEE ON BEHALF OF HFR EM ADVANTAGE MASTER TRUST 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |

Total Number of Records Printed          156

EPIQ BANKRUPTCY SOLUTIONS, LLC