WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

### QUARTERLY REPORT PURSUANT TO ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b) APPROVING SETTLEMENT PROCEDURES

Pursuant to the Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) Approving Settlement Procedures, entered on March 31, 2010 [Docket No. 7936] (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to settle certain prepetition claims in accordance with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file the quarterly report of all settlements entered into during the period April 1, 2011 to and including June 30, 2011 pursuant to the Settlement Procedures set forth in the Order, annexed hereto as <u>Exhibit A</u>.

Dated: August 4, 2011
      New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**
**(Quarterly Report)**

Claims Settlements for the Period 4/1/2011 to 6/30/2011

| Claimant | Claim # | Type of Claim | Filed Claim Amount | Claim Settlement Amount | Priority of Claim Settlement Amount | Date (Approx) |
|---|---|---|---|---|---|---|
| Citigroup Financial Products, Inc. | 17925 | General Unsecured | $ 11,955,000.00 | $ 806,250.00 | General Unsecured | 4/29/2011 |
| FD CBNA Loan Funding LLC | 17941 | General Unsecured | $ 257,500.00 | $ 218,160.00 | General Unsecured | 4/29/2011 |
| Ventas Realty, Limited Partnership | 11953 | General Unsecured | $ - * | $ 48,488.89 | General Unsecured | 5/2/2011 |
| Royal Bank of Scotland PLC | 21696 | General Unsecured | $ 10,072,600.10 | $ 440,700.00 | General Unsecured | Mid May |
| Bank of America, N.A. | 20113 | General Unsecured | $ 26,827.60 | $ 26,827.60 | General Unsecured | 5/12/2011 |
| DK Acquisition Partners, L.P. | 22087 | General Unsecured | $ 410,000.00 | $ 260,000.00 | General Unsecured | 5/10/2011 |
| Millennium Partners, L.P. | 20349 | General Unsecured | $ 4,625,155.91 | $ 1,393,205.91 | General Unsecured | 6/17/2011 |
| Newberry Credit Opportunities LLC | 20351 | General Unsecured | $ 2,327,713.24 | $ 1,850,000.00 | General Unsecured | 6/17/2011 |

* plus unliqudated amount