B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.        ,           Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banca del Piemonte con socio unico Spa | Banca del Piemonte con socio unico Spa |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): __/ /__
Amount of Claim: Usd 2,842,561.73
Date Claim Filed: 10/23/2009

Phone: 0039.011.5652.222/217
Last Four Digits of Acct #: 88511

Phone: 0039.011.5652.222/217
Last Four Digits of Acct. #: 76228

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   Banca del Piemonte Spa
      General Manager
      Transferee/Transferee's Agent                        Date: 05/16/2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

(Required)
see schedule attached



# Banca del Piemonte

| | | |
|---|---|---|
| **3048.6** Società per Azioni | Swift BDCP IT TT | Capitale Sociale € 25.010.800 |
| con unico socio | R.E.A. n. 35228 | Cod. Fisc. - Part. IVA - iscr. Registro |
| Sede Legale e Sede Centrale: | Iscritta all'Albo delle Banche | Imprese di Torino n. 00821100013 |
| 10121 Torino - Via Cernaia, 7 | www.bancadelpiemonte.it | Aderente al Fondo Interbancario |
| Telefono +39.011.56.52.1 | Telefax +39.011.531.280 | di Tutela dei Depositi |

United States Bankruptcy Court
Southern District of New York
Lehman Brother Holdings Claims Processing Center
c/o Epiq Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Turin, May 16th 2011

Re: **Lehman Brothers Holdings Inc. Ch. 11 (Case No. 08-13555 JMP)**

Dear Sirs,

please find attached the B 210A Form which we have completed in order to notify you the transfer of our Lehman Programs Securities from Clearstream account number 76228 (unpublished) to Clearstream account number 88511 held by BNP Paribas on Banca del Piemonte's behalf.

For your reference, please also find attached copy of our proof of claim.

For any information, do not hesitate to contact us at the following e-mail address: legale@bancadelpiemonte.it.

Best regards,

BANCA DEL PIEMONTE

| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP) 0000049619 |
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | THIS SPACE IS FOR COURT USE |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) BANCA DEL PIEMONTE CON UNICO SOCIO SPA (ON BEHALF OF ITS CLIENTS) VIA CERNAIA, 7 - 10121 TORINO - ITALY FAO: ILARIA SICA Telephone number: 00390115652334  Email Address: i.sica@bancadelpiemonte.it | ☐ Check this box to indicate that this claim amends a previously filed claim. Court Claim Number:_____ (If known) Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above) Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 2,842,561.73   (Required)  SEE SCHEDULE ATTACHED

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ (Required) SEE SCHEDULE ATTACHED

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

_____ (Required)  SEE SCHEDULE ATTACHED

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
76228 (UNPUBLISHED)      (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY FILED / RECEIVED OCT 27 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date. 10.23.2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. GENERAL MANAGER [signature] | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

LEHMAN BROTHERS

| LEHMAN PROGRAM SECURITIES - LBHI | | | | |
|---|---|---|---|---|
| ISIN CODE | CLEARSTREAM BANK BLOCKING NUMBER | FACE VALUE | INTERESTS UP TO 09.14.2008 | TOTAL AMOUNT |
| XS0179304869 | CA39635 | 138,679.80 | 832.04 | 139,511.84 |
| XS0183944643 | CA39625 | 134,434.50 | 4,222.19 | 138,656.69 |
| XS0189741001 | CA39633 | 1,228,306.80 | 12,515.22 | 1,240,822.02 |
| XS0193035358 | CA39627 | 14,151.00 | 49.18 | 14,200.18 |
| XS0205185456 | CA39630 | 94,811.70 | 467.24 | 95,278.94 |
| XS0210414750 | CA39632 | 24,953.60 | 790.88 | 25,744.48 |
| XS0213899510 | CA39631 | 157,076.10 | 3,253.40 | 160,329.50 |
| XS0252834576 | CA39628 | 212,265.00 | 3,093.83 | 215,358.83 |
| TOTAL AMOUNT | | 2,004,678.5 | 25,223.98 | 2,029,902.48 |
| LEHMAN PROGRAM SECURITIES - LBT | | | | |
| ISIN CODE | CLEARSTREAM BANK BLOCKING NUMBER | FACE VALUE | INTERESTS UP TO 09.14.2008 | TOTAL AMOUNT |
| XS0176153350 | CA39623 | 434,435.70 | 12,357.87 | 446,793.57 |
| XS0181945972 | CA39624 | 28,302.00 | 677.03 | 28,979.03 |
| XS0189294225 | CA39634 | 131,604.30 | 2,242.52 | 133,846.82 |
| XS0200284247 | CA39626 | 28,302.00 | 844.35 | 29,146.35 |
| XS0211814123 | CA39629 | 169,812.00 | 4,081.48 | 173,893.48 |
| TOTAL AMOUNT | | 792,456.00 | 20,203.25 | 812,659.25 |
| TOTAL AMOUNT LBHI & LBT | | | | 2,842,561.73 |
| THIS PROOF OF CLAIM IS FILED ON BEHALF OF THE CLIENTS OF THE BANK | | | | |

BANCA DEL PIEMONTE
GENERAL MANAGER





KEEP AN EYE ON YOUR PACKAGE!
http://www.dhl.com or track@dhl.com