B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.,           ,           Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Anton Raas | Credit Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   Anton Raas, Akazienweg 6,
   CH-8500 Frauenfeld

Court Claim # (if known):  55829
Amount of Claim:  _____
Date Claim Filed:  10/29/2009

Phone:  +41 52 720 69 36
Last Four Digits of Acct #:   2001

Phone:  +1 (212) 474 11 35
Last Four Digits of Acct. #:  _____

Name and Address where transferee payments should be sent (if different from above):
   Thurgauer Kantonalbank, Rheinstrasse 17
   CH-8500 Frauenfeld

Phone:  +41 52 728 52 71
Last Four Digits of Acct #:   2001

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____                              Date:  07.05.2011
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Mr. Anton Raas** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**), **CHF 50'000 (fifty thousand Swiss Franks)** related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON May 4, 2011.

**Credit Suisse AG**

By: _____
Name: Martina Stettler
Title:  Vice President

By: _____
Name: Juliette Diallo
Title:  Assistant Vice President

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0328873681 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 50'000.00 |





PRIORITY
CHF 9.80
Stand 2
0.024 kg
SWISS POST

09.05.11 09:01
CH - 8500
Frauenfeld 1

P.P. Postage Paid

8147

R Recommandé

RF 918 781 474 CH

Please scan - Signature required
Veuillez scanner - Remise contre Signature

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

PRIORITY / PRIORITAIRE

RECEIVED MAY 2011

RECEIVED MAY 13 2011