United States Bankruptcy Court for the

## WITHDRAWAL OF CLAIM

Case N° 08 - 13555 (JMP)

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. |
|---|---|
| Creditor Name and Address: | BANQUE MARTIN MAUREL SELLA - BP 175 VILLA DUPONT 3 BD PRINCESSE CHARLOTTE MC 98003 MONACO CEDEX |
| Court Claim Number (if known): | 0000060488 |
| Date Claim Filed: | OCT 30 2009 |
| Total Amount of Claim Filed: | $ 234.927 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 07/25/2011

Print Name: JACQUES CAHART

Title (if applicable): ADMINISTRATIVE DIRECTOR

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.



| "Wheelon, Tina" <twhe@epiqsystems.com> | Pour : "'cbonizec@martinmaurel.com'" <cbonizec@martinmaurel.com> |
|---|---|
| 26/07/2011 00:54 | CC : <br> Objet : Lehman Brothers Holdings Inc |

Dear Ms. Bonizec,

Attached is a claim withdrawal form you may use if you wish to withdraw your claim in the Lehman Brothers Holdings Inc Chapter 11 Bankruptcy case.
You may send the form to:

If by first-class mail:
Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
If by Hand Delivery, Overnight mail or Courier requiring a signature:
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Feel free to contact me if you have any additional questions.
Kind Regards,

**Tina Wheelon**
Project Coordinator
Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton, OR 97005
Phone: 503.350.5953
Fax: 503.350.5953
www.epiqsystems.com

Managed technology for the global legal profession

ClaimWithdrawalForm.|

| United States Bankruptcy Court/Southern District of New York | | LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)   0000060488 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) BANQUE MARTIN MAUREL SELLA VILLA DU PONT 3 BD PRINCESSE CHARLOTTE BP 175 MC 98003 MONACO CEDEX | ☐ Check this box to indicate that this claim amends a previously filed claim. Court Claim Number: _____ (If known) Filed on: _____ |
|---|---|
| Telephone number: (377) 97 77 21 90   Email Address: cfenetre@banquemartinmaurel.com | |
| Name and address where payment should be sent (if different from above) SAME AS ABOVE Telephone number:   Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 234.927 _____ (Required) (two hundred and thirty four thousand nine hundred and twenty seven)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):   XS0213899510   (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:   Undisclosed ownership

(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
Euroclear Bank a/c 97816 (favour a/c 050883)   (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY FILED / RECEIVED OCT 3 0 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date. 10/27/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. CHRISTIAN FENETRE | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

THE BANK OF NEW YORK MELLON

# CURRENT HOLDINGS BY DEPOSITORY

AS OF DATE: 14-OCT-09

ACCOUNT: G-000050883
BMM AVOIRS CLIENTS + OPCVM

| LAST CHG | SECURITY NO / SEDOL | SECURITY DESCRIPTION | REGISTRATION | CURRENCY | POSITION | QUANTITY |
|---|---|---|---|---|---|---|
| **DEPOSITORY: ECL - EUROCLEAR** | | | | | | |
| 05-OCT-09 | XS0213899510 B06CB40 | LEHMAN BROTHERS HOLDING 4.0 09MAR15 | MAIN ACCT | EUR | HELD | 165,000 BON |
| **DEPOSITORY: ECLR - EUROCLEAR CA RESTRICTION** | | | | | | |
| 05-OCT-09 | XS0213899510 B06CB40 | LEHMAN BROTHERS HOLDING 4.0 09MAR15 | MAIN ACCT | EUR | RESTRICTED | 125,000 BON |

ID: RWCR0079          CREATED: 10/15/2009, 8:26:55 AM          PAGE          1





**XTREMELY URGENT** — NE PAS ENVOYER D'ESPECES OU EQUIVALENT · DE BIJOUX. La responsabilité de DHL n'excédera en aucune façon 100 US $, quelle que soit l'expédition. Voir les Conditions Générales de Transport figurant sur le bordereau. DO NOT SEND, CASH, CASH EQUIVALENT OR JEWELLERY.



