**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
         Debtors.                               :    (Jointly Administered)
                                                :
------------------------------------------------------------------x    Ref. Docket No. 19013
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 3, 2011, I caused to be served the "Monthly Report Pursuant to Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Authorizing the Establishment of Procedures to Terminate Unfunded Commitments and Restructure Corporate Loan Agreements," dated August 1, 2011 [Docket No. 19013], by causing true and correct copies to be:

    a.  enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c.  delivered via facsimile to the party listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
3rd day of August, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

KIRKLAND & ELLIS LLP
ATTN: ISKENDER H. CATTO, ESQ.
(COUNSEL TO PACIFIC SUMMIT ENERGY LLC)
CITIGROUP CENTER
153 EAST 53RD STREET
NEW YORK, NY 10022

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com |
| aalfonso@willkie.com | azylberberg@whitecase.com |
| abraunstein@riemerlaw.com | bankr@zuckerman.com |
| acaton@kramerlevin.com | bankruptcy@goodwin.com |
| acker@chapman.com | bankruptcy@morrisoncohen.com |
| adam.brezine@hro.com | bankruptcy@ntexas-attorneys.com |
| adarwin@nixonpeabody.com | bankruptcymatters@us.nomura.com |
| adiamond@diamondmccarthy.com | barbra.parlin@hklaw.com |
| aeckstein@blankrome.com | bbisignani@postschell.com |
| aentwistle@entwistle-law.com | bcarlson@co.sanmateo.ca.us |
| afriedman@irell.com | bdk@schlamstone.com |
| agbanknewyork@ag.tn.gov | bguiney@pbwt.com |
| aglenn@kasowitz.com | bill.freeman@pillsburylaw.com |
| agold@herrick.com | bkmail@prommis.com |
| ahammer@freebornpeters.com | bmanne@tuckerlaw.com |
| aisenberg@saul.com | bmiller@mofo.com |
| akantesaria@oppenheimerfunds.com | boneill@kramerlevin.com |
| alum@ftportfolios.com | brian.corey@greentreecreditsolutions.com |
| amarder@msek.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | broy@rltlawfirm.com |
| amenard@tishmanspeyer.com | bstrickland@wtplaw.com |
| andrew.brozman@cliffordchance.com | btrust@mayerbrown.com |
| andrew.lourie@kobrekim.com | bturk@tishmanspeyer.com |
| angelich.george@arentfox.com | bwolfe@sheppardmullin.com |
| ann.reynaud@shell.com | bzabarauskas@crowell.com |
| anthony_boccanfuso@aporter.com | cahn@clm.com |
| aoberry@bermanesq.com | calbert@reitlerlaw.com |
| aostrow@beckerglynn.com | canelas@pursuitpartners.com |
| apo@stevenslee.com | carol.weinerlevy@bingham.com |
| aquale@sidley.com | cbelisle@wfw.com |
| araboy@cov.com | cbelmonte@ssbb.com |
| arahl@reedsmith.com | cbrotstein@bm.net |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com |
| arlbank@pbfcm.com | chammerman@paulweiss.com |
| arosenblatt@chadbourne.com | chardman@klestadt.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com |
| arwolf@wlrk.com | charles_malloy@aporter.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com |
