**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                  :

In re                      :       **Chapter 11 Case No.**
                  :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :       **08-13555 (JMP)**
                  :       **(Jointly Administered)**

          **Debtors.**       :
                  :

---------------------------------------------------------------------x       **Ref. Docket Nos. 18842, 18843,**
                                   **18918-18928, 18930-18935, 18937-**
                                   **18966, 18968-18970, 18972, 18988**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 3, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                     */s/ Lauren Rodriguez*
                                     Lauren Rodriguez

Sworn to before me this
5th day of August, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    BARCLAYS BANK PLC
           TRANSFEROR: CREDIT SUISSE
           745 SEVENTH AVENUE
           NEW YORK NY 10019

Please note that your claim # 55829-67 in the above referenced case and in the amount of
           $0.00        has been transferred **(unless previously expunged by court order)**

           STONEHILL INSTITUTIONAL PARTNERS, L.P.
           TRANSFEROR: BARCLAYS BANK PLC
           C/O STONEHILL CAPITAL MANAGEMENT LLC
           ATTN: STEVEN D. NELSON
           885 THIRD AVENUE, 30TH FLOOR
           NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18919      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/03/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 3, 2011.

**EXHIBIT B**

TIME: 14:29:27
DATE: 08/03/11

PAGE: 1

## LEHMAN BROTHERS HOLDING INC.
### CREDITOR LISTING

| Name | Address |
|------|---------|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALTINED HOLDINGS LLC | |
| | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARD KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| APPALOOSA INVESTMENT L.P. 1 | DAVID HOYT ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| AUSTRITY GROUP LLC | TRANSFEROR: BARCLAYS BANK PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BARCLAYS BANK PLC | TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VENDOR CAPITAL MANAGEMENT L.P. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: WYDER-KILLER, ERNST 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BERGEMANN, ANNEGRET AND KLAUS-MATTHIAS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA MAGDALENENSTR. 31 16552 SCHILDOW GERMANY |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE ZARAGOZA, ARAGON Y RIOJA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE ZARAGOZA, ARAGON Y RIOJA | ATTN: MR. PEDRO DOLZ TOMEY / MR. ALFREDO FALCON BLASCO PLAZA DE PARAISO, NO 2 ZARAGOZA 50008 SPAIN |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: DETTMANN, DIETER BETHMANNSTRASSE 7-9 60311 FRANKFURT AM MAIN GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: LENDER, ILSE BETHMANNSTRASSE 7-9 60311 FRANKFURT AM MAIN GERMANY |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DETTMANN, DIETER | AM WALL 25 PINNEBERG 25421 GERMANY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DOLPHINSU CAPITAL LLC | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 1001 NEW YORK NY 10281 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CREDIT MUTUEL ARKEA 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CNP ASSURANCES ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CNP I.A.M. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ILLIQUIDX LLP ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: INVESTISSEMENT TRESOR VIE ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| ILLIQUIDX LLP | TRANSFEROR: PREVIFOSTE ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| J.P. MORGAN SECURITIES LTD. | TRANSFEROR: CREDIT INDUSTRIEL ET COMMERCIAL, LONDON MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| J.P. MORGAN SECURITIES LTD. | TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: SEVENTH AVENUE MANAGING DIRECTOR NY-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| J.P. MORGAN SECURITIES LTD. | TRANSFEROR: COMMERZBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JP MORGAN CHASE BANK, N.A. | TRANSFEROR: SWISSCANTO (LU) SICAV II ADVISORY COMPANY HOLDING S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LATAJ GROUP LLC | TRANSFEROR: J.P. MORGAN SECURITIES LTD. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LENDER, ILSE | SCHEEFKOPPEL 14 22956 GRONWOHLD GERMANY |
| LIVERPOOL LIMITED PARTNERSHIP, THE | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL NEW YORK NY 10019 |
| LIVERPOOL LIMITED PARTNERSHIP, THE | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 1001 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 14:29:27
DATE: 08/03/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| LIVERPOOL LIMITED PARTNERSHIP, THE | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| MERCK & CO. INC. | ATTN: MICHAEL BRADLEY, DIRECTOR - FOREIGN EXCHANGE ONE MERCK DRIVE, WS3AF-16 P.O. BOX 100 WHITEHOUSE STATION NJ 08889-0100 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: MERCK & CO. INC. ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: TELEFONICA, S.A. ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: VR-LIW GMBH 1 ANGEL LANE LONDON EC4R 3AB UNITED KINGDOM |
| PALOMINO FUND LIMITED | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PALOMINO FUND LIMITED | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PALOMINO FUND LIMITED | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| PALOMINO FUND LIMITED | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| PALOMINO FUND LIMITED | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| REALCLUB HOLDINGS LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| SUTTONBROOK CAPITAL PORTFOLIO LP | C/O SUTTONBROOK CAPITAL MANAGEMENT LP ATTN: BRETT SPECTOR AND RICHARD POTAPCHUK 598 MADISON AVE - 6TH FLOOR NEW YORK NY 10022 |
| SUTTONBROOK CAPITAL PORTFOLIO, L.P. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019 |
| SUTTONBROOK CAPITAL PORTFOLIO, L.P. | C/O SUTTON BROOK CAPITAL MANAGEMENT, LLC ATTN: BRETT SPECTOR 598 MADISON AVENUE - 6TH FLOOR NEW YORK NY 10022 |
| TELEFONICA, S.A. | ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C - EDIFICIO CENTRAL - PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID 28050 SPAIN |
| TELEFONICA, S.A. | IRENA GOLDSTEIN, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| THOROUGHBRED FUND L.P. | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED FUND L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVE NEW YORK NY 10017 |
| THOROUGHBRED FUND L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED FUND L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED FUND L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED MASTER LTD | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED MASTER LTD | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: SUTTONBROOK CAPITAL PORTFOLIO LP UBS LOAN SERVICING UNIT BANKING PRODUCT SERVICES ATTN: HOUSSEM DALY 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: SUTTONBROOK CAPITAL PORTFOLIO, L.P. UBS LOAN SERVICING UNIT BANKING PRODUCT SERVICES ATTN: HOUSSEM DALY 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, LP | TRANSFEROR: JP MORGAN CHASE BANK, N.A. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM 59069 GERMANY |
| WIRT, KATHARINA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA THEODOR-BOETEL-WEG 50 31139 HILDESHEIM GERMANY |
| YORVIK PARTNERS LLP | TRANSFEROR: CAJA DE AHORROS Y MONTE DE PIEDAD DE ZARAGOZA, ARAGON Y RIOJA ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| ZURCHER KANTONALBANK | GABRIELE FROSSARD SPECIAL CORPORATE ACTIONS BAHNHOFSTR. 9 CH-8001 ZURICH SWITZERLAND |
| ZURCHER KANTONALBANK | TRANSFEROR: UBS AG ATTN: GABRIELE FROSSARD SPECIAL CORPORATE ACTIONS PO BOX 8010 ZURICH SWITZERLAND |

Total Number of Records Printed    85

EPIQ BANKRUPTCY SOLUTIONS, LLC