WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Perez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :   08-13555 (JMP)
                                        :
                Debtors.                :   (Jointly Administered)
                                        :
-------------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON AUGUST 9, 2011 AT 2:00 P.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1. Amended Motion for Approval of Procedures for Determining the Allowed Amount of Claims filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. **[Docket No. 18127]**

   Response Deadline:   August 2, 2011 at 4:00 p.m.

   Responses Received:

   A.   Statement of Official Committee of Unsecured Creditors in Response to Debtors' Amended Motion **[Docket No. 19042]**

   B.   Joint Statement of Certain Holders of Notes Issued by Lehman Brothers Treasury Company B.V. and Guaranteed by Lehman Brothers Holdings Inc. in Support of Debtors' Amended Motion **[Docket No. 19069]**

   C. Limited Objection of The Steven G. Holder Living Trust **[Docket No. 18446]**

 Related Documents:

   D. Revised Proposed Order **[Docket No. 19058]**

   E. Declaration of Daniel J. Ehrmann in Support of the Amended Motion **[Docket No. 19059]**

 Status: This matter is going forward uncontested.

Dated: August 8, 2011
   New York, New York

          /s/ Alfredo R. Perez
          Alfredo R. Perez

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession