SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Fredric Sosnick

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: 
: 
In re:                                                                       :    Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :    Case No. 08 – 13555 (JMP)
:
Debtors.                                :    (Jointly Administered)
:
:
---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
                             )    ss.:
COUNTY OF NEW YORK           )

Alexa J. Loo, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

2. On August 5, 2011, I caused to be served via Federal Express, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of (i) the *Response of OZ Master Fund, Ltd. to Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims)*; (ii) the *Response of OZ Asia Master Fund, Ltd. to Debtors' One Hundred*

NYDOCS03/915633.2

*Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims)*); (iii) the *Response of OZ Europe Master Fund, Ltd. to Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims)*; (iv) the *Response of Goldman Sachs & Co. Profit Sharing Master Trust to Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims)*; and (v) the *Supplemental Verified Statement of Shearman & Sterling LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019*.

*[signature]*

Alexa J. Loo

SWORN TO AND SUBSCRIBED before me on this 5th day of August, 2011.

*[signature]*

TODD A. MATTHIAS
Notary Public, State of New York
No. 5006112
Qualified in Westchester County
Commission Expires Dec. 28, 20 14

NYDOCS03/915633.2

# Exhibit A

Weil Gotshal & Manges LLP
Attn:   Robert Lemons, Lori R. Fife, Shai Y. Waisman, Penny Reid, and Jacqueline Marcus
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Southern District of New York
Attn:   Elisabeth Gasparini, Andrea Schwartz, Linda Rifkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

NYDOCS03/915633.2