UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC. | * | CHAPTER 11 |
| Debtor | * | (Jointly Administered) |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF APPEARANCE AND REQUEST
FOR COPIES OF ALL NOTICES AND PLEADINGS

Please take notice that Louisiana Sheriff's Pension and Relief Fund, a creditor in the above-captioned case, hereby appears in the above-captioned case by its co-counsel, Richard W. Martinez, APLC; such co-counsel hereby enters its appearance in the above-captioned case pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone, and facsimile numbers indicated:

Richard W. Martinez
Richard W. Martinez, APLC
228 St. Charles Avenue, Suite 1310
New Orleans, LA 70130
Facsimile: (504)525-6701
Email: richard@rwmaplc.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion,

petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This *Notice of Appearance and Demand for Notices and Papers* is not intended to be nor should it be deemed or construed to be a waiver of the above-named party-in-interest's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

          Respectfully Submitted,

          */S/Richard W. Martinez*
          _____
          **RICHARD W. MARTINEZ**
          Richard W. Martinez, APLC
          228 St. Charles Avenue, Suite 1310
          New Orleans, LA 70130
          Telephone: (504)525-3343
          Facsimile: (504)525-6701
          Email: richard@rwmaplc.com
          Attorney for Louisiana Sheriff's Pension and Relief Fund

Dated: August 8, 2011