Office of Thrift Supervision
Harborside Financial Center Plaza Five, Suite 1600
Jersey City, NJ 07311
Telephone: (201) 413 7302

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                       Debtors.                                  :    (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM
## OF THE OFFICE OF THRIFT SUPERVISION

PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure and in accordance with the *Order Granting Debtors' Motion, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363 of the Bankruptcy Code, for Approval of (I) a Settlement Agreement Between the Debtors and Aurora Bank FSB Regarding the Master Forward Agreement and Other Matters and (II) Certain Other Related Relief, Including Authorization of (A) Certain Debtors to Make Capital Transfers, (B) LBHI to Enter Into a Capital Maintenance Agreement, and (C) LBHI to Extend the Duration of the Amended Repurchase Agreement and Financing Facility*, dated September 23, 2010 [Docket No. 11566], the Office of Thrift Supervision (the "OTS") hereby withdraws with prejudice Proofs of Claim Nos. 15078 and 15079 (the "Proofs of Claim"). The OTS requests that the Proofs of Claim be expunged from the official claims registry for the above-captioned debtors.

Dated: November 30, 2010

Michael E. Finn
Regional Director
Office of Thrift Supervision
Harborside Financial Center Plaza Five, Suite 1600
Jersey City, NJ 07311
Telephone: (201) 413 7302