PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Robert M. Keane, Jr. (CA Bar No. 192080)
Katherine A. Traxler (CA Bar No. 150620)

Special Counsel for the
Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : Chapter 11
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : Case No. 08-13555 (JMP)
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE** that Paul, Hastings, Janofsky & Walker LLP is now known as Paul Hastings LLP. Paul Hastings LLP is the successor in interest to Paul, Hastings, Janofsky & Walker LLP.

Dated:    Los Angeles, CA
          July 28, 2011

                                        Respectfully submitted,

                                         /s/ Katherine A. Traxler.
                                        Robert M. Keane, Jr. (CA Bar No. 192080)
                                        Katherine A. Traxler (CA Bar No. 150620)
                                        PAUL HASTINGS LLP
                                        515 South Flower Street, Twenty-Fifth Floor
                                        Los Angeles, CA 90071-2228
                                        Telephone: 213-683-6000
                                        Fax: 213-627-0705

                                        Special Counsel for the Debtors and Debtors-in-Possession