WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    08-13555 (JMP)
                                        :
                    Debtors.            :    (Jointly Administered)
                                        :
-----------------------------------------------------------------x
```

<u>**NOTICE OF FILING OF UPDATED MASTER SERVICE LIST**</u>

Pursuant to an order of this Court dated September 22, 2008, granting the

Debtors' motion for an order implementing certain notice and case management procedures

[Docket No. 285], as amended on February 13, 2009 [Docket No. 2837], and June 17, 2010

[Docket No. 9635], attached hereto is the Master Service List as of August 8, 2011.

Dated:  August 8, 2011
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
JACQUELINE MARCUS ROBERT LEMONS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153
RICHARD.KRASNOW@WEIL.COM;
LORI.FIFE@WEIL.COM; ROBERT.LEMONS@WEIL.COM;
JACQUELINE.MARCUS@WEIL.COM

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ; ELISABETTA G GASPARINI,
ESQ
ANDREA B SCHWARTZ, ESQ
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004
FAX: 212-668-2255

HUGHES HUBBARD & REED LLP
ATTN: SARAH CAVE, JAMES W. GIDDENS,
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482
FAX: 212-422-4726
GIDDENS@HUGHESHUBBARD.COM;
KIPLOK@HUGHESHUBBARD.COM;
KOBAK@HUGHESHUBBARD.COM;
MARGOLIN@HUGHESHUBBARD.COM;
LUBELL@HUGHESHUBBARD.COM;
WILTENBURG@HUGHESHUBBARD.COM

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
FAX: 212-530-5219
DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM;
DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FL
LOS ANGELES, CA 90017
FAX: 213-629-5063
PARONZON@MILBANK.COM; GBRAY@MILBANK.COM

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
FAX: 212-637-2717, 212-637-2686
ROBERT.YALEN@USDOJ.GOV

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581
FAX: 202-418-5524
TARBIT@CFTC.GOV

COMMODITY FUTURES TRADING COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581
FAX: 202-418-5547
RWASSERMAN@CFTC.GOV

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007
FAX: 212-436-1931

SECURITIES INVESTOR PROTECTION CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215
FAX: 202-371-6728
SHARBECK@SIPC.ORG; JWANG@SIPC.ORG

US DEPARTMENT OF JUSTICE
ATTN: JEAN-DAVID BARNEA, JOSEPH CODARO

JEAN-DAVID.BARNEA@USDOJ.GOV;
JOSEPH.CORDARO@USDOJ.GOV

US SECURITIES AND EXCHANGE COMMISSION
MARK SCHONFELD, REGIONAL DIRECTOR

FAX: 212-336-1322
NEWYORK@SEC.GOV

US SECURITIES AND EXCHANGE COMMISSION
NEAL JACOBSON

FAX: 212-336-1348
JACOBSONN@SEC.GOV

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
JBROMLEY@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM

ADORNO & YOSS LLP
ATTN: CHARLES M. TATELBAUM, ESQ.
(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL,
GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC)
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL 33301
FAX: 866-821-4198
CTATELBAUM@ADORNO.COM

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN AND
MEREDITH A. LAHAIE
(COUNSEL TO INFORMAL NOTEHOLDER GROUP)
ONE BRYANT PARK
NEW YORK, NY 10036-6715
FAX: 212-872-1002
MSTAMER@AKINGUMP.COM;
PDUBLIN@AKINGUMP.COM;
MLAHAIE@AKINGUMP.COM

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: ROBERT A. JOHNSON
(COUNSEL TO DYNERGY MARKETING POWER INC.)
ONE BRYANT PARK
NEW YORK, NY 10036
RAJOHNSON@AKINGUMP.COM

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
(COUNSEL TO BANK OF CHINA)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
FAX: 212-610-6399
LISA.KRAIDIN@ALLENOVERY.COM

ALLEN & OVERY LLP
ATTN: KEN COLEMAN
(COUNSEL TO FIRST COMMERCIAL BANK., LTD NY
AGENCY
AND BANK OF TAIWAN)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
FAX: 212-610-6399
KEN.COLEMAN@ALLENOVERY.COM

ALLEN & OVERY LLP
ATTN: DANIEL GUYDER
(COUNSEL TO AOZORA BANK, LTD.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
FAX: 212-610-6399
DANIEL.GUYDER@ALLENOVERY.COM

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER AND KIM RODRIGUEZ
(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO
TECH,
SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS)
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321
FAX: 949-553-8354
MGREGER@ALLENMATKINS.COM;
KRODRIGUEZ@ALLENMATKINS.COM

ANDERSON KILL & OLICK, P.C.
ATTN: ROBERT M HORKOVICH, TODD E DUFFY
DENNIS J NOLAN, ESQ
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1182
FAX: 212-278-1233
TDUFFY@ANDERSONKILL.COM

ANDREWS KURTH LLP
ATTN: ROBIN RUSSELL, ESQ.
(COUNSEL TO EPCO HOLDINGS, INC.)
600 TRAVIS, STE. 4200
HOUSTON, TX 77019
FAX: 713-220-4285
RRUSSELL@ANDREWSKURTH.COM

AOZORA BANK, LTD.
ATTN: SUSAN MINEHAN, SENIOR COUNSEL
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN
FAX: 81-3-3263-9872
S.MINEHAN@AOZORABANK.CO.JP

ARENT FOX LLP
ATTN: ROBERT M HIRSCH AND GEORGE P ANGELICH
(COUNSEL TO THE VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019
FAX: 212-484-3990
HIRSCH.ROBERT@ARENTFOX.COM;
ANGELICH.GEORGE@ARENTFOX.COM

ARENT FOX LLP
ATTN: MARY JOANNE DOWD, ESQ.
(COUNSEL TO GEORGETOWN UNIVERSITY)
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
FAX: 202-857-6395
DOWD.MARY@ARENTFOX.COM

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2740
FAX: 314-621-5065
SCOUSINS@ARMSTRONGTEASDALE.COM;SEHLERS@AR
MSTRONGTEASDALE.COM

ARNOLD & PORTER LLP
ATTN: CHARLES A. MALLOY
(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK
PLC)
555 12TH ST., NW
WASHINGTON, DC 20004
FAX: 202-942-5999
CHARLES_MALLOY@APORTER.COM

ARNOLD & PORTER LLP
ATTN: ANTHONY D. BOCCANFUSO
(COUNSEL TO DANSKE BANK A/S & SAMPO BANK PLC)
399 PARK AVENUE
NEW YORK, NY 10022-4690
FAX: 212-715-1399
ANTHONY_BOCCANFUSO@APORTER.COM

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
JG5786@ATT.COM

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271
FAX: 212-416-6009
NEAL.MANN@OAG.STATE.NY.US

BAKEN BOTTS L.L.P.
ATTN: TONY M. DAVIS
(COUNSEL TO LINN ENERGY, LLC)
910 LOUISIANA STREET
HOUSTON, TX 77002-4995
FAX: 713-229-1522
TONY.DAVIS@BAKERBOTTS.COM

BAKER & HOSTETLER LLP
ATTN: DONALD A. WORKMAN
(COUNSEL TO METAVANTE CORPORATION)
WASHINGTON SQUARE, SUITE 1100
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036-5304
FAX: 202-861-1783
DWORKMAN@BAKERLAW.COM

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030
FAX: 215-945-7001
PETER@BANKRUPT.COM

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
(COUNSEL TO IRON MOUNTAIN MANAGEMENT INC)
155 FEDERAL STREET 9TH FLOOR
BOSTON, MA 02110
FAX: 617-422-0383
FFM@BOSTONBUSINESSLAW.COM

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTN: CHESTER B. SALOMON
(COUNSEL TO 469 BERGMAN PROPERTIES LLC, SUMMIT
CAPITAL PARTNERS, IRA WERTENTIEL,RICHARD E
WITTEN, SHAMAH 2000 FAMILY TRUST, ET AL.)
299 PARK AVENUE
NEW YORK, NY 10171
FAX: 212-888-0255
CSALOMON@BECKERGLYNN.COM

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTN: ALEC P. OSTROW
(COUNSEL TO ALPINE BANK)
299 PARK AVENUE
NEW YORK, NY 10171
FAX: 212-888-0255
AOSTROW@BECKERGLYNN.COM

BERGER & MONTAGUE, P.C.
ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER,
ROBIN SWITZENBAUM AND DAVID ANZISKA
(COUNSEL TO STATE OF NJ, DEPARTMENT OF
TREASURY)
1622 LOCUST STREET
PHILADELPHIA, PA 19103
FAX: 215-875-4604
CBROTSTEIN@BM.NET

BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
ATTN: MICHAEL PUCILLO, WENDY ZOBERMAN,
ANNE F O'BERRY
(COUNSEL TO FLORIDA STATE BOARD OF
ADMINISTRATION)
4280 PROFESSIONAL CENTER DR STE 350
PALM BCH GDNS, FL 33410-4280
FAX: 561-835-0322
MPUCILLO@BERMANESQ.COM;
WZOBERMAN@BERMANESQ.COM;
AOBERRY@BERMANESQ.COM

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM,
N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER.
ENG. LCL 13)
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130
FAX: 858-793-0323
DAVIDS@BLBGLAW.COM

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER, STEVEN T. MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO 80237
FAX: 720-488-7711
DBARBER@BSBLAWYERS.COM

BIEGING SHAPIRO & BURRUS LLP
ATTN: DUNCAN E. BARBER, STEVEN T. MULLIGAN
(COUNSEL TO IRONBRIDGE ASPEN, MOUNTAIN &
HOMES)
4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650
DENVER, CO 80237
FAX: 720-488-7711
DBARBER@BSBLAWYERS.COM;
SMULLIGAN@BSBLAWYERS.COM

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
STEVEN WILAMOWSKY
(COUNSEL TO UBS FINANCIAL SERVICES, ET AL)
399 PARK AVENUE
NEW YORK, NY 10022-4689
FAX: 212-752-5378
JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO UBS FINANCIAL SERVICES, UBS INTL,
UBS FIN SRVS OF PR, DEUSTCHE BANK, HALBIS)
ONE FEDERAL PLAZA
BOSTON, MA 02110-1726
FAX: 617-951-8736
SABIN.WILLETT@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND
STEVEN WILAMOWSKY
(COUNSEL TO DEUTSCHE BANK)
399 PARK AVENUE
NEW YORK, NY 10022-4689
FAX: 212-752-5378
JEFFREY.SABIN@BINGHAM.COM;
ROBERT.DOMBROFF@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
(COUNSEL TO METROPOLITAN LIFE INSURANCE
COMPANY)
ONE STATE STREET
HARTFORD, CT 06103
FAX: 860-240-2800
MARK.DEVENO@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
JOSHUA DORCHAK
(COUNSEL TO CURRENEX, STATE ST BANK & UBS SEC'S)
399 PARK AVENUE
NEW YORK, NY 10022-4689
FAX: 212-752-5378
JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY SABIN, RONALD SILVERMAN, STEVEN
WILAMOWSKY AND CAROL WEINER LEVY
(COUNSEL TO HALBIS DISTRESSED OPP MASTER FUND
LTD)
399 PARK AVENUE
NEW YORK, NY 10022-4689
FAX: 212-752-5378
JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM;
CAROL.WEINERLEVY@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN AND JOSHUA DORCHAK
(COUNSEL TO PUTNAM INVESTMENTS, LLC)
399 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-752-5378
JEFFREY.SABIN@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: RAJIV MADAN AND ANGIE OWEN
(SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN
POSSESSION)
2020 K STREET NW
WASHINGTON, DC 20006-1806
FAX: 202-775-8586
RAJ.MADAN@BINGHAM.COM;

BLANK ROME LLP
ATTN: ANDREW ECKSTEIN, ESQ.
(COUNSEL TO THOMSON REUTERS)
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY 10174
FAX: 917-332-3724
AECKSTEIN@BLANKROME.COM

BOULT, CUMMINGS, CONNERS & BERRY, PLC
ATTN:  AUSTIN L. MCMULLEN,  ROGER G. JONES
(COUNSEL TO FRANKLIN AMERICAN MORTGAGE
COMPANY)
1600 DIVISION STREET, SUITE 700
P.O. BOX 340025
NASHVILLE, TN 37203
FAX: 615-252-6307
AMCMULLEN@BOULTCUMMINGS.COM;
RJONES@BOULTCUMMINGS.COM

BRACEWELL & GIULIANI LLP
ATTN: KURT A. MAYR
(COUNSEL TO MR. ALAIN BACHELOT, THE PROVISIONAL
FRENCH ADMINISTRATOR OF BANQUE LEHMAN
BROTHERS SA)
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT 06103
FAX: 860-246-3201
KURT.MAYR@BGLLP.COM

BRAGAR WEXLER EAGEL & SQUIRE, P.C.
ATTN: JUSTIN A. KUEHN
(COUNSEL TO MARK MAZZATTA & MICHELLE
MCHUGH-MAZZATA)
885 THIRD AVENUE - SUITE 3040
NEW YORK, NY 10022
FAX: 212-486-0462
KUEHN@BRAGARWEXLER.COM

BRICE, VANDER LINDEN & WERNICK, P.C.
ATTN: HILARY B. BONIAL
(COUNSEL TO LITTON LOAN SERVICING, LP)
9441 LBJ FREEWAY, SUITE 350
DALLAS, TX 75243
FAX: 972-643-6698
NOTICE@BKCYLAW.COM

BRIGGS & MORGAN, P.A.
ATTN: MICHAEL D. GORDON
(COUNSEL TO MEMBERS UNTD CORP FEDERAL CRDT
UNION)
2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402
FAX: 612-977-8650
MGORDON@BRIGGS.COM

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO.
LLC)
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021
FAX: 212-417-7195
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO BUSINESS OBJECTS AMERICAS)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096
FAX: 856-853-9933
DLUDMAN@BROWNCONNERY.COM

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO FRICTIONLESS COMMERCE, INC.)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096
FAX: 856-853-9933
DLUDMAN@BROWNCONNERY.COM

BROWN RUDNICK LLP
ATTN: MARTIN S. SIEGEL
(COUNSEL TO LBT AD HOC GROUP)
SEVEN TIMES SQUARE
NEW YORK, NY 10036
FAX: 212-209-4801
MSIEGEL@BROWNRUDNICK.COM

BROWN RUDNICK LLP
ATTN: STEVEN B. LEVINE
(COUNSEL TO LBT AD HOC GROUP)
ONE FINANCIAL CENTER
BOSTON, MA 02111
FAX: 617-856-8201
SLEVINE@BROWNRUDNICK.COM

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN:  SHAWN M CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE USA INC)
4 EMBARCADERO CTR FL 22
SAN FRANCISCO, CA 94111-5998
FAX: 415-227-0770
SCHRISTIANSON@BUCHALTER.COM

BUCHANAN INGERSOLL & ROONEY PC
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018
FAX: 212-440-4401
CHRISTOPHER.SCHUELLER@BIPC.COM

BUCHANAN INGERSOLL & ROONEY PC
ATTN: TIMOTHY P. PALMER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FLOOR
PITTSBURGH, PA 15219-1410
FAX: 412-562-1041
TIMOTHY.PALMER@BIPC.COM

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.)
380 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017
FAX: 212-818-0494
FISHERE@BUTZEL.COM; SIDORSKY@BUTZEL.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ,
GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.
(COUNSEL TO CITIGROUP INC.)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
FAX: 212-504-6666
DERYCK.PALMER@CWT.COM;
JOHN.RAPISARDI@CWT.COM;
GEORGE.DAVIS@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD
(COUNSEL TO MORGAN STANLEY, CHILTON NEW ERA)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
FAX: 212-504-6666
HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
FAX: 212-504-6666
ISRAEL.DAHAN@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDINGS LLC & MORGAN
STANLEY & CO INC AND AFFILIATES)
700 SIXTH STREET, NW
WASHINGTON, DC 20001
FAX: 202-862-2400
MARK.ELLENBERG@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, ELLEN HALSTEAD.
(COUNSEL TO CREDIT SUISSE)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
FAX: 212-504-6666
HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND ELLEN M.
HALSTEAD
(COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY
FUND
L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY FUND
LP)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
FAX: 212-504-6666
HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD R. HAWKINS, JR., ESQ.
(COUNSEL TO EXUM RIDGE CBO, SGS HY CRD FUND,
AVIV
LCDO, AIRLIE LCDO, PEBBLE CREEK AND WHITE
MARLIN)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
FAX: 212-504-6666
HOWARD.HAWKINS@CWT.COM

CADWALDER, WICKERSHAM & TAFT, LLP
ATTN: HOWARD R. HAWKINS, JASON JURGENS &
ELLEN M. HALSTEAD, ESQ.
(COUNSEL TO WESTLB AG, NEW YORK BRANCH)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
FAX: 212-504-6666
HOWARD.HAWKINS@CWT.COM;
JASON.JURGENS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
(COUNSEL TO HYPO INVESTMENKBANK AG)
EIGHTY PINE STREET
NEW YORK, NY 10005
FAX: 212-269-5420
SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL
PO BOX 942707
SACRAMENTO, CA 94229-2707
FAX: 916-795-3659
THOMAS_NOGUEROLA@CALPERS.CA.GOV

CARTER, LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN
(COUNSEL TO PUNJAB NATIONAL BANK)
2 WALL STREET
NEW YORK, NY 10005
FAX: 212-732-3232
CAHN@CLM.COM

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166
FAX: 212-984-6655
WANDA.GOODLOE@CBRE.COM

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW
ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012
FAX: 212-541-5369
DLEMAY@CHADBOURNE.COM;
HSEIFE@CHADBOURNE.COM;
AROSENBLATT@CHADBOURNE.COM

CHAPMAN AND CUTLER LLP
JAMES SPIOTTO ANN ACKER FRANKLIN TOP JAMES
HEISER
(COUNSEL TO BANK OF MONTREAL; US BANK
NATIONAL AUSTRALIA BANK LIMITED)
111 WEST MONROE STREET
CHICAGO, IL 60603
FAX: 312-701-2361
SPIOTTO@CHAPMAN.COM; ACKER@CHAPMAN.COM;
HEISER@CHAPMAN.COM

CHAPMAN AND CUTLER LLP
ATTN: JAMES HEISER
(COUNSEL TO GENERAL HELICOPTERS INTERNATIONAL
LLC)
111 WEST MONROE STREET
CHICAGO, IL 60603
FAX: 312-701-2361
HEISER@CHAPMAN.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND LISA M.
SCHWEITZER
(COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
LGRANFIELD@CGSH.COM; LSCHWEITZER@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS, LLC
AND D.E. SHAW OCULUS PORTFOLIOS, LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL
(COUNSEL TO HELLMAN & FRIEDMAN LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZI & DAVID LIVSHIV
(COUNSEL TO GOLDMAN SACHS CREDIT PARTNERS AND
GS EUROPEAN PERFORMANCE FUND LTD; NORDIC
INVEST. BNK)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JEFFREY A. ROSENTHAL
(COUNSEL TO WACHOVIA BANK, WACHOVIA
SECURITIES LTD
AND EVERGREEN, ET AL.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZZI AND THOMAS J.
MOLONEY
(COUNSEL TO GOLDMAN, SACHS & CO., ET AL. AND
J. ARON & COMPANY)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
MAOFILING@CGSH.COM

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY 10019
FAX: 212-878-8375
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND SARA M. TAPINEKIS
(COUNSEL TO CALYON AND CALYON SECURITIES)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131
FAX: 212-878-8375
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
SARA.TAPINEKIS@CLIFFORDCHANCE.COM

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND JENNIFER PREMISLER
(COUNSEL TO BANIF-BANCO, DEXIA LUXEMBURG,
DEXIA LOCAL, DEXIA DEUTSCHLAND AND DEXIA
BELGIQUE)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131
FAX: 212-878-8375
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
JEN.PREMISLER@CLIFFORDCHANCE.COM

COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
ATTN: PETER PEARLMAN AND JEFFREY HERRMANN
(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF
TREASURY, DIVISION OF INVESTMENT)
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ 07663
FAX: 201-845-9423
PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTN: LAURENCE MAY, ESQ. AND JOHN H. DRUCKER,
ESQ.
(COUNSEL TO FEDERAL HOME LOAN BANK OF
PITTSBURGH)
900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022
FAX: 212-752-8393
LMAY@COLESCHOTZ.COM;
JDRUCKER@COLESCHOTZ.COM

CONNOLLY ROSANIA & LOFSTEDT, P.C.
ATTN: JOLI A. LOFSTEDT, ESQ.
(COUNSEL TO IRONBRIDGE PROPERTY OWNERS ASSOC.)
950 SPRUCE STREET, SUITE 1C
LOUISVILLE, CO 80027
FAX: 303-661-9555
JOLI@CRLPC.COM

CONTINENTAL AIRLINES, INC.
ATTN: JEFF WITTIG
1600 SMITH
DEPT. HQ56G
HOUSTON, TX 77019
FAX: 713-324-5161
JEFF.WITTIG@COAIR.COM

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830
ESCHWARTZ@CONTRARIANCAPITAL.COM

COUNTY OF SAN MATEO
ATTN: B CARLSON, J BEIERS, L THOMPSON, CO COUNSEL
(COUNSEL TO COUNTY OF SAN MATEO AND COUNTY OF
MONTEREY)
400 COUNTY CENTER
REDWOOD CITY, CA 94063-1662
FAX: 650-363-4034
BCARLSON@CO.SANMATEO.CA.US;
JBEIERS@CO.SANMATEO.CA.US;
LATHOMPSON@CO.SANMATEO.CA.US

COVINGTON & BURLING LLP
ATTN: M HOPKINS, D COFFINO, A RABOY
(COUNSEL TO WILMINGTON TRUST COMPANY)
THE NEW YORK TIMES BUILDING
NEW YORK, NY 10018
FAX: 212-841-1010
MHOPKINS@COV.COM; DCOFFINO@COV.COM;
ARABOY@COV.COM

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ.
(COUNSEL TO CREDIT SUISSE)
WORLDWIDE PLAZA 825 EIGHTH AVENUE
NEW YORK, NY 10019
FAX: 212-474-3700
RLEVIN@CRAVATH.COM; RTRUST@CRAVATH.COM

CROCKER KUNO PLLC
ATTN: JOANNE K. LIPSON AND J. TODD TRACY
(COUNSEL TO THE CENTRAL PUGET SOUND REGIONAL
TRANSIT AUTHORITY)
720 OLIVE WAY, SUITE 1000
SEATTLE, WA 98101
FAX: 206-624-8598
JLIPSON@CROCKERKUNO.COM;
TTRACY@CROCKERKUNO.COM

CROWE & DUNLEVY, P.C.
ATTN: JUDY HAMILTON MORSE
(COUNSEL TO OKLAHOMA MUNICIPAL POWER
AUTHORITY)
20 NORTH BROADWAY, SUITE 1880
OKLAHOMA CITY, OK 73102
FAX: 405-239-6651
JUDY.MORSE@CROWEDUNLEVY.COM

CROWELL & MORING LLP
ATTN: WILLIAM M. O'CONNOR AND BRUCE J.
ZABARAUSKAS
(COUNSEL TO AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY)
590 MADISON AVENUE
NEW YORK, NY 10022
WOCONNOR@CROWELL.COM;
BZABARAUSKAS@CROWELL.COM

CRUMBIE LAW GROUP, LLC
ATTN: HEIDI HAMILTON & JOHN ROSE, JR.
(COUNSEL TO JULIAN IRAGORRI)
280 TRUMBULL STREET, 21ST FLOOR
HARTFORD, CF 06103
FAX: 860-760-0308
HEIDI@CRUMBIELAW.COM; JOHN@CRUMBIELAW.COM

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901
FAX: 203-708-3933
JCARBERRY@CL-LAW.COM

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER AND JAMES I. MCCLAMMY
(COUNSEL TO NATIXIS ENTITIES, ASSET BACKED MGMT
CORP., AND BANQUE PRIVEE SAINT DOMINIQUE)
450 LEXINGTON AVENUE
NEW YORK, NY 10017
FAX: 212-450-3800
KAREN.WAGNER@DPW.COM;
JAMES.MCCLAMMY@DPW.COM

DAVIS POLK & WARDWELL
ATTN: THOMAS P. OGDEN AND JAMES I. MCCLAMMY
(COUNSEL TO BANK JULIUS BAER & CO. LTD., INTL
BANK RECONSTRUCTION & DEVELOPMENT, INTL
FINANCE CORP)
450 LEXINGTON AVENUE
NEW YORK, NY 10017
FAX: 212-450-3800
THOMAS.OGDEN@DPW.COM;
JAMES.MCCLAMMY@DPW.COM

DAY PITNEY LLP
ATTN: JAMES J. TANCREDI, ESQ.
(COUNSEL TO FIDELITY NATIONAL TITLE INSURANCE
CO.)
242 TRUMBULL STREET
HARTFORD, CT 06103
FAX: 860-275-0343
JJTANCREDI@DAYPITNEY.COM

DAY PITNEY LLP
ATTN: JOSHUA W. COHEN, ESQ.
(COUNSEL TO FIDELITY NATIONAL TITLE INSURANCE
CO.)
ONE AUDUBON STREET
NEW HAVEN, CT 06510
FAX: 203-752-5001
JWCOHEN@DAYPITNEY.COM

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO
(COUNSEL TO JFK INTL AIR TERM, ROCK-FORTY-NINTH,
ROCKEFELLER CTR MGMT, ROCKEF GRP DEV, ROCKEF
CTR)
919 3RD AVENUE
NEW YORK, NY 10022
FAX: 212-909-6836
MCTO@DEBEVOISE.COM

DECHERT LLP
ATTN: GLEN E. SIEGEL AND IVA UROIC
(COUNSEL TO RUSSELL INVESTMENT GROUP, INC.)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-698-3599
GLENN.SIEGEL@DECHERT.COM;
IVA.UROIC@DECHERT.COM

DEILY, MOONEY & GLASTETTER, LLP
ATTN: MARTIN A. MOONEY, ESQ.
(COUNSEL TO DCFS TRUST)
8 THURLOW STREET
ALBANY, NY 12203
MMOONEY@DEILYLAWFIRM.COM

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND
TIMOTHY Q. KARCHER
(COUNSEL TO BANK OF NEW YORK MELLON)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
FAX: 212-259-6333
MBIENENSTOCK@DL.COM; JLIU@DL.COM;
TKARCHER@DL.COM

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT
(COUNSEL TO CUSTOMER ASSET PROTECTION CO)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
FAX: 212-259-6333
PWRIGHT@DL.COM; ESMITH@DL.COM

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN
(COUNSEL TO ROYAL BANK OF SCOTLAND)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092
FAX: 212-259-6333
MBIENENSTOCK@DL.COM;IGOLDSTEIN@DL.COM

DEWEY & LEBOEUF LLP
ATTN: MARTIN BIENENSTOCK AND IRENA M.
GOLDSTEIN
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092
FAX: 212-259-6333
MBIENENSTOCK@DL.COM; IGOLDSTEIN@DL.COM

DEWEY PEGNO & KRAMARSKY LLP
ATTN:  THOMAS E. L. DEWEY, ESQ.
DAVID S. PEGNO, ESQ.
COUNSEL TO TRANQUILITY MASTER FUND LTD.
(N/K/A SPECTRUM MASTER FUND LTD.)
777 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10017
FAX: (212) 943-4325
TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM

DIAMOND MCCARTHY LLP
ATTN: ALLAN D. DIAMOND AND STEPHEN T. LODEN
(COUNSEL TO THE KIYO BANK AND THE KYOEI FIRE &
MARINE INSURANCE COMPANY, LTD.)
909 FANNIN, SUITE 1500
HOUSTON, TX 77010
FAX: 713-333-5199
ADIAMOND@DIAMONDMCCARTHY.COM;
SLODEN@DIAMONDMCCARTHY.COM

DILWORTH PAXSON LLP
ATTN: ANNE M. AARONSON AND CATHERINE G. PAPPAS
(COUNSEL TO JEANES HOSP, TEMPLE HEALTH,
TRANSPORT
TEAM, TEMPLE PHYS, TEMPLE U HOSP, TEMPLE U
HEALTH)
1500 MARKET STREET, 3500E
PHILADELPHIA, PA 19102-2101
FAX: 215-575-7200
AAARONSON@DILWORTHLAW.COM;
CPAPPAS@DILWORTHLAW.COM

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER
(COUNSEL TO RIVER CAPITAL ADVISORS, INC.)
203 NORTH LASALLE STREET, SUITE 1900
CHICAGO, IL 60601
FAX: 312-251-2170
TIMOTHY.BRINK@DLAPIPER.COM;
MATTHEW.KLEPPER@DLAPIPER.COM

DLA PIPER LLP (US)
ATTN: THOMAS R. CALIFANO
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP,
HANK'S
LIVING TRUST, OSTERREICHISCHE AND ETIHAD
AIRWAYS)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
FAX: 212-335-4501; 212-884-8565
THOMAS.CALIFANO@DLAPIPER.COM

DLA PIPER LLP (US)
ATTN: STEPHEN COWAN
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP,
HANK'S LIVING TRUST, OSTERREICHISCHE AND ETIHAD
AIRWAYS)
550 SOUTH HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071
FAX: 213-330-7701
STEPHEN.COWAN@DLAPIPER.COM

DLA PIPER LLP (US)
ATTN: WILLIAM GOLDMAN ESQ
(COUNSEL TO SWEDBANK AB, NEW YORK BRANCH)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
FAX: 212-335-4501
WILLIAM.M.GOLDMAN@DLAPIPER.COM;

DORSEY & WHITNEY LLP
ATTN: ERIC LOPEZ SCHNABEL
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
250 PARK AVENUE
NEW YORK, NY 10177
FAX: 212-953-7201
SCHNABEL.ERIC@DORSEY.COM

DORSEY & WHITNEY LLP
ATTN: STEVEN J. HEIM AND MICHELLE KREIDLER DOVE
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
50 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402
FAX: 612-340-2643; 612-573-6538
HEIM.STEVE@DORSEY.COM;
DOVE.MICHELLE@DORSEY.COM

DRESDNER BANK A.G.
ATTN: STEVEN TROYER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
FAX: 212-208-6118
STEVEN.TROYER@COMMERZBANK.COM

DRESSLER & PETERS, LLC
ATTN: JAMES JOYCE, ESQ.
(COUNSEL TO TOM WOLF)
111 W WASHINGTON STREET SUITE 1900
CHICAGO, IL 60602
FAX: 312-637-9378
JJOYCE@DRESSLERPETERS.COM

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE
(COUNSEL TO ALLIANZ GLOBAL  INVESTORS AG)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047
FAX: 973-360-9831
ROBERT.MALONE@DBR.COM

DUANE MORRIS LLP
ATTN: LAWRENCE J. KOTLER, ESQUIRE
(COUNSEL TO FPB INTERNATIONAL BANK, INC. AND
NATIONAL AGRICULTURAL COOPERATIVE
FEDERATION)
1540 BROADWAY
NEW YORK, NY 10036-4086
FAX: 212-689-2746
LJKOTLER@DUANEMORRIS.COM

DUFFY & ATKINS LLP
ATTN: TODD E. DUFFY AND JAMES E. ATKINS
(COUNSEL TO SOUTH MISSISSIPPI POWER ASSOCIATION
AND COAST ELECTRIC POWER ASSOCIATION)
SEVEN PENN PLAZA, SUITE 420
NEW YORK, NY 10001
FAX: 212-500-7972
TDUFFY@ANDERSONKILL.COM;
JIM@ATKINSLAWFIRM.COM

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584
FAX: 216-479-7086
SANDYSCAFARIA@EATON.COM

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
(COUNSEL TO AUSTRALIA AND NEW ZEALAND
BANKING GROUP LIMITED)
120 BROADWAY
NEW YORK, NY 10271
FAX: 212-238-3100
EZUJKOWSKI@EMMETMARVIN.COM

ENTWISTLE & CAPPUCCI LLP
ANDREW ENTWISTLE; J BEEMER; J PORTER
(COUNSEL TO THOMAS P. DINAPOLI, AS SOLE TRUSTEE
OF THE NY STATE COMMON RETIREMENT FUND)
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY 10017
AENTWISTLE@ENTWISTLE-LAW.COM;
JBEEMER@ENTWISTLE-LAW.COM;
JPORTER@ENTWISTLE-LAW.COM

EPSTEIN BECKER & GREEN, P.C.
ATTN: KENNETH J. KELLEY, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
250 PARK AVENUE
NEW YORK, NY 10177-1211
KKELLY@EBGLAW.COM

EPSTEIN BECKER & GREEN, P.C.
ATTN: DAVID B. TATGE, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
1227 25TH STREET, N.W.
SUITE 700
WASHINGTON, DC 20037
DTATGE@EBGLAW.COM

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND COREY R.
WEBER,ESQ
(COUNSEL TO THE CITY OF LONG BEACH)
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367
FAX: 818-827-9099
SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM

FARRELL FRITZ, P.C.
ATTN: LOUIS A. SCARCELLA
(COUNSEL TO HEGEMON FUND I, LLC)
1320 REXCORP PLAZA
UNIONDALE, NY 11556-1320
FAX: 516-227-0777
LSCARCELLA@FARRELLFRITZ.COM

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001
FAX: 212-720-8709
SHARI.LEVENTHAL@NY.FRB.ORG

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI LLP
ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN HUH
(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES
RETIREMENT SYSTEM)
400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CA 95814
FAX: 916-329-7435
SFELDERSTEIN@FFWPLAW.COM;
PPASCUZZI@FFWPLAW.COM; JHUH@FFWPLAW.COM

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510
FAX: 866-849-2040
CHARLES@FILARDI-LAW.COM

FIRST TRUST PORTFOLIOS L.P.
ATTN: AMY LUM
(COUNSEL TO FIRST TRUST PORTFOLIOS LP, FIRST
TRUST ADVISORS LP AND BONDWAVE LLC)
120 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL 60187-5455
FAX: 630-517-7246
ALUM@FTPORTFOLIOS.COM

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
(COUNSEL TO TRADING TECHNOLOGIES
INTERNATIONAL)
90 PARK AVENUE
NEW YORK, NY 10016
FAX: 212-682-2329
DHEFFER@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
(COUNSEL TO TRADING TECHNOLOGIES
INTERNATIONAL)
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL 60654
FAX: 312-832-4700
JLEE@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: WILLIAM MCKENNA, ESQ.
(COUNSEL TO ARAB FOREIGN INVESTMENT CO.)
555 SOUTH FLOWER ST., SUITE 3500
LOS ANGELES, CA 90071-2411
FAX: 213-486-0065
WMCKENNA@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: DOUGLAS E. SPELFOGEL, OLYA PETUKOVA
(COUNSEL TO LIBYAN ARAB FOREIGN INVESTMENT CO.)
90 PARK AVE., 20TH FLOOR
NEW YORK, NY 10016
FAX: 212-687-2329
DSPELFOGEL@FOLEY.COM

FREDERIC DORWART, LAWYERS
ATTN: SAMUEL S. ORY AND JAMES A. HIGGINS
(COUNSEL TO BANK OF OKLAHOMA, N.A.)
124 EAST FOURTH STREET
TULSA, OK 74103
FAX: 918-583-8251
SORY@FDLAW.COM; JHIGGINS@FDLAW.COM

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
FAX: 312-360-6520
AHAMMER@FREEBORNPETERS.COM;DEGGERT@FREEB
ORNPETERS.COM

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTN: WALTER STUART ESQ., PARTICK OH, ESQ.
(COUNSEL TO SLB LEASING-FONDS GMBH & CO
HERAKLES
KG ET AL.)
520 MADISON AVENUE
NEW YORK, NY 10022
FAX: 212-277-4001
WALTER.STUART@FRESHFIELDS.COM;
PATRICK.OH@FRESHFIELDS.COM

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: PETER SIMMONS, R TISDALE
(COUNSEL TO FEDERAL HOME LOAN BANK OF
ATLANTA)
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1980
FAX: 212-859-4000
PETER.SIMMONS@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: SHANNON NAGLE, ESQ. & RICHARD TISDALE,
ESQ.
(COUNSEL TO COMMONWEALTH BANK OF AUSTRALIA)
ONE NEW YORK PLAZA
NEW YORK, NY 10004
FAX: 212-859-4000
SHANNON.NAGLE@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105
FAX: 415-834-1077
EFRIEDMAN@FRIEDUMSPRING.COM

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG
(COUNSEL TO AT&T INC.)
666 FIFTH AVENUE
NEW YORK, NY 10103
FAX: 212-318-3400
DROSENZWEIG@FULBRIGHT.COM

FULTON BANK
ATTN: JOHN R. MERVA, ESQ.
ASSOCIATE COUNSEL & VP
ONE PENN CENTER PO BOX 4887
LANCASTER, PA 17604
FAX: 717-295-9194
JMERVA@FULT.COM

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO
(COUNSEL TO PYRRHULOXIA, LP)
1000 LOUISIANA, SUITE 3400
HOUSTON, TX 77002-5011
FAX: 713-276-5555
JMELKO@GARDERE.COM

GAY MCCALL ISAACKS GORDON & ROBERTS, PC
(COUNSEL TO: COLLIN COUNTY TAX
ASSESSOR/COLLECTOR)
ATTN: 777 EAST 15TH STREET
PLANO, TX 75074
BANKRUPTCY@NTEXAS-ATTORNEYS.COM

GENOVESE, JOBLOVE & BATTISTA, P.A.
ATTN: ROBERT F. ELGIDELY
(COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP,
JIN LIU, YIN YING LEUNG, LAI MEI CHAN, SING HEUNG)
BANK OF AMERICA TOWER, 100 S.E. 2ND ST, STE 4400
MIAMI, FL 33131
FAX: 305-349-2310
RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-
LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-
LAW.COM

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S)
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
FAX: 973-596-0545
DCRAPO@GIBBONSLAW.COM

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
(COUNSEL TO LEHMAN BROTHERS PRIVATE EQUITY
FUND)
200 PARK AVENUE
NEW YORK, NY 10166-0193
FAX: 212-351-6258,212-351-5234
MROSENTHAL@GIBSONDUNN.COM;
JWEISS@GIBSONDUNN.COM

GILMARTIN, POSTER & SHAFTO LLP
ATTN: ANDREAS SEUFFERT, ESQ.
(COUNSEL TO PIETRO FERRERO, VERSORGUNGSWERK
DER APOTHEKERKAMMER NORDRHEIN)
845 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-425-3130
ASEUFFERT@LAWPOST-NYC.COM

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG
(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL
& ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202
FAX: 414-273-5198
TNIXON@GKLAW.COM; JHERZOG@GKLAW.COM

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTN: JONATHAN L. FLAXER, ESQ.
(COUNSEL TO SUNRISE PARTNERS LIMITED
PARTNERSHIP)
437 MADISON AVENUE
NEW YORK, NY 10022
FAX: 212-754-0330
JFLAXER@GOLENBOCK.COM

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER AND GREG
KADEN
(COUNSEL TO INTERACTIVE DATA CORP)
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
FAX: 617-574-4112
JWALLACK@GOULSTONSTORRS.COM;
DROSNER@GOULSTONSTORRS.COM;
GKADEN@GOULSTONSTORRS.COM

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639
FAX: 651-293-5746
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM

GREENBERG TRAURIG, LLP
ATTN: MARIA DICONZA, ESQ.
(COUNSEL TO NOMURA HOLDING AMERICA, INC AND
ON BEHALF OF NOMURA HOLDINGS, INC.)
200 PARK AVENUE
NEW YORK, NY 10166
FAX: 212-801-6400
DICONZAM@GTLAW.COM

GREENBERG TRAURIG, LLP
ATTN: ADAM D COLE, ESQ
(COUNSEL TO FLORIDA POWER & LIGHT, NEXTRA
ENERGY)
METLIFE BUILDING
200 PARK AVENUE
NEW YORK, NY 10166
FAX: (212) 801-6400
COLE@GTLAW.COM

GREENBERG TRAURIG, LLP
ATTN: SCOTT D COUSINS, ESQ DENNIS A MELORO, ESQ
(COUNSEL TO FLORIDA POWER & LIGHT, NEXTRA
ENERGY)
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801
FAX: (302) 661-7360
COUSINSS@GTLAW.COM; MELOROD@GTLAW.COM

GREER, HERZ & ADAMS, LLP
ATTN:  FREDERICK BLACK AND TARA B. ANNWEILER
(COUNSEL TO:  AMERICAN NATIONAL INSURANCE
COMPANY)
ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TX 77550
FAX: 409-766-6424
TANNWEILER@GREERHERZ.COM

GSEF AL NAWRAS (CAYMAN) LIMITED
C/O JAMIE NELSON AND JOY MATHIAS
DUBAI INTERNATIONAL CAPITAL LLC
DIFC BUILDING 2, 4TH FLOOR
SHEIKH ZAYED ROAD, PO BOX 72888
DUBAI,
UNITED ARAB EMIRATES
JAMIE.NELSON@DUBAIIC.COM;
JOY.MATHIAS@DUBAIIC.COM

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH
(COUNSEL TO COMMERZBANK A.G. AND DRESDNER
BANK AG)
488 MADISON AVENUE
15TH FLOOR
NEW YORK, NY 10022
FAX: 212-478-7400
JSCHWARTZ@HAHNHESSEN.COM;
JORBACH@HAHNHESSEN.COM

HAHN & HESSEN LLP
ATTN: ROSANNE THOMAS MATZAT, ESQ.
(COUNSEL TO AVISTA CORP., CASCADE INVESTMENT
LLC, AND POWEREX CORP.)
488 MADISON AVE
NEW YORK, NY 10022
FAX: 212-478-7400
RMATZAT@HAHNHESSEN.COM

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.)
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
FAX: 212-765-0964
WBENZIJA@HALPERINLAW.NET;
JDYAS@HALPERINLAW.NET

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
(COUNSEL TO AEW CAPITAL MANAGEMENT, LP AND
LYON CAPITAL VENTURES)
2 PARK AVENUE
NEW YORK, NY 10016
FAX: 212-592-1500
AGOLD@HERRICK.COM

HERRICK, FEINSTEIN LLP
ATTN: STEPHEN B. SELBST
(COUNSEL TO COMPAGNIE FINANCIERE TRADITION SA)
2 PARK AVENUE
NEW YORK, NY 10016
FAX: 212-592-1500
SSELBST@HERRICK.COM

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021
FAX: 208-396-3958
RAMONA.NEAL@HP.COM

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY
ANALYST
2125 E. KATELLA AVE
SUITE 400
ANAHEIM, CA 92806
KEN.HIGMAN@HP.COM

HODGSON RUSS LLP
ATTN: DEBORAH J. PIAZZA, RENEE LEEK
(COUNSEL TO GESCONSULT S.A. SG LLC &  DEERE & CO.)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165
FAX: 212-972-1677
DPIAZZA@HODGSONRUSS.COM;
RLEEK@HODGSONRUSS.COM

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-918-3100
ISGREENE@HHLAW.COM; SAGOLDEN@HHLAW.COM

HOLLAND & KNIGHT LLP
BARBRA PARLIN ARTHUR ROSENBERG FRANCOIS JANSON
(COUNSEL TO MONUMENT REALTY; SINGAPORE AIRLINES
US BANK; HSBC REALTY CREDIT CARLTON WILLARD; SBC)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007-3189
FAX: 212-385-9010
BARBRA.PARLIN@HKLAW.COM;
ARTHUR.ROSENBERG@HKLAW.COM;
FRANCOIS.JANSON@HKLAW.COM

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
(COUNSEL TO MONUMENT REALTY LLC)
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006
FAX: 202-955-5564
RICHARD.LEAR@HKLAW.COM

HOLLAND & KNIGHT LLP
ATTN: FRANCOIS JANSON AND ARTHUR ROSENBERG
(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU
QUEBEC)
195 BROADWAY
NEW YORK, NY 10007-3189
FAX: 212-385-9010

FRANCOIS.JANSON@HKLAW.COM

HOLLAND & KNIGHT LLP
ATTN: JOHN J. MONAGHAN, ESQ.
(COUNSEL TO SINGAPORE AIRLINES, US BANK NAT
ASSOC, HSBC REALTY CREDIT, CARLTON WILLARD AND
SBA COMM.)
10 ST. JAMES AVENUE
BOSTON, MA 02116
JOHN.MONAGHAN@HKLAW.COM

HOLLAND & KNIGHT LLP
ATTN: BARBRA R. PARLIN, ESQ.
(COUNSEL TO PRICEWATERHOUSECOOPERS LLP)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007
FAX: 212-385-9010
BARBRA.PARLIN@HKLAW.COM

HOLMES ROBERTS & OWEN LLP
ATTN: ADAM BREZINE, ESQ. & KERRY MOYNIHAN
(COUNSEL TO MILLENIUM MARKETING &
MANAGEMENT PTY. LTD.)
800 W. OLYMPIC BOULEVARD, 4TH FLOOR
LOS ANGELES, CA 90015
FAX: 213-572-4400
ADAM.BREZINE@HRO.COM;
KERRY.MOYNIHAN@HRO.COM

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ
(COUNSEL TO HEALTH CARE SERVICES CORP D/B/A
BLUE CROSS AND BLUE SHIELD OF ILLINOIS)
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202
FAX: 214-740-7151
MMENDEZ@HUNTON.COM

HUNTON & WILLIAMS LLP
ATTN: KEVIN M. ECKHARDT
(COUNSEL TO CATALANA
EMPLEO,PREVISION,RF1,FP,CATOC
VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)
1111 BRICKELL AVENUE, SUITE 2500
MIAMI, FL 33131
FAX: 305-810-2460
KECKHARDT@HUNTON.COM

HUNTON & WILLIAMS, LLP
ATTN: J.R. SMITH
(COUNSEL: BANK OF AMERICA NA, GENWORTH
FINANCIAL)
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
JRSMITH@HUNTON.COM

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ.
(COUNSEL TO 50 BROADWAY REALTY CORP. LLC)
250 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10177
FAX: 212-907-9681
CWEISS@INGRAMLLP.COM

INSTITUTIONAL SERVICES GROUP, LLC
ATTN: HUGH L. DAVIS (DAVE) AND VICTOR E.
BLAYLOCK
PO BOX 4654
JACKSON, MS 39296
DAVE.DAVIS@ISGRIA.COM

INTERNAL REVENUE SERUICE
OFFICE OF CHIEF COUNSEL
ATTN: TOBY R. ROSENBERG
33 MAIDEN LANE, 14TH FLOOR
NEW YORK, NY 10038
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV

INTERSIL CORPORATION
ATTN: DOUGLAS BALOG, ESQ.
ASSOCIATE GENERAL COUNSEL
1650 ROBERT A. CONLON BLVD., NE
M/S 62A309
PALM BEACH, FL 32905
DBALOG@INTERSIL.COM

INVESCO AIM MANAGEMENT GROUP, INC.
ATTN: TERESA A. OXFORD, ESQ.
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
11 GREENWAY PLAZA, SUITE 100
HOUSTON, TX 77046-1173
FAX: 713-993-9185
TERESA.OXFORD@INVESCOAIM.COM

IRELL & MANELLA LLP
ATTN: ALAN J. FRIEDMAN AND KERRI LYMAN
(COUNSEL TO "PARTY-IN-INTEREST")
840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660
FAX: 949-760-5200
AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM

IVEY, BARNUM, AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
(COUNSEL TO DUKE ENERGY OHIO, INC.)
170 MASON STREET
GREENWICH, CT 06830
FAX: 203-661-9462
MNEIER@IBOLAW.COM

JAY HURST, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE COMPTROLLER OF PUBLIC
ACCOUNTS OF THE STATE OF TEXAS)
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
JAY.HURST@OAG.STATE.TX.US

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908
FAX: 212-891-1699
PTROSTLE@JENNER.COM

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY AND ROBERT L. BYMAN
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
353 N. CLARK ST.
CHICAGO, IL 60654-3456
FAX: 312-527-0484
DMURRAY@JENNER.COM; RBYMAN@JENNER.COM

JENNINGS, STROUSS & SALMON, P.L.C.
ATTN: GEORGE C. SPILSBURY
(COUNSEL TO LA LOMA SENIOR LIVING SERVICES, INC.)
THE COLLIER CENTER, 11TH FLOOR
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385
FAX: 602-495-2654
GSPILSBURY@JSSLAW.COM

JODY OWEN

JOWEN769@YAHOO.COM

JOSEPH L. FOX, ESQ.
(COUNSEL TO HUMBERTO G. MERCHLAND LOPEZ)
60 EAST 42ND STREET, SUITE 2231
NEW YORK, NY 10165
JFOX@JOEFOXLAW.COM

JOSEPH N. CORDARO
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
FAX: 212-637-2686
JOSEPH.CORDARO@USDOJ.GOV

K&L GATES LLP
ATTN: ELI R. MATTIOLI, ESQ.
(COUNSEL TO FIRSTBANK PUERTO RICO)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-536-3901
ELI.MATTIOLI@KLGATES.COM

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID S. ROSNER AND ANDREW K. GLENN
(COUNSEL TO BAY HARBOUR MAGMT, BAY HARBOUR
MASTER, TROPHY HUNTER, BHCO MASTER, MSS, INST
BENCHMARKS)
1633 BROADWAY
NEW YORK, NY 10019
FAX: 212-506-1800
DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
(COUNSEL TO TUXEDO RESERVE OWNER LLC AND
TUXEDO TPA OWNER LLC)
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158
SNEWMAN@KATSKYKORINS.COM

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE
(COUNSEL TO WELLS FARGO BANK NA & WELLS FARGO
& CO)
425 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-836-6157
MPRIMOFF@KAYESCHOLER.COM

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, JACLYN GENCHI
(COUNSEL TO CAISSE DE DEPOT, TOTAL GAS&POWER
LTD, GALLIARD CAP, BANCO POPULAR, POPULAR
GESTION)
425 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-836-6157
MPRIMOFF@KAYESCHOLER.COM;
JACLYN.GENCHI@KAYESCHOLER.COM

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.
(COUNSEL TO BP CORPORATION NA)
101 PARK AVENUE
NEW YORK, NY 10178
FAX: 212-808-7897
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA
AND IGI RESOURCES)
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606
FAX: (312) 857-7095
MPAGE@KELLEYDRYE.COM

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO TATA AMERICAN INTERNATIONAL CORP
AND TATA CONSULTANCY SERVICES LTD)
101 PARK AVENUE
NEW YORK, NY 10178-0002
FAX: 212-808-7897
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
(COUNSEL TO THE JUILLIARD SCHOOL)
101 PARK AVENUE
NEW YORK, NY 10178
FAX: 212-808-7897
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

KIRKLAND & ELLIS LLP
ATTN: JAMES H. M. SPRAYREGEN
(COUNSEL TO LEHMAN RE, LTD & PULSAR RE, LTD)
601 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-446-4900
JAMES.SPRAYREGEN@KIRKLAND.COM

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN
(COUNSEL TO LIQUIDATORS OF LEHMAN BROTHERS
AUSTRALIA LIMITED)
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
FAX: (212) 446-4900
JAMES.SPRAYREGEN@KIRKLAND.COM

KIRKLAND & ELLIS LLP
ATTN: DAVID R SELIGMAN
(COUNSEL TO LIQUIDATORS OF LEHMAN BROTHERS
AUSTRALIA LIMITED)
300 NORTH LASALLE
CHICAGO, IL 60654
FAX: (312) 862-2200
DAVID.SELIGMAN@KIRKLAND.COM

KLEIN SOLOMON LLP
ATTN: JAY B. SOLOMON
(COUNSEL TO HOPE GREENFIELD & GREENFIELDS OTC
LLC)
275 MADISON AVENUE, 11TH FLOOR
NEW YORK, NY 10016
JAY@KLEINSOLOMON.COM

KLESTADT & WINTERS, LLP
ATTN: JOHN E. JURELLER, JR.
(COUNSEL TO OVERSTOCK.COM)
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017
FAX: 212-972-2245
JJURELLER@KLESTADT.COM

KLESTADT & WINTERS, LLP
ATTN: CARRIE V. HARDMAN
(COUNSEL TO EUROPEAN CREDIT MANAGEMENT
LIMITED; RELATIVE EUROPEAN VALUE S.A., ET. AL)
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017
FAX: 212-972-2245
CHARDMAN@KLESTADT.COM

KOBRE & KIM LLC
ATTN:MICHAEL S KIM, ROBERT W HENOCH, ANDREW C
LOURIE
(COUNSEL TO ESSEX; 4KIDS ENT; NORTHGATE; ABM
IND)
800 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-488-1220
MICHAEL.KIM@KOBREKIM.COM;
ROBERT.HENOCH@KOBREKIM.COM;
ANDREW.LOURIE@KOBREKIM.COM

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL
AND AMY CATON
(COUNSEL TO THE BANK OF NY MELLON TRUST CO., NA)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-715-8000
TMAYER@KRAMERLEVIN.COM;
BONEILL@KRAMERLEVIN.COM;
ACATON@KRAMERLEVIN.COM

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, DANIEL M. EGGERMAN
(COUNSEL TO RUTGER SCHIMMELPENNINCK)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-715-8000
TMAYER@KRAMERLEVIN.COM;
DEGGERMANN@KRAMERLEVIN.COM

LANDMAN CORSI BALLAINE & FORD, P.C.
ATTN: MARK LANDMAN, WILLIAM BALLAINE & SOPHIA
REE
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP.
IN CONSERVATORSHIP)
120 BROADWAY, 27TH FLOOR
NEW YORK, NY 10271-0079
FAX: 212-238-4848
MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM;
SREE@LCBF.COM

LANE POWELL PC
ATTN: CHARLES R. EKBERG
(COUNSEL TO FRED HUTCHINSON CANCER RESEARCH
CTR)
1420 FIFTH AVENUE SUITE 4100
SEATTLE, WA 98101-2338
FAX: 206-289-1544
EKBERGC@LANEPOWELL.COM

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
(COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-751-4864
KEITH.SIMON@LW.COM

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER
(COUNSEL TO FANNIE MAE)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606
FAX: 312-993-9767
DAVID.HELLER@LW.COM

LATHAM & WATKINS LLP
ATTN: PETER M. GILHULY
(COUNSEL TO NETAPP, INC.; ASURION CORPORATION)
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560
FAX: 213-891-8763
PETER.GILHULY@LW.COM

LATHAM & WATKINS LLP
ATTN: RICHARD A. LEVY
(COUNSEL TO GE CORPORATE FINANCIAL SERVICES,
INC.)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606
FAX: 312-993-9767
RICHARD.LEVY@LW.COM

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022
FAX: 212-371-0460
GABRIEL.DELVIRGINIA@VERIZON.NET

LAW OFFICES OF NEIL MOLDOVAN, P.C.
ATTN: ELLEN ZWEIG
(COUNSEL TO ANITA BRYANT)
ONE OLD COUNTRY ROAD, SUITE 270
CARLE PLACE, NY 11514
FAX: 516-294-4019
EZWEIG@OPTONLINE.NET

LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: WALTER E. SWEARINGEN
(COUNSEL TO PETER J. AND MARY JANE DAPUZZO)
1185 AVENUE OF THE AMERICAS, 17TH FLOOR
NEW YORK, NY 10036
WSWEARINGEN@LLF-LAW.COM

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ATTN: STEVEN E FINEMAN, ESQ
(COUNSEL TO CERTIFIED CLAS IN AUSTIN V CHISICK)
250 HUDSON STREET 8TH FLOOR
NEW YORK, NY 10013-1413
FAX: 212-355-9592
SFINEMAN@LCHB.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
(COUNSEL TO HARRIS COUNTY)
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
FAX: 469-221-5002
DALLAS.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO HUNT & SMITH COUNTY)
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201
FAX: 469-221-5002
DALLAS.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS
(COUNSEL TO MCLENNAN COUNTY)
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX 78760
FAX: 512-443-5114
AUSTIN.BANKRUPTCY@PUBLICANS.COM

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: PHILIP EISENBERG
(COUNSEL TO DYNERGY POWER MARKETING, INC.)
3400 JPMORGAN CHASE TOWER
600 TRAVIS TOWER
HOUSTON, TX 77002-3095
FAX: 713-223-3717
PEISENBERG@LOCKELORD.COM

LOEB & LOEB LLP
ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN
AND DANIEL B. BESIKOF, ESQ.
(COUNSEL TO THOMAS COOK AG)
345 PARK AVENUE
NEW YORK, NY 10154
FAX: 212-407-4990
WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM;
DBESIKOF@LOEB.COM

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES, ESQ.
(COUNSEL TO 72 INDIVIDUALS)
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801
FAX: 302-654-0728
LOIZIDES@LOIZIDES.COM

LOVELLS LLP
ATTN: ROBIN E. KELLER AND OMECCA N. NEDD
(COUNSEL TO QVT FINANCIAL LP & INSTITUTO
DE CREDITO OFICIAL)
590 MADISON AVE
NEW YORK, NY 10022
FAX: 212-909-0660
ROBIN.KELLER@LOVELLS.COM;
OMECA.NEDD@LOVELLS.COM

LOVELLS LLP
ATTN: CHRISTOPHER R. DONOHO, III
(COUNSEL TO STANDARD CHARTERED BANK, SEA PORT
GROUP SECURITIES, LLC AND CENTERBRIDGE)
590 MADISON AVENUE
NEW YORK, NY 10022
FAX: 212-909-0660
CHRIS.DONOHO@LOVELLS.COM

LOVELLS LLP
ATTN: ROBIN E. KELLER, ESQ.
(COUNSEL TO BRE BANK S.A., CARLTON COMM. LTD
AND INSTITUTO CREDITO OFICIAL)
590 MADISON AVENUE
NEW YORK, NY 10022
FAX: 212-909-0660
ROBIN.KELLER@LOVELLS.COM

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020
FAX: 212-262-7402
ILEVEE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
FAX: 973-597-2481
ILEVEE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: KENNETH ROSEN, VINCENT D'AGOSTINO
(COUNSEL TO AVAYA INC.)
65 LIVINGSTON AVE.
ROSELAND, NJ 07068
FAX: 973-597-2400
KROSEN@LOWENSTEIN.COM;
VDAGOSTINO@LOWENSTEIN.COM;

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM,
N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER.
ENG. LCL 3)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM,
N.IRELAND GOVT COMM, EDINGURGH COUNCIL & OPER.
ENG. LCL 13)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES CO AND FIRST CHOICE
POWER, LP)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES COMPANY AND FIRST
CHOICE POWER, LP)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, ESQ.
(COUNSEL TO RELIANT ENERGY SERVICES, INC. AND
RELIANT ENERGY POWER SUPPLY, LLC)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020
FAX: 212-262-7400
METKIN@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ENERGYCO, LLC AND ENERGYCO
MARKETING AND TRADING)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ENERGYCO, LLC AND ENERGYCO
MARKETING AND TRADING)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER
(COUNSEL TO BINDING COMPANY, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020
FAX: 212-262-7400
METKIN@LOWENSTEIN.COM;
TWHEELER@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN:  JEFFREY PROL, ESQ.
(COUNSEL TO FUBON SECURITIES CO., FUBON
INSURANCE CO.,LTD.,  TAIPEI FUBON COMMERCIAL
BANK CO.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
FAX: 973-597-2400
JPROL@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL ETKIN, SCOTT CARGILL, SEAN QUIGLEY
(COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT
LLC, LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET
AL)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM;
SCARGILL@LOWENSTEIN.COM;
SQUIGLEY@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL ETKIN, SCOTT CARGILL, SEAN QUIGLEY
(COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT
LLC, LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET
AL)
65 LIVINGSTON STREET
ROSELAND, NJ 07068
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM;
SCARGILL@LOWENSTEIN.COM;
SQUIGLEY@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN:  ERIN S. LEVIN, ESQ.
(COUNSEL TO LIBERTYVIEW)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
ELEVIN@LOWENSTEIN.COM

MANUFACTURERS AND TRADER TRUST COMPANY
ATTN: MARK W. WARREN, ESQ.
(COUNSEL TO M&T BANK)
ONE M&T PLAZA, 12TH FLOOR
BUFFALO, NY 14203
FAX: 716-842-5376
MWARREN@MTB.COM

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801
FAX: 302-888-1119
JHUGGETT@MARGOLISEDELSTEIN.COM

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ.
(COUNSEL TO CIBC)
1675 BROADWAY
NEW YORK, NY 10019
FAX: 212-262-1910
FHYMAN@MAYERBROWN.COM;
ATREHAN@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT
TREHAN
(COUNSEL TO SUMITOMO MITSUI BANK)
1675 BROADWAY
NEW YORK, NY 10019
FAX: 212-262-1910
BTRUST@MAYERBROWN.COM;
JTOUGAS@MAYERBROWN.COM;
ATREHAN@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D. HYMAN
JEFFREY G. TOUGAS, AMIT K. TRHAN
COUNSEL TO NATL BANK OF CANADA, WASHINGTON
MUTUAL
1675 BROADWAY
NEW YORK, NY 10019
FAX: 212-262-1910
BTRUST@MAYERBROWN.COM;
FHYMAN@MAYERBROWN.COM;
JTOUGAS@MAYERBROWN.COM;
ATREHAN@MAYERBROWN.COM;

MAYER BROWN LLP
ATTN: EVAN MERBERG, ESQ
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1675 BROADWAY
NEW YORK, NY 10019
FAX: 212-262-1910
EMERBERG@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL 60606
FAX: 312-701-7711
TKIRIAKOS@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS
AMIT K. TREHAN
(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)
1675 BROADWAY
NEW YORK, NY 10019
FAX: 212-262-1910
BTRUST@MAYERBROWN.COM;FHYMAN@MAYERBROW
N.COM;JTOUGAS@MAYERBROWN.COM;ATREHAN@MAY
ERBROWN.COM

MAYER BROWN LLP
ATTN: STEVEN WOLOWITZ AND BRIAN TRUST
(COUNSEL TO LIBRA CDO LTD AND SOCIETE GENERALE)
1675 BROADWAY
NEW YORK, NY 10019
FAX: 212-262-1910
SWOLOWITZ@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: ANDREW SHAFFER & J. ROBERT STOLL
(COUNSEL TO THE LEHMAN HONG KONG LIQUIDATORS)
1675 BROADWAY
NEW YORK, NY 10019
FAX: 212-262-1910
JSTOLL@MAYERBROWN.COM;
ASHAFFER@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: HOWARD S. BELTZER, ESQ., JEFFREY G. TOUGAS,
ESQ., CHRISTINE A. WALSH, ESQ.
(COUNSEL TO BNP PARIBAS AND ITS AFFILIATES)
1675 BROADWAY
NEW YORK, NY 10019
FAX: 212-262-1910
HBELTZER@MAYERBROWN.COM;
JTOUGAS@MAYERBROWN.COM;
CWALSH@MAYERBROWN.COM

MAYNARD COOPER & GALE, PC
ATTN: JAYNA PARTAIN LAMAR
(COUNSEL TO REGIONS BANK)
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, AL 35203
FAX: 205-254-1999
JLAMAR@MAYNARDCOOPER.COM

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ.
(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)
500 NORTH BROADWAY, SUITE 129
JERICHO, NY 11753
FAX: 516-364-0612
KREYNOLDS@MKLAWNYC.COM

MCCALLA RAYMER, LLC
ATTN: A MICHELLE HART LUREECE LEWIS
(COUNSEL TO AMERICA'S SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102
FAX: 866-761-0279
MH1@MCCALLARAYMER.COM;
BKMAIL@PROMMIS.COM

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY MARKETING INC.)
FOUR GATEWAY CENTER, 100 MULBERRY STREET
NEWARK, NJ 07102-4096
FAX: 973-624-7070
EGLAS@MCCARTER.COM

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY MARKETING INC.)
RENAISSANCE CENTRE, 405 NORTH KING STREET
WILMINGTON, DE 19801
FAX: 302-984-6399
KMAYER@MCCARTER.COM

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801
FAX: 302-984-6399
WTAYLOR@MCCARTER.COM

MCCAUSLAN, KEEN & BUCKLAND
ATTN: GLENN S. GITOMER, ESQ.
(COUNSEL TO DR. PETER BERMAN, JOYCE L. REHORST,
STEPHEN J. EDELMANN & JACQUELINE W. EDELMANN)
11 BROADWAY, SUITE 715
NEW YORK, NY 10004
FAX: 610-341-1099
GGITOMER@MKBATTORNEYS.COM

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO
(COUNSEL TO MARIE PAPILLON)
227 WEST MONROE STREET, SUITE 4400
CHICAGO, IL 60606-5096
FAX: 312-984-7700
NCOCO@MWE.COM

MCDERMOTT WILL & EMERY LLP
ATTN: GARY O. RAVERT
(COUNSEL TO MARIE PAPILLON)
340 MADISON AVENUE
NEW YORK, NY 10173-1922
FAX: 212-547-5444
GRAVERT@MWE.COM

MCDERMOTT WILL & EMERY LLP
ATTN: ISKENDER CATTO
(COUNSEL TO PACIFIC SUMMIT ENERGY LLC)
340 MADISON AVENUE
NEW YORK, NY 10173-1922
FAX: (212) 547-5444
ICATTO@MWE.COM

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX
(COUNSEL TO TORONTO-DOMINION BANK)
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NY 10105
FAX: 212-548-2150
PHAYDEN@MCGUIREWOODS.COM;
SFOX@MCGUIREWOODS.COM

MCGUIREWOODS LLP
ATTN: DION W. HAYES
(COUNSEL TO TORONTO-DOMINION BANK)
ONE JAMES CENTER, 901 EAST CARY STREET
RICHMOND, VA 23219
FAX: 804-775-1061
DHAYES@MCGUIREWOODS.COM

MCGUIREWOODS LLP
ATTN: JOHN H. MADDOCK III AND JOSEPH S. SHEERIN
(COUNSEL TO CSX TRANSPORTATION, INC.)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219
FAX: 804-698-2186
JMADDOCK@MCGUIREWOODS.COM;
JSHEERIN@MCGUIREWOODS.COM

MEISTER SEELIG & FEIN LLP
ATTN: JAMES M. RINGER
(COUNSEL TO ROSSLYN INVESTORS I, LLC)
2 GRAND CENTRAL TOWER, 19TH FLOOR
140 EAST 45TH STREET
NEW YORK, NY 10017
FAX: 212-655-3535
JMR@MSF-LAW.COM;

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP
HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300 PO BOX 9194
GARDEN CITY, NY 11530
FAX: 516-741-6706
TSLOME@MSEK.COM

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: ALAN E. MARDER AND JIL MAZER-MARINO, ESQS.
(COUNSEL TO CONSTELLATION PLACE, ADV.
PORTFOLIO,
SUNGUARD, ET AL., INF. SRVS, WALL ST CONCEPTS)
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
FAX: 516-741-6706
AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM

MICHAEL A. COX, ATTORNEY GENERAL
ATTN: JUANDISHA HARRIS, ASSISTANT ATTORNEY
GENERAL
(COUNSEL TO STATE OF MICHIGAN, DEPT. OF
TREASURY)
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202
HARRISJM@MICHIGAN.GOV

MICHAEL C. FREGE
IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER
UBER
DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS
AKTIENGESELLSCHAFT
BARCKHAUSSTR. 12-16
60325 FRANKFURT AM MAIN,
GERMANY
FAX: +49 (0) 69/7 17 01 - 40410
MICHAEL.FREGE@CMS-HS.COM

MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY
UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
301 W HIGH STREET, ROOM 670
JEFFERSON CITY, MO 65105-0475
FAX: 573-751-7232
SDNYECF@DOR.MO.GOV;
STEVE.GINTHER@DOR.MO.GOV

MONARCH ALTERNATIVE CAPITAL LP
MICHAEL J KELLY, ESQ
535 MADISON AVENUE
NEW YORK, NY 10022
MICHAEL.KELLY@MONARCHLP.COM

MOORE & VAN ALLEN PLLC
ATTN: DAVID B. WHEELER, ESQ.
(COUNSEL TO PUBLIC SERVICE OF NORTH CAROLINA)
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413-2828
FAX: 843-579-8727
DAVIDWHEELER@MVALAW.COM

MORGAN LEWIS & BOCKIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
(COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS)
101 PARK AVENUE
NEW YORK, NY 10178-0600
FAX: 212-309-6001
NHERMAN@MORGANLEWIS.COM

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222,
JAPAN
FAX: +81 3 6212 8216
NISSAY_10259-0154@MHMJAPAN.COM

MORITT HOCK HAMROFF & HOROWITZ LLP
ATTN: LESLIE A. BERKOFF
(COUNSEL TO THE HOTCHKISS SCHOOL)
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
LBERKOFF@MORITTHOCK.COM

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO.
LLC)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
FAX: 212-468-7900
JPINTARELLI@MOFO.COM; LMARINUZZI@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
FAX: 212-468-7900
LMARINUZZI@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: YUKITOSHI UWATOKO, ESQ.
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME
CHIYODA-KU
TOKYO, 100-6529
JAPAN
FAX: +81 3 3214 6512
YUWATOKO@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ.
(COUNSEL TO CB RICHARD ELLIS, INC.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
FAX: 212-468-7900
KOSTAD@MOFO.COM; TGOREN@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI,ESQ
(COUNSEL TO FONDIARIA, BIM, VITA, ASSICURAZIONI,
MILANO, POPOLARE, BANCA SAI, SYSTEMA AND
NOVARA)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
FAX: 212-468-7900
JPINTARELLI@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY
(COUNSEL TO PACIFIC COAST CAP. PARTNERS, LLC,
MITSUBISHI UGJ SEC CO., ING REAL ESTATE FINANCE)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
FAX: 212-468-7900

LNASHELSKY@MOFO.COM

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ
(COUNSEL TO OVERSEA-CHINESE BANKING CORP, INF
GRP
OF TAIWAN FIN INST, FONDO LATINO AND AB BANKAS)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
FAX: 212-468-7900
BMILLER@MOFO.COM

MORRISON COHEN LLP
ATTN: MICHAEL R. DAL LAGO, ESQ.
(COUNSEL TO CARMIGNAC GESTION)
909 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-735-8708
BANKRUPTCY@MORRISONCOHEN.COM

MOSES & SINGER LLP
ATTN: JAMES M. SULLIVAN, ESQ.
(COUNSEL TO CHINA DEVELOPMENT INDUSTRIAL BANK
& DOTSON INVESTMENTS LIMITED)
THE CHRYSLER BUILDING 405 LEXINGTON AVENUE
NEW YORK, NY 10174
FAX: (212) 554-7700
JSULLIVAN@MOSESSINGER.COM

NATIONWIDE FUND ADVISORS
ATTN: ERIC E MILLER, ESQ
SVP/GENERAL COUNSEL
1000 CONTINENTAL DR STE 400
KING OF PRUSSIA, PA 19406-2850
FAX: 484-530-1323
MILLEE12@NATIONWIDE.COM

NEW YORK CITY LAW DEPARTMENT
JOSHUA M. WOLF ASSISTANT CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-199
NEW YORK, NY 10077
FAX: 212-788-0937
JOWOLF@LAW.NYC.GOV

NEWEDGE USA, LLC
ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL
COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL 60661
FAX: 312-762-1175
SUSAN.SCHULTZ@NEWEDGEGROUP.COM

NIXON PEABODY LLP
ATTN: DENNIS J. DREBSKY
(COUNSEL TO SAN MATEO, MONTEREY, MITSUI-MOL)
437 MADISON AVENUE
NEW YORK, NY 10022
FAX: 212-940-3111
DDREBSKY@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS)
100 SUMMER STREET
BOSTON, MA 02110
FAX: 617-345-1300
ADARWIN@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY
AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022
FAX: 212-940-3111
VMILIONE@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: MARK N. BERMAN
(COUNSEL TO THE METROPOLITAN TRANSIT
AUTHORITY & WELLINGTON MGMT COMPANY,
GEORGETOWN UNIVERSITY)
100 SUMMER STREET
BOSTON, MA 02110
FAX: 866-382-5868
MBERMAN@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO BRYANT UNIVERSITY)
100 SUMMER STREET
BOSTON, MA 02110
FAX: 212-940-3111
VMILIONE@NIXONPEABODY.COM

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281
FAX: 646-587-9505
BANKRUPTCYMATTERS@US.NOMURA.COM

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP)
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022
FAX: 212-616-2101
INFO2@NORMANDYHILL.COM

OFFICE OF ATTORNEY GENERAL
ATTN: CHRISTOPHER R. MOMJIAN
(COUNSEL TO THE COMMONWEALTH OF
PENNSYLVANIA DEPT OF REVENUE, BUREAU OF
ACCOUNTS SETTLEMENT)
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
FAX: (215) 560-2202
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF CHARLENE M. INDELICATO
WESTCHESTER COUNTY ATTORNEY
ATTN: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
FAX: 914-995-3132
MJR1@WESTCHESTERGOV.COM

OFFICE OF THE MINNESOTA ATTORNEY GENERAL
ATTN: JEREMY D. EIDEN, ESQ.
(COUNSEL TO MINNESOTA STATE BOARD OF
INVESTMENT)
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127
FAX: 651-297-8265
JEREMY.EIDEN@STATE.MN.US

OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311
FAX: 201-413-5863
MARTIN.DAVIS@OTS.TREAS.GOV

OPPENHEIMERFUNDS, INC.
CHIEF COMPLIANCE OFFICER
6803 SOUTH TUCSON WAY
ENGLEWOOD, CO 80112-3924
AKANTESARIA@OPPENHEIMERFUNDS.COM

OPPENHEIMERFUNDS, INC.
2 WORLD FINANCIAL CENTER
225 LIBERTY STREET, 16TH FL
NEW YORK, NY 10281-1008
AKANTESARIA@OPPENHEIMERFUNDS.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.)
51 WEST 52ND STREET
NEW YORK, NY 10019-6142
FAX: 212-506-5151
RDAVERSA@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR.
(COUNSEL TO THE BANK OF NOVA SCOTIA)
51 WEST 52ND STREET
NEW YORK, NY 10019-6142
FAX: 212-506-5151
RDAVERSA@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, ESQ.
(COUNSEL TO THE BANK OF NOVA SCOTIA)
1152 15TH STREET, NW
WASHINGTON, DC 20005-1706
FAX: 202-339-8500
JGUY@ORRICK.COM

ORRICK, HARRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND
DEBRA L. FELDER
(COUNSEL TO CALIFORNIA IND. SYSTEMS OPERATOR
CORP)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
FAX: 202-339-8500
JGUY@ORRICK.COM; KORR@ORRICK.COM;
DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ROGER FRANKEL, RICHARD H. WYRON,
JONATHAN P. GUY AND DEBRA L. FELDER
(COUNSEL TO RIZAL COMMERCIAL BANKING
CORPORATION)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
FAX: 202-339-8500
RFRANKEL@ORRICK.COM; RWYRON@ORRICK.COM;
JGUY@ORRICK.COM; DFELDER@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR.
(COUNSEL TO RIZAL COMMERCIAL BANKING
CORPORATION)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001
FAX: 212-506-5151
LMCGOWEN@ORRICK.COM; RDAVERSA@ORRICK.COM

OTC CORPORATE ACTIONS
ATTN: SHAMIRA ASSURIAN
9509 KEY WEST AVENUE
ROCKVILLE, MD 20850
FAX: (202) 689-3533
OTCCORPACTIONS@FINRA.ORG

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN,
ESQ
(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ,
LTD & FDIC AS RECEIVER OF WESTERNBANK PUERTO
RICO)
230 PARK AVENUE
NEW YORK, NY 10169-0075
FAX: 212-682-6104
WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM

OUTTEN & GOLDEN LLP
ATTN: JACK RAISNER AND RENE ROUPINIAN
(COUNSEL TO 72 INDIVIDUALS)
3 PARK AVENUE, 29TH FLOOR
NEW YORK, NY 10016
FAX: 212-977-4005
JAR@OUTTENGOLDEN.COM;
RROUPINIAN@OUTTENGOLDEN.COM

PADUANO & WEINTRAUB LLP
ATTN: WILLARD KNOX
(COUNSEL TO JASON T TAYLOR & PHILLIP WALSH)
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NY 10020
FAX: 212-785-9099
WK@PWLAWYERS.COM

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV
(COUNSEL TO DUKE ENERGY OHIO, INC.)
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
CHIPFORD@PARKERPOE.COM

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY
(COUNSEL TO ASBURY ATLANTIC AND ASBURY-
SOLOMONS)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
FAX: 212-336-2222
DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM

PAUL HASTINGS LLP
ATTN: HARVEY A. STRICKON (HS5210)
(COUNSEL TO GE CAPITAL CORP, EUROPEAN BANK FOR
RECONSTRUCTION)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
FAX: 212-230-7689
HARVEYSTRICKON@PAULHASTINGS.COM

PAUL HASTINGS LLP
ATTN: MARTIN EDELMAN, ROBERT WERTHEIMER
(COUNSEL TO 605 THIRD AVENUE FEE LLC)
75 EAST 55TH STREET
NEW YORK, NY 10022
DRAELSON@FISHERBROTHERS.COM

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS AND
CLAUDIA L. HAMMERMAN
(COUNSEL TO CITIGROUP, INC.)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
FAX: 212-757-3990
SSHIMSHAK@PAULWEISS.COM;
DDAVIS@PAULWEISS.COM;
CHAMMERMAN@PAULWEISS.COM

PEITZMAN, WEG & KEMPINSKY LLP
ATTN: DAVID B. SHEMANO
(COUNSEL TO AVISTA CORP., CASCADE INVESTEMENT
LLC,
AND POWEREX CORP.)
10100 SANTA MONICA BLVD., SUITE 1450
LOS ANGELES, CA 90067
FAX: 310-552-3101
DSHEMANO@PWKLLP.COM

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK)
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
FAX: 312-259-7926
KRESSK@PEPPERLAW.COM;
KOVSKYD@PEPPERLAW.COM

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276
FAX: 609-452-1147
WISOTSKA@PEPPERLAW.COM

PEPPER HAMILTON LLP
ATTN: FRANCIS J. LAWALL, ESQ NINA VARUGHESE, ESQ
(COUNSEL TO ENCANA CORP, ENCANA OIL & GAS,
EXXON MOBILE GAS MARKETING EUROPE LTD)
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799
FAX: 215-981-4750
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON LLP
ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II
(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
FAX: 302-421-8390
MELTZERE@PEPPERLAW.COM;
SCHANNEJ@PEPPERLAW.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA
(COUNSEL TO CITY OF FARMERS BRANCH ET AL)
P.O. BOX 13430
ARLINGTON, TX 76094-0430
FAX: 817-860-6509
ARLBANK@PBFCM.COM

PHOENIX AMERICAN FINANCIAL SERVICES, INC.
ATTN: JOSEPH HORGAN
2401 KERNER BLVD
SAN RAFAEL, CA 94901
FAX: 415-485-4546
JHORGAN@PHXA.COM

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: DAVID A. CRICHLOW, ESQ.
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039
FAX: 212-858-1500
DAVID.CRICHLOW@PILLSBURYLAW.COM

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443
FAX: 213-629-1033
BILL.FREEMAN@PILLSBURYLAW.COM;
MARK.HOULE@PILLSBURYLAW.COM

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG &
JASLOW
ATTN: SYDNEY G. PLATZER
(COUNSEL TO 250 EAST BORROWER LLC (41), EAST 46TH
BORROWER LLC (42); HALE AVENUE BORROWER LLC
(43))
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018
FAX: 212-593-0353
SPLATZER@PLATZERLAW.COM

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112
FAX: 816-753-1536
DFLANIGAN@POLSINELLI.COM

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112
JBIRD@POLSINELLI.COM

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
FAX: 302-252-0921
CWARD@POLSINELLI.COM

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN, ESQS
(COUNSEL TO ALIANT BANK)
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997
FAX: 973-538-5146
JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM

POST & SCHELL, P.C.
ATTN: BRIAN W. BISIGNANI, ESQ.
(COUNSEL TO AON CONSULTING)
17 NORTH 2ND STREET, 12TH FLOOR
HARRISBURG, PA 17101-1601
FAX: 717-731-1985
BBISIGNANI@POSTSCHELL.COM

POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER,
P.A.
ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022
FAX: 973-994-1705
FBP@PPGMS.COM; LML@PPGMS.COM

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS
(COUNSEL TO CD REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-798-6352
RFLEISCHER@PRYORCASHMAN.COM;
MJACOBS@PRYORCASHMAN.COM

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID
ROSE
(COUNSEL TO WSG DEVELOPMENT CO.)
410 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-798-6352
RFLEISCHER@PRYORCASHMAN.COM;
MJACOBS@PRYORCASHMAN.COM;
DROSE@PRYORCASHMAN.COM

PRYOR CASHMAN LLP
ATTN: RONALD S BEACHER, ESQ
(COUNSEL TO SPCP GROUP, BANK OF VALLETTA P.L.C &
APS BANK LTD.)
7 TIMES SQUARE
NEW YORK, NY 10036
FAX: 212-326-0806
RBEACHER@PRYORCASHMAN.COM

PURSUIT PARTNERS
ATTN: FRANK CANELAS, ANTHONY SCHEPIS,
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902
FAX: 203-961-0039
CANELAS@PURSUITPARTNERS.COM;
SCHEPIS@PURSUITPARTNERS.COM

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND
SCOTT C. SHELLEY, ROBERT DAKIS
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010
FAX: 212-849-7100
SUSHEELKIRPALANI@QUINNEMANUEL.COM;JAMESTEC
CE@QUINNEMANUEL.COM;SCOTTSHELLEY@QUINNEMA
NUEL.COM; ROBERTDAKIS@QUINNEMANUEL.COM

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039
FAX: 973-597-9119
JRABINOWITZ@RLTLAWFIRM.COM;
BROY@RLTLAWFIRM.COM

REED SMITH LLP
ATTN: J. ANDREW RAHL, ESQ.
(COUNSEL TO GALLEON BUCCANEERS OFFSHORE LTD)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-521-5450
ARAHL@REEDSMITH.COM

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
(COUNSEL TO GE CAPITAL INFORMATION TECH
SOLUTION)
1201 N MARKET STREET SUITE 1500
WILMINGTON, DE 19801
FAX: 302-778-7575
KGWYNNE@REEDSMITH.COM;
JFALGOWSKI@REEDSMITH.COM

REED SMITH LLP
ATTN: CHRIS LYNCH
(COUNSEL TO GE CAPITAL INFORMATION TECH
SOLUTIONS; QUEST & QWEST COMMUNICATIONS; IKON
OFFICE)
599 LEXINGTON AVENUE 30TH FLOOR
NEW YORK, NY 10022
FAX: 212-521-5450
CLYNCH@REEDSMITH.COM

REED SMITH LLP
ATTN: ERIC A SCHAFFER, ESQ
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES
LTD.)
225 5TH AVENUE STE 1200
PITTSBURGH, PA 15222-2716
FAX: 412-288-3063
ESCHAFFER@REEDSMITH.COM

REED SMITH LLP
ATTN: MICHAEL J. VENDITTO
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES
LTD.)
599 LEXINGTON AVE.
NEW YORK, NY 10022
FAX: 212-521-5450
MVENDITTO@REEDSMITH.COM

REED SMITH LLP
ATTN: JOHN L. SCOTT, DAVID M. GRIMES AND
RIZWAN A. QURESHI
(COUNSEL TO YARPA INVESTMENTI S.G.R. S.P.A.-RP3)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-521-5450
JLSCOTT@REEDSMITH.COM;
DGRIMES@REEDSMITH.COM;
RQURESHI@REEDSMITH.COM

REITLER KAILAS & ROSENBLATT LLC
ATTN: CRAIG J. ALBERT, ESQ.
(COUNSEL TO EDWARD J. AGOSTINI & SYLVIA
AGOSTINI)
885 THIRD AVE., 20TH FLOOR
NEW YORK, NY 10022
FAX: 212-371-5500
CALBERT@REITLERLAW.COM

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
(COUNSEL TO MICROSOFT CORP & LICENSING GP)
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192
FAX: 206-389-1708
JSHICKICH@RIDDELLWILLIAMS.COM

RIEMER & BRAUNSTEIN LLP
ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER
RHEAUME
(COUNSEL TO SALEM FIVE CENTS SAVINGS BANK)
THREE CENTER PLAZA
BOSTON, MA 02108
FAX: 617-692-3466
GMOSS@RIEMERLAW.COM;
ABRAUNSTEIN@RIEMERLAW.COM;
ARHEAUME@RIEMERLAW.COM

ROGER B. NAGIOFF
THE LEYS
BARNET LANE
ELSTREE
HERFORDSHIRE, WD6 3RQ
UNITED KINGDOM
ROGER@RNAGIOFF.COM

RUSSELL INVESTMENTS
ATTN: ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120
FAX: 253-439-3284
ECOHEN@RUSSELL.COM

RUSSELL R. JOHNSON III
(COUNSEL TO DUKE ENERGY OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23103
FAX: 804-749-8862
RUSSJ4478@AOL.COM

SAINT JOSEPH'S UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
ATTN:  MARIANNE SCHIMELFENIQ, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
5600 CITY AVENUE
PHILADELPHIA, PA 19131-1395
FAX: 610-660-3142
MSCHIMEL@SJU.EDU

SALANS
ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN
(COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK,
BANK PEKAO, GL TRADE, BNY, EZE CASTLE &
LIQUIDPOINT)
620 FIFTH AVENUE
NEW YORK, NY 10020
FAX: 212-632-5555
CMONTGOMERY@SALANS.COM;LWHIDDEN@SALANS.C
OM

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)
230 PARK AVENUE
NEW YORK, NY 10169
FAX: 212-818-9606
CBELMONTE@SSBB.COM;TBROCK@SSBB.COM;PBOSSWI
CK@SSBB.COM;ASNOW@SSBB.COM

SAUL EWING LLP
ATTN: ADAM H. ISENBERG, ESQ.
(COUNSEL TO THE PENN CONVENTION CENTER
AUTHORITY)
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
FAX: 215-972-1853
AISENBERG@SAUL.COM

SCHIFF HARDIN LLP
ATTN: EUGENE J. GEEKIE, JR.
(COUNSEL TO NORTHERN INDIANA PUBLIC SERVICE CO.
AND NISOURCE FINANCE CORP.)
6600 SEARS TOWER
CHICAGO, IL 60606
FAX: 312-258-5600
EGEEKIE@SCHIFFHARDIN.COM

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
NKA BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM,
N.IRELAND
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
280 KING OF PRUSSIA ROAD
ATTN: JOHN A. KEHOE
WAYNE, PA 19087
FAX: 610-667-7056
JKEHOE@BTKMC.COM

SCHLAM STONE & DOLAN LLP
ATTN: BENNETTE D. KRAMER
COUNSEL TO GLENCORE COMMODITIES LTD MOORE
CAP MGT ALPHADYNE INTERNATIONAL MASTER FUND
26 BROADWAY
NEW YORK, NY 10004
FAX: 212-344-7677
BDK@SCHLAMSTONE.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN: NICHALOS J. LEPORE, III, ESQ.
(COUNSEL TO PJM INTERCONNECTION, LLC)
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103-7286
FAX: 215-751-2205
NLEPORE@SCHNADER.COM

SCOTTWOODCAPITAL
ATTN: N FURMAN

NFURMAN@SCOTTWOODCAPITAL.COM

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ.
(COUNSEL TO THE SUMITOMO TRUST & BANKING CO.,
LTD)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
FAX: 212-480-8421
COHENR@SEWKIS.COM

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO GLOBAL, PANTON, CFIP, CURA,
TURNBERRY, INVESTCORP ET AL, DIAMOND NOTCH
AND TANG CAPITAL)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
FAX: 212-480-8421
ASHMEAD@SEWKIS.COM

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ
AND NED S. SCHODEK, ESQ.
(COUNSEL TO BANK OF AMERICA, N.A.)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-848-7179
FSOSNICK@SHEARMAN.COM;
JGARRITY@SHEARMAN.COM;
NED.SCHODEK@SHEARMAN.COM

SHELL ENERGY NORTH AMERICA (US), L.P.
ATTN: ANN REYNAUD
909 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010
FAX: 713-767-5699
ANN.REYNAUD@SHELL.COM

SHELL TRADING (US) COMPANY
ATTN: JENNIFER GORE
910 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010
FAX: 713-265-3070
JENNIFER.GORE@SHELL.COM

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN & RUSSELL RIED ESQS
(COUNSEL TO THE BANK OF NEW YORK MELLON)
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112
FAX: 212-332-3888
CSHULMAN@SHEPPARDMULLIN.COM;
RREID@SHEPPARDMULLIN.COM

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MALANI J. CADEMARTORI, ESQ.
(COUNSEL TO NORTON GOLD FIELDS LIMITED)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
FAX: 212-332-3888
MCADEMARTORI@SHEPPARDMULLIN.COM

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: EDWARD H TILLINGHAST, III BLANKA WOLFE
(COUNSEL TO MAKOLA 2005 SL)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112
FAX: 212-653-8701
ETILLINGHAST@SHEPPARDMULLIN.COM;BWOLFE@SHE
PPARDMULLIN.COM

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTN: RUSSELL L. REID AND BLANKA K. WOLFE
(COUNSEL TO ISRAEL DISCOUNT BANK OF NEW YORK)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
FAX: 212-332-3888
RREID@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLIN.COM

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO GARTNER, INC., GARTNER UK, COMPUTER
FINANCIAL CONSULTANTS, TANGOE AND OPEN
SOLUTIONS)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919
FAX: 860-251-5218
BANKRUPTCY@GOODWIN.COM

SHUTTS & BOWEN LLP
ATTN: JAMES A. TIMKO
(COUNSEL TO THE "SUNGARD ENTITIES)
300 SOUTH ORANGE AVE., SUITE 1000
ORLANDO, FL 32801
FAX: 407-425-8316
JTIMKO@SHUTTS.COM

SIDLEY AUSTIN LLP
ATTN: ANDREW C. QUALE, JR., ALAN M. UNGER
(COUNSEL TO AIRCRAFT FINANCE TRUST)
787 SEVENTH AVENUE
NEW YORK, NY 10019
FAX: 212-839-5599
AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM

SILVERMANACAMPORA LLP
ATTN: RONALD J. FRIEDMAN
(COUNSEL TO MARTHA CHILTON MUELLER)
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
FAX: 516-470-6301
RFRIEDMAN@SILVERMANACAMPORA.COM

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SALLY MCDONALD HENRY
(COUNSEL TO REGION MARCHE, NASDAQ OMX,
CHICAGO
MERCANTILE EX. AND BLACKROCK FINANCIAL
MANAGEMENT)
FOUR TIMES SQUARE
NEW YORK, NY 10036
FAX: 212-735-2000
SALLY.HENRY@SKADDEN.COM

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: D. FARRINGTON YATES
(COUNSEL TO DR. MICHAEL C. FREGE)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
FAX: 212-768-6800
FYATES@SONNENSCHEIN.COM;

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: PATRICK C. MAXCY, ESQUIRE
(COUNSEL TO DR. MICHAEL C. FREGE)
8000 SEARS TOWER
233 WACKER DRIVE
CHICAGO, IL 60606
FAX: 312-876-7934
PMAXCY@SONNENSCHEIN.COM

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS,
INC.)
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202
FAX: 513-361-1201
SLERNER@SSD.COM

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: SANDRA E. MAYERSON, ESQ PETER A ZISSER,
ESQ.
(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT
QUEBEC)
30 ROCKEFELLER PLZ FL 22
NEW YORK, NY 10112-2299
FAX: 212-872-9815
SMAYERSON@SSD.COM

STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
ATTN: RONALD TERENZI AND CARA GOLDSTEIN
(COUNSEL TO LAUREL COVE DEVELOPMENT)
401 FRANKLIN AVENUE
GARDEN CITY, NY 11530
FAX: 516-812-4600
RTERENZI@STCWLAW.COM;
CGOLDSTEIN@STCWLAW.COM

STAHL ZELLOE, P.C.
ATTN: RICHARD J. STAHL, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030
FAX: 703-691-4942
R.STAHL@STAHLZELLOE.COM

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-667-0797
MARC.CHAIT@SC.COM

STEIN & LUBIN LLP
ATTN: EUGENE CHANG
(COUNSEL TO OVERSTOCK.COM)
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA 94111
FAX: 415-981-4343
ECHANG@STEINLUBIN.COM

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
ATTN: EDMOND P. O'BRIEN
(COUNSEL TO SLG 220 NEWS OWNER LLC)
675 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY 10017
FAX: 212-681-4041
EOBRIEN@SBCHLAW.COM

STEPHEN H. GROSS, ESQ
(COUNSEL TO VIGNETTE EUROPE LTD & DELL
MARKETING)

SHGROSS5@YAHOO.COM

STEPTOE & JOHNSON LLP
ATTN: JOHN H. LOVI AND LARA E. ROMANSIC
(COUNSEL TO KOREA INVESTMENT & SECURITIES CO.,
LTD AND TRUE FRIEND 4TH SECURITIZATION
SPECIALTY CO.)
750 SEVENTH AVENUE
NEW YORK, NY 10019
FAX: 212-506-3950
JLOVI@STEPTOE.COM; LROMANSIC@STEPTOE.COM

STEPTOE & JOHNSON LLP
ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER
(COUNSEL TO KOREA INVESTMENT & SECURITIES CO.,
LTD AND TRUE FRIEND 4TH SECURITIZATION
SPECIALTY CO.)
2121 AVENUE OF THE STARS, SUITE 2800
LOS ANGELES, CA 90067
FAX: 310-734-3300
RITKIN@STEPTOE.COM; KPIPER@STEPTOE.COM

STEVENS & LEE, P.C.
ATTN: CHESTER SALOMON AND CONSTANTINE
POURAKIS
(COUNSEL TO 1301 PROPERTIES OWNER LP PARAMOUNT
GP)
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY 10022
FAX: 212-319-8505
CS@STEVENSLEE.COM; CP@STEVENSLEE.COM

STEVENS & LEE, P.C.
ATTN: ALEC P. OSTROW AND CONSTANTINE D.
POURAKIS
(COUNSEL TO ROYAL BANK OF AMERICA)
485 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022
FAX: 212-319-8505
APO@STEVENSLEE.COM; CP@STEVENSLEE.COM

STRADLEY RONON STEVENS & YOUNG LLP
ATTN: PAUL PATTERSON, MICHAEL CORDONE, MARK
DORVAL
(COUNSEL TO FULTON BANK, ABERDEEN, NATIONWIDE
FUND DELAWARE MGMT HOLDINGS, TEMPLETON GLOBAL,
ET AL.)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
FAX: 215-564-8120
PPATTERSON@STRADLEY.COM;
MCORDONE@STRADLEY.COM;
MDORVAL@STRADLEY.COM

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: MICHAEL J. CORDONE, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
FAX: 215-564-8120
MCORDONE@STRADLEY.COM

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL A PATTERSON AND MICHAEL J. CORDONE
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
FAX: 215-564-8120
PPATTERSON@STRADLEY.COM;
MCORDONE@STRADLEY.COM

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: M DORVAL, P PATTERSON, D JOSEPH, J MURPHY
(COUNSEL TO CARLYLE MORTGAGE CAPITAL, LLC,
BNC 2007-4, LLC, SASC 2007-BC4 A4, ET. AL)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
FAX: 215-564-8120
MDORVAL@STRADLEY.COM;
PPATTERSON@STRADLEY.COM;
DJOSEPH@STRADLEY.COM;
JMMURPHY@STRADLEY.COM

STREUSAND & LANDON LLP
ATTN: G JAMES LANDON, ESQ RICHARD D VILLA, ESQ.
(COUNSEL TO: VIGNETTE EUROPE LIMITED)
515 CONGRESS AVE STE 2525
AUSTIN, TX 78701-3508
FAX: 512-236-9904
LANDON@STREUSANDLANDON.COM;
VILLA@STREUSANDLANDON.COM

STREUSAND & LANDON LLP
515 CONGRESS AVE STE 2525
AUSTIN, TX 78701-3508
FAX: 512-236-9904
STREUSAND@STREUSANDLANDON.COM

STROOCK & STROOCK & LAVAN LLP
ATTN: LAWRENCE M. HANDELSMAN AND DENISE K.
WILDES
(COUNSEL TO STAMFORD ASSOCIATES L.P.)
180 MAIDEN LANE
NEW YORK, NY 10038
FAX: 212-806-6006
LHANDELSMAN@STROOCK.COM;
DWILDES@STROOCK.COM

STROOCK & STROOCK & LAVAN LLP
ATTN: HAROLD A. OLSEN
(COUNSEL TO MERCURIA ENERGY TR, DEUTSCHE
ZENTRAL, BASSO CAPITAL, MAGNETAR CAPTIAL AND
MITSUI & CO.)
180 MAIDEN LANE
NEW YORK, NY 10038
FAX: 212-806-6006; 212-806-2627
HOLSEN@STROOCK.COM

STROOCK & STROOK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
(COUNSEL TO MIZUHO CORPORATE BANK)
180 MAIDEN LANE
NEW YORK, NY 10038
FAX: 212-806-6006
MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACY AND HYDEE R. FELDSTEIN
(COUNSEL TO BARCLAYS CAPITAL, INC.)
125 BROAD STREET
NEW YORK, NY 10004
FAX: 212-558-3588
LACYR@SULLCROM.COM;
FELDSTEINH@SULLCROM.COM

SULLIVAN & CROMWELL LLP
ATTN:  BRUCE CLARKE, MATTHEW SCHWARTZ
THOMAS JOHN WRIGHT, THEODORE MCCOMBS
(COUNSEL TO GIANTS STADIUM LLC)
125 BROAD STREET
NEW YORK, NY 10004
FAX: 212-558-3588
CLARKB@SULLCROM.COM;
SCHWARTZMATTHEW@SULLCROM.COM;
WRIGHTTH@SULLCROM.COM;
MCCOMBST@SULLCROM.COM

SUSMAN GODFREY LLP
ATTN: STEPHEN D. SUSMAN
(COUNSEL TO MASON CAPITAL MANAGEMENT, LLC)
560 LEXINGTON AVENUE, 15TH FLOOR
NEW YORK, NY 10022-6828
FAX: (713) 654 6670
SSUSMAN@SUSMANGODFREY.COM

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: PAUL B. TURNER
(COUNSEL TO SHELL TRADING/SHELL ENERGY N. AMER.
& FDRL HOME LOAN BANK OF BOSTON)
TWO HOUSTON CNTR.
919 FANNIN, SUITE 2200
HOUSTON, TX 77010
FAX: 713-470-1301
PAUL.TURNER@SUTHERLAND.COM

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: MARK D. SHERRILL
(COUNSEL TO SHELL, AGBANK. AVIVA, AGRIBANK,
KRAFT, PROFUNDS, AGFIRST, PHILIP MORRIS, VINING-
SPARKS)
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004
FAX: 202-637-3593
MARK.SHERRILL@SUTHERLAND.COM

TAFT STETTINIUS & HOLLISTER LLP
ATTN: W. TIMOTHY MILLER, ESQ.
(COUNSEL TO THE FEDERAL HOME LOAN BANK OF
CINCINNATI)
425 WALNUT STREET, STE. 1800
CINCINNATI, OH 45202
FAX: 513-381-0205
MILLER@TAFTLAW.COM

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY
DIV.
PO BOX 20207
NASHVILLE, TN 37202-0207
FAX: 615-741-3334
AGBANKNEWYORK@AG.TN.GOV;
MARVIN.CLEMENTS@AG.TN.GOV

THALER & GERTLER, LLP
ATTN: ANDREW. M THALER & KATHERINE GERACI
(COUNSEL TO THE AUGUST '86 TRUST)
90 MERRICK AVENUE; SUITE 400
EAST MEADOW, NY 11554
FAX: 516-228-3396
THALER@THALERGERTLER.COM;
GERACI@THALERGERTLER.COM

THE BANK OF NEW YORK MELLON
ATTN: RANJIT MATHER, ROBERT BAILEY
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY 10286
FAX: 212-635-6590
RANJIT.MATHER@BNYMELLON.COM;
ROBERT.BAILEY@BNYMELLON.COM

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
FAX: 212-782-6420
MMORREALE@US.MUFG.JP

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611,
JAPAN
FAX: 03-6256-3079
YAMASHIRO@SUMITOMOTRUST.CO.JP

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK GROCK)
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326
FAX: 404-266-7459
MATT@WILLAW.COM

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
(COUNSEL TO CROSSROADS INVESTMENT ADVISORS, LP
DIRECT ENERGY BUSINESS LLC)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915
FAX: 212-751-3113
IRA.HERMAN@TKLAW.COM;
DEMETRA.LIGGINS@TKLAW.COM

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
(COUNSEL TO DIRECT ENERGY BUSINESS, LLC)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499
FAX: 832-397-8260
RHETT.CAMPBELL@TKLAW.COM

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002
FAX: 713-654-1799
RHETT.CAMPBELL@TKLAW.COM;
MITCHELL.AYER@TKLAW.COM

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT
(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP)
1722 ROUTH STREET
SUITE 1500
DALLAS, TX 75201-2533
FAX: 214-880-3293
DAVID.BENNETT@TKLAW.COM

THOMPSON COBURN LLP
ATTN: MARK V. BOSSI
(COUNSEL TO ARG FUNDING CORP AND VANGUARD
CAR RENTAL USA HO)
ONE US BANK PLAZA
SAINT LOUIS, MO 63101
FAX: 314-552-7000
MBOSSI@THOMPSONCOBURN.COM

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY
TURK
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
FAX: 212-319-1745
AMENARD@TISHMANSPEYER.COM;
MBENNER@TISHMANSPEYER.COM;
BTURK@TISHMANSPEYER.COM;

TOBIN & TOBIN
ATTN: JOHN P. CHRISTIAN, ESQ.
(COUNSEL TO JOHN ROSEKRANS)
500 SANSOME STREET, 8TH FLOOR
SAN FRANCISCO, CA 94111-3214
FAX: 415-433-3883
JCHRISTIAN@TOBINLAW.COM

TOGUT, SEGAL & SEGAL LLP
ATTENTION: NEIL BERGER, ESQ.
STEPHANIE A. SKELLY, ESQ.
(COUNSEL TO TRONOX, INCORPORATED, ET AL.)
ONE PENN PLAZA, SUITE 3335
NEW YORK, NY 10019
FAX: (212) 967-4258
NEILBERGER@TEAMTOGUT.COM;
SSKELLY@TEAMTOGUT.COM

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044
FAX: 860-277-2158
OIPRESS@TRAVELERS.COM;
MLYNCH2@TRAVELERS.COM

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN & LEE STREMBA
(COUNSEL TO PT BANK NEGARA INDONESIA
NEW SOUTH FED SAV BANK, RWE, AND ELECTRABEL)
405 LEXINGTON AVENUE
NEW YORK, NY 10174
FAX: 212-704-6288
HOLLACE.COHEN@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM

TROUTMAN SANDERS LLP
ATTN: LEE STREMBA, ESQ.
(COUNSEL TO JASON WALLACE)
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
FAX: 212-704-6288
LEE.STREMBA@TROUTMANSANDERS.COM

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE AND
MICHAEL A. SHINER, ESQS.
(COUNSEL TO FEDERAL HOME LOAN BANK OF
PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH, PA 15222
FAX: 412-594-5619
BMANNE@TUCKERLAW.COM;
MSHINER@TUCKERLAW.COM

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124
FAX: 303-566-1010
LINDA.BOYLE@TWTELECOM.COM

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
222 N. LASALLE STREET
CHICAGO, IL 60601-1003
FAX: 312-609-5005
DLIPKE@VEDDERPRICE.COM

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
(COUNSEL TO PURSUIT CAPITAL & OPPORTUNITY FUND)
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
FAX: 212-407-7799
MJEDELMAN@VEDDERPRICE.COM

VENABLE LLP
ATTN: EDWARD A. SMITH, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
1270 AVENUE OF THE AMERICAS, 25TH FLOOR
NEW YORK, NY 10020
FAX: 212-307-5598
EASMITH@VENABLE.COM

VINSON & ELKINS L.L.P.
ATTN: STEVEN M. ABRAMOWITZ
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
666 FIFTH AVENUE, 27TH FLOOR
NEW YORK, NY 10103
FAX: 212-237-0100
SABRAMOWITZ@VELAW.COM

VINSON & ELKINS L.L.P.
ATTN: JOHN E. WEST AND STEVEN M. ABRAMOWITZ
(COUNSEL TO CONTINENTAL AIRLINES, INC.)
1001 FANNIN STREET, SUITE 2500
HOUSTON, TX 77002-6760
FAX: 713-615-5841
JWEST@VELAW.COM

VINSON & ELKINS LLP
ATTN: DOV KLEINER, ESQ.
(COUNSEL TO SHINSEI BANK LIMITED)
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103
FAX: 212-237-0100
DKLEINER@VELAW.COM

VINSON & ELKINS RLLP
ATTN: JEFFREY E. ELDREDGE
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
CITY POINT, 33RD FLOOR
ONE ROPEMAKED STREET
LONDON EC2Y 9UE,
UK
FAX: +1.713.615.5675
JELDREDGE@VELAW.COM

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ
(COUNSEL TO JP MORGAN CHASE BANK)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
FAX: 212-403-2000
HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
FAX: 212-403-2245
ARWOLF@WLRK.COM

WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
ATTN: CHRISTOPHER BELISLE, JANE FREEBERG SARMA
(COUNSEL TO ROGER B. NAGIOFF)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-922-1512
CBELISLE@WFW.COM; JFREEBERG@WFW.COM

WHITE & CASE LLP
ATTN: RICHARD GRAHAM
(COUNSEL TO DNB NOR BANK ASA)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787
FAX: 212-354-8113
RGRAHAM@WHITECASE.COM

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES
(COUNSEL TO DNB NOR BANK ASA)
WACHOVIA FINANCIAL CENTER SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131
FAX: 305-358-5744
TMACWRIGHT@WHITECASE.COM;
AVENES@WHITECASE.COM

WHITE & CASE LLP
ATTN: EVAN C. HOLLANDER, ESQ.
(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA
OVERSEAS FUND, LTD.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-354-8113
EHOLLANDER@WHITECASE.COM

WHITE & CASE LLP
ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN
AND RICHARD GRAHAM
(COUNSEL TO COMMERZBANK AG, NY & GRAND CAYMAN)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-354-8113
EHOLLANDER@WHITECASE.COM;
AZYLBERBERG@WHITECASE.COM;
DBAUMSTEIN@WHITECASE.COM;
RGRAHAM@WHITECASE.COM

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL, ULF KREPPEL
(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS
BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN,
GERMANY
FAX: +49 69 29994 1444
MRUETZEL@WHITECASE.COM;
UKREPPEL@WHITECASE.COM

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
WACHOVIA FINANCIAL CENTER, SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131
FAX: 305-358-5744
TLAURIA@WHITECASE.COM

WHITE & CASE LLP
ATTN: GERARD UZZI, J. CHRISTOPHER SHORE AND LISA
THOMPSON
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787
FAX: 212-354-8113
GUZZI@WHITECASE.COM; CSHORE@WHITECASE.COM;
LTHOMPSON@WHITECASE.COM

WHITE AND WILLIAMS LLP
SEDGWICK M. JEANITE, ESQ.
(COUNSEL TO ROBERT FRANZ)
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119
FAX: (212) 868-4846
JEANITES@WHITEANDWILLIAMS.COM

WHITEFORD TAYLOR & PRESTON, LLP
BRENT STRICKLAND, ESQ. DENNIS SHAFFER, ESQ
(COUNSEL TO MONARCH ALTERNATIVE CAPITAL LP)
SEVEN SAINT PAUL STREET
BALTIMORE, MD 21202
BSTRICKLAND@WTPLAW.COM;
DSHAFFER@WTPLAW.COM

WIGGIN AND DANA LLP
ATTN: SHARYN B. ZUCH
(COUNSEL TO HOTCHKISS SCHOOL)
185 ASYLUM STREET
HARTFORD, CT 06103-3402
SZUCH@WIGGIN.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: MATTHEW A. FELDMAN & MARC ABRAMS
(COUNSEL TO GREEN TREE SERVICING INC.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
FAX: 212-728-8111
MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: ANA ALFONSO
(COUNSEL TO BANK OF AMERICA, N.A.)
787 SEVENTH AVENUE
NEW YORK, NY 10019
AALFONSO@WILLKIE.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.
(COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
FAX: 212-728-8111
RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, ESQ.
(COUNSEL TO MARSHALL WACE LLP)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
FAX: 212-728-8111
MABRAMS@WILLKIE.COM

WILMER CUTLER PICKING HALE & DORR LLP
ATTN: PETER J. MACDONALD, JEANNETTE K. BOOT &
(COUNSEL TO INTEL CORPORATION)
399 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-230-8888
PETER.MACDONALD@WILMERHALE.COM;
JEANNETTE.BOOT@WILMERHALE.COM

WILMER CUTLER PICKING HALE & DORR LLP
ATTN: CRAIG GOLDBLATT & LISA EWART
(COUNSEL TO INTEL CORPORATION)
1875 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20006
FAX: 202-663-6363
CRAIG.GOLDBLATT@WILMERHALE.COM;
LISA.EWART@WILMERHALE.COM

WILMINGTON TRUST COMPANY
ATTN: JAMES J MCGINLEY
520 MADISON AVE, 33RD FL
NEW YORK, NY 10022
FAX: 212-415-0513
JMCGINLEY@WILMINGTONTRUST.COM

WILMINGTON TRUST FSB
ATTN: JULIE BECKER
50 S 6TH ST STE 1290
MINNEAPOLIS, MN 55402-1544
FAX: 952-921-2175
JBECKER@WILMINGTONTRUST.COM

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA,
INC)
200 PARK AVENUE
NEW YORK, NY 10166-4193
FAX: 212-294-4700
CSCHREIBER@WINSTON.COM

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA,
INC)
35 WEST WACKER DRIVE
CHICAGO, IL 60601
FAX: 312-558-5700
DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM

WINSTON & STRAWN LLP
ATTN: DAVID NEIER
(COUNSEL TO PENTWATER CAPITAL MANAGEMENT, LP
AND PIPER JAFFRAY & CO.)
200 PARK AVENUE
NEW YORK, NY 10166-4193
FAX: 212-294-4700
DNEIER@WINSTON.COM

WOLFF & SAMSON PC
ATTN: DAVID N. RAVIN
(COUNSEL TO MACK-CALI REALTY LP)
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052
FAX: 973-530-2234
DRAVIN@WOLFFSAMSON.COM

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO ANA G.
MENDEZ)
ONE GATEWAY CENTER, 9TH FLOOR
NEWARK, NJ 07102
FAX: 973-733-9292
JLAWLOR@WMD-LAW.COM

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO ANA G.
MENDEZ)
500 FIFTH AVENUE
NEW YORK, NY 10110
FAX: 973-733-9292
JLAWLOR@WMD-LAW.COM

ZUCKERMAN SPAEDER LLP
ATTN: THOMAS G MACAULEY & VIRGINIA WHITEHILL
GULDI
(COUNSEL TO STATE OF NEW JERSEY, DEPT OF
TREASURY, DIV OF INVESTMENT)
919 MARKET ST, STE 990
PO BOX 1028
WILMINGTON, DE 19899
FAX: 302-427-8242
BANKR@ZUCKERMAN.COM