B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### Southern District Of New York

In re Lehman Brothers Holding Inc., et. al., Debtors    Case No. 08-13555 (JMP)
(Jointly Administrator)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                      Name of Transferor

Paulson Credit Opportunities Master Fund Ltd.           BNP Paribas Securities Corp.

Name and Address where notices to transferee            Court Claim # (if known): 13776
should be sent:                                         Amount of Claim as Filed: $33,492,567.00
                                                        Amount of Claim Transferred: $33,492,567.00
                                                        (which has been allowed in the amount of
                                                        $29,800,000.00)
                                                        Date Claim Filed: 9/16/09
                                                        Debtor: Lehman Brothers Holdings Inc.

Paulson Credit Opportunities Master Ltd.
1251 Avenue of the Americas
50th Floor
New York, NY 10020
Email: Paul_ops@paulsonco.com
Fax: 212-977-9505

Name and Address where transferee payments should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____[signature]____    Date: August 3, 2011
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 7750772v1

# BNP PARIBAS SECURITIES CORP.

787 Seventh Avenue
New York, NY 10019

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 13776

**BNP PARIBAS SECURITIES CORP.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **PAULSON CREDIT OPPORTUNITIES MASTER LTD.** ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $29,800,000.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 9, 2011.

| SELLER | BUYER |
|---|---|
| BNP PARIBAS SECURITIES CORP. | PAULSON CREDIT OPPORTUNITIES MASTER LTD |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: |
| CHRISTIAN MUNDIGO | Address: |
| Head of Fixed Income Trading, Americas | Paulson Credit Opportunities Master Ltd. |
| & Global Head of Credit Trading | 1251 Avenue of the Americas |
| BNP Paribas Securities Corporation | New York, NY 10020 |

## BNP PARIBAS SECURITIES CORP.

787 Seventh Avenue
New York, NY 10019

TO:      United States Bankruptcy Court for the
         Southern District of New York ("Bankruptcy Court")
         Attn:    Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 13776

**BNP PARIBAS SECURITIES CORP.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **PAULSON CREDIT OPPORTUNITIES MASTER LTD.** ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $29,800,000.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 9, 2011.

| SELLER | BUYER |
|---|---|
| BNP PARIBAS SECURITIES CORP. | PAULSON CREDIT OPPORTUNITIES MASTER LTD |
| By:_____ <br> Name: <br> Title: | By: _/s/ Stuart Merzer_ <br> Name: STUART MERZER <br> Title: Authorized Signatory |

Address:
Paulson Credit Opportunities Master Ltd.
1251 Avenue of the Americas
New York, NY 10020