**Stichting Waardedepot Finvestor**
Mr. Arco Krijgsman
Maliebaan 70
3581 CV UTRECHT
The Netherlands
Telephone: +31 30 2316298



# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., et al., | Case No. 08-13555 |
| Debtors. | (Jointly Administred) |

## NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2)

1. On April 15, 2011, Stichting Waardedepot Finvestor filed a Notice of Transfer of Claim Pursuant to Rule 3001(e)(2) (the "Notice") in respect of Claim No. 53466 in this case (Lehman Brothers Holding Inc., Debtor, Case No 08-03555 (JMP)) (Docket No. 16332).

2. PLEASE TAKE NOTICE that Stichting Waardedepot Finvestor hereby withdraws the Notice.

3. I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

July 8, 2011
Utrecht, The Netherlands

STICHTING WAARDEDEPOT FINVESTOR

By: Mr. Arco Krijgsman
Maliebaan 70
3581 CV UTRECHT
The Netherlands
Email: krijgsman@finvestor.nl
Tel: +31 30 2316298