UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                :    (Jointly Administered)
    Debtors.                                                :
                                                                :
                                                                :
-----------------------------------------------------------------x    Ref. Docket Nos. 18878, 18884,
                                                                      18991-18994

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 5, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
9th day of August, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                    | Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   | 08-13555 (JMP)
                                                         |
                                                         | (Jointly Administered)
              Debtors.                                   |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CITIBANK (SOUTH DAKOTA) N.A.
         DBA:
         4740 121ST ST.
         URBANDALE IA 50323
```

Please note that your claim # 2994 in the above referenced case and in the amount of
          $972.32        has been transferred **(unless previously expunged by court order)**

```
         CITIBANK, N.A.
         TRANSFEROR: CITIBANK (SOUTH DAKOTA) N.A.
         701 EAST 60TH STREET NORTH
         SIOUX FALLS SD 57117
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18878      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/05/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 5, 2011.

# EXHIBIT B

```
TIME: 10:54:08                                              LEHMAN BROTHERS HOLDING INC.                                                                PAGE:    1
DATE: 08/05/11                                                   CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
   MASTER FUND L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: J.P. MORGAN SECURITIES INC. ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
   MASTER FUND LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: J.P. MORGAN SECURITIES LLC,FKA JP MORGAN SECURITIES INC ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
   MASTER FUND LP                                 NEW YORK NY 10022
CITIBANK (SOUTH DAKOTA) N.A.                      DBA: 4740 121ST ST. URBANDALE IA 50323
CITIBANK SOUTH DAKOTA NA                          DBA: 4740 121ST STREET URBANDALE IA 50323
CITIBANK, N.A.                                    TRANSFEROR: CITIBANK (SOUTH DAKOTA) N.A. 701 EAST 60TH STREET NORTH SIOUX FALLS SD 57117
CITIBANK, N.A.                                    TRANSFEROR: CITIBANK SOUTH DAKOTA NA 701 EAST 60TH STREET NORTH SIOUX FALLS SD 57117
DUNGAN PARTNERS LP                                TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
ILLIQUIDX LTD                                     TRANSFEROR: JOH. BERENBERG, GOSSLER & CO. KG ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES INC.                       C/O SUSAN MCNAMARA JPMORGAN LEGAL DEPARTMENT MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401
J.P. MORGAN SECURITIES LLC, FORMERLY              C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
KNOWN AS                                          NEW YORK NY 10005

Total Number of Records Printed          11
```