UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :    (Jointly Administered)
                     Debtors.                  :
                                               :
-----------------------------------------------------------------x    Ref. Docket Nos. 19031, 19034,
                                                    19035

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 8, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
9th day of August, 2011
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 19031, 19034, 19035_AFF_08-08-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CREDIT SUISSE                           CREDIT SUISSE
      ATTN: ALLEN GAGE                        CRAVATH, SWAINE & MOORE LLP
      1 MADISON AVE                           ATTN: RICHARD LEVIN
      NEW YORK NY 10010                       WORLDWIDE PLAZA
                                              825 EIGHTH AVENUE
                                              NEW YORK NY 10019
```

Please note that your claim # 55829-72 in the above referenced case and in the amount of $0.00 has been transferred **(unless previously expunged by court order)**

```
      WEGELIN & CO
      TRANSFEROR: CREDIT SUISSE
      PRIVATBANKIERS
      BOHL 17
      CH-9004 ST GALLEN
      SWITZERLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19035    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/08/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 8, 2011.

**EXHIBIT B**

```
TIME: 16:58:01                                         LEHMAN BROTHERS HOLDING INC.                                           PAGE: 1
DATE: 08/08/11                                              CREDITOR LISTING

Name                                       Address
BANCA DI CREDITO COOPERATIVO DI ALBA,      ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO)  12051 ITALY
  LANGHE E ROERO S.C.
CASSA DI RISPARMIO DI BRA S.P.A.           TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12
                                           12042 BRA (CUNEO)    ITALY
CREDIT SUISSE                              ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                              CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE SECURITIES (USA) LLC         TRANSFEROR: CREDIT SUISSE ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010
RAAS, ANTON                                TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC AKAZIENWEG 6 CH-8500 FRAUENFELD   SWITZERLAND
WEGELIN & CO                               TRANSFEROR: CREDIT SUISSE PRIVATBANKIERS BOHL 17 CH-9004 ST GALLEN    SWITZERLAND


Total Number of Records Printed            7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC