UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                 :
        Debtors.                                          :    (Jointly Administered)
                                                                 :
------------------------------------------------------------------x    Ref. Docket No. 19023

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 4, 2011, I caused to be served the "Quarterly Report Pursuant to Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) Approving Settlement Procedures," dated August 4, 2011 [Docket No. 19023], by causing true and correct copies to be:

    a. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. delivered via facsimile to the party listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                           /s/ *Panagiota Manatakis*
                                                                           Panagiota Manatakis

Sworn to before me this
5th day of August, 2011
/s/ *Julia S. Bealler*
Notary Public, State of New York
No. 01BE6222280
Qualified in Kings County
Commission Expires May 24, 2014

T:\Clients\LBH\Affidavits\Quarterly Report_DI_19023_8-4-11.doc

**EXHIBIT A**

08-13555-mg    Doc 19094    Filed 08/09/11    Entered 08/09/11 12:51:23    Main Document
Pg 2 of 17

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

## *LBH Email Service List*

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alum@ftportfolios.com

amarder@msek.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

*LBH Email Service List*

| | |
|---|---|
| bill.freeman@pillsburylaw.com | clarkb@sullcrom.com |
| bkmail@prommis.com | clynch@reedsmith.com |
| bmanne@tuckerlaw.com | cmontgomery@salans.com |
| bmiller@mofo.com | cohenr@sewkis.com |
| boneill@kramerlevin.com | colea@gtlaw.com |
| brian.corey@greentreecreditsolutions.com | cousinss@gtlaw.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| broy@rltlawfirm.com | cpappas@dilworthlaw.com |
| bstrickland@wtplaw.com | craig.goldblatt@wilmerhale.com |
| btrust@mayerbrown.com | crmomjian@attorneygeneral.gov |
| bturk@tishmanspeyer.com | cs@stevenslee.com |
| bwolfe@sheppardmullin.com | csalomon@beckerglynn.com |
| bzabarauskas@crowell.com | cschreiber@winston.com |
| cahn@clm.com | cshore@whitecase.com |
| calbert@reitlerlaw.com | cshulman@sheppardmullin.com |
| canelas@pursuitpartners.com | ctatelbaum@adorno.com |
| carol.weinerlevy@bingham.com | cwalsh@mayerbrown.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cbrotstein@bm.net | cweiss@ingramllp.com |
| cgoldstein@stcwlaw.com | dallas.bankruptcy@publicans.com |
| chammerman@paulweiss.com | daniel.guyder@allenovery.com |
| chardman@klestadt.com | dave.davis@isgria.com |
| charles@filardi-law.com | david.bennett@tklaw.com |
| charles_malloy@aporter.com | david.crichlow@pillsburylaw.com |
| chipford@parkerpoe.com | david.heller@lw.com |
| chris.donoho@lovells.com | david.seligman@kirkland.com |
| christopher.schueller@bipc.com | davids@blbglaw.com |

### *LBH Email Service List*

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

*LBH Email Service List*

| | |
|---|---|
| elevin@lowenstein.com | gravert@mwe.com |
| eli.mattioli@klgates.com | gspilsbury@jsslaw.com |
| ellen.halstead@cwt.com | guzzi@whitecase.com |
| emerberg@mayerbrown.com | harrisjm@michigan.gov |
| eobrien@sbchlaw.com | harveystrickon@paulhastings.com |
| eschaffer@reedsmith.com | hbeltzer@mayerbrown.com |
| eschwartz@contrariancapital.com | heidi@crumbielaw.com |
| esmith@dl.com | heim.steve@dorsey.com |
| etillinghast@sheppardmullin.com | heiser@chapman.com |
| ezujkowski@emmetmarvin.com | hirsch.robert@arentfox.com |
| ezweig@optonline.net | hollace.cohen@troutmansanders.com |
| fbp@ppgms.com | holsen@stroock.com |
| feldsteinh@sullcrom.com | howard.hawkins@cwt.com |
| ffm@bostonbusinesslaw.com | hseife@chadbourne.com |
| fhyman@mayerbrown.com | hsnovikoff@wlrk.com |
| fishere@butzel.com | icatto@kirkland.com |
| francois.janson@hklaw.com | igoldstein@dl.com |
| fsosnick@shearman.com | ilevee@lowenstein.com |
| fyates@sonnenschein.com | info2@normandyhill.com |
| gabriel.delvirginia@verizon.net | ira.herman@tklaw.com |
| gbray@milbank.com | isgreene@hhlaw.com |
| george.davis@cwt.com | israel.dahan@cwt.com |
| geraci@thalergertler.com | iva.uroic@dechert.com |
| ggitomer@mkbattorneys.com | jaclyn.genchi@kayescholer.com |
| giddens@hugheshubbard.com | jacobsonn@sec.gov |
| gkaden@goulstonstorrs.com | james.mcclammy@dpw.com |
| glenn.siegel@dechert.com | james.sprayregen@kirkland.com |
| gmoss@riemerlaw.com | jamestecce@quinnemanuel.com |

## LBH Email Service List

| | |
|---|---|
| jamie.nelson@dubaiic.com | jfreeberg@wfw.com |
| jar@outtengolden.com | jg5786@att.com |
| jason.jurgens@cwt.com | jgarrity@shearman.com |
| jay.hurst@oag.state.tx.us | jgenovese@gjb-law.com |
| jay@kleinsolomon.com | jguy@orrick.com |
| jbecker@wilmingtontrust.com | jherzog@gklaw.com |
| jbeemer@entwistle-law.com | jhiggins@fdlaw.com |
| jbeiers@co.sanmateo.ca.us | jhorgan@phxa.com |
| jbird@polsinelli.com | jhuggett@margolisedelstein.com |
| jbromley@cgsh.com | jhuh@ffwplaw.com |
| jcarberry@cl-law.com | jim@atkinslawfirm.com |
| jchristian@tobinlaw.com | jjoyce@dresslerpeters.com |
| jdrucker@coleschotz.com | jjtancredi@daypitney.com |
| jdyas@halperinlaw.net | jjureller@klestadt.com |
| jean-david.barnea@usdoj.gov | jkehoe@btkmc.com |
| jeanites@whiteandwilliams.com | jlamar@maynardcooper.com |
| jeannette.boot@wilmerhale.com | jlawlor@wmd-law.com |
| jeff.wittig@coair.com | jlee@foley.com |
| jeffrey.sabin@bingham.com | jlevitin@cahill.com |
| jeldredge@velaw.com | jlipson@crockerkuno.com |
| jen.premisler@cliffordchance.com | jliu@dl.com |
| jennifer.demarco@cliffordchance.com | jlovi@steptoe.com |
| jennifer.gore@shell.com | jlscott@reedsmith.com |
| jeremy.eiden@state.mn.us | jmaddock@mcguirewoods.com |
| jessica.fink@cwt.com | jmazermarino@msek.com |
| jfalgowski@reedsmith.com | jmcginley@wilmingtontrust.com |
| jflaxer@golenbock.com | jmelko@gardere.com |
| jfox@joefoxlaw.com | jmerva@fult.com |

*LBH Email Service List*

| | |
|---|---|
| jmmurphy@stradley.com | jwcohen@daypitney.com |
| jmr@msf-law.com | jweiss@gibsondunn.com |
| john.monaghan@hklaw.com | jwest@velaw.com |
| john.rapisardi@cwt.com | jwh@njlawfirm.com |
| john@crumbielaw.com | k4.nomura@aozorabank.co.jp |
| joli@crlpc.com | karen.wagner@dpw.com |
| jorbach@hahnhessen.com | kdwbankruptcydepartment@kelleydrye.com |
| joseph.cordaro@usdoj.gov | keckhardt@hunton.com |
| joshua.dorchak@bingham.com | keith.simon@lw.com |
| jowen769@yahoo.com | ken.coleman@allenovery.com |
| jowolf@law.nyc.gov | ken.higman@hp.com |
| joy.mathias@dubaiic.com | kerry.moynihan@hro.com |
| jpintarelli@mofo.com | kgwynne@reedsmith.com |
| jporter@entwistle-law.com | kiplok@hugheshubbard.com |
| jprol@lowenstein.com | kkelly@ebglaw.com |
| jrabinowitz@rltlawfirm.com | klyman@irell.com |
| jrsmith@hunton.com | kmayer@mccarter.com |
| jschwartz@hahnhessen.com | kobak@hugheshubbard.com |
| jsheerin@mcguirewoods.com | korr@orrick.com |
| jshickich@riddellwilliams.com | kostad@mofo.com |
| jsmairo@pbnlaw.com | kovskyd@pepperlaw.com |
| jstoll@mayerbrown.com | kpiper@steptoe.com |
| jsullivan@mosessinger.com | kressk@pepperlaw.com |
| jtimko@shutts.com | kreynolds@mklawnyc.com |
| jtougas@mayerbrown.com | krosen@lowenstein.com |
| judy.morse@crowedunlevy.com | kuehn@bragarwexler.com |
| jwallack@goulstonstorrs.com | kurt.mayr@bgllp.com |
| jwang@sipc.org | lacyr@sullcrom.com |

*LBH Email Service List*

| | |
|---|---|
| landon@streusandlandon.com | mark.ellenberg@cwt.com |
| lathompson@co.sanmateo.ca.us | mark.houle@pillsburylaw.com |
| lawallf@pepperlaw.com | mark.sherrill@sutherland.com |
| lberkoff@moritthock.com | martin.davis@ots.treas.gov |
| lee.stremba@troutmansanders.com | marvin.clements@ag.tn.gov |
| lgranfield@cgsh.com | matt@willaw.com |
| lhandelsman@stroock.com | matthew.klepper@dlapiper.com |
| linda.boyle@twtelecom.com | maustin@orrick.com |
| lisa.ewart@wilmerhale.com | mbenner@tishmanspeyer.com |
| lisa.kraidin@allenovery.com | mberman@nixonpeabody.com |
| ljkotler@duanemorris.com | mbienenstock@dl.com |
| lmarinuzzi@mofo.com | mbossi@thompsoncoburn.com |
| lmay@coleschotz.com | mcademartori@sheppardmullin.com |
| lmcgowen@orrick.com | mccombst@sullcrom.com |
| lml@ppgms.com | mcordone@stradley.com |
| lnashelsky@mofo.com | mcto@debevoise.com |
| loizides@loizides.com | mdorval@stradley.com |
| lromansic@steptoe.com | melorod@gtlaw.com |
| lscarcella@farrellfritz.com | meltzere@pepperlaw.com |
| lschweitzer@cgsh.com | metkin@lowenstein.com |
| lthompson@whitecase.com | mfeldman@willkie.com |
| lubell@hugheshubbard.com | mgordon@briggs.com |
| lwhidden@salans.com | mgreger@allenmatkins.com |
| mabrams@willkie.com | mh1@mccallaraymer.com |
| maofiling@cgsh.com | mhopkins@cov.com |
| marc.chait@sc.com | michael.frege@cms-hs.com |
| margolin@hugheshubbard.com | michael.kelly@monarchlp.com |
| mark.deveno@bingham.com | michael.kim@kobrekim.com |

*LBH Email Service List*

| | |
|---|---|
| millee12@nationwide.com | ncoco@mwe.com |
| miller@taftlaw.com | neal.mann@oag.state.ny.us |
| mimi.m.wong@irscounsel.treas.gov | ned.schodek@shearman.com |
| mitchell.ayer@tklaw.com | neilberger@teamtogut.com |
| mjacobs@pryorcashman.com | newyork@sec.gov |
| mjedelman@vedderprice.com | nfurman@scottwoodcapital.com |
| mjr1@westchestergov.com | nherman@morganlewis.com |
| mkjaer@winston.com | nissay_10259-0154@mhmjapan.com |
| mlahaie@akingump.com | nlepore@schnader.com |
| mlandman@lcbf.com | notice@bkcylaw.com |
| mlynch2@travelers.com | oipress@travelers.com |
| mmendez@hunton.com | omeca.nedd@lovells.com |
| mmooney@deilylawfirm.com | otccorpactions@finra.org |
| mmorreale@us.mufg.jp | paronzon@milbank.com |
| mneier@ibolaw.com | patrick.oh@freshfields.com |
| monica.lawless@brookfieldproperties.com | paul.turner@sutherland.com |
| mpage@kelleydrye.com | pbattista@gjb-law.com |
| mprimoff@kayescholer.com | pbosswick@ssbb.com |
| mpucillo@bermanesq.com | pdublin@akingump.com |
| mrosenthal@gibsondunn.com | peisenberg@lockelord.com |
| mruetzel@whitecase.com | peter.gilhuly@lw.com |
| mschimel@sju.edu | peter.macdonald@wilmerhale.com |
| mshiner@tuckerlaw.com | peter.simmons@friedfrank.com |
| msiegel@brownrudnick.com | peter@bankrupt.com |
| mspeiser@stroock.com | pfeldman@oshr.com |
| mstamer@akingump.com | phayden@mcguirewoods.com |
| mvenditto@reedsmith.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |

*LBH Email Service List*

*LBH Email Service List*

| | |
|---|---|
| ppatterson@stradley.com | robert.bailey@bnymellon.com |
| psp@njlawfirm.com | robert.dombroff@bingham.com |
| ptrostle@jenner.com | robert.henoch@kobrekim.com |
| pwright@dl.com | robert.malone@dbr.com |
| r.stahl@stahlzelloe.com | robert.yalen@usdoj.gov |
| raj.madan@bingham.com | robertdakis@quinnemanuel.com |
| rajohnson@akingump.com | robin.keller@lovells.com |
| ramona.neal@hp.com | roger@rnagioff.com |
| ranjit.mather@bnymellon.com | ronald.silverman@bingham.com |
| rbeacher@pryorcashman.com | rqureshi@reedsmith.com |
| rbyman@jenner.com | rreid@sheppardmullin.com |
| rdaversa@orrick.com | rroupinian@outtengolden.com |
| relgidely@gjb-law.com | rrussell@andrewskurth.com |
| rfleischer@pryorcashman.com | rterenzi@stcwlaw.com |
| rfrankel@orrick.com | rtrust@cravath.com |
| rfriedman@silvermanacampora.com | russj4478@aol.com |
| rgmason@wlrk.com | rwasserman@cftc.gov |
| rgraham@whitecase.com | rwyron@orrick.com |
| rhett.campbell@tklaw.com | s.minehan@aozorabank.co.jp |
| richard.lear@hklaw.com | sabin.willett@bingham.com |
| richard.levy@lw.com | sabramowitz@velaw.com |
| richard.tisdale@friedfrank.com | sagolden@hhlaw.com |
| ritkin@steptoe.com | sally.henry@skadden.com |
| rjones@boultcummings.com | sandyscafaria@eaton.com |
| rleek@hodgsonruss.com | sara.tapinekis@cliffordchance.com |
| rlevin@cravath.com | scargill@lowenstein.com |
| rmatzat@hahnhessen.com | schannej@pepperlaw.com |
| rnetzer@willkie.com | schepis@pursuitpartners.com |

### *LBH Email Service List*

| | |
|---|---|
| schnabel.eric@dorsey.com | sree@lcbf.com |
| schristianson@buchalter.com | sselbst@herrick.com |
| schwartzmatthew@sullcrom.com | sshimshak@paulweiss.com |
| scottshelley@quinnemanuel.com | sskelly@teamtogut.com |
| scousins@armstrongteasdale.com | ssusman@susmangodfrey.com |
| sdnyecf@dor.mo.gov | steele@lowenstein.com |
| sehlers@armstrongteasdale.com | stephen.cowan@dlapiper.com |
| sfelderstein@ffwplaw.com | steve.ginther@dor.mo.gov |
| sfineman@lchb.com | steven.troyer@commerzbank.com |
| sfox@mcguirewoods.com | steven.wilamowsky@bingham.com |
| sgordon@cahill.com | streusand@streusandlandon.com |
| sgubner@ebg-law.com | susan.schultz@newedgegroup.com |
| shannon.nagle@friedfrank.com | susheelkirpalani@quinnemanuel.com |
| sharbeck@sipc.org | swolowitz@mayerbrown.com |
| shari.leventhal@ny.frb.org | szuch@wiggin.com |
| shgross5@yahoo.com | tannweiler@greerherz.com |
| sidorsky@butzel.com | tarbit@cftc.gov |
| slerner@ssd.com | tbrock@ssbb.com |
| slevine@brownrudnick.com | tdewey@dpklaw.com |
| sloden@diamondmccarthy.com | tduffy@andersonkill.com |
| smayerson@ssd.com | teresa.oxford@invescoaim.com |
| smillman@stroock.com | tgoren@mofo.com |
| smulligan@bsblawyers.com | thaler@thalergertler.com |
| snewman@katskykorins.com | thomas.califano@dlapiper.com |
| sory@fdlaw.com | thomas.ogden@dpw.com |
| spiotto@chapman.com | thomas_noguerola@calpers.ca.gov |
| splatzer@platzerlaw.com | timothy.brink@dlapiper.com |
| squigley@lowenstein.com | timothy.palmer@bipc.com |

## LBH Email Service List

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT C**

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |