Disclosure Statement Hearing Date and Time: August 30, 2011 at 10:00 a.m. (prevailing Eastern time)
Disclosure Statement Objection Deadline Date and Time: August 11, 2011 at 4:00 p.m. (prevailing Eastern time)

Mayer Brown LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910

Howard S. Beltzer (HSB-5721)

*Counsel to BNP Paribas*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**STATEMENT IN SUPPORT OF APPROVAL OF DEBTORS' DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE**

BNP Paribas ("BNPP"), through its attorneys, files this statement in support of approval of Debtors' Disclosure Statement (the "Disclosure Statement") for Second Amended Joint Chapter 11 Plan (the "Plan") of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code, and states as follows:

1. BNPP entered into a Plan Support Agreement with Lehman Brothers Holdings Inc. and its affiliated Debtors as of June 30, 2011 (the "PSA"). The PSA provides that, subject to the terms and conditions of the PSA, BNPP shall file a statement in support of the approval of the Disclosure Statement.

AMECURRENT 700401959.1

2.  BNPP therefore supports the approval of the Disclosure Statement as containing adequate information under applicable law; provided, however, that BNPP reserves all of its rights in respect of the Disclosure Statement, the Plan and all other matters in accordance with its right (under the circumstances set forth in the PSA) to terminate the PSA and its obligations thereunder.

Dated: New York, New York
       August 9, 2011

                                          Respectfully submitted,

                                          /s/  Howard S. Beltzer

                                          Howard S. Beltzer (HSB-5721)

                                          Mayer Brown LLP
                                          1675 Broadway
                                          New York, New York 10019
                                          (212) 506-2500 (phone)
                                          (212) 262-1910 (fax)

                                          *Counsel to BNP Paribas*

AMECURRENT 700401959.1