UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                         :        Chapter 11 Case No.
                                                              :        08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :
                                                              :        (Jointly Administered)
                                    Debtors.                  :
-----------------------------------------------------------------x    **AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
COUNTY OF ONONDAGA) ss:

   Joanne Simmons, being duly sworn, deposes and says:

1. That I am employed as a legal assistant with Harris Beach PLLC, located at One Park Place, 4th Floor, 300 South State Street, Syracuse, New York 13202. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Reply Opposition To Debtors' One Hundred Sixty-Third Omnibus Objection To Claims Of F.F. Thompson Foundation Inc. And The Frederick Ferris Thompson Hospital", dated August 9, 2011, by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed as cm/ecf participants on August 10, 2011;

   ii. enclosed securely in separate postage-prepaid Federal Express envelopes and delivered via overnight mail to those parties listed on Exhibit "A" annexed hereto on August 9, 2011.

                                                       _____
                                                       Joanne Simmons

Sworn to before me this
10th day of August, 2011.

_____
Notary Public

KATHARINE H. FAHEY
Notary Public, State of New York
Qual. In Onondaga Co. No. 01FA6128504
Commission Expires June 13, ~~2009~~ 2013

000506 1635106.1

# EXHIBIT "A"

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn:  Robert J. Lemons, Esq.
        and Lee J. Goldberg, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for Region 2
Attn:  Tracy Hope Davis, Esq., Elisabetta Gasparini,
        Esq., and Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Haldey & McCloy LLP
Attn:  Dennis F. Dunne, Esq., Dennis
        O'Donnell, Esq., and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

000506 1635106.1