**BROWN RUDNICK LLP**
STEVEN L. LEVINE
PETER J.M. DECLERCQ
ONE FINANCIAL CENTER
BOSTON, MA 02111
TELEPHONE: (617) 856-8200
FAX: (617) 856-8201

-and-

**DEWEY & LEBOEUF LLP**
BRUCE BENNETT
MONIKA S. WIENER
333 SOUTH GRAND AVENUE, SUITE 2600
LOS ANGELES, CA 90071
TELEPHONE: (213) 621-6000
FAX: (213) 621-6100

*Counsel to the Lehman Brothers
Treasury B.V. Noteholders Identified Herein*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**Lehman Brothers Holdings, Inc.,**<br>*et al.,*<br><br>Debtors | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF MASSACHUSETTS    )
                          ) ss.:
COUNTY OF SUFFOLK         )

Allison M. Savage being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Boston, Massachusetts.

On August 5th and 8th, 2011, I caused to be served a true copy of the *Joint Statement Of Certain Holders Of Notes Issued By Lehman Brothers Treasury Company B.V. And Guaranteed By Lehman Brothers Holdings Inc. In Support Of Debtors' Amended Motion For Approval Of Procedures For Determining The Allowed Amount Of Claims Filed Based On Structured Securities Issued Or Guaranteed By Lehman Brothers Holdings Inc.* [Docket No. 19069] upon the parties set forth below and in the manner specified:

### Hand Delivery on August 8, 2011:
The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton Customs House
One Bowling Green
New York, New York 10004

### Facsimile on August 8, 2011:
Office of the United States Trustee
  for Region 2
33 Whitehall Street
21st Floor
New York, NY  10004
Attention:    Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq.
          and Andrea B. Schwartz, Esq.
Fax:  (212) 668-2255

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY  10007
Fax:  (212) 436-1931

### Electronic Mail on August 5, 2011:
Parties listed on Exhibit A attached

in this proceeding, upon the parties listed on the attached service lists, in the manner as indicated thereon.

Allison M. Savage

Sworn to before me this
10th day of August, 2011

Notary JANIS S. WAMSLEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 7, 2012

2

# EXHIBIT A

**SERVICE LIST**

**EMAIL DISTRIBUTION LISTS (parts 1-13)**
**Lehman Brothers Holding Master Service List**

**Lehman Brothers Holding Master Service List (part 1)**
aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adam.brezine@hro.com; adarwin@nixonpeabody.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; alesia.pinney@infospace.com; alum@ftportfolios.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com;

**Lehman Brothers Holding Master Service List (part 2)**
bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; bgraifman@gkblaw.com; bguiney@pbwt.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; Brian.Corey@greentreecreditsolutions.com; bromano@willkie.com; brosenblum@jonesday.com; broy@rltlawfirm.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; chardman@klestadt.com; charles@filardi-law.com; charles_malloy@aporter.com; charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com;

**Lehman Brothers Holding Master Service List (part 3)**
cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; david.seligman@kirkland.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com; dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; ddunne@milbank.com; deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com; djoseph@stradley.com; dkleiner@velaw.com; dkozusko@willkie.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; dodonnell@milbank.com; dove.michelle@dorsey.com; dowd.mary@arentfox.com; DPiazza@HodgsonRuss.com; draelson@fisherbrothers.com;

**Lehman Brothers Holding Master Service List (part 4)**
dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com; dspelfogel@foley.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efile@willaw.com; efleck@milbank.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ekbergc@lanepowell.com; elevin@lowenstein.com; eli.mattioli@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com; fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; gbray@milbank.com; george.davis@cwt.com; geraci@thalergertler.com; ggitomer@mkbattorneys.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; gravert@mwe.com;

**Lehman Brothers Holding Master Service List (part 5)**
gspilsbury@jsslaw.com; guzzi@whitecase.com; harrisjm@michigan.gov; harvey.miller@weil.com; harveystrickon@paulhastings.com; hbeltzer@mayerbrown.com; heidi@crumbielaw.com; heim.steve@dorsey.com; heiser@chapman.com; hirsch.robert@arentfox.com;

hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jaclyn.genchi@kayescholer.com; jacobsonn@sec.gov; jacqueline.marcus@weil.com; jafeltman@wlrk.com; james.mcclammy@dpw.com; james.sprayregen@kirkland.com; jamestecce@quinnemanuel.com; jamie.nelson@dubaiic.com; jar@outtengolden.com; jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;

**Lehman Brothers Holding Master Service List (part 6)**
jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com; jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com; jjtancredi@daypitney.com; jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; john@crumbielaw.com; joli@crlpc.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joshua.dorchak@bingham.com; jowen769@yahoo.com; jowolf@law.nyc.gov; joy.mathias@dubaiic.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com;

**Lehman Brothers Holding Master Service List (part 7)**
jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com; jtimko@allenmatkins.com; jtimko@shutts.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jwcohen@daypitney.com; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-law.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kowens@foley.com;

kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com; krosen@lowenstein.com; kuehn@bragarwexler.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com; Landon@StreusandLandon.com; lawallf@pepperlaw.com; lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com; LJKotler@duanemorris.com;

**Lehman Brothers Holding Master Service List (part 8)**
lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com; lmolfetta@mayerbrown.com; lnashelsky@mofo.com; loizides@loizides.com; lori.fife@weil.com; lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com; lthompson@whitecase.com; lubell@hugheshubbard.com; lwhidden@salans.com; mabrams@willkie.com; MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com; margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov; matthew.klepper@dlapiper.com; matthew.morris@lovells.com; mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com; meltzere@pepperlaw.com; metkin@lowenstein.com; mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com; mhanchet@mayerbrown.com; mhopkins@cov.com; michael.frege@cms-hs.com; michael.kim@kobrekim.com; millee12@nationwide.com; miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com; MJR1@westchestergov.com;

**Lehman Brothers Holding Master Service List (part 9)**
mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com; mlynch2@travelers.com; mmendez@hunton.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com; monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mprimoff@kayescholer.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu; mshiner@tuckerlaw.com; msiegel@brownrudnick.com; mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov; nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com; omeca.nedd@lovells.com; paronzon@milbank.com; patrick.oh@freshfields.com; paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com;

phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com;

**Lehman Brothers Holding Master Service List  (part 10)**
ptrostle@jenner.com; pwright@dl.com; r.stahl@stahlzelloe.com; raj.madan@bingham.com; rajohnson@akingump.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbeacher@pryorcashman.com; rbernard@bakerlaw.com; rbyman@jenner.com; rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com; rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com; rgraham@whitecase.com; rgraham@whitecase.com; rhett.campbell@tklaw.com; RHS@mccallaraymer.com; richard.krasnow@weil.com; richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com; ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com; rnetzer@willkie.com; rnorton@hunton.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com;  Robin.Keller@Lovells.com; ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com; rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com; RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;

**Lehman Brothers Holding Master Service List  (part 11)**
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; scargill@lowenstein.com; schannej@pepperlaw.com; Schepis@pursuitpartners.com;  schnabel.eric@dorsey.com; schristianson@buchalter.com; schwartzmatthew@sullcrom.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; shai.waisman@weil.com; shannon.nagle@friedfrank.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; shgross5@yahoo.com;  sidorsky@butzel.com; slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com; stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov; steven.troyer@commerzbank.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com;

**Lehman Brothers Holding Master Service List (part 12)**
tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com; thaler@thalergertler.com; thomas.califano@dlapiper.com; thomas.ogden@dpw.com; Thomas_Noguerola@calpers.ca.gov; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com; twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; wfoster@milbank.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wk@pwlawyers.com; woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; YUwatoko@mofo.com; cshore@whitecase.com; alfredo.perez@weil.com

**Lehman Brothers Holding Master Service List (part 13)**
Eunice.rim@klgates.com; david.neu@klgates.com; jcallagy@kelleydrye.com; etillinghast@sheppardmullin.com; tdewey@dpklaw.com; dpegno@dpklaw.com; jeanites@whiteandwilliams.com; jsullivan@mosessinger.com; neilberger@teamtogut.com; sskelly@teamtogut.com; ssusman@susmangodfrey.com; mccombst@sullcrom.com; bstrickland@wtplaw.com; dshaffer@wtplaw.com; Michael.kelly@monarchlp.com; colea@gtlaw.com; cousinss@gtlaw.com; melorod@gtlaw.com

# 1820795