| | |
|---|---|
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.<br>551 Fifth Avenue, 18th Floor<br>New York, New York 10176<br>(212) 968-6000<br>Matthew J. Gold | Hearing Date: August 30, 2011<br>Hearing Time:  10:00 a.m. |

Counsel for Elliott Management Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                                    :
In re                                                              :
Lehman Brothers Holdings Inc., et al.,          :          No. 08-13555 (JMP)
                                                                    :
                            Debtors.                     :
---------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

I, Matthew J. Gold, state, under penalty of perjury:

1. I am not a party to the action, and am over 18 years of age.

2. On August 10, 2011, I served a true copy of the Statement of Elliott Management Corp. in Support of the Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code by email addressed to the following address:

> Harvey R. Miller, Esq. (harvey.miller@weil.com)
> Lori R. Fife, Esq. (lori.fife@weil.com)
> Alfredo R. Perez, Esq. (alfredo.perez@weil.com)
> Dennis F. Dunne, Esq. (ddunne@milbank.com)
> Dennis C. O'Donnell, Esq. (dodonnell@milbank.com)
> Evan R. Fleck, Esq. (efleck@milbank.com)
> Elisabetta G. Gasparini, Esq. (Elisabetta.G.Gasparini@usdoj.gov)
> Andrea B. Schwartz, Esq. (Andrea.B.Schwartz@usdoj.gov)

                                                                                /s/ Matthew J. Gold
                                                                                Matthew J. Gold

Dated:  August 10, 2011

MGOLD\191313.2 - 08/10/11