Tommy Tewalt
14451 S. Hawthorne CT
Oregon City, Oregon
USA  97045

August 5, 2011

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, New York  10004
Courtroom:  601



Dear Honorable Judge Peck:

RE:  LEHMAN BROTHERS HOLDINGS INC., ET AL.,
     DEBTORS - CASE NO. 08 - 13555 - CHAPTER 11

OBJECTION OF TOMMY TEWALT TO THE DEBTORS'

DISCLOSURE STATEMENT - FILED JULY 1, 2011

,

I, TOMMY TEWALT, am a Class 10B Creditor of LBHI and I am a Holder of LBHI Capital Trust Securities.

I have an approximate Claim Value of $ 646,552.00.

I hereby do Object to the approval of the Debtors' Disclosure Statement and to the treatment of Classes 10A,

10B, and 10C for the reasons as follows:

(2)

1. The Debtors had 19 months since the Commencement Date up until the filing of the Initial Disclosure Statement to determine which Senior Classes the LBHI Subordinated Notes are subordinated to. It is quite distressing that the Debtors keep increasing the Senior Classes at every Amended Disclosure Statement. It is quite obvious that the Debtors are favoring the elite Creditors.

2. Exhibit 10 does not clearly explain the reasons for the extra Senior Classes - and explains zero about the Senior Intercompany Class.

3. Class 10A (a) Junior Subordinated Notes receive higher ranking than the Class 10B Subordinated Notes in the Debtors' Disclosure Statement. It is a common rule that Junior Subordinated Notes rank lower or equal to Subordinated Notes.

4. Also, the Disclosure Statement's valuations of the Debtor's Assets and Liabilities do not properly align to the Commencement Date – December 31, 2010 Balance Sheets. In addition, the Debtors are not providing adequate information for the financial discrepancies.

I, TOMMY TEWALT, do respectfully request, for all of the foregoing reasons, that the Court deny approval of the Debtors' Disclosure Statement for unfair treatment of Classes 10A, 10B, and 10C.

Respectfully,

TOMMY TEWALT

CERTIFICATE OF SERVICE

I, TOMMY TEWALT, do hereby certify that service of the foregoing " OBJECTION OF TOMMY TEWALT TO THE DEBTORS' DISCLOSURE STATEMENT - FILED JULY 1, 2011" was made on August 5, 2011 by First Class US

Mail upon the following parties:

(1) The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY    10004
Courtroom: 601

(2) Office of the US Trustee
33 Whitehall Street
21st Floor
New York, NY    10004
Attn:  Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea Schwartz, Esq.

(3) Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY    10005
Attn:  Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

(4) Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY    10153
Attn:  Harvey R. Miller, Esq., Lori R. Fife, Esq., and Alfredo R. Perez, Esq.

(5) White & Case LLP
1155 Avenue of the Americas
New York, NY    10036
Attn:  Gerard Uzzi, Esq., and Christopher Shore, Esq.

DATE: August 5, 2011

TOMMY TEWALT