THOMPSON & KNIGHT LLP
Jennifer A. Christian
900 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 751-3001
Fax: (212) 751-3113

*Counsel to Barton Creek Senior Living Center, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------X | |
| In re: : | Chapter 11 |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*,: | Case No. 08-13555 (JMP) |
| : | |
| Debtors. : | (Jointly Administered) |
| ------------------------------------------------------------X | |

**LIMITED RESPONSE OF BARTON CREEK SENIOR LIVING CENTER, INC. TO DEBTORS' ONE HUNDRED SIXTIETH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)**

Barton Creek Senior Living Center, Inc. ("Barton Creek") hereby files this Limited Response ("Limited Response") to the Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivative Claims) [Docket No. 18444] (the "Objection") and respectfully states as follows:

1. Lehman Brothers Holdings Inc. ("Lehman") and its affiliated debtors (collectively, the "Debtors") filed the Objection on July 12, 2011. Responses to the Objection are due August 10, 2011 and a hearing has been scheduled on same for August 25, 2011. The Debtors included in their Exhibit A to the Objection reference to two claims filed by Barton Creek: Claim Nos. 27227 (against Lehman) and 27228 (against Lehman Brothers Special Financing Inc.) (collectively, the "Barton Creek Claims"). Debtors' counsel contacted counsel for Barton Creek by e-mail, and stated therein that Debtors included the Barton Creek Claims in the Objection inadvertently, but declined to amend the Objection or file any other pleading with

the Court to confirm the Debtors' error. Instead, Debtors' counsel expressed its intention to file a listing of withdrawn objections along with any order entered with respect to the Objection.

2.  Accordingly, Barton Creek files this Limited Response to preserve all of its rights to substantively respond to any objection as to the Barton Creek Claims the Debtors have raised should the withdrawal on entry of an order as to the Objection not be entered.

WHEREFORE, Barton Creek respectfully requests that the Court: (a) deny any objection to the Barton Creek Claims raised by the Objection should the Debtors, for any reason, neglect to withdraw their objections made thereto in the Objection; (b) preserve all rights of Barton Creek to substantively respond to the Objection; and (c) grant such other and further relief as it deems just and proper.

DATED: New York, New York
August 10, 2011

                                  Respectfully submitted,

                                  THOMPSON & KNIGHT LLP

By:    /s/ Jennifer A. Christian
       Jennifer A. Christian
       900 Third Avenue, 20th Floor
       New York, New York 10022
       Tel: (212) 751-3001
       Fax: (212) 751-3113

          -and-

       Katharine E. Battaia
       1722 Routh Street, Suite 1500
       Dallas, Texas 75201
       Tel: (214) 969-1700
       Fax: (214) 969-1751

       *Attorneys for Barton Creek Senior Living Center, Inc.*