B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holding Inc., et. al., Debtors     Case No. 08-13555 (JMP)
                                                         (Jointly Administrator)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Paulson Credit Opportunities Master Fund Ltd. | RWE Supply & Trading Switzerland S.A. (formerly known as Essent Trading International S.A.) |

Name and Address where notices to transferee should be sent:

Paulson Credit Opportunities Master Ltd.
1251 Avenue of the Americas
50th Floor
New York, NY 10020
Email: Paul_ops@paulsonco.com
Fax: 212-977-9505

Court Claim # (if known): 14056
Amount of Claim as Filed: $6,188,589.00
Date Claim Filed: 9/16/09

With copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: July 28, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re:

    Lehman Brothers Holdings Inc., et al.,

                          Debtors

---------------------------------------------------------x

Chapter 11

Case No. 08-13555 (JPM)

(Jointly Administered)

### NOTICE AND EVIDENCE OF TRANSFER OF CLAIM

To: RWE Supply & Trading Switzerland SA (formerly known Essent Trading International S,A,) ("Assignor")

    Assignor, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Paulson Credit Opportunities Master Ltd., its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim nr 14056 (the "Claim") against LEHMAN BROTHERS HOLDINGS INC. whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JPM) (Jointly Administered). Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All future payments and distributions, and all notices and other communications, in respect of the Claim are to be made to Assignee. Assignee's payment and delivery instructions are attached as Annex A hereto. A copy of the Proof of Claim filed by Assignor is attached as Annex B. No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:

| Mailing Address: | Physical Address: |
|---|---|
| U. S. Bankruptcy Court<br>_____ District of _____<br>Attn: Claims Docketing Center<br>[              ]<br>[              ] | U. S. Bankruptcy Court<br>_____ District of _____<br>Attn: Claims Docketing Center<br>[              ]<br>[              ] |

If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 15th day of July, 2011.

RWE SUPPLY & TRADING SWITZERLAND SA

By: _____

Name:  Richard Lewis
Title:  Duly Authorised Signatory

By: _____

Name:  John Norling
Title:  Duly Authorised Signatory

PAULSON CREDIT OPPORTUNITIES MASTER LTD.

By: _____

Name:  Putnam Coes
Title:  Authorized Signatory