Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **GRF MASTER FUND, L.P.** | Deutsche Bank AG, London |

Name and Address where notices to transferee should be sent:

**GRF MASTER FUND, L.P.**
c/o Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, New York 10012
Contact: Susan Moriello
E-mail: smoriello@anchoragecap.com
Tel: +1 212 358 4247
Fax: +1 212 432 4689

Court Claim # (if known): 14416
Total Amount of Claim: $120,803,467.49
Date Claim Filed: September 16, 2009
Transferred Portion: $1,725,763.82

Tel: N/A

Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):
N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BY: ANCHORAGE CAPITAL GROUP, L.L.C.
ITS INVESTMENT MANAGER
MICHAEL AGLIALORO
Executive Vice President

**GRF MASTER FUND, L.P.**

By: _____    Date: _____
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transfer of LBHI Claim # 14416

# EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 14416 (In Part – See Below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a $1,725,763.82 portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $120,803,467.49 (the "Claim"). |

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**GRF MASTER FUND, L.P.**
c/o Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, New York 10012
Contact: Susan Moriello
E-mail: smoriello@anchoragecap.com
Tel: +1 212 358 4247
Fax: +1 212 432 4689

("Buyer") by assignment agreement dated 5 August [~~July~~] 2011.

Seller hereby waives any objection to the transfer of the Transferred Proportion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 5th day of August 2011.

| Deutsche Bank AG, London Branch | GRF MASTER FUND, L.P. | BY: ANCHORAGE CAPITAL GROUP, L.L.C. ITS INVESTMENT MANAGER |
|---|---|---|
| Name: Michael Sutton Title: Managing Director | Name: MICHAEL AGLIALORO Title: Executive Vice President | |
| Ross Miller Director | | |