THOMPSON & KNIGHT LLP
Jennifer A. Christian
900 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 751-3001
Fax: (212) 751-3113

*Counsel to Barton Creek Senior Living Center, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:                                        :        Chapter 11
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,***:**        Case No. 08-13555 (JMP)
                                              :
                    **Debtors.**              :        (Jointly Administered)
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Jennifer A. Christian, hereby certify that on August 10, 2011 a true and correct copy of the *Limited Response of Barton Creek Senior Living Center, Inc. to Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims)* was served electronically through the Court's ECF System and by messenger on the parties listed below.

Honorable James M. Peck
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 601
New York, NY 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq.
       Mark Bernstein, Esq.

511715 000036 DALLAS 2773338.1

The Office of the United States Trustee for
Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
 Elisabetta Gasparini, Esq.
 Andrea B. Schwartz, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
 Dennis O'Donnell, Esq.
 Evan Fleck, Esq.

DATED: New York, New York
 August 10, 2011


                  /s/ *Jennifer A. Christian*
                  Jennifer A. Christian