B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.            ,         Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | Merrill Lynch Credit Products, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Elliott Management Corporation
712 Fifth Ave., 35th Fl, New York, NY 10019
Attn: Michael Stephan
Phone: (212) 974-6000
Last Four Digits of Acct #: _____

Court Claim # (if known): 17724
Amount of Claim: $2,013,953*
Date Claim Filed: 09/18/2009

Phone: 646-855-7450
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

*plus additional amounts as set forth in the proof of claim

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P. as general partner
By: Braxton Associates, Inc., as general partner
By: _____
      Transferee/Transferee's Agent

By: _____
      Elliot Greenberg, Vice President

Date: August 10, 2011

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BOA          Fax 6468550114          Aug 9 2011 09:49am  P007/009

## EXHIBIT D

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: MERRILL LYNCH CREDIT PRODUCTS, LLC

MERRILL LYNCH CREDIT PRODUCTS, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to ELLIOTT ASSOCIATES, L.P., with offices located at 711 5th Avenue, 35th Floor, New York, NY 10019 ("Buyer"), all right, title and interest in and to the claims of Seller (originally held by Bank of Scotland plc) against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $2,013,953, docketed as Claim No. 17724 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9 day of August, 2011.

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

WITNESS:

(Signature)

Name: Jeff Benesh
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Ron Torok
Title: Vice President
Tel.: (646) 855-7450

**ELLIOTT ASSOCIATES, L.P.**

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____

500887387v6

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: MERRILL LYNCH CREDIT PRODUCTS, LLC

MERRILL LYNCH CREDIT PRODUCTS, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to ELLIOTT ASSOCIATES, L.P., with offices located at 711 5th Avenue, 35th Floor, New York, NY 10019 ("Buyer"), all right, title and interest in and to the claims of Seller (originally held by Bank of Scotland plc) against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $2,013,953, docketed as Claim No. 17724 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ___ day of August, 2011.

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

WITNESS:

_____
(Signature)

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
(Print name and title of witness)

Name:_____
Title:_____
Tel.:_____

**ELLIOTT ASSOCIATES, L.P.**
Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

WITNESS:
_/s/ Oksana Camarct_
(Signature)

By: _/s/_
(Signature of authorized corporate officer)
By: Elliot Greenberg, Vice President

Name: Oksana Camarct
Title: Admr.
(Print name and title of witness)

Name:_____
Title:_____
Tel.: 212. 478-2994