Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for New York Life Insurance & Annuity Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
: 
In re                                                                    :    Chapter 11
                                                                              :
LEHMAN BROTHERS HOLDINGS INC.,    :    Case No. 08-13555 (JMP)
                                                                              :
Debtor.                                                               :    (Jointly Administered)
                                                                              :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 23685

PLEASE TAKE NOTICE that New York Life Insurance & Annuity Corporation, through the undersigned counsel, hereby withdraws Proof of Claim No. 23685 filed in the above matter, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  August 11, 2011
            New York, New York

**BINGHAM MCCUTCHEN LLP**

By:  ___/s/Joshua Dorchak_____
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for New York Life Insurance &*
*Annuity Corporation*

A/74451248.1