Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 22965

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Partners, through the undersigned counsel, hereby withdraws Proof of Claim No. 22965 filed in the above matter, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: August 11, 2011
       New York, New York

**BINGHAM MCCUTCHEN LLP**

By: /s/Joshua Dorchak
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners*

A/74451206.1