Hearing Date: August 25, 2011, at 10:00 a.m.

David B. Shemano (DS 1224)
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for Cascade Investment, L.L.C.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
: 
**In re:** : **Chapter 11 Case**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** : **Case No. 08-13555 (JMP)**
*et al.,* : 
: **(Jointly Administered)**
: 
**Debtors** : 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

Matthew M. Dryer, certifies as follows:

1. I am a paralegal employed by the law firm of Peitzman, Weg & Kempinsky LLP, counsel to Cascade Investment, L.L.C. in the above captioned case.

2. On August 9, 2011, I caused a copy of the:

**LIMITED OBJECTION OF CASCADE INVESTMENT, L.L.C. TO DEBTORS' ONE HUNDRED SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)** (the "Objection")

to be served by First Class Mail upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert

Lemons, Esq., Penny Reid, Esq., and Ralph Miller, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

3. On August 9, 2011, I caused copies of the Objection to be served by electronic mail upon all parties who receive electronic notice of filings in these cases via the Court's ECF filing system.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 11, 2011

/s/ Matthew M. Dryer<br>
Matthew M. Dryer