Hearing Date and Time: August 30, 2011 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: August 11, 2011 at 4:00 p.m. (Prevailing Eastern Time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Kenneth S. Ziman
Max S. Polonsky
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Och-Ziff Capital Management Group LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                                                   :
In re                                                              :   Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   Case No. 08-13555 (JMP)
                                                                   :
                         Debtors.                                  :   (Jointly Administered)
                                                                   :
------------------------------------------------------------------ x

**STATEMENT IN SUPPORT OF APPROVAL OF DEBTORS' DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE**

Och-Ziff Capital Management Group LLC ("Och-Ziff"), by and through its undersigned attorneys, hereby submits this statement in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Lehman Brothers Holdings Inc. and its affiliated debtors-in-possession (together, the "Debtors") in support of approval of the Debtors' Disclosure Statement (the "Disclosure Statement") for the Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"), and respectfully represents as follows:

1. On September 15, 2008 and periodically thereafter, the Debtors commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court").

2. Och-Ziff entered into a Plan Support Agreement with the Debtors as of June 30, 2011 (the "PSA"). The PSA provides that, subject to the terms and conditions of the PSA, Och-Ziff shall file a statement in support of the approval of the Disclosure Statement.

3. To Och-Ziff's knowledge, the Disclosure Statement contains adequate information, as such term is used in section 1125 of the Bankruptcy Code, and it should therefore be approved.

4. Och-Ziff further believes that it is in the best interests of the Debtors' estates that the Chapter 11 Cases proceed toward confirmation and prompt distributions to creditors.

5. Notwithstanding the foregoing, Och-Ziff reserves all of its rights in respect of the Disclosure Statement, the Plan and all other matters consistent with the terms of the PSA and its obligations thereunder.

Dated:  New York, New York
          August 11, 2011

Respectfully submitted,

Skadden, Arps, Slate, Meagher & Flom LLP

By:    */s/ Kenneth S. Ziman*
         Kenneth S. Ziman
         Max S. Polonsky
         Four Times Square
         New York, New York 10036
         Telephone:  212-735-3000
         Facsimile:  212-735-2000

*Attorneys for Och-Ziff Capital Management Group LLC*

2

912646-New York Server 2A - MSW