Sabin Willett
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
Telephone:  (617) 951-8000
Fax:  (617) 951-8736

*Counsel for State Street Bank and Trust Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

**STATEMENT OF STATE STREET BANK AND TRUST COMPANY IN SUPPORT OF
APPROVAL OF THE DISCLOSURE STATEMENT FILED BY DEBTORS**

State Street Bank and Trust Company, by and through its undersigned counsel, states that it supports this Court's approval of the *Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code*, dated June 30, 2011 [Docket No. 18205].

Dated: August 11, 2011
Boston, Massachusetts

/s/ *Sabin Willett*
Sabin Willett
sabin.willett@bingham.com
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA  02110-1726
Tel:  (617) 951-8000
Fax:  (617) 951-8736

*Counsel for State Street Bank and Trust Company*

A/74451590.1