**Disclosure Statement Hearing Date and Time: August 30, 2011 at 10:00 a.m. (Prevailing Eastern Time)**
**Disclosure Statement Objection Deadline Date and Time: August 11, 2011 at 4:00 p.m. (Prevailing Eastern Time)**

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Irena Goldstein

Attorneys for The Royal Bank of Scotland plc

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                          :
           Debtors.                       :    (Jointly Administered)
                                          :
                                          :
-------------------------------------------------------------------x
```

### STATEMENT OF THE ROYAL BANK OF SCOTLAND PLC IN SUPPORT OF APPROVAL OF DEBTORS' DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

The Royal Bank of Scotland plc, through its undersigned counsel, hereby files this

statement in support (the "Statement") of this Court's  approval of the Debtors' Disclosure

Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its

Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (the "Disclosure

Statement") [Docket No. 18205], filed by Lehman Brothers Holdings Inc. and its affiliated

debtors (collectively, the "Debtors") on July 1, 2011 in these chapter 11 cases.

RBS and the Debtors entered into a plan support agreement ("PSA") pursuant to which RBS agreed to support the Debtors Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan") [Docket No. 18204] because the Plan reflects the compromises reached by the Debtors with RBS and other creditors.  Pursuant and subject to the terms and conditions of the PSA, RBS supports approval of the Disclosure Statement and Plan.[1]

Dated: New York, New York
       August 11, 2011

DEWEY & LEBOEUF LLP

/s/ Irena Goldstein
Irena Goldstein, Esq.
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212-259-8000
Facsimile: 212-259-6333

Attorneys for The Royal Bank of Scotland plc

NY3 3097517.1

---

[1] RBS reserves all of its rights and remedies under the PSA.