DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
**In re**                                              : **Chapter 11**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et*   Case No.  08-13555 (JMP)
*al.*                                                    :
          **Debtors.**                         :         **(Jointly Administered)**
                                                         :
-------------------------------------------------------- x

CERTIFICATE OF SERVICE

I, Laura Saal, state, under penalty of perjury:

1. I am not a party to this action, am over 18 years of age and am employed by Dewey & LeBoeuf, L.L.P., 1301 Avenue of the Americas, New York, New York 10019.

2. On the 11th of August, 2011, I served a true copy of Statement of the Royal Bank of Scotland plc in Support of Approval of Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan by email addressed to the following:

    Harvey R. Miller, Esq. (Harvey.miller@weil.com)
    Lori R. Fife, Esq. (lori.fife@weil.com)
    Alfredo R. Perez, Esq. (alfredo.perez@weil.com)
    Dennis F. Dunne, Esq. (ddunne@milbank.com)
    Dennis C. O'Donnell, Esq. (dodonnell@milbank.com)
    Evan R. Fleck, Esq. (efleck@milbank.com)
    Elisabetta G. Gasparini, Esq. (elisabetta.g.gasparini@usdoj.gov)
    Andrea B. Schwartz, Esq. (andrea.b.schwartz@usdoj.gov)
    Joshua Dorchak, Esq. (joshua.dorchak@bingham.com)

Sabin Willet, Esq. ([sabin.willett@bingham.com](mailto:sabin.willett@bingham.com))
Steven L. Levine, Esq. ([slevine@brownrudnick.com](mailto:slevine@brownrudnick.com))
Howard R. Hawkins, Jr., Esq. ([howard.hawkins@cwt.com](mailto:howard.hawkins@cwt.com))
Mark C. Ellenberg, Esq. ([mark.ellenberg@cwt.com](mailto:mark.ellenberg@cwt.com))
Thomas J. Moloney, Esq. ([tmoloney@cgsh.com](mailto:tmoloney@cgsh.com))
Sean A, O'Neal, Esq. ([soneal@cgsh.com](mailto:soneal@cgsh.com))
Andrew Brozman, Esq. ([andrew.brozman@cliffordchance.com](mailto:andrew.brozman@cliffordchance.com))
Richard Levin, Esq. ([rlevin@cravath.com](mailto:rlevin@cravath.com))
Bruce Bennett, Esq. ([bbennett@dl.com](mailto:bbennett@dl.com))
Monika S. Wiener, Esq. ([mwiener@dl.com](mailto:mwiener@dl.com))
Jeffrey D. Saferstein, Esq. ([jsaferstein@paulweiss.com](mailto:jsaferstein@paulweiss.com))
Alan W. Kornberg, Esq. ([akornberg@paulweiss.com](mailto:akornberg@paulweiss.com))

3.  On the 11th of August, 2011, I served a true copy of Statement of the Royal Bank of Scotland plc in Support of Approval of Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan by Federal Express addressed to the following:

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

Dated: August 11, 2011          /s/ Laura Saal
                                Laura Saal