**Disclosure Statement Hearing Date and Time: August 30, 2011 at 10:00 a.m. (Prevailing Eastern Time)**
**Disclosure Statement Objection Deadline Date and Time: August 11, 2011 at 4:00 p.m. (Prevailing Eastern Time)**

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1978
Facsimile: (212) 474-3700
Richard Levin

Attorney for Credit Suisse AG, Credit Suisse Securities (Europe) Limited
and Credit Suisse Loan Funding LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
 : 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
 : 
Debtors. : (Jointly Administered)
 : 
 : 
-----------------------------------------------------------------x

**STATEMENT OF CREDIT SUISSE AG, CREDIT SUISSE SECURITIES (EUROPE) LIMITED AND CREDIT SUISSE LOAN FUNDING LLC IN SUPPORT OF APPROVAL OF DEBTORS' DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Credit Suisse AG ("CS"), Credit Suisse Securities (Europe) Limited ("CSE") and Credit Suisse Loan Funding LLC ("CSLF") support this Court's approval of the Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code [Docket No. 18205], filed by Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors") on July 1, 2011 in these chapter 11 cases.

   CS, CSE and CSLF file this statement as required by Section 1.02(iii) of their respective Plan Support Agreements with the Debtors and reserve all rights and remedies with respect to all other matters in their chapter 11 cases.

Dated: August 11, 2011
   New York, New York

          Respectfully submitted,

          CRAVATH, SWAINE & MOORE LLP

          By:  s/ Richard Levin
            Richard Levin
            Member of the Firm
            Worldwide Plaza
            825 Eighth Avenue
            New York, New York 10019
            Telephone: (212) 474-1978
            Facsimile: (212) 474-3700

            *Attorney for Credit Suisse AG, Credit Suisse Securities (Europe) Limited and Credit Suisse Loan Funding LLC*