CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1978
Facsimile: (212) 474-3700
Richard Levin

Attorney for Credit Suisse AG, Credit Suisse Securities (Europe) Limited
and Credit Suisse Loan Funding LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                              :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :     **08-13555 (JMP)**
:
Debtors.                                   :     **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Richard Levin, certify that I am over eighteen years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to this Court and that on August 11, 2011, I caused copies of the Statement of Credit Suisse AG, Credit Suisse Securities (Europe) Limited and Credit Suisse Loan Funding LLC in Support of Approval of Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan to be served upon:

The Honorable James M. Peck
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004

Andrew Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza,
New York, New York 10005

by delivering a true copy thereof, securely enclosed in a prepaid and properly addressed wrappers, to an agent of Federal Express, an overnight delivery service, for next business day delivery to said offices; to wit: Friday, August 12, 2011.

I certify under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on August 11, 2011.

_____s/ Richard Levin_____
Richard Levin