Mayer Brown LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910

Brian Trust (BT-0347)

*Counsel to Société Générale, Société Générale Asset Management Banque and Société Générale Bank & Trust*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**STATEMENT IN SUPPORT OF APPROVAL OF DEBTORS' DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS PURSUANT TO <u>SECTION 1125 OF THE BANKRUPTCY CODE</u>**

Societe Generale ("<u>SG</u>"), Societe Generale Asset Management Banque ("<u>SGAM Banque</u>") and Societe Generale Bank and Trust ("<u>SGBT</u>"), through their attorneys, file this statement in support of approval of Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (the "<u>Disclosure Statement</u>") [Docket 18205], filed by Lehman Brothers Holdings Inc. and its affiliated Debtors ("<u>Debtors</u>") on July 1, 2011.

    1.    On June 30, 2011, each of SG, SGAM Banque and SGBT entered into Plan Support Agreements with the Debtors.

2. Each of the Plan Support Agreements provide that, subject to the terms of the Plan Support Agreements, each of SG, SGAM and SGBT shall support the approval of the Disclosure Statement.

3. Each of SG, SGAM Banque and SGBT support the approval of the Disclosure Statement as containing adequate information.

4. SG. SGAM Banque and SGBT file this Statement pursuant to Section 1.02(iii) of the Plan Support Agreements and reserve all of their respective rights under Plan Support Agreements.

Dated: New York, New York
August 11, 2011

Respectfully submitted,

/s/ Brian Trust

Brian Trust (BT-0347)

**Mayer Brown LLP**
1675 Broadway
New York, New York 10019
(212) 506-2500 (phone)
(212) 262-1910 (fax)

*Counsel to Société Générale, Société Générale Asset Management Banque and Société Générale Bank & Trust*