B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Macquarie Bank Limited
Name of Transferee

Ennismore Fund Management Limited on behalf of Ennismore Smaller Companies PLC on behalf of Ennismore European Smaller Companies Fund
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Macquarie Capital (USA) Inc.
125 West 55th Street, New York, NY 10019
Attention:    Executive Director – FICC – Legal Risk Management Division
Telephone:   212-231-1000
Facsimile:   212-231-2177
Email:       ficc.notices@macquarie.com

Court Claim # (if known): 9145
Amount of Claim: $7,806,367.29*
Date Claim Filed: 8/24/09
Debtor: Lehman Brothers Holdings Inc.

*plus additional amounts as set forth in the proof of claim

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]    /s/ [signature]    Date: August 8, 2011
Name of Transferee/Transferee's Agent
Michele Del Bo            Joel Outlaw
Division Director         Associate Director
                          Legal Risk Management

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 7728064v.5

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

ENNISMORE EUROPEAN SMALLER COMPANIES FUND, a sub-fund of ENNISMORE SMALLER COMPANIES PLC, with offices at c/o Ennismore Fund Management Limited, 5 Kensington Church Street, London W8 4LD, United Kingdom ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to MACQUARIE BANK LIMITED, its successors and assigns, with offices at c/o Macquarie Capital (USA) Inc., 125 West 55th Street, New York, NY 10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 9145) in the amount of $7,806,367.29 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 8th day of August, 2011.

SELLER:  
**ENNISMORE EUROPEAN SMALLER COMPANIES FUND**

By: _[signature]_  
Name: P P BLAIR  
Title: AUTHORISED SIGNATORY

BUYER:  
**MACQUARIE BANK LIMITED**

By: _____  
Name:  
Title:

By: _____  
Name:  
Title:

NY1 7728064v.5

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

ENNISMORE EUROPEAN SMALLER COMPANIES FUND, a sub-fund of ENNISMORE SMALLER COMPANIES PLC, with offices at c/o Ennismore Fund Management Limited, 5 Kensington Church Street, London W8 4LD, United Kingdom ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to MACQUARIE BANK LIMITED, its successors and assigns, with offices at c/o Macquarie Capital (USA) Inc., 125 West 55th Street, New York, NY 10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 9145) in the amount of $7,806,367.29 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 8th day of August, 2011.

| SELLER: | BUYER: |
|---|---|
| **ENNISMORE EUROPEAN SMALLER COMPANIES FUND** | **MACQUARIE BANK LIMITED** |

By:_____   By:_____
Name:                            Name: Michele Del Bo
Title:                           Title: Division Director

                                 By:_____
                                 Name: Joel Outlaw
                                 Title: Associate Director
                                        Legal Risk Management

NY1 7728064v.5