CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

Attorneys for Goldman Sachs Bank USA
and Goldman Sachs International

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                    :   Chapter 11
In re:                                                              :   Case No. 08-13555(JMP)
                                                                    :   (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :
                                                                    :   CERTIFICATE OF
                    Debtors.                                        :   SERVICE
                                                                    :
------------------------------------------------------------------- X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 11th day of August 2011 before 4:00 p.m., the Statement of Goldman Sachs Bank USA and Goldman Sachs International in Support of Approval of Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan is being served by hand upon:

                Richard P. Krasnow, Esq.
                Weil Gotshal & Manges LLP
                767 Fifth Avenue
                New York, New York 10153

                Lori R. Fife, Esq
                Weil Gotshal & Manges LLP
                767 Fifth Avenue
                New York, New York 10153

Shai Y. Waisman, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Andy Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Paul Schwartzberg, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Brian Masumoto, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Linda Riffkin, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005

Dennis O'Donnell, Esq
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005

        Evan R. Fleck, Esq
        Milbank, Tweed, Hadley & McCloy
        1 Chase Manhattan Plaza
        New York, New York 10005

    2. These services are being made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
       August 11, 2011

                                    Richard V. Conza