**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | § |
| In re: | § Chapter 11 |
| | § |
| LEHMAN BROTHERS HOLDINGS, INC., et al.. | § Case No. 08-13555 (JMP) |
| | § |
| Debtors. | § (Jointly Administered) |
| | § |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) SS:
COUNTY OF NEW YORK  )

Patricia A. Wright, being duly sworn deposes and says:

1.      That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2.      That on the 11th day of August, 2011, I caused to be served a true copy of the **Statement of State Street Bank and Trust Company in Support of Approval of the Disclosure Statement filed by Debtors** upon those parties as listed on the annexed Service List.

/s/Patricia A. Wright
Patricia A. Wright

Sworn to before me this
11th day of August, 2011

/s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2014

A/74484223.1

# SERVICE LIST

## VIA HAND DELIVERY

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller
      Alfredo R. Perez
767 Fifth Avenue
New York, NY 10153

Office of the US Trustee
Attn: Elisabetta G. Gasparin
      Andrea B. Schwartz
      Andy Velez-Rivera
      Paul Schwartzberg
      Brian Masumoto
      Linda Riffkin
      Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

## VIA ELECTRONIC SERVICE

Weil, Gotshal & Manges LLP
Attn:  Richard P. Krasnow
      Lori R. Fife
      Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne
      Evan Fleck
      Dennis O'Donnell
1 Chase Manhattan Plaza
New York, NY 10005

Brown Rudnick LLP
Attn: Steven L. Levine
One Financial Center
Boston, MA 02111

Cadwalader, Wickersham & Taft LLP
Attn: Howard R. Hawkins, Jr.
One World Financial Center
New York, NY 10281

Cadwalader, Wickersham & Taft LLP
Attn: Mark C. Ellenberg
700 Sixth Street, NW
Washington, DC 20001

Cleary Gottlieb Steen & Hamilton LLP
Attn: Thomas J. Moloney
      Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Clifford Chance LLP
Attn: Andrew Brozman
31 West 52nd Street
New York, NY 10019-6131

Cravath Swaine & Moore LLP
Worldwide Plaza
Attn: Richard Levin
825 Eighth Avenue
New York, NY 10019-7475

A/74484223.1

Dewey & Leboeuf LLP
Attn: Irena M. Goldstein
1301 Avenue of the Americas
New York, NY 10019-6092

White & Case LLP
Attn: Gerard Uzzi
      J. Christopher Shore
1155 Avenue of the Americas
New York, NY 10036-2787

**VIA FACSIMILE**

Dewey & Leboeuf LLP
Attn: Bruce Bennett
      Monika S Wiener
333 South Grand Avenue, Ste. 2600
Los Angeles, CA 90071

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Jeffrey D. Saferstein
      Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019

A/74484223.1