WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: 212.937.7232
Facsimile: 212.230.8888

Philip D. Anker

Attorneys for Värde Partners, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, : | **08-13555 (JMP)** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2011, a true and correct copy of *Värde Partners, L.P.'s Statement in Support of Approval of Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code* was served via hand delivery upon the parties listed on the attached Service List and was also served electronically upon all interested parties using the Court's CM/ECF system.

Dated: August 11, 2011
    New York, New York

                    /s/ Philip D. Anker
                    Philip D. Anker
                    WILMER CUTLER PICKERING
                     HALE AND DORR LLP
                    399 Park Avenue
                    New York, NY  10022
                    Tel: (212) 230-8800
                    Fax: (212) 230-8888
                    philip.anker@wilmerhale.com

                    *Attorneys for Värde Partners, L.P.*

**SERVICE LIST**

Honorable James M. Peck
United States Bankruptcy Court
Alexander Hamilton Customs House
One Bowling Green, Courtroom 601
New York, New York 10004

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Attn:   Gerard Uzzi, Esq.
        J. Christopher Shore, Esq.
*(Attorneys for the Ad Hoc Group of Lehman Brothers Creditors)*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller, Esq.
        Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
        Alfredo R. Pérez, Esq.
*(Attorneys for the Debtors)*

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York, 10004
Attn:   Tracy Hope Davis, Esq.
        Elisabetta G. Gasparini, Esq.
        Andrea B. Schwartz, Esq.
        Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Matsumoto, Esq.
        Linda Riffkin, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
*(Attorneys to the Official Committee of Unsecured Creditors)*