UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :
                                                               :    Case No. 08-13555 (JMP)
                                                               :
                              Debtors.                         :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

CERTIFICATE OF SERVICE

Amanda Raboy certifies:

1.    I am not a party to the action, am over 18 years of age, am employed by Covington & Burling LLP, and reside in New York, New York.

2.    On August 11, 2011, I caused to be served true and correct copies of the Objection Of Wilmington Trust Company, As Indenture Trustee, To The Debtors' Amended Motion (I) For Approval Of The Disclosure Statement And The Form And Manner Of Notice Of The Disclosure Statement Hearing, (II) Establishing Solicitation And Voting Procedures, (III) Scheduling A Confirmation Hearing, And (IV) Establishing Notice And Objection Procedures For Confirmation Of The Debtors Joint Chapter 11 Plan, Docket No. [19149] (the "Objection"), upon the following parties by hand delivery: (i) the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, Courtroom 601),; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Lori R. Fife, and Alfredo R. Pérez, attorneys for the Debtors; (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Creditors' Committee.

3.    On August 11, 2011, I caused copies of the Objection to be served by electronic notice upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

Dated: New York, New York
       August 11, 2011

                                                    /s/ Amanda Raboy
                                                      Amanda Raboy