**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Scott Cargill, Esq.
Erin S. Levin, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212. 262.6700  (Telephone)
212. 262.7402  (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to LibertyView (as defined in its Objection)*

**IN THE UNITED STATES BANKRUPTCY**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al*., <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br> Jointly Administered |

**CERTIFICATE OF SERVICE**

Diane C. Claussen, pursuant to 28 U.S.C. § 1746, certify as follows:

1.   I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to LibertyView (as defined in its Objection filed at Docket No. 19167).

2.   On August 11, 2011, I caused a copy of *Libertyview's Limited Objection to Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code* ("the Objection")*,* to be served via electronic mail or facsimile as indicated, and first class mail on the parties listed on Exhibit A.

3.   I further certify that on August 11, 2011, I caused a true and correct copy of the Objection [Docket No. 19167] to be e-filed with the United States Bankruptcy Court for the

Southern District of New York and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

    I hereby certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: August 11, 2011                                        */s/ Diane C. Claussen*
                                                                                                      Diane C. Claussen

## EXHIBIT A TO CERTIFICATE OF SERVICE

**Attorneys for the Debtors**

Harvey R. Miller., Esq.
Lori R. Fife Esq.
Alfredo R. Pérez, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
lori.fife@weil.com
alfredo.perez@weil.com

(via e-mail and first class mail)

**Attorneys for the Creditors' Committee**

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

(via e-mail and first class mail)

**Office of the United States Trustee for Region 2**

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004
212-668-2255 (Facsimile)

(via facsimile and first class mail)