**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022
212.262.6700 (Telephone)
212.262.7402 (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs and the MBS Class*

## IN THE UNITED STATES BANKRUPTCY
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) Jointly Administered |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Ira M. Levee, of full age, certify that on August 11, 2011, I caused to be served a copy of *MBS Litigation Lead Plaintiff's Objection To Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant To Section 1125 Of The Bankruptcy Code*, via electronic mail or facsimile as indicated, and first class mail on the parties listed on Exhibit A.

Dated: August 11, 2011

*/s/ Ira M. Levee*
**LOWENSTEIN SANDLER PC**
Michael S. Etkin (ME 0570)
Ira M. Levee (IL9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs
and the MBS Class*

# <u>EXHIBIT A TO CERTIFICATE OF SERVICE</u>

**Attorneys for the Debtors**

Harvey R. Miller., Esq.
Lori R. Fife Esq.
Alfredo R. Pérez, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
lori.fife@weil.com
alfredo.perez@weil.com


(via e-mail and first class mail)


**Attorneys for the Creditors' Committee**


Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com


(via e-mail and first class mail)

**Office of the United States Trustee for Region 2**

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004
212-668-2255 (Facsimile)

(via facsimile and first class mail)