Hearing Date and Time: August 30, 2011 at 10:00 a.m. (Eastern Time)

Luc A. Despins
Bryan R. Kaplan
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile:  (212) 319-4090

*Counsel to CarVal Investors UK Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
**In re:**                                                                                : Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   : Case No. 08-13555 (JMP)
:
Debtors.                                                                      : (Jointly Administered)
:
---------------------------------------------------------------- x

**STATEMENT OF CARVAL INVESTORS UK LIMITED IN SUPPORT OF DEBTORS'**
**DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN**
**OF LEHMAN BROTHERS HOLDINGS INC. AND AFFILIATED DEBTORS**
**PURSUANT TO SECTION 1125 OF BANKRUPTCY CODE**

CarVal Investors UK Limited ("CarVal"), by and through its undersigned counsel, hereby files this statement in support of the Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code [Docket No. 18205] (the "Disclosure Statement"), and respectfully represents as follows:

1. CarVal manages funds (with the power to vote claims held by such funds) that hold claims exceeding $5 billion in the aggregate against the debtors in the above-captioned Chapter 11 cases. CarVal has reviewed the Disclosure Statement and, based on CarVal's knowledge, believes that the Disclosure Statement contains adequate information as required by

Section 1125 of the Bankruptcy Code. CarVal therefore supports the approval of the Disclosure Statement by this Court.

| | |
|---|---|
| Dated: August 11, 2011<br>New York, New York | Respectfully submitted,<br><br>/s/ Luc A. Despins<br>Luc A. Despins<br>Bryan R. Kaplan<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>Park Avenue Tower<br>75 E. 55th Street, First Floor<br>New York, New York 10022<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br><br>*Counsel to CarVal Investors UK Limited* |

2