**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (MR-7006)
Matthew K. Kelsey (MK-3137)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for PricewaterhouseCoopers AG, Zurich,*
*as Bankruptcy Liquidator of Lehman Brothers Finance AG,*
*in Liquidation, a/k/a Lehman Brothers Finance SA, in Liquidation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                          :    **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :    **Case No. 08-13555 (JMP)**
:
             **Debtors.**                                          :    **Jointly Administered**
:
:
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Jennifer M. Contreras certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for PricewaterhouseCoopers AG, Zurich, as Bankruptcy Liquidator of Lehman Brothers Finance AG, in Liquidation, a/k/a Lehman Brothers Finance SA, in Liquidation.

2. On August 11, 2011, I caused copies of the *Objection to Disclosure Statement and Solicitation Procedures Motion* (Docket No. 19172) be served on the parties listed in the attached service list via means indicated therein.

3. I certify under penalty of perjury that the foregoing is true and correct.

August 11, 2011                                        /s/ Jennifer M. Contreras_____
                                                       Jennifer M. Contreras

## SERVICE LIST

**VIA HAND DELIVERY**

Honorable Judge James Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10001

Office of the United States Trustee
Attn:  Elisabetta Gasparini, Esq.
Attn:  Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York  10004

**VIA ELECTRONIC MAIL**

Weil Gotshal & Manges LLP
Attn:  Harvey R. Miller, Esq.
Attn:  Lori R. Fife, Esq.
Attn:  Alfredo R. Perez, Esq.
767 Fifth Avenue
New York, NY  10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne, Esq.
Attn:  Dennis O'Donnell, Esq.
Attn:  Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York  10005

101132254.1