| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>                    Debtors. | Case No. 08-13555 (JMP) |
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>                    Debtor. | SIPA Proceeding<br><br>Case No. 08-01420 (JMP) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>                    Plaintiff,<br><br>        -against-<br><br>LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC., LB 745 LLC, and BARCLAYS CAPITAL INC.,<br><br>                    Defendants. | Adversary No. 09-01733 (JMP) |

## CERTIFICATE OF SERVICE

Christopher Clark, being duly sworn, deposes and says:

1.      I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case.  I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to The Official Committee Of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned proceeding.

2.      On August 11, 2011, I caused a true and correct copy of the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Designation of Record and Statement of Issues on Appeal to be served via electronic mail and messenger to the parties set forth in Schedule A.

03690.61377/4298705.1                           1

      3.    Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated:  August 11, 2011
       New York, New York

          /s/ Christopher Clark
          CHRISTOPHER CLARK

# **SCHEDULE A**

| |
|---|
| Boies, Schiller & Flexner LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 446-2300<br>Jonathan D. Schiller<br>Hamish P.M. Hume<br>Jack G. Stem<br>jschiller@bshllp.com<br>hhume@bsfllp.com<br>jstern@bsfllp.com |
| Jones Day<br>222 East 41st Street<br>New York, New York 10017<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>Robert W. Gaffey<br>William J. Hine<br>rwgaffey@jonesday.com<br>wjhine@JonesDay.com |
| Hughes Hubbard<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Phone: (212) 837-6000<br>Fax: (212) 422-4726<br>Neil J. Oxford<br>William R. Maguire<br>oxford@hugheshubbard.com<br>maguire@hugheshubbard.com |