UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                                    ) ss.:
COUNTY OF NEW YORK  )

Gerold Gardner, being duly sworn, deposes and says:

1. I am employed by the law firm of Freshfields Bruckhaus Deringer US LLP, and over the age of eighteen years of age and not a party to this action.

2. On August 11, 2011, I served a true copy of the OBJECTION OF DEUTSCHE BUNDESBANK TO DEBTORS' DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE , upon the following parties by hand:

Attn: Harvey R. Miller, Esq.
Lori R. Fife, Esq.
Alfredo R. Perez, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Gerold Gardner

Sworn to before me this
11th day of August, 2011

Notary Public

SUZANNE CHALPIN ALENICK
Notary Public, State of New York
No. 31-4920942
Qualified in New York County
Commission Expires 1/25/2014