**SUSMAN GODFREY L.L.P.**
Stephen D. Susman
Drew D. Hansen (admitted *pro hac vice*)
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Mason Capital Management, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al* | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Tammie DeNio certifies:

1.  I am not a party to this action, am over 18 years of age, am employed by Susman Godfrey L.L.P., and reside in Seattle, Washington.

2.  On August 11, 2011, I caused to be served true and correct copies of Mason Capital Management, LLC's Objection to the Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code and Response to the Amended Motion (1) for Approval of the Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (2) Establishing Solicitation and Voting Procedures, (3) Scheduling a Confirmation Hearing, and (4) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan, Docket No. 19151 (the "Objection"), by hand delivery on (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New

1636755v1/012712

York, New York 10004; (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope Davis, Elisabetta Gasparini, and Andrea B. Schwartz; (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 Attn: Harvey R. Miller, Lori R. Fife, and Alfredo R. Perez, attorneys for the Debtors, and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck, attorneys for the Creditors' Committee.

      3.    On August 11, 2011, I caused copies of the Objection to be served by electronic notice upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

Dated: August 11, 2011
Seattle, Washington

                                  By:   */s/ Tammie DeNio*
                                        Tammie DeNio

1636755v1/012712