WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                             :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                  :
                    Debtors.                              :    **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION FOR AUTHORIZATION TO REJECT
CERTAIN EXECUTORY CONTRACTS SOLELY AS TO CERTAIN CONTRACTS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Motion for Authorization to Reject Certain Executory Contracts [Docket No. 19000] that was scheduled for August 17, 2011 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the contracts identified on Exhibit A hereto (the "Adjourned Contracts"), to September 14, 2011 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. Objections, if any, to the relief requested in the Motion solely with respect to the Adjourned Contracts must be filed and received no later than **August 24, 2011 at 4:00 p.m**. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43784695\01\58399.0003

Dated:  August 11, 2011
        New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## **Exhibit A**

| **Counterparty (CP ID)** | **Trustee** | **Contract** | **Scheduled Termination Date** |
|---|---|---|---|
| Golden State Tobacco Securitization Corporation (Lehman ID 01163GOLDLBSF) | The Bank of New York Trust Company, N.A. (successor to BNY Western Trust Company) | Reserve Fund Agreement, dated January 29, 2003, related to $3,000,000,000 Tobacco Settlement Asset-Backed Bonds, Series 2003A as amended and set forth in that certain amendment agreement, dated March 14, 2007 related to $4,096,322,591.40 Tobacco Settlement Asset-Backed Bonds, Series 2007A Senior Bonds | 6/1/2042 |
| Golden State Tobacco Securitization Corporation (Lehman ID 011603GOLDLBSF) | The Bank of New York Trust Company, N.A. | Reserve Fund Agreement, dated March 14, 2007 related to Golden Tobacco Securitization Corporation Senior Bonds | 6/1/2036 |