DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
:
**In re**                                                                     :    **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et*    Case No. 08-13555 (JMP)
*al.*                                                                           :
          **Debtors.**                                          :    **(Jointly Administered)**
:
---------------------------------------------------------- x

SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Laura Saal, state, under penalty of perjury:

1.  I am not a party to this action, am over 18 years of age and am employed by Dewey & LeBoeuf, L.L.P., 1301 Avenue of the Americas, New York, New York 10019.

2.  On the 11th of August, 2011, I served a true copy of Statement of the Royal Bank of Scotland plc in Support of Approval of Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan by email addressed to the following:

> Christopher Shore, Esq. (cshore@whitecase.com)
> Gerard Uzzi, Esq. (guzzi@whitecase.com)

Dated: August 11, 2011            /s/ Laura Saal
                                            Laura Saal