767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

**Peter Gruenberger**
212-310-8555
peter.gruenberger@weil.com

August 12, 2011

BY HAND

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: **ADR Procedures Order dated 9/17/09 ("Order")**
    **Twenty-First Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the twenty-first) to the Court pursuant to Order ¶13. Debtors will file this report on the docket in advance of the August 17, 2011 omnibus hearing.

In the just-ended 31-day period, Debtors have served fourteen additional ADR Notices, bringing the total number of such notices served to 158 on 184 counterparties. Also during the immediately past reporting period, Debtors achieved settlements with counterparties in eight additional ADR matters, five as a result of mediation. Upon closing of these settlements, Debtors will have received an aggregate total of $881,414,670.55 new dollars for the Debtors' estates. Settlements have now been obtained in 97 ADR matters involving 111 counterparties.

US_ACTIVE:\43780622\01\58399.0003

08-13555-mg    Doc 19205    Filed 08/12/11    Entered 08/12/11 10:20:47    Main Document
Pg 2 of 2

The Honorable James M. Peck
August 12, 2011
Page 2

Weil, Gotshal & Manges LLP

To date, of the 53 ADR matters that have reached the mediation stage and have been concluded, 48 have been settled in mediation. Only five mediations have terminated without settlement. Nine additional mediations have been scheduled to commence on the following dates: August 23 and 31; and September 8 (2), 9, 12, 15, 22 and 23, 2011.

Respectfully submitted,

*[signature]*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:   Jacob Esher, Esq.
      James Freund, Esq.
      David Geronemus, Esq.
      Ralph Mabey, Esq.
      David Cohen, Esq.
      (all cc's via E-mail)