**KLEYR GRASSO ASSOCIES**
*Avocats à la Cour*
122, rue Adolphe Fischer
L-2015 Luxembourg
LUXEMBOURG
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

Special Counsel to Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | **08-13555 (JMP)** |
| **Debtors** | : | **(Jointly Administered)** |

———————————x

**FIFTH INTERIM APPLICATION OF**
**KLEYR GRASSO ASSOCIES, SPECIAL COUNSEL TO**
**THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
<u>**FOR THE PERIOD FROM FEBRUARY 1, 2011 THROUGH MAY 31, 2011**</u>

<u>**FOR THE EIGHTH INTERIM PERIOD**</u>

| | |
|---|---|
| Name of Applicant: | KLEYR GRASSO ASSOCIES |
| Role in Case: | Special Counsel to Debtors and Debtors in Possession |
| Date of Retention: | June 1, 2009 |
| Period for which Compensation and Reimbursement are Sought: | February 1, 2011 to May 31, 2011 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $ 250,153.93 (being the equivalent amount of € 172,711.00) |
| Amount of Disbursements and Expenses Reimbursement Sought as Actual, Reasonable and Necessary: | $ 2,087.87 (€ 1,454.59) |
| Total Amount Sought: | $ 252,241.80 (€ 174,165.59) |
| This is an: | Interim Fee Application |

| | |
|---|---|
| Prior Applications: | First Interim Fee Application relating to the period June 1, 2009 to January 31, 2010 filed on April 12, 2010 |
| | Second Interim Fee Application relating to the period February 1, 2010 to May 31, 2010 filed on August 16, 2010 |
| | Third Interim Fee Application relating to the period June 1, 2010 to September 30, 2010 filed on December 14, 2010 |
| | Fourth Interim Fee Application relating to the period October 1, 2010 to January 31, 2011 filed on June 1, 2011. |

**Prior Amounts Requested**

| | |
|---|---|
| Fees Previously Requested: | First Interim Fee Application $ 244,551.06 (€ 180,015.50) |
| | Second Interim Fee Application $ 198,958.50 (€ 150,809.00) |
| | Third Interim Fee Application $ 65,871.59 (€ 50,125.00) |
| | Fourth Interim Fee Application $ 72,948.45 (€ 54,597.00) |
| Fees Previously Awarded: | First Interim Fee Application $ 216,918.02 |
| | Second Interim Fee Application $ 123,264.86 |
| | Third Interim Fee Application $ 0.00 |
| | Fourth Interim Fee Application $ 0.00 |
| Disbursements and Expenses Previously Requested: | First Interim Fee Application $ 3,981.74 (€ 2,930.98) |
| | Second Interim Fee Application $ 4,706.27 (€ 3,595.88) |
| | Third Interim Fee Application $ 2,138.00 (€ 1,627.42) |
| | Fourth Interim Fee Application $1,602.96 (€ 1,208.41) |

| Disbursements and Expenses Previously Awarded: | First Interim Fee Application<br>$ 2,935.61 |
| | Second Interim Fee Application<br>$ 3,780.13 |
| | Third Interim Fee Application<br>$ 0.00 |
| | Fourth Interim Fee Application<br>$ 0.00 |
| Aggregate Amounts Paid to Date: | $ 528,194.39 |

**SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR
PERIOD FROM FEBRUARY 1, 2011 THROUGH MAY 31, 2011**

Below is a list of each individual at KLEYR GRASSO ASSOCIES who has performed work
during the Interim Period, as defined later herein, on behalf of the Debtors, the position of each
such individual in the Firm, the year of admittance to practice of each individual, his or her
hourly billing rate, the aggregate time expended by each individual during the Interim Period,
and the amount of KLEYR GRASSO ASSOCIES fees attributable to each individual during the
Interim Period.

We wish to stress, in order to avoid any confusion, that internally, junior lawyers, although
already admitted to the Luxembourg Bar Association *("avocats")* rank as (Junior) Associates,
with the lowest billing rates applied by our firm.

After having passed and succeeded a "second" bar examination, they will become qualified
lawyers *("avocats à la Cour")* and their internal status will be Associate, with a higher billing rate.

Accordingly, the trainee lawyers, Associates, ranking internally as Junior, can be distinguished
from the qualified lawyers, Associates, using their billing rate of (€ 195.-), while the usual billing
rate of (non Junior) Associates is (€ 255.-).

All amounts herein are set out in US dollars and additionally in the conversion amount in euros.

The US dollars amounts set forth herein result from the addition of all the USD amounts set
forth in the relevant monthly statements, whereby such amounts were converted from euro to
US dollars using the official exchange rate of the European Central Bank as of (i) the day of
submission of the monthly statement with respect to the February 2011 monthly statement,
being March 28, 2011 (Euro/USD rate 1.4032) and, further to the request of the Fee Committee,
(ii) the last day of the month for which compensation is sought, hence (a) March 31, 2011 for the
March 2011 monthly statement (Euro/USD rate 1.4207), (b) April 30[1], 2011 for the April 2011
monthly statement (Euro/USD rate 1.486) and (c) May 31, 2011 for the May 2011 monthly
statement (Euro/USD rate 1.4385).

The Fee Committee has requested that a "true-up" calculation be included in each interim fee
application, based on the exchange rate applicable as of the final day of the relevant interim
period.

Accordingly, using the official exchange rate of the European Central Bank as of the final day of
this interim period, being May 31, 2011 (Euro/USD rate 1.4385), the "true-up" calculation is as
follows:

Total fees for the interim period: € 172,711.00 / $ 248,444.77

Total disbursements for the interim period: € 1,454.59 / $ 2,092.43

---

[1] Since April 30, 2011 was not a business day (Saturday), exchange rate published by the European
Central Bank as at April 29, 2011 has been used.

| Name of Professional & Title | Year Admitted to Practice | Billing Rate in EUR | Total Hours Billed | Fee Totals in USD | Fee Totals in EUR |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 420.- | 38:54 | $ 23,581.01 | € 16,338.00 |
| Marc Kleyr, Managing Partner | 1991 | € 420.- | 128:36 | $ 78,832.74 | € 54,012.00 |
| François Collot Partner | 1995 | € 420.- | 01:18 | $ 785.42 | € 546.00 |
| Pascal Sassel Senior Associate | 2002 | € 420.- | 87:36 | $ 53,324.79 | € 36,792.00 |
| Jérôme Burel, Senior Associate | 2005 | € 295.- | 127:18 | $ 54,134.89 | € 37,553.50 |
| Henry De Ron Associate | 2008 | € 255.- | 79 :12 | $ 29,105.87 | € 20,196.00 |
| Jacqueline Geleschus, Associate | 2008 | € 195.- | 0:24 | $ 111.07 | € 78.00 |
| Katia Bartholomé, Associate | 2009 | € 195.- | 36:54 | $ 10,278.14 | € 7,195.50 |
| **TIME CHARGES TOTAL:** | | | 500:12 | $ 250,153.93 | € 172,711.00 |

**Total Hours:**      **500:12**

**Total Fees:**      **$ 250,153.93 (€ 172,711.00)**

**Blended Hourly Rate:**      **$ 500.11 (€ 345.28)**

KLEYR GRASSO ASSOCIES
*Avocats à la Cour*
122, rue Adolphe Fischer
L-2015 Luxembourg
LUXEMBOURG
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

Special Counsel to Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : | **08-13555 (JMP)** |
| **Debtors** | : | **(Jointly Administered)** |

————————————————x

**FIFTH INTERIM APPLICATION OF**
**KLEYR GRASSO ASSOCIES, SPECIAL COUNSEL TO**
**THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM FEBRUARY 1, 2011 THROUGH MAY 31, 2011**

**FOR THE EIGHTH INTERIM PERIOD**

KLEYR GRASSO ASSOCIES ("Kleyr Grasso"), special counsel for Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (collectively,

the "Debtors"), submits this fifth interim application (the "Fifth Interim Application") seeking

allowance of (a) compensation for professional services rendered by Kleyr Grasso to the

Debtors in the amount of $ 250,153.93 (€ 172,711.00), and (b) reimbursement of actual and

necessary expenses and disbursements incurred by Kleyr Grasso in the rendition of required

professional services on behalf of the Debtors in the amount of $ 2,087.87 (€ 1,454.59), in each

case for the period from February 1, 2011 through May 31, 2011 (the "Interim Period") pursuant

to section 330(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the United States Trustee

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), General Order M-

389, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of

New York Bankruptcy Cases (the "Local Guidelines"), the Fourth Amended Order Pursuant to

Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(b) Establishing Procedures for Interim Monthly Compensation of Professionals, entered in these cases on April 14, 2011 (the "Interim Compensation Order"), and the Fee Committee Guidelines (as defined below and, collectively with the UST Guidelines, the Local Guidelines and the Interim Compensation Order, the "Guidelines"). In support of this Fifth Interim Application, Kleyr Grasso respectfully represents as follows:

## Jurisdiction and Venue

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.      Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), Lehman Brothers Holdings Inc. ("LBHI") and the other Debtors commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

4.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate. On January 19, 2009, the U.S. Trustee appointed an examiner (the "Examiner") and on January 20, 2009, the Court approved the U.S. Trustee's appointment of the Examiner.

5.      On January 25, 2011, the Debtors filed the first amended joint chapter 11 plan and disclosure statement [Docket Nos. 14150 and 14151].

6.      This Fifth Interim Application is submitted in accordance with the Interim Compensation Order, which is annexed hereto as Exhibit A.

7.      On January 24, 2011, the Court entered an order modifying the composition of the fee committee (the "Fee Committee") that had previously been appointed in these chapter 11 cases [Docket No. 14117]. On April 14, 2011, the Court entered an order approving a revised fee protocol (the "Fee Protocol")setting forth certain procedures and guidelines with respect to the fees and expenses of retained professionals in these cases [Docket No. 15998] (the "Fee Committee Guidelines").

8.      On April 12, 2010, Kleyr Grasso filed its first interim fee application (the "First Interim Application", [Docket No. 8241]) in connection with the rendering of services from June 1, 2009 through January 31, 2010.

9.      On August 16, 2010, Kleyr Grasso filed its second interim fee application (the "Second Interim Application", [Docket No. 10774]) in connection with the rendering of services from February 1, 2009 through May 31, 2010.

10.     On December 14, 2010, Kleyr Grasso filed its third interim fee application (the "Third Interim Application"), [Docket No. 13464]) in connection with the rendering of services from June 1, 2010 through September 30, 2010.

11.     On June 1, 2011, Kleyr Grasso filed its fourth interim fee application (the "Fourth Interim Application"), [Docket No. 17264]) in connection with the rendering of services from October 1, 2010 through January 31, 2011.

**Retention of Kleyr Grasso**

12.     On March 2, 2010, the Debtors filed their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules for Authorization to Employ and Retain Kleyr Grasso as Special Counsel to LBHI, effective *nunc pro tunc* to June 1, 2009 (the "Engagement Date") with respect to the matters arising in relation with the Luxembourg Entities, as defined later herein.

13.     On March 25, 2010, the Court entered the Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Kleyr Grasso as Special Counsel to the Debtors, *nunc pro tunc* to the Engagement Date (the "Retention Order", [Docket No. 7825]).

14.     Pursuant to the Retention Order, Kleyr Grasso has been retained to continue its engagement as local counsel in Luxembourg in relation to insolvency law and corporate law issues/questions which arise or may arise in relation to direct or indirect subsidiaries as well as affiliates for which it is likely that these are Luxembourg entities/undertakings of LBHI (the "Luxembourg Entities"); thus Kleyr Grasso provides legal services as to the Debtors in matters not directly related to these chapter 11 cases, but solely concerning the Luxembourg Entities and Luxembourg law (the "Luxembourg Matters"). Kleyr Grasso does not and will not represent the Lehman Entities with respect to matters pending or that may arise in this Court, other than matters pertaining to Kleyr Grasso's employment. Kleyr Grasso has entered into some separate engagements with certain Luxembourg Entities that will be disclosed in more details in a supplemental declaration that will be filed shortly after the present applicaton.

### Relief Requested

15.     Prefixed to this Fifth Interim Application is the cover sheet required by the UST Guidelines, which includes a schedule setting forth the names of all Kleyr Grasso professionals who have performed services for which compensation is sought, the person's position in the Firm, and the year each lawyer was first admitted to practice law. In addition, the schedule sets forth for each person (a) the hourly rate(s) during the Interim Period, (b) the total hours billed during the Interim Period, and (c) the total compensation for such hours. The rate for each of the individuals listed in afore mentioned cover sheet is equal to the billing rate for such individual's time for similar services to clients in connection with other similar matters. Kleyr Grasso believes that these rates are equal to or less than the rates charged by professionals with similar experience.

16.     By this Fifth Interim Application, Kleyr Grasso seeks allowance in full of interim compensation for professional services rendered to the Debtors during the Interim Period in the aggregate amount of $ 250,153.93 (€ 172,711.00), and for reimbursement of actual, necessary expenses and disbursements incurred during the Interim Period in connection with such services in the aggregate amount of $ 2,087.87  (€ 1,454.59).

**Kleyr Grasso's Fees**

17.     This Fifth Interim Application is filed in accordance with the Interim Compensation Order.

The Debtors have incurred fees of $ 250,153.93 (€ 172,711.00) for services rendered over  500,20 hours by Kleyr Grasso during the Interim Period, resulting in a blended hourly rate of approximately $ 500,11 (€ 345,28).

18.     For services rendered for the period from and including February 1, 2011 through February 28, 2011 (the "February 2011 Statement Period"), Kleyr Grasso has been paid, in accordance with the Interim Compensation Order $ 13,275.95, representing eighty percent (80.00%) of the $ 16,594.94 (€ 11,826.50) total fees incurred by the Debtors for services rendered for the February 2011 Statement Period.

19.     For services rendered for the period from and including March 1, 2011 through March 31, 2011 (the "March 2011 Statement Period"), Kleyr Grasso has been paid, in accordance with the Interim Compensation Order $ 35,555.58, representing eighty percent (80.00%) of the $ 44,444.47 (€ 31,283.50) total fees incurred by the Debtors for services rendered for the March 2011 Statement Period.

20.     For services rendered for the period from and including April 1, 2011 through April 30, 2011 (the "April 2011 Statement Period"), Kleyr Grasso has been paid, in accordance with the Interim Compensation Order $ 0.00, representing zero percent (0.00%) of the $ 83,950.10 (€ 56,494.00) total fees incurred by the Debtors for services rendered for the April 2011 Statement Period.

21.     For services rendered for the period from and including May 1, 2011 through May 31, 2011 (the "May 2011 Statement Period"), Kleyr Grasso has been paid, in accordance with the Interim Compensation Order $ 0.00, representing zero percent (0.00%) of the $ 105,164.42 (€ 73,107.00) total fees incurred by the Debtors for services rendered for the May 2011 Statement Period.

22.     Kleyr Grasso has annexed to the Fifth Interim Application, as <u>Exhibit B</u>, a copy of the invoices for the February 2011 Statement Period, the March 2011 Statement Period, the April 2011 Statement Period, and the May 2011 Statement Period, together with the respective summary sheet belonging to each of the afore mentioned respective statement period. Attached to each invoice are the relevant daily time records broken down by matter and listing the name of the individual performing the services, the date on which the services were performed, and the amount of time spent performing the services.

Additionally, annexed to this Fifth Interim Application, (i) as <u>Exhibit C,</u> is a list of all of the matters for which services were rendered and the aggregate amount of hours and fees expended for such matters during the Interim Period, and (ii) as <u>Exhibit D</u>, is a summary table identifying every timekeeper who provided services in each task code with the relevant hours and fees expended per task code during the interim period.

23.     No objections have been submitted to Kleyr Grasso with respect to Kleyr Grasso's monthly statements relating to the periods mentioned under foregoing paragraph 22.

24.     By this Fifth Interim Application, Kleyr Grasso seeks allowance for payment of $ 250,153.93 (€ 172,711.00), which amount represents hundred percent (100%) of the total of Kleyr Grasso's requested fees during the Interim Period, as special counsel to the Debtors.

25.     During the Interim Period, Kleyr Grasso lawyers expended a total of roughly 500 hours for services provided in connection with the Luxembourg Matters (more precisely described below in section "Summary of Services by Categories"), and incurred fees in the total amount of $ 250,153.93 (€ 172,711.00), and disbursements and expenses in the total amount of $ 2,087.87 (€1,454.59) in connection with such services.

26.     The services performed and expenses incurred by Kleyr Grasso during the Interim Period were provided only on behalf of and rendered a benefit to LBHI.

27.     In sum, pursuant to this Fifth Interim Application, Kleyr Grasso hereby seeks allowance and compensation from the Debtors' estates of the following:

(a)     Compensation for professional services rendered during the Interim Period in the aggregate amount of $ 250,153.93 (€ 172,711.00); and

(b)      Reimbursement of disbursements and expenses incurred during the
Interim Period in connection with such services in the aggregate amount of $ 2,087.87  (€
1,454.59), while as a matter of courtesy / voluntary reduction, only external disbursements have
been invoiced to the exclusion of any other expenses (like photocopying, online legal
researches, etc...) .

28.      Annexed hereto, as Exhibit C, is a summary of all services rendered by
Kleyr Grasso during the Interim Period by project category. Annexed hereto, as Exhibit D, is a
summary table identifying every timekeeper who provided services in each task code with the
relevant hours and fees expended per task code during the interim period. Annexed hereto, as
Exhibit E, is a summary of time charges and hourly rates by professional. Annexed hereto, as
Exhibit F, is a summary of the types of expenses for which reimbursement is sought. Annexed
hereto, as Exhibit G, is the certification of Rina Breininger, Partner of Kleyr Grasso, with respect
to this Fifth Interim Application pursuant to the Local Guidelines.

29.      During the Interim Period, Kleyr Grasso encountered a variety of
challenging legal issues, often requiring substantial research and negotiation. When possible,
Kleyr Grasso delegated tasks to lower cost junior lawyers, being stressed that Kleyr Grasso, as
a small sized law firm in Luxembourg, does not employ so-called "paralegals" often employed at
the level of U.S. law firms. This approach has resulted in enhanced cost efficiency. Kleyr Grasso
submits that the services it rendered were beneficial to the Debtors' estate and were performed
efficiently, economically and effectively and in a manner commensurate with the complexity,
importance and nature of the problems, issues and tasks involved. Moreover, the Firm's request
for compensation is reasonable in light of the nature, extent, and value of its services to the
Debtors. Accordingly, approval of the compensation for professional services sought herein is
warranted.

30.      All services for which Kleyr Grasso seeks compensation were
performed for and on behalf of the Debtors. No agreement or understanding exists between the
Firm and any other person for the sharing of compensation to be received for the services
rendered in connection with the Firm's representation of the Debtors. No action prohibited by
Section 504 of the Bankruptcy Code has been, or will be, made by Kleyr Grasso; see hereto the
Affidavit of Marc Kleyr, Esq., dated February 26, 2010, annexed to this Fifth Interim Application
as Exhibit G.

**Summary of Services Rendered**

31.     The names of the partners and associates of Kleyr Grasso, who have rendered professional services in this case during the Interim Period, are set forth in the attached Exhibit E and in the cover sheet to this Fifth Interim Application.

32.     Kleyr Grasso, by and through the above-named persons, has prepared and assisted in the preparation of various documents, advised the Debtors on a regular basis with respect to the Luxembourg Matters, and performed all necessary professional services which are described and narrated in detail below and in the time sheets of the invoices attached hereto as Exhibit B.

**Summary of Services by Categories**

33.     The services rendered by Kleyr Grasso during the Interim Period can be grouped into the categories set forth below. Kleyr Grasso, as a non-U.S. law firm, has been advised that, except as regards (a) the preparation of the documentation in order to be retained as special counsel in accordance with the applicable U.S. law requirements, and (b) the preparation of monthly statements and fee applications, all the services rendered by Kleyr Grasso with respect to the Luxembourg Matters, should be considered as being performed in relation with the project category "International Assets". Furthermore a summary table identifying every timekeeper who provided services in each task code with the relevant hours and fees expended per task code during the interim period has been annexed hereto, as Exhibit D.

**A.     International Assets**

34.     Time billed in this category relates to the services performed by Kleyr Grasso in connection with the Firms function as "interface" in between Alvarez & Marsal North America, LLC ("A&M"), the Debtors' Chief Restructuring Officers, WGM, the Debtors' general bankruptcy counsel, on one side, and the Luxembourg authorities on the other side. In this context, Kleyr Grasso assisted A&M during the Interim Period with providing frequently information as regards the Luxembourg Entities; especially but not limited to information relevant and necessary to gain and/or to maintain the assets of certain Luxembourg Entities. Thereby, Kleyr Grasso provided information concerning the current and former managers and the registered offices of the Luxembourg Entities.

With respect to the Luxembourg Entities which are already under A&M's control, Kleyr Grasso was advising the people from A&M as regards their obligations as managers of these Luxembourg Entities and supported them – where required – in providing information to and/or liaising with the Luxembourg authorities (especially tax authorities) and/or drafting of required Luxembourg corporate documentation. Kleyr Grasso also liaised with the auditors of certain Luxembourg Entities in order to facilitate their work and to achieve a quick regularization of some Luxembourg Entities under the threat of a possible compulsory liquidation at the request of the Luxembourg public prosecutor. The moreover, Kleyr Grasso liaised with the domiciliation agents of certain Luxembourg Entities in order to get access to the corporate documents deposited with these domiciliation agents in order to assess the accurate assets/liabilities situation of the relevant Luxembourg Entities.

35.    Kleyr Grasso assisted in filing of a statement of claim for an aggregate amount of € 612,273.90 against 81 VH Holding S.à r.l., a Luxembourg company in bankruptcy, such claim resulting from a swap and rate cape transaction entered into with Lehman Brothers Special Financing Inc. During this Interim Period Kleyr Grasso especially drafted the relevant statement of claim and reviewed and analyzed some underlying contracts/documents in relation thereto.

36.    The services performed by Kleyr Grasso during the Interim Period were also related to a proof of claim for a total amount of € 4.524.202.964,00, filed on or about July 24, 2009 by the administrators of LEHMAN BROTHERS INTERNATIONAL EUROPE (in administration) in the liquidation of LEHMAN BROTHERS (Luxembourg) S.A. under compulsory liquidation (*en liquidation judiciaire*). More precisely, since certain LEHMAN BROTHERS (Luxembourg) S.A.'s obligations have been guaranteed by LBHI, Kleyr Grasso assisted, at the request of A&M, the Luxembourg liquidators of LEHMAN BROTHERS (Luxembourg) S.A. in the rejection process of LEHMAN BROTHERS INTERNATIONAL EUROPE (in administration) alleged claim in the liquidation of LEHMAN BROTHERS (Luxembourg) S.A. under compulsory liquidation (*en liquidation judiciaire*).

37.    Kleyr Grasso performed services with respect to issues relating to the liquidation of the so-called Brasstown entities in relation to which the annual accounts have/had to be prepared with respect to several years as well as the relevant tax returns. In particular, Kleyr Grasso liaised with the liquidator of the Brasstown entities as well as the Debtors' local tax advisor in order to efficiently move forward with such outstanding issues with the aim to achieve the closing of the ongoing liquidations of these entities in a near future.

Fees: $ 222,010.27 (€ 153,204.50)          Total hours: 434:30

**B.    Special Counsel Procedure**

38.    This category includes (i) reviewing of legal applicable provisions (UST Guidelines, Local Guidelines, the Interim Compensation Order, Fee Protocol, OCP Order, etc...), and other documents and memoranda issued by the Fee Committee, (ii) reviewing and discussing outstanding issues / open items with the Fee Committee regarding Kleyr Grasso's third interim fee application and (iii) the preparation and finalization of a supplemental declaration with respect to Kleyr Grasso's increase of billing rates effective January 1, 2011.

Fees: $ 8,059.24 (€ 5,604.50)          Total hours: 17:36

**C.    Preparation of monthly statements and fee applications**

39.    In connection with this matter, Kleyr Grasso prepared and served monthly fee statements in accordance with the Guidelines. As requested, Kleyr Grasso also provided excel versions of its invoices including the conversion of all amounts thereof in USD. Additionally, Kleyr Grasso prepared and served its Fourth Interim Application. Tasks included reviewing all expenses, timekeeper entries, and fee statement schedules and tables for accuracy and compliance with the Guidelines. Finally, Kleyr Grasso responded to requests from the Fee Committee.

Fees: $ 20,084.42 (€ 13,902.00)          Total hours: 48:06

**Expenses Incurred by Kleyr Grasso**

   40. Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed under section 327 of the Bankruptcy Code. The total amount of the expenses and disbursements is $ 2,087.87 (€1,454.59) for the Interim Period, as detailed in the attached <u>Exhibit F</u>. As set forth above, Kleyr Grasso seeks reimbursement for external disbursements only, incurred in rendering services to the Debtors during the Interim Period in the amount of $ 2,087.87 (€ 1,454.59).

   41. In accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Guidelines, Kleyr Grasso maintains the following policies with respect to expenses for which reimbursement is sought herein:

   (a) No amortization of the cost of any investment, equipment, or capital outlay is included in the expenses. In addition, for those items or services that Kleyr Grasso purchased or contracted from a third party (such as the Luxembourg register of commerce and companies), Kleyr Grasso seeks reimbursement only for the exact amount billed to Kleyr Grasso by the third party vendor and paid by Kleyr Grasso to the third party vendor; such costs being referred to as disbursements.

   (b) Photocopying as well as long distance calls and online legal researches were not charged by Kleyr Grasso, as a matter of courtesy / voluntary reduction, so that finally only disbursements are (re-)charged to the Debtors.

**The Requested Compensation Should Be Allowed**

   42. Section 330 of the Bankruptcy Code provides that the Court may award a professional person employed under section 327 or 1103 of the Bankruptcy Code:

   (A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

   (B) reimbursement for actual, necessary expenses. 11 U.S.C. § 330(a)(1). Section 330(a)(3)(A) further provides the following standards for the Court's review of a fee application:

43.   In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:

(A)   the time spent on such services;

(B)   the rates charged for such services;

(C)   whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

(D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E)   whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. 11 U.S.C. § 330(a)(3)(A).

44.   Kleyr Grasso respectfully submits that it has satisfied the requirements for the allowance of the compensation and reimbursement of expenses sought herein. The services described above, at the time they were provided, were necessary and beneficial to the administration of the Debtors' chapter 11 cases. Kleyr Grasso's services were consistently performed in a timely manner, commensurate with the complexity of the issues facing the Debtors and the nature and importance of the problems, issues, and tasks. Furthermore, the compensation sought by Kleyr Grasso is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy. Accordingly, approval of the compensation sought herein is warranted.

## Statements of Kleyr Grasso Pursuant to Bankruptcy Rule 2016(a)

45.   After have been retained, *nunc pro tunc* to June 1, 2009, as special counsel to the Debtors by the Retention Order dated March 25, 2010, Kleyr Grasso has submitted monthly statements during the Interim Period. Kleyr Grasso submitted monthly statements with respect to (a) Februay 2011 (the "February Statement") on March 28, 2011, (b) March 2011 (the "March Statement") on April 28, 2011, (c) April 2011 (the "April Statement") on May 25, 2011 and (d) May 2011 (the "May Statement") on June 21, 2011.

46.    No agreement or understanding exists between Kleyr Grasso and any third person for the sharing of compensation, except as allowed by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 with respect to the sharing of compensation between and among partners of Kleyr Grasso. All of the services for which compensation is sought in this Fifth Interim Application were rendered at the request of, and solely on behalf of, the Debtors, and not at the request of, or on behalf of, any other person or entity.

## Notice

47.    Notice of this Fifth Interim Application and its exhibits will be given to (a) the Debtors; (b) counsel to the Debtors; (c) the U.S. Trustee; (d) counsel to the Creditors' Committee; and (e) the Fee Committee. Kleyr Grasso respectfully submits that no other or further notice is required.

WHEREFORE, Kleyr Grasso respectfully requests that the Court enter an order: (a) allowing interim compensation of $ 250,153.93 (€ 172,711.00) to Kleyr Grasso for professional services rendered as special counsel for the Debtors during the Interim Period, plus reimbursement of actual and necessary expenses and disbursements incurred in the sum of $ 2,087.87 (€ 1,454.59), in connection with Kleyr Grasso's services during the Interim Period; (b) authorizing and directing the Debtors to pay to Kleyr Grasso any and all unpaid amounts for the Interim Period in the amount of $ 202,339.99 and (c) granting to Kleyr Grasso such other and further relief as the Court may deem proper.

Dated: August 12, 2011              KLEYR GRASSO ASSOCIES


                                    _____

                                    By
                                    Rina Breininger
                                    122, rue Adolphe Fischer
                                    L-1521 Luxembourg
                                    Telephone: + (352) 22 73 30-1
                                    Facsimile: + (352) 22 73 32

**EXHIBIT A**

**INTERIM COMPENSATION ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------  x
                                                         :
In re                                                    :       Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS, INC. et al.,                   :       Case No. 08-13555 (JMP)
                                                         :
                                    Debtors.             :       (Jointly Administered)
                                                         :
------------------------------------------------------  x
```

## FOURTH AMENDED ORDER PURSUANT TO SECTIONS 105(a) AND 331 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(a) ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Upon the proposed amended order filed March 11, 2011 and April 6, 2011 (the "**Fourth Amended Order**") of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "**Debtors**" and, together with their non-debtor affiliates, "**Lehman**"), pursuant to sections 105(a) and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), to establish procedures for interim monthly compensation and reimbursement of expenses of professionals (the "**Professionals**")—all as more fully described in the Debtors' Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated October 11, 2008 (the "**Motion**") [Docket No. 833]—and upon the notice of presentment of the proposed Fourth Amended Order; and the Court having jurisdiction to consider the proposed Fourth Amended Order and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under

Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

proposed Fourth Amended Order and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the proposed Fourth Amended Order having

been provided in accordance with the procedures set forth in the second amended order entered

June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to

(i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the

Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) all parties who have requested notice; and (iii) all Professionals; and the Court

having entered an amended order, dated June 25, 2009 (the "**Third Amended Order**") [Docket

No. 4165], governing the procedures for interim monthly compensation and reimbursement of

expenses of professionals; and the Court then concluding that there is cause to make certain

amendments to the Third Amended Order; and the relief sought in the proposed Fourth Amended

Order being in the best interests of the Debtors, their estates and creditors, and all parties in

interest and that the legal and factual bases set forth in the Motion and the proposed Fourth

Amended Order establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

ORDERED that the Third Amended Order is superseded in its entirety by this Fourth

Amended Order; and it is further

ORDERED that except as may otherwise be provided in orders of the Court authorizing

the retention of specific Professionals, all Professionals in these cases may seek monthly

2

compensation in accordance with the following procedures (the "**Interim Compensation Procedures**"):

(a)    On or before the forty-fifth (45th) day following the month for which compensation is sought, each professional seeking compensation, other than a professional retained as an ordinary course professional or a professional retained by the Examiner appointed in these Chapter 11 cases, will serve a monthly statement (the "Monthly Statement"), by hand or overnight delivery on (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor, New York, New York, 10020 (Attn: John Suckow and William Fox); (ii) Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Creditors' Committee; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004 (Attn: Elisabetta G. Gasparini and Andrea B. Schwartz); and, (v) Richard Gitlin, Chair of the Fee Committee (as defined in the Order Appointing a Fee Committee and Approving a Fee Protocol, dated May 26, 2009 [Docket No. 3651], all as may be amended from time to time, the "**Fee Protocol**") c/o Godfrey & Kahn, S.C., One East Main Street, P.O. Box 2719, Madison, WI 53701-2719 (the "**Notice Parties**"). In addition to being served with a paper copy, the Office of the United States Trustee, Richard Gitlin through Godfrey & Kahn, and Lehman Brothers Holdings, Inc. shall also be served with a disc containing an electronic version of the Monthly Statement.

(b)    The Monthly Statement need not be filed with the Court and a courtesy copy need not be delivered to chambers since this Fourth Amended Order is not intended to alter the fee application requirements outlined in sections 330 and 331 of the Bankruptcy Code and since professionals are still required to serve and file interim and final applications for approval of fees and expenses in accordance with the relevant provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

(c)    Each Monthly Statement must contain a list of the individuals and their respective titles (*e.g.*, attorney, paralegal, etc.) who provided services during the statement period, their respective billing rates, the aggregate hours spent by each individual, a reasonably detailed breakdown of the fees and expenses incurred (no professional should seek reimbursement of an expense that would otherwise not be allowed pursuant to the Court's Administrative Orders dated June 24, 1991 and April 21, 1995 or the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 dated January 30, 1996), and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or as close thereto as practicable.

3

(d)    Each Notice Party shall have at least thirty (30) days after receiving the Monthly
Statement to review the statement and, if the Notice Party objects to the
compensation or expense reimbursement sought in a particular statement, such
Notice Party shall, no later than the thirty-first (31st) day following receipt of the
Monthly Statement (the "**Monthly Statement Objection Deadline**"), serve upon
the professional to whose Monthly Statement the Notice Party objects and the
other Notice Parties a written "Notice of Objection to Fee Statement," setting
forth the nature of the Notice Party's objection and the amount of fees or expenses
at issue.

(e)    At the expiration of the Monthly Statement Objection Deadline, the Debtors shall
promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of
the expenses identified in each Monthly Statement to which no objection has been
served in accordance with paragraph (d) above.

(f)    If the Debtors object or receive an objection to a particular Monthly Statement,
the Debtors shall withhold payment of that portion of the Monthly Statement to
which the objection is directed and promptly pay the remainder of the fees and
disbursements in the percentages set forth in paragraph (e).

(g)    If the parties to an objection resolve their dispute following the service of a Notice
of Objection to Fee Statement and if the party whose Monthly Statement was
objected to serves on all Notice Parties a statement indicating that the objection is
withdrawn or modified and describing the terms of the resolution, then the
Debtors shall promptly pay, in accordance with paragraph (e), that portion of the
Monthly Statement that is no longer subject to an objection.

(h)    All objections that the parties do not resolve shall be preserved and presented to
the Court at the next interim or final fee application hearing to be heard by the
Court in accordance with paragraph (j) below.

(i)    The service of an objection in accordance with paragraph (d) above shall not
prejudice the objecting party's right to object to any fee application made to the
Court in accordance with the Bankruptcy Code on any ground regardless of
whether the objecting party raised the ground in the objection or not.
Furthermore, the decision by any party not to object to a Monthly Statement shall
not waive or prejudice that party's right to object to any fee application
subsequently made to the Court in accordance with the Bankruptcy Code,
including any final application.

(j)    Commencing with the period ending January 31, 2009, and at four-month
intervals thereafter, each of the professionals shall file with the Court, in
accordance with General Order M-242 (which can be found at
www.nysb.uscourts.gov), an application (an "**Interim Fee Application**") for
interim Court approval and allowance pursuant to sections 330 and 331 of the
Bankruptcy Code (as the case may be) of the compensation and reimbursement of
expenses requested in the fee statements served during such period (the "**Interim**

4

Fee Period"). Each professional shall file its Interim Fee Application within 75 days after the end of the Interim Fee Period for which the request seeks allowance of fees and reimbursement of expenses.[1] Each professional shall file its first Interim Fee Application on or before April 10, 2009 and the first Interim Fee Application shall cover the Interim Fee Period from the Commencement Date through and including January 31, 2009. All professionals not retained as of the Commencement Date shall file their first Monthly Statement for the period from the effective date of their retention through the end of the first full month following the effective date of their retention and otherwise in accordance with the procedures set forth in this Motion.

(k)     The Debtors' attorneys shall obtain a date from the Court for the hearing of fee applications for all retained professionals, which hearing date should be consistent with the timelines set forth in the Fee Protocol, as amended from time to time. Any retained professional unable to file its own fee application with the Court shall deliver to the Debtors' attorneys a fully executed copy with original signatures, along with service copies, three business days before the filing deadline. The Debtors' attorneys shall file and serve such application.

(l)     The pendency of an application or objection or a Court order that payment of compensation or reimbursement of expenses was improper as to a particular Monthly Statement shall not disqualify a professional from the future payment of compensation or reimbursement of expenses as set forth above, unless otherwise ordered by the Court.

(m)    Neither the payment of, nor the failure to pay, in whole or in part, monthly compensation and reimbursement as provided herein shall have any effect on this Court's interim or final allowance of compensation and reimbursement of expenses of any professionals.

(n)     Counsel for the Creditors' Committee may, in accordance with the Interim Compensation Procedures, collect and submit statements of expenses (excluding third-party counsel expenses of individual committee members), with supporting vouchers, from members of the Creditors' Committee; provided, however, that these reimbursement requests comply with this Court's Administrative Orders dated June 24, 1991 and April 21, 1995.

(o)     Any Professional that materially fails to comply with this Order shall (1) be ineligible to receive further monthly payments of fees or expenses as provided herein until further order of this Court and (2) may be required to disgorge any fees paid since retention or the last fee application, whichever is later.

And, it is further

---

[1] For the seventh interim fee period (October 1, 2010 through January 31, 2011), any Retained Professional may, but need not, take an additional forty-five (45) days to file its Interim Fee Application.

ORDERED that the Debtors shall include all payments to Professionals on their monthly operating reports, detailed by line item so as to state the amount paid to each of the Professionals, and detailed so as to state the amount paid to ordinary course professionals (which may be aggregated into one line item); and it is further

ORDERED that the amount of fees and disbursements sought be set out in U.S. dollars, with the conversion amount calculated at the time of the submission of the Monthly Statement, to the extent practicable, or as soon thereafter as possible.

ORDERED that any party may object to requests for payments made pursuant to this Fourth Amended Order, or move to modify or vacate all or certain provisions of this Fourth Amended Order, on the grounds that (a) the Debtors have not timely filed monthly operating reports, (b) the Debtors have not remained current with their administrative expenses or fees due under 28 U.S.C. § 1930(a)(6), (c) the Debtors are administratively insolvent or approaching insolvency, and (d) cause otherwise exists; provided, however, that the inclusion in this Fourth Amended Order of the foregoing bases shall not be determinative of the validity of any such bases and all parties' rights are expressly reserved; and it is further

ORDERED that, in the event that an Ordinary Course Professional (as such term is defined in the Order Pursuant to Sections 105(1), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 1394] (the "OCP Order")) or a professional retained by the Examiner seeks more than $150,000 per month and, as set forth in the OCP Order or the *Order Discharging Examiner and Granting Related Relief* [Docket No. 10169] (as applicable), files a fee application for the full amount of its fees and expenses for that month, then the Debtors' attorneys shall obtain a

6

date from the Court for the hearing of the fee application, which shall be scheduled no earlier

than 30 days after the fee application is served on the Notice Parties; and it is further

ORDERED that all time periods set forth in this Fourth Amended Order shall be

calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure; and it

is further

ORDERED that sending notice of the hearing to consider Interim Fee Applications to the

Standard Parties entitled to notice pursuant to the Court's second amended order entered on

June 17, 2010 governing case management and administrative procedures for these cases

[Docket No. 9635] shall be good and sufficient notice; and it is further

ORDERED that that this Court shall retain jurisdiction to interpret and enforce this

Order.


Dated: New York, New York
       April 14, 2011

                                    ___s/ James M. Peck_____
                                    Honorable James M. Peck
                                    United States Bankruptcy Judge


7

**EXHIBIT B**
**INVOICES FEBRUARY 2011, MARCH 2011, APRIL 2011, MAY 2011**

Re:    Monthly statement of KLEYR GRASSO ASSOCIES, special counsel retained with respect to the matters arising in relation with the Luxembourg Entities, as defined later herein, for the period February 1, 2011 through February 28, 2011 (the "Statement Period").

In accordance with the Third Amended Interim Compensation Order by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), dated June 25, 2009, establishing procedures for monthly compensation and reimbursement of expenses for professionals (the "Interim Compensation Order") and the Order, dated May 26, 2009, appointing a fee committee and approving a fee application protocol (the "Fee Protocol Order"), KLEYR GRASSO ASSOCIES ("KGA"), appointed as special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors (the "Debtors") by Order of the Bankruptcy Court, dated March 25, 2010, pursuant to Section 327(e) of the Bankruptcy Code authorizing the employment and retention of KLEYR GRASSO ASSOCIES, *nunc pro tunc* to June 1, 2009 [Docket No. 7825], hereby submits its monthly statement for the period February 1, 2011 through February 28, 2011 (the "February Statement").

In accordance with the Fee Committee's request all amounts herein are set out in US dollars and additionally in the conversion amount in euros, at the official exchange rate of the European Central Bank as of March 28, 2011.

## I.    Itemization of Services Rendered by KGA Personnel for the Statement Period.

A.    The hours spent during the Statement Period for which KGA seeks compensation are set forth by the hourly billing rate for each lawyer, and the resulting fees are as follows:

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals in EUR | Fee Totals in USD |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 420.- | 3:00 | € 1,260.00 | $ 1,768.03 |
| Marc Kleyr, Partner | 1991 | € 420.- | 1:54 | € 798.00 | $ 1,119.75 |
| Jérôme Burel, Senior Associate | 2005 | € 295.- | 12:48 | € 3,776.00 | $ 5,298.48 |
| Henry De Ron, Associate | 2008 | € 255.- | 6:36 | € 1,683.00 | $ 2,361.59 |
| Jacqueline Geleschus, Associate | 2008 | € 195.- | 0:18 | € 58.50 | $ 82.09 |
| Katia Bartholomé, Associate | 2009 | € 195.- | 21:48 | € 4,251.00 | $ 5,965.00 |
| **TIME CHARGES TOTAL:** | | | 46:24 | € 11,826.50 | $ 16,594.94 |

B.    The time records, in the form of formal invoices of KGA are attached hereto as Exhibit A (the "Invoices"). KGA has been retained as local counsel in Luxembourg in relation to insolvency law and corporate law issues/questions (the "Luxembourg Matters") which arise or may arise in relation to direct or indirect subsidiaries or affiliates of the Debtors that are Luxembourg entities (the "Luxembourg Entities"). The attached Invoices contain a breakdown of each task performed by KGA professionals associated with such services.

## II.    Itemization of Disbursements and Expenses Incurred and Reimbursement Sought for the Statement Period.

KGA is seeking reimbursement for disbursements for the Statement Period in the amount of € 287.81 / $ 403.85.

KGA is not seeking reimbursement for expenses for the Statement Period.

**III.     Total Fees, Disbursements and Expenses Sought for the Statement Period.**

A.     The total amount sought for fees for professional services rendered and reimbursement
of disbursements and expenses incurred for the Statement Period is as follows:

Total Fees: € 11,826.50 / $ 16,594.94

**TOTAL:** € 12,114.31 / $ 16,998.80

B.     Amount Payable after Holdback.

Pursuant to the Interim Compensation Order, the amount payable to KGA for the Statement
Period, after adjusting for the twenty percent (20%) holdback, € 9,749.01 / $ 13,679.81

**EXHIBIT A**

**Invoices**

File    **301182**
     **13871**

**LBHI - Promissory Notes/Securities**

Detail of our fee note

from February 1, 2011
to February 28, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 336 | 1 652,00 | 2 318,09 |
| JG | Jacqueline GELESCHUS | 12 | 39,00 | 54,72 |
| KB | Katia BARTHOLOME | 762 | 2 476,50 | 3 475,02 |
| RB | Rina BREININGER | 114 | 798,00 | 1 119,75 |
| | | 1224 | 4 965,50 | 6 967,59 |

| File | 301182 | | LBHI - Promissory Notes/Securities | | | |
|------|--------|--|------------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | from | February 1, 2011 | | | | |
| | to | February 28, 2011 | | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1900 | 01/02/2011 | KB | Research of required documents for Ernst & Young for the audit of the financial statement of Brasstown Mansfield I SCA further to the request of Mr Iqbal (start) | 108 | 351,00 | 492,52 |
| 1900 | 02/02/2011 | KB | Research of required documents for the audit of financial statements of Brasstown Mansfield I SCA and Brasstown Entrada I SCA (continued) | 390 | 1 267,50 | 1 778,56 |
| 1900 | 03/02/2011 | JEB | Study of the file and quick review of list of documents in our possession for further transmission to Mansfield further to EY's request (Brasstown SCAs) | 24 | 118,00 | 165,58 |
| 1900 | 03/02/2011 | KB | Correspondance with Mr Iqbal re: audit 2007 for Mansfield I SCA and Brasstown I SCA | 12 | 39,00 | 54,72 |
| 1900 | 03/02/2011 | KB | Review/Analysis of the lists of documents for the audit 2007 for Mansfield I SCA and Brasstown I SCA | 120 | 390,00 | 547,25 |
| 1900 | 04/02/2011 | RB | Study of the mail exchange with M.Iqbal (regarding client assistance package for EY audit) and review of attached lists of documents at our disposal) | 30 | 210,00 | 294,67 |
| 1900 | 07/02/2011 | JEB | Study of the file : email of B. Drozda (Weil US) - re: collateral documentation with respect to LBS Holdings, LB LUX RE Holding S.à r.l. and Luxembourg Trading Finance S.à r.l. | 6 | 29,50 | 41,39 |
| 1900 | 08/02/2011 | KB | Tel. conversation with Majeed Iqbal re: required documents in relation to the financial statements for Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 6 | 19,50 | 27,36 |
| 1900 | 08/02/2011 | KB | Correspondance with Majeed Iqbal re: required documents in relation to the financial statements for Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 6 | 19,50 | 27,36 |
| 1900 | 08/02/2011 | KB | Preparation of the required documents in relation to the financial statements for Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 120 | 390,00 | 547,25 |
| 1900 | 08/02/2011 | RB | Study of the file mail exchange (Client Assistance Package for EY audit) | 18 | 126,00 | 176,80 |
| 1900 | 09/02/2011 | JEB | Review/Analysis of memorandum dated 9 June 2010 further to Brian Drozda's email (Weil US) - re: collateral documentation (with respect to LBS Holdings) | 30 | 147,50 | 206,97 |
| 1900 | 09/02/2011 | JEB | Review/Analysis of amended and restated joint venture agreement entered into by LB LUX RE Holding S.à r.l. in relation to the Sun&Moon transaction further to Brian Drozda's (Weil US) email re: collateral documentation (with respect LB LUX RE Holding S.à r.l.) | 90 | 442,50 | 620,92 |
| 1900 | 10/02/2011 | JEB | Study of the file - re: collateral documentation with respect to LBS Holdings, LB LUX RE Holding S.à r.l. and Luxembourg Trading Finance S.à r.l. | 6 | 29,50 | 41,39 |
| 1900 | 10/02/2011 | JEB | Tel. conversation with Tel. conversation (two times) with Alter Domus (corporate services provider of LBS Holdings S.à r.l.) with respect to availability of certain documents, especially bylaws of JV company requested by Brian Drozda -re: collateral on promissory notes | 18 | 88,50 | 124,18 |
| 1900 | 10/02/2011 | JEB | Study of the file : quick review of annual accounts 2009 filed with the Luxembourg register of commerce and companies by LB LUX RE Holding S.à r.l. | 24 | 118,00 | 165,58 |
| 1900 | 10/02/2011 | JEB | Study of the file : quick review of promissory note signed by LB LUX RE Holding S.à r.l. on December 2008 | 18 | 88,50 | 124,18 |
| 1800 | 10/02/2011 | JEB | Study of the file : email of A. Scarcelli (Interconsult) and quick review of enclosed letter from the tax authorities regarding Brasstown Entrada I SCA | 12 | 59,00 | 82,79 |
| 1800 | 10/02/2011 | JEB | Study of the file further email of A. Scarcelli (Interconsult) and quick review of enclosed letter from the tax authorities regarding Brasstown Entrada I SCA | 12 | 59,00 | 82,79 |
| 1900 | 10/02/2011 | JEB | Study of the file : email of Alter Domus and quick review of enclosed limited liability company agreement of Starman Hotel Holdings LLC | 30 | 147,50 | 206,97 |
| 1800 | 11/02/2011 | JG | update of the master file with respect to Brasstown Mansfield I SCA, Brasstown Entrada I SCA and Luxembourg Finance Sàrl (documents received from Luxembourg tax authorities) | 12 | 39,00 | 54,72 |
| 1900 | 18/02/2011 | RB | Study of the file summary review of Starmann LLC articles and email exchange with Brian (actual stage of the file) | 42 | 294,00 | 412,54 |
| 1900 | 19/02/2011 | JEB | Study of the file : email of Mei Dan (Weil US) addressing his queries - re: promissory notes and collateral for LBS Holdings and LB LUX RE Holding S.à .rl. | 6 | 29,50 | 41,39 |
| 1900 | 19/02/2011 | JEB | Drawing explanations' email to Mei Dan (Weil US) - re: promissory notes and collateral for LBS Holdings and LB LUX RE Holding S.à .rl. | 30 | 147,50 | 206,97 |
| 1900 | 23/02/2011 | JEB | Tel. conversation with Mr. Mauceri (Intertrust, domiciliation agent of LB LUX RE Holding) regarding assets of the company (promissory note and collateral) | 12 | 59,00 | 82,79 |
| 1900 | 23/02/2011 | RB | Study of the file and of the mail exchange with Mr. Mauceri (assets of LB Lux RE Holding s.à r.l.) | 12 | 84,00 | 117,87 |
| 1900 | 25/02/2011 | JEB | Correspondance with Mei Dan (Weil US) regarding the possibility to possibility to take collateral over assets of LB LUX RE Holding (Sun&Moon investment, ...) | 18 | 88,50 | 124,18 |
| 1900 | 25/02/2011 | RB | Study of the file and of the mail exchange with WGM (LB Lux RE / LBS Holding S.à r.l. assets / JV) | 12 | 84,00 | 117,87 |
| | | | **Total fee** | | 4 965,50 | 6 967,59 |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Invoice Trade and Companies Register - annual accounts 2009 filed by LB LUX RE Holding S.à r.l., required in relation to the assessment of LB LUX RE Holding S.à r.l. assets that may be used as collateral | | 2,88 | 4,04 |
| | | | Invoice Trade and Companies Register - excerpt relating to CEREP III Investment D S.à r.l., required while LB LUX RE Holding is holding a participation in this company | | 11,99 | 16,82 |
| | | | **Total paid disbursements** | | 14,87 | 20,87 |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | 4 980,37 | 6 988,46 |

File    **301207**
        13869

**LBHI - General Queries 2010**
Detail of our fee note

from February 1, 2011
to February 28, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 156 | 767,00 | 1 076,25 |
| KB | Katia BARTHOLOME | 504 | 1 638,00 | 2 298,44 |
| RB | Rina BREININGER | 42 | 294,00 | 412,54 |
| | | 702 | 2 699,00 | 3 787,24 |

| File | 301207 | | LBHI - General Queries 2010 | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | February 1, 2011 | | | |
| | | to | February 28, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4800 | 16/02/2011 | JEB | Correspondance with John Keen (missing payment under october monthly statement) | 12 | 59,00 | 82,79 |
| 1900 | 17/02/2011 | JEB | Study of the file : email of Fauzan (queries with respect to further possible Lehman entities in Luxembourg) | 6 | 29,50 | 41,39 |
| 1900 | 18/02/2011 | RB | Study of the file mail exchange with John (outstanding matters) | 18 | 126,00 | 176,80 |
| 1900 | 21/02/2011 | KB | Research of information about further Lehman companies further to the e-mail of Muhammad Fauzan of 17 February 2011 | 102 | 331,50 | 465,16 |
| 1900 | 21/02/2011 | RB | Study of the file and of the mail exchange with WGM NY (conference call) | 12 | 84,00 | 117,87 |
| 1800 | 22/02/2011 | JEB | Study of the file : email of Stijn Curfs (ATC) and quic kreview of attached letters/statements received from the tax authorities in relation to Lehman Brothers Captain No 2 Luxembourg S.à r.l. (liquidated) | 30 | 147,50 | 206,97 |
| 1800 | 22/02/2011 | JEB | Review/Analysis of dissolution deed of Lehman Brothers Captain No 2 Luxembourg S.à r.l. (liquidated) further to the letters received from the tax authorities | 18 | 88,50 | 124,18 |
| 1800 | 22/02/2011 | RB | Study of the file and of the mail exchange with John Keen regarding the tax statement 2007 for Lehman Brothers Captain No 2 Luxembourg S.à r.l. (liquidated) | 12 | 84,00 | 117,87 |
| 1900 | 23/02/2011 | JEB | Review/Analysis of researches relating to possible new Lehman entities as per Fauzan's request | 30 | 147,50 | 206,97 |
| 1900 | 23/02/2011 | KB | Legal research re: formalities for the dissolution of a company constituted for a determined term (review doctrine and case-law) | 120 | 390,00 | 547,25 |
| 1900 | 25/02/2011 | JEB | Study of the file and quick review of further researches and available docs in relation to E.F. Hutton & Company further to Fauzan's request | 30 | 147,50 | 206,97 |
| 1900 | 28/02/2011 | JEB | Study of the file : quick review of the complete file held by the Companies register regarding E.F. Hutton & Company (Luxembourg) S.A. | 30 | 147,50 | 206,97 |
| 1900 | 28/02/2011 | KB | Research at the Luxembourg register of commerce and companies in relation to the company E.F. Hutton & Company (Luxembourg) S.A. (especially regarding shareholders and directors) | 282 | 916,50 | 1 286,03 |
| | | | | | | |
| | | | Total fee | | 2 699,00 | 3 787,24 |
| | | | | | | |
| | | | Paid disbursements | | | |
| | | | Invoice Trade and Companies Register - excerpt relating to E.F. HUTTON & COMPANY (Luxembourg) S.A. further to Alvarez&Marsal request regarding this company | | 11,99 | 16,82 |
| | | | Invoice Trade and Companies Register - copying of various documents relating to E.F. HUTTON & COMPANY (Luxembourg) S.A. further to Alvarez&Marsal request regarding this company | | 7,50 | 10,52 |
| | | | Total paid disbursements | | 19,49 | 27,35 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 2 718,49 | 3 814,59 |

File    **301778**
     **13873**

**LBHI - Preparation  Monthly Statements & Fee Applications**

Detail of our fee note

from February 1, 2011
to February 28, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 276 | 1 357,00 | 1 904,14 |
| JG | Jacqueline GELESCHUS | 6 | 19,50 | 27,36 |
| KB | Katia BARTHOLOME | 42 | 136,50 | 191,54 |
| RB | Rina BREININGER | 24 | 168,00 | 235,74 |
| | | 348 | 1 681,00 | 2 358,78 |

| File | 301778 | | LBHI - Preparation Monthly Statements & Fee Applications | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | February 1, 2011 | | | |
| | | to | February 28, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 01/02/2011 | JEB | Study of the file : email of Brady Williamson (counsel to Fee Committee) regarding process for invoices | 6 | 29,50 | 41,39 |
| 4600 | 01/02/2011 | JG | Study of the file / e-mail of Brady Williamson / re: new chairman of the Fee Committee as of 24 January 2011 | 6 | 19,50 | 27,36 |
| 4600 | 17/02/2011 | JEB | Preparation of January monthly statement in accordance with special counsel procedure and fee committee guidelines (including cover sheet, detailed invoices, USD converted amounts,...) (start) | 102 | 501,50 | 703,70 |
| 4600 | 21/02/2011 | JEB | Drawing /finalizing January monthly statement in accordance with special counsel procedure and fee committee guidelines (including cover sheet, detailed invoices, USD converted amounts,...) | 120 | 590,00 | 827,69 |
| 4600 | 21/02/2011 | JEB | Drawing cover sheet for monthly statement of January | 18 | 88,50 | 124,18 |
| 4600 | 21/02/2011 | JEB | Correspondance with Leah Barbour (Browngreer) - re: January monthly statement | 12 | 59,00 | 82,79 |
| 4600 | 21/02/2011 | JEB | Correspondance with Elisabetta Gasparini (UST) - re: January monthly statement | 6 | 29,50 | 41,39 |
| 4600 | 21/02/2011 | KB | Review/Analysis of figures/calculation of invoices of January 2011 | 42 | 136,50 | 191,54 |
| 4600 | 22/02/2011 | JEB | Correspondance with Nicole Talbot (counsel to fee committe chairman) - re: January monthly statement | 6 | 29,50 | 41,39 |
| 4600 | 22/02/2011 | JEB | Correspondance with John Keen - re: January monthly statement | 6 | 29,50 | 41,39 |
| 4600 | 22/02/2011 | RB | Study of the file and of the mail exchange with WGM NY regarding the monthly statement January 2011 | 12 | 84,00 | 117,87 |
| 4600 | 24/02/2011 | RB | Study of the file and of the mail exchange with WGM / John Keen (monthly statement) | 12 | 84,00 | 117,87 |
| | | | Total fee | | 1 681,00 | 2 358,78 |
| | | | | | | |
| | | | Paid disbursements | | | |
| | | | Invoice TNT - express delivery charges relating to the delivery of December Monthly Statement to all the Notice Parties in accordance with the Third Amended Interim Compensation Order | | 253,45 | 355,64 |
| | | | Total paid disbursements | | 253,45 | 355,64 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 1 934,45 | 2 714,42 |

File    302467                          **LBHI - Lehman Brothers (Luxembourg) SA in liquidation**
        13872                                    Detail of our fee note

                  from February 1, 2011
                  to February 28, 2011
                                                   **Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| HD | Henry DE RON | 396 | 1 683,00 | 2 361,59 |
| MK | Marc KLEYR | 114 | 798,00 | 1 119,75 |
| | | 510 | 2 481,00 | 3 481,34 |

| File | 302467 | | LBHI - Lehman Brothers (Luxembourg) SA in liquidation | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | February 1, 2011 | | | |
| | | to | February 28, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2500 | 07/02/2011 | MK | Drawing e-mail to Hannah Field and John Keen / re.: need or not to intervene in the Luxembourg rejection procedure of LB Lux and LBIE // | 12 | 84,00 | 117,87 |
| 2500 | 08/02/2011 | HD | Analysis of writ of summons from LBIE against LBLUX, Jacques Delvaux and Laurent Fisch from 19 January 2011 in re: dispute of LBIE's statement of claims // | 66 | 280,50 | 393,60 |
| 2500 | 08/02/2011 | MK | Review/Analysis of e-mails from Hannah Field and Mike Tallent / re.: need or not to intervene in the Luxembourg rejection procedure of LB Lux and LBIE // | 6 | 42,00 | 58,93 |
| 2500 | 08/02/2011 | MK | Drawing e-mail to Hannah Field and Mike Tallent / re.: need or not to intervene in the Luxembourg rejection procedure of LB Lux and LBIE // | 12 | 84,00 | 117,87 |
| 2500 | 10/02/2011 | MK | Tel. conversation with Laurent Fisch / LB Lux liquidator/ in re: LBIE vs/ LBLux / discussing strategy and procedure for the first hearing in relation to the rejection of LBIE's claim in the liquidation of LB Lux // | 18 | 126,00 | 176,80 |
| 2500 | 11/02/2011 | HD | Represent. before trib. attending court hearing in re: LBIE vs/ LBLux / first hearing in relation to the rejection of LBIE's claim in the liquidation of LB Lux // | 42 | 178,50 | 250,47 |
| 2500 | 11/02/2011 | HD | Internal meeting between MK and HD / discussing result of the court hearing in re: LBIE vs/ LBLux / first hearing in relation to the rejection of LBIE's claim in the liquidation of LB Lux // | 12 | 51,00 | 71,56 |
| 2500 | 11/02/2011 | MK | Internal meeting between MK and HD / discussing result of the court hearing in re: LBIE vs/ LBLux / first hearing in relation to the rejection of LBIE's claim in the liquidation of LB Lux // | 12 | 84,00 | 117,87 |
| 2500 | 14/02/2011 | HD | Internal meeting between MK and HD / preparation of theoretical defense brief in re: LBIE vs/ LBLux / argument in response to the dismissal for forum non convenience / argument in response to referral to the English courts for the litigation and/or arbitration of the underlying | 12 | 51,00 | 71,56 |
| 2500 | 14/02/2011 | MK | Drawing e-mail to Hannah Field, Mike Tallent, John Keen / reporting back from the first court hearing in relation to the rejection of LBIE's claim in the liquidation of LB Lux // | 24 | 168,00 | 235,74 |
| 2500 | 14/02/2011 | MK | Internal meeting between MK and HD / preparation of theoretical defense brief in re: LBIE vs/ LBLux / argument in response to the dismissal for forum non convenience / argument in response to referral to the English courts for the litigation and/or arbitration of the underlying | 12 | 84,00 | 117,87 |
| 2500 | 15/02/2011 | HD | Analysis LBIE claim rejection procedure for the preparation of theoretical draft defense argument on jurisdiction (including the study of statement of claim from LBHE, the letter from the liquidators of LBLUX and the articles 504 ss // | 72 | 306,00 | 429,38 |
| 2500 | 15/02/2011 | MK | Review/Analysis of e-mail with procedural questions from Hannah Field / re.: LBIE claim rejection procedure // | 6 | 42,00 | 58,93 |
| 2500 | 15/02/2011 | MK | Drawing e-mail to Hannah Field addressing her procedural questions re: LBIE claim rejection procedure | 12 | 84,00 | 117,87 |
| 2500 | 16/02/2011 | HD | Analysis of documents of statement of claim, liquidation judgment, letter of denial from the liquidators // re.: LBIE claim rejection procedure // | 42 | 178,50 | 250,47 |
| 2500 | 16/02/2011 | HD | Research of legal doctrine re: referral of an underlying claim to the competent jurisdiction // | 66 | 280,50 | 393,60 |
| 2500 | 17/02/2011 | HD | Research /further researches at the national library of case-law related to article 504 of the Luxembourg Code of Commerce in re: referral of the underlying claim to the competent court | 72 | 306,00 | 429,38 |
| | 22/02/2011 | HD | Drawing an e-mail in relation to legal research about article 504 of the Luxembourg Commercial Code // | 12 | 51,00 | 71,56 |
| | | | Total fee | | 2 481,00 | 3 481,34 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 2 481,00 | 3 481,34 |

**Re:**    **Monthly statement of KLEYR GRASSO ASSOCIES, special counsel retained with respect to the matters arising in relation with the Luxembourg Entities, as defined later herein, for the period March 1, 2011 through March 31, 2011 (the "Statement Period").**

In accordance with the Third Amended Interim Compensation Order by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), dated June 25, 2009, establishing procedures for monthly compensation and reimbursement of expenses for professionals (the "Interim Compensation Order") and the Order, dated May 26, 2009, appointing a fee committee and approving a fee application protocol (the "Fee Protocol Order"), KLEYR GRASSO ASSOCIES ("KGA"), appointed as special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors (the "Debtors") by Order of the Bankruptcy Court, dated March 25, 2010, pursuant to Section 327(e) of the Bankruptcy Code authorizing the employment and retention of KLEYR GRASSO ASSOCIES, *nunc pro tunc* to June 1, 2009 [Docket No. 7825], hereby submits its monthly statement for the period March 1, 2011 through March 31, 2011 (the "March Statement").

In accordance with the Fee Committee's request all amounts herein are set out in US dollars and additionally in the conversion amount in euros, at the official exchange rate of the European Central Bank as of the last day of the month for which compensation is sought, hence March 31, 2011.

**I.    Itemization of Services Rendered by KGA Personnel for the Statement Period.**

A.    The hours spent during the Statement Period for which KGA seeks compensation are set forth by the hourly billing rate for each lawyer, and the resulting fees are as follows:

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals in EUR | Fee Totals in USD |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 420.- | 15:00 | € 6,300.00 | $ 8,950.41 |
| Marc Kleyr, Partner | 1991 | € 420.- | 11:48 | € 4,956.00 | $ 7,040.99 |
| Pascal Sassel, Partner | 2002 | € 420.- | 0:12 | € 84.00 | $ 119.34 |
| Jérôme Burel, Senior Associate | 2005 | € 295.- | 41:12 | € 12,154.00 | $ 17,267.19 |
| Henry De Ron, Associate | 2008 | € 255.- | 26:48 | € 6,834.00 | $ 9,709.06 |
| Katia Bartholomé, Associate | 2009 | € 195.- | 4:54 | € 955.50 | $ 1,357.48 |
| **TIME CHARGES TOTAL:** | | | 99:54 | € 31,283.50 | $ 44,444.47 |

B.    The time records, in the form of formal invoices of KGA are attached hereto as Exhibit A (the "Invoices"). KGA has been retained as local counsel in Luxembourg in relation to insolvency law and corporate law issues/questions (the "Luxembourg Matters") which arise or may arise in relation to direct or indirect subsidiaries or affiliates of the Debtors that are Luxembourg entities (the "Luxembourg Entities"). The attached Invoices contain a breakdown of each task performed by KGA professionals associated with such services.

**II.    Itemization of Disbursements and Expenses Incurred and Reimbursement Sought for the Statement Period.**

KGA is seeking reimbursement for disbursements for the Statement Period in the amount of € 469.08 / $ 666.42.

KGA is not seeking reimbursement for expenses for the Statement Period.

III.     **Total Fees, Disbursements and Expenses Sought for the Statement Period.**

A.     The total amount sought for fees for professional services rendered and reimbursement of disbursements and expenses incurred for the Statement Period is as follows:

Total Fees: € 31,283.50 / $ 44,444.47

**TOTAL:** € 31,752.58 / $ 45,110.89

B.     Amount Payable after Holdback.

Pursuant to the Interim Compensation Order, the amount payable to KGA for the Statement Period, after adjusting for the twenty percent (20%) holdback, € 25,495.88 / $ 36,222.00

**<u>EXHIBIT A</u>**

**Invoices**

File    **301182**
        14155

**LBHI - Promissory Notes/Securities**
Detail of our fee note

from March 1, 2011
to March 31, 2011

**Total per lawyer**

Author:
Converted at the official EUR/USD
exchange rate of the European
Central Bank as at March 31, 2011:
1,4207

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 1224 | 6 018,00 | 8 549,77 |
| KB | Katia BARTHOLOME | 12 | 39,00 | 55,41 |
| RB | Rina BREININGER | 654 | 4 578,00 | 6 503,96 |
| | | 1890 | 10 635,00 | 15 109,14 |

| File | 301182 | | LBHI - Promissory Notes/Securities | Author: | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | Converted at the official EUR/USD exchange rate of the European | | |
| | | from | March 1, 2011 | Central Bank as at March 31, 2011: | | |
| | | to | March 31, 2011 | 1.4207 | | |
| | | | Services provided | | | |

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|---|---|
| 1900 | 02/03/2011 | JEB | Study of the file : email of Majeed Iqbal (re: docs requested with respect to Brasstown Mansfield I SCA) | 6 | 29,50 | 41,91 |
| 1900 | 02/03/2011 | JEB | Correspondance with Mr. Mauceri (Fortis Intertrust) - re: docs for LB LUX RE Holding S.à r.l | 12 | 59,00 | 83,82 |
| 1900 | 02/03/2011 | KB | Research of the required document for Brasstown Mansfield I SCA by Majeed Iqbal | 6 | 19,50 | 27,70 |
| 1900 | 02/03/2011 | KB | Drawing e-mail to Majeed in relation to the required document for Brasstown Mansfield I SCA | 6 | 19,50 | 27,70 |
| 1900 | 03/03/2011 | JEB | Study of the file email of Mr. Mauceri (Intertrust) regarding LB LUX RE Holding S.à r.l. - re: documents regarding the participations held by the latter one | 6 | 29,50 | 41,91 |
| 1900 | 03/03/2011 | RB | Study of the file email exchange with Mauricio (LB LUx Re) re: documents regarding the participations held by the latter one | 6 | 42,00 | 59,67 |
| 1900 | 03/03/2011 | RB | Study of the file email exchange with Iqbal (Brasstown entities/CAP) | 6 | 42,00 | 59,67 |
| 1900 | 16/03/2011 | JEB | Study of the file : email Mei Dan (Well US) regarding the information available at the level of LB LUX RE Holding S.à r.l. in relation to the participations held in foreign entities | 6 | 29,50 | 41,91 |
| 1900 | 16/03/2011 | JEB | Correspondance with Fortis Intertrust ( the domiciliation agent) regarding the information available at the level of LB LUX RE Holding S.à r.l. in relation to the participations held in foreign entities | 12 | 59,00 | 83,82 |
| 1900 | 17/03/2011 | JEB | Tel. conversation with Mr. Debaty from Interconsult (liquidator of both Brasstown SCAs) - re: annual accounts for 2007, audit report and further steps for liquidation process | 18 | 88,50 | 125,73 |
| 1900 | 17/03/2011 | JEB | Study of the file : email of Mr. Debaty and quick review of attached draft financial statements and review report in relation to the annual accounts 2007 for each Brasstown Mansfield I SCA and Brasstown Entrada I SCA | 42 | 206,50 | 293,37 |
| 1900 | 17/03/2011 | JEB | Study of the file : further emails of Majeed Iqbal and Mr. Debaty regarding  the annual accounts for 2007 and further steps for liquidation process of both Brasstown SCAs | 18 | 88,50 | 125,73 |
| 1900 | 18/03/2011 | JEB | Review/Analysis of draft annual accounts 2007 in details (countercheck with 2006 accounts and relevant underlying documents) | 240 | 1 180,00 | 1 676,43 |
| 1900 | 18/03/2011 | JEB | Study of the file : email of Mei (Weil US) regarding the information available at the level of LB LUX RE Holding S.à r.l. in relation to the participations held in foreign entities | 6 | 29,50 | 41,91 |
| 1900 | 18/03/2011 | JEB | Correspondance with Mei (Weil US) regarding the information available at the level of LB LUX RE Holding S.à r.l. in relation to the participations held in foreign entities | 12 | 59,00 | 83,82 |
| 1900 | 18/03/2011 | JEB | Correspondance with Mr. Mauceri (Fortis Intertrust) regarding the information available at the level of LB LUX RE Holding S.à r.l. in relation to the participations held in foreign entities | 12 | 59,00 | 83,82 |
| 1900 | 18/03/2011 | JEB | Internal meeting between Rina/Jérôme in relation to the liquidation of the Brasstown SCA enties (draft accounts 2007/open items/points to be considered in liquidation process) | 72 | 354,00 | 502,93 |
| 1900 | 18/03/2011 | RB | Study of the file summary review of email exchange with liquidator/Majed/KGA (liquidation of Brasstown entities/current situation) | 36 | 252,00 | 358,02 |
| 1900 | 18/03/2011 | RB | Internal meeting between Rina/Jérôme in relation to the liquidation of the Brasstown SCA enties (draft accounts 2007/open items/points to be considered in liquidation process) | 72 | 504,00 | 716,03 |
| 1900 | 21/03/2011 | JEB | Tel. conversation with Mauricio from Fortis Intertrust - regarding the information available at the level of LB LUX RE Holding S.à r.l. in relation to the participations held in foreign entities | 6 | 29,50 | 41,91 |
| 1900 | 21/03/2011 | JEB | Correspondance with Mei Dan (Weil, US) regarding the information available at the level of LB LUX RE Holding S.à r.l. in relation to the participations held in foreign entities | 6 | 29,50 | 41,91 |
| 1900 | 21/03/2011 | JEB | Study of the file : emails of Mauricio and quick review of attached documents regarding the investment of  LB LUX RE Holding S.à r.l. in an Italian company | 42 | 206,50 | 293,37 |
| 1900 | 21/03/2011 | JEB | Study of the file re: collateral to be granted by Brasstown SCAs under liquidairton: email of Blandine Perret (Weil, UK) and questions raised therein - re: collateral to be granted by Brasstown SCAs under liquidairton | 24 | 118,00 | 167,64 |
| 1900 | 21/03/2011 | JEB | Study of the file : email of Brian Drozda -re: collateral to be granted by Brasstown SCAs under liquidairton | 6 | 29,50 | 41,91 |
| 1900 | 21/03/2011 | JEB | Study of the file : email of Abeer Garousha (Weil UK) and quick review of attached draft notes and schedules - re: collateral to be granted by Brasstown SCAs under liquidation | 42 | 206,50 | 293,37 |
| 1900 | 21/03/2011 | JEB | Correspondance with Abeer - re: collateral to be granted by Brasstown SCAs under liquidairton | 6 | 29,50 | 41,91 |
| 1900 | 22/03/2011 | JEB | Study of the file : email of Abeer - re: collateral to be granted by Brasstown SCAs under liquidairton | 6 | 29,50 | 41,91 |
| 1900 | 22/03/2011 | JEB | Correspondance with Abeer - re: collateral to be granted by Brasstown SCAs under liquidation | 12 | 59,00 | 83,82 |
| 1800 | 22/03/2011 | JEB | Study of the file : emails of A. Kamarowsky (Interconsult, liquidator) and  John Keen - re: outstanding invoices/tax payments with respect to the Brasstown SCAs under liquidation | 12 | 59,00 | 83,82 |
| 1900 | 22/03/2011 | JEB | Study of the file - re: collateral to be granted by Brasstown SCAs under liquidation | 6 | 29,50 | 41,91 |
| 1900 | 22/03/2011 | JEB | Correspondance with Blandine - re: collateral to be granted by Brasstown SCAs under liquidation | 6 | 29,50 | 41,91 |
| 1900 | 22/03/2011 | JEB | Study of the file : email of Fauzan (A&M) - re: collateral to be granted by Brasstown SCAs under liquidation | 6 | 29,50 | 41,91 |
| 1900 | 22/03/2011 | JEB | Tel. conversation with Fauzan - re: collateral to be granted by Brasstown SCAs under liquidation | 6 | 29,50 | 41,91 |
| 1800 | 22/03/2011 | JEB | Study of the file : email of John Keen -re: filing of tax returns by Brasstown SCAs | 6 | 29,50 | 41,91 |
| 1900 | 22/03/2011 | RB | Preparation of the conference call with John Keen, current status of the tax files, annual accounts, liquidation status, review of the annual accounts | 78 | 546,00 | 775,70 |
| 1900 | 22/03/2011 | RB | Study of the file and of the mail from Abeer and of the draft promissory notes attached thereto (Brasstown entities) | 24 | 168,00 | 238,68 |
| 1900 | 22/03/2011 | RB | Study of the file and of the mail from Brian Daraz (and mails attached thereto collateral on Brasstown entities) | 18 | 126,00 | 179,01 |
| 1900 | 22/03/2011 | RB | Study of the file and of the mail from Interconsult re: outstanding invoices/tax payments with respect to the Brasstown SCAs under liquidation | 12 | 84,00 | 119,34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1900 | 22/03/2011 | RB | Study of the file and of the mail exchange with Abeer / John / KGA - catch-up call Brasstown entities | 12 | 84,00 | 119,34 |
| 1800 | 23/03/2011 | JEB | Study of the file : email of Mr. Kamarowsky - re: tax returns for the Brasstown SCAs | 6 | 29,50 | 41,91 |
| 1900 | 23/03/2011 | JEB | Tel. conversation with / conf. call between Alvarez&Marsal (John and Fauzan) and KGA (Rina and Jérôme) - catch-up call current status of the file - outstanding issues (tax returns, accounts, liquidation process, promissory notes, collateral...) | 36 | 177,00 | 251,46 |
| 1900 | 23/03/2011 | JEB | Study of the file : email of John (re: sign-off by EY of Brasstown 2007 accounts) | 6 | 29,50 | 41,91 |
| 1900 | 23/03/2011 | JEB | Drawing comments/amendments to draft promissory notes for Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 48 | 236,00 | 335,29 |
| 1900 | 23/03/2011 | RB | Tel. conversation with catch-up call (John/Fauzan/Jérôme and Rina) current status of the file - outstanding issues (tax returns, accounts, liquidation process, promissory notes, collateral...) | 36 | 252,00 | 358,02 |
| 1900 | 24/03/2011 | RB | Drawing finalization of draft IC promissory notes of Brasstown Mansfield and Brasstown Entrada | 24 | 168,00 | 238,68 |
| 1900 | 24/03/2011 | RB | Correspondance with mail to John Keen (re: transmission of updated promissory notes and explanations regarding signatory powers of INTERCONSULT | 24 | 168,00 | 238,68 |
| 1900 | 24/03/2011 | RB | Tel. conversation with Mr Kamarowsky and Mr Debaty (INTERCONSULT) regarding planned OGMs of Brasstown entities in relation to submission of Liquidators's report under article 150 and 2007 accounts and of the INTERCONSULT's obligation as liquidator under article 150 of Luxembour | 48 | 336,00 | 477,36 |
| 1900 | 24/03/2011 | RB | Study of the file email of Fauzan -re: Brasstown SCAs under liquidation - intercompany promissory notes to be signed | 6 | 42,00 | 59,67 |
| 1900 | 24/03/2011 | RB | Study of the mail of Abeer -re: Brasstown SCAs under liquidation - intercompany promissory notes to be signed | 6 | 42,00 | 59,67 |
| 1900 | 24/03/2011 | RB | Drawing explanations email to Abeer -re: Brasstown SCAs under liquidation - intercompany promissory notes to be signed | 12 | 84,00 | 119,34 |
| 1900 | 25/03/2011 | RB | Study of the file mail exchange between INTERCONSULT/A&M/EY/KPMG regarding tax returns of Brasstown entities | 18 | 126,00 | 179,01 |
| 1900 | 25/03/2011 | RB | Study of the mail of Abeer asking for signed PN in relation to Brasstown entities | 6 | 42,00 | 59,67 |
| 1900 | 25/03/2011 | RB | Correspondance with Abeer -re: update on signing process of PN by Interconsult | 6 | 42,00 | 59,67 |
| 1800 | 25/03/2011 | RB | Study of the file summary review of the 2007 tax declarations/final balance sheets/EY reports for both Brasstown entities | 72 | 504,00 | 716,03 |
| 1800 | 28/03/2011 | JEB | Study of the file : email of Majeed Iqbal and quick review of enclosed updated tax statements | 12 | 59,00 | 83,82 |
| 1800 | 28/03/2011 | JEB | Tel. conversation with Ulrike Menn (KPMG) -re: tax returns and chamber of commerce fees for Brasstown SCAs | 12 | 59,00 | 83,82 |
| 1800 | 28/03/2011 | JEB | Correspondance with Interconsult (liquidator) regarding tax returns and liquidator report | 12 | 59,00 | 83,82 |
| 1900 | 28/03/2011 | JEB | Study of the file : email of Ulrike Menn (KPMG) and quick review of enclosed letter to the chamber of commerce | 12 | 59,00 | 83,82 |
| 1800 | 28/03/2011 | JEB | Correspondance with Majeed Iqbal -re: tax payments to be executed | 18 | 88,50 | 125,73 |
| 1800 | 28/03/2011 | RB | Study of the file mail of Iqbal - re: taxation claims/delays of payment/amount to be effectively paid | 18 | 126,00 | 179,01 |
| 1800 | 28/03/2011 | RB | Tel. conversation with Iqbal -re: taxation claims/delays of payment/amount to be effectively paid | 12 | 84,00 | 119,34 |
| 1800 | 28/03/2011 | RB | Study of the file email of KPMG and letter of KPMG adressed to the luxembourg chamber of commerce (new taxes based on filed tax returns 2007 for both Brasstown entities) regarding | 12 | 84,00 | 119,34 |
| 1800 | 28/03/2011 | RB | Study of the file email exchange with Interconsult (request of signed balance sheet 2007/signed taxe returns2007/signed liquidator's report for both Brasstown entities) | 6 | 42,00 | 59,67 |
| 1800 | 28/03/2011 | RB | Study of the file email exchange with Iqbal (tax payments to be made for March 31, 2011 by both Brasstown entities) | 6 | 42,00 | 59,67 |
| 1800 | 29/03/2011 | JEB | Study of the file : email of Ulrike Menn (KPMG) authorizing us to continue their letter to the tax authorities | 6 | 29,50 | 41,91 |
| 1900 | 29/03/2011 | JEB | Study of the file : email of Majeed (LAMCO) requesting information about bank accounts of Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 6 | 29,50 | 41,91 |
| 1900 | 29/03/2011 | JEB | Review/Analysis of our files in order to address Majeed queries - re: information about bank accounts of Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 12 | 59,00 | 83,82 |
| 1900 | 29/03/2011 | JEB | Drawing email to Majeed addressing his queries - re: information about bank accounts of Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 12 | 59,00 | 83,82 |
| 1800 | 29/03/2011 | JEB | Study of the file : review several emails from Majeed (LAMCO) and Mrs Scarcelli (Interconsult) regarding the payment of the tax liabilities of the Brasstown entities and the advance of funds by LBHI | 30 | 147,50 | 209,55 |
| 1900 | 29/03/2011 | JEB | Tel. conversation with Majeed regarding the way to proceed with respect to the tax liabilities of the Brasstown companies and wrong assessment of the chamber of commerce fees | 12 | 59,00 | 83,82 |
| 1900 | 29/03/2011 | JEB | Study of the file : first quick review of various documents received from Intertrust (domiciliation agent of LB LU RE Holding S.à r.l.) regarding the participation in CEREP III Investment D S.à r.l. (joint venture agreement, amendment agreement to JVA, shareholder asset-li | 210 | 1 032,50 | 1 466,87 |
| 1900 | 29/03/2011 | JEB | Study of the file email of Intertrust and quick review of attached list of any and all existing legal documents with respect to the investment of LB LUX RE Holding S.à r.l. in CEREP III Investment D S.à r.l.) | 18 | 88,50 | 125,73 |
| 1800 | 29/03/2011 | RB | Study of the file mail of KPMG (authorizing transmission of their letter to Lux Chamber of commerce to Lux tax authorities) | 6 | 42,00 | 59,67 |
| 1900 | 29/03/2011 | RB | Study of the file email exchange with Iqbal (cash in bank accounts of Brasstown entities and bank statements attched) | 12 | 84,00 | 119,34 |
| 1900 | 29/03/2011 | RB | Study of the file further email exchange between Iqbal and Interconsult (with respect to tax payments to be made on March 31, 2011) | 18 | 126,00 | 179,01 |
| 1800 | 30/03/2011 | JEB | Tel. conversation with A. Scarcelli (Interconsult) regarding the execution of the payments to the tax authorities (receipt of funds from the US and subsequent payment to the tax authorities) | 12 | 59,00 | 83,82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1900 | 30/03/2011 | JEB | Study of the file : emails of A. Scarcelli (Interconsult), Paul Copperwit (LAMCO) and Clare Brok (LAMCO) regarding the funding to be provided by LBHI to the Brasstown companies and quick review/calculation of the figures set forth in the attached payment confirmation sprea | 18 | 88,50 | 125,73 |
| 1800 | 30/03/2011 | JEB | Drawing email to Mrs Scarcelli detailing the payments to be made to theLux. tax authorities by the Brasstown SCAs | 18 | 88,50 | 125,73 |
| 1800 | 30/03/2011 | RB | Study of the file email exchange Interconsult/Iqbal (tax payments due march 31, 2011-wire instructions) | 24 | 168,00 | 238,68 |
| 1800 | 31/03/2011 | JEB | Study of the file : email of Mrs Scarcelli (Interconsult) and quick review of attached payment instructions of taxes by Brasstown Entrada I SCA | 12 | 59,00 | 83,82 |
| 1800 | 31/03/2011 | JEB | Drawing explanations letter to the Luxembourg tax authorities regarding the payments that have been made by the Brasstown SCAs | 30 | 147,50 | 209,55 |
| 1800 | 31/03/2011 | JEB | Correspondance with Majeed Iqbal -re: letter sent to the Luxembourg tax authorities regarding payments made by Brasstown SCAs | 6 | 29,50 | 41,91 |
| 1800 | 31/03/2011 | JEB | Correspondance with Mrs Scarcelli (Interconsult) -re: letter sent to the Luxembourg tax authorities regarding payments made by Brasstown SCAs | 6 | 29,50 | 41,91 |
| 1800 | 31/03/2011 | RB | Study of the file email and correspondance exchange KGA/Interconsult/Lux.Tax Authorities (tax payments) | 18 | 126,00 | 179,01 |
| | | | Total fee | | 10 635,00 | 15 109,14 |
| | | | TOTAL FEE NOTE | | 10 635,00 | 15 109,14 |

| File | 301207 | **LBHI - General Queries 2010** |
|------|--------|--------------------------------|
|      | 14157  | Detail of our fee note         |

from March 1, 2011
to March 31, 2011

**Total per lawyer**

| Author: |
|---------|
| Converted at the official EUR/USD exchange rate of the European Central Bank as at March 31, 2011: **1,4207** |

| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|--|-------------|------------|------------|
| JEB | Jérôme BUREL | 462 | 2 271,50 | 3 227,12 |
| KB | Katia BARTHOLOME | 102 | 331,50 | 470,96 |
| RB | Rina BREININGER | 144 | 1 008,00 | 1 432,07 |
| | | 708 | 3 611,00 | 5 130,15 |

| File | 301207 | | LBHI - General Queries 2010 | | | |
|------|--------|--|------------------------------|--|--|--|
| | | | Detail of our fee note | | Author: | |
| | | from | March 1, 2011 | | Converted at the official EUR/USD exchange rate of the European Central | |
| | | to | March 31, 2011 | | Bank as at March 31, 2011: 1,4207 | |
| | | | Services provided | | | |

| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
|-----------|------|--------|---------|-------------|------------|------------|
| 1900 | 01/03/2011 | JEB | Study of the file E.F. Hutton & Company (Luxembourg) S.A. : detailed review of the available corporate files of E.F. Hutton & Company (Luxembourg) S.A. in order to prepare a memo for Fauzan | 120 | 590,00 | 838,21 |
| 1900 | 01/03/2011 | JEB | Drawing draft memorandum for Fauzan -re: E.F. Hutton & Company (Luxembourg) S.A. (start) | 120 | 590,00 | 838,21 |
| 1900 | 01/03/2011 | RB | Study of the file summary review of the publications in the Official Gazette done by Hutton & Company (Luxembourg) S.A. | 30 | 210,00 | 298,35 |
| 1900 | 02/03/2011 | JEB | Drawing draft memorandum for Fauzan -re: E.F. Hutton & Company (Luxembourg) S.A. (cont'd) | 180 | 885,00 | 1 257,32 |
| 1900 | 03/03/2011 | JEB | Correspondance with Fauzan -re: E.F. HUTTON & COMPANY (LUXEMBOURG) S.A. | 18 | 88,50 | 125,73 |
| 1900 | 03/03/2011 | RB | Drawing finalization of the draft memo regarding Hutton | 90 | 630,00 | 895,04 |
| 1900 | 07/03/2011 | RB | Study of the file mail exchage with Fauzan regarding additional Lux. Lehman entities | 6 | 42,00 | 59,67 |
| 1900 | 25/03/2011 | RB | Study of the file review of the convening notice of the German Court in relation with Lehman Bankhaus Insolvency | 18 | 126,00 | 179,01 |
| 1900 | 28/03/2011 | JEB | Study of the file : email of Juliette Beicht (GT Fiduciaires) and quick review of enclosed letter to Lehman Brothers (Luxembourg) SA | 12 | 59,00 | 83,82 |
| 1900 | 31/03/2011 | JEB | Study of the file : email of James Parker and quick review of enclosed list of potential additional Lehman entities further to James Parker request | 12 | 59,00 | 83,82 |
| 1900 | 31/03/2011 | KB | Research in relation to additional lehman entities further to James Parker request | 102 | 331,50 | 470,96 |
| | | | **Total fee** | | **3 611,00** | **5 130,15** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Invoice Trade and Companies Register - excerpts relating to Broadgate Stockholm Properties S.A., Phoenix F1 - Neubrandenburgstrasse, Lower Thames S.à r.l., EAU ROUGE PARTICIPATIONS S.A., LES COMBES INVESTMENTS S.A., LDVF1 FIP S.à r.l., LDVF1 Main FIP S.à r.l., Gateway IV Euro CLO S.A., GSC EUROPEAN CDO I-R S.A., Merlin Finance S.A., OHK LB Holdings S.à r.l., OHK Developments S.à r.l., 81 VH Holding S.à r.l., Neidpath Investments S.à r.l., Malpas Investments S.à r.l., Comoros Investments S.à r.l., Galleon Luxembourg Funding S.à r.l., Galleon Luxembourg Investments S.à r.l., LB LUX RE Holding S.à r.l. and BRE/Vintners Place S.à r.l. required further to James request, and further transmitted to him | | 239,80 | 340,68 |
| | | | **Total paid disbursements** | | **239,80** | **340,68** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **3 850,80** | **5 470,83** |

File    **301702**
    **14158**

**LBHI - Special Counsel Procedure**
Detail of our fee note

from March 1, 2011
to March 31, 2011

**Total per lawyer**

Author:
Converted at the official EUR/USD
exchange rate of the European Central
Bank as at March 31, 2011: 1,4207

| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|--------------------|-------------|------------|-------------|
| JEB | Jérôme BUREL | 360 | 1 770,00 | 2 514,64 |
| RB | Rina BREININGER | 54 | 378,00 | 537,02 |
| | | 414 | 2 148,00 | 3 051,66 |

| File | 301702 | | LBHI - Special Counsel Procedure | | | | |
|------|--------|--|----------------------------------|--|--|--|--|
| | | | Detail of our fee note | | | **Author:** | |
| | | from | March 1, 2011 | | | Converted at the official EUR/USD exchange rate of the European Central Bank as at March 31, 2011: **1,4207** | |
| | | to | March 31, 2011 | | | | |
| | | | **Services provided** | | | | |
| **Task Code** | **Date** | **Person** | **Comment** | **Time (min.)** | **Amount (€)** | **Amount ($)** | |
| 4600 | 01/03/2011 | JEB | Study of the file : email of Katherine Stadler and review of enclosed memorandum on behalf of Richard Gitlin | 24 | 118,00 | 167,64 | |
| 4600 | 01/03/2011 | JEB | Study of the file : email of Harvey Miller (re: memorandum of Mr. Gitlin) | 6 | 29,50 | 41,91 | |
| 4600 | 01/03/2011 | JEB | Study of the file : email of R. Gitlin (re:  fee committee) | 6 | 29,50 | 41,91 | |
| 4600 | 01/03/2011 | RB | Study of the file Memorandum of Mr Gittlin and mail of Mr Miller (WGM) in relation thereto | 42 | 294,00 | 417,69 | |
| 4600 | 02/03/2011 | JEB | Study of the file : email of Mrs Gasparini and quick review of enclosed objection letter from the US Trustee to January monthly statement | 24 | 118,00 | 167,64 | |
| 4600 | 07/03/2011 | RB | Study of the file 5th Interim Billing Report | 12 | 84,00 | 119,34 | |
| 4600 | 14/03/2011 | JEB | Review/Analysis of third compensation order in case an objection to monthly statement has been filed | 18 | 88,50 | 125,73 | |
| 4600 | 16/03/2011 | JEB | Correspondance with Candace Arthur (Weil) -re: US Trustee objection to monthly statement and interim fee application | 24 | 118,00 | 167,64 | |
| 4600 | 17/03/2011 | JEB | Review/Analysis of email from fee committee and attached memo | 24 | 118,00 | 167,64 | |
| 4600 | 17/03/2011 | JEB | Study of the file : quick review of proposed amended fee protocol | 60 | 295,00 | 419,11 | |
| 4600 | 17/03/2011 | JEB | Study of the file : quick review of proposed fourth amended compensation order | 42 | 206,50 | 293,37 | |
| 4600 | 18/03/2011 | JEB | Tel. conversation with Candace Arthur (Weil US) -re: need to file supplemental declaration re: billing rates) | 18 | 88,50 | 125,73 | |
| 4600 | 22/03/2011 | JEB | Study of the file : email of K. Stadler and quick review of attached draft order -re: KGA second interim fee application | 24 | 118,00 | 167,64 | |
| 4600 | 23/03/2011 | JEB | Study of the file : email of Zerithea "Gate" Raichen - re: Lehman Brothers Holdings, Inc., et al., Case No. 08-13555 (JMP) -- March 31, 2011 Chambers Conference | 6 | 29,50 | 41,91 | |
| 4600 | 28/03/2011 | JEB | Study of the file : email of Candace Arthur (Weil) and questions raised therein - re: declaration in relation ot billing rates increase | 12 | 59,00 | 83,82 | |
| 4600 | 28/03/2011 | JEB | Drawing email to Candace addressing her queries in relation to the increase of KGA billing rates and the required supplemental declaration to be field with the Court | 54 | 265,50 | 377,20 | |
| 4600 | 28/03/2011 | JEB | Study of the file : email and enclosed Letter from the Fee Committee to Judge Peck regarding the March 31, 2011 Chambers Conference | 12 | 59,00 | 83,82 | |
| 4600 | 29/03/2011 | JEB | Study of the file : email of Candace Arthur regarding the drafting of a declaration/affidavit to be filed under the SCP | 6 | 29,50 | 41,91 | |
| | | | **Total fee** | | **2 148,00** | **3 051,66** | |
| | | | | | | | |
| | | | **TOTAL FEE NOTE** | | **2 148,00** | **3 051,66** | |

File    301778
        14161

LBHI - Preparation  **Monthly Statements & Fee Applications**
Detail of our fee note

from March 1, 2011
to March 31, 2011

**Total per lawyer**

| Author: |
|---|
| Converted at the official EUR/USD exchange rate of the European Central Bank as at March 31, 2011: 1,4207 |

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 426 | 2 094,50 | 2 975,66 |
| KB | Katia BARTHOLOME | 180 | 585,00 | 831,11 |
| RB | Rina BREININGER | 48 | 336,00 | 477,36 |
| | | 654 | 3 015,50 | 4 284,12 |

| File | 301778 | | LBHI - Preparation Monthly Statements & Fee Applications | | | | Author: Converted at the official EUR/USD exchange rate of the European Central Bank as at March 31, 2011: 1,4207 |
|---|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | | |
| | | from | March 1, 2011 | | | | |
| | | to | March 31, 2011 | | | | |
| | | | Services provided | | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) | |
| 4600 | 02/03/2011 | RB | Study of the file review of the objection delivered by the US Department of Justice (Office of the United States Trustee) of March 1, 2011 in relation with KGA January monthly statement | 48 | 336,00 | 477,36 | |
| 4600 | 22/03/2011 | JEB | Preparation of February monthly statement in accordance with special counsel procedure and fee committee guidelines (including cover sheet, detailled invoices, USD converted amounts,...) (start) | 96 | 472,00 | 670,57 | |
| 4600 | 23/03/2011 | JEB | working in relation to the preparation of KGA fourth interim fee application : review of relevant monthly statements and figures therein | 60 | 295,00 | 419,11 | |
| 4600 | 23/03/2011 | JEB | working in relation to the preparation of KGA fourth interim fee application : calculation of all amounts required to be set forth in the interim fee application | 120 | 590,00 | 838,21 | |
| 4600 | 28/03/2011 | JEB | Drawing /finalizing of February monthly statement in accordance with special counsel procedure and fee committee guidelines (including cover sheet, detailled invoices, USD converted amounts,...) | 102 | 501,50 | 712,48 | |
| 4600 | 28/03/2011 | JEB | Drawing cover sheet for February monthly statement | 18 | 88,50 | 125,73 | |
| 4600 | 28/03/2011 | KB | Review/Analysis of figures/calculation of invoices of February 2011 | 42 | 136,50 | 193,93 | |
| 4600 | 30/03/2011 | JEB | Correspondance with Leah Barbour (Browngreer) - re: February monthly statement | 12 | 59,00 | 83,82 | |
| 4600 | 30/03/2011 | JEB | Correspondance with Elisabetta Gasparini (UST) - re: February monthly statement | 6 | 29,50 | 41,91 | |
| 4600 | 30/03/2011 | JEB | Correspondance with Nicole Talbot (counsel to fee committe chairman) - re: February monthly statement | 6 | 29,50 | 41,91 | |
| 4600 | 30/03/2011 | JEB | Correspondance with John Keen - re: February monthly statement | 6 | 29,50 | 41,91 | |
| 4600 | 31/03/2011 | KB | Drawing first draft of KGA fourth interim fee application (start) | 138 | 448,50 | 637,18 | |
| | | | Total fee | | 3 015,50 | 4 284,12 | |
| | | | | | | | |
| | | | Paid disbursements | | | | |
| | | | Invoice TNT - express delivery charges relating to the delivery of January Monthly Statement to all the Notice Parties in accordance with the Third Amended Interim Compensation Order | | 204,28 | 290,22 | |
| | | | Total paid disbursements | | 204,28 | 290,22 | |
| | | | | | | | |
| | | | TOTAL FEE NOTE | | 3 219,78 | 4 574,34 | |

File   302467
       14164

**LBHI - Lehman Brothers (Luxembourg) SA in liquidation**
**Detail of our fee note**

from March 1, 2011
to March 31, 2011

**Total per lawyer**

Author:
Converted at the official EUR/USD
exchange rate of the European Central
Bank as at March 31, 2011: **1,4207**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| HD | Henry DE RON | 1608 | 6 834,00 | 9 709,06 |
| PS | Pascal SASSEL | 12 | 84,00 | 119,34 |
| MK | Marc KLEYR | 708 | 4 956,00 | 7 040,99 |
| | | 2328 | 11 874,00 | 16 869,39 |

| File | 302467 | | LBHI - Lehman Brothers (Luxembourg) SA In liquidation | | | | Author: Converted at the official EUR/USD exchange rate of the European Central Bank as at March 31, 2011: 1,4207 |
|---|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | | |
| | | from | March 1, 2011 | | | | |
| | | to | March 31, 2011 | | | | |
| | | | Services provided | | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) | |
| 2500 | 01/03/2011 | HD | working in relation to LBIE claim rejection procedure (re article 504 of the Luxembourg Commercial Code) : finalizing theoretical draft defense argument on jurisdiction (Luxembourg court is not competent because the underlying contracts are independant of the liquidation) | 186 | 790,50 | 1 123,06 | |
| 2500 | 02/03/2011 | HD | working in relation to LBIE claim rejection procedure LBIE claim rejection procedure (re article 504 of the Luxembourg Commercial Code) : finalizing theoretical draft defense argument on jurisdiction ( Luxembourg court is competent in a subsidiary argument because de claim o | 180 | 765,00 | 1 086,84 | |
| 2500 | 02/03/2011 | MK | Correspondance with / e-mail with Mike Tallent and Hannah Field / re.: unofficial english translation of the writ of summons. | 6 | 42,00 | 59,67 | |
| 2500 | 03/03/2011 | HD | working in relation to LBIE claim rejection procedure LBIE claim rejection procedure (re article 504 of the Luxembourg Commercial Code) : finalizing theoretical draft defense argument on jurisdiction (Luxembourg court is competent in a subsidiary argument because de claim of | 60 | 255,00 | 362,28 | |
| 2500 | 03/03/2011 | HD | Drawing / drafting of recourse action re: voidness of share loan operations in application of OSLA and GMRA // | 60 | 255,00 | 362,28 | |
| 2500 | 07/03/2011 | HD | working in relation to / in re: article 504 / preparation of case-law and legal doctrine in support of defense brief // | 48 | 204,00 | 289,82 | |
| 2500 | 10/03/2011 | MK | Review/Analysis of e-mail from Mike Tallent with procedural and timing questions / re.: lux rejection procedure LBIE claim // | 12 | 84,00 | 119,34 | |
| 2500 | 10/03/2011 | MK | Drawing e-mail to Mike Tallent with answers to his procedural and timing questions / re.: lux rejection procedure LBIE claim // copy to Hannah Field and j Keen | 24 | 168,00 | 238,68 | |
| 2500 | 15/03/2011 | MK | Tel. conversation with / conf call with Hannah Field from Weil and A&M team to discuss the Luxembourg rejection procedure, timing and workprocess // | 24 | 168,00 | 238,68 | |
| 2500 | 16/03/2011 | MK | Drawing e-mail to the liquidators of LB Lux / re.: LBIE cliam rejection procedure / | 12 | 84,00 | 119,34 | |
| 2500 | 17/03/2011 | HD | Research / defense brief for the Luxembourg liquidators / research of legal doctrine in re: shadow director // | 120 | 510,00 | 724,56 | |
| 2500 | 18/03/2011 | HD | Transfer from the office to the library and back in research in re: schadow director | 48 | 204,00 | 289,82 | |
| 2500 | 18/03/2011 | HD | Research / defense brief for the Luxembourg liquidators / research of legal doctrine in re: shadow director // | 180 | 765,00 | 1 086,84 | |
| 2500 | 18/03/2011 | HD | Study of the file / in re: schadow director / study of legal doctrine / analysis of critera for the establishing of a shadow directorship // | 78 | 331,50 | 470,96 | |
| 2500 | 21/03/2011 | HD | working in relation to / in re: shadow director / research and study of critera of a Luxembourg claw back action against a director/shadow director (action en comblement de passif) | 156 | 663,00 | 941,92 | |
| 2500 | 21/03/2011 | HD | working in relation to / in re: shadow director / study of legal doctrine / analysis of critera for the establishing of a shadow directorship // | 96 | 408,00 | 579,65 | |
| 2500 | 22/03/2011 | HD | Research /re: shadow director / further research and study of French case-law in relation to shadow directors and shadow directors in group of companies // | 246 | 1 045,50 | 1 485,34 | |
| 2500 | 30/03/2011 | HD | Research /re: shadow director / further research and study of Belgian legal doctrine in relation to a Belgian claw-back action // | 150 | 637,50 | 905,70 | |
| 2500 | 30/03/2011 | MK | working in relation to jurisdiction question in the LBIE / LB Lux claim admisssion procedure : start to draft memorandum // | 114 | 798,00 | 1 133,72 | |
| 2500 | 30/03/2011 | MK | Tel. conversation with / conf call with Hannah Field from Weil, the A&M team and the Luxembourg liquidators to discuss the LBIE / LB Lux claim / | 108 | 756,00 | 1 074,05 | |
| 2500 | 31/03/2011 | MK | working in relation to jurisdiction question in the LBIE / LB Lux claim admission procedure : continue to draft memorandum // | 114 | 798,00 | 1 133,72 | |
| 2500 | 31/03/2011 | MK | working in relation to preparation of defense in the LBIE / LB Lux claim admission procedure : review documents produced by Linklaters with the claim filed for LBIE in Lux and PWC interim report on administration of LB Lux dated 11/2/2009 // | 186 | 1 302,00 | 1 849,75 | |
| 2500 | 31/03/2011 | MK | working in relation to the preparation of defense in the the LBIE / LB Lux claim admission procedure : review the pleading notes from the different lawyers in the 24 march 2009 hearing // | 96 | 672,00 | 954,71 | |
| 2500 | 31/03/2011 | MK | Internal meeting between Pascal Sassel and Marc Kleyr - re: arguments under Luxembourg law for claim rejection | 12 | 84,00 | 119,34 | |
| 2500 | 31/03/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel re: arguments under Luxembourg law for claim rejection | 12 | 84,00 | 119,34 | |
| | | | Total fee | | 11 874,00 | 16 869,39 | |
| | | | | | | | |
| | | | Paid disbursements | | | | |
| | | | Invoice Luxembourg documentation department of the General Prosecutor - re: required legal researches/case-law with respect to shadow management | | 25,00 | 35,52 | |
| | | | Total paid disbursements | | 25,00 | 35,52 | |
| | | | | | | | |
| | | | TOTAL FEE NOTE | | 11 899,00 | 16 904,91 | |

**Re:    Monthly statement of KLEYR GRASSO ASSOCIES, special counsel retained with respect to the matters arising in relation with the Luxembourg Entities, as defined later herein, for the period April 1, 2011 through April 30, 2011 (the "Statement Period").**

In accordance with the Fourth Amended Interim Compensation Order by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), dated April 14, 2011, establishing procedures for monthly compensation and reimbursement of expenses for professionals (the "Interim Compensation Order") and the Order, dated May 26, 2009, appointing a fee committee and approving a fee application protocol, as amended pursuant to the Order dated April 14, 2011, amending the fee protocol (the "Fee Protocol Order"), KLEYR GRASSO ASSOCIES ("KGA"), appointed as special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors (the "Debtors") by Order of the Bankruptcy Court, dated March 25, 2010, pursuant to Section 327(e) of the Bankruptcy Code authorizing the employment and retention of KLEYR GRASSO ASSOCIES, *nunc pro tunc* to June 1, 2009 [Docket No. 7825], hereby submits its monthly statement for the period April 1, 2011 through April 30, 2011 (the "April Statement").

In accordance with the Fee Committee's request all amounts herein are set out in US dollars and additionally in the conversion amount in euros, at the official exchange rate of the European Central Bank as of the last day of the month for which compensation is sought, hence April 30, 2011[1].

I.    **Itemization of Services Rendered by KGA Personnel for the Statement Period.**

A.    The hours spent during the Statement Period for which KGA seeks compensation are set forth by the hourly billing rate for each lawyer, and the resulting fees are as follows:

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals in EUR | Fee Totals in USD |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 420.- | 11:48 | € 4,956.00 | $ 7,364.62 |
| Marc Kleyr, Partner | 1991 | € 420.- | 62:48 | € 26,376.00 | $ 39,194.74 |
| Pascal Sassel, Partner | 2002 | € 420.- | 20:06 | € 8,442.00 | $ 12,544.81 |
| Jérôme Burel, Senior Associate | 2005 | € 295.- | 33:06 | € 9,764.50 | $ 14,510.05 |
| Henry De Ron, Associate | 2008 | € 255.- | 19:24 | € 4,947.00 | $ 7,351.24 |
| Jacqueline Geleschus, Associate | 2008 | € 195.- | 00:06 | € 19.50 | $ 28.98 |
| Katia Bartholomé, Associate | 2009 | € 195.- | 10:12 | € 1,989.00 | $ 2,955.66 |
| **TIME CHARGES TOTAL:** | | | 157:30 | € 56,494.00 | $ 83,950.10 |

B.    The time records, in the form of formal invoices of KGA are attached hereto as Exhibit A (the "Invoices"). KGA has been retained as local counsel in Luxembourg in relation to insolvency law and corporate law issues/questions (the "Luxembourg Matters") which arise or may arise in relation to direct or indirect subsidiaries or affiliates of the Debtors that are Luxembourg entities (the "Luxembourg Entities"). The attached Invoices contain a breakdown of each task performed by KGA professionals associated with such services.

---

[1] Since April 30, 2011 was not a business day (Saturday), exchange rate published by the European Central Bank as at April 29, 2011 has been used.

II.    **Itemization of Disbursements and Expenses Incurred and Reimbursement Sought for the Statement Period.**

KGA is seeking reimbursement for disbursements for the Statement Period in the amount of € 293.58 / $ 436.26.

KGA is not seeking reimbursement for expenses for the Statement Period.

III.    **Total Fees, Disbursements and Expenses Sought for the Statement Period.**

A.    The total amount sought for fees for professional services rendered and reimbursement of disbursements and expenses incurred for the Statement Period is as follows:

Total Fees: € 56,494.00 / $ 83,950.10

**TOTAL:** € 56,787.58 / $ 84,386.36

B.    Amount Payable after Holdback.

Pursuant to the Interim Compensation Order, the amount payable to KGA for the Statement Period, after adjusting for the twenty percent (20%) holdback, € 45,488.78 / $ 67,596.34

**EXHIBIT A**

**Invoices**

File    **301182**
        **14459**

**LBHI - Promissory Notes/Securities**
Detail of our fee note

from April 1, 2011
to April 30, 2011

Total per lawyer



| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 714 | 3 510,50 | 5 216,60 |
| RB | Rina BREININGER | 570 | 3 990,00 | 5 929,14 |
| | | 1284 | 7 500,50 | 11 145,74 |

| File | 301182 | | LBHI - Promissory Notes/Securities | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | April 1, 2011 | | | |
| | | to | April 30, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1900 | 01/04/2011 | JEB | Study of the file : email of A. Scarcelli (Interconsult) regarding payment made twice to Brasstown Mansfield I SCA | 6 | 29,50 | 43,84 |
| 1900 | 01/04/2011 | RB | Study of the file email of Interconsult regarding payments to Brasstown SCAs | 6 | 42,00 | 62,41 |
| 1900 | 04/04/2011 | JEB | Study of the file : email of A. Scarcelli (Interconsult) and qick review of attached letter from the Lux. chamber of commerce to Brasstown Mansfield I SCA | 6 | 29,50 | 43,84 |
| 1900 | 04/04/2011 | JEB | Study of the file : further email of A. Scarcelli (Interconsult) and quick review of attached letter from the Lux. chamber of commerce to Brasstown Entrada I SCA | 6 | 29,50 | 43,84 |
| 1900 | 04/04/2011 | JEB | Study of the file : further email of A. Scarcelli (Interconsult) and quick review of attached bank statements for Brasstown Mansfield I SCA | 6 | 29,50 | 43,84 |
| 1900 | 04/04/2011 | JEB | Study of the file : further email of A. Scarcelli (Interconsult) and quick review of attached bank statements Brasstown Entrada I SCA | 6 | 29,50 | 43,84 |
| 1900 | 04/04/2011 | JEB | Study of the file : email of Majeed Iqbal and quick review of attached draft accounts for Entrada II S.à r.l. and Mansfield II S.à r.l. | 18 | 88,50 | 131,51 |
| 1900 | 04/04/2011 | RB | Study of the file email of Interconsult and new taxation Lux Chamber of commerce for Brasstown entities | 12 | 84,00 | 124,82 |
| 1900 | 04/04/2011 | RB | Study of the file email of Interconsult and bank statements of both Brasstown entities | 18 | 126,00 | 187,24 |
| 1900 | 05/04/2011 | JEB | Study of the file : further emails of A. Scarcelli and quick review of attached bank statements for both Brasstown SCAs | 12 | 59,00 | 87,67 |
| 1900 | 06/04/2011 | JEB | Drawing first part of draft email/memo further to a first summary review of the Carlyle Financing / Windermere XIV Notes documents received from Intertrust (re: security to be granted by LB LUX RE Holding S.à r.l.) | 150 | 737,50 | 1 095,93 |
| 1900 | 06/04/2011 | JEB | Study of the file : email of A. Scarcelli and quick review of enclosed invoices of Interconsult- re: Brasstown Entrada II SCA and Brasstown Mansfield I SCA | 12 | 59,00 | 87,67 |
| 1900 | 07/04/2011 | RB | Review/Analysis of our files in relation with the VIS/VIM reverse merger (-re: security to be granted by LB LUX RE Holding S.à r.l.) | 150 | 1 050,00 | 1 560,30 |
| 1900 | 08/04/2011 | JEB | Review/Analysis of articles of association of Mansfield II Sàrl furthe to Majeed request (re: regularization of accounts) | 30 | 147,50 | 219,19 |
| 1900 | 08/04/2011 | JEB | Review/Analysis of articles of association of Entrada II Sàrl furthe to Majeed request (re: regularization of accounts) | 30 | 147,50 | 219,19 |
| 1800 | 08/04/2011 | JEB | Study of the file : quick review of several emails from A Scarcelli regarding Brasstown SCAs and quick review of attachments -re: post-payment to tax authorities | 48 | 236,00 | 350,70 |
| 1900 | 08/04/2011 | JEB | Correspondance with : Mei Dan regarding the status of LB Lux RE investments in CEREP and VIM | 30 | 147,50 | 219,19 |
| 1900 | 08/04/2011 | JEB | Study of the file : email of Mei Dan regarding other assets of LB Lux RE Holding Sàrl | 6 | 29,50 | 43,84 |
| 1800 | 08/04/2011 | RB | Study of the file emails of Interconsult and KPMG invoices tax return 2007 for Brasstown entities attached thereto | 12 | 84,00 | 124,82 |
| 1900 | 08/04/2011 | RB | Review/Analysis of / detailed review of the VIM/VIS documents (countercheck with documents transmitted by Intertrust) (-re: security to be granted by LB LUX RE Holding S.à r.l.) | 108 | 756,00 | 1 123,42 |
| 1900 | 08/04/2011 | RB | Drawing  part of email/memo relating to VIM/VIS (re: security to be granted by LB Lux RE Holding S.à r.l.) | 114 | 798,00 | 1 185,83 |
| 1900 | 11/04/2011 | JEB | Drawing draft memo/email summarizing the current situation (from a corporate law point of view) of Brasstown Entrada I SCA, Brasstown Mansfield I SCA, Entrada II S.à r.l. and Mansfield II S.à r.l. | 120 | 590,00 | 876,74 |
| 1900 | 11/04/2011 | JEB | Study of the file : email of Ulrike Menn (KPMG) and quick review of enclosed letters from the Chamber of commerce (re: fees due to the Chamber of commerce by the Brasstown SCAs) | 18 | 88,50 | 131,51 |
| 1900 | 11/04/2011 | JEB | Study of the file : emails of James Parker - (re: fees due to the Chamber of commerce by the Brasstown SCAs) | 6 | 29,50 | 43,84 |
| 1900 | 11/04/2011 | RB | Study of the file email exchange with Dan Mei (regarding further eventual assets of LB Lux RE) | 12 | 84,00 | 124,82 |
| 1900 | 11/04/2011 | RB | Study of the file email exchange with Interconsult (account statements/invoices Brasstown entities) | 12 | 84,00 | 124,82 |
| 1900 | 12/04/2011 | JEB | Study of the file : emails of James and Ulrike (re: fees due to the Chamber of commerce by the Brasstown SCAs) | 12 | 59,00 | 87,67 |
| 1900 | 12/04/2011 | JEB | Tel. conversation with Mrs Scarcelli (Interconsult) - re: fees due to the Chamber of commerce by the Brasstown SCAs | 6 | 29,50 | 43,84 |
| 1900 | 12/04/2011 | JEB | Correspondance with James Parker (re: fees assessments by the Chamber of commerce from 2007 to 2010 to be paid by the Brasstown SCAs) | 12 | 59,00 | 87,67 |
| 1900 | 12/04/2011 | JEB | Study of the file : email of James Parker (payment to be made by Interconsult for Brasstown Mansfield I SCA) | 6 | 29,50 | 43,84 |
| 1900 | 12/04/2011 | JEB | Correspondance with James and Ulrike (KPMG) -re: payments to be made by Brasstown SCAs to the Chamber of commerce | 12 | 59,00 | 87,67 |
| 1900 | 12/04/2011 | JEB | Study of the file : further emails of James Parker and Ulrike Menn (re: assessments of payments to be made to the Chamber of commerce) | 12 | 59,00 | 87,67 |
| 1900 | 12/04/2011 | JEB | Correspondance with John Keen and James Parker -re: actual status of Brasstown companies | 12 | 59,00 | 87,67 |
| 1900 | 12/04/2011 | JEB | Study of the file : email of U. Menn (KPMG) -re: explanations regarding fees due to the chamber of commerce for 2007 | 12 | 59,00 | 87,67 |
| 1900 | 12/04/2011 | RB | Study of the file email exchange KPMG/James Parker (A&M)/Interconsult reagrding new taxation Lux. Chamber of commerce for both Brasstown entities and payments to be made in relation thereto | 24 | 168,00 | 249,65 |
| 1900 | 13/04/2011 | JEB | Study of the file : two emails of James Parker regarding assessment for the 2007 chamber of commerce for Brasstown | 12 | 59,00 | 87,67 |
| 1900 | 13/04/2011 | JEB | Drawing email to James Parker addressing his questions (assessment fees of Chamber of commerce) | 12 | 59,00 | 87,67 |
| 1800 | 13/04/2011 | RB | Study of the file further email exchange with A&M/KGA/KPMG regarding taxes to be paid by Brasstown entities to Lux Chamber of Commerce | 18 | 126,00 | 187,24 |

| 1800 | 15/04/2011 | RB | Study of the file email of James Parker to Interconsult (domiciliation agent) | 6 | 42,00 | 62,41 |
|------|------------|-----|-----|-----|-----|-----|
| 1900 | 15/04/2011 | RB | Study of the file email of Interconsult and bank statement attached thereto (Brasstown) | 12 | 84,00 | 124,82 |
| 1900 | 21/04/2011 | JEB | Study of the file : email of Ulrike Menn (KPMG) with extensive explanations as regards fees/invoices of the Chamber of commerce regarding the Brasstown SCAs | 18 | 88,50 | 131,51 |
| 1900 | 22/04/2011 | JEB | Correspondance with Majeed regarding eventual correspondence with the tax authorities regarding Entrada II S.à r.l. and Mansfield II S.à r.l. | 6 | 29,50 | 43,84 |
| 1900 | 26/04/2011 | JEB | Tel. conversation with Majeed Iqbal in order to clarify the tax related documents that are requested with respect to Entrada II S.à r.l. and Mansfield II S.à r.l. | 12 | 59,00 | 87,67 |
| 1900 | 26/04/2011 | JEB | Study of the file : email of Mrs Scarcelli (Interconsult) and quick review of enclosed report from PWC -re: Brasstown SCAs | 18 | 88,50 | 131,51 |
| 1900 | 26/04/2011 | JEB | Study of the file : review of our files in order to find out tax related documents in our possession further to Majeed's request, in relation to Entrada II S.à r.l. and Mansfield II S.à r.l. (start) | 30 | 147,50 | 219,19 |
| 1900 | 26/04/2011 | RB | Study of the file email of KPMG Lux (regarding Chamber of commerce fees to be paid by Brasstown entities in liquidation) | 12 | 84,00 | 124,82 |
| 1900 | 26/04/2011 | RB | Study of the file email exchange with Fauzan (regarding Brasstown subsidiaries and correspondance with Lux Tax authorities) | 6 | 42,00 | 62,41 |
| 1900 | 26/04/2011 | RB | Study of the file review of 5th Progress Report PWC (liquidation UK Re) addressed to the Brasstown SCAs | 42 | 294,00 | 436,88 |
| 1900 | 28/04/2011 | JEB | Correspondance with John Keen - re: report of PWC London sent to Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 12 | 59,00 | 87,67 |
| 1900 | 28/04/2011 | RB | Study of the file mail exchange with client (PWC report - liquidation UK Re) | 6 | 42,00 | 62,41 |
| | | | **Total fee** | | **7 500,50** | **11 145,74** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Invoice Trade and Companies Register - excerpts relating to Mansfield II S.à r.l. and Entrada II S.à r.l. further to Majeed Iqbal request | | 23,98 | 35,63 |
| | | | **Total paid disbursements** | | **23,98** | **35,63** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **7 524,48** | **11 181,38** |

File    301207
        14463

LBHI - General Queries 2010
Detail of our fee note

from April 1, 2011
to April 30, 2011

Total per lawyer

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 456 | 2 242,00 | 3 331,61 |
| JG | Jacqueline GELESCHUS | 6 | 19,50 | 28,98 |
| KB | Katia BARTHOLOME | 390 | 1 267,50 | 1 883,51 |
| RB | Rina BREININGER | 108 | 756,00 | 1 123,42 |
| | | 960 | 4 285,00 | 6 367,51 |

| File | 301207 | | LBHI - General Queries 2010 | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | April 1, 2011 | | | |
| | | to | April 30, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1900 | 01/04/2011 | KB | Drawing draft memorandum in relation to the additional Lehman entities further to James Parker's request | 390 | 1 267,50 | 1 883,51 |
| 1900 | 04/04/2011 | JEB | Review/Analysis of first draft memorandum on additional Lux entities and underlying documents | 138 | 678,50 | 1 008,25 |
| 1900 | 04/04/2011 | RB | Study of the file mail exchange with James Parker (regarding additional Lux entities) | 12 | 84,00 | 124,82 |
| 1900 | 05/04/2011 | JEB | Drawing /amending draft memorandum regarding 20 Luxembourg Lehman entities as requested by James Parker (LAMCO) (cont'd) | 198 | 973,50 | 1 446,62 |
| 1900 | 05/04/2011 | RB | Review/Analysis of the memorandum to be transmitted to client (regarding 20 Lux entities eventually related to Lehman) | 72 | 504,00 | 748,94 |
| 1900 | 06/04/2011 | JEB | Correspondance with James Parker -re: updated status of 20 Luxembourg companies eventually belonging to the Lehman group | 18 | 88,50 | 131,51 |
| 1900 | 06/04/2011 | RB | Study of the file mail exchange with James Parker (additional Lux Lehman entities) | 12 | 84,00 | 124,82 |
| 1900 | 26/04/2011 | JG | Study of the file : email of Abeer Garousha - re: questions regarding the management and the authorised signatories of LBREM Luxco S.à.r.l. | 6 | 19,50 | 28,98 |
| 1900 | 27/04/2011 | JEB | Review/Analysis of companies register excerpt, bylaws and publications with the Luxembourg Gazette regarding LBREM Luxco S.à.r.l. further to Abeer's request | 78 | 383,50 | 569,88 |
| 1900 | 27/04/2011 | JEB | Drawing email to Abeer addressing her queries - re: LBREM Luxco S.à.r.l. | 24 | 118,00 | 175,35 |
| 1900 | 27/04/2011 | RB | Study of the file email exchange with Abeer (current managers of LBREM Luxco S.à r.l.) | 12 | 84,00 | 124,82 |
| | | | Total fee | | 4 285,00 | 6 367,51 |
| | | | | | | |
| | | | Paid disbursements | | | |
| | | | Invoice Trade and Companies Register - excerpt relating to LBREM Luxco S.à r.l. further to Abeer request | | 11,99 | 17,82 |
| | | | Total paid disbursements | | 11,99 | 17,82 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 4 296,99 | 6 385,33 |

File    **301702**
        14464

**LBHI - Special Counsel Procedure**
Detail of our fee note

from April 1, 2011
to April 30, 2011

**Total per lawyer**



**Person**

| | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 126 | 619,50 | 920,58 |
| RB | Rina BREININGER | 18 | 126,00 | 187,24 |
| | | 144 | 745,50 | 1 107,81 |

| File | 301702 | | LBHI - Special Counsel Procedure | | | |
|------|--------|--|----------------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | | from | April 1, 2011 | | | |
| | | to | April 30, 2011 | | | |
| | | | **Services provided** | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 05/04/2011 | JEB | Correspondance with Candace Arthur -re: supplemental declaration to be filed with the Bankruptcy Court in relationto increase of billing rates | 6 | 29,50 | 43,84 |
| 4600 | 20/04/2011 | JEB | Study of the file : email of Candace Arthur (WGM US) and first quick review of enclosed draft declaration/affidavit (re: increase of billing rates) | 12 | 59,00 | 87,67 |
| 4600 | 21/04/2011 | JEB | Review/Analysis of the fee committee's confidential letter report on the third interim application of KGA and attached exhibits of proposed reductions | 90 | 442,50 | 657,56 |
| 4600 | 26/04/2011 | JEB | Correspondance with Candace Arthur (Weil) -re: comments to draft supplemental declaration to be filed in relation to KGA billing rates increase | 18 | 88,50 | 131,51 |
| 4600 | 26/04/2011 | RB | Study of the file email exchange with EGM (regarding declaration and updated declaration) | 18 | 126,00 | 187,24 |
| | | | Total fee | | 745,50 | 1 107,81 |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | 745,50 | 1 107,81 |

| File | 301778 | | LBHI - Preparation | Monthly Statements & Fee Applications |
|------|--------|---|--------------------|-------------------------------------|
| | 14466 | | | Detail of our fee note |

from April 1, 2011
to April 30, 2011

**Total per lawyer**



| Person | | Time (min.) | Amount (€) | Amount ($) |
|--------|----------------------|------|----------|----------|
| JEB | Jérôme BUREL | 690 | 3 392,50 | 5 041,26 |
| KB | Katia BARTHOLOME | 222 | 721,50 | 1 072,15 |
| RB | Rina BREININGER | 12 | 84,00 | 124,82 |
| | | 924 | 4 198,00 | 6 238,23 |

| File | 301778 | | LBHI - Preparation Monthly Statements & Fee Applications | | | |
|------|--------|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | April 1, 2011 | | | |
| | | to | April 30, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 05/04/2011 | KB | Preparation first draft of fourth interim fee application | 222 | 721,50 | 1 072,15 |
| 4600 | 11/04/2011 | JEB | Drawing /amending first draft fourth interim fee application | 240 | 1 180,00 | 1 753,48 |
| 4600 | 12/04/2011 | JEB | Drawing /finalizing draft fourth interim fee application | 108 | 531,00 | 789,07 |
| 4600 | 12/04/2011 | JEB | Correspondance with Candace Arthur (Weil US) -re: KGA fourth interim application | 12 | 59,00 | 87,67 |
| 4600 | 12/04/2011 | RB | Study of the file mail exchange with Candace (regarding 4th interim fee application) | 12 | 84,00 | 124,82 |
| 4600 | 13/04/2011 | JEB | Drawing further amendments to draft interim application | 12 | 59,00 | 87,67 |
| 4600 | 13/04/2011 | JEB | Drawing further email to Candace (re: interim application - amendment) | 12 | 59,00 | 87,67 |
| 4600 | 13/04/2011 | JEB | Study of the file : email of Candace Arthur -re: update as to filing deadline of interim application and further meeting of fee committee | 12 | 59,00 | 87,67 |
| 4600 | 27/04/2011 | JEB | Preparation of the invoices to be included in our March monthly statement in accordance with special counsel procedure and fee committee guidelines ( detailed invoices, USD converted amounts,...) | 180 | 885,00 | 1 315,11 |
| 4600 | 28/04/2011 | JEB | Drawing March 2011 monthly statement of KGA | 90 | 442,50 | 657,56 |
| 4600 | 28/04/2011 | JEB | Correspondance with UST -re: March monthly statement | 6 | 29,50 | 43,84 |
| 4600 | 28/04/2011 | JEB | Correspondance with John Keen -re: March monthly statement | 6 | 29,50 | 43,84 |
| 4600 | 28/04/2011 | JEB | Correspondance with BrownGreer -re: March monthly statement | 6 | 29,50 | 43,84 |
| 4600 | 28/04/2011 | JEB | Correspondance with Godfrey & Kahn -re: March monthly statement | 6 | 29,50 | 43,84 |
| | | | Total fee | | 4 196,00 | 6 238,23 |
| | | | | | | |
| | | | Paid disbursements | | | |
| | | | Invoice TNT - express delivery charges relating to the delivery of February Monthly Statement to all the Notice Parties in accordance with the Fourth Amended Interim Compensation Order | | 254,25 | 377,82 |
| | | | Total paid disbursements | | 254,25 | 377,82 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 4 452,25 | 6 616,04 |

File  **302467**
**14467**

**LBHI - Lehman Brothers (Luxembourg) SA In liquidation**
Detail of our fee note

from April 1, 2011
to April 30, 2011

Total per lawyer



**Person**

| | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| HD | Henry DE RON | 1164 | 4 947,00 | 7 351,24 |
| PS | Pascal SASSEL | 1206 | 8 442,00 | 12 544,81 |
| MK | Marc KLEYR | 3768 | 26 376,00 | 39 194,74 |
| | | 8138 | 39 765,00 | 59 090,79 |

| File | 302467 | | LBHI - Lehman Brothers (Luxembourg) SA In liquidation | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | April 1, 2011 | | | |
| | | to | April 30, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2500 | 04/04/2011 | MK | Review/Analysis of e-mails / e-mail communications with Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 18 | 126,00 | 187,24 |
| 2500 | 04/04/2011 | MK | Drawing e-mails / e-mail communications to Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 12 | 84,00 | 124,82 |
| 2500 | 05/04/2011 | MK | Review/Analysis of e-mails / e-mail communications with Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 12 | 84,00 | 124,82 |
| 2500 | 06/04/2011 | MK | Review/Analysis of documents received from Weil team in London / working in relation to the LBIE claim filed in the liquidation of LB Lux // >> start to review the 21 lever arch files with documents // | 276 | 1 932,00 | 2 870,95 |
| 2500 | 07/04/2011 | MK | Review/Analysis of documents received from Weil team in London / working in relation to the LBIE claim filed in the liquidation of LB Lux // >> continue to review the 21 lever arch files with documents // | 306 | 2 142,00 | 3 183,01 |
| 2500 | 07/04/2011 | MK | Review/Analysis of e-mails / e-mail communications with Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 18 | 126,00 | 187,24 |
| 2500 | 07/04/2011 | MK | Drawing e-mails / e-mail communications to Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 12 | 84,00 | 124,82 |
| 2500 | 08/04/2011 | MK | Review/Analysis of documents received from Weil team in London / working in relation to the LBIE claim filed in the liquidation of LB Lux // >> continue to review the 21 lever arch files with documents // | 552 | 3 864,00 | 5 741,90 |
| 2500 | 08/04/2011 | MK | Correspondance with with Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 12 | 84,00 | 124,82 |
| 2500 | 11/04/2011 | HD | Research / in re: shadow director / research and study of case-law related to the shadow director under Luxembourg common law (articles 1382 and 1383 of the Civil Code) / research under Belgian and French law // | 120 | 510,00 | 757,86 |
| 2500 | 11/04/2011 | MK | Review/Analysis of documents received from Weil team in London / working in relation to the LBIE claim filed in the liquidation of LB Lux // >> continue to review the 21 lever arch files with documents // | 366 | 2 562,00 | 3 807,13 |
| 2500 | 11/04/2011 | MK | Review/Analysis of e-mails / e-mail communications with Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 12 | 84,00 | 124,82 |
| 2500 | 11/04/2011 | MK | Drawing e-mails / e-mail communications to Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 18 | 126,00 | 187,24 |
| 2500 | 12/04/2011 | HD | Research / re: shadow management / study of case-law related to the shadow directors under Luxembourg common law (articles 1382 and 1383 of the Civil Code) / study of two cases related to criminal law proceedings // | 66 | 280,50 | 416,82 |
| 2500 | 13/04/2011 | MK | Review/Analysis of e-mails / e-mail communications with Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 6 | 42,00 | 62,41 |
| 2500 | 13/04/2011 | MK | Drawing e-mails / e-mail communications to Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 12 | 84,00 | 124,82 |
| 2500 | 14/04/2011 | MK | Tel. conversation with / conference call with Weil team, A&M team and Lux liquidators to discuss progress in relation to the defense of the LBIE claim | 60 | 420,00 | 624,12 |
| 2500 | 14/04/2011 | MK | Review/Analysis of e-mails / e-mail communications from Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 12 | 84,00 | 124,82 |
| 2500 | 14/04/2011 | MK | Drawing e-mails / e-mail communications to Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 12 | 84,00 | 124,82 |
| 2500 | 15/04/2011 | HD | working in relation to / in re: shadow director / study an important case case-law related to the shadow director under Luxembourg common law (articles 1382 and 1383 of the Civil Code) / case of about 100 pages // | 60 | 255,00 | 378,93 |
| 2500 | 15/04/2011 | MK | Review/Analysis of e-mails / e-mail communications from Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 24 | 168,00 | 249,65 |
| 2500 | 18/04/2011 | MK | Review/Analysis of e-mails / e-mail communications from Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 48 | 336,00 | 499,30 |
| 2500 | 18/04/2011 | MK | Review/Analysis of documents received from Weil team in London / working in relation to the LBIE claim filed in the liquidation of LB Lux // >> continue to review the 21 lever arch files with documents // | 396 | 2 772,00 | 4 119,19 |
| 2500 | 19/04/2011 | MK | Review/Analysis of documents received from Weil team in London / working in relation to the LBIE claim filed in the liquidation of LB Lux // >> continue to review the 21 lever arch files with documents // | 252 | 1 764,00 | 2 621,30 |
| 2500 | 19/04/2011 | MK | Meeting with A&M team, Hannah Field, Lux liquidators and Kroonen from PWC with lawyers in Luxembourg Kalchesbruck to discuss factual issues in relation to the LBIE claim // | 162 | 1 134,00 | 1 685,12 |
| 2500 | 19/04/2011 | MK | Review/Analysis of e-mails / e-mail communications from Hannah Field and A&M team in relation to the LBIE vs/ LBLux claim defense work // | 24 | 168,00 | 249,65 |
| 2500 | 19/04/2011 | PS | Meeting with A&M team, Hannah Field, Lux liquidators and Kroonen from PWC with lawyers to discuse factual issues in relation to the LBIE claim (meeting with Marc Kleyr in Luxembourg Kalchesbruck) | 162 | 1 134,00 | 1 685,12 |
| 2500 | 19/04/2011 | PS | Study of the file // review of the Service Line Agreement, LBIE's claim presented in the liquidation of LB Lux, rejection letter of the Luxembourg liquidators, writ of summons of LBIE regarding the rejection of its claim☐ | 120 | 840,00 | 1 248,24 |
| 2500 | 19/04/2011 | PS | Review/Analysis of legal scholarship and Luxembourg, Belgian and French case-law regarding shadow management | 78 | 546,00 | 811,36 |
| 2500 | 20/04/2011 | MK | Preparation of meeting : review new documents received from Weil team in London / | 72 | 504,00 | 748,94 |
| 2500 | 20/04/2011 | MK | Meeting with A&M team, Hannah Field, Lux liquidators and former directors of LB Lux and their lawyer in Luxembourg Kalchesbruck to discuss factual issues in relation to the LBIE claim and potential legal arguments // | 372 | 2 604,00 | 3 869,54 |
| 2500 | 20/04/2011 | MK | Internal meeting between / with Pascal Sassel to establish list of legal arguments / counterclaims for the defense by the LB Lux liquidators of the LBIE claim // | 96 | 672,00 | 998,59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2500 | 20/04/2011 | PS | Meeting with A&M team, Hannah Field, Lux liquidators and former directors of LBLux and their lawyers in Luxembourg Kalchesbruck (with Marc Kleyr) to discuss factual issues in relation to the LBIE claim and potential legal arguments / | 372 | 2 604,00 | 3 869,54 |
| 2500 | 20/04/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel to discuss and develop legal arguments and counterclaims for rejection of the LBIE claim presented in Luxembourg | 96 | 672,00 | 998,59 |
| 2500 | 20/04/2011 | PS | Research legal scholarship and case-law re: shadow management in the context of a contract and liability in tort for omission commited by a shadow manager | 48 | 336,00 | 499,30 |
| 2500 | 21/04/2011 | PS | Review/Analysis of e-mail from Mike Talient re: current employer of Piers Le Merchant | 6 | 42,00 | 62,41 |
| 2500 | 21/04/2011 | PS | Review/Analysis of e-mail from Mike Talient re: former Lehman entity that employed Piers le Merchant | 6 | 42,00 | 62,41 |
| 2500 | 21/04/2011 | PS | Drawing amendments to the draft list of legal arguments and counterclaims against the LBIE claim presented in the liquidation of LBLUX | 66 | 462,00 | 686,53 |
| 2500 | 26/04/2011 | HD | Internal meeting between Marc Kleyr, Pascal Sassel and Henry de Ron discussing and restructuring the global list of legal arguments lux and UK to be made for the defense against the LBIE claim | 54 | 229,50 | 341,04 |
| 2500 | 26/04/2011 | MK | Review/Analysis of e-mail from Hannah Field with list of legal arguments to be made under UK law | 18 | 126,00 | 187,24 |
| 2500 | 26/04/2011 | MK | Internal meeting between / with Pascal and Henry discussing and restructuring the global list of legal arguments lux and UK to be made for the defense against the LBIE claim | 54 | 378,00 | 561,71 |
| 2500 | 26/04/2011 | MK | Drawing e-mail to LBLux liquidators / re.: complaint DANY against Ernst & Young in the US // | 6 | 42,00 | 62,41 |
| 2500 | 26/04/2011 | PS | Review/Analysis of e-mail from Hannah Field with list of legal arguments to be made under UK law | 18 | 126,00 | 187,24 |
| 2500 | 26/04/2011 | PS | Internal meeting between Marc Kleyr, Pascal Sassel and Henry de Ron discussing and restructuring the global list of legal arguments lux and UK to be made for the defense against the LBIE claim | 54 | 378,00 | 561,71 |
| 2500 | 26/04/2011 | PS | Drawing e-mail to Pit Reckinger (EHP) in order to get a copy of a decision from the Luxembourg Cour de cassation re: good faith principle and public order | 6 | 42,00 | 62,41 |
| 2500 | 26/04/2011 | PS | working in relation to restructuring and amending the working paper to be distributed to Weil and A&M team with list of legal arguments and counter claims against the LBIE claim presented in the liquidation of LBLUX | 60 | 420,00 | 624,12 |
| 2500 | 27/04/2011 | HD | Review/Analysis of the draft writ of summons from EHP for the liquidators | 36 | 153,00 | 227,36 |
| 2500 | 27/04/2011 | HD | Research of the case-law cited in the draft writ of summons prepared by EHP / | 42 | 178,50 | 265,25 |
| 2500 | 27/04/2011 | MK | Review/Analysis of the working paper with the global list of legal arguments lux and UK to be made for the defense / rejection of the LBIE claim in Lux // | 66 | 462,00 | 686,53 |
| 2500 | 27/04/2011 | MK | Drawing e-mail to the liquidators of LBLux // re: rendering article 495-1 code com. applicable to the liquidation of LB Lux | 12 | 84,00 | 124,82 |
| 2500 | 27/04/2011 | MK | Review/Analysis of documents received from Weil team in London / working in relation to the LBIE claim filed in the liquidation of LB Lux // >> continue to review the 21 lever arch files with documents // | 396 | 2 772,00 | 4 119,19 |
| 2500 | 27/04/2011 | PS | Review/Analysis of amendments made by Marc Kleyr to working paper with list of legal argument and counterclaims against the LBIE claim and finalization of the document | 18 | 126,00 | 187,24 |
| 2500 | 27/04/2011 | PS | Drawing e-mail to Hannah Field and A&M team with the working paper containing the list of legal arguments and counterclaims against the LBIE claim | 6 | 42,00 | 62,41 |
| 2500 | 27/04/2011 | PS | Review/Analysis of e-mail from Marc Kleyr to Hannah Field re: Investment Advisory Agreement | 6 | 42,00 | 62,41 |
| 2500 | 27/04/2011 | PS | Review/Analysis of e-mail from Hannah Field re: Investment Advisory Agreement | 6 | 42,00 | 62,41 |
| 2500 | 28/04/2011 | HD | Research on the topics "cause and public order" and "simulation" at the Library of the court of appeal / | 66 | 280,50 | 416,82 |
| 2500 | 28/04/2011 | HD | Research on the topics of cause and public order and simulation / continued / | 180 | 765,00 | 1 136,79 |
| 2500 | 28/04/2011 | HD | Research re: anticipating possible legal arguments for the liquidator's brief / research about the notion of international public order under Luxembourg law / | 60 | 255,00 | 378,93 |
| 2500 | 28/04/2011 | MK | Internal meeting between // discussion with Pascal Sassel / re: Hannah Field's e-mail, the working paper with list of legal arguments and next steps re: preparation of brief of defense against LBIE claim | 12 | 84,00 | 124,82 |
| 2500 | 28/04/2011 | PS | Review/Analysis of e-mail from Hannah Field with comments to the working paper containing the list of legal argument and counterclaims against the LBIE claim | 18 | 126,00 | 187,24 |
| 2500 | 28/04/2011 | PS | Drawing amendments to the working paper containing the list of legal argument and counterclaims against the LBIE claim | 24 | 168,00 | 249,65 |
| 2500 | 28/04/2011 | PS | Internal meeting between // discussion between Marc Kleyr and Pascal Sassel re: Hannah Field's e-mail, the working paper with list of legal arguments and next steps re: preparation of brief of defense against LBIE claim | 12 | 84,00 | 124,82 |
| 2500 | 28/04/2011 | PS | Review/Analysis of amendments made by Marc Kleyr to the working paper with legal arguments | 12 | 84,00 | 124,82 |
| 2500 | 28/04/2011 | PS | Drawing e-mail to Hannah Field with revised working paper and setting-up of the conference calls on 3 and 4 May 2011 | 6 | 42,00 | 62,41 |
| 2500 | 29/04/2011 | HD | working in relation to re: anticipating possible legal arguments for the liquidator's brief / study of documents about the notion of 'ordre public international' under Luxembourg law / | 120 | 510,00 | 757,86 |
| 2500 | 29/04/2011 | HD | working in relation to re: anticipating possible legal arguments for the liquidator's brief / study of various cases under Luxembourg and French law in re: 'cause illicite' and its effects // | 360 | 1 530,00 | 2 273,58 |
| 2500 | 29/04/2011 | MK | Review/Analysis of of internal working papers to the attention of the UK correspondents | 42 | 294,00 | 436,88 |
| 2500 | 29/04/2011 | PS | Review/Analysis of e-mail from Marc Kleyr to the joint liquidators with the list of the legal arguments and counterclaims against the LBIE claim presented in the LBLUX liquidation | 6 | 42,00 | 62,41 |
| | | | **Total fee** | | **39 765,00** | **59 090,79** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Costs for photocopying (28 pages) legal doctrine and case-law at the library of the Court of Appeal with respect to the legal research regarding "cause and public order" and "simulation" | | 3,38 | 4,99 |
| | | | **Total paid disbursements** | | **3,38** | **4,99** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **39 768,38** | **59 095,78** |

<u>Re</u>:   **Monthly statement of KLEYR GRASSO ASSOCIES, special counsel retained with respect to the matters arising in relation with the Luxembourg Entities, as defined later herein, for the period May 1, 2011 through May 31, 2011 (the "Statement Period").**

In accordance with the Fourth Amended Interim Compensation Order by the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), dated April 14, 2011, establishing procedures for monthly compensation and reimbursement of expenses for professionals (the "<u>Interim Compensation Order</u>") and the Order, dated May 26, 2009, appointing a fee committee and approving a fee application protocol, as amended pursuant to the Order dated April 14, 2011, amending the fee protocol (the "<u>Fee Protocol Order</u>"), KLEYR GRASSO ASSOCIES ("<u>KGA</u>"), appointed as special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors (the "<u>Debtors</u>") by Order of the Bankruptcy Court, dated March 25, 2010, pursuant to Section 327(e) of the Bankruptcy Code authorizing the employment and retention of KLEYR GRASSO ASSOCIES, *nunc pro tunc* to June 1, 2009 [Docket No. 7825], hereby submits its monthly statement for the period May 1, 2011 through May 31, 2011 (the "<u>May Statement</u>").

In accordance with the Fee Committee's request all amounts herein are set out in US dollars and additionally in the conversion amount in euros, at the official exchange rate of the European Central Bank as of the last day of the month for which compensation is sought, hence May 31, 2011.

I.   <u>**Itemization of Services Rendered by KGA Personnel for the Statement Period.**</u>

A.   The hours spent during the Statement Period for which KGA seeks compensation are set forth by the hourly billing rate for each lawyer, and the resulting fees are as follows:

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals In EUR | Fee Totals In USD |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 420.- | 9:06 | € 3,822.00 | $ 5,497.95 |
| Marc Kleyr, Partner | 1991 | € 420.- | 52:06 | € 21,882.00 | $ 31,477.26 |
| François Brouxel, Partner | 1995 | € 420.- | 1:18 | € 546.00 | $ 785.42 |
| Pascal Sassel, Partner | 2002 | € 420.- | 67:18 | € 28,266.00 | $ 40,660.64 |
| Jérôme Burel, Senior Associate | 2005 | € 295.- | 40:12 | € 11,859.00 | $ 17,059.17 |
| Henry De Ron, Associate | 2008 | € 255.- | 26:24 | € 6,732.00 | $ 9,683.98 |
| **TIME CHARGES TOTAL:** | | | 196:24 | € 73,107.00 | $ 105,164.42 |

B.   The time records, in the form of formal invoices of KGA are attached hereto as Exhibit A (the "<u>Invoices</u>"). KGA has been retained as local counsel in Luxembourg in relation to insolvency law and corporate law issues/questions (the "<u>Luxembourg Matters</u>") which arise or may arise in relation to direct or indirect subsidiaries or affiliates of the Debtors that are Luxembourg entities (the "<u>Luxembourg Entities</u>"). The attached Invoices contain a breakdown of each task performed by KGA professionals associated with such services.

II.   <u>**Itemization of Disbursements and Expenses Incurred and Reimbursement Sought for the Statement Period.**</u>

KGA is seeking reimbursement for disbursements for the Statement Period in the amount of € 404.12 / $ 581.34.

KGA is not seeking reimbursement for expenses for the Statement Period.

### III.    Total Fees, Disbursements and Expenses Sought for the Statement Period.

A.    The total amount sought for fees for professional services rendered and reimbursement of disbursements and expenses incurred for the Statement Period is as follows:

Total Fees: € 73,107.00 / $ 105,164.42

**TOTAL:** € 73,511.13 / $ 105,745.76

B.    Amount Payable after Holdback.

Pursuant to the Interim Compensation Order, the amount payable to KGA for the Statement Period, after adjusting for the twenty percent (20%) holdback, € 58,889.73 / $ 84,712.88

**<u>EXHIBIT A</u>**
**Invoices**

File   **110829**
       14750

**LBHI - LBSF / 81 VH Holding S.à r.l. - proof of debt -**
Detail of our fee note

from May 1, 2011
to May 31, 2011

Total per lawyer

**Person**
JEB   Jérôme BUREL

| | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|
| | 462 | 2 271,50 | 3 267,55 |
| | 462 | 2 271,50 | 3 267,55 |

| File | 110829 | | LBHI - LBSF / 81 VH Holding S.à r.l. - proof of debt - | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | May 1, 2011 | | | |
| | | to | May 31, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2500 | 09/05/2011 | JEB | Study of the file and of the email of Marie Pisante (member of the legal team at LAMCO LLC in London) regarding a swap transaction between Lehman Brothers Special Financing and 81 VH Holding S.à r.l., a Luxembourg company in bankruptcy - re: assistance with respect to the required proof of debt to be filed with the Lux court | 12 | 59,00 | 84,87 |
| 2500 | 10/05/2011 | JEB | Study of the file : first quick overview of the numerous documents received from Marie Pisante in order to assess fee quote as requested by her -re: swap transaction between Lehman Brothers Special Financing and 81 VH Holding S.à r.l. - re: assistance with respect to the required proof of debt to be filed with the Lux court | 18 | 88,50 | 127,31 |
| 2500 | 10/05/2011 | JEB | Research whether Lehman Brothers Special Financing Inc. is under Chapt. 11 further to Marie Pisante request -re: swap transaction between Lehman Brothers Special Financings and 81 VH Holding S.à r.l. - re: assistance with respect to the required proof of debt to be filed with Lux court | 6 | 29,50 | 42,44 |
| 2500 | 10/05/2011 | JEB | Tel. conversation with the clerk of the Luxembourg commerical court - re: bankruptcy judgment of 81 VH Holding S.à r.l. -re: claim from LBFS against 81 VH under swap transaction | 6 | 29,50 | 42,44 |
| 2500 | 10/05/2011 | JEB | Correspondance with the clerk of the Luxembourg commercial court in order to receive a copy of the bankruptcy judgment of 81 VH Holding S.à r.l. | 12 | 59,00 | 84,87 |
| 2500 | 10/05/2011 | JEB | Correspondance with Marie Pisante -re: proof of debt to be filed by LBSF in 81 VH Holding S. àr.l. bankruptcy (scope of work and rough fee estimate) | 12 | 59,00 | 84,87 |
| 2500 | 11/05/2011 | JEB | Study of the file : email of Marie Pisante (LAMCO) re: confirmation that proof of debt shall be prepared to be filed in 81 VH Holding bankruptcy | 6 | 29,50 | 42,44 |
| 2500 | 12/05/2011 | JEB | Study of the file : quick review of the bankruptcy judgement of 81 VH Holding S.à r.l. | 12 | 59,00 | 84,87 |
| 2500 | 12/05/2011 | JEB | Study of the file : quick review of the documents received from Marie Pisante (DUST summary, long form confirmation, prior correspondance....) | 90 | 442,50 | 636,54 |
| 2500 | 13/05/2011 | JEB | Legal research as regards legal set-off and proof of debt language requirements | 48 | 236,00 | 339,49 |
| 2500 | 17/05/2011 | JEB | Drawing first draft English/French statement of claim | 48 | 236,00 | 339,49 |
| 2500 | 17/05/2011 | JEB | Research as regards ISDA Master Agreement requirements | 30 | 147,50 | 212,18 |
| 2500 | 18/05/2011 | JEB | Legal research regarding OTC derivatives, esp. cap and swap transactions in the framework of the preparation of the statement of claim | 78 | 383,50 | 551,66 |
| 2500 | 19/05/2011 | JEB | Drawing summary explanations notice of LBSF claim, to be incorporated and/or attached to the statement of claim | 48 | 236,00 | 339,49 |
| 2500 | 20/05/2011 | JEB | Drawing amendments to first draft ENG/FR statement of claim | 30 | 147,50 | 212,18 |
| 2500 | 31/05/2011 | JEB | Study of the file : email of Marie Pisante -re: statement of claim to be filed by LBSF (expected schedule) | 6 | 29,50 | 42,44 |
| | | | Total fee | | 2 271,50 | 3 267,55 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 2 271,50 | 3 267,55 |

File    **301182**
     14764

**LBHI - Promissory Notes/Securities**
Detail of our fee note

from May 1, 2011
to May 31, 2011

**Total per lawyer**



**Person**
JEB  Jérôme BUREL
RB    Rina BREININGER

| Time (min.) | Amount (€) | Amount ($) |
|---|---|---|
| 546 | 2 684,50 | 3 861,65 |
| 228 | 1 596,00 | 2 295,85 |
| 774 | 4 280,50 | 6 157,50 |

| File | 301182 | | LBHI - Promissory Notes/Securities | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | May 1, 2011 | | | |
| | | to | May 31, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 1800 | 02/05/2011 | JEB | Correspondance with Majeed - re: tax related documents in our possession in relation to Entrada II S.à r.l. and Mansfield II S.à r.l. | 24 | 118,00 | 169,74 |
| 1900 | 04/05/2011 | RB | Study of the file review of the file (signed IC Promissory Notes asked for by Abeer) | 12 | 84,00 | 120,83 |
| 1900 | 05/05/2011 | JEB | Study of the file : emails of Majeed Iqbal and Angelina Scarcelli regarding payments to be realized in favor of Interconsult | 12 | 59,00 | 84,87 |
| 1900 | 05/05/2011 | JEB | Correspondance with Angelina Scarcelli regarding the execution of the intercompany promissory notes by Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 6 | 29,50 | 42,44 |
| 1900 | 06/05/2011 | RB | Study of the file email exchange Iqbal/Interconsult (Interconsult invoices) | 6 | 42,00 | 60,42 |
| 1900 | 06/05/2011 | RB | Study of the file email exchange with Interconsult (requesting informations if IC promissory notes (Brasstown/LBHI) have been signed) | 6 | 42,00 | 60,42 |
| 1800 | 10/05/2011 | JEB | Study of the file : emails of James and Majeed regarding the bank accounts of the Brasstown SCAs and payments to be made by them to the tax authorities | 12 | 59,00 | 84,87 |
| 1900 | 10/05/2011 | RB | Study of the file email from J. Parker to Interconsult (annual accounts 2008/2009) | 6 | 42,00 | 60,42 |
| 1900 | 11/05/2011 | JEB | Study of the file : email of Angelina Scarcelli (re: balances of Brasstown SCAs euro bank accounts) | 6 | 29,50 | 42,44 |
| 1900 | 11/05/2011 | RB | Study of the file email exchange Majeed/KGA (payment instructions to be given by KGA to Interconsult in relation with outstanding tax payments/invoices) | 18 | 126,00 | 181,25 |
| 1800 | 12/05/2011 | JEB | Review/Analysis of former payments / wire instruction and bank statements of Brasstown Mansfield SCA in order to verify the accurate amounts to be paid to the tax authorities | 30 | 147,50 | 212,18 |
| 1800 | 12/05/2011 | JEB | Drawing email to Interconsult explaining and instructing payments to be made to the tax authorities on behalf of the Brasstown SCAs | 18 | 88,50 | 127,31 |
| 1800 | 12/05/2011 | JEB | Study of the file : email of Majeed and enclosed email of KPMG regarding an additional amount to be paid to the tax authorities | 12 | 59,00 | 84,87 |
| 1800 | 12/05/2011 | JEB | Drawing explanations 'emails regarding the payments already made / still to be made to the tax authorities by Brasstown Mansfield I SCA, in order to avoid twice payments | 30 | 147,50 | 212,18 |
| 1800 | 12/05/2011 | JEB | Tel. conversation with Majeed regarding the instructions to be given to Interconsult regarding tax payment to be made by Brasstown Mansfield I SCA | 6 | 29,50 | 42,44 |
| 1800 | 12/05/2011 | JEB | Tel. conversation with Majeed (Interconsult) further to Majeed's request in order to explain which payment shall be hold on until confirmation by KPMG | 12 | 59,00 | 84,87 |
| 1800 | 13/05/2011 | JEB | Study of the file : email of Angelina (Interconsult) confirming the execution of the payments to the tax authorities by on behalf of the Brasstown SCAs | 6 | 29,50 | 42,44 |
| 1800 | 13/05/2011 | RB | Study of the file email of Intertrust (confiming payments of EY/KPMG invoices and tax payments to be made) | 6 | 42,00 | 60,42 |
| 1900 | 16/05/2011 | JEB | Tel. conversation with Majeed Iqbal - re: Entrada II S.à r.l. and Mansfield II S.à r.l. - re: appointment of Interconsult as manager(s) and domiciliary in order to regularize the compnies' situations | 12 | 59,00 | 84,87 |
| 1800 | 16/05/2011 | JEB | Study of the file : email of Ulrike Menn (KPMG) - confirming no additional payment to the tax authorities | 6 | 29,50 | 42,44 |
| 1900 | 16/05/2011 | RB | Study of the file current status of the 2008/2009 accounts of the Brasstown entities | 18 | 126,00 | 181,25 |
| 1900 | 17/05/2011 | JEB | Study of the file fo Angelina (Interconsult) and quick review of enclosed bank statement setting forth the payments made on behalf of both Brasstown SCAs | 12 | 59,00 | 84,87 |
| 1900 | 17/05/2011 | JEB | Correspondance with Majeed (re: bank statements and payments made by the Brasstown SCAs) | 12 | 59,00 | 84,87 |
| 1900 | 17/05/2011 | RB | Study of the file email exchange with Intertrust / LAMCO | 12 | 84,00 | 120,83 |
| 1900 | 18/05/2011 | JEB | Study of the file : quick review of the publications in the Luxembourg official gazette (Memorial C) in relation to Entrada II S.à r.l. and Mansfield II S.à r.l. further to Majeed's request to ascertain the shareholding thereof | 42 | 206,50 | 297,05 |
| 1900 | 24/05/2011 | JEB | Internal meeting between Rina/Jérôme (potential liquidation closing of Brasstown entities - reviewing and discussing open items - missing information/documents - various possibilities to proceed) | 72 | 354,00 | 509,23 |
| 1900 | 24/05/2011 | JEB | Study of the file : email of Majeed (re: step plan for closing of liquidation of Brasstown SCAs, bank situation as of 31.12.2009, Entrada II and Mansfield II...) | 12 | 59,00 | 84,87 |
| 1900 | 24/05/2011 | JEB | Study of the file : quick  review tax ruling for Brasstown Entrada I SCA in order to address Majeed 's query | 42 | 206,50 | 297,05 |
| 1900 | 24/05/2011 | RB | Internal meeting between Rina/Jérôme (potential liquidation closing of Brasstown entities - reviewing and discussing open items - missing information/documents - various possibilities to proceed) | 72 | 504,00 | 725,00 |
| 1900 | 25/05/2011 | JEB | Tel. conversation with Majeed Iqbal (request to contact Interconsult to have them appointed as managers of Entrada II S.à r.l. and Mansfield II S.à r.l.) | 18 | 88,50 | 127,31 |
| 1900 | 25/05/2011 | JEB | Correspondance with Majeed Iqbal addressing his queries (re: his email of 24 May - re:step plan for closing of liquidation of Brasstown SCAs, bank situation as of 31.12.2009, Entrada II and Mansfield II...) | 24 | 118,00 | 169,74 |
| 1900 | 25/05/2011 | JEB | Drawing further email to Majeed Iqbal further to tel. conversation with Interconsult (re: Interconsult's position regarding managers' mandates for Mansfield II and Entrada II) | 12 | 59,00 | 84,87 |
| 1800 | 25/05/2011 | RB | Study of the file email exchange with Majeed and underlying documents (articles of Brasstown's subsidiaries/and tax ruling of 28 April 2008) | 24 | 168,00 | 241,67 |
| 1900 | 26/05/2011 | JEB | Tel. conversation with Angelina Scarcelli regarding the possibility to provide registered offices and managers to Entrada II S.à r.l. and Mansfield II S.à r.l. | 12 | 59,00 | 84,87 |
| 1900 | 26/05/2011 | JEB | Correspondance with Majeed Iqbal regarding the position of Interconsult with respect to Entrada II S.à r.l. and Mansfield II S.à r.l. | 12 | 59,00 | 84,87 |
| 1800 | 26/05/2011 | JEB | Study of the file : email of A. Scarcelli and quick review of enclosed statements from the tax authorities for Brasstown Entrada I SCA | 12 | 59,00 | 84,87 |
| 1800 | 26/05/2011 | JEB | Study of the file : further  email of A.Scarcelli and quick review of enclosed tax statements for Brasstown Mansfield I SCA | 12 | 59,00 | 84,87 |
| 1900 | 26/05/2011 | JEB | Study of the file : email of Majeed (reminder to Interconsult regarding open items - re: Brasstown) | 6 | 29,50 | 42,44 |

2/2

| 1900 | 26/05/2011 | JEB | Study of the file : further emails of A. Scarcelli attaching bank statements for both Brasstown SCAs as per Majeed's request | 12 | 59,00 | 84,87 |
|------|-----------|-----|-----------------------------------------------------------------------------------------------------------------------------|-----|--------|--------|
| 1900 | 26/05/2011 | RB  | Study of the file /email exchange AM/Interconsult and Brasstown 2009 bank statements attached thereto | 24 | 168,00 | 241,67 |
| 1800 | 27/05/2011 | JEB | Drawing detailed email to Majeed setting forth the content of the latest tax statements (requested tax payments) regarding Brasstown Entrada I SCA and Brasstown Mansfield I SCA | 30 | 147,50 | 212,18 |
| 1800 | 27/05/2011 | RB  | Study of the file email exchange with client advance tax payments to be made (amount/delays) | 18 | 126,00 | 181,25 |
| 1800 | 31/05/2011 | JEB | Study of the file : email of Soering Bruening (KPMG Lux.) -re: Comment of KPMG on the 25/05/2011 tax assessment of Brasstown Entrada I SCA/Brasstown Mansfield I SCA | 12 | 59,00 | 84,87 |
| 1800 | 31/05/2011 | RB  | Study of the file email of KPMG (tax assessment of both Brasstown entities) | 6 | 42,00 | 60,42 |
|      |           |     | **Total fee** | | **4 280,50** | **6 157,50** |
|      |           |     | | | | |
|      |           |     | **TOTAL FEE NOTE** | | **4 280,50** | **6 157,50** |

File   **301207**
      **14765**

**LBHI - General Queries 2010**
**Detail of our fee note**

from May 1, 2011
to May 31, 2011

**Total per lawyer**



| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 210 | 1 032,50 | 1 485,25 |
| RB | Rina BREININGER | 54 | 378,00 | 543,75 |
| | | 264 | 1 410,50 | 2 029,00 |

| File | 301207 | | LBHI - General Queries 2010 | | | |
|------|--------|--|-----------------------------|--|--|--|
| | | | Detail of our fee note | | | |
| | | from | May 1, 2011 | | | |
| | | to | May 31, 2011 | | | |
| | | | **Services provided** | | | |
| **Task Code** | **Date** | **Person** | **Comment** | **Time (min.)** | **Amount (€)** | **Amount ($)** |
| 1800 | 12/05/2011 | JEB | Study of the file : email of Fauzan to Mr. Dejan (ATC) -re: tax payment for Captain No2 by 314 Commonwealth | 6 | 29,50 | 42,44 |
| 1800 | 16/05/2011 | RB | Study of the file email exchange Fauzan/ATC Group (payment of outstanding Luxembourg tax liability by 314) and ATC request attached thereto | 18 | 126,00 | 181,25 |
| 1900 | 19/05/2011 | JEB | Study of the file : email of Mrs Misikova (Fortis Intertrust) -re: Inquiry about PECs or similar instruments executed by LB LUX RE Holding S.à r.l. during the October 2010 S&M closing | 6 | 29,50 | 42,44 |
| 1900 | 19/05/2011 | JEB | Tel. conversation with Mrs Misikova (Fortis Intertrust) -re: inquiry about PECs or similar instruments executed by LB LUX RE Holding S.à r.l. during the October 2010 S&M closing | 12 | 59,00 | 84,87 |
| 1900 | 19/05/2011 | RB | Study of the file email of Intertrust (requesting transmission of PECs documents signed by LB Lux Re in 2010) | 6 | 42,00 | 60,42 |
| 1900 | 20/05/2011 | JEB | Review/Analysis of our files further to Fortis Intertrust request (re: preferred equity certificates entered into by LB LUX RE during S&M closing) | 78 | 383,50 | 551,66 |
| 1900 | 23/05/2011 | JEB | Correspondance with Mrs. Misikova (Fortis Intertrust) regarding YFPECs subscribed to by LB LUX RE Holding S.à r.l.  during the October Sun&Moon closing | 18 | 88,50 | 127,31 |
| 1900 | 23/05/2011 | JEB | Study of the file : email of Mr. Jané (Alcanjane S.à r.l., manager of LB LUX RE Holding S. àr.l.) - :re: closing bible of S&M transaction | 6 | 29,50 | 42,44 |
| 1900 | 23/05/2011 | JEB | Correspondance with Mr. Jané further to his request (closing bible of S&M transaction) | 12 | 59,00 | 84,87 |
| 1800 | 23/05/2011 | RB | Study of the file email exchange with Intertrust (signed PECs documents Oct. 2010) | 12 | 84,00 | 120,83 |
| 1900 | 30/05/2011 | JEB | Tel. conversation with De Gaulle Fleurance Associes offices : re: Sun&Moon bible requested by LB Lux RE Holding | 6 | 29,50 | 42,44 |
| 1900 | 30/05/2011 | JEB | Correspondance with J. Géraud (DFLA) - re: Sun&Moon bible requested by LB LUX RE Holding | 12 | 59,00 | 84,87 |
| 1900 | 31/05/2011 | JEB | Tel. conversation with Jeanne Géraud (DGFLA) regarding the closing bible of the S&M transaction requested by LB LUX RE Holding S.à r.l. | 12 | 59,00 | 84,87 |
| 1900 | 31/05/2011 | JEB | Correspondance with Paul Coles (LAMCO) re: closing bible of the S&M transaction requested by LB LUX RE Holding S.à r.l. | 12 | 59,00 | 84,87 |
| 1900 | 31/05/2011 | JEB | Study of the file : email of Paul Coles - re: closing bible of the S&M transaction requested by LB LUX RE Holding S.à r.l. | 6 | 29,50 | 42,44 |
| 1900 | 31/05/2011 | JEB | Correspondance with Mr. Jané (Alcanjane, manager of LB LUX RE Holding) - re: closing bible of the S&M transaction requested by LB LUX RE Holding S.à r.l. | 12 | 59,00 | 84,87 |
| 1900 | 31/05/2011 | JEB | Correspondance with Martina Misikova (Fortis Intertrust - domiciliation agent of LB LUX RE Holding S.à r.l. ) - re: S&M bible CD | 12 | 59,00 | 84,87 |
| 1900 | 31/05/2011 | RB | Study of the file email exchange domiciliation agent/client/KGA bible of S&M transaction | 18 | 126,00 | 181,25 |
| | | | **Total fee** | | **1 410,50** | **2 029,00** |
| | | | | | | |
| | | | **Paid disbursements** | | | |
| | | | Invoice FAST - courier delivery charges relating to the delivery of the Sun & Moon bibles to LB Lux RE Holding S.à r.l. as per their request | | 55,48 | 79,81 |
| | | | **Total paid disbursements** | | **55,48** | **79,81** |
| | | | | | | |
| | | | **TOTAL FEE NOTE** | | **1 465,98** | **2 108,81** |

File    **301702**
    14752

**LBHI - Special Counsel Procedure**
Detail of our fee note

from May 1, 2011
to May 31, 2011

**Total per lawyer**

| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 372 | 1 829,00 | 2 631,02 |
| RB | Rina BREININGER | 126 | 882,00 | 1 268,76 |
| | | 498 | 2 711,00 | 3 899,77 |

| File | 301702 | | LBHI - Special Counsel Procedure | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | from | May 1, 2011 | | | | |
| | to | May 31, 2011 | | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 02/05/2011 | JEB | Study of the file : email of Candace Arthur and quick review of revised draft declaration to be filed with the US Court (re: billing rates increase) | 12 | 59,00 | 84,87 |
| 4600 | 03/05/2011 | JEB | Study of the file : email of Tania Santiago (LBHI) -re: request to get disk with former monthly statements | 6 | 29,50 | 42,44 |
| 4600 | 03/05/2011 | JEB | Study of the file : email EBS - noticing confirming filing of suppl. declaration of KGA | 6 | 29,50 | 42,44 |
| 4600 | 04/05/2011 | JEB | Study of the file : quick review of fourth amended compensation order received from Mrs Santiago | 18 | 88,50 | 127,31 |
| 4600 | 06/05/2011 | RB | Study of the file email exchange with John regarding requested fee estimate for the next months | 12 | 84,00 | 120,83 |
| 4600 | 09/05/2011 | JEB | Preparation of disk for LBHI's request to be provided with a disk containing all the monthly statements (first part) | 30 | 147,50 | 212,18 |
| 4600 | 11/05/2011 | JEB | Correspondance with John Keen (forecast of expected work to be done over the next months, further to his request) | 12 | 59,00 | 84,87 |
| 4600 | 11/05/2011 | JEB | Study of the file : email of John Keen (forecast of expected work to be done over the next months, and further query) | 6 | 29,50 | 42,44 |
| 4600 | 11/05/2011 | JEB | Preparation of disk for LBHI further to LBHI's request to be provided with a disk containing all the monthly statements (second part) | 30 | 147,50 | 212,18 |
| 4600 | 11/05/2011 | JEB | Drawing email to John Keen addressing his further queries (re: forecast of expected work to be done over the next months) | 12 | 59,00 | 84,87 |
| 4600 | 12/05/2011 | RB | Study of the file further email exchange with John (fee estimate ) | 6 | 42,00 | 60,42 |
| 4600 | 13/05/2011 | JEB | Correspondance with LBHI further to Tania Santiago's request (re: historical monthly statements of KGA) | 12 | 59,00 | 84,87 |
| 4600 | 17/05/2011 | JEB | Correspondance with Candace Arthur regarding the filing of KGA's supplemental declaration in the SCP and the position of the US Trustee with respect thereto | 12 | 59,00 | 84,87 |
| 4600 | 18/05/2011 | JEB | Study of the file : email from Monica (GK law) and review of enclosed correspondence from the fee committee (re: objection to third interim application) | 12 | 59,00 | 84,87 |
| 4600 | 18/05/2011 | JEB | Review/Analysis of open/outstanding issues in relation to third interim application objection in view of further discussion with partner in charge | 24 | 118,00 | 169,74 |
| 4600 | 19/05/2011 | JEB | Study of the file : email of Candace Arthur - re: supplemental declaration of KGA filed with the Court - US Trustee feed-back and further steps - | 6 | 29,50 | 42,44 |
| 4600 | 19/05/2011 | JEB | Correspondance with Monica (GK Law) -re: agreement to extend Negociation period in relation to objection to third interim application | 12 | 59,00 | 84,87 |
| 4600 | 19/05/2011 | JEB | Internal meeting between Rina and Jérôme - discussing open items with Fee Committee regarding KGA third interim application | 24 | 118,00 | 169,74 |
| 4600 | 19/05/2011 | RB | Internal meeting between Rina and Jérôme - discussing open items with Fee Committee regarding KGA third interim application | 24 | 168,00 | 241,67 |
| 4600 | 20/05/2011 | JEB | Study of the file : email of Monica (GK Law) -re: agreement to extend Negociation period in relation to objection to third interim application | 6 | 29,50 | 42,44 |
| 4600 | 23/05/2011 | JEB | Study of the file : email of John Keen (request for more detailed forecast of fees) | 6 | 29,50 | 42,44 |
| 4600 | 25/05/2011 | JEB | Correspondance with Monica Santa Maria (GK law firm) regarding outstanding issues in relation to our 3rd interim application | 30 | 147,50 | 212,18 |
| 4600 | 25/05/2011 | JEB | Study of the file : email of John Keen and quick review of attached fees forecast template | 12 | 59,00 | 84,87 |
| 4600 | 25/05/2011 | RB | Study of the file email exchange with Monica regarding open items with Fee Committee | 12 | 84,00 | 120,83 |
| 4600 | 26/05/2011 | JEB | Préparation forecast of fees and expenses per file and per lawyers as requested by John Keen | 60 | 295,00 | 424,36 |
| 4600 | 27/05/2011 | JEB | Drawing explanations email to John Keen regarding the requested detailed forecast for June and July | 24 | 118,00 | 169,74 |
| 4600 | 27/05/2011 | RB | Study of the file detailled review of the US Court order rendered on May 12, 2011 and schedules thereto (re: KGA 2nd interim application) | 42 | 294,00 | 422,92 |
| 4600 | 27/05/2011 | RB | Study of the file email exchange with John (regarding forecast of KGA fees under SCP/forecast) | 30 | 210,00 | 302,09 |
| | | | Total fee | | 2 711,00 | 3 899,77 |
| | | | TOTAL FEE NOTE | | 2 711,00 | 3 899,77 |

File    **301778**                          **LBHI - Preparation  Monthly Statements & Fee Applications**
        14753                                          Detail of our fee note

                          from May 1, 2011
                          to May 31, 2011
                                                              Total per lawyer



**Person**

| | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| JEB | Jérôme BUREL | 822 | 4 041,50 | 5 813,70 |
| RB | Rina BREININGER | 138 | 966,00 | 1 389,59 |
| | | 960 | 5 007,50 | 7 203,29 |

| File | 301778 | | LBHI - Preparation Monthly Statements & Fee Applications | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | | from | May 1, 2011 | | | |
| | | to | May 31, 2011 | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 4600 | 03/05/2011 | JEB | Correspondance with Fee Committee adressing the issues raised in their confidential letter report to KGA 3rd Interim application | 78 | 383,50 | 551,66 |
| 4600 | 03/05/2011 | RB | Study of the file email exchange with Fee Committee (in relation to the consensual consent seeked for 3rd interim fee Application) | 48 | 336,00 | 483,34 |
| 4600 | 03/05/2011 | RB | Study of the file review of changes made by WGM to KGA declaration to be signed (re: billing rates increase) | 12 | 84,00 | 120,83 |
| 4600 | 12/05/2011 | JEB | Review/Analysis of the email of Monica Santa Maria (GK law firm) regarding the settlement of the issues in relation to our 3rd interim application | 18 | 88,50 | 127,31 |
| 4600 | 19/05/2011 | JEB | Correspondance with John Keen (reminder regarding outstanding monthly statements) | 12 | 59,00 | 84,87 |
| 4600 | 19/05/2011 | RB | Study of the file email exchange with John Keen (regarding outstanding payments) | 12 | 84,00 | 120,83 |
| 4600 | 23/05/2011 | JEB | Study of the file : email of Candace Arthur (re: deadline for the fee application for the seventh interim period) | 6 | 29,50 | 42,44 |
| 4600 | 24/05/2011 | JEB | Study of the file : order granting applications for the allowance of interim compensation for the fifth interim period | 18 | 88,50 | 127,31 |
| 4600 | 24/05/2011 | JEB | Tel. conversation with Candace Arthur and Garret Fail (Weil, US) regarding certain clarifications in relation ot the next interim application | 18 | 88,50 | 127,31 |
| 4600 | 25/05/2011 | JEB | Study of the file : quick review of additional requirements of the Fee Committee to be included in next interim fee application | 18 | 88,50 | 127,31 |
| 4600 | 25/05/2011 | JEB | Préparation of a summary table setting forth time and fees per timekeeper per task code, to be inserted in next interim application, as requested by Fee Committee | 120 | 590,00 | 848,72 |
| 4600 | 25/05/2011 | JEB | Drawing April monthly statement in accordance with special counsel procedure and fee committee guidelines ( detailled invoices, USD converted amounts,...) | 270 | 1 327,50 | 1 909,61 |
| 4600 | 25/05/2011 | JEB | Correspondance with UST -re: April monthly statement | 6 | 29,50 | 42,44 |
| 4600 | 25/05/2011 | JEB | Correspondance with John Keen -re: April monthly statement | 6 | 29,50 | 42,44 |
| 4600 | 25/05/2011 | JEB | Correspondance with BrownGreer -re: April monthly statement | 6 | 29,50 | 42,44 |
| 4600 | 25/05/2011 | JEB | Correspondance with Godfrey & Kahn -re: April monthly statement | 6 | 29,50 | 42,44 |
| 4600 | 26/05/2011 | RB | Study of the file email exchange with Fee Committee/AM and monthly statement April 2011 | 18 | 126,00 | 181,25 |
| 4600 | 27/05/2011 | JEB | Study of the file : email of Monica (GK Law) -re: agreement with Fee Committee on objection to third interim application | 6 | 29,50 | 42,44 |
| 4600 | 27/05/2011 | JEB | Drawing /amending fourth interim application further to latest developments with fee committee and discussions with Weil | 90 | 442,50 | 636,54 |
| 4600 | 27/05/2011 | JEB | Correspondance with Candace Arthur - re: updated interim application and schedule for filing | 12 | 59,00 | 84,87 |
| 4600 | 30/05/2011 | JEB | Study of the file : email of Candace Arthur (Weil US) and quick review of comments/answers to our draft interim application | 12 | 59,00 | 84,87 |
| 4600 | 30/05/2011 | JEB | Drawing / finalizing fourth interim application further to Candace Arthur email and nest to introduce a "true-up" calculation pursuant to Fee Committee request | 120 | 590,00 | 848,72 |
| 4600 | 30/05/2011 | RB | Study of the file email of Candace (comments to 4th draft interim application) | 12 | 84,00 | 120,83 |
| 4600 | 30/05/2011 | RB | Study of the file review of fourth interim application of KGA | 36 | 252,00 | 362,50 |
| | | | Total fee | | 5 007,50 | 7 203,29 |
| | | | | | | |
| | | | Paid disbursements | | | |
| | | | Invoice TNT - express delivery charges relating to the delivery of March Monthly Statement to all the Notice Parties in accordance with the Fourth Amended Interim Compensation Order | | 256,73 | 369,31 |
| | | | Invoice TNT - express delivery charges relating to the delivery to LBHI (W. Fax and T. Meighan) of a disk containing electronic versions of all historic monthly fee statements, as requested | | 53,92 | 77,56 |
| | | | Total paid disbursements | | 310,65 | 446,87 |
| | | | | | | |
| | | | TOTAL FEE NOTE | | 5 318,15 | 7 650,16 |

File   302467
       14754

**LBHI - Lehman Brothers (Luxembourg) SA in liquidation**

Detail of our fee note

from May 1, 2011
to May 31, 2011

**Total per lawyer**



| Person | | Time (min.) | Amount (€) | Amount ($) |
|---|---|---|---|---|
| FC | François COLLOT | 78 | 546,00 | 785,42 |
| HD | Henry DE RON | 1584 | 6 732,00 | 9 883,98 |
| PS | Pascal SASSEL | 4038 | 28 266,00 | 40 660,64 |
| MK | Marc KLEYR | 3126 | 21 882,00 | 31 477,26 |
| | | 8826 | 57 426,00 | 82 607,30 |

| File | 302467 | | LBHI - Lehman Brothers (Luxembourg) SA in liquidation | | | |
|---|---|---|---|---|---|---|
| | | | Detail of our fee note | | | |
| | from | May 1, 2011 | | | | |
| | to | May 31, 2011 | | | | |
| | | | Services provided | | | |
| Task Code | Date | Person | Comment | Time (min.) | Amount (€) | Amount ($) |
| 2500 | 02/05/2011 | HD | Research re: anticipating possible legal arguments for the liquidator's brief on illicit cause and its effects // | 120 | 510,00 | 733,64 |
| 2500 | 02/05/2011 | MK | Drawing / drafting Memorandum (French version) with the lux law defense arguments and counterclaims we say the liquidators could make in the lux LBIE claim rejection procedure // part 3 / jurisdiction issues / | 156 | 1 092,00 | 1 570,84 |
| 2500 | 02/05/2011 | PS | Review/Analysis of e-mail from Hannah Field re: rescheduling of conf. call on 03.05.2011 | 6 | 42,00 | 60,42 |
| 2500 | 02/05/2011 | PS | Drawing e-mail to Hannah Field re: rescheduling of conf. call on 03.05.2011 | 6 | 42,00 | 60,42 |
| 2500 | 03/05/2011 | MK | Tel. conversation with / conf call with hannah Field from Weil to discuss progress in the working paper and the relationship with LB Lux liquidators / re.: rejection of the LBIE claim in Luxembourg | 36 | 252,00 | 362,50 |
| 2500 | 03/05/2011 | MK | Review/Analysis of documents received from Weil team in London / working in relation to the LBIE claim filed in the liquidation of LB Lux // >> continue to review the 21 lever arch files with documents // | 354 | 2 478,00 | 3 564,60 |
| 2500 | 03/05/2011 | PS | Review/Analysis of e-mail from Hannah Field re: conf. call re: list of legal arguments and counterclaims against the LBIE claim | 6 | 42,00 | 60,42 |
| 2500 | 03/05/2011 | PS | Drawing e-mail to H. Field re: conf. call of this day re: list of legal arguments and counterclaims against the LBIE claim | 6 | 42,00 | 60,42 |
| 2500 | 03/05/2011 | PS | Tel. conversation with / conf call with Hannah Field from Weil to discuss progress in the working paper and the relationship with LB Lux liquidators / re.: rejection of the LBIE claim in Luxembourg | 36 | 252,00 | 362,50 |
| 2500 | 04/05/2011 | HD | Internal meeting between Marc Kleyr, Pascal Sassel and Henry de Ron / discussion re: drafting of the legal arguments for the LBIE claim rejection procedure | 36 | 153,00 | 220,09 |
| 2500 | 04/05/2011 | MK | working in relation to anticipating of legal arguments / review of legal doctrine in relation to the concepts of "representation of the Company" and "ratification" // | 36 | 252,00 | 362,50 |
| 2500 | 04/05/2011 | MK | Review/Analysis of new documents received form Me Fisch (documents coming from PWC - Kroonen) in relation to the LBIE claim filed in the liquidation of LB Lux // | 186 | 1 302,00 | 1 872,93 |
| 2500 | 04/05/2011 | MK | Drawing / drafting Memorandum (French version) with the lux law defense arguments and counterclaims we say the liquidators could make in the lux LBIE claim rejection procedure // part 1 - factual issues / | 312 | 2 184,00 | 3 141,68 |
| 2500 | 04/05/2011 | MK | Internal meeting between Marc Kleyr, Pascal Sassel and Henry de Ron / discussion re: drafting of the legal arguments for the LBIE claim rejection procedure | 36 | 252,00 | 362,50 |
| 2500 | 04/05/2011 | PS | Internal meeting between Marc Kleyr, Pascal Sassel and Henry de Ron / discussion re: drafting of the legal arguments for the LBIE claim rejection procedure | 36 | 252,00 | 362,50 |
| 2500 | 05/05/2011 | MK | Drawing / drafting Memorandum (French version) with the lux law defense arguments and counterclaims we say the liquidators could make in the lux LBIE claim rejection procedure // part 1 - factual issues / >> continue | 126 | 882,00 | 1 268,76 |
| 2500 | 05/05/2011 | MK | Review/Analysis of e-mail from Hannah Field / re.: progress with LB Lux liquidators | 6 | 42,00 | 60,42 |
| 2500 | 05/05/2011 | MK | Drawing e-mail to Hannah Field / re.: progress with LB Lux liquidators and issue of extension court hearing 11/5/2011 | 12 | 84,00 | 120,83 |
| 2500 | 05/05/2011 | PS | Review/Analysis of e-mails from Marc Kleyr to Hannah Field re: progress with LB Lux liquidators | 6 | 42,00 | 60,42 |
| 2500 | 05/05/2011 | PS | Review/Analysis of e-mails from Hannah Field to Marc Kleyr re: progress with LB Lux liquidators | 6 | 42,00 | 60,42 |
| 2500 | 06/05/2011 | MK | Tel. conversation with office notaire Delvaux to have a discussion re.: legal arguments in the LBIE claim rejection procedure | 6 | 42,00 | 60,42 |
| 2500 | 06/05/2011 | MK | Drawing / drafting Memorandum (French version) with the Lux law defense arguments and counterclaims we say the liquidators could make in the Lux LBIE claim rejection procedure // part 1 - factual issues / continue | 486 | 3 402,00 | 4 893,78 |
| 2500 | 09/05/2011 | HD | Internal meeting between / with Pascal and Marc to discuss next steps / re.: legal arguments to be developped in the memorandum // | 18 | 76,50 | 110,05 |
| 2500 | 09/05/2011 | MK | Drawing / drafting Memorandum (French version) with the lux law defense arguments and counterclaims we say the liquidators could make in the lux LBIE claim rejection procedure // part 1 - factual issues / continue and finalise draft | 204 | 1 428,00 | 2 054,18 |
| 2500 | 09/05/2011 | MK | Internal meeting between / with Pascal and Henri to discuss next steps / re.: legal arguments to be developped in the memorandum // | 18 | 126,00 | 181,25 |
| 2500 | 09/05/2011 | PS | Internal meeting between Marc Kleyr, Pascal Sassel and Henry de Ron re: memorandum with legal arguments against LBIE claim | 18 | 126,00 | 181,25 |
| 2500 | 09/05/2011 | PS | Review/Analysis of e-mail from Mike Tallent re: hearing of 11 May 2011 and data protection issues | 6 | 42,00 | 60,42 |
| 2500 | 09/05/2011 | PS | Drawing e-mail to Mike Tallent re: assessment of data protection issues | 6 | 42,00 | 60,42 |
| 2500 | 09/05/2011 | PS | Research Luxembourg law, case-law and legal scholarship re: data protection issues in the context of the transfer and the processing of the information contained on computers of the former LB Lux traders | 60 | 420,00 | 604,17 |
| 2500 | 09/05/2011 | PS | Drawing first part of the memo re: data protection issues in the context of the transfer and the processing of the information contained on computers of the former LB Lux traders | 120 | 840,00 | 1 208,34 |
| 2500 | 09/05/2011 | PS | Drawing / start drafting of legal argumentation for section 4.4.1 of the memorandum re: legal arguments and counterclaims against the LBIE claim | 30 | 210,00 | 302,09 |
| 2500 | 10/05/2011 | HD | Drawing / start drafting of legal argumentation for section 4.3. of the memorandum re: recounting of legal principals applicable to the entering into a valid agreement by the company and ratification | 54 | 229,50 | 330,14 |
| 2500 | 10/05/2011 | HD | Drawing / start drafting of legal argumentation for section 4.9. of the memorandum / re: legal principals applicable to the "action en comblement de passif" | 72 | 306,00 | 440,18 |
| 2500 | 10/05/2011 | MK | Tel. conversation with Jacques Delvaux - extension needed for the LBLux liquidators to file briefs in the LBIE claim rejection procedure | 18 | 126,00 | 181,25 |

| 2500 | 10/05/2011 | PS | Tel. conversation with Mr. Sinner from the Commission National pour la Protection des Données re: transfer of personal data from Luxembourg to UK in the event that the receiving entity is to be construed as a third party in the meaning of the 2002 law and the applicable law re | 30 | 210,00 | 302,09 |
|---|---|---|---|---|---|---|
| 2500 | 10/05/2011 | PS | Review/Analysis of e-mail from Marc Kleyr to Mike Tallent re: discussion with Jacques Delvaux | 6 | 42,00 | 60,42 |
| 2500 | 10/05/2011 | PS | Review/Analysis of legal scholarship / re: transfer of personal data from Luxembourg to UK in the event that the receiving entity is to be construed as a third party in the meaning of the 2002 law and the applicable law regarding the processing of the data / in view of mem | 54 | 378,00 | 543,75 |
| 2500 | 10/05/2011 | PS | Review/Analysis of EU Working Party Opinion 1/2010 on the concepts of controller, processor and third party and EU Working Party Opinion 8/210 on applicable law in relation to the data protection issue) | 120 | 840,00 | 1 208,34 |
| 2500 | 10/05/2011 | PS | Drawing second part of the memo re: data protection issues in the context of the transfer and the processing of the information contained on computers of the former LB Lux traders | 210 | 1 470,00 | 2 114,60 |
| 2500 | 11/05/2011 | HD | Drawing / start drafting of legal argumentation for section 4.10. of the memorandum / re: recounting of legal principles for an action based on tort against the shadow directors // | 240 | 1 020,00 | 1 467,27 |
| 2500 | 11/05/2011 | PS | Drawing / drafting of memorandum requested by Weil and dealing with data protection issues/questions in order to see how the lux computers / hard disks can be analysed by A&M in London // start | 270 | 1 890,00 | 2 718,77 |
| 2500 | 12/05/2011 | FC | Review/Analysis of issues and questions in relation with data protection / see how the lux computers / hard disks can be analysed by A&M in London // | 42 | 294,00 | 422,92 |
| 2500 | 12/05/2011 | FC | Internal meeting between François COLLOT and Pascal SASSEL / re:  memorandum requested by Weil and dealing with data protection issues/questions in order to see how the lux computers / hard disks can be analysed by A&M in London // | 36 | 252,00 | 362,50 |
| 2500 | 12/05/2011 | HD | Internal meeting between / with Pascal and Marc to discuss progress in relation to our memorandum on potential lux law arguments and counterclaims / re.: Lb Lux vs / LBIE | 24 | 102,00 | 146,73 |
| 2500 | 12/05/2011 | MK | Tel. conversation with Laurent Fisch, lux liquidator of LB Lux, to discuss their application to get article 495-1 com code into the liquidation modus | 18 | 126,00 | 181,25 |
| 2500 | 12/05/2011 | MK | Internal meeting between / with Pascal and Henry to discuss progress in relation to our memorandum on potential lux law arguments and counterclaims / re.: Lb Lux vs / LBIE | 24 | 168,00 | 241,67 |
| 2500 | 12/05/2011 | MK | Drawing / completing Memorandum (French version) with the lux law defense arguments and counterclaims we say the liquidators could make  in the lux LBIE claim rejection procedure // parts 3.1 to 3.5 / | 174 | 1 218,00 | 1 752,09 |
| 2500 | 12/05/2011 | PS | Drawing finalization of the memorandum requested by Weil and dealing with data protection issues/questions in order to see how the lux cvomputers / hard disks can be analysed by A&M in London // | 180 | 1 260,00 | 1 812,51 |
| 2500 | 12/05/2011 | PS | Internal meeting between Pascal Sassel and François Collot / re.: memorandum requested by Weil and dealing with data protection issues / questions in order to see how the lux computers / hard disks can be analysed by A&M in London // | 36 | 252,00 | 362,50 |
| 2500 | 12/05/2011 | PS | Internal meeting between Marc Kleyr, Pascal Sassel and Henry de Ron to discuss progress in relation to our memorandum on potential lux law arguments and counterclaims / re.: Lb Lux vs / LBIE | 24 | 168,00 | 241,67 |
| 2500 | 12/05/2011 | PS | Drawing e-mail to Hannh Field (+ Weil team) and Mike Tallent re: liquidators' submission + article 495-1 issue | 18 | 126,00 | 181,25 |
| 2500 | 12/05/2011 | PS | Preparation / drafting Memorandum (French version) with the lux law defense arguments and counterclaims that the liquidators could make  in the lux LBIE claim rejection procedure // | 180 | 1 260,00 | 1 812,51 |
| 2500 | 13/05/2011 | HD | Drawing / start drafting of legal argumentation for dismissal of the claim for lack of standing of the defendants (not as sued as representatives of the creditors in the procedure) / possible legal dismissal argument // | 360 | 1 530,00 | 2 200,91 |
| 2500 | 13/05/2011 | MK | Preparation / completing Memorandum (French version) with the lux law defense arguments and counterclaims we say the liquidators could make  in the lux LBIE claim rejection procedure // parts 4.3 to 4.4 / | 132 | 924,00 | 1 329,17 |
| 2500 | 13/05/2011 | PS | Drawing Memorandum (French version) with the lux law defense arguments and counterclaims that the liquidators could make  in the lux LBIE claim rejection procedure // parts 4.3 to 4.4 | 390 | 2 730,00 | 3 927,11 |
| 2500 | 16/05/2011 | PS | Review/Analysis of e-mail from Laurent Fisch re: meeting on 23.05.2011 with Laurent Dimanche | 6 | 42,00 | 60,42 |
| 2500 | 16/05/2011 | PS | Drawing e-mail from Hannah Field re: our comments on data protection issues | 6 | 42,00 | 60,42 |
| 2500 | 16/05/2011 | PS | Drawing e-mail to Hannah Field with memorandum on data protection issues | 6 | 42,00 | 60,42 |
| 2500 | 16/05/2011 | PS | Drawing / continue drafting parts 4.8 to 4.11 of the memorandum (French version) with the lux law defense arguments and counterclaims that the liquidators could make  in the lux LBIE claim rejection procedure // | 366 | 2 562,00 | 3 685,44 |
| 2500 | 17/05/2011 | HD | Research in relation to the argument of possible dismissal of the case for failure to engage proceedings against de liquidators in their capacity as of representatives of the creditors / research legal doctrine in order to built up possible legal argument // | 120 | 510,00 | 733,64 |
| 2500 | 17/05/2011 | PS | Drawing e-mail to Joint Liquidators to ask for the delay for the transmission of their brief of defense | 6 | 42,00 | 60,42 |
| 2500 | 17/05/2011 | PS | Drawing continue drafting parts 4.8 to 4.11 of the memorandum (French version) with the lux law defense arguments and counterclaims that the liquidators could make  in the lux LBIE claim rejection procedura // | 492 | 3 444,00 | 4 954,19 |
| 2500 | 18/05/2011 | HD | Drawing / drafting in relation to legal arguments for part 4.10. of the memorandum  / re: recounting of legal principals for an action basecd on tort against the shadow directors // | 240 | 1 020,00 | 1 467,27 |
| 2500 | 18/05/2011 | PS | working in relation to continue drafting parts 4.8 to 4.11 of the memorandum (French version) with the lux law defense arguments and counterclaims that the liquidators could make  in the lux LBIE claim rejection procedure // | 390 | 2 730,00 | 3 927,11 |
| 2500 | 19/05/2011 | PS | Drawing e-mail to Joint Liquidators of LBLUX and Paulo Da Silva re: transmission of their brief of defense | 6 | 42,00 | 60,42 |
| 2500 | 19/05/2011 | PS | Review/Analysis of e-mail from Paulo da Silva re: transmission of Joint Liquidators' brief of defense | 6 | 42,00 | 60,42 |
| 2500 | 20/05/2011 | PS | Review/Analysis of e-mail de R. Whittington re: meeting on 23.05.2011 with Laurent Dimanche | 6 | 42,00 | 60,42 |
| 2500 | 20/05/2011 | PS | Drawing e-mail to R. Whittington re: meeting on 23.05.2011 with Laurent Dimanche at the offices of Laurent Fisch | 6 | 42,00 | 60,42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2500 | 20/05/2011 | PS | Review/Analysis of draft brief of defense prepared by joint liquidators of LBLux and Paulo da Silva | 90 | 630,00 | 906,26 |
| 2500 | 21/05/2011 | HD | Research / re: possible dismissal of the case for failure to engage proceedings against de liquidators in their quality of representatives of the creditors - research in a french university library for case-law or legal doctrine for dismiseal of actions for lack o | 300 | 1 275,00 | 1 834,09 |
| 2500 | 23/05/2011 | MK | Drawing / drafting changes and additional points to the parts 4.8 to 4.11 of the memorandum (French version) with the lux law defense arguments and counterclaims we say the liquidators could make in the lux LBIE claim rejection procedure // | 396 | 2 772,00 | 3 987,52 |
| 2500 | 23/05/2011 | PS | Drawing e-mail to Weil and A&M team with copy of the draft brief of defense of the joint liquidators | 6 | 42,00 | 60,42 |
| 2500 | 23/05/2011 | PS | Meeting with Laurent Dimanche (former LBLux trader), joint liquidators, Paulo da Silva, Weil team, A&M team | 180 | 1 260,00 | 1 812,51 |
| 2500 | 23/05/2011 | PS | Research in legal scholarship and case-law re: the consequences of the voidance (caducité) of one group of contracts due to the termination of another group of contracts | 48 | 336,00 | 483,34 |
| 2500 | 23/05/2011 | PS | Drawing amendments to the memorandum (french version) with the lux law defense arguments and counterclaims that the liquidators could make in the lux LBIE claim rejection procedure and especially to the sections regarding article 445, fraus omnia corrumpit and c | 90 | 630,00 | 906,26 |
| 2500 | 24/05/2011 | MK | Drawing / last changes and additions to memorandum (French version) with the lux law defense arguments and counterclaims we say the liquidators could make in the lux LBIE claim rejection procedure | 354 | 2 478,00 | 3 564,60 |
| 2500 | 24/05/2011 | MK | Correspondance with Hannah Field / sending memorandum with some upfront explanations | 12 | 84,00 | 120,83 |
| 2500 | 24/05/2011 | PS | Review/Analysis of e-mail from Marc Kleyr to Hannah Field with copy of Luxembourg memorandum | 6 | 42,00 | 60,42 |
| 2500 | 24/05/2011 | PS | Drawing last corrections and amendments to the Memorandum (French version) with the lux law defense arguments and counterclaims we say the liquidators could make in the lux LBIE claim rejection procedure // | 78 | 546,00 | 785,42 |
| 2500 | 25/05/2011 | PS | Review/Analysis of e-mail from Gemma Bullmore from Weil team / re: request for a brief list of the arguments developped in the memorandum of 24.05.2011 | 6 | 42,00 | 60,42 |
| 2500 | 25/05/2011 | PS | Drawing working paper with a list of the arguments developped in the memorandum of 24.05.2011, as requested by Weil team | 180 | 1 260,00 | 1 812,51 |
| 2500 | 25/05/2011 | PS | Drawing e-mail to Gemma Bullmore with working paper including list of legal arguments explored in the memorandum of 24.05.2011 | 6 | 42,00 | 60,42 |
| 2500 | 25/05/2011 | PS | Review/Analysis of e-mail from Rosy Whittington whether our memorandum of 24.05.2011 addresses the issue of a violation of US securities law | 6 | 42,00 | 60,42 |
| 2500 | 25/05/2011 | PS | Drawing e-mail to Rosy Whittington that our memorandum of 24.05.2011 does not address the issue of a violation of US securities law, but that this issue is explored by the joint liquidators | 6 | 42,00 | 60,42 |
| 2500 | 25/05/2011 | PS | Review/Analysis of e-mail from R. Whittington with updated summary of the document review | 6 | 42,00 | 60,42 |
| 2500 | 30/05/2011 | MK | Internal meeting between Marc Kleyr and Pascal Sassel / re: preparing conf. call with Weil team on the same day and the meeting with Joint Liquidators of 6 June 2011 / | 24 | 168,00 | 241,67 |
| 2500 | 30/05/2011 | PS | Review/Analysis of e-mail from Rosy Whittington to Joint Liquidators re: meeting with Matthieu Trembleau | 6 | 42,00 | 60,42 |
| 2500 | 30/05/2011 | PS | Review/Analysis of e-mail from Rosy Whittington to Joint Liquidators re: discussions between PwC and Intercosult / Lux traders | 6 | 42,00 | 60,42 |
| 2500 | 30/05/2011 | PS | Drawing e-mail to Joint Liquidators with memorandum re: legal arguments to be developped in the LBIE claim rejection procedure | 6 | 42,00 | 60,42 |
| 2500 | 30/05/2011 | PS | Review/Analysis of e-mail from Rosy Whittington re: OK to forward the memorandum with the legal arguments for the LBIE claim rejection procedure to the Joint Liquidators | 6 | 42,00 | 60,42 |
| 2500 | 30/05/2011 | PS | Review/Analysis of e-mail from Paulo da Silva re: our memorandum with the legal arguments and counterclaims re: the LBIE claim rejection procedure | 6 | 42,00 | 60,42 |
| 2500 | 30/05/2011 | PS | Drawing e-mail to Paulo da Silva re: our memorandum with the legal arguments and counterclaims re: the LBIE claim rejection procedure | 6 | 42,00 | 60,42 |
| 2500 | 30/05/2011 | PS | Review/Analysis of e-mail from Paulo da Silva re: our OK with the Joint Liquidators' using of certain arguments developed in memorandum with the legal arguments and counterclaims re: the LBIE claim rejection procedure | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Internal meeting between Marc Kleyr and Pascal Sassel / re: preparing conf. call with Weil team on the same day and the meeting with Joint Liquidators of 6 June 2011 / | 24 | 168,00 | 241,67 |
| 2500 | 31/05/2011 | PS | Tel. conversation with Hannah Field & Rosy Whittington re: conf. call of this day, update on LBIE claim rejection brief of defense and meeting with Joint Liquidators on 6 June 2011 | 30 | 210,00 | 302,09 |
| 2500 | 31/05/2011 | PS | Review/Analysis of e-mail from P. Da Silva re: Operating Mandate of January 2007 | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Review/Analysis of e-mail from P. Da Silva re: amendments in track changes in the Joint Liquidators' brief of defense | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Review/Analysis of e-mail from P. Da Silva that he will not be available on the afternoon of Monday 6 June 2011 for a meeting to review the final version of the brief of defense | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Review/Analysis of e-mail from Chantal Kulas (Jacques Delvaux secretary) re: meeting on 6 June 2011 to review the final version of the brief of defense | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Review/Analysis of e-mail from P. Da Silva to hold meeting on 6 June 2011 to review the final version of brief of defense at 17:30 | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Review/Analysis of e-mail from L. Fisch of 30.05.2011 re: meeting on 6 June 2011 to finalize the brief of defense | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Review/Analysis of e-mail from R. Whittington to schedule a conf. call during the afternoon of 31.05.2011 to discuss the content of the Joint Liquidators' draft brief of defense | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Drawing e-mail to L. Fisch re: confirmation of availability for a meeting on 6 June 2011 to finalize the brief of defense | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Drawing e-mail to P. Da Silva with copy of the Operating Mandate of January 2007 | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Drawing e-mail to Rosy Whittington re: conf. call of this day, update on LBIE claim rejection brief and meeting with Joint Liquidators on 6 June 2011 | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Drawing e-mail to Chantal Kulas (Jacques Delvaux secretary) re: confirmation of meeting on Monday 6 June 2011 at 17:30 | 6 | 42,00 | 60,42 |
| 2500 | 31/05/2011 | PS | Review/Analysis of e-mail from R. Whittington to Joint Liquidators re: setting up of meeting with Laurent Trembleau | 6 | 42,00 | 60,42 |
| | | | **Total fee** | | 57 426,00 | 82 607,30 |

| | | | | | |
|---|---|---|---|---|---|
| | | | **Paid disbursements** | | |
| | | | Invoice from the Documentation Section of the Luxembourg Prosecution Department: costs relating to the research of Luxembourg case-law (dismissal of actions fro lack of qualified representation, …) | 38,00 | 54,66 |
| | | | **Total paid disbursements** | **38,00** | **54,66** |
| | | | | | |
| | | | **TOTAL FEE NOTE** | **57 464,00** | **82 661,96** |

**EXHIBIT C**

**LIST OF ALL OF THE MATTERS FOR WHICH SERVICES WERE RENDERED AND THE
AGGREGATE AMOUNT OF HOURS AND FEES EXPENDED FOR SUCH MATTERS
DURING THE INTERIM PERIOD**

| Project Category | Total Hours | Total Fees Requested in USD | Total Fees Requested in EUR |
|---|---|---|---|
| International Assets | 434:30 | $ 222,017.27 | € 153,204.50 |
| Special Counsel Procedure | 17:36 | $ 8,059.24 | € 5,604.50 |
| Preparation of Monthly Statements and Fee Applications | 48:06 | $ 20,084.42 | € 13,902.00 |

## EXHIBIT D

**SUMMARY TABLE IDENTIFYING EVERY TIMEKEEPER WHO PROVIDED SERVICES IN
EACH TASK CODE WITH THE RELEVANT HOURS AND FEES EXPENDED PER TASK
CODE DURING THE INTERIM PERIOD**

| Taskcode | Lawyer | Time | EUR | USD |
|----------|--------|------|-----|-----|
| **1800** | JEB | 10:00 | 2,950.00 | 4,223.91 |
| | JG | 0:12 | 39.00 | 54.72 |
| | RB | 4:42 | 1,974.00 | 2,828.42 |
| | **Total** | **14:54** | **4,963.00** | **7,107.05** |
| | | | | |
| **1900** | JEB | 58:12 | 17,169.00 | 24,759.65 |
| | JG | 0:06 | 19.50 | 28.98 |
| | KB | 29:30 | 5,752.50 | 8,183.34 |
| | RB | 27:12 | 11,424.00 | 16,532.06 |
| | **Total** | **115:00** | **34,365.00** | **49,504.03** |
| | | | | |
| **2500** | FC | 1:18 | 546.00 | 785.42 |
| | HD | 79:12 | 20,196.00 | 29,105.87 |
| | JEB | 7:42 | 2,271.50 | 3,267.55 |
| | MK | 128:36 | 54,012.00 | 78,832.74 |
| | PS | 87:36 | 36,792.00 | 53,324.79 |
| | **Total** | **304:24** | **113,817.50** | **165,316.37** |
| **4600** | JEB | 51:24 | 15,163.00 | 21,883.77 |
| | JG | 0:06 | 19.50 | 27.36 |
| | KB | 7:24 | 1,443.00 | 2,094.80 |
| | RB | 7:00 | 2,940.00 | 4,220.53 |
| | **Total** | **65:54** | **19,565.50** | **28,226.46** |
| | | | | |
| | **Grand Total** | **500:12** | **172,711.00** | **250,153.93** |

**EXHIBIT E**

**SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL**
**FOR PERIOD FROM FEBRUARY 1, 2011 THROUGH MAY 31, 2011**

| Name of Professional & Title | Year Admitted to Practice | Billing Rate in EUR | Total Hours Billed | Fee Totals in USD | Fee Totals in EUR |
|---|---|---|---|---|---|
| Rina Breininger, Partner | 1985 | € 420.- | 38:54 | $ 23,581.01 | € 16,338.00 |
| Marc Kleyr, Managing Partner | 1991 | € 420.- | 128:36 | $ 78,832.74 | € 54,012.00 |
| François Collot, Partner | 1995 | € 420.- | 01:18 | $ 785.42 | € 546.00 |
| Pascal Sassel Senior Associate | 2002 | € 420.- | 87:36 | $ 53,324.79 | € 36,792.00 |
| Jérôme Burel, Senior Associate | 2005 | € 295.- | 127:18 | $ 54,134.89 | € 37,553.50 |
| Henry De Ron Associate | 2008 | € 255.- | 79 :12 | $ 29,105.87 | € 20,196.00 |
| Jacqueline Geleschus, Associate | 2008 | € 195.- | 0:24 | $ 111.07 | € 78.00 |
| Katia Bartholomé, Associate | 2009 | € 195.- | 36:54 | $ 10,278.14 | € 7,195.50 |
| TIME CHARGES TOTAL: | | | 500:12 | $ 250,153.93 | € 172,711.00 |

**Total Hours:**          **500:12**
**Total Fees:**           **$ 250,153.93 (€ 172,711.00)**
**Blended Hourly Rate:**  **$ 500.11 (€ 345.28)**

**EXHIBIT F**

**SUMMARY OF THE TYPES OF DISBURSEMENTS
FOR WHICH REIMBURSEMENT IS SOUGHT**

| February 2011 | in USD | in EUR |
|---|---|---|
| Disbursements incurred with the Luxembourg Trade and Companies Register (filing and registration fees, documentation requests fees) | $ 48.22 | € 34.36 |
| Disbursements incurred with TNT (express delivery charges) | $ 355.64 | € 253.45 |
| Total Disbursements Billed: | $ 403.86 | € 287.81 |
| **March 2011** | | |
| Disbursements incurred with the Luxembourg Trade and Companies Register (filing and registration fees, documentation requests fees) | $ 340.68 | € 239.80 |
| Disbursements incurred with TNT (express delivery charges) | $ 290.22 | € 204.28 |
| Disbursements incurred with the documentation section of the Luxembourg General Prosecutor department (legal and case-law researches) | $ 35.52 | € 25.00 |
| Total Disbursements Billed: | $ 666.42 | € 469.08 |
| **April 2011** | | |
| Disbursements incurred with the Luxembourg Trade and Companies Register (filing and registration fees, documentation requests fees) | $ 53.45 | € 35.97 |
| Disbursements incurred with TNT (express delivery charges) | $ 377.82 | € 254.25 |
| Disbursements incurred with the library of the Luxembourg Court of Appeal (legal and case-law researches) | $ 4.99 | € 3.36 |
| Total Disbursements Billed: | $ 436.26 | € 293.58 |
| **May 2011** | | |
| Disbursements incurred with TNT (express delivery charges) | $ 446.87 | € 310.65 |
| Disbursements incurred with the documentation section of the Luxembourg General Prosecutor department (legal and case-law researches) | $ 54.66 | € 38.00 |
| Disbursements incurred with FAST (courier charges for delivery of documents) | $ 79.81 | € 55.48 |
| Total Disbursements Billed: | $ 581.34 | € 404.13 |
| **Total Interim Period** | $ 2,087.87 | € 1,454.59 |

**EXHIBIT G**

**CERTIFICATION OF Rina Breininger**

KLEYR GRASSO ASSOCIES
*Avocats à la Cour*
122, rue Adolphe Fischer
L-2015 Luxembourg
LUXEMBOURG
Telephone: + (352) 22 73 30-1
Facsimile: + (352) 22 73 32

Special Counsel to Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| **Debtors** | : | **(Jointly Administered)** |

————————————————x

**CERTIFICATION UNDER**
**GUIDELINES FOR FEES AND DISBURSEMENTS FOR**
**PROFESSIONALS IN RESPECT OF FIFTH INTERIM APPLICATION OF**
**KLEYR GRASSO ASSOCIES FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM FEBRUARY 1, 2011 THROUGH MAY 31, 2011**

I, Rina Breininger, hereby certify that:

1.        I am a partner of the applicant firm of KLEYR GRASSO ASSOCIES ("Kleyr Grasso"), special counsel to the debtors and debtors in possession in above-captioned chapter 11 cases. I submit this certification with respect to Kleyr Grasso's compliance with the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), General Order M-389, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on November 25, 2009 (the "Local Guidelines"), the Fourth Amended Order Pursuant to Sections 105( a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(b) Establishing Procedures for Interim Monthly Compensation of Professionals, entered in these cases on April 14, 2011 (the "Interim Compensation Order"), and the revised fee protocol approved by the Court pursuant to an order dated April 14, 2011, setting forth certain procedures and guidelines with respect to the fees and expenses of retained professionals in these cases [Docket No. 15998] (the "Fee Committee

Guidelines" and, collectively with the Interim Compensation Order, the UST Guidelines and the Local Guidelines, the "Guidelines").

2.      This Certification is made in connection with the Fifth Interim Application of Kleyr Grasso for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors (the "Fifth Interim Application") for the Period from and including February 1, 2011 through May 31, 2011 (the "Interim Period"), in accordance with the Guidelines.

3.      In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor to the best of my knowledge any lawyer of my firm has entered into any agreement, written or oral, express or implied, with the Office of the United States Trustee, with the Debtors, any creditor or any other party in interest, or any lawyer of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtors.

4.      In accordance with section 504 of the Bankruptcy Code, to the best of my knowledge no agreement or understanding exists between me, my firm or any lawyer thereof or any person for the division of such compensation as my firm may receive for services rendered in connection with this case, nor will any division or fees prohibited by section 504 of the Bankruptcy Code be made by me or any partner, counsel or associate of my firm.

5.      I certify that: (a) I have read the Fifth Interim Application; (b) to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines; (c) the fees and disbursements sought are billed at rates in accordance with those customarily charged by Kleyr Grasso and generally accepted by Kleyr Grasso's clients; and (d) in providing a reimbursable service, Kleyr Grasso does not make a profit on that service, whether the service is performed by Kleyr Grasso in-house or through a third party.

6.      I certify that the Debtors, counsel for the Debtors, counsel for the statutory creditors' committee, the United States Trustee for the Southern District of New York, and the Fee Committee are being provided with a copy of the Fifth Interim Application.

[signature page to CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FIFTH INTERIM APPLICATION OF KLEYR GRASSO ASSOCIES FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2011 THROUGH MAY 31, 2011]

Dated: August 12, 2011                              KLEYR GRASSO ASSOCIES


                                        _____
                                        By
                                        Rina Breininger
                                        122, rue Adolphe Fischer
                                        L-1521 Luxembourg
                                        Telephone: + (352) 22 73 30-1
                                        Facsimile: + (352) 22 73 32

**EXHIBIT H**

**AFFIDAVIT OF Marc Kleyr**