**DAY PITNEY LLP**
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
One Audubon Street
New Haven, CT 06511-6433
Telephone:   (203) 752-5000
Facsimile:   (203) 752-5001

– and –

7 Times Square
New York, NY  10036-7311
Telephone:   (212) 297-5800
Facsimile:   (212) 916 2940

*Counsel to Fidelity National Title Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>       Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

<u>**CERTIFICATE OF SERVICE**</u>

   SUZANNE P. MICKLICH, of full age, hereby certifies as follows:

   1.  I am a paralegal employed by the firm of Day Pitney LLP and based out of its office located at 242 Trumbull Street, Hartford, Connecticut.  Day Pitney is counsel for Fidelity National Title Insurance Company in connection with the above-referenced matter.

   2.  On August 11, 2011, I electronically filed Fidelity National Title Insurance Company's Limited Objection to Approval of the Debtors' Disclosure Statement For Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. And Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code with the United States Bankruptcy Court for

the Southern District of New York thereby causing the parties identified on the service list annexed hereto to be served via the Court's ECF system.

3.       In addition, I caused copies of the aforementioned document to be served upon the parties set forth on the annexed service list on the date and in the manner noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

<em>/s/ Suzanne P. Micklich</em><br>
SUZANNE P. MICKLICH

Dated: August 12, 2011

## SERVICE LIST

## SERVED VIA ECF ON 8/11/11:

- Anne Marie Aaronson     aaaronson@dilworthlaw.com
- Marc Abrams     maosbny@willkie.com, mabrams@willkie.com
- Ann E. Acker     acker@chapman.com
- David J. Adler     dadler@mccarter.com
- Kathleen M. Aiello     kaiello@foxrothschild.com
- Craig J. Albert     calbert@reitlerlaw.com
- Ana M. Alfonso     maosbny@willkie.com, aalfonso@willkie.com
- Darryl J. Alvarado     dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com
- D. Sam Anderson     sanderson@bernsteinshur.com,
  acummings@bernsteinshur.com;lkubiak@bernsteinshur.com
- Carla O. Andres     candres@gklaw.com
- George Angelich     angelich.george@arentfox.com,
  angelich.george@arentfox.com;lane.katie@arentfox.com
- Philip D. Anker     philip.anker@wilmerhale.com, ross.firsenbaum@wilmerhale.com
- Tara B. Annweiler     tannweiler@greerherz.com
- Bruce G. Arnold     barnold@whdlaw.com
- John R. Ashmead     ashmead@sewkis.com
- Douglas Bacon     chefiling@lw.com, beth.arnold@lw.com
- Herbert Baer     rjacobs@ecf.epiqsystems.com
- Ingrid Bagby     ingrid.bagby@cwt.com,
  betty.comerro@cwt.com;michele.maman@cwt.com;tianna.jackson@cwt.com;david.kron
  enberg@cwt.com;jill.kaylor@cwt.com;benjamin.riskin@cwt.com;kelly.sinclair@cwt.co
  m
- Katrina Lynne Baker     kbaker@kramerlevin.com, docketing@kramerlevin.com
- Helen Ball     mtaylor@ba-boult.com
- William G. Ballaine     wballaine@lcbf.com
- Andrew E. Balog     aeb@gtlaw.com
- Elizabeth Banda Calvo     rgleason@pbfcm.com, ebcalvo@pbfcm.com
- Duncan E. Barber     dbarber@bsblawyers.com
- Jean-David Barnea     jean-david.barnea@usdoj.gov
- David L. Barrack     dbarrack@fulbright.com
- Peter John Barrett     peter.barrett@kutakrock.com
- Lawrence Bass     lawrence.bass@hro.com
- Beatrice Hamza Bassey     bassey@hugheshubbard.com
- Paul M. Basta     pbasta@kirkland.com,
  jacob.goldfinger@kirkland.com;beth.friedman@kirkland.com
- Paul A. Batista     batista007@aol.com
- Ronald Scott Beacher     rbeacher@pryorcashman.com, docketing@pryorcashman.com
- Anne E. Beaumont     abeaumont@fklaw.com,
  lehmanbros@fklaw.com;vgarvey@fklaw.com
- Martin Beeler     mbeeler@cov.com

- T. Scott Belden     sbelden@kleinlaw.com,
  imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com
- Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer     hbeltzer@mayerbrown.com
- Evan J. Benanti     evan.benanti@bingham.com
- Gregory M. Bentz     gbentz@polsinelli.com
- Walter Benzija     wbenzija@halperinlaw.net, lgu@halperinlaw.net
- Shaya M. Berger     bergers@dicksteinshapiro.com,
  nybankruptcydocketing@dicksteinshapiro.com
- Jed I. Bergman     jbergman@kasowitz.com, courtnotices@kasowitz.com
- Jed I. Bergman     jbergman@kasowitz.com,
  courtnotices@kasowitz.com;smoskowitz@kasowitz.com
- Leslie Ann Berkoff     lberkoff@moritthock.com
- Ronit J. Berkovich     ronit.berkovich@weil.com
- Mark N. Berman     mberman@nixonpeabody.com
- Richard J. Bernard     rbernard@foley.com
- Darren Elliot Bernstein     bernsted@lbitrustee.com
- Scott Howard Bernstein     sbernstein@hunton.com
- Gene R. Besen     gene.besen@snrdenton.com
- Daniel B. Besikof     dbesikof@loeb.com
- Riyaz G. Bhimani     rbhimani@eckertseamans.com
- Adam M. Bialek     abialek@wmd-law.com
- Martin J. Bienenstock     martin.bienenstock@dl.com,
  tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com
- Laurie R. Binder     binder@sewkis.com
- Robert Jeffery Black     jeffery.black@bingham.com, pat.wright@bingham.com
- Joshua R. Blackman     jBlackman@morganlewis.com
- Benjamin Blaustein     bblaustein@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
- Daniel S. Bleck     dbleck@mintz.com
- Elliot J. Blumenthal     elliot.blumenthal@bipc.com, elliot.blumenthal@bipc.com
- Anthony D. Boccanfuso     Anthony_Boccanfuso@aporter.com
- Carmine Boccuzzi     maofiling@cgsh.com, cboccuzzi@cgsh.com
- James Nicholas Boeving     james.n.boeving@usdoj.gov
- Phillip W. Bohl     phillip.bohl@gpmlaw.com
- Hilary B. Bonial     notice@bkcylaw.com
- Mark V. Bossi     mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
- Maria A. Bove     mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
- Armen James Boyajian     jamesboyajian@gmail.com
- Jerrold Lyle Bregman     jbregman@curtis.com, ghertzberg@curtis.com
- Adam Brezine     adam.brezine@hro.com, Kerry.Moynihan@hro.com
- Timothy W. Brink     timothy.brink@dlapiper.com
- James L. Bromley     maofiling@cgsh.com
- Luke O. Brooks     lukeb@rgrdlaw.com
- Melvin A. Brosterman     mbrosterman@stroock.com,
  docketing@stroock.com;insolvency@stroock.com
- Mark A. Broude     mark.broude@lw.com, peter.gilhuly@lw.com
- Andrew P. Brozman     andrew.brozman@cliffordchance.com

- Robert W. Brundige    brundige@hugheshubbard.com
- Martin G. Bunin    marty.bunin@alston.com
- Spencer A. Burkholz    spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Michael G. Busenkell    mbusenkell@wcsr.com, pgroff@wcsr.com
- Aaron R. Cahn    cahn@clm.com
- Daniel K. Cahn    dcahn@cahnlaw.com
- John M. Callagy    jcallagy@kelleydrye.com
- Carollynn H.G. Callari    ccallari@venable.com
- Donald F. Campbell    dcampbell@ghclaw.com
- Sarah Campbell    jdisanti@whitecase.com;mcosbny@whitecase.com
- David M. Capriotti    bkemail@harrisbeach.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- Jeffrey Morgan Carbino    jcarbino@thorpreed.com, dlynch@thorpreed.com
- Scott Cargill    scargill@lowenstein.com, msavetsky@lowenstein.com
- Roy H. Carlin    carlin@thshlaw.com
- Lawrence F. Carnevale    bankruptcy@clm.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Daniel J. Carragher    djcarragher@daypitney.com
- Gerard Sylvester Catalanello    gcatalanello@duanemorris.com,
  gcatalanello@duanemorris.com
- Iskender Catto    icatto@kirkland.com
- Gabriel I. Chacon    gabriel.chacon@dol.lps.state.nj.us
- Shelley C. Chapman    maosbny@willkie.com
- Thomas E. Chase    tchase@rlrpclaw.com
- Omar-John C. Chavez    ochavez@smithstratton.com
- Pamela Rogers Chepiga    pamela.chepiga@newyork.allenovery.com,
  kurt.vellek@allenovery.com
- Ly S Chhay    ly.chhay@activfinancial.com
- Jonathan Chi-Shoong Cho    jonathan.cho@allenovery.com
- Dale C. Christensen    christensen@sewkis.com
- Jennifer A. Christian    jennifer.christian@tklaw.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas    rchristmas@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Jeffrey Chubak    jchubak@dl.com
- Bruce E. Clark    clarkb@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Jared Riley Clark    jared.clark@bingham.com,
  david.marcus@bingham.com,pat.wright@bingham.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Hollace T. Cohen    hollace.cohen@troutmansanders.com
- Joshua W. Cohen    jwcohen@daypitney.com
- Ronald L. Cohen    cohenr@sewkis.com
- Joshua D. Cohn    choupt@mayerbrown.com;jmarsala@mayerbrown.com
- Michael H. Cohn    mcohn@cohnroth.com, scaba@cohnroth.com
- Adam D. Cole    colea@gtlaw.com
- Cassandra L. Coleman    ccoleman@garfield-county.com
- Jeffrey R. Coleman    coleman@hugheshubbard.com
- Kenneth P. Coleman    kurt.vellek@allenovery.com;jonathan.cho@allenovery.com

- Magdeline D. Coleman    donna.curcio@bipc.com
- Patrick Collins    pcollins@farrellfritz.com, ffbkmao@farrellfritz.com
- Christopher Combest    ccombest@quarles.com, fbf@quarles.com
- Dena Copulsky    dlcopulsky@hhlaw.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com
- Patrick M. Costello    pcostello@vectislawgroup.com
- Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
- David N. Crapo    dcrapo@gibbonslaw.com
- David A. Crichlow    david.crichlow@pillsburylaw.com
- Maureen A. Cronin    mao-ecf@debevoise.com
- Nicholas P. Crowell    ncrowell@sidley.com
- Leo T. Crowley    leo.crowley@pillsburylaw.com
- Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com
- Louis A. Curcio    lcurcio@sonnenschein.com
- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com
- Raniero D'Aversa    rdaversa@orrick.com, lmetzger@orrick.com
- Robert K. Dakis    robertdakis@quinnemanuel.com
- Michael R. Dal Lago    , bankruptcy@morrisoncohen.com
- J. Patrick Darby    pdarby@babc.com
- Andrew Rhys Davies    andrew.rhys.davies@allenovery.com,
  kurt.vellek@allenovery.com
- Jason C. Davis    jdavis@rgrdlaw.com, ptiffith@rgrdlaw.com
- Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-
  law.com;jgiampolo@wmd-law.com
- Louis T. DeLucia    ldelucia@schiffhardin.com, lbonilla@schiffhardin.com
- Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- John Dellaportas    dellajo@duanemorris.com
- Bradford E. Dempsey    bdempsey@faegre.com, cwilds@faegre.com
- Christopher M. Desiderio    cdesiderio@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com
- Francesco Di Pietro    francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com
- Maria J. DiConza    diconzam@gtlaw.com,
  petermann@gtlaw.com;cusumanod@gtlaw.com
- Daryl L. Diesing    ddiesing@whdlaw.com, pbartoli@whdlaw.com
- Sara Discepolo    Sara_Discepolo@verizon.net
- Caroline R. Djang    cdjang@rutan.com
- Christopher R. Donoho    chris.donoho@lovells.com, scao@centerbridge.com
- Joshua Dorchak    joshua.dorchak@bingham.com
- Mark J. Dorval    mdorval@stradley.com
- Amish R. Doshi    adoshi@magnozzikye.com
- Mary Joanne Dowd    dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com
- Thomas Alan Draghi    tdraghi@westermanllp.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com

- Robert W. Dremluk    rdremluk@seyfarth.com,
  pbaisier@seyfarth.com,dchristian@seyfarth.com,
- Todd E. Duffy    tduffy@andersonkill.com, dnolan@andersonkill.com
- James C. Dugan    maosbny@willkie.com, jdugan@willkie.com
- Buce J. Duke    bruceduke@comcast.net
- David Dunn    ddunn@hhlaw.com;mferrara@hhlaw.com
- Matthew Dyer    BkMail@prommis.com
- David W. Dykhouse    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com
- Michael James Edelman    mjedelman@vedderprice.com,
  ecfnydocket@vedderprice.com
- Daniel Eggermann    deggermann@kramerlevin.com, edaniels@kramerlevin.com
- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Susan K. Ehlers    sehlers@armstrongteasdale.com
- Steven B. Eichel    seichel@crowell.com
- Jeremy D. Eiden    jeremy.eiden@state.mn.us
- Charles R. Ekberg    ekbergc@lanepowell.com
- Robert F. Elgidely    relgidely@gjb-law.com, gjbecf@gjb-law.com
- Erin L. Eliasen    eleliasen@stoel.com,
  basargent@stoel.com;dblevant@stoel.com;nmevans@stoel.com;vdelay@stoel.com;sea_
  docket@stoel.com;cejordan@stoel.com
- David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
- Mark C. Ellenberg    mark.ellenberg@cwt.com,
  allison.dipasqua@cwt.com;betty.comerro@cwt.com
- Kristin Elliott    kelliott@kelleydrye.com,
  KDWBankruptcyDepartment@Kelleydrye.com
- David Elrod    delrod@elrodtrial.com,
  kwolfgram@elrodtrial.com;avance@elrodtrial.com;jdickerson@elrodtrial.com
- Bertin C. Emmons    bemmons@sovereignbank.com
- Michael R. Enright    menright@rc.com
- Andrew J. Entwistle    aentwistle@entwistle-law.com, mbernard@entwistle-
  law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-
  law.com;jporter@entwistle-law.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Edward J. Estrada    eestrada@reedsmith.com
- Michael S. Etkin    metkin@lowenstein.com,
  mseymour@lowenstein.com;tdwatson@lowenstein.com
- William J. Factor    wfactor@wfactorlaw.com, slorber@wfactorlaw.com
- Michael A. Fagone    mfagone@bernsteinshur.com,
  astewart@bernsteinshur.com;lkubiak@bernsteinshur.com;sspizuoco@bernsteinshur.com
- Jessica Fainman    jessica.fainman@barclayscapital.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Gregg M. Ficks    gmf@cpdb.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
- Steven E. Fineman    sfineman@lchb.com

- Steven J. Fink    sfink@orrick.com,
  nymao@orrick.com;tmitchell@orrick.com;jburke@orrick.com
- Harden Alexander Fisch    afisch@stutman.com
- Gabriel Fischbarg    fis123@yahoo.com
- Eric Fisher    fishere@dicksteinshapiro.com,
  nybankruptcydocketing@dicksteinshapiro.com
- James C. Fitzpatrick    fitzpat@hugheshubbard.com
- Steven B. Flancher    flanchers@michigan.gov
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
- Jonathan L. Flaxer    jflaxer@golenbock.com,
  eneuman@golenbock.com;mweinstein@golenbock.com
- Robert M. Fleischer    rfleischer@pryorcashman.com,
  docketing@pryorcashman.com;dstevens@pryorcashman.com
- Martin N. Flics    martin.flics@linklaters.com,
  shauin.wang@linklaters.com;casey.bell@linklaters.com
- Joseph L. Fox    jfox@joefoxlaw.com
- Shawn Randall Fox    sfox@mcguirewoods.com, tcollins@mcguirewoods.com
- Mark A. Frankel    mfrankel@bfklaw.com;mark_frankel@yahoo.com
- Jane M. Freeberg    jfreeberg@wfw.com
- Mark Freedlander    mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com
- Rachel Freeman    rfreeman@dealysilberstein.com
- Elise Scherr Frejka    efrejka@kramerlevin.com
- Anson Frelinghuysen    frelingh@hugheshubbard.com
- Ellen A. Friedman    jquiambao@friedumspring.com
- Jeff J. Friedman    jeff.friedman@kattenlaw.com
- Kenneth Friedman    kfriedman@manatt.com
- Michael Friedman    mfriedman@rkollp.com,
  mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com
- Andrew J Frisch    afrisch@andrewfrisch.com
- Joseph Froehlich    jfroehlich@lockelord.com
- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com
- Amanda J. Gallagher    amanda.gallagher@linklaters.com
- Alan E. Gamza    Agamza@mosessinger.com,
  dkick@mosessinger.com;dbutvick@mosessinger.com;cgresh@mosessinger.com;kkolbig
  @mosessinger.com
- Michael Garcia    mgarcia@nixonpeabody.com
- R. Scott Garley    lduignan@gibbonslaw.com
- Samir Gebrael    sgebrael@klestadt.com
- Barry S. Gedan    gedanman@gedanlaw.com
- Karl Geercken    kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com
- Lawrence V. Gelber    lawrence.gelber@srz.com
- Jan B. Geller    jbgesq@bway.net
- Daniel F.X. Geoghan    bankfilings@ycst.com, dgeoghan@ycst.com
- Katherine Geraci    geraci@thalergertler.com
- Anthony I. Giacobbe    agiacobbe@zeklaw.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Glenn S. Gitomer    ggitomer@mkbattorneys.com
- Joseph M. Gitto    jgitto@nixonpeabody.com

- Lara O. Glaesman    lara.glaesman@leonard.com, ma.xiong@leonard.com
- Eduardo J. Glas    eglas@mccarter.com
- John P. Gleason    jgleason@gleasonkoatz.com
- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com
- Larry Ivan Glick    lglick@shutts.com
- Jay M. Goffman    JGoffman@skadden.com, mmirkovi@skadden.com
- Andrew C. Gold    agold@herrick.com
- Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net
- Stuart Gold    sgold@mandelbaumsalsburg.com
- Adam J. Goldberg    adam.goldberg@lw.com,
  alice.burke@lw.com;Kamil.redmond@lw.com
- Thomas D. Goldberg    tdgoldberg@dbh.com
- Richard M. Goldman    anthony.grossi@kirkland.com
- Seth Goldman    seth.goldman@mto.com
- Irena M. Goldstein    igoldstein@dl.com, pabelson@dl.com;lsaal@dl.com
- Brett D. Goodman    brett.goodman@troutmansanders.com,
  harriet.cohen@troutmansanders.com
- Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com
- Andrew R. Gottesman    agottesman@secondmarket.com,
  gsalamone@secondmarket.com
- Lawrence M. Gottlieb    lgesquire@lmgottlieb.com
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com
- Brian D. Graifman    bgraifman@gkblaw.com
- Lindsee Paige Granfield    lgranfield@cgsh.com,
  maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;b
  morag@cgsh.com;jrietema@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com;jlanzkro
  n@cgsh.com;rryan@cgsh.com
- Ira S. Greene    ira.greene@hoganlovells.com, david.spinley@hoganlovells.com
- Carl M. Greenfeld    cgreenfeld@lowenstein.com
- Brian E. Greer    brian.greer@dechert.com
- Emanuel C. Grillo    egrillo@goodwinprocter.com
- Robert K. Gross    rgross@evw.com, slapriore@evw.com
- Stephen H. Gross    shgross5@yahoo.com
- Howard J. Grossman    howard.j.grossman@chase.com
- Edward P. Grosz    egrosz@reitlerlaw.com
- Steven T. Gubner    ecf@ebg-law.com
- Philip M. Guess    philg@klgates.com, rhonda.hinman@klgates.com
- Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com
- Michael P. Guta    karlaortega@hill-law-offices.com
- Daniel J. Guyder    daniel.guyder@allenovery.com,
  kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;jessica.lubarsky@allenovery.
  com
- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-bk-
  ecf@debevoise.com
- Robert R. Hall    robert.hall@azag.gov
- Terry E. Hall    tehall@bakerd.com
- Thomas J. Hall    thall@chadbourne.com

- Alan D. Halperin    ahalperin@halperinlaw.net,
  lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net
- Heidi L Hamilton    heidi@crumbielaw.com
- Aaron Hammer    ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
- Andrew Hammond    ahammond@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com
- Drew D. Hansen    dhansen@susmangodfrey.com, tdenio@susmangodfrey.com
- William Hao    william.hao@alston.com
- Carrie V. Hardman    chardman@klestadt.com
- Lee Harrington    lharrington@nixonpeabody.com
- Adam Craig Harris    adam.harris@srz.com
- Christopher Harris    Christopher.harris@lw.com, rachel.feld@lw.com
- Juandisha Harris    harrisj12@michigan.gov, holcombm@michigan.gov
- Lynn P. Harrison    lharrison@curtis.com,
  jdrew@curtis.com;mlischin@curtis.com;cgiglio@curtis.com;jpizzurro@curtis.com;ndela
  ney@curtis.com;dching@curtis.com
- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
- Howard R. Hawkins    howard.hawkins@cwt.com,
  allison.dipasqua@cwt.com;anthony.moore@cwt.com
- Patrick L. Hayden    phayden@mcguirewoods.com
- Dion W. Hayes    dhayes@mcguirewoods.com,
  phayden@mcguirewoods.com;kcain@mcguirewoods.com
- Nava Hazan    nhazan@mwe.com
- Patricia H. Heer    phheer@duanemorris.com, odmclean@duanemorris.com
- Douglas S. Heffer    dheffer@foley.com
- Christopher R. Heinrich    cheinrich@hslegalfirm.com
- Jay Heinrich    jheinrich@mkbllp.com
- James M. Heiser    heiser@chapman.com
- Jay S. Hellman    jsh@spallp.com
- Larry D. Henin    lhenin@eapdlaw.com
- Robin A. Henry    rhenry@bsfllp.com
- Sally M. Henry    Sally.Henry@skadden.com
- Ira L. Herman    ira.herman@tklaw.com, orlando.salcedo@tklaw.com
- Neil E. Herman    Nherman@morganlewis.com
- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com
- Paul S. Hessler    paul.hessler@linklaters.com, shauin.wang@linklaters.com
- William Heuer    wheuer@duanemorris.com
- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com
- David J. Hoffman    djhoffman@djhoffmanlaw.com
- Evan C. Hollander    ehollander@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com
- Pamela Smith Holleman    pholleman@sandw.com
- Robert Neil Holtzman    rholtzman@kramerlevin.com
- Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com
- Christopher J. Houpt    choupt@mayerbrown.com, jmarsala@mayerbrown.com
- Casey B. Howard    choward@lockelord.com

- Hamish Hume    hhume@bsfllp.com,
  NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;lsmith@bsfllp.com;nkemp@b
  sfllp.com
- Stephen C. Hunt    shunt@arnstein.com,
  sch.ecfnotices@gmail.com;amroot@arnstein.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us
- Frederick D. Hyman    fhyman@mayerbrownrowe.com
- Jeremiah Iadevaia    jiadevaia@vladeck.com
- Adam H. Isenberg    aisenberg@saul.com
- Robbin L. Itkin    ritkin@steptoe.com, kpiper@steptoe.com
- Jennifer M. Jackson    jacksonj5@michigan.gov
- Steve Jakubowski    sjakubowski@colemanlawfirm.com
- Sedgwick M. Jeanite    jeanites@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Michael E. Johnson    michael.johnson@alston.com
- Robert Alan Johnson    rajohnson@akingump.com
- John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Roger G. Jones    rjones@bccb.com
- Benay L. Josselson    josselson@sewkis.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- William Wade Kannel    wkannel@mintz.com
- Richard S. Kanowitz    rkanowitz@cooley.com
- Alex J. Kaplan    ajkaplan@sidley.com, emcdonnell@sidley.com
- Gary Kaplan    gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com
- Martin H. Kaplan    mkaplan@gkblaw.com
- Anjna R. Kapoor    akapoor@kelleydrye.com, docketing@kelleydrye.com
- Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com
- David J. Karp    david.karp@srz.com, jonathan.blattmachr@srz.com
- Marc E Kasowitz    mkasowitz@kasowitz.com, courtnotices@kasowitz.com
- Diane J. Kasselman    dkasselman@kasselman-law.com
- Elyssa Suzanne Kates    ekates@bakerlaw.com
- Jordan Kaye    jkaye@kramerlevin.com
- Robert J. Keach    rkeach@bernsteinshur.com,
  acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.c
  om;astewart@bernsteinshur.com
- Robin Elizabeth Keller    robin.keller@lovells.com, omeca.nedd@lovells.com
- Craig I. Kelley    grace@kelleylawoffice.com
- J. Michael Kelly    kellyjm@cooley.com
- Kenneth J. Kelly    kkelly@ebglaw.com, nyma@ebglaw.com
- Christopher K. Kiplok    kiplok@hugheshubbard.com
- Edward J. Kirk    edward.kirk@clydeco.us
- Paul Kizel    pkizel@lowenstein.com
- Barry R. Kleiner    dkleiner@velaw.com
- Douglas Koff    douglaskoff@paulhastings.com
- Howard Koh    hkoh@meisterseelig.com
- Samuel S. Kohn    , dcunsolo@winston.com
- Claude F. Kolm    claude.kolm@acgov.org, jamartinez@acgov.org
- Alan Kolod    dkick@mosessinger.com

- Lawrence J. Kotler    ljkotler@duanemorris.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Lisa J.P. Kraidin    lisa.kraidin@allenovery.com, kurt.vellek@allenovery.com
- Bennette D. Kramer    bdk@schlamstone.com
- Richard P. Krasnow    richard.krasnow@weil.com,
  richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com
- Michael M. Krauss    mkrauss@faegre.com,
  charayda@faegre.com;cdougherty@faegre.com;mdoty@faegre.com
- Julia S. Kreher    rleek@hodgsonruss.com;jthoman@hodgsonruss.com
- J. Alex Kress    akress@riker.com
- Martin Krolewski    mkrolewski@kelleydrye.com,
  docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
- Justin A. Kuehn    kuehn@bragarwexler.com
- Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com
- Paul J. Labov    plabov@eapdlaw.com
- Robinson B. Lacy    Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Mark Landman    mlandman@lcbf.com
- David P. Langlois    david.langlois@sablaw.com
- Robert Laplaca    rlaplaca@levettrockwood.com
- Kevin J. Larner    klarner@riker.com
- Francis J. Lawall    lawallf@pepperlaw.com,
  henrys@pepperlaw.com;matourj@pepperlaw.com
- James N. Lawlor    jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- David M. LeMay    dlemay@chadbourne.com
- Michael C. Ledley    mledley@wmd-law.com
- Mark G. Ledwin    mark.ledwin@wilsonelser.com
- David H. Lee    dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alexander B. Lees    ablees@wlrk.com
- David S. Leinwand    dleinwand@avenuecapital.com
- Robert R. Leinwand    rrl@robinsonbrog.com, rleinwand@yahoo.com
- Robert J. Lemons    robert.lemons@weil.com,
  andrew.lyon@weil.com;lee.goldberg@weil.com
- Stephen D. Lerner    stephen.lerner@ssd.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Shari D. Leventhal    shari.leventhal@ny.frb.org
- Erin S. Levin    elevin@lowenstein.com
- Richard B. Levin    rlevin@cravath.com,
  managing_attorneys_office@cravath.com;jmanning@cravath.com
- Jonathan Levine    bankruptcy@andrewskurth.com
- Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com
- Joel H. Levitin    JLevitin@cahill.com,
  MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com
- Richard Levy    rlevy@pryorcashman.com
- Leo V. Leyva    lleyva@coleschotz.com
- Isabelle Liberman    iliberman@akingump.com

- Michael Liberman     mliberman@ebglaw.com, nyma@ebglaw.com
- Valdi Licul     vlicul@vladeck.com
- David Liebenstein     david.liebenstein@haynesboone.com
- Sarah E. Lieber     selieber@jonesday.com
- David Liebov     liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com
- Demetra Liggins     demetra.liggins@tklaw.com
- Douglas J. Lipke     dlipke@vedderprice.com, ecfdocket@vedderprice.com
- Alan Jay Lipkin     alipkin@willkie.com, maosbny@willkie.com
- Joanne K. Lipson     jlipson@crockerlaw.com,
  ttracy@crockerlaw.com;nancy@crockerlaw.com
- Judy G.Z. Liu     judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com
- Stephen T. Loden     sloden@diamondmccarthy.com,
  adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamo
  ndmccarthy.com
- Joli A. Lofstedt     joli@crlpc.com
- Sarah K. Loomis Cave     cave@hugheshubbard.com
- Eric Lopez Schnabel     mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- Sara E. Lorber     slorber@wfactorlaw.com
- Alexander S. Lorenzo     alexander.lorenzo@alston.com
- Daniel A. Lowenthal     dalowenthal@pbwt.com,
  mcobankruptcy@pbwt.com;bguiney@pbwt.com
- Mark L. Lubelsky     mark@mllassociates.com
- Donald K. Ludman     dludman@brownconnery.com
- Alan Lungen     alungen@kasowitz.com, alungen@kasowitz.com
- Kerri Anne Lyman     klyman@irell.com
- Michael C. Lynch     mlynch@kelleydrye.com, docketing@kelleydrye.com
- Bruce E. MacIntyre     bmacintyre@perkinscoie.com
- John H. Maddock     jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com
- Wendy Mager     wmager@smithstratton.com
- George E.B. Maguire     gebmaguire@debevoise.com, mao-bk-ecf@debevoise.com
- William R. Maguire     maguire@hugheshubbard.com
- William A Maher     wmaher@wmd-law.com
- John S. Mairo     jsmairo@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@p
  bnlaw.com;kdcurtin@pbnlaw.com
- Christopher J. Major     , tgorrell@rc.com
- Robert K. Malone     robert.malone@dbr.com
- Michael J. Maloney     mmaloney@kelleydrye.com, docketing@kelleydrye.com
- Ray A. Mandlekar     e_file_sd@csgrr.com
- Beverly Weiss Manne     bmanne@tuckerlaw.com
- Julie A. Manning
  bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.co
  m
- Jacqueline Marcus     jacqueline.marcus@weil.com,
  jae.kim@weil.com;aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@weil.c
  om
- Alan E. Marder     lgomez@msek.com
- Jeffrey S. Margolin     margolin@hugheshubbard.com

- Lorenzo Marinuzzi    lmarinuzzi@mofo.com
- Scott S. Markowitz    smarkowitz@tarterkrinsky.com, kmenendez@tarterkrinsky.com
- D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Richard W. Martinez    richard@rwmaplc.com, claire@rwmaplc.com
- Rosanne Thomas Matzat
  jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;stho
  mpson@hahnhessen.com;nrigano@hahnhessen.com;lschlussel@hahnhessen.com;kprim
  m@hahnhessen.com;jsmith@hahnhessen.com
- Laurence May    lmay@coleschotz.com
- Douglas Kirk Mayer    dkmayer@wlrk.com, calert@wlrk.com
- Sandra E. Mayerson    sandra.mayerson@ssd.com,
  wilfred.lancaster@ssd.com;rudy.green@ssd.com
- Kurt A. Mayr    kurt.mayr@bgllp.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- James I. McClammy    james.mcclammy@davispolk.com
- Theodore McCombs    mccombst@sullcrom.com
- Richard J. McCord    RMcCord@CBAH.com,
  afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com
- Mark McDermott    Mark.McDermott@skadden.com
- Hugh M. McDonald    hmcdonald@sonnenschein.com,
  elsmith@sonnenschein.com;lcurcio@sonnenschein.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Lorraine S. McGowen    lmcgowen@orrick.com
- Mark E. McKane    mmckane@kirkland.com,
  sarah.farley@kirkland.com;adrienne.levin@kirkland.com
- William J. McKenna    wmckenna@foley.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Austin L. McMullen    amcmullen@babc.com
- John P. McNicholas
  rosemary.scariati@dlapiper.com;vincent.roldan@dlapiper.com;jeremy.johnson@dlapiper
  .com
- Matthew S. Melamed    MMelamed@rgrdlaw.com
- John P. Melko    jmelko@gardere.com
- Richard G. Menaker    rmenaker@mhjur.com
- Michelle A. Mendez    mmendez@hunton.com
- Michael T. Mervis    Mmervis@proskauer.com,
  Mmervis@proskauer.com;LSONYSB@proskauer.com
- Richard M. Meth    msteen@foxrothschild.com, mlsecf@gmail.com
- Lisa Milas    lmilas@rosicki.com, ecfnotice@rosicki.com
- Brett H. Miller    bmiller@mofo.com
- David Emanuel Miller    dmiller@rakowerlaw.com, mrakower@rakowerlaw.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Ralph I. Miller    ralph.miller@weil.com
- W. Timothy Miller    miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com
- Anne Miller-Hulbert    rocbkcourt@logs.com
- Jeffrey A. Mitchell    dweinberger@gibbonslaw.com;mbrech@gibbonslaw.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

- Christopher R. Momjian      crmomjian@attorneygeneral.gov
- John J. Monaghan      bos-bankruptcy@hklaw.com
- Claude D. Montgomery
  cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com
- Concepcion A. Montoya      cmontoya@hinshawlaw.com
- Martin A. Mooney      mmooney@deilylawfirm.com,
  tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
- James C. Moore      jcmoore1939@gmail.com, cjohnson@hselaw.com
- William M. Moran      wmoran@mccarter.com
- Matthew P. Morris      matthew.morris@lovells.com,
  hugh.hill@lovells.com;daniel.lanigan@lovells.com
- Joshua D. Morse      jmorse@dl.com
- Judy Hamilton Morse      judy.morse@crowedunlevy.com,
  ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com
- Eric T. Moser      eric.moser@klgates.com,
  kristen.serrao@klgates.com;felton.parrish@klgates.com
- Michael L. Moskowitz      mlm@weltmosk.com
- Seth A. Moskowitz      smoskowitz@kasowitz.com, courtnotices@kasowitz.com
- Monique J. Mulcare      mmulcare@mayerbrown.com
- Steven T. Mulligan      smulligan@bsblawyers.com
- Michael F. Murphy      murphym2@michigan.gov
- Jason A. Nagi      jnagi@polsinelli.com, tbackus@polsinelli.com
- David L. Neale      kjm@lnbyb.com, tma@lnbyb.com
- David Neier      dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier      mneier@ibolaw.com
- Laura E. Neish      lneish@zuckerman.com
- Roger David Netzer      maosbny@willkie.com, rnetzer@willkie.com
- Dave L. Neville      dave@ojai-lawyer.com
- Steven H. Newman      snewman@katskykorins.com
- Philip John Nichols      pnichols@philipjohnnichols.com
- Robert E. Nies      rnies@wolffsamson.com, ecf@wolffsamson.com
- Timothy F. Nixon      tnixon@gklaw.com, zraiche@gklaw.com;eseelig@gklaw.com
- Rebecca Northey      rnorthey-lbi@mhjur.com
- Richard P. Norton      rnorton@hunton.com
- Robert M. Novick      rnovick@kasowitz.com, courtnotices@kasowitz.com
- Harold S. Novikoff      hsnovikoff@wlrk.com, calert@wlrk.com
- Anne Faith O'Berry      jputnam@bermanesq.com
- Edmond P. O'Brien      eobrien@sbchlaw.com
- Brian Edward O'Connor      maosbny@willkie.com, boconnor@willkie.com
- Sean A. O'Neal      soneal@cgsh.com,
  maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com;msercombe@cgsh.com
- Paul B. O'Neill      boneill@kramerlevin.com, edaniels@kramerlevin.com
- Kalman Ochs      ochska@ffhsj.com
- Patrick D. Oh      patrick.oh@freshfields.com
- Sean A. Okeefe      sokeefe@winthropcouchot.com
- Jeffrey M. Olinsky      chad.valerio@db.com
- Juliana P. Oliveira      joliveira@kramerlevin.com
- Harold Olsen      holsen@stroock.com

- Matthew Olsen     molsen@morganlewis.com
- Karen Ostad     kostad@mofo.com
- Jody Michelle Oster     ECF.Oster@huntington.com
- Alec P. Ostrow     aostrow@beckerglynn.com,
  lmueller@beckerglynn.com;shennessey@beckerglynn.com
- Neil J. Oxford     oxford@hugheshubbard.com
- Isaac M. Pachulski     ipachulski@stutman.com
- Anthony Paduano     ap@pwlawyers.com, lw@pwlawyers.com
- R. Stephen Painter     spainter@cftc.gov
- Charles Palella     cpalella@kurzman.com
- Deryck A. Palmer     deryck.palmer@cwt.com,
  david.moura@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com
- Charles N. Panzer     cpanzer@sillscummis.com
- Merritt A. Pardini
  dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.com
- David W. Parham     david.w.parham@bakernet.com, julia.rogic@bakermckenzie.com
- Barbra R. Parlin     barbra.parlin@hklaw.com
- Peter S. Partee     ppartee@hunton.com
- David S. Pegno     dpegno@dpklaw.com
- Alfredo R. Perez     alfredo.perez@weil.com,
  Michele.meises@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;donald.etienne@weil.com;nicole.aliseo@weil.com;aliza.reicher@weil.com
- Robert E. Pershes     rpershes@bdblaw.com,
  sweires@bdblaw.com;cedwards@bdblaw.com
- Anne M. Peterson     anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com
- Gregory M. Petrick     gregory.petrick@cwt.com, allison.dipasqua@cwt.com
- Deborah J. Piazza     dpiazza@abramslaw.com,
  kmurray@abramslaw.com;sramkhelawan@abramslaw.com
- Douglas J. Pick     dpick@picklaw.net, ezabicki@picklaw.net
- Thomas Pietrantonio     pietrantoniolaw@optonline.net
- Andrea Pincus     apincus@reedsmith.com
- Leslie A. Plaskon     leslieplaskon@paulhastings.com
- Sydney G. Platzer     splatzer@platzerlaw.com
- Frederick B. Polak     lml@ppgms.com
- John Polich     john.polich@ventura.org
- Jeffrey S. Posta     jposta@stark-stark.com
- John N. Poulos     poulos@hugheshubbard.com
- Kiyam J. Poulson     kpoulson@dlgnylaw.com
- Constantine Pourakis     cp@stevenslee.com
- Jennifer Premisler     Jen.Premisler@cliffordchance.com
- Patricia Williams Prewitt     pwp@pattiprewittlaw.com
- William C. Price     wprice@thorpreed.com
- Madlyn Gleich Primoff     mprimoff@kayescholer.com, maosbny@kayescholer.com
- Jeffrey D. Prol     jprol@lowenstein.com
- Jacob S. Pultman     jacob.pultman@allenovery.com, kurt.vellek@allenovery.com

- Deborah Quinn      dquinn@garfield-county.com, garcoatt@garfield-county.com
- Jonathan I. Rabinowitz      jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Amanda Raboy      araboy@cov.com
- Paul A. Rachmuth      prachmuth@gerstensavage.com
- Randall Rainer      rrainer@wmd-law.com
- Jack A. Raisner      jar@outtengolden.com
- Jennifer Rando Cristiano      jrandocristiano@logs.com, ntreglia@logs.com
- Kiara L. Rankin      kiara.rankin@bingham.com, angela.owens@bingham.com
- John J. Rapisardi      john.rapisardi@cwt.com, betty.comerro@cwt.com
- Craig V. Rasile      mmannering@hunton.com
- Paul L. Ratelle      pratelle@fwhtlaw.com
- Gary O. Ravert      gravert@mwe.com
- Sophia Ree      sree@lcbf.com
- Ira A. Reid      ira.a.reid@bakernet.com
- Russell Lowell Reid      rreid@sheppardmullin.com, bwolfe@sheppardmullin.com
- Steven J. Reisman      sreisman@curtis.com,
  cgiglio@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;mgallagher@curtis.com;dchi
  ng@curtis.com;njames@curtis.com;mgiugliano@curtis.com;hsaydah@curtis.com;jzimm
  er@curtis.com
- Howard D. Ressler      hressler@diamondmccarthy.com, sloden@diamondmccarthy.com
- Kenneth A. Reynolds      kreynolds@mklawnyc.com,
  jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Alexander G. Rheaume      arheaume@riemerlaw.com, gmoss@riemerlaw.com
- Jeffrey N. Rich      jeff.rich@klgates.com, nathanael.meyers@klgates.com
- Marc E. Richards      mrichards@blankrome.com
- Paul J. Ricotta      pricotta@mintz.com
- Michael J. Riela      michael.riela@lw.com
- Fred B. Ringel      fbr@robinsonbrog.com
- Christy Rivera      crivera@chadbourne.com
- Jennifer L. Rodburg      jennifer.rodburg@friedfrank.com,
  aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@friedfra
  nk.com
- Theodore O. Rogers      rogerst@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Vincent J. Roldan      vincent.roldan@dlapiper.com
- William J.F. Roll      wroll@shearman.com
- William A. Rome      warome@hpplegal.com
- Jorian L. Rose      jrose@bakerlaw.com
- Avrum J. Rosen      ajrlaw@aol.com,
  AJRLAW@aol.com;kberson@avrumrosenlaw.com;fkantrow@avrumrosenlaw.com;lstal
  ker@avrumrosenlaw.com;dldobbin@avrumrosenlaw.com;gbara@avrumrosenlaw.com;e
  meade@avrumrosenlaw.com
- Arthur E. Rosenberg      arthur.rosenberg@hklaw.com
- Jeffrey M. Rosenberg      jeff@kleinsolomon.com
- Kermit A. Rosenberg      krosenberg@bltplaw.com
- Benjamin Rosenblum      brosenblum@jonesday.com
- Jeffrey A. Rosenthal      maofiling@cgsh.com
- Michael A. Rosenthal      mrosenthal@gibsondunn.com, jcontreras@gibsondunn.com
- Wendy Rosenthal      wendy.rosenthal@cliffordchance.com

- David A. Rosenzweig      DRosenzweig@Fulbright.com
- David S. Rosner      dfliman@kasowitz.com;courtnotices@kasowitz.com
- Douglas B. Rosner      drosner@goulstonstorrs.com
- Melissa-Jean Rotini      mjr1@westchestergov.com
- Alex R. Rovira      arovira@sidley.com, emcdonnell@sidley.com
- Barry J Roy      broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Kenneth Rudd      krudd@zeklaw.com
- Samuel H. Rudman      srudman@rgrdlaw.com
- Abby Rudzin      arudzin@omm.com
- Eric Litman Ruiz      eric.ruiz@davispolk.com
- Scott K. Rutsky      srutsky@proskauer.com
- Herbert K. Ryder      hryder@daypitney.com
- Jeffrey S. Sabin      jeffrey.sabin@bingham.com
- Jay G. Safer      jsafer@lockelord.com
- Chester B. Salomon      csalomon@beckerglynn.com,
  shennessey@beckerglynn.com;lmueller@beckerglynn.com
- Michael E. Salzman      salzman@hugheshubbard.com
- Diane W. Sanders      austin.bankruptcy@publicans.com
- Jason Sanjana      jason.sanjana@lw.com
- Lori K. Sapir      lsapir@sillscummis.com
- Jeffrey L. Sapir-13      info@sapirch13tr.com
- Robert M. Sasloff      rms@robinsonbrog.com
- Paul A. Saso      psaso@gibbonslaw.com
- Joseph Cono Savino      savino@larypc.com,
  silvestro@larypc.com;ruda@larypc.com;fox@larypc.com;parvaneh@larypc.com;gardella@larypc.com
- Jennifer Savion      jsavion@ci.syracuse.ny.us
- Robert Scannell      rscannell@morganlewis.com
- Louis A. Scarcella      lscarcella@farrellfritz.com, ffbkmao@farrellfritz.com
- Eric A Schaffer      eschaffer@reedsmith.com, slucas@reedsmith.com
- Brian Schartz      bschartz@kirkland.com
- Jonathan D. Schiller      jschiller@bsfllp.com, jkrisbergh@bsfllp.com
- William B. Schiller      wschiller@schillerknapp.com, lgadomski@schillerknapp.com
- Michael L. Schleich      mschleich@fslf.com
- Erik Schneider      erik.schneider@srz.com
- Edward L. Schnitzer      eschnitzer@hahnhessen.com,
  jzawadzki@hahnhessen.com;nrigano@hahnhessen.com;sthompson@hahnhessen.com;jsmith@hahnhessen.com;kprimm@hahnhessen.com
- William H. Schorling      william.schorling@bipc.com, donna.curcio@bipc.com
- Carey D. Schreiber      cschreiber@winston.com
- Christopher P. Schueller      christopher.schueller@bipc.com,
  timothy.palmer@bipc.com;donna.curcio@bipc.com
- Dan Jeremy Schulman      dschulman@salans.com
- Andrea B. Schwartz      andrea.b.schwartz@usdoj.gov
- Jeffrey L. Schwartz
  jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;jsmith@hahnhessen.com;chunker@hahnhessen.com

- Matthew A. Schwartz    schwartzmatthew@sullcrom.com,
  s&cmanagingclerk@sullcrom.com
- Richard Schwed    rschwed@shearman.com
- Lisa M. Schweitzer    lschweitzer@cgsh.com,
  maofiling@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com
- Brendan M. Scott    bscott@klestadt.com
- John Scott    jlscott@reedsmith.com
- Howard Seife    arosenblatt@chadbourne.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- David R. Seligman    david.seligman@kirkland.com
- Andrew D. Shaffer    ashaffer@mayerbrown.com
- Joel M. Shafferman    joel@shafeldlaw.com
- Dan Shaked    dan@shakedandposner.com
- Daniel Shamah    dshamah@omm.com
- Nolan E. Shanahan    nshanahan@coleschotz.com
- David B. Shemano    dshemano@pwkllp.com
- Thomas I. Sheridan    tsheridan@hanlyconroy.com
- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com
- Mark Sherrill    mark.sherrill@sablaw.com
- Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
- Michael A. Shiner    mshiner@tuckerlaw.com
- J. Christopher Shore    cshore@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Le
  onard@ny.whitecase.com
- Carren B. Shulman    cshulman@sheppardmullin.com, jshah@sheppardmullin.com
- Motty Shulman    MSHULMAN@BSFLLP.COM
- Patrick Sibley    psibley@pryorcashman.com, dstevens@pryorcashman.com
- Glenn E. Siegel    Glenn.Siegel@dechert.com
- Paul H. Silverman    PSilverman@mclaughlinstern.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Peter L. Simmons    peter.simmons@friedfrank.com
- Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Leif T. Simonson    lsimonson@faegre.com
- Charles E. Simpson    csimpson@windelsmarx.com,
  detheridge@windelsmarx.com;mhudson@windelsmarx.com;mmartir@windelsmarx.com
- Howard G. Sloane    pfarren@cahill.com
- Thomas R. Slome    lgomez@msek.com
- Edward Smith    easmith@venable.com
- Elizabeth Page Smith    esmith@llgm.com
- John R. Smith    jrsmith@hunton.com
- Turner P. Smith    tsmith@cm-p.com, jclyne@cm-p.com
- Abigail Snow    asnow@ssbb.com
- Andrew T. Solomon    asolomon@sandw.com, rlombardo@sandw.com
- Jay B. Solomon    jay@kleinsolomon.com
- John Wesley Spears    john.spears@alston.com
- Arthur J. Spector    aspector@bergersingerman.com,
  byglesia@bergersingerman.com;efile@bergersingerman.com
- Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com

- Douglas E. Spelfogel      dspelfogel@foley.com, bmjones@foley.com
- James H.M. Sprayregen      jsprayregen@kirkland.com, wguerrieri@kirkland.com
- Marvin E. Sprouse      msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
- J. Gregory St.Clair      Chris.Dickerson@skadden.com;Elise.OConnell@skadden.com
- Katherine Stadler      kstadler@gklaw.com, zraiche@gklaw.com
- Bonnie Steingart      steinbo@ffhsj.com,
  nydocketclrk@ffhsj.com,Matthew.Roose@friedfrank.com,cedrick.mendoza-
  tolentino@friedfrank.com
- Jack G. Stern      jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com
- Malani Sternstein      msternstein@sheppardmullin.com
- J. Robert Stoll      jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com
- Ralph M. Stone      rstone@lawssb.com
- Brent C. Strickland      bstrickland@wtplaw.com
- Harvey A. Strickon      harveystrickon@paulhastings.com
- Walter B. Stuart      walter.stuart@freshfields.com
- William S. Sugden      will.sugden@alston.com, heather.byrd@alston.com
- David A. Sullivan      david.sullivan@cliffordchance.com
- James M. Sullivan      jsullivan@mosessinger.com
- Stephen D. Susman      ssusman@susmangodfrey.com
- Walter E. Swearingen      wswearingen@llf-law.com
- Claude Szyfer      cszyfer@stroock.com,
  docketing@stroock.com;insolvency@stroock.com
- Matthew S. Tamasco      mtamasco@schnader.com
- Sara M. Tapinekis      sara.tapinekis@cliffordchance.com
- Robert E. Tarcza      bobt@tglaw.net
- Charles Martin Tatelbaum      ctatelbaum@hinshawlaw.com, smerrill@hinshawlaw.com
- James Tecce      jamestecce@quinnemanuel.com
- Samuel Jason Teele      jteele@lowenstein.com, lbonito@lowenstein.com
- Jay Teitelbaum      jteitelbaum@tblawllp.com
- H. Marc Tepper      marc.tepper@bipc.com, donna.curcio@bipc.com
- Ronald M. Terenzi      rterenzi@stcwlaw.com
- April J. Theis      april.theis@azag.gov
- Richard C. Tisdale      richard.tisdale@friedfrank.com
- My Chi To      mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Jeffrey G. Tougas      jtougas@mayerbrown.com, JCDebaca@mayerbrown.com
- Amit K. Trehan      atrehan@mayerbrown.com, atrehan@mayerbrown.com
- Curtis V. Trinko      ctrinko@trinko.com
- Patrick J. Trostle      ptrostle@jenner.com
- Brian Trust      btrust@mayerbrown.com
- Gerard Uzzi      guzzi@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com
- Jantra Van Roy      jvanroy@zeklaw.com
- Shmuel Vasser      shmuel.vasser@dechert.com
- Michael J. Venditto      mvenditto@reedsmith.com
- Raymond W. Verdi      rwvlaw@yahoo.com
- Jon C. Vigano      jvigano@schiffhardin.com
- Paul Vizcarrondo      pvizcarrondo@wlrk.com, calert@wlrk.com

- Shai Waisman    shai.waisman@weil.com,
  amanda.hendy@weil.com;jae.kim@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;michele.meises@weil.com
- Shai Waisman1    shai.waisman@weil.com
- Shai Waisman2    shai.waisman@weil.com
- Adrienne Walker    awalker@mintz.com
- Lisa L. Wallace    lwallace@mwc-law.com
- Josephine Wang    jwang@sipc.org
- Mark W. Warren    mwarren@mtb.com
- W. Clark Watson    cwatson@balch.com
- Corey R. Weber    ecf@ebg-law.com
- Jeffrey T. Wegner    jeffrey.wegner@kutakrock.com
- Chaya F. Weinberg-Brodt    chaya.weinberg@withers.us.com
- Daniel S Weinberger    dweinberger@gibbonslaw.com
- Gregg L. Weiner    weinegr@friedfrank.com, docketclerks@friedfrank.com
- Stephen L. Weinstein    sweinstein@eisemanlevine.com
- William P. Weintraub    wweintraub@fklaw.com,
  vgarvey@fklaw.com;gfox@fklaw.com
- Rochelle R. Weisburg    rochellew@shiboleth.com
- John W. Weiss    john.weiss@alston.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Mark F. Werle    eag@rsclaw.com;dmc@rsclaw.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Timothy Raymond Wheeler    twheeler@lowenstein.com,
  lbonito@lowenstein.com;klafiura@lowenstein.com
- Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com
- Dennis J. Wickham    wickham@scmv.com, havard@scmv.com
- Monika S. Wiener    mwiener@dl.com
- Michael E. Wiles    mewiles@debevoise.com, mao-bk-ecf@debevoise.com
- Brady C. Williamson    bwilliamson@gklaw.com, zraiche@gklaw.com
- Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com
- Eric J. Wilson    zraiche@gklaw.com
- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com
- L. Matt Wilson    efile@willaw.com
- Michael G. Wilson    mwilson@hunton.com,
  shislop@hunton.com;candonian@hunton.com
- Stephen P Wing    spwing@iabar.org
- Eric D. Winston    ericwinston@quinnemanuel.com
- Steven R. Wirth    swirth@wmd-law.com
- Jane Rue Wittstein    jruewittstein@jonesday.com
- Amy R. Wolf    arwolf@wlrk.com, calert@wlrk.com
- Joshua Matthew Wolf    jowolf@law.nyc.gov
- Blanka K. Wolfe    bwolfe@sheppardmullin.com
- Steven Wolowitz    swolowitz@mayerbrown.com, jmarsala@mayerbrown.com
- James Addison Wright    james.wright@ropesgray.com
- Karon Y. Wright    karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Thomas John Wright    wrightth@sullcrom.com
- Robert C. Yan    ryan@farrellfritz.com, ffbkmao@farrellfritz.com

- David Farrington Yates    farrington.yates@snrdenton.com
- Jack Yoskowitz    yoskowitz@sewkis.com
- Jerome Zamos    zamoslaw@aol.com
- Erin Zavalkoff    ecfnydocket@vedderprice.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- George A. Zimmerman    brian.mcdermott@skadden.com
- N. Theodore Zink    tzink@chadbourne.com,
  tzink@chadbourne.com;crivera@chadbourne.com
- Peter Alan Zisser    peter.zisser@ssd.com,
  wilfred.lancaster@ssd.com;rudy.green@ssd.com
- Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com
- Edward P. Zujkowski    ezujkowski@emmetmarvin.com,
  ezujkowski@emmetmarvin.com
- Ellen Zweig    ezweig@optonline.net
- Abraham L. Zylberberg    azylberberg@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com

## SERVED VIA UPS ON 8/11/11:

United States Bankruptcy Court
Southern District Of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Office Of The US Trustee
Andrew D Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

## SERVED VIA ELECTRONIC MAIL ON 8/11/11:

'aaaronson@dilworthlaw.com'; 'aalfonso@willkie.com'; 'abraunstein@riemerlaw.com';
'acaton@kramerlevin.com'; 'acker@chapman.com'; 'adam.brezine@hro.com';
'adarwin@nixonpeabody.com'; 'Adiamond@DiamondMcCarthy.com';
'aeckstein@blankrome.com'; 'aentwistle@entwistle-law.com'; 'afriedman@irell.com';
'agbanknewyork@ag.tn.gov'; 'aglenn@kasowitz.com'; 'agold@herrick.com';
'ahammer@freebornpeters.com'; 'aisenberg@saul.com'; 'akantesaria@oppenheimerfunds.com';
'alum@ftportfolios.com'; 'amarder@msek.com'; 'AMcMullen@BoultCummings.com';
'amenard@tishmanspeyer.com'; 'Andrew.Brozman@cliffordchance.com';
'andrew.lourie@kobrekim.com'; 'angelich.george@arentfox.com'; 'ann.reynaud@shell.com';
'anthony_boccanfuso@aporter.com'; 'aoberry@bermanesq.com'; 'aostrow@beckerglynn.com';
'apo@stevenslee.com'; 'aquale@sidley.com'; 'araboy@cov.com'; 'arahl@reedsmith.com';
'arheaume@riemerlaw.com'; 'arlbank@pbfcm.com'; 'arosenblatt@chadbourne.com';

'arthur.rosenberg@hklaw.com'; 'arwolf@wlrk.com'; 'aseuffert@lawpost-nyc.com';
'ashaffer@mayerbrown.com'; 'ashmead@sewkis.com'; 'asnow@ssbb.com';
'atrehan@mayerbrown.com'; 'aunger@sidley.com'; 'austin.bankruptcy@publicans.com';
'avenes@whitecase.com'; 'azylberberg@whitecase.com'; 'bankr@zuckerman.com';
'bankruptcy@goodwin.com'; 'bankruptcy@morrisoncohen.com'; 'bankruptcy@ntexas-
attorneys.com'; 'bankruptcymatters@us.nomura.com'; 'barbra.parlin@hklaw.com';
'bbisignani@postschell.com'; 'bcarlson@co.sanmateo.ca.us'; 'bdk@schlamstone.com';
'bguiney@pbwt.com'; 'bill.freeman@pillsburylaw.com'; 'bkmail@prommis.com';
'bmanne@tuckerlaw.com'; 'BMiller@mofo.com'; 'boneill@kramerlevin.com';
'Brian.Corey@greentreecreditsolutions.com'; 'brosenblum@jonesday.com';
'broy@rltlawfirm.com'; 'bstrickland@wtplaw.com'; 'btrust@mayerbrown.com';
'bturk@tishmanspeyer.com'; 'bwolfe@sheppardmullin.com'; 'bzabarauskas@crowell.com';
'cahn@clm.com'; 'calbert@reitlerlaw.com'; 'canelas@pursuitpartners.com';
'carol.weinerlevy@bingham.com'; 'cbelisle@wfw.com'; 'cbelmonte@ssbb.com';
'cbrotstein@bm.net'; 'cgoldstein@stcwlaw.com'; 'chammerman@paulweiss.com';
'chardman@klestadt.com'; 'charles@filardi-law.com'; 'charles_malloy@aporter.com';
'chipford@parkerpoe.com'; 'chris.donoho@lovells.com'; 'christopher.schueller@bipc.com';
'clarkb@sullcrom.com'; 'clynch@reedsmith.com'; 'cmontgomery@salans.com';
'cohenr@sewkis.com'; 'colea@gtlaw.com'; 'cousinss@gtlaw.com'; 'cp@stevenslee.com';
'cpappas@dilworthlaw.com'; 'craig.goldblatt@wilmerhale.com';
'crmomjian@attorneygeneral.gov'; 'cs@stevenslee.com'; 'csalomon@beckerglynn.com';
'cschreiber@winston.com'; 'cshore@whitecase.com'; 'cshulman@sheppardmullin.com';
'ctatelbaum@adorno.com'; 'cwalsh@mayerbrown.com'; 'cward@polsinelli.com'; 'cweber@ebg-
law.com'; 'cweiss@ingramllp.com'; 'dallas.bankruptcy@publicans.com';
'daniel.guyder@allenovery.com'; 'dave.davis@isgria.com'; 'david.bennett@tklaw.com';
'david.crichlow@pillsburylaw.com'; 'david.heller@lw.com'; 'david.seligman@kirkland.com';
'davids@blbglaw.com'; 'davidwheeler@mvalaw.com'; 'dbalog@intersil.com';
'dbarber@bsblawyers.com'; 'dbaumstein@whitecase.com'; 'dbesikof@loeb.com'; 'dcimo@gjb-
law.com'; 'dcoffino@cov.com'; 'dcrapo@gibbonslaw.com'; 'ddavis@paulweiss.com';
'ddrebsky@nixonpeabody.com'; 'ddunne@milbank.com'; 'deggermann@kramerlevin.com';
'deggert@freebornpeters.com'; 'demetra.liggins@tklaw.com'; 'deryck.palmer@cwt.com';
'dfelder@orrick.com'; 'dflanigan@polsinelli.com'; 'dgrimes@reedsmith.com';
'dhayes@mcguirewoods.com'; 'dheffer@foley.com'; 'diconzam@gtlaw.com';
'djoseph@stradley.com'; 'dkleiner@velaw.com'; 'dkozusko@willkie.com';
'dlemay@chadbourne.com'; 'dlipke@vedderprice.com'; 'dludman@brownconnery.com';
'dmcguire@winston.com'; 'dmurray@jenner.com'; 'dneier@winston.com';
'dodonnell@milbank.com'; 'dove.michelle@dorsey.com'; 'dowd.mary@arentfox.com';
'dpegno@dpklaw.com'; 'draelson@fisherbrothers.com'; 'dravin@wolffsamson.com';
'drose@pryorcashman.com'; 'drosenzweig@fulbright.com'; 'drosner@goulstonstorrs.com';
'drosner@kasowitz.com'; 'dshaffer@wtplaw.com'; 'dshemano@pwkllp.com';
'dspelfogel@foley.com'; 'dtatge@ebglaw.com'; 'dwdykhouse@pbwt.com';
'dwildes@stroock.com'; 'dworkman@bakerlaw.com'; 'easmith@venable.com';
'echang@steinlubin.com'; 'ecohen@russell.com'; 'efleck@milbank.com';
'efriedman@friedumspring.com'; 'egeekie@schiffhardin.com'; 'eglas@mccarter.com';
'ehollander@whitecase.com'; 'ekbergc@lanepowell.com'; 'elevin@lowenstein.com';
'eli.mattioli@klgates.com'; 'ellen.halstead@cwt.com'; 'emerberg@mayerbrown.com';
'eobrien@sbchlaw.com'; 'eschaffer@reedsmith.com'; 'eschwartz@contrariancapital.com';
'esmith@dl.com'; 'etillinghast@sheppardmullin.com'; 'ezujkowski@emmetmarvin.com';

'ezweig@optonline.net'; 'fbp@ppgms.com'; 'feldsteinh@sullcrom.com';
'ffm@bostonbusinesslaw.com'; 'fhyman@mayerbrown.com'; 'fishere@butzel.com';
'francois.janson@hklaw.com'; 'fsosnick@shearman.com'; 'fyates@sonnenschein.com';
'gabriel.delvirginia@verizon.net'; 'gbray@milbank.com'; 'george.davis@cwt.com';
'geraci@thalergertler.com'; 'ggitomer@mkbattorneys.com'; 'giddens@hugheshubbard.com';
'gkaden@goulstonstorrs.com'; 'glenn.siegel@dechert.com'; 'gmoss@riemerlaw.com';
'gravert@mwe.com'; 'gspilsbury@jsslaw.com'; 'guzzi@whitecase.com';
'harrisjm@michigan.gov'; 'harveystrickon@paulhastings.com'; 'hbeltzer@mayerbrown.com';
'heidi@crumbielaw.com'; 'heim.steve@dorsey.com'; 'heiser@chapman.com';
'hirsch.robert@arentfox.com'; 'hollace.cohen@troutmansanders.com'; 'holsen@stroock.com';
'howard.hawkins@cwt.com'; 'hseife@chadbourne.com'; 'hsnovikoff@wlrk.com';
'icatto@mwe.com'; 'igoldstein@dl.com'; 'ilevee@lowenstein.com'; 'info2@normandyhill.com';
'ira.herman@tklaw.com'; 'isgreene@hhlaw.com'; 'israel.dahan@cwt.com';
'iva.uroic@dechert.com'; 'jaclyn.genchi@kayescholer.com'; 'jacobsonn@sec.gov';
'james.mcclammy@dpw.com'; 'james.sprayregen@kirkland.com';
'jamestecce@quinnemanuel.com'; 'jamie.nelson@dubaiic.com'; 'jar@outtengolden.com';
'jason.jurgens@cwt.com'; 'jay.hurst@oag.state.tx.us'; 'jay@kleinsolomon.com';
'Jbecker@wilmingtontrust.com'; 'jbeemer@entwistle-law.com'; 'jbeiers@co.sanmateo.ca.us';
'jbird@polsinelli.com'; 'jbromley@cgsh.com'; 'jcarberry@cl-law.com';
'jchristian@tobinlaw.com'; 'Jdrucker@coleschotz.com'; 'jdyas@halperinlaw.net'; 'jean-
david.barnea@usdoj.gov'; 'jeanites@whiteandwilliams.com'; 'jeannette.boot@wilmerhale.com';
'jeff.wittig@coair.com'; 'jeffrey.sabin@bingham.com'; 'jeldredge@velaw.com';
'jen.premisler@cliffordchance.com'; 'jennifer.demarco@cliffordchance.com';
'jennifer.gore@shell.com'; 'jeremy.eiden@state.mn.us'; 'jfalgowski@reedsmith.com';
'jflaxer@golenbock.com'; 'jfox@joefoxlaw.com'; 'jfreeberg@wfw.com'; 'jg5786@att.com';
'jgarrity@shearman.com'; 'jgenovese@gjb-law.com'; 'jguy@orrick.com'; 'jherzog@gklaw.com';
'jhiggins@fdlaw.com'; 'jhorgan@phxa.com'; 'jhuggett@margolisedelstein.com';
'jhuh@ffwplaw.com'; 'jim@atkinslawfirm.com'; 'jjoyce@dresslerpeters.com'; Tancredi, James J.;
'jjureller@klestadt.com'; 'jkehoe@btkmc.com'; 'jlamar@maynardcooper.com'; 'jlawlor@wmd-
law.com'; 'jlee@foley.com'; 'jlevitin@cahill.com'; 'jlipson@crockerkuno.com'; 'jliu@dl.com';
'jlovi@steptoe.com'; 'jlscott@reedsmith.com'; 'jmaddock@mcguirewoods.com';
'jmazermarino@msek.com'; 'jmcginley@wilmingtontrust.com'; 'jmelko@gardere.com';
'merva@fult.com'; 'jmmurphy@stradley.com'; 'jmr@msf-law.com';
'john.monaghan@hklaw.com'; 'john.rapisardi@cwt.com'; 'john@crumbielaw.com';
'joli@crlpc.com'; 'jorbach@hahnhessen.com'; 'Joseph.Cordaro@usdoj.gov';
'joshua.dorchak@bingham.com'; 'jowen769@yahoo.com'; 'jowolf@law.nyc.gov';
'joy.mathias@dubaiic.com'; 'JPintarelli@mofo.com'; 'jporter@entwistle-law.com';
'jprol@lowenstein.com'; 'jrabinowitz@rltlawfirm.com'; 'jrsmith@hunton.com';
'jschwartz@hahnhessen.com'; 'jsheerin@mcguirewoods.com'; 'jshickich@riddellwilliams.com';
'jsmairo@pbnlaw.com'; 'jstoll@mayerbrown.com'; 'jsullivan@mosessinger.com';
'jtimko@shutts.com'; 'jtougas@mayerbrown.com'; 'judy.morse@crowedunlevy.com';
'jwallack@goulstonstorrs.com'; 'jwang@sipc.org'; Cohen, Joshua W.; 'jweiss@gibsondunn.com';
'jwest@velaw.com'; 'jwh@njlawfirm.com'; 'karen.wagner@dpw.com';
'KDWBankruptcyDepartment@kelleydrye.com'; 'keckhardt@hunton.com';
'keith.simon@lw.com'; 'Ken.Coleman@allenovery.com'; 'ken.higman@hp.com';
'kerry.moynihan@hro.com'; 'kgwynne@reedsmith.com'; 'kiplok@hugheshubbard.com';
'kkelly@ebglaw.com'; 'klyman@irell.com'; 'kmayer@mccarter.com';
'kobak@hugheshubbard.com'; 'korr@orrick.com'; 'KOstad@mofo.com';

'kovskyd@pepperlaw.com'; 'kpiper@steptoe.com'; 'kressk@pepperlaw.com';
'KReynolds@mklawnyc.com'; 'krosen@lowenstein.com'; 'kuehn@bragarwexler.com';
'kurt.mayr@bgllp.com'; 'lacyr@sullcrom.com'; 'Landon@StreusandLandon.com';
'lathompson@co.sanmateo.ca.us'; 'lawallf@pepperlaw.com'; 'lberkoff@moritthock.com';
'Lee.Stremba@troutmansanders.com'; 'lgranfield@cgsh.com'; 'lhandelsman@stroock.com';
'linda.boyle@twtelecom.com'; 'lisa.ewart@wilmerhale.com'; 'lisa.kraidin@allenovery.com';
'LJKotler@duanemorris.com'; 'lmarinuzzi@mofo.com'; 'Lmay@coleschotz.com';
'lmcgowen@orrick.com'; 'lml@ppgms.com'; 'lnashelsky@mofo.com'; 'loizides@loizides.com';
'lromansic@steptoe.com'; 'lscarcella@farrellfritz.com'; 'lschweitzer@cgsh.com';
'lthompson@whitecase.com'; 'lubell@hugheshubbard.com'; 'lwhidden@salans.com';
'mabrams@willkie.com'; 'MAOFILING@CGSH.COM'; 'Marc.Chait@SC.com';
'margolin@hugheshubbard.com'; 'mark.deveno@bingham.com'; 'mark.ellenberg@cwt.com';
'mark.houle@pillsburylaw.com'; 'mark.sherrill@sutherland.com'; 'martin.davis@ots.treas.gov';
'Marvin.Clements@ag.tn.gov'; 'matt@willaw.com'; 'matthew.klepper@dlapiper.com';
'maustin@orrick.com'; 'mbenner@tishmanspeyer.com'; 'mberman@nixonpeabody.com';
'mbienenstock@dl.com'; 'mbossi@thompsoncoburn.com'; 'mcademartori@sheppardmullin.com';
'mccombst@sullcrom.com'; 'mcordone@stradley.com'; 'mcto@debevoise.com';
'mdorval@stradley.com'; 'melorod@gtlaw.com'; 'meltzere@pepperlaw.com';
'metkin@lowenstein.com'; 'mfeldman@willkie.com'; 'mgordon@briggs.com';
'mgreger@allenmatkins.com'; 'mh1@mccallaraymer.com'; 'mhopkins@cov.com';
'michael.frege@cms-hs.com'; 'michael.kelly@monarchlp.com'; 'michael.kim@kobrekim.com';
'millee12@nationwide.com'; 'miller@taftlaw.com'; 'mimi.m.wong@irscounsel.treas.gov';
'mitchell.ayer@tklaw.com'; 'mjacobs@pryorcashman.com'; 'mjedelman@vedderprice.com';
'MJR1@westchestergov.com'; 'mkjaer@winston.com'; 'mlahaie@akingump.com';
'MLandman@lcbf.com'; 'mlynch2@travelers.com'; 'mmendez@hunton.com';
'mmooney@deilylawfirm.com'; 'mmorreale@us.mufg.jp'; 'mneier@ibolaw.com';
'monica.lawless@brookfieldproperties.com'; 'mpage@kelleydrye.com';
'mprimoff@kayescholer.com'; 'mpucillo@bermanesq.com'; 'mrosenthal@gibsondunn.com';
'mruetzel@whitecase.com'; 'mschimel@sju.edu'; 'mshiner@tuckerlaw.com';
'msiegel@brownrudnick.com'; 'mspeiser@stroock.com'; 'mstamer@akingump.com';
'mvenditto@reedsmith.com'; 'mwarren@mtb.com'; 'ncoco@mwe.com';
'neal.mann@oag.state.ny.us'; 'ned.schodek@shearman.com'; 'neilberger@teamtogut.com';
'newyork@sec.gov'; 'nfurman@scottwoodcapital.com'; 'Nherman@morganlewis.com';
'nissay_10259-0154@mhmjapan.com'; 'nlepore@schnader.com'; 'notice@bkcylaw.com';
'oipress@travelers.com'; 'omeca.nedd@lovells.com'; 'otccorpactions@finra.org';
'paronzon@milbank.com'; 'patrick.oh@freshfields.com'; 'paul.turner@sutherland.com';
'pbattista@gjb-law.com'; 'pbosswick@ssbb.com'; 'pdublin@akingump.com';
'peisenberg@lockelord.com'; 'peter.gilhuly@lw.com'; 'peter.macdonald@wilmerhale.com';
'peter.simmons@friedfrank.com'; 'peter@bankrupt.com'; 'pfeldman@oshr.com';
'phayden@mcguirewoods.com'; 'pmaxcy@sonnenschein.com'; 'ppascuzzi@ffwplaw.com';
'ppatterson@stradley.com'; 'psp@njlawfirm.com'; 'ptrostle@jenner.com'; 'pwright@dl.com';
'r.stahl@stahlzelloe.com'; 'raj.madan@bingham.com'; 'rajohnson@akingump.com';
'ramona.neal@hp.com'; 'ranjit.mather@bnymellon.com'; 'rbeacher@pryorcashman.com';
'rbyman@jenner.com'; 'rdaversa@orrick.com'; 'relgidely@gjb-law.com';
'rfleischer@pryorcashman.com'; 'rfrankel@orrick.com'; 'rfriedman@silvermanacampora.com';
'rgmason@wlrk.com'; 'rgraham@whitecase.com'; 'rhett.campbell@tklaw.com';
'richard.lear@hklaw.com'; 'richard.levy@lw.com'; 'richard.tisdale@friedfrank.com';
'richard@rwmaplc.com'; 'ritkin@steptoe.com'; 'RJones@BoultCummings.com';

'rleek@HodgsonRuss.com'; 'RLevin@cravath.com'; 'rmatzat@hahnhessen.com';
'rnetzer@willkie.com'; 'robert.bailey@bnymellon.com'; 'robert.dombroff@bingham.com';
'robert.henoch@kobrekim.com'; 'robert.malone@dbr.com'; 'Robert.yalen@usdoj.gov';
'robertdakis@quinnemanuel.com'; 'Robin.Keller@Lovells.com'; 'roger@rnagioff.com';
'ronald.silverman@bingham.com'; 'rqureshi@reedsmith.com'; 'rreid@sheppardmullin.com';
'rroupinian@outtengolden.com'; 'rrussell@andrewskurth.com'; 'rterenzi@stcwlaw.com';
'RTrust@cravath.com'; 'russj4478@aol.com'; 'rwasserman@cftc.gov'; 'rwyron@orrick.com';
's.minehan@aozorabank.co.jp'; 'sabin.willett@bingham.com'; 'sabramowitz@velaw.com';
'sagolden@hhlaw.com'; 'Sally.Henry@skadden.com'; 'sandyscafaria@eaton.com';
'Sara.Tapinekis@cliffordchance.com'; 'scargill@lowenstein.com'; 'schannej@pepperlaw.com';
'Schepis@pursuitpartners.com'; 'schnabel.eric@dorsey.com'; 'schristianson@buchalter.com';
'schwartzmatthew@sullcrom.com'; 'scottshelley@quinnemanuel.com';
'scousins@armstrongteasdale.com'; 'sdnyecf@dor.mo.gov'; 'sehlers@armstrongteasdale.com';
'sfelderstein@ffwplaw.com'; 'sfineman@lchb.com'; 'sfox@mcguirewoods.com';
'sgordon@cahill.com'; 'sgubner@ebg-law.com'; 'shannon.nagle@friedfrank.com';
'sharbeck@sipc.org'; 'shari.leventhal@ny.frb.org'; 'shgross5@yahoo.com';
'sidorsky@butzel.com'; 'slerner@ssd.com'; 'slevine@brownrudnick.com';
'SLoden@DiamondMcCarthy.com'; 'smayerson@ssd.com'; 'smillman@stroock.com';
'smulligan@bsblawyers.com'; 'snewman@katskykorins.com'; 'sory@fdlaw.com';
'spiotto@chapman.com'; 'splatzer@platzerlaw.com'; 'squigley@lowenstein.com';
'SRee@lcbf.com'; 'sselbst@herrick.com'; 'sshimshak@paulweiss.com'; 'sskelly@teamtogut.com';
'ssusman@susmangodfrey.com'; 'steele@lowenstein.com'; 'stephen.cowan@dlapiper.com';
'steve.ginther@dor.mo.gov'; 'steven.troyer@commerzbank.com';
'steven.wilamowsky@bingham.com'; 'Streusand@StreusandLandon.com';
'susan.schultz@newedgegroup.com'; 'susheelkirpalani@quinnemanuel.com';
'swolowitz@mayerbrown.com'; 'szuch@wiggin.com'; 'tannweiler@greerherz.com';
'tarbit@cftc.gov'; 'tbrock@ssbb.com'; 'tdewey@dpklaw.com'; 'tduffy@andersonkill.com';
'teresa.oxford@invescoaim.com'; 'TGoren@mofo.com'; 'thaler@thalergertler.com';
'thomas.califano@dlapiper.com'; 'thomas.ogden@dpw.com';
'Thomas_Noguerola@calpers.ca.gov'; 'timothy.brink@dlapiper.com';
'timothy.palmer@bipc.com'; 'tjfreedman@pbnlaw.com'; 'tkarcher@dl.com';
'tkiriakos@mayerbrown.com'; 'tlauria@whitecase.com'; 'tmacwright@whitecase.com';
'tmayer@kramerlevin.com'; 'tnixon@gklaw.com'; 'toby.r.rosenberg@irscounsel.treas.gov';
'tony.davis@bakerbotts.com'; 'tslome@msek.com'; 'ttracy@crockerkuno.com';
'twheeler@lowenstein.com'; 'ukreppel@whitecase.com'; 'vdagostino@lowenstein.com';
'Villa@StreusandLandon.com'; 'vmilione@nixonpeabody.com'; 'vrubinstein@loeb.com';
'walter.stuart@freshfields.com'; 'wanda.goodloe@cbre.com'; 'WBallaine@lcbf.com';
'wbenzija@halperinlaw.net'; 'wcurchack@loeb.com'; 'wfoster@milbank.com';
'william.m.goldman@dlapiper.com'; 'wiltenburg@hugheshubbard.com';
'wisotska@pepperlaw.com'; 'wk@pwlawyers.com'; 'wmckenna@foley.com';
'woconnor@crowell.com'; 'wsilverm@oshr.com'; 'wswearingen@llf-law.com';
'wtaylor@mccarter.com'; 'wzoberman@bermanesq.com'; 'yamashiro@sumitomotrust.co.jp';
'YUwatoko@mofo.com'; 'harvey.miller@weil.com'; 'jacqueline.marcus@weil.com';
'lori.fife@weil.com'; 'richard.krasnow@weil.com'; 'robert.lemons@weil.com'