**BROWN RUDNICK LLP**
Steven B. Levine
Peter J.M. Declercq
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Fax: (617) 856-8201
          -and-
**DEWEY & LEBOEUF LLP**
Bruce Bennett
Monika S. Wiener
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 621-6000
Fax: (213) 621-6100

*Counsel to the Undersigned Holders of Notes*
*Issued by Lehman Brothers Treasury Company B.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————
                                                        )
**In re:**                                              )          **Chapter 11**
                                                        )
**Lehman Brothers Holdings, Inc.,**                     )          **Case No. 08-13555 (JMP)**
*et al.,*                                               )
                                                        )          **(Jointly Administered)**
                                    **Debtors**         )
——————————————————————— )

**JOINT STATEMENT IN SUPPORT OF APPROVAL OF DEBTORS' DISCLOSURE**
**STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN**
**BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

By and through their respective counsel,[1] the undersigned, who are holders (or

investment advisors or managers for a fund or other entity which is a beneficial holder) of certain

---

[1]  Brown Rudnick LLP and Dewey & LeBoeuf LLP represent the undersigned Noteholders appearing in their respective signature blocks below individually and solely in respect of their LBT-Issued Notes, and not in respect to any other claims such Noteholders may hold against the Debtors and their affiliates.

notes issued by Lehman Brothers Treasury Company B.V. ("LBT"), a non-Debtor that is subject

to Dutch insolvency proceedings, and guaranteed by Lehman Brothers Holdings, Inc. ("LBHI"),

hereby state that they support approval of the *Disclosure Statement for Second Amended Joint*

*Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to*

*Section 1125 of The Bankruptcy Code* [Docket No. 18205], and, to the best of their knowledge,

acknowledge the adequacy of the information contained therein.

The undersigned Noteholders file this statement pursuant to Section 1.02(iii) of their

respective Plan Support Agreements with the Debtors (the "PSA"). Each Noteholder reserves all

rights and remedies under their PSA.


Dated:   August 12, 2011
             New York, New York

Respectfully submitted,

***Certain funds and accounts managed by* :**

**CYRUS CAPITAL PARTNERS, LP**
**GLG ORE HILL, LLC**
**SILVER POINT CAPITAL, LP**
**YORK CAPITAL MANAGEMENT GLOBAL**
   **ADVISORS, LLC**


**By their Attorneys,**

**BROWN RUDNICK LLP**

By:   _/s/ Steven Levine_____
Steven B. Levine
Peter J.M. Declercq
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 (fax)

*Counsel to the Identified Holders of Notes Issued By*
*Lehman Brothers Treasury Company B.V.*

Dated:    August 12, 2011
          New York, New York

                              Respectfully submitted,

                              *Certain funds managed by:*

                              **ANGELO, GORDON & CO., LP
                              CONTRARIAN CAPITAL MANAGEMENT, LLC
                              GOLDENTREE ASSET MANAGEMENT, LP
                              HAYMAN CAPITAL MANAGEMENT, LP
                              KNIGHTHEAD CAPITAL MANAGEMENT, LLC
                              MOUNT KELLET CAPITAL MANAGEMENT
                              OAKTREE CAPITAL MANAGEMENT, L.P.**


                              **By their Attorneys,**

                              **DEWEY & LEBOEUF LLP**

                              By:    /s/   Bruce Bennett_____
                              Bruce Bennett
                              Monika S. Wiener
                              333 South Grand Avenue, Suite 2600
                              Los Angeles, CA 90071
                              (213) 621-6000
                              (213) 621-6100 (fax)

                              *Counsel to the Identified Holders of Notes Issued By
                              Lehman Brothers Treasury Company B.V.*

# 1851282

3