**DAY PITNEY LLP**
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
One Audubon Street
New Haven, CT 06511-6433
Telephone:   (203) 752-5000
Facsimile:   (203) 752-5001

– and –

7 Times Square
New York, NY  10036-7311
Telephone:   (212) 297-5800
Facsimile:   (212) 916 2940

*Counsel to Fidelity National Title Insurance Company*

Hearing Date:   **September 14, 2011**
Hearing Time:   **10:00 A.M.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING**
**ON FIDELITY NATIONAL TITLE INSURANCE COMPANY'S**
**MOTION TO COMPEL COMPLIANCE WITH REQUIREMENTS**
**OF TITLE INSURANCE POLICIES INSURING DEEDS OF TRUST HELD**
**BY THE BANKRUPTCY ESTATE OF DEBTOR LEHMAN COMMERCIAL PAPER INC.**
**PURSUANT TO SECTIONS 105, 362, 365 AND 1107 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in Fidelity National Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance Policies Insuring Deeds of Trust Held by the Bankruptcy Estate of Debtor Lehman Commercial Paper Inc. Pursuant to Sections 105, 362, 365 and 1107 of the Bankruptcy Code [Docket No. 11513] (the "Motion to Compel"), which was scheduled for August 17, 2011 at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to September 14, 2011 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.  The hearing on the relief requested in the Motion to Compel will be held before the Honorable James M. Peck, United States

42154682.2

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion to Compel may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated at New Haven, Connecticut, this 12th day of August, 2011.

FIDELITY NATIONAL TITLE INSURANCE COMPANY

By:    /s/ Joshua W. Cohen
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
DAY PITNEY LLP
One Audubon Street
New Haven, CT 06511-6433
Tel: (203) 752-5008
Fax: (203) 752-5001
E-mail: jwcohen@daypitney.com