B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

|  |  |
|---|---|
| Citigroup Global Markets Inc. | Société Générale Bank & Trust, Singapore Branch |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Global Markets Inc.
390 Greenwich Street, 4th floor
New York, New York 10013
Attn:  Marc Heimowitz
Phone: 212-723-1058
Email: marc.heimowitz@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn:  Douglas R. Davis
Phone: 212-373-3000
Email:  ddavis@paulweiss.com

Name and address where transferee payments should be sent (if different from above):

Court Claim # (if known): 62901
Total Amount of Claim Filed: $41,159,958.12
Amount of Claim Transferred: $2,300,000.00
ISIN/CUSIP:  See Schedule 1 to Agreement and Evidence of Partial Transfer of Claim
Blocking Number:  See Exhibit 1 to the Proof of Claim file on Nov. 2, 2009
Date Claim Filed:  Nov. 29, 2009

Phone:  212-373-3000
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _____     Date: ___8/12/11_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 62901 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on August 11, 2011.

| Société Générale Bank & Trust, Singapore Branch | Citigroup Global Markets Inc. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:          Address of Transferee:

Société Générale Bank & Trust, Singapore          Citigroup Global Markets Inc.
Branch                                             390 Greenwich Street, 4th floor
1 Raffles Quay                                     New York, New York 10013
# 35-01 North Tower                                Attn: Marc Heimowitz
Singapore 048583                                   Phone: 212-723-1058
Attn: Head of Operations                           Email: marc.heimowitz@citi.com
Phone: 65-6303-3922

### ~ DEADLINE TO OBJECT TO TRANSFER ~
The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                        **CLERK OF THE COURT**

*Final Form 11/20/09*

### AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
### LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

      1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Société Générale Bank & Trust, Singapore Branch** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Citigroup Global Markets Inc.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the **nominal amount** specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 62901 filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

      2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

      3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

      4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller

hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 2ⁿᵈ day of August 2011.

**Société Générale Bank & Trust**

By: _____
Name: Olivier Vander Elst
Title: Vice President

Société Générale Bank & Trust
11 avenue Emile Reuter
L-2420 Luxembourg
Tél. +352 4793 11 5450
Mob. +352 621 193 447
Fax. +352 22 17 28
e-mail : olivier.vander-elst@socgen.com

**Citigroup Global Markets Inc.**

By: _____
Name: Marc Heimowitz
Title: Managing Director

390 Greenwich Street
New York, NY 10013

Schedule 1

**Transferred Claims**

**Purchased Claim**

5.588% of the outstanding amount of the Proof of Claim as of July 29, 2011

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount |
|---|---|---|---|---|
| Lehman Treasury Co. BV Note | XS0276437521 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 2,000,000 |
| Lehman Treasury Co. BV Note | XS0275721628 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 300,000 |

Schedule 1–1

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000062901

THIS SPACE IS FOR COURT USE ONLY

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Societe Generale Bank & Trust Singapore Branch
1 Raffles Quay #35-01 North Tower Singapore 048583
Attention: Head of Operations

Telephone number: (65) 6303-3922      Email Address: sin-priv-corporate-actions@sgprivasia.com

☑ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** 1297 & 1298
(If known)

Filed on: 12Oct08  (Received on 12Dec08)

---

Name and address where payment should be sent (if different from above)

Telephone number:   Email        Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $    41,159,958.12       (Required)**

☑  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**   See attached      **(Required)**

3.  Provide the Clearstream Bank Blocking Number, Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See attached        (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See attached        (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FILED / RECEIVED
FOR COURT USE ONLY

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 28 October 2009 | Ng Kok Kham (Regional Head of Operations) /Anne Yee (Director-Operations Back Office) |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

| № | Issuer | Description | Maturity date | Currency | Nominal Holdings | Face value | Interest | Face value + Interest | Claim amount (USD) | Basis of interest calculation | No. of Beneficial Owners | Safekeep with | Electronic Reference Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3183944643 | LEHMAN BROTHERS HOLDINGS INC | 4.75% NOTE | 16/01/2014 | EUR | 250,000 | 250,000 | 7,884.22 | 257,884.22 | 368,155.51 | 18Jun08-15Sep08 (A/A) 243/368 days x 4.75% x 250,000 = 7,884.22 | 1 | The Bank of New York Mellon A/c 600015, in the name of Societe Generale Bank & Trust Singapore Branch | 6048257 |
| 3348358414 | LEHMAN BROTHERS HOLDINGS INC | SGD 250M 4.20% 5YR FIXED RATE NOTES DUE 2013 | 22/02/2013 | SGD | 2,000,000 | 2,000,000 | 5,523.29 | 2,005,523.29 | 1,400,406.78 | 22Aug08-15Sep08 (A/365) 24/365 days x 4.20% x 2,000,000 = 5,523.29 | 1 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048631 |
| 3295725280 | LEHMAN BROTHERS SECURITIES CO. NV | LEHMAN BROTHERS SEC ZCP | 20/04/2010 | USD | 1,125,000 | 1,125,000 | - | 1,125,000.00 | 1,125,000.00 | | 2 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048632 |
| 2313861359 | LEHMAN BROTHERS SECURITIES CO. NV | LEHMAN BROTHERS SEC | 07/08/2009 | USD | 1,050,000 | 1,050,000 | to be determined | 1,050,000.00 | 1,050,000.00 | | 5 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048633 |
| 2221651975 | LEHMAN BROTHERS TREASURY CO. BV | 15NC5M CALLABLE ON INVERSION STEEPENER | 01/07/2020 | USD | 2,050,000 | 2,050,000 | to be determined | 2,050,000.00 | 2,050,000.00 | | 3 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048634 |
| 2275721628 | LEHMAN BROTHERS TREASURY CO. BV | 3 YR HSBC HOLD LEHMAN BROTHERS HOLDINGS PLC DLY ACC CALL ELN | 30/11/2009 | USD | 1,400,000 | 1,400,000 | to be determined | 1,400,000.00 | 1,400,000.00 | | 7 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048635 |
| 3278154738 | LEHMAN BROTHERS TREASURY CO. BV | 2.5YR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC DLY ACC CALL ELN | 01/06/2009 | USD | 600,000 | 600,000 | to be determined | 600,000.00 | 600,000.00 | | 2 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048636 |
| 2270286993 | LEHMAN BROTHERS TREASURY CO. BV | 2YR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACC CALL ELN | 01/12/2008 | HKD | 5,000,000 | 5,000,000 | to be determined | 5,000,000.00 | 641,565.00 | | 3 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048637 |
| 2276437521 | LEHMAN BROTHERS TREASURY CO. BV | 2YR HSBC HLDGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACC ELN | 04/07/2008 | USD | 2,800,000 | 2,800,000 | to be determined | 2,800,000.00 | 2,800,000.00 | | 5 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048638 |
| 2291251908 | LEHMAN BROTHERS TREASURY CO. BV | 2YR JAPAN BASKET DAILY ACC CALLABLE ELN | 23/03/2009 | JPY | 30,000,000 | 30,000,000 | to be determined | 30,000,000.00 | 285,710.00 | | 1 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048639 |
| 3300152966 | LEHMAN BROTHERS TREASURY CO. BV | 2YR (CARR PA+LVMH PA) DAILY ACC CALLB ELN | 26/05/2009 | EUR | 2,500,000 | 2,500,000 | to be determined | 2,500,000.00 | 3,560,000.00 | | 6 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048640 |
| 3303704129 | LEHMAN BROTHERS TREASURY CO. BV | 2.75 YRS HSBC HDGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACC CALL ELN | 08/03/2010 | USD | 3,600,000 | 3,600,000 | to be determined | 3,600,000.00 | 3,600,000.00 | | 5 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048641 |
| 3303241858 | LEHMAN BROTHERS TREASURY CO. BV | 2.70YR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACC ACCRUAL CALLABLE | 25/03/2010 | USD | 2,900,000 | 2,900,000 | to be determined | 2,900,000.00 | 2,900,000.00 | | 5 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048642 |
| 3212624334 | LEHMAN BROTHERS TREASURY CO. BV | 5YR WORST OF JAPANESE BASKET AUTO CALLB ELN | 01/08/2012 | SGD | 4,000,000 | 4,000,000 | to be determined | 4,000,000.00 | 2,793,100.00 | | 2 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048643 |
| 3312636045 | LEHMAN BROTHERS TREASURY CO. BV | 5YR WORST OF JAPANESE BSKT AUTO CALL ELN | 01/08/2012 | SGD | 4,000,000 | 4,000,000 | to be determined | 4,000,000.00 | 2,793,100.00 | | 2 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048644 |
| 3313103002 | LEHMAN BROTHERS TREASURY CO. BV | CORPORATE CREDIT LINKED NOTES | 27/07/2012 | USD | 4,100,000 | 4,100,000 | 60,133.33 | 4,160,133.33 | 4,160,133.33 | 27Jul06-15Sep08 (30/360) 46/360 days x 11% x 4,100,000 = 60,133.33 | 1 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048645 |
| 3313769074 | LEHMAN BROTHERS TREASURY CO. BV | 2YR EU BASKET DAILY ACCRUAL CALLABLE ELN | 07/08/2009 | USD | 1,500,000 | 1,500,000 | to be determined | 1,500,000.00 | 1,500,000.00 | | 2 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048646 |
| 3317360889 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEARS HK BASKET DAILY ACCRUAL CALLABLE ELN | 28/08/2009 | GBP | 1,500,000 | 1,500,000 | to be determined | 1,500,000.00 | 2,699,850.00 | | 1 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048647 |
| 3320033466 | LEHMAN BROTHERS TREASURY CO. BV | 1 YEAR US BASKET DAILY ACCRUAL CALLABLE ELN | 15/09/2008 | USD | 200,000 | - | 5448 Citigroup shares | 5448 Citigroup shares | 32.50 | Resulting from redemption in shares | 2 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048648 |
| 3332109721 | LEHMAN BROTHERS TREASURY CO. BV | 10Y NC5M CALLABLE LIBOR RANGE ACCRUAL NOTE | 11/12/2017 | USD | 1,200,000 | 1,200,000 | to be determined | 1,200,000.00 | 1,200,000.00 | | 4 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048649 |
| 3332763035 | LEHMAN BROTHERS TREASURY CO. BV | 2YR HK BASKET DLY ACCRL CALLABLE ELN | 30/11/2009 | USD | 100,000 | 100,000 | to be determined | 100,000.00 | 100,000.00 | | 1 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048650 |
| 3336240943 | LEHMAN BROTHERS TREASURY CO. BV | 1 YEAR US BASKET | 22/12/2008 | USD | 400,000 | 400,000 | to be determined | 400,000.00 | 400,000.00 | | 2 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048651 |
| 3337553258 | LEHMAN BROTHERS TREASURY CO. BV | 1 YR US BASKET DLY ACC CALLABEL ELN | 29/12/2008 | USD | 1,000,000 | 1,000,000 | to be determined | 1,000,000.00 | 1,000,000.00 | | 1 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048652 |
| 3337553415 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEARS HK BSKT 0867 | 04/01/2010 | USD | 300,000 | 300,000 | to be determined | 300,000.00 | 300,000.00 | | 1 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048653 |
| 3339480187 | LEHMAN BROTHERS TREASURY CO. BV | 10Y NC3M CALLABLE LIBOR RANGE ACCRUAL NOTES | 24/01/2018 | USD | 100,000 | 100,000 | to be determined | 100,000.00 | 100,000.00 | | 1 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048654 |
| 3201813322 | LEHMAN BROTHERS UK CAPITAL FUNDING V | FIXED RATE ENHANCED CAPITAL ADVANTAGED PREFERRED SECURITIES | | USD | 2,280,000 | 2,280,000 | 45,885.00 | 2,325,885.00 | 2,325,885.00 | 01Jun08-15Sep08 (30/360) 105/360 days x 6.9% x 2,280,000 = 45,885.00 | 7 | Euroclear Bank A/c 21945, in the name of Societe Generale Bank & Trust Singapore Branch | 6048655 |

41,159,958.12

1.427800
1.701000
0.128317
0.000557
0.494275



**SG**
**Private Banking**

28 October 2009

Lehman Brothers Holdings, Inc. et. al.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
U.S.A

Attention : Lehman Brothers Holdings, Inc.
               Claims Processing Center

Dear Sirs:

**Lehman Programs Securities**

Please find attached a proof of claim and detailed spreadsheet of all the securities that we hold
for and on behalf of our customers.

If you have any queries, please do not hesitate to contact the undersigned at telephone
+65 6303-3922 / +65 6303-3913.

Yours faithfully,
**For and on behalf of**
**Société Générale Bank & Trust, Singapore Branch**

Ng Kok Kham                              Anne Jee
Regional Head of Operations              Director-Operations Back Office

**Société Générale Bank & Trust**
Singapore Branch
ACRA Reg No. F00006732Z
Incorporated in Luxembourg with limited liability,
Head Office, 11 Avenue Emile Reuter

One Raffles Quay #35-01     Tel:  +65 6303 3888
                            Fax: +65 6225 0187



REMOVE TO EXPOSE ADHESIVE.

**EXPRESS ENVELOPE**

_~~DHL~~_

US–ZYP

EXPRESS WORLDWIDE 0 | **DOX**

10017 NEW YORK EAST, UNITED STATES

Shipment No.: 2850765391
Sender's Reference:

WAYBILL 29 9575 8396

RECEIVED
NOV 0 2 2009

Lehman Brothers Holdings, Inc. et. al.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
U.S.A