B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

### OMNIBUS TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Citigroup Global Markets Inc. | BPI Vida e Pensões, Companhia de Seguros, SA, as authorized agent for the claimants identified in the proofs of claim below |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Global Markets Inc.
390 Greenwich Street, 4th floor
New York, New York 10013
Attn: Marc Heimowitz
Phone: 212-723-1058
Email: marc.heimowitz@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Douglas R. Davis
Phone: 212-373-3000
Email: ddavis@paulweiss.com

Court Claim # (if known): 57621, 57624, 57625, 57626, 57629, 57632, 57668, 57670, 57671, 57673, 57674, 57677, 57678, 57680, 57681, 57683, 57684, 57686, 57688, 57690, 57691, 57693
Amount of Claims: See attached Schedule A
Date Claim Filed: October 30, 2009

Phone: 351213111010
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: ___8/12/11_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

## Exhibit 1

### EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York

FROM:        [                                    ]

BPI Vida e Pensões, Companhia de Seguros, SA (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Purchase Agreement dated as of the date hereof, hereby certifies that it has unconditionally and irrevocably sold, transferred, and assigned to Citigroup Global Markets Inc (the "Purchaser"), 26.5% (equal to US$588.300,00) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with the claims of the Seller against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08 13555 (JMP) et seq. pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the related portion of Proofs of Claim (Numbers 57621, 57624, 57625, 57626, 57629, 57632, 57668, 57670, 57671, 57673, 57674, 57677, 57678, 57680, 57681, 57683, 57684, 57686, 57688, 57690, 57691, 57693) filed by Seller with the Bankruptcy Court in respect of the foregoing claim (the "Claim").

The Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law and stipulates that an order may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing this Claim Purchase Agreement as an unconditional assignment and the Purchaser as the sole and valid owner and holder of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Purchaser.

IN WITNESS WHEREOF, dated as of the 28th day of July, 2011.

[SELLER]

WITNESS:                                By: _____

(Signature)

(Print name and title of witness)

TO)CVEIGA SARMENTO        TONO PRATAS

Dikector        Power of ATTORNEY

## SCHEDULE A

Purchased Claim

$2.220.000,00 of the outstanding amount of the Proof of Claim as of July, 28th 2011.

| Debtor | Proof of Claim # | Outstanding Claim Amount |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS, INC | 57621 | $500,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57624 | $110,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57625 | $50,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57626 | $190,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57629 | $40,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57632 | $70,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57668 | $20,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57670 | $40,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57671 | $20,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57673 | $30,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57674 | $90,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57677 | $20,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57678 | $30,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57680 | $120,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57681 | $30,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57683 | $100,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57684 | $20,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57686 | $110,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57688 | $320,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57690 | $170,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57691 | $110,000.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57693 | $30,000.00 |
|  | TOTAL: | $2,220,000.00 |

57621, 57624, 57625, 57626, 57629, 57632, 57668, 57670, 57671, 57673, 57674, 57677, 57678, 57680, 57681, 57683, 57684, 57686, 57688, 57690, 57691, 57693

## SCHEDULE B

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEH StrNt 02/09/14 | XS0242448578 / EF2554220 | LEHMAN BROTHERS TSY BV | LEHMAN BROTHERS HOLDINGS, INC | U$2.200.000 | Linked to Nikkei 225 Index | 09/Feb/2014 | |

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000057693 |
|---|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões IAPMEI**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010    Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $30,000.00_____(Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578**_____(Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

        6009098_____(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

        96942_____(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)        Miguel Morais Leitão (Director) | **FOR COURT USE ONLY**<br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### —— DEFINITIONS ——

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### —— INFORMATION ——

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S.  R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

       10.      Assinatura/signature/signature

             Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00 * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:


- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer

- Fundo de Pensões IAPMEI

- Fundo de Pensões EPAL

- Fundo de Pensões ENVC

- Fundo de Pensões Symington

- Fundo de Pensões Unicer

- Fundo de Pensões Gestnave

- Fundo de Pensões Vista Alegre

- Fundo de Pensões Sorefame

- Fundo de Pensões Jerónimo Martins

- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and

affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000057621 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões BPI Aberto Valorização**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010   Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Case Number:_____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $500,000.00              (Required)

☐   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0242448578                (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

_____ 6009092 _____(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

_____ 96942 _____(Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS LLC |
|---|---|
| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)          Miguel Morais Leitão (Director) | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



S.    R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

10.    Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00  * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º, 1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**, identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors** of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304, with full power and authority to sign or execute and deliver all documents relating to **Lehman Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter 11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and deliver any other documents, notices, writings or deeds that may be necessary or desirable in connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and
affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)                    0000057624

**THIS SPACE IS FOR COURT USE ONLY**

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Fundo de Pensões BNP Paribas**
Rua Braamcamp, N.º 11, 7.º
1250-049 Lisboa
PORTUGAL

Telephone number: +351 213111010    Email:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
(*If known*)

Filed on: _____

---

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $110,000.00_____** (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

---

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578_____** (Required)

---

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**6009106_____** (Required)

---

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**96942_____** (Required)

---

| 5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|

| Date.<br><br>06/10/2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)    Miguel Morais Leitão (Director) |
|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

_____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

**Convention de La Haye du 5 octobre 1961**

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

**Reconhecido/Attesté/Certified**

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

10.      Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00  * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º, 1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**, identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors** of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304, with full power and authority to sign or execute and deliver all documents relating to **Lehman Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter 11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and deliver any other documents, notices, writings or deeds that may be necessary or desirable in connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| *United States Bankruptcy Court/Southern District of New York* Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)    0000057625 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) **Fundo de Pensões Aberto BPI Acções** Rua Braamcamp, N.º 11, 7.º 1250-049 Lisboa PORTUGAL Telephone number: +351 213111010    Email: | ☐ Check this box to indicate that this claim amends a previously filed claim. **Court Claim Number:**_____ (*If known*) Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above) Telephone number:              Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $50,000.00                    **(Required)**

☐    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0242448578                    **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6009110                    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

96942                    **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** **FILED / RECEIVED** OCT 3 0 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date. 06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   José Veiga Sarmento (Director)    Miguel Morais Leitão (Director) | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### ——————DEFINITIONS——————

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### ——————INFORMATION——————

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

**PROCURADORIA-GERAL DA REPÚBLICA**

---

## APOSTILLE

### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

### Reconhecido/Attesté/Certified

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

10.     Assinatura/signature/signature

    Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.

Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.

This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.

La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.

País de destino/Pays de destination/Destination country **Estados Unidos da América**



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:


- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal





*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000057626

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Fundo de Pensões Aberto BPI Segurança**
Rua Braamcamp, N.º 11, 7.º
1250-049 Lisboa
PORTUGAL

Telephone number: +351 213111010   Email:

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.    Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $190,000.00 _____(Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578**_____(Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6009099_____(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

96942_____(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date.<br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)     Miguel Morais Leitão (Director) |

**FILED / RECEIVED**

**OCT 3 0 2009**

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1.  País/Pays/Country : **Portugal**
    Este documento público/Le présent acte public/This public document

2.  Foi assinado por/a été signé par/has been signed by **José Mestre**

3.  Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4.  E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5.  Em /à /at **Lisboa**

6.  A /le /the **27 de Outubro de 2009**

7.  Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8.  Sob o nº /sous le nº /Nº **10485-2009**

9.  Carimbo/timbre/stamp

10.  Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00 * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and

affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)      0000057632

**Note:** This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões Centralcer**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010   Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>(*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $70,000.00** _____ **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578** _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6009097 _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

96942 _____ **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)          Miguel Morais Leitão (Director) |

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____         _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

   10.      Assinatura/signature/signature

   Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and

affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| *United States Bankruptcy Court/Southern District of New York*<br><br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000057668 |
|---|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões Sorefame**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010    Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>   (*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $20,000.00**_____**(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578**_____**(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

                    **6009100**_____**(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

                    **96942**_____**(Required)**

| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>**OCT 3 0 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|

| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>**José Veiga Sarmento (Director)**        **Miguel Morais Leitão (Director)** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### ———— DEFINITIONS ————

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### ———— INFORMATION ————

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

### APOSTILLE

**Convention de La Haye du 5 octobre 1961**

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

**Reconhecido/Attesté/Certified**

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

10. Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00  *  Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN,** I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:


- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| *United States Bankruptcy Court/Southern District of New York* | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000057670

|||||||||||||||||||||||||

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Fundo de Pensões Tejo**
Rua Braamcamp, N.º 11, 7.º
1250-049 Lisboa
PORTUGAL

Telephone number: +351 213111010  Email:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.   Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $40,000.00** _____**(Required)**

☐   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578** _____**(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

        **6009108** _____**(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

        **96942** _____**(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

**OCT 3 0 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date. 06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

José Veiga Sarmento (Director)        Miguel Morais Leitão (Director)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity that owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1.  País/Pays/Country : **Portugal**
    Este documento público/Le présent acte public/This public document

2.  Foi assinado por/a été signé par/has been signed by **José Mestre**

3.  Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4.  E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5.  Em /à /at **Lisboa**

6.  A /le /the **27 de Outubro de 2009**

7.  Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8.  Sob o nº /sous le nº /Nº **10485-2009**

9.  Carimbo/timbre/stamp

    10.      Assinatura/signature/signature

    Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00  *  Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal





*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| --- | --- |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000057671

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Fundo de Pensões Vista Alegre**
Rua Braamcamp, N.º 11, 7.º
1250-049 Lisboa
PORTUGAL

Telephone number: +351 213111010   Email:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
  (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:         Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $20,000.00 _____ **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0242448578 _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6009101         **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

96942         **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

**OCT 3 0 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date.<br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)      Miguel Morais Leitão (Director) |
| --- | --- |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

———————DEFINITIONS———————

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy
filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

———————INFORMATION———————

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1. Pais/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

10.     Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and

affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.





**SHIPMENT AWB No:**

CPL T21009 000859380

**POST/ZIP CODE:**

**DESTINATION:**
OR

DOX
DHL
10017 New York, United States
ZYP - TSS
U522

BEL HERE
(ort Collect label)



**DHL EXPRESS**        Track this shipment via the DHL Web Site : http://www.dhl.com
**Shipment Air Waybill**        598 0836 411    ORIGIN    DESTINATION CODE

**1** Payer account number and insurance details
Charge to: ☐ Shipper ☐ Receiver ☐ 3rd party
Payer Account No.

**2** From (Shipper)
Shipper's account number        Contact name
30V 511 177

Company name
BPI GESTAO DE ACTIVOS

Address
RUA DAMAMCAMO 31-G
1250 - 049 LISBOA

Postcode/Zip Code (required)
1250-049 Lx

**3** To (Receiver)
EPIC BANKRUPTCY SOLUTIONS, LLC

757 THIRD AVENUE, 3RD FLOOR
NEW YORK
ATTN: LEHMAN BROTHERS
HOLDING CLAIMS PROCESSING

Postcode/Zip Code (required)    Country
NEW YORK 10017    USA

RECEIVED
OCT 3 0 2009

**7** Shipper's agreement (Signature required)
Signature    Date 29.10.09

TOP

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
|---|---|---|
| **Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009** | | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000057673 |

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Fundo de Pensões Symington**
Rua Braamcamp, N.º 11, 7.º
1250-049 Lisboa
PORTUGAL

Telephone number: +351 213111010   Email:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
   (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:         Email Address:

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $30,000.00**_____**(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578**_____**(Required)**

3.  Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

              **6009091**_____**(Required)**

4.  Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

              **96942**_____**(Required)**

| 5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>**José Vega Sarmento (Director)**    **Miguel Morais Leitão (Director)** | **FILED / RECEIVED**<br><br>**OCT 3 0 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. ✥ R.

## PROCURADORIA-GERAL DA REPÚBLICA

### APOSTILLE

**Convention de La Haye du 5 octobre 1961**

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

   **Reconhecido/Attesté/Certified**

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

   10.   Assinatura/signature/signature

   Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00 * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



SHIPMENT AWB No:

CPL 721009 000859380

POST/ZIP CODE:

DESTINATION:
OR

DOX | DHL
New York, United States
10017

ZYP - TSS
U522



598 0836 411

**1 Payer account number and insurance details**
Charge to: Shipper / Receiver / 3rd party

**2 From (Shipper)**
Shipper's account number          Contact name
BOV 511 177

Company name
BPI  GESTAO DE ACTIVOS

Address
RUA CAMARANCAMP. 71-6
1250- 049 LISBOA

Postcode/Zip Code (required)          Phone, Fax or E-mail (required)
1250- 049 Lx

**3 To (Receiver)**
EPIS BANKRUPTCY SOLUTIONS, LLC.

757 THIRD AVENUE, 3RD FLOOR
NEW YORK
ATTN: LEHMAN BROTHERS,
HOLDING CLAIMS PROCESSING

Postcode/Zip Code (required)          Country
NEW YORK 10017          USA

Contact person          Phone, Fax or E-mail (required)

RECEIVED
OCT 30 2009

Signature  Carla Matinu          Date 29.10.09

| United States Bankruptcy Court/Southern District of New York<br><br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000057674 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões Unicer**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010    Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>(*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $90,000.00** _____ **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578** _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6009090 _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

96942 _____ **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |

| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)          Miguel Morais Leitão (Director) |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing c/o Epiq Bankruptcy Solutions, LLC FDR Station, PO Box 5076 New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

   10.    Assinatura/signature/signature

   Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:


- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal





| *United States Bankruptcy Court/Southern District of New York* | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000057677 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões Socitrel**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010  Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $20,000.00** _____ **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578** _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6009095 _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

96942 _____ **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |
|---|---|
| | **FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)          Miguel Morais Leitão (Director) |
|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

**Convention de La Haye du 5 octobre 1961**

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

**Reconhecido/Attesté/Certified**

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

10. Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:


- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| *United States Bankruptcy Court/Southern District of New York*<br><br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000057678 |
|---|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖   Y

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões Sogrape**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010   Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>   (*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $30,000.00_____**(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578**_____**(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

                          6009107                          **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

                          96942                          **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|
| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)          Miguel Morais Leitão (Director) |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

———— DEFINITIONS ————

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

———— INFORMATION ————

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



S.    R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

**Convention de La Haye du 5 octobre 1961**

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

**Reconhecido/Attesté/Certified**

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

10.    Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.

Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.

This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.

La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00 * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º, 1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**, identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors** of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304, with full power and authority to sign or execute and deliver all documents relating to **Lehman Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter 11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and deliver any other documents, notices, writings or deeds that may be necessary or desirable in connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000057680<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖ |

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões ICP**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010   Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Number:_____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1.   Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim:  **$120,000.00**                          **(Required)**

☐   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578**                   **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

          **6009093**                   **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

          **96942**                   **(Required)**

| 5. Consent to Euroclear Bank, Euroclear Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|

| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*José Veiga Sarmento (Director)*          *Miguel Morais Leitão (Director)* |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

———— **DEFINITIONS** ————    ———— **INFORMATION** ————

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document
2. Foi assinado por/a été signé par/has been signed by **José Mestre**
3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**
4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5. Em /à /at **Lisboa**
6. A /le /the **27 de Outubro de 2009**
7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General
8. Sob o nº /sous le nº /Nº **10485-2009**
9. Carimbo/timbre/stamp

   10.    Assinatura/signature/signature

   Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º, 1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**, identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors** of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304, with full power and authority to sign or execute and deliver all documents relating to **Lehman Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter 11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and deliver any other documents, notices, writings or deeds that may be necessary or desirable in connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and

affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|

United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000057681

THIS SPACE IS FOR COURT USE ~~~

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Fundo de Pensões Jerónimo Martins**
Rua Braamcamp, N.º 11, 7.º
1250-049 Lisboa
PORTUGAL

Telephone number: +351 213111010   Email:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1.   Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $30,000.00_____** (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578_____** (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**6009105_____** (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**96942_____** (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 3 0 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)          Miguel Morais Leitão (Director) |
|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1.  País/Pays/Country : **Portugal**
    Este documento público/Le présent acte public/This public document

2.  Foi assinado por/a été signé par/has been signed by **José Mestre**

3.  Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4.  E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5.  Em /à /at **Lisboa**

6.  A /le /the **27 de Outubro de 2009**

7.  Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8.  Sob o nº /sous le nº /Nº **10485-2009**

9.  Carimbo/timbre/stamp

    10.    Assinatura/signature/signature

    Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00 * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000057683 |
|---|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões Portucel**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010   Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:_____**<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1.  Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: **$100,000.00**_____**(Required)**

☐  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578**_____        **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**6009109**_____**(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**96942**_____**(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>**OCT 3 0 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|

| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)        Miguel Morais Leitão (Director) |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____        _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

10. Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00  * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:


- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| *United States Bankruptcy Court/Southern District of New York* | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000057684

||||||||||||  (barcode)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Fundo de Pensões Sanofi-Aventis**
Rua Braamcamp, N.º 11, 7.º
1250-049 Lisboa
PORTUGAL

Telephone number: +351 213111010   Email:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:          Email Address:

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $20,000.00          (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578**          (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6009094          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

96942          (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**
**FILED / RECEIVED**

**OCT 3 0 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date.<br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)          Miguel Morais Leitão (Director) |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### ———— DEFINITIONS ————

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### ———— INFORMATION ————

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1.  País/Pays/Country : **Portugal**
    Este documento público/Le présent acte public/This public document

2.  Foi assinado por/a été signé par/has been signed by **José Mestre**

3.  Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4.  E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5.  Em /à /at **Lisboa**

6.  A /le /the **27 de Outubro de 2009**

7.  Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8.  Sob o nº /sous le nº /Nº **10485-2009**

9.  Carimbo/timbre/stamp

    10.    Assinatura/signature/signature

    Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00 * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.° 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.°,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.° 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.° 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.° 11 – 7.°, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.° 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and

affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| **United States Bankruptcy Court/Southern District of New York** | |
|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000057686

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões ENVC**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010   Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>*(If known)*<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:           Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1.    Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $110,000.00**_____**(Required)**

☐    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578**_____**(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**6009104**_____**(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**96942**_____**(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:  By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|
| Date.<br><br>06/10/2009 | Signature:  The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)          Miguel Morais Leitão (Director) | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S.    R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1.  País/Pays/Country : **Portugal**
    Este documento público/Le présent acte public/This public document

2.  Foi assinado por/a été signé par/has been signed by **José Mestre**

3.  Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4.  E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5.  Em /à /at **Lisboa**

6.  A /le /the **27 de Outubro de 2009**

7.  Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8.  Sob o nº /sous le nº /Nº **10485-2009**

9.  Carimbo/timbre/stamp

10.    Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00  * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º, 1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**, identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors** of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304, with full power and authority to sign or execute and deliver all documents relating to **Lehman Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter 11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and deliver any other documents, notices, writings or deeds that may be necessary or desirable in connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| *United States Bankruptcy Court/Southern District of New York*<br><br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000057688 |
|---|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões Epal**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010   Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:_____**<br>     (*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: **$320,000.00**_____**(Required)**

☐   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578**_____**(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

                    **6052404**_____**(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

                    **93798**_____**(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>**OCT 3 0 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|

| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Meiga Sarmento (Director)        Miguel Morais Leitão (Director) | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S. R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

**Convention de La Haye du 5 octobre 1961**

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

**Reconhecido/Attesté/Certified**

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

          10.     Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00 * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and

affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)                    0000057690

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões Grupo Gás de Portugal**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010    Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:         Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $170,000.00** _____ **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578** _____ **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6009096 _____ **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

96942 _____ **(Required)**

| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |

| **Date.**<br>06/10/2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>José Veiga Sarmento (Director)        Miguel Morais Leitão (Director) |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### —————DEFINITIONS—————

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### —————INFORMATION—————

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S.    R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

   10.    Assinatura/signature/signature

   Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







| United States Bankruptcy Court/Southern District of New York<br><br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000057691

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Fundo de Pensões Gestnave**<br>Rua Braamcamp, N.º 11, 7.º<br>1250-049 Lisboa<br>PORTUGAL<br><br>Telephone number: +351 213111010    Email: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:_____**<br>    (*If known*)<br><br>Filed on: _____ |
|---|---|

| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:            Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

1.   Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $110,000.00 _____ (Required)**

☐   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578 _____ (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**6009102 _____ (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**96942 _____ (Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:  By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>**OCT 3 0 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|

| Date.<br><br>06/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>José Veiga Sarmento (Director)        Miguel Morais Leitão (Director) |
|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

S.    R.

### PROCURADORIA-GERAL DA REPÚBLICA

---

#### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country : **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **José Mestre**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4. E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5. Em /à /at **Lisboa**

6. A /le /the **27 de Outubro de 2009**

7. Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8. Sob o nº /sous le nº /Nº **10485-2009**

9. Carimbo/timbre/stamp

10.    Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**



**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.







**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000057629

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Fundo de Pensões do Banco do Brasil**
Rua Braamcamp, N.º 11, 7.º
1250-049 Lisboa
PORTUGAL

Telephone number: +351 213111010    Email:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
    (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $40,000.00** _____ **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0242448578** _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**6009103** _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**96942** _____ **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 06/10/2009 | |

José Veiga Sarmento (Director)        Miguel Morais Leitão (Director)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

### INFORMATION

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



S.    R.

## PROCURADORIA-GERAL DA REPÚBLICA

---

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1.  País/Pays/Country : **Portugal**
    Este documento público/Le présent acte public/This public document

2.  Foi assinado por/a été signé par/has been signed by **José Mestre**

3.  Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Solicitador 1353**

4.  E tem o carimbo de/est revêtu du timbre de/bears the stamp of **José Mestre**

#### Reconhecido/Attesté/Certified

5.  Em /à /at **Lisboa**

6.  A /le /the **27 de Outubro de 2009**

7.  Pelo Procurador-Geral da República/par le Procureur général de la République/by the Attorney General

8.  Sob o nº /sous le nº /Nº **10485-2009**

9.  Carimbo/timbre/stamp

10.    Assinatura/signature/signature

Fernando José Matos Pinto Monteiro

Ref.ª/réf./ref.

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do acto actuou e o selo/carimbo que consta do acto. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

País de destino/Pays de destination/Destination country **Estados Unidos da América**

Rua da Escola Politécnica, n.º 140 1269-269 LISBOA PORTUGAL * Telf.: 21 392 19 00 * 21 394 98 00 * Fax: 21 397 52 55
E-mail: mailpgr@pgr.pt

**TO WHOM IT MAY CONCERN**, I, José dos Santos Paixão Mestre, registered Solicitor with

license n.º 1353, issued by Câmara dos Solicitadores, with office in Rua Braamcamp, 11, 2.º,

1250-049 Lisboa, **HEREBY CERTIFIES** that **José Manuel Chaves Veiga Sarmento**,

identification number n.º 1279839, issued in 25/04/2006 - Lisbon, and **Luís Miguel Gubert**

**Morais Leitão**, identification number n.º 6531960, issued in 15/03/2001 - Lisbon, are **Directors**

of BPI – PENSÕES, SOCIEDADE GESTORA DE FUNDOS DE PENSÕES, S.A., a Pension

Fund Management Company duly constituted, with a share capital of €1.000.000,00, with its

head office at Rua Braamcamp, N.º 11 – 7.º, LISBOA, PORTUGAL, registered at the

Commercial Registry Office of Lisbon under unique taxpayer reference number 502010304,

with full power and authority to sign or execute and deliver all documents relating to **Lehman**

**Programs Securities, pursuant Lehman Brothers Holdings Inc., et al., Debtors. Chapter**

**11, Case N.º 08-13555 (JMP)** and to do all other acts and things or to sign or execute and

deliver any other documents, notices, writings or deeds that may be necessary or desirable in

connection with the said Claim, relating to the following pension funds:

- Fundo de Pensões BNP Paribas
- Fundo de Pensões do Banco do Brasil
- Fundo de Pensões Portucel
- Fundo de Pensões Sogrape
- Fundo de Pensões Aberto BPI Valorização
- Fundo de Pensões Aberto BPI Segurança
- Fundo de Pensões Aberto BPI Acções
- Fundo de Pensões Gescartão
- Fundo de Pensões Tejo
- Fundo de Pensões Marconi
- Fundo de Pensões ICP
- Fundo de Pensões Socitrel
- Fundo de Pensões Grupo Gás de Portugal

- Fundo de Pensões Centralcer
- Fundo de Pensões IAPMEI
- Fundo de Pensões EPAL
- Fundo de Pensões ENVC
- Fundo de Pensões Symington
- Fundo de Pensões Unicer
- Fundo de Pensões Gestnave
- Fundo de Pensões Vista Alegre
- Fundo de Pensões Sorefame
- Fundo de Pensões Jerónimo Martins
- Fundo de Pensões Sanofi-Aventis

IN FAITH AND TESTIMONY whereof I the Solicitor have subscribed my name and set and

affixed my Seal of Office at Lisbon aforesaid this twentieth third day of October 2009.





