WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    08-13555 (JMP)
                                                                 :
                    Debtors.                             :    (Jointly Administered)
                                                                 :
-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPLICATION
OF THE DEBTORS PURSUANT TO SECTION 327(e)
OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO
EXPAND THE SCOPE OF THEIR RETENTION OF PACHULSKI STANG ZIEHL
& JONES LLP AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO SEPTEMBER 18, 2009**

    **PLEASE TAKE NOTICE** that the Application of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in possession, pursuant to sections 327(e) of title 11 of the United States Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure to expand the scope of their retention of Pachulski, Stang, Ziehl & Jones LLP as special counsel to the Debtors [ECF No. 17154], is hereby withdrawn without prejudice.

Dated: August 12, 2011
   New York, New York

                  /s/ Richard P. Krasnow
                  Richard P. Krasnow
                  WEIL, GOTSHAL & MANGES LLP
                  767 Fifth Avenue
                  New York, New York 10153
                  Telephone: (212) 310-8000
                  Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession