**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------------x    **Ref. Docket No. 19036**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 5, 2011, I caused to be served the "Notice of Amendment to Schedule F of LBHI's Schedules of Assets and Liabilities and Deadline to Object to Such Amendments Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedures," dated August 5, 2011 [Docket No. 19036], by causing true and correct copies to be:

    a.  enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.  enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    c.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

    d.  delivered via facsimile to the party listed on the annexed <u>Exhibit D</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
8th day of August, 2011
*/s/ Julia S. Bealler*
Notary Public, State of New York
No. 01BE6222280
Qualified in Kings County
Commission Expires May 24, 2014

-2-

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**LBH Sched Amend (8/5/2011)**

**LBH Sched Amend (8/5/2011)**

Bank of New York, The
101 Barclay St
New York, NY 10286

Bank of New York, The
One Canada Square
Canary Wharf
London
E14 5AL
UNITED KINGDOM

**EXHIBIT C**

### *LBH Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | apo@stevenslee.com |
| aalfonso@willkie.com | aquale@sidley.com |
| abraunstein@riemerlaw.com | araboy@cov.com |
| acaton@kramerlevin.com | arahl@reedsmith.com |
| acker@chapman.com | arheaume@riemerlaw.com |
| adam.brezine@hro.com | arlbank@pbfcm.com |
| adarwin@nixonpeabody.com | arosenblatt@chadbourne.com |
| adiamond@diamondmccarthy.com | arthur.rosenberg@hklaw.com |
| aeckstein@blankrome.com | arwolf@wlrk.com |
| aentwistle@entwistle-law.com | aseuffert@lawpost-nyc.com |
| afriedman@irell.com | ashaffer@mayerbrown.com |
| agbanknewyork@ag.tn.gov | ashmead@sewkis.com |
| aglenn@kasowitz.com | asnow@ssbb.com |
| agold@herrick.com | atrehan@mayerbrown.com |
| ahammer@freebornpeters.com | aunger@sidley.com |
| aisenberg@saul.com | austin.bankruptcy@publicans.com |
| akantesaria@oppenheimerfunds.com | avenes@whitecase.com |
| alum@ftportfolios.com | azylberberg@whitecase.com |
| amarder@msek.com | bankr@zuckerman.com |
| amcmullen@boultcummings.com | bankruptcy@goodwin.com |
| amenard@tishmanspeyer.com | bankruptcy@morrisoncohen.com |
| andrew.brozman@cliffordchance.com | bankruptcy@ntexas-attorneys.com |
| andrew.lourie@kobrekim.com | bankruptcymatters@us.nomura.com |
| angelich.george@arentfox.com | barbra.parlin@hklaw.com |
| ann.reynaud@shell.com | bbisignani@postschell.com |
| anthony_boccanfuso@aporter.com | bcarlson@co.sanmateo.ca.us |
| aoberry@bermanesq.com | bdk@schlamstone.com |
| aostrow@beckerglynn.com | bguiney@pbwt.com |

### *LBH Email Service List*

| | |
|---|---|
| bill.freeman@pillsburylaw.com | clarkb@sullcrom.com |
| bkmail@prommis.com | clynch@reedsmith.com |
| bmanne@tuckerlaw.com | cmontgomery@salans.com |
| bmiller@mofo.com | cohenr@sewkis.com |
| boneill@kramerlevin.com | colea@gtlaw.com |
| brian.corey@greentreecreditsolutions.com | cousinss@gtlaw.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| broy@rltlawfirm.com | cpappas@dilworthlaw.com |
| bstrickland@wtplaw.com | craig.goldblatt@wilmerhale.com |
| btrust@mayerbrown.com | crmomjian@attorneygeneral.gov |
| bturk@tishmanspeyer.com | cs@stevenslee.com |
| bwolfe@sheppardmullin.com | csalomon@beckerglynn.com |
| bzabarauskas@crowell.com | cschreiber@winston.com |
| cahn@clm.com | cshore@whitecase.com |
| calbert@reitlerlaw.com | cshulman@sheppardmullin.com |
| canelas@pursuitpartners.com | ctatelbaum@adorno.com |
| carol.weinerlevy@bingham.com | cwalsh@mayerbrown.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cbrotstein@bm.net | cweiss@ingramllp.com |
| cgoldstein@stcwlaw.com | dallas.bankruptcy@publicans.com |
| chammerman@paulweiss.com | daniel.guyder@allenovery.com |
| chardman@klestadt.com | dave.davis@isgria.com |
| charles@filardi-law.com | david.bennett@tklaw.com |
| charles_malloy@aporter.com | david.crichlow@pillsburylaw.com |
| chipford@parkerpoe.com | david.heller@lw.com |
| chris.donoho@lovells.com | david.seligman@kirkland.com |
| christopher.schueller@bipc.com | davids@blbglaw.com |

## *LBH Email Service List*

| | |
|---|---|
| davidwheeler@mvalaw.com | dmurray@jenner.com |
| dbalog@intersil.com | dneier@winston.com |
| dbarber@bsblawyers.com | dodonnell@milbank.com |
| dbaumstein@whitecase.com | dove.michelle@dorsey.com |
| dbesikof@loeb.com | dowd.mary@arentfox.com |
| dcimo@gjb-law.com | dpegno@dpklaw.com |
| dcoffino@cov.com | draelson@fisherbrothers.com |
| dcrapo@gibbonslaw.com | dravin@wolfffsamson.com |
| ddavis@paulweiss.com | drose@pryorcashman.com |
| ddrebsky@nixonpeabody.com | drosenzweig@fulbright.com |
| ddunne@milbank.com | drosner@goulstonstorrs.com |
| deggermann@kramerlevin.com | drosner@kasowitz.com |
| deggert@freebornpeters.com | dshaffer@wtplaw.com |
| demetra.liggins@tklaw.com | dshemano@pwkllp.com |
| deryck.palmer@cwt.com | dspelfogel@foley.com |
| dfelder@orrick.com | dtatge@ebglaw.com |
| dflanigan@polsinelli.com | dwdykhouse@pbwt.com |
| dgrimes@reedsmith.com | dwildes@stroock.com |
| dhayes@mcguirewoods.com | dworkman@bakerlaw.com |
| dheffer@foley.com | easmith@venable.com |
| diconzam@gtlaw.com | echang@steinlubin.com |
| djoseph@stradley.com | ecohen@russell.com |
| dkleiner@velaw.com | efleck@milbank.com |
| dkozusko@willkie.com | efriedman@friedumspring.com |
| dlemay@chadbourne.com | egeekie@schiffhardin.com |
| dlipke@vedderprice.com | eglas@mccarter.com |
| dludman@brownconnery.com | ehollander@whitecase.com |
| dmcguire@winston.com | ekbergc@lanepowell.com |

### *LBH Email Service List*

| | |
|---|---|
| elevin@lowenstein.com | gravert@mwe.com |
| eli.mattioli@klgates.com | gspilsbury@jsslaw.com |
| ellen.halstead@cwt.com | guzzi@whitecase.com |
| emerberg@mayerbrown.com | harrisjm@michigan.gov |
| eobrien@sbchlaw.com | harveystrickon@paulhastings.com |
| eschaffer@reedsmith.com | hbeltzer@mayerbrown.com |
| eschwartz@contrariancapital.com | heidi@crumbielaw.com |
| esmith@dl.com | heim.steve@dorsey.com |
| etillinghast@sheppardmullin.com | heiser@chapman.com |
| ezujkowski@emmetmarvin.com | hirsch.robert@arentfox.com |
| ezweig@optonline.net | hollace.cohen@troutmansanders.com |
| fbp@ppgms.com | holsen@stroock.com |
| feldsteinh@sullcrom.com | howard.hawkins@cwt.com |
| ffm@bostonbusinesslaw.com | hseife@chadbourne.com |
| fhyman@mayerbrown.com | hsnovikoff@wlrk.com |
| fishere@butzel.com | icatto@kirkland.com |
| francois.janson@hklaw.com | igoldstein@dl.com |
| fsosnick@shearman.com | ilevee@lowenstein.com |
| fyates@sonnenschein.com | info2@normandyhill.com |
| gabriel.delvirginia@verizon.net | ira.herman@tklaw.com |
| gbray@milbank.com | isgreene@hhlaw.com |
| george.davis@cwt.com | israel.dahan@cwt.com |
| geraci@thalergertler.com | iva.uroic@dechert.com |
| ggitomer@mkbattorneys.com | jaclyn.genchi@kayescholer.com |
| giddens@hugheshubbard.com | jacobsonn@sec.gov |
| gkaden@goulstonstorrs.com | james.mcclammy@dpw.com |
| glenn.siegel@dechert.com | james.sprayregen@kirkland.com |
| gmoss@riemerlaw.com | jamestecce@quinnemanuel.com |

## *LBH Email Service List*

| | |
|---|---|
| jamie.nelson@dubaiic.com | jfreeberg@wfw.com |
| jar@outtengolden.com | jg5786@att.com |
| jason.jurgens@cwt.com | jgarrity@shearman.com |
| jay.hurst@oag.state.tx.us | jgenovese@gjb-law.com |
| jay@kleinsolomon.com | jguy@orrick.com |
| jbecker@wilmingtontrust.com | jherzog@gklaw.com |
| jbeemer@entwistle-law.com | jhiggins@fdlaw.com |
| jbeiers@co.sanmateo.ca.us | jhorgan@phxa.com |
| jbird@polsinelli.com | jhuggett@margolisedelstein.com |
| jbromley@cgsh.com | jhuh@ffwplaw.com |
| jcarberry@cl-law.com | jim@atkinslawfirm.com |
| jchristian@tobinlaw.com | jjoyce@dresslerpeters.com |
| jdrucker@coleschotz.com | jjtancredi@daypitney.com |
| jdyas@halperinlaw.net | jjureller@klestadt.com |
| jean-david.barnea@usdoj.gov | jkehoe@btkmc.com |
| jeanites@whiteandwilliams.com | jlamar@maynardcooper.com |
| jeannette.boot@wilmerhale.com | jlawlor@wmd-law.com |
| jeff.wittig@coair.com | jlee@foley.com |
| jeffrey.sabin@bingham.com | jlevitin@cahill.com |
| jeldredge@velaw.com | jlipson@crockerkuno.com |
| jen.premisler@cliffordchance.com | jliu@dl.com |
| jennifer.demarco@cliffordchance.com | jlovi@steptoe.com |
| jennifer.gore@shell.com | jlscott@reedsmith.com |
| jeremy.eiden@state.mn.us | jmaddock@mcguirewoods.com |
| jessica.fink@cwt.com | jmazermarino@msek.com |
| jfalgowski@reedsmith.com | jmcginley@wilmingtontrust.com |
| jflaxer@golenbock.com | jmelko@gardere.com |
| jfox@joefoxlaw.com | jmerva@fult.com |

### *LBH Email Service List*

| | |
|---|---|
| jmmurphy@stradley.com | jwcohen@daypitney.com |
| jmr@msf-law.com | jweiss@gibsondunn.com |
| john.monaghan@hklaw.com | jwest@velaw.com |
| john.rapisardi@cwt.com | jwh@njlawfirm.com |
| john@crumbielaw.com | k4.nomura@aozorabank.co.jp |
| joli@crlpc.com | karen.wagner@dpw.com |
| jorbach@hahnhessen.com | kdwbankruptcydepartment@kelleydrye.com |
| joseph.cordaro@usdoj.gov | keckhardt@hunton.com |
| joshua.dorchak@bingham.com | keith.simon@lw.com |
| jowen769@yahoo.com | ken.coleman@allenovery.com |
| jowolf@law.nyc.gov | ken.higman@hp.com |
| joy.mathias@dubaiic.com | kerry.moynihan@hro.com |
| jpintarelli@mofo.com | kgwynne@reedsmith.com |
| jporter@entwistle-law.com | kiplok@hugheshubbard.com |
| jprol@lowenstein.com | kkelly@ebglaw.com |
| jrabinowitz@rltlawfirm.com | klyman@irell.com |
| jrsmith@hunton.com | kmayer@mccarter.com |
| jschwartz@hahnhessen.com | kobak@hugheshubbard.com |
| jsheerin@mcguirewoods.com | korr@orrick.com |
| jshickich@riddellwilliams.com | kostad@mofo.com |
| jsmairo@pbnlaw.com | kovskyd@pepperlaw.com |
| jstoll@mayerbrown.com | kpiper@steptoe.com |
| jsullivan@mosessinger.com | kressk@pepperlaw.com |
| jtimko@shutts.com | kreynolds@mklawnyc.com |
| jtougas@mayerbrown.com | krosen@lowenstein.com |
| judy.morse@crowedunlevy.com | kuehn@bragarwexler.com |
| jwallack@goulstonstorrs.com | kurt.mayr@bgllp.com |
| jwang@sipc.org | lacyr@sullcrom.com |

## *LBH Email Service List*

| | |
|---|---|
| landon@streusandlandon.com | mark.ellenberg@cwt.com |
| lathompson@co.sanmateo.ca.us | mark.houle@pillsburylaw.com |
| lawallf@pepperlaw.com | mark.sherrill@sutherland.com |
| lberkoff@moritthock.com | martin.davis@ots.treas.gov |
| lee.stremba@troutmansanders.com | marvin.clements@ag.tn.gov |
| lgranfield@cgsh.com | matt@willaw.com |
| lhandelsman@stroock.com | matthew.klepper@dlapiper.com |
| linda.boyle@twtelecom.com | maustin@orrick.com |
| lisa.ewart@wilmerhale.com | mbenner@tishmanspeyer.com |
| lisa.kraidin@allenovery.com | mberman@nixonpeabody.com |
| ljkotler@duanemorris.com | mbienenstock@dl.com |
| lmarinuzzi@mofo.com | mbossi@thompsoncoburn.com |
| lmay@coleschotz.com | mcademartori@sheppardmullin.com |
| lmcgowen@orrick.com | mccombst@sullcrom.com |
| lml@ppgms.com | mcordone@stradley.com |
| lnashelsky@mofo.com | mcto@debevoise.com |
| loizides@loizides.com | mdorval@stradley.com |
| lromansic@steptoe.com | melorod@gtlaw.com |
| lscarcella@farrellfritz.com | meltzere@pepperlaw.com |
| lschweitzer@cgsh.com | metkin@lowenstein.com |
| lthompson@whitecase.com | mfeldman@willkie.com |
| lubell@hugheshubbard.com | mgordon@briggs.com |
| lwhidden@salans.com | mgreger@allenmatkins.com |
| mabrams@willkie.com | mh1@mccallaraymer.com |
| maofiling@cgsh.com | mhopkins@cov.com |
| marc.chait@sc.com | michael.frege@cms-hs.com |
| margolin@hugheshubbard.com | michael.kelly@monarchlp.com |
| mark.deveno@bingham.com | michael.kim@kobrekim.com |

### LBH Email Service List

| | |
|---|---|
| millee12@nationwide.com | ncoco@mwe.com |
| miller@taftlaw.com | neal.mann@oag.state.ny.us |
| mimi.m.wong@irscounsel.treas.gov | ned.schodek@shearman.com |
| mitchell.ayer@tklaw.com | neilberger@teamtogut.com |
| mjacobs@pryorcashman.com | newyork@sec.gov |
| mjedelman@vedderprice.com | nfurman@scottwoodcapital.com |
| mjr1@westchestergov.com | nherman@morganlewis.com |
| mkjaer@winston.com | nissay_10259-0154@mhmjapan.com |
| mlahaie@akingump.com | nlepore@schnader.com |
| mlandman@lcbf.com | notice@bkcylaw.com |
| mlynch2@travelers.com | oipress@travelers.com |
| mmendez@hunton.com | omeca.nedd@lovells.com |
| mmooney@deilylawfirm.com | otccorpactions@finra.org |
| mmorreale@us.mufg.jp | paronzon@milbank.com |
| mneier@ibolaw.com | patrick.oh@freshfields.com |
| monica.lawless@brookfieldproperties.com | paul.turner@sutherland.com |
| mpage@kelleydrye.com | pbattista@gjb-law.com |
| mprimoff@kayescholer.com | pbosswick@ssbb.com |
| mpucillo@bermanesq.com | pdublin@akingump.com |
| mrosenthal@gibsondunn.com | peisenberg@lockelord.com |
| mruetzel@whitecase.com | peter.gilhuly@lw.com |
| mschimel@sju.edu | peter.macdonald@wilmerhale.com |
| mshiner@tuckerlaw.com | peter.simmons@friedfrank.com |
| msiegel@brownrudnick.com | peter@bankrupt.com |
| mspeiser@stroock.com | pfeldman@oshr.com |
| mstamer@akingump.com | phayden@mcguirewoods.com |
| mvenditto@reedsmith.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |

*__LBH Email Service List__*

| | |
|---|---|
| ppatterson@stradley.com | robert.bailey@bnymellon.com |
| psp@njlawfirm.com | robert.dombroff@bingham.com |
| ptrostle@jenner.com | robert.henoch@kobrekim.com |
| pwright@dl.com | robert.malone@dbr.com |
| r.stahl@stahlzelloe.com | robert.yalen@usdoj.gov |
| raj.madan@bingham.com | robertdakis@quinnemanuel.com |
| rajohnson@akingump.com | robin.keller@lovells.com |
| ramona.neal@hp.com | roger@rnagioff.com |
| ranjit.mather@bnymellon.com | ronald.silverman@bingham.com |
| rbeacher@pryorcashman.com | rqureshi@reedsmith.com |
| rbyman@jenner.com | rreid@sheppardmullin.com |
| rdaversa@orrick.com | rroupinian@outtengolden.com |
| relgidely@gjb-law.com | rrussell@andrewskurth.com |
| rfleischer@pryorcashman.com | rterenzi@stcwlaw.com |
| rfrankel@orrick.com | rtrust@cravath.com |
| rfriedman@silvermanacampora.com | russj4478@aol.com |
| rgmason@wlrk.com | rwasserman@cftc.gov |
| rgraham@whitecase.com | rwyron@orrick.com |
| rhett.campbell@tklaw.com | s.minehan@aozorabank.co.jp |
| richard.lear@hklaw.com | sabin.willett@bingham.com |
| richard.levy@lw.com | sabramowitz@velaw.com |
| richard.tisdale@friedfrank.com | sagolden@hhlaw.com |
| ritkin@steptoe.com | sally.henry@skadden.com |
| rjones@boultcummings.com | sandyscafaria@eaton.com |
| rleek@hodgsonruss.com | sara.tapinekis@cliffordchance.com |
| rlevin@cravath.com | scargill@lowenstein.com |
| rmatzat@hahnhessen.com | schannej@pepperlaw.com |
| rnetzer@willkie.com | schepis@pursuitpartners.com |

### _LBH Email Service List_

| | |
|---|---|
| schnabel.eric@dorsey.com | sree@lcbf.com |
| schristianson@buchalter.com | sselbst@herrick.com |
| schwartzmatthew@sullcrom.com | sshimshak@paulweiss.com |
| scottshelley@quinnemanuel.com | sskelly@teamtogut.com |
| scousins@armstrongteasdale.com | ssusman@susmangodfrey.com |
| sdnyecf@dor.mo.gov | steele@lowenstein.com |
| sehlers@armstrongteasdale.com | stephen.cowan@dlapiper.com |
| sfelderstein@ffwplaw.com | steve.ginther@dor.mo.gov |
| sfineman@lchb.com | steven.troyer@commerzbank.com |
| sfox@mcguirewoods.com | steven.wilamowsky@bingham.com |
| sgordon@cahill.com | streusand@streusandlandon.com |
| sgubner@ebg-law.com | susan.schultz@newedgegroup.com |
| shannon.nagle@friedfrank.com | susheelkirpalani@quinnemanuel.com |
| sharbeck@sipc.org | swolowitz@mayerbrown.com |
| shari.leventhal@ny.frb.org | szuch@wiggin.com |
| shgross5@yahoo.com | tannweiler@greerherz.com |
| sidorsky@butzel.com | tarbit@cftc.gov |
| slerner@ssd.com | tbrock@ssbb.com |
| slevine@brownrudnick.com | tdewey@dpklaw.com |
| sloden@diamondmccarthy.com | tduffy@andersonkill.com |
| smayerson@ssd.com | teresa.oxford@invescoaim.com |
| smillman@stroock.com | tgoren@mofo.com |
| smulligan@bsblawyers.com | thaler@thalergertler.com |
| snewman@katskykorins.com | thomas.califano@dlapiper.com |
| sory@fdlaw.com | thomas.ogden@dpw.com |
| spiotto@chapman.com | thomas_noguerola@calpers.ca.gov |
| splatzer@platzerlaw.com | timothy.brink@dlapiper.com |
| squigley@lowenstein.com | timothy.palmer@bipc.com |

## *LBH Email Service List*

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**Additional Email List**

sies-cainfo@cds.ca
drit@euroclear.com
CA_BOND@clearstream.com
corpactionsoverseas.group@sisclear.com
y-sato@jasdec.com
y-ikegami@jasdec.com
n-yokota@jasdec.com
t-awazu@jasdec.com

**EXHIBIT D**

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |