Luc A. Despins
Bryan R. Kaplan
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000

*Counsel to CarVal Investors UK Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
**In re:**                                                    : Chapter 11
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**              : Case No. 08-13555 (JMP)
                                                              :
**Debtors.**                                                  : **(Jointly Administered)**
                                                              :
------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, M. Daniel Hughes, state as follows:

    1.    I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am an attorney at Paul Hastings LLP, counsel to Carval Investors UK Limited in the above-captioned chapter 11 cases.

    2.    A copy of the document identified below by docket number was served on August 12, 2011 on the parties set forth in <u>Exhibit A</u> by United States Postal Service First Class Mail:

    a.  Docket No. 19194: Statement Of Carval Investors UK Limited In Support Of Debtors Disclosure Statement For Second Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Affiliated Debtors Pursuant To Section 1125 Of Bankruptcy Code.

3. On August 12, 2011, a PDF copy of the document indentified above was served on the parties as set forth in <u>Exhibit B</u> via electronic mail.

Dated: August 12, 2011
      New York, New York

                                          /s/ M. Daniel Hughes
                                          M. Daniel Hughes

## **EXHIBIT A**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: THE HONORABLE JAMES M. PECK<br>ONE BOWLING GREEN, COURTROOM 601<br>NEW YORK, NY 10004 | OFFICE OF THE US TRUSTEE<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004<br>ATTN: TRACY HOPE DAVIS, ESQ, |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005<br>ATTN: DENNIS DUNNE, WILBUR FOSTER, JR<br>DENNIS O'DONNELL, ESQ., EVAN R. FLECK,<br>ESQ. | WEIL GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>ATTN: LORI R. FIFE |
| LEHMAN BROTHERS HOLDINGS INC.<br>ATTN: DANIEL J. EHRMANN<br>1271 AVENUE OF THE AMERICAS, 39TH FLOOR<br>NEW YORK, NY 10020 | |

**EXHIBIT B**

ddunne@milbank.com; wfoster@milbank.com; dodonnell@milbank.com; efleck@milbank.com; robert.yalen@usdoj.gov; richard.krasnow@weil.com; lori.fife@weil.com; jacqueline.marcus@weil.com; giddens@hugheshubbard.com; kiplok@hugheshubbard.com; kobak@hugheshubbard.com; margolin@hugheshubbard.com; lubell@hugheshubbard.com; wiltenburg@hugheshubbard.com; paronzon@milbank.com; gbray@milbank.com; tarbit@cftc.gov; rwasserman@cftc.gov; sharbeck@sipc.org; jwang@sipc.org; newyork@sec.gov; jbromley@cgsh.com; jean-david.barnea@usdoj.gov; joseph.cordaro@usdoj.gov; jacobsonn@sec.gov; ctatelbaum@adorno.com; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; lisa.kraidin@allenovery.com; daniel.guyder@allenovery.com; rajohnson@akingump.com; ken.coleman@allenovery.com; mgreger@allenmatkins.com; krodriguez@allenmatkins.com; rrussell@andrewskurth.com; k4.nomura@aozorabank.co.jp; dowd.mary@arentfox.com; s.minehan@aozorabank.co.jp; hirsch.robert@arentfox.com; angelich.george@arentfox.com; scousins@armstrongteasdale.com; sehlers@armstrongteasdale.com; charles_malloy@aporter.com; anthony_boccanfuso@aporter.com; neal.mann@oag.state.ny.us; peter@bankrupt.com; jg5786@att.com; tony.davis@bakerbotts.com; dworkman@bakerlaw.com; ffm@bostonbusinesslaw.com; csalomon@beckerglynn.com; cbrotstein@bm.net; davids@blbglaw.com; dbarber@bsblawyers.com; smulligan@bsblawyers.com; aostrow@beckerglynn.com; mpucillo@bermanesq.com; wzoberman@bermanesq.com; aoberry@bermanesq.com; dbarber@bsblawyers.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; mark.deveno@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; carol.weinerlevy@bingham.com; raj.madan@bingham.com; jeffrey.sabin@bingham.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; joshua.dorchak@bingham.com; aeckstein@blankrome.com; amcmullen@boultcummings.com; rjones@boultcummings.com; kuehn@bragarwexler.com; mgordon@briggs.com; dludman@brownconnery.com; kurt.mayr@bgllp.com; notice@bkcylaw.com; monica.lawless@brookfieldproperties.com; dludman@brownconnery.com; msiegel@brownrudnick.com; schristianson@buchalter.com; timothy.palmer@bipc.com; jessica.fink@cwt.com; slevine@brownrudnick.com; christopher.schueller@bipc.com; fishere@butzel.com; sidorsky@butzel.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; mark.ellenberg@cwt.com; jason.jurgens@cwt.com; israel.dahan@cwt.com; sgordon@cahill.com; jlevitin@cahill.com; thomas_noguerola@calpers.ca.gov; wanda.goodloe@cbre.com; spiotto@chapman.com; acker@chapman.com; heiser@chapman.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; cahn@clm.com; dlemay@chadbourne.com; hseife@chadbourne.com; arosenblatt@chadbourne.com; heiser@chapman.com; maofiling@cgsh.com; jennifer.demarco@cliffordchance.com; andrew.brozman@cliffordchance.com; jen.premisler@cliffordchance.com;  sara.tapinekis@cliffordchance.com; psp@njlawfirm.com; jwh@njlawfirm.com; lmay@coleschotz.com; jdrucker@coleschotz.com; jeff.wittig@coair.com; bcarlson@co.sanmateo.ca.us; jbeiers@co.sanmateo.ca.us; lathompson@co.sanmateo.ca.us; rlevin@cravath.com; rtrust@cravath.com; joli@crlpc.com; eschwartz@contrariancapital.com;

mhopkins@cov.com; dcoffino@cov.com; araboy@cov.com; jlipson@crockerkuno.com; ttracy@crockerkuno.com; judy.morse@crowedunlevy.com; heidi@crumbielaw.com; john@crumbielaw.com; karen.wagner@dpw.com; james.mcclammy@dpw.com; jjtancredi@daypitney.com; woconnor@crowell.com; bzabarauskas@crowell.com; jcarberry@cl-law.com; thomas.ogden@dpw.com; james.mcclammy@dpw.com; jwcohen@daypitney.com; mcto@debevoise.com; mmooney@deilylawfirm.com; pwright@dl.com; esmith@dl.com; mbienenstock@dl.com; igoldstein@dl.com; glenn.siegel@dechert.com; iva.uroic@dechert.com; jliu@dl.com; tkarcher@dl.com; adiamond@diamondmccarthy.com; sloden@diamondmccarthy.com; aaaronson@dilworthlaw.com; cpappas@dilworthlaw.com; thomas.califano@dlapiper.com; william.m.goldman@dlapiper.com; heim.steve@dorsey.com; dove.michelle@dorsey.com; timothy.brink@dlapiper.com; matthew.klepper@dlapiper.com; stephen.cowan@dlapiper.com; schnabel.eric@dorsey.com; steven.troyer@commerzbank.com; jjoyce@dresslerpeters.com; ljkotler@duanemorris.com; sandyscafaria@eaton.com; aentwistle@entwistle-law.com; jwhitman@entwistle-law.com; jbeemer@entwistle-law.com; jporter@entwistle-law.com; robert.malone@dbr.com; tduffy@andersonkill.com; jim@atkinslawfirm.com; ezujkowski@emmetmarvin.com; kkelly@ebglaw.com; dtatge@ebglaw.com; lscarcella@farrellfritz.com; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; jhuh@ffwplaw.com; alum@ftportfolios.com; sgubner@ebg-law.com; cweber@ebg-law.com; shari.leventhal@ny.frb.org; charles@filardi-law.com; rlasater@foley.com; dheffer@foley.com; jlee@foley.com; dspelfogel@foley.com; ahammer@freebornpeters.com; deggert@freebornpeters.com; peter.simmons@friedfrank.com; richard.tisdale@friedfrank.com; sory@fdlaw.com; jhiggins@fdlaw.com; walter.stuart@freshfields.com; patrick.oh@freshfields.com; shannon.nagle@friedfrank.com; efriedman@friedumspring.com; jmerva@fult.com; relgidely@gjb-law.com; jgenovese@gjb-law.com; pbattista@gjb-law.com; dcimo@gjb-law.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; drosenzweig@fulbright.com; jmelko@gardere.com; bankruptcy@ntexas-attorneys.com; dcrapo@gibbonslaw.com; aseuffert@lawpost-nyc.com; tnixon@gklaw.com; jherzog@gklaw.com; jwallack@goulstonstorrs.com; drosner@goulstonstorrs.com; gkaden@goulstonstorrs.com; diconzam@gtlaw.com; jamie.nelson@dubaiic.com; joy.mathias@dubaiic.com; jflaxer@golenbock.com; brian.corey@greentreecreditsolutions.com; tannweiler@greerherz.com; bgraifman@gkblaw.com; jschwartz@hahnhessen.com; jorbach@hahnhessen.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; sselbst@herrick.com; ken.higman@hp.com; rmatzat@hahnhessen.com; agold@herrick.com; ramona.neal@hp.com; dpiazza@hodgsonruss.com; isgreene@hhlaw.com; sagolden@hhlaw.com; dckaufman@hhlaw.com; richard.lear@hklaw.com; john.monaghan@hklaw.com; adam.brezine@hro.com; kerry.moynihan@hro.com; barbra.parlin@hklaw.com; arthur.rosenberg@hklaw.com; francois.janson@hklaw.com; francois.janson@hklaw.com; mmendez@hunton.com; rnorton@hunton.com; jrsmith@hunton.com; keckhardt@hunton.com; cweiss@ingramllp.com; toby.r.rosenberg@irscounsel.treas.gov; mimi.m.wong@irscounsel.treas.gov; alesia.pinney@infospace.com; dave.davis@isgria.com; dbalog@intersil.com; teresa.oxford@invescoaim.com; mneier@ibolaw.com; ptrostle@jenner.com; gspilsbury@jsslaw.com; afriedman@irell.com; klyman@irell.com; jay.hurst@oag.state.tx.us; dmurray@jenner.com; rbyman@jenner.com; jowen769@yahoo.com; jfox@joefoxlaw.com; eli.mattioli@klgates.com; snewman@katskykorins.com; mprimoff@kayescholer.com; jaclyn.genchi@kayescholer.com; joseph.cordaro@usdoj.gov;

2

drosner@kasowitz.com; aglenn@kasowitz.com; mprimoff@kayescholer.com;
kdwbankruptcydepartment@kelleydrye.com; mpage@kelleydrye.com;
james.sprayregen@kirkland.com; david.seligman@kirkland.com; icatto@kirkland.com;
jay@kleinsolomon.com; jjureller@klestadt.com; michael.kim@kobrekim.com;
robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; tmayer@kramerlevin.com;
deggermann@kramerlevin.com; ekbergc@lanepowell.com; chardman@klestadt.com;
boneill@kramerlevin.com; acaton@kramerlevin.com; mlandman@lcbf.com;
wballaine@lcbf.com; sree@lcbf.com; keith.simon@lw.com; david.heller@lw.com;
richard.levy@lw.com; ezweig@optonline.net; sfineman@lchb.com; peter.gilhuly@lw.com;
gabriel.delvirginia@verizon.net; wswearingen@llf-law.com; dallas.bankruptcy@publicans.com;
peisenberg@lockelord.com; loizides@loizides.com; chris.donoho@lovells.com;
austin.bankruptcy@publicans.com; wcurchack@loeb.com; vrubinstein@loeb.com;
dbesikof@loeb.com; robin.keller@lovells.com; omeca.nedd@lovells.com;
elevin@lowenstein.com; ilevee@lowenstein.com; steele@lowenstein.com;
krosen@lowenstein.com; vdagostino@lowenstein.com; metkin@lowenstein.com;
steele@lowenstein.com; jprol@lowenstein.com; twheeler@lowenstein.com;
scargill@lowenstein.com; squigley@lowenstein.com; mwarren@mtb.com;
jhuggett@margolisedelstein.com; emerberg@mayerbrown.com; btrust@mayerbrown.com;
jtougas@mayerbrown.com; atrehan@mayerbrown.com; fhyman@mayerbrown.com;
tkiriakos@mayerbrown.com; swolowitz@mayerbrown.com; jstoll@mayerbrown.com;
ashaffer@mayerbrown.com; jtougas@mayerbrown.com; kreynolds@mklawnyc.com;
eglas@mccarter.com; hbeltzer@mayerbrown.com; jtougas@mayerbrown.com;
cwalsh@mayerbrown.com; jlamar@maynardcooper.com; bkmail@prommis.com;
kmayer@mccarter.com; wtaylor@mccarter.com; ncoco@mwe.com;
phayden@mcguirewoods.com; sfox@mcguirewoods.com; jmaddock@mcguirewoods.com;
jsheerin@mcguirewoods.com; ggitomer@mkbattorneys.com; gravert@mwe.com;
dhayes@mcguirewoods.com; jmr@msf-law.com; tslome@msek.com; harrisjm@michigan.gov;
sdnyecf@dor.mo.gov; steve.ginther@dor.mo.gov; nherman@morganlewis.com;
amarder@msek.com; jmazermarino@msek.com; michael.frege@cms-hs.com;
davidwheeler@mvalaw.com; nissay_10259-0154@mhmjapan.com; lberkoff@moritthock.com;
lmarinuzzi@mofo.com; kostad@mofo.com; tgoren@mofo.com; lnashelsky@mofo.com;
jpintarelli@mofo.com; lmarinuzzi@mofo.com; yuwatoko@mofo.com; jpintarelli@mofo.com;
bmiller@mofo.com; bankruptcy@morrisoncohen.com; jowolf@law.nyc.gov;
ddrebsky@nixonpeabody.com; vmilione@nixonpeabody.com; millee12@nationwide.com;
susan.schultz@newedgegroup.com; adarwin@nixonpeabody.com;
mberman@nixonpeabody.com; vmilione@nixonpeabody.com; info2@normandyhill.com;
mjr1@westchestergov.com; dirk.roberts@ots.treas.gov; bankruptcymatters@us.nomura.com;
crmomjian@attorneygeneral.gov; jeremy.eiden@state.mn.us; martin.davis@ots.treas.gov;
akantesaria@oppenheimerfunds.com; maustin@orrick.com; jguy@orrick.com;
rfrankel@orrick.com; rwyron@orrick.com; jguy@orrick.com; dfelder@orrick.com;
rdaversa@orrick.com; korr@orrick.com; dfelder@orrick.com; lmcgowen@orrick.com;
wsilverm@oshr.com; pfeldman@oshr.com; wk@pwlawyers.com; dwdykhouse@pbwt.com;
bguiney@pbwt.com; draelson@fisherbrothers.com; jar@outtengolden.com;
rroupinian@outtengolden.com; chipford@parkerpoe.com; harveystrickon@paulhastings.com;
sshimshak@paulweiss.com; ddavis@paulweiss.com; chammerman@paulweiss.com;
dshemano@pwkllp.com; wisotska@pepperlaw.com; meltzere@pepperlaw.com;

3

schannej@pepperlaw.com; jhorgan@phxa.com; kressk@pepperlaw.com;
kovskyd@pepperlaw.com; lawallf@pepperlaw.com; arlbank@pbfcm.com;
david.crichlow@pillsburylaw.com; bill.freeman@pillsburylaw.com;
mark.houle@pillsburylaw.com; dflanigan@polsinelli.com; cward@polsinelli.com;
bbisignani@postschell.com; splatzer@platzerlaw.com; jbird@polsinelli.com;
jsmairo@pbnlaw.com; tjfreedman@pbnlaw.com; fbp@ppgms.com; lml@ppgms.com;
rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; rbeacher@pryorcashman.com;
susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com;
scottshelley@quinnemanuel.com; robertdakis@quinnemanuel.com; arahl@reedsmith.com;
rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; drose@pryorcashman.com;
canelas@pursuitpartners.com; schepis@pursuitpartners.com; jrabinowitz@rltlawfirm.com;
broy@rltlawfirm.com; kgwynne@reedsmith.com; jfalgowski@reedsmith.com;
clynch@reedsmith.com; mvenditto@reedsmith.com; calbert@reitlerlaw.com;
gmoss@riemerlaw.com; abraunstein@riemerlaw.com; arheaume@riemerlaw.com;
roger@rnagioff.com; eschaffer@reedsmith.com; jlscott@reedsmith.com;
dgrimes@reedsmith.com; rqureshi@reedsmith.com; jshickich@riddellwilliams.com;
ecohen@russell.com; russj4478@aol.com; cmontgomery@salans.com; lwhidden@salans.com;
aisenberg@saul.com; jkehoe@btkmc.com; mschimel@sju.edu; cbelmonte@ssbb.com;
tbrock@ssbb.com; pbosswick@ssbb.com; asnow@ssbb.com; egeekie@schiffhardin.com;
bdk@schlamstone.com; nlepore@schnader.com; cohenr@sewkis.com;
fsosnick@shearman.com; jgarrity@shearman.com; ned.schodek@shearman.com;
jennifer.gore@shell.com; nfurman@scottwoodcapital.com; ashmead@sewkis.com;
ann.reynaud@shell.com; cshulman@sheppardmullin.com; rreid@sheppardmullin.com;
mcademartori@sheppardmullin.com; bankruptcy@goodwin.com; aquale@sidley.com;
aunger@sidley.com; sally.henry@skadden.com; rreid@sheppardmullin.com;
bwolfe@sheppardmullin.com; jtimko@shutts.com; rfriedman@silvermanacampora.com;
fyates@sonnenschein.com; pmaxcy@sonnenschein.com; smayerson@ssd.com;
r.stahl@stahlzelloe.com; echang@steinlubin.com; slerner@ssd.com; rterenzi@stcwlaw.com;
cgoldstein@stcwlaw.com; marc.chait@sc.com; eobrien@sbchlaw.com; shgross5@yahoo.com;
ritkin@steptoe.com; kpiper@steptoe.com; apo@stevenslee.com; cp@stevenslee.com;
mcordone@stradley.com; jlovi@steptoe.com; lromansic@steptoe.com; cs@stevenslee.com;
cp@stevenslee.com; mcordone@stradley.com; mdorval@stradley.com;
ppatterson@stradley.com; djoseph@stradley.com; jmmurphy@stradley.com;
streusand@streusandlandon.com; holsen@stroock.com; lacyr@sullcrom.com;
feldsteinh@sullcrom.com; landon@streusandlandon.com; villa@streusandlandon.com;
lhandelsman@stroock.com; dwildes@stroock.com; mspeiser@stroock.com;
smillman@stroock.com; clarkb@sullcrom.com; schwartzmatthew@sullcrom.com;
wrighth@sullcrom.com; paul.turner@sutherland.com; miller@taftlaw.com;
thaler@thalergertler.com; geraci@thalergertler.com; mmorreale@us.mufg.jp;
mark.sherrill@sutherland.com; agbanknewyork@ag.tn.gov; marvin.clements@ag.tn.gov;
ranjit.mather@bnymellon.com; robert.bailey@bnymellon.com; yamashiro@sumitomotrust.co.jp;
matt@willaw.com; rhett.campbell@tklaw.com; david.bennett@tklaw.com;
amenard@tishmanspeyer.com; mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com;
ira.herman@tklaw.com; demetra.liggins@tklaw.com; rhett.campbell@tklaw.com;
mitchell.ayer@tklaw.com; mbossi@thompsoncoburn.com; jchristian@tobinlaw.com;
oipress@travelers.com; mlynch2@travelers.com; lee.stremba@troutmansanders.com;

linda.boyle@twtelecom.com; mjedelman@vedderprice.com;
hollace.cohen@troutmansanders.com; lee.stremba@troutmansanders.com;
bmanne@tuckerlaw.com; btupi@tuckerlaw.com; mshiner@tuckerlaw.com;
dlipke@vedderprice.com; easmith@venable.com; sabramowitz@velaw.com;
dkleiner@velaw.com; hsnovikoff@wlrk.com; rgmason@wlrk.com; cbelisle@wfw.com;
jfreeberg@wfw.com; jwest@velaw.com; jeldredge@velaw.com; arwolf@wlrk.com;
rgraham@whitecase.com; tmacwright@whitecase.com; avenes@whitecase.com;
ehollander@whitecase.com; azylberberg@whitecase.com; dbaumstein@whitecase.com;
rgraham@whitecase.com; tlauria@whitecase.com; szuch@wiggin.com;
ehollander@whitecase.com; mruetzel@whitecase.com; ukreppel@whitecase.com;
guzzi@whitecase.com; cshore@whitecase.com; lthompson@whitecase.com;
mfeldman@willkie.com; bromano@willkie.com; mabrams@willkie.com;
mfeldman@willkie.com; rnetzer@willkie.com; dkozusko@willkie.com;
peter.macdonald@wilmerhale.com; jeannette.boot@wilmerhale.com;
charu.chandrasekhar@wilmerhale.com; jmcginley@wilmingtontrust.com;
aalfonso@willkie.com; craig.goldblatt@wilmerhale.com; lisa.ewart@wilmerhale.com;
jbecker@wilmingtontrust.com; cschreiber@winston.com; dneier@winston.com; jlawlor@wmd-law.com; bankr@zuckerman.com; dmcguire@winston.com; mkjaer@winston.com;
dravin@wolffsamson.com; jlawlor@wmd-law.com; bankr@zuckerman.com

5