# Exhibit B

## Summary of Total Hours and Fees Incurred by Professional

|  | Admission Date | Title | Total Hours | Rate | Total Amount |
|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal | 10.20 | 250.00 | 2,550.00 |
| Bahar, Ardrelle | 2001 | Staff Attorney | 12.50 | 370.00 | 4,625.00 |
| Banvard, Honor | 2008 | Associate | 28.30 | 555.00 | 15,706.50 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | 243.30 | 790.00 | 192,207.00 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | 46.30 | 395.00 | 18,288.50 |
| Bohls, Dawn | N/A | Research Spec. | 9.60 | 345.00 | 3,312.00 |
| Bowers, Chris | 1999 | Partner | 127.50 | 940.00 | 119,850.00 |
| Bowers, Chris | 1999 | Partner | 31.20 | 470.00 | 14,664.00 |
| Buch, Ronald L. | 1993 | Partner | 78.50 | 935.00 | 73,397.50 |
| Buch, Ronald L. | 1993 | Partner | 7.20 | 467.50 | 3,366.00 |
| Buddhdev, Sheena | 1999 | Of Counsel | 33.70 | 715.00 | 24,095.50 |
| Capato, Gina M. | N/A | Paralegal | 23.80 | 355.00 | 8,449.00 |
| Carpenter-Holmes, Amy K. | 1998 | Partner | 0.10 | 785.00 | 78.50 |
| Carrera, Alex | N/A | Paralegal | 2.00 | 280.00 | 560.00 |
| Dalton, Sarah | N/A | Paralegal | 12.40 | 215.00 | 2,666.00 |
| Dana, Anne M. | N/A | Research Spec. | 0.20 | 235.00 | 47.00 |
| Dillon, Sheri A. | 1999 | Partner | 90.30 | 935.00 | 84,430.50 |
| Dillon, Sheri A. | 1999 | Partner | 5.70 | 467.50 | 2,664.75 |
| El-Mallawany, Deana | 2008 | Associate | 23.40 | 610.00 | 14,274.00 |
| Greer, Stefanie | 2002 | Of Counsel | 3.10 | 690.00 | 2,139.00 |
| Gross, Robert J. | 1998 | Partner | 21.90 | 750.00 | 16,425.00 |
| Hagan, Robert Patrick | 2008 | Associate | 19.10 | 640.00 | 12,224.00 |
| Hensel, Jeannie H. | N/A | Paralegal | 61.10 | 355.00 | 21,690.50 |
| Hensel, Jeannie H. | N/A | Paralegal | 21.40 | 0.00 | 0.00 |
| Humphreys, Amber | N/A | Research Spec. | 2.40 | 200.00 | 480.00 |
| Johnson, Jeffrey R. | 1993 | Partner | 25.10 | 850.00 | 21,335.00 |
| Katcher, Bob | 1978 | Partner | 0.70 | 1,025.00 | 717.50 |
| Kehoe, Paul T. | N/A | Paralegal | 0.30 | 355.00 | 106.50 |
| Kummer, Michael[7] | 2009 | Associate | 23.10 | 535.00 | 12,358.50 |
| Leonard, Bob | 2007 | Associate | 52.70 | 610.00 | 32,147.00 |
| Leonard, Bob | 2007 | Associate | 5.70 | 305.00 | 1,738.50 |
| Levy, Michael N. | 1991 | Partner | 46.80 | 945.00 | 44,226.00 |
| Levy, Michael N. | 1991 | Partner | 3.30 | 472.50 | 1,559.25 |
| Leyva, Natan J. | 2000 | Partner | 5.90 | 895.00 | 5,280.50 |
| Lo, Audrey | 2007 | Associate | 7.30 | 610.00 | 4,453.00 |
| Lu, Karen | 2007 | Associate | 15.30 | 610.00 | 9,333.00 |
| Madan, Raj | 1993 | Partner | 160.60 | 940.00 | 150,964.00 |
| Madan, Raj | 1993 | Partner | 11.00 | 470.00 | 5,170.00 |

---

[7] Mr. Kummer's time was inadvertently billed an incorrect hourly rate. His correct rate is $460 per hour. After adjusting for his corrected rate, Bingham is requesting $10,626.00 for Mr. Kummer's services. This represents a reduction of $1,732.50 from the amount requested in monthly statements.

| | Admission Date | Title | Total Hours | Rate | Total Amount |
|---|---|---|---|---|---|
| Margulies, Oren P. | 2007 | Associate | 4.90 | 640.00 | 3,136.00 |
| Martin, Alexis | 2010 | Associate | 13.10 | 490.00 | 6,419.00 |
| Martin, Elizabeth L. | 2004 | Counsel | 10.40 | 715.00 | 7,436.00 |
| McGrath, James C. | 1993 | Partner | 7.40 | 680.00 | 5,032.00 |
| Metcalfe, Jonathon | N/A | Lit Specialist | 7.50 | 349.00 | 2,617.50 |
| Mezei, Saul | 2003 | Associate | 100.40 | 640.00 | 64,256.00 |
| Murdock, John | 1999 | Staff Attorney | 4.00 | 370.00 | 1,480.00 |
| Murray, Ann C. | N/A | Paralegal | 0.40 | 355.00 | 142.00 |
| Neal, Stephen | N/A | Lit Specialist | 0.30 | 265.00 | 79.50 |
| Newton, Rebecca | N/A | Research Spec. | 0.50 | 265.00 | 132.50 |
| Obach, Andrew | N/A | Paralegal | 42.30 | 215.00 | 9,094.50 |
| Otero, Kevin | 2005 | Counsel | 19.20 | 690.00 | 13,248.00 |
| Otero, Kevin | 2005 | Counsel | 7.00 | 345.00 | 2,415.00 |
| Owens, Angela M. | N/A | Paralegal | 107.30 | 280.00 | 30,044.00 |
| Owens, Angela M. | N/A | Paralegal | 7.90 | 0.00 | 0.00 |
| Peppelman, David J. | 2008 | Associate | 47.50 | 610.00 | 28,975.00 |
| Plegge, Lisa Doussard | N/A | Paralegal | 2.10 | 355.00 | 745.50 |
| Rankin, Kiara L. | 2007 | Associate | 654.50 | 610.00 | 399,245.00 |
| Rankin, Kiara L. | 2007 | Associate | 44.40 | 305.00 | 13,542.00 |
| Ross, Mark | N/A | Paralegal | 5.50 | 310.00 | 1,705.00 |
| Schatz, Brian D. | 2009 | Associate | 4.10 | 490.00 | 2,009.00 |
| Sloan, Charles | N/A | Paralegal | 138.00 | 150.00 | 20,700.00 |
| Stults, Kevin R. | 2005 | Associate | 233.60 | 670.00 | 156,512.00 |
| Stults, Kevin R. | 2005 | Associate | 5.50 | 335.00 | 1,842.50 |
| Sundar, Smitha | 2010 | Associate | 33.60 | 490.00 | 16,464.00 |
| Taylor, Victoria | 2008 | Associate | 38.70 | 610.00 | 23,607.00 |
| Taylor, Victoria | 2008 | Associate | 2.20 | 305.00 | 671.00 |
| Tidwell, Royce | 2007 | Associate | 71.90 | 610.00 | 43,859.00 |
| Tidwell, Royce | 2007 | Associate | 3.00 | 305.00 | 915.00 |
| Trevicano, Luisa | N/A | Paralegal | 1.00 | 280.00 | 280.00 |
| Ussing, C. Terrell | N/A | Summer Associate | 10.10 | 0.00 | 0.00 |
| Wacker, Nathan P. | 2010 | Associate | 334.00 | 460.00 | 153,640.00 |
| Wacker, Nathan P. | 2010 | Associate | 22.00 | 230.00 | 5,060.00 |
| Wacker, Nathan P. | 2010 | Associate | 3.50 | 0.00 | 0.00 |
| Wideman, Lauren B. | 2009 | Associate | 91.50 | 490.00 | 44,835.00 |
| Wideman, Lauren B. | 2009 | Associate | 2.50 | 245.00 | 612.50 |
| Wilkins, Nicholas | 2007 | Associate | 154.70 | 460.00 | 71,162.00 |
| Wingard, Adam | N/A | Paralegal | 62.20 | 160.00 | 9,952.00 |
| Ziegler, Julie E. | N/A | Paralegal | 89.10 | 230.00 | 20,493.00 |
| Zukowski, Todd | N/A | Lit Specialist | 4.00 | 235.00 | 940.00 |
| | | | 3,664.80 | | 2,090,877.50 |