# **Exhibit B1**

### Summary of Hours and Fees
### Incurred by Professional By Matter

| Matter | Timekeeper | Hours | Amount |
|---|---|---|---|
| 343744 | Amy K. Carpenter-Holmes | 0.10 | 78.50 |
| 343744 | Buch, Ronald | 0.20 | 187.00 |
| 343744 | Chris Bowers | 2.40 | 2,256.00 |
| 343744 | Elizabeth L. Martin | 11.80 | 8,437.00 |
| 343744 | Kevin Otero | 23.00 | 13,455.00 |
| 343744 | Kiara L. Rankin | 0.20 | 122.00 |
| 343744 | Lisa Doussard Plegge | 2.10 | 745.50 |
| 343744 | Michael N. Levy | 50.10 | 45,785.25 |
| 343744 | Rajiv Madan | 6.30 | 5,922.00 |
| 343744 | Victoria Taylor Earls | 40.90 | 24,278.00 |
| 1101400015 | Alex Carrera | 2.00 | 560.00 |
| 1101400015 | Gina M. Capato | 23.80 | 8,449.00 |
| 1101400015 | Jeffrey R. Johnson | 25.10 | 21,335.00 |
| 1101400015 | Luisa Trevicano | 1.00 | 280.00 |
| 1101400015 | Robert J. Gross | 21.90 | 16,425.00 |
| 1101400015 | Robert Patrick Hagan | 19.10 | 12,224.00 |
| 1101400397 | Rajiv Madan | 0.30 | 282.00 |
| 1101400397 | Sheri A. Dillon | 5.50 | 5,142.50 |
| 1101400402 | Alexis Martin | 2.60 | 1,274.00 |
| 1101400402 | Angela M. Owens | 17.20 | 4,816.00 |
| 1101400402 | Bob Leonard | 2.80 | 1,708.00 |
| 1101400402 | Chris Bowers | 0.50 | 470.00 |
| 1101400402 | Francesca Abdel-Nour | 1.20 | 300.00 |
| 1101400402 | Hartman E. Blanchard, Jr. | 4.50 | 3,555.00 |
| 1101400402 | Kevin R. Stults | 74.20 | 48,876.50 |
| 1101400402 | Kiara L. Rankin | 7.90 | 4,819.00 |
| 1101400402 | Lauren B. Wideman | 31.50 | 15,435.00 |
| 1101400402 | Nathan P. Wacker | 24.00 | 11,040.00 |
| 1101400402 | Rajiv Madan | 25.70 | 23,829.00 |
| 1101400402 | Ronald L. Buch | 6.10 | 5,703.50 |
| 1101400402 | Sheri A. Dillon | 15.10 | 14,118.50 |
| 1101400402 | Smitha Sundar | 30.80 | 15,092.00 |
| 1101400474 | Adam Wingard | 62.20 | 9,952.00 |
| 1101400474 | Alexis Martin | 10.50 | 5,145.00 |
| 1101400474 | Amber Humphreys | 2.40 | 480.00 |
| 1101400474 | Andrew Obach | 42.30 | 9,094.50 |
| 1101400474 | Angela M. Owens | 46.00 | 12,880.00 |
| 1101400474 | Ann C. Murray | 0.10 | 35.50 |
| 1101400474 | Anna M. Dana | 0.20 | 47.00 |
| 1101400474 | Ardrelle Bahar | 12.50 | 4,625.00 |

| Matter | Timekeeper | Hours | Amount |
|--------|-----------|-------|--------|
| 1101400474 | Audrey Lo | 7.30 | 4,453.00 |
| 1101400474 | Bob Leonard | 0.20 | 122.00 |
| 1101400474 | Brian D. Schatz | 4.10 | 2,009.00 |
| 1101400474 | Charles Sloan | 138.00 | 20,700.00 |
| 1101400474 | Chris Bowers | 125.10 | 102,930.00 |
| 1101400474 | David J. Peppelman | 47.00 | 28,670.00 |
| 1101400474 | Dawn Bohls | 8.90 | 3,070.50 |
| 1101400474 | Deana El-Mallawany | 23.40 | 14,274.00 |
| 1101400474 | Francesca Abdel-Nour | 6.60 | 1,650.00 |
| 1101400474 | Hartman E. Blanchard, Jr. | 285.10 | 206,940.50 |
| 1101400474 | James C. McGrath | 7.40 | 5,032.00 |
| 1101400474 | John Murdock | 4.00 | 1,480.00 |
| 1101400474 | Jonathon Metcalfe | 6.10 | 1,616.50 |
| 1101400474 | Judy Ziegler | 89.10 | 20,493.00 |
| 1101400474 | Karen Lu | 15.30 | 9,333.00 |
| 1101400474 | Kevin Otero | 0.80 | 552.00 |
| 1101400474 | Kevin R. Stults | 99.50 | 65,660.00 |
| 1101400474 | Kiara L. Rankin | 656.20 | 386,740.00 |
| 1101400474 | Mark Ross | 5.50 | 1,705.00 |
| 1101400474 | Nathan P. Wacker | 298.00 | 132,020.00 |
| 1101400474 | Nicholas Wilkins | 130.30 | 59,938.00 |
| 1101400474 | Paul Kehoe | 0.30 | 106.50 |
| 1101400474 | Rajiv Madan | 127.70 | 115,197.00 |
| 1101400474 | Rebecca Newton | 0.50 | 132.50 |
| 1101400474 | Ronald L. Buch | 62.60 | 55,165.00 |
| 1101400474 | Royce Tidwell | 0.20 | 122.00 |
| 1101400474 | Sarah Dalton | 12.40 | 2,666.00 |
| 1101400474 | Saul Mezei | 100.40 | 64,256.00 |
| 1101400474 | Sheena Buddhdev | 33.70 | 24,095.50 |
| 1101400474 | Stephen Neal | 0.30 | 79.50 |
| 1101400474 | Terrell, Ussing | 10.10 | 0.00 |
| 1101400474 | Todd Zukowski | 4.00 | 940.00 |
| 1101400502 | Kevin R. Stults | 1.90 | 1,273.00 |
| 1101400502 | Kiara L. Rankin | 0.20 | 122.00 |
| 1101400502 | Rajiv Madan | 0.70 | 658.00 |
| 1101400561 | Angela M. Owens | 4.50 | 1,260.00 |
| 1101400561 | Ann C. Murray | 0.30 | 106.50 |
| 1101400561 | Kevin Otero | 0.50 | 345.00 |
| 1101400561 | Kevin R. Stults | 1.50 | 1,005.00 |
| 1101400561 | Kiara L. Rankin | 4.40 | 2,684.00 |
| 1101400561 | Rajiv Madan | 1.20 | 1,128.00 |
| 1101400561 | Ronald L. Buch | 16.80 | 15,708.00 |
| 1101400667 | Angela M. Owens | 1.60 | 448.00 |
| 1101400667 | Bob Katcher | 0.70 | 717.50 |
| 1101400667 | Chris Bowers | 21.00 | 19,740.00 |
| 1101400667 | Dawn Bohls | 0.40 | 138.00 |
| 1101400667 | Francesca Abdel-Nour | 0.20 | 50.00 |

| Matter | Timekeeper | Hours | Amount |
|---|---|---|---|
| 1101400667 | Kevin R. Stults | 41.20 | 27,604.00 |
| 1101400667 | Kiara Rankin | 0.40 | 244.00 |
| 1101400667 | Nicholas Wilkins | 1.30 | 598.00 |
| 1101400667 | Oren P. Margulies | 4.10 | 2,624.00 |
| 1101400667 | Rajiv Madan | 7.10 | 6,674.00 |
| 1101400750 | Angela M. Owens | 16.40 | 4,592.00 |
| 1101400750 | Bob Leonard | 19.90 | 12,139.00 |
| 1101400750 | Chris Bowers | 3.20 | 3,008.00 |
| 1101400750 | David J. Peppelman | 0.50 | 305.00 |
| 1101400750 | Dawn Bohls | 0.30 | 103.50 |
| 1101400750 | Francesca Abdel-Nour | 2.20 | 550.00 |
| 1101400750 | Honor Banvard | 28.30 | 15,706.50 |
| 1101400750 | Kevin Otero | 1.90 | 1,311.00 |
| 1101400750 | Kevin R. Stults | 1.90 | 1,273.00 |
| 1101400750 | Kiara Rankin | 26.10 | 15,921.00 |
| 1101400750 | Lauren B. Wideman | 62.50 | 30,012.50 |
| 1101400750 | Michael Kummer | 1.70 | 909.50 |
| 1101400750 | Rajiv Madan | 1.60 | 1,504.00 |
| 1101400750 | Royce Tidwell | 74.70 | 44,652.00 |
| 1101400750 | Smitha Sundar | 2.80 | 1,372.00 |
| 1101400798 | Kevin R. Stults | 2.70 | 1,809.00 |
| 1101400901 | Angela M. Owens | 7.90 | 2,212.00 |
| 1101400901 | Bob Leonard | 12.00 | 7,320.00 |
| 1101400901 | Jeannie H. Hensel | 13.60 | 4,828.00 |
| 1101400901 | Kevin Stults | 5.00 | 3,350.00 |
| 1101400901 | Nathan Wacker | 5.90 | 2,714.00 |
| 1101400901 | Rajiv Madan | 0.20 | 188.00 |
| 1101400901 | Sheri A. Dillon | 15.70 | 14,679.50 |
| 1101400901 | Stefanie Greer | 2.20 | 1,518.00 |
| 1101400902 | Angela M. Owens | 19.30 | 3,192.00 |
| 1101400902 | Bob Leonard | 10.30 | 6,283.00 |
| 1101400902 | Jeannie H. Hensel | 68.90 | 16,862.50 |
| 1101400902 | Kiara L. Rankin | 3.50 | 2,135.00 |
| 1101400902 | Nathan P. Wacker | 31.60 | 12,926.00 |
| 1101400902 | Rajiv Madan | 0.30 | 282.00 |
| 1101400902 | Sheri A. Dillon | 12.70 | 11,874.50 |
| 1101400903 | Angela M. Owens | 0.70 | 196.00 |
| 1101400903 | Raj Madan | 0.50 | 470.00 |
| 1101400903 | Sheri Dillon | 0.30 | 280.50 |
| 1101400903 | Stefanie Greer | 0.90 | 621.00 |
| 1101400910 | Angela Owens | 0.60 | 168.00 |
| 1101400910 | Bob Leonard | 13.20 | 6,313.50 |
| 1101400910 | Kevin Stults | 0.60 | 402.00 |
| 1101400910 | Michael Kummer | 21.40 | 11,449.00 |
| 1101400910 | Nicholas Wilkins | 15.50 | 7,130.00 |
| 1101400910 | Sheri Dillon | 46.70 | 40,999.75 |
| 1101400911 | Angela M. Owens | 1.00 | 280.00 |

| Matter | Timekeeper | Hours | Amount |
|---|---|---|---|
| 1101400911 | Chris Bowers | 6.50 | 6,110.00 |
| 1101400911 | Kevin R. Stults | 10.60 | 7,102.00 |
| 1101400911 | Natan J. Leyva | 5.90 | 5,280.50 |
| 1101400911 | Nicholas Wilkins | 7.60 | 3,496.00 |
| 1101400911 | Oren Margulies | 0.80 | 512.00 |
| | | 3,664.80 | $2,090,877.50 |
| **Less Applicable Credit Due from the Sixth Interim Fee Period** | | | ($169,637.69) |
| **Less Voluntary Reductions Taken at the time of Filing the Eighth Interim Fee Application** | | | ($1,732.50) |
| **Total Fees Requested** | | | **$1,919,507.31** |