# Exhibit D

## Summary of Expenses

| Expense Category | Actual Amount |
|---|---:|
| Consulting | 78,339.56 |
| Court Costs | 63.63 |
| Depositions and Transcripts | 554.39 |
| Filing Fees | 1,569.50 |
| Ground Transportation | 225.14 |
| Index/Binding | 510.59 |
| Library Retrieval Services | 301.04 |
| Long Distance Telephone | 372.05 |
| Meals: Client Meeting | 2,656.35 |
| Online Legal Research | 15,168.93 |
| Other Electronic Research | 1,685.22 |
| Overnight/Express Delivery | 1,813.78 |
| Photocopies | 3,712.90 |
| Photocopies: Color | 49.8 |
| Scanning | 411.8 |
| Teleconference | 59.69 |
| Travel: Air Transportation | 40,877.60 |
| Travel: Coach Services | 9,249.10 |
| Travel: Ground Transportation | 711.91 |
| Travel: Lodging | 20,953.14 |
| Travel: Meals | 458.26 |
| Travel: Parking | 342 |
| Travel: Rail Transportation | 6,689.19 |
| **Subtotal of Expenses Incurred** | **$186,775.57** |
| **Less Voluntary Reductions Taken in Monthly Statements** | **($41,787.14)** |
| **Less Additional Voluntary Reductions Taken in Eighth Interim Fee Application** | **($372.05)** |
| **Total Expenses Requested** | **$144,616.38** |