# EXHIBIT B

# Fee Summary of Professionals and Paraprofessionals Providing Services

## FEE SUMMARY ORGANIZED BY PROFESSIONALS AND PARAPROFESSIONALS

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate[1] | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 34.70 | $27,239.50 |
| Mark S. Kaufman | Partner, Atlanta | 1973 | $675.00 | 30.80 | $20,790.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 0.80 | $440.00 |
| Gary W. Marsh | Partner, Atlanta | 1985 | $525.00 | 1.50 | $787.50 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 158.00 | $75,050.00 |
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 19.20 | $8,544.00 |
| B. Summer Chandler | Associate, Atlanta | 2001 | $435.00 | 0.30 | $130.50 |
| Jill C. Kuhn | Associate, Atlanta | 1999 | $425.00 | 41.00 | $17,425.00 |
| Rebecca Tingey | Associate, New York | 2007 | $410.00 | 72.10 | $29,561.00 |
| S. Jane Moffat | Associate, DC | 2007 | $425.00 | 4.10 | $1,742.50 |
| Alison M. Elko | Associate, Atlanta | 2003 | $375.00 | 72.20 | $27,075.00 |
| Ian Byrnside | Associate, Atlanta | 2008 | $315.00 | 14.30 | $4,504.50 |
| | | **Professionals**: | **Blended Rate: $486.67** | **Total Hours: 449.00** | **Total Fees: $213,289.50** |

---

[1] These rates are the same rates charged to the non-bankruptcy clients of McKenna Long & Aldridge LLP. All professionals and paraprofessionals submitted time records to (i) the Fee Committee; (ii) Lehman Brothers Holdings Inc.; (iii) counsel for the Debtors, Weil, Gotshal & Manges, LLP; (iv) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP; and (v) the Office of the United States Trustee for the Southern District of New York in accordance with the Order Appointing Fee Committee and Approving Fee Application Protocol and the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals.

| Name of Paraprofessional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Hillard T. Moore | Litigation Support Manager, DC | N/A | $250.00 | 3.70 | $595.00 |
| Latandra D. Williams | Litigation Support Analyst, Atlanta | N/A | $240.00 | 6.00 | $1,440.00 |
| Robert M. Gee | Paralegal, New York | N/A | $235.00 | 42.50 | $9,987.50 |
| Jan E. Reed | Paralegal, Atlanta | N/A | $225.00 | 101.10 | $22,747.50 |
| Kimberly M. Bookout | Paralegal, Atlanta | N/A | $215.00 | 2.90 | $623.50 |
| Lou Ellen Runyan | Research Librarian, Atlanta | N/A | $180.00 | 1.00 | $180.00 |
| Douglas T. Malerba | Research Librarian, DC | N/A | $130.00 | 2.00 | $260.00 |
| | | Paraprofessionals: | Blended Rate: $210.71 | Total Hours: 159.20 | Total Fees: $35,833.50 |
| | Total for Professionals and Paraprofessionals: | | | Total Hours: 608.20 | Total Fees: $249,123.00 |

2

# FEE SUMMARY ORGANIZED BY MATTER AND TASK CODE

**Kontrabecki in NY Bankruptcy Action (30837.0001) - Task Code 4000**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Mark S. Kaufman | Partner, Atlanta | 1973 | $675.00 | 30.80 | $20,790.00 |
| | | | Total | 30.80 | $20,790.00 |

**Bankruptcy Employment Matter (30837.0002) - Task Code 4600**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 1.10 | $863.50 |
| Gary W. Marsh | Partner, Atlanta | 1985 | $525.00 | 1.50 | $787.50 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 0.60 | $285.00 |
| B. Summer Chandler | Partner, Atlanta | 2001 | $435.00 | 0.30 | $130.50 |
| Alison M. Elko | Associate, Atlanta | 2003 | $375.00 | 72.20 | $27,075.00 |
| | | | Total | 75.70 | $29,141.50 |

**AZ 72 LLC (30837.0003) - Task Code 4000**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 33.60 | $26,376.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 0.80 | $440.00 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 157.40 | $74,765.00 |
| Jill C. Kuhn | Associate, Atlanta | 1999 | $425.00 | 41.00 | $17,425.00 |
| S. Jane Moffat | Associate, DC | 2007 | $425.00 | 4.10 | $1,742.50 |

3

| AZ 72 LLC (30837.0003) - Task Code 4000 [*continued from previous page*] | | | | | |
|---|---|---|---|---|---|
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2011 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| Rebecca Tingey | Associate, New York | 2007 | $410.00 | 72.10 | $29,561.00 |
| Ian Byrnside | Associate, Atlanta | 2008 | $315.00 | 14.30 | $4,504.50 |
| Hillard T. Moore | Litigation Support Manager, DC | N/A | $250.00 | 3.70 | $595.00 |
| LaTandra D. Williams | Litigation Support Analyst, Atlanta | N/A | $240.00 | 6.00 | $1,440.00 |
| Robert M. Gee | Paralegal, New York | N/A | $235.00 | 42.50 | $9,987.50 |
| Jan E. Reed | Paralegal, Atlanta | N/A | $225.00 | 101.10 | $22,747.50 |
| Kimberly M. Bookout | Paralegal, Atlanta | N/A | $215.00 | 2.90 | $623.50 |
| Lou Ellen Runyan | Research Librarian, Atlanta | N/A | $180.00 | 1.00 | $180.00 |
| Douglas T. Malerba | Research Librarian, DC | N/A | $130.00 | 2.00 | $260.00 |
| | | | **Total** | **245.60** | **$69,899.00** |

| Walker Square/Riverbend Loan Restructuring (30837.0005) - Task Code 2300 | | | | | |
|---|---|---|---|---|---|
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2011 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 15.50 | $6,897.50 |
| | | | **Total** | **15.50** | **$6,897.50** |

| North Beach Plantation (04406.0204) - Task Code 2300 | | | | | |
|---|---|---|---|---|---|
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2011 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 3.70 | $1,646.50 |
| | | | **Total** | **3.70** | **$1,646.50** |