# EXHIBIT C

# Summary of Hours and Fees

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | February | 8.30 | $5,602.50 |
| 2 | 30837 | 0002 | February | 4.30 | $1,612.50 |
| 3 | 30837 | 0003 | February | 167.80 | $51,826.50 |
| 4 | 30837 | 0005 | February | 2.10 | $934.50 |
| 6 | 04406 | 0204 | February | 3.70 | $1,646.50 |
|  |  |  | **Subtotal:** | **186.20** | **$61,622.50** |
| 1 | 30837 | 0001 | March | 6.90 | $4,657.50 |
| 2 | 30837 | 0002 | March | 30.40 | $12,001.00 |
| 3 | 30837 | 0003 | March | 169.40 | $70,524.50 |
| 4 | 30837 | 0005 | March | 3.40 | $1,513.00 |
| 6 | 04406 | 0204 | March | 0.00 | $0.00 |
|  |  |  | **Subtotal:** | **210.10** | **$88,696.00** |
| 1 | 30837 | 0001 | April | 7.90 | $5,332.50 |
| 2 | 30837 | 0002 | April | 24.10 | $9,115.50 |
| 3 | 30837 | 0003 | April | 44.50 | $21,523.00 |
| 4 | 30837 | 0005 | April | 0.00 | $0.00 |
| 6 | 04406 | 0204 | April | 0.00 | $0.00 |
|  |  |  | **Subtotal:** | **76.50** | **$35,971.00** |

2

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | May | 7.70 | $5,197.50 |
| 2 | 30837 | 0002 | May | 16.90 | $6,412.50 |
| 3 | 30837 | 0003 | May | 100.80 | $46,773.50 |
| 4 | 30837 | 0005 | May | 10.00 | $4,450.00 |
| 5 | 04406 | 0113 | May | 0.00 | $0.00 |
| 6 | 04406 | 0204 | May | 0.00 | $0.00 |
| | | | Subtotal: | 135.40 | $62,833.50 |
| | | | TOTAL: | 608.20 | $249,123.00 |