# EXHIBIT D

# Summary of Expenses

| Month | Expense Category | Total |
|---|---|---|
| February | Computerized Legal Research (Lexis and Westlaw) | $974.10 |
| February | Courier and Express Mail | $60.11 |
| February | Filing/Court/Witness Fees | $0.00 |
| February | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| February | Photocopy and Reproduction Charges (In-House) (25 pages @ $0.10 per copy) | $2.50 |
| February | Postage | $0.00 |
| February | Travel (Airline and Train Travel) | $0.00 |
| February | Travel (Hotels) | $0.00 |
| February | Travel (Local Transportation) | $0.00 |
| February | Travel (Meals) | $0.00 |
| February | Travel (Parking) | $0.00 |
| | **Subtotal** | **$1036.71** |
| March | Computerized Legal Research (Lexis and Westlaw) | $2,732.39 |
| March | Courier and Express Mail | $135.99 |
| March | Filing/Court/Witness Fees | $0.40 |
| March | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $33.15 |
| March | Photocopy and Reproduction Charges (In-House) (1,685 pages @ $0.10 per copy) | $168.50 |
| March | Postage | $0.00 |
| March | Travel (Airline and Train Travel) | $0.00 |

| **Month** | **Expense Category** | **Total** |
|---|---|---|
| March | Travel (Hotels) | $446.55 |
| March | Travel (Local Transportation) | $61.70 |
| March | Travel (Meals) | $86.78 |
| March | Travel (Parking) | $0.00 |
| | **Subtotal** | **$3,665.46** |
| | | |
| April | Computerized Legal Research (Lexis and Westlaw) | $212.71 |
| April | Courier and Express Mail | $9.06 |
| April | Filing/Court/Witness Fees | $137.80 |
| April | Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $485.10 |
| April | Photocopy and Reproduction Charges (In-House) (348 pages @ $0.10 per copy) | $34.80 |
| April | Postage | $0.00 |
| April | Travel (Airline and Train Travel) | $0.00 |
| April | Travel (Hotels) | $0.00 |
| April | Travel (Local Transportation) | $0.00 |
| April | Travel (Meals) | $0.00 |
| April | Travel (Parking) | $0.00 |
| | **Subtotal** | **$879.47** |
| | | |
| May | Computerized Legal Research (Lexis and Westlaw) | $1,315.58 |
| May | Courier and Express Mail | $41.33 |

| **Month** | **Expense Category** | **Total** |
|:---:|:---|---:|
| May | Filing/Court/Witness Fees | $0.00 |
| May | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $34.95 |
| May | Photocopy and Reproduction Charges (In-House) (305 pages @ $0.10 per copy) | $30.50 |
| May | Postage | $0.00 |
| May | Travel (Airline and Train Travel) | $0.00 |
| May | Travel (Hotels) | $0.00 |
| May | Travel (Local Transportation) | $4.50 |
| May | Travel (Meals) | $0.00 |
| May | Travel (Parking) | $0.00 |
| | **Subtotal** | **$1,426.86** |
| | **TOTAL:** | **$7,008.50** |