**EXHIBITS E1 - E4**

**Invoices for February 1, 2011 through May 31, 2011**

# EXHIBIT E-1

**Invoices, Expense Detail and Supplemental Information Sheets**
**(with additional detail and supporting documentation for expenses)**
**for February 1, 2011 through February 28, 2011**

# McKenna Long
# & Aldridge LLP

Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                Invoice No. 754395
Matter No.: 30837.0001           Invoice Date: May 31, 2011
======================================================================

   FOR PROFESSIONAL SERVICES RENDERED through February 28, 2011
   RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------|-------|-------|
| M. Kaufman | 8.30 | 675.00 | 5,602.50 |
| Total | 8.30 | | 5,602.50 |

TOTAL FEES:                                    $  5,602.50

T O T A L   T H I S   S T A T E M E N T:       $  5,602.50

LEHMAN BROTHERS HOLDINGS INC.      May 31, 2011      PAGE   2
MATTER NUMBER: 30837.0001
INVOICE NO.: 754395


## DESCRIPTION OF SERVICES

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/02/11 | M. Kaufman<br>Task: 4000 | .40 | CONFER WITH P. BENVENUTTI REGARDING PRELIMINARY DISCUSSIONS PREPATORY TO CONFERRING WITH L. GILICINSKI REGARDING LETTER REGARDING POLISH MATTER INVOLVING REPURCHASE OF SUBSIDIARY SHARES FROM P. KULKA PURSUANT TO BANKRUPTCY COURT ORDER AND ISSUES RELATING TO PROPOSAL CIRCULATED BY J. KONTRABECKI WITH REGARD TO POLISH LETTER AGREEMENT. |
| 02/03/11 | M. Kaufman<br>Task: 4000 | .50 | EMAILS RELATING TO SHREDDING OF DOCUMENTS AND REQUESTS FROM MAGISTRATE JUDGE LARSEN WITH REGARD TO SAME AND POSITION TO BE TAKEN IN RESPECT THERETO (0.2); CONFER WITH P. BENVENUTTI REGARDING POLISH LETTER (0.3). |
| 02/04/11 | M. Kaufman<br>Task: 4000 | 1.20 | DRAFT EXTENSIVE EMAIL TO L. GILICINSKI TO PROVIDE BACKGROUND FOR DISCUSSION RELATING TO POLISH LETTER AND L. GILICINSK'S REVIEW AND CONSIDERATION OF PROPOSAL FROM RADWAN REGARDING SAME. |
| 02/22/11 | M. Kaufman<br>Task: 4000 | .70 | REVIEW REVISED DRAFT LETTER AS PREPARED BY RADWAN AND CONSIDERATION OF CHANGES NEEDING TO BE MADE TO SAID DOCUMENT (0.4); PREPARATION FOR CALL WITH P. BENVENUTTI TO DISCUSS SAME (0.3). |
| 02/23/11 | M. Kaufman<br>Task: 4000 | 2.40 | CONFER WITH P. BENVENUTTI REGARDING CHANGES TO PROPOSED POLISH LETTER AS DRAFTED BY RADWAN (0.7); SUBSEQUENT DRAFTING OF REVISIONS TO LETTER (1.1); EMAIL TO W. OLSHAN AND LEVINE UPDATING ON STATUS OF MATTER AND NEXT STEPS (0.3); REVIEW EMAIL FROM KONTRABECKI REGARDING TRANSFER OF OWNERSHIP OF TKG LP AND W. OLSHAN RESPONSE THERETO (0.3). |

LEHMAN BROTHERS HOLDINGS INC.                May 31, 2011                PAGE    3
MATTER NUMBER: 30837.0001
INVOICE NO.: 754395


02/24/11  M. Kaufman              .90    SEND AND RECEIVE VARIOUS EMAILS RELATING TO
          Task:   4000                    KONTRABECKI'S PROPOSAL TO PURCHASE TKG LP FOR
                                          NOMINAL CONSIDERATION (0.5); DISCUSSION OF
                                          STRATEGIES RELATING THERETO WITH P. BENVENUTTI
                                          (0.4).

02/28/11  M. Kaufman             2.20    CONFER WITH P. BENVENUTTI REGARDING CHANGES TO
          Task:   4000                    PROPOSED POLISH LETTER AS DRAFTED BY RADWAN
                                          (1.0); SUBSEQUENT DRAFTING OF PROVISIONS TO
                                          LETTER (0.9); EMAIL TO W. OLSHAN AND LEVINE
                                          UPDATING ON STATUS OF MATTER AND NEXT STEPS
                                          (0.3).

  4000  Non-Bankruptcy Litigation
        M. Kaufman                        8.30   675.00  $5,602.50

           TOTAL 4000                     8.30          $5,602.50

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 753613
Matter No.: 30837.0002               Invoice Date: May 31, 2011
===============================================================

    FOR PROFESSIONAL SERVICES RENDERED through February 28, 2011
    RE: BANKRUPTCY EMPLOYMENT MATTERS


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|--------|--------|
| A. Elko | 4.30 | 375.00 | 1,612.50 |
| Total | 4.30 | | 1,612.50 |

TOTAL FEES:                                    $  1,612.50

CHARGES:

    COPY CHARGES                       2.50

TOTAL CHARGES:                                 $      2.50

T O T A L   T H I S   S T A T E M E N T:       $  1,615.00

LEHMAN BROTHERS HOLDINGS INC.      May 31, 2011      PAGE   2
MATTER NUMBER: 30837.0002
INVOICE NO.: 753613

### DESCRIPTION OF SERVICES

| 02/02/11 | A. Elko<br>Task: 4600 | .30 | CONFER AND CORRESPOND WITH C. WEISS REGARDING POSSIBLE EMPLOYMENT AS ORDINARY COURSE PROFESSIONALS FOPR LEHMAN MATTER (0.2); REVIEW ORDER REGARDING PROCEDURES FOR ORDINARY COURSE PROFESSIONALS (0.1). |
| 02/03/11 | A. Elko<br>Task: 4600 | .20 | CONFER AND CORRESPOND WITH M. KAUFMAN REGARDING EDITS TO KONTRABECKI PRO FORMAS FOR COMPLIANCE WITH FEE PROTOCOL. |
| 02/04/11 | A. Elko<br>Task: 4600 | .50 | REVIEW DRAFT INVOICES FOR NOVEMBER AND DECEMBER 2010 FOR COMPLIANCE WITH FEE COMMITTEE GUIDELINES. |
| 02/15/11 | A. Elko<br>Task: 4600 | 2.00 | REVIEW AND EDIT NOVEMBER AND DECEMBER INVOICES TO COMPLY WITH FEE COMMITTEE GUIDELINES (0.8); REVIEW AND EDIT JANUARY PRO FORMAS TO COMPLY WITH FEE COMMITTEE GUIDELINES (1.2). |
| 02/17/11 | A. Elko<br>Task: 4600 | .80 | REVIEW AND EDIT JANUARY 2011 PRO FORMAS TO COMPLY WITH FEE PROTOCOL. |
| 02/23/11 | A. Elko<br>Task: 4600 | .50 | REVIEW AND EDIT PRO FORMAS FOR JANUARY 2011 IN ACCORDANCE WITH FEE COMMITTEE GUIDELINES. |

4600  Firm's Own Billing/Fee Applications
    A. Elko                       4.30   375.00   $1,612.50

        TOTAL 4600             4.30         $1,612.50

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/02/2011 | 4981 | ALISON ELKO | 101S | 25.00 | 0.15 | 3.75 | COPY CHARGES | 26849361 |
| 05/31/2011 | | Invoice=753613 | | 25.00 | 0.10 | 2.50 | | |
| | | | | | | | | |
| | | BILLED TOTALS:   WORK: | | | | 3.75 | 1 records | |
| | | BILLED TOTALS:   BILL: | | | | 2.50 | | |
| | | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 3.75 | 1 records | |
| | | GRAND TOTAL:   BILL: | | | | 2.50 | | |

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

---

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                Invoice No. 760035
Matter No.: 30837.0003           Invoice Date: May 31, 2011
================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2011
RE: AZ 72, LLC

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------:|----------------:|------------:|
| C.F. Graham | 5.50 | 785.00 | 4,317.50 |
| A.F. Kaufman | 14.60 | 475.00 | 6,935.00 |
| J. Kuhn | 12.80 | 425.00 | 5,440.00 |
| R. Tingey | 25.70 | 410.00 | 10,537.00 |
| L.D. Williams | 6.00 | 240.00 | 1,440.00 |
| R.M. Gee | 24.60 | 235.00 | 5,781.00 |
| J.E. Reed | 73.70 | 225.00 | 16,582.50 |
| K.B. Bookout | 2.90 | 215.00 | 623.50 |
| H.T. Moore | 2.00 | 85.00 | 170.00 |
| Total | 167.80 | | 51,826.50 |

TOTAL FEES:                                    $ 51,826.50

LEHMAN BROTHERS HOLDINGS INC.          May 31, 2011                PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 760035


CHARGES:

    DELIVERY SERVICE/MESSENGER          47.71
    MISCELLANEOUS ONLINE SEARCHES      297.05
    WESTLAW RESEARCH                   677.05

TOTAL CHARGES:                                   $  1,021.81

T O T A L   T H I S   S T A T E M E N T:         $ 52,848.31

LEHMAN BROTHERS HOLDINGS INC.            May 31, 2011            PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 760035


DESCRIPTION OF SERVICES


02/01/11    C.F. Graham            .40    CONFER WITH R. TINGEY REGARDING K. COHEN
            Task:    4000                 E-MAILS.

02/02/11    C.F. Graham           1.20    REVIEW S. MCDUFFIE E-MAIL WITH H. INY ERRATA
            Task:    4000                 SHEET CHANGES (0.3); CONFER WITH A. KAUFMAN
                                          REGARDING CHANGES MADE TO TESTIMONY AND HOW TO
                                          RESPOND (0.3); REVIEW E-MAIILS REGARDING AZ 141
                                          DOCS AVAILABILITY (0.2); DRAFT E-MAIL OUTLINING
                                          DEFENSES FRAUD PARADOX AS DISGUISED BREACH OF
                                          CONTRACT ACTION (0.4).

02/02/11    R.M. Gee               .30    REVIEW AND ORGANIZE DOCUMENTS FOR DEPOSITION
            Task:    4000                 EXHIBITS.

02/03/11    R.M. Gee              3.40    PREPARE FOR AND PARTICIPATE IN CONFERENCE WITH
            Task:    4000                 A. KAUFMAN, J. KUHN, AND J. REED REGARDING
                                          STATUS OF DOCUMENT PRODUCTION (0.9); REVIEW AND
                                          ANALYZE AZ 72 PRODUCTION FOR RESPONSIVENESS AND
                                          PRIVILEGE (2.3); EMAIL TO TEAM REGARDING
                                          COMPLETION OF VARIOUS PROJECTS (0.2).

02/03/11    J.E. Reed             6.50    PREPARE FOR AND PARTICIPATE IN LITIGATION TEAM
            Task:    4000                 TELECONFERENCE WITH A. KAUFMAN, J. KUHN, R. GEE
                                          AND R. TINGEY (1.5); CONTINUED ATTENTION TO
                                          REVIEW OF DOCUMENTS FOR SUPPLEMENTAL PRODUCTION
                                          (2.5); TAG AND REDACT NON-RESPONSIVE
                                          TRANSMITTAL EMAILS (1.6); CONFER WITH VENDOR
                                          REGARDING PARAMETERS FOR PRODUCTION (0.2);
                                          CONFER WITH R. TINGEY REGARDING REVIEW OF
                                          TRANSMITTAL EMAILS AND NON-RESPONSIVE EMAILS TO
                                          REMOVE FROM PRODUCTION (0.2); UPDATE DISCOVERY
                                          STATUS MEMO (0.5).

02/03/11    R. Tingey             7.90    CALL WITH C. GRAHAM, A. KAUFMAN, J. KUHN, R.
            Task:    4000                 GEE AND J. REED REGARDING SUPPLEMENTAL DOCUMENT
                                          PRODUCTION (0.9); REVIEW SUPPLEMENTAL DOCUMENT
                                          PRODUCTION (7.0).

LEHMAN BROTHERS HOLDINGS INC.                May 31, 2011             PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 760035


| | | | |
|---|---|---|---|
| 02/03/11 | J. Kuhn<br>Task:  4000 | 2.00 | PREPARE FOR AND CONFER WITH A. KAUFMAN, R. TINGEY, J. REED AND R. GEE REGARDING COMPLETING LEHMAN'S SUPPLEMENTAL PRODUCTION (1.1); WORK ON ANALYZING DOCUMENTS FOR SUPPLEMENTAL PRODUCTION (0.9). |
| 02/03/11 | A.F. Kaufman<br>Task:  4000 | 1.20 | PREPARE FOR AND PARTICIPATE IN TELEPHONE CALLS WITH INTERNAL TEAM REGARDING SUPPLEMENTAL PRODUCTION. |
| 02/04/11 | A.F. Kaufman<br>Task:  4000 | .50 | TELEPHONE CONFERENCE WITH TRIMONT REGARDING LOG BOOK ISSUE. |
| 02/04/11 | H.T. Moore<br>Task:  4000 | .50 | ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA FILES. |
| 02/04/11 | R. Tingey<br>Task:  4000 | 1.40 | REVIEW SUPPLEMENTAL DOCUMENT PRODUCTION (0.7); EMAILS WITH J. REED REGARDING SAME (0.3); REVIEW DEFENDANTS' INTERROGATORIES (0.4). |
| 02/04/11 | J.E. Reed<br>Task:  4000 | 6.70 | REVIEW DOCUMENTS FOR SUPPLEMENTAL PRODUCTION (3.9); CONFER WITH R. TINGEY REGARDING SAME (0.3); RUN PARENT/CHILD SEARCH AND TAG FOR UNION OF NON-RESPONSIVE PARENTS WITH CHILDREN (2.5). |
| 02/04/11 | R.M. Gee<br>Task:  4000 | 3.60 | REVIEW AND ANALYZE AZ 72 PRODUCTION FOR RESPONSIVENESS (3.4); REVIEW DEFENDANTS' INTERROGATORIES AND CALCULATE RESPONSE DEADLINES FOR SAME (0.2). |
| 02/04/11 | C.F. Graham<br>Task:  4000 | 2.30 | CONFERENCE CALL WITH W. ANTONIEWICZ, A. KAUFMAN AND TRIMONT REGARDING MAIL ROOM TRACKING PROCEDURES IN 2009/2010 (0.5); REVIEW NOTICE PROVISIONS OF BUILDING LOAN AGREEMENT (0.3); READ E-MAILS FROM TECH VENDORS AND J. REED REGARDING UPLOADING OF DOCUMENTS TO SYSTEM (0.4); FOLLOW-UP E-MAILS WITH W. ANTONIEWICZ REGARDING FEDEX PROCEDURES (0.1); CONFER WITH A. KAUFMAN REGARDING HOW TO RESPOND TO MAIL ROOM LOG ISSUE (0.2); REVIEW CONTENTION INTEROGGATORIES SERVED BY PRYOR CASHMAN AT 4:30 PM (0.6); CONFER WITH A.  KAUFMAN REGARDING CONTENTION INTEROGGATORIES (0.2). |

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011              PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 760035


| 02/07/11 | C.F. Graham | .40 | READ E-MAILS FROM STEVE LAUER REGARDING TRIMONT |
|          | Task:  4000 |     | INTERNAL PROCEDURES (0.2);  READ E-MAIL FROM A. |
|          |             |     | KAUFMAN REGARDING TRIMONT DISCOVERY (0.2). |

02/07/11   R.M. Gee            4.10   REVIEW AND ANALYZE AZ 72 PRODUCTION FOR
           Task:  4000                RESPONSIVENESS (3.9); CONFER WITH J. REED
                                      REGARDING SAME (0.2).

02/07/11   R. Tingey           2.80   CALL WITH R. GEE REGARDING FRCP 33 AND REVIEW
           Task:  4000                EMAIL REGARDING NUMBER OF INTERROGATORIES
                                      SERVED BY EACH DEFENDANT (0.2); PREPARE FOR AND
                                      PARTICIPATE IN REVIEW OF AZ 141 DOCUMENTS AND
                                      POST-COMPLAINT (2.0); CONFERENCE CALL WITH A.
                                      KAUFMAN, J. REED, J. KUHN AND R. GEE REGARDING
                                      STATUS OF SUPPLEMENTAL PRODUCTION (0.6).

02/07/11   J.E. Reed           3.10   TELECONFERENCE WITH A. KAUFMAN, J. KUHN AND R.
           Task:  4000                GEE REGARDING STATUS OF PRODUCTION (0.5);
                                      REVIEW PAST EXCEPTION EMAILS FOR QUALITY
                                      CONTROL OF PRODUCTION (0.4); CONTINUED
                                      ATTENTION TO SUPPLEMENTAL DOCUMENT REVIEW FOR
                                      PRIVILEGE, REDACTION AND NON-RESPONSIVE QUALITY
                                      CONTROL (2.2).

02/07/11   J. Kuhn             .80    PREPARE FOR AND CONFER WITH A. KAUFMAN, J.
           Task:  4000                REED, R. TINGEY AND R. GEE REGARDING COMPLETING
                                      SUPPLEMENTAL REVIEW AND PRODUCTION OF DOCUMENTS
                                      TO DEFENDANTS.

02/07/11   A.F. Kaufman        1.10   TELEPHONE CALLS WITH INTERNAL TEAM REGARDING
           Task:  4000                SUPPLEMENTAL PRODUCTION (0.6); DRAFT AND
                                      TRANSMIT E-MAILS TO S. LAUER REGARDING LOG BOOK
                                      ISSUE (0.5).

02/08/11   R. Tingey           .30    REVIEW SUPPLEMENTAL DOCUMENT PRODUCTION AND
           Task:  4000                EMAIL FROM J. REED REGARDING SAME.

02/08/11   J.E. Reed           4.00   PREPARE INSTRUCTION SHEET FOR LITIGATION
           Task:  4000                SUPPORT AND VENDOR FOR THREE CATEGORIES OF
                                      PRODUCTION (1.0); CONFERENCE WITH LITIGATION
                                      SUPPORT REGARDING SAME (0.2); REVISE
                                      INSTRUCTION SHEET (0.2); ADD K. COHEN DOC IDS

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011              PAGE   6
MATTER NUMBER: 30837.0003
INVOICE NO.: 760035

                                    TO REDACTION SPREADSHEET (0.3); SEPARATE FINAL
                                    CATEGORIES INTO SUBFOLDERS PER LITIGATION
                                    SUPPORT (PRIVILEGE, PRIVILEGE SLIPSHEET,
                                    CONFIDENTIAL, NON-RESPONSIVE SLIPSHEET) (1.3);
                                    RUN TEST FOR PRODUCTION PURPOSES (1.0).

02/08/11   A.F. Kaufman        .30   REVIEW TRANSCRIPT FROM COURT HEARING.
           Task:  4000

02/08/11   J. Kuhn             .20   CONFER WITH J. REED REGARDING MARKING
           Task:  4000               DOCUMENTS CONFIDENTIAL.

02/09/11   A.F. Kaufman        .20   CONFER WITH C. GRAHAM REGARDING INTERROGATORIES
           Task:  4000               PROPOUNDED BY DEFENDANTS.

02/09/11   J.E. Reed          3.00   CONTINUED ATTENTION TO REVIEWING DOCUMENTS FOR
           Task:  4000               PRIVILEGE, NON-RESPONSIVENESS AND ACCURACY OF
                                     CATEGORIES FOR PRODUCTION.

02/09/11   R.M. Gee            .60   REVIEW AND REDACT K. COHEN DOCUMENTS FOR
           Task:  4000               NON-RESPONSIVENESS.

02/10/11   R. Tingey           .50   REVIEW RESEARCH ON ASSETS OF DEFENDANTS.
           Task:  4000

02/10/11   J.E. Reed          6.10   CONTINUED ATTENTION TO CHECKING FOR PRIVILEGE,
           Task:  4000               NON-RESPONSIVENESS AND ACCURACY OF CATEGORIES
                                     FOR PRODUCTION (6.0); CONFERENCE WITH
                                     LITIGATION SUPPORT REGARDING PROCESSING FOR
                                     PRODUCTION (0.1).

02/10/11   A.F. Kaufman        .20   TELEPHONE CALL WITH S. LAUER REGARDING MAIL LOG
           Task:  4000               ISSUE.

02/10/11   J. Kuhn             .60   CONTINUED REVIEW AND ANALYSIS OF LEHMAN
           Task:  4000               DOCUMENTS IN ORDER TO PREPARE FOR
                                     SUPPLEMENTAL PRODUCTION.

02/10/11   R.M. Gee           3.90   REDACT K. COHEN DOCUMENTS FOR
           Task:  4000               NON-RESPONSIVENESS (1.9); UPDATE EXCEL
                                     SPREADSHEET REGARDING SAME (0.2); CONFER WITH
                                     J. REED REGARDING QUALITY CHECKING OF
                                     SUPPLEMENTAL DOCUMENT PRODUCTION (0.2); REVIEW
                                     AND ANALYZE SUPPLEMENTAL PRODUCTIONS IN
                                     CONNECTION WITH PARENT / CHILD ISSUE (1.6).

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011                PAGE    7
MATTER NUMBER: 30837.0003
INVOICE NO.: 760035


| | | | |
|---|---|---|---|
| 02/11/11 | R.M. Gee<br>Task:  4000 | 6.30 | REVIEW AND ANALYZE AZ 72 PRODUCTION FOR RESPONSIVENESS AND PRIVILEGE (5.8); PARTICIPATE IN CONFERENCE CALL WITH J. REED AND A. KAUFMAN REGARDING DOCUMENT PRODUCTION (0.5). |
| 02/11/11 | L.D. Williams<br>Task:  4000 | 3.00 | ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA FILES. |
| 02/11/11 | J.E. Reed<br>Task:  4000 | 7.50 | CONFERENCE WITH R. GEE REGARDING COMPLETION OF CATEGORIES: COHEN, AZ 141, POST-COMPLAINT, FURTHER REVIEW, 11-15-2010 SUPPLEMENTAL PRODUCTION, 11-29-2010 SUPPLEMENTAL PRODUCTION, AZ 72 HOLDINGS PRODUCTIONS 1 AND 2 (0.5); REVIEW SAME FOR ACCURACY AND QUALITY CONTROL (6.0); CONFERENCE WITH LITIGATION SUPPORT REGARDING INITIATION OF ROLLING PRODUCTION (0.3); CONFERENCE WITH VENDOR REGARDING REDACTION SPREADSHEET TO ENSURE ACCURACY (0.7). |
| 02/11/11 | A.F. Kaufman<br>Task:  4000 | 2.40 | DRAFT AND TRANSMIT E-MAIL TO J. CHORMANSKI AND S. LAUER REGARDING DEFENDANTS' INTERROGATORIES (0.2); DRAFT AND TRANSMIT E-MAIL TO OPPOSING COUNSEL REGARDING SUPPLEMENTAL PRODUCTION (0.2); CONFER WITH C. GRAHAM REGARDING DISCOVERY ISSUES (0.7); ANALYZE DISCOVERY ISSUES (1.3). |
| 02/11/11 | R. Tingey<br>Task:  4000 | 2.00 | REVIEW RESEARCH ON DEFENDANTS' ASSETS (1.0); REVIEW DEFENDANTS' LETTER REGARDING INITIAL DISCLOSURES AND A. BARSANTI DEPOSITION TRANSCRIPT FOR INTERROGATORY RESPONSES REGARDING ADDITIONAL WITNESSES (1.0). |
| 02/12/11 | J.E. Reed<br>Task:  4000 | 1.00 | REVIEW AND FINALIZE SUPPLEMENTAL DOCUMENT PRODUCTION. |
| 02/14/11 | J.E. Reed<br>Task:  4000 | 3.70 | REVIEW PRODUCTION PREPARED AND STORED ON FTP SITE (1.5); CONFERENCES WITH VENDOR AND IT REGARDING SAME (2.2). |
| 02/14/11 | H.T. Moore<br>Task:  4000 | .50 | ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA FILES. |

LEHMAN BROTHERS HOLDINGS INC.                May 31, 2011              PAGE   8
MATTER NUMBER: 30837.0003
INVOICE NO.: 760035


02/14/11   J. Kuhn                .40   CONFER WITH A. KAUFMAN AND J. REED REGARDING
           Task:   4000                 FINALIZING LEHMAN'S SUPPLEMENTAL DOCUMENT
                                        PRODUCTION.

02/14/11   R. Tingey            2.30   REVIEW A. BARSANTI AND W. ANTONIEWICZ
           Task:   4000                 TRANSCRIPTS FOR INTERROGATORY RESPONSES
                                        REGARDING ADDITIONAL WITNESSES.

02/14/11   L.D. Williams        3.00   ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA
           Task:   4000                 FILES.

02/14/11   A.F. Kaufman         1.40   COMMENCE REVIEW OF  DEPOSITION OF A. BARSANTI
           Task:   4000                 IN CONNECTION WITH IDENTIFICATION OF WITNESSES
                                        (1.0); TELEPHONE CALL WITH J. REED REGARDING
                                        DISCOVERY STATUS (0.3); TELEPHONE CALL WITH J.
                                        KUHN REGARDING SAME (0.1).

02/15/11   A.F. Kaufman         1.60   ANALYZE AND CONFER WITH S. LAUER AND W.
           Task:   4000                 ANTONIEWICZ REGARDING LOG BOOK ISSUE (0.7);
                                        ANALYZE AND CONFER WITH INTERNAL TEAM REGARDING
                                        SUPPLEMENTAL PRODUCTION (0.9).

02/15/11   J.E. Reed            4.40   WORK WITH VENDOR AND LITIGATION SUPPORT TO
           Task:   4000                 ADDRESS ISSUES WITH FIRST PRODUCTION DRAFT
                                        (1.0); PROOF SECOND PRODUCTION DRAFT (2.1);
                                        MEMO TO TEAM REGARDING STATUS OF PRODUCTION
                                        (0.2); WORK WITH VENDOR TO SEND OUT PRODUCTION
                                        (0.5); SEARCH FOR PROOF OF CERTIFIED MAIL
                                        SERVICE FOR DEMAND LETTERS (0.6).

02/15/11   J. Kuhn             1.80   ANALYZE AND FINALIZE LEHMAN'S SUPPLEMENTAL
           Task:   4000                 PRODUCTION (1.5); CONFER WITH A. KAUFMAN AND
                                        J. REED REGARDING ANALYSIS AND FINALIZATION
                                        OF LEHMAN' SUPPLEMENTAL PRODUCTION (0.3).

02/15/11   H.T. Moore          1.00   ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA
           Task:   4000                 FILES.

02/16/11   J.E. Reed            .60   TRANSFER THREE CATEGORIES OF REVIEWED DOCUMENTS
           Task:   4000                 TO LITIGATION SUPPORT FOR PREPARATION TO
                                        PRODUCE, WITH INSTRUCTIONS FOR PRODUCTION
                                        PARAMETERS.

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011                PAGE   9
MATTER NUMBER: 30837.0003
INVOICE NO.: 760035

| Date | Name / Task | Hours | Description |
|---|---|---|---|
| 02/16/11 | A.F. Kaufman<br>Task:  4000 | .40 | CONFER WITH S. LAUER REGARDING MAIL LOG ISSUE (0.2); CONFER WITH R. GEE REGARDING SUPPLEMENTAL PRODUCTION (0.2). |
| 02/16/11 | R.M. Gee<br>Task:  4000 | .80 | REVIEW AND ANALYZE PRIOR DOCUMENT PRODUCTION WITH PARENT/CHILD ISSUES FOR RESPONSIVENESS (0.7);  CONFER WITH J. REED REGARDING SAME AND SEND TO VENDOR FOR PRODUCTION (0.1) |
| 02/17/11 | R. Tingey<br>Task:  4000 | 1.00 | RESEARCH FOR MOTION FOR PROTECTIVE ORDER. |
| 02/17/11 | J.E. Reed<br>Task:  4000 | .90 | WORK WITH LITIGATION SUPPORT AND VENDOR TO PROCESS THREE NEW FOLDERS OF DOCUMENTS FOR PRODUCTION (0.7); CONFERENCE WITH A. KAUFMAN REGARDING PRODUCTION TIMELINE (0.2). |
| 02/18/11 | J.E. Reed<br>Task:  4000 | 7.50 | CONTINUE WORKING WITH VENDORS AND LITIGATION SUPPORT FOR PRODUCTIONS. |
| 02/18/11 | J. Kuhn<br>Task:  4000 | 1.00 | REVIEW SUPPLEMENTAL DOCUMENTS FOR PRODUCTION TO DEFENDANT. |
| 02/18/11 | R.M. Gee<br>Task:  4000 | .20 | REVIEW AND RESPOND TO EMAILS FROM A. KAUFMAN REGARDING EMAIL FROM OPPOSING COUNSEL REGARDING DOCUMENT PRODUCTION DEFICIENCIES (0.1); CONTACT VENDOR REGARDING SAME (0.1). |
| 02/18/11 | J. Kuhn<br>Task:  4000 | .30 | CONFER WITH A. KAUFMAN AND J. REED REGARDING FINALIZING SUPPLEMENTAL DOCUMENTS FOR PRODUCTION. |
| 02/18/11 | A.F. Kaufman<br>Task:  4000 | .60 | EXCHANGE E-MAILS WITH OPPOSING COUNSEL REGARDING SUPPLEMENTAL PRODUCTION. |
| 02/22/11 | J.E. Reed<br>Task:  4000 | 5.50 | RERUN PRIVILEGE LOG FOR NEW PRODUCTIONS (2.0); REVIEW DOCUMENTS FOR CONFORMING TO AND ACCURACY OF LOG (3.5). |
| 02/22/11 | R. Tingey<br>Task:  4000 | 1.50 | EMAILS WITH A. KAUFMAN REGARDING INTERROGATORY RESPONSES (0.2); PREPARE DRAFT RESPONSES (1.3). |
| 02/23/11 | R. Tingey<br>Task:  4000 | 3.50 | CONFERENCE WITH C. GRAHAM REGARDING INTERROGATORY RESPONSES (0.2); DRAFT INTERROGATORY RESPONSES (3.3). |

LEHMAN BROTHERS HOLDINGS INC.              May 31, 2011              PAGE   10
MATTER NUMBER: 30837.0003
INVOICE NO.: 760035

02/23/11  C.F. Graham       1.20   REVIEW GENERAL OBJECTIONS TO INTERROGATORIES
          Task:  4000              (0.6); CONFER WITH R. TINGEY REGARDING
                                   RESPONSES TO INTEROGGATORIES (0.3); READ
                                   E-MAILS REGARDING PARENT/CHILD ISSUES RELATED
                                   TO RESPONSIVENESS (0.3).

02/23/11  R.M. Gee           .40   CONFER WITH R. TINGEY REGARDING IDENTIFYING
          Task:  4000              INFORMATION IN A. BARSANTI DEPOSITION IN
                                   CONNECTION WITH RESPONDING TO INTERROGATORIES
                                   (0.1); ASSIST R. TINGEY WITH REVIEWING SAME
                                   (0.3).

02/23/11  J.E. Reed         2.50   WORK WITH LITIGATION SUPPORT ON CONFIDENTIAL
          Task:  4000              AND AZ 141 CATEGORIES FOR PRODUCTION (1.2);
                                   UPDATE LIST OF CONFIDENTIAL AND REDACTED EMAILS
                                   (0.5); WORK WITH VENDOR ON SAME (0.8).

02/24/11  J.E. Reed         3.00   WORK WITH VENDOR AND LITIGATION SUPPORT
          Task:  4000              REGARDING OCR CAPABILITY ON PRODUCTIONS (1.0);
                                   SEARCH DOCUMENTS FROM SUPPLEMENTAL PRODUCTION
                                   FOR ALL POSSIBLE PRIVILEGE NAMES (2.0).

02/24/11  R.M. Gee           .10   TRANSMIT E-MAIL TO M. MACEDA, DTI, REGARDING
          Task:  4000              OCR TEXT FOR SUPPLEMENTAL DOCUMENT PRODUCTION.

02/24/11  A.F. Kaufman       .20   EXCHANGE E-MAILS WITH R. GEE AND J. REED
          Task:  4000              REGARDING SUPPLEMENTAL PRODUCTION.

02/25/11  A.F. Kaufman       .80   ANALYZE ISSUES RELATING TO SUPPLEMENTAL
          Task:  4000              PRODUCTION (0.5); TELEPHONE CALLS WITH INTERNAL
                                   TEAM REGARDING DISCOVERY ISSUES (0.3).

02/25/11  R. Tingey         2.50   DRAFT INTERROGATORY RESPONSES.
          Task:  4000

02/25/11  J. Kuhn           1.80   REVIEW AND ANALYZE Y. INY'S FIRST
          Task:  4000              INTERROGATORIES TO PLAINTIFF, R. SCHWARTZ'S
                                   FIRST INTERROGATORIES TO PLAINTIFF, H. INY'S
                                   FIRST INTERROGATORIES TO PLAINTIFF, AND GREAT
                                   AMERICAN CAPITAL'S FIRST INTERROGATORIES TO
                                   PLAINTIFF (0.7); CONFER WITH R. TINGEY

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011            PAGE  11
MATTER NUMBER: 30837.0003
INVOICE NO.: 760035

|  |  |  |  |
|---|---|---|---|
|  |  |  | REGARDING RESPONSES TO DEFENDANTS' OUTSTANDING INTERROGATORIES (0.3); CONFER WITH A. KAUFMAN AND J. REED REGARDING SUPPLEMENTAL DOCUMENTS FOR PRODUCTION AND RESPONDING TO DEFENDANTS' OUTSTANDING INTERROGATORIES (0.8). |
| 02/25/11 | J.E. Reed Task:  4000 | 6.50 | CONFERENCES WITH A. KAUFMAN, C. MOORE AND VENDOR REGARDLUG PROCESSING OF SPREADSHEETS (0.6); REVIEW ANALYZE AND MANUALLY REDACT SPREADSHEETS FOR PRODUCTION (2.4); WORK WITH LITIGATION SUPPORT AND VENDOR WITH RESPECT TO REVISIONS FOR SUPPLEMENTAL PRODUCTION (3.5). |
| 02/25/11 | K.B. Bookout Task:  4000 | 2.90 | ASSIST J. REED WITH PREPARING REDACTED DOCUMENTS FOR PRODUCTION. |
| 02/25/11 | R.M. Gee Task:  4000 | .30 | REVIEW AND RESPOND TO E-MAILS REGARDING PROCESSING DOCUMENT PRODUCTION (0.1); EMAILS WITH C. MOORE REGARDING PROCESSING EXCEL SPREADSHEETS (0.1); EMAILS WITH A. KAUFMAN REGARDING SAME (0.1). |
| 02/25/11 | R.M. Gee Task:  4000 | .10 | REVIEW EMAILS FROM R. TINGEY AND J. KUHN REGARDING RESPONSES TO INTERROGATORIES. |
| 02/28/11 | J.E. Reed Task:  4000 | 1.20 | WORK WITH LITIGATION SUPPORT TO FINALIZE SUPPLEMENTAL PRODUCTION (0.5); WORK WITH VENDOR TO FINALIZE SUPPLEMENTAL PRODUCTION (0.2); ATTENTION TO PRIVILEGE LOG FOR NEW BATES NUMBERS (0.5). |
| 02/28/11 | R.M. Gee Task:  4000 | .50 | REVIEW AND RESPOND TO EMAILS FROM VENDOR REGARDING PROCESSING DOCUMENT PRODUCTION (0.3); REVIEW DOCUMENTS FOR RESPONSIVENESS (0.1); EMAIL TO J. KUHN REGARDING SAME (0.1). |
| 02/28/11 | J. Kuhn Task:  4000 | 3.90 | REVIEW AND ANALYZE ADDITIONAL SUPPLEMENTAL MATERIALS TO PREPARE TO PRODUCE TO DEFENDANTS (1.5); WORK ON ANALYZING WITHHELD DOCUMENTS AND DRAFTING UPDATED PRIVILEGE LOG TO ADD MATERIALS INCLUDED IN SUPPLEMENTAL PRODUCTION TO DEFENDANTS (2.4). |

LEHMAN BROTHERS HOLDINGS INC.              May 31, 2011              PAGE  12
MATTER NUMBER: 30837.0003
INVOICE NO.: 760035

02/28/11  A.F. Kaufman          3.70   ANALYZE INTERROGATORIES PROPOUNDED BY
          Task:  4000                  DEFENDANTS (0.6); BEGIN DRAFTING ANSWERS TO
                                       SAME (1.7); EXCHANGE E-MAILS WITH J. CHORMANSKI
                                       REGARDING SAME (0.2); TELEPHONE CALLS WITH S.
                                       LAUER REGARDING SAME AND MAIL LOG ISSUE (0.6);
                                       TELEPHONE CALL WITH W. ANTONIEWICZ REGARDING
                                       SAME (0.3); DRAFT AND TRANSMIT E-MAIL TO W.
                                       ANTONIEWICZ REGARDING SAME (0.3).

4000  Non-Bankruptcy Litigation
      A.F. Kaufman                      14.60    475.00   $6,935.00
      C.F. Graham                        5.50    785.00   $4,317.50
      H.T. Moore                         2.00     85.00     $170.00
      J. Kuhn                           12.80    425.00   $5,440.00
      J.E. Reed                         73.70    225.00  $16,582.50
      K.B. Bookout                       2.90    215.00     $623.50
      L.D. Williams                      6.00    240.00   $1,440.00
      R. Tingey                         25.70    410.00  $10,537.00
      R.M. Gee                          24.60    235.00   $5,781.00

         TOTAL 4000                    167.80            $51,826.50

Billed Recap Of Cost Detail - (Invoice: 753612 Date: 05/31/2011)
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934612 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934613 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934614 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934615 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934616 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934617 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 5.75 | 5.75 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934618 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 5.75 | 5.75 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 5.75 | 5.75 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934619 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 5.75 | 5.75 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 5.75 | 5.75 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934620 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 5.75 | 5.75 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 5.75 | 5.75 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934657 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 5.75 | 5.75 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 5.75 | 5.75 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934658 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 5.75 | 5.75 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934659 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934660 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934661 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934662 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934663 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934664 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934665 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934666 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934668 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934669 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934670 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934671 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934672 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 1.44 | 1.44 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934673 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 1.44 | 1.44 | 02/01/2011 | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 5.75 | 5.75 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934674 |

Billed Recap Of Cost Detail    Invoice: 753612 Date: 05/31/2011

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 05/31/2011 | | Invoice=753612 | | 1.00 | 5.75 | 5.75 | 02/01/2011 | |
| | | | | | | | | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 5.75 | 5.75 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934675 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 5.75 | 5.75 | 02/01/2011 | |
| | | | | | | | | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 5.75 | 5.75 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934734 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 5.75 | 5.75 | 02/01/2011 | |
| | | | | | | | | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 5.75 | 5.75 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934736 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 5.75 | 5.75 | 02/01/2011 | |
| | | | | | | | | |
| 02/01/2011 | 0999 | MLA MLA | 407S | 1.00 | 5.75 | 5.75 | MISCELLANEOUS ONLINE SEARCHES  -  INVOICE DATE | 26934737 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 5.75 | 5.75 | 02/01/2011 | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 4.60 | 4.60 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856338 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 4.60 | 4.60 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 4.60 | 4.60 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856417 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 4.60 | 4.60 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 4.60 | 4.60 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856418 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 4.60 | 4.60 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 6.04 | 6.04 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856419 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 6.04 | 6.04 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 6.04 | 6.04 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856420 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 6.04 | 6.04 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 6.04 | 6.04 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856421 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 6.04 | 6.04 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 6.04 | 6.04 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856422 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 6.04 | 6.04 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 6.04 | 6.04 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856423 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 6.04 | 6.04 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 6.04 | 6.04 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856424 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 6.04 | 6.04 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 17.25 | 17.25 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856425 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 17.25 | 17.25 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 17.25 | 17.25 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856426 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 17.25 | 17.25 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 17.25 | 17.25 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856427 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 17.25 | 17.25 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 17.25 | 17.25 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856428 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 17.25 | 17.25 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 25.02 | 25.02 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856429 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 25.02 | 25.02 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/08/2011 | 0999 | MLA MLA | 407S | 1.00 | 66.69 | 66.69 | MISCELLANEOUS ONLINE SEARCHES  INVOICE DATE | 26856430 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 66.69 | 66.69 | 02/08/2011  CHARGES FOR MISC SEARCHING | |
| | | | | | | | | |
| 02/11/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 16:37 1-212-302-8066 | 26873397 |
| 05/31/2011 | | Invoice=753612 | | 0.00 | 0.00 | 0.00 | 78442 | |
| | | | | | | | | |
| 02/15/2011 | 0999 | MLA MLA | 107S | 1.00 | 15.03 | 15.03 | DELIVERY SERVICE/MESSENGER | 26876095 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 15.03 | 15.03 | RCVD:FENIGSTEIN & KAUFMAN/SARA M. MCDUFFIE, ESQ. | |
| | | | | | | | | |
| 02/15/2011 | 0999 | MLA MLA | 107S | 1.00 | 13.33 | 13.33 | DELIVERY SERVICE/MESSENGER RCVD:MCKENNA LONG & | 26876096 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 13.33 | 13.33 | ALDRIDGE LLP/JAN E. REED TRACKING#:794430104325 | |
| | | | | | | | | |
| 02/17/2011 | 5464 | REBECCA TINGEY | 406S | 1.00 | 426.84 | 426.84 | WESTLAW RESEARCH | 26878570 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 426.84 | 426.84 | | |
| | | | | | | | | |
| 02/19/2011 | 0999 | MLA MLA | 107S | 1.00 | 11.07 | 11.07 | DELIVERY SERVICE/MESSENGER | 26902031 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 11.07 | 11.07 | RCVD:FENIGSTEIN & KAUFMAN/SARA M. MCDUFFIE, ESQ. | |
| | | | | | | | | |
| 02/19/2011 | 0999 | MLA MLA | 107S | 1.00 | 8.28 | 8.28 | DELIVERY SERVICE/MESSENGER RCVD:MCKENNA LONG & | 26902032 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 8.28 | 8.28 | ALDRIDGE LLP/JAN E. REED TRACKING#:794445014223 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/23/2011 | 5464 | REBECCA TINGEY | 406S | 1.00 | 250.21 | 250.21 | WESTLAW RESEARCH | 26878693 |
| 05/31/2011 | | Invoice=753612 | | 1.00 | 250.21 | 250.21 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 1,022.53 | 52 records | |
| | | BILLED TOTALS:    BILL: | | | | 1,021.81 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 1,022.53 | 52 records | |
| | | GRAND TOTAL:    BILL: | | | | 1,021.81 | | |

## WESTLAW

| Usage Type Desc | User Name | Client | Day | Special Offer Flag | Description |
|---|---|---|---|---|---|
| Communication | TINGEY,REBECCA | 30837.0003.5464 | 2/17/2011 | Included | COMMUNICATIONS |
| Connect | TINGEY,REBECCA | 30837.0003.5464 | 2/17/2011 | Included | HOURLY CONNECT |
| Database - Time | TINGEY,REBECCA | 30837.0003.5464 | 2/17/2011 | Included | ALLFILES |
| Database - Time | TINGEY,REBECCA | 30837.0003.5464 | 2/17/2011 | Included | STANDARD |
| Print - Document | TINGEY,REBECCA | 30837.0003.5464 | 2/17/2011 | Included | WESTLAW DOCUMENTS |
| Totals for Spec Offer | | | | | |
| Communication | TINGEY,REBECCA | 30837.0003.5464 | 2/23/2011 | Included | COMMUNICATIONS |
| Connect | TINGEY,REBECCA | 30837.0003.5464 | 2/23/2011 | Included | HOURLY CONNECT |
| Database - Time | TINGEY,REBECCA | 30837.0003.5464 | 2/23/2011 | Included | ALLFILES |
| Database - Time | TINGEY,REBECCA | 30837.0003.5464 | 2/23/2011 | Included | STANDARD |
| Totals for Spec Offer | | | | | |

## ACCURINT

| Activity | Search Criteria | Reference Code | Date & Time (EDT) | Price |
|---|---|---|---|---|
| Liens Search | 9004 NIGHT OWL NV | 30837.0003 ringey | Mar 7 2011 1:56PM | 1.44 |
| Liens Search | 9004 NIGHT OWL LAS VEGAS NV | 30837.0003 ringey | Mar 7 2011 1:56PM | 1.44 |
| Liens Search | 9004 NIGHT OWL LAS VEGAS NV | 30837.0003 ringey | Mar 7 2011 1:56PM | 1.44 |
| Liens Search | CAT INVESTMENT LAS VEGAS NV | 30837.0003 ringey | Mar 7 2011 1:57PM | 1.44 |
| Liens Search | RGB LAS VEGAS NV | 30837.0003 ringey | Mar 7 2011 1:58PM | 1.44 |
| Liens Search | T HASKEL   LAS VEGAS NV | 30837.0003 ringey | Mar 7 2011 1:59PM | 1.44 |
| Liens and Judgments Report | 1209263625 | 30837.0003 ringey | Mar 7 2011 2:00PM | 5.75 |
| Liens and Judgments Report | 1077273223 | 30837.0003 ringey | Mar 7 2011 2:01PM | 5.75 |
| Liens and Judgments Report | 1077273223 | 30837.0003 ringey | Mar 7 2011 2:02PM | 5.75 |
| Liens and Judgments Report | 1077273223 | 30837.0003 ringey | Mar 7 2011 2:03PM | 5.75 |
| Liens and Judgments Report | 1077273223 | 30837.0003 ringey | Mar 7 2011 2:03PM | 5.75 |
| Liens Search | GREAT AMERICAN CAPITAL LAS VEGAS NV | 30837.0003 ringey | Mar 7 2011 2:06PM | 1.44 |
| Liens Search | GREAT AMERICAN CAPITAL LAS VEGAS NV | 30837.0003 ringey | Mar 7 2011 2:06PM | 1.44 |
| Liens Search | GREAT AMERICAN CAPITAL 8350 W SHARAR LAS VEGAS NV | 30837.0003 ringey | Mar 7 2011 2:07PM | 1.44 |
| Liens Search | T A D 9116 GOLDEN EAGLE LAS VEGAS NV | 30837.0003 ringey | Mar 7 2011 2:08PM | 1.44 |
| Liens Search | 9116 GOLDEN EAGLE LAS VEGAS NV | 30837.0003 ringey | Mar 7 2011 2:10PM | 1.44 |
| Liens Search | 9116 GOLDEN EAGLE NV | 30837.0003 ringey | Mar 7 2011 2:10PM | 1.44 |
| Liens Search | TAD 1993 NV | 30837.0003 ringey | Mar 7 2011 2:10PM | 1.44 |
| Liens Search | 625 N CRESCENT BEVERLY HILLS CA | 30837.0003 ringey | Mar 7 2011 2:12PM | 1.44 |
| Liens Search | RONNIE SCHWARTZ   ENCINO CA | 30837.0003.3826 | Mar 14 2011 5:19PM | 1.44 |
| Liens and Judgments Report | 2196495324 | 30837.0003.3826 | Mar 14 2011 5:20PM | 5.75 |
| Liens Search | HASKEL INY | 30837.0003.3826 | Mar 15 2011 1:03PM | 1.44 |

| Type | Name | Number | Matter | Date | Amount |
|---|---|---|---|---|---|
| Liens and Judgments Report | YOEL INY | 1077273223 | 30837.0003.3826 | Mar 15 2011 1:04PM | 5.75 |
| Liens Search | NOAM SCHWARTZ | | 30837.0003.3826 | Mar 15 2011 1:07PM | 1.44 |
| Liens Search | | | 30837.0003.3826 | Mar 15 2011 1:08PM | 1.44 |
| Liens and Judgments Report | GREAT AMERICAN CAPITAL | 2265612300 | 30837.0003.3826 | Mar 15 2011 1:09PM | 5.75 |
| Liens Search | | | 30837.0003.3826 | Mar 15 2011 1:11PM | 1.44 |
| Liens and Judgments Report | | 149033240 | 30837.0003.3826 | Mar 15 2011 1:11PM | 5.75 |
| Liens and Judgments Report | D.M.S.I., LLC | 1240974816 | 30837.0003.3826 | Mar 15 2011 1:12PM | 5.75 |
| Liens Search | | | 30837.0003.3826 | Mar 15 2011 1:14PM | 1.44 |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837
Matter No.: 30837.0005

Invoice No. 753614
Invoice Date: April 30, 2011

================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2011
RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| G. Walling | 2.10 | 445.00 | 934.50 |
| Total | 2.10 | | 934.50 |

TOTAL FEES:                                        $    934.50

CHARGES:

        DELIVERY SERVICE/MESSENGER              12.40

TOTAL CHARGES:                                    $     12.40

T O T A L   T H I S   S T A T E M E N T:          $    946.90

LEHMAN BROTHERS HOLDINGS INC.                April 30, 2011              PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 753614

## DESCRIPTION OF SERVICES

| | | |
|---|---|---|
| 02/01/11 | G. Walling<br>Task: 2300 | .20 |

COMMUNICATIONS WITH J. GRAYBILL REGARDING LOAN ASSIGNMENT DOCUMENTS.

| | | |
|---|---|---|
| 02/04/11 | G. Walling<br>Task: 2300 | .30 |

COMMUNICATIONS WITH M. MARTINEZ AND N. GILLIS REGARDING DELIVERY STATUS OF LOAN ASSIGNMENT DOCUMENTS FROM TRUST TO LEHMAN (0.2); WORK WITH E. STEPHENSON REGARDING SAME (0.1).

| | | |
|---|---|---|
| 02/07/11 | G. Walling<br>Task: 2300 | .40 |

REVIEW OF RECENT CORRESPONDENCE FROM KILPATRICK AND WELLS FARGO REGARDING LOAN ASSIGNMENT DOCUMENTS (0.2); COMMUNICATIONS WITH H. PERLIN AND B. BLITZ REGARDING RECORDATION FEES AND TITLE AGENT FEE TO COORDINATE RECORDATION OF LOAN ASSIGNMENT DOCUMENTS FROM TRUST TO LEHMAN (0.2).

| | | |
|---|---|---|
| 02/08/11 | G. Walling<br>Task: 2300 | .60 |

COMMUNICATIONS WITH B. BLITZ REGARDING COORDINATION OF RECORDATION OF LOAN ASSIGNMENT DOCUMENTS (0.2); COMMUNICATIONS WITH H. PERLIN REGARDING SAME (0.2); CORRESPONDENCE TO B. BLITZ REGARDING DELIVERY OF RECORDABLE LOAN ASSIGNMENT DOCUMENTS (0.2).

| | | |
|---|---|---|
| 02/11/11 | G. Walling<br>Task: 2300 | .40 |

COMMUNICATIONS WITH B. HUBER AND M. MARTINEZ REGARDING TRIMONT WIRE TRANSFER STATUS (0.2); COMMUNICATIONS WITH M. MARTINEZ AND B. BLITZ REGARDING COMMERCIAL TITLE GROUP'S RECEIPT OF TRIMONT WIRE TRANSFER (0.2).

| | | |
|---|---|---|
| 02/14/11 | G. Walling<br>Task: 2300 | .20 |

COMMUNICATIONS WITH B. HUBER AND M. MARTINEZ REGARDING RECORDATION OF LOAN ASSIGNMENT DOCUMENTS IN  FAVOR OF LEHMAN AS B NOTE HOLDER.

| 2300  Real Estate Matters | | | | |
|---|---|---|---|---|
| G. Walling | | 2.10 | 445.00 | $934.50 |
| TOTAL 2300 | | 2.10 | | $934.50 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/08/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.40 | 12.40 | DELIVERY SERVICE/MESSENGER | 26876011 |
| 04/30/2011 | | Invoice=753614 | | 1.00 | 12.40 | 12.40 | RCVD:COMMERCIAL TITLE GROUP/BARBARA G. BLITZ | |
| | | | | | | | | |
| | | BILLED TOTALS:     WORK: | | | | 12.40 | 1 records | |
| | | BILLED TOTALS:     BILL: | | | | 12.40 | | |
| | | | | | | | | |
| | | GRAND TOTAL:     WORK: | | | | 12.40 | 1 records | |
| | | GRAND TOTAL:     BILL: | | | | 12.40 | | |

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 753615
Matter No.: 04406.0204               Invoice Date: April 30, 2011
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2011
RE: NORTH BEACH PLANTATION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| G. Walling | 3.70 | 445.00 | 1,646.50 |
| Total | 3.70 | | 1,646.50 |

TOTAL FEES:                              $  1,646.50

T O T A L   T H I S   S T A T E M E N T:        $  1,646.50

LEHMAN BROTHERS HOLDINGS INC.                April 30, 2011              PAGE    2
MATTER NUMBER: 04406.0204
INVOICE NO.: 753615


DESCRIPTION OF SERVICES


02/18/11   G. Walling          .20    CALL  WITH J. RANDALL REGARDING CO-LENDER
           Task: 2300                 AGREEMENT MODIFICATION (0.1); OTHER
                                      COMMUNICATIONS WITH J. RANDALL REGARDING SAME
                                      (0.1).

02/22/11   G. Walling         3.10    CALL WITH J. RANDALL REGARDING MODIFICATION OF
           Task: 2300                 CO-LENDER AGREEMENT (0.2); OTHER COMMUNICATIONS
                                      WITH J. RANDALL REGARDING MODIFICATION TO
                                      CO-LENDER AGREEMENT (0.2); REVIEW DRAFT
                                      MODIFICATION OF CO-LENDER AGREEMENT (0.4)
                                      REVIEW CO-LENDER AGREEMENT (0.6); WORK ON
                                      REVISION OF CO-LENDER AGREEMENT(1.6);
                                      COMMUNICATIONS WITH J. RANDALL REGARDING
                                      REVISED CO-LENDER AGREEMENT MODIFICATION (0.1).

02/23/11   G. Walling          .40    CALL WITH J. RANDALL REGARDING ISSUES RELATED
           Task: 2300                 TO DRAFT MODIFICATION OF CO-LENDER AGREEMENT
                                      (0.3); COMMUNICATION WITH P. LOCKE REGARDING
                                      REVISED DRAFT CO-LENDER AGREEMENT
                                      MODIFICATION (0.1).

2300
     G. Walling                       3.70    445.00   $1,646.50

          TOTAL 2300                  3.70             $1,646.50