**EXHIBIT E-2**

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for March 1, 2011 through March 31, 2011**

# McKenna Long
## &Aldridge<sub>LLP</sub>

Albany
Atlanta
Brussels
Denver
Los Angeles

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 758016
Matter No.: 30837.0001               Invoice Date: May 31, 2011
================================================================

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2011
RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------|-------|-------|
| M. Kaufman | 6.90 | 675.00 | 4,657.50 |
| Total | 6.90 | | 4,657.50 |

TOTAL FEES:                                      $  4,657.50

CHARGES:

    COPY CHARGES                   40.80

TOTAL CHARGES:                                   $     40.80

T O T A L   T H I S   S T A T E M E N T:         $  4,698.30

LEHMAN BROTHERS HOLDINGS INC.              May 31, 2011              PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 758016


DESCRIPTION OF SERVICES


03/02/11   M. Kaufman          1.30   WORK ON LETTER TO BE SENT TO POLISH COURT
           Task:  4000                REGARDING A POLISH MATTER INVOLVING A
                                      REPURCHASE OF SHARES OF 2 LEHMAN SUBSIDIARIES
                                      FROM P. KULKO PURSUANT TO A BANKRUPTCY COURT
                                      ORDER (0.5); REVIEW P. BENVENUTTI'S PROPOSED
                                      DRAFT OF LETTER REGARDING SAME (0.4);
                                      COMMUNICATION WITH P. BENVENUTTI REGARDING
                                      MODIFICATION TO HIS FORM OF LETTER (0.2); EMAIL
                                      TO P. BENVENUTTI REGARDING EDITS TO LETTER
                                      (0.2).

03/03/11   M. Kaufman           .40   COMMUNICATIONS WITH W. OLSHAN, LEVINE AND L.
           Task:  4000                GILICINSKI WITH REGARD TO CONFLICTS CLEARING
                                      BY L. GILICINSKI AND NEW FIRM.

03/07/11   M. Kaufman          1.50   REVIEW VARIOUS EMAILS FROM LEVINE, W. OLSHAN,
           Task:  4000                AND P. BENVENUTTI ALL RELATING TO MODIFICATIONS
                                      TO LETTER TO POLISH COURT AND REVISIONS THERETO
                                      (0.3); COMPREHENSIVE EMAIL SUMMARIZING VARIOUS
                                      STRATEGIC ISSUES SENT TO W. OLSHAN, LEVINE, AND
                                      P. BENVENUTTI (1.0); REVIEW FOLLOW UP COMMENTS
                                      TO SAME (0.2).

03/08/11   M. Kaufman          1.10   CONFERENCE CALL WITH L. GILICINSKI TO DISCUSS
           Task:  4000                STRATEGIES FOR HIS COMMUNICATIONS WITH RADWAN
                                      REGARDING SETTLEMENT (0.8); VARIOUS EMAILS
                                      RELATING TO POLISH LETTER AS FOLLOW UP (0.3).

03/11/11   M. Kaufman          1.40   REVIEW EMAIL FROM L. GILICINSKI REGARDING
           Task:  4000                RADWAN'S ASSENT TO PROPOSED DRAFT OF LETTER AND
                                      ISSUES REGARDING EXECUTION AND POLISH VERSION
                                      OF LETTER (0.5); PREPARE RESPONSE TO L.
                                      GILICINSKI AND CIRCULATE TO CO-COUNSEL, CLIENT
                                      AND CLIENT'S SPECIAL REPRESENTATIVE (0.9).

LEHMAN BROTHERS HOLDINGS INC.                May 31, 2011                PAGE    3
MATTER NUMBER: 30837.0001
INVOICE NO.: 758016


03/28/11  M. Kaufman           1.20   COMMUNICATIONS WITH W. OLSHAN, LEVINE AND L.
          Task:   4000                GILICINSKI REGARDING EXECUTION OF DOCUMENTS BY
                                      W. OLSHAN (0.3); REVIEW EMAILS FROM W. OLSHAN,
                                      LEVINE AND L. GILICINSKI PERTAINING THERETO
                                      (0.3); FOLLOW-UP COMMUNICATION WITH L.
                                      GILICINSKI REGARDING POLISH TRANSLATION AND
                                      EXECUTION ISSUES (0.4); REVIEW RESPONSE FROM L.
                                      GILICINSKI RELATING THERETO (0.2).

4000   Non-Bankruptcy Litigation
       M. Kaufman                            6.90    675.00   $4,657.50

          TOTAL 4000                         6.90            $4,657.50

Billed Recap Of Cost Detail - [Invoice 758016 to Date 05/31/2011 ]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|-----------------------|------|----------|------|--------|-------------|------------|
| 03/01/2011 | 0999 | MLA MLA | 105S | 1.00 | 4.36 | 4.36 | LONG DISTANCE TELEPHONE 15:55 1-865-525-4600 | 26894746 |
| 05/31/2011 | | Invoice=758016 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 03/04/2011 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 12:16 1-212-444-6600 | 26894761 |
| 05/31/2011 | | Invoice=758016 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 03/04/2011 | 0999 | MLA MLA | 105S | 1.00 | 4.36 | 4.36 | LONG DISTANCE TELEPHONE 12:18 1-212-444-6600 | 26894763 |
| 05/31/2011 | | Invoice=758016 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 03/08/2011 | 0999 | MLA MLA | 105S | 1.00 | 54.08 | 54.08 | LONG DISTANCE TELEPHONE 11:32 011- 48-225-0500 | 26894784 |
| 05/31/2011 | | Invoice=758016 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 03/08/2011 | 0999 | MLA MLA | 105S | 1.00 | 4.36 | 4.36 | LONG DISTANCE TELEPHONE 17:15 1-503-368-5124 | 26894794 |
| 05/31/2011 | | Invoice=758016 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 03/16/2011 | 0034 | MARK S. KAUFMAN | 101S | 408.00 | 0.15 | 61.20 | COPY CHARGES | 26892089 |
| 05/31/2011 | | Invoice=758016 | | 408.00 | 0.10 | 40.80 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 129.45 | 6 records | |
| | | BILLED TOTALS:    BILL: | | | | 40.80 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 129.45 | 6 records | |
| | | GRAND TOTAL:    BILL: | | | | 40.80 | | |

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

New York

Philadelphia

San Diego

San Francisco

Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                      Invoice No. 760068
Matter No.: 30837.0002                 Invoice Date: May 31, 2011
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2011
RE: BANKRUPTCY EMPLOYMENT MATTERS

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| C.F. Graham | 1.10 | 785.00 | 863.50 |
| G. Marsh | 1.00 | 525.00 | 525.00 |
| A. Elko | 28.30 | 375.00 | 10,612.50 |
| Total | 30.40 | | 12,001.00 |

TOTAL FEES:                                        $ 12,001.00

CHARGES:

|  |  |
|------|------|
| COPY CHARGES | 105.00 |
| DELIVERY SERVICE/MESSENGER | 18.48 |
| MEALS | 30.69 |
| OUT OF TOWN TRAVEL | 489.55 |

TOTAL CHARGES:                               $     643.72

T O T A L   T H I S   S T A T E M E N T :    $ 12,644.72

LEHMAN BROTHERS HOLDINGS INC.                May 31, 2011                PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 760068


DESCRIPTION OF SERVICES


03/04/11  C.F. Graham          .50    CORRESPOND WITH A. ELKO REGARDING MEETINGS NEXT
          Task:  4600                 WEEK WITH FEE EXAMINER IN NEW YORK.

03/04/11  A. Elko             3.90    REVIEW LEHMAN MEMORANDUM REGARDING NEW FEE
          Task:  4600                 COMMITTEE CHAIR AND AMENDED FEE PROTOCOL (1.3);
                                      DRAFT SUMMARY OF MEMORANDUM (1.2); CORRESPOND
                                      WITH BILLING TIMEKEEPERS WITH RESPECT THERETO
                                      (0.7); CORRESPOND WITH C. GRAHAM AND G. MARSH
                                      REGARDING MEETING WITH FEE COMMITTEE (0.7).

03/06/11  C.F. Graham          .30    CORRESPOND WITH A. ELKO REGARDING WEDNESDAY
          Task:  4600                 MEETING AT WEIL WITH FEE EXAMINER.

03/07/11  A. Elko             3.90    WORK ON MEMORANDUM TO C. GRAHAM IN
          Task:  4600                 PREPARATION FOR MEETING WITH NEW FEE
                                      COMMITTEE CHAIR AND RESPONDING TO FEE
                                      COMMITTEE CHAIR'S INQUIRIES (3.5); DRAFT
                                      MESSAGE TO AZ 72 LLC TIMEKEEPERS REGARDING
                                      FEE COMMITTEE BILLING GUIDELINES AND PROTOCOL
                                      (0.3); CORRESPOND WITH C. ARTHUR, COUNSEL FOR
                                      LBHI, REGARDING PARTICIPATING IN MEETING OF
                                      RETAINED PROFESSIONALS AND FEE COMMITTEE VIA
                                      TELEPHONE (0.1).

03/08/11  A. Elko             6.30    DRAFT MEMORANDUM IN PREPARATION FOR MEETING
          Task:  4600                 WITH R, GITLIN, FEE COMMITTEE CHAIR, AND
                                      RETAINED PROFESSIONALS (2.0); DRAFT SUMMARY OF
                                      INTERIM FEE APPLICATIONS, INCLUDING AMOUNT OF
                                      FEES AND EXPENSES REQUESTED, ANY OBJECTIONS,
                                      AND AMOUNT OF FEES AND EXPENSES AWARDED
                                      PURSUANT TO REQUEST BY NEW FEE COMMITTEE CHAIR
                                      (1.8); DRAFT SUMMARY OF OUTSTANDING ISSUES AND
                                      POSITIONS WITH RESPECT TO INTERIM FEE
                                      APPLICATIONS (1.5); PREPARE RESPONSE TO R.
                                      GITLIN'S INQUIRY REGARDING SUMMARY OF INTERIM
                                      FEE APPLICATION (0.5); CONFER AND CORRESPOND
                                      WITH C. GRAHAM REGARDING MEETING WITH FEE
                                      COMMITTEE CHAIR (0.6).

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011                PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 760068


03/09/11  A. Elko              2.00   REVIEW AND REVISE MONTHLY STATEMENTS FOR
          Task:  4600                 JANUARY AND FEBRUARY 2011 TO COMPLY WITH FEE
                                      PROTOCOL.

03/09/11  A. Elko              2.50   CONTINUE TO REVIEW AND REVISE MONTHLY
          Task:  4600                 STATEMENTS FOR JANUARY AND FEBRUARY 2011 TO
                                      COMPLY WITH FEE PROTOCOL.

03/16/11  A. Elko               .20   BRIEF REVIEW OF MEMORANDUM FROM R. GITLIN, NEW
          Task:  4600                 FEE COMMITTEE CHAIR DATED MARCH 16, 2011
                                      REGARDING FEE PROTOCOL.

03/22/11  G. Marsh             1.00   WORK ON VARIETY OF ISSUES RELATING TO FEE
          Task:  4600                 APPLICATIONS AND NEW FEE PROTOCOL.

03/22/11  A. Elko             6.40   LEAVE VOICE MAIL MESSAGE FOR K. STADLER,
          Task:  4600                 COUNSEL TO FEE COMMITTEE, REGARDING FIFTH
                                      INTERIM FEE APPLICATION AND CONFERENCE CALL
                                      (0.1); CORRESPOND WITH K. STADLER REGARDING
                                      CONFERENCE CALL (0.1); CORRESPOND WITH B.
                                      WILLIAMSON WITH RESPECT THERETO (0.2); PREPARE
                                      FOR AND PARTICIPATE IN CONFERENCE CALL (0.8);
                                      REVIEW AND ANALYZE MOTION TO AMEND FEE PROTOCOL
                                      (1.0); SUMMARIZE AMENDED FEE PROTOCOL AND
                                      CORRESPOND WITH TEAM WITH RESPECT THERETO
                                      (0.8); CORRESPOND WITH TEAM WITH RESPECT TO
                                      CONFERENCE CALL (0.3); REVIEW ORDER FOR THE
                                      ALLOWANCE OF INTERIM COMPENSATION FOR THE FIFTH
                                      INTERIM FEE PERIOD (0.6); CORRESPOND WITH K.
                                      STADLER WITH RESPECT THERETOR (0.1); CORRESPOND
                                      WITH K. STADLER REGARDING THE RESPONSE OF
                                      MCKENNA LONG & ALDRIDGE, LLP TO THE FEE
                                      COMMITTEE'S OBJECTIONS TO THE FIFTH APPLICATION
                                      OF MCKENNA LONG & ALDRIDGE LLP FOR ALLOWANCE OF
                                      INTERIM COMPENSATION AND REIMBURSEMENT OF
                                      EXPENSES (0.9); DRAFT LETTER RESPONDING TO
                                      MEMORANDUM DATED FEBRUARY 28, 2011 ADDRESSING
                                      DEVELOPMENTS WITH RESPECT TO THE FEE REVIEW
                                      PROCESS (1.5); CORRESPOND WITH L. STIPANCIC
                                      REGARDING FEES AND EXPENSES (0.2); CORRESPOND
                                      WITH G. MARSH, C. GRAHAM, M. KAUFMAN, C. WEISS
                                      AND P. MCGEEHAN WITH RESPECT THERETO (0.3).

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011                    PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 760068

| 03/23/11 | A. Elko<br>Task:  4600 | .30 | REVIEW CORRESPONDENCE REGARDING UPCOMING STATUS CONFERENCE WITH RETAINED PROFESSIONALS AND FEE COMMITTEE (0.2); CORRESPOND WITH G. MARSH AND C. GRAHAM WITH RESPECT THERETO (0.1). |
|---|---|---|---|
| 03/24/11 | C.F. Graham<br>Task:  4600 | .30 | CONFER WITH A. ELKO REGARDING THURSDAY'S CHAMBERS CONFERENCE WITH JUDGE PECK, RETAINED PROFESSIONALS AND THE FEE EXAMINER D. GITLIN. |
| 03/31/11 | A. Elko<br>Task:  4600 | 2.80 | PREPARE FOR STATUS CONFERENCE WITH FEE COMMITTEE AND RETAINED PROFESSIONALS REGARDING NEW FEE PROTOCOL AND STATUS OF FEE APPLICATIONS (0.7); TRAVEL TO AND FROM STATUS CONFERENCE (0.4 - REDUCED BY 50%); ATTEND STATUS CONFERENCE (1.0); DRAFT REPORT OF STATUS CONFERENCE (0.5); CORRESPOND WITH G. MARSH, P. MCGEEHAN, C. WEISS, M. KAUFMAN AND C. GRAHAM WITH RESPECT THERETO (0.2). |

4600  Firm's Own Billing/Fee Applications

| | | | |
|---|---|---|---|
| A. Elko | 28.30 | 375.00 | $10,612.50 |
| C.F. Graham | 1.10 | 785.00 | $863.50 |
| G. Marsh | 1.00 | 525.00 | $525.00 |
| TOTAL 4600 | 30.40 | | $12,001.00 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 03/07/2011 | 4981 | ALISON ELKO | 101S | 91.00 | 0.15 | 13.65 | COPY CHARGES | 26881757 |
| 05/31/2011 | | Invoice=760068 | | 91.00 | 0.10 | 9.10 | | |
| | | | | | | | | |
| 03/08/2011 | 4981 | ALISON ELKO | 101S | 6.00 | 0.15 | 0.90 | COPY CHARGES | 26882359 |
| 05/31/2011 | | Invoice=760068 | | 6.00 | 0.10 | 0.60 | | |
| | | | | | | | | |
| 03/09/2011 | 4981 | ALISON ELKO | 101S | 52.00 | 0.15 | 7.80 | COPY CHARGES | 26883015 |
| 05/31/2011 | | Invoice=760068 | | 52.00 | 0.10 | 5.20 | | |
| | | | | | | | | |
| 03/16/2011 | 0034 | MARK S. KAUFMAN | 101S | 696.00 | 0.15 | 104.40 | COPY CHARGES | 26892090 |
| 05/31/2011 | | Invoice=760068 | | 696.00 | 0.10 | 69.60 | | |
| | | | | | | | | |
| 03/22/2011 | 4981 | ALISON ELKO | 101S | 205.00 | 0.15 | 30.75 | COPY CHARGES | 26897112 |
| 05/31/2011 | | Invoice=760068 | | 205.00 | 0.10 | 20.50 | | |
| | | | | | | | | |
| 03/22/2011 | 0999 | MLA MLA | 107S | 1.00 | 18.48 | 18.48 | DELIVERY SERVICE/MESSENGER | 26912620 |
| 05/31/2011 | | Invoice=760068 | | 1.00 | 18.48 | 18.48 | RCVD:GODFREY & KAHN, S.C./KATHERINE STADLER, | |
| | | | | | | | | |
| 03/30/2011 | 4981 | ALISON ELKO | 110Z | 1.00 | 446.55 | 446.55 | OUT OF TOWN TRAVEL | 26951938 |
| 05/31/2011 | | Invoice=760068 | | 1.00 | 446.55 | 446.55 | HOTEL | |
| | | Voucher=1825747 Paid | | | | | Vendor=ALISON ELKO  Balance= .00  Amount= 526.41 | |
| | | | | | | | | |
| 03/31/2011 | 4981 | ALISON ELKO | 110Z | 1.00 | 22.12 | 22.12 | OUT OF TOWN TRAVEL | 26951934 |
| 05/31/2011 | | Invoice=760068 | | 1.00 | 22.12 | 22.12 | TAXI | |
| | | Voucher=1825747 Paid | | | | | Vendor=ALISON ELKO  Balance= .00  Amount= 526.41 | |
| | | | | | | | | |
| 03/31/2011 | 4981 | ALISON ELKO | 110Z | 1.00 | 20.88 | 20.88 | OUT OF TOWN TRAVEL | 26951935 |
| 05/31/2011 | | Invoice=760068 | | 1.00 | 20.88 | 20.88 | TAXI | |
| | | Voucher=1825747 Paid | | | | | Vendor=ALISON ELKO  Balance= .00  Amount= 526.41 | |
| | | | | | | | | |
| 03/31/2011 | 4981 | ALISON ELKO | 111Z | 1.00 | 10.69 | 10.69 | MEALS | 26951936 |
| 05/31/2011 | | Invoice=760068 | | 1.00 | 10.69 | 10.69 | FOOD | |
| | | Voucher=1825747 Paid | | | | | Vendor=ALISON ELKO  Balance= .00  Amount= 526.41 | |
| | | | | | | | | |
| 03/31/2011 | 4981 | ALISON ELKO | 111Z | 1.00 | 26.17 | 26.17 | MEALS | 26951937 |
| 05/31/2011 | | Invoice=760068 | | 1.00 | 20.00 | 20.00 | FOOD | |
| | | Voucher=1825747 Paid | | | | | Vendor=ALISON ELKO  Balance= .00  Amount= 526.41 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 702.39 | 11 records | |
| | | BILLED TOTALS:    BILL: | | | | 643.72 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 702.39 | 11 records | |
| | | GRAND TOTAL:    BILL: | | | | 643.72 | | |

**Supplemental Information Sheet**
**March 2011**

**Expenses for Bankruptcy Employment Matters (30837.0002)**
**Timekeeper: A. Elko**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 3/30/11 | $446.55 | OUT OF TOWN TRAVEL - HOTEL | Hotel accommodations for two nights related to travel to New York, New York for status conference with Retained Professionals and Fee Committee, including newly appointed Fee Committee Chair and proposed counsel for the Fee Committee. | Attached |
| 3/31/11 | $20.00 (written down from $26.17) | OUT OF TOWN TRAVEL - MEAL | Breakfast for one person in connection with travel to New York, New York for status conference with Retained Professionals and Fee Committee, including newly appointed Fee Committee Chair and proposed counsel for the Fee Committee. | Attached |
| 3/31/11 | $10.69 | OUT OF TOWN TRAVEL - MEAL | Lunch for one person in connection with travel to New York, New York for status conference with Retained Professionals and Fee Committee, including newly appointed Fee Committee Chair and proposed counsel for the Fee Committee. | Attached |
| 3/31/11 | $22.12 | LOCAL TRANSPORTATION | Cab to Bankruptcy Court from hotel in connection with travel to New York, New York for status conference | Attached |

| Date | Amount | Expense | Description | Supporting Documentation |
|---|---|---|---|---|
| | | | with Retained Professionals and Fee Committee, including newly appointed Fee Committee Chair and proposed counsel for the Fee Committee. | |
| 3/31/11 | $20.88 | LOCAL TRANSPORTATION | Cab from Bankruptcy Court to office in connection with travel to New York, New York for status conference with Retained Professionals and Fee Committee, including newly appointed Fee Committee Chair and proposed counsel for the Fee Committee. | Attached |

ExpenseEntireFormPrinting                                    Page 1 of 1

This expense form was submitted to the accounting department on 4/28/2011 at 4:20 PM.

| | |
|---|---|
| Form Tracking ID | 96541 |
| Created For | 4981 ELKO, ALISON |
| Created By | Rohling, Kristin C. |
| Title | 3/28/11 Lehman Status Conference |
| Expense Type | CLIENT CHARGEABLE |
| Client Name | 30837 LEHMAN BROTHERS HOLDINGS INC. |
| Matter Name | 0002 BANKRUPTCY EMPLOYMENT MATTERS |
| Description | Attendance at Lehman Status Conference |

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Ground Transportation | 3/31/2011 | 22.12 | Taxi |
| Ground Transportation | 3/31/2011 | 20.88 | Taxi |
| Food / Meal | 3/31/2011 | 10.69 | Food |
| Food / Meal | 3/31/2011 | 26.17 | Food |
| Hotel | 3/30/2011 | 446.55 | Hotel |

Total $          526.41



http://dcsql08:8080/ExpenseApp/App/ExpenseFormPrint.aspx?pu=y          4/28/2011

In Room Dining
W New York
New York, NY 10022
60866 Esther
--------------------------------
731/1        4451      GST
1
       MAR31'11  5:09AM
--------------------------------
  1 Delivery Charge      5.00
  1 Warmth              16.00
  1 DELIVERY 8:00
    Subtotal            21.00
    Room Service 19%     3.04
    Tax                  2.13
    Payment Due    26.17
Tip:_____

Total:_____

Name:_____

Signature_____

Room:_____

The entire 19% service charge is
distributed to the employees.

---

STARBUCKS  Store #7577
1065457 Valerie
----------------------------------
CHK 730225
         03/31/2011 12:47PM
----------------------------------
  Gr Latte              3.95
    Nonfat
  Banana Whole Fruit    1.00
  Protein Plate         4.95
  VISA                 10.69

  Subtotal              9.90
  Tax 8.875%            0.79
  Total                10.69
Change Due         $0.00

------- Check Closed -------
      03/31/2011 12:48:18PM

New VIA Flavored Coffee
Available in vanilla, mocha,
caramel and cinnamon spice
100 percent Arabica coffee
natural flavors & cane sugar.

---

MED#      3N97
03/31/11 TR 5915
START END MILES
10:20 10:40 5.7
Regular Fare
RATE 11:$  16.90
SURCH:$   0.00
StSrch:$   0.50
TIP  : $   3.48
TOTAL: $  20.88

Card Type: AMEX
XXXXXXXXXX3002
AUTH:583577

THANKS
TO CONTACT TLC
DIAL 3-1-1

CREDIT RECEIPT

MED #:      5G18
TRIP #: 22861
Tip: $4.32
Gr.Total: $22.12

CARDNUMBER: 3002
AUTHOR.: 508396

ALISON M ELKO                    Account Ending 3-73002                    p. 4/8

## Detail Continued

Amount

| Date | Description | Amount |
|------|-------------|--------|
| 03/31/11 | EXECUTIVE OWNERS HOLLONG ISLAND CITY  NY | $22.12 |
|  | TAXICAB & LIMOUSINE |  |
|  | Description |  |
|  | TAXI: 5G18 |  |
|  | 11:58 Broadway New |  |
|  | 12:45 Park Ave New |  |

Continued on next page

w new york
541 lexington avenue
new york, ny 10022
212 755 1200

EXPLORE WHOTELS.COM



W

NEW YORK

| guest | | room | 731 | | travel agent |
|-------|--|------|-----|--|--------------|
| Alison Elko | | rate | 386.10 | | |
| | | no. pers | 1 | | |
| 220 SPRING ST | | folio | 4542495 | A | |
| Suite 5300 | | page | 1 | | charge to |
| DECATUR, GA 30030-4958 | | arrive | 30-MAR-11 | 18:16 | |
| | | depart | 31-MAR-11 | 10:12 | |
| | | payment | AX | | |

| DATE | REFERENCE | DESCRIPTION | CHARGES/CREDITS |
|------|-----------|-------------|-----------------|
| 30-MAR-11 | 79686 | Fiji Water | 8.73 |
| 30-MAR-11 | RT731 | Room Chrg Restricted SW | 386.10 |
| 30-MAR-11 | RT731 | State Tax | 34.27 |
| 30-MAR-11 | RT731 | Occupancy/Tourism Tax | 2.00 |
| 30-MAR-11 | RT731 | NYS Javits Ctr Tax | 1.50 |
| 30-MAR-11 | RT731 | Room Tax | 22.68 |
| 30-MAR-11 | DEPOSIT | Deposit Applied | 446.55- |
| 30-MAR-11 | 79547 | Munchie Bar | 7.49 |
| 30-MAR-11 | 79552 | Munchie Bar | 31.19 |
| 30-MAR-11 | 4355 | In Room Dining | 41.72 |
| 30-MAR-11 | 79592 | Munchie Bar | 9.98 |
| 31-MAR-11 | 4451 | In Room Dining | 26.17 |
| 31-MAR-11 | AX | American Express | 125.28- |

*Handwritten annotations: "Lehman-Room" bracket by room charges; "26.17" circled with "Lehman - meal (breakfast)"*

```
***For Authorization Purposes Only***
xxxxx3002
Auth Date     Code     Authorized
30-MAR-11    540887      150.00
```

|  | Balance Due | 0.00 |
|--|-------------|------|

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telephone | Parking | Other | Total | Payment |
|------|-----------|-----------|-----------|---------|-------|-------|---------|
| 30-MAR-11 | 446.55 | 90.38 | 0.00 | 0.00 | 8.73 | 545.66 | 446.55- |
| 31-MAR-11 | 0.00 | 26.17 | 0.00 | 0.00 | 0.00 | 26.17 | 125.28- |
| Total | 446.55 | 116.55 | 0.00 | 0.00 | 8.73 | 571.83 | 571.83- |

Were your wishes granted? Let me know, gm.edward.maynard@whotels.com Explore a World of
Wonder 24/7/365 at wresidences.com

As a Starwood Preferred Guest you have earned at least 1000
Starpoints for this visit A52046368703

| Alison Elko | | ROOM | DEPART | AGENT |
|-------------|--|------|--------|-------|
| FOLIO  4542495  30-MAR-11 | | 731 | 31-MAR-11 | GMORALES |



**Gold Delta SkyMiles® Credit Card**

**△ DELTA**     p. 3/8

ALISON M ELKO
Closing Date 04/12/11

Account Ending 3-73002

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | |
| Credits | |
| Total Payments and Credits | |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 03/24/11* | ELECTRONIC PAYMENT RECEIVED-THANK | |

## New Charges

### Summary

| | Total |
|---|---|
| Total New Charges | |

### Detail

ALISON M ELKO
Card Ending 3-73002

| | Amount |
|---|---|

03/2

1813

| 03/28/11 | W NEW YORK W NEW YORK NEW YORK    NY | $446.55 |
|---|---|---|
| | Arrival Date          Departure Date | |
| | 03/30/11               03/31/11 | |
| | 00000000 | |
| | LODGING | |
| | CARD DEPOSIT | |

Continued on reverse

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 758018
Matter No.: 30837.0003              Invoice Date: May 31, 2011
================================================================

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2011
RE: AZ 72, LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C.F. Graham | 5.90 | 785.00 | 4,631.50 |
| C. Weiss | 0.80 | 550.00 | 440.00 |
| A.F. Kaufman | 68.20 | 475.00 | 32,395.00 |
| J. Kuhn | 26.30 | 425.00 | 11,177.50 |
| J. Moffat | 2.60 | 425.00 | 1,105.00 |
| R. Tingey | 33.40 | 410.00 | 13,694.00 |
| H.T. Moore | 1.70 | 250.00 | 425.00 |
| R.M. Gee | 2.90 | 235.00 | 681.50 |
| J.E. Reed | 24.60 | 225.00 | 5,535.00 |
| L. Runyan | 1.00 | 180.00 | 180.00 |
| D.T. Malerba | 2.00 | 130.00 | 260.00 |
| Total | 169.40 | | 70,524.50 |

TOTAL FEES:                                    $ 70,524.50

LEHMAN BROTHERS HOLDINGS INC.             May 31, 2011                PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 758018

          CHARGES:

               COPY CHARGES                      22.70
               DELIVERY SERVICE/MESSENGER       117.51
               DEPOSITION TRANSCRIPTS            33.15
               LOCAL TRAVEL                      18.70
               MEALS                             56.09
               PACER SEARCHES                     0.40
               WESTLAW RESEARCH              2,732.39

          TOTAL CHARGES:                                   $  2,980.94

          T O T A L   T H I S   S T A T E M E N T:          $ 73,505.44

LEHMAN BROTHERS HOLDINGS INC.                MAY 31, 2011              PAGE   3
MATTER NUMBER: 30837.0003
INVOICE NO.: 758018

DESCRIPTION OF SERVICES

03/01/11   R. Tingey          2.00   DRAFT INTERROGATORY RESPONSES.
           Task:  4000

03/01/11   J. Kuhn            1.30   WORK ON REVIEWING, REVISING AND ANALYZING
           Task:  4000               LEHMAN'S RESPONSES TO PLAINTIFFS' FIRST
                                     INTERROGATORIES.

03/01/11   A.F. Kaufman       4.00   TELEPHONE CALL WITH W. ANTONIEWICZ REGARDING
           Task:  4000               INTERROGATORIES (0.9); TELEPHONE CONFERENCE
                                     WITH J. NASTASI AND J. CHORMANSKI REGARDING
                                     SAME (0.9); ANALYZE AND REVISE INTERROGATORIES
                                     (2.2).

03/02/11   A.F. Kaufman       8.40   ANALYZE AND REVISE INTERROGATORY RESPONSES.
           Task:  4000

03/02/11   J.E. Reed          4.00   REVIEW SUPPLEMENTAL PRODUCTION OF DOCUMENTS
           Task:  4000               FROM VENDOR (2.5); CONFERENCE(S) WITH
                                     LITIGATION SUPPORT AND VENDOR REGARDING
                                     PRODUCTION ERRORS (0.5); ASSIST WITH
                                     INTERROGATORIES WITH RESPECT TO GATHERING
                                     FISCHLER, NOLAN, WINCHESTER,  WEI AND FREY
                                     DOCUMENTS (1.0).

03/02/11   J. Kuhn            4.70   WORK ON ANALYZING AND FINALIZING DOCUMENTS
           Task:  4000               AND DOCUMENT SEARCHES TO COMPLETE LEHMAN'S
                                     SUPPLEMENTAL DOCUMENT PRODUCTION (4.0);
                                     CONFER WITH A. KAUFMAN AND J. REED REGARDING
                                     SAME (0.7).

03/02/11   R. Tingey          1.00   REVIEW ASSET SEARCHES DONE ON AZ 72 DEFENDANTS
           Task:  4000               (0.7); E-MAILS WITH LIBRARY REGARDING
                                     ADDITIONAL RESEARCH WITH RESPECT THERETO (0.3).

03/03/11   H.T. Moore          .20   ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA
           Task:  4000               FILES.

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011            PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 758018


03/03/11  R. Tingey          9.30  REVIEW AND EDIT INTERROGATORY RESPONSES (2.3);
          Task:   4000              CONFERENCES WITH A. KAUFMAN REGARDING SAME
                                    (0.2); REVIEW DOCUMENT PRODUCTION FOR
                                    IDENTITIES OF ADDITIONAL WITNESSES (6.0); CALL
                                    WITH W. ANTONIEWICZ AND A. KAUFMAN TO DISCUSS
                                    INTERROGATORY RESPONSES (0.8).


03/03/11  J.E. Reed          5.00  SEARCH ALL PRODUCTIONS BY OCR AND COLUMN FOR
          Task:   4000              FISCHLER, WEI, NOLAN, WINCHESTER, AND FEY
                                    DOCUMENTS (0.6); REVISE CATEGORIES FOR
                                    SUPPLEMENTAL PRODUCTION TO INCLUDE
                                    PARENTS/CHILDREN (0.4); ASSIST J. KUHN WITH
                                    REVIEW AND ANALYSIS OF DOCUMENTS FOR
                                    SUPPLEMENTAL PRODUCTION (2.5); CONFERENCE WITH
                                    A. KAUFMAN REGARDING RELEASING SMALLER SET OF
                                    DOCUMENTS FOR PRODUCTION (0.4); CONFERENCE WITH
                                    VENDORS REGARDING SAME (0.1); WORK WITH J. KUHN
                                    TO FINALIZE PRIVILEGE LOG (1.0).


03/03/11  J. Kuhn            6.90  LEGAL RESEARCH REGARDING OPPOSING PARTY'S
          Task:   4000              ABILITY TO DISCOVER IDENTITY OF NON-TESTIFYING
                                    CONSULTANT (2.9); WORK ON DRAFT OF AFFIDAVIT OF
                                    M. BROWN FROM TRIMONT MAILROOM (1.5); WORK ON
                                    ANALYZING AND REVIEWING DOCUMENTS FOR LEHMAN'S
                                    SUPPLEMENTAL PRODUCTION (2.0); CONFER WITH J.
                                    REED AND A. KAUFMAN REGARDING SAME (0.5).


03/03/11  A.F. Kaufman       5.60  ANALYZE AND REVISE INTERROGATORY ANSWERS (4.3);
          Task:   4000              TELEPHONE CONFERENCE WITH TRIMONT REGARDING
                                    SAME (0.9); CONFER WITH J. KUHN AND J. REED
                                    REGARDING SUPPLEMENTAL PRODUCTION (0.4).


03/03/11  L. Runyan          1.00  RESEARCH CASE LAW FOR THE SOUTHERN DISTRICT OF
          Task:   4000              NEW YORK AND REVIEW SECONDARY MATERIALS
                                    REGARDING REQUIREMENTS OF THE OPPOSING PARTY TO
                                    DISCLOSE THE NAMES AND IDENTITIES OF
                                    NON-TESTIFYING EXPERTS.


03/03/11  R.M. Gee            .70  CONFER WITH R. TINGEY REGARDING REVIEWING
          Task:   4000              FISCHLER, WEI, WINCHESTER, FEY AND NOLAN
                                    DOCUMENTS (0.2); READ E-MAIL REGARDING SAME
                                    (0.1); CONDUCT SEARCHES FOR PECKHAM, SURYAN,
                                    AND DAVIS AND CREATE CASE FOLDERS FOR RESULTS
                                    (0.4).

LEHMAN BROTHERS HOLDINGS INC.                 May 31, 2011              PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 758018


| Date | Name | Hours | Description |
|---|---|---|---|
| 03/04/11 | J.E. Reed<br>Task: 4000 | 5.30 | REVIEW VENDOR-PROVIDED FOLDERS FOR SUPPLEMENTAL PRODUCTION FOR ACCURACY (4.0); WORK WITH VENDOR TO ADDRESS ERRORS (0.3); CONFERENCE WITH A. KAUFMAN AND J. KUHN REGARDING SUPPLEMENTAL PRODUCTION (0.4); PREPARE SLIPSHEETS AND FORWARD TO VENDOR FOR CORRECTING ERRORS (0.6). |
| 03/04/11 | A.F. Kaufman<br>Task: 4000 | 5.70 | ANALYZE AND REVISE INTERROGATORY ANSWERS (4.4); ANALYZE AND REVISE AFFIDAVIT OF M. BROWN FROM TRIMONT MAILROOM (0.9); CONFER WITH J. KUHN AND J. REED REGARDING SUPPLEMENTAL PRODUCTION (0.4). |
| 03/04/11 | R. Tingey<br>Task: 4000 | 4.20 | REVIEW AND REVISE INTERROGATORY RESPONSES (3.0); E-MAILS WITH LEHMAN, TRIMONT AND A. KAUFMAN REGARDING SAME (0.2); CALL WITH A. KAUFMAN AND LEHMAN REGARDING INTERROGATORY RESPONSES (1.0). |
| 03/04/11 | J. Kuhn<br>Task: 4000 | 5.00 | WORK ON DRAFT OF AFFIDAVIT OF M. BROWN FROM TRIMONT MAILROOM (1.5); WORK ON ANALYZING AND REVIEWING DOCUMENTS FOR LEHMAN'S SUPPLEMENTAL PRODUCTION (3.0); CONFER WITH J. REED AND A. KAUFMAN REGARDING SAME (0.5). |
| 03/05/11 | R. Tingey<br>Task: 4000 | .20 | E-MAILS WITH TRIMONT REGARDING VERIFICATION PAGES. |
| 03/07/11 | R. Tingey<br>Task: 4000 | 1.60 | REVIEW RESEARCH ON DEFENDANTS' ASSETS (0.4); E-MAIL LIBRARY REQUESTING ADDITIONAL RESEARCH REGARDING SAME (0.6); REVIEW AND REVISE INTERROGATORY RESPONSES (0.6). |
| 03/07/11 | J.E. Reed<br>Task: 4000 | 3.30 | REVIEW DISK FOR SUPPLEMENTAL PRODUCTION FOR ACCURACY (2.7); CONFERENCE WITH A. KAUFMAN REGARDING SAME (0.2); WORK WITH VENDOR TO CORRECT ERRORS (0.2); REVIEW CORRECTED DISK AND FORWARD TO OPPOSING COUNSEL (0.2). |
| 03/07/11 | C.F. Graham<br>Task: 4000 | .50 | REVIEW CORRESPONDENCE REGARDING FINAL INTERROGATORY RESPONSE FROM A. KAUFMAN. |

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011              PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 758018

| 03/07/11 | A.F. Kaufman<br>Task:   4000 | 3.30 | ANALYZE, REVISE AND FINALIZE INTERROGATORY ANSWERS (2.6); REVISE AFFIDAVIT OF M. BROWN FROM MAILROOM (0.3); DRAFT AND TRANSMIT E-MAIL TO S. MCDUFFIE REGARDING VARIOUS DISCOVERY ISSUES (0.4). |
|---|---|---|---|
| 03/08/11 | A.F. Kaufman<br>Task:   4000 | .40 | REVISE AND FINALIZE AFFIDAVIT OF SERVICE WITH RESPECT TO INTERROGATORY ANSWERS (0.2); COMMENCE PREPARATION FOR COURT CONFERENCE REGARDING DISCOVERY DISPUTES (0.2). |
| 03/08/11 | J.E. Reed<br>Task:   4000 | 1.50 | REVIEW AND QUALITY CHECK PRIVILEGE LOG (1.3); CREATE TWO SETS FOR OPPOSING COUNSEL (0.2). |
| 03/08/11 | R.M. Gee<br>Task:   4000 | .20 | DRAFT PROOF OF SERVICE FOR AZ 72 HOLDINGS' ANSWERS AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES (0.1); E-MAIL SAME TO A. KAUFMAN FOR SIGNATURE (0.1). |
| 03/09/11 | A.F. Kaufman<br>Task:   4000 | 1.70 | PREPARE FOR COURT CONFERENCE REGARDING DISCOVERY DISPUTES. |
| 03/09/11 | C.F. Graham<br>Task:   4000 | .40 | CONFER WITH A. KAUFMAN REGARDING STRATEGY FOR CONFERENCE BEFORE MAGISTRATE JUDGE ELLIS REGARDING DISCOVERY DISPUTES. |
| 03/10/11 | C.F. Graham<br>Task:   4000 | .60 | CONFER WITH A. KAUFMAN REGARDING COURT CONFERENCE REGARDING DISCOVERY ISSUES (0.3); READ MEMO ENDORSEMENT FROM JUDGE ELLIS REGARDING VARIOUS DEADLINES (0.1); READ E-MAIL REPORT TO J. CHORMANSKI (0.2). |
| 03/10/11 | A.F. Kaufman<br>Task:   4000 | 6.20 | PREPARE FOR AND PARTICIPATE IN COURT CONFERENCE REGARDING DISCOVERY DISPUTES (4.2); TELEPHONE CALLS WITH COUNSEL FOR LEHMAN AND TRIMONT REGARDING SAME (0.6); DRAFT, REVISE AND TRANSMIT E-MAIL SUMMARIZING COURT CONFERENCE (1.4). |
| 03/10/11 | R. Tingey<br>Task:   4000 | 4.70 | ATTEND COURT CONFERENCE REGARDING DISCOVERY ISSUES (3.0); RESEARCH CONTENTION INTERROGATORIES (0.3); DRAFT SAME (0.4); REVIEW ADDITIONAL RESEARCH ON DEFENDANTS' PROPERTY ASSETS (0.4); E-MAIL TO A. KAUFMAN REGARDING |

LEHMAN BROTHERS HOLDINGS INC.              May 31, 2011              PAGE   7
MATTER NUMBER: 30837.0003
INVOICE NO.: 758018

|  |  |  | SAME  (0.3); E-MAIL TO LIBRARY REGARDING ADDITIONAL RESEARCH ON LIENS/JUDGMENTS AND PENDING LAWSUITS AGAINST DEFENDANTS (0.1); REVIEW E-MAIL SUMMARIZING CONFERENCE (0.2). |
|---|---|---|---|
| 03/10/11 | J.E. Reed<br>Task:  4000 | .90 | CONFERENCE WITH A. KAUFMAN AND J. KUHN REGARDING STATUS OF DISCOVERY AND CASE DEVELOPMENTS (0.4); RESEARCH CONSULTANT NAME PER A. KAUFMAN (0.2);  RESEARCH DATABASE FOR RETENTION LETTER OF CONSULTANT (0.3). |
| 03/10/11 | J. Kuhn<br>Task:  4000 | .50 | CONFER WITH A. KAUFMAN AND J. REED REGARDING SUMMARY AND ADDITIONAL ACTION ITEMS FOLLOWING CONFERENCE WITH JUDGE AND DEFENSE COUNSEL (0.3); DRAFT E-MAIL CORRESPONDENCE TO A. KAUFMAN AND J. REED REGARDING SAME (0.2). |
| 03/10/11 | R.M. Gee<br>Task:  4000 | .20 | CALCULATE DISCOVERY DEADLINES AND UPDATE CASE CALENDAR WITH RESPECT THERETO (0.1); E-MAIL WITH A. KAUFMAN REGARDING COUNSEL LIST (0.1). |
| 03/11/11 | A.F. Kaufman<br>Task:  4000 | .40 | DRAFT CONTENTION INTERROGATORY TO DEFENDANTS. |
| 03/11/11 | C.F. Graham<br>Task:  4000 | .70 | OUTLINE RESPONSE TO TENDER ARGUMENT(0.4); CONFER WITH A. KAUFMAN REGARDING MOTION PRACTICE TO ADDRESS PRIVILEGE ISSUES(0.3). |
| 03/14/11 | J.E. Reed<br>Task:  4000 | .40 | REVIEW AND DISTRIBUTE INVOICES FROM DTI FOR SUPPLEMENTAL PRODUCTION. |
| 03/14/11 | R. Tingey<br>Task:  4000 | 3.30 | E-MAILS WITH A. KAUFMAN AND J. KUHN REGARDING DRAFT CONTENTION INTERROGATORY LANGUAGE (0.3); PREPARE CONTENTION INTERROGATORIES REGARDING DEFENDANTS' AFFIRMATIVE DEFENSES (3.0). |
| 03/14/11 | J. Kuhn<br>Task:  4000 | .90 | ANALYZE AND REVISE PLAINTIFFS' CONTENTION INTERROGATORIES TO DEFENDANTS (0.5); CONFER WITH A. KAUFMAN AND R. TINGEY REGARDING SAME (0.4). |
| 03/14/11 | C.F. Graham<br>Task:  4000 | .50 | CONFER WITH A. KAUFMAN REGARDING RESPONDING TO DISCOVERY DISPUTES (0.3):  REVIEW COMPULSORY COUNTERCLAIM RULES UNDER RULE 13 (0.2). |

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011              PAGE    8
MATTER NUMBER: 30837.0003
INVOICE NO.: 758018


03/14/11   A.F. Kaufman      1.30   REVIEW AND ANALYZE CONTENTION INTERROGATORIES
           Task:  4000              TO DEFENDANTS (0.9); CONFER WITH C. GRAHAM
                                    REGARDING SUPPLEMENTING PLAINTIFF'S
                                    INTERROGATORY ANSWERS (0.4).

03/15/11   A.F. Kaufman      1.30   ANALYZE AND REVISE CONTENTION INTERROGATORIES
           Task:  4000              TO DEFENDANTS.

03/15/11   D.T. Malerba      2.00   EXECUTE LIEN, JUDGEMENT AND DOCKET SEARCHES FOR
           Task:  4000              R.TINGEY.

03/15/11   R. Tingey         1.20   CONFERENCE WITH A. KAUFMAN REGARDING EDITS TO
           Task:  4000              CONTENTION INTERROGATORIES (0.2); REVISE SAME
                                    (1.0).

03/15/11   J. Kuhn           .50    FURTHER REVIEW AND REVISIONS TO LEHMAN'S
           Task:  4000              INTERROGATORIES TO PLAINTIFFS (0.2); CONFER
                                    WITH A. KAUFMAN REGARDING ROLES OF VARIOUS
                                    ATTORNEYS IN AZ 72 DEAL AND POST-DEAL FOR
                                    RESPONDING TO DEFENDANTS' REQUEST REGARDING
                                    ENTRIES ON PRIVILEGE LOG (0.3).

03/16/11   J.E. Reed         .50    CONFERENCE WITH J. KUHN AND A. KAUFMAN
           Task:  4000              REGARDING CUSHMAN AND WAKEFIELD RETENTION
                                    LETTER AND VARIOUS ATTORNEY'S INVOLVEMENT IN
                                    ASSISTING LEHMAN/TRIMONT (0.5).

03/16/11   R. Tingey         .20    CONFERENCE WITH A. KAUFMAN REGARDING CONTENTION
           Task:  4000              INTERROGATORIES AND RESPONDING TO DEFENDANTS'
                                    QUESTIONS ABOUT PLAINTIFF'S INTERROGATORY
                                    RESPONSES.

03/16/11   A.F. Kaufman      2.50   ANALYZE AND REVISE CONTENTION INTERROGATORIES
           Task:  4000              TO DEFENDANTS (1.1); DRAFT LETTER TO R. KAUFMAN
                                    RESPONDING TO VARIOUS DISCOVERY ISSUES (1.4).

03/17/11   A.F. Kaufman      4.30   ANALYZE AND REVISE LETTER TO R. KAUFMAN
           Task:  4000              RESPONDING TO VARIOUS DISCOVERY ISSUES (2.6);
                                    DRAFT AND TRANSMIT E-MAIL TO CLIENT ATTACHING
                                    SAME (0.4); ANALYZE AND REVISE PRIVILEGE LOG
                                    (1.3).

03/17/11   J.E. Reed         2.10   CONTINUED ATTENTION TO SEARCHES FOR DOCUMENTS
           Task:  4000              REGARDING ATTORNEYS REPRESENTING LEHMAN/TRIMONT
                                    AND CUSHMAN AND WAKEFIELD RETENTION LETTER.

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011              PAGE    9
MATTER NUMBER: 30837.0003
INVOICE NO.: 758018


03/17/11  C. Weiss              .80   COMMUNICATIONS WITH A. KAUFMAN REGARDING
          Task:  4000                 INTERROGATORY RESPONSES PERTAINING TO MLA
                                      ENGAGEMENT AND ALLEGED CONSPIRACY THEORY
                                      (0.3); REVIEW LETTER TO OPPOSING COUNSEL AND
                                      SAMPLE INTERROGATORIES TO GUARANTOR REGARDING
                                      ONGOING DISCOVERY DISPUTES AND CONSPIRACY
                                      THEORY ISSUES(0.5).

03/17/11  R. Tingey            1.20   REVISE CONTENTION INTERROGATORIES (0.4); REVIEW
          Task:  4000                 AND REVISE LETTER TO R. KAUFMAN REGARDING
                                      SUPPLEMENTING PLAINTIFF'S INTERROGATORY
                                      RESPONSES (0.2); PREPARE CONTENTION
                                      INTERROGATORIES FOR REMAINING DEFENDANTS (0.6).

03/17/11  R.M. Gee             .30   ATTEND TO SUPPLEMENTAL DOCUMENT PRODUCTION
          Task:  4000                 ISSUES (0.1);   CONTACT VENDOR REGARDING SAME
                                      (0.1);   CONFER WITH A. KAUFMAN REGARDING SAME
                                      (0.1).

03/17/11  C.F. Graham          .30   REVIEW E-MAILS REGARDING VARIOUS DISCOVERY
          Task:  4000                 DISPUTES.

03/18/11  R.M. Gee             .60   PREPARE CERTIFICATES OF SERVICE FOR CONTENTION
          Task:  4000                 INTERROGATORIES (0.5); CONFER WITH R. TINGEY
                                      REGARDING SAME (0.1).

03/18/11  J. Kuhn              .70   CONFER WITH A. KAUFMAN REGARDING FURTHER
          Task:  4000                 ANALYSIS AND REVISIONS TO LEHMAN'S UPDATED
                                      PRIVILEGE LOG.

03/18/11  J. Kuhn             3.10   FURTHER ANALYSIS OF AND REVISIONS TO LEHMAN'S
          Task:  4000                 UPDATED PRIVILEGE LOG.

03/18/11  R. Tingey           1.50   REVIEW AND FINALIZE CONTENTION INTERROGATORIES
          Task:  4000                 (1.0); FINALIZE LETTER TO R. KAUFMAN RESPONDING
                                      TO DISCOVERY ISSUES (0.5).

03/18/11  A.F. Kaufman        2.20   ANALYZE PRIVILEGE LOG ISSUES (1.2); ANALYZE AND
          Task:  4000                 REVISE LETTER TO R. KAUFMAN RESPONDING TO
                                      VARIOUS DISCOVERY ISSUES (0.7); ANALYZE AND
                                      FINALIZE SUBMISSION (0.3).

03/18/11  C.F. Graham          .30   REVIEW E-MAILS REGARDING UPDATED AMENDED
          Task:  4000                 INTEROGGATORY RESPONSES.

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011              PAGE  10
MATTER NUMBER: 30837.0003
INVOICE NO.: 758018

| 03/21/11 | H.T. Moore<br>Task:  4000 | 1.50 | ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA FILES. |
| 03/25/11 | A.F. Kaufman<br>Task:  4000 | 1.00 | REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING DISCOVERY ISSUES (0.6); CONFER WITH C. GRAHAM, R. TINGEY AND J. REED REGARDING SAME (0.4). |
| 03/25/11 | R. Tingey<br>Task:  4000 | 3.00 | RESEARCH WHETHER 2010 AMENDMENTS TO FRCP 26 REGARDING EXPERT DISCLOSURES APPLY RETROACTIVELY (1.5); REVIEW DEFENDANTS' LETTER REGARDING DISCOVERY ISSUES (0.5); REVIEW NOTES FROM MEET AND CONFER ON MARCH 10, 2011 (0.5); CONFERENCES WITH A. KAUFMAN AND C. GRAHAM REGARDING SAME (0.5) |
| 03/25/11 | J. Kuhn<br>Task:  4000 | .30 | RECEIPT AND REVIEW OF CORRESPONDENCE FROM DEFENDANTS REGARDING FOLLOW UP WITH ALLEGED DISCOVERY ISSUES. |
| 03/25/11 | J.E. Reed<br>Task:  4000 | .80 | REVIEW PRYOR CASHMAN LETTER REGARDING DEFICIENCIES (0.4); CONFERENCE WITH C. GRAHAM, A. KAUFMAN AND R. TINGEY REGARDING CASE DEVELOPMENTS (0.4). |
| 03/25/11 | C.F. Graham<br>Task:  4000 | .80 | REVIEW DEFENSE LETTER REGARDING DISCOVERY DISPUTES (0.3); CONFER WITH A. KAUFMAN, R. TINGEY AND J. REED WITH RESPECT THERETO (0.5). |
| 03/25/11 | R.M. Gee<br>Task:  4000 | .10 | PROCESS TRANSCRIPT·INVOICE FOR COURT CONFERENCE REGARDING DISCOVERY DISPUTES. |
| 03/28/11 | C.F. Graham<br>Task:  4000 | .30 | REVIEW E-MAILS REGARDING DISCOVERY DEADLINES. |
| 03/28/11 | A.F. Kaufman<br>Task:  4000 | 2.10 | REVIEW TRANSCRIPT FROM COURT CONFERENCE REGARDING DISCOVERY DISPUTES (0.5); BEGIN DRAFTING LETTER RESPONDING TO OPPOSING COUNSEL'S ISSUES WITH DISCOVERY (1.6). |
| 03/29/11 | J. Kuhn<br>Task:  4000 | 2.10 | RESEARCH REGARDING BURDEN OF PROVING IRRELEVANCY IN RESPONSE TO DISCOVERY REQUEST AND ADMISSIBILITY OF UNSWORN DECLARATION. |

LEHMAN BROTHERS HOLDINGS INC.            May 31, 2011            PAGE   11
MATTER NUMBER: 30837.0003
INVOICE NO.: 758018


03/29/11   J. Kuhn            .30    CONFER WITH A. KAUFMAN REGARDING RESEARCH
           Task:   4000              REGARDING BURDEN OF PROVING IRRELEVANCY IN
                                     RESPONSE TO DISCOVERY REQUEST AND ADMISSIBILITY
                                     OF UNSWORN DECLARATION.

03/29/11   C.F. Graham        .60    EDIT A. KAUFMAN LETTER TO E. SHERMAN REGARDING
           Task:   4000              DISCOVERY DISPUTE (0.4); CONFER WITH A. KAUFMAN
                                     REGARDING EDITS/QUESTIONS/COMMENTS (0.2).

03/29/11   A.F. Kaufman      6.80    ANALYZE FACTUAL AND LEGAL ISSUES RELATING TO
           Task:   4000              CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING
                                     DISCOVERY DISPUTE (3.9); CONTINUE DRAFTING
                                     LETTER RESPONDING TO OPPOSING COUNSEL (2.9).

03/29/11   J.E. Reed          .30    ASSIST A. KAUFMAN AND J. KUHN WITH PREPARATION
           Task:   4000              OF RESPONSES TO DEFENDANT'S LETTER REGARDING
                                     DISCOVERY DISPUTE.

03/29/11   R.M. Gee           .20    REVIEW AND ANALYZE CERTIFIED RECEIPTS TO
           Task:   4000              CONFIRM SERVICE OF DEFAULT LETTERS.

03/30/11   J.E. Reed          .50    WORK WITH LITIGATION SUPPORT TO FINALIZE AZ 72
           Task:   4000              LLC PRODUCTION DATABASE.

03/30/11   A.F. Kaufman      1.90    ANALYZE AND REVISE LETTER RESPONDING TO
           Task:   4000              OPPOSING COUNSEL'S ISSUES WITH DISCOVERY (1.7);
                                     EXCHANGE E-MAILS WITH J. RHODES REGARDING SAME
                                     (0.2).

03/30/11   C.F. Graham        .20    CONFER WITH A. KAUFMAN REGARDING DISCOVERY
           Task:   4000              DISPUTES.

03/31/11   C.F. Graham        .70    REVIEW DISCOVERY DISPUTE LETTER FROM E. SHERMAN
           Task:   4000              (0.4);   REVIEW E-MAILS WITH A. KAUFMAN
                                     REGARDING RESPONSES THERETO (0.3).

03/31/11   A.F. Kaufman      9.10    ANALYZE CLAW BACK LETTER SENT BY DEFENDANTS
           Task:   4000              (1.8); DRAFT RESPONSE TO SAME (5.6); RESEARCH
                                     RELATING TO SAME (1.2); CONFER WITH TRIMONT
                                     REGARDING OUTSTANDING INDEBTEDNESS (0.5).

03/31/11   R.M. Gee           .60    CONFER WITH A. KAUFMAN REGARDING LETTER TO
           Task:   4000              DEFENDANTS RESPONDING TO DISCOVERY ISSUES
                                     (0.1); REVIEW RECORD REGARDING INADVERTENTLY
                                     PRODUCED DOCUMENT (0.5).

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011                    PAGE  12
MATTER NUMBER: 30837.0003
INVOICE NO.: 758018


```
03/31/11  J. Moffat            2.60   CONFER WITH A. KAUFMAN REGARDING TWO RESEARCH
          Task:   4000                TASKS: (1) CRIME FRAUD EXCEPTION RESEARCH; AND
                                      (2) ABILITY OF OPPOSING COUNSEL TO REVIEW AND
                                      USE DOCUMENTS INADVERTENTLY PRODUCED THAT MAY
                                      BE SUBJECT TO PRIVILEGE AND THE ETHICAL
                                      PROFESSIONAL CONDUCT IMPLICATIONS OF SAME
                                      (0.2); RESEARCH CRIME FRAUD EXCEPTION (2.0);
                                      SUMMARIZE CASES FOR A. KAUFMAN (0.4).
```

4000  Non-Bankruptcy Litigation

| | | | |
|---|---|---|---|
| A.F. Kaufman | 68.20 | 475.00 | $32,395.00 |
| C. Weiss | .80 | 550.00 | $440.00 |
| C.F. Graham | 5.90 | 785.00 | $4,631.50 |
| D.T. Malerba | 2.00 | 130.00 | $260.00 |
| H.T. Moore | 1.70 | 250.00 | $425.00 |
| J. Kuhn | 26.30 | 425.00 | $11,177.50 |
| J. Moffat | 2.60 | 425.00 | $1,105.00 |
| J.E. Reed | 24.60 | 225.00 | $5,535.00 |
| L. Runyan | 1.00 | 180.00 | $180.00 |
| R. Tingey | 33.40 | 410.00 | $13,694.00 |
| R.M. Gee | 2.90 | 235.00 | $681.50 |
| TOTAL 4000 | 169.40 | | $70,524.50 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 03/01/2011 | 4769 | ROBERT M. GEE | 411S | 1.00 | 0.40 | 0.40 | PACER SEARCHES | 26905576 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 0.40 | 0.40 | | |
| 03/01/2011 | 0999 | MLA MLA | 105Z | 1.00 | 7.75 | 7.75 | LONG DISTANCE TELEPHONE - - PAYEE: SOUNDPATH | 27020468 |
| 05/31/2011 | | Invoice=758018 | | 0.00 | 0.00 | 0.00 | LEGAL CONFERENCING TELEPHONE CONFERENCING | |
| | | Voucher=1834335 Paid | | | | | Vendor=SOUNDPATH LEGAL CONFERENCING  Balance= .00  Amount= | |
| 03/02/2011 | 5084 | ALAN F. KAUFMAN | 109Z | 1.00 | 9.20 | 9.20 | LOCAL TRAVEL | 26883779 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 9.20 | 9.20 | TRANSPORTATION FROM/TO OFFICE/HOME. | |
| | | Voucher=1816906 Paid | | | | | Vendor=ALAN F. KAUFMAN  Balance= .00  Amount= 9.20 | |
| 03/02/2011 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 20.85 | 20.85 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26909325 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 20.00 | 20.00 | SOLUTIONS, INC. | |
| | | Voucher=1820272 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC.  Balance= | |
| 03/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 24.46 | 24.46 | DELIVERY SERVICE/MESSENGER RCVD:FENIGSTEIN & | 26902033 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 24.46 | 24.46 | KAUFMAN/SARA M. MCDUFFIE, ESQ. | |
| 03/03/2011 | 0999 | MLA MLA | 107S | 1.00 | 20.52 | 20.52 | DELIVERY SERVICE/MESSENGER RCVD:MCKENNA LONG & | 26902034 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 20.52 | 20.52 | ALDRIDGE LLP/JAN E. REED TRACKING#:794492065127 | |
| 03/03/2011 | 0584 | JILL C. KUHN | 406S | 1.00 | 522.45 | 522.45 | WESTLAW RESEARCH | 26907156 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 522.45 | 522.45 | | |
| 03/03/2011 | 0582 | LOU ELLEN RUNYAN | 406S | 1.00 | 206.53 | 206.53 | WESTLAW RESEARCH | 26907157 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 206.53 | 206.53 | | |
| 03/03/2011 | 5464 | REBECCA TINGEY | 111Z | 1.00 | 16.09 | 16.09 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26909323 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 16.09 | 16.09 | SOLUTIONS, INC. | |
| | | Voucher=1820272 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC.  Balance= | |
| 03/04/2011 | 0999 | MLA MLA | 107S | 1.00 | 15.03 | 15.03 | DELIVERY SERVICE/MESSENGER RCVD:FENIGSTEIN & | 26902035 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 15.03 | 15.03 | KAUFMAN/SARA M. MCDUFFIE, ESQ. | |
| 03/04/2011 | 0999 | MLA MLA | 107S | 1.00 | 13.33 | 13.33 | DELIVERY SERVICE/MESSENGER RCVD:MCKENNA LONG & | 26902036 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 13.33 | 13.33 | ALDRIDGE LLP/JAN E. REED TRACKING#:794497942247 | |
| 03/07/2011 | 5084 | ALAN F. KAUFMAN | 101S | 7.00 | 0.15 | 1.05 | COPY CHARGES | 26881758 |
| 05/31/2011 | | Invoice=758018 | | 7.00 | 0.10 | 0.70 | | |
| 03/07/2011 | 0999 | MLA MLA | 107S | 1.00 | 15.16 | 15.16 | DELIVERY SERVICE/MESSENGER RCVD:FENIGSTEIN & | 26902037 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 15.16 | 15.16 | KAUFMAN/SARA M. MCDUFFIE, ESQ. | |
| 03/07/2011 | 0999 | MLA MLA | 107S | 1.00 | 13.45 | 13.45 | DELIVERY SERVICE/MESSENGER RCVD:MCKENNA LONG & | 26902038 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 13.45 | 13.45 | ALDRIDGE LLP/JAN E. REED TRACKING#:794504056071 | |
| 03/09/2011 | 4769 | ROBERT M. GEE | 101S | 43.00 | 0.15 | 6.45 | COPY CHARGES | 26883016 |
| 05/31/2011 | | Invoice=758018 | | 43.00 | 0.10 | 4.30 | | |
| 03/10/2011 | 5464 | REBECCA TINGEY | 406S | 1.00 | 78.68 | 78.68 | WESTLAW RESEARCH | 26909939 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 78.68 | 78.68 | | |
| 03/18/2011 | 4769 | ROBERT M. GEE | 101S | 168.00 | 0.15 | 25.20 | COPY CHARGES | 26895752 |
| 05/31/2011 | | Invoice=758018 | | 168.00 | 0.10 | 16.80 | | |
| 03/18/2011 | 5464 | REBECCA TINGEY | 101S | 9.00 | 0.15 | 1.35 | COPY CHARGES | 26895753 |
| 05/31/2011 | | Invoice=758018 | | 9.00 | 0.10 | 0.90 | | |
| 03/25/2011 | 4961 | CHRISTOPHER F GRAHAM | 115Z | 1.00 | 33.15 | 33.15 | DEPOSITION TRANSCRIPTS - - PAYEE: KRISTIN | 26904243 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 33.15 | 33.15 | RUSIN TRANSCRIPT FEE | |
| | | Voucher=1819593 Paid | | | | | Vendor=KRISTIN M. RUSIN  Balance= .00  Amount= 33.15 | |
| 03/25/2011 | 5464 | REBECCA TINGEY | 406S | 1.00 | 104.59 | 104.59 | WESTLAW RESEARCH | 26913801 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 104.59 | 104.59 | | |
| 03/25/2011 | 0999 | MLA MLA | 107S | 1.00 | 15.56 | 15.56 | DELIVERY SERVICE/MESSENGER | 27013081 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 15.56 | 15.56 | RCVD:/KRISTIN M. RUSIN TRACKING#:794577131503 | |
| 03/28/2011 | 5084 | ALAN F. KAUFMAN | 406S | 1.00 | 26.33 | 26.33 | WESTLAW RESEARCH | 26915181 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 26.33 | 26.33 | | |
| 03/29/2011 | 5084 | ALAN F. KAUFMAN | 406S | 1.00 | 68.37 | 68.37 | WESTLAW RESEARCH | 26915203 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 68.37 | 68.37 | | |
| 03/29/2011 | 0584 | JILL C. KUHN | 406S | 1.00 | 1,052.25 | 1,052.25 | WESTLAW RESEARCH | 26915206 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 1,052.25 | 1,052.25 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 03/31/2011 | 5084 | ALAN F. KAUFMAN | 406S | 1.00 | 306.43 | 306.43 | WESTLAW RESEARCH | 26915293 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 306.43 | 306.43 | | |
| | | | | | | | | |
| 03/31/2011 | 4707 | JANE MOFFAT | 406S | 1.00 | 366.76 | 366.76 | WESTLAW RESEARCH | 26915294 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 366.76 | 366.76 | | |
| | | | | | | | | |
| 03/31/2011 | 5084 | ALAN F. KAUFMAN | 109Z | 1.00 | 9.50 | 9.50 | LOCAL TRAVEL | 26923981 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 9.50 | 9.50 | TRANSPORTATION FROM/TO OFFICE/HOME. | |
| | | Voucher=1822362 Paid | | | | | Vendor=ALAN F. KAUFMAN  Balance= .00  Amount= 9.50 | |
| | | | | | | | | |
| 03/31/2011 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 20.85 | 20.85 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26951375 |
| 05/31/2011 | | Invoice=758018 | | 1.00 | 20.00 | 20.00 | SOLUTIONS, INC. NAPLES 45 | |
| | | Voucher=1825563 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC.  Balance= | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 3,001.74 | 28 records | |
| | | BILLED TOTALS:    BILL: | | | | 2,980.94 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 3,001.74 | 28 records | |
| | | GRAND TOTAL:    BILL: | | | | 2,980.94 | | |

**<u>Supplemental Information Sheet</u>**
**March 2011**

**Expenses for AZ 72 LLC (30837.0003)**

**Timekeeper: A. Kaufman**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 3/2/11 | $9.20 | LOCAL TRAVEL | After-hours (after 8 p.m.) transportation from office to home. | Attached |
| 3/2/11 | $20.00 (written down from $20.85) | MEALS – SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC. | After-hours (after 8 p.m.) meal; dinner for one person. | Attached |
| 3/31/11 | $9.50 | LOCAL TRAVEL | After-hours (after 8 p.m.) transportation from office to home. | Attached |
| 3/31/11 | $20.00 (written down from $20.85) | MEALS – SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC. | After-hours (after 8 p.m.) meal; dinner for one person. | Attached |

**Timekeeper: R. Tingey**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 3/3/11 | $16.09 | MEALS – SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC. | After-hours (after 8 p.m.) meal; dinner for one person. | Attached |

**Timekeeper: J. Kuhn**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 3/29/11 | $1,052.25 | WESTLAW RESEARCH | Research burden of proving irrelevancy in response to discovery request and admissibility of unsworn declaration. | N/A |

**Timekeeper: C. Graham**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 3/25/11 | $33.15 | DEPOSITION TRANSCRIPTS – KRISTIN RUSIN TRANSCRIPT FEE | Deposition transcript for Court conference regarding discovery disputes. | Attached |

This expense form was submitted to the accounting department on 3/3/2011 at 4:28 PM.

Form Tracking ID     94095

Created For          5084 KAUFMAN, ALAN F.

Created By           Vargas, Jenny I.

Title                AFK transportation expense 3/2/11

Expense Type         CLIENT CHARGEABLE

Client Name          30837 LEHMAN BROTHERS HOLDINGS INC.

Matter Name          0003 AZ 72, LLC

Description          3/2/11 - Transportation from/to office/home.

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Taxi (Local Travel) | 3/2/2011 | 9.20 | Transportation from/to office/home. |

Total $              9.20




```
03/02/11 09:32PM
MEDALLION  8Y29
DRIVER   479023
JOB    11061169
START    09:24PM
END      09:31PM
DIST     1.3 MI
-------------------
STAND. CITY RATE
RATE 1   1.3 MI
FARE       6.10
EXTRAS     0.50
STATE      0.50
TIP        2.10
TOTAL      9.20

===================
DISCOVER
XXXXXXXXXXXX2454
AUTH.    00294R
CONTACT TLC 311
```

SeamlessWeb Invoice

## Invoice Summary

SEAMLESSWEB INVOICE

Invoice Number:    897704
Invoice Date:    March 6, 2011
Invoice Date Range:    February 28, 2011 - March 6, 2011

Account Number:    54-003-07386

CUSTOMER NAME & ADDRESS
McKenna Long & Aldridge LLP (NY)
230 Park Avenue
New York, NY 10017
230 Park Ave
(212) 905-8300

BILLING INQUIRIES: (212) 944-7755,
Option 6, 3

| YTD Information | | |
|---|---|---|
| Total YTD Invoice Amount | $2,394.58 |
| Payments Received | $2,016.19 |

| PRIOR PERIOD | | |
|---|---|---|
| Invoice Amount | $298.55 |
| Prior Period Balance Brought Forward | $298.55 |

| CURRENT PERIOD | | |
|---|---|---|
| Meal Purchases | $79.84 |
| Current Invoice Amount | $79.84 |
| Payment(s) Received | $0.00 |

TOTAL CURRENT CHARGES:    $79.84

REMITTANCE AMOUNT    Total Amount Due    $378.39

PLEASE RETURN PAYMENT BY APRIL 5, 2011

OVERDUE BALANCES MAY BE SUBJECT TO A LATE FEE

Note: Finance fee is assessed at an APR of 12%

-------- Detach Here --------

Please return this portion with payment

McKenna Long & Aldridge LLP (NY)
230 Park Avenue
New York, NY 10017
230 Park Ave
(212) 905-8300

MAR 3 0 2011

Remittance Information:

Mail:

SeamlessWeb Professional Solutions, LLC
P.O. Box 5439
New York, NY 10087-5439

SeamlessWeb Professional Solutions, LLC
Invoice     897704
Number:    2/28/2011 12:00:00 AM - 3/6/2011 12:00:00 AM
Date
Range:    3/6/2011 12:00:00 AM
Invoice
Date:

Account Number:    54-003-07386

Electronic:

SeamlessWeb Professional Solutions, LLC
JPMorgan Chase Bank NA, Chicago, IL
Acct. # 701335168
ABA # 071000013

## Dept Invoice Report

McKenna Long & Aldridge LLP (NY)    Department Summary

Billing Period: February 28, 2011 - March 6, 2011

| Dept Code | Department | TaxAmt | Addt'l Tax | TipAmt | ProductAmt | Meals | Catering | Other | Total |
|---|---|---|---|---|---|---|---|---|---|

SeamlessWeb Invoice

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Department | $5.29 | $0.00 | $8.25 | $59.40 | $79.84 | $0.00 | $0.00 | $79.84 |

| | |
|---|---|
| McKenna Long & Aldridge LLP (NY) | $79.84 |

## Detail Invoice Report

Date Range: 2/28/2011 - 3/6/2011 11:59:00 PM
Department:

| OrderID | Name | Date Time | Expense Code | InternID | Vendor | Vendor Type | Business Purpose | Prod | Tax | Addt'l Tax | Tip | Amount | Spc Ins | Over Bdgt | Amnd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 189359079 | Tingey, Rebecca | 3/3/2011 7:38 PM | 30837.0003 | | Asian Station | Meals | | $12.00 | $1.07 | $0.00 | $2.25 | $16.09 | · | | No |
| 189145647 | Kaufman, Alan | 3/2/2011 6:56 PM | 30837.0003 | | Naples 45 | Meals | | $16.40 | $1.46 | $0.00 | $2.00 | $20.85 | · | | No |

Over Budget: 0 transactions ($0.00)

Total Orders: 4

Total: $79.84

ExpenseEntireFormPrinting                                        Page 1 of 1

This expense form was submitted to the accounting department on 4/8/2011 at 12:41 PM.

Form Tracking ID      95650

Created For           5084 KAUFMAN, ALAN F.

Created By            Vargas, Jenny I.

Title                 AFK – 3/31/11

Expense Type          CLIENT CHARGEABLE

Client Name           30837 LEHMAN BROTHERS HOLDINGS INC.

Matter Name           0003

Description           3/31/11 - Transportation from/to office/home.

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Taxi (Local Travel) | 3/31/2011 | 9.50 | Transportation from/to office/home. |

Total $               9.50

PRINT THIS FORM

CLOSE

```
MED#           2761
ID #    05069734
S AND. CITY RATE
RATE USED:
PASSENGERS:    1
03/31/11 TR 0929
START  END MILES
20:59 21:09  2.2
FARE : $   8.50
EXTRA: $   0.50
S SRCH: $  0.50
TOTAL: $   9.50
TO CONTACT TLC
DIAL   3-1-1
```

```
-CREDIT RECEIPT-
TIP : $   2.00
GR. TOT: $ $11.50
CARDNUMBER: 2454
AUTHOR.:03159R
```

SeamlessWeb Invoice                                                      Page 1 of 2

## Invoice Summary

SEAMLESSWEB INVOICE

Invoice Number:      914793                     Account Number:   54-003-07386
Invoice Date:        April 3, 2011
Invoice Date Range:  March 28, 2011 - April 3, 2011

CUSTOMER NAME & ADDRESS
  McKenna Long & Aldridge LLP (NY)              BILLING INQUIRIES: (212) 944-7755,
  230 Park Avenue                               Option 6, 3
  New York, NY 10017
  230 Park Ave
  (212) 905-8300

| YTD Information | Total YTD Invoice Amount | $3,359.58 |
| | Payments Received | $3,128.09 |

| PRIOR PERIOD | Invoice Amount | $99.03 |

| CURRENT PERIOD | Meal Purchases | $109.41 |
| | Catering Purchases | $122.08 |
| | Current Invoice Amount | $231.49 |
| | Payment(s) Received | $0.00 |
| | TOTAL CURRENT CHARGES: | $231.49 |

| REMITTANCE AMOUNT | Total Amount Due | $231.49 |

PLEASE RETURN PAYMENT BY MAY 3, 2011

OVERDUE BALANCES MAY BE SUBJECT TO A LATE FEE

Note: Finance fee is assessed at an APR of 12%

*[handwritten: OK to pay S. Filsko 4/20/11]*

-------------------- Detach Here --------------------
Please return this portion with payment

  McKenna Long & Aldridge LLP (NY)          SeamlessWeb Professional Solutions, LLC
  230 Park Avenue                           Invoice      914793
  New York, NY 10017                        Number:
  230 Park Ave                              Date         3/28/2011 12:00:00 AM - 4/3/2011 12:00:00 AM
  (212) 905-8300                            Range:       4/3/2011 12:00:00 AM
                                            Invoice
                                            Date:

                                            Account Number:   54-003-07386

Remittance Information:

Mail:

  SeamlessWeb Professional Solutions, LLC   Electronic:
  P.O. Box 5439
  New York, NY 10087-5439                   SeamlessWeb Professional Solutions, LLC
                                            JPMorgan Chase Bank NA, Chicago, IL
                                            Acct. # 701335168
                                            ABA # 071000013

## Dept Invoice Report

McKenna Long & Aldridge LLP (NY)          Department Summary

                                          Billing Period: March 28, 2011 - April 3, 2011

| Dept Code | Department | TaxAmt | Addt'l Tax | TipAmt | ProductAmt | Meals | Catering | Other | Total |
|---|---|---|---|---|---|---|---|---|---|

*[handwritten: 1825563]*

SeamlessWeb Invoice                                                           Page 2 of 2

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Department | $15.03 | $0.00 | $16.00 | $173.70 | $109.41 | $122.08 | $0.00 | $231.49 |

McKenna Long & Aldridge LLP (NY)                                                   $231.49

## Detail Invoice Report

Date Range: 3/28/2011 - 4/3/2011 11:59:00 PM
Department:

| OrderID | Name | Date Time | Expense Code | InternID | Vendor | Vendor Type | Business Purpose | Prod | Tax | Addt'l Tax | TipAmount | SpcIns | OverBdgt | Amnd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 193802391 | Kaufman, Alan | 3/31/2011 7:29 PM | 30837.0003 | | Naples 45 | Meals | | $16.40 | $1.46 | $0.00 | $2.00 | $20.85 | - | No |

Over Budget: 0 transactions ($0.00)
Total Orders: 5
Total: $231.49

## Osley, Melanie

| | |
|---|---|
| **From:** | check_request@mckennalong.com |
| **Sent:** | Friday, March 25, 2011 4:59 PM |
| **To:** | Check Request |
| **Cc:** | Gee, Robert |
| **Subject:** | Check Request from Robert Gee   [Phone: x48326   Employee ID:4769] |

## Check Request Details

**CHARGE TYPE:** CLIENT CHARGES

**Client Info:** Client: 30837 Matter: 0003

**Requested By:** Robert Gee [Phone: x48326 Employee ID:4769]

**Date Requested:** 3/25/2011

**Date Needed:** 3/25/2011

**Disbursement Method:** Call When Ready 48326

**Amount:** 33.15

**Payee:** Kristin M. Rusin   *53079*

**Payee Address:** 217 Pine Meadows Circle Hickory, NC 28601

**Payee SSN/TIN:**

**Description for Firm Charges:**

**Reason for Check:** Transcript Fee

**Approved By:** Christopher Graham [Phone: x48328 Employee ID:4961]

*1819593*

*223757*

1

# McKenna Long
## &Aldridge LLP
#### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                    Invoice No. 760079
Matter No.: 30837.0005               Invoice Date: May 31, 2011
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through March 31, 2011
    RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| G. Walling | 3.40 | 445.00 | 1,513.00 |
| Total | 3.40 | | 1,513.00 |


TOTAL FEES:                                    $  1,513.00


T O T A L   T H I S   S T A T E M E N T:       $  1,513.00

LEHMAN BROTHERS HOLDINGS INC.                May 31, 2011              PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 760079


DESCRIPTION OF SERVICES


03/03/11  G. Walling        1.10    CALL FROM M. MARTINEZ REGARDING WALKER SQUARE
          Task:  2300               $100,000 LETTER OF CREDIT RENEWAL STATUS (0.3);
                                    MADE RELATED REVIEW OF FILE REGARDING WALKER
                                    SQUARE LETTER OF CREDIT AND EVERGREEN FEATURE
                                    OF SAME, VIRGINIA COMMON INTEREST COMMUNITIES
                                    BOARD REQUIREMENTS RELATED TO LETTER OF CREDIT
                                    REQUIREMENT AS ASSURANCE FOR DECLARANT PAYMENT
                                    OF ASSESSMENTS ON INVENTORY UNITS, LETTER OF
                                    CREDIT ISSUED BY WACHOVIA FOR SUCH PURPOSE AND
                                    $100,000 CERTIFICATE OF DEPOSIT AS COLLATERAL
                                    FOR WALKER SQUARE LETTER OF CREDIT (0.4);
                                    COMMUNICATIONS WITH M. MARTINEZ REGARDING
                                    FOREGOING MATTERS (0.2); CALL WITH M. MARTINEZ
                                    REGARDING EXTENSION STATUS OF WALKER SQUARE
                                    LETTER OF CREDIT AND ALTERNATIVE POSITIONS VIS
                                    A VIS WACHOVIA DUE TO FAILURE OF WACHOVIA TO
                                    TIMELY COMPLY WITH LETTER OF CREDIT
                                    TERMINATIONS REQUIREMENTS (0.2).


03/10/11  G. Walling        2.10    COMMUNICATIONS WITH M. MARTINEZ REGARDING
          Task:  2300               $100,000 CERTIFICATE OF DEPOSIT  COLLATERAL FOR
                                    WACHOVIA WALKER SQUARE LETTER OF CREDIT AND
                                    STATUS OF RELATED LETTER OF CREDIT(0.3);
                                    COMMUNICATIONS FROM B. GAUTHIER REGARDING SAME
                                    (0.2); REVIEW OF CORRESPONDENCE AND LOAN
                                    DOCUMENT FILES TO RETRIEVE WACHOVIA CERTIFICATE
                                    OF DEPOSIT INFORMATION AND RELATED WACHOVIA
                                    SECURITY DOCUMENTS (0.7); COMMUNICATIONS WITH
                                    M. MARTINEZ REGARDING CONTINUED EXISTENCE OF
                                    CERTIFICATE OF DEPOSIT AND OCTOPUS OWNERSHIP OF
                                    SAME AND RELATED WACHOVIA SECURITY
                                    DOCUMENTS(0.3); COMMUNICATIONS FROM B. GAUTHIER
                                    REGARDING TERMINATION OF WALKER SQUARE LETTER
                                    OF CREDIT (0.2); CALL WITH  M. MARTINEZ
                                    REGARDING ALTERNATIVES OF LIQUIDATION OF WALKER
                                    SQUARE CERTIFICATE OF DEPOSIT OR CHALLENGING

LEHMAN BROTHERS HOLDINGS INC.                    May 31, 2011              PAGE   3
MATTER NUMBER: 30837.0005
INVOICE NO.: 760079


                                     WACHOVIA LETTER OF CREDIT TERMINATION NOTICE
                                     (0.3);COMMUNICATION FROM K. DONAHOE
                                     (DUPONT-FABROS) REGARDING RENEWAL OF WALKER
                                     SQUARE CERTIFICATE OF DEPOSIT (0.1).

     03/11/11   G. Walling          .10   COMMUNICATIONS WITH M. MARTINEZ REGARDING
                Task:   2300               LIQUIDATION OF $100,000 CERTIFICATE OF DEPOSIT
                                           RELATED TO WALKER SQUARE.

     03/17/11   G. Walling          .10   COMMUNICATIONS WITH M.MARTINEZ REGARDING
                Task:   2300               RETRIEVAL STATUS OF $100,000 CERTIFICATE OF
                                           DEPOSIT FROM WACHOVIA/WELLS FARGO.

   2300   Real Estate Matters
          G. Walling                       3.40   445.00   $1,513.00

          TOTAL 2300                       3.40            $1,513.00