# EXHIBIT E-3

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for April 1, 2011 through April 30, 2011**

# McKenna Long & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

---

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

```
Client No.: 30837                Invoice No. 760125
Matter No.: 30837.0001           Invoice Date: June 14, 2011
================================================================

    FOR PROFESSIONAL SERVICES RENDERED through April 30, 2011
    RE: KONTRABECKI NY BANKRUPTCY ACTION


* * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

                          Hours         Billed               Bill
Name                      Worked       Per Hour            Amount
-----------------------   -------      --------       ------------
M. Kaufman                  7.90         675.00           5,332.50
======================    ========     ========       ============
Total                       7.90                          5,332.50


TOTAL FEES:                                        $      5,332.50

CHARGES:

    COPY CHARGES                           1.80
    LITIGATION SUPPORT VENDORS           485.10
    PACER SEARCHES                         0.24

TOTAL CHARGES:                                     $        487.14

T O T A L  T H I S  S T A T E M E N T:             $      5,819.64
```

```
LEHMAN BROTHERS HOLDINGS INC.              June 14, 2011           PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 760125
```

DESCRIPTION OF SERVICES

```
04/04/11  M. Kaufman         1.90   REVIEW EMAILS FROM W. OLSHAN WITH REGARD TO
          Task:  4000                POSITIONS BEING ASSERTED BY KONTRABECKI SEEKING
                                     RESOLUTION OR TRANSFER OF TKG LP AND CEIDCO AND
                                     REQUEST FOR SEALING AND VACATURE IN DISTRICT
                                     COURT AND NINTH CIRCUIT COURT OF APPEALS (0.3);
                                     CONSIDERATION OF ISSUES RAISED BY KONTRABECKI
                                     (0.3); VARIOUS EMAILS TO P. BENVENUTTI, W.
                                     OLSHAN AND LEVINE RESPONDING TO SAME AND
                                     PROPOSING TACTICS FOR ADDRESSING KONTRABECKI'S
                                     REQUEST (0.4); WORK ON EXTENSIVE EMAIL
                                     EXPLAINING POSITIONS TO BE TAKEN COUNTER TO
                                     KONTRABECKI'S ASSERTION THAT LEHMAN IS
                                     OBLIGATED TO COOPERATE WITH RESPECT TO VACATURE
                                     AND FURTHER OPPOSITION TO AGREEING TO ANY
                                     MANDAMUS ACTION AS WHOLLY INAPPROPRIATE (0.7);
                                     FURTHER TELEPHONE COMMUNICATIONS WITH P.
                                     BENVENUTTI AND W. OLSHAN RESPECTING SAME (0.2).

04/11/11  M. Kaufman          .30   COMMUNICATIONS WITH W. OLSHAN, LEVINE AND P.
          Task:  4000                BENVENUTTI WITH REGARD TO RESPONSE TO
                                     KONTRABECKI PERTAINING TO NINTH CIRCUIT AND
                                     DISTRICT COURT VACATURE AND SEALING.

04/12/11  M. Kaufman         3.10   DRAFT AND TRANSMIT EMAIL TO P. BENVENUTTI,
          Task:  4000                LEVINE AND W. OLSHAN POINTING OUT ISSUES
                                     RELATING TO MATTERS AFFECTING NINTH CIRCUIT
                                     VACATURE AND MANDAMUS (1.0); SUBSEQUENT
                                     TELEPHONE CALL WITH W. OLSHAN, P. BENVENUTTI,
                                     AND LEVINE (1.3); SUBSEQUENT DRAFTING OF EMAIL
                                     TO B. MOORE SETTING FORTH POSITION AND REVIEW
                                     FOLLOW-UP EMAILS RELATING TO SAME (0.8).

04/13/11  M. Kaufman         2.60   FURTHER COMMUNICATIONS WITH LEVINE, P.
          Task:  4000                BENVENUTTI, AND W. OLSHAN WITH RESPECT TO
                                     FINALIZING LANGUAGE TO BE SENT TO B. MOORE
                                     RESPONDING TO REQUEST BY KONTRABECKI PERTAINING
                                     TO MANDAMUS VACATURE AND SEALING OF APPELLATE
                                     COURTS (0.8); WORK TOWARD FINALIZING LANGUAGE
```

```
LEHMAN BROTHERS HOLDINGS INC.              June 14, 2011              PAGE    3
MATTER NUMBER: 30837.0001
INVOICE NO.: 760125
```

OF LETTER TO BE SENT TO B. MOORE RESPECTING SAME AND REVIEW OF FINAL LETTER (0.7); COMMUNICATIONS WITH W. OLSHAN WITH REGARD TO DISSOLUTION OF CEIDCO AND TKG LP AND PROCEDURAL ISSUES RELATING TO SAME (0.6); FOLLOW-UP COMMUNICATIONS WITH W. OLSHAN FURTHER WITH REGARD TO SAME (0.5).

| | | | | |
|---|---|---|---|---|
| 4000 | Non-Bankruptcy Litigation | | | |
| | M. Kaufman | 7.90 | 675.00 | $5,332.50 |
| | TOTAL 4000 | 7.90 | | $5,332.50 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/01/2011 | 4003 | DAVID GORDON | 411S | 1.00 | 0.24 | 0.24 | PACER SEARCHES | 26941318 |
| 06/14/2011 | | Invoice=760125 | | 1.00 | 0.24 | 0.24 | | |
| 04/04/2011 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 14:12 1-719-947-4158 | 26948998 |
| 06/14/2011 | | Invoice=760125 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 04/06/2011 | 0999 | MLA MLA | 105S | 1.00 | 25.80 | 25.80 | LONG DISTANCE TELEPHONE 18:15 1-949-542-8303 | 26949022 |
| 06/14/2011 | | Invoice=760125 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 04/07/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 12:04 1-503-281-8736 | 26949025 |
| 06/14/2011 | | Invoice=760125 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 04/19/2011 | 0999 | MLA MLA | 105S | 1.00 | 22.90 | 22.90 | LONG DISTANCE TELEPHONE 17:32 1-949-542-8303 | 26949195 |
| 06/14/2011 | | Invoice=760125 | | 0.00 | 0.00 | 0.00 | 74120 | |
| 04/28/2011 | 4981 | ALISON ELKO | 101S | 18.00 | 0.15 | 2.70 | COPY CHARGES | 26947296 |
| 06/14/2011 | | Invoice=760125 | | 18.00 | 0.10 | 1.80 | | |
| 04/30/2011 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 485.10 | 485.10 | LITIGATION SUPPORT VENDORS - - PAYEE: | 27000538 |
| 06/14/2011 | | Invoice=760125 | | 1.00 | 485.10 | 485.10 | LEXISNEXIS APPLIED DISCOVERY | |
| | | Voucher=1831615 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY  Balance= .00  Amount= | |
| | | BILLED TOTALS:   WORK: | | | | 538.55 | 7 records | |
| | | BILLED TOTALS:   BILL: | | | | 487.14 | | |
| | | GRAND TOTAL:   WORK: | | | | 538.55 | 7 records | |
| | | GRAND TOTAL:   BILL: | | | | 487.14 | | |

## Supplemental Information Sheet
## April 2011

Expenses for Kontrabecki (30837.0001)
Timekeeper: M. Kaufman

| Date | Amount | Expense | Description | Supporting Documentation |
|---|---|---|---|---|
| 4/30/11 | $485.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |

# LexisNexis Applied Discovery

**REMIT TO:**
Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA 98005
(877) 613-3010 Ext: 3526

**TIN:** 91-1955281

| | |
|---|---|
| Page: | 1 |
| Number: | 0000128667 |
| Date: | 4/30/2011 |
| Due Date: | 5/30/2011 |
| Customer: | MCKEAT |

## Invoice

**Ship To:**
McKenna Long & Aldridge LLP
B. Summer Chandler, Esq.
303 Peachtree Street
Suite 5300
Atlanta, GA 30308   USA

**Sold To:**
McKenna Long & Aldridge LLP
B. Summer Chandler, Esq.
303 Peachtree Street
Suite 5300
Atlanta, GA 30308   USA

| Matter Name | | | | |
|---|---|---|---|---|
| Warsaw v. Lehman Bros. | | | | |
| Matter Number | Ship Via | | F.O.B | Terms |
| E300.0010 | USPS | | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| | | 14.00 | 34.650 | 485.10 |
| Data Hosting Fees | | | | |
| Monthly Data Hosting Fee | | | | |
| | LAST ITEM | | | |

AR Contact:  Accounts Receivable
Email:  billing@applieddiscovery.com
Phone:  (877) 613-3010  Ext: 3526

*Applied Discovery offers clients the ability to pay by credit card. Please use the AR contact information above to initiate.

| | |
|---|---|
| Subtotal | 485.10 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | **485.10** |

# McKenna Long & Aldridge LLP
### Attorneys at Law

Albany · Atlanta · Brussels · Denver · Los Angeles · New York · Philadelphia · San Diego · San Francisco · Washington, DC

Tel: 404.527.4000
www.mckennalong.com

Remittance Address:
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837             Invoice No. 760087
Matter No.: 30837.0002        Invoice Date: June 13, 2011
================================================================

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2011
RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A.F. Kaufman | 0.60 | 475.00 | 285.00 |
| S. Chandler | 0.30 | 435.00 | 130.50 |
| A. Elko | 23.20 | 375.00 | 8,700.00 |
| Total | 24.10 | | 9,115.50 |

TOTAL FEES:                                          $  9,115.50

CHARGES:

    COPY CHARGES                          17.40

TOTAL CHARGES:                                       $     17.40

T O T A L   T H I S   S T A T E M E N T :            $  9,132.90

```
LEHMAN BROTHERS HOLDINGS INC.           June 13, 2011            PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 760087
```

DESCRIPTION OF SERVICES

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/14/11 | A. Elko<br>Task: 4600 | .60 | CORRESPOND WITH C. CHIN REGARDING FEBRUARY AND MARCH 2011 PRO FORMAS (0.2); REVIEW AND REVISE FEBRUARY AND MARCH 2011 PRO FORMAS (0.4). |
| 04/26/11 | A. Elko<br>Task: 4600 | 6.60 | REVIEW AND REVISE JANUARY, FEBRUARY AND MARCH 2011 PRO FORMAS TO COMPLY WITH FEE COMMITTEE GUIDELINES (0.5); CORRESPOND WITH C. CHIN WITH RESPECT TO SAME (0.1); WORK ON SUMMARIES OF FEES AND EXPENSES FOR MONTHLY STATEMENTS (0.3); REVIEW AND SUMMARIZE LEHMAN FEE COMMITTEE REPORT REGARDING SEVENTH INTERIM FEE APPLICATION (1.2); CORRESPOND WITH G. MARSH, M. KAUFMAN, C. WEISS, P. MCGEEHAN AND C. GRAHAM WITH RESPECT THERETO (0.3); REVIEW LINE-BY-LINE OBJECTIONS TO FEES AND EXPENSES (0.8); DRAFT SPREADSHEETS RESPONDING TO EACH LINE-BY-LINE OBJECTION (1.5); CORRESPOND WITH EACH TIMEKEEPER WITH RESPECT THERETO (0.8); CORRESPOND WITH R. TINGEY AND L. NEUBAUER WITH RESPECT TO REVISIONS NEEDED TO BE MADE TO NARRATIVES (0.3); WORK ON RESPONSE TO FEE COMMITTEE OBJECTION (0.5); CONFER WITH C. WEISS REGARDING STATUS OF MONTHLY STATEMENTS AND FEE COMMITTEE OBJECTION (0.3). |
| 04/27/11 | A. Elko<br>Task: 4600 | 4.80 | REVIEW AND REVISE PRO FORMAS FOR FEBRUARY AND MARCH 2011 MONTHLY STATEMENTS TO COMPLY WITH FEE COMMITTEE GUIDELINES. |
| 04/28/11 | A. Elko<br>Task: 4600 | 7.00 | REVIEW AND REVISE INVOICES FOR NOVEMBER AND DECEMBER 2010 TO COMPLY WITH FEE COMMITTEE'S NEW GUIDELINES (1.0); REVIEW AND REVISE PRO FORMAS AND INVOICES FOR JANUARY, FEBRUARY AND MARCH 2011 TO COMPLY WITH FEE COMMITTEE'S NEW GUIDELINES (5.4); CORRESPOND WITH C. CHIN |

```
LEHMAN BROTHERS HOLDINGS INC.           June 13, 2011            PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 760087
```

|            |              |       |                                                    |
|------------|--------------|-------|----------------------------------------------------|
|            |              |       | REGARDING EDITS TO NARRATIVES TO COMPLY WITH FEE COMMITTEE GUIDELINES (0.2); CORRESPOND WITH S. CHANDLER, M. KAUFMAN AND G. WALLING REGARDING REVISIONS TO NARRATIVES TO COMPLY WITH FEE COMMITTEE GUIDELINES (0.4). |
| 04/28/11   | S. Chandler  | .30   | REVIEW AND REVISE TIME ENTRIES TO ADDRESS OBJECTION BY FEE COMMITTEE. |
|            | Task: 4600   |       |                                                    |
| 04/29/11   | A.F. Kaufman | .60   | REVIEW AND REVISE INVOICES TO ADDRESS OBJECTION BY LEHMAN FEE COMMITTEE. |
|            | Task: 4600   |       |                                                    |
| 04/29/11   | A. Elko      | 4.20  | FURTHER REVIEW OF FEE COMMITTEE'S REPORT REGARDING SIXTH INTERIM FEE APPLICATION (0.5); DRAFT LETTER RESPONDING TO OBJECTIONS SET FORTH IN FEE COMMITTEE'S REPORT (2.5); CORRESPOND WITH A. KAUFMAN AND S. CHANDLER WITH RESPECT THERETO (0.3); CONFER WITH M. KAUFMAN WITH RESPECT THERETO (0.2); DRAFT LINE-BY-LINE RESPONSE TO OBJECTION TO NARRATIVES (0.7). |
|            | Task: 4600   |       |                                                    |

```
4600   Firm's Own Billing/Fee Applications
       A. Elko                              23.20    375.00    $8,700.00
       A.F. Kaufman                           .60    475.00      $285.00
       S. Chandler                            .30    435.00      $130.50

           TOTAL 4600                       24.10              $9,115.50
```

Billed Recap Of Cost Detail - [Invoice: 760087 Date: 06/13/2011 (30837.0002 - BANKRUPTCY EMPLOYMENT MATTERS] Page 1
Client:30837 - LEHMAN BROTHERS HOLDINGS INC.

08-13555-mg    Doc 19237-7    Filed 08/15/11    Entered 08/15/11 10:48:16    Exhibit E3
Pg 11 of 20

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/27/2011 | 4981 | ALISON ELKO | 101S | 97.00 | 0.15 | 14.55 | COPY CHARGES | 26945450 |
| 06/13/2011 | | Invoice=760087 | | 97.00 | 0.10 | 9.70 | | |
| 04/28/2011 | 4981 | ALISON ELKO | 101S | 77.00 | 0.15 | 11.55 | COPY CHARGES | 26947297 |
| 06/13/2011 | | Invoice=760087 | | 77.00 | 0.10 | 7.70 | | |
| | | BILLED TOTALS: WORK: | | | | 26.10 | 2 records | |
| | | BILLED TOTALS: BILL: | | | | 17.40 | | |
| | | GRAND TOTAL: WORK: | | | | 26.10 | 2 records | |
| | | GRAND TOTAL: BILL: | | | | 17.40 | | |

| Albany | **McKenna Long & Aldridge** LLP | New York |
|---|---|---|
| Atlanta | Attorneys at Law | Philadelphia |
| Brussels | Tel: 404.527.4000 | San Diego |
| Denver | www.mckennalong.com | San Francisco |
| Los Angeles | Remittance Address: | Washington, DC |
| | P.O. Box 116573, Atlanta, GA 30368 | |

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326


Client No.: 30837                       Invoice No. 760120
Matter No.: 30837.0003                  Invoice Date: June 14, 2011
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through April 30, 2011
    RE: AZ 72, LLC


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C.F. Graham | 7.30 | 785.00 | 5,730.50 |
| A.F. Kaufman | 26.90 | 475.00 | 12,777.50 |
| J. Moffat | 1.50 | 425.00 | 637.50 |
| R. Tingey | 1.90 | 410.00 | 779.00 |
| R.M. Gee | 4.60 | 235.00 | 1,081.00 |
| J.E. Reed | 2.30 | 225.00 | 517.50 |
| Total | 44.50 | | 21,523.00 |

TOTAL FEES:                                            $ 21,523.00

CHARGES:

    COPY CHARGES                              15.60
    DELIVERY SERVICE/MESSENGER                 9.06
    FILING / COURT FEES                      137.80
    WESTLAW RESEARCH                         212.47

TOTAL CHARGES:                                         $    374.93

T O T A L   T H I S   S T A T E M E N T:               $ 21,897.93

LEHMAN BROTHERS HOLDINGS INC.                June 14, 2011              PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 760120


                           DESCRIPTION OF SERVICES


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/01/11 | R.M. Gee<br>Task: 4000 | 1.60 | PREPARE EXHIBITS TO APRIL 1, 2011 LETTER RESPONSE REGARDING OUTSTANDING DISCOVERY ISSUES (0.6); FINALIZE AND SERVE LETTER ON COURT AND OPPOSING COUNSEL (1.0). |
| 04/01/11 | J. Moffat<br>Task: 4000 | 1.50 | CONTINUE RESEARCH FOR A. KAUFMAN ON CRIME FRAUD EXCEPTION ISSUE (0.5); DRAFT SUMMARY OF SAME WITH REFERENCE TO CASE LAW (0.7); RESEARCH RULES OF PROFESSIONAL CONDUCT IN NY ON ISSUE OF INADVERTENT DISCLOSURE AND OBLIGATION OF RECEIVING LAWYER TO RETURN (AND NOT USE) SAME (0.3). |
| 04/01/11 | A.F. Kaufman<br>Task: 4000 | 5.40 | ANALYZE AND REVISE RESPONSE TO CLAW BACK LETTER. |
| 04/01/11 | C.F. Graham<br>Task: 4000 | .80 | REVISE LETTER TO E. SHERMAN(0.6); TELEPHONE CONFERENCE WITH A. KAUFMAN REGARDING REVISIONS(0.2). |
| 04/01/11 | J.E. Reed<br>Task: 4000 | .30 | REVIEW LETTER TO PRYOR CASHMAN REGARDING CLAWBACK ISSUES AND DISCOVERY DISPUTES. |
| 04/04/11 | R. Tingey<br>Task: 4000 | 1.00 | REVIEW CLAWBACK LETTER FROM DEFENDANTS AND OUR RESPONSE TO DEFENDANTS' DISCOVERY LETTER. |
| 04/05/11 | J.E. Reed<br>Task: 4000 | .30 | CONFERENCE WITH C. MOORE REGARDING ADDING ALL SUPPLEMENTAL PRODUCTIONS TO NEW AZ 72 LLC PRODUCTION DATABASE. |
| 04/12/11 | C.F. Graham<br>Task: 4000 | .60 | CONFER WITH R. GEE REGARDING CONTENTION INTERROGATORIES (0.3); REVIEW E-MAILS FROM S. BELL REGARDING WITNESSES (0.3). |
| 04/12/11 | R.M. Gee<br>Task: 4000 | .10 | CALL WITH S. BELL OF PRYOR CASHMAN REGARDING INTERROGATORY RESPONSES; CONFER WITH C. GRAHAM REGARDING SAME AND E-MAIL TO S. BELL REGARDING SAME. |

LEHMAN BROTHERS HOLDINGS INC.                June 14, 2011              PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 760120

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/14/11 | A.F. Kaufman<br>Task: 4000 | 1.90 | CONFERENCES WITH C. GRAHAM AND OPPOSING COUNSEL REGARDING DISCOVERY ISSUES. |
| 04/14/11 | J.E. Reed<br>Task: 4000 | .20 | REVIEW PRYOR CASHMAN RESPONSE TO 4/1/2011 LETTER FROM A. KAUFMAN. |
| 04/14/11 | C.F. Graham<br>Task: 4000 | .90 | CALL WITH E. SHERMAN REGARDING CLAW-BACK ISSUE (0.3); CONFER WITH A. KAUFMAN REGARDING TRIMONT AGREEMENT PRODUCTION ISSUES (0.2); READ LETTER RECEIVED FROM S. BELL REGARDING DISCOVERY DEMANDS (0.4). |
| 04/15/11 | C.F. Graham<br>Task: 4000 | .50 | DEATILED REVIEW OF E. SHERMAN LETTER REGARDING DISCOVERY ISSUE (0.3); CONFER WITH A. KAUFMAN REGARDING STRATEGY (0.2). |
| 04/15/11 | A.F. Kaufman<br>Task: 4000 | 2.30 | REVIEW AND ANALYZE CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING DISCOVERY ISSUE (1.2); TELEPHONE CALL WITH S. LAUER REGARDING SAME (0.5); CONFER WITH C. GRAHAM REGARDING SAME (0.4); TELEPHONE CALL TO J. NASTASI REGARDING SAME (0.1); TELEPHONE CALL WITH OPPOSING COUNSEL REGARDING INTERROGATORY RESPONSES (0.1). |
| 04/15/11 | R. Tingey<br>Task: 4000 | .70 | REVIEW DEFENDANTS' LETTER REGARDING CLAWBACK AND DISCOVERY ISSUES. |
| 04/18/11 | A.F. Kaufman<br>Task: 4000 | .80 | TELEPHONE CALLS WITH S. BELL REGARDING TIMING OF DEFENDANTS' DISCOVERY RESPONSES (0.4); DRAFT AND SEND E-MAIL TO J. CHORMANSKI AND J. NASTASI REGARDING SAME AND ISSUES RELATED TO LEHMAN DEPOSITIONS (0.4). |
| 04/19/11 | J.E. Reed<br>Task: 4000 | .50 | REVIEW AND PROCESS VENDOR INVOICES. |
| 04/21/11 | A.F. Kaufman<br>Task: 4000 | 6.30 | ANALYZE AND DRAFT RESPONSE TO DEFENDANTS' APRIL 14TH LETTER (3.9); CORRESPOND WITH S. LAUER REGARDING TRIMONT SERVICING AGREEMENT (0.7); ANALYZE SAME (0.6); DRAFT AND SEND E-MAIL TO LEHMAN COUNSEL REGARDING SAME (0.4); PREPARE AFFIDAVIT OF M. BROWN WITH TRIMONT MAIL ROOM (0.2); CONFER WITH E. SHERMAN REGARDING SETTLEMENT AND DISCOVERY ISSUES (0.5). |

```
LEHMAN BROTHERS HOLDINGS INC.              June 14, 2011           PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 760120


    04/21/11   C.F. Graham            .40    CONFER WITH A. KAUFMAN REGARDING TRIMONT
               Task:   4000                  SERVICING AGREEMENT DISCLOSURES.

    04/21/11   R. Tingey              .10    REVIEW EMAIL TO CLIENT REGARDING
               Task:   4000                  LEHMAN-TRIMONT AGREEMENT.

    04/21/11   C.F. Graham            .20    CONFER WITH A. KAUFMAN REGARDING E. SHERMAN'S
               Task:   4000                  SETTLEMENT DISCUSSION.

    04/22/11   C.F. Graham            .30    READ E-MAILS REGARDING AMENDED ANSWER.
               Task:   4000

    04/22/11   A.F. Kaufman          3.10    CONTINUE DRAFTING RESPONSE TO DEFENDANTS' APRIL
               Task:   4000                  14TH LETTER (1.9); CONDUCT LEGAL RESEARCH IN
                                             CONNECTION WITH SAME (1.2).

    04/25/11   J.E. Reed              .60    CONFERENCE WITH R. GEE REGARDING PRIVILEGE LOG
               Task:   4000                  AND PRIVILEGE DOCUMENT FOLDER ON SUMMATION
                                             (0.1); REVIEW SUMMATION REGARDING SAME (0.5).

    04/25/11   A.F. Kaufman           .80    BEGIN ANALYZING DOCUMENTS IN PREPARATION FOR
               Task:   4000                  DEMARTINO AND WARREN DEPOSITIONS.

    04/25/11   R.M. Gee              2.90    REVIEW AND ANALYZE DOCUMENTS IN PREPARATION FOR
               Task:   4000                  DEMARTINO, WARREN, AND BRODERICK DEPOSITIONS
                                             (2.3); CONFER WITH A. KAUFMAN REGARDING SAME
                                             (0.2); IDENTIFY BRODERICK DOCUMENTS ON
                                             PRIVILEGE LOG WITH REDACTIONS (0.3); CONFER
                                             WITH J. KUHN AND J. REED REGARDING SAME (0.1).

    04/25/11   C.F. Graham           1.20    PREPARARTION FOR NEXT MONTH'S CONFERENCE BY
               Task:   4000                  REVIEWING CORRESPONSDENCE(0.5);  O/C AF
                                             KAUFMAN RE EXPERT DEPOSITIONS, IF
                                             NEEDED(0.3); REVIEW TINGEY E-MAILS RE TENDER
                                             DEFENSE/OFFER(0.4).

    04/25/11   R. Tingey              .10    REVIEW EMAIL REGARDING D. BRODERICK DOCUMENTS.
               Task:   4000

    04/27/11   A.F. Kaufman          3.90    CONTINUE REVIEWING AND ANALYZING DOCUMENTS IN
               Task:   4000                  PREPARATION FOR DEMARTINO AND WARREN
                                             DEPOSITIONS (3.6); CONFER WITH C. GRAHAM IN
                                             PREPARATION FOR TELEPHONE CONFERENCE WITH
                                             OPPOSING COUNSEL (0.3).
```

```
LEHMAN BROTHERS HOLDINGS INC.                June 14, 2011              PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 760120
```

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/27/11 | C.F. Graham<br>Task: 4000 | 1.00 | EXTENSIVE REVIEW OF FILE IN PREPARATION FOR SETTLEMENT CONFERENCE TOMORROW. |
| 04/28/11 | A.F. Kaufman<br>Task: 4000 | 2.40 | TELEPHONE CALLS WITH J. CHORMANSKI REGARDING CASE STATUS AND SETTLEMENT DISCUSSIONS (0.7); TELEPHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING SETTLEMENT (0.8); REVIEW AND REVISE LETTER TO E. SHERMAN BASED UPON DISCUSSIONS (0.6); ANALYZE BUILDING LOAN AGREEMENT PROVISION CONCERNING RECOVERY OF FEES AND COSTS (0.3). |
| 04/28/11 | C.F. Graham<br>Task: 4000 | 1.40 | SETTLEMENT CONFERENCE CALL WITH R. KAUFMAN (0.6); OFFICE CONFERENCE WITH A. KAUFMAN REGARDING SETTLEMENT CONSIDERATIONS (0.3); E-MAILS WITH J. CHORMANSKI REGARDING SETTLEMENT CALL (0.2); CALL WITH J. CHORMANSKI TO REVIEW SETTLEMENT DISCUSSIONS (0.3). |
| 04/29/11 | J.E. Reed<br>Task: 4000 | .40 | CONFERENCE WITH LITIGATION SUPPORT REGARDING DEFENDANT'S PRODUCTION AND CONVERSION OF SAME FOR LOADING ON SUMMATION. |

```
4000   Non-Bankruptcy Litigation
       A.F. Kaufman                        26.90    475.00  $12,777.50
       C.F. Graham                          7.30    785.00   $5,730.50
       J. Moffat                            1.50    425.00     $637.50
       J.E. Reed                            2.30    225.00     $517.50
       R. Tingey                            1.90    410.00     $779.00
       R.M. Gee                             4.60    235.00   $1,081.00

           TOTAL 4000                      44.50            $21,523.00
```

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/01/2011 | 4769 | ROBERT M. GEE | 101S | 156.00 | 0.15 | 23.40 | COPY CHARGES | 26912245 |
| 06/14/2011 | | Invoice=760120 | | 156.00 | 0.10 | 15.60 | | |
| 04/01/2011 | 4707 | JANE MOFFAT | 406S | 1.00 | 130.38 | 130.38 | WESTLAW RESEARCH | 26915338 |
| 06/14/2011 | | Invoice=760120 | | 1.00 | 130.38 | 130.38 | | |
| 04/01/2011 | 0999 | MLA MLA | 107S | 1.00 | 9.06 | 9.06 | DELIVERY SERVICE/MESSENGER | 26937261 |
| 06/14/2011 | | Invoice=760120 | | 1.00 | 9.06 | 9.06 | RCVD:PRYOR CASHMAN LLP/ERIC SHERMAN, ESQ. | |
| 04/01/2011 | 0999 | MLA MLA | 112Z | 1.00 | 137.80 | 137.80 | FILING / COURT FEES - - PAYEE: REED ELSEVIER, | 26978129 |
| 06/14/2011 | | Invoice=760120 | | 1.00 | 137.80 | 137.80 | INC. | |
| | | Voucher=1829440 Paid | | | | | Vendor=REED ELSEVIER, INC. Balance= .00 Amount= 989.51 | |
| 04/22/2011 | 5084 | ALAN F. KAUFMAN | 406S | 1.00 | 82.09 | 82.09 | WESTLAW RESEARCH | 26946266 |
| 06/14/2011 | | Invoice=760120 | | 1.00 | 82.09 | 82.09 | | |
| | | BILLED TOTALS: WORK: | | | | 382.73 | 5 records | |
| | | BILLED TOTALS: BILL: | | | | 374.93 | | |
| | | GRAND TOTAL: WORK: | | | | 382.73 | 5 records | |
| | | GRAND TOTAL: BILL: | | | | 374.93 | | |

## Supplemental Information Sheet
## April 2011

Expenses for AZ 72 LLC (30837.0003)
Timekeeper: MLA

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 4/1/11 | $137.80 | Filing/Court Fees Payee: Reed Elsevier, Inc. | CourtLink Product Usage | Attached |

**CourtLink**
**LexisNexis**

Library
McKenna Long & Aldridge LLP

Invoice Number: EA-456355
Page 1 of 2

Remit to:
**Reed Elsevier Inc.** dba LexisNexis CourtLink
P.O. Box 7247-6882
Philadelphia, PA 19170-6882

(Federal Tax ID Number 52-1471842)

MAY 12 2011

1900 K Street NW
Washington, D.C. 20006

Note: To view or download transactions and billing details:
1. Go to https://courtlink.lexisnexis.com.
2. Login to LexisNexis CourtLink
4. From the menu "My Account", choose "My Billing" or "Billing History" from the Billing Group Admin menu.

*************MIXED AADC 442
00000440
MCKENNA LONG & ALDRIDGE
OFFICE: DC OFFICE
ATTN: KATE MARTIN
1900 K St NW
WASHINGTON DC 20006-1110

| Total Due: | $989.51 |
|---|---|

Invoice Date:  April 1, 2011
Invoice No.:   EA-456355
Client ID:     862

Please detach this portion and return it with your payment to LexisNexis CourtLink, Inc.

Period 3/1/2011 to 3/31/2011

$933.50    CourtLink Product Usage
$56.01     State and Local Taxes
$989.51    Total Due    Terms: **Net 30 Days**

Library Accts/Initial _____ KW
D te _____ 5-16-11
☐ 83100.0000. ___ .096.
☐ 83105.0000. ___ .096.
☐ 83400. ___ .096.
☐ 83800.0000. ___ .096.
☐

To contact LexisNexis CourtLink Customer Support call (888) 311-1966

An interest charge of 1.5% per month will accrue on unpaid invoices after 30 days.

\* See charges next page

| Summary by Product Usage Description | Usage At Standard Rates | Adjustment | Net Billed | Tax | Total Billed |
|---|---|---|---|---|---|
| Name Search - Preselected States | $130.00 | $0.00 | $130.00 | $7.80 | $137.80 |
| | $933.50 | $0.00 | $933.50 | $56.01 | $989.51 |

| Summary by Employee Employee Name (Billing Group) | Usage At Standard Rates | Adjustment | Net Billed | Tax | Total Billed |
|---|---|---|---|---|---|
| Klein, Martha (DC Office) | $783.50 | $0.00 | $783.50 | $47.01 | $830.51 |
| Malerba, Douglas (DC Office) | $150.00 | $0.00 | $150.00 | $9.00 | $159.00 |
| Total-Transactional Use | $933.50 | $0.00 | $933.50 | $56.01 | $989.51 |
| | $933.50 | $0.00 | $933.50 | $56.01 | $989.51 |



*CourtLink*

LexisNexis

| Summary by Client Matter Code | | # | Usage At Standard Rates | Adjustment | Net Billed | Tax | Total Billed |
|---|---|---|---|---|---|---|---|
| Client Matter Code | | | | | | | |
| 30837.0003. | | 1 | $130.00 | $0.00 | $130.00 | $7.80 | $137.80 |
| Total-Transactional Use | | | $933.50 | $0.00 | $933.50 | $56.01 | $989.51 |
| | | | $933.50 | $0.00 | $933.50 | $56.01 | $989.51 |

| Organizational Usage | Contract Usage | Contract Adjustment | Contract Billed | Transactional Billed | Tax | Total Billed |
|---|---|---|---|---|---|---|
| Billing Group | | | | | | |
| DC Office | $0.00 | $0.00 | $0.00 | $933.50 | $56.01 | $989.51 |
| | $0.00 | $0.00 | $0.00 | $933.50 | $56.01 | $989.51 |