# EXHIBIT E-4

**Invoices, Expense Detail and Supplemental Information Sheets**
**(with additional detail and supporting documentation for expenses)**
**for May 1, 2011 through May 31, 2011**

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 760126
Matter No.: 30837.0001               Invoice Date: June 14, 2011
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through May 31, 2011
    RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| M. Kaufman | 7.70 | 675.00 | 5,197.50 |
| Total | 7.70 | | 5,197.50 |

TOTAL FEES:                                    $  5,197.50

T O T A L   T H I S   S T A T E M E N T:       $  5,197.50

LEHMAN BROTHERS HOLDINGS INC.                June 14, 2011              PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 760126


### DESCRIPTION OF SERVICES


05/02/11  M. Kaufman        3.40   CONFER WITH C. CLICK REGARDING ISSUES REQUIRING
          Task:  4000              DECISION PERTAINING TO DISSOLUTION OF OBC AND
                                   WDC (1.0); SUBSEQUENT EMAIL TO W. OLSHAN
                                   OUTLINING ISSUES THAT NEED TO BE RESOLVED
                                   RAISED BY C. CLICK REGARDING DISSOLUTION (0.6);
                                   REVIEW RESPONSE EMAIL FROM W. OLSHAN RESPECTING
                                   DIRECTION AND INITIATION OF COMMUNICATION WITH
                                   L. GILICINSKI REGARDING SAME (0.4); REVIEW
                                   EMAIL FROM W. OLSHAN REGARDING PROPOSED
                                   RESPONSE TO KONTRABECKI PERTAINING TO
                                   DISSOLUTION OF CEIDCO AND TKG AND WITH REGARD
                                   TO VACATURE MOTIONS (0.5); EMAIL TO L.
                                   GILICINSKI REGARDING OBC AND WDC ISSUES AND
                                   DISSOLUTION (0.3); EMAIL TO P. BENVENUTTI, W.
                                   OLSHAN, AND LEVINE WITH REGARD TO PROPOSED
                                   DRAFT OF COMMUNICATION TO KONTRABECKI (0.6).


05/06/11  M. Kaufman        2.50   EXTENSIVE EMAILS AND COMMUNICATIONS WITH W.
          Task:  4000              OLSHAN, P. BENVENUTTI AND LEVINE WITH REGARD TO
                                   RESPONDING TO KONTRABECKI'S PERSISTENT
                                   COMMUNICATIONS WITH W. OLSHAN (1.0); REVIEW
                                   DRAFTS OF COMMUNICATIONS AS PREPARED BY P.
                                   BENVENUTTI AND COMMENT THEREUPON (0.8);
                                   SEPARATE EMAIL TO W. OLSHAN, LEVINE, AND P.
                                   BENVENUTTI WITH REGARD TO FURTHER STRATEGIC
                                   APPROACHES TO ADDRESS KONTRABECKI'S CONTINUED
                                   EFFORTS TO WORK ON MATTER PRO SE (0.3);
                                   DISCUSSION WITH W. OLSHAN WITH REGARD TO SAME
                                   (0.4).


05/11/11  M. Kaufman         .50   WORK ON DRAFT OF MEMORANDUM TO LEVINE. W.
          Task:  4000              OLSHAN, AND P. BENVENUTTI REGARDING NEXT STEPS
                                   TO ADDRESS POTENTIAL ISSUES RELATING TO
                                   MANDAMUS AND VACATURE.


05/12/11  M. Kaufman         .40   COMPLETION OF MEMO TO W. OLSHAN, P.
          Task:  4000              BENVENUTTI, AND LEVINE REGARDING STRATEGIC
                                   CONSIDERATIONS RELATING TO MANDAMUS AND
                                   VACATURE.

LEHMAN BROTHERS HOLDINGS INC.                June 14, 2011              PAGE    3
MATTER NUMBER: 30837.0001
INVOICE NO.: 760126


    05/23/11   M. Kaufman          .90   COMMUNICATIONS WITH W. OLSHAN WITH REGARD TO
               Task:   4000              DISSOLUTION AND POSITION OF LEHMAN WITH RESPECT
                                         TO POTENTIAL PREEMPTIVE EFFORTS BEFORE JUDGE
                                         LARSEN OR OTHERS RELATING TO LEHMAN'S
                                         COMPLIANCE WITH THE SETTLEMENT AGREEMENT
                                         RELATING TO VACATURE AND MANDAMUS.


    4000   Non-Bankruptcy Litigation
         M. Kaufman                       7.70   675.00   $5,197.50

         TOTAL 4000                       7.70            $5,197.50

# McKenna Long
## & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 767223
Matter No.: 30837.0002               Invoice Date: July 31, 2011
===============================================================

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2011
RE: BANKRUPTCY EMPLOYMENT MATTERS

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| G. Marsh | 0.50 | 525.00 | 262.50 |
| A. Elko | 16.40 | 375.00 | 6,150.00 |
| Total | 16.90 | | 6,412.50 |

TOTAL FEES:                                      $   6,412.50

CHARGES:

    COPY CHARGES                      12.10
    DELIVERY SERVICE/MESSENGER        25.88

TOTAL CHARGES:                                   $      37.98

T O T A L   T H I S   S T A T E M E N T:         $   6,450.48

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011            PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 767223

DESCRIPTION OF SERVICES

05/01/11   A. Elko             .60    DRAFT LETTER RESPONDING TO FEE COMMITTEE'S
           Task:  4600                 REPORT REGARDING SIXTH INTERIM FEE
                                       APPLICATION AND OBJECTIONS THERETO.

05/02/11   A. Elko            4.70    CONTINUE DRAFTING, REVIEW AND REVISE LETTER
           Task:  4600                 RESPONDING TO FEE COMMITTEE REPORT AND
                                       OBJECTIONS TO SIXTH INTERIM FEE APPLICATION
                                       (1.5); CORRESPOND WITH G. MARSH, M. KAUFMAN, C.
                                       WEISS, P. MCGEEHAN AND C. GRAHAM REGARDING
                                       LETTER (0.2); CONFER AND CORRESPOND WITH G.
                                       MARSH REGARDING EDITS TO LETTER (0.2); WORK ON
                                       EXHIBIT B ATTACHED TO LETTER REGARDING
                                       INCREASES IN BILLING RATES (0.5); WORK ON
                                       EXHIBIT A ATTACHED TO LETTER ADDRESSING FEE
                                       COMMITTEE OBJECTIONS TO NARRATIVES (1.5);
                                       REVIEW AND REVISE LETTER (0.5); CORRESPOND WITH
                                       M. SANTAMARIA, K. STADLER AND P. WHEELER,
                                       COUNSEL TO FEE COMMITTEE, WITH RESPECT TO
                                       RESPONSE TO FEE COMMITTEE REPORT REGARDING
                                       SIXTH INTERIM FEE APPLICATION (0.1); CORRESPOND
                                       WITH M. SANTAMARIA, K. STADLER AND P. WHEELER
                                       REGARDING EXHIBIT A TO LETTER (0.1).

05/03/11   A. Elko            1.30    REVIEW AND REVISE SPREADSHEET RESPONDING TO FEE
           Task:  4600                 COMMITTEE'S REPORT AND OBJECTION TO CERTAIN
                                       NARRATIVES (1.2); CORRESPOND WITH FEE COMMITTEE
                                       COUNSEL WITH RESPECT THERETO (0.1).

05/06/11   A. Elko            1.00    REVIEW AND REVISE PROFORMAS AND INVOICES FOR
           Task:  4600                 DECEMBER 2010 AND JANUARY 2011 TO COMPLY WITH
                                       FEE COMMITTEE GUIDELINES.

05/10/11   A. Elko             .50    VOICE MAIL MESSAGE FOR M. SANTAMARIA, COUNSEL
           Task:  4600                 FOR LEHMAN FEE COMMITTEE, REGARDING RESPONSE TO
                                       FEE COMMITTEE'S REPORT REGARDING SIXTH INTERIM
                                       FEE APPLICATION (0.1); CORRESPOND WITH M.
                                       SANTAMARIA WITH RESPECT THERETO (0.1); CONFER

LEHMAN BROTHERS HOLDINGS INC.       July 31, 2011       PAGE   3
MATTER NUMBER: 30837.0002
INVOICE NO.: 767223

|  |  |  |  |
|---|---|---|---|
|  |  |  | WITH M. SANTAMARIA WITH RESPECT THERETO (0.1); CONFER AND CORRESPOND WITH G. MARSH WITH RESPECT THERETO (0.2). |
| 05/12/11 | A. Elko<br>Task: 4600 | .90 | REVIEW AND PREPARE ELECTRONIC VERSIONS OF MONTHLY STATEMENTS PURSUANT TO LEHMAN REQUEST (0.7); DRAFT CORRESPONDENCE TO LEHMAN WITH RESPECT THERETO (0.2). |
| 05/13/11 | A. Elko<br>Task: 4600 | .90 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH COUNSEL FOR FEE COMMITTEE TO DISCUSS FEE COMMITTEE REPORT AND OBJECTIONS TO SIXTH INTERIM FEE APPLICATION. |
| 05/24/11 | A. Elko<br>Task: 4600 | .60 | REVIEW REPORT NEGOTIATION SUMMARY FOR THE FEE COMMITTEE'S OBJECTIONS TO THE SIXTH INTERIM FEE APPLICATION AND RESPONSE OF COUNSEL FOR THE FEE COMMITTEE TO RESPONSE TO THE OBJECTION (0.3); CORRESPOND WITH G. MARSH WITH RESPECT THERETO (0.2); CORRESPOND WITH T. WHEELER, FEE COMMITTEE COUNSEL, WITH RESPECT THERETO (0.1). |
| 05/25/11 | A. Elko<br>Task: 4600 | 1.10 | CONFER WITH G. MARSH REGARDING LEHMAN FEE COMMITTEE COUNSEL REPORT NEGOTIATION SUMMARY AND RESPONSE OF COUNSEL FOR THE FEE COMMITTEE TO OUR RESPONSE TO THE OBJECTION (0.2); CORRESPOND WITH G. MARSH WITH RESPECT TO SUMMARY OF OUTSTANDING OBJECTIONS TO FEES AND EXPENSES AND STATUS OF FEE COMMITTEE RESPONSE (0.3); CORRESPOND WITH M. KAUFMAN WITH RESPECT TO REVISIONS TO NARRATIVES TO ADDRESS OBJECTION (0.1); CORRESPOND WITH A. KAUFMAN REGARDING AZ 72 LLC MATTER DESCRIPTION FOR SEVENTH INTERIM FEE APPLICATION (0.3); CORRESPOND WITH M. KAUFMAN REGARDING KONTRABECKI DESCRIPTION FOR SEVENTH INTERIM FEE APPLICATION (0.2). |
| 05/25/11 | G. Marsh<br>Task: 4600 | .50 | REVIEW FEE APPLICATIONS AND OBJECTIONS TO CONSIDER RESOLUTION OF OBJECTIONS. |
| 05/27/11 | A. Elko<br>Task: 4600 | .20 | VOICE MAIL MESSAGE FOR M. KAUFMAN REGARDING INFORMATION NEEDED TO ADDRESS FEE COMMITTEE OBJECTION (0.1); CORRESPOND WITH G. MARSH REGARDING STATUS OF RESPONSE TO FEE COMMITTEE REPORT AND OBJECTIONS (0.1). |

LEHMAN BROTHERS HOLDINGS INC.              July 31, 2011              PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 767223


05/31/11  A. Elko              4.60  DRAFT SEVENTH INTERIM FEE APPLICATION (2.0);
          Task:  4600                REVIEW AND REVISE INVOICES FOR JANUARY 2011 AND
                                     FEBRUARY 2011 TO COMPORT WITH FEE COMMITTEE
                                     PROTOCOL (1.0); CORRESPOND AND CONFER WITH C.
                                     CHIN WITH RESPECT TO EDITS TO INVOICES TO
                                     CONFORM TO FEE COMMITTEE GUIDELINES FOR FEE
                                     APPLICATION (0.8); RESEARCH AND REVIEW
                                     SUPPORTING DOCUMENTATION FOR EXPENSES TO
                                     INCLUDE IN FEE APPLICATION PURSUANT TO FEE
                                     COMMITTEE PROTOCOL (0.4); CORRESPOND WITH L.
                                     STIPANCIC AND L. GREEN REGARDING INFORMATION
                                     NEEDED FOR SUMMARIES OF FEES AND EXPENSES TO
                                     INCLUDE IN FEE APPLICATION PURSUANT TO FEE
                                     COMMITTEE'S REQUEST (0.2); CORRESPOND WITH M.
                                     KAUFMAN REGARDING REVISED SUMMARY OF MATTER FOR
                                     FEE APPLICATION (0.1); CORRESPOND WITH M.
                                     KAUFMAN REGARDING FEE COMMITTEE OBJECTION AND
                                     REQUEST FOR ADDITIONAL INFORMATION REGARDING
                                     NARRATIVES (0.1).


4600  Firm's Own Billing/Fee Applications
      A. Elko                        16.40   375.00  $6,150.00
      G. Marsh                         .50   525.00    $262.50

         TOTAL 4600                  16.90           $6,412.50

Billed Recap Of Cost Detail   Invoice: 767223 Date: 07/31/2011
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/05/2011 | 4981 | ALISON ELKO | 101S | 91.00 | 0.15 | 13.65 | COPY CHARGES | 26954398 |
| 07/31/2011 | | Invoice=767223 | | 91.00 | 0.10 | 9.10 | | |
| | | | | | | | | |
| 05/05/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.94 | 12.94 | DELIVERY SERVICE/MESSENGER | 27013079 |
| 07/31/2011 | | Invoice=767223 | | 1.00 | 12.94 | 12.94 | RCVD:GODFREY & KAHN, S.C./MONICA SANTA MARIA, | |
| 05/06/2011 | 4981 | ALISON ELKO | 101S | 28.00 | 0.15 | 4.20 | COPY CHARGES | 26955427 |
| 07/31/2011 | | Invoice=767223 | | 28.00 | 0.10 | 2.80 | | |
| | | | | | | | | |
| 05/12/2011 | 4981 | ALISON ELKO | 101S | 2.00 | 0.15 | 0.30 | COPY CHARGES | 26961463 |
| 07/31/2011 | | Invoice=767223 | | 2.00 | 0.10 | 0.20 | | |
| | | | | | | | | |
| 05/12/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.94 | 12.94 | DELIVERY SERVICE/MESSENGER | 27013080 |
| 07/31/2011 | | Invoice=767223 | | 1.00 | 12.94 | 12.94 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./WILLIAM FOX | |
| | | BILLED TOTALS:   WORK: | | | | 44.03 | 5 records | |
| | | BILLED TOTALS:   BILL: | | | | 37.98 | | |
| | | GRAND TOTAL:   WORK: | | | | 44.03 | 5 records | |
| | | GRAND TOTAL:   BILL: | | | | 37.98 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 767224
Matter No.: 30837.0003               Invoice Date: July 31, 2011
================================================================

     FOR PROFESSIONAL SERVICES RENDERED through May 31, 2011
     RE: AZ 72, LLC


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C.F. Graham | 14.90 | 785.00 | 11,696.50 |
| A.F. Kaufman | 47.70 | 475.00 | 22,657.50 |
| J. Kuhn | 1.90 | 425.00 | 807.50 |
| R. Tingey | 11.10 | 410.00 | 4,551.00 |
| I. Byrnside | 14.30 | 315.00 | 4,504.50 |
| R.M. Gee | 10.40 | 235.00 | 2,444.00 |
| J.E. Reed | 0.50 | 225.00 | 112.50 |
| Total | 100.80 | | 46,773.50 |

TOTAL FEES:                                      $ 46,773.50

LEHMAN BROTHERS HOLDINGS INC.               July 31, 2011                    PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 767224


CHARGES:

        COPY CHARGES                    18.00
        DELIVERY SERVICE/MESSENGER      15.45
        DEPOSITION TRANSCRIPTS          34.95
        OUT OF TOWN TRAVEL               4.50
        WESTLAW RESEARCH             1,315.58

TOTAL CHARGES:                                          $  1,388.48

T O T A L   T H I S   S T A T E M E N T:                $ 48,161.98

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011              PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 767224


                    DESCRIPTION OF SERVICES


05/02/11  A.F. Kaufman        1.00    REVIEW DEFENDANTS' INTERROGATORY ANSWERS.
          Task:   4000

05/03/11  A.F. Kaufman        4.30    CONTINUE ANALYZING AND REVIEWING DEFENDANTS'
          Task:   4000                INTERROGATORY ANSWERS (3.9); DRAFT AND SEND
                                      E-MAIL TO J. CHORMANSKI REGARDING POSSIBLE
                                      PRODUCTION OF TRIMONT SERVICING AGREEMENT
                                      (0.3); DRAFT AND SEND E-MAIL TO W. ANTONIEWICZ
                                      REGARDING DEPOSITION SCHEDULING (0.1).

05/03/11  R. Tingey           1.00    REVIEW DEFENDANTS' RESPONSES TO INTERROGATORIES
          Task:   4000                AND DOCUMENTS CITED THEREIN.

05/03/11  C.F. Graham          .50    REVIEW E-MAILS REGARDING TRIMONT AGREEMENT
          Task:   4000                DISCLOSURE (0.3); E-MAILS WITH W. ANTONIEWICZ
                                      REGARDING DEPOSITION NEXT MONTH (0.2).

05/03/11  R.M. Gee            3.00    REVIEW DEFENDANTS RESPONSES AND OBJECTIONS TO
          Task:   4000                PLAINTIFF'S CONTENTION INTERROGATORIES AND
                                      PREPARE BINDER OF DOCUMENTS CITED IN RESPONSES
                                      (2.8); CONFER WITH A. KAUFMAN REGARDING SAME
                                      (0.2).

05/04/11  R.M. Gee             .30    ATTEND TO PRODUCTION OF LEHMAN-TRIMONT
          Task:   4000                AGREEMENT (0.2); CONFER WITH A. KAUFMAN
                                      REGARDING DESIGNATION AND REDACTIONS (0.1).

05/04/11  J.E. Reed            .50    CONFERENCE WITH R. GEE AND A. KAUFMAN REGARDING
          Task:   4000                AGREEMENT (0.1); WORK WITH VENDOR TO GET DOCIDS
                                      AND SPECIFICATIONS FOR CREATING NEW SUMMATION
                                      DATABASE FOR PRODUCTION ONLY (0.4).

05/04/11  A.F. Kaufman        2.30    EXCHANGE E-MAILS WITH J. CHORMANSKI REGARDING
          Task:   4000                POSSIBLE PRODUCTION OF TRIMONT SERVICING
                                      AGREEMENT AND DEPOSITION SCHEDULING (0.1);
                                      REVIEW AND REVISE LETTER TO OPPOSING COUNSEL
                                      BASED UPON RESPONSES RECEIVED (2.1); EXCHANGE
                                      E-MAILS WITH W. ANTONIEWICZ REGARDING
                                      DEPOSITION SCHEDULING (0.1).

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011              PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 767224


05/04/11  C.F. Graham          .30   READ E-MAILS FROM A. KAUFMAN AND J. CHORMANSKI
          Task:  4000                REGARDING PRODUCTION OF TRIMONT AGREEMENT TO
                                     RESOLVE DISCOVERY DISPUTE.

05/05/11  A.F. Kaufman        1.20   CORRESPOND WITH C. WILLIAMS OF SNELL & WILMER
          Task:  4000                REGARDING DEFENDANTS' ASSERTIONS OF FLAWS WITH
                                     THE AZ FORECLOSURE (0.5); ANALYZE AND REVISE
                                     LETTER TO E. SHERMAN REGARDING DISCOVERY
                                     DISPUTE (0.7).

05/05/11  C.F. Graham        1.50   EXTENSIVE REVISIONS TO LETTER TO E. SHERMAN
          Task:  4000                REGARDING DISCOVERY DISPUTES (0.8); CONFER WITH
                                     A. KAUFMAN REGARDING DISCOVERY DISPUTES (0.3);
                                     READ E-MAILS TO J. CHORMANSKI REGARDING
                                     SCHEDULING DEPOSITIONS BEFORE AUGUST 15TH
                                     (0.4).

05/06/11  R. Tingey           .70   REVIEW A. KAUFMAN LETTER TO DEFENDANTS' COUNSEL
          Task:  4000                REGARDING OUTSTANDING DISCOVERY ISSUES (0.5);
                                     REVIEW EMAIL AND ATTACHMENTS FROM C. WILLIAMS
                                     REGARDING FORECLOSURE SALE (0.2).

05/06/11  A.F. Kaufman        .90   ANALYZE, REVISE, FINALIZE AND SEND LETTER TO E.
          Task:  4000                SHERMAN.

05/06/11  R.M. Gee            .20   REVIEW LETTER TO E. SHERMAN REGARDING
          Task:  4000                OUTSTANDING DISCOVERY ISSUES.

05/09/11  R. Tingey          1.40   RESEARCH DUTY TO STATE LEGAL
          Task:  4000                THEORIES/CONCLUSIONS IN RESPONSE TO CONTENTION
                                     INTERROGATORIES AND EMAIL TO A. KAUFMAN
                                     REGARDING SAME (1.2); CONFERENCE WITH A.
                                     KAUFMAN REGARDING REVIEWING AZ 72 INTERROGATORY
                                     RESPONSES AND CREATING LIST OF ALL OUTSTANDING
                                     ISSUES AND REVIEW OF CUSHMAN AND WAKEFIELD
                                     DOCUMENTS (0.2).

05/09/11  A.F. Kaufman       4.00   PREPARE FOR COURT CONFERENCE BY REVIEWING
          Task:  4000                PLEADINGS, TRANSCRIPTS AND CORRESPONDENCE
                                     (3.7); TELEPHONE CONFERENCE WITH E. SHERMAN AND
                                     S. BELL REGARDING DISCOVERY DISPUTE (0.3).

05/09/11  C.F. Graham        1.50   REVIEW CLAW-BACK MATERIALS IN PREPARATION FOR
          Task:  4000                HEARING TOMORROW.

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011              PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 767224


| 05/10/11 | R. Tingey | .30 | REVIEW EMAIL FROM A. KAUFMAN REGARDING SUMMARY OF CONFERENCE WITH JUDGE ELLIS (0.1); CONFERENCE WITH A. KAUFMAN REGARDING RESEARCH ON PREPPING WITNESSES IN BETWEEN CONTINUATION OF DEPOSITIONS (0.2). |
| | Task:  4000 | | |

05/10/11   A.F. Kaufman        4.80   PARTICIPATE IN COURT CONFERENCE AND
           Task:  4000                MEET-AND-CONFER (3.2); DRAFT SUMMARY OF SAME
                                      (0.6); TELEPHONE CALL WITH J. CHORMANSKI
                                      REGARDING SAME (0.5); TELEPHONE CALL WITH S.
                                      LAUER REGARDING SAME (0.5).

05/10/11   C.F. Graham         2.70   PREPARE FOR HEARING TODAY BEFORE JUDGE ELLIS
           Task:  4000                (0.5); ATTEND HEARING BEFORE JUDGE ELLIS AT US
                                      DISTRICT COURT (1.0); MEETING WITH DEFENSE
                                      COUNSEL TO RESOLVE DISCOVERY DISPUTES (0.5);
                                      CALL WITH J. CHORMANSKI TO REPORT ON HEARING
                                      (0.4); CONFER WITH A. KAUFMAN REGARDING
                                      EXECUTIVE COMMITTEE DISCOVERY (0.3).

05/11/11   A.F. Kaufman        4.30   REVIEW AND ANALYZE PLAINTIFF'S INTERROGATORY
           Task:  4000                ANSWERS AND DEPOSITION OF A. BARSANTI FOR
                                      PURPOSES OF IDENTIFYING ISSUES FOR SUPPLEMENTAL
                                      INTERROGATORY ANSWERS (2.9); DRAFT AND SEND
                                      E-MAIL TO J. CHORMANSKI REGARDING SAME (1.4).

05/11/11   R. Tingey           2.50   RESEARCH WHETHER COMMUNICATIONS BETWEEN COUNSEL
           Task:  4000                AND BARSANTI/ANTONIWICZ IN BETWEEN CONTINUATION
                                      OF DEPOSITIONS ARE PRIVILEGED AND EMAIL TO A.
                                      KAUFMAN REGARDING SAME (2.0); RESEARCH
                                      PROPRIETY OF CONTACTING FORMER LEHMAN EMPLOYEES
                                      AND OFFERING TO REPRESENT THEM FOR DEPOSITIONS
                                      (0.5).

05/11/11   R.M. Gee            .40    IDENTIFY DOCUMENTS TO BE USED IN CONNECTION
           Task:  4000                WITH INTERROGATORY ANSWERS (0.3); CONFER WITH
                                      A. KAUFMAN REGARDING SAME (0.1).

05/11/11   C.F. Graham         .50    READ/REVIEW DETAILED EMAIL MEMORANDUM TO J.
           Task:  4000                CHORMANSKI REGARDING OPEN DISCOVERY ITEMS.

05/12/11   C.F. Graham         .30    READ E-MAIL AND SUMMARY FROM E. SHERMAN
           Task:  4000                REGARDING MEET AND CONFER ON TUESDAY AFTER
                                      HEARING.

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011              PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 767224

| 05/12/11 | R.M. Gee<br>Task:  4000 | 1.40 | REVIEW AND ANALYZE DATABASE IN CONNECTION WITH POTENTIAL PRODUCTION OF EXPERT DOCUMENTS FROM CUSHMAN & WAKEFIELD (1.3); CONFER WITH A. KAUFMAN REGARDING SAME (0.1). |
| 05/12/11 | R. Tingey<br>Task:  4000 | 2.60 | REVIEW EMAIL FROM A. KAUFMAN TO CLIENT REGARDING INFORMATION NEEDED FROM EXECUTIVE COMMITTEE MEMBERS (0.1); ANALYZE DEFENDANTS' INTERROGATORY RESPONSES REGARDING AFFIRMATIVE DEFENSES AND PREPARE CHART OF OUTSTANDING ISSUES/FAILURES TO RESPOND (2.5). |
| 05/13/11 | R. Tingey<br>Task:  4000 | .20 | REVIEW LETTER FROM DEFENSE COUNSEL SUMMARIZING MEET AND CONFER ON MAY 10. |
| 05/13/11 | R.M. Gee<br>Task:  4000 | .10 | UPDATE CASE CALENDAR WITH AUGUST STATUS CONFERENCE BEFORE MJ ELLIS. |
| 05/13/11 | C.F. Graham<br>Task:  4000 | .50 | REVIEW E. SHERMAN SUMMARY OF MEET AND CONFER (0.4); REVIEW MINUTE DOCKET ENTRY FROM MAGISTRATE JUDGE ELLIS (0.1). |
| 05/18/11 | C.F. Graham<br>Task:  4000 | .30 | REVIEW E-MAIL RECEIVED FROM E. SHERMAN REGARDING DEFENSE ISSUES (0.1); REVIEW ATTACHMENTS TO E-MAIL FROM E. SHERMAN REGARDING OPEN DISCOVERY ITEMS (0.2). |
| 05/19/11 | C.F. Graham<br>Task:  4000 | .20 | READ E-MAIL FROM J. CHORMANSKI REGARDING EXECUTIVE COMMITTEE MEETINGS. |
| 05/19/11 | A.F. Kaufman<br>Task:  4000 | .60 | EXCHANGE E-MAILS WITH J. CHORMANSKI REGARDING DISCUSSIONS WITH EXECUTIVE COMMITTEE (0.2); TELEPHONE CALL WITH J. KUHN REGARDING PRODUCTION OF CUSHMAN AND WAKEFIELD REPORT (0.4). |
| 05/19/11 | R. Tingey<br>Task:  4000 | 1.20 | CONFERENCE WITH A. KAUFMAN REGARDING LETTER TO DEFENSE COUNSEL REGARDING ISSUES WITH DEFENDANTS' INTERROGATORY ANSWERS (0.2); DRAFT LETTER TO DEFENSE COUNSEL REGARDING SAME (1.0). |
| 05/19/11 | J. Kuhn<br>Task:  4000 | .40 | CONFER WITH A. KAUFMAN REGARDING STRATEGY FOR PRODUCING APPRAISAL PREPARED FOR SALE OF PROPERTY AND NEW DEVELOPMENTS IN CASE. |

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011              PAGE    7
MATTER NUMBER: 30837.0003
INVOICE NO.: 767224


05/20/11   R. Tingey          1.00    DRAFT LETTER TO DEFENSE COUNSEL REGARDING
           Task:  4000                ISSUES WITH DEFENDANTS' INTERROGATORY ANSWERS.

05/20/11   J. Kuhn            1.00    CONFER WITH A. KAUFMAN AND I. BYRNSIDE
           Task:  4000                REGARDING RESEARCH INTO ISSUE OF WHAT EXPERT
                                      DOCUMENTS MUST BE DISCLOSED FOR APPRAISAL
                                      EXPERT.

05/20/11   I. Byrnside        4.70    RESEARCH REGARDING DISCLOSURES REQUIRED UNDER
           Task:  4000                RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE
                                      FOR A NON-RETAINED EXPERT PROVIDING EXPERT
                                      TESTIMONY AND THE RETROACTIVE EFFECT OF
                                      AMENDMENTS TO RULE 26 (4.3); TELEPHONE
                                      CONFERENCE WITH J. KUHN REGARDING SAME (0.2);
                                      TELEPHONE CONFERENCE WITH A. KAUFMAN REGARDING
                                      SAME (0.2).

05/20/11   C.F. Graham         .70    E-MAILS E. SHERMAN REGARDING AMENDED ANSWER TO
           Task:  4000                AMENDED COMPLAINT (0.4); REVIEW CHANGES TO
                                      ANSWER (0.3).

05/20/11   A.F. Kaufman        .30    TELEPHONE CALL WITH I. BYRNSIDE REGARDING
           Task:  4000                RESEARCH ON CUSHMAN AND WAKEFIELD APPRAISAL.

05/23/11   A.F. Kaufman       5.90    BEGAN DRAFTING LETTER ADDRESSING DEFICIENCIES
           Task:  4000                WITH DEFENDANTS' INTERROGATORY ANSWERS (4.8);
                                      TELEPHONE CALL WITH J. KUHN AND I. BYRNSIDE
                                      REGARDING RESEARCH ON CUSHMAN AND WAKEFIELD
                                      APPRAISAL (0.4); CONFER WITH D. BRODERICK
                                      REGARDING POSSIBLE DEPOSITION (0.7).

05/23/11   I. Byrnside        3.50    CONTINUE RESEARCH REGARDING EXPERT DISCLOSURES
           Task:  4000                REQUIRED UNDER RULE 26 OF THE FEDERAL RULES OF
                                      CIVIL PROCEDURE FOR A NON-RETAINED EXPERT
                                      PROVIDING EXPERT TESTIMONY AND THE RETROACTIVE
                                      EFFECT OF AMENDMENTS TO RULE 26 (1.9);
                                      TELEPHONE CONFERENCE WITH A. KAUFMAN AND J.
                                      KUHN REGARDING SAME AND CASE STRATEGY (0.3);
                                      DRAFT SUMMARY OF RESEARCH ON RULE 26 (1.2);
                                      E-MAIL CORRESPONDENCE WITH A. KAUFMAN AND J.
                                      KUHN REGARDING SAME (0.1).

05/23/11   R.M. Gee            .10    ATTEND TO ORDERING TRANSCRIPT
           Task:  4000

```
LEHMAN BROTHERS HOLDINGS INC.              July 31, 2011          PAGE    8
MATTER NUMBER: 30837.0003
INVOICE NO.: 767224
```

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/23/11 | J. Kuhn<br>Task: 4000 | .50 | CONFER WITH A. KAUFMAN AND I. BYRNSIDE REGARDING PRODUCTION OF APPRAISAL AND CORRESPONDENCE BETWEEN APPRAISER AND ATTORNEYS. |
| 05/23/11 | C.F. Graham<br>Task: 4000 | 1.10 | REVIEW AMENDED ANSWER BLACKLINE (0.4); CONFER WITH A. KAUFMAN REGARDING D. BRODERICK DEPOSITION (0.2); WORK ON RESPONSE TO E. SHERMAN LETTER REGARDING AMENDED ANSWER (0.2); READ D. BRODERICK EXHIBITS (0.3). |
| 05/24/11 | C.F. Graham<br>Task: 4000 | .90 | READ MAY 10TH TRANSCRIPT OF HEARING BEFORE JUDGE ELLIS (0.5); E-MAILS WITH A. KAUFMAN REGARDING REPORT TO CLIENTS (0.2); E-MAILS WITH W. ANTONIEWICZ REGARDING DEPOSITION NEXT MONTH (0.2). |
| 05/24/11 | R.M. Gee<br>Task: 4000 | .10 | DISTRIBUTE HEARING TRANSCRIPT. |
| 05/24/11 | I. Byrnside<br>Task: 4000 | 4.10 | RESEARCH REGARDING THE APPLICABLE STANDARD UNDER RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE FOR ALLOWING AN AMENDMENT TO AN ANSWER AND FACTORS AFFECTING WHETHER A PROPOSED AMENDMENT IS ALLOWED. |
| 05/24/11 | A.F. Kaufman<br>Task: 4000 | .80 | DRAFT AND SEND E-MAILS TO D. BRODERICK REGARDING POSSIBLE DEPOSITION (0.3); REVIEW TRANSCRIPT OF COURT PROCEEDING (0.5). |
| 05/25/11 | C.F. Graham<br>Task: 4000 | .40 | E-MAILS WITH D. BRODERICK REGARDING NO RECOLLECTION (0.2); E-MAILS WITH A. KAUFMAN REGARDING EXECUTIVE COMMITTEE QUESTIONS (0.2). |
| 05/25/11 | I. Byrnside<br>Task: 4000 | .40 | CONTINUE RESEARCH REGARDING RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND FACTORS AFFECTING WHETHER AN ANSWER TO AN AMENDMENT WILL BE PERMITTED. |
| 05/26/11 | I. Byrnside<br>Task: 4000 | 1.60 | CONTINUE RESEARCH REGARDING THE APPLICABLE STANDARD UNDER RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE FOR ALLOWING AN AMENDMENT TO AN ANSWER AND FACTORS AFFECTING WHETHER A PROPOSED AMENDMENT IS ALLOWED (0.7); TELEPHONE |

LEHMAN BROTHERS HOLDINGS INC.              July 31, 2011              PAGE    9
MATTER NUMBER: 30837.0003
INVOICE NO.: 767224


|              |              |       | CONFERENCE WITH A. KAUFMAN REGARDING SAME (0.2); DRAFT SUMMARY OF RESEARCH REGARDING FUTILITY OF A PROPOSED AMENDMENT (0.7). |
|--------------|--------------|-------|----|
| 05/26/11 | R.M. Gee<br>Task:   4000 | 1.70 | REVIEW DOCUMENTS AND PREPARE BINDER IN PREPARATION FOR DIMARTINO DEPOSITION (1.0); REVIEW DOCUMENTS AND PREPARE BINDER IN PREPARATION FOR WARREN DEPOSITION (0.6); CONFER WITH A. KAUFMAN REGARDING SAME (0.1). |
| 05/26/11 | A.F. Kaufman<br>Task:   4000 | 7.30 | CONTINUE RESEARCHING AND DRAFTING LETTER ADDRESSING DEFICIENCIES WITH DEFENDANTS' INTERROGATORY ANSWERS (6.9); TELEPHONE CALL WITH I. BYRNSIDE REGARDING RESEARCH ON GROUNDS TO OPPOSE AMENDMENT OF DEFENDANTS' ANSWER (0.4). |
| 05/26/11 | C.F. Graham<br>Task:   4000 | .80 | E-MAILS WITH J. NASATASI REGARDING CONFERENCE CALL TOMORROW (0.2); CONFER WITH A. KAUFMAN REGARDING CHAPTER 11 WORK PRODUCT ARGUMENT FOR WEIL'S MIKE BOND INVOLVEMENT WITH AZ 72 LOAN (0.2); READ E-MAILS FROM D. BRODERICK REGARDING NO RECOLLECTION (0.1); READ DRAFT LETTER INSERT TO E. SHERMAN REGARDING SETTLEMENT (0.3). |
| 05/27/11 | R.M. Gee<br>Task:   4000 | 3.10 | REVIEW CUSHMAN DOCUMENTS IN CONNECTION WITH PRODUCTION OF DOCUMENTS FOR EXPERT WITNESS (2.9); CONFER WITH A. KAUFMAN REGARDING SAME (0.2). |
| 05/27/11 | C.F. Graham<br>Task:   4000 | 1.60 | CONFERENCE CALL WITH J. NASTASI AND J. CHORMANSKI REGARDING JUNE DEPOSITIONS AND SETTLEMENT OPTIONS (0.6); REVIEW DRAFT LETTER TO E. SHERMAN AND REVISE (0.5); CONFER WITH A. KAUFMAN REGARDING FULL-RECOURSE CLAIMS (0.3); READ E-MAILS FROM J. CHORMANSKI REGARDING C. DEMARTINO PARTICIPATION (0.2). |
| 05/27/11 | A.F. Kaufman<br>Task:   4000 | 3.10 | CONTINUE RESEARCHING AND DRAFTING LETTER ADDRESSING DEFICIENCIES WITH DEFENDANTS' INTERROGATORY ANSWERS (1.3); TELEPHONE CALL WITH J. CHORMANSKI AND J. NASTASI REGARDING SUPPLEMENTATION OF PLAINTIFF'S INTERROGATORY ANSWERS (0.7); BEGAN REVIEWING CUSHMAN AND WAKEFIELD DOCUMENTS (1.1). |

LEHMAN BROTHERS HOLDINGS INC.              July 31, 2011              PAGE   10
MATTER NUMBER: 30837.0003
INVOICE NO.: 767224


05/31/11   A.F. Kaufman         6.90   REVIEW, REVISE AND FINALIZE LETTER ADDRESSING
           Task:  4000                 DEFICIENCIES WITH DEFENDANTS' INTERROGATORY
                                       ANSWERS (2.4); DRAFT AND SEND E-MAIL TO J.
                                       CHORMANSKI AND J. NASTASI REGARDING
                                       SUPPLEMENTATION OF PLAINTIFF'S INTERROGATORY
                                       ANSWERS AND DEPOSITION PREPARATION (0.7);
                                       FINISH REVIEWING CUSHMAN AND WAKEFIELD
                                       DOCUMENTS (3.8).


05/31/11   C.F. Graham          1.10   EXTENSIVE REVISIONS TO E SHERMAN LETTER (0.8);
           Task:  4000                 CONFER WITH A. KAUFMAN REGARDING WEKA
                                       INTERROGATORY ANSWERS (0.3).


05/31/11   R. Tingey             .20   REVIEW LETTER TO DEFENSE COUNSEL REGARDING
           Task:  4000                 INTERROGATORY RESPONSES, DEFENDANTS' PROPOSED
                                       AMENDED ANSWER AND DEPOSITION SCHEDULING.


| 4000  Non-Bankruptcy Litigation | | | |
|---|---|---|---|
| A.F. Kaufman | 47.70 | 475.00 | $22,657.50 |
| C.F. Graham | 14.90 | 785.00 | $11,696.50 |
| I. Byrnside | 14.30 | 315.00 | $4,504.50 |
| J. Kuhn | 1.90 | 425.00 | $807.50 |
| J.E. Reed | .50 | 225.00 | $112.50 |
| R. Tingey | 11.10 | 410.00 | $4,551.00 |
| R.M. Gee | 10.40 | 235.00 | $2,444.00 |
| TOTAL 4000 | 100.80 | | $46,773.50 |

Billed Recap Of Cost Detail - [Invoice: 767224 Date: 07/31/2011]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 05/09/2011 | 5084 | ALAN F. KAUFMAN | 101S | 49.00 | 0.15 | 7.35 | COPY CHARGES | 26956485 |
| 07/31/2011 | | Invoice=767224 | | 49.00 | 0.10 | 4.90 | | |
| | | | | | | | | |
| 05/09/2011 | 5464 | REBECCA TINGEY | 406S | 1.00 | 525.28 | 525.28 | WESTLAW RESEARCH | 26975175 |
| 07/31/2011 | | Invoice=767224 | | 1.00 | 525.28 | 525.28 | | |
| | | | | | | | | |
| 05/10/2011 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 4.50 | 4.50 | OUT OF TOWN TRAVEL | 27023901 |
| 07/31/2011 | | Invoice=767224 | | 1.00 | 4.50 | 4.50 | ATTEND COURT HEARING - ROUNDTRIP SUBWAY FARE. | |
| | | Voucher=1834677 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM  Balance= .00  Amount= 4.50 | |
| | | | | | | | | |
| 05/11/2011 | 4769 | ROBERT M. GEE | 101S | 118.00 | 0.15 | 17.70 | COPY CHARGES | 26959021 |
| 07/31/2011 | | Invoice=767224 | | 118.00 | 0.10 | 11.80 | | |
| | | | | | | | | |
| 05/11/2011 | 5464 | REBECCA TINGEY | 406S | 1.00 | 743.07 | 743.07 | WESTLAW RESEARCH | 26975278 |
| 07/31/2011 | | Invoice=767224 | | 1.00 | 743.07 | 743.07 | | |
| | | | | | | | | |
| 05/23/2011 | 5084 | ALAN F. KAUFMAN | 115Z | 1.00 | 34.95 | 34.95 | DEPOSITION TRANSCRIPTS - - PAYEE: KRISTIN M. | 26974537 |
| 07/31/2011 | | Invoice=767224 | | 1.00 | 34.95 | 34.95 | RUSIN TRANSCRIPT | |
| | | Voucher=1828515 Paid | | | | | Vendor=KRISTIN M. RUSIN  Balance= .00  Amount= 34.95 | |
| | | | | | | | | |
| 05/23/2011 | 0999 | MLA MLA | 107S | 1.00 | 15.45 | 15.45 | DELIVERY SERVICE/MESSENGER | 27013082 |
| 07/31/2011 | | Invoice=767224 | | 1.00 | 15.45 | 15.45 | RCVD:/KRISTIN M. RUSIN TRACKING#:794785699529 | |
| | | | | | | | | |
| 05/25/2011 | 4769 | ROBERT M. GEE | 101S | 2.00 | 0.15 | 0.30 | COPY CHARGES | 26977684 |
| 07/31/2011 | | Invoice=767224 | | 2.00 | 0.10 | 0.20 | | |
| | | | | | | | | |
| 05/26/2011 | 4769 | ROBERT M. GEE | 101S | 11.00 | 0.15 | 1.65 | COPY CHARGES | 26980074 |
| 07/31/2011 | | Invoice=767224 | | 11.00 | 0.10 | 1.10 | | |
| | | | | | | | | |
| 05/26/2011 | 5084 | ALAN F. KAUFMAN | 406S | 1.00 | 47.23 | 47.23 | WESTLAW RESEARCH | 26994023 |
| 07/31/2011 | | Invoice=767224 | | 1.00 | 47.23 | 47.23 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 1,397.48 | 10 records | |
| | | BILLED TOTALS:    BILL: | | | | 1,388.48 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 1,397.48 | 10 records | |
| | | GRAND TOTAL:    BILL: | | | | 1,388.48 | | |

**Supplemental Information Sheet**
**May 2011**

**Expenses for AZ 72 LLC (30837.0003)**

**Timekeeper: C. Graham**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 5/10/11 | $4.50 | OUT OF TOWN TRAVEL [Local Travel]; ATTEND COURT HEARING – ROUNDTRIP SUBWAY FARE | Travel to hearing regarding discovery dispute before Judge Ellis at U.S. District Court via subway. | Attached |

**Timekeeper: A. Kaufman**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 5/23/11 | $34.95 | DEPOSITION TRANSCRIPTS – KRISTIN RUSIN TRANSCRIPT FEE | Deposition transcript for May 10, 2011 hearing before Judge Ellis regarding discovery disputes. | Attached |

ExpenseEntireFormPrinting                                                                 Page 1 of 1

This expense form was submitted to the accounting department on 6/24/2011 at 3:13 PM.

Form Tracking ID       99206

Created For            4961 GRAHAM, CHRISTOPHER F

Created By             Vargas, Jenny I.

Title                  CFG - Court Hearing May 10, 2011

Expense Type           CLIENT CHARGEABLE

Client Name            30837 LEHMAN BROTHERS HOLDINGS INC.

Matter Name            0003

Description            5/10/11 - Attend court hearing.

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Ground Transportation | 5/10/2011 | 4.50 | Attend court hearing - roundtrip subway fare. |

Total $              4.50

## Osley, Melanie

| | |
|---|---|
| **From:** | check_request@mckennalong.com |
| **Sent:** | Monday, May 23, 2011 7:13 AM |
| **To:** | Check Request |
| **Cc:** | Gee, Robert |
| **Subject:** | Check Request from Robert Gee  [Phone: x48326   Employee ID:4769] |

## Check Request Details

**CHARGE TYPE:** CLIENT CHARGES

**Client Info:** Client: 30837 Matter: 0003

**Requested By:** Robert Gee [Phone: x48326 Employee ID:4769]

**Date Requested:** 5/23/2011

**Date Needed:** 5/23/2011

**Disbursement Method:** Call When Ready 48326

**Amount:** 34.95

**Payee:** Kristin M. Rusin

**Payee Address:** 217 Pine Meadows Circle Hickory, NC 28601

**Payee SSN/TIN:**

**Description for Firm Charges:**

**Reason for Check:** Transcript

**Approved By:** Alan Kaufman [Phone: x48348 Employee ID:5084]

1

# McKenna Long
## &Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                    Invoice No. 767225
Matter No.: 30837.0005               Invoice Date: July 31, 2011
=========================================================================

   FOR PROFESSIONAL SERVICES RENDERED through May 31, 2011
   RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|---------|--------|
| G. Walling | 10.00 | 445.00 | 4,450.00 |
| Total | 10.00 | | 4,450.00 |

TOTAL FEES:                                    $  4,450.00

CHARGES:

   COPY CHARGES                      0.40

TOTAL CHARGES:                                 $       .40

T O T A L   T H I S   S T A T E M E N T :      $  4,450.40

LEHMAN BROTHERS HOLDINGS INC.                July 31, 2011            PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 767225


DESCRIPTION OF SERVICES


05/03/11   G. Walling          1.00    COMMUNICATIONS WITH M. MARTINEZ REGARDING
           Task:  2300                  WALKER SQUARE BULK SALE CONTRACTS AND NEED FOR
                                        LEASE ASSIGNMENT DOCUMENTS (0.3); REVIEW WALKER
                                        SQUARE SALE CONTRACTS (0.5); CALL WITH M.
                                        MARTINEZ REGARDING SALES CONTRACTS AND LEASE
                                        ASSIGNMENTS (0.2).

05/04/11   G. Walling          4.20    COMMUNICATIONS WITH M. MARTINEZ REGARDING
           Task:  2300                  PENDING SALES CONTRACTS AND ASSIGNMENTS OF
                                        LEASES FOR RENTED CONDOMINIUM UNITS (0.3);
                                        REVIEW SIX PENDING SALES CONTRACTS (1.0); WORK
                                        ON PREPARATION OF STANDARD FORM LEASE
                                        ASSIGNMENT INSTRUMENT AND PERMUTATIONS FOR
                                        OCCUPIED AND UNOCCUPIED UNITS AT EACH PROJECT
                                        (2.2); MADE RELATED REVIEW OF TITLE
                                        /CONDOMINIUM RELATED DOCUMENTS (0.7).

05/05/11   G. Walling          2.40    REVISE ASSIGNMENT OF LEASE INSTRUMENTS RELATED
           Task:  2300                  TO ASSIGNMENTS FROM LB CHARLOTTESVILLE
                                        CONDOMINIUM HOLDINGS LLC TO OCTOPUS PROPERTY
                                        AND FROM OCTOPUS TO THIRD PARTY PURCHASERS
                                        (1.6); CALL WITH M. MARTINEZ REGARDING TENANT
                                        LEASES AND ASSIGNMENTS OF SAME (0.5); OTHER
                                        COMMUNICATIONS WITH M. MARTINEZ REGARDING LEASE
                                        ASSIGNMENTS (0.3).

05/10/11   G. Walling          1.50    CALL WITH M. MARTINEZ REGARDING ASSIGNMENTS OF
           Task:  2300                  LEASE INSTRUMENTS (0.1); PREPARED PERMUTATIONS
                                        OF ASSIGNMENT OF LANDLORD'S INTEREST IN LEASE
                                        INSTRUMENTS (1.3); COMMUNICATIONS WITH
                                        M.MARTINEZ REGARDING SAME (0.1).

05/16/11   G. Walling           .10    COMMUNICATIONS WITH M. MARTINEZ REGARDING
           Task:  2300                  VIRGINIA ALUMNI MAGAZINE ADVERTISEMENTS FOR
                                        RIVERBEND/WALKER SQUARE CONDO UNITS.

05/20/11   G. Walling           .20    CALL FROM M. MARTINEZ REGARDING RELATION OF
           Task:  2300                  LEHMAN TO OCTOPUS EQUITY LLC.

LEHMAN BROTHERS HOLDINGS INC.            July 31, 2011            PAGE    3
MATTER NUMBER: 30837.0005
INVOICE NO.: 767225


05/23/11  G. Walling            .40   COMMUNICATIONS WITH M. BRINKMAN (CT CORP.)
          Task:  2300                 REGARDING OCTOPUS ENTITIES CONTROLLED BY DUPONT
                                      FABROS (0.2); MADE RELATED REVIEW OF FILE
                                      COMMUNICATIONS WITH M. MARTINEZ REGARDING
                                      COMMUNICATIONS WITH CT CORP (0.2).

05/24/11  G. Walling            .20   COMMUNICATIONS WITH K. DONAHOE AND M.
          Task:  2300                 MARTINEZ REGARDING CT CORP. AS VIRGINIA
                                      REGISTERED AGENT FOR OCTOPUS PROPERTY LLC.

2300  Real Estate Matters
      G. Walling                      10.00   445.00   $4,450.00

      TOTAL 2300                      10.00            $4,450.00

Billed Recap Of Cost Detail - [Invoice: 767225 Date: 07/31/20119

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 05/16/2011 | 0351 | GERALD WALLING | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 26964826 |
| 07/31/2011 | | Invoice=767225 | | 4.00 | 0.10 | 0.40 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 0.60 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 0.40 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 0.60 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 0.40 | | |