# Exhibit C

Summary of Hours and Fees Incurred by Category

| Matter Number | Hours | Fees | Exhibit |
|---|---|---|---|
| 343744 | 83.5 | $64,075.50 | C1 |
| 343744 | 44 | $29,140.25 | C2 |
| 343744 | 0.7 | $545.00 | C3 |
| 343744 | 8.9 | $7,505.50 | C4 |
| 1101400015 | 18.5 | $11,813.00 | C1 |
| 1101400015 | 44.1 | $28,469.50 | C2 |
| 1101400015 | 17.8 | $11,245.00 | C3 |
| 1101400015 | 12.5 | $7,745.50 | C4 |
| 1101400397 | 5.8 | $5,424.50 | C2 |
| 1101400402 | 18.8 | $11,824.50 | C1 |
| 1101400402 | 114.1 | $69,336.00 | C2 |
| 1101400402 | 73.4 | $42,970.00 | C3 |
| 1101400402 | 37.8 | $26,906.00 | C4 |
| 1101400474 | 632.2 | $402,231.50 | C1 |
| 1101400474 | 710.4 | $420,763.00 | C2 |
| 1101400474 | 400 | $237,252.00 | C3 |
| 1101400474 | 743.7 | $314,161.00 | C4 |
| 1101400502 | 2.8 | $2,053.00 | C1 |
| 1101400502 | 0 | $0.00 | C2 |
| 1101400561 | 12.7 | $10,179.50 | C1 |
| 1101400561 | 1.6 | $844.00 | C2 |
| 1101400561 | 8.1 | $6,356.50 | C3 |
| 1101400561 | 6.8 | $4,856.50 | C4 |
| 1101400667 | 44.6 | $36,433.50 | C1 |
| 1101400667 | 14.7 | $10,554.00 | C2 |
| 1101400667 | 14.2 | $8,892.00 | C3 |
| 1101400667 | 4.5 | $2,958.00 | C4 |
| 1101400750 | 111.4 | $60,200.50 | C1 |
| 1101400750 | 88.1 | $46,611.50 | C2 |
| 1101400750 | 36.6 | $21,949.50 | C3 |
| 1101400750 | 7.9 | $4,597.50 | C4 |
| 1101400798 | 2.6 | $1,742.00 | C2 |
| 1101400798 | 0.1 | $67.00 | C3 |
| 1101400901 | 0.3 | $280.50 | C1 |
| 1101400901 | 31.9 | $18,302.00 | C2 |
| 1101400901 | 22.5 | $13,900.50 | C3 |
| 1101400901 | 7.8 | $4,326.50 | C4 |
| 1101400902 | 26.8 | $11,368.00 | C1 |
| 1101400902 | 27.3 | $8,028.00 | C2 |
| 1101400902 | 32.8 | $11,207.50 | C3 |
| 1101400902 | 59.7 | $22,951.50 | C4 |
| 1101400903 | 1 | $403.00 | C2 |

C-2

| Matter Number | Hours | Fees | Exhibit |
|---|---|---|---|
| 1101400903 | 0.5 | $470.00 | C3 |
| 1101400903 | 0.9 | $694.50 | C4 |
| 1101400910 | 30 | $18,805.25 | C3 |
| 1101400910 | 68 | $47,657.00 | C4 |
| 1101400911 | 2.3 | $1,346.00 | C1 |
| 1101400911 | 21.3 | $15,483.00 | C2 |
| 1101400911 | 8.8 | $5,951.50 | C3 |
| **Subtotal of Fees Accrued** | **3,664.80** | **$2,090,877.50** | |
| **Less Applicable Credit Due from Sixth Interim Fee Period** | | ($169,637.69) | |
| **Less Voluntary Reductions relating to Preparation of Monthly Fee Statement taken at the time of Filing the Eighth Interim Fee Application** | | ($1,732.50) | |
| **Total Fees Requested** | | **$1,919,507.31** | |