Schuyler G. Carroll  
Jeffrey D. Vanacore  
PERKINS COIE LLP  
30 Rockefeller Center, 25th Floor  
New York, NY 10112-0085  
212.262.6900  
212.977.1649 (facsimile)  
SCarroll@perkinscoie.com  
JVanacore@perkinscoie.com  

**HEARING DATE AND TIME:**  
September 14, 2011 at 10:00 a.m.

-and-

David M. Miller  
303 E. 17th Avenue, Suite 500  
Denver, CO 80203  
303.832.2400  
303.832.1510 (facsimile)  
dmm@kutnerlaw.com  

Attorneys for Movants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- X
LEHMAN BROTHERS HOLDINGS INC.; LB         :    Chapter No. 11
ROSE RANCH LLC and PAMI STATLER
ARMS LLC,                                 :
                                               Case No.: 08-13555 (JMP)
            Debtors.                      :

---------------------------------------- X

### NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER MOVANTS' MOTION FOR AN ORDER AUTHORIZING EXAMINATION OF DEBTORS PURSUANT TO BANKRUPTCY RULE 2004 AND MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that the hearing to consider Movants' Motion For An Order Authorizing Examination of Debtors Pursuant To Bankruptcy Rule 2004 (Docket No. 15200) and Motion For Relief From The Automatic Stay (Docket No. 15202) scheduled for August 17, 2011 at 10:00 a.m. has been adjourned to **September 14, 2011 at 10:00 a.m.**

76946-0001/LEGAL21545989.1

prevailing Eastern Time, before the Honorable James M. Peck, United States Bankruptcy Judge, United State Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York 10004-1408.

| | |
|---|---|
| Dated: New York, New York.<br>August 15, 2011 | Respectfully submitted,<br><br>PERKINS COIE LLP<br><br><br>By: */s/ Jeffrey D. Vanacore*<br>Jeffrey D. Vanacore<br>Schuyler G. Carroll<br>30 Rockefeller Center, 25th Floor<br>New York, NY 10112-0085<br>212.262.6900<br><br>-and-<br><br>David M. Miller<br>303 E. 17th Avenue, Suite 500<br>Denver, CO 80203<br>303.832.2400<br><br>Attorneys for Movants |