UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
                         Debtors.                                 :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

### SUPPLEMENTAL ORDER
### PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-390 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVES TRANSACTIONS WITH <u>SPECIAL PURPOSE VEHICLE COUNTERPARTIES</u>

Upon the motion, dated November 24, 2010, of Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "<u>Debtors</u>" and, together with their non-debtor affiliates, "<u>Lehman</u>"), for an order approving alternative dispute resolution procedures for affirmative claims of Debtors under derivatives contracts with special purpose vehicle counterparties [Docket No. 13009] (the "<u>Motion</u>,"), all as more fully described in the Motion; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and a hearing having been held on February 16, 2011 to consider the relief requested in the Motion; and an order having been entered on March 3, 2011 [Docket No. 14789] granting the relief requested in the Motion (the "<u>SPV ADR Order</u>"), and the Debtors having filed this supplemental order to modify the scope of the term "SPV" as used in the SPV ADR Order to exclude

two specific counterparties; and no objections to the Supplemental Order having been filed; and the Court having previously found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that counterparties Commerces de la République S.A.S. and Residences de la République S.A.S. (the "Républiques") are excluded from the SPV ADR Order; and it is further

ORDERED that, for the avoidance of doubt, the Républiques remain subject to the original Derivatives ADR Order; and it further

ORDERED that all terms of the SPV ADR Order shall otherwise continue to apply and remain in full force and effect without modification.

Dated: New York, New York
       August 15, 2011

                                              *s/ James M. Peck*
                                              Honorable James M. Peck
                                              United States Bankruptcy Judge