VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York  10020
Telephone:  (212) 307-5500
Facsimile: (212) 307-5598
Carollynn H.G. Callari
Michael K. Madden

Counsel For Danske Bank A/S, London Branch

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :
                                                            :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al*., :
                                                            :    Case No. 08-13555 (JMP)
                                    Debtors.         :
                                                            :    Jointly Administered
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, RISHI KAPOOR, an attorney admitted to practice in the State of New York, hereby certify that on August 15, 2011, I caused the *Objection of Danske Bank A/S, London Branch to Debtors' Amended Motion (i) for Approval of the Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (ii) Establishing Solicitation and Voting Procedures, (iii) Scheduling a Confirmation Hearing, and (iv) Establishing Notice and Objection Procedures for Confirmation of the Debtors Joint Chapter 11 Plan* to be served electronically on the parties registered for ECF service and on the parties and by the means indicated on the attached Service List.

*/s/ Rishi Kapoor*
RISHI KAPOOR

**SERVICE LIST**

**By Hand Delivery**

Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller
        Lori R. Fife
        Alfredo R. Pérez

The Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Elisabetta Gasparini
        Andrea B. Schwartz

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne
        Dennis O'Donnell
        Evan Fleck

**By E-Mail Transmission**

Weil, Gotshal & Manges LLP
        Harvey R. Miller (harvey.miller@weil.com)
        Lori R. Fife (lori.fife@weil.com)
        Alfredo R. Pérez (alfredo.perez@weil.com)

Milbank, Tweed, Hadley & McCloy LLP
        Dennis F. Dunne (ddunne@milbank.com)
        Dennis O'Donnell (dodonnell@milbank.com)
        Evan Fleck (efleck@milbank.com)