SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

_____

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION OF
GIANTS STADIUM LLC FOR LEAVE TO CONDUCT DISCOVERY OF THE
DEBTORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**PLEASE TAKE NOTICE** that the hearing on the Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket No. 16016] (the "Motion"), which was scheduled for August 17, 2011 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to September 14, 2011 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as the matter may be heard.  The Hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York  
        August 15, 2011

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By:   /s/ _____  
     Bruce E. Clark  
     SULLIVAN & CROMWELL LLP  
     125 Broad Street  
     New York, New York 10004  
     Telephone: (212) 558-4000  
     Facsimile: (212) 558-3588

*Attorneys for Giants Stadium LLC*