Hearing Date and Time: August 30, 2011 at 10:00 p.m. (Eastern Time)
Objection Deadline: August 15, 2011 at 4:00 p.m. (Eastern Time)

Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, New York 10012
(212) 432-4600 (Telephone)
(212) 432-4647 (Facsimile)
Jessica L. Fainman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    08-13555 (JMP)
                                                   :
                       Debtors.                    :    (Jointly Administered)
------------------------------------------------------------------- x

**JOINDER OF ANCHORAGE CAPITAL GROUP, L.L.C. TO OBJECTION OF CENTERBRIDGE CREDIT ADVISORS LLC TO DEBTORS' DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Anchorage Capital Group, L.L.C., on behalf of the funds it manages ("Anchorage"), submits this joinder to the objection, dated August 10, 2011 (the "Objection"), of Centerbridge Credit Advisors LLC ("Centerbridge"), to the Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code [Docket No. 18205].

Anchorage hereby joins in and incorporates by reference the arguments presented by Centerbridge in its Objection.

Dated:   New York, New York
         August 15, 2011

                ANCHORAGE CAPITAL GROUP, L.L.C

                By:   /s/ Jessica L. Fainman
                      Jessica L. Fainman
                      Anchorage Capital Group, L.L.C.
                      610 Broadway, 6th Floor
                      New York, New York 10012
                      (212) 432-4600 (Telephone)
                      (212) 432-4647 (Facsimile)
                      jfainman@anchoragecap.com

Counsel for Anchorage Capital Group, L.L.C.