|                                                      |
|------------------------------------------------------|
| Hearing Date and Time:   August 30, 2011 at 10:00 a.m. (Prevailing Eastern Time) |
| Objection Date and Time: August 15, 2011 at 4:00 p.m. (Prevailing Eastern Time)  |

WHITEFORD, TAYLOR & PRESTON, LLP
7 St. Paul Street
Baltimore, Maryland 21202
(410) 347-8700 (Telephone)
(410) 223-4337 (Facsimile)
Brent C. Strickland (BS-7811)
Dennis J. Shaffer

*Attorneys for Monarch Alternative Capital LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| ------------------------------------------------------------------ | X |                          |
|---|---|---|
| **In re:**                                                         | : | Chapter 11 Case No.      |
|                                                                    | : |                          |
| **LEHMAN BROTHERS HOLDING, INC.,** *et al.,*                       | : | 08-13555 (JMP)           |
|                                                                    | : |                          |
| **Debtors.**                                                       | : | (Jointly Administered)   |
| ------------------------------------------------------------------ | X |                          |

**JOINDER TO OBJECTION OF CENTERBRIDGE CREDIT ADVISORS LLC TO DEBTORS' DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Monarch Alternative Capital LP, on behalf of the funds it manages ("Monarch"), submits this Joinder to Objection of Centerbridge Credit Advisors, LLC ("Centerbridge") to Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (the "Objection") [Docket No. 19254].

Monarch hereby joins in and incorporates the arguments presented by Centerbridge in the Objection.

Dated:      Baltimore, Maryland
August 15, 2011

                          WHITEFORD, TAYLOR & PRESTON, LLP

                          By:   /s/ Brent C. Strickland
                                Brent C. Strickland, (BS-7811)
                                Dennis J. Shaffer, (MD Bar No. 25680)
                                7 St. Paul Street
                                Baltimore, Maryland 21202
                                (410) 347-8700 (Telephone)
                                (410) 223-4337 (Facsimile)

                                Counsel to Monarch Alternative Capital LP