WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :    08-13555 (JMP)
                                               :
                    Debtors.                   :    (Jointly Administered)
------------------------------------------------------------x
```

### MONTHLY REPORT OF ASSETS DISPOSED OF PURSUANT TO THE *DE MINIMIS* ASSET SALE OR ABANDONMENT PROCEDURES

Pursuant to the Amended Order Pursuant to Sections 105, 363, and 554(a) of the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and Abandonments entered by the United States Bankruptcy Court for the Southern District of New York on March 31, 2010 [ECF No. 7958] (the "Sale and Abandonment Order"), the above-captioned debtors and debtors in possession have disposed of the assets described on Exhibit A (sales) and Exhibit B (abandonments) attached hereto following notice, where required by the Sale and Abandonment Order, to the Interested Parties[1] and the expiration of the applicable Notice Period without objection by an Interested Party.

Dated: August 15, 2011
       New York, New York

                                        /s/ Jacqueline Marcus
                                        Jacqueline Marcus
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

---

[1] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Sale and Abandonment Order.

**Exhibit A**

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Sale Procedures)

| Description of the Asset | REO Property | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Lien or Encumbrance Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|---|
| Residential Real Property | Yes | 60 Canterbury Lane, Tisbury, MA 02568 | Desert Horse Grant | None | None | $355,000 |

**Exhibit B**

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Abandonment Procedures)

| Description of the Asset | Reason for the Abandonment | Party to Whom the Asset was Abandoned |
|---|---|---|
| None | | |