WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,** | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          )    s.s.:
NEW YORK COUNTY    )

Michael J. Lonie, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 11th day of August, 2011, I caused a copy of the *Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of Approval of Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan* [Docket 19175]to be served via UPS overnight mail on the parties shown on the attached service list.

　　　　　　　　　　　　　　　　　　　　_/s/ Michael J. Lonie_____
　　　　　　　　　　　　　　　　　　　　Michael J. Lonie

NEWYORK 8178084 (2K)

Sworn to before me the 15th day of August, 2011

*/s/* Carrol Marshall
Carrol Marshall
Notary Public State of New York, No. 01MA5040847
Qualified in Westchester County
Certificate Filed in New York County
My commission expires March 20, 2015

# SERVICE LIST

Office of the US Trustee
Attn: Andrew D Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtors*

Milbank, Tweed, Hadley & Mccloy LLP
Attn: Dennis Dunne
Wilbur Foster, Jr
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for the Creditors' Committee*

Tommy Tewalt
14451 S. Hawthorne CT
Oregon City, Oregon
USA 97045

Gary A. Cutler
40 College Street Suite 302
Burlington, Vermont
USA 05401

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

Sabin Willett
Andrew C. Phelan
Evan J. Benanti
Eric Heining
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110
(617) 951-8000

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Irena Goldstein

DAY PITNEY LLP
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
One Audubon Street
New Haven, CT 06511-6433
Telephone: (203) 752-5000
Facsimile: (203) 752-5001

Walter B. Stuart
Patrick D. Oh
FRESHFIELDS BRUCKHAUS DERINGER US LLP
60 I Lexington Avenue, 31 st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

Jane Lee Vris
Steven M. Abramowitz
VINSON & ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, New York 10103

Mayer Brown LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Jeffrey Tougas, Esq.


CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1978
Facsimile: (212) 474-3700
Richard Levin

Mayer Brown LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-191

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
551 Fifth Avenue, 18th Floor
New York, NY 10176
(212) 986-6000
Matthew J. Gold

WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: 212.937.7232
Facsimile: 212.230.8888
Philip D. Anker

COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
212-841-1000
Michael B. Hopkins
Susan Power Johnston
Martin E. Beeler
Amanda Raboy

NEWYORK 8178084 (2K)

4

ISAAC M. PACHULSKI (Cal. State Bar No. 62337)
JEFFREY H. DAVIDSON (Cal. State Bar No. 73980)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 251-5288

SUSMAN GODFREY L.L.P.
Stephen D. Susman
Drew D. Hansen (admitted *pro hac vice*)
654 Madison Avenue
New York, New York 10065
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Kenneth S. Ziman
Max S. Polonsky
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

LOWENSTEIN SANDLER PC
Michael S. Etkin, Esq.
Scott Cargill, Esq.
Erin S. Levin, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212. 262.6700 (Telephone)
212. 262.7402 (Facsimile)
-- and --
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (MR-7006)
Matthew K. Kelsey (MK-3137)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Kenneth A. Kopelman
Joshua Dorchak
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, New York 10022
(212) 705-7000

Linda Neufeld
105-5070 Upland Drive Suite 271
Nanaimo BC
Cana V9T 6N1