# EXHIBIT D

Carolyn H. Rosenberg
REED SMITH LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

*Special Counsel for Lehman Brothers Holdings, Inc.*
*and its affiliated Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                                             :
                        Debtors                              :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

## <u>CERTIFICATION OF CAROLYN H. ROSENBERG</u>

I, Carolyn H. Rosenberg, Esquire, certify as follows:

1.      I am a Partner with the applicant firm, Reed Smith LLP ("<u>Reed Smith</u>"), and have

been admitted to the Bar of the Supreme Court of Illinois since 1982.  Reed Smith has been

retained as Special Counsel to the Debtors and Debtors in Possession and has rendered

professional services in these Chapter 11 cases.

2.      In respect of compliance with the Guidelines for Fees and Disbursements for

Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on June

20, 1991 (the "<u>Fee and Disbursement Guidelines</u>") and the Amended Guidelines for Fees and

Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by

US_ACTIVE-106435870.1

the Court on April 19, 1995 (together with the Fee and Disbursement Guidelines, the "Local

Guidelines"), the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on

January 30, 1996 (the "U.S. Trustee Guidelines") and the Fourth  Amended Order Pursuant to

Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals

[Docket No. 15997] (the "Administrative Order," and together with the Local Guidelines and the

U.S. Trustee Guidelines, the "Guidelines") this certification is made in respect of Reed Smith's

application, dated August 15, 2011 (the "Application"), for interim compensation and

reimbursement of expenses for the period commencing March 1, 2011 through and including

May 31, 2011 (the "Third Compensation Period") in accordance with the Guidelines.

3.      In respect of section 2 of the Fee and Disbursement Guidelines, I certify that Reed

Smith reviewed the Application and has approved it.

4.      In respect of section B.1 of the Local Guidelines, I certify that:

a.      I have read the Application;

b.      to the best of my knowledge, information, and belief formed after

reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines;

c.      the fees and disbursements sought are billed at rates in accordance with

those customarily charged by Reed Smith and generally accepted by Reed Smith's clients; and

d.      in providing a reimbursable service, Reed Smith does not make a profit on

that service, whether the service is performed by Reed Smith in-house or through a third party.

- 2 -

5.      In respect of section B.2 of the Local Guidelines and as required by the

Administrative Order, I certify that the trustee, the chair of each official committee and the

debtor have all been provided not later than 20 days after the end of each month with a statement

of fees and disbursements accrued during such month, and that the statement contains a list of

professionals and paraprofessionals providing services, their respective billing rates, the

aggregate hours spent by each professional and paraprofessional, a general description of

services rendered, a reasonably detailed breakdown of the disbursements incurred and an

explanation of billing practices.

6.      In respect of section B.3 of the Local Guidelines and as required by the

Administrative Order, I certify that the Office of the United States Trustee, the Debtors, the

attorneys for the Official Committee of Unsecured Creditors, are each being provided with a

copy of the Application at least ten (10) days before the date set by the court or any applicable

rules for filing fee applications.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: August 15, 2011

By:  /s/ Carolyn H. Rosenberg
     Carolyn H. Rosenberg