**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                              : Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           : Case No. 08-13555 (JMP)
                                                   :
             Debtors                               : (Jointly Administered)
                                                   :
---------------------------------------------------------------x

**ORDER GRANTING THIRD INTERIM APPLICATION OF REED SMITH LLP**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM MARCH 1, 2011 THROUGH MAY 31, 2011**

Upon consideration of the Third Interim Application of Reed Smith LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2011 through May 31, 2011 (the "Application") for professional services rendered and expenses incurred during the period commencing March 1, 2011 through and including May 31, 2011; and a hearing having been held before the Court to consider the Application; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby

ORDERED that the Application is granted to the extent set forth in Schedule "A."

This ____ day of _____, 2011.

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE-106435870.1

- 2 -

# SCHEDULE A

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

| APPLICANT | APPLICATION FILING DATE AND DOCKET NUMBER | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Reed Smith LLP | Third Interim Application<br><br>Docket No. TBD | $174,090.50 | $7,152.42 | $174,090.50 | $7,152.42 |

- 2 -