# EXHIBIT A

## Summary of Fees Incurred for Services Provided for Benefit of LCPI Only (March 2011)[1]

**Appeals [Code 4200]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/12/11 | DAZ | Review SunCal supplemental authorities to Ninth Circuit re appeal of BAP decision overruling Bankr. Ct. decision regarding application of Lehman stay. | 0.50 | 895.00 | $447.50 |
| 03/21/11 | HDH | Review letter to 9th Circuit re re appeal of BAP decision overruling Bankr. Ct. decision regarding application of Lehman stay | 0.30 | 650.00 | $195.00 |
| 03/21/11 | HDH | Draft correspondence re 9th Circuit letter and review and respond to correspondence re same for appeal of BAP decision overruling Bankr. Ct. decision regarding application of Lehman stay | 0.40 | 650.00 | $260.00 |
| 03/21/11 | HDH | Research and revise 9th circuit letter re appeal of BAP decision overruling Bankr. Ct. decision regarding application of Lehman stay | 0.70 | 650.00 | $455.00 |
| 03/21/11 | DAZ | Review revised letter to Ninth Circuit re supplemental authority re appeal of BAP decision overruling Bankr. Ct. decision regarding application of Lehman stay (.9) and office conference with H. Hochman re same (.3). | 1.20 | 895.00 | $1,074.00 |
| 03/21/11 | SSC | Finalize response letter for filing with Ninth Circuit in appeal of BAP decision overruling Bankr. Ct. decision regarding application of Lehman stay. | 0.50 | 650.00 | $325.00 |
| 03/21/11 | SSC | Correspond with A. Blaustein re Appellant's letter to 9th Circuit in appeal of BAP decision overruling Bankr. Ct. decision regarding application of Lehman stay. | 0.20 | 650.00 | $130.00 |
| 03/21/11 | SSC | Review correspondence re response letter to Appellant's letter to Ninth Circuit in appeal of BAP decision overruling Bankr. Ct. decision regarding application of Lehman stay. | 0.20 | 650.00 | $130.00 |
| 03/21/11 | RMP | Review Ninth Circuit letter in appeal of BAP decision overruling Bankr. Ct. decision regarding application of Lehman stay | 0.30 | 950.00 | $285.00 |
| | | **Total** | **4.30** | | **$3,301.50** |

---

[1] As set forth in paragraph 21 of the Interim Application, no such services were provided in February 2011 and such services were billed to new matter number 002 for the months of April and May 2011. Exhibit E contains copies of invoices for matter number 002 for the months of April and May 2011.