# EXHIBIT B

## SUMMARY OF SERVICES BY PROJECT CATEGORY

| LEHMAN MATTER NUMBER 001 | | |
|---|---|---|
| Project Category | Total Hours | Total Fees |
| General Case Administration [0100] | 12.90 | $11,545.50 |
| General Case Strategy Meetings [0200] | 159.7 | $135,849.00 |
| Calendar and Docket Maintenance [0300] | 1.2 | $850.00 |
| Hearings and Court Communications [0400] | 1.4 | $976.00 |
| Non-working Travel [0500] | 30.4 | $12,881.25 |
| Cash Management [1200] | 1.5 | $1,342.50 |
| Other General Business Operations [2000] | 0.3 | $187.50 |
| Real Estate Matters [2300] | 11.6 | $10,941.50 |
| Loans/Investments [2600] | 0.5 | $325.00 |
| Non-Derivative Contracts [3200] | 7.5 | $5,805.50 |
| DIP Financing [3300] | 34.6 | $24,516.00 |
| Plan of Reorganization [3500] | 358.45 | $302,779.25 |
| Disclosure Statement/Voting [3600] | 454.3 | $345,720.50 |
| Non-Derivative Issues [3700] | 984.4 | $686,640.50 |
| Other Motions and Matters [3800] | 217.4 | $183,097.50 |
| Non-Derivative Litigation [3900] | 60.4 | $45,380.00 |
| Non-Bankruptcy Litigation [4000] | 90.1 | $69,012.50 |

| LEHMAN MATTER NUMBER 001 | | |
|---|---|---|
| Project Category | Total Hours | Total Fees |
| 2004 Issues [4100] | 43.6 | $34,934.00 |
| Appeals [4200] | 6.1 | $4,901.50 |
| Examiner Issues [4500] | 17.1 | $12,992.00 |
| PSZJ Fees [4600] | 61.75 | $27,392.25 |
| PSZJ Retention [4700] | 10.8 | $6,771.00 |
| **TOTAL SERVICES:** | **2,566.00** | **$1,924,840.75** |

| LEHMAN MATTER NUMBER 002 (LCPI ONLY) | | |
|---|---|---|
| Project Category | Total Hours | Total Fees |
| Non-Derivative Stay/Safe Harbor [3000] | 32.4 | $24,055.00 |
| Plan of Reorganization [3500] | 1.2 | $1,123.50 |
| Non-Derivative Issues [3700] | 26.8 | $19,997.00 |
| Appeals [4200] | 0.2 | $130.00 |
| **TOTAL SERVICES:** | **60.60** | **$45,305.50** |

| TOTAL SERVICES | | |
|---|---|---|
| Matter Code | Total Hours | Total Fees |
| Lehman 001 | 2,566.00 | $1,924,840.75 |
| Lehman 002 | 60.60 | $45,305.50 |
| **TOTAL SERVICES:** | **2,626.60** | **$1,970,146.25** |