# EXHIBIT C

## SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD FROM FEBRUARY 1, 2011 THROUGH MAY 31, 2011

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Richard M. Pachulski, Partner | 1979 | $950.00 | 421.90 | $400,805.00 |
| Richard M. Pachulski, Partner | 1979 | $475.00 | 10.90 | $5,177.50 |
| Dean A. Ziehl, Partner | 1978 | $895.00 | 356.60 | $319,157.00 |
| Dean A. Ziehl, Partner | 1978 | $447.50 | 8.00 | $3,580.00 |
| Robert B. Orgel, Partner | 1981 | $850.00 | 528.30 | $449,055.00 |
| Henry C. Kevane, Partner | 1986 | $795.00 | 0.20 | $159.00 |
| Andrew W. Caine, Partner | 1989 | $825.00 | 0.90 | $742.50 |
| James K.T. Hunter, Of Counsel | 1988 | $725.00 | 2.60 | $1,885.00 |
| Steven J. Kahn, Of Counsel | 1977 | $725.00 | 278.10 | $201,622.50 |
| Steven J. Kahn, Of Counsel | 1977 | $362.50 | 10.6 | $3,842.50 |
| Daryl G. Parker, Of Counsel | 1970 | $725.00 | 54.10 | $39,222.50 |
| Nina L. Hong, Partner | 1996 | $575.00 | 19.70 | $11,327.50 |
| Shirley S. Cho, Of Counsel | 1997 | $650.00 | 2.20 | $1,430.00 |
| Harry Hochman, Of Counsel | 1987 | $650.00 | 320.20 | $208,130.00 |
| Malhar S. Pagay, Partner | 1997 | $595.00 | 0.40 | $238.00 |
| Jonathan J. Kim, Of Counsel | 1995 | $595.00 | 99.5 | $59,202.50 |
| Maria A Bove, Of Counsel | 2001 | $625.00 | 213.3 | $133,312.50 |
| Maria A Bove, Of Counsel | 2001 | $312.50 | 0.90 | $281.25 |
| John W. Lucas, Associate | 2005 | $495.00 | 224.60 | $111,177.00 |
| Jason H. Rosell, Associate | 2010 | $395.00 | 8.00 | $3,160.00 |
| Leslie A. Forrester, Paralegal | N/A | $275.00 | 2.90 | $797.50 |
| Denise A. Harris, Paralegal | N/A | $255.00 | 29.40 | $7,497.00 |
| Mike A. Matteo, Paralegal | N/A | $220.00 | 1.70 | $374.00 |
| Jorge E. Rojas, Paralegal | N/A | $250.00 | 17.50 | $4,375.00 |

DOCS_NY:24971.3 52063-001

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Shawn A. Quinlivan, Paralegal | N/A | $255.00 | 14.10 | $3,595.50 |
| TIME CHARGES TOTAL: | | | 2,626.60 | $1,970,146.25 |

Total Hours:                2,626.60

Blended Hourly Rate:        $750.07
(Attorneys and Paralegals)

Blended Hourly Rate:        $762.79
(Attorneys)