# EXHIBIT D

## SUMMARY OF DISBURSEMENTS

| Expense Category | Total Expenses |
|---|---|
| Airline Fare | $1,214.06 |
| Airport Parking | $63.00 |
| Auto Travel Expense | $3,706.61 |
| Conference Call | $187.69 |
| Federal Express | $791.51 |
| Filing Fee | $9.95 |
| Guest Parking | $27.60 |
| Hotel Expense | $1,104.66 |
| Legal Vision Attorney Messenger Service | $644.50 |
| Lexis/Nexis Legal Research | $3,522.90 |
| Outside Reproduction Expense | $17,110.20 |
| Outside Services | $5,292.15 |
| Pacer – Court Research | $1,124.00 |
| Postage | $384.41 |
| Reproduction Expense | $4,029.20 |
| Reproduction/Scan Copy | $5,559.80 |
| Transcript | $822.35 |
| Travel Expense | $23.65 |
| Westlaw Legal Research | $17,051.70 |
| Witness Fee | $87.47 |
| Working Meals | $259.47 |
| **TOTAL DISBURSEMENTS:** | **$63,016.88** |