# EXHIBIT F

Case No.:08-13555 (JMP)

Case Name: In re: Lehman Brothers
Holdings, et al.

**CURRENT FEE PERIOD:**
**FEBRUARY 1, 2011 to MAY 31, 2011**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | August 15, 2011,  Docket No. [--] | $5,557,558.50 | | $194,469.22 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

03690.61377/4288690.1  SCHEDULE A(1)                    DATE: _____                    INITIALS: _____USBJ