# EXHIBIT B

### Summary of Expenses

| SUMMARY OF LEGAL EXPENSES | |
|---|---|
| Category | Total |
| Official Records Search | 48.24 |
| Professional Investigative Services | 13,029.38 |
| Automated Research | 2,409.24 |
| Local Transportation | 139.29 |
| Business Meals | 200.00 |
| Document Reproduction | 368.90 |
| Document Delivery | 275.34 |
| Mailing Charges | 5.80 |
| TOTAL | $16,476.19 |