# EXHIBIT B-1

| SUMMARY OF LEGAL EXPENSES BY TASK CODE |
|---|
| TASK CODE - 0300   MATTER NO. 09114001 |
| PROJECT MONITORING/COURT CALENDAR & DOCKET MAINTENANCE |

| Category | Total |
|---|---|
| Official Records Search | 45.84 |
| Document Reproduction | 2.60 |
| TOTAL | $48.44 |

| SUMMARY OF LEGAL EXPENSES BY TASK CODE |
|---|
| TASK CODE - 4100   MATTER NO. 09114014 |
| 2004 ISSUES |

| Category | Total |
|---|---|
| Professional Investigative Services | 13,029.38 |
| Official Records Search | 2.40 |
| Local Transportation | 139.29 |
| Business Meals | 200.00 |
| Automated Research | 2,409.24 |
| Document Reproduction | 320.00 |
| Document Delivery | 226.29 |
| Mailing Charges | 5.80 |
|  | 0 |
| TOTAL | $16,332.40 |

| SUMMARY OF LEGAL EXPENSES BY TASK CODE |
|---|
| TASK CODE - 4600   MATTER NO. 09114019 |
| FIRM'S OWN BILLING/FEE APPLICATIONS |

| Category | Total |
|---|---|
| Document Reproduction | 46.30 |
| Document Delivery | 49.05 |
| TOTAL | 95.35 |