# EXHIBIT C

## Hours and Fees for Services Rendered for the Interim Fee Period by Category

| Matter Number/Task Code | Category | Total Hours | Total Amount |
|---|---|---|---|
| | SUMMARY BY TASK CODE AND CATEGORY | | |
| 09114001 - 0300 | Project Monitoring/Court Calendar & Docket Maintenance | 26.20 | $4,323.00 |
| 09114008 - 1000 | Equity Holders/Motions /Hearings/Communications | 5.80 | $776.50 |
| 09114014 - 4100 | Rule 2004 Discovery Issues | 2,356.80 | $797,388.00 |
| 09114019 - 4600 | Firm's Own Billing/Fee Applications | 32.00 | $12,052.50 |
| Sub-Total: | | 2,420.80 | $814,540.00 |
| Less Voluntary Reduction Taken in the May 2011 Fee Statement: | | | ($83,859.00) |
| TOTAL: | | | $730,681.00 |