# EXHIBIT C-1

| TASK CODE - 0300 MATTER NO. 09114001 | | | | | |
|---|---|---|---|---|---|
| PROJECT MONITORING/COURT CALENDAR/DOCKET MAINTENANCE | | | | | |
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Michael Birnbaum | N/A | Paralegal | $165 | 6.40 | 1,056.00 |
| Gabriel Irizarry | N/A | Paralegal | $165 | 19.80 | 3,267.00 |
| TOTAL: | | | | 26.20 | $4,323.00 |

| TASK CODE - 1000 MATTER NO. 09114008 | | | | | |
|---|---|---|---|---|---|
| EQUITY HOLDERS/MOTIONS/HEARINGS/COMMUNICATIONS | | | | | |
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Jack W. Morrison | N/A | Managing Clerk | $130 | 5.30 | 689.00 |
| Francisco J. Velez | N/A | Managing Clerk | $175 | 0.50 | 87.50 |
| TOTAL: | | | | 5.80 | 776.50 |

| TASK CODE - 4100 MATTER NO. 09114014 | | | | | |
| --- | --- | --- | --- | --- | --- |
| 2004 ISSUES | | | | | |
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Michael J. Bowe | 1993 | Partner | $750 | 30.80 | $23,100.00 |
| Marc E. Kasowitz | 1978 | Partner | $1,000 | 1.50 | $1,500.00 |
| Albert Mishaan | 1995 | Partner | $685 | 3.90 | $2,671.50 |
| Gary W. Dunn | 1990 | Associate | $450 | 656.30 | $295,335.00 |
| Anna L. Felix | 2007 | Associate | $275 | 119.60 | $32,890.00 |
| Benjamin S. Goldstein | 2009 (NJ) | Associate | $275 | 135.90 | $37,372.50 |
| Jennifer S. Recine | 2004 | Associate | $435 | 0.70 | $304.50 |
| Stefan R. Stoyanov | 2004 | Associate | $480 | 68.40 | $32,832.00 |
| Michelle J. Vladimirsky | 2007 | Associate | $350 | 75.30 | $26,355.00 |
| Karina Aiello Rocha | 2006 | Staff Attorney | $300 | 178.00 | $53,400.00 |
| Matthew Cowherd | 2007 | Staff Attorney | $265 | 153.70 | $40,730.50 |
| Jorge Diaz | 2000 | Staff Attorney | $375 | 68.80 | $25,800.00 |
| Manjit Kalirao | 2005 | Staff Attorney | $300 | 92.10 | $27,630.00 |
| Dara J. Kaufman | 2004 | Staff Attorney | $325 | 67.00 | $21,775.00 |
| J. John Kim | 2005 | Staff Attorney | $395 | 9.30 | $3,673.50 |
| Patrick Moore | 2002 | Staff Attorney | $375 | 238.70 | $89,512.50 |
| Gregory S. Berry | N/A | Law Clerk | $300 | 34.10 | $9,377.50 |
| Aneta Naumova Brzova | N/A | Law Clerk | $175 | 307.30 | $53,777.50 |
| Thomas J. Albuquerque | N/A | Lit. Support | $175 | 0.70 | $122.50 |
| Tina Bui | N/A | Paralegal | $165 | 73.60 | $12,144.00 |
| Christine F. Gleitsmann | N/A | Paralegal | $225 | 3.30 | $742.50 |
| Gabriel Irizarry | N/A | Paralegal | $175 | 34.80 | $5,742.00 |
| Lianne S. Roberge | N/A | Paralegal | $195 | 2.50 | $487.50 |
| Richard M. LaRosa | N/A | Managing Clerk | $225 | 0.50 | $112.50 |
| TOTAL: | | | | 2,356.80 | $797,388.00 |

| TASK CODE - 4600 MATTER NO. 09114019 ||||||
|---|---|---|---|---|---|
| FIRM'S OWN BILLING/FEE APPLICATIONS ||||||
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Robert M. Novick | 1994 | Partner | $775 | 2.30 | $1,782.50 |
| Gary W. Dunn | 1990 | Associate | $450 | 13.90 | $6,255.00 |
| Benjamin S. Goldstein | 2010 | Associate | $275 | 12.50 | $3,437.50 |
| Thomas J. Albuquerque | N/A | Lit. Support | $175 | 3.30 | $577.50 |
| TOTAL: | | | | 32.00 | $12,052.50 |