# EXHIBIT D

08-13555-mg    Doc 19278-6    Filed 08/15/11    Entered 08/15/11 19:49:39    Exhibit D
Pg 1 of 9

# KBTF GROUP LLC

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-3352

FACSIMILE: 212-265-9179

FED. I.D. 02-0530967

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

MARC E. KASOWITZ
K09114001

March 30, 2011

INVOICE NUMBER 1101865

**RE: Lehman Brothers Holdings Inc.**

FOR INVESTIGATIVE SERVICES rendered for the month of FEBRUARY 2011

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 02/28/2011 Investigative Duties. | 2.00 | 215.00 | 430.00 |
| TOTAL HOURS/AMOUNT | 2.00 | | $430.00 |
| TOTAL DISBURSEMENTS | | | $.00 |

| | |
|---|---|
| FEES | $430.00 |
| DISBURSEMENTS | .00 |
| SALES TAX | 38.16 |
| **TOTAL AMOUNT DUE** | **$468.16** |

KBTF GROUP LLC IS A SUBSIDIARY COMPANY OF THE LAW FIRM
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

# KBTF Group LLC

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-3352

FACSIMILE: 212-265-9179

IGNATIUS LICATO
SENIOR INVESTIGATOR

June 30, 2011

The following report is a description of the work and hours spent conducting an investigation during the month of March and April 2011.
The investigation was conducted by KBTF group.
RE: Lehman Brothers

The investigation included but was not limited to researching documents such as news stories, blogs, internet and proprietary data base searches.

The following is a total of hours billed for the month of March and April 2011. **Invoice#1103200**

| Date | Investigator | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/27/2011 | 1-Investigator | 4.75 hours @ 270.00 an hour | | 1282.50 |
| 03/28/2011 | 1-Investigator | 4.25 hours @ 270.00 an hour | | 1147.50 |
| 03/29/2011 | 1-Investigator | 4.00 hour @ 270.00 an hour | | 1080.00 |
| 03/31/2011 | 1-Investigator | 1.50 hours @ 215.00 an hour | | 322.50 |
| 04/06/2011 | 1-Investigator | 2.00 hours @ 215.00 an hour | | 430.00 |
| 04/07/2011 | 1-Investigator | 2.00 hours @ 215.00 an hour | | 430.00 |
| 04/25/2011 | 1-Investigator | 4.25 hours @ 270.00 an hour | | 1147.50 |
| 04/26/2011 | 1-Investigator | 4.00 hours @ 215.00 an hour | | 860.00 |
| 04/26/2011 | 1-Investigator | 4.50 hours @ 270.00 an hour | | 1215.00 |
| 04/27/2011 | 1-Investigator | 3.00 hours @ 270.00 an hour | | 810.00 |
| 04/27/2011 | 1-Investigator | 1.00 hour @ 215.00 an hour | | 215.00 |
| 04/29/2011 | 1-Investigator | 4.25 hours @ 270.00 an hour | | 1147.50 |

Total Hours/Amount        39.50              $10,087.50
Total disbursements                              4.95

KBTF GROUP LLC

| | |
|---|---|
| Fees | $10.087.50 |
| Disbursements | 4.95 |
| Sales Tax | 895.27 |
| Total amount Due | $10.987.72 |

```
DATE: 06/27/11 16:06:08 RECAP PRO FORMA FOR INVOICE 1103200 FOR FILE (K09114001) K09114001                    Page 1 (1)
```

*------MATTER DESCRIPTION------*  *------BILLING INSTRUCTIONS------*
Lehman Brothers Holdings Inc.

*------CLIENT INFORMATION------*     --CLIENT NUMBER--   --ORIGINATING--   --BILLING--   --SUPERVISING--
Kasowitz, Benson, Torres & Friedman LLP    444444              5864            5864           5401
                                                             J HOLOHAN       J HOLOHAN      M KASOWITZ

*------TIME ENTRIES------*

```
                       WORKED              BILLED
                 ------------------  ------------------
INDEX    INIT  DATE   STAT HOURS  AMOUNT  HOURS  AMOUNT  BILL DATE DESCRIPTION
3251114  6739  042701  B   1.00   215.00  1.00   215.00  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Robert Coffaro
3251287  6779  032711  B   4.75  1282.50  4.75  1282.50  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Kenneth L. Cain
3251288  6779  032811  B   4.25  1147.50  4.25  1147.50  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Kenneth L. Cain
3251289  6779  032911  B   4.00  1080.00  4.00  1080.00  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Kenneth L. Cain
3251300  6765  033111  B   1.50   322.50  1.50   322.50  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Heidi Postlewait
3251301  6765  040611  B   2.00   430.00  2.00   430.00  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Heidi Postlewait
3251302  6765  040711  B   2.00   430.00  2.00   430.00  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Heidi Postlewait
3251274  6779  042511  B   4.25  1147.50  4.25  1147.50  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Kenneth L. Cain
3251113  6739  042611  B   4.00   860.00  4.00   860.00  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Robert Coffaro
3251275  6779  042611  B   4.50  1215.00  4.50  1215.00  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Kenneth L. Cain
3251276  6779  042711  B   3.00   810.00  3.00   810.00  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Kenneth L. Cain
3251277  6779  042911  B   4.25  1147.50  4.25  1147.50  05/31/11  Investigative research.
         (ASC)
         Timekeeper: Kenneth L. Cain
                                         ----------
                     FEE SUBTOTAL         10087.50
                                         ----------
```

*------COST ENTRIES------*

DATE: 06/27/11 16:06:08 RECAP PRO FORMA FOR INVOICE 1103200 FOR FILE (K09114001) K09114001                              Page 2 (2)

| INDEX | DATE STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER | BILL DATE |
|---|---|---|---|---|---|---|---|
| 2158684 | 041511 B | 4.95 | MAILING CHARGES - - VENDOR: POSTLEWAIT, HEIDI POSTAGE/MAIL CHARGES ON 4/5/11, INV # 041511, DATE 4/15/11 | 92 | 5864 | 288129 | 05/31/11 |
|  |  | ---------- |  |  |  |  |  |
|  |  | 4.95 |  |  |  |  |  |

TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE  . . . . . .   12027.50
COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE  . . . . . .    3125.66

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL

# KBTF GROUP LLC

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-3352

FACSIMILE: 212-265-9179

IGNATIUS LICATO
SENIOR INVESTIGATOR

August 12, 2011

The following report is a description of the work and hours spent conducting an investigation during the month of May 2011.
The investigation was conducted by KBTF group.
RE: Lehman Brothers.

The investigation included but was not limited to researching documents such as news stories, blogs, internet and proprietary data base searches.

The following is a total of hours billed for the month of May 2011. **Invoice#1103955**

| Date | | | |
|---|---|---|---|
| 05/20/2011 | 1-Investigator | 2.00 hours @ 340.00 an hour | 680.00 |
| 05/23/2011 | 1-Investigator | 2.00 hours @ 340.00 an hour | 680.00 |

| | | | |
|---|---|---|---|
| Total Hours/Amount | 4.00 | | $1,360.00 |
| Total disbursements | | | 133.40 |

| | |
|---|---|
| Fees | $1,360.00 |
| Disbursements | 133.40 |
| Sales Tax | 120.70 |
| Total amount Due | $1,614.10 |

# KBTF GROUP LLC

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-3352

FACSIMILE: 212-265-9179

FED. I.D. 02-0530967

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

MARC E. KASOWITZ
K09114014

INVOICE NUMBER 1103955　　　　　　　　　　June 30, 2011

RE: Lehman Brothers Holdings Inc./ 4100 - 2004 Issues

FOR INVESTIGATIVE SERVICES rendered for the month of MAY 2011

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 05/31/2011 Investigative Duties. | 4.00 | 340.00 | 1,360.00 |
| TOTAL HOURS/AMOUNT | 4.00 |  | $1,360.00 |
| TOTAL DISBURSEMENTS |  |  | $133.40 |

| FEES | $1,360.00 |
|---|---|
| DISBURSEMENTS | 133.40 |
| SALES TAX | 120.70 |
| **TOTAL AMOUNT DUE** | **$1,614.10** |

KBTF GROUP LLC IS A SUBSIDIARY COMPANY OF THE LAW FIRM
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

```
DATE: 08/12/11 11:51:12 RECAP PRO FORMA FOR INVOICE 1103955 FOR FILE (K09114014) K09114014          Page 1 (1)
```

*-----MATTER DESCRIPTION-----*           *-----BILLING INSTRUCTIONS-----*
Lehman Brothers Holdings Inc./ 4100 - 2004 Issues

*-----CLIENT INFORMATION-----*     --CLIENT NUMBER--   --ORIGINATING--   --BILLING--   --SUPERVISING--
Kasowitz, Benson, Torres & Friedman LLP        444444              5864          5864            5401
                                                              J HOLOHAN     J HOLOHAN       M KASOWITZ

*-----TIME ENTRIES-----*

                            WORKED              BILLED
                      ------------------   ------------------
INDEX    INIT  DATE   STAT HOURS   AMOUNT  HOURS    AMOUNT    BILL DATE  DESCRIPTION
3249903  6145  052011  B   2.00    680.00   2.00    680.00    06/30/11   Research on current SAC Capital employees.
         (6145)
         Timekeeper: IGNATIUS LICATO
3249904  6145  052311  B   2.00    680.00   2.00    680.00    06/30/11   Conducted research and contact information on
         (6145)                                                          current and former SAC employees.
         Timekeeper: IGNATIUS LICATO
                                                    --------
                           FEE SUBTOTAL             1360.00

*-----COST ENTRIES-----*

INDEX    DATE STAT   AMOUNT   DESCRIPTION                                                 CODE   TKPER   VOUCHER   BILL DATE
2209603  052611 B    133.40   OFFICIAL RECORDS SEARCH - - VENDOR: AMERICAN                 01    5864    290862    06/30/11
                              EXPRESS LEXISNEXIS RISK MGT APRIL 2011 RECORD
                              SEARCH/REPORTS ON 5/4/11, INV # 052611JH, DATE
                              5/26/11
                     --------
                     133.40

                 TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE  . . . . . .     0.00
                 COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE  . . . . . .   167.11


                 ( ) BILL COSTS AND FEES              ( ) DO NOT BILL
                 ( ) BILL FEES ONLY                   ( ) CLOSE FILE
                 ( ) BILL COSTS ONLY                  ( ) FINAL BILL