# EXHIBIT E

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
Marc E. Kasowitz
Michael J. Bowe
Robert M. Novick
Albert S. Mishaan

*Special Counsel for Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
In re:                                                  : Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.   : No. 08-13555 (JMP)
                                                        :
                                Debtors.        : (Jointly Administered)
---------------------------------x

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

    Upon consideration of the Application for Allowance of Interim Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing February 1, 2011 through May 31, 2011; and a hearing having been held before this Court to consider the Application on _____; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby

    ORDERED that the Application is granted to the extent set forth in Schedule "A."

Date:  New York, New York
           _____, 2011

                                                             _____
                                                             United States Bankruptcy Judge
                                                            Southern District of New York

Case No.:     08-13555 (JMP)
Case Name:    In Re Lehman Brothers Holdings, Inc., et al.

CURRENT FEE PERIOD:
February 1, 2011 through May 31, 2011

| APPLICANT | DATE AND DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Kasowitz, Benson, Torres & Friedman LLP | _____, 2011 Docket No. | $730,681.00 | | $16,476.19 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SCHEDULE: A        DATE:_____        INITIALS: _____ USBJ