B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

                Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Merrill Lynch Credit Products, LLC**
Name of Transferee

**Bank of Scotland PLC**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim #: **17718**
Amount of Claim: **$90,965,574.96**
Date Claim Filed: **9/18/09**

**Merrill Lynch Credit Products, LLC**
**c/o Bank of America Merrill Lynch**
**Bank of America Tower, 3rd Floor**
**One Bryant Park**
**New York, NY 10036**

Phone: **646-855-7450**
Facsimile: **646-736-5233**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ /s/
   Transferee/Transferee's Agent

Date: 8/16/2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Bank of Scotland Plc

BANK OF SCOTLAND PLC, a public limited company, acting through its office located at 10 Gresham Street, London EC2V 7AE ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably assigned to Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of USD 90,965,574.96, docketed as Claim No. 0000017718 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 16th day of AUGUST, 2010.

BANK OF SCOTLAND PLC

WITNESS:

_____
(Signature)
Name: IAIN PIRRIE
Title: RELATIONSHIP DIRECTOR
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)
Name: DAVID COLE
Title: RELATIONSHIP DIRECTOR
Tel.: 020 7357 1461

MERRILL LYNCH CREDIT PRODUCTS, LLC

WITNESS:

_____
(Signature)
Name: JEFF BENESH
Title: ASSOCIATE
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)
Name: RON TOROK
Title: VICE PRESIDENT
Tel.: _____