**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile  (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Conflicts Counsel for the Debtors*
  *and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                      :    **Chapter 11**
**In re:**                                            :
                                                      :    **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :
                                                      :    **(Jointly Administered)**
            **Debtors.**                              :
                                                      :
------------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )

       Georgia Faust, being duly sworn, deposes and says:

       1.    I am not a party to this action, am over 18 years of age, and reside in New York, New York.

       2.    On August 15, 2011, I caused to be served a true and correct copy of Curtis' Eighth Interim Fee Application [docket no. 19268] upon the parties listed on the appended Exhibit A by the delivery methods listed respective to each party served.

                                           /s/ Georgia Faust
                                           Georgia Faust

Sworn to before me this
16th day of August 2011

/s/ James V. Drew
  Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02DR6079092**
**Qualified in Kings County**
**Commission Expires August 12, 2014**

# EXHIBIT A

**BY HAND DELIVERY**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention:  Elisabetta G. Gasparini, Esq.
             Andrea B. Schwartz, Esq.

**BY HAND DELIVERY**
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY  10020
Attention:  John Suckow
             William Fox

**BY HAND DELIVERY**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Richard P. Krasnow, Esq.

**BY HAND DELIVERY**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention:   Dennis F. Dunne, Esq.
              Dennis O'Donnell, Esq.
              Evan Fleck, Esq.

**BY FIRST CLASS MAIL**
Chair of the Fee Committee
c/o Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attention:  Richard Gitlin, Esq.

**BY FIRST CLASS MAIL**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attention:  Katherine Stadler, Esq.
             Monica Santa Maria, Esq.

**BY FIRST CLASS MAIL**
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Attention:  Timothy F. Nixon, Esq.