B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re   Lehman Brothers Holdings Inc., *et al.,* Debtors        Case No. 08-13555 (JMP)
(Jointly Administered)

*Lehman Brothers Commodity Services, Inc.*        *Case No. 08-13885*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Avenue TC Fund, L.P._____        JP Morgan Chase Bank, N.A.____
Name of Transferee        Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 67330
should be sent:        Amount of Claim: $2,379,442.75
        Date Claim Filed: 2/11/2011

399 Park Avenue, 6th Floor
New York, NY  10022
Attn: David S. Leinwand

Phone: (212) 878-3500_____        Phone: (212) 834-5857
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: /s/ David S. Leinwand_____        Date:   8/16/2011_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.