BINGHAM McCUTCHEN LLP
Michael J. Reilly
Joshua Dorchak
Erin K. Mautner
399 Park Avenue
New York, NY 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

*Attorneys for Wells Fargo Bank Northwest, N.A.,
as Indenture Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Wells Fargo Bank Northwest, N.A., solely in its capacity as Indenture Trustee for holders of certain notes issued by OMX Timber Finance II, LLC (in such capacity, the "Trustee" or the "Noticing Party") hereby appears by its counsel, Bingham McCutchen LLP, and demand, pursuant to rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

A/74483494.1

Michael J. Reilly, Esq.
Joshua Dorchak, Esq.
Erin K. Mautner, Esq.
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 705-7000
Fax: (212) 752-5378
michael.reilly@bingham.com
joshua.dorchak@bingham.com
erin.mautner@bingham.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by electronic mail, postal delivery, overnight courier, telephone, fax, or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of the Noticing Party to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of: (i) the Noticing Party's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Noticing Party's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Noticing Party's right to seek abstention pursuant to section 305 of the Bankruptcy Code or to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Noticing Party is or may be entitled under any agreement, in law, or in

A/74483494.1                                    2

equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Noticing Party expressly reserves.

Dated:  August 16, 2011
       New York, New York

                            BINGHAM McCUTCHEN LLP

                          By:  /s/ Michael J. Reilly
                               Michael J. Reilly
                               Joshua Dorchak
                               Erin K. Mautner
                               399 Park Avenue
                               New York, NY 10022
                               Telephone:  (212) 705-7000
                               Fax:  (212) 752-5378
                               michael.reilly@bingham.com
                               joshua.dorchak@bingham.com
                               erin.mautner@bingham.com

                               *Attorneys for Wells Fargo Bank Northwest, N.A.,*
                               *as Indenture Trustee*

A/74483494.1                                     3