Hearing Date: August 30, 2011 at 10:00 a.m. (Prevailing Eastern Time)

KLESTADT & WINTERS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
570 Seventh Avenue, 17th Floor
New York, NY 10018
Tel: (212) 972-3000
Fax: (212) 972-2245

*Attorneys for **OMX Timber Finance Investments II, LLC***

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
                                                        :
In re:                                                  :          **Chapter 11**
                                                        :
**LEHMAN BROTHERS HOLDINGS, INC., *et al.*,**           :          **Case No. 08-13555 (JMP)**
                                                        :
                          **Debtors.**                  :          **(Jointly Administered)**
--------------------------------------------------------------------:

**OMX TIMBER FINANCE INVESTMENTS II, LLC'S  JOINDER IN OBJECTION OF
WELLS FARGO BANK NORTHWEST, N.A., AS INDENTURE TRUSTEE, TO
DEBTORS' AMENDED MOTION FOR (I) APPROVAL OF THE DISCLOSURE
STATEMENT AND THE FORM AND MANNER OF NOTICE OF THE DISCLOSURE
STATEMENT HEARING, (II) ESTABLISHING SOLICITATION AND VOTING
PROCEDURES, (III) SCHEDULING A CONFIRMATION HEARING, AND
(IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR
<u>CONFIRMATION OF THE DEBTORS' JOINT CHAPTER 11 PLAN</u>**

OMX Timber Finance Investments II, L.L.C. ("<u>OMX Timber II</u>"), by and through its

undersigned counsel, hereby joins in the Objection of Wells Fargo Bank Northwest, N.A., as

Indenture Trustee (in such capacity, the "<u>Trustee</u>"), to Debtors' Amended Motion for (I)

Approval of the Disclosure Statement and the Form and Manner of Notice of the Disclosure

Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a

Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation

of the Debtors' Joint Chapter 11 Plan (the "Objection").[1]  In light of the relatedness of OMX

Timber II's claim (Proof of Claim No. 17120) to the Trustee's claim,[2] OMX Timber II joins in

the Objection for all of the reasons set forth therein.

Date: August 16, 2011                    Respectfully submitted,


                                         KLESTADT & WINTERS, LLP

                                         By: */s/ John E. Jureller, Jr.*
                                                Tracy L. Klestadt
                                                John E. Jureller, Jr.
                                         292 Madison Avenue, 17th Floor
                                         New York, NY 10017
                                         Tel: (212) 972-3000
                                         Fax: (212) 972-2245

                                         Attorneys for **OMX Timber Finance
                                         Investments II, L.L.C.**

---

[1]      The Debtors extended OMX Timber II's deadline to file an objection to the disclosure statement motion to
August 16, 2011 at 5:00 p.m.

[2]      See Objection at paragraph 13, fn. 3.