KLESTADT & WINTERS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
570 Seventh Avenue, 17th Floor
New York, New York 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Attorneys for *OMX Timber Finance Investments II, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re LEHMAN BROTHERS HOLDINGS,         :    Case No. 08-13555 (JMP)
INC., *et al.*                                     :    (Jointly Administered)
                                                           :
                                                           :
                Debtors.                           :
                                                           :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2011, a true and complete copy of the foregoing **OMX Timber Finance Investments II, LLC's Joinder in Objection of Wells Fargo Bank Northwest, N.A., As Indenture Trustee, To Debtors' Amended Motion For (I) Approval Of The Disclosure Statement And The Form And Manner Of Notice Of The Disclosure Statement Hearing, (II) Establishing Solicitation And Voting Procedures, (III) Scheduling A Confirmation Hearing, And (IV) Establishing Notice And Objection Procedures For Confirmation of Debtors' Joint Chapter 11 Plan** was caused to be served (i) electronically upon all parties registered for ECF service and (ii) all parties on the attached service list, by Federal Express Overnight Delivery.

Dated: August 16, 2011

                                                            */s/ John E. Jureller, Jr.*
                                                            John E. Jureller, Jr.

## SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004


The Office of the United States Trustee
For Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
    Elisabetta Gasparini, Esq.
    Andrea B. Schwartz, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq.
    Lori R. Fife, Esq.
    Alfredo R. Perez, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.