UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
:
In re                                                       :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   Case No. 08-13555 (JMP)
:
Debtors.                    :   (Jointly Administered)
:
----------------------------------------------------------x

### VERIFIED STATEMENT OF WELLS FARGO BANK NORTHWEST, N.A. IN ITS CAPACITY AS INDENTURE TRUSTEE PURSUANT TO BANKRUPTCY RULE 2019

Wells Fargo Bank Northwest, N.A. ("Wells Fargo"), in the capacity described below, having an address at 299 South Main Street, 12th Floor, Salt Lake City, UT 84111 makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Verified Statement").

1. Wells Fargo serves as indenture trustee for the holders of those certain Class A-2 Secured Notes due 2019 (the "Notes") in the principal amount of approximately $735 million and secured by that certain $817.5 million installment note guaranteed by Lehman Brothers Holdings Inc. issued pursuant to that certain Indenture dated as of December 21, 2004 (as amended from time to time, the "Indenture") by and between OMX Timber Finance Investments II, LLC ("OMX") and Wells Fargo.

2. The terms and conditions of the securities are set forth in various documents in addition to the Notes and the Indenture. These documents may include, prospecti, prospectus supplements, pricing supplements and term sheets, among other agreements. Because of the large number and volume of such agreements, Wells Fargo has not attached copies of all agreements relevant to the securities. Any party wishing to obtain copies may send its request to Wells Fargo at the address provided in this Verified Statement.

A/74446676.4

3. In addition to the outstanding principal amount set forth above, the fees, costs and expenses of Wells Fargo in its capacity as indenture trustee (including the fees, costs and expenses of Wells Fargo's counsel) are payable pursuant to the Indenture.

4. The names and addresses of the holders to whom the Notes were issued pursuant to the Indenture are registered and maintained by Wells Fargo in its capacity as Note Registrar, in accordance with the provisions of the Indenture. The names and addressees of the holders of the Notes may be furnished to any party in interest that is otherwise entitled (pursuant to the Indenture or applicable law) to such information, and in accordance with any relevant orders that may be entered by the Bankruptcy Court. The beneficial holders of the Notes may change from time to time during the course of these cases.

5. The claims held by the holders of the Notes are in the nature of claims for money loaned, as evidenced by the Notes and the Indenture.

6. Wells Fargo holds rights as provided in the Indenture and the instruments executed and delivered in connection with the Indenture. In addition to Wells Fargo's right to take action in its own name and in its capacity as indenture trustee to collect on the claims of the holders of the Notes, or otherwise as provided in the Indenture or applicable law, Wells Fargo has claims for the reimbursement of its reasonable fees and expenses (including the reasonable fees and expenses of its counsel) arising from its pre- and postpetition services and the performance of its duties under the Indenture.

7. Wells Fargo reserves the right to periodically communicate with various holders of the Notes from time to time, and take action as directed and indemnified by such holders, including the receipt of payment and reimbursement of its reasonable fees and expenses (including the reasonable fees and expenses of its counsel) arising from its pre- and postpetition services and the performance of its duties under the Indenture.

8. Wells Fargo reserves the right to supplement or amend this Verified Statement at any time.

9. The undersigned is authorized to make the foregoing statements and verifies that such statements are accurate.

Dated: August 16, 2011

_____

Wells Fargo Bank Northwest, N.A.
299 South Main Street, 12th Floor
Salt Lake City, UT 84111