**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

-----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Christopher Clark, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on August 15, 2011, I caused a true and correct copy of the *Eighth Interim Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Interim Compensation for Professional Services Rendered and Expenses Incurred During the Period February 1, 2011 Through May 31, 2011*, ("Interim Application"),as it was filed on the bankruptcy proceedings docket, to be served by electronic mail to all persons and entities to have formally appeared and requested service in these cases, a complete list of the e-mail address served is attached hereto as Schedule A, PDF format.

Further, I certify that on August 16, 2011, I caused a true and correct copy the Interim Application to be served on the parties listed in Schedule B by place a properly addressed and stamped envelope into the care custody of United States Postal Service.

Due to the voluminous size of the exhibits D and E, the full versions were not served, except that on August 16, 2011, I caused a true and correct copy the Interim Application to be

served on the parties listed in Schedule C, as identified in the Fourth Amended Compensation Order, in a manner prescribed by said order.

Dated:  August 16, 2011
       New York, New York

                                        **QUINN EMANUEL URQUHART
                                        & SULLIVAN, LLP**

                                        /s/ Christopher Clark

                                        51 Madison Avenue
                                        New York, New York 10010
                                        Telephone No.:  (212) 849-7000
                                        Facsimile No.:  (212) 849-7100

SCHEDULE A

richard.krasnow@weil.com; lori.fife@weil.com; robert.lemons@weil.com; jacqueline.marcus@weil.com; giddens@hugheshubbard.com; kiplok@hugheshubbard.com; kobak@hugheshubbard.com; margolin@hugheshubbard.com; lubell@hugheshubbard.com; wiltenburg@hugheshubbard.com; ddunne@milbank.com; wfoster@milbank.com; dodonnell@milbank.com; efleck@milbank.com; paronzon@milbank.com; gbray@milbank.com; robert.yalen@usdoj.gov; tarbit@cftc.gov; rwasserman@cftc.gov; sharbeck@sipc.org; jwang@sipc.org; jean-david.barnea@usdoj.gov; joseph.cordaro@usdoj.gov; newyork@sec.gov; jacobsonn@sec.gov; jbromley@cgsh.com; lschweitzer@cgsh.com; lgranfield@cgsh.com; ctatelbaum@adorno.com; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; rajohnson@akingump.com; lisa.kraidin@allenovery.com; ken.coleman@allenovery.com; daniel.guyder@allenovery.com; mgreger@allenmatkins.com; krodriguez@allenmatkins.com; tduffy@andersonkill.com; rrussell@andrewskurth.com; s.minehan@aozorabank.co.jp; hirsch.robert@arentfox.com; angelich.george@arentfox.com; dowd.mary@arentfox.com; scousins@armstrongteasdale.com;sehlers@armstrongteasdale.com; charles_malloy@aporter.com; anthony_boccanfuso@aporter.com; jg5786@att.com; neal.mann@oag.state.ny.us; tony.davis@bakerbotts.com; dworkman@bakerlaw.com; peter@bankrupt.com; ffm@bostonbusinesslaw.com; csalomon@beckerglynn.com; aostrow@beckerglynn.com; cbrotstein@bm.net; mpucillo@bermanesq.com; wzoberman@bermanesq.com; aoberry@bermanesq.com; davids@blbglaw.com; dbarber@bsblawyers.com; dbarber@bsblawyers.com; smulligan@bsblawyers.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; mark.deveno@bingham.com; joshua.dorchak@bingham.com; carol.weinerlevy@bingham.com; raj.madan@bingham.com; aeckstein@blankrome.com; amcmullen@boultcummings.com; rjones@boultcummings.com; kurt.mayr@bgllp.com; kuehn@bragarwexler.com; notice@bkcylaw.com; mgordon@briggs.com; monica.lawless@brookfieldproperties.com; dludman@brownconnery.com; msiegel@brownrudnick.com; slevine@brownrudnick.com; schristianson@buchalter.com; christopher.schueller@bipc.com; timothy.palmer@bipc.com; fishere@butzel.com; sidorsky@butzel.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; israel.dahan@cwt.com; mark.ellenberg@cwt.com; jason.jurgens@cwt.com; sgordon@cahill.com; jlevitin@cahill.com; thomas_noguerola@calpers.ca.gov; cahn@clm.com; wanda.goodloe@cbre.com; dlemay@chadbourne.com; hseife@chadbourne.com; arosenblatt@chadbourne.com; spiotto@chapman.com; acker@chapman.com; heiser@chapman.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; maofiling@cgsh.com; jennifer.demarco@cliffordchance.com; andrew.brozman@cliffordchance.com; sara.tapinekis@cliffordchance.com; jen.premisler@cliffordchance.com; psp@njlawfirm.com; jwh@njlawfirm.com; lmay@coleschotz.com; jdrucker@coleschotz.com; jeff.wittig@coair.com; eschwartz@contrariancapital.com; bcarlson@co.sanmateo.ca.us; jbeiers@co.sanmateo.ca.us; lathompson@co.sanmateo.ca.us; mhopkins@cov.com; dcoffino@cov.com; araboy@cov.com; rlevin@cravath.com; rtrust@cravath.com; jlipson@crockerkuno.com; ttracy@crockerkuno.com; judy.morse@crowedunlevy.com; woconnor@crowell.com; bzabarauskas@crowell.com; heidi@crumbielaw.com; john@crumbielaw.com; jcarberry@cl-law.com; karen.wagner@dpw.com; james.mcclammy@dpw.comthomas.ogden@dpw.com; james.mcclammy@dpw.com; jjtancredi@daypitney.com; jwcohen@daypitney.com;

mcto@debevoise.com; glenn.siegel@dechert.com; iva.uroic@dechert.com; mmooney@deilylawfirm.com; mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com; pwright@dl.com; esmith@dl.com; mbienenstock@dl.com;igoldstein@dl.com; tdewey@dpklaw.com; dpegno@dpklaw.com; adiamond@diamondmccarthy.com; sloden@diamondmccarthy.com; aaaronson@dilworthlaw.com; cpappas@dilworthlaw.com; timothy.brink@dlapiper.com; matthew.klepper@dlapiper.com; thomas.califano@dlapiper.com; stephen.cowan@dlapiper.com; william.m.goldman@dlapiper.com; schnabel.eric@dorsey.com; heim.steve@dorsey.com; dove.michelle@dorsey.com; steven.troyer@commerzbank.com; jjoyce@dresslerpeters.com; robert.malone@dbr.com; ljkotler@duanemorris.com; tduffy@andersonkill.com; jim@atkinslawfirm.com; sandyscafaria@eaton.com; ezujkowski@emmetmarvin.com; aentwistle@entwistle-law.com; jbeemer@entwistle-law.com; jporter@entwistle-law.com; kkelly@ebglaw.com; dtatge@ebglaw.com; sgubner@ebg-law.com; cweber@ebg-law.com; lscarcella@farrellfritz.com; shari.leventhal@ny.frb.org; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; jhuh@ffwplaw.com; charles@filardi-law.com; alum@ftportfolios.com; dheffer@foley.com; jlee@foley.com; wmckenna@foley.com; dspelfogel@foley.com; sory@fdlaw.com; jhiggins@fdlaw.com; ahammer@freebornpeters.com; deggert@freebornpeters.com; walter.stuart@freshfields.com; patrick.oh@freshfields.com; peter.simmons@friedfrank.com; richard.tisdale@friedfrank.com; shannon.nagle@friedfrank.com; richard.tisdale@friedfrank.com; efriedman@friedumspring.com; drosenzweig@fulbright.com; jmerva@fult.com; jmelko@gardere.com; bankruptcy@ntexas-attorneys.com; relgidely@gjb-law.com; jgenovese@gjblaw.com; pbattista@gjb-law.com; dcimo@gjblaw.com; dcrapo@gibbonslaw.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; aseuffert@lawpost-nyc.com; tnixon@gklaw.com; jherzog@gklaw.com; jflaxer@golenbock.com; jwallack@goulstonstorrs.com; drosner@goulstonstorrs.com; gkaden@goulstonstorrs.com; brian.corey@greentreecreditsolutions.com; diconzam@gtlaw.com; cole@gtlaw.com; cousinss@gtlaw.com; melorod@gtlaw.com; tannweiler@greerherz.com; jamie.nelson@dubaiic.com; joy.mathias@dubaiic.com; jschwartz@hahnhessen.com; jorbach@hahnhessen.com; rmatzat@hahnhessen.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; agold@herrick.com; sselbst@herrick.com; ramona.neal@hp.com; ken.higman@hp.com; dpiazza@hodgsonruss.com; rleek@hodgsonruss.com; isgreene@hhlaw.com; sagolden@hhlaw.com; barbra.parlin@hklaw.com; arthur.rosenberg@hklaw.com; francois.janson@hklaw.com; richard.lear@hklaw.com; francois.janson@hklaw.com; john.monaghan@hklaw.com; barbra.parlin@hklaw.com; adam.brezine@hro.com; kerry.moynihan@hro.com; mmendez@hunton.com; keckhardt@hunton.com; jrsmith@hunton.com; cweiss@ingramllp.com; dave.davis@isgria.com; toby.r.rosenberg@irscounsel.treas.gov; mimi.m.wong@irscounsel.treas.gov; dbalog@intersil.com; teresa.oxford@invescoaim.com; afriedman@irell.com; klyman@irell.com; mneier@ibolaw.com; jay.hurst@oag.state.tx.us; ptrostle@jenner.com; dmurray@jenner.com; rbyman@jenner.com; gspilsbury@jsslaw.com; jowen769@yahoo.com; jfox@joefoxlaw.com; joseph.cordaro@usdoj.gov; eli.mattioli@klgates.com; drosner@kasowitz.com; aglenn@kasowitz.com; snewman@katskykorins.com; mprimoff@kayescholer.com; mprimoff@kayescholer.com; jaclyn.genchi@kayescholer.com kdwbankruptcydepartment@kelleydrye.com; mpage@kelleydrye.com; james.sprayregen@kirkland.com; david.seligman@kirkland.com; jay@kleinsolomon.com; jjureller@klestadt.com; chardman@klestadt.com; michael.kim@kobrekim.com; robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; tmayer@kramerlevin.com;

boneill@kramerlevin.com; acaton@kramerlevin.com; tmayer@kramerlevin.com; deggermann@kramerlevin.com; mlandman@lcbf.com; wballaine@lcbf.com; sree@lcbf.com; ekbergc@lanepowell.com; keith.simon@lw.com; david.heller@lw.com; peter.gilhuly@lw.com; richard.levy@lw.com; gabriel.delvirginia@verizon.net; ezweig@optonline.net; wswearingen@llf-law.com; sfineman@lchb.com; dallas.bankruptcy@publicans.com; austin.bankruptcy@publicans.com; peisenberg@lockelord.com; wcurchack@loeb.com; vrubinstein@loeb.com; loizides@loizides.com; robin.keller@lovells.com; omeca.nedd@lovells.com; chris.donoho@lovells.com; robin.keller@lovells.com; ilevee@lowenstein.com; krosen@lowenstein.com; vdagostino@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; twheeler@lowenstein.com; jprol@lowenstein.com; scargill@lowenstein.com; squigley@lowenstein.com; elevin@lowenstein.com; mwarren@mtb.com; jhuggett@margolisedelstein.com; fhyman@mayerbrown.com; atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com; emerberg@mayerbrown.com; tkiriakos@mayerbrown.com; swolowitz@mayerbrown.com; jstoll@mayerbrown.com; ashaffer@mayerbrown.com; hbeltzer@mayerbrown.com; jtougas@mayerbrown.com; cwalsh@mayerbrown.com; jlamar@maynardcooper.com; kreynolds@mklawnyc.com; mh1@mccallaraymer.com; bkmail@prommis.com; eglas@mccarter.com; kmayer@mccarter.com; wtaylor@mccarter.com; ggitomer@mkbattorneys.com; ncoco@mwe.com; gravert@mwe.com; icatto@mwe.com; phayden@mcguirewoods.com; sfox@mcguirewoods.com; dhayes@mcguirewoods.com; jmaddock@mcguirewoods.com; jsheerin@mcguirewoods.com; jmr@msf-law.com; tslome@msek.com; amarder@msek.com; jmazermarino@msek.com; harrisjm@michigan.gov; michael.frege@cms-hs.com; sdnyecf@dor.mo.gov; steve.ginther@dor.mo.gov; michael.kelly@monarchlp.com; davidwheeler@mvalaw.com; nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; lberkoff@moritthock.com; jpintarelli@mofo.com; lmarinuzzi@mofo.com; lmarinuzzi@mofo.com; yuwatoko@mofo.com ; kostad@mofo.com; tgoren@mofo.com; jpintarelli@mofo.com; lnashelsky@mofo.com; bmiller@mofo.com; bankruptcy@morrisoncohen.com; jsullivan@mosessinger.com; millee12@nationwide.com; jowolf@law.nyc.gov; susan.schultz@newedgegroup.com; ddrebsky@nixonpeabody.com; adarwin@nixonpeabody.com; vmilione@nixonpeabody.com; mberman@nixonpeabody.com; vmilione@nixonpeabody.com; bankruptcymatters@us.nomura.com; info2@normandyhill.com; crmomjian@attorneygeneral.gov; mjr1@westchestergov.com; jeremy.eiden@state.mn.us; martin.davis@ots.treas.gov; akantesaria@oppenheimerfunds.com; akantesaria@oppenheimerfunds.com; rdaversa@orrick.com; rdaversa@orrick.com; jguy@orrick.com; korr@orrick.com; dfelder@orrick.com; maustin@orrick.com; rfrankel@orrick.com; rwyron@orrick.com;lmcgowen@orrick.com; rdaversa@orrick.com; otccorpactions@finra.org; wsilverm@oshr.com; pfeldman@oshr.com; jar@outtengolden.com; rroupinian@outtengolden.com; wk@pwlawyers.com; chipford@parkerpoe.com; dwdykhouse@pbwt.com; bguiney@pbwt.com; harveystrickon@paulhastings.com;draelson@fisherbrothers.com; ddavis@paulweiss.com; chammerman@paulweiss.com; dshemano@pwkllp.com; kressk@pepperlaw.com; kovskyd@pepperlaw.com; wisotska@pepperlaw.com; lawallf@pepperlaw.com; meltzere@pepperlaw.com; schannej@pepperlaw.com; arlbank@pbfcm.com; jhorgan@phxa.com; david.crichlow@pillsburylaw.com; bill.freeman@pillsburylaw.com; mark.houle@pillsburylaw.com; splatzer@platzerlaw.com; dflanigan@polsinelli.com; jbird@polsinelli.com; cward@polsinelli.com; jsmairo@pbnlaw.com; tjfreedman@pbnlaw.com; bbisignani@postschell.com; fbp@ppgms.com; lml@ppgms.com;

rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; drose@pryorcashman.com; rbeacher@pryorcashman.com; canelas@pursuitpartners.com; schepis@pursuitpartners.com; susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com; robertdakis@quinnemanuel.com; jrabinowitz@rltlawfirm.com; arahl@reedsmith.com; kgwynne@reedsmith.com; jfalgowski@reedsmith.com; clynch@reedsmith.com; eschaffer@reedsmith.com; mvenditto@reedsmith.com; jlscott@reedsmith.com; dgrimes@reedsmith.com; rqureshi@reedsmith.com; albert@reitlerlaw.com; jshickich@riddellwilliams.com; gmoss@riemerlaw.com; abraunstein@riemerlaw.com; arheaume@riemerlaw.com; roger@rnagioff.com; ecohen@russell.com; russj4478@aol.com; mschimel@sju.edu; cmontgomery@salans.com;lwhidden@salans.com; cbelmonte@ssbb.com; tbrock@ssbb.com;pbosswick@ssbb.com; asnow@ssbb.com; aisenberg@saul.com; egeekie@schiffhardin.com; jkehoe@btkmc.com; bdk@schlamstone.com; nlepore@schnader.com; cohenr@sewkis.com; ashmead@sewkis.com; fsosnick@shearman.com; jgarrity@shearman.com; ned.schodek@shearman.com; ann.reynaud@shell.com; jennifer.gore@shell.com; cshulman@sheppardmullin.com; rreid@sheppardmullin.com; mcademartori@sheppardmullin.com; etillinghast@sheppardmullin.com; bwolfe@sheppardmullin.com; rreid@sheppardmullin.com; bankruptcy@goodwin.com; jtimko@shutts.com; aquale@sidley.com; aunger@sidley.com; rfriedman@silvermanacampora.com; sally.henry@skadden.com; fyates@sonnenschein.com;pmaxcy@sonnenschein.com; slerner@ssd.com; smayerson@ssd.com; rterenzi@stcwlaw.com; cgoldstein@stcwlaw.com; r.stahl@stahlzelloe.com; marc.chait@sc.com; echang@steinlubin.com; eobrien@sbchlaw.com;shgross5@yahoo.com; jlovi@steptoe.com; lromansic@steptoe.com; ritkin@steptoe.com; kpiper@steptoe.com; cs@stevenslee.com; cp@stevenslee.com; apo@stevenslee.com; cp@stevenslee.com; ppatterson@stradley.com; mcordone@stradley.com; mdorval@stradley.com; mcordone@stradley.com;ppatterson@stradley.com; mcordone@stradley.com; mdorval@stradley.com; ppatterson@stradley.com; djoseph@stradley.com; jmmurphy@stradley.com; landon@streusandlandon.com; villa@streusandlandon.com; streusand@streusandlandon.com; lhandelsman@stroock.com; dwildes@stroock.com; holsen@stroock.com; mspeiser@stroock.com; smillman@stroock.com; lacyr@sullcrom.com; feldsteinh@sullcrom.com; clarkb@sullcrom.com; schwartzmatthew@sullcrom.com; wrightth@sullcrom.com; mccombst@sullcrom.com; ssusman@susmangodfrey.com; paul.turner@sutherland.com; mark.sherrill@sutherland.com; miller@taftlaw.com; agbanknewyork@ag.tn.gov; marvin.clements@ag.tn.gov; thaler@thalergertler.com; geraci@thalergertler.com; ranjit.mather@bnymellon.com; robert.bailey@bnymellon.com; mmorreale@us.mufg.jp; yamashiro@sumitomotrust.co.jp; matt@willaw.com; ira.herman@tklaw.com; demetra.liggins@tklaw.com; rhett.campbell@tklaw.com; rhett.campbell@tklaw.com; mitchell.ayer@tklaw.com; david.bennett@tklaw.com; mbossi@thompsoncoburn.com; amenard@tishmanspeyer.com; mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com;jchristian@tobinlaw.com; neilberger@teamtogut.com; sskelly@teamtogut.com; oipress@travelers.com; mlynch2@travelers.com; hollace.cohen@troutmansanders.com; lee.stremba@troutmansanders.com; bmanne@tuckerlaw.com; mshiner@tuckerlaw.com; linda.boyle@twtelecom.com; dlipke@vedderprice.com; mjedelman@vedderprice.com; easmith@venable.com; sabramowitz@velaw.com; jwest@velaw.com; dkleiner@velaw.com; jeldredge@velaw.com; hsnovikoff@wlrk.com; rgmason@wlrk.com; arwolf@wlrk.com; cbelisle@wfw.com; jfreeberg@wfw.com; rgraham@whitecase.com;

tmacwright@whitecase.com; avenes@whitecase.com; ehollander@whitecase.com; ehollander@whitecase.com; azylberberg@whitecase.com; dbaumstein@whitecase.com; rgraham@whitecase.com; mruetzel@whitecase.com; ukreppel@whitecase.com; tlauria@whitecase.com; guzzi@whitecase.com; cshore@whitecase.com; lthompson@whitecase.com; jeanites@whiteandwilliams.com; bstrickland@wtplaw.com; dshaffer@wtplaw.com; szuch@wiggin.com;mabrams@willkie.com; mfeldman@willkie.com; aalfonso@willkie.com; rnetzer@willkie.com; dkozusko@willkie.com; mabrams@willkie.com; peter.macdonald@wilmerhale.com; jeannette.boot@wilmerhale.com; craig.goldblatt@wilmerhale.com; lisa.ewart@wilmerhale.com; jmcginley@wilmingtontrust.com; jbecker@wilmingtontrust.com; cschreiber@winston.com; dmcguire@winston.com; mkjaer@winston.com; dneier@winston.com; dravin@wolffsamson.com; jlawlor@wmd-law.com; bankr@zuckerman.com

SCHEDULE B

Office Of The Attorney General Of
The State Of New York
New York Office
120 Broadway
New York, NY 10271-0332

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007

SCHEDULE C

Elisabetta G. Gasparini.
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Andrea B. Schwartz
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Shai Y. Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

William Fox
Lehman Brothers Holdings, Inc.
1271 Avenue of the Americas
45th Floor
New York, NY 10020

John Suckow
Lehman Brothers Holdings, Inc.
1271 Avenue of the Americas
45th Floor
New York, NY 10020

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Richard Gitlin
Godfrey & Kahn S.C.
333 Main Street, Suite 600
P.O. Box 13067
Green Bay, WI 54307-3067