WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | |
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | |
| | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |
| | : | |

------------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED
FOR THE FORTY FIRST OMNIBUS HEARING ON AUGUST 17, 2011 AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

I.  **UNCONTESTED MATTERS:**

1.  Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. for Authority (I) to Create Two Auditable Credit-Worthy Guarantors, (II) to Contribute $50 Million to Each Such Entity, and (III) to Make Future Contribution of Up to $50 Million to Each Such Entity if Necessary **[Docket No. 18793]**

    Response Deadline:  August 10, 2011 at 4:00 p.m.

    Response Received:

    A.  Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 19242]**

    Related Document:

    B.  Declaration of Greg Chastain in Support of Debtors' Motion **[Docket No. 19240]**

    Status: This matter is going forward.

2.  Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority to Sell Interest in Rosslyn Syndication Partners JV LP **[Docket No. 18794]**

    Response Deadline:  August 10, 2011 at 4:00 p.m.

    Responses Received:

    A.  Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of the Motion **[Docket No. 19125]**

    B.  Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 19243]**

Related Document:

    C.    Declaration of Ashish Gupta in Support of Debtors' Motion **[Docket No. 19287]**

Status: This matter is going forward.

3. Notice of Presentment of Stipulation, Agreement and Order Between Lehman Commercial Paper Inc. and Piper Jaffray & Co. Regarding Settlement of Claims and Turnover of Certain Shares **[Docket No. 19026]**

    Response Deadline:    August 15, 2011 at 12:00 p.m.

    Responses Received:  None.

    Related Document:

        A.    Notice of Revised Stipulation, Agreement and Order **[Docket No. 19189]**

    Status: This matter is going forward.

4. Debtors' Motion for Approval of a Settlement and Compromise Among Lehman Brothers Holdings Inc., Lehman Commercial Paper Inc., and State Street Bank and Trust Company **[Docket No. 18542]**

    Response Deadline:    August 10, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Document:

        A.    Declaration of Gregory H. Chastain in Support of Debtors' Motion **[Docket No. 19301]**

    Status: This matter is going forward.

5. Debtors' Motion for Authorization to (i) Enter into an Asset Management Agreement for the Management of the Debtors Commercial Loan Portfolio and (ii) Sell Commercial Loans to Special Purpose Entities in Connection with the Issuance of Collateralized Loan Obligations **[Docket No. 18810]**

    Response Deadline:    August 10, 2011 at 4:00 p.m.

    Responses Received:  None.

  A. Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of the Debtors' Motion **[Docket No. 19198]**

  B. Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion **[Docket No. 19221]**

Related Documents:

  C. Declaration of Douglas Lambert in Support of Debtors' Motion **[Docket No. 18811]**

  D. Declaration of David Descoteaux in Support of Debtors' Motion **[Docket No. 18812]**

Status: This matter is going forward.

### SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:

### II. UNCONTESTED MATTER

6. Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Complimentary Settlement Agreements Between the Trustee and (I) Bank Leumi Le-Israel B.M. and (II) Israel Discount Bank Ltd. **[LBI Docket No. 4441]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Responses Received: None

Related Document:

  A. Notice of Supplement to Motion **[LBI Docket No. 4488]**

Status:  This matter is going forward.

### MATTERS TO BE HEARD AT 2:00 P.M.

### III. ADVERSARY PROCEEDINGS:

7. PT Bank Negara Indonesia (Persero) Tbk v. Lehman Brothers Special Financing, Inc., et al. **[Adversary Case No. 09-01480]**

**Pre-Trial Conference**

Related Documents:

  A. Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

        B.      Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

        C.      Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

        D.      Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

Status: This matter is going forward.

8. Turnberry et al v. Lehman Brothers Holdings Inc., et al. **[Adversary Case No. 09-01062]**

**Pre-Trial Conference**

Related Documents:

        A.      Adversary Complaint **[Docket No. 1]**

        B.      Answer of Jacquelyn Soffer, et al. to Counterclaim **[Docket No. 21]**

        C.      Answer and Counterclaim of Lehman Brothers Holdings Inc., et al. to Complaint **[Docket No. 30]**

        D.      Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 32]**

        E.      Lehman's Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 37]**

        F.      Plaintiffs' Reply in Support of Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 46]**

Status: This matter is going forward.

9. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adversary Case No. 10-02821]**

**Pre-Trial Conference**

Related Documents:

        A.      Adversary Complaint **[Docket No. 1]**

        B.      Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

      C.    Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

      D.    Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

      E.    Motion of Fontainebleau Resorts, LLC, et al. to Extend Time on Consent to Respond to Complaint **[Docket No. 35]**

Status: This matter is going forward.

10.    Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adversary Case No. 10-02823]**

**Pre-Trial Conference**

Related Documents:

      A.    Adversary Complaint **[Docket No. 1]**

      B.    Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

      C.    Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

      D.    Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

      E.    Motion of Fontainebleau Resorts, LLC, et al. to Extend Time on Consent to Respond to Complaint **[Docket No. 35]**

Status: This matter is going forward.

## IV.   **ADJOURNED MATTERS:**

**A.**   **Lehman Brothers Holdings Inc.:**

11.    Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code **[Docket No. 434]**

Response Deadline:   September 8, 2011 at 5:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

12. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

Response Deadline:    September 7, 2011 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

13. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

Response Deadline:    February 9, 2011 at 4:00 p.m.

Responses Received:

   A.   Debtors' Objection **[Docket No. 14398]**

   B.   Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[Docket No. 14462]**

Related Documents:

   C.   Affidavit of Michael E. Busch, Esq. in Support of Motion **[Docket No. 11514]**

   D.   Declaration of Christopher Milenkevich in Support of Debtors' Objection **[Docket No. 14454]**

Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

14. Motion of Jason T. Taylor for Relief from the Automatic Stay **[Docket No. 14377]**

Response Deadline:    September 7, 2011 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

15. Motion of Phillip Walsh for Relief from the Automatic Stay **[Docket No. 14571]**

   Response Deadline:   September 7, 2011 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

16. Application of Debtors for Authorization to Employ and Retain Milbank, Tweed Hadley & McCloy LLP, as Special Counsel to the Debtors in Connection with Certain Tax Related Matters **[Docket No. 14811]**

   Response Deadline:   March 18, 2011 at 11:00 a.m.

   Response Received

       A.   Objection of the United States Trustee **[Docket No. 15192]**

   Related Documents:   None.

   Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

17. Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[Docket No. 16016]**

   Response Deadline:   May 11, 2011 at 4:00 p.m.

   Responses Received:

       A.   Debtors' Objection **[Docket No. 16680]**

       B.   Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 16683]**

   Related Documents:   None.

   Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

18. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[Docket No. 16803]**

   Response Deadline:   June 8, 2011 at 4:00 p.m.

Response Received:

    A.    Debtors' Objection **[Docket No. 17502]**

Related Documents:   None.

Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

19.   Motion of Colorado Plaintiffs Authorizing 2004 Examination of Debtors **[Docket No. 15200]**

Response Deadline:   March 31, 2011

Responses Received

    A.    Debtors' Preliminary Response **[Docket No. 15522]**

    B.    Debtors' Objection **[Docket No. 15681]**

Related Document:

    C.    Notice of Proposed Order **[Docket No. 15201]**

Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

20.   Motion of Colorado Plaintiffs for Relief from the Automatic Stay **[Docket No. 15202]**

Response Deadline:   April 6, 2011

Response Received:

    A.    Debtors' Objection **[Docket No. 15681]**

Related Documents:   None.

Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

21.   Motion of the Ad Hoc Group of Lehman Brothers Creditors to Establish Disclosure Procedures **[Docket No. 17014]**

Response Deadline:   June 8, 2011 at 4:00 p.m.

Responses Received:

    A.    Debtors' Joinder to the Motion **[Docket No. 17461]**

B. Objection of Barclays Bank PLC, et al. **[Docket No. 17493]**

C. Deutsche Bundesbank's Limited Objection **[Docket No. 17498]**

D. Objection of Certain Holders of Notes Issued by Lehman Brothers Treasury Company B.V. **[Docket No. 17499]**

E. Opposition of Elliott Management Corp. **[Docket No. 17500]**

F. Response of The King Street Parties **[Docket No. 17503]**

G. Objection of The Baupost Group, L.L.C. **[Docket No. 17505]**

H. Limited Objection of DZ Bank AG Deutsche Zentral-Genossenschaftsbank **[Docket No. 17507]**

I. Objection of Davidson Kempner Capital Management LLC **[Docket No. 17508]**

J. Objection of Bank of America, N.A., et al. **[Docket No. 17509]**

K. Joinder of Nomura International PLC, et al. to the Objection of Barclays Bank PLC, et al. **[Docket No. 17510]**

L. CarVal Investors UK Limited's Limited Objection **[Docket No. 17512]**

M. Varde Partners, L.P.'s Objection **[Docket No. 17513]**

N. Objection of Libertyview Capital Management LLC and Certain Affiliated Funds **[Docket No. 17531]**

O. Objection of Lehman Brothers Mortgage Backed Securities Litigation Lead Plaintiff **[Docket No. 17532]**

P. Objection of Lehman Brothers Equity/Debt Securities Litigation Lead Plaintiffs **[Docket No. 17533]**

Q. Limited Objection of Official Committee of Unsecured Creditors **[Docket No. 17535]**

R. Objection of Och-Ziff Capital Management Group LLC **[Docket No. 17536]**

S. Joinder of Royal Bank of Canada in the Objection of the Official Committee of Unsecured Creditors **[Docket No. 17547]**

        T.      Objection of Certain Non-Consolidation Plan Proponents **[Docket No. 17561]**

        U.      Joinder of Angelo, Gordon & Co., L.P., et al. to Objection of Certain Non-Consolidation Plan Proponents **[Docket No. 17563]**

Related Documents:   None.

Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

**B.**    **Lehman Brothers Inc.:**

22.    RBS N.V.'s Motion for Order Dismissing, Without Prejudice, the LBI Trustee's Motion, Dated June 29, 2011, or Alternatively, Converting the LBI Trustee's Motion to an Adversary Proceeding Complaint, Requiring Application of Certain Bankruptcy and Local Rules, and Staying all Non-Discovery-Related Proceedings in Respect of the LBI Trustee's Motion Pending a Determination by the District Court with Respect To RBS N.V.'s Motion to Withdraw the Reference **[LBI Docket No. 4454]**

Response Deadline:   August 22, 2011 at 4:00 p.m.

Responses Received:   None.

Related Document:

        A.      Consent Order **[LBI Docket No. 4491]**

Status: This matter has been adjourned to September 14, 2011 at 10:00 a.m.

**V.**    **WITHDRAWN MATTERS:**

23.    Notice of Presentment of Application of the Debtors for Authorization to Expand the Scope of Their Retention of Pachulski Stang Ziehl & Jones LLP as Special Counsel, Nunc Pro Tunc to September 18, 2009 **[Docket No. 17154]**

Response Deadline:   July 13, 2011 at 4:00 p.m.

Response Received:

        A.      Objection of the United States Trustee **[Docket No. 18395]**

<u>Related Document</u>:

      B.    Notice of Withdrawal **[Docket No. 19227]**

<u>Status</u>: This matter has been withdrawn without prejudice.

Dated: August 16, 2011
      New York, New York

                    <u>/s/ Harvey R. Miller</u>
                    Harvey R. Miller

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

Dated: August 16, 2011
      New York, New York

                    <u>/s/ Jeffrey S. Margolin</u>
                    James B. Kobak, Jr.
                    Jeffrey S. Margolin

                    HUGHES HUBBARD & REED LLP
                    One Battery Park Plaza
                    New York, New York 10004
                    Telephone: (212) 837-6000
                    Facsimile: (212) 422-4726

                    Attorneys for James W. Giddens, Trustee for
                    the SIPA Liquidation of Lehman Brothers Inc.