UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holding Inc., Case No. 08-13555

**NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: Yugen Kaisha Chisen | Name of Transferor: Nomura Securities Co. Ltd. |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 0000017201 |
| Yugen Kaisha Chisen<br>Fuji Building 10F<br>3-2-3, Marunouchi<br>Chiyoda-ku, Tokyo<br>Japan | Proof of Claim Amount: $23,129,575.59 |
| | Amount of Claim Transferred:<br>$1,919,017.46 or JPY200,000,000 portion of the obligation of the Debtor under the Debtor's unconditional guarantee dated August 30, 2001 to guarantee the payment by Lehman Brothers Japan Inc. ("LBJ") in an amount of JPY1,711,686,829, which is the admitted amount of the above-mentioned guaranteed claim by the Tokyo District Court of Japan as of the date hereof pursuant to the Civil Rehabilitation Procedures of LBJ (Tokyo District Court 2008 (*Sai*) No. 205). |
| Phone: 81-3-3217-0743<br>Last Four Digits of Acct#: | Phone: 81-3-3275-2724<br>Last Four Digits of Acct#: |
| Name and Address where transferee payments should be sent (if different from above):<br>Phone: | |

Last Four Digits of Acct#:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee:   YUGEN KAISHA CHISEN

By: _____    Date:   April 13, 2011
Name:   Takeshi Nishizawa
Title:   Representative Director