UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | § Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | § Case No. 08-13555 (JMP) |
| Debtors. | § (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) SS:
COUNTY OF NEW YORK )

David Marcus, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is an attorney employed by the law firm of Bingham McCutchen LLP.

2. On the dates and parties indicated on the attached Service List, deponent caused to be served a true copy of the **Objection of Wells Fargo Bank Northwest, N.A., As Indenture Trustee, To Debtors' Amended Motion For (I) Approval Of The Disclosure Statement And The Form And Manner Of Notice Of The Disclosure Statement Hearing, (II) Establishing Solicitation And Voting Procedures, (III) Scheduling A Confirmation Hearing, And (IV) establishing Notice And Objection Procedures For confirmation Of The debtors' Joint Chapter 11 Plan** in the manner indicated.

David M. Marcus

Sworn to before me this
17 day of August, 2011

Notary Public

HAROLD ARYEE
Notary Public, State of New York
No. 01AR6167324
Qualified in Westchester County
Commission Expires 05/29/2015

A/74488435.1

# SERVICE LIST

### VIA HAND DELIVERY on August 17, 2011

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller
      Alfredo R. Perez
767 Fifth Avenue
New York, NY 10153

Office of the US Trustee
Attn: Elisabetta G. Gasparin
      Andrea B. Schwartz
      Andy Velez-Rivera
      Paul Schwartzberg
      Brian Masumoto
      Linda Riffkin
      Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

### VIA ELECTRONIC SERVICE on August 16, 2011

Weil, Gotshal & Manges LLP
Attn: Richard P. Krasnow
      Lori R. Fife
      Jacqueline Marcus
      Sunny Singh
767 Fifth Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne
      Evan Fleck
      Dennis O'Donnell
1 Chase Manhattan Plaza
New York, NY 10005

Brown Rudnick LLP
Attn: Steven L. Levine
One Financial Center
Boston, MA 02111

Cadwalader, Wickersham & Taft LLP
Attn: Howard R. Hawkins, Jr.
One World Financial Center
New York, NY 10281

Cadwalader, Wickersham & Taft LLP
Attn: Mark C. Ellenberg
700 Sixth Street, NW
Washington, DC 20001

Cleary Gottlieb Steen & Hamilton LLP
Attn: Thomas J. Moloney
      Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Clifford Chance LLP
Attn: Andrew Brozman
31 West 52nd Street
New York, NY 10019-6131

Cravath Swaine & Moore LLP
Worldwide Plaza
Attn: Richard Levin
825 Eighth Avenue
New York, NY 10019-7475

A/74488435.1

Dewey & Leboeuf LLP
Attn: Irena M. Goldstein
1301 Avenue of the Americas
New York, NY 10019-6092

White & Case LLP
Attn: Gerard Uzzi
     J. Christopher Shore
1155 Avenue of the Americas
New York, NY 10036-2787

Klestadt & Winters, LLP
Attn: John E. Jureller, Jr.
570 Seventh Avenue
New York, NY 10018

K & L Gates LLP
Attn: Sven Nylen
599 Lexington Avenue
New York, NY 10022

### VIA FACSIMILE on August 16, 2011

Dewey & Leboeuf LLP
Attn: Bruce Bennett
     Monika S Wiener
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Jeffrey D. Saferstein
     Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019

A/74488435.1