EMEA 206 G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    Case No. 08-13555 (JMP)
                                                             :    (Jointly Administered)
                                                Debtors.     :
                                                             :
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holdings, Inc.<br>08-13555 (JMP) |
| **Creditor Name and Address:** | Saphir Finance Public Company Series 2006-11 A<br>c/o The Bank of New York Mellon-London Branch<br>Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust<br>One Canada Square<br>London, E14 5AL<br>England |
| **Court Claim Number:** | 25925 |
| **Date Claim Filed:** | 9/21/09 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Limited, *f/k/a* BNY Corporate Trustee Services Limited (hereinafter, the "Creditor"), having filed the above-referenced proof of claim ("Claim") hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 20, 2011

Name: Sanjay Jobanputra
Title: Vice President