UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :    08-13555 (JMP)
                                                       :
            Debtors.                                   :    (Jointly Administered)
                                                       :
------------------------------------------------------------------x    Ref. Docket Nos. 19208, 19210,
                                                            19211, 19213, 19218, 19228

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 12, 2011, I caused to be served the:

   a. "Fifth Interim Application of Kleyr Grasso Associes, Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2011 Through May 31, 2011," dated August 12, 2011 [Docket No. 19208], (the "Kleyr Grasso Fee Application"),

   b. "Eighth Interim Application of Reilly Pozner LLP for Compensation and Reimbursement of Expenses," dated August 11, 2011 [Docket No. 19210], (the "Reilly Pozner Fee Application"),

   c. "Fourth Application of Dechert LLP, as Special Counsel for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2011 Through May 31, 2011," dated August 12, 2011 [Docket No. 19211], (the "Dechert Fee Application"),

   d. "Eighth Interim Fee Application of Ernst & Young LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Auditors and Tax Services Providers to the Debtors and Debtors-In-Possession for the Period from February 1, 2011 through May 31, 2011," dated August 10, 2011 [Docket No. 19213], (the "Ernst & Young Fee Application"),

e. "Third Interim Fee Application of MMOR Consulting Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Tax Services Providers to the Debtors and Debtors-In-Possession for the Period from February 1, 2011 through May 31, 2011," dated August 1, 2011 [Docket No. 19218], (the "MMOR Fee Application"), and

f. "First Interim Application for the Eighth Interim Application Period of Locke Lord Bissell & Liddell LLP for Compensation and Reimbursement of Expenses," filed August 12, 2011 [Docket No. 19228], (the "Locke Lord Fee Application"),

by causing true and correct copies of the:

i. Kleyr Grasso Fee Application, Reilly Pozner Fee Application, Dechert Fee Application, Ernst & Young Fee Application, MMOR Fee Application and Locke Lord Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii. Kleyr Grasso Fee Application, to be delivered via electronic mail to jerome.burel@kckg.com,

iii. Reilly Pozner Fee Application, to be delivered via electronic mail to Aromanelli@rplaw.com,

iv. Dechert Fee Application, to be delivered via electronic mail to melissa.brody@dechert.com,

v. Ernst & Young Fee Application, to be delivered via electronic mail to Magdalini.Rizakos@lw.com,

vi. MMOR Fee Application, to be delivered via electronic mail to michael.morgese@lehmanholdings.com,

vii. Locke Lord Fee Application, to be delivered via electronic mail to JSanders@lockelord.com and rmowrey@lockelord.com,

viii. Kleyr Grasso Fee Application, Reilly Pozner Fee Application, Dechert Fee Application, Ernst & Young Fee Application, MMOR Fee Application and Locke Lord Fee Application, to be copied to CD and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

ix. Kleyr Grasso Fee Application, Reilly Pozner Fee Application, Dechert Fee Application, Ernst & Young Fee Application, MMOR Fee Application and Locke Lord Fee Application, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

- 3 -

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
16th day of August, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

- 3 -

T:\Clients\LBH\Affidavits\Fee Apps - KleyrGrasso, ReillyPozner, Dechert, E&Y, MMOR, LockeLord_DI 19208, 19210, 19211, 19213, 19218, 19228_AFF_8-12-11.doc

# EXHIBIT A

**LBH Email Service List – Fee Applications**

| | |
|---|---|
| aaaronson@dilworthlaw.com | aoberry@bermanesq.com |
| aalfonso@willkie.com | aostrow@beckerglynn.com |
| abraunstein@riemerlaw.com | apo@stevenslee.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| acker@chapman.com | araboy@cov.com |
| adam.brezine@hro.com | arahl@reedsmith.com |
| adarwin@nixonpeabody.com | arheaume@riemerlaw.com |
| Adiamond@DiamondMcCarthy.com | arlbank@pbfcm.com |
| aeckstein@blankrome.com | arosenblatt@chadbourne.com |
| aentwistle@entwistle-law.com | arthur.rosenberg@hklaw.com |
| afriedman@irell.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashaffer@mayerbrown.com |
| agold@herrick.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| alum@ftportfolios.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| AMcMullen@BoultCummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| Andrew.Brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcy@ntexas-attorneys.com |
| ann.reynaud@shell.com | bankruptcymatters@us.nomura.com |
| anthony_boccanfuso@aporter.com | barbra.parlin@hklaw.com |

**LBH Email Service List – Fee Applications**

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

BMiller@mofo.com

boneill@kramerlevin.com

Brian.Corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cousinss@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

**LBH Email Service List – Fee Applications**

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

**LBH Email Service List – Fee Applications**

| | |
|---|---|
| dwdykhouse@pbwt.com | fhyman@mayerbrown.com |
| dwildes@stroock.com | fishere@butzel.com |
| dworkman@bakerlaw.com | francois.janson@hklaw.com |
| easmith@venable.com | fsosnick@shearman.com |
| echang@steinlubin.com | fyates@sonnenschein.com |
| ecohen@russell.com | gabriel.delvirginia@verizon.net |
| efleck@milbank.com | gbray@milbank.com |
| efriedman@friedumspring.com | george.davis@cwt.com |
| egeekie@schiffhardin.com | geraci@thalergertler.com |
| eglas@mccarter.com | ggitomer@mkbattorneys.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| elevin@lowenstein.com | glenn.siegel@dechert.com |
| eli.mattioli@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | gravert@mwe.com |
| emerberg@mayerbrown.com | gspilsbury@jsslaw.com |
| eobrien@sbchlaw.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |
| esmith@dl.com | hbeltzer@mayerbrown.com |
| etillinghast@sheppardmullin.com | heidi@crumbielaw.com |
| ezujkowski@emmetmarvin.com | heim.steve@dorsey.com |
| ezweig@optonline.net | heiser@chapman.com |
| fbp@ppgms.com | hirsch.robert@arentfox.com |
| feldsteinh@sullcrom.com | hollace.cohen@troutmansanders.com |
| ffm@bostonbusinesslaw.com | holsen@stroock.com |

**LBH Email Service List – Fee Applications**

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jaclyn.genchi@kayescholer.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

Jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

**LBH Email Service List – Fee Applications**

| | |
|---|---|
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmazermarino@msek.com | jsullivan@mosessinger.com |
| jmcginley@wilmingtontrust.com | jtimko@shutts.com |
| jmelko@gardere.com | jtougas@mayerbrown.com |
| jmerva@fult.com | judy.morse@crowedunlevy.com |
| jmmurphy@stradley.com | jwallack@goulstonstorrs.com |
| jmr@msf-law.com | jwang@sipc.org |
| john.monaghan@hklaw.com | jwcohen@daypitney.com |
| john.rapisardi@cwt.com | jweiss@gibsondunn.com |
| john@crumbielaw.com | jwest@velaw.com |
| joli@crlpc.com | jwh@njlawfirm.com |
| jorbach@hahnhessen.com | karen.wagner@dpw.com |

**LBH Email Service List – Fee Applications**

| | |
|---|---|
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| klyman@irell.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lml@ppgms.com |
| kobak@hugheshubbard.com | lnashelsky@mofo.com |
| korr@orrick.com | loizides@loizides.com |
| KOstad@mofo.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| KReynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | MAOFILING@CGSH.COM |
| lacyr@sullcrom.com | Marc.Chait@SC.com |
| Landon@StreusandLandon.com | margolin@hugheshubbard.com |
| lathompson@co.sanmateo.ca.us | mark.deveno@bingham.com |
| lawallf@pepperlaw.com | mark.ellenberg@cwt.com |
| lberkoff@moritthock.com | mark.houle@pillsburylaw.com |

**LBH Email Service List – Fee Applications**

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

Marvin.Clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

MJR1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

MLandman@lcbf.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

mspeiser@stroock.com

mstamer@akingump.com

**LBH Email Service List – Fee Applications**

| | |
|---|---|
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| neilberger@teamtogut.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwright@dl.com |
| Nherman@morganlewis.com | r.stahl@stahlzelloe.com |
| nissay_10259-0154@mhmjapan.com | raj.madan@bingham.com |
| nlepore@schnader.com | rajohnson@akingump.com |
| notice@bkcylaw.com | ramona.neal@hp.com |
| oipress@travelers.com | ranjit.mather@bnymellon.com |
| omeca.nedd@lovells.com | rbeacher@pryorcashman.com |
| otccorpactions@finra.org | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |
| paul.turner@sutherland.com | rfleischer@pryorcashman.com |
| pbattista@gjb-law.com | rfrankel@orrick.com |
| pbosswick@ssbb.com | rfriedman@silvermanacampora.com |
| pdublin@akingump.com | rgmason@wlrk.com |
| peisenberg@lockelord.com | rgraham@whitecase.com |
| peter.gilhuly@lw.com | rhett.campbell@tklaw.com |
| peter.macdonald@wilmerhale.com | richard.lear@hklaw.com |
| peter.simmons@friedfrank.com | richard.levy@lw.com |
| peter@bankrupt.com | richard.tisdale@friedfrank.com |

**LBH Email Service List – Fee Applications**

richard@rwmaplc.com

ritkin@steptoe.com

RJones@BoultCummings.com

rleek@HodgsonRuss.com

RLevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

Robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

Robin.Keller@Lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

rqureshi@reedsmith.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

RTrust@cravath.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

Sally.Henry@skadden.com

sandyscafaria@eaton.com

Sara.Tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

Schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

**LBH Email Service List – Fee Applications**

| | |
|---|---|
| slerner@ssd.com | tannweiler@greerherz.com |
| slevine@brownrudnick.com | tarbit@cftc.gov |
| SLoden@DiamondMcCarthy.com | tbrock@ssbb.com |
| smayerson@ssd.com | tdewey@dpklaw.com |
| smillman@stroock.com | tduffy@andersonkill.com |
| smulligan@bsblawyers.com | teresa.oxford@invescoaim.com |
| snewman@katskykorins.com | TGoren@mofo.com |
| sory@fdlaw.com | thaler@thalergertler.com |
| spiotto@chapman.com | thomas.califano@dlapiper.com |
| splatzer@platzerlaw.com | thomas.ogden@dpw.com |
| squigley@lowenstein.com | Thomas_Noguerola@calpers.ca.gov |
| SRee@lcbf.com | timothy.brink@dlapiper.com |
| sselbst@herrick.com | timothy.palmer@bipc.com |
| sshimshak@paulweiss.com | tjfreedman@pbnlaw.com |
| sskelly@teamtogut.com | tkarcher@dl.com |
| ssusman@susmangodfrey.com | tkiriakos@mayerbrown.com |
| steele@lowenstein.com | tlauria@whitecase.com |
| stephen.cowan@dlapiper.com | tmacwright@whitecase.com |
| steve.ginther@dor.mo.gov | tmayer@kramerlevin.com |
| steven.troyer@commerzbank.com | tnixon@gklaw.com |
| steven.wilamowsky@bingham.com | toby.r.rosenberg@irscounsel.treas.gov |
| Streusand@StreusandLandon.com | tony.davis@bakerbotts.com |
| susan.schultz@newedgegroup.com | tslome@msek.com |
| susheelkirpalani@quinnemanuel.com | ttracy@crockerkuno.com |
| swolowitz@mayerbrown.com | twheeler@lowenstein.com |
| szuch@wiggin.com | ukreppel@whitecase.com |

**LBH Email Service List – Fee Applications**

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

Fee Application Parties

lbarbour@browngreer.com

Lbhifeecommittee@gklaw.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007