Disclosure Statement Hearing Date and Time: August 30, 2011 at 10:00 a.m. (Prevailing Eastern Time)
Disclosure Statement Objection Deadline Date and Time: August 11, 2011 at 4:00 p.m. (Prevailing Eastern Time)

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
Howard R. Hawkins, Jr., Esq.

- and -

700 6th Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
Mark C. Ellenberg, Esq.
Peter Friedman, Esq.

*Attorneys for Morgan Stanley & Co. International plc, Morgan Stanley Capital Services LLC and Morgan Stanley Capital Group Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re:**                                                        :
                                                                  :   **Chapter 11**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :   Case No. 08-13555 (JMP)
                                                                  :
                                                                  :   **(Jointly Administered)**
                         **Debtors.**                             :
                                                                  :
------------------------------------------------------------------x

**STATEMENT OF MORGAN STANLEY & CO. INTERNATIONAL PLC, MORGAN STANLEY CAPITAL SERVICES LLC AND MORGAN STANLEY CAPITAL GROUP INC. IN SUPPORT OF APPROVAL OF DEBTORS' DISCLOSURE STATEMENT FOR SECOND AMENDED JOIN CHAPTER 11 PLAN**

TO HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

Morgan Stanley & Co. International plc, Morgan Stanley Capital Services LLC and

Morgan Stanley Capital Group Inc. (together, the "Morgan Stanley Entities"), by and through

their undersigned counsel, hereby file this statement in support of this Court's approval of the Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (the "Disclosure Statement") [Docket No. 18205], filed by the Debtors on July 1, 2011.

The Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan") [Dkt. No 18204] and the related Disclosure Statement reflect the compromises reached by the Debtors, the Morgan Stanley Entities and other significant creditor groups. As a result, the Morgan Stanley Entities entered into a plan support agreement ("PSA") with the Debtors, pursuant to which the Morgan Stanley Entities agreed to support the Debtors' Plan and Disclosure Statement.

The compromises reflected in the Disclosure Statement and Plan are, under the unique facts and circumstances of this case, in the best interests of the Debtors and their creditors.

Dated: Washington, DC
August 17, 2011

        CADWALADER, WICKERSHAM & TAFT LLP

        /s/ *Mark C. Ellenberg*
        Howard R. Hawkins Jr., Esq.
        One World Financial Center
        New York, New York  10281
        Telephone:  (212) 504-6000
        Facsimile:  (212) 504-6666

        - and -

        Mark C. Ellenberg, Esq.
        Peter Friedman, Esq.
        700 6th Street, NW
        Washington, DC 20001
        Telephone:  (202) 862-2200
        Facsimile:  (202) 862-2400

*Attorneys for Morgan Stanley & Co. International plc, Morgan Stanley Capital Services LLC and Morgan Stanley Capital Group Inc.*