TOGUT, SEGAL & SEGAL LLP
  *Counsel to Tronox, Incorporated, et al.*
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Stephanie A. Skelly

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :
                                                   :                Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:          Case No. 08-13555 [JMP]
                                                   :
                                                   :
                                                   :                (Jointly Administered)
                            Debtors.               :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE OF PRELIMINARY RESPONSE OF TRONOX INCORPORATED ET AL. TO DEBTORS' ONE HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

    KATIE LAVERDE, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at Weehawken, New Jersey.

On August 18, 2011, deponent served a copy of Preliminary Response of Tronox Incorporated et al. to Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims), upon the service list annexed hereto, by depositing a true copy of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                   /s/ Katie LaVerde
                   KATIE LAVERDE

Sworn to before me this
18th day of August, 2011

/s/ Cynthia Juliano
Notary Public

**Lehman Brothers Holdings Inc.,** *et al*
**Chapter 11 Case No. 08-13555 [JMP]**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn*:  Robert J. Lemons, Esq. &*
 *Mark Bernstein, Esq. & Erika Del Nido, Esq.*

Office of the United States Trustee SDNY
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: *Tracy Hope Davis, Esq.,*
 *Elisabetta Gasparini, Esq., & Andrea B. Schwartz, Esq.*

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  *Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,*
  *& Evan Fleck, Esq.*