UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**Lehman Brothers Holdings, Inc.,**

                          Debtor.

AFFIDAVIT OF SERVICE
BY MAIL

Case No. 08-13555-jmp
Chapter 11

STATE OF NEW YORK    )
COUNTY OF ALBANY    )ss:

       Chelsea A. Bias, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Waterford, New York.

       That on August 18, 2011 deponent served a true and exact copy of a Stipulation, Agreement and Order upon:

Lehman Brothers Holding, Inc.
Debtor
745 Seventh Avenue
New York, New York  10019

Arthur J. Margulies
Attorney for Debtor
Jones Day
222 East 41st Street
New York, New York  10017

Benjamin Rosenblum, Esq.
Attorney for Debtor
Jones Day
222 East 41st Street
New York, New York  10017

Diane Harvey
Attorney for Debtor
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153

Harvey R. Miller, Esq.
Attorney for Debtor
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153

Jacqueline Marcus, Esq.
Attorney for Debtor
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153

Paul B. O'Neil, Esq.
Attorney for Debtor
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036

Ralph II Miller, Esq.
Attorney for Debtor
Weil, Gotshal & Manges, LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C.  20005

Robert J. Lemons, Esq.
Attorney for Debtor
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York  10153

Robert M. Novick, Esq.
Attorney for Debtor
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway, 21st Floor
New York, New York  10019

Shai Waisman, Esq.
Attorney for Debtor
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York  10153

Steven J. Reisman, Esq.
Attorney for Debtor
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York  10178

Jerrold Lyle Bregman, Esq.
Attorney for Debtor
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York  10178

Joshua Dorchak, Esq.
Attorney for Debtor
Bingham McCutchen, LLP
399 Park Avenue
New York, New York  10022

Lynn P. Harrison, III, Esq.
Attorney for Debtor
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York  10178

Robert K. Dakis, Esq.
Attorney for official Committee of Unsecured Creditors
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010

Andrea B. Schwartz, Esq.
Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004

Herbert Baer, Esq.
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, New York  10017

Dennis F. Dunne, Esq.
Attorney for official Committee of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York  10005

Daniel Steven Lubell, Esq.
Attorney for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Neil J. Oxford, Esq.
Attorney for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Thomas T. Janover, Esq.
Attorney for Debtor
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036

Aron Oliner
Chapter 11 Trustee of the Kontrabecki Group
c/o Duane Morris, LLP
1540 Broadway, Suite 2000
New York, New York  10036

Christopher K. Kiplok, Esq.
Attorney for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Buce J. Duke, Esq.
Attorney for Joanna Baricevic
4201 Grenwich Lane
Mt. Laurel, New Jersey  08054

Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004

David R. Seligman, Esq.
Attorney for Liquidators of Lehman Brothers Australia Limited
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL  60654

Eric D. Winston, Esq.
Attorney for official Committee of Unsecured Creditors
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017

Jeffrey S. Margolin, Esq.
Attorney for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Sarah K. Loomis Cave, Esq.
Attorney for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

| | |
|---|---|
| William R. Maguire, Esq.<br>Attorney for Trustee James W. Giddens,<br>Trustee for the SIPA Liquidation of Lehman Brothers, Inc.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004 | William J. Hine, Esq.<br>Attorney for Debtor<br>Jones Day<br>222 East 41st Street<br>New York, New York  10017 |
| William Heuer, Esq.<br>Attorney for Chapter 11 Trustee of the Kontrabecki Group<br>Duane Morris, LLP<br>1540 Broadway<br>New York, New York  10036-4086 | Alfred H. Siegel, Esq.<br>Chapter 11 Trustee<br>c/o Sills Cumis & Gross, P.C.<br>One Rockefeller Plaza<br>New York, New York  10020 |
| Andrew Howard Sherman, Esq.<br>Attorney for Chapter 11 Trustee<br>Sills Cummis Epstein & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, New York  10112 | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York  10004 |
| Epiq Bankruptcy Solutions, LLC Claims Agent<br>f/k/a Bankruptcy Services, LLC)<br>757 Third Avenue, 3rd Floor<br>New York, New York  10017 | James H.M. Sprayregen, Esq.<br>Attorney for Liquidators of Lehman Brothers Australia Limited<br>Kirkland & Ellis, LLP<br>300 North LaSalle<br>Chicago, IL  60654 |

these being the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Chelsea A. Bias
Chelsea A. Bias

Sworn to before me this
18th day of August  2011

/s/ Jennifer L. Spretty
NOTARY PUBLIC

Jennifer L Spretty
Notary Public, State of New York
County of Saratoga No. 01SP6033433
Commission Expires 11/15/13