UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:

**Lehman Brothers Holdings, Inc,**

**NOTICE OF ENTRY**

Case No. 08-13555(JMP)
Chapter 11

Debtors.
_____

     Sir:- Please take notice that the within is a true copy of a Stipulation, Agreement and Order duly entered in the office of the clerk of the within named Court on August 15, 2011.

Dated: August 18, 2011

Yours, etc.

**/s/ William B. Schiller**

**SCHILLER & KNAPP, LLP**
Attorneys and Counselors at Law
Attorneys for Movant
950 New Loudon Road
Latham, New York  12110
(518) 786-9069

To:

| | | |
|---|---|---|
| Lehman Brothers Holding, Inc. | Shai Waisman, Esq. | Andrew Howard Sherman, Esq. |
| Arthur J. Margulies | Steven J. Reisman, Esq. | Office of the U.S. Trustee |
| Benjamin Rosenblum, Esq. | Thomas T. Janover, Esq. | Andrea B. Schwartz, Esq. |
| Diane Harvey, Esq. | William J. Hine, Esq. | Andrew D. Velez-Rivera, Esq. |
| Harvey R. Miller, Esq. | Christopher K. Kiplok, Esq. | Epiq Bankruptcy Solutions, LLC |
| Jacqueline Marcus, Esq. | Daniel Steven Lubell, Esq. | Claims Agent |
| Jerrold Lyle Bregman, Esq. | Jeffrey S. Margolin, Esq. | Herbert Baer, Esq. |
| Joshua Dorchak, Esq. | Neil J. Oxford, Esq. | David R. Seligman, Esq. |
| Lynn P. Harrison, III, Esq. | Sarah K. Loomis Cave, Esq. | James H.M. Sprayregen, Esq. |
| Paul B. O'Neil, Esq. | William R. Maguire, Esq. | Dennis F. Dunne, Esq. |
| Ralph II Miller, Esq. | Aron Oliner | Eric D. Winston, Esq. |
| Robert J. Lemons, Esq. | William Heuer, Esq. | Robert K. Dakis, Esq. |
| Robert M. Novick, Esq. | Alfred H. Siegel, Esq. | Bruce J. Duke, Esq |