Disclosure Statement Hearing Date and Time: August 30, 2011 at 10:00 a.m. (Prevailing EST)

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
Adam C. Harris, Esq. (4641)

Attorneys for Davidson Kempner Capital
Management LLC, as investment advisor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et*   :    08-13555 (JMP)
*al.*,                                             :
                                                   :
                    Debtors                        :    (Jointly Administered)
------------------------------------------------------------ X

# STATEMENT OF DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, AS INVESTMENT ADVISOR, IN SUPPORT OF THE PROPOSED "DEBTORS' DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE" [DOCKET NO. 18125]

DOC ID-17296934.1

**TO THE HONORABLE JAMES M. PECK, UNITED STATES BANKRUPTCY JUDGE:**

Davidson Kempner Capital Management LLC ("Davidson Kempner"), as investment advisor for certain funds and managed accounts which beneficially own claims against various Debtors, by and through its counsel, Schulte Roth & Zabel LLP, hereby submits this statement in support of approval of the proposed "Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code" (the "Disclosure Statement") [Docket No. 18125], filed by Lehman Brothers Holdings Inc. and its affiliated chapter 11 debtors (the "Debtors"), and states as follows:

1. The Disclosure Statement relates to the Debtors' "Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors" (the "Plan") [Docket No. 18124]. The Plan is the result of intense, and often hard-fought, negotiations among the Debtors, the Creditors' Committee, and numerous creditor groups and individual creditors holding substantial claims across the Lehman capital structure. The fact that such a diverse cross-section of creditors with sharply conflicting economic interests have joined in supporting this Plan is a significant accomplishment in these cases. Davidson Kempner supports confirmation of the Plan.[1]

2. Davidson Kempner supports the approval of the Disclosure Statement. To the best of Davidson Kempner's knowledge, the Disclosure Statement provides adequate information, as required by Bankruptcy Code § 1125. Davidson Kempner also believes that it is in the best interests of the estates and creditors that following the approval of the Disclosure

---

[1] Davidson Kempner does, however, reserve all of its rights under the terms of Davidson Kempner's Plan Support Agreement with the Debtors.

Statement, the hearing on confirmation of the Plan and, thereafter the commencement of distributions to creditors, occur as promptly as practicable.

Dated: August 18, 2011

Respectfully Submitted,

SCHULTE ROTH & ZABEL LLP

By: /s/ Adam C. Harris
    Adam C. Harris (4641)
    919 Third Avenue
    New York, NY 10022
    Telephone: (212) 756-2000
    Facsimile (212) 593-5955
    adam.harris@srz.com
    Attorneys for Davidson Kempner Capital
    Management LLC, as investment advisor