UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                   :   Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS, INC.                          :   Case No. 08-13555 (JMP)
                                                        :
                    Debtor.                             :   (Jointly Administered)
                                                        :
------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

New York, New York      )
                        ) SS:
County of New York      )

       David Lawrence, being duly sworn, deposes and says:

       1.    I am not a party to this action, am over 18 years of age and I am employed by Dickstein Shapiro LLP.

       2.    On August 17, 2011, I served true Copies of the OPPOSITION TO DEBTORS' OBJECTION TO PROOFS OF CLAIM FILED BY 2138747 ONTARIO LTD. AND 6785778 CANADA INC. (CLAIM NOS. 33583 AND 33586) by hand delivery upon (i) The Honorable James M. Peck, United Sates Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Robert J. Lemons and Mark Bernstein; (iii) Milbank Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York New York 10005, Attn: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck, and (iv) The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope, Elisabetta Gaspirini and Andrea B. Schwartz.

       /s/ David Lawrence
       David Lawrence

Sworn to before me this
18th day of August, 2011

/s/ Shaya M. Berger
Shaya M. Berger
Notary Public, State of New York
No. 02BE6091369
Qualified in Queens County
Commission Expires April 28, 2015