WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :   08-13555 (JMP)
                                                                :
                    Debtors.                                    :   (Jointly Administered)
                                                                :
                                                                :
-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT
## OF DEBTORS' EIGHTY-FOURTH OMNIBUS OBJECTION
## TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for March 3, 2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivatives Claims to August 25, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to October 5, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: August 18, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Chinatrust Commercial Bank | 12872 |
| Easton Investments II, A California L.P. | 10717 |
| Eton Park Fund, LP | 20521 |
| Eton Park Fund, LP | 20522 |
| Eton Park Master Fund, LP | 20524 |
| Eton Park Master Fund, LP | 20525 |
| Magnetar Capital Master Fund Ltd | 12715 |
| Magnetar Capital Master Fund Ltd | 12716 |
| Magnetar Constellation Fund III, Ltd | 12718 |
| Magnetar Constellation Fund III, Ltd | 12719 |
| Magnetar Constellation Master Fund II Ltd | 12720 |
| Magnetar Constellation Master Fund II Ltd | 12721 |
| SPCP Group L.L.C. Transferor: Ratia Energie AG | 19305 |
| SPCP Group L.L.C. Transferor: Ratia Energie AG | 19306 |
| SPCP Group L.L.C. Transferor: Inter-American Development Bank | 12573 |
| SPCP Group L.L.C. Transferor: Inter-American Development Bank | 12576 |