TOGUT, SEGAL & SEGAL LLP
 *Counsel to Tronox, Incorporated, et al.*
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Stephanie A. Skelly

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                   :
                                                                                :    Chapter 11
                                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:    Case No. 08-13555 [JMP]
                                                                                :
                                                                                :
                                                                                :    (Jointly Administered)
                                        Debtors.          :
------------------------------------------------------------x

**SUPPLEMENTAL AFFIDAVIT OF SERVICE OF PRELIMINARY RESPONSE OF TRONOX INCORPORATED ET AL. TO DEBTORS' ONE HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)**

STATE OF NEW YORK    )
                                             ) ss.:
COUNTY OF NEW YORK )

      KATIE LAVERDE, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at Weehawken, New Jersey.

On August 18, 2011, deponent served a copy of Preliminary Response of Tronox Incorporated et al. to Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims), upon the service list annexed hereto, by depositing a true copy of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                      /s/ Katie LaVerde
                                                      KATIE LAVERDE

Sworn to before me this
18th day of August, 2011

/s/ Joanne Minischetti
Notary Public

**Lehman Brothers Holdings Inc.,** *et al*
**Chapter 11 Case No. 08-13555 [JMP]**

Cleary Gottliebb LLP
One Liberty Plaza
New York, NY 10006
Attn: *Lindsee P. Granfield, Esq. &*
   *Lisa Schweiger, Esq.*


Sullivan Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: *Robinson B. Lacy, Esq., &*
   *Heydee R. Feldstein, Esq.*

Quinn Emanuel Urquhart
  & Sullivan, LLP
51 Madison Avenue
New York, NY 10010
*Attn: Susheel Kirpalani, Esq.,*
  *James C. Tecce, Esq.,*
  *Scott C. Shelley, Esq. &*
  *Robert Dakis, Esq.*