SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022
Telephone:  (212) 756-2000
Facsimile:  (212) 593-5955
Adam C. Harris

Attorneys for Davidson Kempner
Capital Management LLC, as investment advisor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                              )     ss.:
COUNTY OF NEW YORK   )

　　　Donna Angiulo, being duly sworn, deposes and states:

　　　I am not a party to this action, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

　　　On August 18, 2011, deponent served a true copy of *Statement Of Davidson Kempner Capital Management LLC, As Investment Advisor, In Support Of The Proposed "Debtors' Disclosure Statement For Second Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors Pursuant To Section 1125 Of The Bankruptcy Code"* by first class United States mail, postage fully pre-paid and by email, upon the parties on the annexed "Service List."

　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Donna Angiulo*
　　　　　　　　　　　　　　　　　　　　　　　　　Donna Angiulo

Sworn to before me this
18th day of August, 2011.

　*/s/ Kevin Bell*
Notary Public
KEVIN BELL
Notary Public, State of New York
No. 01BE619334
Qualified in New York County
Commission Expires, Sept. 15, 2012

DOC ID-17301510.1　　　　　　　　　　　1

**SERVICE LIST**

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
andrea.b.schwartz@usdoj.gov
tracy.davis2@usdoj.gov
elisabetta.g.gasparini@usdoj.gov
andy.velez-rivera@usdoj.gov
paul.schwartzberg@usdoj.gov
linda.riffkin@usdoj.gov
brian.masumoto@usdoj.gov

Gerard Uzzi, Esq.
J. Christopher Shore, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
guzzi@whitecase.com
cshore@whitecase.com

Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
Alfredo R. Perez, Esq.
Weil, Gothshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
richard.krasnow@weil.com
lori.fife@weil.com
jacqueline.marcus@weil.com
alfredo.perez@weil.com