# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 74: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

|   | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|------|-------------|------------|---------|---------------------|
| 1 | BOWAUT, INC.<br>16 CHERRYMOOR DRIVE<br>ENGLEWOOD, CO 80113 | 08-13555 (JMP) | 06/02/2009 | 4737 | $51,200.00 |
| 2 | SEPIRA, PETER THOMPSON<br>2710 MCDIVITT RD.<br>MADISON, WI 53713 | 08-13555 (JMP) | 11/02/2009 | 63354 | $500,000.00 |
| 3 | STAINKAMP, GLORIA A.<br>71 HUDSON PARK RD<br>NEW ROCHELLE, NY 10805 | 08-13555 (JMP) | 07/22/2009 | 6157 | $15,879.00 |
| 4 | STOLK, HERMAN<br>12492 MASTERS RIDGE DRIVE<br>JACKSONVILLE, FL 32225 | 08-13555 (JMP) | 09/03/2009 | 10261 | $4,182.60 |
| 5 | STOLK, SANDRA M.<br>12492 MASTERS RIDGE DRIVE<br>JACKSONVILLE, FL 32225 | 08-13555 (JMP) | 09/03/2009 | 10262 | $2,495.20 |
| 6 | THOMPSON, PETER<br>2710 MCDIVITT RD.<br>MADISON, WI 53713 | 08-13555 (JMP) | 11/02/2009 | 63353 | $500,000.00 |
|   |      |             |            | TOTAL   | $1,073,756.80 |

\* - Indicates claim contains unliquidated and/or undetermined amounts