B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.        ,                    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | United States Debt Recovery V, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Elliott Management Corporation
712 Fifth Ave., 35th Fl, New York, NY 10019
Attn: Michael Stephan
Phone:  (212) 974-6000
Last Four Digits of Acct #: _____

Court Claim # (if known):  18543
Amount of Claim:  $1,053,450.71*
Date Claim Filed:  09/18/2009

Phone:  (775) 832-5250
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

*plus additional amounts as set forth in the proof of claim

Phone: _____
Last Four Digits of Acct #: _____

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner
    By: _____
           Transferee/Transferee's Agent
By: _____
       Elliot Greenberg, Vice President

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date:  August 8, 2011

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO:** Lehman Brothers Holdings Inc. as the Debtor (for the purposes of this Notice, the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, United States Debt Recovery V, L.P., a Delaware Limited Partnership ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to Elliott Associates, L.P. (the "Assignee") pursuant to a Transfer of Claim Agreement dated June 17, 2011 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with (i) a proof of claim nos. 18547, 18545, 18544, 18543 and 16020, (ii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the Debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under (A) a guarantee dated June 11, 2008 relating to the ISDA Master Agreement dated May 23, 2008 between LBIE and the Harmonic Alpha Plus Global Currency Fund and related documents, (B) a guarantee dated August 11, 2005 relating to the ISDA Master Agreement dated August 11, 2005 between LBIE and Harmonic Currency Master Fund and related documents and (C) a guarantee dated August 24, 2005 relating to the ISDA Master Agreement dated August 22, 2005 between LBIE and the Harmonic Diversified Master Fund (f/k/a Harmonic Fixed Income Master Fund) and related documents (collectively, the "ISDA Guarantee Claim") and (iii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against the Debtor arising under the Unanimous Written Consent of the Executive Committee of the Board of Directors of the Debtor, dated as of June 9, 2005 (the "General Guarantee Claim" and together with the ISDA Guarantee Claim, and the proofs of claim described in clause (i), the "Claims") pursuant to which the Debtor fully guaranteed the payment of all liabilities, obligations and commitments relating to the Master Institutional Futures Customer Agreement dated as of June 21, 2005 between LBIE and Harmonic Diversified Master Fund (f/k/a Harmonic Fixed Income Master Fund), the Cross Margining and Netting Agreement dated June 21, 2005, as supplemented by the Supplemental Cross Margining and Netting Agreement, between LBIE and Harmonic Currency Master Fund, the Cross Margining and Netting Agreement dated June 21, 2005, as supplemented by the Supplemental Cross Margining and Netting Agreement, between LBIE and Harmonic Diversified Master Fund (f/k/a Harmonic Fixed Income Master Fund), the various ISDA agreements set forth in clause (ii) above, and the Master Custody Agreement dated June 21, 2005 between LBIE and Harmonic Currency Master Fund.

The Assignor hereby waives any objection to the transfer of the Claims to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

MKUAN\187560.10 - 6/30/11

Assignee's contact information is as follows:

| | |
|---|---|
| Address: | Elliott Associates, L.P. |
| | 712 5th Avenue, 35th Floor |
| | New York, New York 10019 |
| | |
| Attention: | Michael Stephan |
| Telephone: | (212) 478-2310 |
| Fax No.: | (212) 478-2311 |
| Email: | MStephan@elliottmgmt.com |

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _1_ day of July, 2011

**ASSIGNOR:**

UNITED STATES DEBT RECOVERY V, L.P., a Delaware Limited Partnership

By: _____
Name: Nathan E. Jones
Title: Managing Director

**ASSIGNEE:**

ELLIOTT ASSOCIATES, L.P.

By: _____
Name:
Title:

MKUAN\187560.10 - 6/30/11

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS
____1____ day of July 2011

**ASSIGNOR:**

**UNITED STATES DEBT RECOVERY V, L.P., a Delaware Limited Partnership**

By:_____
   Name: Nathan E. Jones
   Title: Managing Director

**ASSIGNEE:**

**ELLIOTT ASSOCIATES, L.P.**

By:_____
   Name:
   Title:

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
   Elliot Greenberg, Vice President

MKUAN\187560.10 - 6/30/11