UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                    :
In re                                               :     Chapter 11
                                                    :     Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,              :     (Jointly Administered)
                                                    :
                        Debtors.                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION FOR SUBSTITUTION OF COUNSEL ON CONSENT

Symphony Asset Management LLC ("Symphony Asset"), acting on behalf of Adagio Fund ("Adagio" or the "Claimant"), hereby moves for an order, pursuant to Local Civil Rule 1.4 and Local Bankruptcy Rule 2090-1(e), substituting Mound Cotton Wollan & Greengrass as attorneys of record for Symphony Asset, acting on behalf of Adagio in the above-captioned proceedings. In support of this motion, Symphony Asset respectfully submits the following papers: (i) Notice of Substitution of Counsel for Symphony Asset acting on behalf of Adagio; (ii) Declaration of Robert S. Goodman in Support of the Motion for Substitution of Counsel; and (iii) a proposed form of order approving this motion.

Dated: New York, New York
       August 19, 2011

                                       MOUND COTTON WOLLAN & GREENGRASS

                                       By: /s/ Robert S. Goodman
                                           Arthur M. Handler
                                           Robert S. Goodman
                                           One Battery Park Plaza
                                           New York, New York 10004
                                           Phone: 212-804-4200
                                           Fax: 212-344-8066
                                           Email: ahandler@moundcotton.com
                                           Email: rgoodman@moundcotton.com

                                       Attorneys for Symphony Asset Management LLC

392362.1