UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                          :
In re                                                     :      Chapter 11
                                                          :      Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                    :      (Jointly Administered)
                                                          :
                        Debtors.                          :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DECLARATION OF ROBERT S. GOODMAN IN SUPPORT
### OF THE MOTION FOR SUBSTITUTION OF COUNSEL

I, Robert S. Goodman, declare that:

1.    I am a member of Mound Cotton Wollan & Greengrass and am duly admitted to the bars of the State of New York and this Court.

2.    I submit this Declaration in support of the motion of Symphony Asset Management LLC, acting on behalf of Adagio Fund ("Adagio") to substitute Mound Cotton Wollan & Greengrass as counsel and attorney of record for Symphony Asset Management LLC, acting on behalf of Adagio in the above-captioned proceedings.

3.    Symphony Asset Management LLC, acting on behalf of Adagio, requested and consents to the substitution of counsel described above in paragraph 2.

4.    Together with this Declaration, I submit a Notice of Substitution of Counsel (attached hereto as Exhibit A), signed on behalf of Mound Cotton Wollan & Greengrass, White & Case LLP, and Symphony Asset Management LLC, acting on behalf of Adagio.

5.    I also submit herewith a proposed order (attached as Exhibit B) approving the substitution of Mound Cotton Wollan & Greengrass as counsel and attorney of record in the above-captioned proceedings for Symphony Asset Management LLC, acting on behalf of Adagio.

6.      The proposed substitution of counsel will not delay resolution of the above-captioned proceedings, nor will it prejudice any party or parties thereto.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        August 19, 2011

_____
Robert S. Goodman