# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                      :

In re                                    Chapter 11
                                      :        Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     (Jointly Administered)
                                      :
                   Debtors.
                                      :
------------------------------------X

## ORDER APPROVING SUBSTITUTION OF COUNSEL

Upon the motion dated August 19, 2011 ("Motion") of Symphony Asset Management LLC, acting on behalf of Claimant Adagio Fund ("Adagio"), seeking an order approving the substitution of Mound Cotton Wollan & Greengrass as counsel and attorney of record in the above-captioned proceedings for Symphony Asset Management LLC, acting on behalf of Claimant Adagio, and the filing of the Notice of Substitution of Counsel for Symphony Asset Management LLC acting on behalf of Claimant Adagio dated August 19, 2011, and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334, and due and proper notice of the Motion and the Notice having been provided, and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, that Mound Cotton Wollan & Greengrass be substituted as counsel and attorney of record for Symphony Asset Management LLC, acting on behalf of Claimant Adagio in the above-captioned proceedings; and it is further

ORDERED, that the appearance of Mound Cotton Wollan & Greengrass as counsel in these proceedings shall be entered on the Court's docket. A notation of Arthur M. Handler and Robert S. Goodman, Mound Cotton Wollan & Greengrass, One Battery Park Plaza, New York,

New York 10004, will be made on the roll of attorneys for the above-captioned proceedings; and it is further

ORDERED, that a copy of this Order shall be served upon all counsel of record in the above-captioned case.

Dated: New York, New York
      August ___, 2011

 

                                                        Honorable James M. Peck
                                                  United States Bankruptcy Judge

CONSENTED TO BY:

| MOUND COTTON WOLLAN<br>& GREENGRASS | WHITE & CASE LLP |
|---|---|
| By: _/s/ Robert S. Goodman_<br>Arthur M. Handler<br>Robert S. Goodman<br>One Battery Park Plaza<br>New York, New York 10004<br>Phone: 212-804-4200<br>Fax: 212-344-8066<br>Email: ahandler@moundcotton.com<br>Email: rgoodman@moundcotton.com | By: _/s/ Richard Graham_<br>Richard Graham<br>1125 Avenue of the Americas<br>New York, New York 10036<br>Phone: 212-819-8200<br>Fax: 212-354-8113<br>Email: rgraham@whitecase.com |

SYMPHONY ASSET MANAGEMENT LLC,
On Behalf Of Adagio Fund

By: _/s/ Angela McGillen_
Name: _Angela McGillen_
Title: _Chief Financial Officer_

2