UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In re                                   :    Chapter 11
                                        :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    (Jointly Administered)
                                        :
        Debtors.                        :
                                        :
----------------------------------------X

## MOTION FOR SUBSTITUTION OF COUNSEL ON CONSENT

Symphony Asset Management LLC ("Symphony Asset"), acting on behalf of Andante Fund, LP ("Andante" or the "Claimant"), hereby moves for an order, pursuant to Local Civil Rule 1.4 and Local Bankruptcy Rule 2090-1(e), substituting Mound Cotton Wollan & Greengrass as attorneys of record for Symphony Asset, acting on behalf of Andante in the above-captioned proceedings. In support of this motion, Symphony Asset respectfully submits the following papers: (i) Notice of Substitution of Counsel for Symphony Asset acting on behalf of Andante; (ii) Declaration of Robert S. Goodman in Support of the Motion for Substitution of Counsel; and (iii) a proposed form of order approving this motion.

Dated: New York, New York
       August 19, 2011

                                    MOUND COTTON WOLLAN & GREENGRASS

                                    By: /s/ Robert J. Goodman
                                        Arthur M. Handler
                                        Robert S. Goodman
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Phone: 212-804-4200
                                        Fax: 212-344-8066
                                        Email: ahandler@moundcotton.com
                                        Email: rgoodman@moundcotton.com

                                    Attorneys for Symphony Asset Management LLC

392349.1