UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In re                                   :    Chapter 11
                                        :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    (Jointly Administered)
                                        :
                    Debtors.            :
                                        :
----------------------------------------X

DECLARATION OF ROBERT S. GOODMAN IN SUPPORT
OF THE MOTION FOR SUBSTITUTION OF COUNSEL

I, Robert S. Goodman, declare that:

1. I am a member of Mound Cotton Wollan & Greengrass and am duly admitted to the bars of the State of New York and this Court.

2. I submit this Declaration in support of the motion of Symphony Asset Management LLC, acting on behalf of Andante Fund, LP ("Andante") to substitute Mound Cotton Wollan & Greengrass as counsel and attorney of record for Symphony Asset Management LLC, acting on behalf of Andante in the above-captioned proceedings.

3. Symphony Asset Management LLC, acting on behalf of Andante, requested and consents to the substitution of counsel described above in paragraph 2.

4. Together with this Declaration, I submit a Notice of Substitution of Counsel (attached hereto as Exhibit A), signed on behalf of Mound Cotton Wollan & Greengrass, White & Case LLP, and Symphony Asset Management LLC, acting on behalf of Andante.

5. I also submit herewith a proposed order (attached as Exhibit B) approving the substitution of Mound Cotton Wollan & Greengrass as counsel and attorney of record in the above-captioned proceedings for Symphony Asset Management LLC, acting on behalf of Andante.

6. The proposed substitution of counsel will not delay resolution of the above-captioned proceedings, nor will it prejudice any party or parties thereto.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
    August 19, 2011

                 _/s/ Robert S. Goodman_
                 Robert S. Goodman

392353.1                               2