# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
In re                               :   Chapter 11
                                    :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  (Jointly Administered)
                                    :
        Debtors.                    :
                                    :
------------------------------------X

NOTICE OF SUBSTITUTION OF COUNSEL FOR SYMPHONY ASSET
MANAGEMENT LLC, ACTING ON BEHALF OF ANDANTE FUND, LP

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of Mound Cotton Wollan & Greengrass will be and hereby is substituted as counsel and attorneys of record for Symphony Asset Management LLC, acting on behalf of Andante Fund, LP ("Andante") in the above-captioned proceedings. Abraham L. Zylberberg, Richard Graham, Radek Pawlowski and White & Case LLP hereby withdraw as counsel for Symphony Asset Management LLC, acting on behalf of Andante in this action.

PLEASE TAKE FURTHER NOTICE that all parties that submit filings in the above-captioned adversary proceedings will serve Mound Cotton Wollan & Greengrass, namely and without limitation, by providing a copy of all papers henceforth served in these proceedings to Mound Cotton Wollan & Greengrass, One Battery Park Plaza, New York, New York 10004, Attention: Robert S. Goodman, Esq.

As evidenced below, the undersigned consent to the substitution and certify that this substitution will not delay the proceedings in the above-captioned proceedings.

Dated: New York, New York
       August 19, 2011

| MOUND COTTON WOLLAN & GREENGRASS | WHITE & CASE LLP |
|---|---|
| By: *Robert S. Goodman* (signature)<br>Arthur M. Handler<br>Robert S. Goodman<br>One Battery Park Plaza<br>New York, New York 10004<br>Phone: 212-804-4200<br>Fax: 212-344-8066<br>Email: ahandler@moundcotton.com<br>Email: rgoodman@moundcotton.com | By: *Richard Graham* (signature)<br>Richard Graham<br>1125 Avenue of the Americas<br>New York, New York 10036<br>Phone: 212-819-8200<br>Fax: 212-354-8113<br>Email: rgraham@whitecase.com |

SYMPHONY ASSET MANAGEMENT LLC,
On Behalf Of Andante Fund, LP

By: *Angela McKillen* (signature)
Name: Angela McKillen
Title: Chief Financial Officer

392358.1                                                        2