UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
In re                                                  :    Chapter 11
                                                       :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                 :    (Jointly Administered)
                                                       :
                    Debtors.                           :
                                                       :
-------------------------------------------------------X

## MOTION FOR SUBSTITUTION OF COUNSEL ON CONSENT

Symphony Asset Management LLC ("Symphony Asset"), acting on behalf of Encore Fund, LP ("Encore" or the "Claimant"), hereby moves for an order, pursuant to Local Civil Rule 1.4 and Local Bankruptcy Rule 2090-1(e), substituting Mound Cotton Wollan & Greengrass as attorneys of record for Symphony Asset, acting on behalf of Encore in the above-captioned proceedings. In support of this motion, Symphony Asset respectfully submits the following papers: (i) Notice of Substitution of Counsel for Symphony Asset acting on behalf of Encore; (ii) Declaration of Robert S. Goodman in Support of the Motion for Substitution of Counsel; and (iii) a proposed form of order approving this motion.

Dated: New York, New York
       August 19, 2011

MOUND COTTON WOLLAN & GREENGRASS

By: /s/ Robert J. Goodman
    Arthur M. Handler
    Robert S. Goodman
    One Battery Park Plaza
    New York, New York 10004
    Phone: 212-804-4200
    Fax: 212-344-8066
    Email: ahandler@moundcotton.com
    Email: rgoodman@moundcotton.com

Attorneys for Symphony Asset Management LLC

392371.1