# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
In re                                           :   Chapter 11
                                                :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   (Jointly Administered)
                                                :
           Debtors.                             :
                                                :
------------------------------------------------X

NOTICE OF SUBSTITUTION OF COUNSEL FOR SYMPHONY ASSET
MANAGEMENT LLC, ACTING ON BEHALF OF FORTISSIMO FUND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of Mound Cotton Wollan & Greengrass will be and hereby is substituted as counsel and attorneys of record for Symphony Asset Management LLC, acting on behalf of Fortissimo Fund in the above-captioned proceedings. Abraham L. Zylberberg, Richard Graham, Radek Pawlowski and White & Case LLP hereby withdraw as counsel for Symphony Asset Management LLC, acting on behalf of Fortissimo Fund in this action.

PLEASE TAKE FURTHER NOTICE that all parties that submit filings in the above-captioned adversary proceedings will serve Mound Cotton Wollan & Greengrass, namely and without limitation, by providing a copy of all papers henceforth served in these proceedings to Mound Cotton Wollan & Greengrass, One Battery Park Plaza, New York, New York 10004, Attention: Robert S. Goodman, Esq.

As evidenced below, the undersigned consent to the substitution and certify that this substitution will not delay the proceedings in the above-captioned proceedings.

Dated: New York, New York
       August 19, 2011

MOUND COTTON WOLLAN
& GREENGRASS

By: *Robert S. Goodman* (signature)
Arthur M. Handler
Robert S. Goodman
One Battery Park Plaza
New York, New York 10004
Phone: 212-804-4200
Fax: 212-344-8066
Email: ahandler@moundcotton.com
Email: rgoodman@moundcotton.com

WHITE & CASE LLP

By: *Richard Graham* (signature)
Richard Graham
1125 Avenue of the Americas
New York, New York 10036
Phone: 212-819-8200
Fax: 212-354-8113
Email: rgraham@whitecase.com

SYMPHONY ASSET MANAGEMENT LLC,
On Behalf Of Fortissimo Fund

By: *Angela McGillen* (signature)
Name: Angela McGillen
Title: Chief Financial Officer