K&L GATES LLP
Jeffrey N. Rich, Esq.
Eunice Rim, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

-and-

David C. Neu, Esq.
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104
(206) 623-7580

Attorneys for Port of Tacoma

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    Case No. 08-13555 (JMP)
                                                                        :
                                                                        :    (Jointly Administered)
                                    Debtors.                            :
                                                                        :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Eunice Rim, hereby certify under penalty of perjury as follows:

      1.    I am an associate of K&L Gates LLP, attorneys for Port of Tacoma. I am over 18 years of age and am not a party to this action.

      2.    On the 18th day of August, 2011, I caused to be served true and correct copies of: (i) Response of Port of Tacoma to Debtors' One Hundred Thirty-Eighth Objection to Claims (No Liability Derivatives Claims) (Docket No. 19368), (ii) Declaration of David Morrison in Support of Response of Port of Tacoma to Debtors' One Hundred Thirty-Eighth Objection to Claims (No

NY-903272 v1

Liability Derivatives Claims) and (iii) Declaration of Jeffrey Klein in Support of Response of Port of Tacoma to Debtors' One Hundred Thirty-Eighth Objection to Claims (No Liability Derivatives Claims) (collectively, the "**Pleadings**"), on the parties set forth on the attached **Exhibit A**, by placing the Pleadings in a sealed envelope, with first-class postage prepaid thereon and depositing such Pleadings in an official depository of the United States Postal Service located at 909 Third Avenue, New York, NY.

     3.     On the 19th day of August, 2011, I also caused to be served true and correct copies of the Pleadings on the parties set forth on the attached **Exhibit B**, by hand, for delivery on the same business day.

Dated: August 19, 2011
       New York, New York

                                                                /s/ *Eunice Rim*
                                                                 Eunice Rim

## EXHIBIT A

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Robert J. Lemons, Esq.
      Lee J. Goldberg, Esq.


Office of the United States Trustee for Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis, Esq.
      Elisabetta Gasparini, Esq.
      Andrea B. Schwartz, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne, Esq.
      Dennis O'Donnell, Esq.
      Evan Fleck, Esq.

## EXHIBIT B

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Lee J. Goldberg, Esq.


Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004