WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
.                                                                  :
In re                                                              :    **Chapter 11 Case No.**
.                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
.                                                                  :
.                                   **Debtors.**           :    **(Jointly Administered)**
.                                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF CAISSE DES DÉPÔTS ET CONSIGNATIONS' MOTION**
**FOR ENTRY OF AN ORDER TO PERMIT A LATE-FILED CLAIM**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)**

PLEASE TAKE NOTICE that the hearing on the Motion of Caisse Des

Dépôts Et Consignations to Permit a Late-Filed Claim Against Lehman Brothers Special

Financing Inc. ("LBSF," and together with its jointly administered co-debtors, "Lehman"

or the "Debtors"), pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [Docket

No. 18039], which was scheduled for August 25, 2011, at 10:00 a.m., **has been**

**adjourned to October 5, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be

heard.  The hearing on the motion (the "Motion") will be held before the Honorable

James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, and such hearing on the Motion

may be further adjourned from time to time without further notice other than an

announcement at the hearing.

Dated:  August 19, 2011
        New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession