UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                :
In re                                           :       Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :       08-13555 (JMP)
                                                :
         Debtors.                               :       (Jointly Administered)
                                                :
-------------------------------------------------------------------x       Ref. Docket Nos. 19303, 19306

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2011, I caused to be served the:

   a. "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Joint Motion Pursuant to Sections 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure to Approve Settlement Agreement Between Lehman Brothers Holdings Inc., and James W. Giddens, as Trustee for Lehman Brothers Inc., Regarding Lehman Brothers Unclaimed Funds In Court Registry and Related Relief," dated August 16, 2011 [Docket No. 19303], and

   b. "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion for Authorization to Reject Certain Executory Contracts Solely as to Certain Contracts," dated August 16, 2011 [Docket No. 19306],

by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

                                                        /s/ *Panagiota Manatakis*
                                                        Panagiota Manatakis

Sworn to before me this
17th day of August, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

| Name | Fax |
|---|---|
| OFFICE OF US TTEE TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |
| MILBANK: DENNIS DUNNE, EVAN FLECK, DENNIS ODONNELL | (212) 530-5219 |