---

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
                    Debtors.             :    (Jointly Administered)
------------------------------------------------------------------x
```

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

            **PLEASE TAKE NOTICE** that on August 19, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred sixty-seventh omnibus objection

to claims (the "Debtors' One Hundred Sixty-Seventh Omnibus Objection to Claims"), and that a

hearing (the "Hearing") to consider the Debtors' One Hundred Sixty-Seventh Omnibus

Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy

Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, New York, New York 10004, on **October 5, 2011 at 10:00 a.m.**

**(Eastern Time),** or as soon thereafter as counsel may be heard.

          **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Sixty-Seventh Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

2

Evan Fleck, Esq.); so as to be so filed and received by no later than **September 20, 2011 at 4:00**

**p.m. (Eastern Time)** (the "Response Deadline").

        **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' One Hundred Sixty-Seventh Omnibus Objection to Claims or

any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' One Hundred Sixty-Seventh Omnibus Objection to Claims, which order may be entered

with no further notice or opportunity to be heard offered to any party.

Dated:  August 19, 2011
       New York, New York

                       /s/ Robert J. Lemons
                       Robert J. Lemons

                       WEIL, GOTSHAL & MANGES LLP
                       767 Fifth Avenue
                       New York, New York 10153
                       Telephone: (212) 310-8000
                       Facsimile: (212) 310-8007

                       Attorneys for Debtors
                       and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                   :    Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    08-13555 (JMP)
                                                        :
                        Debtors.                        :    (Jointly Administered)
------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED SIXTY-SEVENTH OMNIBUS**
**OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)**

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

  Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent as follows:

<b>Relief Requested</b>

  1. The Debtors file this one hundred sixty-seventh omnibus objection

to claims (the "One Hundred Sixty-Seventh Omnibus Objection to Claims"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this

Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664],

seeking to reduce, reclassify (in certain instances), modify the Debtor entity (in certain

instances), and allow the claims listed on Exhibit A annexed hereto.[1]

  2. The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed on Exhibit A (collectively,

the "Settled Derivatives Claims") should be reduced, reclassified (in certain instances),

modified (in certain instances), and allowed.  Pursuant to this Court's order approving

procedures for the settlement or assumption and assignment of prepetition derivatives

contracts (the "December Order") [Docket No. 2257], claimants and the Debtors have

negotiated settlements of disputes related to derivatives claims.  These settlements

---

[1] Not all claims listed on Exhibit A require reclassification or modification of the Debtor entity.  Exhibit A, however, sets forth which specific claims will be reclassified as non-priority, general unsecured claims pursuant to the parties' agreement as well as against which Debtor the claim shall be allowed.

2

include agreements regarding the claim amounts and identity of the correct Debtor entity

against whom the claim is properly asserted.  The settlements are reflected in executed

termination agreements among the relevant parties or have been agreed to by the relevant

parties in other writings or oral agreements.  The proofs of claim being objected to are

not consistent with the terms of such settlements.  The Debtors, therefore, request that the

Court reduce, reclassify, and/or modify, as appropriate, each such claim to reflect (a) the

Debtor listed on Exhibit A under the column heading *"Modified Debtor,"* (b) the amount

listed under the column heading *"Modified Amount,"* and (c) the classification listed

under the column heading *"Modified Class."*  The Debtors further request that the Court

allow each such claim only to the extent of such Modified Amount and Modified Class

and only as to the Modified Debtor.

### Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to

28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4.      Commencing on September 15, 2008, and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code.

US_ACTIVE:\43780780\02\58399.0008

5.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

6.      On December 16, 2008, the Court entered the December Order, which approved and established specific procedures by which the Debtors could settle claims arising from the termination of prepetition derivatives contracts.

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Settled Derivatives Claims Should Be Reduced, Reclassified, and Allowed

9.      In their review of the claims filed on the claims register in these cases, the Debtors have identified the claims on Exhibit A as being claims for which the Debtors have specifically negotiated a settlement with the claimants for a total claim amount and (in certain instances) a classification and Debtor entity that is not the amount, classification, and/or Debtor that is reflected on such claimants' proof of claim.

10.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the

4

claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

11.     Pursuant to the December Order, the Debtors engaged in negotiations with certain claimants that had filed proofs of claim against the Debtors asserting obligations based on prepetition derivatives contracts.  The Debtors and these claimants negotiated and agreed to claim amounts and (in certain instances) classifications and Debtor entities against which the claims are to be asserted that are not reflected on the proof of claim forms filed by these claimants.  The agreements regarding the claim amounts, classification, and designation as to appropriate Debtor counterparty are reflected either in an executed termination agreement or other writing or oral agreement.

12.     The holders of the Settled Derivatives Claims agreed that their claims are properly asserted against the Debtor counterparty that is reflected on <u>Exhibit A</u> under the column heading *"Modified Debtor,"* and in the reduced amounts and classifications that are reflected under the column headings *"Modified Amount"* and *"Modified Class."*  The Debtors are seeking only to reclassify claims or modify the Debtor where the claimant's proof of claim is not consistent with the Debtors' settlement with the claimant.  Accordingly, in order to properly reflect the Debtors' and claimants' agreements with respect to the Debtor entity, amount, and classification of these claims, the Debtors request that the Court reduce, reclassify, and/or modify (as appropriate) each

5

Settled Derivatives Claim to reflect (a) the Debtor entity listed on Exhibit A under the column heading *"Modified Debtor,"* (b) the amount listed under the column heading *"Modified Amount,"* and (c) the classification under the column heading *"Modified Class."* The Debtors further request that the Court allow each such Settled Derivatives Claim only to the extent of such modified amount and classification listed on Exhibit A under the column headings *"Modified Amount"* and *"Modified Class,"* and only as to the *"Modified Debtor"* set forth therein.

**Notice**

13.    No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this One Hundred Sixty-Seventh Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]. The Debtors submit that no other or further notice need be provided.

14.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

US_ACTIVE:\43780780\02\58399.0008

WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated: August 19, 2011
         New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

7

# EXHIBIT A

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANCO SANTANDER (MEXICO), S.A. INSTITUCION DE BANCA MULTIPLE, GROUPO FINANCIERO SANTANDER ATTN: EDUARDO FERNANDEZ GARCIA TRAVESI PROLONGACION PASEO DE LA REFORMA N 500 NIVEL 1, MODULO 111 DISTRITO FEDERAL, 01219 MEXICO | 22234 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,765,054.87* | Lehman Brothers Holdings Inc. | Unsecured | $6,134,932.03 |
| 2 | BANCO SANTANDER (MEXICO), S.A. ATTN: EDUARDO FERNANDEZ GARCIA TRAVESI INSTITUCION DE BANCA MULTIPLE, GROUPO FINANCIERO SANTANDER PROLONGACION PASEO DE LA REFORMA N 500 NIVEL 1, MODULO 111 DISTRO FEDERAL, 01219 MEXICO | 22241 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,765,054.87* | Lehman Brothers Special Financing Inc. | Unsecured | $6,134,932.03 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | BANCO SANTANDER - CHILE ATTN: HANS TRAUTMAN BUC ESTRUCTURACTION FINANCIERA BANDERA 140 SANTIAGO, CHILE | 22231 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $610,325.84* | Lehman Brothers Holdings Inc. | Unsecured | $553,754.51 |
| 4 | BANCO SANTANDER - CHILE ATTN: HANS TRAUTMAN BUC ESTRUCTURACTION FINANCIERA BANDERA 140 SANTIAGO, CHILE | 22239 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $610,325.84* | Lehman Brothers Commercial Corporation | Unsecured | $553,754.51 |
| 5 | BANCO SANTANDER, S.A. ATTN: JAMES H. BATHON, ESQ., MANAGING DIRECTOR & CHIEF LEGAL OFFICER BANCO SANTANDER, S.A., NEW YORK BRANCH 45 EAST 53RD STREET NEW YORK, NY 10022 | 22242 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $72,605,342.00* | Lehman Brothers Special Financing Inc. | Unsecured | $66,801,313.45 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 | BANCO SANTANDER, S.A. ATTN: JAMES H. BATHON, ESQ., MANAGING DIRECTOR & CHIEF LEGAL OFFICER BANCO SANTANDER, S.A., NEW YORK BRANCH 45 EAST 53RD STREET NEW YORK, NY 10022 | 22243 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $72,605,342.00* | Lehman Brothers Holdings Inc. | Unsecured | $66,801,313.45 |
| 7 | FEDERAL HOME LOAN BANK OF PITTSBURGH ATTN: DANA A. YEALY, ESQ. 601 GRANT STREET PITTSBURGH, PA 15219 | 18986 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $41,545,541.68 | Lehman Brothers Holdings Inc. | Unsecured | $20,168,283.00 |
| 8 | FEDERAL HOME LOAN BANK OF PITTSBURGH ATTN: DANA A. YEALY, ESQ. 601 GRANT STREET PITTSBURGH, PA 15219 | 18989 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | $41,545,541.68 | Lehman Brothers Special Financing Inc. | Unsecured | $20,168,283.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | FINANTIA SECURITIES LIMITED TRANSFEROR: GRANITE FINANCE LIMITED 11 AUSTIN FRIARS LONDON, EC2N 2HG UNITED KINGDOM | 29629 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $455,299.67* | Lehman Brothers Special Financing Inc. | Unsecured | $389,475.87 |
| | TRANSFERRED TO: FINANTIA SECURITIES LIMITED TRANSFEROR: GRANITE FINANCE LIMITED 11 AUSTIN FRIARS LONDON, EC2N 2HG UNITED KINGDOM | | | | | $1,860,833.66* | | | $1,591,808.34 |
| | TRANSFERRED TO: FINANTIA SECURITIES LIMITED TRANSFEROR: GRANITE FINANCE LIMITED 11 AUSTIN FRIARS LONDON, EC2N 2HG UNITED KINGDOM | | | | | $162,973.67* | | | $139,412.16 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | HOUSTON COUNTY HEALTH CARE AUTHORITY ATTN: JOHN BURTON C/O PRESLEY BURTON AND COLLIER, LLC 2031 11TH AVE S BIRMINGHAM, AL 352052801 | 22769 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,937,557.14* | Lehman Brothers Special Financing Inc. | Unsecured | $1,100,000.00 |
| 11 | LEHIGH UNIVERSITY (BLK TICKER: LEHIGH NOW KNOWN AS C-LEHIGH) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET, 2ND FLOOR NEW YORK, NY 10022 | 20658 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $130,400.00*  $130,400.00 | Lehman Brothers Holdings Inc. | Unsecured | $132,469.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 12 | LEHIGH UNIVERSITY (BLK TICKER: LEHIGH NOW KNOWN AS C-LEHIGH) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET, 2ND FLOOR NEW YORK, NY 10022 | 20659 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $130,400.00*  $130,400.00 | Lehman Brothers Special Financing Inc. | Unsecured | $132,469.00 |
| 13 | MASS MUTUAL LIFE INSURANCE COMPANY LIMITED TOC ARIAKE EAST TOWER 15F 2-5-7 ARIAKE, KOTO-KU TOKYO, 135-0063 JAPAN | 12114 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $9,874,593.68* | Lehman Brothers Holdings Inc. | Unsecured | $4,000,000.00 |
| 14 | MASS MUTUAL LIFE INSURANCE COMPANY LIMITED TOC ARIAKE EAST TOWER 15F 2-5-7 ARIAKE, KOTO-KU TOKYO, 135-0063 JAPAN | 12115 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,874,593.68* | Lehman Brothers Special Financing Inc. | Unsecured | $4,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | MSIM INC., SEED CAPITAL HEDGING ACCOUNT C/O MORGAN STANLEY INVESTMENT MANAGEMENT, INC. ATTENTION : EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN, PA 19428-2881 | 27118 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,010,145.79* | Lehman Brothers Special Financing Inc. | Unsecured | $1,018,395.00 |
| 16 | MSIM INC., SEED CAPITAL HEDGING ACCOUNT C/O MORGAN STANLEY INVESTMENT MANAGEMENT, INC. ATTENTION : EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100, WEST CONSHOHOCKEN, PA 19428-2881 | 27119 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,010,145.79* | Lehman Brothers Holdings Inc. | Unsecured | $1,018,395.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | NATIONAL CITY BANK C/O PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21351 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $9,682,909.46* $9,682,909.46 | Lehman Brothers Special Financing Inc. | Unsecured | $6,256,127.50 |
| 18 | NATIONAL CITY BANK C/O PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21405 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $9,682,909.46* $9,682,909.46 | Lehman Brothers Holdings Inc. | Unsecured | $6,256,127.50 |
| 19 | NATIONWIDE MUTUAL INSURANCE COMPANY ATTN: NATIONWIDE INVESTMENTS-DERIVATIVES 1-05-705 ONE NATIONWIDE PLAZA COLUMBUS, OH 43215 | 18278 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $26,194,000.00 $37,104,068.00 $63,298,068.00 | Lehman Brothers Special Financing Inc. | Unsecured | $10,850,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | ONDERLINGE WAARBORGMAATSCH APPIJ CENTRALE ZORGVERZEKERAARS GROEP, ZORGVERZEKERAAR U.A. (""CZ"") ATTN MASCHA VERHOEVEN RINGBAAN WEST 236 POSTBUS 90152 5000 LD TILBURG, 5038 KE NETHERLANDS | 31545 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $188,056.71*<br><br>$188,056.71 | Lehman Brothers Special Financing Inc. | Unsecured | $188,056.71 |
| 21 | PIMCO CAYMAN UK LONG DURATION FUND- (# 2769) PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET, GEORGE TOWN GRAND CAYMAN, KY1- 9002 CAYMAN ISLANDS | 25712 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $59,277.04* | Lehman Brothers Special Financing Inc. | Unsecured | $59,277.04 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 22 | PIMCO COMBINED ALPHA STRATEGIES- (# 4861) ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1- 9002 CAYMAN ISLANDS | 25713 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,544,466.12* | Lehman Brothers Special Financing Inc. | Unsecured | $1,544,466.12 |
| 23 | PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21352 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $24,754.02*<br><br>$24,754.02 | Lehman Brothers Holdings Inc. | Unsecured | $24,692.12 |
| 24 | PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21353 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $1,984,209.86*<br><br>$1,984,209.86 | Lehman Brothers Special Financing Inc. | Unsecured | $935,417.03 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 10 of 13

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 25 | PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21354 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Secured Unsecured Subtotal | Undetermined $24,752.02* $24,752.02 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $24,692.12 |
| 26 | PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21355 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $1,984,209.86* $1,984,209.86 | Lehman Brothers Holdings Inc. | Unsecured | $935,417.03 |
| 27 | STICHING MARS PENSIOENFONDS PIMCO ACCOUNT NUMBER 1441 ATTN: RIANNE STEENBERGEN MARS NEDERLAND BV TAYLORWEG 5 VEGHEL, 5466 AE NETHERLANDS | 25673 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $178,620.40* | Lehman Brothers Special Financing Inc. | Unsecured | $178,620.40 |

* - Indicates claim contains unliquidated and/or undetermined amounts                                            Page 11 of 13

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | STICHTING BLUE SKY ACTIVE FIXED INCOME EMERGING MARK PROF. E.M. MEIJERSLAAN 1 POSTBUS 123 1180 AC AMSTELVEEN NETHERLANDS | 27965 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Administrative<br>Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>Undetermined<br>$374,860.35*<br><br>$374,860.35 | Lehman Brothers Special Financing Inc. | Unsecured | $374,860.35 |
| 29 | STICHTING BLUE SKY ACTIVE FIXED INCOME EMERGING MARK PROF. E.M. MEIJERSLAAN 1 POSTBUS 123 1180 AC AMSTELVEEN NETHERLANDS | 27966 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>Undetermined<br>$374,860.35*<br><br>$374,860.35 | Lehman Brothers Holdings Inc. | Unsecured | $374,860.35 |
| 30 | VANGUARD 30-40 YEAR DURATION EURO INDEX FUND, A SUB-FUND OF VANGUARD INVESTMENT SERIES PLC ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE, PA 19482 | 43962 | 10/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $502,244.11 | Lehman Brothers Special Financing Inc. | Unsecured | $300,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 167: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 31 | VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE-TERM BOND TRUST TRANSFEROR: VANGUARD FIDUCIARY TRUST COMPANY ASSET-BACKED SEC TRUST ASSET-BACKED SECURITIES TRUST ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE, PA 19482 | 16713 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $179,176.06* | Lehman Brothers Holdings Inc. | Unsecured | $179,176.06 |
| 32 | WELLINGTON MANAGEMENT PORTFOLIOS (LUXEMBOURG) II - COMMODITIES PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02109 | 15858 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,518.98* | Lehman Brothers Holdings Inc. | Unsecured | $17,518.98 |
| | | | | | TOTAL | $359,600,364.66 | | TOTAL | $229,338,299.66 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the one hundred sixty-seventh omnibus objection to claims, dated

August 19, 2011 (the "One Hundred Sixty-Seventh Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title

11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664], seeking to reduce, reclassify (in certain

instances), and modify the Debtor entity (in certain instances), and allow the Settled Derivatives

Claims on the grounds that the Debtors and claimants have agreed upon a claim amount and, in

certain instances, a classification and Debtor counterparty that is not currently reflected on

claimants' proofs of claim, all as more fully described in the One Hundred Sixty-Seventh

Omnibus Objection to Claims; and due and proper notice of the One Hundred Sixty-Seventh

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for

the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Sixty-Seventh Omnibus Objection to Claims.

claimant listed on Exhibit A attached to the One Hundred Sixty-Seventh Omnibus Objection to

Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the One Hundred Sixty-Seventh Omnibus Objection to Claims is in the best interests of

the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the One Hundred Sixty-Seventh Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Sixty-Seventh Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivatives Claim listed on Exhibit 1 annexed

hereto is hereby modified and allowed in the amount and classification and against the Debtor

that is set forth on Exhibit 1 under the column headings *"Modified Amount," "Modified Class,"*

and *"Modified Debtor,"* respectively, *provided that*, the holder of a Settled Derivatives Claim

against both (i) a Debtor based on a derivatives contract and (ii) LBHI based on its guarantee

relating to that derivatives contract may not receive an aggregate recovery in respect of the

Settled Derivatives Claim greater than the applicable *"Modified Amount"*; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that (i) the *"Modified Amount"* includes the total amount due to the

claimant under, in respect of, or related to the applicable derivatives contract and (ii) the Settled

Derivatives Claim shall represent the sole right of the claimant to any distributions from the

applicable Modified Debtor under, in respect of, or related to the applicable derivatives

contracts; and it is further

    ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A to the One Hundred Sixty-

Seventh Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is

further

    ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
   New York, New York

           _____
           UNITED STATES BANKRUPTCY JUDGE