**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                                             :
                  Debtors.                             :        **(Jointly Administered)**
                                                             :
-----------------------------------------------------------------x

**BRIDGE ORDER EXTENDING THE DEADLINE**
**FOR SERVICE OF AVOIDANCE ACTION COMPLAINT**

Upon the motion, dated August 19, 2011 (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in possession (together, the "Debtors"), pursuant to section 105(a) of title 11 of the United States Code and Rule 4(m) of the Federal Rules of Civil Procedure, as incorporated and made applicable hereto by Rule 7004(a)(1) of the Federal Rules of Bankruptcy Procedure, for an extension of the deadline to effect service of process of an avoidance action complaint to November 30, 2011, as more fully described in the Motion; and a hearing to consider the Motion having been scheduled for September 14, 2011, which is after the period to effect service of process on the BlueBay Defendants expires; and the Court having determined that it is appropriate to extend the deadline for service of process until such time as the Court considers and enters an order determining the Motion, it is hereby

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

US_ACTIVE:\43788447\03\58399.0003

ORDERED that the deadline to effect service of process on the BlueBay Defendants is extended until such time as the Court has entered an order determining the Motion.

Dated: August 19, 2011
      New York, New York

/s/ Honorable James M. Peck
UNITED STATES BANKRUPTCY JUDGE