**HEARING DATE AND TIME: October 5, 2011 at 10:00 AM (Eastern Time)**
**RESPONSE DEADLINE: September 20, 2011 at 4:00 PM (Eastern Time)**

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF DEBTORS' ONE HUNDRED SEVENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, AT 212-310-8323.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------x | | |
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------------------x | | |

**NOTICE OF HEARING ON DEBTORS'**
**ONE HUNDRED SEVENTY-SEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS)**

**PLEASE TAKE NOTICE** that on August 19, 2011, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed their one hundred seventy-seventh omnibus objection to claims (the "Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims"), and that a hearing (the "Hearing") to consider the Debtors' One Hundred Seventy-

US_ACTIVE:\43787188\02\58399.0008

Seventh Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **October 5, 2011 at 10:00 AM (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than **September 20, 2011 at 4:00 PM (prevailing Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: August 19, 2011
      New York, New York

                                /s/ Robert J. Lemons
                                Robert J. Lemons

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Debtors
                                and Debtors in Possession

HEARING DATE AND TIME: October 5, 2011 at 10:00 AM (Eastern Time)
RESPONSE DEADLINE: September 20, 2011 at 4:00 PM (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :     08-13555 (JMP)
                                                   :
                        Debtors.                   :     (Jointly Administered)
------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED SEVENTY-SEVENTH OMNIBUS**
**OBJECTION TO CLAIMS (NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS ONE HUNDRED SEVENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, AT 212-310-8323.**

---

1

US_ACTIVE:\43787188\02\58399.0008

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

### Relief Requested

1. The Debtors file this omnibus objection to claims, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to disallow and expunge certain claims for which the Debtors have no liability.

2. The proofs of claim listed on Exhibit A annexed hereto (collectively, the "No Liability Non-Debtor Employee Claims") were filed against the Debtors asserting claims for compensation arising out of the claimants' employment with entities that are not Debtors in these chapter 11 cases. The Debtors' records indicate that the claimants were employees of Lehman Brothers Inc. ("LBI") or other non-Debtor entities. The Debtors have no liability for the compensation-related obligations of LBI and other non-Debtor affiliates and no liability for any No Liability Non-Debtor Employee Claim.

### Jurisdiction

3. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2

**Background**

4. Commencing on September 15, 2008 and periodically thereafter, (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

6. On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to LBI. A trustee appointed under SIPA (the "SIPC Trustee") is administering LBI's estate.

7. On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner. The Examiner filed its report with the Court on March 11, 2010 pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8. On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to up to 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

3

**The No Liability Non-Debtor Employee Claims Should Be Disallowed and Expunged**

9. Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). A proof of claim is "deemed allowed, unless a party in interest objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729, 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

10. In their review of the claims filed on the claims register in these chapter 11 cases, the Debtors have identified the No Liability Non-Debtor Employee Claims as asserting claims for commissions, expense reimbursements, bonuses, wages, severance, and unused vacation days filed by former Lehman employees. The Debtors reviewed their records and determined that none of the claimants were employees of the Debtors, but were employees of non-Debtor entities such as LBI, Lehman Brothers Europe, Ltd., Lehman Brothers Limited, Lehman Brothers International (Europe), Lehman Brothers Market Makers, Neuberger Berman Management, Inc., Lehman Brothers Asia Holdings, Inc., Neuberger Berman LLC, Lehman Brothers Japan Inc., Lehman Brothers Real Estate Limited, and Lehman Brothers Asset Management, and as a result, those non-Debtor employers are liable for such compensation claims. Nothing in the Debtors' records, nor in the No Liability Non-Debtor Employee Claims, indicates any ground for liability by any of the Debtors for the compensation-related claims asserted in the No Liability Non-Debtor Employee Claims. Many of the No Liability Non-Debtor Employee Claims attach offers of employment and letters promising severance packages

4

that were sent by non-Debtor entities. A claim against a non-Debtor affiliate does not result in a claim against, nor a right to payment from, the Debtors.

11. The liabilities asserted in the No Liability Non-Debtor Employee Claims are not claims against LBHI or any other Debtor in these chapter 11 cases. Unless the No Liability Non-Debtor Employee Claims are disallowed and expunged, parties who do not hold valid claims against the Debtors' estates may nonetheless recover from the Debtors. The Debtors respectfully request the Court enter an order disallowing and expunging the No Liability Non-Debtor Employee Claims in their entirety.

## Reservation of Rights

12. The Debtors reserve all their rights to object on any basis to any No Liability Non-Debtor Employee Claim or any portion of any No Liability Non-Debtor Employee Claim for which the Court does not grant the relief requested herein.

## Notice

13. No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims, in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures [Docket No. 9635], on: (i) each claimant listed on Exhibit A; (ii) the U.S. Trustee; (iii) the attorneys for the Creditors' Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these chapter 11 cases. The Debtors submit that no other or further notice need be provided.

5

14. No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: August 19, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

6

# EXHIBIT A

**IN RE: LEHMAN BROTHERS HOLDINGS INC., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 177: EXHIBIT A - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADLER, DAVID<br>10206 BRIAR ROSE DR.<br>HOUSTON, TX 77042 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5627 | $200,000.00 | No Liability |
| 2 | ANDREWS, COLLETTE<br>710 VALLEY STREET<br>MAPLEWOOD, NJ 07040 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27593 | $2,807.69 | No Liability |
| 3 | ANTONCIC, MADELYN<br>350 EAST 57TH STREET<br>APARTMENT 13A<br>NEW YORK, NY 10022 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16517 | $3,807,143.00 | No Liability |
| 4 | BAIGIS, SHERI<br>250 3RD ST<br>ARCHBALD, PA 18403 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12632 | $19,557.70 | No Liability |
| 5 | BROOKS (FOMERLY KUICK), CHERI<br>1870 SOMERSET LANE<br>WHEATON, IL 60189 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32291 | $695.54 | No Liability |
| 6 | BROWN, JONATHAN H.<br>2939 AVENUE Y<br>APT #4F<br>BROOKLYN, NY 11235 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12639 | $250,000.00 | No Liability |
| 7 | BUTLER-MCLAUGHLIN, CECELIA E.<br>2 LANGDON ROAD<br>CARLE PLACE, NY 11514 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21508 | $133,207.40 | No Liability |
| 8 | CARPENTER, THERESA J.<br>72 NORTH STATE ROAD<br># 170<br>BRIARCLIFF MANOR, NY 10510 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18145 | $86,867.90 | No Liability |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 177: EXHIBIT A - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS**

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | CARSON, LAUREN<br>111 WORTH ST, APT 61<br>NEW YORK, NY 10013-4022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/09/2009 | 4325 [1] | $36,944.44 | No Liability |
| 10 | CHING, STEVE<br>757 JACKSON STREET<br>APT. 201<br>SAN FRANCISCO, CA 94133 |  | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7646 | $12,267.00 | No Liability |
| 11 | CONNOLLY, THOMAS J.<br>3545 BRIDLE CREEK DRIVE<br>SUWANEE, GA 30024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/09/2009 | 5228 | $25,000.00 | No Liability |
| 12 | CRAMER, REBEKAH W.<br>2670 MANOR PL<br>ELLENWOOD, GA 302942544 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13125 | $4,000.00 | No Liability |
| 13 | CRAMER, REBEKAH W.<br>2670 MANOR PL<br>ELLENWOOD, GA 302942544 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13126 | $21,900.00 | No Liability |
| 14 | CRAMER, REBEKAH W.<br>2670 MANOR PL<br>ELLENWOOD, GA 302942544 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13127 | $11,133.00 | No Liability |
| 15 | DILLAH, JILLIAN<br>1425 AMSTERDAM AVENUE<br>APT# 8R<br>NEW YORK, NY 10027 |  | Lehman No Case Asserted/All Cases Asserted | 08/04/2009 | 7354 | $1,056.86 | No Liability |
| 16 | FRIEDMAN, STEPHEN J.<br>857 FIFTH AVENUE<br>NEW YORK, NY 10065 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15181 | $4,756,000.00 | No Liability |

---

[1] Claim 4325 is being expunged solely with respect to its asserted claim for severance in the amount of $36,944.44. The portion of Claim 4325 that is asserting a claim for Notes or Debentures in the amount of $25,000.00 is not being expunged pursuant to this Objection, is not affected by this Objection, and is subject to the Debtors' One Hundred Seventy-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims).

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 177: EXHIBIT A - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | GASPARRO, PAUL<br>105 STUYVESANT AVE<br>RYE, NY 10580 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2334 | $195,668.12 | No Liability |
| 18 | GROSSBLATT, JOSHUA<br>26575 AGOURA RD<br>CALABASAS, CA 91302 | | Lehman No Case Asserted/All Cases Asserted | 01/30/2009 | 2258 | $1,588.20 | No Liability |
| 19 | HALE, JULIE<br>PENDENE<br>NIGHTINGALE AVENUE<br>WEST HORSLEY, KT24 6NZ<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8525 | $66,692.30 | No Liability |
| 20 | HAR-EVEN, ITAMAR<br>18 OLD PEAK ROAD<br>TOWER 1, APT. 10-A<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6160 | $369.20 | No Liability |
| 21 | HAYKIN, DANIEL S.<br>16234 E PRENTICE PL<br>CENTENNIAL, CO 80015-4174 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 02/16/2011 | 67341 | $20,769.23 | No Liability |
| 22 | HODGES,JAMES<br>10 HALSEY STREET<br>LONDON, GT LON, SW3 2QH<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16103 | $1,830,000.00 | No Liability |
| 23 | HORN, JAMIE R.<br>3997 STIRRUP DR<br>DOYLESTOWN, PA 18902-5467 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17357 | $6,060.00 | No Liability |
| 24 | HROMIC, HARIS<br>25-40 SHARE BLVD G-I<br>ASTORIA, NY 11102 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 05/28/2009 | 4626 | $10,950.00 | No Liability |
| 25 | KAUKONEN, ROBIN<br>30 UNERHILL ROAD<br>MILL VALLEY, CA 94941 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 08/20/2009 | 8860 | $96,829.34 | No Liability |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 177: EXHIBIT A - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | KELLY, SEAN<br>1002 MILL VALLEY DRIVE<br>SUGARLAND, TX 77478 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32334 | $80,000.00 | No Liability |
| 27 | KOBIELSKI, CAROL<br>15 HOLIDAY LANE<br>ENFIELD, CT 06082 | | Lehman No Case Asserted/All Cases Asserted | 12/04/2008 | 1218 | $47,529.28 | No Liability |
| 28 | LARS P. JACOBSON<br>909 15TH STREET<br>HERMOSA BEACH, CA 90254 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24255 | $77,575.10 | No Liability |
| 29 | LASRY, FRANCOIS<br>121 EAST 71ST STREET<br>NEW YORK, NY 10021 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10537 | $139,860.00 | No Liability |
| 30 | LEE, EDMUND<br>23-18 DORCHESTER RD<br>FAIR LAWN, NJ 07410 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44335 | $55,163.47 | No Liability |
| 31 | MACKINNON, MICHAEL L<br>31 APPLEGARTH ROAD<br>LONDON, W14 0HY<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 08/12/2009 | 8079 | $8,300.00 | No Liability |
| 32 | MIKHAIL, REDA<br>319 ABINGDON AVENUE<br>STATEN ISLAND, NY 10308 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32220 | $15,034.70 | No Liability |
| 33 | MOORE, TODD CHRISTOPHER<br>15403 STABLE STAR CIRCLE<br>CYPRESS, TX 77429 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 06/05/2009 | 4769 | $200,000.00 | No Liability |
| 34 | NAGARAJ, HEMANTH<br>22 E 36 ST APT 4B<br>NEW YORK, NY 10016 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2008 | 405 | $154,500.00 | No Liability |
| 35 | PAGANO, CARMINE J.<br>143 BRYANT AVENUE<br>STATEN ISLAND, NY 10306 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9742 | $587,341.69 | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 177: EXHIBIT A - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | PERRY, BARCLAY<br>350 N. SALTAIR AVE.<br>LOS ANGELES, CA 90049 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/23/2009 | 4504 | $12,432.64 | No Liability |
| 37 | RAYNAUD, JEAN-MICHEL<br>5 IMPASSE FOCH<br>24660 CHAMIERS,<br>FRANCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/10/2008 | 153 | $43,972.60 | No Liability |
| 38 | RIESSEN, NATALIE S.<br>205 EAST 59TH STREET, #19A<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2009 | 66000 | $1,719.39 | No Liability |
| 39 | RIESSEN, NATALIE S.<br>205 EAST 59TH STREET, #19A<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2009 | 66001 | $1,871.21 | No Liability |
| 40 | RIESSEN, NATALIE S.<br>205 EAST 59TH STREET, #19A<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2009 | 66002 | $514.85 | No Liability |
| 41 | RIESSEN, NATALIE S.<br>205 EAST 59TH STREET, #19A<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2009 | 66003 | $552.44 | No Liability |
| 42 | RIESSEN, NATALIE S.<br>205 EAST 59TH STREET, #19A<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2009 | 66004 | $9,177.60 | No Liability |
| 43 | ROBSON-CANTY, GERALDINE D.<br>61 BEECHWOOD TERRACE<br>YONKERS, NY 10705 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20289 | $21,659.84 | No Liability |
| 44 | SCHREIBER, RUSSELL<br>FLAT 5 CADOGAN COURT GARDENS<br>1 D'OYLEY STREET<br>GT LON<br>LONDON, SW1X 9AQ<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24389 | $27,600.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 177: EXHIBIT A - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | SKRAPITS, TOM<br>1755 ROLAND AVENUE<br>WANTAGH, NY 11793 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30632 | $27,802.14 | No Liability |
| 46 | SKRAPITS, TOM<br>1755 ROLAND AVENUE<br>WANTAGH, NY 11793 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30633 | $27,802.94 | No Liability |
| 47 | SPENCER, SARAH HITE<br>487 3RD ST, #3<br>BROOKLYN, NY 11215 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30778 | $1,535.72 | No Liability |
| 48 | SPITAL, SAUL H.<br>10 JEANINE COURT<br>MANALAPAN, NJ 07726 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9607 | $30,000.00 | No Liability |
| 49 | SPITAL, SAUL H.<br>10 JEANINE COURT<br>MANALAPAN, NJ 07226 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9609 | $100,000.00 | No Liability |
| 50 | SPITAL, SAUL H.<br>10 JEANINE COURT<br>MANALAPAN, NJ 07726 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9610 | $89,806.68 | No Liability |
| 51 | TOLMAN, MARC<br>6935 PERDIDO BAY TERRACE<br>LAKE WORTH, FL 33463 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31988 | $44,423.08 | No Liability |
| 52 | TOLMAN, MARC<br>6935 PERDIDO BAY TERRACE<br>LAKE WORTH, FL 33463 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31989 | $44,423.08 | No Liability |
| 53 | TOPPE, ROBERT<br>12 SEMINARY RD<br>BEDFORD, NY 10506 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/23/2009 | 1907 | $128,365.65 | No Liability |
| 54 | TORRES, CARLOS<br>67 ROCKY RIDGE DR NW<br>CALGARY, AB T3G 4G1<br>CANADA | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 11/06/2008 | 532 | $245,000.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 177: EXHIBIT A - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | UBELHART, KAREN A.<br>800 WEST END AVE - APT 7A<br>NEW YORK, NY 10025 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/16/2009 | 4897 | $192,308.00 | No Liability |
| 56 | VEDOVOTTO, ROBERTO<br>VIA OSPEDALE CIVILE 20<br>PADOVA, 35121<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/19/2010 | 66309 | $7,668,375.00 | No Liability |
| 57 | WALLACE, WILLIAM A.<br>95 MYSTIC DR<br>OSSINING, NY 10562-1965 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13739 | Undetermined | No Liability |
| 58 | WILSON, DAVID<br>532 49 AVENUE SW<br>CALGARY, AB, T2S 1G5<br>CANADA | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 11/17/2008 | 772 | $330,000.00 | No Liability |
| 59 | WINTERS, WK<br>42 WEST GREEN<br>HEIGHINGTON<br>NEWTON AYCLIFFE<br>CO DURHAM, DL5 6PE<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/10/2009 | 3335 | Undetermined | No Liability |
| | | | | | TOTAL | $22,012,154.02 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                                                       :    Chapter 11 Case No.
                                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                                              :
                    Debtors.                                               :    (Jointly Administered)
---------------------------------------------------------------x

## ORDER GRANTING DEBTORS' ONE HUNDRED SEVENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS)

Upon the one hundred seventy-seventh omnibus objection to claims, dated August 19, 2011 (the "Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking the disallowance and expungement of the No Liability Non-Debtor Employee Claims on the basis that the Debtors have no liability for such claims, all as more fully described in the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims; and due and proper notice of the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims.

US_ACTIVE:\43787188\02\58399.0008

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized and directed to reflect the No Liability Non-Debtor Employee Claims as disallowed and expunged pursuant to this Order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on <u>Exhibit A</u> annexed to the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE