WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS'**
**ONE HUNDRED NINTH OMNIBUS OBJECTION TO CLAIMS**
**(INSUFFICIENT DOCUMENTATION) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Ninth Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 15008] will be held on **August 25, 2011 at 10:00 a.m.** **(Prevailing Eastern Time)** (the "Hearing), solely as to the claims listed on Exhibit A attached hereto. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: August 19, 2011
     New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

/s/ Michael A. Rollin
Michael A. Rollin
REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

| Claimant Name | Claim Number[1] |
|---|---|
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2007-7 | 28534, 30526<br>*Servicer Loan Numbers: 33774720, 45054053, 33717232, 39992110, 45174026, 45315611 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Series 2007-9 | 28538<br>*Servicer Loan Numbers: 47245998, 47105374, 40748576, 40705113, 40777880 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-1 | 28760, 30061<br>*Servicer Loan Numbers: 17090739 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-1 | 28761, 30060<br>*Servicer Loan Number: 18806646 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-7 | 28763, 30062<br>*Servicer Loan Number: 30156533 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2007-5 | 28772, 30529<br>*Servicer Loan Number: 40318958 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2007-9 | 28773<br>*same as Claim Number 28538 above |

---

[1] Disallow claims except as to those certain loans for which Claimant HSBC Bank provided data to Debtor on May 13, 2011.