WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                          :
**In re**                                                 :   **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :   **08-13555 (JMP)**
                                                          :
            **Debtors.**                                  :   **(Jointly Administered)**
                                                          :
-------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' ONE HUNDRED FIFTY-FIRST OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

      **PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Fifty-First

Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for

August 25, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the**

**claim listed on Exhibit A attached hereto, to November 30, 2011, at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will

be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: August 22, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Adjourned Claim:

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| Right Management, Inc. | 5503 | N/A |

US_ACTIVE:\43791102\01\58399.0008