UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                  :

In re                           :        Chapter 11 Case No.
                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                                  :

                     Debtors.       :        (Jointly Administered)
                                  :

------------------------------------------------------------x

## FIRST INTERIM APPLICATION OF FOSTER GRAHAM MILSTEIN & CALISHER, LLP FOR THE EIGHTH INTERIM APPLICATION PERIOD FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| Name of Applicant: | <u>Foster Graham Milstein & Calisher, LLP</u> |
| Authorized to Provide Professional Services to: | Lehman Brothers Holdings, Inc. |
| Date of Retention: | Beginning in approximately February 2009, Foster Graham Milstein & Calisher, LLP began working for Lehman Brothers Holdings Inc. ("LBHI" or "Debtor") as an Ordinary Course Professional. [Docket No. 2946]. On March 9, 2011 Foster Graham Milstein & Calisher, LLP was approved as special counsel. [Docket No. 14868] |
| Period for which compensation and reimbursement are sought: | February 1, 2011 through May 31, 2011 |
| Amount of compensation sought as Actual, reasonable and necessary: | $169,885.50 |
| Amount of expenses sought as Actual, reasonable and necessary: | $6,701.65 |

This is a(n):     ___ Monthly    _X_ Interim       _____ Final Application

**First Interim Application for the Eighth Interim Period**

| Monthly Fee Statement Period | Total Fees/Expenses Requested | Fees Paid | Expenses Paid | Holdback Amount |
|---|---|---|---|---|
| 02/01/2011-02/28/2011 | Fees:  8,678.00 Expenses:  862.59 | 0.00 | 0.00 | 9,540.59 |
| 03/01/2011-03/31/2011 | Fees: 27,911 Expenses:  166.03 | 0.00 | 0.00 | 28,077.03 |
| 04/01/2011-04/30/2011 | Fees: 83,795.50 Expenses:  2300.98 | 0.00 | 0.00 | 86,096.48 |
| 05/01/2011-05/31/2011 | Fees: 49,501.00 Expenses:  3372.05 | 0.00 | 0.00 | 52,873.05 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                      :

In re                               :      Chapter 11 Case No.
                                        :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :      08-13555 (JMP)
                                        :

                      Debtors.     :      (Jointly Administered)
                                        :

                                        :
------------------------------------------------------------x

## FIRST INTERIM APPLICATION OF FOSTER GRAHAM MILSTEIN & CALISHER, LLP FOR THE EIGHTH INTERIM PERIOD FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Foster Graham Milstein & Calisher, LLP ("Foster Graham"), special counsel for Lehman

Brothers Holdings Inc. ("LBHI") and certain of its direct and indirect subsidiaries, as debtors and

debtors in possession here (collectively, the "Debtors"), submits this First Interim Application

for compensation and reimbursement of expenses (the "Application") seeking the entry of an

Order pursuant to 11 U.S.C. §§330 and 331 awarding compensation to Foster Graham for the

period of February 1, 2011 through and including May 31, 2011 (the "Eighth Interim Application

Period") of $169,885.50 fees incurred by the Debtor for services totaling 624.2 hours (resulting

in a blended hourly rate of $272.17) and $6,701.65 for expenses, in accordance with the Fourth

Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy

Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of

Expenses of Professionals dated April 14, 2011 (Docket No. 15997) (the "Compensation

Order"), and granting related relief, and respectfully sets forth and represents as follows:

        1.        This Application is made pursuant to 11 U.S.C. §§105, 330 and 331 and the

Compensation Order. Summaries reflecting the incurrence of fees and expenses are annexed

hereto as follows:

**Exhibit A** is a summary of the time and expenses for February 1, 2011 through May 30, 2011;

**Exhibit B** is a list of all current open matters;

**Exhibit C** is the detail of the total fees and expenses for February 1, 2001 through February 28, 2011.

**Exhibit D** is the detail of the total fees and expenses for March 1, 2001 through March 31, 2011.

**Exhibit E** is the detail of the total fees and expenses for April 1, 2001 through April 30, 2011.

**Exhibit F** is the detail of the total fees and expenses for May 1, 2001 through May 31, 2011.

**Exhibit G** are true and correct copies of invoices of amounts over $1,000 for costs incurred on behalf of the Estate during the period February 1, 2011 through May 31, 2011.

2.      Foster Graham has not received any interim compensation for the fees and expenses during the Eighth Interim Application Period. Accordingly, it seeks all of its fees ($169,885.50) and all of its expenses ($6,701.15), which totals $176,587.15.

## Background

3.      Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtors are authorized to operate their businesses and

manage their properties as debtors in possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

4.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to §1102 of the Bankruptcy Code (the "Creditors Committee").

5.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate.

6.      On July 1, 2011, the Debtors filed a second amended joint chapter 11 plan and disclosure statement [Docket Nos. 18204 and 18205].

7.      This Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334, and the Order of Reference of the United States District Court for the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.). This Court is the proper venue for this proceeding in accordance with 28 U.S.C. § 1409.

## The Application

8.      By order dated March 9, 2011 (Docket No. 14868), Foster Graham was retained by the Debtors as special counsel, to (i) prosecute claims in connection with the recovery of losses related to the purchase, sale, transfer, and/or securitization of mortgage loans and/or pre-filing settlement negotiations against sellers of mortgage loans on the secondary market and ancillary matters arising in such lawsuits ("Loss Recovery Litigation") and (ii) represent LBHI in connection with defense of claims made against it for losses related to the purchase, sale, transfer, and/or securitization of mortgage loans and ancillary matters arising in such lawsuits. A copy of the Order Authorizing Employment and Retention of Foster Graham as Special Counsel is annexed hereto as **Exhibit H**.

9.    This Application is made pursuant to 11 U.S.C. §§105, 330 and 331 and the

Compensation Order, a copy of which is annexed hereto as **Exhibit I.**

10.    Foster Graham is a firm of 21 attorneys, that, in this matter:

(i) prosecutes Loss Recovery Litigation and/or pre-filing settlement negotiations against sellers

of mortgage loans on the secondary market and ancillary matters arising in such lawsuits; and (ii)

defends claims made against LBHI for losses related to the purchase, sale, transfer, and/or

securitization of mortgage loans and ancillary matters arising in such lawsuits.  As set forth in

the Calisher affidavit submitted with application to retain Foster Graham as special counsel,

Foster Graham has extensive knowledge and experience with these kinds of matters.  Foster

Graham is a leading trial firm which has represented Debtors and their affiliates in these types of

matters.

11.    Foster Graham has represented LBHI, directly or through its subsidiary Aurora

Loan Services, LLC, ("Aurora") since 2003 in Loss Recovery Litigation.  Foster Graham began

representing Aurora in 2003 in connection with mortgage related matters.  Such representation

included litigation to enforce repurchase rights or to recover losses resulting from defective

residential mortgage loans.  Such litigation and similar loss recovery efforts, generally centered

upon the purchase and sale of mortgage loans on the secondary market, and included claims

against loan originators ("Correspondents") who, in connection with the transactions, made

certain representations and warranties regarding the quality and/or characteristics of the loans.

Foster Graham's efforts over the years was focused on filing lawsuits to recover money (from

Correspondents, appraisers, title/escrow companies, brokers, borrowers, and other responsible

parties) for Aurora in its representative capacity as master servicer.  In this role, Aurora was

acting on behalf and for the benefit of upstream secondary market investors (loan or loss holders)

such as LBHI, its wholly owned subsidiary Aurora Bank, FSB f/k/a Lehman Brothers Bank, FSB

("Aurora Bank") and certain securitized trusts. During that time, Foster Graham has represented

LBHI and its affiliates in state and federal court litigation in several states and has overseen and

coordinated the efforts of local and regional counsel. Over the course of its representation of the

Debtors and their affiliates, Foster Graham has become familiar with the relevant business

personnel and operations, as well as the legal matters described in this Application.

12.    Foster Graham has opened a file bearing a separate client number for the Debtors.

The Debtor's client number is 5130. All time and disbursements are billed to independent

matters within the general client number. Of the 624.2 hours spent by Foster Graham

professionals, 504.80 were spent on normal matters in which Foster Graham bills LBHI hourly.

However, with respect to a new subset of claims, LBHI asked Foster Graham to evaluate and

pursue several categories of potential defendants (such as mortgage brokers and appraisers, as

opposed to Correspondents). To lessen the bankruptcy estate's fee exposure—while also

pursuing legitimate and potentially valuable claims against responsible third parties, ultimately

for the benefit of LBHI's creditors—LBHI asked Foster Graham to handle such cases on a part

hourly and part contingency basis. Foster Graham agreed to do so as follows: (1) at the

significantly reduced hourly rate of $150/hour for lawyers and $50/hour for paraprofessionals,

with no contingency, during an initial evaluation/viability phase; and (2) at the significantly

reduced hourly rate of $125/hour for lawyers and $50/hour for paraprofessionals, plus a

contingency, in a later, claims pursuit/litigation phase. Foster Graham has thus far billed 119.4

hours under this agreement (all in the reduced hourly and no contingency initial phase).

Accordingly, Foster Graham is not seeking any contingency fees in this application.

13.    Within the next 7 days, LBHI and Foster Graham will file a motion to supplement

LBHI's retention of Foster Graham as special counsel to seek Court approval of the part-hourly

part contingency agreement.

14.    Foster Graham has annexed to this Application, as incorporated in Exhibits C-F, the actual time recorded, the services rendered, the date the services were rendered, and the names of the individuals performing the services by Foster Graham during the Eighth Interim Application Period on behalf of the debtors. The rate for each of the individuals referred to above, for the purely hourly matters handled by Foster Graham, is equal to the billing rate for such individual's time for similar services rendered to clients in connection with bankruptcy and non-bankruptcy matters. Foster Graham believes that these rates constitute market rates and are equal to or less than the rates charged by professionals with similar experience. The rate for each of the individuals referred to above for the part hourly-part contingency matter are significantly less than the billing rate for such individual's time for similar services rendered to clients. Foster Graham has also annexed to this Application, as incorporated in Exhibits C-F a print-out of the disbursements Applicant has necessarily incurred on behalf of the Debtors during the Eighth Interim Application Period.

### Professional Services Rendered

15.    To date in this case, Foster Graham has been asked to assist the Debtors in mortgage loan-related litigation. Specifically, Foster Graham has researched, prepared, filed, litigated, and/or settled cases on behalf of Debtors against counterparties to sales of mortgage loans on the secondary mortgage market. In addition, Foster Graham has done a multi-jurisdictional analysis of potential claims against non-correspondents, such as brokers, appraisers, and borrowers, to determine if claims against these entities are viable. To that end, it has analyzed contracts, looked at documents, surveyed statutes of limitations, analyzed legal theories, and reviewed state law requirements for bringing such claims.

16.    Foster Graham regularly maintains records of time expended in the rendition of all professional services and records of costs and expenses incurred on behalf of the Debtors.

These records were made substantially concurrent with the rendition of the professional services. All such records are available for inspection. A copy of the time records, in chronological order and segregated by individual matter, relating to Foster Graham representation of the Debtors during the Period, is annexed hereto as Exhibits C-F.

17.    The foregoing services performed by Foster Graham were necessary and appropriate to the effective and efficient administration of the secondary market litigation. The professional services performed by Foster Graham were in the best interests of Debtors, their creditors, and other parties in interest and were provided without unnecessary duplication of effort or expense.

18.    Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. The professional services were performed with expedition and in an efficient manner.

19.    The professional services performed by Foster Graham on behalf of the Debtors during the Eighth Interim Application Period required an aggregate expenditure of 624.2 recorded hours by Foster Graham's partners, special counsel, associates, and paraprofessionals. Of the aggregate time expended, 271.70 recorded hours were expended by partners, 297.7 recorded hours were expended by special counsel and associates, and 54.8 recorded hours were expended by paraprofessionals.

20.    During the Eighth Interim Application Period, Foster Graham's hourly billing rates for attorneys ranged from $150 to $425 per hour. Allowance of compensation in the amount requested would result in a blended hourly rate for attorneys of approximately $272.17 based on recorded hours at Foster Graham's regular billing rates in effect at the time of the performance of services as well as the reduced hourly rates charged as part of the hourly/contingency agreement. As noted, annexed hereto as "Exhibit A" is a schedule listing

each Foster Graham professional and paraprofessional who performed services in these cases

during the billing period, the hourly rate charged by Foster Graham for services performed by

each individual, and the aggregate number of hours and charges by each such individual.

## Actual and Necessary Disbursements of Foster Graham

21.     As stated, annexed hereto as Exhibits C-F is a schedule of the actual and

necessary expenses incurred by Foster Graham in connection with its representation of the

Debtors.  As set forth in Exhibits C-F, Foster Graham requests allowance of actual and necessary

expenses incurred by Foster Graham during the Compensation Period in the aggregate amount of

$6,701.65

## The Requested Compensation Should Be Allowed

22.     Section 331 of the Bankruptcy Code provides for interim compensation of

professionals and incorporates the substantive standards of section 330 to govern the Court's award

of such compensation. 11 U.S.C. § 331. Section 330 provides that a court may award a

professional employed under section 327 of the Bankruptcy Code "reasonable compensation for

actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11

U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and

reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court
> should consider the nature, extent, and the value of such services, taking into
> account all relevant factors, including ---
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration
> of, or beneficial at the time at which the service was rendered
> toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable
> amount of time commensurate with the complexity, importance,
> and nature of the problem, issue, or task addressed; and

(E)      whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

23.      In the instant cases, Foster Graham respectfully submits that the professional services and the expenditures for which it seeks reimbursement in this Application were, at the time rendered, believed to be necessary for and beneficial to the Debtors and their chapter 11 estates. Accordingly, Foster Graham further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and all parties in interest.

## Notice

22.      Pursuant to the Compensation & Reimbursement Order, notice of this Application will be served upon (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor, New York, New York 10020 (Attn:  John Suckow and David Coles) (ii) Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCoy LLP 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.) attorneys for the Creditors' Committee; and (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq. and Tracy Hope Davis, Esq.

23.      All services for which compensation and reimbursement of expenses are requested by Foster Graham were performed for and on behalf of the Debtors.  No agreement or understanding exists between Foster Graham and any other person for the sharing of compensation to be received for the services rendered in connection with Foster Graham's

US_ACTIVE:\43790288\02\58399.0008

11

representation of the Debtors, and no action prohibited by §504 of the Bankruptcy Code has been, or will be, made by Foster Graham.

24.    No previous application or motion for the relief requested herein has been made to this or any other Court.

## Conclusion

25.    Based on the foregoing, Foster Graham respectfully submits that the services rendered in the instant case during the First Statement Period have been efficient and effective. Foster Graham will continue to (i) represent the Debtors in prosecuting Loss Recovery Litigation and/or pre-filing settlement negotiations against sellers of mortgage loans on the secondary market and ancillary matters arising in such lawsuits; and (ii) defending claims made against LBHI for losses related to the purchase, sale, transfer, and/or securitization of mortgage loans and ancillary matters arising in such lawsuits.. As previously stated, Foster Graham seeks (i) an award of fees in the amount of $169,885.50 and expenses of $6,701.65 all incurred between February 1, 2011 and May 31, 2011; (ii) authorization for the Debtors to pay those amounts.

WHEREFORE, Foster Graham respectfully requests that this Court enter an Order consistent with the relief requested herein for such other and further relief as the Court deems just and proper.

DATED: August 22, 2011

Respectfully submitted,

/s DANIEL CALISHER
Daniel Calisher
Foster Graham Milstein & Calisher, LLP
621 Seventeenth Street, 19th Floor
Denver, CO, 80293
Telephone: (303) 333-9810
Facsimile:  (303) 333-9786
calisher@fostergraham.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                        :
In re                                                   :        Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :        08-13555 (JMP)
                                                        :
                        Debtors.                        :        (Jointly Administered)
                                                        :
                                                        :
----------------------------------------------------------------x

### CERTIFICATION OF DANIEL CALISHER

Daniel Calisher is a partner of the firm of Foster Graham Milstein & Calisher, LLP

("Applicant"), attorneys authorized to provide legal services as Special Counsel to Lehman

Brothers Holdings, Inc. ("LBHI"), and its affiliated debtors in the above referenced chapter 11

cases pursuant to an order of this Court.  This certification is made in support of the First Interim

Application of Foster Graham Milstein & Calisher, LLP for the Eighth Interim Application

Period (the "Application") and in compliance with Rule 2016(a) and with the United States

Trustee's Guidelines for Review Applications for Compensation and Reimbursement of

Expenses Filed Under 11 U.S.C. § 330.

I have read the Application and I certify that the Application substantially complies with

the Rule and the Guidelines.

DATED:  August 22, 2011

                        *Daniel K. Calisher*
                        _____
                        Daniel Calisher
                        Foster Graham Milstein & Calisher, LLP
                        621 Seventeenth Street, 19th Floor
                        Denver, CO, 80293
                        Telephone:  (303) 333-9810
                        Facsimile:    (303) 333-9786
                        calisher@fostergraham.com

# Exhibit A

Summary of Time and Expense for

Eight Interim Application Period

February 1, 2011 through May 31, 2011

## ALL MATTERS
## SUMMARY OF SERVICES BY PROFESSIONAL

### FOR REGULAR HOURLY MATTERS

| NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Daniel Calisher | Partner | 1997 (CO) 1996 (CA) | 144.20 | 385 | 55,517.00 |
| Stephen Fermelia | Partner | 2001 (CO) 1995 (WY) | 86.40 | 330 | 28,512.00 |
| Chip Schoneberger | Special Counsel | 2010 (CO) 2000 (Ill) | 79.60 | 295 | 23,482.00 |
| Christopher Carrington | Associate | 2005 (CO) | 14.50 | 265 | 3,842.50 |
| Julia Harvey | Associate | 2006 (CO) | 144.00 | 265 | 38,160.00 |
| Tiffany Yingling | Paralegal | N/A | 34.60 | 120 | 4,152.00 |
| Shelia Croft | Paralegal | N/A | <u>1.5</u> | 120 | <u>180.00</u> |
| **Total for hourly matters:** | | | **504.80** | | **$153,845.50** |

### FOR MATTERS THAT ARE PART HOURLY AND PART CONTINGENCY[1]

| NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Dan Calisher | Partner | 1997 (CO) 1996 (CA) | 14.10 | 150 | 2,115.00 |
| Stephen Fermelia | Partner | 2001 (CO) 1995 (WY) | 27.00 | 150 | 4,050.00 |
| Chip Schonenberger | Special Counsel | 2010 (CO) 2000 (Ill) | 0.30 | 150 | 45.00 |
| Brian Proffit | Associate | 1999 (CO) | 23.9 | 150 | 3,585.00 |

---

[1]Of the 624.2 hours spent by Foster Graham professionals, 504.80 were spent on normal matters in which Foster Graham bills LBHI hourly. However, with respect to a new subset of claims, LBHI asked Foster Graham to evaluate and pursue several categories of potential defendants (such as mortgage brokers and appraisers, as opposed to Correspondents). To lessen the bankruptcy estate's fee exposure—while also pursuing legitimate and potentially valuable claims against responsible third parties, ultimately for the benefit of LBHI's creditors—LBHI asked Foster Graham to handle such cases on a part hourly and part contingency basis. Foster Graham agreed to do so as follows: (1) at the significantly reduced hourly rate of $150/hour for lawyers and $50/hour for paraprofessionals, with no contingency, during an initial evaluation/viability phase; and (2) at the significantly reduced hourly rate of $125/hour for lawyers and $50/hour for paraprofessionals, plus a contingency, in a later, claims pursuit/litigation phase. Foster Graham has thus far billed 119.4 hours under this agreement (all in the reduced hourly and no contingency initial phase). Accordingly, Foster Graham is not seeking any contingency fees in this application.

| | | | | | |
|---|---|---|---|---|---|
| Julia Harvey | Associate | 2006 (CO) | 35.40 | 150 | 5,310.00 |
| Jamie Berglund | Law clerk | N/A | 1.60 | 50 | 80.00 |
| Cindy Weakland | Paralegal | N/A | 6.5 | 50 | 325.00 |
| Tiffany Yingling | Paralegal | N/A | 10.60 | 50 | 530.00 |
| **Total (for part hourly/part contingency matters)** | | | **119.4** | | **$16,040.00** |

## ALL MATTERS
## SUMMARY OF SERVICES BY TASK CODE

| Task Code | Description | Hours | Total |
|---|---|---|---|
| 4000 | Non-bankruptcy Litigation | 624.2 | 169,85.50 |
| | | **624.2** | **$169,885,50** |

## ALL MATTERS
## SUMMARY OF DISBURSEMENTS BY TASK CODE

| Description | Total |
|---|---|
| Airfare | 405.40 |
| Airport parking | 50.00 |
| Courier/messengers | 40.02 |
| Deposition Transcripts | 1,130.65 |
| Federal Express | 166.34 |
| Filing Fees | 18.53 |
| Hotel | 616.74 |
| Online Research | 2,480.59 |
| Photocopying | 370.00 |
| Process servers (subpoenas, summons) | 1240.12 |
| Taxis (while traveling) | 132.00 |
| Telephone | 512.60 |
| **Total** | **$6,701.65** |

# Exhibit B

## List of Current Open Matters

Date: 08/17/2011                              **Tabs3 Client List**                              Page: 1
FOSTER GRAHAM MILSTEIN & CALISHER, LLP

**Primary Timekeeper:  5 Daniel K. Calisher**

| Client | Name | Description | Contact | Primary Phone |
|---|---|---|---|---|
| 5130.0000M | Lehman Brothers Holdings, Inc | General Matters | | |
| 5130.0001M | Lehman Brothers Holdings, Inc | PMAC Lending Services, INC | | |
| 5130.0005M | Lehman Brothers Holdings, Inc | EquiPoint Financial Network, Inc | | |
| 5130.0007M | Lehman Brothers Holdings, Inc | Metrostate | | |
| 5130.0012M | Lehman Brothers Holdings, Inc | Nationwide Equities | | |
| 5130.0018M | Lehman Brothers Holdings, Inc | Freedom Mortgage | | |
| 5130.0022M | Lehman Brothers Holdings, Inc | PMC Bancorp | | |
| 5130.0025M | Lehman Brothers Holdings, Inc | Padilla | | |
| 5130.0028M | Lehman Brothers Holdings, Inc | United Pacific | | |
| 5130.0035M | Lehman Brothers Holdings, Inc | Aaron Wade | | |
| 5130.0044M | Lehman Brothers Holdings, Inc. | Valley Vista | | |
| 5130.0045M | Lehman Brothers Holdings, Inc. | Shea Mortgage | | |
| 5130.0046M | Lehman Brothers Holdings, Inc. | Christopher E. Hobson, Inc. | | |
| 5130.0047M | Lehman Brothers Holdings, Inc. | US Bank | | |
| 5130.0048M | Lehman Brothers Holdings, Inc. | Non-Correspondent Cases | | |

Number of Clients printed:  15

# Exhibit C

Detail of Time and Expense for

February 1, 2011 through

February 28, 2011

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 28, 2011 |
| Statement No. | 59119 |
| Account No. | 5130.0001 |
| Page: | 1 |

RE: PMAC Lending Services, INC

**Payments received after 02/28/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

Fees

| | | Hours | |
|---|---|---|---|
| 02/03/2011 | | | |
| JRH | Review settlement documents and call with DKC to discuss confession of judgment and stipulation for dismissal with prejudice. | 0.20 | 53.00 |
| CPC | Email correspondence with client and phone conference with DKC and JRH to review status of case. | 0.20 | 53.00 |
| | For Current Services Rendered | 0.40 | 106.00 |
| | Total Current Work | | 106.00 |
| | Balance Due | | $106.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:  February 28, 2011
Statement No.            59120
Account No.        5130.0007
Page:   1

RE: Metrostate

*Payments received after 02/28/2011 are not included on this statement.*

*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*

| | | | |
|---|---|---|---|
| Previous Balance | | | $610.91 |

<u>Fees</u>

| Date | Initials | Description | Hours | |
|---|---|---|---|---|
| 02/03/2011 | | | | |
| | TAY | Contact Judge White's clerk regarding status of Motion for Summary Judgment (LMTC).  Email to JRH regarding same. Return call from clerk regarding status (should have Order by next week). | 0.20 | 24.00 |
| | JRH | Conference with TAY regarding her call with clerk regarding status of motion for summary judgment (.1). Email to DKC regarding same (.1). | 0.20 | 53.00 |
| 02/06/2011 | | | | |
| | JRH | Draft Motion to Vacate Trial and proposed order. | 0.70 | 185.50 |
| 02/07/2011 | | | | |
| | JRH | Final revision of Motion To Vacate Trial and proposed Order (.2). Conference with DKC regarding filing (.1). | 0.30 | 79.50 |
| | TAY | Conference with JRH regarding motion to vacate trial (.1). Review and finalize formatting for filing (.1). Conference with DKC regarding same (.1). Electronically file and serve upon defendant via LexisNexis and calculate and calendar response deadline (.1). | 0.40 | 48.00 |
| 02/08/2011 | | | | |
| | JRH | Email to client providing status of case. | 0.10 | n/c |
| 02/10/2011 | | | | |
| | JRH | Receipt of Order granting Motion to Vacate Trial. Forward to client. | 0.10 | n/c |

Lehman Brothers Holdings, Inc                                    Statement Date: 02/28/2011
Account No.        5130.0007                                          Statement No.        59120
RE:  Metrostate                                                         Page No.              2

|  |  |  | Hours |  |
|---|---|---|---|---|
| TAY | Review Court's order granting motion to vacate trial (.1). Email SLC regarding same and remove LTB trial deadlines (.1). Conference with JRH regarding same (.1). | | 0.30 | 36.00 |
| 02/28/2011 |  |  |  |  |
| TAY | Call to clerk regarding status of Motion for Summary Judgment (.1).  Complete status report per client's request/conference with working attorneys and research fee/cost information (.2). | | 0.30 | 36.00 |
|  | For Current Services Rendered |  | 2.40 | 462.00 |
|  | Total Non-billable Hours |  | 0.20 | |

Advances

| 02/28/2011 | Filing fee Lexis Nexis |  | 18.53 |
|---|---|---|---|
|  | Total Advances |  | 18.53 |
|  | Total Current Work |  | 480.53 |
|  | Balance Due |  | $1,091.44 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcllc.com

| | |
|---|---|
| Statement Date: | February 28, 2011 |
| Statement No. | 59121 |
| Account No. | 5130.0012 |
| Page: | 1 |

RE: Nationwide Equities

**Payments received after 02/28/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

Previous Balance                                                                                  $894.49

### Fees

|  |  | Hours |  |
|---|---|---|---|
| **02/03/2011**<br>JRH | Conference with DKC regarding Nationwide's potentially late payment (.1). Receipt of email from Robin Akell regarding loan ownership question. Review ownership documents and email Robin Akell accordingly (.1). Review payment default provisions of settlement agreement. Telephone call to opposing counsel for Nationwide regarding same. Left message to call back (.2). | 0.40 | 106.00 |
| **02/07/2011**<br>JRH | Email to DKC regarding breakdown of attorney fees between LBHI and Aurora (.1). Conference with DKC regarding allocation of fees and notice of default (.1). Attention to possible default (.2). Email correspondence with opposing counsel regarding status of payment from Nationwide (.2). Email to client regarding same (.1). | 0.70 | 185.50 |
| **02/08/2011**<br>JRH | Email correspondence to Robin Akell regarding apportionment of settlement funds (.1). Telephone call from opposing counsel regarding payment by credit card (.1) Telephone call and email to client regarding same (.1). Email correspondence from John Baker and Robin Akell regarding payment (.1). Email to opposing counsel regarding payment by wire transfer (.1). | 0.50 | 132.50 |
| DKC | Attention to defendant's failure to pay, notice of default, and related issues (.2). Emails regarding same (.1). | 0.30 | 115.50 |
| **02/10/2011**<br>JRH | Email to opposing counsel regarding status of February 1, 2011 payment by wire transfer (.1). Email correspondence from opposing counsel regarding payment. Forward to client (.1). | 0.20 | 53.00 |

Lehman Brothers Holdings, Inc                          Statement Date: 02/28/2011
Account No.        5130.0012                            Statement No.      59121
RE:  Nationwide Equities                                Page No.              2

|  |  | Hours |  |
|---|---|---|---|
| DKC | Work on payment and allocation/disbursement agreement. | 0.40 | 154.00 |
|  | For Current Services Rendered | 2.50 | 746.50 |
|  | Total Current Work |  | 746.50 |
|  | Balance Due |  | $1,640.99 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 28, 2011 |
| Statement No. | 59122 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

**Payments received after 02/28/2011 are <u>not</u> included on this statement.**

<u>**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT**</u>.

| | | Hours | |
|---|---|---|---|
| | Previous Balance | | $89.00 |
| | <u>Fees</u> | | |
| 02/02/2011 | | | |
| TAY | Emails to/from DKC and client regarding status of Freedom response to demand on additional loan claims (.2). Call to counsel for Freedom regarding same (.1). Email regarding results of call/next steps (.1). | 0.40 | 48.00 |
| DKC | Attention to status of settlement discussions (.2). Follow up regarding same (.1). | 0.30 | 115.50 |
| 02/03/2011 | | | |
| CPC | Email correspondence with client. | 0.10 | n/c |
| 02/08/2011 | | | |
| CPC | Email correspondence with John Baker regarding conversations with Freedom's in-house counsel (.1).  Review client packages for loans at issue and regarding disclosure to opposing counsel (.3). | 0.40 | 106.00 |
| DKC | Attention to status of settlement negotiations. | 0.30 | 115.50 |
| 02/28/2011 | | | |
| TAY | Complete status report per client's request/conference with working attorneys and research fee/cost information. | 0.20 | 24.00 |
| | For Current Services Rendered | 1.60 | 409.00 |
| | Total Non-billable Hours | 0.10 | |
| | Total Current Work | | 409.00 |
| | Balance Due | | $498.00 |

Lehman Brothers Holdings, Inc                          Statement Date: 02/28/2011
Account No.        5130.0018                              Statement No.      59122
RE:  Freedom Mortgage                                       Page No.            2

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 28, 2011 |
| Statement No. | 59123 |
| Account No. | 5130.0021 |
| Page: | 1 |

RE: Genpact Mortgage Services, Inc.

**Payments received after 02/28/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | |
|---|---|---|
| | Previous Balance before Adjustments | -$430.23 |
| 02/28/2011 | Refund credit back to client per DKC | 430.23 |
| | Previous Balance | $0.00 |
| | Balance Due | $0.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 28, 2011 |
| Statement No. | 59124 |
| Account No. | 5130.0022 |
| Page: | 1 |

RE: PMC Bancorp

***Payments received after 02/28/2011 are <u>not</u> included on this statement.***

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

Previous Balance                                                                                    $2,019.93

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 02/01/2011 | | | | |
| | JRH | Continue to work on Initial Disclosures (.8). Conference with CPC regarding disclosures (1.2). Email to Robin Akell with disclosure question (.1). | 2.10 | 556.50 |
| | CPC | Review notes on initial disclosures (0.1).  Conference with JRH regarding disclosures (1.1). | 1.20 | 318.00 |
| | TAY | Review email from JRH regarding documents for initial disclosures (.1). Brief review of file/documents (.2). | 0.30 | n/c |
| 02/02/2011 | | | | |
| | JRH | Review prior email correspondence on initial disclosures and email Matt Spohn regarding disclosures (.3). Continue to work on initial disclosures in light of comments by Matt Spohn (.7). Review list of loans sold by PMC. Email Heston Gray regarding status of checking on LBHI loans not in lawsuit (.2). Receipt of email regarding loans on LBHI's books. Email correspondence to Heston Gray regarding questions about loan ownership (.3). Conference with TAY regarding bates labeling documents for Initial Disclosures (.1). | 1.60 | 424.00 |
| | TAY | Conference with JRH regarding disclosures and documents to be produced (.1). Bates number documents in Canales loan file (.3). | 0.40 | 48.00 |
| 02/03/2011 | | | | |
| | JRH | Continue working on and complete Initial Disclosures (1.7). Conference with DKC regarding stipulated protective order. (.1) | 1.80 | 477.00 |
| | TAY | Conference with JRH regarding production of documents. | 0.10 | n/c |

Lehman Brothers Holdings, Inc                                    Statement Date: 02/28/2011
Account No.      5130.0022                                            Statement No.      59124
RE:  PMC Bancorp                                                          Page No.            2

|  |  |  | Hours |  |
|---|---|---|---|---|

**02/04/2011**
JRH    Email correspondence with Heston Gray regarding loan
ownership issues (.2)                                                         0.20           53.00

**02/07/2011**
JRH    Review Heston Gray's summary regarding ownership (.2).
Email correspondence with Heston Gray regarding same(.2).
Conference with CPC regarding proof of claim issue (.1).
Conference with DKC regarding global settlement (.1).
Conference with DKC regarding revisions of Initial Disclosures
(.2). Revise same (.4). Review PMC's initial disclosures (.2).         1.40          371.00

CPC    Email correspondence with Heston and JRH regarding loans on
LBHI books and loans appropriate for settlement.(0.1).
Conference with JRH in office regarding loans subject to
proof-of-claim in bankruptcy proceedings (0.1)                      0.20           53.00

TAY    Conferences with DKC and JRH regarding LBHI's initial
26(a)(1) disclosures and receipt of same from PMC (.2).
Review and serve upon opposing counsel via email (.2).            0.40           48.00

DKC    Review and revise initial disclosures.                              1.40          539.00

**02/08/2011**
JRH    Update and create new task list.                                   0.30            n/c

**02/14/2011**
JRH    Email to client regarding call to discuss global settlement.     0.10            n/c

**02/15/2011**
JRH    Prepare for call with client (.4). Compile all information
regarding settled loans and potential global settlement (.4). Call
with client regarding additional loans in LBHI inventory and
confession of judgment (.2). Email to client regarding several
loan specific questions (.1).                                             1.10          291.50

DKC    Work on loan status (.2). Prepare for call with client regarding
same and settlement (.5).                                              0.70          269.50

**02/17/2011**
JRH    Email to opposing counsel regarding status of settlement.     0.10           26.50

**02/21/2011**
TAY    Review requests for production of documents received from
PMC (.1). Calculate and calendar response deadline (.1).
Conference with JRH regarding same (.1).                          0.30           36.00

JRH    Receipt of Requests for Production of Documents. Conference
with TAY regarding due date (.1). Review of same (.3).            0.40          106.00

Lehman Brothers Holdings, Inc                                  Statement Date: 02/28/2011
Account No.        5130.0022                                         Statement No.        59124
RE:  PMC Bancorp                                                    Page No.                3

|            |     |                                                                 | Hours |         |
|------------|-----|-----------------------------------------------------------------|-------|---------|
| 02/22/2011 |     |                                                                 |       |         |
|            | JRH | Continue to work on response to Requests for Production of Documents. | 0.30 | 79.50 |
|            | DKC | Attention to and work on full credit bid defense (.2), defendant's discovery requests (.4), documents to be produced (.3), and loan status (.1). | 0.80 | 308.00 |
| 02/28/2011 |     |                                                                 |       |         |
|            | JRH | Email to client regarding status of loan information for settlement (.1). Update monthly status chart (.1). | 0.20 | n/c |
|            | TAY | Complete status report per client's request/conference with working attorneys and research fee/cost information. | 0.20 | 24.00 |
|            | DKC | Attention to discovery responses (.4), documents requested/needed (.2), settlement discussions (.2), potential Motion for Summary Judgment (.4) and full credit bid issues (.2). | 1.40 | 539.00 |
|            |     | For Current Services Rendered                                   | 16.00 | 4,567.50 |
|            |     | Total Non-billable Hours                                        | 1.00  |          |
|            |     | Total Current Work                                              |       | 4,567.50 |
|            |     | Balance Due                                                     |       | $6,587.43 |

***Payments received after statement date will be applied to the next month's statement.***

***Please reference statement number(s) on your payment***

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 28, 2011 |
| Statement No. | 59125 |
| Account No. | 5130.0025 |
| Page: | 1 |

RE: Padilla

**Payments received after 02/28/2011 are *not* included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | |
|---|---|---|
| Previous Balance | | $129.90 |
| | *Advances* | |
| 02/16/2011    Courier fee Federal Express | | 9.23 |
| Total Advances | | 9.23 |
| Total Current Work | | 9.23 |
| Balance Due | | $139.13 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

|  |  |
|---|---|
| Statement Date: | February 28, 2011 |
| Statement No. | 59126 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE: United Pacific

**Payments received after 02/28/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

### Fees

| | | Hours | |
|---|---|---|---|
| 02/03/2011 | | | |
| TAY | Email from client (Akell) requesting information on status/judgment/settlement (.2).  Retrieve closed file and review last correspondence between CA counsel, client (Drosdick) and Matt Spohn regarding same (.2). Email to client (Akell) regarding same (.1). | 0.50 | 60.00 |
| | For Current Services Rendered | 0.50 | 60.00 |
| | Total Current Work | | 60.00 |
| | Balance Due | | $60.00 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---:|
| Statement Date: | February 28, 2011 |
| Statement No. | 59127 |
| Account No. | 5130.0044 |
| Page: | 1 |

RE: Valley Vista

**Payments received after 02/28/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

Previous Balance $4,617.00

## Fees

| Date | | Description | Hours | |
|---|---|---|---:|---:|
| 02/01/2011 | TAY | Conference with CPC regarding filing of new case (.1). Finalize all pleadings (Complaint, Summons, Civil Cover Sheet and Summons) for filing (.4). Email to First Legal regarding filing (.1). | 0.60 | 72.00 |
| 02/02/2011 | TAY | Review file-stamped documents received from USDC (.1). Prepare same for service (.1). Confirm registered agent information (.1). Detailed email to First Legal regarding service upon defendant (.1). Emails to/from process server (.1). | 0.50 | 60.00 |
| 02/08/2011 | TAY | Telephone conference with First Legal regarding service attempts (registered agent address vacant) and request attempt at business address. | 0.20 | 24.00 |
| 02/14/2011 | TAY | Call from process server regarding status of service upon defendant (principal business address vacant) (.1). Conference with CPC regarding same. Email to First Legal regarding hold on service request (.1). | 0.20 | 24.00 |
| 02/15/2011 | TAY | Research defendant's principals for service purposes (following news that main business and registered agent address are vacant (.6). Detailed email to First Legal regarding new address for registered agent (.2). | 0.80 | 96.00 |
| 02/16/2011 | TAY | Call from First Legal regarding completed service upon | | |

Lehman Brothers Holdings, Inc.                          Statement Date: 02/28/2011
Account No.        5130.0044                               Statement No.        59127
RE:  Valley Vista                                             Page No.            2

|  |  | Hours |  |
|---|---|---|---|
|  | defendant's registered agent (.1). Email team regarding same (.1). Calculate and calendar defendant's response deadline (.1). | 0.30 | 36.00 |
| CPC | Email correspondence with client. | 0.10 | n/c |
| 02/21/2011 TAY | Electronically file proof of service via Pacer (.1). Update answer deadline per Court's calculation (.1). | 0.20 | 24.00 |
| 02/28/2011 TAY | Complete status report per client's request/conference with working attorneys and research fee/cost information. | 0.20 | 24.00 |
| DKC | Attention to status of matter and next steps, particularly filing of default judgment if no answer. | 0.30 | 115.50 |
|  | For Current Services Rendered | 3.30 | 475.50 |
|  | Total Non-billable Hours | 0.10 |  |

### Advances

| 02/01/2011 | filing/delivery fees LA Depositions, Inc First Legal | 432.25 |
|---|---|---|
| 02/02/2011 | service charges (multiple attempts/addresses) LA Depositions, Inc First Legal | 346.62 |
| 02/28/2011 | Online legal research. West | 36.14 |
|  | Total Advances | 815.01 |
|  | Total Current Work | 1,290.51 |
|  | Balance Due | $5,907.51 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 28, 2011 |
| Statement No. | 59128 |
| Account No. | 5130.0045 |
| Page: | 1 |

RE: Shea Mortgage

***Payments received after 02/28/2011 are not included on this statement.***

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

Previous Balance                                                                                $221.50

<u>Fees</u>

|  |  | Hours |  |
|---|---|---|---|
| **02/10/2011** | | | |
| CPC | Review file for documents needed to file complaint (.3).  Review correspondent/defendant online (.2).  Analyze strength of case and email client (.1).  Retrieve and review NCR file (.3). | 1.80 | 477.00 |
| DKC | Analyze EPD claims. | 0.30 | 115.50 |
| **02/11/2011** | | | |
| CPC | Email correspondence with client. | 0.10 | n/c |
| DKC | Study merits and possible defenses under indemnity agreement. | 0.40 | 154.00 |
| **02/15/2011** | | | |
| CPC | Attention to status of case (.1).  Email correspondence with client (.1).  Draft demand letter (.2). | 0.40 | 106.00 |
| **02/16/2011** | | | |
| CPC | Draft demand letter. | 0.20 | 53.00 |
| DKC | Attention to merits of case and potential early settlement (.3). Assist CPC regarding same (.1). | 0.40 | 154.00 |
| **02/17/2011** | | | |
| JRH | Conference with CPC to discuss case. | 0.10 | n/c |
| **02/24/2011** | | | |
| CPC | Conference with DKC (.5).  Revise letter (.2).  Email correspondence to client (.1). | 0.80 | 212.00 |
| TAY | Emails to/from CPC regarding demand to Shea Mortgage (.1). | | |

Lehman Brothers Holdings, Inc.                                 Statement Date: 02/28/2011
Account No.        5130.0045                                        Statement No.        59128
RE:  Shea Mortgage                                                      Page No.              2

|  |  | Hours |  |
|---|---|---|---|
| | Review/prepare exhibits and finalize for mailing (.2).  Calendar response deadline (N/C). | 0.30 | 36.00 |
| 02/28/2011 TAY | Complete status report per client's request/conference with working attorneys and research fee/cost information. | 0.20 | 24.00 |
| DKC | Attention to status of matter and next steps, particularly filing of complaint if settlement discussions fail. | 0.30 | 115.50 |
| | For Current Services Rendered | 5.10 | 1,447.00 |
| | Total Non-billable Hours | 0.20 | |

<u>Advances</u>

| 02/24/2011 | Courier fee Federal Express | 19.82 |
|---|---|---|
| | Total Advances | 19.82 |
| | Total Current Work | 1,466.82 |
| | Balance Due | $1,688.32 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**</u>
<u>**dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810


Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 28, 2011 |
| Statement No. | 59129 |
| Account No. | 5130.0046 |
| Page: | 1 |


RE:  Christopher E. Hobson, Inc.

**Payments received after 02/28/2011 are not included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**


| | | Hours | |
|---|---|---|---|
| | Previous Balance | | $3,100.91 |
| | *Fees* | | |
| 02/02/2011 | | | |
| JRH | Review status of case, creating task list (.3). Email Matt Spohn regarding assignment of indemnification agreement (.1). | 0.40 | 106.00 |
| 02/11/2011 | | | |
| JRH | Email to Robin Akell regarding status of loan to add to complaint (.1). Review documents for mention of Rodriguez loan (.3). | 0.40 | 106.00 |
| 02/17/2011 | | | |
| JRH | Conference with CPC to discuss status of case. | 0.10 | n/c |
| 02/28/2011 | | | |
| JRH | Email to client regarding status of loan review (.1). Update monthly status chart (.1). | 0.20 | 53.00 |
| TAY | Complete status report per client's request/conference with working attorneys and research fee/cost information. | 0.20 | 24.00 |
| DKC | Attention to status of matter, particularly removal of one loan from suit, and damages issues. | 0.30 | 115.50 |
| | For Current Services Rendered | 1.50 | 404.50 |
| | Total Non-billable Hours | 0.10 | |
| | Total Current Work | | 404.50 |
| | Balance Due | | $3,505.41 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0046
RE:  Christopher E. Hobson, Inc.

Statement Date: 02/28/2011
Statement No.        59129
Page No.        2

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com

| | |
|---|---|
| Statements Printed: | 12 |
| Hours: | 33.30 |
| Fees: | 8,678.00 |
| Advances: | 862.59 |

# Exhibit D

Detail of Time and Expense for

March 1, 2011 through

March 31, 2011

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 31, 2011 |
| Statement No. | 59131 |
| Account No. | 5130.0001 |
| Page: | 1 |

RE: PMAC Lending Services, INC

**Payments received after 03/31/2011 are *not* included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---:|
| Previous Balance | $106.00 |
| Balance Due | $106.00 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

*(303)333-9810*

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 31, 2011 |
| Statement No. | 59132 |
| Account No. | 5130.0005 |
| Page: | 1 |

RE: EquiPoint Financial Network, Inc

**Payments received after 03/31/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

<u>Fees</u>

| | | Hours | |
|---|---|---|---|
| 03/02/2011 | | | |
| CPC | Update conference with client.  Conference with TAY regarding Bankruptcy status (.1).  Review Bankruptcy docket (.1). | 0.20 | 53.00 |
| TAY | Conference with CPC regarding status of Equipoint's bankruptcy (.1).  Review bankruptcy case docket (.1). Email to CPC regarding same (.1). | 0.30 | 36.00 |
| 03/03/2011 | | | |
| CPC | Email correspondence with client regarding bankruptcy. | 0.20 | 53.00 |
| | For Current Services Rendered | 0.70 | 142.00 |
| | Total Current Work | | 142.00 |
| | Balance Due | | $142.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---:|
| Statement Date: | March 31, 2011 |
| Statement No. | 59133 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE: Metrostate

**Payments received after 03/31/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | Hours | |
|---|---|---:|---:|
| | Previous Balance | | $1,091.44 |
| | *Fees* | | |
| 03/02/2011 | | | |
| JRH | Status call with client. | 0.10 | n/c |
| 03/08/2011 | | | |
| JRH | Receipt and review of Order granting Summary Judgment (.1). Forward same to client (.1). | 0.20 | 53.00 |
| DKC | Attention to entry of motion for summary judgment in client's favor and related issues (including transition to RP for collection). | 0.30 | 115.50 |
| 03/16/2011 | | | |
| JRH | Conference with DKC and CPC. Attention to case status. | 0.10 | n/c |
| 03/30/2011 | | | |
| TAY | Provide case status and fees/costs information per RP's request. Research billing information (.2). Email team regarding status (N/C). | 0.20 | 24.00 |
| JRH | Conference with TAY to update case status chart for RP. | 0.10 | 26.50 |
| | For Current Services Rendered | 0.80 | 219.00 |
| | Total Non-billable Hours | 0.20 | |
| | Total Current Work | | 219.00 |
| | *Payments* | | |
| 03/08/2011 | Thank you - Payment on account | | -610.91 |
| | Balance Due | | $699.53 |

Lehman Brothers Holdings, Inc                                    Statement Date: 03/31/2011
Account No.          5130.0007                                   Statement No.          59133
RE:  Metrostate                                                  Page No.                    2

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>
<u>dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 31, 2011 |
| Statement No. | 59134 |
| Account No. | 5130.0012 |
| Page: | 1 |

RE: Nationwide Equities

**Payments received after 03/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | Hours | |
|---|---|---|---|
| | Previous Balance | | $1,640.99 |
| | _Fees_ | | |
| 03/21/2011 | | | |
| DKC | Review message and telephone conference with opposing counsel regarding settlement issues (.2). Prepare for and telephone conference with client regarding same and potential resolutions (.3). | 0.50 | 192.50 |
| 03/22/2011 | | | |
| DKC | Telephone conference with opposing counsel regarding settlement issues (Payment timing and auditor questions). | 0.20 | 77.00 |
| | For Current Services Rendered | 0.70 | 269.50 |
| | Total Current Work | | 269.50 |
| | _Payments_ | | |
| 03/08/2011 | Thank you - Payment on account | | -894.49 |
| | Balance Due | | $1,016.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 31, 2011 |
| Statement No. | 59135 |
| Account No. | 5130.0018 |
| | Page:   1 |

RE:  Freedom Mortgage

***Payments received after 03/31/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

| | | Hours | |
|---|---|---|---|
| Previous Balance | | | $498.00 |
| <u>Fees</u> | | | |
| 03/02/2011 CPC | Prepare for and participate in monthly phone conference with client. | 0.10 | n/c |
| 03/16/2011 CPC | Attention to status of case.  Conference with DKC, JRH, and TAY. | 0.10 | 26.50 |
| 03/29/2011 DKC | Attention to payment (old dispute). Follow up with client regarding status of new dispute and next steps. | <u>0.30</u> | <u>115.50</u> |
| | For Current Services Rendered | 0.40 | 142.00 |
| | Total Non-billable Hours | 0.10 | |
| | Total Current Work | | 142.00 |
| <u>Payments</u> | | | |
| 03/08/2011 | Thank you - Payment on account | | -89.00 |
| Balance Due | | | $551.00 |

***Payments received after statement date will be applied to the next month's statement.***

***Please reference statement number(s) on your payment***

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 31, 2011 |
| Statement No. | 59136 |
| Account No. | 5130.0022 |
| Page: | 1 |

RE: PMC Bancorp

***Payments received after 03/31/2011 are <u>not</u> included on this statement.***

<u>***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***</u>

Previous Balance                                                                    $6,587.43

<u>Fees</u>

| | | Hours | |
|---|---|---|---|
| **03/01/2011** | | | |
| JRH | Create task list. | 0.10 | n/c |
| **03/02/2011** | | | |
| JRH | Status call with client. | 0.10 | n/c |
| **03/07/2011** | | | |
| JRH | Telephone call to opposing counsel to relay offer regarding confession of judgment. Email to DKC updating him of same. | 0.30 | 79.50 |
| TAY | Review requests for production from defendant (.1). Prepare response framework (.5). Conference with JRH regarding same (.1). | 0.70 | 84.00 |
| **03/08/2011** | | | |
| JRH | Conference with DKC regarding status of case (.1). Email to client informing him of case status following call with opposing counsel. (.1). | 0.20 | 53.00 |
| **03/09/2011** | | | |
| JRH | Work on responses to Requests for Production of Documents (2.7). Call with DKC to discuss objections (.1). | 2.80 | 742.00 |
| **03/10/2011** | | | |
| JRH | Continue to work on response to Requests for Production of Documents (3.3). Conference with CPC regarding issues related to proposed Stipulated Protective Order (.4). Revise draft Stipulated Protective Order and email opposing counsel regarding same (.6). Conference with TAY regarding production of same. (.2). | 4.50 | 1,192.50 |

Lehman Brothers Holdings, Inc                                  Statement Date: 03/31/2011
Account No.        5130.0022                                   Statement No.        59136
RE: PMC Bancorp                                                Page No.                  2

|     |     | Hours |     |
|-----|-----|-------|-----|
| CPC | Conference with JRH regarding protection order issues and discovery responses. | 0.40 | n/c |
| DKC | Attention to settlement proposal by opposing counsel (.4). Work on confidentiality issues and responses to defendant's written discovery (.7). | 1.10 | 423.50 |

03/11/2011

|     |     |     |     |
|-----|-----|-----|-----|
| JRH | Receipt and review of email with counteroffer from opposing counsel. Email to DKC enclosing thoughts on same (.2). Discuss offer with DKC and forward same to client (.1). Draft Motion for Protective Order and proposed Order and email to SAF for his review (1.7). Continue to work on responses to Requests for Production of Documents (1.4). Conference with SAF regarding Motion for Protective Order (.1). | 3.50 | 927.50 |
| TAY | Conference with JRH regarding documents to be produced (.1). Search for and locate missing documents (.2). Conference with JRH regarding results of search (.1). | 0.40 | 48.00 |
| SAF | Review and revise Motion for Protective Order (1.6).  Discuss same with JRH (.2). | 1.80 | 594.00 |
| DKC | Attention to settlement discussions and proposed scope of release. | 0.40 | 154.00 |

03/14/2011

|     |     |     |     |
|-----|-----|-----|-----|
| JRH | Final revision of Motion for Protective Order, proposed Order regarding same and Proposed Protective Order (.7). Telephone calls with client and opposing counsel regarding protective order and settlement terms (.5). Several revisions to responses to Requests for Production of Documents based on conversation with DKC (.3). | 1.50 | 397.50 |
| TAY | Conferences with JRH regarding protective order issues in preparation for upcoming discovery response deadline. | 0.20 | 24.00 |

03/15/2011

|     |     |     |     |
|-----|-----|-----|-----|
| JRH | Finish responses to Requests for Production of Documents. Conference with TAY regarding same. (1.1). Call with DKC and revise Motion for Protective Order for filing (.4). Conference with TAY regarding motion date and filing process (.1). Email to client regarding status of case and protective order issue (.1). Email correspondence with client (.1). | 1.80 | 477.00 |
| TAY | Conference with JRH regarding motion for protective order (.1). Review and finalize motion, proposed order and proposed protective order for filing (.4). Review Judge Wilson's policies/procedures (.1). | 0.60 | 72.00 |
| DKC | Work on motion for protective order and related issues. | 0.40 | n/c |

Lehman Brothers Holdings, Inc           Statement Date: 03/31/2011
Account No.     5130.0022              Statement No.     59136
RE: PMC Bancorp                     Page No.     3

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/16/2011 | | | | |
| | JRH | Receipt of Notice from court regarding hearing dates on Motion for Protective Order. Conference with TAY regarding same (.1). Conference with DKC and CPC. Attention to case status (.1). | 0.20 | 53.00 |
| | TAY | Call to Magistrate Walsh's clerk regarding issue with hearing date in motion (.2). Conference with team regarding same (.1). Prepare mandatory chambers copies of filed-stamped documents (.1). Email to First Legal regarding same (.1). | 0.50 | 60.00 |
| | CPC | Attention to status of case. Conference with DKC, JRH, and TAY. | 0.10 | n/c |
| | DKC | Attention to confidentiality dispute and related issues, including motion for protective order. | 0.50 | 192.50 |
| 03/17/2011 | | | | |
| | CPC | Conference with JRH regarding status and strategy going forward and phone call to client. | 0.30 | n/c |
| | JRH | Conference with CGS regarding background of case and Motion for Summary Judgment (.3). Conference with CPC with regard to status and strategy going forward. Call to client. Left message to call back. (.3). | 0.60 | 159.00 |
| | CGS | Meet with JRH regarding Motion for Summary Judgment on EPD/indemnity claims. | 0.50 | 147.50 |
| 03/18/2011 | | | | |
| | CGS | Meet with D. Calisher regarding Motion for Summary Judgment and full credit bid research; review/analyze prior memorandum on effect of full credit bids under California law in anticipation of updating/revising same; begin working on Motion for Summary Judgment regarding early payment default claims. | 2.30 | 678.50 |
| | DKC | Attention to further briefing needed for protective order (.2). Attention to settlement status and scope of potential release (.2). Attention to defendant's request for release beyond loans in case and related issues (.5). | 0.90 | 346.50 |
| 03/22/2011 | | | | |
| | CPC | Conference with JRH regarding protection order and additional loans. | 0.60 | 159.00 |
| | JRH | Conference with CPC regarding Joint Stipulation under L.R. 37 (.1). Email to opposing counsel regarding same (.1). Conference with client regarding settlement amount in light of additional loans (.4). Conference with SAF regarding additional loans on LBHI books (.1). | 0.70 | 185.50 |
| 03/23/2011 | | | | |
| | JRH | Receipt of voicemail from opposing counsel regarding meet | | |

Lehman Brothers Holdings, Inc                                    Statement Date: 03/31/2011
Account No.      5130.0022                                          Statement No.      59136
RE:  PMC Bancorp                                                        Page No.            4

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | and confer (.1). Conference with DKC regarding settlement (.2). Review memo on Gramm-Leach-Bliley Act in preparation for meet and confer conference (.2). |  | 0.50 | 132.50 |
| 03/24/2011 |  |  |  |  |
|  | JRH | Research regarding entry of protective orders and preparation for meet and confer telephone conference with opposing counsel (.9). Conference with DKC regarding protective order. Telephone left to opposing counsel. Left message to call back (.3). Meet and confer with opposing counsel regarding Protective Order (.3). Conference with CSS regarding Motion for Summary Judgment (.1) | 1.60 | 424.00 |
|  | CGS | Work on statement of facts in support of Motion for Summary Judgment. | 1.50 | 442.50 |
|  | DKC | Prepare for and meet and confer with opposing counsel (.4). Attention to protective order dispute (.2). | 0.60 | 231.00 |
| 03/25/2011 |  |  |  |  |
|  | CPC | Attention to status (.01).  Conference with JRH (.02).  Attention to full-credit bid issue (.03).  Phone call with client (.02). Review of issues and options and email same to client (1.1). | 1.90 | 503.50 |
|  | JRH | Conference with DKC regarding Protective Order (.3). Conference with CSS regarding Motion for Summary Judgment (.2). Call with client regarding protective order. Email to client analyzing same (1) | 1.50 | 397.50 |
|  | DKC | Work on protective order dispute and related issues, including client's desire to protect potentially confidential and proprietary information of LBHI and Aurora. | 1.10 | 423.50 |
| 03/28/2011 |  |  |  |  |
|  | JRH | Review email from client regarding protective order issues (.1). Review local rules and draft conferral email to opposing counsel. Send to CSS and DKC to review (.5). Call with DKC regarding protective Order. Call to Matt Spohn at RP. Left message to call back (.2) Call with Matt Spohn and email to DKC and CPC regarding same (.4). Conference with CPC regarding Gramm-Leach Bliley Act (.3).I Review Gramm-Leach-Bliley Act and outline portion of joint stipulation (.5). Research regarding same (.4). Work on joint stipulation (1.7) | 4.10 | 1,086.50 |
|  | CPC | Attention to protection order issue. (.1) Email correspondence from John Baker (.1).  Review of Gramm-Leach-Bliley Act (.5). Phone call with clients (.2).  Conference with JRH regarding same (.5). | 1.40 | 371.00 |
|  | SAF | Discuss Stipulation Regarding Protective Order with JRH and CPC. | 0.30 | 99.00 |

Lehman Brothers Holdings, Inc                                    Statement Date: 03/31/2011
Account No.        5130.0022                                      Statement No.      59136
RE: PMC Bancorp                                                   Page No.             5

|  |  | Hours |  |
|---|---|---|---|
| DKC | Attention to work on protective order dispute and related issues. | 0.80 | 308.00 |

**03/29/2011**

| JRH | Continue to work on Stipulation regarding Protective Order (2.5). Respond to email from local counsel regarding deadline for joint stipulation and conference with SAF regarding same (.5). Complete draft Stipulation regarding Protective Order and send to SAF for his review (.8). | 3.80 | 1,007.00 |
|---|---|---|---|
| SAF | Discuss Stipulation for Protective Order with JRH, including Seller's Guide provisions on confidentiality of proprietary and borrower information. | 0.30 | 99.00 |

**03/30/2011**

| JRH | Conference with SAF regarding Stipulation regarding Protective Order (.2). Conference with TAY to update case status chart for RP (.1). Review loan files for documentation wherein borrowers authorize opposing party to release information to investors (.3). Review Sample Stipulated Protective Ordes in Northern District (.2). Review SAF's revisions to Stipulation and conference with SAF regarding same (.2). | 1.00 | 265.00 |
|---|---|---|---|
| TAY | Email team regarding upcoming protective order deadline. Provide case status and fees/costs information per RP's request. Research billing information. Email team regarding status. | 0.30 | n/c |
| SAF | Discuss Stipulated Protective Order with JRH (.2). Review and substantially supplement draft of same prepared by JRH, including conducting additional research in connection with same (3.3).  Conference with JRH regarding terms of contracts and obligations thereunder regarding borrower confidentiality (.1). Finalize draft and discuss sending of same to opposing counsel with JRH (.2). | 3.80 | 1,254.00 |
| | For Current Services Rendered | 50.80 | 14,294.00 |
| | Total Non-billable Hours | 1.70 | |

Advances

| 03/31/2011 | Online legal research. West | 65.06 |
|---|---|---|
| 03/31/2011 | Processor fee LA Depositions, Inc First Legal | 34.25 |
| | Total Advances | 99.31 |
| | Total Current Work | 14,393.31 |

Payments

| 03/08/2011 | Thank you - Payment on account | -2,019.93 |
|---|---|---|

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE:  PMC Bancorp

Statement Date: 03/31/2011
Statement No.        59136
Page No.        6

Balance Due                                                    $18,960.81

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:    March 31, 2011
Statement No.           59137
Account No.         5130.0025
Page:    1

RE: Padilla

**Payments received after 03/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | |
|---|---|---:|
| | Previous Balance | $139.13 |
| | *Advances* | |
| 03/15/2011 | Courier fee Federal Express | 9.31 |
| | Total Advances | 9.31 |
| | Total Current Work | 9.31 |
| | *Payments* | |
| 03/08/2011 | Thank you - Payment on account | -129.90 |
| | Balance Due | $18.54 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 31, 2011 |
| Statement No. | 59138 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE:  United Pacific

***Payments received after 03/31/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

| | |
|---|---|
| Previous Balance | $60.00 |
| Balance Due | $60.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>
<u>dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

621 Seventeenth St., 19th Fl.
Denver, CO  80293

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 31, 2011 |
| Statement No. | 59139 |
| Account No. | 5130.0044 |
| | Page: 1 |

RE: Valley Vista

**Payments received after 03/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

Previous Balance                                                        $5,907.51

<u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 03/02/2011 | CPC | Prepare for and participate in phone conference with client. | 0.10 | n/c |
| 03/10/2011 | TAY | Review USDC case docket (.1). Conference with DKC regarding and email to team regarding no answer filed by defendant and next steps (.2). | 0.30 | 36.00 |
| | DKC | Email regarding status of defendant's answer and next steps. | 0.20 | 77.00 |
| 03/14/2011 | CPC | Conference with TAY regarding clerk's default and docket. (.01). Draft request for clerk's default. (0.3). Email correspondence to client (0.1). | 0.50 | 132.50 |
| | TAY | Conferences with CPC regarding status of case (no answer filed) and request for clerk's default (.2). Review docket and email same to CPC for review (.1). | 0.30 | 36.00 |
| 03/15/2011 | TAY | Review and finalize request for clerk's default (and proposed order) (.3).Call to Southern District clerk regarding chambers copy of same (.1). Electronically file and serve same upon defendant/registered agent via Pacer (.1). Prepare mandatory mailings/service copies (.1). | 0.60 | 72.00 |
| | DKC | Attention to motion for entry of clerk's default and transitioning case to co-counsel (RP). | 0.40 | 154.00 |
| 03/16/2011 | CPC | Attention to status of case.  Conference with DKC, JRH, and | | |

Lehman Brothers Holdings, Inc.                                    Statement Date: 03/31/2011
Account No.        5130.0044                                         Statement No.        59139
RE: Valley Vista                                                         Page No.              2

|  |  | Hours |  |
|---|---|---|---|
|  | TAY. | 0.10 | n/c |
| JRH | Conference with DKC and CPC. Attention to case status. | 0.10 | n/c |

03/18/2011
DKC    Attention to requests for entry of clerk's default against
       defendant and transition of case to co-counsel (RP) for
       collection.                                                          0.40        154.00

03/30/2011
TAY    Provide case status and fees/costs information per RP's
       request. Research billing information. Email team regarding
       status.                                                              0.20         24.00
       For Current Services Rendered                                        2.90        685.50
       Total Non-billable Hours                                             0.30

                                         Expenses

03/31/2011    Photocopy charges                                                           2.50
              Total Expenses                                                              2.50

              Total Current Work                                                        688.00

                                         Payments

03/08/2011    Thank you - Payment on account                                         -4,617.00


              Balance Due                                                           $1,978.51


*Payments received after statement date will be applied to the next month's
statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 31, 2011 |
| Statement No. | 59140 |
| Account No. | 5130.0045 |
| Page: | 1 |

RE: Shea Mortgage

**Payments received after 03/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

|  |  | | |
|---|---|---|---|
| Previous Balance | | | $1,688.32 |

<u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 03/02/2011 | CPC | Prepare for and participate in phone conference with client. | 0.10 | n/c |
| 03/14/2011 | CPC | Attention to status of demand letter. | 0.10 | 26.50 |
| 03/15/2011 | CPC | Letter from opposing counsel.  Phone call to opposing counsel. | 0.30 | 79.50 |
| 03/16/2011 | CPC | Attention to status of case.  Conference with DKC, JRH, and TAY. | 0.10 | n/c |
| | JRH | Conference with DKC and CPC. Attention to case status. | 0.10 | n/c |
| | DKC | Attention to settlement offer from prospective defendant and related issues (.3). Phone client regarding same (.1). | 0.40 | 154.00 |
| 03/17/2011 | CPC | Conference with DKC and Baker regarding indemnification agreement language, strength of claims, and strategy going forward. | 0.80 | 212.00 |
| | DKC | Attention to merits and strategy for settlement (.6). Prepare for and telephone conference with client regarding same (.3). | 0.90 | 346.50 |
| 03/30/2011 | TAY | Provide case status and fees/costs information per RP's request. Research billing information. Email team regarding status. | 0.20 | 24.00 |

Lehman Brothers Holdings, Inc.                                  Statement Date: 03/31/2011
Account No.        5130.0045                                     Statement No.      59140
RE: Shea Mortgage                                               Page No.              2

|      |                                                                                 | Hours |        |
|------|---------------------------------------------------------------------------------|-------|--------|
| CPC  | Email correspondence with client.                                               | 0.10  | n/c    |
| DKC  | Emails regarding settlement discussions/history. Suggest best options for client to maximize recovery and keep fees down. | 0.40  | 154.00 |
|      | For Current Services Rendered                                                   | 3.10  | 996.50 |
|      | Total Non-billable Hours                                                        | 0.40  |        |
|      | Total Current Work                                                              |       | 996.50 |

Payments

|            |                                   |         |
|------------|-----------------------------------|---------|
| 03/08/2011 | Thank you - Payment on account    | -221.50 |
|            | Balance Due                       | $2,463.32 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 31, 2011 |
| Statement No. | 59141 |
| Account No. | 5130.0046 |
| Page: | 1 |

RE:  Christopher E. Hobson, Inc.

**Payments received after 03/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | |
|---|---|---|
| Previous Balance | | $3,505.41 |

<u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 03/01/2011 | JRH | Create task list (.1). Review email correspondence from client regarding damages spreadsheet and payments under Indemnification Agreement (.1). | 0.20 | 53.00 |
| 03/02/2011 | JRH | Obtain damages information (.1). Finalize Complaint and Exhibit A. Give to DKC for his review (1.0). Status call with client (.1). | 1.20 | 318.00 |
| 03/08/2011 | JRH | Review email from client regarding status of particular loan. Email to DKC regarding same. | 0.10 | 26.50 |
| | DKC | Attention to inclusion of loan in suit and identity of defendant. | 0.30 | 115.50 |
| 03/14/2011 | DKC | Attention to identity of prospective defendant and whether involved in previous settlement. | 0.30 | 115.50 |
| 03/15/2011 | CPC | Conference with JRH regarding issues related to first settlement with Franklin Financial. | 0.30 | 79.50 |
| | JRH | Conference with CPC regarding issues relating to first settlement with Franklin Financial. | 0.30 | 79.50 |
| | DKC | Attention to new suit and loans at issue. | 0.30 | 115.50 |
| 03/16/2011 | CPC | Attention to status of case.  Conference with DKC, JRH, and | | |

Lehman Brothers Holdings, Inc.                                    Statement Date: 03/31/2011
Account No.       5130.0046                                          Statement No.      59141
RE:  Christopher E. Hobson, Inc.                                         Page No.            2

| | | Hours | |
|---|---|---|---|
| | TAY. | 0.30 | 79.50 |
| JRH | Conference with DKC and CPC. Attention to case status. | 0.30 | 79.50 |
| DKC | Review prior suits for client and attempt to confirm separate/distinct prospective defendant and release issues. | 0.80 | 308.00 |
| **03/17/2011** | | | |
| CPC | Conference with JRH regarding status and strategy going forward and phone call to client. | 0.20 | 53.00 |
| JRH | Conference with CPC regarding status and strategy going forward. Call to client. Left message to call back. | 0.30 | 79.50 |
| **03/18/2011** | | | |
| JRH | Call with client regarding questions as to interplay between several seemingly related counterparties. | 0.30 | 79.50 |
| **03/22/2011** | | | |
| CPC | Conference with JRH regarding issues with possible relationship between Franklin First Financial and Hobson. Review emails from Heston Gray and John Baker on the issues. | 0.30 | 79.50 |
| JRH | Call with CPC and client regarding entity issues. | 0.30 | 79.50 |
| **03/23/2011** | | | |
| JRH | Conference with DKC regarding correct defendant entity. | 0.10 | 26.50 |
| **03/29/2011** | | | |
| JRH | Attention to case status. Email to DKC regarding same (.2). | 0.20 | 53.00 |
| **03/30/2011** | | | |
| TAY | Provide case status and fees/costs information per RP's request. Research billing information. Email team regarding status. | 0.20 | 24.00 |
| JRH | Conference with TAY to update case status chart for RP. | 0.10 | n/c |
| | For Current Services Rendered | 6.30 | 1,844.50 |
| | Total Non-billable Hours | 0.10 | |
| | Total Current Work | | 1,844.50 |

Payments

| | | |
|---|---|---|
| 03/08/2011 | Thank you - Payment on account | -3,100.91 |
| | Balance Due | $2,249.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0046
RE:  Christopher E. Hobson, Inc.

Statement Date: 03/31/2011
Statement No.        59141
Page No.        3

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 31, 2011 |
| Statement No. | 59142 |
| Account No. | 5130.0047 |
| | Page:  1 |

RE: US Bank

***Payments received after 03/31/2011 are <u>not</u> included on this statement.***

## <u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>

### <u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 03/07/2011 | | | | |
| | DKC | Attention to Aurora subpoena and resolving representation issues. | 0.40 | 154.00 |
| 03/09/2011 | | | | |
| | DKC | Attention to resolution of potential conflict issues and transition of subpoena responsibility and new counsel. | 0.60 | n/c |
| 03/10/2011 | | | | |
| | DKC | Emails regarding introduction to local counsel and background/next steps in litigation (.3). Telephone conference with client regarding same (.2). Review case background and documents (.7). Attention to potential conflict issues (.6). | 1.80 | 693.00 |
| 03/11/2011 | | | | |
| | DKC | Prepare for and telephone conference with new counsel for Aurora (Neureiter) regarding subpoena, case and related issues (.5). Further review of client documents (.4). | 0.90 | 346.50 |
| 03/14/2011 | | | | |
| | DKC | Review documents and otherwise analyze status of suit in California and substitution of real party in interest (3.8). Prepare for and telephone conference with counsel for Aurora regarding subpoena (.4). | 4.20 | 1,617.00 |
| 03/15/2011 | | | | |
| | DKC | Prepare and telephone conferences with client regarding status, extension of discovery cut-off, and next steps (towards substitution of real party in interest). | 0.80 | 308.00 |
| 03/16/2011 | | | | |
| | JRH | Conference with DKC and CPC. Attention to case status. | 0.20 | n/c |

Lehman Brothers Holdings, Inc.                                    Statement Date: 03/31/2011
Account No.      5130.0047                                            Statement No.      59142
RE:  US Bank                                                              Page No.            2

| | | | Hours | |
|---|---|---|---|---|
| 03/18/2011 | | | | |
| | JRH | Conference with DKC regarding Motion to Substitute LBHI (.4). Work on Motion to Substitute LBHI (1.0). | 1.40 | 371.00 |
| | DKC | Attention to work on substitution issues (LBHI or affiliate for LBB)(.8). Review documents in file regarding same and general background (1.1). Work on damages issues, including proof of same at trial (.5). | 2.40 | 924.00 |
| 03/21/2011 | | | | |
| | JRH | Review documents client documents (.4). Research and continue to draft Motion to Substitute (4.2S). Email correspondence to client regarding call to discuss ownership and entity issues (.1). | 4.70 | 1,245.50 |
| | DKC | Work on substitution issues (LBHI for LBB). | 0.40 | 154.00 |
| 03/22/2011 | | | | |
| | JRH | Arrange phone call with client regarding ownership and entity issues (.2). Review LBHI Bankruptcy pleadings and continue to work on Motion to Substitute (1.7). Call with DKC and Eli Glanz regarding entity issues (.4). | 2.30 | 609.50 |
| | DKC | Prepare for and telephone conference with client regarding ownership and real party in interest issues. | 0.60 | 231.00 |
| 03/23/2011 | | | | |
| | JRH | Review emails and documents sent by Bethany Cooper (.2). Continue to work on Motion to Substitute (1.0). Complete draft of Motion to Substitute for DKC's review (.4). | 1.60 | 424.00 |
| | DKC | Prepare for and telephone conference with client regarding history and related issues (.4). Work on motion to substitute and related issues (.4). | 0.80 | 308.00 |
| 03/24/2011 | | | | |
| | JRH | Review Local Rules for filing of Motion to Substitute (.6). Work on same (.2). | 0.80 | 212.00 |
| 03/25/2011 | | | | |
| | JRH | Receipt of emails from corporate office regarding PICNIC entity. Email correspondence with DKC regarding same. Forward draft Motion to Substitute to local counsel (.4). Call with local counsel regarding Motion to Substitute (.3). Conference with DKC regarding Motion to Substitute following call with local counsel (.2). | 0.90 | 238.50 |
| | DKC | Prepare for and telephone conference with co-counsel regarding substitution issues and options. | 0.80 | 308.00 |
| 03/31/2011 | | | | |
| | DKC | Review email from co-counsel regarding upcoming discovery | | |

Lehman Brothers Holdings, Inc.
Account No.       5130.0047
RE:  US Bank

Statement Date: 03/31/2011
Statement No.       59142
Page No.                   3

| | | Hours | |
|---|---|---|---|
| | (depositions) (.2). Analyze need to attend same (.2). | 0.40 | 154.00 |
| | For Current Services Rendered | 25.20 | 8,298.00 |
| | Total Non-billable Hours | 0.80 | |

### Expenses

| | | |
|---|---|---|
| 03/25/2011 | Conference call paid to InterCall | 25.41 |
| | Total Expenses | 25.41 |

### Advances

| | | |
|---|---|---|
| 03/31/2011 | Online legal research. West | 29.50 |
| | Total Advances | 29.50 |
| | Total Current Work | 8,352.91 |
| | Balance Due | $8,352.91 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

Final Statement Run Totals 03/31/2011

| | |
|---|---|
| Statements Printed: | 13 |
| Hours: | 90.90 |
| Fees: | 26,891.00 |
| Expenses: | 27.91 |
| Advances: | 138.12 |

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 31, 2011 |
| Statement No. | 59202 |
| Account No. | 5130.0048 |
| Page: | 1 |

RE: Non-Correspondent Cases

**Payments received after 03/31/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 03/08/2011 | JRH | Meeting with Scot Osborne to discuss and strategize new phase of litigation involving claims against brokers, loan officers, appraisers and borrowers. | 3.00 | 450.00 |
| | SAF | Meeting with Scot Osborne, DKC, and JRH regarding analysis of claims against brokers, appraisers, and borrowers. | 3.00 | n/c |
| 03/09/2011 | SAF | Exchange emails with Scot Osborne regarding review of limitations for claims against appraisers (.1). Call to him regarding same (.2). | 0.30 | 45.00 |
| 03/10/2011 | JRH | Review emails and spreadsheets from client regarding broker/appraiser claims. | 0.20 | 30.00 |
| | SAF | Receive and review email from Mr. Osborne regarding broker claims (.1). Telephone call with him regarding information to put on updated chart (.3). | 0.30 | 45.00 |
| 03/11/2011 | SAF | Receive and review updated spreadsheet with loss figures (.1). Begin analysis of statutes of limitations for various states (.5). | 0.60 | 90.00 |
| 03/18/2011 | SAF | Work on general research into statutes of limitations issues for analysis of potential claims against brokers and appraisers. | 1.00 | 150.00 |
| 03/23/2011 | SAF | Finish general research into statutes of limitations issues for analysis of potential claims against brokers and appraisers (1). Update spreadsheet to reflect same (.3) Email to client | | |

Final Statement Run Totals 03/31/2011

Statements Printed:                    1
Hours:                              6.80
Fees:                           1,020.00

# Exhibit E

Detail of Time and Expense for

April 1, 2011 through

April 30, 2011

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59143 |
| Account No. | 5130.0001 |
| Page: | 1 |

RE:  PMAC Lending Services, INC

*Payments received after 04/30/2011 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.*

| | |
|---|---|
| Previous Balance | $106.00 |
| Balance Due | $106.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59144 |
| Account No. | 5130.0005 |
| Page: | 1 |

RE: EquiPoint Financial Network, Inc

**Payments received after 04/30/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | | |
|---|---|---|---|
| Previous Balance | | | $142.00 |

<u>Fees</u>

| | | Hours | |
|---|---|---|---|
| 04/07/2011 | | | |
| CPC | Email correspondence with client regarding bankruptcy status. | 0.10 | 26.50 |
| JRH | Status call with client to discuss case status. | 0.20 | 53.00 |
| | For Current Services Rendered | 0.30 | 79.50 |
| | Total Current Work | | 79.50 |
| | Balance Due | | $221.50 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

|  |  |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59145 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE:  Metrostate

***Payments received after 04/30/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | |
|---|---|
| Previous Balance | $699.53 |
| Balance Due | <u>$699.53</u> |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

621 Seventeenth St., 19th Fl.
Denver, CO  80293

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59146 |
| Account No. | 5130.0012 |
| Page: | 1 |

RE: Nationwide Equities

*Payments received after 04/30/2011 are not included on this statement.*

***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***

Previous Balance                                                                                     $1,016.00

### Fees

| | | Hours | |
|---|---|---|---|
| 04/04/2011 | | | |
| DKC | Attention to defendant's default and sending of notice regarding same (.2). Conference with TAY regarding location notice letter (.1). | 0.30 | 115.50 |
| 04/06/2011 | | | |
| JRH | Review Settlement Agreement and draft Notice of Default (.4). | 0.40 | 106.00 |
| TAY | Conferences with DKC regarding details of Nationwide's default (.2). Finalize Notice of Default (.2). Coordinate hand-delivery to opposing counsel (.1). Email to opposing counsel regarding same (.1). | 0.60 | 72.00 |
| DKC | Revise and send notice of default (.3). Telephone conference with opposing counsel regarding same and work-out options (.3). | 0.60 | 231.00 |
| 04/07/2011 | | | |
| DKC | Follow up regarding defendant's default, curing of same, next payment date of amount, and related issues. Emails regarding same. | 0.40 | 154.00 |
| | For Current Services Rendered | 2.30 | 678.50 |

### Advances

| | | | |
|---|---|---|---|
| 04/06/2011 | Courier fee Denver Boulder Couriers | | 8.00 |
| | Total Advances | | 8.00 |
| | Total Current Work | | 686.50 |

Lehman Brothers Holdings, Inc                         Statement Date: 04/30/2011
Account No.        5130.0012                              Statement No.        59146
RE:  Nationwide Equities                                    Page No.               2

        Balance Due                                              $1,702.50

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**</u>
<u>**dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59147 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

*Payments received after 04/30/2011 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>*

| | | | | |
|---|---|---|---|---|
| | Previous Balance | | | $551.00 |
| | <u>Fees</u> | | | |
| | | Hours | | |
| 04/07/2011 | | | | |
| JRH | Monthly status call with client. | 0.10 | | n/c |
| | Total Non-billable Hours | 0.10 | | |
| | Balance Due | | | <u>$551.00</u> |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59148 |
| Account No. | 5130.0022 |
| | Page:  1 |

RE: PMC Bancorp

*Payments received after 04/30/2011 are <u>not</u> included on this statement.*

<u>**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**</u>

Previous Balance                                                    $18,960.81

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 04/01/2011 | JRH | Conference with CGS regarding Motion for Summary Judgment. Assist him in locating relevant documents for Motion for Summary Judgment (.4). Email to client regarding updated damages figures, questions regarding Seller's Guide etc (.2) Email to DKC regarding conferral on Motion for Summary Judgment. Receipt of opposing party's portion of Joint Stipulation and review of same (.3). Draft email to DKC and opposing counsel regarding setting hearing; Review Magistrate Walsh's rules regarding civil motions (.2) | 1.10 | 291.50 |
| | CGS | Conference with J. Harvey regarding documents supporting Motion for Summary Judgment on EPD claims. | 0.50 | 147.50 |
| | SAF | Receive and review with JRH PMC's additions to Stipulation In Connection With Protective Order. | 0.20 | n/c |
| | DKC | Attention to stipulation regarding protective order motion and timing of hearing. | 0.20 | n/c |
| 04/04/2011 | CGS | Work on Motion for Summary Judgment. Review of all documentation supporting statement of facts. | 4.70 | 1,386.50 |
| | JRH | Conference with SLC regarding filing Joint Stipulation (.3). Review final version of complete Joint Stipulation and email to opposing counsel regarding hearing (.3). Brief review of Motion for Summary Adjudication, local rules and Federal rules for response deadline (.4). Email to client and RP counsel attaching Motion for Summary Adjudication (.2). Conference with SAF regarding deadline to file response in light of hearing | | |

Lehman Brothers Holdings, Inc                                    Statement Date: 04/30/2011
Account No.        5130.0022                                         Statement No.        59148
RE:  PMC Bancorp                                                         Page No.              2

|  |  | Hours |  |
|---|---|---|---|
| | date noticed by PMC (.2) | 1.40 | 371.00 |
| SLC | Make revisions to joint stipulation; telephone calls to and from court clerk regarding setting hearing and proper e-filing procedures; e-file and serve joint stipulation; exchange e-mails with JRH regarding same; review local rules for U.S.D.C. Central District of California regarding time for responding to motions; calendar response deadline for defendant's motion for summary judgment. | 1.50 | n/c |
| SAF | Discuss deadline to respond to PMC's Motion for Summary Adjudication (MSA) with JRH, including review and analysis of local rules. | 0.20 | 66.00 |
| DKC | Analyze defendant's motion for summary adjudication (MSA) and related pleadings (.8). Follow up regarding our Motion for Summary Judgment (EPD's and indemnification) and response to MSA (.5). | 1.30 | 500.50 |

04/05/2011

| | | | |
|---|---|---|---|
| JRH | Conference with DKC and SAF regarding response to Motion for summary judgment (.2). Conference with CSS regarding facts necessary to prove claims on Indem. Agreement Motion for summary judgment, call with client to discuss same (1.3). Attention to filing deficiencies relating to filing of Joint Stipulation Regarding Protective Order (.3). Call with court clerk regarding Notice of Deficiencies and revise documents accordingly and resubmit to court (1.0). Email to client regarding questions pertaining to Idemnifcation Agreement (.2). | 3.00 | 795.00 |
| CGS | Work on motion for summary judgment, including reviewing documents for Canales, Patron, Wang and Saldarriaga loans [1.2]; confirming omission of Saldarriaga loan from motion for summary judgment [.4]; confering with J. Harvey regarding scope of indemnity agreement and documents necessary to support breach of same [.7]; call with Heston regarding same [.3]; edit/revise statement of facts to focus on indemnity agreement as now understood [.8]. | 2.90 | 855.50 |
| DKC | Work on Motion for Summary Judgment and response to defendant's Motion for Summary Adjudication (.7). Attention to filings regarding protective order and related issues (.2). | 0.90 | n/c |
| SAF | Discuss PMC's MSA with DKC and JRH (.2).  Receive and review notices from Court regarding form of filing of Stipulation Regarding Protective Order and discuss same with JRH (.3). Discuss with JRH modification to proposed Protective Order to comply with Court's instructions (.2). | 0.70 | 231.00 |

04/06/2011

| | | | |
|---|---|---|---|
| JRH | Receipt of email from SLC regarding response date for Motion for summary judgment, conference with DKC, CSS and SAF | | |

Lehman Brothers Holdings, Inc                                   Statement Date: 04/30/2011
Account No.        5130.0022                                        Statement No.        59148
RE:  PMC Bancorp                                                        Page No.              3

| | | Hours | |
|---|---|---|---|
| | regarding same (.3). Conference with CSS regarding stipulated briefing schedule, conferral with opposing counsel regarding same, conference with DKC regarding motion for extension, email to opposing counsel confirming conversation, call to clerk regarding effect of filing Motion for Extension (1.4). | 1.70 | 450.50 |
| CGS | Conference with J. Harvey/D. Calisher regarding briefing schedule for responding to PMC's motion for summary judgment [.3]; Conference with S. Fermelia regarding merits/strategy for response [.5]; Participate in call with opposing counsel regarding competing motions per local rule conferral requirements and to discuss stipulated briefing schedule [1.0]; assist in drafting email to opposing counsel confirming same [.2].  Work on statement of facts for motion for summary judgment to focus on indemnity agreement terms/payment obligations [1.5]. | 3.10 | 914.50 |
| SLC | Telephone call from court clerk regarding calendaring of deadline to respond to motion for summary judgment; e-mail to SAF and JRH regarding same. | 0.20 | n/c |
| DKC | Attention to timing of briefing on defendant's MSA and related issues (.3). Work on same and outline response (1.1). | 1.40 | 539.00 |
| SAF | Discuss Response to Motion For Summary Adjudication (MSA) on full credit bid issue with DKC, JRH, and CGS (.3).   Review MSA and supporting documents on MSA. Review existing research and prior orders on same (4.2).  Discuss response to same with JRH and CGS (.2). | 3.70 | 1,221.00 |
| 04/07/2011 JRH | Work on Motion for Extension to Respond to Motion for Summary Adjudication (.5). Conference with CGS regarding strategy regarding extension to respond to MSA, conference with DKC regarding same, call with clerk of court regarding extension, draft Ex Parte Application for Extension of Time (2.0). Conference with SAF regarding Affidavit of client, telephone call to client regarding affidavit and damages (.6). Email to client regarding affidavit (.1). Final revisions to Ex Parte Application for Extension of Time, draft proposed Order, give to DKC for his review (.4). Draft Declaration In Support  of Ex Parte Application (.4). Review Seller's Guide provisions for SAF (1.0). Work on draft Declaration of client (1.3). Monthly status call with client to discuss case status and strategy (.2). | 6.50 | 1,722.50 |
| CPC | Conference with JRH about timing of response to opposing counsel's motion for summary judgment (.2). Phone call with client (.5). | 0.70 | n/c |
| CGS | Conference with JRH/DKC regarding strategy for response to PMC's motion for summary adjudication [.4].  Participate in call with district court clerk regarding ex parte application for | | |

Lehman Brothers Holdings, Inc                                    Statement Date: 04/30/2011
Account No.      5130.0022                                       Statement No.        59148
RE:  PMC Bancorp                                                 Page No.                 4

|  |  | Hours |  |
|---|---|---|---|
|  | extension of time to file response [.2].  Assist in drafting same [1.3].  Review/analyze PMC's motion for summary adjudication on "full credit bid" issue and cases cited therein [5.3]. | 6.50 | 1,917.50 |
| TAY | Conference with team regarding status of motion for summary judgment/response to PMC's MSJ (.2). Conference with CGS regarding cases cited in PMC's memorandum (.1). Pull cases and conference with CGS regarding same. (.4) Conference with JRH regarding ex parte application and declaration to same (.2).   Review Judge's policies/procedures regarding ex parte applications (N/C). Electronically file and serve application and supporting documents via Pacer/ECF (.2). Email to opposing counsel regarding expedited response deadline (.1). Email to First Legal regarding delivery of mandatory chambers copies of filed documents (.1). | 1.30 | 156.00 |
| DKC | Attention to defendant's MSA and related issues (.7). Follow up regarding hearing date and our Motion for Summary Judgment, and work on same (.4). | 1.10 | 423.50 |
| SAF | Discuss with JRH Seller's Guide provisions and information needed from Robin Akell for Response to MSA (.3). Detailed review of documents pertinent to MSA Response, including Complaints and Answers in current and earlier case; JRH's summary of loans; demand letters to PMC, LPA, Seller's Guide, damages spreadsheets and supporting documents, indemnity agreements, assignments of claims between LBB and LBHI, etc.) (4.5). | 4.80 | 1,584.00 |
| 04/08/2011 |  |  |  |
| JRH | Finish review and compilation of exhibits for response to Motion for Summary Adjudication (1.7) Research case law on Full Credit Bid and choice of law provisions under California law (1.6). Conference with Robin Akell regarding damages figures. Work on Declaration to accompany response to Motion for Summary Adjudication (2.1) | 5.40 | 1,431.00 |
| TAY | Email proposed order (ex parte application for extension) to Judge Wilson's chambers. | 0.20 | 24.00 |
| CGS | Call with team/outside counsel regarding strategy for response to motion for summary judgment [1.0]; conference with JRH/DKC regarding same [.4]; continue review/analysis of PMC's cited authorities in motion for summary judgment [3.2]; review order granting ex parte extension of time [.1]; review local rule regarding formatting counter-statement of disputed facts [.4]. | 4.10 | 1,209.50 |
| DKC | Prepare for and telephone conference with loss-recovery team regarding status of MSA and related issues (1.8). Work on response to defendant's MSA and client's MSJ (1.3). Emails regarding same and Motion for Extension of Time (.6). | 3.70 | 1,424.50 |

Lehman Brothers Holdings, Inc                                    Statement Date: 04/30/2011
Account No.      5130.0022                                         Statement No.      59148
RE:  PMC Bancorp                                                       Page No.            5

|  |  | Hours |  |
|---|---|---|---|
| SAF | Discussion with JRH and DKC regarding MSA response (.2). Conference call with Justin Balser, Matt Spohn, Mike Rollin, Scott Dorsdick, DKC, CGS regarding approach to MSA Response (1.2). Receive and review email from Balser with case-law (1). Work on response to MSA (2.3). | 4.70 | 1,551.00 |

**04/09/2011**

| SAF | Research on full credit bid rule, including research on cases, review of opinions disagreeing with cases cited by PMC, and beginning summary of cases on full credit bid rule. Research on New York full credit bid statutes and cases. | 5.20 | 1,716.00 |
|---|---|---|---|

**04/10/2011**

| SAF | Work on Response to PMC's MSA (including detailed comparison of facts, dates, calculations, and related information from documents attached to PMC's Request For Judicial Notice, Statement of Facts, Declaration, information from Ms. Akell and Mr. Spohn; prepare table of pertinent comparisons, prepare summary of PMC's arguments and authorities; continue to read and analyze cases cited by PMC and pertinent California and New York Statutes). | 5.10 | 1,683.00 |
|---|---|---|---|

**04/11/2011**

| TAY | Attention to PMC's opposition to ex parte application for extension and Court's order granting LBHI application (.2). Update calendar (.1). | 0.30 | 36.00 |
|---|---|---|---|
| CGS | Nationwide research regarding application of full credit bid rule to secondary mortgage market third-party contracts [1.8]; Conference with SAF regarding briefing strategy for response to PMC's motion for summary adjudication and LBHI's motion for summary judgment [.7]; Review/analyze local rules regarding requirements for responding to PMC's statement of fact/request for judicial notice [.4]. | 2.90 | 855.50 |
| JRH | Conference with SAF regarding damages issues and other miscellaneous issues relating to affidavit (.5). Review previous indemnification agreement for Wang loan, draft email to Robin including remaining questions regarding relationship between Aurora and Trusts, as well as requesting additional documentation (.9). Continue to review damages spreadsheet (.3). Continue to work on Affidavit of John Baker (1.8). | 3.50 | 927.50 |
| SAF | Discussion with JRH regarding ownership issues for Affidavit (.5).  Review documentation regarding payment of indemnity to trusts, potential documentary evidence of Aurora's relationship with trusts upon foreclosure and related issues (.5). Draft detailed email to DKC regarding results of research and suggested strategy for Response (.5). Receive and review email from JRH to client regarding agreements (.1). Conference with JRH regarding prior indemnity agreement |  |  |

Lehman Brothers Holdings, Inc                          Statement Date: 04/30/2011
Account No.        5130.0022                                Statement No.        59148
RE:  PMC Bancorp                                              Page No.               6

|  |  | Hours |  |
|---|---|---|---|
| | regarding Wang loan (.2).  Conference with CGS regarding division of labor with CGS regarding our MSJ and Response to PMC's MSA, judicial notice response, and arguments about agency of foreclosing lender, etc. (.4).  Continue to work on Response to MSA (3.2). | 5.40 | 1,782.00 |
| DKC | Attention to payment history and related issues (.1). Conference with TAY regarding same (.1). | 0.20 | n/c |

04/12/2011
| JRH | Review Whole Loan Tracking and documentation for Reilly Pozner; Complete draft of Declaration of John Baker and give to SAF for his review (2.1). Review Court Order granting Motion for Protective Order (.2). Email to client regarding same (.1). | 2.40 | 636.00 |

04/13/2011
| JRH | Attention to responses to RFPs and calendaring deadline of same in light of ruling on Protective Order (.3). Conference with CSS regarding response to RFPs (.1). | 0.40 | 106.00 |
| TAY | Review protective order granted by Court (.1). Conference with JRH regarding same, upcoming deadlines, and upcoming deadline to respond to PMC's discovery requests (.2). Bates number additional documents (sellers guide, damages spreadsheet, etc) (.4). | 0.70 | 84.00 |

04/14/2011
| JRH | Conference with SAF regarding discovery responses and response to Motion for Summary Adjudication (.3). Revise draft of responses to Requests for Production of Documents in light of entry of Protective Order and give to SAF to review (,9). Review SAF's revisions to same and conference with TAY to finalize and serve (.4). Conference with CSS regarding demand issues on Motion for summary judgment (.9). | 2.50 | 662.50 |
| CGS | Work on Motion for summary judgment regarding indemnity agreement, including review of agreement [.9]; conference with J. Harvey and S. Fermelia regarding demands made on indemnity agreement and briefing strategy [.8]; call with Matt Spohn regarding same [.2]; edit/revise statement of facts regarding same [1.5]; email to Heston/Robin regarding inquiring whether post-agreement demands for indemnity [.2].  Review updated damages calculations for indemnity agreement loans [.3]. | 3.90 | 1,150.50 |
| SAF | Discuss production of documents for RFP response with JRH as well as damage calculations (.3).  Respond to email from Akell regarding same. (.2).  Review and modify responses drafted by JRH to PMC's Request For Production of Documents (.8). Revise and supplement draft of client Affidavit prepared by JRH for use in responding to PMC's MSA (2.8). Discussion with CGS and JRH on issues and strategy relating | | |

Lehman Brothers Holdings, Inc                          Statement Date: 04/30/2011
Account No.        5130.0022                               Statement No.        59148
RE:  PMC Bancorp                                             Page No.                7

|  |  | Hours |  |
|---|---|---|---|
|  | to lack of demand letter on indemnity agreement (.3). | 4.40 | 1,452.00 |
| 04/15/2011 | | | |
| JRH | Email correspondence with client regarding Indemnification Agreement. | 0.20 | n/c |
| CGS | Work on Motion for Summary Judgment regarding indemnity agreement. | 3.70 | 1,091.50 |
| 04/16/2011 | | | |
| SAF | Work on Response to MSA on Full Credit Bid, with particular attention to completion of modifications to Affidavit for submission with same. | 4.20 | 1,386.00 |
| 04/17/2011 | | | |
| SAF | Work on MSA Response. | 2.50 | 825.00 |
| 04/18/2011 | | | |
| JRH | Conference with SAF regarding notice issues. | 0.20 | n/c |
| TAY | Review and finalize discovery responses to PMC (.3). Prepare certificate of service (.1). Prepare CD with applicable disclosure documents (.2). Conference with JRH regarding same (.1). Email to opposing counsel regarding discovery responses and overnight mailing of documents (.1). | 0.80 | 96.00 |
| DKC | Attention to status and work on response to MSA and our affirmative MSJ (.8). Attention to discovery (.3). | 1.10 | 423.50 |
| SAF | Discuss Indemnity Demand issues and strategy with DKC (.5). Discuss same with JRH (.2). Conference with CGS regarding approach to same on our affirmative MSJ (.5). | 1.20 | 396.00 |
| CGS | Work on Motion for Summary Judgment regarding indemnity agreement; full credit bid brief in response to PMC's motion for summary adjudication [2.1]. | 2.10 | 619.50 |
| 04/19/2011 | | | |
| DKC | Work on response to MSJ (analysis of full-credit bid cases) (1.1). Work on MSJ (attention to damages calculation and potential defenses) (.8). | 1.90 | 731.50 |
| SAF | Work on Response to MSA. | 7.40 | 2,442.00 |
| 04/20/2011 | | | |
| JRH | Conference with CSS regarding damages for Motion for Summary Judgment (.2). Conference with SAF regarding damages and revise damages spreadsheets accordingly (1.4). | 1.60 | 424.00 |
| SAF | Discuss issues of notice and prejudgment interest with CGS (.4). Discuss modification to spreadsheet for submission with MSA Response with JRH (.2).  Email to Ms. Akell regarding | | |

Lehman Brothers Holdings, Inc                                    Statement Date: 04/30/2011
Account No.        5130.0022                                       Statement No.         59148
RE:  PMC Bancorp                                                       Page No.              8

|  |  | Hours |  |
|---|---|---|---|
| | status of affidavit preparation (.1). Continue to work on Response to MSA (6.5).  Email to loss recovery team regarding same (.2). | 7.40 | 2,442.00 |
| **04/21/2011** | | | |
| JRH | Review SAF's response to MSA (.4). Conference with TAY regarding filing under seal and other miscellaneous issues (.2). Telephone call to client regarding document request, email to her regarding same (.2). Conference with CSS regarding undisputed facts (.3). | 1.10 | 291.50 |
| SAF | Discuss status of LHBI MSJ with CGS (.3) Work on Baker Affidavit for Response to MSA (3.5) Exchange emails with Baker regarding review of his deposition and exhibits (.4). | 4.20 | 1,386.00 |
| CGS | Peer review draft response to PMC's motion for summary adjudication [.5]; incorporate elements of same into Motion for Summary Judgment on indemnity agreement [1.5]; finalize drafts of statement of facts/memo of law/Baker declaration for review by team [1.5]. | 3.50 | 1,032.50 |
| **04/22/2011** | | | |
| JRH | Review RP's revisions to Motion for summary judgment (.3). Review RP revisions to declarations relating to Motion for summary judgment and MSA (.2). Review local rules (.2), | 0.70 | 185.50 |
| CGS | Review/analyze RP's revisions to draft motion for summary judgment and opposition to PMC's motion for summary adjudication [.6]; edit/revise draft motion for summary judgment per RP comments [.9]; draft statement of genuine disputes in opposition to PMC's statement of facts [3.0]; review/analyze Baker declaration regarding same [.3]; review draft opposition to PMC motion for summary adjudication [.6]. | 4.80 | 1,416.00 |
| SAF | Receive and review Reilly Posner (RP) suggested modifications to Declaration of Baker in Opposition to PMC's MSA and implement same, including exchange of several emails with Spohn and client regarding same and demand on indemnity agreement (1.2). Receive and review RP's suggested modifications of  MSA Response and being to implement same (2.2). Exchange several emails with CGS regarding responding to statement of facts from PMC (.4). | 3.80 | 1,254.00 |
| **04/24/2011** | | | |
| CGS | Draft statement of genuine disputes/supplemental facts in opposition to PMC's motion for summary adjudication [5.0]; emails to/from J. Baker regarding substance of declaration in support of motion for summary judgment on the indemnity agreement claims [.8]. | 4.50 | 1,327.50 |
| SAF | Work on Response to PMC's MSA (focusing on inapplicability of PMC's cases). | 5.50 | 1,815.00 |

Lehman Brothers Holdings, Inc                                    Statement Date: 04/30/2011
Account No.        5130.0022                                          Statement No.        59148
RE:  PMC Bancorp                                                       Page No.                 9

|  |  |  | Hours |  |
|---|---|---|---|---|
| | DKC | Attention to and work on response to MSA and MSJ, including supporting pleadings and declarations (3.5). Review emails regarding same (.3). | 3.80 | 1,463.00 |
| 04/25/2011 | JRH | Conference with SAF and research regarding filing exhibits under seal (.4). Email to opposing counsel regarding document production, review document production regarding same (.5). Research requirements of Declarations under Local Rules and Federal Rules of Civil Procedure (.6). Cross reference exhibits for Motion for summary judgment to documents previously produced (.5). | 2.00 | 530.00 |
| | TAY | Conferences with CGS regarding status of MSJ/Response to MSJ (.1). Conference with JRH regarding opposing counsel's claim that PMC has not received documents (.2). Review correspondence and emails to opposing counsel/FedEx delivery confirmations to dispute same (.2).  Gather documents (1-9534) and copy to CD for opposing counsel (.5). Conference with CGS regarding declaration of John Baker (.1). Format same for CA filing (.1). Review and redact all exhibits (LBHI MSJ and response to PMC's MSJ) (.8).  Review and revise (1) Objection to MSA; (2) Statement of Disputes/Facts; (3) Notice/Motion of MSJ (against PMC); (4) Statement of Facts/Law; and (5) Memorandum in Support of MSJ (1.2). Prepare proofs of service for all filings (.2). Electronically file and serve previously named pleadings (.5). Conference with DKC regarding same (.1).  Review docket to confirm filing receipt (N/C).  Conference with DKC regarding status/completion (.1). | 4.10 | 492.00 |
| | CGS | Finalize Motion for summary judgment (Indemnity Agreement) for filing [1.8]; revise declaration of John Baker in support of same [.5]; revise statement of genuine disputes/supplemental facts in opposition to PMC's motion for summary adjudication [2.0]; draft notice of motion for motion for summary judgment [.7]; prepare exhibits to motion for summary judgment [1.0]. | 5.20 | 1,534.00 |
| | SAF | Discuss with JRH provisions of Protective Order and filing under seal (.4). Finalize revisions to Response to MSA, including revisions necessary after exchange of several emails with new information received from client (John Baker) regarding ownership of certain loans, and circumstances of foreclosure listing Fannie Mae, and to comply with page limitations (4.2).  Finish revisions of Baker Declaration on Response to PMC's MSA (.3). Review Separate Statement of Facts prepared by CGS, including exchange of several emails on same with him (.4). | 5.30 | 1,749.00 |
| | DKC | Assist CGS and SAF with response to MSA and MSJ (3.2). Attention to responses to defendant's request for documents | | |

Lehman Brothers Holdings, Inc                    Statement Date: 04/30/2011
Account No.        5130.0022                         Statement No.        59148
RE:  PMC Bancorp                                         Page No.            10

|  |  | Hours |  |
|---|---|---|---|
| | (.4). | 3.60 | 1,386.00 |

| 04/26/2011 | | | |
|---|---|---|---|
| TAY | Review ECF filing confirmations (N/C). Pull file-stamped copies from Pacer and coordinate delivery of mandatory chambers copies to Judge Wilson (.2). Emails to/from First Legal regarding same (.2). Review notice from Court regarding reassignment of case to new judge (.2). Conference with team regarding same (.1). Review USDC website for information on Judge Kronstadt (.1). | 0.80 | 96.00 |
| DKC | Attention to re-assignment of case to new judge. Telephone conference with client regarding same. | 0.30 | n/c |

| 04/27/2011 | | | |
|---|---|---|---|
| JRH | Attention to securitization disk sent from client. Conference with TAY regarding same; Receipt of Order rescheduling Motion for summary judgment hearing date and email team regarding same (.3) | 0.30 | 79.50 |
| DKC | Attention to new date for MSA and MSJ hearings. | 0.20 | n/c |
| | For Current Services Rendered | 187.80 | 57,218.50 |
| | Total Non-billable Hours | 4.80 | |

Expenses

| 04/30/2011 | Photocopy/printing charges (discounted). | 209.50 |
|---|---|---|
| | Total Expenses | 209.50 |

Advances

| 04/04/2011 | Processor fee LA Depositions, Inc First Legal | 33.00 |
|---|---|---|
| 04/08/2011 | Processor fee LA Depositions, Inc First Legal | 20.50 |
| 04/18/2011 | Courier fee Federal Express | 20.36 |
| 04/25/2011 | Courier fee Federal Express | 20.36 |
| 04/30/2011 | Online legal research. West | 417.19 |
| 04/30/2011 | Processor fee LA Depositions, Inc First Legal | 265.50 |
| | Total Advances | 776.91 |
| | Total Current Work | 58,204.91 |
| | Balance Due | $77,165.72 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59149 |
| Account No. | 5130.0025 |
| Page: | 1 |

RE: Padilla

***Payments received after 04/30/2011 are <u>not</u> included on this statement.***

<u>**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**</u>

|  |  |  | |
|---|---|---|---|
| Previous Balance | | | $18.54 |

<u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 04/11/2011 | TAY | Emails to/from accounting regarding settlement payment (.1). Email to client (Akell) regarding same and status of settlement payments and release of DOT once final payment logged (.1). Conference with DKC regarding same (.1). | 0.30 | 36.00 |
| 04/14/2011 | TAY | Review email from client regarding different version of settlement agreement (.1). Review both agreements (.2). Email DKC regarding same (.1). | 0.40 | 48.00 |
| 04/19/2011 | TAY | Detailed review of file/email/accounting ledgers due to client's discrepancy in accounting (.5). Emails to/from Akell regarding same (.2). Conference with DKC regarding same, belief that final payment has been made, and need to release DOT (.2). | 0.90 | 108.00 |
| 04/26/2011 | TAY | Email from client (Akell) regarding Aurora/Lehman reconciliation of payments received and request for FGMC check numbers. Email to accounting department regarding same. | 0.20 | 24.00 |
| | | For Current Services Rendered | 1.80 | 216.00 |

<u>Advances</u>

| | | | |
|---|---|---|---|
| 04/18/2011 | Courier fee Federal Express | | 9.48 |
| | Total Advances | | 9.48 |
| | Total Current Work | | 225.48 |

Lehman Brothers Holdings, Inc                               Statement Date: 04/30/2011
Account No.        5130.0025                                  Statement No.        59149
RE:  Padilla                                                      Page No.             2

        Balance Due                                                        $244.02

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---:|
| Statement Date: | April 30, 2011 |
| Statement No. | 59150 |
| Account No. | 5130.0028 |
| | Page:  1 |

RE: United Pacific

***Payments received after 04/30/2011 are not included on this statement.***

***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***

| | | Hours | |
|---|---|---:|---:|
| | Previous Balance | | $60.00 |
| | *Fees* | | |
| 04/20/2011 | | | |
| TAY | Emails to/from DKC regarding client's request for final settlement documents (.1).  Review file/emails and contact local counsel (Finlay) regarding same (.3).  Telephone conferences and emails to/from Finlay's paralegal regarding same (.2). | 0.60 | 72.00 |
| DKC | Research and emails regarding settlement with United Pacific Mortgage. | 0.30 | 115.50 |
| | For Current Services Rendered | 0.90 | 187.50 |
| | Total Current Work | | 187.50 |
| | Balance Due | | $247.50 |

***Payments received after statement date will be applied to the next month's statement.***

***Please reference statement number(s) on your payment***

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59151 |
| Account No. | 5130.0035 |
| | Page:   1 |

RE:  Aaron Wade

***Payments received after 04/30/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

<u>Fees</u>

| | | Hours | |
|---|---|---|---|
| 04/11/2011 | | | |
| TAY | Review email from client requesting copy of settlement documents. Locate closed file and review settlement documents. Conference with DKC regarding same and amendments to final agreement.  Email to client (Thornbloom) regarding same. Contact escrow company regarding confirmation of final amendment (no answer). | <u>0.40</u> | <u>48.00</u> |
| | For Current Services Rendered | 0.40 | 48.00 |
| | Total Current Work | | 48.00 |
| | Balance Due | | $48.00 |

***Payments received after statement date will be applied to the next month's statement.***

***Please reference statement number(s) on your payment***

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59152 |
| Account No. | 5130.0044 |
| Page: | 1 |

RE:  Valley Vista

**Payments received after 04/30/2011 are *not* included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---:|
| Previous Balance | $1,978.51 |
| Balance Due | $1,978.51 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59153 |
| Account No. | 5130.0045 |
| Page: | 1 |

RE:  Shea Mortgage

***Payments received after 04/30/2011 are not included on this statement.***

***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***

| | | | Hours | |
|---|---|---|---|---|
| | Previous Balance | | | $2,463.32 |
| | **Fees** | | | |
| 04/07/2011 | | | | |
| CPC | Phone call with client regarding status. | | 0.20 | 53.00 |
| JRH | Status call with client. | | 0.10 | n/c |
| 04/13/2011 | | | | |
| JRH | Email correspondence with client and DKC regarding privilege review of Servicing File (.2). Review Collection Notes for attorney-client privilege and email client accordingly (.4). | | 0.60 | 159.00 |
| 04/15/2011 | | | | |
| DKC | Attention to exchange of information and settlement discussions. | | 0.20 | 77.00 |
| | For Current Services Rendered | | 1.00 | 289.00 |
| | Total Non-billable Hours | | 0.10 | |
| | Total Current Work | | | 289.00 |
| | Balance Due | | | $2,752.32 |

***Payments received after statement date will be applied to the next month's statement.***

***Please reference statement number(s) on your payment***

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59154 |
| Account No. | 5130.0046 |
| Page: | 1 |

RE:  Christopher E. Hobson, Inc.

**Payments received after 04/30/2011 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT._**

| | | | |
|---|---|---|---|
| Previous Balance | | | $2,249.00 |

<u>Fees</u>

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/07/2011 | | | | |
| | JRH | Monthly status call with client. | 0.10 | 26.50 |
| | DKC | Further review of complaint and underlying documents (1.3). Arrange for filing and service (.3). | 1.60 | 616.00 |
| 04/12/2011 | | | | |
| | JRH | Conference with DKC to review Complaint. | 0.30 | 79.50 |
| 04/13/2011 | | | | |
| | JRH | Email to client regarding loan status and which loans are subject to repurchase (.2). Review Indem. Agreement and final review of client documents, and Complaint for filing (.9) | 1.10 | 291.50 |
| 04/17/2011 | | | | |
| | CPC | Email correspondence with client. | 0.10 | n/c |
| 04/18/2011 | | | | |
| | JRH | Draft demand letter on Indemnification Agreement (.7). Email to client regarding status of loans (.2). Conference with DKC regarding property status and email to client regarding same. Revise complaint per emails from client (.4). Finalize demand letter on Indem Agreement and email to DKC with questions for his review (1.0). | 2.50 | 662.50 |
| | DKC | Attention to pre-suit demand and revisions to draft complaint to reflect no claim for specific performance. | 0.50 | 192.50 |
| 04/20/2011 | | | | |
| | DKC | Emails regarding damages, demand letter, and potential title issues (.2). Analyze same and potential revisions to draft | | |

Lehman Brothers Holdings, Inc.                                    Statement Date: 04/30/2011
Account No.        5130.0046                                           Statement No.        59154
RE:  Christopher E. Hobson, Inc.                                        Page No.                2

| | | Hours | |
|---|---|---|---|
| | complaint (.2). | 0.40 | 154.00 |
| 04/26/2011 | | | |
| JRH | Conference with SAF regarding review of demand letter on indemnification agreement. | 0.20 | 53.00 |
| 04/28/2011 | | | |
| JRH | Conference with SAF regarding demand letter on Indem Agreement. Review File Share for same. Email to RP regarding same. | 0.40 | 106.00 |
| 04/29/2011 | | | |
| JRH | Email to client regarding filing of Complaint and demand letter on Indem (.2). Email correspondence with client regarding notice issues (.2). Review Contract Admin notes (.3). | 0.70 | 185.50 |
| DKC | Work on damages calculation and notice to defendant under indemnity agreement. | 0.60 | 231.00 |
| | For Current Services Rendered | 8.40 | 2,598.00 |
| | Total Non-billable Hours | 0.10 | |
| | Total Current Work | | 2,598.00 |
| | Balance Due | | $4,847.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59155 |
| Account No. | 5130.0047 |
| Page: | 1 |

RE:  US Bank

***Payments received after 04/30/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

Previous Balance                                                               $8,352.91

<u>Fees</u>

| | | Hours | |
|---|---|---|---|
| 04/01/2011 DKC | Telephone conference with co-counsel regarding substitution issues and upcoming depositions (.4). Email opposing counsel regarding same (.2). | 0.60 | 231.00 |
| 04/04/2011 JRH | Email to DKC regarding status of Motion to Substitute. | 0.10 | n/c |
| DKC | Prepare for and telephone conference with co-counsel and opposing counsel regarding discovery and substitution (.7). Review authority for "ratification" approach to substitution issue (.4). Emails regarding settlement history and related issues (.3). | 1.40 | 539.00 |
| 04/05/2011 DKC | Prepare for and telephone conference with client and CA co-counsel regarding status and next steps (settlement, substitution, and discovery) (.9). Email from client regarding settlement (.2). Follow up regarding timing/location of upcoming depositions (.4). Email regarding loan ownership issues (.2). | 1.70 | 654.50 |
| 04/06/2011 DKC | Emails with client regarding SPV (.2). Email from opposing counsel regarding real party in interest (.1). | 0.30 | n/c |
| 04/14/2011 DKC | Emails regarding substitution of plaintiff (LBHI to LBB) (.2). Emails regarding deposition (Abrams) at Taft Federal Prison (.2). | 0.40 | 154.00 |
| 04/18/2011 DKC | Attention to upcoming deposition (Abrams) and deposition in | | |

Lehman Brothers Holdings, Inc.                          Statement Date: 04/30/2011
Account No.        5130.0047                               Statement No.        59155
RE:  US Bank                                                 Page No.              2

| | | | Hours | |
|---|---|---|---|---|
| | | Louisiana, including logistics of location (prison) (.6). Emails regarding same (.2). | 0.80 | 308.00 |
| 04/19/2011 | TAY | Conferences with DKC regarding upcoming depositions of brokers (inmates at CA and LA prisons) (.2). Research same (.2). | 0.40 | n/c |
| | JRH | Review email correspondence from DKC to opposing counsel, give thoughts on same. | 0.20 | n/c |
| | DKC | Work on upcoming deposition (Abrams) (.4). Research substitution issues and draft email to opposing counsel regarding same (1.8). | 2.20 | 847.00 |
| 04/20/2011 | DKC | Attention to upcoming deposition (Abrams) in correctional facility in CA and prepare for same. | 1.10 | 423.50 |
| 04/21/2011 | JRH | Conference call with DKC regarding email to opposing counsel (.2). Review and revise/circulate for review (.2). Conference with TAY regarding documents to gather for Abrams deposition (.2). Email to local counsel regarding documents for deposition preparation (.1). Email to opposing counsel regarding expected response time on substitution issue (.1). | 0.80 | 212.00 |
| 04/25/2011 | JRH | Call from DKC regarding substitution issue and telephone call to counsel for Aurora regarding substitution (.4). Conference with CPC regarding deposition preparation and documents relating to same (.2). Work on gathering relevant documents for deposition (.4). | 1.00 | 265.00 |
| | DKC | Review documents and assist CA counsel with responses to requests for admission (4.2). Work on substitution and loan ownership issues (1.2). | 5.40 | 2,079.00 |
| | CPC | Assist JRH with document preparation for Abrams deposition (1.2).  Review internet research and client files to assist in preparation of Abrams' deposition (.5). | 1.70 | 450.50 |
| 04/26/2011 | JRH | Review pleadings for deposition preparation (1.0). Review interview notes from investigation into third party company in preparation for DKC's deposition (1.3). Attention to filing Entry of Appearance, conference with TAY regarding same (.3). | 2.60 | 689.00 |
| | DKC | Attention to substitution and Entry of Appearance for LBB (including email from opposing counsel regarding same) (.8). Attention to conflict waiver and emails regarding same (.3). Further preparation for upcoming Abrams deposition (1.1). | 2.20 | 847.00 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 04/30/2011
Account No.      5130.0047                                            Statement No.      59155
RE: US Bank                                                             Page No.              3

|  |  | Hours |  |
|---|---|---|---|
| **04/27/2011** |  |  |  |
| TAY | Draft Notice of Entry of Appearance for DKC (.3). Review Local Rules (.2). Emails to/from team regarding same (.1). Prepare Proof of Service/review docket for all attorneys of record (.2). Revisions to Notice (.2). Electronically file and serve via ECF (.1). | 1.10 | 132.00 |
| DKC | Review pleadings and documents in file and otherwise prepare for upcoming deposition (Abrams) (8.3). Telephone conference with client regarding same (.3). | 8.60 | 3,311.00 |
| DKC | Travel (CO to CA) for Abrams deposition at Taft Federal Prison. | 5.00 | n/c |
| **04/28/2011** |  |  |  |
| JRH | Attention to loan ownership issues. Email to client regarding same. Create timeline based upon documents from client. Email client regarding same. | 0.80 | 212.00 |
| DKC | Prepare for and attend deposition of Mark Abrams at Taft Federal Prison. Organize and review deposition documents and notes regarding same. | 10.50 | 4,042.50 |
| DKC | Travel from deposition (CA to CO). | 5.00 | n/c |
| **04/29/2011** |  |  |  |
| JRH | Conference with DKC and SAF regarding case status and deposition of Abrams. | 0.40 | 106.00 |
| TAY | Conference with DKC regarding trial (.1). Review case docket and Scheduling Order (.2). Calendar trial/pre-trial dates (.1). | 0.40 | 48.00 |
| DKC | Review emails and documents regarding loan ownership issues (.4). Attention to next steps for substitution (.3). | 0.70 | 269.50 |
|  | For Current Services Rendered | 44.40 | 15,820.50 |
|  | Total Non-billable Hours | 11.00 |  |

Expenses

| | | |
|---|---|---|
| 04/30/2011 | Photocopy charges | 29.00 |
| | Total Expenses | 29.00 |
| | Total Current Work | 15,849.50 |
| | Balance Due | $24,202.41 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0047
RE:  US Bank

Statement Date: 04/30/2011
Statement No.        59155
Page No.                4

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 30, 2011 |
| Statement No. | 59204 |
| Account No. | 5130.0048 |
| Page: | 1 |

RE: Non-Correspondent Cases

**Payments received after 04/30/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

|  | | | |
|---|---|---|---|
| Previous Balance | | | $1,020.00 |

<u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 04/15/2011 | | | | |
| | JRH | Conference with DKC and SAF regarding strategy to pursue brokers (.3). Meeting with Scot Osborne regarding broker claims (1.6). | 1.90 | 285.00 |
| | CGS | Conference with SAF regarding potential broker claims. | 0.30 | 45.00 |
| | SAF | Discuss preparation for meeting with Scot Osborne with DKC and JRH (.3).  Prepare agenda for meeting with Scot Osborne (.3).  Attend meeting with Mr. Osborne, DKC and JRH regarding assessment of non-correspondent claims (2.5). Meeting with CGS to discuss same (.2). | 3.30 | 495.00 |
| | DKC | Prepare for and attend meeting with client regarding potential new claims (brokers and appraisers). | 2.80 | 420.00 |
| 04/18/2011 | | | | |
| | JRH | Conference with SAF regarding statute of limitations research (.5). | 0.50 | 75.00 |
| | SAF | Discussion with DKC regarding preparation for meeting with Mr. Osborne (.3). Discuss with JRH research on Statutes of Limitations for non-correspondent claims (.3). | 0.60 | 90.00 |
| | BCP | Conference with SAF regarding research project. | 0.30 | 45.00 |
| | DKC | Further analysis of potential claims against non-correspondent targets, including contract claims, negligence claims (appraisers) and borrowers. | 2.30 | 345.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0048
RE: Non-Correspondent Cases

Statement Date: 04/30/2011
Statement No.      59204
Page No.      2

| | | | Hours | |
|---|---|---|---|---|
| 04/19/2011 | | | | |
| | JRH | Research regarding appraisal claims and statute of limitation for various states. | 4.10 | 615.00 |
| | SAF | Discuss appraiser claims with JRH (.2).  Examine Colorado and California statute of limitations language with JRH (.2). | 0.40 | 60.00 |
| 04/25/2011 | | | | |
| | JRH | Conference with BCP regarding research on negligence claims and statutes of limitation. | 0.20 | 30.00 |
| | BCP | Research project regarding causes of action and state SOL for third party/appraiser actions. | 2.30 | 345.00 |
| 04/26/2011 | | | | |
| | JRH | Research regarding statute of limitation for negligence/professional negligence claims against appraisers. | 2.50 | 375.00 |
| | DKC | Work on statute of limitations analysis. | 1.20 | 180.00 |
| 04/27/2011 | | | | |
| | JRH | Continue research on statute of limitations on appraiser claims. | 1.10 | 165.00 |
| | SAF | Address status of research on non-correspondent limitations period research with JRH, then PBC, then both.  Email to client regarding status of same and meeting time on same. | 1.00 | 150.00 |
| | BCP | Research project regarding causes of action and state SOL for third party/appraiser actions. | 5.70 | 855.00 |
| 04/28/2011 | | | | |
| | JRH | Conference with BCP regarding appraiser statute of limitations research. Continue research. | 1.90 | 285.00 |
| | BCP | Research project regarding causes of action and state SOL for third party/appraiser actions. | 3.70 | 555.00 |
| 04/29/2011 | | | | |
| | SAF | Exchange emails with Scot Osborn regarding planning meeting. Research statute of limitations against appraiser for Indiana. | 1.70 | 255.00 |
| | JRH | Continue statute of limitations research. | 3.10 | 465.00 |
| | BCP | Research project regarding causes of action and state SOL for third party/appraiser actions. | 3.50 | 525.00 |
| | | For Current Services Rendered | 44.40 | 6,660.00 |

Advances

| | | | |
|---|---|---|---|
| 04/30/2011 | Online legal research. West | | 1,268.09 |
| | Total Advances | | 1,268.09 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 04/30/2011
Account No.        5130.0048                                      Statement No.        59204
RE:  Non-Correspondent Cases                                     Page No.                 3


   Total Current Work                                               7,928.09


   Balance Due                                                    $8,948.09


*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com**

Final Statement Run Totals 04/30/2011

Statements Printed:                    1
Hours:                             44.40
Fees:                           6,660.00
Advances:                       1,268.09

# Exhibit F

Detail of Time and Expense for

May 1, 2011 through

May 31, 2011

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59157 |
| Account No. | 5130.0001 |
| Page: | 1 |

RE: PMAC Lending Services, INC

*Payments received after 05/31/2011 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*</u>

| | |
|---|---|
| Previous Balance | $106.00 |
| Balance Due | $106.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59158 |
| Account No. | 5130.0005 |
| Page: | 1 |

RE:  EquiPoint Financial Network, Inc

*Payments received after 05/31/2011 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*</u>

| | |
|---|---|
| Previous Balance | $221.50 |
| Balance Due | $221.50 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>
<u>dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

|  |  |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59159 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE:  Metrostate

**Payments received after 05/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---|
| Previous Balance | $699.53 |
| Balance Due | $699.53 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59160 |
| Account No. | 5130.0012 |
| Page: | 1 |

RE: Nationwide Equities

**Payments received after 05/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | | |
|---|---|---|---|
| Previous Balance | | | $1,702.50 |

<u>Fees</u>

| | | Hours | |
|---|---|---|---|
| **05/02/2011** | | | |
| DKC | Follow up regarding payment by defendant and side letter regarding allocation of settlement proceeds. Work on same. | 0.80 | 308.00 |
| **05/03/2011** | | | |
| TAY | Conference with DKC regarding Nationwide's default (.1). Review and finalize notice of default (.1). Email to opposing counsel (.1). Coordinate hand-delivery of NOD to opposing counsel (required by settlement agreement) (.1). Calculate and calendar Nationwide's cure deadline (.1). | 0.50 | 60.00 |
| DKC | Emails regarding payment status (.1). Review settlement agreement, draft default notice, and conference with TAY regarding service upon opposing counsel (.3). Phone opposing counsel regarding same (.1). | 0.50 | 192.50 |
| **05/06/2011** | | | |
| JRH | Conference with DKC regarding side letter. Review loan ownership spreadsheet, settlement agreement and emails. Complete draft of side letter agreement. | 0.60 | 159.00 |
| DKC | Attention to disbursement agreement between LBHI and Aurora Bank. Work on same. | 0.40 | 154.00 |
| **05/08/2011** | | | |
| JRH | Input fee allocation amounts into disbursement letter. Review client's spreadsheet regarding same. Email to client regarding same. | 0.40 | 106.00 |
| **05/10/2011** | | | |
| JRH | Calculate and input allocation of settlement funds information | | |

Lehman Brothers Holdings, Inc                                    Statement Date: 05/31/2011
Account No.      5130.0012                                          Statement No.      59160
RE: Nationwide Equities                                                   Page No.           2

| | | Hours | |
|---|---|---|---|
| | and revise side letter agreement. | 0.70 | 185.50 |
| DKC | Attention to side letter regarding settlement allocation. Work on same. | 0.40 | 154.00 |
| **05/11/2011** | | | |
| JRH | Conference with DKC regarding attorney fees in side letter agreement. Conference with TAY regarding attorney fees. | 0.60 | 159.00 |
| TAY | Conference with JRH regarding side letter agreement. Review billing records for fees/costs billed (from Complaint filing date). Conference with accounting regarding confirmation of numbers. Several conferences/emails regarding same. | 0.60 | 72.00 |
| DKC | Attention to defendant's failure to pay and next steps. | 0.20 | 77.00 |
| **05/12/2011** | | | |
| JRH | Receipt of information regarding attorney fees. Email to client regarding same. Email correspondence regarding attorney fee issue and May settlement payment. | 0.40 | 106.00 |
| TAY | Additional conference with accounting department regarding fees/costs billed for side letter purposes. | 0.20 | 24.00 |
| DKC | Attention to side letter and defendant's non-payment. | 0.40 | 154.00 |
| **05/13/2011** | | | |
| JRH | Receipt of email from opposing counsel requesting additional time to make May 1 payment. | 0.10 | 26.50 |
| DKC | Attention to opposing counsel's ongoing failure to pay. | 0.20 | 77.00 |
| **05/17/2011** | | | |
| JRH | Follow up with DKC regarding draft of side letter. | 0.10 | 26.50 |
| DKC | Attention to defendant's failure to pay, irrevocable default, potential entry of judgment, forbearance fee, and related issues (.4). Telephone conference with client regarding same (.2). | 0.60 | 231.00 |
| **05/18/2011** | | | |
| JRH | Conference with DKC regarding forbearance fee and payment schedule. Telephone call to opposing counsel. Left message to call back. | 0.30 | 79.50 |
| **05/19/2011** | | | |
| JRH | Follow up with opposing counsel via email regarding settlement payment. Conference with DKC regarding same. | 0.30 | 79.50 |
| DKC | Follow up regarding defendant's non-payment forbearance if timely payment is made and related issues. | 0.30 | 115.50 |

Lehman Brothers Holdings, Inc                      Statement Date: 05/31/2011
Account No.      5130.0012                              Statement No.      59160
RE: Nationwide Equities                                    Page No.              3

|  |  | Hours |  |
|---|---|---|---|
| 05/24/2011 | | | |
| JRH | Email to opposing counsel regarding status of May payment. | 0.20 | 53.00 |
| DKC | Emails regarding defendant's payment status. | 0.20 | 77.00 |
| 05/26/2011 | | | |
| JRH | Review email from opposing counsel regarding availability of financing to make payments under Settlement Agreement. Email to DKC regarding same. Email to client requesting position on same. Email to opposing counsel regarding terms of waiver and payment of May 1 and June 1 payments (.2). | 0.50 | 132.50 |
| DKC | Attention to defendant's payment status and related issues. Emails regarding same. | 0.30 | 115.50 |
| | For Current Services Rendered | 9.80 | 2,924.50 |

Advances

|  |  |  |
|---|---|---|
| 05/03/2011 | Courier fee Denver Boulder Couriers | 4.00 |
| | Total Advances | 4.00 |
| | Total Current Work | 2,928.50 |
| | Balance Due | $4,631.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59161 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

**Payments received after 05/31/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

|  |  |  | |
|---|---|---|---|
| Previous Balance | | | $551.00 |

**Fees**

| | | Hours | |
|---|---|---|---|
| 05/02/2011 | | | |
| DKC | Follow up with opposing counsel regarding settlement status (new loans). | 0.30 | 115.50 |
| 05/03/2011 | | | |
| DKC | Follow up with opposing counsel regarding status of settlement, including Freedom's recent non-responsiveness. | 0.30 | 115.50 |
| 05/05/2011 | | | |
| JRH | Conference with TAY and update monthly case status report. | 0.20 | 53.00 |
| 05/06/2011 | | | |
| CPC | Attention to case status.  Phone call with client. | 0.10 | n/c |
| | For Current Services Rendered | 0.80 | 284.00 |
| | Total Non-billable Hours | 0.10 | |
| | Total Current Work | | 284.00 |
| | Balance Due | | $835.00 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59162 |
| Account No. | 5130.0022 |
| | Page:   1 |

RE: PMC Bancorp

**Payments received after 05/31/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                                    $77,165.72

<u>Fees</u>

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/03/2011 | | | | |
| | TAY | Conference with JRH regarding status of response/reply deadlines since hearing date has been continued (per new Judge instruction) (.2). Call to Judge Kronstadt's clerk regarding same (.1). | 0.30 | 36.00 |
| | SLC | Internet research regarding background of Judge John Kronstadt; prepare memo to DKC regarding same. | 0.70 | n/c |
| 05/05/2011 | | | | |
| | TAY | Calculate and calendar response/reply deadlines associated with MSA and MSJ (.1). Review local rules regarding same/confirming calculations (.2). Conference with JRH regarding same (.1). | 0.40 | 48.00 |
| | JRH | Conference with TAY and update monthly case status report. | 0.20 | n/c |
| 05/06/2011 | | | | |
| | CPC | Attention to case status.  Phone call with client. | 0.20 | n/c |
| | JRH | Monthly status call with client to discuss case status. | 0.20 | n/c |
| 05/10/2011 | | | | |
| | TAY | Conference with CGS regarding upcoming deadlines (PMC's response/reply deadline and LBHI's reply regarding MSJ. | 0.20 | n/c |
| 05/16/2011 | | | | |
| | CGS | Review/analysis of PMC's response to Motion for Summary Judgment and supporting documents [2.0]; initial review/analysis of PMC's motion to withdraw "full credit bid" motion for summary adjudication and supporting declarations | | |

Lehman Brothers Holdings, Inc                 Statement Date: 05/31/2011
Account No.      5130.0022                     Statement No.      59162
RE:   PMC Bancorp                                 Page No.         2

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | and documents [.2]; conference with JRH regarding prior disclosures to address PMC's objection to damages spreadsheet [.4]; | | 2.60 | 767.00 |
| JRH | Brief review of filings in opposition of Motion for Summary Judgment and withdrawal of Motion for Summary Adjudication (.3). Close review of issue of production/non-disclosure claims (.5). Email to client regarding distinguishing among LPAs (.3). Conference with DKC and SAF regarding withdrawal of MSA (.3). Comparison of damages figures from August to April (.8). | | 2.20 | 583.00 |
| DKC | Attention to new filings by defendant in connection with MSA and MSJ. | | 0.70 | 269.50 |
| SAF | Discuss issue about supplementing Rule 26 Disclosures with updated damages spreadsheet with JRH. (.2). Discuss nature of claim in PMC's MSJ response and MSA withdrawal with JRH and DKC (.3). | | 0.50 | 165.00 |
| 05/17/2011 CGS | Email to DKC regarding PMC's withdrawal of motion for summary adjudication [.1]; review/analyze same [.1]; conference with SAF regarding strategy for reply brief in support of Motion for Summary Judgment on the indemnity agreement [.4]; emails to/from JRH regarding PMC's challenge to the damages spreadsheet [.2]; email from Heston explaining which purchase agreement contract applies to indemnity loans [.1]. | | 0.90 | 265.50 |
| DKC | Further attention to defendant's withdrawal of MSA (full credit bid rule) (.4). Follow up regarding interplay between LPA's, ownership, and proof of funding (.4). | | 0.80 | 308.00 |
| 05/18/2011 JRH | Conference with CSS regarding research project relating to Motion for Summary Judgment Reply (.2). Research Local rule 7-8 PMC's request to cross-examine John Baker (.7). Conference with CSS regarding objection to request to cross-examine (.5). | | 1.40 | 371.00 |
| CGS | Conference with JRH regarding strategy/research for reply brief in support of Motion for Summary Judgment on indemnity agreement [.4]; review PMC's briefs [.4]; review/analyze local rules regarding PMC's request to cross-examine John Baker/conference with JRH regarding opposing same [.2]. | | 1.00 | 295.00 |
| DKC | Follow up regarding call from attorney pursuing claim against PMC to see if cooperation possible. | | 0.20 | 77.00 |
| 05/19/2011 JRH | Work on Objection to Notice of Request to Cross-Examine John Baker Pursuant to Local Rule 7-8. Research regarding | | | |

Lehman Brothers Holdings, Inc                          Statement Date: 05/31/2011
Account No.       5130.0022                                Statement No.      59162
RE:  PMC Bancorp                                                 Page No.          3

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | same. Email draft of Objection to DKC and CSS. | 3.80 | 1,007.00 |
| 05/20/2011 | JRH | Conference with CSS regarding argument raised in PMC response regarding bankruptcy court approval of assignment agreement (.2). Email to Matt Spohn regarding bankruptcy court approval; review pleadings from Matt Spohn regarding similar issue briefed in another Lehman case. Conference wtih CSS regarding same. Create exhibit (Bankruptcy order) allowing pursuit of claims as debtor in possession (.7). | 0.90 | 238.50 |
|  | CGS | Work on reply brief in support of Motion for Summary Judgment [3.5]; edit objection to cross-examine Baker [1.0]; review/analyze evidentiary objections [1.6]. | 5.10 | 1,504.50 |
| 05/21/2011 | CGS | Continue drafting reply brief [3.5]; draft response to evidentiary objections [1.3]; email to/from team with drafts [.3]; email from/to J. Baker regarding nature of PMC's request to cross-examine [.2]. | 5.30 | 1,563.50 |
| 05/22/2011 | DKC | Review and work on reply in support of motion for summary judgment and attendant pleadings (including evidentiary objections, testimony of client at hearing, and distinguishing defendant's cited authorities). | 2.40 | 924.00 |
| 05/23/2011 | JRH | Conference with CSS regarding responses to opposing party's evidentiary objections (.4). Work on Response to  Evidentiary Objections and revisions to Objection to Request to Cross-Examine Baker (2.3). Call with counsel for BOA also suing PMC regarding experience with opposing party (.5). | 3.20 | 848.00 |
|  | TAY | Multiple conferences regarding filings (.3). Prepare table of authorities and contents for reply regarding LBHI's Motion for Summary Judgment (.5). Conference with CGS regarding same (.2). Prepare exhibits to reply (.2). Review and finalize for filing (.1). Review and finalize/update proof of service to objection to cross-examine client (Baker) and response to evidentiary objections (.3). Electronically file and serve via Pacer/ECF (.2). | 1.80 | 216.00 |
|  | CGS | Finalize reply brief in support of Motion for Summary Judgment for filing [2.0]; draft response to evidentiary objections [1.3]; conferences with DKC and JRH regarding reply brief/response to evidentiary objections [.9]; multiple emails to/from co-counsel Reilly Pozner regarding same [.5]. | 4.70 | 1,386.50 |
|  | DKC | Work on reply in support of motion for summary judgment (1.8). Attention to upcoming hearing, evidentiary objections, and objection to cross examination of client at hearing (.6). Prepare |  |  |

Lehman Brothers Holdings, Inc                                    Statement Date: 05/31/2011
Account No.       5130.0022                                         Statement No.       59162
RE:  PMC Bancorp                                                         Page No.            4

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | for and telephone conference with counsel for another alleged creditor of PMC with similar case (BOA) (.5). | 2.90 | 1,116.50 |
|  | SAF | Review and revise Response to Evidentiary Objections by PMC to LBHI's MSJ (1.3).  Review and revise Response to Notice to Subpoena Baker (1.8). | 3.10 | 1,023.00 |
| 05/31/2011 | JRH | Telephone call to clerk of court regarding status of Notice to Cross-Examine John Baker; Left message to call back (.2). Conference with TAY regarding DKC's preparation for summary judgment hearing (.2). Receipt of voicemail from clerk regarding request to cross-examine client; conference with DKC regarding same (.2). Telephone call to clerk, speak to clerk regarding notice to cross-examine (.1). Email to client regarding same (.2). | 0.90 | 238.50 |
|  | TAY | Conference with DKC and JRH regarding upcoming hearing and materials needed for same (.2). Review docket and prepare copies of all relevant pleadings for DKC hearing binder (.5). Locate all cases cited in relevant pleadings and prepare index of same (1.0). Meetings with DKC and JRH regarding upcoming hearing/required documents (.3). Review Judge Kronstadt's standing order and policies/procedures (.2). | 2.20 | 264.00 |
|  |  | For Current Services Rendered | 47.30 | 13,515.00 |
|  |  | Total Non-billable Hours | 1.50 |  |

<u>Expenses</u>

| 05/23/2011 | Confernce call paid to InterCall | 25.85 |
|---|---|---|
|  | Total Expenses | 25.85 |

<u>Advances</u>

| 05/31/2011 | Online legal research. West | 124.74 |
|---|---|---|
| 05/31/2011 | Processor fee LA Depositions, Inc First Legal | 108.00 |
|  | Total Advances | 232.74 |
|  | Total Current Work | 13,773.59 |
|  | Balance Due | $90,939.31 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59163 |
| Account No. | 5130.0025 |
| Page: | 1 |

RE: Padilla

**Payments received after 05/31/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | |
|---|---|
| Previous Balance | $244.02 |
| Balance Due | $244.02 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59164 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE:  United Pacific

*Payments received after 05/31/2011 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*</u>


Previous Balance                                                          $247.50


Balance Due                                                               $247.50


*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>
<u>dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59165 |
| Account No. | 5130.0035 |
| Page: | 1 |

RE: Aaron Wade

*Payments received after 05/31/2011 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>*

| | |
|---|---|
| Previous Balance | $48.00 |
| Balance Due | $48.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59166 |
| Account No. | 5130.0044 |
| Page: | 1 |

RE:  Valley Vista

*Payments received after 05/31/2011 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT*</u>.

| | |
|---|---|
| Previous Balance | $1,978.51 |
| Balance Due | $1,978.51 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>
<u>dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59167 |
| Account No. | 5130.0045 |
| Page: | 1 |

RE: Shea Mortgage

**Payments received after 05/31/2011 are *not* included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

Previous Balance                                                                $2,752.32

### Fees

| | | Hours | |
|---|---|---|---|
| 05/03/2011 DKC | Follow up with client regarding status of settlement discussions. | 0.20 | 77.00 |
| 05/05/2011 JRH | Conference with TAY and update monthly case status report. | 0.20 | 53.00 |
| 05/06/2011 CPC | Attention to case status.  Phone call with client. | 0.20 | n/c |
| 05/18/2011 CPC | Email correspondence with client. | 0.10 | 26.50 |
| DKC | Attention to status of settlement discussions and likely filing of complaint. Emails regarding same. | 0.30 | 115.50 |
| | For Current Services Rendered | 0.80 | 272.00 |
| | Total Non-billable Hours | 0.20 | |
| | Total Current Work | | 272.00 |
| | Balance Due | | $3,024.32 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59168 |
| Account No. | 5130.0046 |
| Page: | 1 |

RE:  Christopher E. Hobson, Inc.

**Payments received after 05/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | | |
|---|---|---|---|
| Previous Balance | | | $4,847.00 |

<u>Fees</u>

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/03/2011 | JRH | Conference with DKC and SAF regarding notice and Indemnification Agreement. | 0.20 | 53.00 |
| | SAF | Discuss indemnity agreements with JRH. | 0.20 | 66.00 |
| 05/05/2011 | JRH | Review contract admin notes in conjunction with Indem. Agreement and template demand letter on indem. agreement in preparation for conference call with client (.5). Conference with TAY and update monthly case status report (.2). | 0.70 | 185.50 |
| 05/06/2011 | JRH | Preparation for call with client (.2). Monthly status call with client to discuss case status (.2). Work on demand letter on Indem. Agreement per call with client (.9). | 1.30 | 344.50 |
| 05/08/2011 | JRH | Work on demand letter on Indemnification Agreement (.7) | 0.70 | 185.50 |
| 05/09/2011 | TAY | Conference with JRH regarding demand letter to defendants (.1). Confirm addresses for mailings (.2). | 0.30 | 36.00 |
| | JRH | Continue to work on demand letter on Indemnification Agreement. | 1.10 | 291.50 |
| | SAF | Discuss details of Demand Letter pursuant to Indemnity Agreement with JRH (.2). | 0.20 | 66.00 |

Lehman Brothers Holdings, Inc.                          Statement Date: 05/31/2011
Account No.        5130.0046                                  Statement No.        59168
RE: Christopher E. Hobson, Inc.                                    Page No.              2

|  |  | Hours |  |
|---|---|---|---|
| 05/11/2011 |  |  |  |
| JRH | Conference with DKC regarding demand on Indemnification Agreement. | 0.50 | 132.50 |
| DKC | Work on demand letter and related issues (.4). Attention to revisions to complaint (.2). | 0.60 | 231.00 |
| 05/12/2011 |  |  |  |
| JRH | Finalize demand on Indemnification Agreement. Conference with TAY regarding same. | 0.40 | 106.00 |
| TAY | Conference with JRH regarding demand letter to all potential defendants. Finalize letter and attachments (indemnification and assignment agreements). Prepare overnight mailings. | 0.50 | 60.00 |
| 05/19/2011 |  |  |  |
| JRH | Conference with TAY regarding return of demand letter(s) for bad addresses. | 0.20 | 53.00 |
| 05/26/2011 |  |  |  |
| SAF | Review Indemnity Agreement and draft of demand letter on indemnity agreement prepared by JRH. (.6) Discuss relationship of adverse entities with JRH (.2). |  |  |
| TAY | Conference with JRH regarding status of delivery of demand letters (all known addresses returned) and potential service of process issues. | 0.30 | 36.00 |
|  | For Current Services Rendered | 7.20 | 1,846.50 |

## Advances

| Date | Description | Amount |
|---|---|---|
| 05/12/2011 | Courier fee Federal Express | 20.81 |
| 05/12/2011 | Courier fee Federal Express | 20.81 |
| 05/12/2011 | Courier fee Federal Express - 2nd shipment | 20.81 |
| 05/16/2011 | Courier fee Federal Express | 9.84 |
| 05/17/2011 | Courier fee Federal Express | 10.45 |
| 05/17/2011 | Courier fee Federal Express | 13.24 |
| 05/19/2011 | Courier fee Federal Express | 9.84 |
|  | Total Advances | 105.80 |
|  | Total Current Work | 1,952.30 |
|  | Balance Due | $6,799.30 |

Lehman Brothers Holdings, Inc.                    Statement Date: 05/31/2011
Account No.        5130.0046                       Statement No.        59168
RE:  Christopher E. Hobson, Inc.                   Page No.              3

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>
<u>dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:      May 31, 2011
Statement No.            59169
Account No.         5130.0047
Page:   1

RE: US Bank

**Payments received after 05/31/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

Previous Balance                                                $24,202.41

## Fees

| | | Hours | |
|---|---|---|---|
| **05/02/2011** | | | |
| DKC | Review email from co-counsel regarding experts and discovery issues (.1). Analyze and work on same (.4). | 0.50 | 192.50 |
| **05/03/2011** | | | |
| JRH | Conference with DKC regarding loan ownership issues and email to client regarding same. | 0.20 | 53.00 |
| SLC | Prepare binder containing exhibits from deposition of Mark Abrams. | 1.50 | 180.00 |
| **05/04/2011** | | | |
| JRH | Call with client and DKC to discuss loan ownership (1.2). Work on letter to opposing counsel regarding loan ownership (2.2). | 3.40 | 901.00 |
| DKC | Prepare for and telephone conference with client regarding loan/loss ownership tracking and related issues. | 1.40 | 539.00 |
| **05/05/2011** | | | |
| DKC | Review documents and revise letter to opposing counsel regarding substitution (LBHI for LBB) and circulate to clients (1.7). Attention to various case issues and emails with opposing counsel regarding same (.2). | 1.90 | 731.50 |
| **05/06/2011** | | | |
| JRH | Review proposed stipulation from opposing counsel regarding continuance of trial and other deadlines (.2). Monthly status call with client to discuss case status (.2). Conference with DKC regarding exhibits to attach to letter to opposing counsel regarding substitution of plaintiff (.3). Revise letter and email DKC and TAY regarding same. (.3). | 1.00 | 265.00 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 05/31/2011
Account No.        5130.0047                                           Statement No.      59169
RE:  US Bank                                                              Page No.            2

|  |  | Hours |  |
|---|---|---|---|
| DKC | Prepare for and telephone conference with CA counsel (Parker) and potential expert for trial (VOD issues) (.8). Study email from opposing counsel regarding various case issues (.3). Follow up with LBB regarding letter to opposing counsel regarding substitution (.2). | 1.30 | 500.50 |
| **05/09/2011** | | | |
| DKC | Work on and send letter to opposing counsel regarding substitution issues and related loan/loss ownership tracking . Emails regarding same. | 0.40 | 154.00 |
| **05/11/2011** | | | |
| DKC | Attention to upcoming depositions (.3). Attention to stipulation regarding discovery and trial (.2). | 0.50 | 192.50 |
| **05/12/2011** | | | |
| DKC | Revise draft stipulation regarding continuance of all discovery and trial (.7). Prepare for and telephone conference with co-counsel (Parker) regarding same (.3). Emails regarding same (.1). | 1.10 | 423.50 |
| **05/13/2011** | | | |
| JRH | Review local counsel's revisions to joint stipulation in conjunction with DKC's revisions. Email DKC regarding same. (.4). Email to DKC regarding his thoughts on revisions. Email to local counsel regarding same (.2). | 0.60 | 159.00 |
| DKC | Review amended notice of deposition (Aurora) (.2). Attention to client questions regarding draft stipulation (.2). | 0.40 | 154.00 |
| **05/15/2011** | | | |
| DKC | Emails regarding draft stipulation (.2). Review same (.2). | 0.40 | 154.00 |
| **05/16/2011** | | | |
| TAY | Review deposition notices received from US Bank's counsel (Gridley, Aurora Loan Services) (.2). Update calendar (.1). Review requests for admissions received from US Bank (.2). Calculate and calendar response deadline (.1). | 0.60 | 72.00 |
| DKC | Further work on draft stipulation to continue all deadlines and trial (.8). Emails regarding same (.2). Analyze case related issues (.3). | 1.30 | 500.50 |
| **05/17/2011** | | | |
| JRH | Review latest version of Stipulation. | 0.20 | n/c |
| DKC | Review comments on joint stipulation (.3). Review stipulation (.3). Analyze issues and options (.5). Prepare for and telephone conference with opposing counsel regarding same (.5). Brief review of draft expert report (.3). | 1.90 | 731.50 |

Lehman Brothers Holdings, Inc.                                      Statement Date: 05/31/2011
Account No.        5130.0047                                           Statement No.        59169
RE: US Bank                                                              Page No.              3

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/19/2011 |  |  |  |  |
|  | JRH | Telephone call from Nicole Kim regarding discovery cut-off date (.1). Conference with DKC regarding upcoming depositions (.2). | 0.30 | 79.50 |
|  | TAY | Attention to deposition scheduling (.2). Conference with DKC regarding status of stipulation to continue upcoming deadlines (.2). | 0.40 | 48.00 |
|  | DKC | Telephone conference with opposing counsel regarding upcoming depositions (Krueger and Grindley), extension of expert disclosures, and related procedural issues (.2). Attention to same (.2). Work on case planning and deposition preparation (1.0). Attention to Court's approval of stipulation to continue deadlines (.2). | 1.60 | 616.00 |
| 05/20/2011 |  |  |  |  |
|  | JRH | Email to DKC regarding status of depositions week of May 23 (.1). Telephone call to contact for witness Luis Krueger, left message to call back (.1). Telephone call to Krueger regarding scheduling conference call; Conference with DKC regarding same. Email correspondence with opposing counsel regarding deposition schedule (1). | 1.20 | 318.00 |
|  | DKC | Attention to prospective testimony (Krueger) and related issues. | 0.60 | 231.00 |
| 05/23/2011 |  |  |  |  |
|  | JRH | Email correspondence with DKC regarding telephone call with Luis Krueger. Email notes to DKC summarizing call from May 20 with same (.2). Call with Luis Krueger regarding deposition and conference with DKC regarding same (.2). | 0.40 | 106.00 |
|  | TAY | Review Order granting stipulation to continue deadlines (.2). Update pre-trial deadlines (.2). Conference with DKC regarding discovery responses (.1). Call to Luis Krueger (.1). Email team regarding Krueger's response. (.1) | 0.70 | 84.00 |
|  | DKC | Attention to upcoming depositions (Krueger and Grindley), particularly Krueger's employment history and potential testimony (1.1). Email regarding Cal-Western documents (.1). Attention to moving expert deadlines and email from opposing counsel regarding same (.2). | 1.40 | 539.00 |
| 05/24/2011 |  |  |  |  |
|  | JRH | Email correspondence to Nicole Kim regarding deposition of Luis Krueger and information regarding same. Email to local counsel regarding preparation for depositions of third party witnesses (.2). Work on preparation for deposition of Luis Krueger and Virginia Grindley (2.2). | 2.40 | 636.00 |
|  | TAY | Prepare documents for upcoming depositions. | 0.40 | 48.00 |
|  | TAY | Email to First Legal regarding delivery of mandatory filing |  |  |

Lehman Brothers Holdings, Inc.                                    Statement Date: 05/31/2011
Account No.        5130.0047                                          Statement No.        59169
RE:  US Bank                                                               Page No.             4

|  |  | Hours |  |
|---|---|---|---|
|  | copies to Judge Kronstadt (.2). Call to clerk regarding same (.1). | 0.30 | 36.00 |
| DKC | Prepare for upcoming depositions (1.3). Attention to documents received from California Western (.4). Emails regarding experts (.2). | 1.90 | 731.50 |
| **05/25/2011** |  |  |  |
| JRH | Finish deposition preparation for DKC for Grindley and Krueger depositions (1). Review of letter from opposing counsel regarding LBHI's request to substitute (.3). | 1.30 | 344.50 |
| DKC | Review documents and otherwise prepare for upcoming depositions (Kruger and Grindley) (6.4). Attention to defendant's response to substitution of counsel (.4). | 6.80 | 2,618.00 |
| DKC | Travel (CO to CA for deposition). | 5.00 | n/c |
| **05/26/2011** |  |  |  |
| JRH | Close review of letter from opposing counsel opposing request for substitution; Conference with CSS regarding same (.8); Research regarding standard for substitution of party (1.5). | 2.30 | 609.50 |
| CGS | Review correspondence regarding substitution issue; conference with JRH regarding same. | 0.80 | 236.00 |
| DKC | Review documents and otherwise prepare for and attend deposition (Krueger) (8.3). Review documents and otherwise prepare for upcoming deposition (Grindley) (2.4). | 10.70 | 4,119.50 |
| **05/27/2011** |  |  |  |
| JRH | Research real party in interest issues. | 1.60 | 424.00 |
| DKC | Prepare for and attend deposition (Grindley). | 6.50 | 2,502.50 |
| DKC | Travel (CA to CO). | 5.00 | n/c |
| SAF | Discuss real part/standing issues with JRH. | 0.50 | 165.00 |
| **05/30/2011** |  |  |  |
| JRH | Continue to research issues relating to substitution of parties and real party in interest. | 1.20 | 318.00 |
| **05/31/2011** |  |  |  |
| JRH | Review caselaw regarding motion to substitute and real party in interest (2.8). Conference with DKC and forward US Bank response to client (.2). Conference with CSS regarding claims and motion to substitute (.4). | 3.20 | 848.00 |
| CGS | Review/analyze correspondence regarding real party in interest [1.0]; review/analyze operative complaint [.4]; consider substitution issues [.8]; conference with JRH regarding same |  |  |

Lehman Brothers Holdings, Inc.                               Statement Date: 05/31/2011
Account No.        5130.0047                                    Statement No.        59169
RE:  US Bank                                                         Page No.              5

|  | | Hours | |
|---|---|---|---|
| [.3]. | | 2.50 | 737.50 |
| For Current Services Rendered | | 67.40 | 22,299.00 |
| Total Non-billable Hours | | 10.20 | |

### Expenses

| | | |
|---|---|---|
| 05/23/2011 | Travel expense Frontier Airlines | 405.40 |
| 05/26/2011 | Taxi (hotel to deposition (Krueger)). | 31.00 |
| 05/26/2011 | Taxi (deposition to hotel (Grindley)). | 34.00 |
| 05/27/2011 | Taxi (hotel to deposition (Grindley)). | 35.00 |
| 05/27/2011 | Taxi (deposition to hotel (Grindley)). | 32.00 |
| 05/31/2011 | Photocopy charges | 129.00 |
| 05/31/2011 | Travel expense DIA parking charge | 50.00 |
| 05/31/2011 | Travel expense Marriott Irvine CA | 77.79 |
| 05/31/2011 | Travel expense Marriott Irvine CA | 538.95 |
| | Total Expenses | 1,333.14 |

### Advances

| | | |
|---|---|---|
| 05/16/2011 | Transcript fees (Abrams) paid to Wood & Randall | 1,130.65 |
| 05/31/2011 | Online legal research. West | 55.64 |
| | Total Advances | 1,186.29 |
| | Total Current Work | 24,818.43 |
| | Balance Due | $49,020.84 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com

Final Statement Run Totals 05/31/2011

| | |
|---|---|
| Statements Printed: | 14 |
| Hours: | 133.30 |
| Fees: | 41,141.00 |
| Expenses: | 1,358.99 |
| Advances: | 1,528.83 |

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | May 31, 2011 |
| Statement No. | 59205 |
| Account No. | 5130.0048 |
| | Page:  1 |

RE: Non-Correspondent Cases

**Payments received after 05/31/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

Previous Balance                                                                    $8,948.09

<u>Fees</u>

|            |     |                                                                                                                                                                                                      | Hours |        |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 05/02/2011 | DKC | Attention to and work on "feasibility" analysis of particular potential companies, including follow up regarding statute of limitations.                                                               | 0.80  | 120.00 |
|            | BCP | Continued research regarding statutes of limitations for appraiser actions.                                                                                                                            | 3.60  | 540.00 |
|            | SAF | Evaluate spreadsheet of brokers and arrange by state and amount (.5). Email to DKC regarding TAY review of feasibility of Colorado and California companies (.3). Review Virginia case on contract vs. tort claims against appraisers (3.5). | 4.20  | 630.00 |
|            | JRH | Continue to research appraisal claims and applicable statute of limitations, writing summary of each for relevant states.                                                                              | 4.30  | 645.00 |
| 05/03/2011 | BCP | Continued research regarding statutes of limitations for appraiser actions.                                                                                                                            | 2.60  | 390.00 |
|            | SAF | Work on summary of proposal (1).  Begin summary and review of statutes of limitation research from JRH (2.3). Research Colorado and California limitations periods (2). Conference with DKC and JRH regarding strategy for broker and appraiser claims (.3). | 5.60  | 840.00 |
|            | JRH | Continue research on appraiser claims and statute of limitations, completing all law summaries and research. Conference with DKC, SAF and BCP regarding strategy of pursuit of broker claims.           | 4.70  | 705.00 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 05/31/2011
Account No.        5130.0048                                            Statement No.        59205
RE: Non-Correspondent Cases                                              Page No.              2

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/04/2011 | | | | |
| | BCP | Continued research regarding statutes of limitation for appraiser actions. | 2.20 | 330.00 |
| | JRH | Research accrual periods for negligence claims. | 1.70 | 255.00 |
| | TAY | Work on broker/non-correspondent project (active?) (25). Conferences with DKC and CAW regarding same. | 5.20 | 260.00 |
| 05/05/2011 | | | | |
| | JRH | Conference with SAF regarding format for presentation of appraiser research to client. Research accrual periods for claims against appraisers and note in document to provide to client at meeting. | 2.90 | 435.00 |
| | TAY | Work on broker/non-correspondent project (active?) (22). Conferences with CAW regarding same. | 4.60 | 230.00 |
| | CW | Work on broker/non-correspondent project (32); interoffice conferences with TAY regarding same. | 5.50 | 275.00 |
| 05/06/2011 | | | | |
| | DKC | Prepare for and conference with client (Osborne) regarding pursuit of non-correspondent (brokers and appraiser) claims. Follow up with SAF and JRH regarding same. | 2.80 | 420.00 |
| | SAF | Meeting with Scot Osborn (including partially with JRH and DKC). | 3.50 | 525.00 |
| | JRH | Meeting with client, SAF, and DKC to discuss pursuit of broker and appraiser cases and formulate litigation strategy regarding same. | 3.00 | 450.00 |
| | CW | Continue working on broker/non-correspondent project. | 1.00 | 50.00 |
| 05/10/2011 | | | | |
| | DKC | Work on overall approach to collection efforts, including use of counsel, jurisdiction, venue, applicable law, and state vs. federal court. | 2.20 | 330.00 |
| | SAF | Review draft of summary of meeting with client prepared by JRH (.2).Review spreadsheet from client (.2).  Draft Plan of Attack (1). | 1.40 | 210.00 |
| 05/11/2011 | | | | |
| | SAF | Review and analyze updated and supplemented spreadsheet from client regarding Colorado broker claims (.5). Review draft demand letter from client (.1).  Discuss approval of fee schedule with JRH and DKC (.2).  Discuss statute of limitations research with JSS (.7). Discuss timing of task completion with TAY (.2). | 1.70 | 255.00 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 05/31/2011
Account No.        5130.0048                                       Statement No.        59205
RE:  Non-Correspondent Cases                                      Page No.                3

|  |  | Hours |  |
|---|---|---|---|
| JB | Meet with Stephen Fermelia regarding research on applicable statute of limitation periods for claims against appraisers in Georgia, Rhode Island, Texas, and Michigan. | 0.60 | 30.00 |
| JRH | Review broker/appraiser strategy for SAF. | 0.10 | 15.00 |
| 05/12/2011 | | | |
| DKC | Attention to claims status and next steps. | 0.70 | 105.00 |
| JRH | Review appraisal spreadsheet. Conference with SAF regarding same. | 0.20 | 30.00 |
| 05/16/2011 | | | |
| JB | Legal research regarding applicable statute of limitation periods for claims against appraisers in Georgia. | 1.00 | 50.00 |
| 05/20/2011 | | | |
| TAY | Continue working on CO and CA non-correspondents project. | 0.80 | 40.00 |
| 05/23/2011 | | | |
| DKC | Prepare for and telephone conference with client (Osborne) regarding potential fee structures and recovery issues and options, including use of OCP counsel in other jurisdictions (1.0). Review case/counter party spreadsheet (.3). | 1.30 | 195.00 |
| | For Current Services Rendered | 68.20 | 8,360.00 |

<u>Advances</u>

| 05/31/2011 | Online legal research. West | | 484.23 |
|---|---|---|---|
| | Total Advances | | 484.23 |
| | Total Current Work | | 8,844.23 |
| | Balance Due | | $17,792.32 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>
<u>dstriker@fostergraham.com</u>

Final Statement Run Totals 05/31/2011

Statements Printed:            1
Hours:                    68.20
Fees:                  8,360.00
Advances:                484.23

# Exhibit G

## Invoices for Amounts Over

## $1,000.00

**Katz, Larry**

**Subject: FW: West cost 5130.0048 4/30/11**

Client 5130.0000
User Name FERMELIA,STEPHEN A (5985524)

| Description | Hours | Count | Volume | Amount | | | |
|---|---|---|---|---|---|---|---|
| Day 04/29/2011 | | | | | | | |
| Totals for Included | | 18 | 2 | $715.00 | $30.37 | $1.10 | $31.47 |
| Totals for Day 04/29/2011 | | 18 | 2 | $715.00 | $30.37 | $1.10 | $31.47 |
| Totals for User Name FERMELIA,STEPHEN A (5985524) | | 18 | 2 | $715.00 | $30.37 | $1.10 | $31.47 |
| User Name HARVEY,JULIA R (6452683) | | | | | | | |
| Day 04/19/2011 | | | | | | | |
| Totals for Included | | 69 | 22,574 | $4,454.80 | $189.21 | $6.85 | $196.06 |
| Totals for Day 04/19/2011 | | 69 | 22,574 | $4,454.80 | $189.21 | $6.85 | $196.06 |
| Day 04/26/2011 | | | | | | | |
| Totals for Included | | 44 | 5,725 | $1,809.50 | $76.86 | $2.78 | $79.64 |
| Totals for Day 04/26/2011 | | 44 | 5,725 | $1,809.50 | $76.86 | $2.78 | $79.64 |
| Day 04/27/2011 | | | | | | | |
| Totals for Included | | 21 | 354 | $1,002.70 | $42.59 | $1.54 | $44.13 |
| Totals for Day 04/27/2011 | | 21 | 354 | $1,002.70 | $42.59 | $1.54 | $44.13 |
| Day 04/28/2011 | | | | | | | |
| Totals for Included | | 20 | 8,517 | $1,319.10 | $56.03 | $2.03 | $58.06 |
| Totals for Day 04/28/2011 | | 20 | 8,517 | $1,319.10 | $56.03 | $2.03 | $58.06 |
| Day 04/29/2011 | | | | | | | |
| Totals for Included | | 18 | 1,097 | $769.35 | $32.68 | $1.18 | $33.86 |
| Totals for Day 04/29/2011 | | 18 | 1,097 | $769.35 | $32.68 | $1.18 | $33.86 |
| Totals for User Name HARVEY,JULIA R (6452683) | | 172 | 38,267 | $9,355.45 | $397.37 | $14.39 | $411.75 |
| User Name PROFFITT,BRIAN (5611686) | | | | | | | |
| Day 04/25/2011 | | | | | | | |
| Totals for Included | 3:48:28 | | 29,637 | $5,345.93 | $227.06 | $8.22 | $235.28 |
| Totals for Day 04/25/2011 | 3:48:28 | | 29,637 | $5,345.93 | $227.06 | $8.22 | $235.28 |
| Day 04/27/2011 | | | | | | | |
| Totals for Included | 6:39:52 | | 70,121 | $7,789.93 | $330.87 | $11.98 | $342.85 |
| Totals for Day 04/27/2011 | 6:39:52 | | 70,121 | $7,789.93 | $330.87 | $11.98 | $342.85 |
| Day 04/28/2011 | | | | | | | |
| Totals for Included | 3:39:00 | | 8,613 | $2,701.05 | $114.72 | $4.15 | $118.88 |
| Totals for Day 04/28/2011 | 3:39:00 | | 8,613 | $2,701.05 | $114.72 | $4.15 | $118.88 |
| Day 04/29/2011 | | | | | | | |
| Totals for Included | 4:16:20 | | 7,925 | $2,905.04 | $123.39 | $4.47 | $127.86 |
| Totals for Day 04/29/2011 | 4:16:20 | | 7,925 | $2,905.04 | $123.39 | $4.47 | $127.86 |
| Totals for User Name PROFFITT,BRIAN (5611686) | 18:23:40 | | 116,296 | $18,741.95 | $796.05 | $28.82 | $824.87 |
| Totals for Client 5130.0000 | 18:23:40 | 190 | 154,565 | $28,612.40 | $1,223.78 | $44.30 | $1,268.09 |

8/17/2011

# INVOICE

## WOOD ✦ RANDALL

Certified Shorthand Reporters

*A Professional Corporation*

(661) 395-1050 • TOLL FREE (800) 322-4595

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18639 | 5/13/2011 | 12154 |
| **Job Date** | **Case No.** | |
| 4/28/2011 | CV06-0495 DDP (RNBX) | |
| **Case Name** | | |
| Lehman vs. U.S. Bank | | |
| **Payment Terms** | | |
| COD | | |

Mr. Daniel K. Calisher
Foster, Graham, Milstein & Calisher, LLP
621 Seventeenth Street
19th Floor
Denver, CO  80293

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Mark Abrams                                              1,130.65

                                       TOTAL DUE  >>>      $1,130.65

Thank you!  Your business is appreciated.

~We accept Visa, MasterCard, American Express and now Discover!~

1.2% Finance Charge assessed on accounts 30 days past due.



**Tax ID:** 77-0034815

*Please detach bottom portion and return with payment.*

Mr. Daniel K. Calisher
Foster, Graham, Milstein & Calisher, LLP
621 Seventeenth Street
19th Floor
Denver, CO  80293

| | | |
|---|---|---|
| Invoice No. | : | 18639 |
| Invoice Date | : | 5/13/2011 |
| **Total Due** | : | **$ 1,130.65** |

| | | |
|---|---|---|
| Job No. | : | 12154 |
| BU ID | : | 1-Main |
| Case No. | : | CV06-0495 DDP (RNBX) |
| Case Name | : | Lehman vs. U.S. Bank |

Remit To:  **Wood & Randall
Certified Shorthand Reporters
A Professional Corporation
423 Truxtun Avenue
Bakersfield, CA  93301**

# Exhibit H

Order Authorizing the Employment

And Retention of

Foster Graham Milstein & Calisher

As Special Counsel

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :
                      Debtors.            :    (Jointly Administered)
                                          :
-----------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE EMPLOYMENT AND RETENTION OF FOSTER GRAHAM MILSTEIN & CALISHER, LLP AS SPECIAL COUNSEL TO DEBTORS

Upon consideration of the application, dated February 2, 2011 (the "Application"),[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to section 327(e) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to employ and retain Foster, Graham, Milstein & Calisher, LLP ("Foster Graham") as special counsel to the Debtors; and upon the affidavit of Daniel K. Calisher, Esq., (the "Calisher Affidavit"), filed in support of the Application; and the Court being satisfied, based on the representations made in the Application and the Calisher Affidavit, that Foster Graham represents no interest adverse to the Debtors or the Debtors' estates with respect to the matters upon which it is to be engaged, under section 327(e) of the Bankruptcy Code as modified by section 1107(b); and the Court having jurisdiction to consider the Application and

---

[1] Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the Application.

the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing

Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All

Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the

Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Application having been provided in accordance with the

procedures set forth in the second amended order entered June 17, 2010 governing case

management and administrative procedures [Docket No. 9635] to (i) the United States Trustee

for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured

Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v)

the United States Attorney for the Southern District of New York; (vi) Foster Graham and (vii)

all parties who have requested notice in these chapter 11 cases, and it appearing that no other or

further notice need be provided; and no objections to the Application having been filed; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is approved; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors

are hereby authorized to employ and retain Foster Graham as special counsel to the Debtors on

the terms set forth in the Application and this order, for the Representative Matters identified in

the Application and in accordance with Foster Graham's customary rates in effect from time to

time and its disbursement policies; and it is further

ORDERED that Foster Graham shall apply for compensation and reimbursement

of expenses in accordance with the procedures set forth in sections 330 and 331 of the

Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court,

guidelines established by the U.S. Trustee, and such other procedures that have been or may be

fixed by order of this Court, including but not limited to the Court's Third Amended Order

Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a)

Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of

Professionals [Docket No. 4165], and the Court's Order Appointing a Fee Committee and

Approving a Fee Protocol [Docket No. 3651].


Dated: New York, New York
        March 9, 2011

                              _____s/ James M. Peck_____
                              UNITED STATES BANKRUPTCY JUDGE

# Exhibit I

Order Establishing Procedures for

Interim Monthly Compensation and

Reimbursement of Expenses of Professionals

Dated April 14, 2011

[Docket No. 15997]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x
In re                                        :        Chapter 11
                                             :
LEHMAN BROTHERS HOLDINGS, INC. *et al.,*     :        Case No. 08-13555 (JMP)
                                             :
                        Debtors.             :        (Jointly Administered)
--------------------------------------------------- x

### FOURTH AMENDED ORDER PURSUANT TO SECTIONS 105(a) AND 331 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(a) ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Upon the proposed amended order filed March 11, 2011 and April 6, 2011 (the "**Fourth Amended Order**") of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "**Debtors**" and, together with their non-debtor affiliates, "**Lehman**"), pursuant to sections 105(a) and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), to establish procedures for interim monthly compensation and reimbursement of expenses of professionals (the "**Professionals**")—all as more fully described in the Debtors' Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated October 11, 2008 (the "**Motion**") [Docket No. 833]—and upon the notice of presentment of the proposed Fourth Amended Order; and the Court having jurisdiction to consider the proposed Fourth Amended Order and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under

Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

proposed Fourth Amended Order and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the proposed Fourth Amended Order having

been provided in accordance with the procedures set forth in the second amended order entered

June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to

(i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the

Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) all parties who have requested notice; and (iii) all Professionals; and the Court

having entered an amended order, dated June 25, 2009 (the "**Third Amended Order**") [Docket

No. 4165], governing the procedures for interim monthly compensation and reimbursement of

expenses of professionals; and the Court then concluding that there is cause to make certain

amendments to the Third Amended Order; and the relief sought in the proposed Fourth Amended

Order being in the best interests of the Debtors, their estates and creditors, and all parties in

interest and that the legal and factual bases set forth in the Motion and the proposed Fourth

Amended Order establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

   ORDERED that the Third Amended Order is superseded in its entirety by this Fourth

Amended Order; and it is further

   ORDERED that except as may otherwise be provided in orders of the Court authorizing

the retention of specific Professionals, all Professionals in these cases may seek monthly

2

compensation in accordance with the following procedures (the "**Interim Compensation**

**Procedures**"):

(a)   On or before the forty-fifth (45th) day following the month for which compensation is sought, each professional seeking compensation, other than a professional retained as an ordinary course professional or a professional retained by the Examiner appointed in these Chapter 11 cases, will serve a monthly statement (the "Monthly Statement"), by hand or overnight delivery on (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor, New York, New York, 10020 (Attn: John Suckow and William Fox); (ii) Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Creditors' Committee; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004 (Attn: Elisabetta G. Gasparini and Andrea B. Schwartz); and, (v) Richard Gitlin, Chair of the Fee Committee (as defined in the Order Appointing a Fee Committee and Approving a Fee Protocol, dated May 26, 2009 [Docket No. 3651], all as may be amended from time to time, the "**Fee Protocol**") c/o Godfrey & Kahn, S.C., One East Main Street, P.O. Box 2719, Madison, WI 53701-2719 (the "**Notice Parties**"). In addition to being served with a paper copy, the Office of the United States Trustee, Richard Gitlin through Godfrey & Kahn, and Lehman Brothers Holdings, Inc. shall also be served with a disc containing an electronic version of the Monthly Statement.

(b)   The Monthly Statement need not be filed with the Court and a courtesy copy need not be delivered to chambers since this Fourth Amended Order is not intended to alter the fee application requirements outlined in sections 330 and 331 of the Bankruptcy Code and since professionals are still required to serve and file interim and final applications for approval of fees and expenses in accordance with the relevant provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

(c)   Each Monthly Statement must contain a list of the individuals and their respective titles (*e.g.*, attorney, paralegal, etc.) who provided services during the statement period, their respective billing rates, the aggregate hours spent by each individual, a reasonably detailed breakdown of the fees and expenses incurred (no professional should seek reimbursement of an expense that would otherwise not be allowed pursuant to the Court's Administrative Orders dated June 24, 1991 and April 21, 1995 or the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 dated January 30, 1996), and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or as close thereto as practicable.

3

(d)     Each Notice Party shall have at least thirty (30) days after receiving the Monthly Statement to review the statement and, if the Notice Party objects to the compensation or expense reimbursement sought in a particular statement, such Notice Party shall, no later than the thirty-first (31st) day following receipt of the Monthly Statement (the "**Monthly Statement Objection Deadline**"), serve upon the professional to whose Monthly Statement the Notice Party objects and the other Notice Parties a written "Notice of Objection to Fee Statement," setting forth the nature of the Notice Party's objection and the amount of fees or expenses at issue.

(e)     At the expiration of the Monthly Statement Objection Deadline, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified in each Monthly Statement to which no objection has been served in accordance with paragraph (d) above.

(f)     If the Debtors object or receive an objection to a particular Monthly Statement, the Debtors shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth in paragraph (e).

(g)     If the parties to an objection resolve their dispute following the service of a Notice of Objection to Fee Statement and if the party whose Monthly Statement was objected to serves on all Notice Parties a statement indicating that the objection is withdrawn or modified and describing the terms of the resolution, then the Debtors shall promptly pay, in accordance with paragraph (e), that portion of the Monthly Statement that is no longer subject to an objection.

(h)     All objections that the parties do not resolve shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard by the Court in accordance with paragraph (j) below.

(i)     The service of an objection in accordance with paragraph (d) above shall not prejudice the objecting party's right to object to any fee application made to the Court in accordance with the Bankruptcy Code on any ground regardless of whether the objecting party raised the ground in the objection or not. Furthermore, the decision by any party not to object to a Monthly Statement shall not waive or prejudice that party's right to object to any fee application subsequently made to the Court in accordance with the Bankruptcy Code, including any final application.

(j)     Commencing with the period ending January 31, 2009, and at four-month intervals thereafter, each of the professionals shall file with the Court, in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov), an application (an "**Interim Fee Application**") for interim Court approval and allowance pursuant to sections 330 and 331 of the Bankruptcy Code (as the case may be) of the compensation and reimbursement of expenses requested in the fee statements served during such period (the "**Interim**

4

**Fee Period"**).  Each professional shall file its Interim Fee Application within 75 days after the end of the Interim Fee Period for which the request seeks allowance of fees and reimbursement of expenses.[1]  Each professional shall file its first Interim Fee Application on or before April 10, 2009 and the first Interim Fee Application shall cover the Interim Fee Period from the Commencement Date through and including January 31, 2009.  All professionals not retained as of the Commencement Date shall file their first Monthly Statement for the period from the effective date of their retention through the end of the first full month following the effective date of their retention and otherwise in accordance with the procedures set forth in this Motion.

(k)    The Debtors' attorneys shall obtain a date from the Court for the hearing of fee applications for all retained professionals, which hearing date should be consistent with the timelines set forth in the Fee Protocol, as amended from time to time.  Any retained professional unable to file its own fee application with the Court shall deliver to the Debtors' attorneys a fully executed copy with original signatures, along with service copies, three business days before the filing deadline.  The Debtors' attorneys shall file and serve such application.

(l)    The pendency of an application or objection or a Court order that payment of compensation or reimbursement of expenses was improper as to a particular Monthly Statement shall not disqualify a professional from the future payment of compensation or reimbursement of expenses as set forth above, unless otherwise ordered by the Court.

(m)    Neither the payment of, nor the failure to pay, in whole or in part, monthly compensation and reimbursement as provided herein shall have any effect on this Court's interim or final allowance of compensation and reimbursement of expenses of any professionals.

(n)    Counsel for the Creditors' Committee may, in accordance with the Interim Compensation Procedures, collect and submit statements of expenses (excluding third-party counsel expenses of individual committee members), with supporting vouchers, from members of the Creditors' Committee; provided, however, that these reimbursement requests comply with this Court's Administrative Orders dated June 24, 1991 and April 21, 1995.

(o)    Any Professional that materially fails to comply with this Order shall (1) be ineligible to receive further monthly payments of fees or expenses as provided herein until further order of this Court and (2) may be required to disgorge any fees paid since retention or the last fee application, whichever is later.

And, it is further

---

[1] For the seventh interim fee period (October 1, 2010 through January 31, 2011), any Retained Professional may, but need not, take an additional forty-five (45) days to file its Interim Fee Application.

ORDERED that the Debtors shall include all payments to Professionals on their monthly operating reports, detailed by line item so as to state the amount paid to each of the Professionals, and detailed so as to state the amount paid to ordinary course professionals (which may be aggregated into one line item); and it is further

ORDERED that the amount of fees and disbursements sought be set out in U.S. dollars, with the conversion amount calculated at the time of the submission of the Monthly Statement, to the extent practicable, or as soon thereafter as possible.

ORDERED that any party may object to requests for payments made pursuant to this Fourth Amended Order, or move to modify or vacate all or certain provisions of this Fourth Amended Order, on the grounds that (a) the Debtors have not timely filed monthly operating reports, (b) the Debtors have not remained current with their administrative expenses or fees due under 28 U.S.C. § 1930(a)(6), (c) the Debtors are administratively insolvent or approaching insolvency, and (d) cause otherwise exists; provided, however, that the inclusion in this Fourth Amended Order of the foregoing bases shall not be determinative of the validity of any such bases and all parties' rights are expressly reserved; and it is further

ORDERED that, in the event that an Ordinary Course Professional (as such term is defined in the Order Pursuant to Sections 105(1), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 1394] (the "**OCP Order**")) or a professional retained by the Examiner seeks more than $150,000 per month and, as set forth in the OCP Order or the *Order Discharging Examiner and Granting Related Relief* [Docket No. 10169] (as applicable), files a fee application for the full amount of its fees and expenses for that month, then the Debtors' attorneys shall obtain a

6

date from the Court for the hearing of the fee application, which shall be scheduled no earlier

than 30 days after the fee application is served on the Notice Parties; and it is further

ORDERED that all time periods set forth in this Fourth Amended Order shall be

calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure; and it

is further

ORDERED that sending notice of the hearing to consider Interim Fee Applications to the

Standard Parties entitled to notice pursuant to the Court's second amended order entered on

June 17, 2010 governing case management and administrative procedures for these cases

[Docket No. 9635] shall be good and sufficient notice; and it is further

ORDERED that that this Court shall retain jurisdiction to interpret and enforce this

Order.


Dated: New York, New York
        April 14, 2011

                        _s/ James M. Peck_____
                        Honorable James M. Peck
                        United States Bankruptcy Judge

7