WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                              :    **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           :    **08-13555 (JMP)**
                                                       :
                               Debtors.                :    **(Jointly Administered)**
                                                       :
                                                       :
-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' ONE HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Eighteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), that was scheduled for June 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  August 23, 2011
       New York, New York

                                      /s/ Robert J. Lemons
                                      Robert J. Lemons

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Debtors
                                      and Debtors in Possession

## Exhibit A

## Claims Adjourned to October 27, 2011 Hearing:

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| ANDRIOLA, ROCCO F. | 10544 | 16950 |
| ANTONCIC, MADELYN | 16516 | 16921 |
| ASSI, GEORGES | 15463 | N/A |
| BANCHETTI, RICCARDO | 20313 | N/A |
| BAZYLEVSKY, BO | 66323 | 16920 |
| BOWYER, MICHAEL L. | 15087 | 17047 |
| CATALAO MAIA, ALEXANDRE | 17760 | 17065 |
| FLEISCHMAN RICHMAN, SANDY | 8530 | N/A |
| GLASEBROOK, RICHARD J., II | 9682 | N/A |
| GOLDBERG, JASON | 23894 | 16765 |
| HIGGINS, KIERAN NOEL | 16104 | N/A |
| HUTTON, RANDALL J. | 14023 | 17078 |
| LAWRENCE, HENRY MORGAN, III | 3374 | 17021, 17022 |
| LIOTTI, FABIO | 25895 | 16934 |
| LYNCH, MARY A. | 24409 | 17152 |
| MONAHAN, BRIAN W. | 20775 | 17079 |
| NACKENSON, RICHARD | 13968 | N/A |
| PARR, ANKE | 16039 | N/A |
| PRIMIANO, VINCENT A. | 31795 | N/A |
| PRIMIANO, VINCENT A. | 31796 | N/A |

4

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| RAMALLO, HENRY | 17607 | N/A |
| REINER, BRETT S. | 19584 | N/A |
| REYNOLDS, CHRISTIAN F. | 28442 | 17153 |
| SARONNE, GIANCARLO | 15754 | N/A |
| SARONNE, GIANCARLO | 18783 | N/A |
| SCHWARTZ, MARVIN C. | 20244 | N/A |
| SHAH, HARSH | 14285 | N/A |
| STIEFEL, STEPHANIE J. | 21711 | N/A |
| WALSH, W. PHILLIP | 1707 | 16947 |
| WEINER, DAVID I. | 18314 | N/A |