WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                 :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                                    :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE HUNDRED
EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY
PROOFS OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS**

    **PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Eighteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), that was scheduled for August 25, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

2

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: August 23, 2011
      New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

## Exhibit A

## Claims Adjourned to October 27, 2011 Hearing:

| Claimant Name | Claim Number | Docket No. |
| --- | --- | --- |
| ANDRIOLA, ROCCO F. | 10544 | 16950 |
| ANTONCIC, MADELYN | 16516 | 16921 |
| ASSI, GEORGES | 15463 | N/A |
| BANCHETTI, RICCARDO | 20313 | N/A |
| BAZYLEVSKY, BO | 66323 | 16920 |
| BOWYER, MICHAEL L. | 15087 | 17047 |
| CATALAO MAIA, ALEXANDRE | 17760 | 17065 |
| FLEISCHMAN RICHMAN, SANDY | 8530 | N/A |
| GLASEBROOK, RICHARD J., II | 9682 | N/A |
| GOLDBERG, JASON | 23894 | 16765 |
| HIGGINS, KIERAN NOEL | 16104 | N/A |
| HUTTON, RANDALL J. | 14023 | 17078 |
| LAWRENCE, HENRY MORGAN, III | 3374 | 17021, 17022 |
| LIOTTI, FABIO | 25895 | 16934 |
| LYNCH, MARY A. | 24409 | 17152 |
| MONAHAN, BRIAN W. | 20775 | 17079 |
| NACKENSON, RICHARD | 13968 | N/A |
| PARR, ANKE | 16039 | N/A |
| PRIMIANO, VINCENT A. | 31795 | N/A |
| PRIMIANO, VINCENT A. | 31796 | N/A |

| **Claimant Name** | **Claim Number** | **Docket No.** |
| --- | --- | --- |
| RAMALLO, HENRY | 17607 | N/A |
| REINER, BRETT S. | 19584 | N/A |
| REYNOLDS, CHRISTIAN F. | 28442 | 17153 |
| SARONNE, GIANCARLO | 15754 | N/A |
| SARONNE, GIANCARLO | 18783 | N/A |
| SCHWARTZ, MARVIN C. | 20244 | N/A |
| SHAH, HARSH | 14285 | N/A |
| STIEFEL, STEPHANIE J. | 21711 | N/A |
| WALSH, W. PHILLIP | 1707 | 16947 |
| WEINER, DAVID I. | 18314 | N/A |