DUANE MORRIS LLP
Wendy M. Simkulak, Esquire (WS-8945)
1540 Broadway
New York, NY 10036-4086
Phone: 212-692-1000
Facsimile: 212-692-1020
Email: wmsimkulak@duanemoris.com

    and

Margery N. Reed, Esquire
30 S. 17th Street
Philadelphia, PA 19103
Phone: 215-979-1000
Facsimile: 215-979-1020
Email: mreed@duanemorris.com

Counsel for the ACE Companies

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND SUBSTITUTION OF APPEARANCE FOR 2002 SERVICE LIST**

    The law firm of Duane Morris LLP ("DM") hereby withdraws its appearance on behalf of ACE American Insurance Company (together with its affiliates, collectively referred to herein as the "ACE Companies") and thereby seeks the removal of the undersigned from the 2002 Service List and removal from the electronic service list. DM has withdrawn from its representation of the ACE Companies in this matter with the consent of the ACE Companies.

    DM and the ACE Companies hereby respectfully request that the ACE Companies be added to the 2002 Service List and the electronic service list, and that all future notices, applications, motions, orders, and all other documents filed herein be served upon the ACE Companies, as follows:

**Saverio M. Rocca, Esquire**
**Assistant General Counsel**
**ACE USA**
**436 Walnut Street, 4th Floor**
**WA04K**
**Philadelphia, PA 19106**

Respectfully submitted,

**DUANE MORRIS LLP**

Dated:  August 23, 2011

*/s/ Wendy M. Simkulak*
Wendy M. Simkulak, Esquire (WS-8945)
1540 Broadway
New York, NY 10036-4086
Phone:  212-692-1000
Facsimile:  212-692-1020
Email:  wmsimkulak@duanemoris.com

- and -

Margery N. Reed, Esquire (PA 37148)
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Phone:  215-979-1000
Facsimile:  215-979-1020
Email:  mreed@duanemorris.com

Attorneys to the ACE Companies