**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    08-13555 (JMP)
                                                               :
          Debtors.                                             :    (Jointly Administered)
                                                               :
------------------------------------------------------------------x    Ref. Docket No. 19314

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANTAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 17, 2011, I caused to be served the "Objection to Caisse Des Dépôts Et Consignations' Motion for Entry of an Order to Permit a Late-Filed Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)," dated August 17, 2011 [Docket No. 19314], by causing true and correct copies to be:

    a. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. delivered via facsimile to the party listed on the annexed Exhibit C.

T:\Clients\LBH\Affidavits\Obj to CDC Mtn_DI_19314_AFF_8-17-11.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
18th day of August, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

COUNSEL TO CAISSE DES DÉPÔTS ET CONSIGNATIONS
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NEW YORK 11753

CAISSE DES DÉPÔTS ET CONSIGNATIONS
137 RUE DE LUNIVERSITE
PARIS 75007, FRANCE

**EXHIBIT B**

**LBH MSL Email Service List**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

Adiamond@DiamondMcCarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alum@ftportfolios.com

amarder@msek.com

AMcMullen@BoultCummings.com

amenard@tishmanspeyer.com

Andrew.Brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

**LBH MSL Email Service List**

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

BMiller@mofo.com

boneill@kramerlevin.com

Brian.Corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cousinss@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

**LBH MSL Email Service List**

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

**LBH MSL Email Service List**

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

eobrien@sbchlaw.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

fishere@butzel.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.davis@cwt.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@mwe.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heidi@crumbielaw.com

heim.steve@dorsey.com

heiser@chapman.com

hirsch.robert@arentfox.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

**LBH MSL Email Service List**

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jaclyn.genchi@kayescholer.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

Jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

**LBH MSL Email Service List**

| | |
|---|---|
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmazermarino@msek.com | jsullivan@mosessinger.com |
| jmcginley@wilmingtontrust.com | jtimko@shutts.com |
| jmelko@gardere.com | jtougas@mayerbrown.com |
| jmerva@fult.com | judy.morse@crowedunlevy.com |
| jmmurphy@stradley.com | jwallack@goulstonstorrs.com |
| jmr@msf-law.com | jwang@sipc.org |
| john.monaghan@hklaw.com | jwcohen@daypitney.com |
| john.rapisardi@cwt.com | jweiss@gibsondunn.com |
| john@crumbielaw.com | jwest@velaw.com |
| joli@crlpc.com | jwh@njlawfirm.com |
| jorbach@hahnhessen.com | karen.wagner@dpw.com |

**LBH MSL Email Service List**

| | |
|---|---|
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| klyman@irell.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lml@ppgms.com |
| kobak@hugheshubbard.com | lnashelsky@mofo.com |
| korr@orrick.com | loizides@loizides.com |
| KOstad@mofo.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| KReynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | MAOFILING@CGSH.COM |
| lacyr@sullcrom.com | Marc.Chait@SC.com |
| Landon@StreusandLandon.com | margolin@hugheshubbard.com |
| lathompson@co.sanmateo.ca.us | mark.deveno@bingham.com |
| lawallf@pepperlaw.com | mark.ellenberg@cwt.com |
| lberkoff@moritthock.com | mark.houle@pillsburylaw.com |

**LBH MSL Email Service List**

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

Marvin.Clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

MJR1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

MLandman@lcbf.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

mspeiser@stroock.com

mstamer@akingump.com

08-13555-mg    Doc 19457    Filed 08/23/11    Entered 08/23/11 19:06:38    Main Document
                                        Pg 15 of 20

**LBH MSL Email Service List**

| | |
|---|---|
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| neilberger@teamtogut.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwright@dl.com |
| Nherman@morganlewis.com | r.stahl@stahlzelloe.com |
| nissay_10259-0154@mhmjapan.com | raj.madan@bingham.com |
| nlepore@schnader.com | rajohnson@akingump.com |
| notice@bkcylaw.com | ramona.neal@hp.com |
| oipress@travelers.com | ranjit.mather@bnymellon.com |
| omeca.nedd@lovells.com | rbeacher@pryorcashman.com |
| otccorpactions@finra.org | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |
| paul.turner@sutherland.com | rfleischer@pryorcashman.com |
| pbattista@gjb-law.com | rfrankel@orrick.com |
| pbosswick@ssbb.com | rfriedman@silvermanacampora.com |
| pdublin@akingump.com | rgmason@wlrk.com |
| peisenberg@lockelord.com | rgraham@whitecase.com |
| peter.gilhuly@lw.com | rhett.campbell@tklaw.com |
| peter.macdonald@wilmerhale.com | richard.lear@hklaw.com |
| peter.simmons@friedfrank.com | richard.levy@lw.com |
| peter@bankrupt.com | richard.tisdale@friedfrank.com |

**LBH MSL Email Service List**

| | |
|---|---|
| richard@rwmaplc.com | sabin.willett@bingham.com |
| ritkin@steptoe.com | sabramowitz@velaw.com |
| RJones@BoultCummings.com | sagolden@hhlaw.com |
| rleek@HodgsonRuss.com | Sally.Henry@skadden.com |
| RLevin@cravath.com | sandyscafaria@eaton.com |
| rmatzat@hahnhessen.com | Sara.Tapinekis@cliffordchance.com |
| rnetzer@willkie.com | scargill@lowenstein.com |
| robert.bailey@bnymellon.com | schannej@pepperlaw.com |
| robert.dombroff@bingham.com | Schepis@pursuitpartners.com |
| robert.henoch@kobrekim.com | schnabel.eric@dorsey.com |
| robert.malone@dbr.com | schristianson@buchalter.com |
| Robert.yalen@usdoj.gov | schwartzmatthew@sullcrom.com |
| robertdakis@quinnemanuel.com | scottshelley@quinnemanuel.com |
| Robin.Keller@Lovells.com | scousins@armstrongteasdale.com |
| roger@rnagioff.com | sdnyecf@dor.mo.gov |
| ronald.silverman@bingham.com | sehlers@armstrongteasdale.com |
| rqureshi@reedsmith.com | sfelderstein@ffwplaw.com |
| rreid@sheppardmullin.com | sfineman@lchb.com |
| rroupinian@outtengolden.com | sfox@mcguirewoods.com |
| rrussell@andrewskurth.com | sgordon@cahill.com |
| rterenzi@stcwlaw.com | sgubner@ebg-law.com |
| RTrust@cravath.com | shannon.nagle@friedfrank.com |
| russj4478@aol.com | sharbeck@sipc.org |
| rwasserman@cftc.gov | shari.leventhal@ny.frb.org |
| rwyron@orrick.com | shgross5@yahoo.com |
| s.minehan@aozorabank.co.jp | sidorsky@butzel.com |

**LBH MSL Email Service List**

| | |
|---|---|
| slerner@ssd.com | tannweiler@greerherz.com |
| slevine@brownrudnick.com | tarbit@cftc.gov |
| SLoden@DiamondMcCarthy.com | tbrock@ssbb.com |
| smayerson@ssd.com | tdewey@dpklaw.com |
| smillman@stroock.com | tduffy@andersonkill.com |
| smulligan@bsblawyers.com | teresa.oxford@invescoaim.com |
| snewman@katskykorins.com | TGoren@mofo.com |
| sory@fdlaw.com | thaler@thalergertler.com |
| spiotto@chapman.com | thomas.califano@dlapiper.com |
| splatzer@platzerlaw.com | thomas.ogden@dpw.com |
| squigley@lowenstein.com | Thomas_Noguerola@calpers.ca.gov |
| SRee@lcbf.com | timothy.brink@dlapiper.com |
| sselbst@herrick.com | timothy.palmer@bipc.com |
| sshimshak@paulweiss.com | tjfreedman@pbnlaw.com |
| sskelly@teamtogut.com | tkarcher@dl.com |
| ssusman@susmangodfrey.com | tkiriakos@mayerbrown.com |
| steele@lowenstein.com | tlauria@whitecase.com |
| stephen.cowan@dlapiper.com | tmacwright@whitecase.com |
| steve.ginther@dor.mo.gov | tmayer@kramerlevin.com |
| steven.troyer@commerzbank.com | tnixon@gklaw.com |
| steven.wilamowsky@bingham.com | toby.r.rosenberg@irscounsel.treas.gov |
| Streusand@StreusandLandon.com | tony.davis@bakerbotts.com |
| susan.schultz@newedgegroup.com | tslome@msek.com |
| susheelkirpalani@quinnemanuel.com | ttracy@crockerkuno.com |
| swolowitz@mayerbrown.com | twheeler@lowenstein.com |
| szuch@wiggin.com | ukreppel@whitecase.com |

**LBH MSL Email Service List**

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

# EXHIBIT C

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |