**ORIGINAL**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Paulson Credit Opportunities Master Ltd. | Merrill Lynch Credit Products, LLC |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 66833 (amending Claim No. 64038) (Lehman Brothers OTC Derivatives Inc., Case No. 08-13893)
Amount of Claim: $18,000,000.00
Date Original Claim Filed: 9/22/09
Date Amended Claim Filed: 6/14/10

Paulson Credit Opportunities Master Ltd.
1251 Avenue of the Americas
50th Floor
New York, NY 10020
Attn: Stuart Merzer
Tele: 212-956-2221
Email: stuart.merzer@paulsonco.com

JPMorgan Chase
ABA #: 021000021
DDA #: 066001633 JPMCC
F/A/O: JP Morgan Clearing Corp.
FFC: Paulson Credit Opportunities Master Ltd.
Account Number: 102-39262

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue New York, NY 10019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: August 19, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 7772585v.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:         Clerk; United States Bankruptcy Court, Southern District of New York

AND TO:   Paulson Credit Opportunities Master Ltd.

Merrill Lynch Credit Products, LLC, with offices at Bank of America Merrill Lynch, One Bryant Park – 3rd Floor, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Paulson Credit Opportunities Master Ltd., its successors and assigns, with offices at 1251 Avenue of the Americas – 50th Floor, New York, NY 10020 ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers OTC Derivatives Inc. (Claim No.: 66833) in the amount of $18,000,000.00 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

NY1 7579992v.1

BOA                    Fax 6468550114              Aug  2 2011 09:37am  P002/002

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 19th day of August, 2011.

**SELLER**

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

By: _____ JB
Name: RON TOROK
Title: VICE PRESIDENT


**BUYER**

**PAULSON CREDIT OPPORTUNITIES MASTER LTD.**

By: _____
Name:
Title:

2

NY1 7579992v.1

      IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 19th day of August, 2011.

**SELLER**

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

By:_____
Name:
Title:

**BUYER**

**PAULSON CREDIT OPPORTUNITIES MASTER LTD.**

By:_____
Name: STUART MERZBACH
Title: AUTHORIZED SIGNATORY

2

NY1 7579992v.1

**HAND DELIVERY**

_C. L._
**RECEIVED BY:**

_8·22·11_
**DATE**

_1:00_
**TIME**

FILED / RECEIVED
AUG 2 2 2011