UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                :
In re                                           :        Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :        08-13555 (JMP)
                                                :        (Jointly Administered)
              Debtors.                          :
                                                :
------------------------------------------------------------------x        Ref. Docket Nos. 19046, 19156,
                                                         19159

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 19, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
23rd day of August, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                              |
  In re                                       |      Chapter 11 Case No.
                                              |
  LEHMAN BROTHERS HOLDINGS INC., et al.,      |      08-13555 (JMP)
                                              |
                                              |      (Jointly Administered)
                  Debtors.                    |
                                              |
```

### NOTICE OF DEFECTIVE TRANSFER

Transferor:     SEMPER CONSTANTIA PRIVATBANK AG
                (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK)
                ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER
                BANKGASSE 2
                WEIN 1010 AUSTRIA


Additional:




Transferee:     DAVIS POLK & WARDWELL LLP
                ATTN: XIN YU
                450 LEXINGTON AVENUE
                NEW YORK NY 10017-3904


**Your transfer   of claim #   66501   is defective for the reason(s) checked below:**

Other                                    Transfer Currency differs from that of Filed Proof of Claim




Docket Number 19159              Date 08/11/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 19, 2011.

# EXHIBIT B

```
TIME: 16:11:48                                     LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 08/19/11                                        CREDITOR LISTING

Name                                    Address
ACTA ASSET MANAGEMENT ASA               TRANSFEROR: GUNNARSON, BERNT BOREHAUGEN 1 STAVANGER  40  06  NORWAY
DAVIS POLK & WARDWELL LLP               ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FIR TREE CAPITAL OPPORTUNITY MASTER FUND C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
L.P.
SEMPER CONSTANTIA PRIVATBANK AG         (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2
                                        WEIN  1010 AUSTRIA
SILVER POINT CAPITAL OFFSHORE MASTER    C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
FUND, L.P.

Total Number of Records Printed         5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC