UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                        Debtors.                         :
                                                                  :
-----------------------------------------------------------------x   Ref. Docket Nos. 18762, 18980-
18983, 18985-18987, 18995-18997,
19005-19007, 19009-19012, 19019,
19027, 19028, 19030, 19038-19041,
19043-19045, 19047, 19049, 19051,
19052, 19055, 19071, 19082-19084,
19115, 19116, 19118, 19127-19131,
19133, 19134, 19137, 19138, 19166,
19176, 19177, 19212, 19216, 19224,
19289-19292, 19308, 19309, 19312,
19313

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
23rd day of August, 2011

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
              Debtors.                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ARISTEIA MASTER, L.P.
      TRANSFEROR: ARISTEIA CAP/ARISTEIA PARTNERS LP
      C/O ARISTEIA CAPITAL, L.L.C.
      ATTN: ROBERT H. LYNCH, JR. MANAGER
      136 MADISON AVENUE, 3RD FLOOR
      NEW YORK NY 10016
```

Please note that your claim # 10006 in the above referenced case and in the amount of
       $926,374.42   allowed at $825,028.55           has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: ARISTEIA MASTER, L.P.
      C/O DEUTSCHE BANK SECURITIES INC
      ATTN: MATT WEINSTEIN
      60 WALL ST 3RD FL
      NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19071       in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/19/2011                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 19, 2011.

# EXHIBIT B

```
TIME: 16:10:34                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE: 1
DATE: 08/19/11                                           CREDITOR LISTING
```

| Name | Address |
|---|---|
| A.G. SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ARISTEIA MASTER, L.P. | TRANSFEROR: ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED ATTN: ROBERT H. LYNCH, JR., MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA MASTER, L.P. | TRANSFEROR: ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED ATTN: ROBERT H. LYNCH, MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA MASTER, L.P. | TRANSFEROR: ARISTEIA CAP/ARISTEIA PARTNERS LP C/O ARISTEIA CAPITAL, L.L.C. ATTN: ROBERT H. LYNCH, JR. MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA MASTER, L.P. | TRANSFEROR: ARISTEIA PARTNERS LP C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR ATTN: ROBERT H. LYNCH, JR., MANAGER NEW YORK NY 10016 |
| ARISTEIA SPECIAL INVESTMENTS MASTER LP | ATTN:ROBERT H. LYNCH, JR. ARISTEIA SPECIAL INVESTMENTS L.P. C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA SPECIAL INVESTMENTS MASTER LP | C/O ARISTEIA CAPITAL, LLC ATTN: ROBERT H. LYNCH, JR., MANAGER 136 MADISON AVE, 3RD FLOOR NEW YORK NY 10016 |
| AVENUE TC FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 399 PARK AVENUE , 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: DAVID S. LEINWAND 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: DAVID S. LEINWARD 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| BANK OF SCOTLAND PLC | ATTN: OLIVER BASI 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| BANK OF SCOTLAND PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VR-LIW GMBH 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BNP PARIBAS SECURITIES CORP | TRANSFEROR: FORTIS ENERGY MARKETING & TRADING GP ATTN: CHRISTIAN MUNDIGO 1100 LOUISIANA, SUITE 4900 HOUSTON TX 77002 |
| BOTTICELLI, L.L.C. | TRANSFEROR: J.P. MORGAN SECURITIES LLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| BRE BANK SA | ATTN: BARBARA KREGLEWSKA UL. SENATORSKA 18 P.O. BOX 728 WARSZAWA 00-950 POLAND |
| BRE BANK SA | BARBARA KREGLEWSKA UL SENATORSKA 18 PO BOX 728 WARSZAWA 00-950 POLAND |
| BRE BANK SA | MATTHEW P. MORRIS LOVELLS LLP 590 MADISON AVE. NEW YORK NY 10022 |
| BRE BANK SA | MATTHEW P. MORRIS LOVELLS LLP 590 MADISON AVE. NEW YORK NY 10022 |
| CHAN CHI HUNG | TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. FLAT H 49/F BLOCK 6 THE BELCHER'S 89 POKFULAM ROAD POKFULAM HONG KONG |
| CHAN CHI HUNG | TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. FLAT H 49/F BLOCK 6 THE BELCHER'S 89 POKFULAM ROAD POKFULAN HONG KONG |
| CHAN MIU LING | UNIT 1 19/F BLOCK B GREENVIEW GARDEN 1-3 CHUI TIN STREET TAI WAI NT HONG KONG |
| CITIBANK, N.A. | TRANSFEROR: J.P. MORGAN SECURITIES LLC 245 PARK AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. | ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | TRANSFEROR: BES VIDA COMPANHIA SEGUROS S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: CREDIT SUISSE ONE RAFFLES LINK UNITS 04-02 SINGAPORE 039393 SINGAPORE |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM |
| CVI GVF (LUX) MASTER S.A.R.L. | ATTN: ANNEMARIE JACOBSEN SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: UBS AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: BRE BANK SA C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: NORTHERN RACING PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: YOSHIDA, KATSUMI C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ARISTEIA MASTER, L.P. C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ARISTEIA SPECIAL INVESTMENTS MASTER LP C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CO-OPERATIVE BANK P.L.C., THE ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DIE SPARKASSE BREMEN AG ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 16:10:34                                         LEHMAN BROTHERS HOLDING INC.                                         PAGE:    2
DATE: 08/19/11                                              CREDITOR LISTING

Name                                          Address
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN
                                              60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DUNGAN PARTNERS, LP                           TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
ELLIOTT ASSOCIATES, L.P.                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR
                                              NEW YORK NY 10019
ELLIOTT ASSOCIATES,L.P.                       TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 715 FIFTH AVENUE, 35TH FLOOR
                                              NEW YORK NY 10019
ENNISMORE FD MGMT LTDA/C ENNISMORE            ATTN:ANDREW BLAIR C/O ENNISMORE FUND MANAGEMENT LIMITED 5 KENSINGTON CHURCH STREET LONDON W8 4LD UNITED KINGDOM
  SMALLER CO PLC
ESSENT ENERGY TRADING BV                      C/O 12-14 RUE DES GLACIS DE RIVE GENEVA  1207 SWITZERLAND
ESSENT TRADING INTERNATIONAL SA               12-14 RUE DES GLACIS DE RIVE GENEVA  1207 SWITZERLAND
ESSENT TRADING INTERNATIONAL SA               C/O 12-14 RUE DES GLACIS DE RIVE 1207 GENEVA  SWITZERLAND
FIR TREE CAPITAL OPPORTUNITIES MASTER         TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS; ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
  FUND LP
FIR TREE CAPITAL OPPORTUNITY MASTER FUND      TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
  , L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER FUND      TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS; ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
  LP
FIR TREE CAPITAL OPPORTUNITY MASTER           TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE., 23RD FLOOR NEW YORK NY 10017
  FUND, L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER           TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
  FUND, L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER           TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE CAPITAL PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
  FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.              TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARNTERS ATTN: BRIAN MEYER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
FIR TREE VALUE MASTER FUND, L.P.              TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS; ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                          TRANSFEROR: DONAU VERSICHERUNG AG VIENNA INSURANCE GROUP ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                          TRANSFEROR: VIENNA INSURANCE GROUP WIENER STADTISCHE VERSICHERUNG AG ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDSBERG CORPORATION                         AVV CAIXA OF BETICO CROES 85 ORANGESTADT  ARUBA
GOLDSBERG CORPORATION                         NEW HAVEN OFFICE CENTER EMANCIPATIE BOULEVARD ED B3 OF 102 ADMINISTRATIVE OFFICE MONTEVIDEO  91600 URUGUAY
GOLDSBERG CORPORATION                         ZONAMERICA BUSINESS & TECHNOLOGY PARK ED B3 OF 102 ADMINISTRATIVE OFFICE MONTEVIDEO  91600 URUGUAY
GRF MASTER FUND, L.P.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
GUGGENHEIM PORTFOLIO COMPANY VII LLC          C/O SCOGGIN CAPITAL MANAGEMENT ATTN: DANIEL TAUB, GC & CCO 660 MADISON AVENUE, 20TH FL. NEW YORK NY 10065
HFF I, LLC                                    432 PARK AVENUE SOUTH 12TH FLOOR NEW YORK NY 10016
HFF I, LLC                                    432 PARK AVENUE SOUTH 12TH FLOOR NEW YORK NY 10016
HFF I, LLC                                    KATTEN MUCHIN ROSENMAN LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022
HFF I, LLC                                    GARY RINDNER, ESQ. HITE CAPITAL MANAGEMENT LLC 432 PARK AVENUE SOUTH NEW YORK NY 10016
ILLIQUIDX LTD                                 TRANSFEROR: UNION BANCAIRE PRIVEE ATTN: CELESTINO AMORE MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES LLC                    TRANSFEROR: CITIBANK, N.A. C/O SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA- FLOOR 26 NEW YORK NY 10005-1401
JATRALEC CAPITAL LLC                          TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: AMEREN ENERGY GENERATING COMPANY ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                              NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: AMEREN ENERGY MARKETING COMPANY ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                              NEW YORK NY 10005
KNIGHTHEAD MASTER FUND, L.P.                  TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 5TH AVE., 29TH FLOOR
                                              NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND         TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
LMA SPC FOR AND ON BEHALF OF MAP 84           TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR
  SEGREGATED PORTFOLIO                        NEW YORK NY 10022
LMA SPC FOR AND ON BEHALF OF MAP 84           TRANSFEROR: YORVIK PARTNERS LLP C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022
  SEGREGATED PORTFOLIO
LONGACRE INSTITUTIONAL OPPORTUNITY FUND,      TRANSFEROR: GOLDSBERG CORPORATION ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
  L.P.

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 16:10:34                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    3
DATE: 08/19/11                                         CREDITOR LISTING

Name                                              Address
LONGACRE INSTITUTIONAL OPPORTUNITY FUND,          TRANSFEROR: HFF I, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
 L.P.
MACQUARIE BANK LIMITED                            TRANSFEROR: ENNISMORE FD MGMT LTDA/C ENNISMORE SMALLER CO PLC C/O MACQUARIE CAPITAL (USA) INC.
                                                  ATTN: EXECUTIVE DIRECTOR-PICC-LEGAL RISK MANAGEMENT DIVISION 125 WEST 55TH STREET NEW YORK NY 10019
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: BANK OF SCOTLAND PLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 100369
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: BANK OF SCOTLAND PLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARTK
                                                  NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: GUGGENHEIM PORTFOLIO COMPANY VII LLC ATTN: JEFFREY BENESH & GARY S COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK
                                                  NEW YORK NY 10036
NOMURA SECURITIES CO. LTD.                        C/O HIROAKI USUI; GM TRANSACTION LEGAL DEPT URBANNET OTEMACHI BUILDING 2-2-2 OTEMACHI, CHIYODA-KU TOKYO  100-8130 JAPAN
NOMURA SECURITIES CO. LTD.                        DOUGLAS P BARTNER / SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
NORTHERN RACING PLC                               275 HAYAKITA-GENBU, ABIRA-CHO, YUFUTSU-GUN HOKKAIDO  059-1432 JAPAN
PAULSON CREDIT OPPORTUNITIES MASTER FUND          SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
 LTD.
PAULSON CREDIT OPPORTUNITIES MASTER FUND          ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
 LTD.
PAULSON CREDIT OPPORTUNITIES MASTER FUND          TRANSFEROR: BNP PARIBAS SECURITIES CORP 1251 AVENUE OF THE AMERICAS 50TH FL NEW YORK NY 10020
 LTD.
PAULSON CREDIT OPPORTUNITIES MASTER FUND          TRANSFEROR: ESSENT ENERGY TRADING BV 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
 LTD.
PAULSON CREDIT OPPORTUNITIES MASTER FUND          TRANSFEROR: ESSENT ENERGY TRADING BV C/O PAULSON CREDIT OPPORTUNITIES MASTER LTD. 1251 AVENUE OF THE AMERICAS 50TH FLOOR
 LTD.                                             NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD           RICHARD SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: ESSENT TRADING INTERNATIONAL SA 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: BNP PARIBAS SECURITIES CORP 1251 AVENUE OF THE AMERICAS 50TH FL NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: ESSENT TRADING INTERNATIONAL SA 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
SPARKASSE HERZOGENBURG-NEULENGBACH                ATTN: MS. MARGIT LEHRACH RATHAUSPLATZ 9-10 HERZOGENBURG  3130 AUSTRIA
SPARKASSE HERZOGENBURG-NEULENGBACH                DAVID ELKIND ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHAN MIU LING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG    HONG KONG
 LIMITED
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAN CHI HUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STONE LION PORTFOLIO LP                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONE LION CAPITAL PARTNERS LP 461 5TH AVE, 14TH FL ATTN: CLAUDIA BORG
                                                  NEW YORK NY 10017
THE LIVERPOOL LIMITED PARTNERSHIP                 TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019
THOROUGHBRED MASTER LTD                           ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED MASTER LTD                           TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250 B SHORT HILLS NJ 07078
TRC MASTER FUND LLC                               TRANSFEROR: VINING-SPARKS IBG, LIMITED PARTNERSHIP ATTN: TERREL ROSS 336 ATLANTIC AVENUE SUITE 302 EAST ROCKAWAY NY 11518
UBS AG, LONDON BRANCH                             TRANSFEROR: ADM GALLEUS FUND LIMITED C/O ASIA DEBT MGMT HONG KO ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON  EC2M 2PP ENGLAND
VINING-SPARKS IBG, LIMITED PARTNERSHIP            ATTN: MARTIN F. SHEA, JR. EVP & GENERAL COUNSEL 775 RIDGE LAKE BOULEVARD MEMPHIS TN 38120
VINING-SPARKS IBG, LIMITED PARTNERSHIP            MARTIN F. SHEA, JR. EVP & GENERAL COUNSEL 775 RIDGE LAKE BOULEVARD MEMPHIS TN 38120
YORVIK CAPITAL LTD                                TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: SPARKASSE HERZOGENBURG-NEULENGBACH 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: YORVIK CAPITAL LTD 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: ZURCHER KANTONALBANK ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YOSHIDA, KATSUMI                                  275 HYAKITA-GENBU, ABIRA-CHO, YOFUTSU-GUN HOKKAIDO  059-1432 JAPAN
YUGEN KAISHA CHISEN                               TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. FUJI BUILDING 10F 3-2-3, MARUNOUCHI CHIYODA-KU TOKYO    JAPAN
YUGEN KAISHA CHISEN                               TRANSFEROR: NOMURA SECURITIES CO. LTD. FUJI BUILDING 10F 3-2-3, MARUNOUCHI CHIYODA-KU TOKYO    JAPAN


Total Number of Records Printed          118


                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```