WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
                                              :
**In re**                                     :        **Chapter 11**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **Case No. 08-13555 (JMP)**
                                              :
                          **Debtors.**        :        **(Jointly Administered)**
                                              :
-----------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON AUGUST 25, 2011 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

　　1.    Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12533]**

　　　　Response Deadline: December 6, 2010 at 4:00 p.m.

　　　　Resolved Responses:

　　　　　　A.    Response of Castlerigg Master Investment Ltd **[Docket No. 13193]**

　　　　Adjourned Responses: See Exhibit A.

<u>Related Documents</u>:

      B.     Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 13616]**

      C.     Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No.14019]**

      D.     Second Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 14785]**

      E.     Third Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 17365]**

      F.     Fourth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 18421]**

      G.     Fifth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 18709]**

<u>Status</u>: This matter is going forward on an uncontested basis solely with respect to the Response of Castlerigg Master Investment Ltd [Docket No. 13193]. All responses identified on <u>Exhibit A</u> attached hereto have been adjourned to October 5, 2011 at 10:00 a.m.

2.     Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 17468]**

<u>Response Deadline</u>: July 7, 2011 at 4:00 p.m.

<u>Adjourned Response</u>:

      A.     Response of QVT Fund LP and Quintessence Fund LP **[Docket Nos. 19206 & 19207]**

<u>Related Documents</u>:

      B.     Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 18706]**

<u>Status</u>: This matter is going forward on an uncontested basis with respect to the objection to the claims of Blue Angel Claims LLC (Claims Nos. 4413 & 4414). All Adjourned Responses have been adjourned to October 5, 2010 a.m.

3.    Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 18405]**

<u>Response Deadline</u>:    August 10, 2011 at 4:00 p.m.

<u>Adjourned Responses</u>:

       A.    Response of Cascade Investment, L.L.C. **[Docket No. 19349]**

       B.    Response of Goldman Sachs & Co. Profit Sharing Master Trust. **[Docket No. 19064]**

       C.    Response of Zephyr 2004-4 LLC f/k/a Lehman Brothers CDO Opportunity Partners 2004-4 LLC **[Docket No. 19101]**

       D.    Response of Oz Asia Master Fund, Ltd. **[Docket No. 19061]**

       E.    Response of Oz Europe Master Fund, Ltd. **[Docket No. 19063]**

       F.    Response of Oz Master Fund, Ltd. **[Docket No. 19060]**

       G.    Response of Zephyr Recovery 2004-1 LP **[Docket No. 19103]**

       H.    Response of Zephyr Recovery 2004-2 LP **[Docket No. 19104]**

       I.    Response of Zephyr Recovery 2004-3 LP **[Docket No. 19105]**

       J.    Response of Zephyr Recovery II-A LP **[Docket No. 19107]**

       K.    Response of Zephyr Recovery II-B LP **[Docket No. 19108]**

       L.    Response of Zephyr Recovery II-C **[Docket No. 19109]**

<u>Status</u>:  This matter is going forward on an uncontested basis with respect to the objection to the claims identified on <u>Exhibit B</u>.  All Adjourned Responses have been adjourned to October 5, 2010 a.m.

4.    Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) **[Docket No. 17478]**

<u>Response Deadline</u>:    July 7, 2011 at 4:00 p.m.

<u>Related Documents</u>:

      A.     Order Signed on 7/21/2011 Granting Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) **[Docket No. 18711]**

Status: This matter is going forward solely on an uncontested basis as to Claim 30569 of Clayton Services, Inc. The hearing on the Objection as to the claims on Exhibit C has been adjourned to October 27, 2011. The hearing as to Claim No. 5503 only has been adjourned to November 30, 2011.

5.     Debtors' One Hundred Fifty-Seventh Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 18398]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Related Documents: None

Status: This matter is going forward on an uncontested basis.

6.     Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 18399]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Resolved Responses:

      A.     Response of Pierre Detournay **[Docket No. 19225]**

Status: This matter is going forward on an uncontested basis.

7.     Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[Docket No. 18407]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Related Documents: None

Status: This matter is going forward as to all claims for which the objection has not been adjourned or otherwise resolved.

8.     Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[Docket No. 18444]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Responses Received:

      A.     Limited Response of Barton Creek Senior Living Center, Inc. **[Docket No. 19123]**

Status: This matter is going forward as to all claims for which the objection has not been adjourned or otherwise resolved.

9.     Debtors' One Hundred Sixty-First Omnibus Objection to Claims (Settled Derivatives Claims) **[Docket No. 18408]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Related Documents: None

Status: This matter is going forward on an uncontested basis.

10.     Debtors' One Hundred Ninth Omnibus Objection to Claims (Insufficient Documentation) [**Docket No. 15008**]

Response Deadline:    April 13, 2011 at 4:00 p.m.

Responses Filed:     None.

Related Documents:

      A.     Declaration of Keri Reed in support of Debtors' Motion **[Docket No. 15009]**

Status:  This matter is going forward on an uncontested basis as to the claims identified on Exhibit D.

11.     Debtors' One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) **[Docket No. 18409]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Related Documents: None

Status: This matter is going forward on an uncontested basis for all claims on the objection other than the claims listed on Exhibit E.  All claims on Exhibit E have been adjourned to the October 5, 2011 hearing at 10:00 a.m.

12.     Debtors' One Hundred Sixty-Fourth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 18410]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Related Documents: None

<u>Status</u>: This matter is going forward on an uncontested basis for all claims on the objection other than the claims listed on <u>Exhibit F</u>.  All claims on <u>Exhibit F</u> have been adjourned to the October 5, 2011 hearing at 10:00 a.m.

13.     Debtors' One Hundred Eighteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 15666]**

<u>Response Deadline</u>:    May 18, 2011 at 4:00 p.m.

<u>Adjourned Responses</u>: See <u>Exhibit G</u>.

<u>Status</u>: This matter is going forward on an uncontested basis for all claims on the objection other than the claims listed on <u>Exhibit G</u>.  All claims on <u>Exhibit G</u> have been adjourned to the October 27, 2011 hearing at 10:00 a.m.

## II.     <u>CONTESTED MATTERS</u>:

14.     Debtors' Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13328]**

<u>Response Deadline</u>:    January 7, 2011 at 4:00 p.m.

<u>Unresolved Responses</u>:

       A.     Response of Michael Pinko LTD **[Docket No. 14068]**

   Related Documents:

       B.     Order Granting Debtors' Seventy-Fourth Omnibus Objection to Claims **[Docket No. 14017]**

       C.     Notice of Hearing on Debtors' Seventy-Fourth Omnibus Objection to Claims (To Reclassify Claims as Equity Interests) **[Docket No. 18614]**

       D.     Supplemental Order Granting Debtors' Seventy-Fourth Omnibus Objection to Claims **[Docket No. 19362]**

<u>Status</u>:  This matter is going forward solely as to the claim of Michael Pinko LTD.

15.     Debtors' One Hundred Fifty-Second Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 17479]**

<u>Response Deadline</u>:    July 7, 2011 at 4:00 p.m.

<u>Unresolved Responses</u>:

      A.      Response of Rolf Lautenschlager **[Docket No. 18521]**

      B.      Response of Helge-Christian Schmitt **[Docket No. N/A]**

Related Documents:

      C.      Order Signed on 7/21/2011 Granting Debtors' One   Hundred Fifty-Second Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 18707]**

Status: This matter is going forward solely as to the claims of Rolf Lautenschlager and Helge-Christian Schmitt.

16.      First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

Response Deadline:    April 15, 2010 at 4:00 p.m.

Responses Received:

      A.      Debtors' Objection **[Docket No. 8354]**

Related Document:

      B.      Notice of Intention to Offer Testimony in Support filed by Mark Glasser **[Docket No. 9087]**

Status:  This matter is going forward as an Evidentiary Hearing.

III.      **ADJOURNED MATTERS:**

17.      Symphony Asset Management LLC Motions to Deem Proof of Claim Timely Filed **[Docket No. 12074, 12075, 12076 and 12078]**

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

      A.      Amendments to the Response of Symphony Asset Management LLC **[Docket Nos. 12301, 12304 and 12305]**

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

18.    Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 9656]**

   Response Deadline:    July 20, 2010 at 4:00 p.m.

   Adjourned Response:

       A.    Response of Howard Terry and The Terry Foundation **[Docket No.  10324]**

   Related Document:

       B.    Order Granting Debtors' Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11509]**

   Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

19.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 9983]**

   Response Deadline:    August 3, 2010 at 4:00 p.m.

   Adjourned Responses:

       A.    Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[Docket No. 10616]**

   Related Documents:

       B.    Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 11161**]

       C.    Supplemental Order Granting Debtors' Twenty-Eight Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12416]**

       D.    Second Supplemental Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12678]**

   Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

20.    Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11260]**

   Response Deadline:    October 13, 2010 at 4:00 p.m.

Adjourned Responses:

     A.     Response of IKB International SA **[Docket No. 11929]**

     B.     Response of Lincore Limited **[Docket No. 11922]**

     C.     Response of The Morningside Ministries **[Docket No. 11894]**

Related Documents:

     D.     Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 12425**]

     E.     Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims [**Docket No. 14022**]

     F.     Second Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims [**Docket No. 15487**]

     G.     Third Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims [**Docket No. 17356**]

     H.     Fourth Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims [**Docket No. 18175**]

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

21.     Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11978]**

Response Deadline:     November 15, 2010 at 4:00 p.m.

Adjourned Responses:

     A.     Response of BG Energy Merchants LLC **[Docket No. 12765]**

     B.     Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[Docket No. 12714]**

     C.     Response of Telecom Italia Finance SA **[Docket No. 12951]**

D.      Response of Tenor Opportunity Master Fund, Ltd. **[Docket No. 12698]**

Related Documents:

E.      Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13164**]

F.      Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13620**]

G.      Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13620**]

H.      Second Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 14023**]

I.      Third Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 14791**]

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

22.   Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 13230]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Adjourned Responses:

A.      Response of ICCREA Banca S.P.A. **[Docket No. 13792]**

B.      Response of Norddeutsche Landesbank Giroznentrale **[Docket No. 13794]**

Related Documents:

C.      Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 15601]**

D.      Supplemental Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 13230]**

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

23.     Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 13955]**

Response Deadline:   February 14, 2011 at 4:00 p.m.

Adjourned Responses:

A.     Response of Chinatrust Commercial Bank. **[Docket No. 14470]**

B.     Response of Easton Investments II, A California L.P. **[Docket No. 14466]**

C.     Response of Eton Park Fund, L.P. **[Docket No. 14587]**

D.     Response of Eton Park Master Fund, Ltd. **[Docket No. 14589]**

E.     Response of Magnetar Capital Master Fund Ltd **[Docket No. 14319]**

F.     Response of Magnetar Constellation Master Fund II LTD **[Docket No. 14321]**

G.     Response of Magnetar Constellation Master Fund III LTD **[Docket No. 14323]**

H.     Response of SPCP Group L.L.C. Transferor: Ratia Energie AG **[Docket No. 14436]**

I.     Response of SPCP Group L.L.C. Transferor: Inter-American Development Bank ("IADB") **[Docket No. 14435]**

Related Documents:

J.     Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 14772]**

K.     Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 16350]**

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

24.     Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[Docket No. 14472]**

Response Deadline:   March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit H.

Related Documents:

    A.    Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims **[Docket No. 16143]**

    B.    Order Signed on 3/31/2011 Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[Docket No. 15491]**

Status:  The matter has been adjourned as to the claims on Exhibit H to October 5, 2011 at 10:00 a.m.

25.    Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 14490]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Brevan Howard Master Fund **[Docket No. 15079]**

    B.    Response of LINC-Redondo Beach Seniors, Inc. **[Docket No. 15085]**

    C.    Response of Parkcentral Global Hub Limited **[Docket No. 17215]**

    D.    Response of SPCP Group LLC: Transferor: Tiffany & Co. **[Docket No. 14983]**

Related Documents:

    E.    Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 15501]**

    F.    Supplemental Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 17348]**

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

26.    Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 14491]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

      A.      Response of  Eva Schwabmueller **[Docket No. N/A]**

Related Documents:

      B.      Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 15524]**

      C.      Notice of Adjournment **[Docket No. 16052]**

      D.      Notice of Adjournment **[Docket No. 17173]**

      E.      Notice of Adjournment **[Docket No. 18660]**

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

27.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[Docket No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Responses:

      A.      Response of Deutsche Bank National Trust Company **[Docket No. 17879]**

Related Documents:

      B.      Declaration of Keri Reed in support of Debtors' Motion **[Docket No. 14502]**

Status:  The hearing on the objection to the claims identified on Exhibit I has been adjourned to October 5, 2011 at 10:00 a.m.

28.    Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 15003]**

Response Deadline: April 13, 2011 at 4:00 p.m.

Adjourned Responses:

      A.      Response of Bayerische Landesbank **[Docket No. 15922]**

      B.      Response of Nordic Investment Bank **[Docket No. 15957]**

      C.      Response of SPCP Group, LLC **[Docket No. 15921]**

Related Documents:

    D.    Order Granting Debtors' One Hundred and Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 16339]**

    E.    Amended Order Granting Debtors' One Hundred and Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 16981]**

    F.    Supplemental Order Granting Debtors' One Hundred and Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 17357]**

    G.    Second Supplemental Order Granting Debtors' One Hundred and Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 18425]**

    H.    Third Supplemental Order Granting Debtors' One Hundred and Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 18705]**

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

29.    Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[Docket No. 15014]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit J.

Related Documents:

    A.    Notice of Adjournment of Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) Solely as to Certain Claims **[Docket No. 16224]**

    B.    Order Granting Debtors One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[Docket No. 16342]**

    C.    Notice of Adjournment of Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) Solely as to Certain Claims **[Docket No. 17174]**

       D.     Supplemental Order Granting Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**Docket No. 17358**]

       E.     Notice of Adjournment of Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**Docket No. 17993**]

       F.     Notice of Adjournment of Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**Docket No. 18661**]

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m. as to the claims on Exhibit J attached hereto.

30.     Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) [**Docket No. 16074**]

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit K.

Related Documents:

       A.     Order Granting Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) [**Docket No. 17367**]

       B.     Notice of Withdrawal of Debtors' One Hundred Twelfth Omnibus Objection to Claims (No Blocking Number LPS Claims) [**Docket No. 17467**]

       C.     Notice of Adjournment of Debtors' One Hundred Twelfth Omnibus Objection to Claims (No Blocking Number LPS Claims) [**Docket No. 17994**]

       D.     Notice of Adjournment of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) [**Docket No. 18663**]

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m. as to the claims on Exhibit K attached hereto.

31.     Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) [**Docket No. 16046**]

Response Deadline:      May 18, 2011 at 4:00 p.m.

Adjourned Responses:

    A.      See Exhibit L

    B.      Objection to Debtors' One Hundred Twenty Second Omnibus Objection to Claims (No Liability Claims), In re: Claim No. 32086 **[Docket No. 17066]**

Status:  The hearing on the objection to the claims identified on Exhibit L has been adjourned to October 27, 2011 at 10:00 a.m. The hearing as to Claim No. 32086 only has been adjourned to December 21, 2011 at 10:00 a.m.

32.    Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation) **[Docket No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Responses:

    A.      Response of Wilmington Trust Company **[Docket No. 17886]**

Related Documents:

    B.      Declaration of Keri Reed in support of Debtors' Motion **[Docket No. 16080]**

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

33.    Debtors' One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[Docket No. 16114]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

34.    Debtors' One Hundred Thirtieth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 16115]**

Response Deadline:        May 18, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to October 27, 2011 at 10:00 a.m.

35.    Debtors' One Hundred Thirty-First Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity  Interests) **[Docket No. 16116]**

Response Deadline:        May 18, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to October 27, 2011 at 10:00 a.m.

36.     Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 16117]**

Response Deadline:        May 18, 2011 at 4:00 p.m.

Adjourned Responses:

>     A.     Response of Alphadyne International Master Fund, Ltd.**[Docket No. 16930]**
>
>     B.     Response of Bracebridge Capital, LLC Entities [**Docket No. 16925]**
>
>     C.     Response of CMC Magnetics Corporation **[Docket No. 16889]**
>
>     D.     Response of High River Limited Partnership/Icahn Partners Entities **[Docket No. 16924]**
>
>     E.     Response of KSC Affordable Housing Investment Fund LLC [**Docket No. 16948]**
>
>     F.     Response of Piney Branch Park Inc. **[Docket No. 17942]**

Related Documents:

>     G.     Order Granting Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 17363**]

Status:  All Adjourned Responses have been adjourned to October 5, 2010 a.m.

37.     Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 16860]**

Response Deadline:        May 18, 2011 at 4:00 p.m.

Adjourned Responses:

>     A.     Response of Keybank National Association **[Docket No. 17694]**

Related Documents:

>     B.     Order Granting Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 18181**]

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

38.     Debtor's One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[Docket No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

39.     Debtor's One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 16853]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Resolved Responses:

          A.     Claim of Banque Safdie

          B.     Claim of Franz, Robert

          C.     Claim of Glitnir Banki hf

Related Documents:    None.

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

40.     Debtor's One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 16856]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to October 5, 2011 at 10:00 a.m.

41.     Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[Docket No. 17469]**

<u>Response Deadline</u>:     July 7, 2011 at 4:00 p.m.

<u>Related Documents</u>:     None.

<u>Status</u>: This matter has been adjourned to October 5, 2011 at 10:00 a.m.

Dated: August 24, 2011
       New York, New York

                              /s/ Robert J. Lemons
                              Robert J. Lemons
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone:  (212) 310-8000
                              Facsimile:   (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

Exhibit A

(**Sixty-Seventh** Omnibus Objection to Claims (Valued Derivative
Claims) [Docket No. 12533] - Adjourned responses to Claims)

| Claimant Name | Docket Number |
|---|---|
| Response of Mitsui & Co. Commodity Risk Management Limited | 13113 |
| Response of Federal Home Loan Bank of Des Moines | 13156 |
| Response of E-Capital Profits Limited | 13166 |
| Response of Loeb Arbitrage B Fund LP, Loeb Arbitrage Fund, Loeb Offshore B Fund Ltd., and Loeb Offshore Fund Ltd. | 13217 |
| Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Successor to Certain Claims of Alliance Laundry Systems LLC | 13218 |
| Response of Aozora Bank, Ltd. | 13220 |
| Response of Mariner LDC | 13222 |
| Response of Tricadia Capital Management, LLC, on behalf of Tricadia Distressed and Special Situations Master Fund, Ltd. | 13223 |
| Response of Venoco, Inc. | 13205 |
| Response of Mariner-Tricadia Credit Strategies Master Fund, Ltd. | 13224 |
| Response of ICM Business Trust | 13226 |
| Response of Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon Value Realization Fund (Cayman), Ltd., and Canyon Value Realization Fund, L.P. | 13227 |
| Response of Ross Financial Corporation | 13232 |
| Response of Commonwealth Bank of Australia | 13242 |
| Response of National Bank of Canada | 13247 |
| Response of Nexstar Developing Opportunities Master Fund, Ltd. | 13402 |
| Response of Capstone Volatility Master (Cayman) Limited | 14020 |
| Response of Royal Charter Properties – East, Inc. | 15918 |
| Objection to the Claims of China Minsheng Banking Corp., Ltd. | N/A |

| | |
|---|---|
| Objection to the Claims of New South Federal Savings Bank, F.S.B. | N/A |
| Objection to the Claims of Owl Creek I, L.P., Owl Creek II, L.P. and Owl Creek Overseas Fund, Ltd. | N/A |

<u>Exhibit B</u>

(**One Hundred Sixty-Second** Omnibus Objection to Claims (Valued Derivative
Claims) **[Docket No. 18405] –** Uncontested Matters)

| Claimant Name | Claim Number |
|---|---|
| ALPHA ASSET MANAGEMENT A.E.D.A.K. | 17074 |
| BELL ATLANTIC MASTER TRUST | 29923 |
| BELL ATLANTIC MASTER TRUST | 29924 |
| BUCKS COUNTY WATER & SEWER AUTHORITY | 22550 |
| BUCKS COUNTY WATER & SEWER AUTHORITY | 22620 |
| BUCKS COUNTY WATER & SEWER AUTHORITY | 22668 |
| BUCKS COUNTY WATER & SEWER AUTHORITY | 22676 |
| BUCKS COUNTY WATER & SEWER AUTHORITY | 22677 |
| BUCKS COUNTY WATER & SEWER AUTHORITY | 22678 |
| CITY OF BIG BEAR LAKE, CALIFORNIA | 3122 |
| FIRST BANKING CENTER | 18164 |
| FIRST BANKING CENTER | 18165 |
| GREENBRIER YUGEN KAISHA | 11376 |
| MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN | 21595 |
| NORTHWOODS-CATHEDRAL CITY, L.P. | 16069 |
| PIETRO FERRERO | 17210 |
| PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGRAM | 21584 |
| RAMIUS ENTERPRISE MASTER FUND LTD, F/K/A RCG ENTERPRISE FUND LTD | 66034 |
| ROCHE US DB PLANS MASTER TRUST | 33665 |
| ROCHE US DB PLANS MASTER TRUST | 33667 |
| U.S. BANK NATIONAL ASSOCIATION | 30946 |
| U.S. BANK NATIONAL ASSOCIATION | 30994 |
| VERMONT PENSION INVESTMENT COMMITTEE | 16013 |

<u>Exhibit C</u>

(**One Hundred Fifty-First** Omnibus Objection to Claims
(No Liability Claims) **[Docket No. 17478]** – Adjourned Claims)

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| CADET, PIERRE | 19099 | N/A |
| CADET, PIERRE | 33340 | N/A |
| CHECO, MANUEL | 33406 | N/A |
| CIGANEK, THOMAS | 33407 | N/A |
| D'AMBROSI, CARLO | 33409 | N/A |
| GRAY, GLENN N. | 33386 | N/A |
| HUNTON & WILLIAMS LLP | 2701 | N/A |
| JAMES, NOEL | 33385 | N/A |
| PESANTES, SERGIO | 19063 | N/A |
| PIERRE, HEURTELOU | 33350 | N/A |
| PLATZ, JAMES | 19059 | N/A |
| PRYOR, JEFFREY M. | 19058 | N/A |
| RABASSA, AUGUSTIN | 19057 | N/A |
| RICCIUTO, GERARD | 19056 | N/A |
| RIVERA, HECTOR J. | 33355 | N/A |
| SMYTH, EDWARD P. | 33327 | N/A |
| SULLIVAN, CHRISTIAN | 33329 | N/A |
| TAVERAS, ROBIN | 33330 | N/A |
| TEJERA, JUAN | 33331 | N/A |
| VALENTINE, CHRISTOPHER | 33332 | N/A |
| VAZQUEZ, ELVIS | 33333 | N/A |
| VAZQUEZ JR., JUAN | 33334 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| VUCKOVIC, JOSIP | 33335 | N/A |

<u>Exhibit D</u>

(**One Hundred Ninth** Omnibus Objection to Claims
(Insufficient Documentation) **[Docket No. 15008]** – Uncontested Matters)

| Claimant Name | Claim Number[1] |
|---|---|
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2007-7 | 28534, 30526<br>*Servicer Loan Numbers: 33774720, 45054053, 33717232, 39992110, 45174026, 45315611 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Series 2007-9 | 28538<br>*Servicer Loan Numbers: 47245998, 47105374, 40748576, 40705113, 40777880 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-1 | 28760, 30061<br>*Servicer Loan Numbers: 17090739 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-1 | 28761, 30060<br>*Servicer Loan Number: 18806646 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-7 | 28763, 30062<br>*Servicer Loan Number: 30156533 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2007-5 | 28772, 30529<br>*Servicer Loan Number: 40318958 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2007-9 | 28773<br>*same as Claim Number 28538 above |

---

[1] Disallow claims except as to those certain loans for which Claimant HSBC Bank provided data to Debtor on May 13, 2011.

Exhibit E

(**One Hundred Sixty-Third** Omnibus Objection to Claims
(No Liability Derivatives Claims) **[Docket No. 18409]** – Adjourned Claims)

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| F.F. THOMPSON FOUNDATION INC. | 14722 | 19112 |
| F.F. THOMPSON FOUNDATION INC. | 14725 | 19112 |
| FREDERICK FERRIS THOMPSON HOSPITAL | 14723 | 19112 |
| FREDERICK FERRIS THOMPSON HOSPITAL | 14724 | 19112 |
| THOMAS COOK AG | 27745 | 19124 |
| THOMAS COOK AG | 27746 | 19124 |

<u>Exhibit F</u>

(**One Hundred Sixty-Fourth** Omnibus Objection to Claims
(Duplicative LPS Claims) **[Docket No. 18410]** – Adjourned Claims)

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| KREISSPARKASSE HEINSBERG | 60569 | N/A |

<u>Exhibit G</u>

(**One Hundred Eighteenth** <u>Omnibus Objection to Claims</u>
(To Reclassify Proofs of Claim as Equity Interests)
**[Docket No. 15666]** – Adjourned Matters)

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| ANDRIOLA, ROCCO F. | 10544 | 16950 |
| ANTONCIC, MADELYN | 16516 | 16921 |
| ASSI, GEORGES | 15463 | N/A |
| BANCHETTI, RICCARDO | 20313 | N/A |
| BAZYLEVSKY, BO | 66323 | 16920 |
| BOWYER, MICHAEL L. | 15087 | 17047 |
| CATALAO MAIA, ALEXANDRE | 17760 | 17065 |
| FLEISCHMAN RICHMAN, SANDY | 8530 | N/A |
| GLASEBROOK, RICHARD J., II | 9682 | N/A |
| GOLDBERG, JASON | 23894 | 16765 |
| HIGGINS, KIERAN NOEL | 16104 | N/A |
| HUTTON, RANDALL J. | 14023 | 17078 |
| LAWRENCE, HENRY MORGAN, III | 3374 | 17021, 17022 |
| LIOTTI, FABIO | 25895 | 16934 |
| LYNCH, MARY A. | 24409 | 17152 |
| MONAHAN, BRIAN W. | 20775 | 17079 |
| NACKENSON, RICHARD | 13968 | N/A |
| PARR, ANKE | 16039 | N/A |
| PRIMIANO, VINCENT A. | 31795 | N/A |
| PRIMIANO, VINCENT A. | 31796 | N/A |
| RAMALLO, HENRY | 17607 | N/A |
| REINER, BRETT S. | 19584 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| REYNOLDS, CHRISTIAN F. | 28442 | 17153 |
| SARONNE, GIANCARLO | 15754 | N/A |
| SARONNE, GIANCARLO | 18783 | N/A |
| SCHWARTZ, MARVIN C. | 20244 | N/A |
| SHAH, HARSH | 14285 | N/A |
| STIEFEL, STEPHANIE J. | 21711 | N/A |
| WALSH, W. PHILLIP | 1707 | 16947 |
| WEINER, DAVID I. | 18314 | N/A |

Exhibit H

(**<u>Ninety-Second</u>** Omnibus Objection to Claims
(No Blocking Number LPS Claims) **[Docket No. 14472]** – Adjourned Claims)

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| AMONN-DINGER, VERENA | 11169 | N/A |
| BAUMHEIER, KATJA | 11170 | N/A |
| BAUMHEIER, KATJA | 11171 | N/A |
| BAYER, DR. INGEBORG | 12425 | N/A |
| BAYER, DR. INGEBORG | 12426 | N/A |
| BECKER, DR. KLAUS | 13631 | N/A |
| BIESEMANN, DR. JOERG | 13624 | N/A |
| BROSCHK, DIETER | 13637 | N/A |
| CZYGANOWSKI, SIEGFRIED | 13610 | N/A |
| DIETZSCH, KRISTIN | 11173 | N/A |
| FASSBENDER, MARIA | 13638 | N/A |
| FETKENHEUER, LOTHAR | 67257 | N/A |
| FUCHS, GERHARD | 13632 | N/A |
| GANSER, ALBERT | 24995 | N/A |
| GETTE, HELENE | 12444 | N/A |
| HASSE, KLAUS-DIETER | 13628 | N/A |
| HEINZEN, HANS | 11178 | N/A |
| HIRSCH, KURT | 11179 | N/A |
| ILDEFONSO LACASTA MARCH | 45223 | N/A |
| ISHII, HIROICHI AND HELLA | 13602 | N/A |
| JAHN, URSULA & HORST | 24987 | N/A |
| JANSEN, WALTER | 34350 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| JANSEN, WALTER | 34347 | N/A |
| JONAS, PETER AND HEIKE | 13605 | N/A |
| KAPALLA, KURT | 12448 | N/A |
| KELLNER, MARTIN | 11181 | N/A |
| KIM, CHRISTINA | 9491 | 15337 |
| KLIPPEL, ALMUT | 67260 | N/A |
| KLUG, KLAUS | 12442 | N/A |
| KOECHLING, HERMANN | 11184 | N/A |
| KRAWINKEL, ODO | 12427 | N/A |
| KRAWINKEL, ODO | 12428 | N/A |
| KUHNAST, FRANK-ROLAND | 67258 | N/A |
| LENNARTZ, HEINZ WERNER | 39781 | 15334 |
| LEWIN, JOERG | 34348 | N/A |
| LUCKS, IIONA | 24996 | N/A |
| LUKOSCHEK, WOLFGANG | 13611 | N/A |
| MARCHAND LOPEZ, HUMBERTO G. | 2794 | N/A |
| MARCHAND LOPEZ, HUMBERTO G. | 2795 | N/A |
| MARTINEZ SABE, HECTOR RAUL | 31404 | N/A |
| MASTALEREK, MICHAEL | 11187 | N/A |
| MITTMANN, HANA | 24990 | N/A |
| MUELLER, WILFRIED | 24991 | N/A |
| NOERRENBERG-SUDHAUS, WERNER | 11190 | N/A |
| OBERKERSCH, BEATRICE | 11191 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| POSCH, MANFRED | 12441 | N/A |
| PROCESOS CONTROLADOS SE DE CV | 2821 | 18512 |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED | 63860 | 15074 |
| RAKE, FRANK-REINER | 11192 | N/A |
| RAKEPOLL FINANCE N.V. | 1638 | N/A |
| RAMPOLD, HEIDRUN ELISABETH | 11193 | N/A |
| RBS SECURITIES INC. | 59793 | 15036 |
| RBS SECURITIES INC. | 59794 | 15036 |
| RODRIGUEZ, KARSTEN | 13621 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 | N/A |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | 11196 | N/A |
| SCHMIDT, KARIN | 11197 | N/A |
| SCHMIDT, RA PETRA | 11198 | N/A |
| SCHMITZ, HERBERT | 24982 | N/A |
| SCHMITZ, HERBERT | 24983 | N/A |
| SCHMITZ, HERBERT | 24960 | N/A |
| SCHMITZ, HERBERT | 24984 | N/A |
| SCHOBER, HANS-JOACHIM | 13634 | N/A |
| SCHOBER, MARITA | 13635 | N/A |
| SCHWEBIUS, SANDRA | 11199 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| SCHWERDT, KORINNA, DR. | 61158 | N/A |
| SOGECAP | 1168 | 15080 |
| SOKOLOWSKI, CLAUS-GUENTHER | 11200 | N/A |
| SPERZEL, SUSANNE | 12443 | N/A |
| SPRINGER, WERNER | 13623 | N/A |
| STANGE, HANS-JOACHIM | 12440 | N/A |
| STEINFORT, SILVIA | 11201 | N/A |
| STEINFORT, SILVIA | 11203 | N/A |
| STEINFORT, SILVIA | 11202 | N/A |
| STEINMUELLER, DR. BERND & HILDEGARD | 13603 | N/A |
| TALREJA, ROHINI | 4983 | N/A |
| THE MINAMI-NIPPON BANK LIMITED | 59150 | N/A |
| THOEMEL, HEINZ | 11207 | N/A |
| UTTENDORF, WILFRIED | 57811 | N/A |
| VOLK, HELMUT UND ANNEMARIE | 11209 | N/A |
| VON DER HEYDE, PHILIP | 11210 | N/A |
| WARTAK, BEATE | 11211 | N/A |
| WEBER HANS-HERMANN | 67237 | N/A |
| WEBER HANS-HERMANN | 67236 | N/A |
| WEBER HANS-HERMANN | 67239 | N/A |
| WEIDLICH, JOERG | 13642 | N/A |
| WEISS, RENATE | 11212 | N/A |
| WENZEL, PETER | 11213 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| WERNER, FRIEDHELM AND IRENE | 13615 | N/A |
| WILDEBRAND, PETER | 13609 | N/A |
| WIPPERN, MARGIT | 13619 | N/A |
| WITTIG, HANSPETER | 57824 | N/A |
| WOLF, ANDREAS | 13608 | N/A |
| WOLSKI, MIECZYSLAW | 61159 | N/A |
| WOLSKI, MIECZYSLAW | 61160 | N/A |
| WOLSKI, MIECZYSLAW | 61191 | N/A |
| ZELLINGER, ERNST | 11224 | N/A |

Exhibit I

(**Ninety-Seventh** Omnibus Objection to Claims
(Insufficient Documentation) **[Docket No. 14492]** – Adjourned Matters)

| **Claimant Name** | **Claim Number** |
|---|---|
| Bank of America, National Association | 16016 |
| Bank of America, National Association, successor by merger to LaSalle Bank, N.A. | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15989, 15992, 15993, 15994, 15995, 15996, 15997, 15998, 16349, 16351, 16352, 16353, 16354, 16355, 16356, 16357, 16358, 16359, 16360, 16361, 16362, 16363, 16364, 16365, 16366, 16367, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16378, 16380, 16381, 16382, 16383, 16384, 16385, 16386, 16387, 16388, 16389, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16416, 16417, 16418, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428, 19237, 19238, 19239, 19240, 19241, 19242, 19243, 19244, 19245, 19246, 19289, 24349, 24582, 25648, 25654 |
| Deutsche Bank, National Trust Company, as Trustee | 18542 |

<u>Exhibit J</u>

(**One Hundred Twelfth** Omnibus Objection to Claims
(Invalid Blocking Number LPS Claims) **[Docket No. 15014]** – Adjourned Matters)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Cam-Que Kevin Lieu | 41587 | 16054 |
| Investeringsselskabet af 11.12.1990 ApS | 47330, 47331 | 16240, 16238, 17541, 17542 |
| Lucia Del Campo | 37187 | N/A |
| Banque Cantonale du Valais | 58602, 58531, 58540, 58549, 58519, 58496, 58502, 58494, 58537, 58516, 58506, 58550, 58517, 58523, 58500, 58515, 58526, 58605, 58513, 58520, 58557, 58548, 58524, 58495, 58603, 58509, 58529, 58556, 58554, 58604, 58525, 58514, 58504, 58521, 58547, 58510, 58522, 58530, 58507, 58518, 58498, 58499, 58543, 58505, 58538, 58512, 58527, 58497, 58546, 58551, 58508, 58555, 58553, 58542, 58541, 58536, 58539, 58545, 58501, 58552, 58528, 58511, 58544 | 16905 |

<u>Exhibit K</u>

(**One Hundred Twentieth** Omnibus Objection to Claims
(No Blocking Number LPS Claims) **[Docket No. 16074]** – Adjourned Matters)

| CLAIMANT NAME | CLAIM NUMBER | DOCKET NUMBER |
|---|---|---|
| Millennium Marketing & Management Pty Ltd | 66106 | 16931, 16932, 16933 |
| Optique Pty Ltd ATF Optique Super Pension Fund | 5712 | 18322 |
| Christine L. Geldard | 1537 | N/A |

<u>Exhibit L</u>

(**One Hundred Twenty-Second** Omnibus Objection to Claims
(No Liability Claims) [**Docket No. 16046**] – Adjourned Matters)

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| ACEVEDO, GILBERT | 19023 |
| AGIS, FRANCISCO | 19022 |
| ARIANO, NEIL A. | 19021 |
| ARICA, HUGO G | 19100 |
| ARRIETA, ANGEL L. | 19020 |
| BALLESTE, JUAN R. | 19019 |
| BAUMANN, CHRISTOPHER | 19018 |
| CARRASCO EDWARD | 19017 |
| CARRASCO, EDWARD | 33404 |
| CASTILLO ROBIN A | 19016 |
| CASTILLO, ROBIN A. | 33405 |
| CHECO, MANUEL | 19015 |
| CIGANEK, THOMAS | 19014 |
| COLUCCI, EDWARD | 19013 |
| D'AMBROSI, CARLO | 19012 |
| DILL, JARRETT | 33389 |
| DILL, JARRETT | 19011 |
| DOMARECKI, DANIEL | 19046 |
| DOMINICCI, SHAUN | 19047 |
| FOELLA, MICHAEL A | 19045 |
| FRANCIS, ANNETTE | 19044 |
| FUNG, KENNETH | 19098 |
| GAYO, DIANA E | 19043 |
| GERMOSEN, WILSON | 19042 |
| GIUDICE, ANTONELLO | 19041 |
| GODINO, GLENN | 33397 |
| GODINO, GLENN | 19040 |
| GRAY, GLENN N | 19039 |
| HABERSAAT, DONALD | 19038 |
| HANLEY, TIMOTHY P | 19037 |
| HINDS, WENDELL A | 19036 |
| INFANT0E, JUAN C | 19035 |
| INFANTE, JUAN C. | 33383 |
| INTEMANN, EDWARDS | 19034 |
| JAMES, NOEL | 19033 |
| JUSTE, CARY | 19031 |
| KHAN, MOHAMMED G | 19030 |
| KRIVINSKY, JOHN | 19029 |

| Claimant Name | Claim Number(s) |
|---|---|
| LEONARDI, DAVID | 33377 |
| LEONARDI, DAVID | 19028 |
| LIRANZO, JOSE A | 19027 |
| LIRANZO, JOSE A. | 33378 |
| MAHMOOD, MUHAMMAD B. | 19026 |
| MARGRAF, PETER | 19025 |
| MARIN, HECTOR | 19024 |
| MARINES, LUIS | 19075 |
| MARTE, LUIS | 19074 |
| MCGURRAN, JOHN | 19073 |
| MCLOUGHLIN LIAM | 19072 |
| MCLOUGHLIN, LIAM | 33364 |
| MERA RAUL H | 19071 |
| MIRANDA PHILIP | 19070 |
| MONTEGOMERY, CHRISTOPHER J. | 19068 |
| MOSCATELLI, LEONARD A. | 33367 |
| NEWSOM, CHRISTOPHER | 33369 |
| OWENS, KEVIN W | 33344 |
| PATTON, JOSEPH | 33345 |
| PERALTA, PABLO N. | 33626 |
| PEREZ, DANTE | 33346 |
| PESANTES, SERGIO | 33347 |
| PHILLIPS TANISHAE | 19062 |
| PHILLIPS, TANISHAE | 33348 |
| PICHARDO EMILIO J | 19061 |
| PICHARDO, EMILIO J | 33349 |
| PIERRE, HEURTELOU | 19060 |
| PLATZ, JAMES | 33351 |
| PRYOR, JEFFREY M | 33352 |
| RABASSA, AUGUSTIN | 33353 |
| RICCIUTO, GERARD | 33354 |
| RIVERA, HECTOR J. | 19055 |
| ROBIN NICOLE P | 19054 |
| ROBIN, NICOLE P. | 33356 |
| RUMPH, ANTHONY | 33358 |
| RUMPH, ANTHONY | 19052 |
| SANDSETH, ERIC S. | 19051 |
| SANDSETH, ERIC S. | 33359 |
| SANTANA, LISA | 33361 |

| Claimant Name | Claim Number(s) |
|---|---|
| SANTANA, LISA | 19049 |
| SANTIAGO, TERRY | 33362 |
| SANTIAGO,TERRY | 19048 |
| SILVERIO, DANIEL | 33363 |
| SILVERIO, DANIEL | 19113 |
| SMYTH, EDWARD P. | 19112 |
| SOGLUIZZO, MICHAEL | 19111 |
| SULLIVAN, CHRISTIAN | 19110 |
| TAVERAS, ROBIN | 19109 |
| TEJERA, JUAN | 19108 |
| VALENTINE, CHRISTOPHER | 19107 |
| VAZQUEZ JR., JUAN | 19105 |
| VAZQUEZ, ELVIS | 19106 |
| VUCKOVIC, JOSIP | 19104 |
| WONG, PHILIP | 19096 |
| YAKUBOV, NATHAN | 33337 |
| YANNI MICHAEL | 19103 |
| YEE, HUBERT | 33338 |