**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                          :
In re                                     :          **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :          **08-13555 (JMP)**
                                          :
         Debtors.                         :          **(Jointly Administered)**
                                          :
------------------------------------------------------------------------x          **Ref. Docket Nos. 19344-19355**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 18, 2011, I caused to be served the:

    a. "Notice of Adjournment of Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 18, 2011 [Docket No. 19344], (the "95th Omnibus NOA"),

    b. "Notice of Adjournment of Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 18, 2011 [Docket No. 19345], (the "103rd Omnibus NOA"),

    c. "Notice of Adjournment of Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 18, 2011 [Docket No. 19346], (the "132nd Omnibus NOA"),

    d. "Notice of Adjournment of Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 18, 2011 [Docket No. 19347], (the "137th Omnibus NOA"),

    e. "Notice of Adjournment of Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 18, 2011 [Docket No. 19348], (the "155th Omnibus NOA"),

f.  "Notice of Adjournment of Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 18, 2011 [Docket No. 19349], (the "162nd Omnibus NOA"),

g.  "Notice of Adjournment of Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 18, 2011 [Docket No. 19350], (the "84th Omnibus NOA"),

h.  "Notice of Adjournment of Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 18, 2011 [Docket No. 19351], (the "71st Omnibus NOA"),

i.  "Notice of Adjournment of Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 18, 2011 [Docket No. 19352], (the "63rd Omnibus NOA"),

j.  "Notice of Adjournment of Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 18, 2011 [Docket No. 19353], (the "35th Omnibus NOA"),

k.  "Notice of Adjournment of Debtors' Objection to Certain Claims (Valued Derivative Claims) as to Investcorp Interlachen Multi-Strategy Master Fund Ltd," dated August 18, 2011 [Docket No. 19354], (the "Investcorp NOA"),

l.  "Notice of Adjournment of Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 18, 2011 [Docket No. 19355], dated August 18, 2011 [Docket No. 19355], (the "67th Omnibus NOA"),

by causing true and correct copies of the:

i.  95th Omnibus NOA, 103rd Omnibus NOA, 132nd Omnibus NOA, 137th Omnibus NOA, 155th Omnibus NOA, 162nd Omnibus NOA, 84th Omnibus NOA, 71st Omnibus NOA, 63rd Omnibus NOA, 35th Omnibus NOA, Investcorp NOA and 67th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.  95th Omnibus NOA, 103rd Omnibus NOA, 132nd Omnibus NOA, 137th Omnibus NOA, 155th Omnibus NOA, 162nd Omnibus NOA, 84th Omnibus NOA, 71st Omnibus NOA, 63rd Omnibus NOA, 35th Omnibus NOA, Investcorp NOA and 67th Omnibus NOA, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii.  95th Omnibus NOA, 103rd Omnibus NOA, 132nd Omnibus NOA, 137th Omnibus NOA, 155th Omnibus NOA, 162nd Omnibus NOA, 84th Omnibus NOA, 71st Omnibus NOA, 63rd Omnibus NOA, 35th Omnibus NOA, Investcorp NOA and 67th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.    95th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.    103rd Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.    132nd Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii.    137th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G,

viii.    155th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit H,

ix.    162nd Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit I,

x.    84th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit J,

xi.    71st Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit K,

xii.    63rd Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit L,

xiii.    35th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit M,

xiv.    Investcorp NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit N, and

xv.    67th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit O.

T:\Clients\LBH\Affidavits\95th, 103rd, 132nd, 137th, 155th, 162nd, 84th, 71st, 63rd, 35th, Investcorp and 67th Omni NOA's_DI_19344-19355_8-18-11.doc

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<br>

*/s/ Pete Caris*

Pete Caris

Sworn to before me this
22nd day of August, 2011
*/s/ Cassandra Murray*

Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\95th, 103rd, 132nd, 137th, 155th, 162nd, 84th, 71st, 63rd, 35th, Investcorp and 67th Omni NOA's_DI_19344-
19355_8-18-11.doc

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| cweber@ebg-law.com | dshemano@pwkllp.com |
| cweiss@ingramllp.com | dspelfogel@foley.com |
| dallas.bankruptcy@publicans.com | dtatge@ebglaw.com |
| daniel.guyder@allenovery.com | dwdykhouse@pbwt.com |
| dave.davis@isgria.com | dwildes@stroock.com |
| david.bennett@tklaw.com | dworkman@bakerlaw.com |
| david.crichlow@pillsburylaw.com | easmith@venable.com |
| david.heller@lw.com | echang@steinlubin.com |
| david.seligman@kirkland.com | ecohen@russell.com |
| davids@blbglaw.com | efleck@milbank.com |
| davidwheeler@mvalaw.com | efriedman@friedumspring.com |
| dbalog@intersil.com | egeekie@schiffhardin.com |
| dbarber@bsblawyers.com | eglas@mccarter.com |
| dbaumstein@whitecase.com | ehollander@whitecase.com |
| dbesikof@loeb.com | ekbergc@lanepowell.com |
| dcimo@gjb-law.com | elevin@lowenstein.com |
| dcoffino@cov.com | eli.mattioli@klgates.com |
| dcrapo@gibbonslaw.com | ellen.halstead@cwt.com |
| ddavis@paulweiss.com | emerberg@mayerbrown.com |
| ddrebsky@nixonpeabody.com | eobrien@sbchlaw.com |
| ddunne@milbank.com | erin.mautner@bingham.com |
| deggermann@kramerlevin.com | eschaffer@reedsmith.com |
| deggert@freebornpeters.com | eschwartz@contrariancapital.com |
| demetra.liggins@tklaw.com | esmith@dl.com |
| deryck.palmer@cwt.com | etillinghast@sheppardmullin.com |
| dfelder@orrick.com | ezujkowski@emmetmarvin.com |
| dflanigan@polsinelli.com | ezweig@optonline.net |
| dgrimes@reedsmith.com | fbp@ppgms.com |
| dhayes@mcguirewoods.com | feldsteinh@sullcrom.com |
| dheffer@foley.com | ffm@bostonbusinesslaw.com |
| diconzam@gtlaw.com | fhyman@mayerbrown.com |
| djoseph@stradley.com | fishere@butzel.com |
| dkleiner@velaw.com | francois.janson@hklaw.com |
| dkozusko@willkie.com | fsosnick@shearman.com |
| dlemay@chadbourne.com | fyates@sonnenschein.com |
| dlipke@vedderprice.com | gabriel.delvirginia@verizon.net |
| dludman@brownconnery.com | gbray@milbank.com |
| dmcguire@winston.com | george.davis@cwt.com |
| dmurray@jenner.com | geraci@thalergertler.com |
| dneier@winston.com | ggitomer@mkbattorneys.com |
| dodonnell@milbank.com | giddens@hugheshubbard.com |
| dove.michelle@dorsey.com | gkaden@goulstonstorrs.com |
| dowd.mary@arentfox.com | glenn.siegel@dechert.com |
| dpegno@dpklaw.com | gmoss@riemerlaw.com |
| draelson@fisherbrothers.com | gravert@mwe.com |
| dravin@wolffsamson.com | gspilsbury@jsslaw.com |
| drose@pryorcashman.com | guzzi@whitecase.com |
| drosenzweig@fulbright.com | harrisjm@michigan.gov |
| drosner@goulstonstorrs.com | harveystrickon@paulhastings.com |
| drosner@kasowitz.com | hbeltzer@mayerbrown.com |
| dshaffer@wtplaw.com | heidi@crumbielaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com

jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com

lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com

rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
ssusman@susmangodfrey.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov

timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BREVAN HOWARD MASTER FUND LIMITED | C/O BREVAN HOWARD ASSET MANAGEMENT LLP ATTN: ALEX UNDERWOOD 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BREVAN HOWARD MASTER FUND LIMITED | ALEX UNDERWOOD, GENERAL COUNSEL 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| LINC-REDONDO BEACH SENIORS, INC. | C/O PENELOPE PARMES, ESQ. RUTAN & TUCKER, LLP 611 ANTON BOULEVARD, FOURTEENTH FLOOR COSTA MESA CA 92626 |
| PARKCENTRAL GLOBAL HUB LIMITED | ATTN: CHARLES THRESH, JAMES BENNETT, PETER LOGIE C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED ATTENTION: CHARLES THRESH CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | JAMES BENNETT LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | PETER LOGIE LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | DEBEVOISE & PLIMPTON LLP ATTN: RICHARD F. HAHN, BRYAN R. KAPLAN 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | RICHARD F. HAHN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | BRYAN R. KAPLAN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT | CAPITAL FUND, LP&SILVERPOINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO ATTN: ADAM J. DEPANFILIS,660 STEAMBOAT ROAD C/O SILVER POINT CAPITAL, LP GREENWICH CT 06830 |
| SPCP GROUP LLC,AS AGENT FOR SILVER POINT CAPITAL; | FUND, LP AND SILVER DAY PITNEY LLP ATTN: RONALD S BEACHER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |

**Total Creditor count  12**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BAYERISCHE LANDESBANK | ATTN: HARALD GLOCKL FIRST VICE PRESIDENT BRIENNER STR. 18 MUNCHEN 80333 GERMANY |
| BAYERISCHE LANDESBANK | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & HARVEY DYCHIAO 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| NORDIC INVESTMENT BANK | HEIKII CANTELL GENERAL COUNSEL&LARS EIBELHOLM, VP FABIANINKATU 34 P.O. BOX 249 HELSINKI FI-00171 FINLAND |
| SPCP GROUP, L.L.C. | 660 STEAMBOAT RD, TRANSFEROR: CNTRL EUROPEAN MEDIA ENTERPRISES LTD. AS AGENT FOR SILVER POINT CAPITAL FUND,LP&SILVER POINT CAP OFFSHORE FUND,LTD C/O SILVER POINT CAP,LP,ATN:ADAM J.DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |

**Total Creditor count  5**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD | C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK NY 10004 |
| CMC MAGNETICS CORPORATION | C/O BAKER & MCKENZIE ATTN: IRA REID, ESQ. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| FFI FUND LTD. | D. ROSS MARTIN ROPES & GRAY LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| FFI FUND LTD. | BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FFI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| FYI FUND LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FYI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| HIGH RIVER LIMITED PARTNERSHIP | C/O ICAHN ASSOCIATES CORP. ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS LP | ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND II LP | ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND III LP | ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND LP | ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | C/O BRET H. REED, JR, A LAW CORPORATION 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | ALAN BOGOMILSKY KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC 550 CALIFORNIA AVENUE, SUITE 330 PALO ALTO CA 94306 |
| OLIFANT FUND, LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN ROPES AND GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| PINEY BRANCH PARK INC | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE 7TH FLOOR NEW YORK NY 10022 |
| PINEY BRANCH PARK INC | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |

**Total Creditor count  19**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| CHEWTON CAPITAL LTD. | TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| GFA I LLC | C/O ASHURST LLP PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036 |
| GFA I LLC | STEPHEN D LERNER 1095 AVE OF THE AMERICAS, 31ST FLOOR NEW YORK NY 10036 |
| GFA I LLC | C/O RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GFA I LLC, AS SUCCESSOR IN | INTEREST TO CERTAIN CLAIMS OF KEYBANK NA STEPHEN D LERNER 1095 AVE OF THE AMERICAS 31ST FLOOR NEW YORK NY 10036 |
| GFA I LLC, AS SUCCESSOR IN | INTEREST TO CERTAIN CLAIMS OF KEYBANK NA ATTN: PATRICIA SEDDON 7 TIMES SQ FL 42 NEW YORK NY 100366524 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VII DELAWARE LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VII DELAWARE LP | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| STONEHILL INSTITUTIONAL PARTNERS LP | C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK 885 THIRD AVE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS LP | C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL OFFSHORE PARTNERS LIMITED | C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK NY 10022 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES; MASTER FUND LP, C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |

**Total Creditor count  18**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| QUINTESSENCE FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10026 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10035 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |

**Total Creditor count  8**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| CASCADE INVESTMENT, L.L.C. | ATTN: LAURIE SMILEY, GENERAL COUNSEL 2365 CARILLON POINT KIRKLAND WA 98033 |
| ELIM PARK BAPTIST HOME, INC., THE | C/O SHARYN B. ZUCH, WIGGIN AND DANA LLP 185 ASYLUM ST., CITYPLACE I HARTFORD CT 06103 |
| ELIM PARK BAPTIST HOME, INC., THE | ATTN: ZELL GASTON 140 COOK HILL ROAD CHESHIRE CT 06410 |
| GOLDMAN SACHS & CO. PROFIT | SHARING MASTER TRUST C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. PROFIT | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LEHMAN BROTHERS CDO OPPORTUNITY PRTNRS 2004-4 LLC | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| LEHMAN BROTHERS CDO OPPORTUNITY PRTNRS 2004-4 LLC | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| LEHMAN BROTHERS CDO OPPORTUNITY PRTNRS 2004-4 LLC | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| OZ ASIA MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ ASIA MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ MASTER FUND, LTD | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ MASTER FUND, LTD | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP ATTN:  MICHAEL M. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA, AS TRUSTEE OF; | THE LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES,SERIES 2007-5 SUPPLEMENTAL; INTEREST TRUST, ATTN: MARY SOHLBERG MAC N9311- 161, 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST MORTGAGE PASS-THROUGH,CERTIFICATES, SERIES 2008-1 ATTN:MARY SOHLBERG.625 MARQUETTE AVE,MAC N9311-161 MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | C/O MICHAEL F. DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE; RATE MORTGAGE LOAN TRUST, SERIES 2008-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| ZEPHYR RECOVERY 2004-1 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-1 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-1 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-2 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-2 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-2 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |

| Claim Name | Address Information |
|---|---|
| ZEPHYR RECOVERY 2004-3 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-3 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-3 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-A LP | DEUTSCHE BANK (CAYMAN), LTD ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-A LP | ZAIS GROUP, LLC ATTN: RUSSELL PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-A LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-B LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-B LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-C | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |

```
Total Creditor count  37
```

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| CHINATRUST COMMERCIAL BANK | ATTN: GRACE WU 16F., NO. 3, SUNG SHOU ROAD TAIPEI CITY 110 TAIWAN, PROVINCE OF CHINA |
| CHINATRUST COMMERCIAL BANK | C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| EASTON INVESTMENTS II, A CALIFORNIA L.P. | C/O COSTELL & CORNELIUS LAW CORPORATION ATTN: ALEXANDER IAN CORNELIUS 1299 OCEAN AVENUE, SUITE 400 SANTA MONICA CA 90401 |
| ETON PARK FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION FUND III, LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION FUND III, LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| SPCP GROUP L.L.C. | TRANSFEROR: RATIA ENERGIE AG AGENT FOR SILVER POINT CAPITAL FUND LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP L.L.C. | RONALD S. BEACHER DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP L.L.C. | HUNTON AND WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219-4074 |
| SPCP GROUP L.L.C. | HUNTON AND WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD RICHMOND VA 23219-4074 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS, SILVER POINT CAPITAL LP 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | ALLEN AND OVERY ATTN: VICTOR WAINGORT 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | INTER-AMERICAN DEVELOPMENT BANK ATTN: SOREN ELBECH 1300 NEW YORK AVENUE WASHINGTON DC 20577 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

Total Creditor count  26

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| ICCREA BANCA SPA | ATTN: CA LEGAL DEPARTMENT AVV. CLAUDIO CALASCIBETTA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ICCREA BANCA SPA | ALYSSA ENGLUND ORRICK, HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA SPA | ALYSSA ENGLUND, ESQ ORRICK HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: SUSANNE KOLDEWEY ATTN: DR. SASCHA LOTZE FRIEDRICHSWALL 10 HANNOVER 30159 GERMANY |

Total Creditor count  4

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| BG AMERICAS & GLOBAL LNG | DOUGLAS P. BARTNER & SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BG AMERICAS & GLOBAL LNG | ATTN: THOMAS A. SMITH, CHIEF COUNSEL 5444 WESTHEIMER, SUITE 1775 HOUSTON TX 77056 |
| BG AMERICAS & GLOBAL LNG | CHIEF COUNSEL THOMAS A. SMITH 5444 WESTHEIMER SUITE 1775 HOUSTON TX 77056 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT , LP AND | SILVER CAPITAL FUND POINT CAPITAL OFFSHORE FUND , LTD AS SUCCESSOR TO ROUND TABLE GLOBAL MULTI-STRATEGY MASTER FUND, LTD ATTN: BRIAN JARMAIN,TWO GREENWICH PLAZA GREENWICH CT 06830 |
| TELECOM ITALIA FINANCE SA | SIEGE SOCIAL ATTN: ANTONIO SICA, DIRECTOR 12, RUE EUGENE RUPPERT L-2453 LUXEMBOURG, B.P. L-2018 LUXEMBOURG |
| TELECOM ITALIA FINANCE SA | ORRICK HERRINGTON SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| TELECOM ITALIA FINANCE SA | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL TENOR CAPITAL MANAGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |

**Total Creditor count  9**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| IKB INTERNATIONAL SA | ATTN: WOLFGANG GUTH 12, RUE ERASME L-1486 LUXEMBOURG |
| IKB INTERNATIONAL SA | LOWENSTEIN SANDLER PC ATTN: CHRISTINE S. BOYLE 65 LIVINGSTON AVENUE ROSELAND NY 07068 |
| LINCORE LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| THE MORNINGSIDE MINISTRIES FOUNDATION, INC. | ATTN: JOAN DIXON, VICE-PRESIDENT OF FINANCE 700 BABCOCK ROAD SAN ANTONIO TX 78201 |

**Total Creditor count  4**

**EXHIBIT N**

| Claim Name | Address Information |
|---|---|
| INVESTCORP INTERLACHEN MULTI-STRATEGY | MASTER FUND LTD C/O SEWARD & KISSEL LLP,ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |

**Total Creditor count  1**

**EXHIBIT O**

| Claim Name | Address Information |
|---|---|
| AOZORA BANK LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI I-CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| AOZORA BANK LTD | WILLIAM SUGDEN ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| AOZORA BANK, LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI 1 CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK, LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDEN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S ATTANASIOM ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANSIO, ALEX R. ROVIRA 787 SEVENTH AVUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O NATIONAL CORPORATE RESEARCH 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | C/O CAPSTONE HOLDINGS GROUP, LLC 7 WORLD TRADE CENTER – ATTN: JEREMY HECKERLING 250 GREENWICH STREET, 30TH FLOOR NEW YORK NY 10007 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JAMES MCDONNELL ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPT, ATTN: MR. WU WEI, GNRL MNGR OF TRADING CTR,FINANCIAL MARKETS DEPT 8TH FLOOR, NO. 2 FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 100031 BEIJING 100031 CHINA |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPT, ATTN:MR. WU WEI, GNRL MNGR OF TRADING CTR,FINANCIAL MARKETS DEPT 8TH FLOOR, NO. 2, FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 10031 BEIJING 100031 CHINA |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: EXE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM L. ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| E-CAPITAL PROFITS LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

| Claim Name | Address Information |
| --- | --- |
| FEDERAL HOME LOAN BANK OF DES MOINES | ATTN: AARON B. LEE 801 WALNUT STREET, SUITE 200 DES MOINES IA 50309 |
| ICM BUSINESS TRUST | C/O IONIC CAPITAL MANAGEMENT LLC 366 MADISON AVENUE, 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK NY 10017 |
| ICM BUSINESS TRUST C/O IONIC CAPITAL MNGMNT LLC | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| LOEB ARBITRAGE B FUND LP | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE B FUND LP | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB ARBITRAGE FUND | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE FUND | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE B FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE B FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MITSUI & CO ENERGY RISK MANAGEMENT LTD | ATTN: KENGO IWAMOTO, CHIEF ADMINISTRATIVE OFFICER 5 ST. MARTIN'S COURT 10 PATERNOSTER ROW LONDON EC4M 7BB UNITED KINGDOM |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST 9 IEME ETAGE MONTREAL H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL QC H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| NATIONAL BANK OF CANADA | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | ATTN: BETSY REYNOLDS, ESQ. 1900 CRESTWOOD BLVD. BIRMINGHAM AL 35210 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | KIRSTEN HAMRAHI NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. C/O NEXSTAR CAPITAL PARTNERS, LLC 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| ROSS FINANCIAL CORPORATION | C/O DART MANAGEMENT LIMITED P. O. BOX 31363, 45 MARKET STREET, SUITE 3211, ATTN: MARK VANDEVELDE, CFA, DIRECTOR CAMANA BAY GRAND CAYMAN KY1-1206 CAYMAN ISLANDS |
| ROYAL CHARTER PROPERTIES - EAST, INC. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ROYAL CHARTER PROPERTIES - EAST, INC. | ATTN: MARK E. LARMORE 525 EAST 68TH STREET NEW YORK NY 10021 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYS LLC AS AGENT FOR SILVER POINT CAPITAL FUND,LP&SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL,LP ATN:ADAM J. DEPANFILIS, 660 STEAMBOAT ROAD GREENWICH CT 06830 |

| Claim Name | Address Information |
|---|---|
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC ATTN: ADAM J. DEPANFILIS SILVER POINT CAPITAL, LP 660 STEAMBOAD ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | ROPES & GRAY LLP ATTN: MARC HIRSCHFIELD, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| TRICADIA DISTRESSED AND | SPC SITUATIONS MASTER FUND LTD C/O MARINER INVESTMENT GROUP, INC.,ATTN:JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| TRICADIA DISTRESSED&SPC SITUATIONS MASTER FUND LTD | C/O TRICADIA CAPITAL MANAGEMENT LLC ATTN: JAMES E. MCKEE 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERRICK, GEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERICK, FEINSTEIN, LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA CA 93013 |

**Total Creditor count  63**