Subject: Lehman Letter
From:   Gavin Aslett (gaslett@yahoo.com)
To:     deanaslettstylist@yahoo.co.uk;
Date:   Sat, 28 May 2011 10:55:30


Gavin Aslett
32 Warwick Building
Chelsea Bridge Wharf
London
SW8 4NJ

e-mail:gaslett@yahoo.com

The Chambers of the Honorable James M. Peck
United States Bankruptcy Judge
Court Room 601
1 Bowling Green
New York
New York 10004
USA

28/05/11

Dear Sirs,
I was a full time employee for Lehman Brothers between October 2003 - May 2006.
I worked as a Multi Media Technician.
In that time I paid into the Lehman Pension scheme £50 a month.
30 months x £50 = £1500.
I also was treated badly by Lehman Brothers in that I was denied my
yearly bonus.
This was not correct and I feel that I'm owed £2000 for this point.
Apart from working daily between 6am - 6pm this was not reflected by the bank.

Kind Regards,

Gavin Aslett

