UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :    (Jointly Administered)
                          Debtors.                 :
                                                   :    Ref. Docket Nos. 18984, 19020,
                                                   :    19048, 19050, 19056, 19057, 19086,
                                                   :    19087, 19093, 19222, 19223, 19281,
                                                   :    19282, 19343, 19363-19367
------------------------------------------------------------x
                                                   :
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS SPECIAL FINANCING                  :    08-13888 (JMP)
INC.,                                              :    (Jointly Administered)
                          Debtors.                 :
                                                   :    Ref. Docket No. 275
                                                   :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
24th day of August, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

|   |   |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: ACTA ASSET MANAGEMENT ASA
      745 SEVENTH AVENUE
      NEW YORK NY 10019
```

Please note that your claim # 56953 in the above referenced case and in the amount of
    $15,598.05        has been transferred **(unless previously expunged by court order)**

```
      FIR TREE CAPITAL OPPORTUNITY MASTER FUND, LP
      TRANSFEROR: BARCLAYS BANK PLC
      C/O FIR TREE PARTNERS
      ATTN: BRIAN MEYER
      505 FIFTH AVE, 23RD FLOOR
      NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19048      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/22/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 22, 2011.

# EXHIBIT B

```
TIME: 19:53:44                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 08/22/11                                                    CREDITOR LISTING

Name                                          Address
BANK OF SCOTLAND PLC                          ATTN: OLIVER BASI 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM
BANK OF SCOTLAND PLC                          ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019
CITIBANK PRIVATKUNDEN AG & CO. KGAA           PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA           ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
CITIBANK, N.A., HONG KONG BRANCH              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019
CITIBANK, N.A., HONG KONG BRANCH              ATTN: SAMEER DESHPANDE 3 CHANGI BUSINESS PARK, CRESCENT, 8TH FLOOR SINGAPORE 486026
CITIGROUP GLOBAL MARKETS INC.                 10019PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY
CITIGROUP GLOBAL MARKETS INC.                 PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                 DOUGLAS R DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES ABERTO BPI ACCOES ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES BNP PARIBAS ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES BPI ABERTO VALORIZACAO ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES CENTRALCER ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES DO BANCO DO BRASIL ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES ENVC ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES EPAL ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES GESTNAVE ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES GRUPO GAS DE PORTUGAL ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES IAPMEI ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES ICP ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES JERONIMO MARTINS ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES PORTUCEL ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES SANOFI-AVENTIS ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES SOCITREL ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES SOGRAPE ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES SOREFAME ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES SYMINGTON ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES TEJO ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES UNICER ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES VISTA ALEGRE ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES ABERTO BPI SEGURANCA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH ATTN: MARK HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT SUISSE AG, HONG KONG BRANCH            TRANSFEROR: CITIBANK, N.A., HONG KONG BRANCH ONE RAFFLES LING UNITS 04-02 SINGAPORE 039393
CVI GVF (LUX) MASTER S.A.R.L.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                              SURREY KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: SABRETOOTH MASTER FUND LP ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB ENGLAND
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: SABRETOOTH MASTER FUND, LP ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB ENGLAND
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: ZURICH INVESTMENTS MANAGEMENT LTD (ABN 56063278400) C/O DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI
                                              60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG
ELLIOTT ASSOCIATES, L.P.                      TRANSFEROR: UNITED STATES DEBT RECOVERY V, LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL.
                                              NEW YORK NY 10019
FIR TREE CAPITAL OPPORTUNITY MASTER           TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
   FUND, LP
FUNDO DE PENSOES ABERTO BPI ACCOES            RUA BRAAMCAMP N 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES BNP PARIBAS                  RUA BAAMCAMP, N 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES BPI ABERTO VALORIZACAO       RUA BRAAMCAMP, N 11, 7. LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES CENTRALCER                   RUA BRAAMCAMP N 11, 7. LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES DO BANCO DO BRASIL           RUA BRAAMCAMP, N. 11,7. LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES ENVC                         RUA BRAAMCAMP, N. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES EPAL                         RUA BRAAMCAMP, N. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES GESTNAVE                     RUA BRAAMCAMP, N. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES GRUPO GAS DE PORTUGAL        RUA BRAAMCAMP, N. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES IAPMEI                       RUA BRAAMCAMP, N. 11, 7 LISBOA  1250-049 PORTUGAL

                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| FUNDO DE PENSOES ICP | RUA BRAAMCAMP, N. 11, 7 LISBOA 1250-049 PORTUGAL |
| FUNDO DE PENSOES JERONIMO MARTINS | RUA BRAAMCAMP, N. 11, 7 LISBOA 1250-049 PORTUGAL |
| FUNDO DE PENSOES PORTUCEL | RUA BRAAMCAMP, N. 11, 7 LISBOA 1250-049 PORTUGAL |
| FUNDO DE PENSOES SANOFI-AVENTIS | RUA BRAAMCAMP, N. 11, 7 LISBOA 1250-049 PORTUGAL |
| FUNDO DE PENSOES SOCITREL | RUA BRAAMCAMP, N. 11, 7 LISBOA 1250-049 PORTUGAL |
| FUNDO DE PENSOES SOGRAPE | RUA BRAAMCAMP, N. 11, 7 LISBOA 1250-049 PORTUGAL |
| FUNDO DE PENSOES SOREFAME | RUA BRAAMCAMP NO. 11, 7 LISBOA 1250-049 PORTUGAL |
| FUNDO DE PENSOES SYMINGTON | RUA BRAAMCAMP NO. 11, 7 LISBOA 1250-049 PORTUGAL |
| FUNDO DE PENSOES TEJO | RUA BRAAMCAMP NO. 11, 7 LISBOA 1250-049 PORTUGAL |
| FUNDO DE PENSOES UNICER | RUA BRAAMCAMP NO. 11, 7 LISBOA 1250-049 PORTUGAL |
| FUNDO DE PENSOS ABERTO BPI SEGURANCA | RUA BRAAMCAMP N 11, 7 LISBOA 1250-049 PORTUGAL |
| FUNDO DE PENSOES VISTA ALEGRE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA FORSTWALDSTR. 730 47804 KREFELD GERMANY |
| KINDOR, JUTTA | |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAURA L. TORRADO, ESQ. 623 5TH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| LMA SPC FOR AND ON BEHALF OF THE MAP84 SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN; LAURA L. TORRADO, ESQ. 623 5TH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANK OF SCOTLAND PLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| SABRETOOTH MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SABRETOOTH CAPITAL MANGEMENT LLC 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174 |
| SABRETOOTH MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) SABRETOOTH MASTER FUND, L.P. C/O SABRETOOTH CAPITAL MANAGEMENT, LLC 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174 |
| SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH | ATTN: HEAD OF OPERATIONS 1 RAFFLES QUAY #35-01 NORTH TOWER 048583 SINGAPORE |
| STATE STREET BANK AND TRUST COMPANY | TRANSFEROR: WELLINGTON TRUST COMPANY, N.A. ATTN: KEVIN COURTNEY 1 LINCOLN ST, SFC 32 BOSTON MA 02111 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: HARMONIC ALPHA PLUS GLOBAL CURRENCY FUND 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: HARMONIC CURRENCY MASTER FUND 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: HARMONIC DIVERSIFIED MASTER FUND 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| WELLINGTON TRUST COMPANY, N.A. | MULTIPLE COMMON TRUST FUNDS TRUST - COMMODITIES PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |

Total Number of Records Printed 76