# deminor

To:

(i) The Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York
New York 10004
United States of America



(ii) Weil Gotshal & Manges LLP
attn: Shai Waisman, Esq.
767 Fifth Avenue
New York
New York 10153
United States of America

(iii) The office of the United States trustee for the Southern District of New York
Attn: Andy Velez-Rivera , Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin,
Esq., and Tracy Hope Davis; Esq.
33 Whitehall Street, 21st Floor
New York
New York 10004
United States of America

(iv) Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq
1 Chase Manhattan Plaza
New York
New York 10005
United States of America

And copy to
United States Bankruptcy Court Southern District of New York
Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York
New York 10150-5076
United States of America

<u>**By registered mail only**</u>

Brussels, July 28th 2011

Dear Madam,
Dear Sir,

---

**Name of the Bankruptcy Court :** United States Bankruptcy Court Southern District of New York (hereafter referred to as the "**Bankruptcy Court**")

**Names of the Debtors :** Lehman Brothers Holdings Inc. and certain of its affiliates (hereafter referred to as the "**Debtors**")

**Case Number :** Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) (hereafter referred to as the "**Chapter 11 filing**")

**Claimants :** Mr. Lion, Andre, whose domicile is located at Gebroeders Van Raemdoncklaan 80, 2650 Edegem (Belgium) (hereafter referred as the "**Claimant**")

**Object of the present letter :** opposition to the disallowance of claim number **64605**

---

1.      We, as advisors to the Claimant, refer to the letter dated September 13th, 2010 sent by the attorneys to the Debtors, as enclosed (see Schedule 1) (hereafter referred to as the "**Objection**").

2.      As a preliminary comment, please kindly note that the Claimant (i) is a private individual, non-professional investor based in Belgium aged more than 70 years, (ii) is not familiar with insolvency procedures in the United States of America and (iii) was fully dependent on information and services provided by the bank where the Lehman Brothers security was held on a securities account.

A substantial amount of his liquid assets (USD 1,435,560.00 – hereafter referred as the "**Claim**") has been invested into structured bonds issued by Lehman Brothers Treasury Co BV (ISIN code: XS0168796653), a wholly owned subsidiary of the Debtors, and guaranteed by the Debtors. Please find enclosed (see Schedule 2) documents evidencing the materiality of the Claim.

Following the Chapter 11 filing by the Debtors on September 13th 2008, the Claimant has suffered dramatic losses on the aforementioned investment, which represents a substantial part of his retirement savings. Should the Bankruptcy Court disallow his Claim, please kindly understand that this would lead to extreme and painful consequences for the Claimant.

3.      We understand from the Objection that the Debtors request the Bankruptcy Court to expunge, reduce, reclassify, and/or disallow the Claim on the ground that said Claim would have been filed after the November 2, 2009 bar date (hereafter referred to as the "**Bar Date**").

4.      We vigorously oppose any disallowance of the Claim for the following reasons:

The bank of the Claimant had requested a blocking number from the clearing house for the security in due time, and the blocking number for this Claim is 6069255 (See Schedule 3). Therefore, the security was blocked before the Bar Date and there is no doubt as to the fact that the Claimant was owner of the Claim on the Bar Date and is still owner of the Claim as of today.

The bank on behalf of the Claimant did the filing of the Claim (hereafter referred to as the **"Proof of Claim"**), since he is a (private individual) non-professional investor of a certain age, unfamiliar with such kind of legal procedure, with indication of the blocking number and all other required information. The Proof of Claim was dated and signed on October 21st, 2009. The Claimant relied in good faith on its bank to file the Proof of Claim in a timely and correct manner. For reasons totally unknown to the Claimant, it is alleged that the Proof of Claim has been received on November 4th, 2009 (see Schedule 4) i.e. two days after the Bar Date.

We believe that the Claimant is fully acting in good faith and that the above circumstances constitute *"excusable neglect"* which justifies the Claim to be admitted to the Chapter 11 proceeding. We refer to the U.S. Supreme Court decision in Pioneer Investment Services Company v. Brunswick Associates LP, 507 U.S. 380 (1993), where the U.S. Supreme Court interpreted *"excusable neglect"* to be a flexible standard which can include *"inadvertence, mistake, or carelessness, as well as by intervening circumstances beyond the party's control."* Clearly, in the present case, the late filing is due to circumstances beyond the Claimant's control, which fall under the definition used by the Supreme Court. We therefore request the Court to admit the Claim.

5.      Please understand that unfortunately it is not possible for the Claimant to attend any hearing relating to that issue in New York, since he is based in Belgium and the costs and efforts to travel to New York will be unbearable for the Claimant. However, should you have any question on that matter, please do not hesitate to contact Mr. Edouard Fremault (Deminor International - edouard.fremault@deminor.com - + 32.2.674.71.10).

Sincerely yours,

Edouard Fremault                                    Charles Demoulin

Schedules:
1.      Letter dated September 13th 2010 sent by the attorneys of the Debtors.
2.      Documents evidencing the materiality of the Claim.
3.      Proof of Claim dated October 21st, 2009.
4.      Acknowledgement of receipt of proof of claim dated January 19th, 2010.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :        Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :        08-13555 (JMP)
:
Debtors.                                      :        (Jointly Administered)
:
---------------------------------------------------------------x

LBH OMNI42 09-13-2010 (MERGE2,TXNUM2) 4000111274 MAIL ID *** 0033298605 *** BSIUSE: 58

ANDRE, LION
GEBROEDERS VAN RAEMDONCKLAAN 80
EDEGEM, 2650 BELGIUM

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FORTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>ANDRE, LION<br>GEBROEDERS VAN RAEMDONCKLAAN 80<br>EDEGEM, 2650 BELGIUM | **Claim Number:**    64605 |
| | **Date Filed:**    11/4/2009 |
| | **Debtor:**    08-13555 |
| | **Classification and Amount:**    UNSECURED: $ 1,435,560.00 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 18, 2010 (the "Response Deadline").

   Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

   The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

   A hearing will be held on October 27, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

   If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

   You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

   If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

   If you have any questions about this notice or the Objection, please contact Debtors' counsel, Casey Burton, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: September 13, 2010
   New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION



SOUSCRIPTION DU 30/05/2003

30/05/2003    SOUSCRIPTION

1.167.000

EUR   OBW LEHMAN BROTHERS 03 CW      0,00 010610

BRUT   EUR   101,5 %

30/05/2003   B11531

130628/00

LIVRAISON SOUS VOTRE DEPOT

704767 15/05/2003          30/05/2003          EUROS

NET DEBIT   EUR   1.184.505,00

BRUT   EUR   1.184.505,00

SAISIE:   739 B1
35-▓▓▓▓▓-40-2
COMPTE OPTIFLEX
D29633

▓▓▓▓▓ /75/0
COMPTE TITRES

D29633
COURRIER A RETENIR
C/O BANQUE GENERALE DU LUXBG
BP SECRET. & MIDDLE OFFICE

**G** BANQUE GÉNÉRALE
DU LUXEMBOURG

BGL is part of Fortis

**Private Banking**

## *Private Banking Protected Note lié au*
## *"European Fundamental Values Portfolio"*

*Produit émis par Lehman Brothers et commercialisé
par la Banque Générale du Luxembourg – Banque Privée
Conditions définitives au 8 mai 2003
Version « Participation 157,5% / Coupon 0% »*

## Caractéristiques techniques

| | |
|---|---|
| *Forme légale* | *Euro Medium Term Note (EMTN) + Warrant* |
| *Emetteur EMTN* | *Lehman Brothers Treasury Co. B.V. (A2/A) (EMTN)* |
| *Emetteur Warrant* | *Lehman Brothers Finance S.A., garanti par Lehman Brothers Holdings Inc* |
| *Montant de l'émission* | *Min. 10.000.000 EUR* |
| *Coupures* | *1.000 EUR* |
| *Sous-jacent* | *European Fundamental Values Portfolio (voir annexe)* |
| *Prix d'émission* | *101,5%* |
| *Coupon* | *0,00%* |
| *Code interne BGL* | *130628/00* |
| *Niveau de départ* | *Moyenne des cours de clôture du 27, 28 et 29 mai 2003* |
| *Date de paiement* | *30/05/2003* |
| *Date d'observation finale* | *27/05/2010* |
| *Date de maturité* | *01/06/2010* |
| *Remboursement* | *100% du nominal + Payoff du Warrant* |
| *Payoff du Warrant* | *157,5% de la performance positive du portefeuille «European Fundamental Values» entre le niveau de départ et la date d'observation finale, sous réserve de la clause de «Volatility Allocation Provision»[(*)]* |
| *[(*)]Volatility Allocation Provision* | *Pour autant que la volatilité réalisée mobile sur 20 jours de EFV reste en dessous de 12,50%, le portefeuille sous-jacent reste investi à 100% dans la stratégie EFV. Dans le cas contraire, celui-ci se désinvestit au fur et à mesure que la volatilité réalisée croît pour investir en cash, avec pour conséquence une réduction de la volatilité liée au sous-jacent (et donc du risque).* |

| Volatilité Réalisée Mobile sur 20 jours | <12,5% | >12,5% et <13,5% | >13,5% et <14,5% | >14,5% et <15,5% | >15,5% et <16,5% | >16,5% et <17,5% | <17,5% et <20% | >20% et <25% | >25% et <30% | >30% et <50% | >50% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Proportion Investie dans EFV | 100% | 90% | 85% | 80% | 75% | 70% | 60% | 50% | 40% | 25% | 0% |
| Proportion Investie en Cash | 0% | 10% | 15% | 20% | 25% | 30% | 40% | 50% | 60% | 75% | 100% |

- pour information, la volatilité historique réalisée depuis octobre 2002 a toujours été <8.6%

**BANQUE GÉNÉRALE
DU LUXEMBOURG**
BGL is part of Fortis

*Private Banking*

### *Private Banking Protected Note lié au "European Fundamental Values Portfolio"*
*Produit émis par Lehman Brothers et commercialisé
par la Banque Générale du Luxembourg – Banque Privée
Conditions définitives au 8 mai 2003
Version « Participation 157,5% / Coupon 0% »*

## Définition

Les Private Banking Protected Notes sont des produits destinés aux investisseurs désireux de participer à la hausse d'actifs financiers tout en bénéficiant d'une garantie de remboursement du capital nominal à maturité.

## Conditions

Ce nouveau produit est lié à un portefeuille reproduisant une stratégie d'investissement innovatrice propre à Lehman Brothers, les «European Fundamental Values» (EFV), et offre une *participation de 157,5% à la hausse* du portefeuille sous-jacent, tout en assurant un remboursement au *minimum de 100%* du capital nominal investi à l'échéance.

## European Fundamental Values : un investissement «market neutral» et «style neutral»

- La stratégie European Fundamental Values est une sélection d'actions se basant aussi bien sur des critères de «VALUE» que de «MOMENTUM» (deux styles de gestion d'actifs), et ce au sein de 11 secteurs distincts.
- Les actions combinant de bons indicateurs pour les deux critères constituent un panier «long» (acheté), celles combinant de mauvais indicateurs pour les deux critères sont intégrées dans un panier «short» (vendu) : cette méthodologie permet de générer des plus-values aussi bien dans des marchés baissiers que haussiers (market neutral). (voir exemple en annexe)
- Les résultats historiques de cette stratégie sont excellents :

  ❖ rendement de 20,9% p.a. depuis 1997, de 11,9% p.a. depuis 1991 (au 1ᵉʳ jan. 2003)
  ❖ stabilité : depuis la publication des portefeuilles EFV par Lehman Brothers (1999), un seul trimestre avec performance négative.



Evolution du portefeuille EFV (1991 = 100)

Années

**G** BANQUE GÉNÉRALE
DU LUXEMBOURG

BGL is part of Fortis

**Private Banking**

# "European Fundamental Values Portfolio"

### Processus de sélection des paniers d'actions :

Le choix se porte tout d'abord sur les 300 actions ayant la plus grosse capitalisation boursière du FTSE World Europe Index (actions européennes). Ceci assure une liquidité suffisante sur les marchés ainsi qu'une plus grande fiabilité des informations obtenues sur les actions concernées.
Ensuite, les 300 actions sont réparties dans les 11 secteurs selon le classement du FTSE. Les secteurs seront équipondérés.

Au sein de chaque secteur, les actions sont classées selon 2 critères :

**«VALUE» : évaluation fondamentale de la société :** valorisation boursière de la société comparée à sa situation bénéficiaire. Les 50 premiers pourcents de ce classement constitueront les actions considérées comme «chères» selon ce critère «VALUE» ; les autres 50% comme «bon marché».

**«MOMENTUM» : opportunité d'achat :** classement des révisions de prévisions de bénéfices annuels par action (EPS) selon IBES, du plus grand changement positif au plus petit. Le top 50% de ce classement (les plus fortes révisions bénéficiaires à la hausse) sera considéré comme l'ensemble des actions ayant les meilleures opportunités d'achat du moment pour le critère «MOMENTUM».

Les actions présentant la meilleure combinaison des deux critères cités ci-dessus constitueront le panier d'actions «long». A contrario, les actions ayant la plus mauvaise combinaison des critères feront partie du panier d'actions «short» (voir exemple ci-dessous).

Cette stratégie comporte deux avantages qui méritent d'être soulignés :
- ◆ la gestion est quasi-automatisée et donc non liée aux compétences d'un gestionnaire particulier
- ◆ il existe une possibilité de gains quelle que soit la tendance générale du marché (haussière ou baissière)

Enfin, rappelons que le *Private Banking Protected Note lié au "European Fundamental Values Portfolio"* garantit le capital à maturité.

## Stratégie "long/short" ? Exemple

En achetant des actions BMW pour une valeur de 1000 EUR et en vendant en même temps à découvert des actions VW préalablement empruntées pour une même valeur de 1000 EUR, on s'attend à une meilleure performance de BMW par rapport à VW, ceci indépendamment de l'évolution du marché.
Comme le gestionnaire a engagé +1000 EUR dans BMW et – 1000 EUR dans VW, il a une exposition neutre au marché des actions en général et au secteur de l'automobile en particulier. En cas de baisse générale du marché (p.ex.–16%), cette stratégie se révèlera un succès si l'action BMW baisse moins (p.ex.–15%) que l'action VW (p.ex.–25%), ce que prévoit le gestionnaire.

Le tableau ci-dessous illustre de manière chiffrée le phénomène de «surperformance».

| | NIVEAU DEPART | NIVEAU FINAL | PERFORMANCE |
|---|---|---|---|
| BMW | 100 | 85 | -15 % |
| VW | 100 | 75 | -25 % |
| LONG BMW/SHORT VW | 100- 100 = 0 | 85-75 = 10 | +10 % |



Monsieur André Lion

Gebroeders van Raemdoncklaan 80

2650 Edegem

64




**BNP PARIBAS FORTIS**
**PRIVATE BANKING**

## Private Portfolio
## 30 juin 2010



**BNP PARIBAS FORTIS**
**PRIVATE BANKING**

| | |
|---|---|
| Référence: | 3019877P |
| Date: | 30/06/2010 |
| Concerne: | Valorisation trimestrielle de votre portefeuille |

Cher Monsieur,

Nous avons le plaisir de vous transmettre ci-joint le rapport relatif à la valorisation de votre portefeuille au 30 juin 2010.

Au cours du deuxième trimestre de l'année en cours, les soucis relatifs à la gestion de l'envolée de la dette publique des pays dits « de la périphérie » (Portugal, Irlande, Grèce et Espagne) ont provoqué un refroidissement du climat financier. Que faut-il penser de ce regain de volatilité qui caractérise actuellement les marchés boursiers ? Vous trouvez, chaque mois, de plus amples informations sur la situation économique actuelle et sur les perspectives des marchés dans notre bulletin mensuel « Invest News ».

Au cas où vous souhaiteriez des renseignements complémentaires relatifs à votre portefeuille, nous vous prions de prendre contact avec Private Banker ou votre interlocuteur habituel.

Nous vous remercions pour la confiance que vous nous témoignez et vous prions d'agréer, cher Monsieur, l'expression de notre considération distinguée.

Stefan Van Geyt,

Director Investment Services

Luc Leclere,

Director Private Banking

Ce document reprend la valorisation de votre portefeuille. Il vous est également communiqué en tant que relevé des valeurs sur le compte-titres qui y est lié. La valorisation des positions est basée sur les derniers cours connus à la date de l'impression. Sauf opposition de votre part formulée dans les 30 jours suivant la date d'envoi de la présente, nous considérons le relevé comme approuvé. Si vous avez des ... adressées sous pli fermé au département Investigation, Montagne du Parc, 3 à 1000

Contrat        3019877P
Profil de risque    Dynamic With Hedge Funds
Devise de référence  EUR
Situation au    30/06/2010
Page        1 / 11

## egic Asset Allocation

s le 1er novembre 2007, une directive européenne impose aux banques d'offrir et de fournir à leurs clients investisseurs une meilleure protection ainsi e information plus détaillée sur leur portefeuille.

t déjà notre engagement depuis longtemps puisque BNP Paribas Fortis veille à vous donner des conseils personnalisés lorsque vous effectuez vos nents. Grâce au profil que vous nous avez décrit, nous avons pu mettre en place une stratégie d'investissement qui vous convient au mieux et qui d à vos objectifs.

leau ci-dessous vous montre en un coup d'œil la situation actuelle de votre portefeuille  et les bornes minimum et maximum  du portefeuille de nce lié à votre profil.

| Classe de l'actif | Votre Portefeuille | Min Bande | Max Bande |
|---|---|---|---|
| Actions | 3,37% | 30,00% | 90,00% |
| Obligations | 0,00% | 6,00% | 18,00% |
| Placements alternatifs | 0,00% | 0,00% | 30,00% |
| Liquidités | 19,12% | 0,00% | 30,00% |

de la situation de votre portefeuille au 30/06/2010, nous constatons que sa composition ne correspond plus au profil de risque initialement choisi tel pris dans votre contrat de gestion. Nous tenions à vous en informer.

s souhaitez remettre votre portefeuille en ligne avec votre profil ou si des éléments nouveaux vous amènent à penser que votre profil devrait être mis , n'hésitez pas à contacter votre gestionnaire de portefeuille.

Contrat  30198777F
Profil de risque   Dynamic With Hedge Funds
Devise de référence  EUR
Situation au  30/06/2010
Page  2 / 11

## Caractéristiques du portefeuille

| Type de gestion | Private Asset Consulting |
| Profil de risque | Dynamic With Hedge Funds |
| Devise de référence | EUR |

## Evolution du return sur la période du 19/10/2004 au 30/06/2010

| Année | Valeur en EUR | Return périodique |
|---|---|---|
| 2004 | 19 985,00 | 0,00% |
| 2005 | 1 546 051,69 | 3,43% |
| 2006 | 1 531 763,36 | -0,92% |
| 2007 | 1 271 219,60 | -1,66% |
| 2008 | 144 449,25 | -73,36% |
| 2009 | 146 284,29 | 1,27% |
| Return depuis le 31/12/2009 | | 0,10% |



Contrat 3019877P
Profil de risque Dynamic With Hedge Funds
Devise de référence EUR
Situation au 30/06/2010
Page 3 / 11

## ...te Banking Service Offering - synthèse

### position du portefeuille



|  |  |  |
|---|---|---|
| ■ | Capital Growth | 3,37% |
| ☐ | Income/Preservation | 77,51% |
| ☐ | Capital Protection | 19,12% |

### ...ervation du capital

|  |  |  |
|---|---|---|
| Capitaux en Income/Preservation | 113 500,00 |  |
| Capitaux en Capital Protection | 27 996,31 |  |
| Total de ces 2 parties | 141 496,31 |  |

### Evolution du portefeuille du 31/12/2009 au 30/06/2010

| | |
|---|---|
| A. Valeur du portefeuille en début de période (*) | 146 284,29 |
| B. + Solde net des apports / retraits | 0,00 |
| C. Valeur en gestion (A+B) | 146 284,29 |
| D. Valeur du portefeuille en fin de période | 146 430,99 |
| E. Résultat net (D-C) | 146,70 |
| Return depuis le 31/12/2009 | 0,10% |

### Revenus

| Ventilation des revenus | EUR | non EUR |
|---|---|---|
| Coupons | 0,00 | 0,00 |
| Dividendes | 58,05 | 0,00 |
| Intérêts | 71,36 | 0,00 |
| Total | 129,41 | |

| orie | Abréviation | % EUR | % GBP | % CHF | % USD | % JPY | % Divers | en % | totaux | en EUR |
|---|---|---|---|---|---|---|---|---|---|---|
| ...preneurial Ambition | EA | | | | | | | 0,00 | | 0,00 |
| ...al Growth | CG | 3,37 | | | | | | 3,37 | | 4 934,68 |
| ...ne/Preservation | IP | 77,51 | | | | | | 77,51 | | 113 500,00 |
| ...al Protection | CP | 19,12 | | | | | | 19,12 | | 27 996,31 |
| | O | | | | | | | 0,00 | | 0,00 |
| du portefeuille | | 100,00 | | | | | | 100,00 | | 146 430,99 |

28.312,29 EUR en cash

Contrat 3019877P
Profil de risque Dynamic With Hedge Funds
Devise de référence EUR
Situation au 30/06/2010
Page 4 / 11

# Synthèse - catégories d'actifs

| | | Europe | Amérique du Nord | Developed Asia | Marchés émergents | Divers |
|---|---|---|---|---|---|---|
| Actions | en % | 3,37 | | | | |
| | en EUR | 4 934,68 | | | | |
| Liquidités | | EUR | Devises étrangères | Liquidités - Divers | | |
| | en % | 19,12 | | | | |
| | en EUR | 27 996,31 | | | | |
| | en % | 77,51 | | | | |
| | en EUR | 113 500,00 | | | | |
| Divers | en % | | | | | |
| | en EUR | | | | | |
| Total | en % | | | | | |
| | en EUR | | | | | |



Contrat                 3019877P
Profil de risque        Dynamic With Hedge Funds
Devise de référence     EUR
Situation au            30/06/2010
Page                    5 / 11

## Répartition de la partie actions

■ Europe          100.00%

## rtition du portefeuille total par catégories d'actifs

■ Actions          3.37%
□ Liquidités       19.12%
□ Divers           77.51%

Contrat          3019877P
Profil de risque      Dynamic With Hedge Funds
Devise de référence     EUR
Situation au      30/06/2010
Page          6 / 11

## Synthèse actions

| Secteur / Région | | Europe | Amérique du Nord | Developed Asia | Marchés émergents | Divers |
|---|---|---|---|---|---|---|
| Consumer discretionary | en % | | | | | |
| | en EUR | | | | | |
| Consumer staples | en % | | | | | |
| | en EUR | | | | | |
| Energy | en % | | | | | |
| | en EUR | | | | | |
| Financial Services | en % | | | | | |
| | en EUR | | | | | |
| Health care | en % | | | | | |
| | en EUR | | | | | |
| Industrials | en % | | | | | |
| | en EUR | | | | | |
| Materials | en % | 100,00 | | | | |
| | en EUR | 4 934,68 | | | | |
| Information Technologies | en % | | | | | |
| | en EUR | | | | | |
| Telecom Services | en % | | | | | |
| | en EUR | | | | | |
| Utilities | en % | | | | | |
| | en EUR | | | | | |
| Multisectoriel | en % | | | | | |
| | en EUR | | | | | |
| Others | en % | | | | | |
| | en EUR | | | | | |
| Total | en % | 100,00 | | | | |
| | en EUR | 4 934,68 | | | | |

Contrat 3019877P
Profil de risque Dynamic With Hedge Funds
Devise de référence EUR
Situation au 30/06/2010
Page 7/11

hèse actions (suite)

Répartition des actions par secteur et zone géographique (en %)



Europe

Materials

# Positions en actions

Contrat 3019877P
Profil de risque Dynamic With Hedge Funds
Devise de référence EUR
Situation au 30/06/2010
Page 8 / 11

| Nombre / Nominal | Dénomination | Catégorie PBSO | Secteur | Cours moyen d'achat (Net) | Dernier cours | Devise | Date cours | Investissement net en EUR | Valeur actuelle en EUR | Pond. Catég. % | Po |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Europe** | | | | | | | | | | | |
| 172,00 | ARKEMA | CG | Materials | 0,11 | 28,69 | EUR | 30/06/2010 | **18,15** 18,15 | **4 934,68** 4 934,68 | **100,00** 100,00 | |
| **Total** | | | | | | | | **18,15** | **4 934,68** | **100,00** | |

Contrat  3019877P
Profil de risque  Dynamic With Hedge Funds
Devise de référence  EUR
Situation au  30/06/2010
Page  9 / 11

## ...tions en liquidités

| vise | Type de compte | Catégorie PBSO | Montant nominal | Date d'échéance | Durée de placement | Taux | Valeur actuelle en EUR hors int. courus | Intérêts courus net en EUR | Valeur actuelle en EUR | Pond. Catég % | Pond. Ptf % |
|------|----------------|----------------|-----------------|-----------------|--------------------|------|------------------------------------------|-----------------------------|-------------------------|---------------|-------------|
| JR | Compte d'épargne | CP | 27 935,50 | | | | 58,05 | 2,76 | 27 996,31 | 100,00 | 19,12 |
| | | | | | | | | | 27 935,50 | 99,78 | 19,08 |
| JR | Private Deposit Account | CP | 58,05 | | | | 58,05 | 2,76 | 60,81 | 0,22 | 0,04 |
| | | | | | | | 58,05 | 2,76 | 27 996,31 | 100,00 | 19,12 |

## ...tions en divers

| mbre / ominal | Dénomination | Catégorie PBSO | Cours moyen d'achat (Net) | Dernier cours | Devise | Date cours | Investissement net en EUR | Valeur actuelle en EUR | Pond. Catég % | Pond. Ptf % |
|---------------|--------------|----------------|----------------------------|---------------|--------|------------|----------------------------|-------------------------|---------------|-------------|
| 35,00 | LEHMAN BROTH.T 03 | 0,00 010610 | IP | 959,28 | 100,00 | EUR | 02/06/2010 | 1 088 782,80 | 113 500,00 | 100,00 | 77,50 |
| | | | | | | | | 1 088 782,80 | 113 500,00 | 100,00 | 77,50 |

Contrat 3019877P
Profil de risque Dynamic With Hedge Funds
Devise de référence EUR
Situation au 30/06/2010
Page 10 / 11

## Historique des opérations du 30/12/2009 au 30/06/2010

| Date de décompte | Type | Nombre / Nominal | Nom | Code / Compte | Cours | Valeur en devise | Valeur en EUR | Résultat en devise | Résultat en |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/2010 | Intérêts | 71,36 | EUR | 035-7130334-02 | 1,00 EUR | 71,36 EUR | 71,36 | | |
| 08/01/2010 | Commission de gestion | 151,25 | EUR | 001-4384437-16 | 1,00 EUR | 151,25 EUR | 151,25 | | |
| 08/01/2010 | Droits de garde | 71,38 | EUR | 001-4384437-16 | 1,00 EUR | 71,38 EUR | 71,38 | | |
| 14/01/2010 | Transfer Cash | 222,63 | Compte d'épargne | Compte à vue | 1,00 EUR | 222,63 EUR | 222,63 | | |
| 12/04/2010 | Commission de gestion | 151,25 | EUR | 001-4384437-16 | 1,00 EUR | 151,25 EUR | 151,25 | | |
| 12/04/2010 | Droits de garde | 71,52 | EUR | 001-4384437-16 | 1,00 EUR | 71,52 EUR | 71,52 | | |
| 15/04/2010 | Transfer Cash | 222,77 | Compte d'épargne | Compte à vue | 1,00 EUR | 222,77 EUR | 222,77 | | |
| 09/06/2010 | Dividende | 172,00 | ARKEMA | FR0010318833 | 0,60 EUR | 58,05 EUR | 58,05 | | |

Contrat 3019877P
Profil de risque Dynamic With Hedge Funds
Devise de référence EUR
Situation au 30/06/2010
Page 11 / 11

## Commentaires

- Le tableau "Private Banking Service Offering" a pour seul but de classer les différentes catégories d'investissement en fonction des besoins financiers définis par BNP Paribas Fortis Private Banking et est purement illustratif. Dès lors, la terminologie utilisée ne peut être interprétée comme un engagement ou une garantie de la part de BNP Paribas Fortis Private Banking quant à la performance des investissements sous-jacents. En effet, les placements comportent toujours des risques (risque de change, risque de défaut...), même ceux catalogués dans la catégorie Income/Preservation ou Capital Protection.

- La valorisation des positions se base sur les derniers cours connus à la date d'établissement de ce rapport. Dans le tableau détaillé 'Positions en actions', les frais d'achat sont inclus dans le 'cours moyen d'achat'. Dans le tableau détaillé 'Historique des opérations', le 'cours' est hors frais.

le change

| Devise | 1 EUR |
| --- | --- |
| Europe | |
| EUR | 1,00000 |

*C/edic le 30 oct 2008*

| | |
|---|---|
| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| Note: This form may not be used to file claims other than those<br>based on Lehman Programs Securities as listed on<br>http://www.lehman-docket.com as of July 17, 2009 | **THIS SPACE IS FOR COURT USE ONLY** |

Name and address of Creditor: (and name and address where notices should be sent if different from
Creditor: MR LEON ANDRE
GEBROEDERS VAN RAEMDONCKLAAN 80
2650 EDEGEM
BELGIUM

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: 32477467578 Email Address:

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number: _____    Email Address: _____

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 1.435.560 _____ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0169028700 _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

6069955
(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers. 22859

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| | |
|---|---|
| Date:<br>october<br>21st<br>2009. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*ALeon*

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity who owes a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P  646 282 2500   F  646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

# epiq
### SYSTEMS



MAILID *** 0008274846 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000111274 ****

ANDRE, LION
GEBROEDERS VAN RAEMDONCKLAAN 80
EDEGEM, 2650 BELGIUM

January 19, 2010

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq
Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN
BROTHERS HOLDINGS INC. case. It is also publically available at the following website address:
http://chapter11.epiqsystems.com/LBH.  To ensure that your claim has been recorded correctly, please
review the following information:

Debtor:              LEHMAN BROTHERS HOLDINGS, INC.
Case Number:         08-13555
Creditor:            ANDRE, LION
Date Received:       11/04/2009
Claim Number:        64605

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim
is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed
above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page,
type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY
IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information
used to distinguish or trace an individual's identity, such as their social security number, biometric
records, drivers license number, account number, credit or debit card number (including any
passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or
identifying information which is linked or linkable to a specific individual, such as date and place
of birth, mother's maiden name,etc.**

**The Proof of Claim Form allows for redacted documents.  If you identify any PII in your filed
claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at
http://www.epiq11.com/contact.aspx so we may assist you in redacting this information.  Please be
sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 18, 2010 (the "Response Deadline").

        Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

        The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

        A hearing will be held on October 27, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

        If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

        You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

        If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

        If you have any questions about this notice or the Objection, please contact Debtors' counsel, Casey Burton, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  September 13, 2010
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION