David Dunn
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

and

Stuart G. Stein
Craig H. Ulman
Khang V. Tran
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 673-5910

*Attorneys for Westernbank Puerto Rico*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

# NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Hogan Lovells US LLP f/k/a Hogan & Hartson L.L.P. hereby requests the withdrawal of its appearance on behalf of Westernbank Puerto Rico.

3291385v1

Dated: August 25, 2011
      New York, New York

**HOGAN LOVELLS US LLP**

By: /s/ David Dunn
David Dunn
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Stuart G. Stein
Craig H. Ulman
Khang V. Tran
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5610

*Attorneys for Westernbank Puerto Rico*