WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )   s.s.:
NEW YORK COUNTY      )

Michael J. Lonie, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 23rd day of August, 2011, I caused a copy of the *Reply of the Ad Hoc Group of Lehman Brothers Creditors to Objections to Approval of Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan* [Dkt. No. 19452] to be served via UPS overnight mail on the attached service list.

                                                     */s/ Michael J. Lonie*
                                                     Michael J. Lonie

Sworn to before me the 25th day of August, 2011

*s/ Patricia A. Ashman*
Patricia A. Ashman
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014.

NEWYORK 8178084 (2K)

## SERVICE LIST

Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Andrew D Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq

Milbank, Tweed, Hadley & Mccloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Dennis Dunne
Wilbur Foster, Jr
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000
Thomas J. Moloney
Sean A. O'Neal

Tom Tewalt
14451 S. Hawthorne Ct.
Oregon City, Oregon 97045

Gary A. Cutler
40 College Street Suite 302
Burlington, Vermont 05401

Bingham McCutchen LLP
One Federal Street
Boston, MA 02110
(617) 951-8000
Sabin Willett
Andrew Phelan
Evan Benanti
Eric Heining

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000
Kenneth A. Kopelman
Joshua Dorchak

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000
Irena Goldstein

Dewey & LeBoeuf LLP
333 N. Grand Avenue
Los Angeles, CA 90021
(213) 621-6000
Bruce Bennett

Day Pitney LLP
One Audubon Street
New Haven, CT 06511
(203) 752-5000
Joshua Cohen
James Tancredi

Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31 FL
New York, NY 10022
(212)-277-4000
Walter B. Stuart
Patrick D. Oh

Vinson & Elkins LLP
666 Fifth Avenue, 26 FL
New York, NY 10103
Jane Lee Vris
Steven M. Abramowitz

Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212)-506-2500
Jeffrey Tougas

Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212)-506-2500
Brian Trust

Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212)-506-2500
Howard Belzer

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1978
Richard Levin

Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue, 18 Fl
New York, NY 10176
(212) 986-6000

Wilmer Cutler Pickering Hale And Dorr LLP
399 Park Avenue
New York, NY
10022
(212) 937-7232

NEWYORK 8178084 (2K)

2

Philip D. Anker

Covington & Burling LLP  
The New York Times Building  
620 Eighth Avenue  
New York, NY 10018  
(212) 841-1000  
Michael B. Hopkins  
Susan Power Johnston  
Martin E. Beeler  
Amanda Raboy  

Schulte Roth & Zabel LLP  
919 Third Avenue  
New York, NY 10022  
(212) 756-2000  
Lawrence Gelber  

Anchorage Capital Group LLC  
610 Broadway, 6 FL  
New York, NY 100012  
(212) 432-4600  

Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036  
(212) 872-1000  
Michael Stamer  

Brown Rudnick LLP  
One Financial Center  
Boston, MA 02111  
(617) 856-8200  
Steven Levine  

Stutman, Treister & Glatt Professional Corporation  
1901 Avenue of the Stars, 12 Fl  
Los Angeles, CA 90067  
(310) 228-5600  
Issac M. Pachulski  
Jeffrey H. Davidson  

Susman Godfrey LLP  
654 Madison Avenue  
New York, NY 10065  
(212) 336-8330  
Stephen D. Susman  
Drew D. Hansen  

Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000  
Kenneth S. Ziman  
Max S. Polonsky  

Lowenstein Sandler PC  
1251 Avenue of the Americas, 18 FL  
New York, NY 10020  
(212) 262-6700  
Michael S. Etkin  
Scott Cargill  
Erin S. Levin  

Gibson, Dunn & Crutcher LLP  
200 Park Avenue  
New York, NY 10166  
(212) 351-4000  
Michael A. Rosenthal  
Matthew K. Kelsey  

Linda Neufeld  
105-5070 Upland Drive Suite 271  
Nanaimo BC  
Canada V9T 6N1  

Venable LLP  
Rockefeller Center  
1270 Avenue of the Americas, 24 Fl  
New York, NY 10020  
(212) 307-5500  
Carollynn H.G. Callari  

Davis, Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY 10017  
(212) 450-4000  
Marshall Huebner  

Linklaters LLP  
1345 Avenue of the Americas  
New York, NY 10105  
(212) 903-9010  
Martin Flics  

Cadwalader, Wickersham & Taft LLP  
One World Financial Center  
New York, NY 10281  
(212) 504-6000  
Howard Hawkins  

Latham & Watkins LLP  
885 Third Avenue  
New York, NY 10022  
(212) 906-1200  
Mark A. Broude  
Blair Connelly  

Paul, Hastings, Janofsky & Walker LLP  
Park Avenue Tower  
75 E. 55th Street, 1 Fl  
New York, NY 10022  
(212) 318-6000  
Luc A. Despins  
Bryan R. Kaplan  

Whiteford Taylor & Preston LLP  
7 St. Paul Street  
Baltimore, MD 21202  
(410) 347-8700  
Brent C. Strickland  
Dennis J. Shaffer

08-13555-mg    Doc 19492    Filed 08/25/11    Entered 08/25/11 11:06:20    Main Document
Pg 4 of 4

NEWYORK 8178084 (2K)