Charles R. Eskridge III (*pro hac vice* pending)
William R. H. Merrill (*pro hac vice* pending)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street – Suite 5100
Houston, TX 77002-5096
(713) 651-9366
Fax: (713) 654-6669

Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340

*Conflicts Counsel for the Joint Administrators*
*of the UK Administration Companies*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as Conflicts Counsel for the Joint Administrators of the UK Administration Companies in the above-captioned chapter 11 cases (the "**Cases**") of Lehman Brothers Holdings, Inc. and its debtor affiliates (collectively, the "**Debtors**"), and requests as provided in section 1109(b) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") and Federal Rules of Bankruptcy

1652641v1

Procedure 2002, 9007, and 9010(b) (the "**Bankruptcy Rules**") that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

> Charles R. Eskridge III (*pro hac vice* pending)
> William R. H. Merrill (*pro hac vice* pending)
> SUSMAN GODFREY L.L.P.
> 1000 Louisiana Street – Suite 5100
> Houston, TX 77002-5096
> (713) 651-9366
> Fax: (713) 654-6669
> ceskridge@susmangodfrey.com
> wmerrill@susmangodfrey.com
>
> Suyash Agrawal (SA-2189)
> SUSMAN GODFREY L.L.P.
> 560 Lexington, 15th Floor
> New York, NY 10022
> (212) 336-8330
> Fax: (212) 336-8340
> E-mail: sagrawal@susmangodfrey.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by electronic mail, postal delivery, overnight courier, telephone, fax, or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of the Noticing Party to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of: (i) the Noticing Party's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the Noticing Party's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Noticing Party's right to seek abstention pursuant to section 305 of the Bankruptcy Code or to have the reference withdrawn by the District Court in any matter subject to mandatory or

discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Noticing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Noticing Party expressly reserves.

New York, New York

DATED: August 25, 2011

SUSMAN GODFREY L.L.P.

By: */s Suyash Agrawal*
      Suyash Agrawal

560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340
sagrawal@susmangodfrey.com

*Conflicts Counsel for the Joint Administrators of the UK Administration Companies*

1652641v1