Charles R. Eskridge III (*pro hac vice* pending)
William R. H. Merrill (*pro hac vice* pending)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street – Suite 5100
Houston, TX 77002-5096
(713) 651-9366
Fax: (713) 654-6669

Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340

*Conflicts Counsel for the Joint Administrators
of the UK Administration Companies*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

    Debtors.

: Chapter 11 Case No.
:
: 08-13555 (JMP)
:
: (Jointly Administered)
:
:
:

------------------------------------- x

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK  )
          ) ss.
COUNTY OF NEW YORK )

  SUYASH AGRAWAL, being duly sworn, deposes and says:

  1.  I am over the age of eighteen years and employed by Susman Godfrey LLP, 560 Lexington Avenue, 15th Floor, New York, NY 10022, and I am not a party to the above-captioned action.

2. On August 25, 2011, I caused to be served a true and correct copy of the Notice of Appearance dated August 25, 2011 [Docket No. 19493] to be delivered via first class mail to those parties listed on the annexed Exhibit A.

/s/ Suyash Agrawal
Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340

Sworn to before me this
25th day of August, 2011
/s/ Damian Smith
Damian Smith
Notary Public, State of New York
No. 01SM6169097
Qualified in New York County
Commission Expires June 18, 2015

1654749v1

# EXHIBIT A

1654749v1

## Service List

Dennis F. Dunne, Esq.
Milbank, Tweed,
Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Hon. James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Andrea B. Schwartz, Esq.
Office of the United States Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

1654749v1