B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Gruss Global Investors Master Fund Ltd.
Name of Transferee

Name and Address where notices to transferee should be sent:
Gruss Global Investors Master Fund Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, New York, NY 10065
Attn: Michael Monticciolo

Phone: (212) 668-1500
Last Four Digits of Acct #: ____________

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 668-1500
Last Four Digits of Acct #: ____________

JPMorgan Chase Bank, N.A.
Name of Transferor

Court Claim # (if known): 66655
Amount of Claim: $3,913,600.00
Date Claim Filed: 05/20/2010

Phone: (212) 623-1997
Last Four Digits of Acct. #: ____________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Gruss Global Investors Master Fund Ltd.
By: [signature] Date: 08/22/2011
Transferee/Transferee's Agent
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner
By: Michael Monticciolo, Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B1**

**PARTIAL EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to GRUSS GLOBAL INVESTORS MASTER FUND LTD., with offices located at c/o Gruss Asset Management, L.P., Attn: Michael Monticciolo, 667 Madison Avenue, New York, NY 10065 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $3,913,600.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66655 which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Seller as evidenced at docket No. 10219 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29th day of October ___, 2010.

JPMORGAN CHASE BANK, N.A.

By:________________________
(Signature of authorized corporate officer)

Name:________________________
Title:________________________
Tel.:________________________

GRUSS GLOBAL INVESTORS MASTER FUND, LTD.
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Co., LLC, its General Partner

Signature:________________________
(Signature of authorized corporate officer)
Name: Michael Monticciolo
Title: Manager
Tel.: 212-688-1500

**EXHIBIT B1**

**PARTIAL EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to GRUSS GLOBAL INVESTORS MASTER FUND LTD., with offices located at c/o Gruss Asset Management, L.P., Attn: Michael Monticciolo, 667 Madison Avenue, New York, NY 10065 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $3,913,600.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66655 which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Seller as evidenced at docket No. 10219 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21th day of October ___, 2010.

JPMORGAN CHASE BANK, N.A.

By: [signature]
(Signature of authorized corporate officer)

Name: Dorian Herrera
Title: Authorized Signatory
Tel.: ____________

GRUSS GLOBAL INVESTORS MASTER FUND, LTD.
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Co., LLC, its General Partner

Signature: ____________
(Signature of authorized corporate officer)
Name: Michael Monticciolo
Title: Manager
Tel.: 212-688-1500

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Special Financing Inc., Case No. 08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Gruss Global Investors Master Fund Ltd.
Name of Transferee

Name and Address where notices to transferee should be sent:
Gruss Global Investors Master Fund Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, New York, NY 10065
Attn: Michael Monticciolo

Phone: (212) 668-1500
Last Four Digits of Acct #: ____________

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 668-1500
Last Four Digits of Acct #: ____________

JPMorgan Chase Bank, N.A.
Name of Transferor

Court Claim # (if known): 66653
Amount of Claim: $3,913,600.00
Date Claim Filed: 05/20/2010

Phone: (212) 623-1997
Last Four Digits of Acct. #: ____________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Gruss Global Investors Master Fund Ltd.
By: [signature]
Transferee/Transferee's Agent
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner
By: Michael Monticciolo, Authorized Signatory

Date: 08/22/2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B2**

**PARTIAL EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to GRUSS GLOBAL INVESTORS MASTER FUND LTD., with offices located at c/o Gruss Asset Management, L.P., Attn: Michael Monticciolo, 667 Madison Avenue, New York, NY 10065 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $3,913,600.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66653 which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) jointly administered under Case No. 08-13555. *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Seller as evidenced at docket No. 10219 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29th day of October ____, 2010.

JPMORGAN CHASE BANK, N.A.

By:__________________________
(Signature of authorized corporate officer)

Name:__________________________
Title:__________________________
Tel.:__________________________

GRUSS GLOBAL INVESTORS MASTER FUND, LTD.
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Co., LLC, its General Partner

Signature:__________________________
(Signature of authorized corporate officer)
Name: Michael Monticciolo
Title: Manager
Tel.: 212-688-1500

**EXHIBIT B2**

**PARTIAL EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to GRUSS GLOBAL INVESTORS MASTER FUND LTD., with offices located at c/o Gruss Asset Management, L.P., Attn: Michael Monticciolo, 667 Madison Avenue, New York, NY 10065 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $3,913,600.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66653 which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) jointly administered under Case No. 08-13555. *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Seller as evidenced at docket No. 10219 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29th day of October ____, 2010.

JPMORGAN CHASE BANK, N.A.

By: ______________________
(Signature of authorized corporate officer)

Name: Dorian Herrera
Title: Authorized Signatory
Tel.: ______________________

GRUSS GLOBAL INVESTORS MASTER FUND, LTD.
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Co., LLC, its General Partner

Signature: ______________________
(Signature of authorized corporate officer)
Name: Michael Monticciolo
Title: Manager
Tel.: 212-688-1500