Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 59248**

we would like to inform you that Mrs. Gabriele de With who filed the claim Number
59248 on 30/10/2009 has assigned all his rights arising out of this claim to

**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany**

Delbrück Bethmann Maffei AG has agreed to this assignation. Both Mrs. Gabriele de
With and Delbrück Bethmann Maffei AG acknowledge and represent that due to this
assignation Delbrück Bethmann Maffei AG has become the holder of the aforemen-
tioned rights.

We kindly ask you to confirm the receipt of this letter.

Yours sincerely

Frankfurt, 23.08.2011                          Hamburg, 22.07.2011

Delbrück Bethmann Maffei AG                    Gabriele de With
(Assignee)                                     (Assignor)

ppa. (Jochen Weber)   i.A. (Oliver Körner)     G. deWith
/(Jochen Weber)    (Oliver Körner)             (Gabriele de With)