Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 35361**

we would like to inform you that Dr Hasso Kaempfe who filed the claim Number 35361 on 28/09/2009 has assigned all his rights arising out of this claim to

**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Dr Hasso Kaempfe and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the afore-mentioned rights.

We kindly ask you to confirm the receipt of this letter.

Yours sincerely

Frankfurt, 28.07.2011                                    Liebenburg, 30.07.2011

Delbrück Bethmann Maffei AG                              Dr Hasso Kaempfe
(Assignee)                                               (Assigner)

(Jochen Weber)    (Oliver Körner)                        (Dr Hasso Kaempfe)