Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Frankfurt, 05. August 2011

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 37082**

we would like to inform you that Mr. Thomas Langosch who filed the claim Number 37082 on 8 October 2009 has assigned all his rights arising out of this claim to

**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Mr. Thomas Langosch and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the aforementioned rights.

We kindly ask you to confirm the receipt of this letter.

Yours sincerely

Frankfurt, 05.08.2011                                    Hamburg, 16.8.2011

Delbrück Bethmann Maffei AG                              Thomas Langosch
(Assignee)                                               (Assigner)

_____                                  _____
(Weber)        (Dr. Contrael)                            (Thomas Langosch)