# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | GATEX PROPERTIES INC<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056-4109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35519 | $25,000.00 | Late-Filed Claim |
| 2 | GATEX PROPERTIES INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056-4109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35849 | $11,562.50 | Late-Filed Claim |
| | | | | | TOTAL | $36,562.50 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts