# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 74: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 1 | PINKO, MICHAEL L.T.D<br>P.O.B. 345<br>NESHER, 36602<br>ISRAEL | 08-13555 (JMP) | 09/25/2009 | 34908 | $28,448.57 |
| | | | | TOTAL | $28,448.57 |

* - Indicates claim contains unliquidated and/or undetermined amounts