# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 109: EXHIBIT 1 - INSUFFICIENT DOCUMENTATION CLAIMS

| | CLAIMANT NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | SERVICER LOAN NUMBER(S)[1] | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED PARTIAL DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-7 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 9/22/2009 | 28534 | 33774720, 45054053, 33717232, 39992110, 45174026, 45315611 | Undetermined | Insufficient Documentation Claim |
| 2 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-9 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28538 | 47245998, 47105374, 40748576, 40705113, 40777880 | Undetermined | Insufficient Documentation Claim |
| 3 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 9/22/2009 | 28760 | 17090739 | Undetermined | Insufficient Documentation Claim |

[1] Disallow claims except as to those certain loans for which Claimant HSBC Bank provided data to Debtors on May 13, 2011

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 109: EXHIBIT 1- INSUFFICIENT DOCUMENTATION CLAIMS

| | CLAIMANT NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | SERVICER LOAN NUMBER(S)[1] | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED PARTIAL DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 4 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 9/22/2009 | 28761 | 18806646 | Undetermined | Insufficient Documentation Claim |
| 5 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-7 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 9/22/2009 | 28763 | 30156533 | Undetermined | Insufficient Documentation Claim |
| 6 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-5 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 9/22/2009 | 28772 | 40318958 | Undetermined | Insufficient Documentation Claim |

[1] Disallow claims except as to those certain loans for which Claimant HSBC Bank provided data to Debtors on May 13, 2011

IN RE: LEHMAN BROTHERS HOLDINGS INC. CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 109: EXHIBIT 1- INSUFFICIENT DOCUMENTATION CLAIMS

| | CLAIMANT NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | SERVICER LOAN NUMBER(S)[1] | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED PARTIAL DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 7 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-9 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 9/22/2009 | 28773 | 47245998, 47105374, 40748576, 40705113, 40777880 | Undetermined | Insufficient Documentation Claim |
| 8 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30060 | 18806646 | Undetermined | Insufficient Documentation Claim |
| 9 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30061 | 17090739 | Undetermined | Insufficient Documentation Claim |

[1] Disallow claims except as to those certain loans for which Claimant HSBC Bank provided data to Debtors on May 13, 2011

IN RE: LEHMAN BROTHERS HOLDINGS INC. CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 109: EXHIBIT 1- INSUFFICIENT DOCUMENTATION CLAIMS

| | CLAIMANT NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | SERVICER LOAN NUMBER(S)[1] | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED PARTIAL DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-7 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30062 | 30156533 | Undetermined | Insufficient Documentation Claim |
| 11 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-7 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30526 | 33774720, 45054053, 33717232, 39992110, 45174026, 45315611 | Undetermined | Insufficient Documentation Claim |
| 12 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-5 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30529 | 40318958 | Undetermined | Insufficient Documentation Claim |

[1] Disallow claims except as to those certain loans for which Claimant HSBC Bank provided data to Debtors on May 13, 2011