# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | CLAYTON SERVICES, INC.<br>C/O JOSEPH L. CLASEN AND CHRISTOPHER MAJOR<br>ROBINSON & COLE LLP<br>1055 WASHINGTON BLVD.<br>STAMFORD, CT 06901 | 08-13555 (JMP) | 09/22/2009 | 30569 | $27,279.00 | No Liability Claim |
| | | | | TOTAL | $27,279.00 | |