# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND, L.P. STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON, MA 02116 | 09/21/2009 | 08-13555 (JMP) | 21849 | $1,809,931.93 | ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON, MA 02116 | 06/21/2011 | 08-13555 (JMP) | 67536 | $1,809,931.93 |
| 2 | CONNECTICUT DEPARTMENT OF REVENUE SERVICES C&E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY STREET HARTFORD, CT 06106-5032 | 03/23/2009 | 08-13555 (JMP) | 4511 | $425.00 | CONNECTICUT DEPARTMENT OF REVENUE SERVICES C&E DIVISION, BANKRUPTCY SECTIOIN 25 SIGOURNEY STREET HARTFORD, CT 06106-5032 | 06/29/2011 | 08-13555 (JMP) | 67552 | $425.00 |
| 3 | CUSTOMER ASSET PROTECTION COMPANY C/O MARSH MANAGEMENT SERVICES, INC. 100 BANK STREET, SUITE 610 BURLINGTON, VT 05401 | 09/22/2009 | 08-13555 (JMP) | 27993 | $3,691,456.69* | CUSTOMER ASSET PROTECTION COMPANY C/O MARSH MANAGEMENT SERVICES, INC. 100 BANK STREET, SUITE 610 BURLINGTON, VT 05401 | 06/15/2011 | 08-13555 (JMP) | 67535 | $3,691,456.69* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | DUKE ENERGY OHIO, INC.<br>KIAH T. FORD IV<br>PARKER POE ADAMS & BERNSTEIN LLP<br>401 SOUTH TRYON STREET<br>SUITE 3000<br>CHARLOTTE, NC 28202 | 04/07/2009 | 08-13555 (JMP) | 3702 | $1,721,184.00 | DUKE ENERGY OHIO, INC.<br>C/O KIAH T. FORD IV<br>PARKER POE ADAMS & BERNSTEIN LLP<br>401 SOUTH TRYON STREET<br>SUITE 3000<br>CHARLOTTE, NC 28202 | 09/15/2009 | 08-13555 (JMP) | 13122 | $1,721,184.00 |
| 5 | EUROSAIL-UK 2007-4BL PLC<br>C/O WILMINGTON TRUST SP SERVICES LONDON LIMITED<br>FIFTH FLOOOR<br>6 BROAD STREET PLACE<br>LONDON, EC2M 7JH<br>UNITED KINGDOM | 09/22/2009 | 08-13888 (JMP) | 28793 | $235,653,655.07 | EUROSAIL-UK 2007-4BL PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>THIRD FLOOR<br>1 KING'S ARMS YARD<br>LONDON, EC24 7AF<br>UNITED KINGDOM | 06/28/2011 | 08-13888 (JMP) | 67551 | $235,653,655.07 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | EUROSAIL-UK 2007-4BL PLC C/O WILMINGTON TRUST SP SERVICES LONDON LIMITED FIFTH FLOOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28794 | $235,653,655.07 | EUROSAIL-UK 2007-4BL PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED THIRD FLOOR 1 KING'S ARMS YARD LONDON, EC2R 7AF UNITED KINGDOM | 06/28/2011 | 08-13555 (JMP) | 67550 | $235,653,655.07 |
| 7 | GILA RIVER POWER, L.P. C/O ENTEGRA POWER GROUP LLC ATTN: JERRY COFFEY 100 S. ASHLEY DRIVE, SUITE 1400 TAMPA, FL 33602 | 09/22/2009 | 08-13885 (JMP) | 27997 | $952,837.00 | GILA RIVER POWER, L.P. C/O ENTEGRA POWER GROUP LLC ATTN: JERRY COFFEY 100 S. ASHLEY DRIVE, SUITE 1400 TAMPA, FL 33602 | 06/09/2011 | 08-13885 (JMP) | 67523 | $952,837.00 |
| 8 | GILA RIVER POWER, L.P. C/O ENTEGRA POWER GROUP LLC ATTN: JERRY COFFEY 100 S. ASHLEY DRIVE, SUITE 1400 TAMPA, FL 33602 | 09/22/2009 | 08-13555 (JMP) | 27998 | $952,837.00 | GILA RIVER POWER, L.P. C/O ENTEGRA POWER GROUP LLC ATTN: JERRY COFFEY 100 S. ASHLEY DRIVE, SUITE 1400 TAMPA, FL 33602 | 06/09/2011 | 08-13555 (JMP) | 67522 | $952,837.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | J.P. MORGAN SECURITIES LTD<br>125 LONDON WALL<br>LONDON, EC2Y KAJ<br>UNITED KINGDOM | 10/27/2009 | 08-13555 (JMP) | 49679 | $3,543.66 | J.P. MORGAN SECURITIES LTD.<br>C/O SUSAN MCNAMARA<br>JPMORGAN CHASE BANK, N.A.<br>MAIL CODE: NY1-A436<br>ONE CHASE MANHATTAN PLAZA - FLOOR 26<br>NEW YORK, NY 10005 | 06/27/2011 | 08-13555 (JMP) | 67541 | $3,543.66 |
| 10 | J.P. MORGAN SECURITIES LTD<br>125 LONDON WALL<br>LONDON, EC2Y 5AJ<br>UNITED KINGDOM | 10/27/2009 | 08-13555 (JMP) | 49680 | $2,952.57 | J.P. MORGAN SECURITIES LTD.<br>C/O SUSAN MCNAMARA<br>JPMORGAN CHASE BANK, N.A.<br>MAIL CODE: NY1-A436<br>ONE CHASE MANHATTAN PLAZA - FLOOR 26<br>NEW YORK, NY 10005 | 06/27/2011 | 08-13555 (JMP) | 67543 | $2,952.57 |
| 11 | J.P. MORGAN SECURITIES LTD<br>125 LONDON WALL<br>LONDON, EC2Y 5AJ<br>UNITED KINGDOM | 10/27/2009 | 08-13555 (JMP) | 49700 | $2,763.14 | J.P. MORGAN SECURITIES LTD.<br>C/O SUSAN MCNAMARA<br>JPMORGAN CHASE BANK, N.A.<br>MAIL CODE: NY1-A436<br>ONE CHASE MANHATTAN PLAZA - FLOOR 26<br>NEW YORK, NY 10005 | 06/27/2011 | 08-13555 (JMP) | 67544 | $2,763.14 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | J.P. MORGAN SECURITIES LTD 125 LONDON WALL LONDON, EC2Y 5AJ UNITED KINGDOM | 10/27/2009 | 08-13555 (JMP) | 49701 | $770,314.85 | J.P. MORGAN SECURITIES LTD. C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK, NY 10005 | 06/27/2011 | 08-13555 (JMP) | 67545 | $770,314.85 |
| 13 | J.P. MORGAN SECURITIES LTD 125 LONDON WALL LONDON, EC2Y 5AJ UNITED KINGDOM | 10/27/2009 | 08-13555 (JMP) | 49702 | $3,033.76 | J.P. MORGAN SECURITIES LTD. C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK, NY 10005 | 06/27/2011 | 08-13555 (JMP) | 67546 | $3,033.76 |
| 14 | J.P. MORGAN SECURITIES LTD 125 LONDON WALL LONDON, EC2Y 5AJ UNITED KINGDOM | 10/27/2009 | 08-13555 (JMP) | 49706 | $3,532.26 | J.P. MORGAN SECURITIES LTD. C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK, NY 10005 | 06/27/2011 | 08-13555 (JMP) | 67547 | $3,532.26 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 15 | J.P. MORGAN SECURITIES LTD. 125 LONDON WALL LONDON, EC2Y 5AJ UNITED KINGDOM | 10/27/2009 | 08-13555 (JMP) | 49779 | $1,955.56 | J.P. MORGAN SECURITIES LTD. C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK, NY 10005 | 06/27/2011 | 08-13555 (JMP) | 67548 | $1,955.56 |
| 16 | J.P.MORGAN SECURITIES LTD 125 LONDON WALL LONDON, EC2Y 5AJ UNITED KINGDOM | 10/27/2009 | 08-13555 (JMP) | 49678 | $783,365.00 | J.P. MORGAN SECURITIES LTD. C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK, NY 10005 | 06/27/2011 | 08-13555 (JMP) | 67542 | $783,365.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | LIBERTY MUTUAL INSURANCE COMPANY<br>SASCHA BLOM, COUNSEL<br>C/O LAW OFFICE OF JOHN KILPATRICK<br>1100 NORTHWEST LOOP 410<br>SUITE 302<br>SAN ANTONIO, TX 78213 | 09/21/2009 | 08-13888 (JMP) | 24526 | $213,925.30 | LIBERTY MUTUAL EMPLOYEES THRIFT INCENTIVE PLAN<br>NANCY L. KEATING<br>175 BERKELEY STREET<br>BOSTON, MA 02117 | 06/28/2011 | 08-13888 (JMP) | 67549 | $213,925.30 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 18 | ORE HILL HUB FUND LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK, NY 10019<br><br>TRANSFERRED TO: WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO TRANSFEROR: ORE HILL HUB FUND LTD. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS NEW YORK, NY 10019 | 09/16/2009 | 08-13555 (JMP) | 14370 | $13,581,419.00<br><br>$535,000.48 | ORE HILL HUB FUND LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK, NY 10019<br><br>TRANSFERRED TO: WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO TRANSFEROR: ORE HILL HUB FUND LTD. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS NEW YORK, NY 10019 | 09/23/2010 | 08-13555 (JMP) | 67085 | $13,581,419.00<br><br>$535,000.48 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 19 | ORE HILL HUB FUND LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK, NY 10019 TRANSFERRED TO: WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO TRANSFEROR: ORE HILL HUB FUND LTD. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS NEW YORK, NY 10019 | 09/16/2009 | 08-13888 (JMP) | 14371 | $13,581,419.48 $535,000.00 | ORE HILL HUB FUND LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK, NY 10019 TRANSFERRED TO: WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO TRANSFEROR: ORE HILL HUB FUND LTD. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS NEW YORK, NY 10019 | 09/23/2010 | 08-13888 (JMP) | 67084 | $13,581,419.48 $535,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 20 | SAPHIR FINANCE PLC - SERIES 2006-8 - SERIES A C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 09/21/2009 | 08-13888 (JMP) | 25839 | $3,398,927.17 | SAPHIR FINANCE PLC-SERIES 2006-8-SERIES A C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 06/24/2011 | 08-13888 (JMP) | 67539 | $3,398,927.17 |
| 21 | SAPHIR FINANCE PLC - SERIES 2006-8 CLASS A C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANDA SQUARE LONDON, E14 5AL UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 25840 | $3,398,927.17 | SAPHIR FINANCE PLC-SERIES 2006-8-SERIES A C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 06/24/2011 | 08-13888 (JMP) | 67538 | $3,398,927.17 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 22 | SAXO BANK A/S<br>ATTN: MICHAEL V. MOLLER<br>PHILIP HEYMANS ALLE 14<br>HELLERUP, 2900<br>DENMARK | 09/18/2009 | 08-13555 (JMP) | 20576 | $30,347,631.00 | SAXO BANK A/S<br>ATTN: THOMAS JULIAN GRAVERS<br>PHILIP HEYMANS ALLE 14<br>HELLERUP, 2900<br>DENMARK | 06/23/2011 | 08-13555 (JMP) | 67537 | $30,347,631.00 |
| 23 | SEA PORT GROUP SECURITIES, LLC<br>TRANSFEROR: ARMORY MASTER FUND,LTD.<br>360 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10017 | 10/29/2009 | 08-13555 (JMP) | 55527 | $5,000,000.00 | SEA PORT GROUP SECURITIES, LLC<br>TRANSFEROR: ARMORY MASTER FUND LTD.<br>360 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10017 | 06/29/2011 | 08-13555 (JMP) | 67553 | $5,000,000.00 |
| 24 | SERENGETI OPPORTUNITIES PARTNERS LP<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O SERENGETI ASSET MANAGEMENT LP<br>ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL<br>632 BROADWAY, 12TH FLOOR<br>NEW YORK, NY 10012 | 12/30/2008 | 08-13888 (JMP) | 1505 | $4,800,000.00 | SERENGETI OPPORTUNITIES PARTNERS LP<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O SERENGETI ASSET MANAGEMENT LP<br>ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL<br>632 BROADWAY, 12TH FLOOR<br>NEW YORK, NY 10012 | 01/11/2010 | 08-13888 (JMP) | 66086 | $4,800,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 | **TENNESSEE DEPARTMENT OF REVENUE**<br>**C/O ATTORNEY GENERAL**<br>**P.O. BOX 20207**<br>**NASHVILLE, TN 37202-0207** | 09/15/2009 | 08-13885 (JMP) | 12665 | $1,275.26 | **TENNESSEE DEPARTMENT OF REVENUE**<br>**C/O ATTORNEY GENERAL**<br>**P.O. BOX 20207**<br>**NASHVILLE, TN 37202-0207** | 06/13/2011 | 08-13885 (JMP) | 67529 | $1,049.14 |
| | | | | | | **TENNESSEE DEPARTMENT OF REVENUE**<br>**C/O ATTORNEY GENERAL**<br>**P.O. BOX 20207**<br>**NASHVILLE, TN 37202-0207** | 06/13/2011 | 08-13885 (JMP) | 67530 | $376.72 |
| 26 | **THE ROYAL BANK OF SCOTLAND, PLC**<br>**TRANSFEROR: ICP PENDULUM FUND I, L.P.**<br>**ATTN: MATTHEW ROSENCRANS**<br>**600 WASHINGTON BLVD.**<br>**STAMFORD, CT 06901** | 09/16/2009 | 08-13888 (JMP) | 13823 | $1,650,000.00 | **THE ROYAL BANK OF SCOTLAND, PLC**<br>**TRANSFEROR: ICP PENDULUM FUND I, L.P.**<br>**ATTN: MATTHEW ROSENCRANS**<br>**600 WASHINGTON BLVD.**<br>**STAMFORD, CT 06901** | 07/22/2010 | 08-13888 (JMP) | 66952 | $1,650,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 157: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 27 | THE ROYAL BANK OF SCOTLAND, PLC TRANSFEROR: ICP PENDULUM FUND I, L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD, CT 06901 | 09/16/2009 | 08-13555 (JMP) | 13826 | $1,650,000.00 | THE ROYAL BANK OF SCOTLAND, PLC TRANSFEROR: ICP PENDULUM FUND I, L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD, CT 06901 | 07/22/2010 | 08-13555 (JMP) | 66953 | $1,650,000.00 |

TOTAL     $55,314,125.82

\* - Indicates claim contains unliquidated and/or undetermined amounts