# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT 1 – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ANDORRA BANC AGRICOL REIG, S.S. (""ANDBANC"") C/ MANUEL CERQUEDA ESCALER, 6 ESCALDES-ENORDANY, ANDORRA | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 63849[1] | $9,885,982.00 | **Invalid Blocking Number LPS Claim** |
| 2 | FARESTVEIT, TRYGVE OLAV KLAUVARINDEM 22 H0101 SALHUS, 5107 NORWAY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 61426 | $2,591.80 | **Invalid Blocking Number LPS Claim** |
| 3 | PIETERSEN, KIRSTEN P DERDE HELMERSSTRAAT 76-II AMSTERDAM, BL 1054 NETHERLANDS | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/28/2009 | 53173[2] | $76,045.61 | **Invalid Blocking Number LPS Claim** |
| 4 | SCHUSTER DR. JOERG LEHARSTRASSE 38 KLAGENFURT, A-9020 AUSTRIA | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/28/2009 | 35139[3] | $93,799.20 | **Invalid Blocking Number LPS Claim** |

---

[1] Claim 63849 is being expunged solely with respect to its asserted claim totaling $170,160 for securities with ISIN No. DE0007490724. The remainder of Claim 63849 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 63849 in the future.

[2] Claim 53173 is being expunged solely with respect to its asserted claim for securities with ISIN No. XS0301813522. The portion of Claim 53173 that is asserting a claim totaling $76,045.61 for securities with ISIN No. XS0229269856 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 53173 in the future.

[3] Claim 35139 is being expunged solely with respect to its asserted claims totaling $71,060 for securities with ISIN No. DE0007490724. The portion of Claim 35139 that is asserting a claim totaling $22,739.20 for securities with ISIN No. XS0229269856 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 35139 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT 1 – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | SG PRIVATE BANKING SUISSE SA AVENUE RUMINE 20 LAUSANNE, 1001 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36532[4] | $6,988,162.00 | Invalid Blocking Number LPS Claim |
| | | | | | TOTAL | $17,046,580.61 | |

---

[4] Claim 36532 is being expunged solely with respect to its asserted claim totaling $75,771 for securities with ISIN No. CH0027120770.  The remainder of Claim 36532 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 36532 in the future.

# Exhibit 2

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 159: EXHIBIT 2 – INVALID BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANCO INVERSIS, S.A. ATTENTION: EDUARDO MUELA RODRIGUEZ / TERESA MUGICA AVENIDA DE LA HISPANIDAD 6 MADRID, 28042 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46995 | Undetermined | Invalid Blocking Number LPS Claim |
| 2 | MANUEL COEHLO AFFONSO DE BARROS, ANTONIO RUA ANDRE ALVARES DE ALMADA NO. 23 PORTO, 4150-067 PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49837 | $44,754.00 | Invalid Blocking Number LPS Claim |
| 3 | NYHOLM, RAINER MONONTIE 4B14 LAHTI, 15950 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43318 | $11,320.80 | Invalid Blocking Number LPS Claim |
| 4 | OESTERREICHE VOLKSBANKEN- AKTIENGESELLSCHAFT KOLLINGASSE 19 VIENNA, A-1090 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58686[1] | Undetermined | Invalid Blocking Number LPS Claim |
| | | | | | TOTAL | $56,074.80 | |

[1] Claim 58686 is being expunged solely with respect to its asserted claim for securities with ISIN Nos. XS0297186958, XS0304490963, and XS0305255407. The portion of Claim 58686 that is asserting a claim for securities with ISIN Nos. XS0196298219, XS0224346592, and XS0300055547 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 58686 in the future.

# Exhibit 3

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 1 | A. LOKAPOJAT OY<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63905 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 2 | AHONEN, JUHANI<br>PAJATIE 4<br>PUDASJARVI, FI-93100<br>FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49669 | $14,151.00 | Invalid Blocking Number LPS Claim |
| 3 | AKIATRO OY<br>SORAHARJUNKATU 14A<br>FIN<br>TAMPERE, 33270<br>FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44383 | $44,679.00 | Invalid Blocking Number LPS Claim |
| 4 | ALAHUHTA, JORMA<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63907 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ALANDSBANKEN SVERIGE AB (PUBL) ATTN: OPERATIONS, STUREPLAN 19 STOCKHOLM, 107 81 SWEDEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62822[1] | $0.00* | Invalid Blocking Number LPS Claim |
| | TRANSFERRED TO: GOLDEN TREE MASTER FUND II, LTD. TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | | | | | $3,563,364.49 | |
| | TRANSFERRED TO: BARCLAYS BANK PLC TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK, NY 10019 | | | | | $3,460,186.91 | |
| | TRANSFERRED TO: BARCLAYS BANK PLC TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK, NY 10019 | | | | | $2,257,943.93 | |
| | TRANSFERRED TO: BARCLAYS BANK PLC TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK, NY 10019 | | | | | $2,413,457.95 | |

---

[1]Claim 62822 is being expunged solely with respect to its asserted claim for securities with ISIN No. SE0002379271.  The remainder of Claim 62822 asserting a claim totaling $11,694,953.28 for other securities is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 62822 in the future.

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT MBH ATTN: MAG SABINE ZECHA, CRM HIETZINGERKAI 101-105 WIEN, 1130 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40531[2] | $53,995,452.21* | Invalid Blocking Number LPS Claim |
| | TRANSFERRED TO: SERENGETI OPPORTUNITIES MM L.P. TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK, NY 10012 | | | | | $2,545,533.26 | |
| 7 | ARC CAPITAL & INCOME PLC ATTN: JOHN GRACEY 22 LOVAT LANE LONDON, EC3R 8EB UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 60892[3] | $1,163,123.00* | Invalid Blocking Number LPS Claim |

[2] Claim 40531 is being expunged solely with respect to its asserted claim totaling $37,923,033.26 for securities with ISIN Nos. XS0283497005, XS0304145351, and XS0341721453. The remainder of Claim 40531 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 40531 in the future.

[3] Claim 60892 is being expunged solely with respect to its asserted claim totaling $581,561.50 for securities with ISIN No. ANN5214T7148. The portion of Claim 60892 that is asserting a claim totaling $581,561.50 for securities with ISIN No. ANN5214T7064 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 60892 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | ASTALA, LEENA<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63913 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 9 | AVIKAINEN, PAAVO<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63914 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 10 | BA-RO FINLAND OY<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63916 | $212,265.00* | Invalid Blocking Number LPS Claim |
| 11 | BLOMFELT, PETRI<br>LUKKARIMAENTIE 3 A<br>HELSINKI, 00680<br>FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60658 | $141,510.00 | Invalid Blocking Number LPS Claim |
| 12 | CORNER BANCA SA<br>VIA CANOVA 16<br>LUGANO, 6900<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45218[4] | $1,726,050.34 | Invalid Blocking Number LPS Claim |

[4] Claim 45218 is being expunged solely with respect to its asserted claim totaling $7,575.15 for securities with ISIN No. XS0282978666 for which claimant provided blocking number 6165089. The remainder of Claim 45218 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 45218 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | DOVESTA OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63918 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 14 | ERKINMIKKO, JORMA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63919 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 15 | ETELA-SAVON LASKENTA JA KONSULTOINTI KY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63921 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 16 | HAAPALA, EINO JENNINKATU 2 LAHTI, 15610 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41669 | $7,075.50 | Invalid Blocking Number LPS Claim |
| 17 | HANNULA, JORMA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63890 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 18 | HARJUNPAA, SAMULI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63892 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | HARKALA, MIKKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63884 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 20 | HEIKKINEN, MIKKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63894 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 21 | HELANDER, JOUNI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63898 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 22 | HELENIUS, MARKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63900 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 23 | HELIN, JAAKKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63901 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 24 | HIMANEN, ARTO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63925 | $99,057.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | HIPPI, RAMI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63930 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 26 | HOCKMAN, JUKKA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63928 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 27 | HORNA, TOMI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63934 | $283,020.00* | Invalid Blocking Number LPS Claim |
| 28 | HYTONEN, JUHA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63889 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 29 | IIN MP OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63883 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 30 | INSINOORITOIMISTO SUOMEN UNIT OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63881 | $84,906.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | INVENIUS, KIMMO LEPIKKOAHONTIE 19 LEHMO, 80710 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60661 | $49,528.50 | Invalid Blocking Number LPS Claim |
| 32 | JPF PEAT OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63505 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 33 | JUKARAINEN, JAAKKO C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI, FI-00100 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44268 | $42,453.00 | Invalid Blocking Number LPS Claim |
| 34 | JUSSI-TUOTE OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63878 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 35 | KANGAS, SAMI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63875 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 36 | KANKKUNEN, PIRJO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63874 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | KARIJOEN METALLI OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63871 | $254,718.00* | Invalid Blocking Number LPS Claim |
| 38 | KERALA GROUP OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63869 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 39 | KOIVISTO, RAIMO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63865 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 40 | KOSKELA, MARKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63509 | $106,132.50* | Invalid Blocking Number LPS Claim |
| 41 | KUIVALAINEN, KIRSTI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63998 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 42 | KULJETUSLIIKE YRJO ERAMIES OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63995 | $141,510.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 43 | KUNNASRANTA, TARMO C/O PAMELA SMITH HOLLERMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63507 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 44 | LAITINEN, KAIJA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63987 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 45 | LAITINEN, OLLI-PEKKA C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI, FI-00100 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44272 | $495,285.00 | Invalid Blocking Number LPS Claim |
| 46 | LAITINEN, PASI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63986 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 47 | LAMMI, KIMMO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63985 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 48 | LAMPPU, PERTTI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63984 | $70,755.00* | Invalid Blocking Number LPS Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 49 | LAUKKANEN, MARKKU C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63981 | $84,906.00* | Invalid Blocking Number LPS Claim |
| 50 | LEHTIMAKI, MIKA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63980 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 51 | LINDWALL, KIM C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63974 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 52 | LINDWALL, LEO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63973 | $283,020.00* | Invalid Blocking Number LPS Claim |
| 53 | LOHI, MARKUS C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63972 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 54 | LVI-KONSULTOINTI J. VAARALA OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63969 | $141,510.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | MAKELA, SEPPO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63961 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 56 | MIETTINEN, HANNU C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63963 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 57 | MUTANEN, JANNE C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63962 | $212,265.00* | Invalid Blocking Number LPS Claim |
| 58 | NISKANEN, PEKKA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63957 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 59 | OULUN REMONTTI IDEA OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63952 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 60 | OY ARISTO-INVEST AB C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI, FI-00100 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44266 | $283,020.00 | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | PAALASMAA, ESKO DAGMARINKATU 14 A 33 HELSINKI, 00100 FINLAND | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/20/2009 | 42616 | $42,453.00 | **Invalid Blocking Number LPS Claim** |
| 62 | PALOMAKI, EIJA YLISKYLANKAARI 2A HELINSKI, 00840 FINLAND | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/21/2009 | 43115 | $14,151.00 | **Invalid Blocking Number LPS Claim** |
| 63 | PARHA, TUOMO SEPANJOENTIE 138 HEINAMAA, 16330 FINLAND | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/30/2009 | 60668 | $28,302.00 | **Invalid Blocking Number LPS Claim** |
| 64 | PARTONEN, TEIJO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 63947 | $70,755.00* | **Invalid Blocking Number LPS Claim** |
| 65 | PEKKA KARHUMAKI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 63873 | $70,755.00* | **Invalid Blocking Number LPS Claim** |
| 66 | PIETILA, JUKKA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 63943 | $70,755.00* | **Invalid Blocking Number LPS Claim** |
| 67 | PRIBORI OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 63940 | $141,510.00* | **Invalid Blocking Number LPS Claim** |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | PURHONEN, AKI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63935 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 69 | RANTALA, LEO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63811 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 70 | REINIKAINEN, EERO HARKATIE 6 KUOPIO, 70780 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46841 | $7,075.50 | Invalid Blocking Number LPS Claim |
| 71 | RIIPINEN, JYRKI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63814 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 72 | RINNE, JUHA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63815 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 73 | ROUHIAINEN, PIRKKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63816 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 74 | ROVIO, JYRKI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63817 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 75 | SAARINEN, VESA TERVAKONKATU 12 LAHTI, 15230 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41078 | $42,453.00 | Invalid Blocking Number LPS Claim |
| 76 | SAASTOPANKKI, LAMMIN C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI, FI-00100 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44270 | $424,530.00 | Invalid Blocking Number LPS Claim |
| 77 | SAHKOBIT OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63503 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 78 | SEPPALA, OLLI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63822 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 79 | SIIRTOLA, JAAKKO KIUTTUPURONTIE 5 VIMPELI, 62800 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44456 | $5,660.40 | Invalid Blocking Number LPS Claim |
| 80 | SILLANPAA, TYTTI MECHELININKATU 34 B A 7 HELSINKI, 00260 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43319 | $14,151.00 | Invalid Blocking Number LPS Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 81 | SILTALA, MARJA-TERTTU C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63823 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 82 | SINTONEN, SEPPO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63824 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 83 | SSP - STAINLES STEEL PRODUCTION OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63615 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 84 | SUOMALAINEN, PASI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63617 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 85 | TERO FENNANDER KY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63619 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 86 | TIIRO, RISTO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63621 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 87 | TOLONEN, EERO<br>C/O PAMELA SMITH HOLLERMAN<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63625 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 88 | TUJUNEN, MIKAEL<br>C/O PAMELA SMITH HOLLEMAN<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63626 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 89 | TUOHIMAA, TARJA<br>LUMIKINTIE 4 D 280<br>HELSINKI, 00820<br>FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60665 | $14,151.00 | Invalid Blocking Number LPS Claim |
| 90 | TUOKKO, OLAVI<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63628 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 91 | VAARA, MATTI<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63633 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 92 | VAASAN SUOJAVERHO OY<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63634 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 93 | VAINIO, JARNO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63635 | $283,020.00* | Invalid Blocking Number LPS Claim |
| 94 | VARE, JARI C/O PAMELA SMITH HOLLEMAN SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63645 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 95 | VIITANEN, JUKKA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63642 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 96 | VILJAKAINEN, MATTI C/O PAMELA SMITH HOLLEMAN SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63649 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 97 | WEGELIN & CO, PRIVATBANKIERS BOHL 17 ST. GALLEN, 9004 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49651[5] | $3,529,631.62 | Invalid Blocking Number LPS Claim |
| 98 | WORLIN, JOUKO C/O PAMELA SMITH HOLLEMAN SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63646 | $70,755.00* | Invalid Blocking Number LPS Claim |

[5] Claim 49651 is being expunged solely with respect to its asserted claim totaling $45,578.85 for securities with ISIN No. DE000A0NTKC6. The remainder of Claim 49651 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 49651 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 99 | YLA-TULIJOKI, JUHANI C/O PAMELA SMITH HOLLEMAN SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63647 | $70,755.00* | Invalid Blocking Number LPS Claim |
| | | | | | TOTAL | $84,030,592.11 | |