# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 161: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | **AIRCRAFT FINANCE TRUST**<br>**ATTN: ROBERT PERKINS**<br>**1100 NORTH MARKET STREET**<br>**FIRST FLOOR PLAZA - DROP CODE 1605**<br>**WILMINGTON, DE 19890** | **08-13555 (JMP)** | Lehman Brothers Holdings Inc. | 09/21/2009 | 23551 | $386,713.19* | Settled Derivatives Claim |
| 2 | **AIRCRAFT FINANCE TRUST**<br>**ATTN: ROBERT PERKINS**<br>**1100 NORTH MARKET STREET**<br>**FIRST FLOOR PLAZA - DROP CODE 1605**<br>**WILMINGTON, DE 19890** | **08-13888 (JMP)** | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23552 | $386,713.19* | Settled Derivatives Claim |
| 3 | **AUSTRALIA & NEW ZEALAND BANKING GROUP LIMITED**<br>**ATTN: ALEX GOGARTY**<br>**100 QUEEN STREET**<br>**MELBOURNE, VIC 3000**<br>**AUSTRALIA** | **08-13888 (JMP)** | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29532 | $33,496,057.55 | Settled Derivatives Claim |
| 4 | **AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED**<br>**ATTN: ALEX FOGARTY**<br>**100 QUEEN STREET**<br>**MELBOURNE VIC 3000,**<br>**AUSTRALIA** | **08-13555 (JMP)** | Lehman Brothers Holdings Inc. | 09/22/2009 | 30047 | $33,496,057.55* | Settled Derivatives Claim |
| 5 | **DANTE FINANCE PUBLIC LIMITED COMPANY SERIES 2002-01**<br>**C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH**<br>**ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL**<br>**CORPORATE TRUST**<br>**ONE CANADA SQUARE**<br>**LONDON, E14 5AL**<br>**UNITED KINGDOM** | **08-13888 (JMP)** | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29737 | $17,434,282.79 | Settled Derivatives Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 161: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS SECURITY TRUSTEE OF AIRCRAFT FINANCE TRUST C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON, MA 02110 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18535 | Undetermined | Settled Derivatives Claim |
| 7 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS SECURITY TRUSTEE OF AIRCRAFT FINANCE TRUST C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON, MA 02110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18536 | $78,755.19* | Settled Derivatives Claim |
| 8 | FRANK RUSSELL US BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1488 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21099 | $126,313.52 | Settled Derivatives Claim |
| 9 | GRANITE FINANCE LIMITED HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27827 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 161: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | GRANITE FINANCE LIMITED<br>HSBC HOUSE<br>ATTN: THE DIRECTORS<br>68 WEST BAY ROAD<br>GEORGETOWN, GRAND CAYMAN,<br>KY1-1102<br>CAYMAN ISLANDS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27829 | Undetermined | Settled Derivatives Claim |
| 11 | JEANES HOSPITAL<br>MARC FELLER<br>DILWORTH PAXSON, LLP<br>1500 MARKET ST.<br>SUITE 3500E<br>PHILADELPHIA, PA 19102 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/16/2009 | 14362 | $1,774,661.20 | Settled Derivatives Claim |
| 12 | JEANES HOSPITAL<br>MARC FELLER<br>DILWORTH PAXSON, LLP<br>1500 MARKET ST.<br>SUITE 3500E<br>PHILADELPHIA, PA 19102 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14363 | $1,774,661.20 | Settled Derivatives Claim |
| 13 | JEWISH BOARD OF FAMILY AND CHILDREN'S SERVICES<br>135 W 50TH ST FL 6<br>NEW YORK, NY 10020-1201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/13/2009 | 8154 | $1,688,434.00* | Settled Derivatives Claim |
| 14 | JEWISH BOARD OF FAMILY AND CHILDREN'S SERVICES,INC.<br>120 WEST 57TH STREET<br>NEW YORK, NY 10019 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/13/2009 | 8155 | $1,688,434.00* | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 161: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: TERENCE DUNN<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC.<br>PO BOX 32339<br>GATEWAY CENTER 2, 3RD FLOOR<br>NEWARK, NJ 07102 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16861 | $479,345.92* | Settled Derivatives Claim |
| 16 | PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: TERENCE DUNN<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC.<br>PO BOX 32339<br>GATEWAY CENTER 2, 3RD FLOOR<br>NEWARK, NJ 07102 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 16862 | $479,345.92* | Settled Derivatives Claim |
| 17 | PETRACA FINANCE PUBLIC LIMITED COMPANY SERIES 2002-01<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/16/2009 | 40713 | $17,478,145.49 | Settled Derivatives Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 161: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | STATE OF INDIANA (MAJOR MOVES CONSTRUCTION FUND) C/O RICHARD MOURDOCK, TREASURER OF THE STATE OF INDIANA 200 WEST WASHINGTON STREET, SUITE 242 INDIANAPOLIS, IN 46204-2792 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13725[1] | $5,972,733.04* | Settled Derivatives Claim |
| 19 | TEMPLE PHYSICIANS, INC. MARC FELLER DILWORTH PAXSON, LLP 1500 MARKET ST., SUITE 350E PHILADELPHIA, PA 19102 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14366 | $1,774,661.20 | Settled Derivatives Claim |
| 20 | TEMPLE UNIVERSITY HOSPITAL MARC FELLER DILWORTH PAXSON, LLP 1500 MARKET ST., SUITE 350E PHILADELPHIA, PA 19102 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14368 | $1,774,661.20 | Settled Derivatives Claim |

---

[1] Claim 13725 is being expunged solely with respect to its asserted claim totaling $4,851,783.04 for foreign currency exchange transactions with Lehman Brothers Special Financing, Inc.  The portion of Claim 13725 that is asserting a claim totaling $1,120,950 for securities with ISIN No. CH0026985082 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 13725 in the future.

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 161: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2008-6 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24771 | $79,891.93 | Settled Derivatives Claim |
| | | | | | TOTAL | $119,248,918.08 | |