# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 163: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | KELLOGG COMPANY C/O DAVID T. COHEN, ESQ. WARNER STEVENS LLP 301 COMMERCE ST, #1700 FORT WORTH, TX 76102 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18012 | $129,863.38 | No Liability Claim |
| 2 | KELLOGG COMPANY C/O DAVID T. COHEN, ESQ. WARNER STEVENS LLP 301 COMMERCE ST, #1700 FORT WORTH, TX 76102 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18013 | $129,863.38 | No Liability Claim |
| 3 | MASTER RETIREMENT TRUST - CORE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1607 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20936 | $251,075.96 | No Liability Claim |
| 4 | MASTER RETIREMENT TRUST - CORE C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1607 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20971 | $251,075.96 | No Liability Claim |
| 5 | PPG INDUSTRIES, INC. - LONG DURATIONCOMPANY OF AMERICA C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-2311 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20990 | $52,290.40 | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 163: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | PPG INDUSTRIES, INC.- LONG DURATIONCOMPANY OF AMERICA C/O WESTERN ASSET MANGEMENT COMPANY ATTN: LEGAL DEPT. W- 2311 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21079 | $52,290.40 | No Liability Claim |
| 7 | ROCHE US DB PLANS MASTER TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DPET. W- 1482 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20926 | $89,195.28 | No Liability Claim |
| 8 | ROCHE US DB PLANS MASTER TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DPET. W- 1482 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21095 | $89,195.28 | No Liability Claim |
| 9 | SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005-04 ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH CORPORATE TRUST LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26043 | Undetermined | No Liability Claim |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 163: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005-04 ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH CORPORATE TRUST LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26044 | Undetermined | No Liability Claim |
| 11 | SAPPORO NISHIMACHI YUGEN KAISHA C/O O'MELVENY & MYERS LLP TWO EMBARCADERO, 28TH FLOOR ATTN: TREVOR N. LAIN SAN FRANCISCO, CA 94111 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 01/20/2009 | 1825 | $43,146.35 | No Liability Claim |
| 12 | TYCO INTERNATIONAL MASTER RETIREMENT TRUST, THE C/O TYCO INTERNATIONAL INC. GARY KARLIN 9 ROSZEL ROAD PRINCETON, NJ 08540 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17212 | $34,758.35* | No Liability Claim |
| 13 | TYCO INTERNATIONAL MASTER RETIREMENT TRUST, THE C/O TYCO INTERNATIONAL INC. GARY KARLIN 9 ROSZEL ROAD PRINCETON, NJ 08540 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17213 | $34,758.35* | No Liability Claim |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**                                         **Page 3 of 4**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 163: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | VERIZON GTE - DOMESTIC FIXED INCOME ACCOUNT C/O WESTERN ASSET MANAGEMENT COMPANY ATTN:  LEGAL DEPT. W-968 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20873 | $1,282,089.33 | No Liability Claim |
| 15 | VERIZON GTE-DOMESTIC FIXED INCOME ACCOUNT C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-968 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21006 | $1,282,089.33 | No Liability Claim |
| | | | | | TOTAL | $3,721,691.75 | |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**          **Page 4 of 4**

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 163: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | F.F. THOMPSON FOUNDATION INC, THE ATTN:CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA, NY 14424 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14722 | $508,639.58 | No Liability Claim |
| 2 | F.F. THOMPSON FOUNDATION INC, THE ATTN: CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA, NY 14424 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14725 | $508,639.58 | No Liability Claim |
| 3 | FREDERICK FERRIS THOMPSON HOSPITAL, THE ATTN: CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA, NY 14424 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14723 | $508,639.58 | No Liability Claim |
| 4 | FREDERICK FERRIS THOMPSON HOSPITAL, THE ATTN: CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA, NY 14424 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14724 | $508,639.58 | No Liability Claim |
| 5 | THOMAS COOK AG THOMAS-COOK PLATZ 1 OBERURSEL, 61440 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27745 | $65,191,886.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 163: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | THOMAS COOK AG THOMAS-COOK PLATZ 1 OBERURSEL, 61440 GERMANY | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 27746 | $65,191,886.00 | No Liability Claim |
| | | | | | TOTAL | $132,418,330.32 | |

* - Indicates claim contains unliquidated and/or undetermined amounts