# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | LUGO, ORESTES<br>3802 NE 207 STREET # 1104<br>AVENTURA, FL 33180 | | 09/09/2009 | 10931[1] | $210,683.70 | No Liability Claim |
| | | | | TOTAL | $210,683.70 | |

---

[1] Claim 10931 is being expunged solely with respect to its asserted claim totaling $2,725 for securities with ISIN No. US524908BE79.  The portion of Claim 10931 that is asserting a claim totaling $52,575 for securities with ISIN No. US524908HX14 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 10931 in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts