# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35516 | $16,700.00 | Late-Filed Claim |
| 2 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35514 | $34,000.00 | Late-Filed Claim |
| 3 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35517 | $35,000.00 | Late-Filed Claim |
| 4 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35518 | $1,250.00 | Late-Filed Claim |
| 5 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35520 | $1,900.00 | Late-Filed Claim |
| 6 | GARADEX INC.<br>C/O ANDREW GATY<br>1800 ST.JAMES PLACE<br>SUITE 300<br>HOUSTON, TX 77056 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35844 | $34,000.00 | Late-Filed Claim |
| | | | | | TOTAL | $122,850.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts