# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 162: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ALPHA ASSET MANAGEMENT A.E.D.A.K. ATTN: DENNIS MAGGANAS 12-14 PESMAZOGLOU STR. GR-105 64  ATHENS, GREECE | 17074 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $293,174.44* | Lehman Brothers Special Financing Inc. | Unsecured | $234,539.55 |
| 2 | BELL ATLANTIC MASTER TRUST C/O VERIZON INVESTMENT MANAGEMENT CORP. ATTN: NEIL O'SULLIVAN 1 VERIZON WAY BASKING RIDGE, NJ 07920 | 29923 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,509,273.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,200,000.00 |
| 3 | BELL ATLANTIC MASTER TRUST C/O VERIZON INVESTMENT MANAGEMENT CORP. ATTN: NEIL O'SULLIVAN 1 VERIZON WAY BASKING RIDGE, NJ 07920 | 29924 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,509,273.00 | Lehman Brothers Special Financing Inc. | Unsecured | $2,200,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 162: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | BUCKS COUNTY WATER & SEWER AUTHORITY ATTN: BENJAMIN W. JONES 1275 ALMSHOUSE ROAD WARRINGTON, PA 18976 | 22550 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $196,953.03 | Lehman Brothers Special Financing Inc. | Unsecured | $190,502.01 |
| 5 | BUCKS COUNTY WATER & SEWER AUTHORITY ATTN: BENJAMIN W. JONES 1275 ALMSHOUSE ROAD WARRINGTON, PA 18976 | 22620 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,100,508.60 | Lehman Brothers Special Financing Inc. | Unsecured | $968,444.53 |
| 6 | BUCKS COUNTY WATER & SEWER AUTHORITY ATTN: BENJAMIN W. JONES 1275 ALMSHOUSE ROAD WARRINGTON, PA 18976 | 22668 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $450,120.00 | Lehman Brothers Special Financing Inc. | Unsecured | $413,622.20 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 162: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 7 | BUCKS COUNTY WATER & SEWER AUTHORITY ATTN: BENJAMIN W. JONES 1275 ALMSHOUSE ROAD WARRINGTON, PA 18976 | 22676 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $196,953.03 | Lehman Brothers Holdings Inc. | Unsecured | $190,502.01 |
| 8 | BUCKS COUNTY WATER & SEWER AUTHORITY ATTN: BENJAMIN W. JONES 1275 ALMSHOUSE ROAD WARRINGTON, PA 18976 | 22677 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $450,120.00 | Lehman Brothers Holdings Inc. | Unsecured | $413,622.20 |
| 9 | BUCKS COUNTY WATER & SEWER AUTHORITY ATTN: BENJAMIN W. JONES 1275 ALMSHOUSE ROAD WARRINGTON, PA 18976 | 22678 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,100,508.60 | Lehman Brothers Holdings Inc. | Unsecured | $968,444.53 |
| 10 | CITY OF BIG BEAR LAKE, CALIFORNIA ATTN: JOEL A DICKSON PO BOX 1929 BIG BEAR LAKE, CA 92315 | 3122 | 02/23/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,464,262.46 | Lehman Brothers Special Financing Inc. | Unsecured | $1,199,698.27 |

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 162: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | FIRST BANKING CENTER ATTN: JIM SCHUSTER 567 BROAD STREET P.O. BOX 970 LAKE GENEVA, WI 53147 | 18164 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $570,597.11*  $570,597.11 | Lehman Brothers Special Financing Inc. | Unsecured | $535,087.32 |
| 12 | FIRST BANKING CENTER ATTN: JIM SCHUSTER, CHIEF FINANCIAL OFFICER 567 BROAD STREET P.O. BOX 970 LAKE GENEVA, WI 53147 | 18165 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $570,597.11*  $570,597.11 | Lehman Brothers Holdings Inc. | Unsecured | $535,087.32 |
| 13 | GREENBRIER YUGEN KAISHA C/O O'MELVENY & MYERS LLP ATTN: TREVOR N. LAIN TWO EMBARCADERO CENTER, 28TH FLOOR SAN FRANCISCO, CA 94111-3823 | 11376 | 09/11/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $114,675.60 | Lehman Brothers Special Financing Inc. | Unsecured | $63,307.95 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 162: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN C/O PREMIER HEALTH PARTNERS ATTN: KATHY HAUSER, TREASURY MANAGER 40 WEST FOURTH STREET, SUITE 2110 DAYTON, OH 45402 | 21595 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $10,280.32 $3,916.52  $14,196.84 | Lehman Brothers Special Financing Inc. | Unsecured | $3,916.52 |
| 15 | NORTHWOODS-CATHEDRAL CITY, L.P. C/O BRET H. REED, JR, A LAW CORPORATION 621 ACACIA AVENUE CORONA DEL MAR, CA 92625 | 16069 | 09/18/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $55,334.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $17,620.00 |
| 16 | PIETRO FERRERO ATTN: RICHARD BERTOCCI & ANDREAS SEUFFERT GILMARTIN, POSTER & SHAFTO LLP 845 THIRD AVENUE, 18TH FLOOR NEW YORK, NY 10022 | 17210 | 09/18/2009 | Lehman Brothers Commercial Corporation | Unsecured | $2,104,949.58 | Lehman Brothers Commercial Corporation | Unsecured | $1,800,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 162: EXHIBIT 1 – VALUED DERIVATIVES CLAIM**

|  | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGRAM ATTN: KATHY HAUSER, TREASURY MANAGER PREMIER HEALTH PARTNERS 40 WEST FOURTH STREET, SUITE 2110 DAYTON, OH 45402 | 21584 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $24,934.60 $91,674.16 $116,608.76 | Lehman Brothers Special Financing Inc. | Unsecured | $91,673.96 |
| 18 | RAMIUS ENTERPRISE MASTER FUND LTD, F/K/A RCG ENTERPRISE FUND LTD C/O RAMIUS LLC ATTN: OWEN LITTMAN 599 LEXINGTON AVE NEW YORK, NY 10022 | 66034 | 12/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $50,530.00 |
| 19 | ROCHE US DB PLANS MASTER TRUST ATTN: GERRY BOHM 340 KINGSLAND STREET NUTLEY, NJ 07110 | 33665 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $382,723.00* $382,723.00 | Lehman Brothers Holdings Inc. | Unsecured | $170,000.00 |
| 20 | ROCHE US DB PLANS MASTER TRUST ATTN: GERRY BOHM 340 KINGSLAND STREET NUTLEY, NJ 07110 | 33667 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $382,723.00 $382,723.00 | Lehman Brothers Special Financing Inc. | Unsecured | $170,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 162: EXHIBIT 1 – VALUED DERIVATIVES CLAIM**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 21 | U.S. BANK NATIONAL ASSOCIATION ATTN: PAMELA WIEDER, VP U.S. BANK CORPORATE TRUST SERVICES EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 30946 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $30,956.02* | Lehman Brothers Special Financing Inc. | Unsecured | $15,818.75 |
| 22 | U.S. BANK NATIONAL ASSOCIATION ATTN: PAMELA WIEDER, VP U.S. BANK CORPORATE TRUST SERVICES EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 30994 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $15,818.75 |
| 23 | VERMONT PENSION INVESTMENT COMMITTEE C/O BETH PEARCE 109 STATE STREET, 4TH FLOOR PAVILION BUILDING MONTPELIER, VT 05602 | 16013 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $36,567.54 | Lehman Brothers Special Financing Inc. | Unsecured | $22,580.18 |
| | | | | | TOTAL | $166,335,270.62 | | TOTAL | $77,753,713.66 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 162: EXHIBIT 2 – VALUED DERIVATIVES CLAIM – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CASCADE INVESTMENT, L.L.C. ATTN: LAURIE SMILEY, GENERAL COUNSEL 2365 CARILLON POINT KIRKLAND, WA 98033 | 21730 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $11,708,287.49 | Lehman Brothers Holdings Inc. | Unsecured | $11,493,489.50 |
| 2 | CASCADE INVESTMENT, L.L.C. ATTN: LAURIE SMILEY, GENERAL COUNSEL 2365 CARILLON POINT KIRKLAND, WA 98033 | 21741 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $11,708,287.49 | Lehman Brothers Special Financing Inc. | Unsecured | $11,493,489.50 |
| 3 | ELIM PARK BAPTIST HOME, INC., THE C/O SHARYN B. ZUCH, WIGGIN AND DANA LLP 185 ASYLUM ST., CITYPLACE I HARTFORD, CT 06103 | 67144 | 10/22/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $491,971.72 | Lehman Brothers Special Financing Inc. | Unsecured | $317,572.54 |
| 4 | GOLDMAN SACHS & CO. PROFIT SHARING MASTER TRUST C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK, NY 10019 | 31519 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $67,810.60* $67,810.60 | Lehman Brothers Holdings Inc. | Unsecured | $22,642.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                                   Page 1 of 7

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 162: EXHIBIT 2 – VALUED DERIVATIVES CLAIM – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | GOLDMAN SACHS & CO. PROFIT SHARING MASTER TRUST C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK, NY 10019 | 31530 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $67,810.60* $67,810.60 | Lehman Brothers Special Financing Inc. | Unsecured | $22,642.00 |
| 6 | LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LLC C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10017 | 33612 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,032,748.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,346,538.00 |
| 7 | OZ ASIA MASTER FUND, LTD. C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK, NY 10019 | 31521 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $14,955,819.90* $14,955,819.90 | Lehman Brothers Holdings Inc. | Unsecured | $497,172.25 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 162: EXHIBIT 2 – VALUED DERIVATIVES CLAIM – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | OZ ASIA MASTER FUND, LTD. C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK, NY 10019 | 31531 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $14,955,819.90*  $14,955,819.90 | Lehman Brothers Special Financing Inc. | Unsecured | $497,172.25 |
| 9 | OZ EUROPE MASTER FUND, LTD. C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK, NY 10019 | 31523 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $110,789.91*  $110,789.91 | Lehman Brothers Holdings Inc. | Unsecured | $46,715.00 |
| 10 | OZ EUROPE MASTER FUND, LTD. C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK, NY 10019 | 31534 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $110,789.91*  $110,789.91 | Lehman Brothers Special Financing Inc. | Unsecured | $46,715.00 |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 162: EXHIBIT 2 – VALUED DERIVATIVES CLAIM – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | OZ MASTER FUND, LTD C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK, NY 10019 | 65859 | 12/07/2009 | Lehman Brothers Special Financing Inc. | Administrative Secured<br><br>Subtotal | Undetermined $21,048,433.51*<br><br>$21,048,433.51 | Lehman Brothers Special Financing Inc. | Unsecured | $3,437,938.26 |
| 12 | OZ MASTER FUND, LTD. C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK, NY 10019 | 65860 | 12/07/2009 | Lehman Brothers Holdings Inc. | Administrative Secured<br><br>Subtotal | Undetermined $21,048,433.51*<br><br>$21,048,433.51 | Lehman Brothers Holdings Inc. | Unsecured | $3,437,938.26 |
| 13 | WELLS FARGO BANK, NA AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007- 5 SUPPLEMENTAL INTEREST TRUST ATTN: MARY SOHLBERG MAC N9311- 161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 25702 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $203,329.93* | Lehman Brothers Special Financing Inc. | Unsecured | $202,399.43 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 162: EXHIBIT 2 – VALUED DERIVATIVES CLAIM – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-1 ATTN: MARY SOHLBERG 625 MARQUETTE AVENUE, MAC N9311-161 MINNEAPOLIS, MN 55479 | 33104 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $453,353.81 |
| 15 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2008-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24770 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $821,505.43 | Lehman Brothers Special Financing Inc. | Unsecured | $453,353.81 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 162: EXHIBIT 2 – VALUED DERIVATIVES CLAIM – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | ZEPHYR RECOVERY 2004-1 LP<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN L. SHEARER, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 33645 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,042,182.00* | Lehman Brothers Special Financing Inc. | Unsecured | $6,008,860.00 |
| 17 | ZEPHYR RECOVERY 2004-2 LP<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN L. SHEARER, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 33643 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,257,011.00* | Lehman Brothers Special Financing Inc. | Unsecured | $6,029,628.00 |
| 18 | ZEPHYR RECOVERY 2004-3 LP<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN SHEARER, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 33641 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,468,831.00* | Lehman Brothers Special Financing Inc. | Unsecured | $964,475.00 |

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 162: EXHIBIT 2 – VALUED DERIVATIVES CLAIM – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | ZEPHYR RECOVERY II-A LP<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN L. SHEARER, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 33655 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $16,236,863.00* | Lehman Brothers Special Financing Inc. | Unsecured | $10,803,028.00 |
| 20 | ZEPHYR RECOVERY II-B LP<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN L. SHEARER, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 34317 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,467,179.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,131,275.00 |
| 21 | ZEPHYR RECOVERY II-C<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN L SHEARER, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 33649 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,880,292.00* | Lehman Brothers Special Financing Inc. | Unsecured | $4,576,500.00 |
| | | | | | TOTAL | $166,335,270.62 | | TOTAL | $77,753,713.66 |

\* - Indicates claim contains unliquidated and/or undetermined amounts