# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| # | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 1 | CASTLERIGG MASTER INVESTMENTS LTD C/O SANDELL ASSET MANAGEMENT CORP. ATTN: LEGAL DEPARTMENT ATTN: LAURA STRACHE, MANAGING DIRECTOR ATTN: TIM O'BRIEN 40 WEST 57TH STREET, 26TH FLOOR NEW YORK, NY 10019 | 27310 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $13,904,506.00* | Lehman Brothers Special Financing Inc. | Unsecured | $9,055,734.84 |
| | | | | | TOTAL | $13,904,506.00* | | TOTAL | $9,055,734.84 |

\* - Indicates claim contains unliquidated and/or undetermined amounts