# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BLUE ANGEL CLAIMS LLC TRANSFEROR: BKW FMB ENERGIE AG ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 4413 | 05/19/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,267,291.60 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,188,174.28 |
| 2 | BLUE ANGEL CLAIMS LLC TRANSFEROR: BKW FMB ENERGIE AG ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 4414 | 05/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,267,291.60 | Lehman Brothers Holdings Inc. | Unsecured | $2,251,595.02 |
| | | | | | TOTAL | $4,534,583.20 | | TOTAL | $4,439,769.30 |

\* - Indicates claim contains unliquidated and/or undetermined amounts    Page 1 of 1