# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 158: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADA, DEGAN<br>97, VIALE EUROPA<br>ROMA, 00144<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34486 | $14,616.76 | Late-Filed Claim |
| 2 | BORENSTEIN, ROBERTA<br>18 WINDY RIDGE PLACE<br>MILTON, CT 06897 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34411 | $172,014.67 | Late-Filed Claim |
| 3 | CAPELOTO, MICHAEL J. AND CLAUDIA, TRUSTEES<br>C/O MIDFIRST PRIVATE BANK<br>3030 E. CAMELBACK ROAD<br>PHOENIX, AZ 85016 | | Lehman No Case Asserted/All Cases Asserted | 06/02/2011 | 67515 | $68,600.00 | Late-Filed Claim |
| 4 | CAPELOTO, MICHAEL J. AND CLAUDIA, TRUSTEES<br>C/O MIDFIRST PRIVATE BANK<br>3030 E. CAMELBACK ROAD<br>PHOENIX, AZ 85016 | | Lehman No Case Asserted/All Cases Asserted | 06/02/2011 | 67516 | $210,104.38 | Late-Filed Claim |
| 5 | CAVANNA, MARIO<br>27 RUE EDOUARD SCOFFIER<br>NICE, 06300<br>FRANCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/16/2010 | 66536 | $21,226.50 | Late-Filed Claim |
| 6 | CIMB INVESTMENT BANK<br>ATTN: WAH, LEE CHENG<br>9TH FLOOR, COMMERCE SQUARE<br>JALAN SEMANTAN, DAMANSARA HEIGHTS<br>KUALA LUMPUR, 50490<br>MALAYSIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2009 | 35992 | $19,003.00* | Late-Filed Claim |
| 7 | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/08/2011 | 67521 | $576,088.39 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 158: EXHIBIT 1 – LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | CONRAD O'BRIAN PC (V. CIESLIK)<br>1515 MARKET STREET, 16TH FLOOR<br>PHILADELPHIA, PA 19102 | 09-10137 (JMP) | BNC Mortgage LLC | 04/12/2010 | 66541 | $3,637.50 | Late-Filed Claim |
| 9 | DEFINED RETURNS LIMITED FOR AND ON BEHALF OF UNDERLYING INVESTORS<br>C/O GRANT THORNTON UK LLP<br>30 FINSBURY SQUARE<br>LONDON, EC2P 2YO<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59121 | $4,685,725.58 | Late-Filed Claim |
| 10 | EPPERSON, TOM<br>2220 HEATHERMOOR HILL DRIVE<br>MARIETTA, GA 30062 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/20/2011 | 67499 | $75,000.00 | Late-Filed Claim |
| 11 | EVERGREEN LAW GROUP<br>SUNGGONGHWAE BUILDING<br>3-7, JEONG-DONG, JUNG-GU<br>SEOUL, 100-120<br>KOREA, REPUBLIC OF | 09-17331 (JMP) | Merit, LLC | 07/14/2010 | 66943 | $58,524.30 | Late-Filed Claim |
| 12 | FLORIAN INVESTMENTS NO. 1 LIMITED<br>ATTN: SANDRA RICHARDSON AS DIRECTOR<br>85 MERRION SQUARE<br>DUBLIN, 2<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 42897 | Undetermined | Late-Filed Claim |
| 13 | GREEN, VIRGINIA G.<br>287 RIVIERA DRIVE<br>LORELADIES, NJ 08008-6153 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/06/2011 | 67520 | $6,302.46 | Late-Filed Claim |
| 14 | HARRER, RUPERT<br>MUHLTERCH 1-4<br>FRANEKIRCHEN, 7132<br>AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64863 | $37,087.50 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 158: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | HEYNE, ULLA<br>KOMMANDANTENSTR. 4<br>BERLIN, 12205<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/30/2009 | 67511 | $6,999.51 | Late-Filed Claim |
| 16 | LIMBECK, GERLINDE<br>WINDEGASSE 5<br>NICKELSDORF, 2425<br>AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64864 | $74,175.00 | Late-Filed Claim |
| 17 | MALPASS, EILEEN R<br>2 THE HEIGHTS<br>LOUGHTON<br>ESSEX, IG10 1RN<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59263 | $48,652.00 | Late-Filed Claim |
| 18 | MALPASS, EILEEN ROSEMARY<br>2 THE HEIGHTS<br>LOUGHTON<br>ESSEX, IG10 1RN<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59264 | $48,652.00 | Late-Filed Claim |
| 19 | MANY, ANITA<br>SONNENRAIN 10B<br>WILEN B. WOLLERAU, 8832<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/06/2010 | 67240 | $108,580.00 | Late-Filed Claim |
| 20 | NEW YORK CITY DEPARTMENT OF FINANCE<br>59 MAIDEN LANE<br>NEW YORK, NY 10038 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/23/2011 | 67540 | $185.73 | Late-Filed Claim |
| 21 | PENSIONS FOR SAKRINGSAKTIEBOLAGET VERITAS<br>C/O AKITA BANK PLC<br>MANNERHEIMINTIE 14<br>HELSINKI, FIN-00100<br>FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/24/2011 | 67509 | $2,830,200.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 158: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | SOUKHOPALOV, SERGEI & LARISSA<br>UBS FINANCIAL SERVICES<br>ATTN: THOMAS COURTNEY<br>1251 AVE OF THE AMERICAS, 2ND FL<br>NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/01/2011 | 67517 | $106,828.55 | Late-Filed Claim |
| 23 | TREMONT, SAMUEL J.<br>729 BERQUIST DR<br>BALLWIN, MO 63011 | | Lehman No Case Asserted/All Cases Asserted | 06/06/2011 | 67518 | $5,000.00 | Late-Filed Claim |
| 24 | WEISSENBACK, MICHAEL<br>HAUPTSTR 3<br>DONNERSKIRCHEN, 7082<br>AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64862 | $14,835.00 | Late-Filed Claim |
| | | | | | TOTAL | $9,192,038.83 | |

# EXHIBIT 2

# IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 158: EXHIBIT 2 – LATE-FILED CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DETOURNAY, PIERRE<br>20A, BD EMMANUEL SERVAIS<br>LUXEMBOURG, L 2535<br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/12/2010 | 66608 | $14,321.00 | Late-Filed Claim |
| | | | | | TOTAL | $14,321.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT 3

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 158: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FOCHT, DEBORAH E<br>530 E LAUREL ROAD<br>NOKOMIS, FL 34275 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34381 | $1,104,000.00* | Late-Filed Claim |
| 2 | FOCHT, DEBORAH E.<br>530 E. LAUREL ROAD<br>NOKOMIS, FL 34275 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 10/21/2009 | 42915 | $1,104,000.00* | Late-Filed Claim |
| 3 | FOCHT, DEBORAH E.<br>530 E. LAUREL ROAD<br>NOKOMIS, FL 34275 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 10/21/2009 | 42916 | $1,104,000.00* | Late-Filed Claim |
| | | | | | TOTAL | $3,312,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts