# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

|   | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ALSTON INVESTMENTS LLC TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK, NY 10019 | 17381 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $9,305,200.82* | Lehman Brothers Commodity Services Inc. | Unsecured | $8,568,987.31 |
| 2 | AMERICAN NATIONAL INSURANCE COMPANY C/O FREDERICK BLACK & TARA B ANNWEILER GREER, HERZ & ADAMNS, LLP ONE MOODY PLAZA, 18TH FLOOR GALVESTON, TX 77550 | 31991[1] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,653,468.22 | Lehman Brothers Holdings Inc. | Unsecured | $2,350,000.00 |

---

[1] Claim 31991 is being reduced and allowed solely with respect to its asserted claim totaling $2,653,468.22 relating to a purported guarantee of an ISDA Master Agreement dated May 30, 2005.  The portion of Claim 31991 asserting a claim totaling $13,000,000 for securities with CUSIP Nos. 524908BF6, 52517PSZ5, and 52517PVVO was previously expunged pursuant to the Order Granting Debtors' Ninety-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) [Docket No. 15520] and is not being reduced and allowed pursuant to, or otherwise affected by this Objection.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                                  Page 1 of 15

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | AMERICAN NATIONAL INSURANCE COMPANY C/O FREDERICK BLACK/TARA B. ANNWEILER GREER HERTZ & ADAMS, LLP ONE MOODY PLAZA, 18TH FLOOR GALVESTON, TX 77550 | 32177 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,653,468.22 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,350,000.00 |
| 4 | ASHTON FOREST PARK, LP 2002 SUMMIT BLVD STE 1000 ATLANTA, GA 30319-1499 | 27282 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $381,955.00 | Lehman Brothers Special Financing Inc. | Unsecured | $23,920.00 |
| 5 | ASHTON INVESTMENTS LLC TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK, NY 10019 | 17377 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $13,418,343.37* | Lehman Brothers Commodity Services Inc. | Unsecured | $12,354,739.98 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: MR. IGNACIO OLLERO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 FLOOR 21ST MADRID, 28046 SPAIN | 15644 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $33,275,403.83 | Lehman Brothers Special Financing Inc. | Unsecured | $31,611,633.64 |
| 7 | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: MR. IGNACIO OLLERO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 FLOOR 21ST MADRID, 28046 SPAIN | 15646 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $33,198,985.88 | Lehman Brothers Holdings Inc. | Unsecured | $31,611,633.64 |
| 8 | BANCO ITAU BBA S.A.- NASSAU BRANCH WEST BAY STREET P.O. BOX N-7788 NASSAU, BAHAMAS | 67339 | 02/15/2011 | Lehman Brothers Special Financing Inc. | Unsecured | $2,482,948.39 | Lehman Brothers Special Financing Inc. | Unsecured | $2,200,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | BANK OF AMERICA, N.A.<br>TRANSFEROR: ENBW TRADING GMBH<br>C/O BANK OF AMERICA MERRILL LYNCH<br>BANK OF AMERICA TOWER, 3RD FLOOR<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | 28431 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $271,107.15* | Lehman Brothers Commodity Services Inc. | Unsecured | $0.00 |
| | TRANSFERRED TO:<br>STONE LION PORTFOLIO L.P.<br>TRANSFEROR: BANK OF AMERICA, N.A.<br>C/O STONE LION CAPITAL PARTNERS LP<br>461 5TH AVENUE, 14TH FLOOR<br>NEW YORK, NY 10017 | | | | | $3,850,000 | | | $3,836,977.94 |
| | TRANSFERRED TO:<br>ONEX DEBT OPPORTUNITY FUND, LTD<br>TRANSFEROR: BANK OF AMERICA, N.A.<br>ONEX CREDIT PARTNERS, LLC<br>910 SYLVAN AVENUE, SUITE 100<br>ENGLEWOOD CLIFFS, NJ 07632 | | | | | $3,850,000 | | | $3,836,977.94 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | BANK OF AMERICA, N.A.<br>TRANSFEROR: ENBW TRADING GMBH<br>C/O BANK OF AMERICA MERRILL LYNCH<br>BANK OF AMERICA TOWER, 3RD FLOOR<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | 28628 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $271,107.15* | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |
| | TRANSFERRED TO:<br>STONE LION PORTFOLIO L.P.<br>TRANSFEROR: BANK OF AMERICA, N.A.<br>C/O STONE LION CAPITAL PARTNERS LP<br>461 5TH AVENUE, 14TH FLOOR<br>NEW YORK, NY 10017 | | | | | $3,850,000 | | | $3,935,553.57 |
| | TRANSFERRED TO:<br>ONEX DEBT OPPORTUNITY FUND, LTD<br>TRANSFEROR: BANK OF AMERICA, N.A.<br>ONEX CREDIT PARTNERS, LLC<br>910 SYLVAN AVENUE, SUITE 100<br>ENGLEWOOD CLIFFS, NJ 07632 | | | | | $3,850,000 | | | $3,935,553.57 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

|  | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | BRITISH ENERGY TRADING AND SALES LIMITED<br>BARNWOOD<br>BARNET WAY<br>GLOUCESTER, GL43RS<br>UNITED KINGDOM | 19779 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,495,572.09 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,093,066.84 |
| 12 | CAJA DE AHORROS DE SALAMANCA Y SORIA<br>ATTN: MS. ELENA MERINO / MS. ELENA COLLADO<br>CALLE VILLAMAGNA 6, 3*PLANTA<br>MADRID, 28001<br>SPAIN | 28155 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $4,546,892.67* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $3,600,000.00 |
| 13 | CAJA DE AHORROS Y PENSIONES DE BARCELONA<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 17561 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,629,460.44* | Lehman Brothers Holdings Inc. | Unsecured | $6,944,181.06 |
| 14 | CITIGROUP TRUST - DELAWARE, N.A.<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN L SHEARER, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 33270 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $190,430.82* | Lehman Brothers Special Financing Inc. | Unsecured | $230,430.82 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | CITIGROUP TRUST - DELAWARE, N.A. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33271 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $190,430.82* | Lehman Brothers Holdings Inc. | Unsecured | $230,430.82 |
| 16 | CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT C/O VEOLIA WATER NORTH AMERICA - NORTHEAST, LLC ATTN: JEFFREY L. LEVY, ESQ. 1115 W. CHESTNUT STREET, SUITE 303 BROCKTON, MA 02301 | 13410 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,401,558.60 | Lehman Brothers Special Financing Inc. | Unsecured | $575,000.00 |
| 17 | DANSKE BANK A/S DMLEGAL (REG: 4676) ATTN: HANNE OLESEN HOLMENS KANAL 2-12 COPENHAGEN, DK-1092 DENMARK | 17270 | 09/18/2009 | Lehman Brothers Commercial Corporation | Unsecured | $3,712,563.00* | Lehman Brothers Commercial Corporation | Unsecured | $3,484,759.00 |
| 18 | DANSKE BANK A/S DMLEGAL (REG: 4676) ATTN: HANNE OLESEN HOLMENS KANAL 2-12 COPENHAGEN, DK-1092 DENMARK | 17271 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,712,563.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,484,759.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: STATE RENAISSANCE ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 10412 | 09/04/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $837,500.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $573,000.00 |
| 20 | DEXIA ASSET MANAGEMENT ON BEHALF OF CLIENT 180 RUE ROYALE BRUSSELS, 1000 BELGIUM | 10635 | 09/08/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,548,591.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,400,000.00 |
| 21 | DEXIA ASSET MANAGEMENT ON BEHALF OF CLIENT 180 RUE ROYALE BRUSSELS, 1000 BELGIUM | 11007 | 09/09/2009 | Lehman Brothers Commercial Corporation | Unsecured | $1,548,591.00 | Lehman Brothers Commercial Corporation | Unsecured | $1,400,000.00 |
| 22 | ESSENT ENERGY TRADING BV C/O 12-14 RUE DES GLACIS DE RIVE GENEVA, 1207 SWITZERLAND | 15059 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,067,944.00* | Lehman Brothers Holdings Inc. | Unsecured | $4,829,995.00 |
| 23 | ESSENT ENERGY TRADING BV C/O 12-14 RUE DES GLACIS DE RIVE GENEVA, 1207 SWITZERLAND | 15060 | 09/17/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $9,079,414.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $8,839,955.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 24 | ESSENT TRADING INTERNATIONAL SA<br>12-14 RUE DES GLACIS DE RIVE<br>GENEVE, 1207<br>SWITZERLAND | 14056 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,188,589.00* | Lehman Brothers Holdings Inc. | Unsecured | $5,161,271.00 |
| 25 | ESSENT TRADING INTERNATIONAL SA<br>C/O 12-14 RUE DES GLACIS DE RIVE<br>1207 GENEVA, SWITZERLAND | 15062 | 09/17/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $6,194,742.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $5,111,029.00 |
| 26 | EUROSAIL-UK 2007-5NP PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>ATTN: MARTIN MCDERMOTT/MARK FILER, FIFTH FLOOR<br>6 BROAD STREET<br>LONDON, EC2M 7JH<br>UNITED KINGDOM | 40682 | 10/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $227,329,411.39 | Lehman Brothers Special Financing Inc. | Unsecured | $170,000,000.00 |
| 27 | EUROSAIL-UK 2007-5NP PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>ATTN: MARTIN MCDERMOTT/MARK FILER, FIFTH FLOOR<br>6 BROAD STREET<br>LONDON, EC2M 7JH<br>UNITED KINGDOM | 40683 | 10/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $227,329,411.39 | Lehman Brothers Holdings Inc. | Unsecured | $170,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | GRACIE CREDIT OPPORTUNITY MASTER FUND LP ATTN: GREG PEARSON 590 MADISON AVENUE, 28TH FLOOR NEW YORK, NY 10022 | 565 | 11/10/2008 | Lehman Brothers Special Financing Inc. | Unsecured | $60,817.00 | Lehman Brothers Special Financing Inc. | Unsecured | $42,571.90 |
| 29 | INTEL CORPORATION RETIREMENT PROFIT SHARING PLAN C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA, CA 90401 | 20176 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $426,971.92 | Lehman Brothers Holdings Inc. | Unsecured | $329,487.35 |
| 30 | INTEL CORPORATION RETIREMENT PROFIT SHARING PLAN C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA, CA 90401 | 20177 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $426,971.92 | Lehman Brothers Special Financing Inc. | Unsecured | $329,487.35 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 31 | INVERCAIXA GESTION SGIIC SAU TRANSFEROR: INVERCAIXA GESTION SGIIC, SAU C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 17554 | 09/18/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $215,546.76* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $210,000.00 |
| 32 | INVERCAIXA GESTION SGIIC SAU TRANSFEROR: INVERCAIXA GESTION SGIIC, SAU C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 17555 | 09/18/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $110,726.91* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $93,000.00 |
| 33 | KROGER CO MASTER RETIREMENT TRUST C/O THE KROGER CO. ATTN: CINDY HOLMES 1014 VINE STREET CINCINNATI, OH 45202 | 32330 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $232,997.50 | Lehman Brothers Holdings Inc. | Unsecured | $75,000.00 |
| 34 | KROGER CO MASTER RETIREMENT TRUST C/O THE KROGER CO. ATTN: CINDY HOLMES 1014 VINE STREET CINCINNATI, OH 45202 | 32332 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $232,997.50 | Lehman Brothers Special Financing Inc. | Unsecured | $75,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 35 | MAERSK A/S<br>ATTN: FINANCE DEPARTMENT, MRC SECTION<br>50 ESPLANADAEN<br>COPENHAGEN, 1098<br>DENMARK | 14869 | 09/17/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,067,326.27* | Lehman Brothers Commodity Services Inc. | Unsecured | $1,796,279.50 |
| 36 | MAERSK A/S<br>ATTN: FINANCE DEPARTMENT, MRC SECTION<br>50 ESPLANADEN<br>COPENHAGEN, 1098<br>DENMARK | 15613 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,067,326.27* | Lehman Brothers Holdings Inc. | Unsecured | $1,796,279.50 |
| 37 | MBIA INC.<br>ATTN: CHRIS MOROS<br>113 KING STREET<br>ARMONK, NY 10504 | 26905 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured<br>Unsecured<br>Subtotal | Undetermined<br>$126,965,915.14*<br>$126,965,915.14 | Lehman Brothers Special Financing Inc. | Unsecured | $9,980,000.00 |
| 38 | MBIA INC.<br>ATTN: CHRIS MOROS<br>113 KING STREET<br>ARMONK, NY 10504 | 26906 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br>Subtotal | Undetermined<br>$126,965,915.14*<br>$126,965,915.14 | Lehman Brothers Holdings Inc. | Unsecured | $9,980,000.00 |
| 39 | MIDLAND NATIONAL LIFE INSURANCE COMPANY<br>C/O GUGGENHEIM PARTNERS ASSET MGMT, INC.<br>ATTN: ROY CORR<br>100 WILSHIRE BLVD., 5TH FLOOR<br>SANTA MONICA, CA 90401 | 50363 | 10/28/2009 | Lehman Brothers Special Financing Inc. | Secured<br>Unsecured<br>Subtotal | $600,000.00<br>$7,125,906.50<br>$7,725,906.50 | Lehman Brothers Special Financing Inc. | Unsecured | $5,692,614.72 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 19522-1    Filed 08/25/11    Entered 08/25/11 15:50:41    Exhibits
Pg 14 of 20

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 40 | MIDLAND NATIONAL LIFE INSURANCE COMPANY C/O GUGGENHEIM PARTNERS ASSET MGMT, INC. ATTN: ROY CORR 100 WILSHIRE BLVD., 5TH FLOOR SANTA MONICA, CA 90401 | 50366 | 10/28/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,125,906.50* | Lehman Brothers Holdings Inc. | Unsecured | $5,692,614.72 |
| 41 | NOCHU RUSSELL MULTI-STRATEGY GLOBAL BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 31065 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $68,193.40 | Lehman Brothers Holdings Inc. | Unsecured | $73,587.41 |
| 42 | NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA, CA 90401 | 50364 | 10/28/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,981,264.70* | Lehman Brothers Special Financing Inc. | Unsecured | $3,775,665.78 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

|   | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 43 | NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA, CA 90401 | 50365 | 10/28/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,981,264.70* | Lehman Brothers Holdings Inc. | Unsecured | $3,775,665.78 |
| 44 | PENTWATER CREDIT PARTNERS FUND LTD ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 14081 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,813,208.00* | Lehman Brothers Holdings Inc. | Unsecured | $7,820,845.00 |
| 45 | PENTWATER CREDIT PARTNERS FUND LTD ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 14084 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,813,208.00* | Lehman Brothers Special Financing Inc. | Unsecured | $7,820,845.00 |
| 46 | PNC BANK, NATIONAL ASSOCIATION 249 FIFTH AVENUE PITTSBURGH, PA 15258-0001 | 32088 | 09/22/2009 | Lehman Brothers Commercial Corporation | Unsecured | $6,037,680.00* | Lehman Brothers Commercial Corporation | Unsecured | $3,622,608.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 47 | STICHTING PENSIOENFONDS ABP C/O APG ASSET MANAGEMENT US INC ATTN: MARK SINGER 666 THIRD AVE, SECOND FLOOR NEW YORK, NY 10017 | 21961 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,193,138.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $3,817,565.69 |
| 48 | STICHTING PENSIOENFONDS ABP C/O APG ASSET MANAGEMENT US INC ATTN: MARK SINGER 666 THIRD AVE, SECOND FLOOR NEW YORK, NY 10017 | 21962 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,193,138.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,817,565.69 |
| | | | | | TOTAL | $939,022,073.38 | | TOTAL | $566,180,538.52 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 160: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BARTON CREEK SENIOR LIVING CENTER, INC. C/O DAVID M. BENNETT 1722 ROUTH ST., SUITE 1500 DALLAS, TX 75201 | 27227 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $25,045.53 | Lehman Brothers Holdings Inc. | Unsecured | $21,600.00 |
| 2 | BARTON CREEK SENIOR LIVING CENTER, INC. C/O DAVID M. BENNETT 1722 ROUTH ST., SUITE 1500 DALLAS, TX 75201 | 27228 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $26,928.53 | Lehman Brothers Special Financing Inc. | Unsecured | $21,600.00 |
| | | | | | TOTAL | $51,974.06 | | TOTAL | $43,200.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                             Page 1 of 1

# EXHIBIT 3

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 160: EXHIBIT 3 – SETTLED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CAJA DE AHORROS Y PENSIONES DE BARCELONA C/O BAKER & MCKENZIE LLP ATTN: IRA A REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 17563 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,629,460.44* | Lehman Brothers Special Financing Inc. | Unsecured | $6,748,584.10 |
| 2 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 19275 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $17,755,614.70* | Lehman Brothers Special Financing Inc. | Unsecured | $17,434,282.79 |
| 3 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 19276 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $17,800,197.56* | Lehman Brothers Special Financing Inc. | Unsecured | $17,478,145.45 |
| | | | | | TOTAL | $43,185,272.70 | | TOTAL | $41,661,012.34 |

\* - Indicates claim contains unliquidated and/or undetermined amounts