Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340

*Conflicts Counsel for the Joint Administrators
of the UK Administration Companies*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------- x

| | |
|---|---|
| In Re: | : Chapter 11 Case No. |
| | : |
| | : 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : |
| | : (Jointly Administered) |
| Debtors. | : |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Charles R. Eskridge III, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent the Joint Administrators of the UK Administration Companies in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Southern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   August **23**, 2011.

Houston, Texas

_____
Charles R. Eskridge III
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Email: ceskridge@susmangodfrey.com
Telephone: 713-653-7860
Facsimile: 713-654-3357

1652365v1/012774