Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340

*Conflicts Counsel for the Joint Administrators
of the UK Administration Companies*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

      Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11 Case No.
:
: 08-13555 (JMP)
:
: (Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, William R. H. Merrill, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Joint Administrators of the UK Administration Companies in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and bar of the State of Georgia and, if applicable, the bar of the U.S. District Court for the Southern, Northern and Eastern Districts of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  August 24, 2011
           Houston, Texas.

William R. H. Merrill
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
E-mail bmerrill@susmangodfrey.com
Telephone number 713.653.7865

1652698v1/012774