# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 164: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ASPECTA ASSURANCES INTERNATIONAL SA GOLDBELL 1 5, RUE EUGENE RUPPERT , L-2453 LUXEMBOURG | 09/18/2009 | 08-13555 (JMP) | 17590 | $2,570,932.00 | ING LUXEMBOURG 52, ROUTE D'ESCH , L-2965 LUXEMBOURG | 10/22/2009 | 08-13555 (JMP) | 44153 | $2,570,932.00 |
| 2 | ASPECTA ASSURANCES INTERNATIONAL SA GOLDBELL 1 5, RUE EUGENE RUPPERT , L-2453 LUXEMBOURG | 09/18/2009 | 08-13555 (JMP) | 17591 | $169,285.98 | ING LUXEMBOURG 52, ROUTE D'ESCH , L-2965 LUXEMBOURG | 10/22/2009 | 08-13555 (JMP) | 44138 | $169,285.98 |
| 3 | AVIVA LIFE S.P.A. C/O MARK D. SHERRILL SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20004 | 05/08/2009 | 08-13555 (JMP) | 4200 | $4,293,197.72 | BANCA DELLE MARCHE S.P.A. VIA GHISLIERI, 6 JESI (AN), 60035 ITALY | 10/29/2009 | 08-13555 (JMP) | 55554 | $4,293,197.72 |
| 4 | BEISEL-DVAXLER, JLONA FRIEDHOTSTR 36 MECKESHEIM, 74909 GERMANY | 09/24/2009 | 08-13555 (JMP) | 34830 | $14,175.00 | JOBST, MARTIN GUSTAV - HEINEMANN-RING 82 MUENCHEN, D-81739 GERMANY | 10/19/2009 | 08-13555 (JMP) | 41628 | $14,175.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 164: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | CITY OF BLUE MOUNTAINS<br>LOCKED BAG 1005<br>KATOOMBA, NSW 2780<br>AUSTRIA | 10/19/2009 | 08-13555 (JMP) | 41296 | $206,425.00 | BLUE MOUNTAINS CITY COUNCIL<br>C/ AMANDA BANTON<br>PIPER ALDERMAN, LEVEL 23<br>GOVERNOR MACQUARIE TOWER - 1 FARRER PLACE<br>SYDNEY, NSW 2000<br>AUSTRALIA | 11/02/2009 | 08-13555 (JMP) | 61132 | $206,425.00 |
| 6 | DEUTSCHE BANK AG, LONDON BRANCH<br>TRANSFEROR: ASPECTA ASSURANCES INTERNATIONAL SA<br>ATTN:PHILIPP ROEVER<br>WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET<br>LONDON, EC2N2DB<br>UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 17592 | $6,780,480.00 | DEUTSCHE BANK AG, LONDON BRANCH (UK)<br>TRANSFEROR: ING LUXEMBOURG<br>ATTN: PHILIPP ROEVER<br>WINCHESTER HOUSE, 1 GREAT WINCHESTER ST<br>LONDON, EC2N 2DB<br>UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 44149 | $6,780,480.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 164: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | DUNCAN, GARY<br>BREWIN DOLPHIN LTD<br>2ND FLOOR,<br>KINGSGATE HOUSE<br>ST HELIER<br>JERSEY, JE2 3QB<br>UNITED KINGDOM | 10/19/2009 | 08-13555 (JMP) | 41206 | $1,560,873.85 | BREWIN NOMINEES LTD<br>TIME CENTRAL<br>GALLOWGATE<br>NEWCASTLE UPON TYNE,<br>NE1 4SR<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63652 | $1,560,873.85 |
| 8 | JONES, ADRIAN<br>BREWIN DOLPHIN LIMITED<br>2ND FLOOR,<br>KINGSGATE HOUSE<br>ST HELIER<br>JERSEY, JE2 3QB<br>UNITED KINGDOM | 10/19/2009 | 08-13555 (JMP) | 41204 | $1,560,873.85 | BREWIN NOMINEES LTD<br>TIME CENTRAL<br>GALLOWGATE<br>NEWCASTLE UPON TYNE,<br>NE1 4SR<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63652 | $1,560,873.85 |
| 9 | SMART, P.<br>C/O BREWIN DOLPHIN LTD<br>2ND FLOOR,<br>KINGSGATE HOUSE<br>ST HELIER<br>JERSEY, JE2 3QB<br>UNITED KINGDOM | 10/19/2009 | 08-13555 (JMP) | 41205 | $1,560,873.85 | BREWIN NOMINEES LTD<br>TIME CENTRAL<br>GALLOWGATE<br>NEWCASTLE UPON TYNE,<br>NE1 4SR<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63652 | $1,560,873.85 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 164: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | ULLRICH, KATHARINA ALLSCHWILERWEG 61 BINNINGEN, 4102 SWITZERLAND | 10/19/2009 | 08-13555 (JMP) | 40970 | $22,301.52 | SCHWALLER, RUDOLF MISSIONSSTRASSE 53 BASEL, CH 4055 SWITZERLAND | 10/19/2009 | 08-13555 (JMP) | 42123 | $22,301.52 |
| 11 | SEEMANN-HAMM, ELISABETH WEIDLINGERSTRASSE 53/5/7 KLOSTERNEUBURG, 4-3400 AUSTRIA | 09/28/2009 | 08-13555 (JMP) | 35297 | $0.00* | WIESER, ELEONORE LUITHOLDSTRASSE 1/II MONDSEE, 5310 AUSTRIA | 09/21/2009 | 08-13555 (JMP) | 24508 | $0.00* |
| 12 | GEIDE, HANS UNTERLINDAU 43 FRANKFURT, 60323 GERMANY | 10/13/2009 | 08-13555 (JMP) | 37584 | $0.00* | WHITE & CASE LLP ATTN: RA MICHAEL RUETZEL BOCKENHEIMER LANDSTRASSE 20 FRANKFURT AM MAIN, 60323 GERMANY | 10/30/2009 | 08-13555 (JMP) | 60631 | $0.00* |
| 13 | STADTSPARKASSE WERMELSKIRCHEN ATTN: STEFAN SCHMITT TELEGRAFENSTRASSE 5-9 WERMELSKIRCHEN, 42929 GERMANY | 10/30/2009 | 08-13555 (JMP) | 60573 | $0.00* | WHITE & CASE LLP ATTN: RA MICHAEL RUETZEL BOCKENHEIMER LANDSTRASSE 20 FRANKFURT AM MAIN, 60323 GERMANY | 10/30/2009 | 08-13555 (JMP) | 60631 | $0.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 164: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | REASEGUROS CREDITO Y CAUCION, S.A.U. C/O KEVIN M. ECKHARDT, HUNTON & WILLIAMS LLP 1111 BRICKELL AVE., SUITE 2500 MIAMI, FL 33131 | 04/28/2009 | 08-13555 (JMP) | 4002[1] | $0.00* | UBS AG ATTN: BERT GUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD, CT 06901<br><br>TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND, LTD TRANSFEROR: UBS AG C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK, NY 10065<br><br>TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD TRANSFEROR: UBS AG C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK, NY 10065 | 10/28/2009 | 08-13555 (JMP) | 50309 | $0.00*<br><br>Undetermined<br><br><br><br><br><br><br>Undetermined |

---

[1] Claim 4002 is being expunged solely with respect to its asserted claim, in undetermined amount, for securities with ISIN Nos. XS0128857413 and XS0205185456. The portion of Claim 4002 that is asserting a claim, in undetermined amount, for securities with ISIN Nos. XS0213416141, XS0216921741, XS0218304458, and XS0232364868 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to those portions of Claim 4002 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 164: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | | | | | TRANSFERRED TO: QUANTUM PARTNERS LTD TRANSFEROR: UBS AG C/O SOROS FUND MANAGEMENT LLPC ATTN: JAY SCHOENFARBER 888 SEVENTH AVE, 33RD FL NEW YORK, NY 10106 | | | | Undetermined |
| | | | | | TRANSFERRED TO: THE VARDE FUND VIII, LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $135,000.00 |
| | | | | | TRANSFERRED TO: VARDE INVESTMENT PARTNERS LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $112,000.00 |
| | | | | | TRANSFERRED TO: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $52,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 164: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | | | | | TRANSFERRED TO: THE VARDE FUND LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $33,000.00 |
| | | | | | TRANSFERRED TO: THE VARDE FUND IX LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $334,000.00 |
| | | | | | TRANSFERRED TO: THE VARDE FUND IX-A LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $43,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 164: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | | | | | TRANSFERRED TO: THE VARDE FUND V-B LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $11,000.00 |
| | | | | | TRANSFERRED TO: THE VARDE FUND VI-A LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $19,000.00 |
| | | | | | TRANSFERRED TO: THE VARDE FUND VII-B LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $5,000.00 |
| | | | | | TRANSFERRED TO: THE VARDE FUND X (MASTER) LP TRANSFEROR: UBS AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $256,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 164: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | | | | | TRANSFERRED TO: CONTRARIAN FUNDS, LLC TRANSFEROR: UBS AG ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | | | | $1,900,000.00 |
| | | | | | TRANSFERRED TO: CRESCENT 1 L.P. TRANSFEROR: UBS AG C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | | | | Undetermined |
| | | | | | TRANSFERRED TO: CYRUS OPPORTUNITIES MASTER FUND II, LTD. TRANSFEROR: UBS AG C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | | | | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 164: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | | | | | **TRANSFERRED TO: CRS FUND LTD.** **TRANSFEROR: UBS AG** C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | | | | **Undetermined** |
| | | | | | **TRANSFERRED TO: CYRUS SELECT OPPS. MASTER FUND, LTD.** **TRANSFEROR: UBS AG** C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | | | | **Undetermined** |
| | | TOTAL | | $14,570,655.18 | | | | | |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 164: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS - WITHDRAWN OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | SCHAFFNER-WUTHRICH, SUSI C/O LINDTLAW ADVOKATUR HAUPTSTRASSE 39 KREUZLINGEN, CH-8280 SWITZERLAND | 10/09/2009 | 08-13555 (JMP) | 37231 | $51,510.40 | SCHLATTER, MATHIAS OBERDORFSTRASSE 1 8112 OTELFINGEN, SWITZERLAND | 10/07/2009 | 08-13555 (JMP) | 36864 | $51,510.40 |
| | | | TOTAL | | $51,510.40 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT 3

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 164: EXHIBIT 3 – DUPLICATIVE LPS CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | KREISSPARKASSE HEINSBERG ATTN: UDO MITSCH HERMANN-JOSEF-GORMANNS-STR. 14-16 ERKELENZ, 41812 GERMANY | 10/30/2009 | 08-13555 (JMP) | 60569 | $0.00* | WHITE & CASE LLP ATTN: RA MICHAEL RUETZEL BOCKENHEIMER LANDSTRASSE 20 FRANKFURT AM MAIN, 60323 GERMANY | 10/30/2009 | 08-13555 (JMP) | 60631 | $0.00* |
| | | | | TOTAL | $0.00* | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1