| ashaffer@mayerbrown.com | chris.donoho@lovells.com |
| ashmead@sewkis.com | christopher.schueller@bipc.com |
| asnow@ssbb.com | clarkb@sullcrom.com |
| atrehan@mayerbrown.com | clynch@reedsmith.com |
| aunger@sidley.com | cmontgomery@salans.com |
| austin.bankruptcy@publicans.com | cohenr@sewkis.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| colea@gtlaw.com | diconzam@gtlaw.com |
| cousinss@gtlaw.com | djoseph@stradley.com |
| cp@stevenslee.com | dkleiner@velaw.com |
| cpappas@dilworthlaw.com | dkozusko@willkie.com |
| craig.goldblatt@wilmerhale.com | dlemay@chadbourne.com |
| crmomjian@attorneygeneral.gov | dlipke@vedderprice.com |
| cs@stevenslee.com | dludman@brownconnery.com |
| csalomon@beckerglynn.com | dmcguire@winston.com |
| cschreiber@winston.com | dmurray@jenner.com |
| cshore@whitecase.com | dneier@winston.com |
| cshulman@sheppardmullin.com | dodonnell@milbank.com |
| ctatelbaum@adorno.com | dove.michelle@dorsey.com |
| cwalsh@mayerbrown.com | dowd.mary@arentfox.com |
| cward@polsinelli.com | dpegno@dpklaw.com |
| cweber@ebg-law.com | draelson@fisherbrothers.com |
| cweiss@ingramllp.com | dravin@wolffsamson.com |
| dallas.bankruptcy@publicans.com | drose@pryorcashman.com |
| daniel.guyder@allenovery.com | drosenzweig@fulbright.com |
| dave.davis@isgria.com | drosner@goulstonstorrs.com |
| david.bennett@tklaw.com | drosner@kasowitz.com |
| david.crichlow@pillsburylaw.com | dshaffer@wtplaw.com |
| david.heller@lw.com | dshemano@pwkllp.com |
| david.seligman@kirkland.com | dspelfogel@foley.com |
| davids@blbglaw.com | dtatge@ebglaw.com |
| davidwheeler@mvalaw.com | dwdykhouse@pbwt.com |
| dbalog@intersil.com | dwildes@stroock.com |
| dbarber@bsblawyers.com | dworkman@bakerlaw.com |
| dbaumstein@whitecase.com | easmith@venable.com |
| dbesikof@loeb.com | echang@steinlubin.com |
| dcimo@gjb-law.com | ecohen@russell.com |
| dcoffino@cov.com | efleck@milbank.com |
| dcrapo@gibbonslaw.com | efriedman@friedumspring.com |
| ddavis@paulweiss.com | egeekie@schiffhardin.com |
| ddrebsky@nixonpeabody.com | eglas@mccarter.com |
| ddunne@milbank.com | ehollander@whitecase.com |
| deggermann@kramerlevin.com | ekbergc@lanepowell.com |
| deggert@freebornpeters.com | elevin@lowenstein.com |
| demetra.liggins@tklaw.com | eli.mattioli@klgates.com |
| deryck.palmer@cwt.com | ellen.halstead@cwt.com |
| dfelder@orrick.com | emerberg@mayerbrown.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dgrimes@reedsmith.com | eschaffer@reedsmith.com |
| dhayes@mcguirewoods.com | eschwartz@contrariancapital.com |
| dheffer@foley.com | esmith@dl.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| etillinghast@sheppardmullin.com | jacobsonn@sec.gov |
| ezujkowski@emmetmarvin.com | james.mcclammy@dpw.com |
| ezweig@optonline.net | james.sprayregen@kirkland.com |
| fbp@ppgms.com | jamestecce@quinnemanuel.com |
| feldsteinh@sullcrom.com | jamie.nelson@dubaiic.com |
| ffm@bostonbusinesslaw.com | jar@outtengolden.com |
| fhyman@mayerbrown.com | jason.jurgens@cwt.com |
| fishere@butzel.com | jay.hurst@oag.state.tx.us |
| francois.janson@hklaw.com | jay@kleinsolomon.com |
| fsosnick@shearman.com | jbecker@wilmingtontrust.com |
| fyates@sonnenschein.com | jbeemer@entwistle-law.com |
| gabriel.delvirginia@verizon.net | jbeiers@co.sanmateo.ca.us |
| gbray@milbank.com | jbird@polsinelli.com |
| george.davis@cwt.com | jbromley@cgsh.com |
| geraci@thalergertler.com | jcarberry@cl-law.com |
| ggitomer@mkbattorneys.com | jchristian@tobinlaw.com |
| giddens@hugheshubbard.com | jdrucker@coleschotz.com |
| gkaden@goulstonstorrs.com | jdyas@halperinlaw.net |
| glenn.siegel@dechert.com | jean-david.barnea@usdoj.gov |
| gmoss@riemerlaw.com | jeanites@whiteandwilliams.com |
| gravert@mwe.com | jeannette.boot@wilmerhale.com |
| gspilsbury@jsslaw.com | jeff.wittig@coair.com |
| guzzi@whitecase.com | jeffrey.sabin@bingham.com |
| harrisjm@michigan.gov | jeldredge@velaw.com |
| harveystrickon@paulhastings.com | jen.premisler@cliffordchance.com |
| hbeltzer@mayerbrown.com | jennifer.demarco@cliffordchance.com |
| heidi@crumbielaw.com | jennifer.gore@shell.com |
| heim.steve@dorsey.com | jeremy.eiden@state.mn.us |
| heiser@chapman.com | jessica.fink@cwt.com |
| hirsch.robert@arentfox.com | jfalgowski@reedsmith.com |
| hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| holsen@stroock.com | jfox@joefoxlaw.com |
| howard.hawkins@cwt.com | jfreeberg@wfw.com |
| hseife@chadbourne.com | jg5786@att.com |
| hsnovikoff@wlrk.com | jgarrity@shearman.com |
| icatto@kirkland.com | jgenovese@gjb-law.com |
| igoldstein@dl.com | jguy@orrick.com |
| ilevee@lowenstein.com | jherzog@gklaw.com |
| info2@normandyhill.com | jhiggins@fdlaw.com |
| ira.herman@tklaw.com | jhorgan@phxa.com |
| isgreene@hhlaw.com | jhuggett@margolisedelstein.com |
| israel.dahan@cwt.com | jhuh@ffwplaw.com |
| iva.uroic@dechert.com | jim@atkinslawfirm.com |
| jaclyn.genchi@kayescholer.com | jjoyce@dresslerpeters.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| jjtancredi@daypitney.com | jwcohen@daypitney.com |
| jjureller@klestadt.com | jweiss@gibsondunn.com |
| jkehoe@btkmc.com | jwest@velaw.com |
| jlamar@maynardcooper.com | jwh@njlawfirm.com |
| jlawlor@wmd-law.com | k4.nomura@aozorabank.co.jp |
| jlee@foley.com | karen.wagner@dpw.com |
| jlevitin@cahill.com | kdwbankruptcydepartment@kelleydrye.com |
| jlipson@crockerkuno.com | keckhardt@hunton.com |
| jliu@dl.com | keith.simon@lw.com |
| jlovi@steptoe.com | ken.coleman@allenovery.com |
| jlscott@reedsmith.com | ken.higman@hp.com |
| jmaddock@mcguirewoods.com | kerry.moynihan@hro.com |
| jmazermarino@msek.com | kgwynne@reedsmith.com |
| jmcginley@wilmingtontrust.com | kiplok@hugheshubbard.com |
| jmelko@gardere.com | kkelly@ebglaw.com |
| jmerva@fult.com | klyman@irell.com |
| jmmurphy@stradley.com | kmayer@mccarter.com |
| jmr@msf-law.com | kobak@hugheshubbard.com |
| john.monaghan@hklaw.com | korr@orrick.com |
| john.rapisardi@cwt.com | kostad@mofo.com |
| john@crumbielaw.com | kovskyd@pepperlaw.com |
| joli@crlpc.com | kpiper@steptoe.com |
| jorbach@hahnhessen.com | kressk@pepperlaw.com |
| joseph.cordaro@usdoj.gov | kreynolds@mklawnyc.com |
| joshua.dorchak@bingham.com | krosen@lowenstein.com |
| jowen769@yahoo.com | kuehn@bragarwexler.com |
| jowolf@law.nyc.gov | kurt.mayr@bgllp.com |
| joy.mathias@dubaiic.com | lacyr@sullcrom.com |
| jpintarelli@mofo.com | landon@streusandlandon.com |
| jporter@entwistle-law.com | lathompson@co.sanmateo.ca.us |
| jprol@lowenstein.com | lawallf@pepperlaw.com |
| jrabinowitz@rltlawfirm.com | lberkoff@moritthock.com |
| jrsmith@hunton.com | lee.stremba@troutmansanders.com |
| jschwartz@hahnhessen.com | lgranfield@cgsh.com |
| jsheerin@mcguirewoods.com | lhandelsman@stroock.com |
| jshickich@riddellwilliams.com | linda.boyle@twtelecom.com |
| jsmairo@pbnlaw.com | lisa.ewart@wilmerhale.com |
| jstoll@mayerbrown.com | lisa.kraidin@allenovery.com |
| jsullivan@mosessinger.com | ljkotler@duanemorris.com |
| jtimko@shutts.com | lmarinuzzi@mofo.com |
| jtougas@mayerbrown.com | lmay@coleschotz.com |
| judy.morse@crowedunlevy.com | lmcgowen@orrick.com |
| jwallack@goulstonstorrs.com | lml@ppgms.com |
| jwang@sipc.org | lnashelsky@mofo.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| loizides@loizides.com | mjacobs@pryorcashman.com |
| lromansic@steptoe.com | mjedelman@vedderprice.com |
| lscarcella@farrellfritz.com | mjr1@westchestergov.com |
| lschweitzer@cgsh.com | mkjaer@winston.com |
| lthompson@whitecase.com | mlahaie@akingump.com |
| lubell@hugheshubbard.com | mlandman@lcbf.com |
| lwhidden@salans.com | mlynch2@travelers.com |
| mabrams@willkie.com | mmendez@hunton.com |
| maofiling@cgsh.com | mmooney@deilylawfirm.com |
| marc.chait@sc.com | mmorreale@us.mufg.jp |
| margolin@hugheshubbard.com | mneier@ibolaw.com |
| mark.deveno@bingham.com | monica.lawless@brookfieldproperties.com |
| mark.ellenberg@cwt.com | mpage@kelleydrye.com |
| mark.houle@pillsburylaw.com | mprimoff@kayescholer.com |
| mark.sherrill@sutherland.com | mpucillo@bermanesq.com |
| martin.davis@ots.treas.gov | mrosenthal@gibsondunn.com |
| marvin.clements@ag.tn.gov | mruetzel@whitecase.com |
| matt@willaw.com | mschimel@sju.edu |
| matthew.klepper@dlapiper.com | mshiner@tuckerlaw.com |
| maustin@orrick.com | msiegel@brownrudnick.com |
| mbenner@tishmanspeyer.com | mspeiser@stroock.com |
| mberman@nixonpeabody.com | mstamer@akingump.com |
| mbienenstock@dl.com | mvenditto@reedsmith.com |
| mbossi@thompsoncoburn.com | mwarren@mtb.com |
| mcademartori@sheppardmullin.com | ncoco@mwe.com |
| mccombst@sullcrom.com | neal.mann@oag.state.ny.us |
| mcordone@stradley.com | ned.schodek@shearman.com |
| mcto@debevoise.com | neilberger@teamtogut.com |
| mdorval@stradley.com | newyork@sec.gov |
| melorod@gtlaw.com | nfurman@scottwoodcapital.com |
| meltzere@pepperlaw.com | nherman@morganlewis.com |
| metkin@lowenstein.com | nissay_10259-0154@mhmjapan.com |
| mfeldman@willkie.com | nlepore@schnader.com |
| mgordon@briggs.com | notice@bkcylaw.com |
| mgreger@allenmatkins.com | oipress@travelers.com |
| mh1@mccallaraymer.com | omeca.nedd@lovells.com |
| mhopkins@cov.com | otccorpactions@finra.org |
| michael.frege@cms-hs.com | paronzon@milbank.com |
| michael.kelly@monarchlp.com | patrick.oh@freshfields.com |
| michael.kim@kobrekim.com | paul.turner@sutherland.com |
| millee12@nationwide.com | pbattista@gjb-law.com |
| miller@taftlaw.com | pbosswick@ssbb.com |
| mimi.m.wong@irscounsel.treas.gov | pdublin@akingump.com |
| mitchell.ayer@tklaw.com | peisenberg@lockelord.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| peter.gilhuly@lw.com | ronald.silverman@bingham.com |
| peter.macdonald@wilmerhale.com | rqureshi@reedsmith.com |
| peter.simmons@friedfrank.com | rreid@sheppardmullin.com |
| peter@bankrupt.com | rroupinian@outtengolden.com |
| pfeldman@oshr.com | rrussell@andrewskurth.com |
| phayden@mcguirewoods.com | rterenzi@stcwlaw.com |
| pmaxcy@sonnenschein.com | rtrust@cravath.com |
| ppascuzzi@ffwplaw.com | russj4478@aol.com |
| ppatterson@stradley.com | rwasserman@cftc.gov |
| psp@njlawfirm.com | rwyron@orrick.com |
| ptrostle@jenner.com | s.minehan@aozorabank.co.jp |
| pwright@dl.com | sabin.willett@bingham.com |
| r.stahl@stahlzelloe.com | sabramowitz@velaw.com |
| raj.madan@bingham.com | sagolden@hhlaw.com |
| rajohnson@akingump.com | sally.henry@skadden.com |
| ramona.neal@hp.com | sandyscafaria@eaton.com |
| ranjit.mather@bnymellon.com | sara.tapinekis@cliffordchance.com |
| rbeacher@pryorcashman.com | scargill@lowenstein.com |
| rbyman@jenner.com | schannej@pepperlaw.com |
| rdaversa@orrick.com | schepis@pursuitpartners.com |
| relgidely@gjb-law.com | schnabel.eric@dorsey.com |
| rfleischer@pryorcashman.com | schristianson@buchalter.com |
| rfrankel@orrick.com | schwartzmatthew@sullcrom.com |
| rfriedman@silvermanacampora.com | scottshelley@quinnemanuel.com |
| rgmason@wlrk.com | scousins@armstrongteasdale.com |
| rgraham@whitecase.com | sdnyecf@dor.mo.gov |
| rhett.campbell@tklaw.com | sehlers@armstrongteasdale.com |
| richard.lear@hklaw.com | sfelderstein@ffwplaw.com |
| richard.levy@lw.com | sfineman@lchb.com |
| richard.tisdale@friedfrank.com | sfox@mcguirewoods.com |
| ritkin@steptoe.com | sgordon@cahill.com |
| rjones@boultcummings.com | sgubner@ebg-law.com |
| rleek@hodgsonruss.com | shannon.nagle@friedfrank.com |
| rlevin@cravath.com | sharbeck@sipc.org |
| rmatzat@hahnhessen.com | shari.leventhal@ny.frb.org |
| rnetzer@willkie.com | shgross5@yahoo.com |
| robert.bailey@bnymellon.com | sidorsky@butzel.com |
| robert.dombroff@bingham.com | slerner@ssd.com |
| robert.henoch@kobrekim.com | slevine@brownrudnick.com |
| robert.malone@dbr.com | sloden@diamondmccarthy.com |
| robert.yalen@usdoj.gov | smayerson@ssd.com |
| robertdakis@quinnemanuel.com | smillman@stroock.com |
| robin.keller@lovells.com | smulligan@bsblawyers.com |
| roger@rnagioff.com | snewman@katskykorins.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
ssusman@susmangodfrey.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com

ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |