# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 118 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | KOMAROFF, ANDREW S.<br>1155 PARK AVE<br>APT 8SE<br>NEW YORK, NY 10128 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23794 | $7,151,794.00* |
| 2 | ROSEN, LEONARD G.<br>64 PINKAS STREET<br>APARTMENT 153<br>TEL AVIV, 62157<br>ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33635 | $5,424,099.00 |
| 3 | VAN LOMWEL, DIK<br>39 CAMPDEN HILL ROAD<br>LONDON, W8 7DX<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30477 | $2,997,453.33 |
| 4 | ZUCKERMAN, HEATHER P.<br>640 WEST END AVENUE<br>APT 5A<br>NEW YORK, NY 10024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23793 | $981,769.90* |
| | | | | | TOTAL | $16,555,116.23 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 118 – EXHIBIT 2: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | O'SULLIVAN, THOMAS J.<br>336 NASSAU AVE<br>MANHASSET, NY 11030 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27300 | $650,000.00* |
| | | | | | TOTAL | $650,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 118 – EXHIBIT 3: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ANDRIOLA, ROCCO F.<br>45 MOREWOOD OAKS<br>PORT WASHINGTON, NY 11050 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10544 | $1,507,706.00 |
| 2 | ANTONCIC, MADELYN<br>350 EAST 57TH STREET<br>APARTMENT 13A<br>NEW YORK, NY 10022 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16516 | $10,204,571.00 |
| 3 | ASSI, GEORGES<br>FLAT 15<br>1-2 QUEENS GATE<br>LONDON, SW7 5EH<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15463 | $18,637,921.00 |
| 4 | BANCHETTI, RICCARDO<br>FORO BUONAPARTE 24<br>MILANO, 20121<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20313 | $26,040,000.00 |
| 5 | BAZYLEVSKY, BO<br>51 EAST 93RD ST.<br>NEW YORK, NY 10128 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/24/2010 | 66323 | $3,568,323.88 |
| 6 | BOWYER, MICHAEL L.<br>26 OAK LANE<br>SCARSDALE, NY 10583 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15087 | $2,526,640.00 |
| 7 | CATALAO MAIA, ALEXANDRE<br>200 EAST 94TH STREET<br>APT 514<br>NEW YORK, NY 10128 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17760 | $2,868,427.08 |
| 8 | FLEISCHMAN RICHMAN, SANDY<br>25 CENTRAL PARK WEST<br>APT #6E<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8530 | $3,903,072.10 |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 118 – EXHIBIT 3: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS –
ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 9 | GLASEBROOK, RICHARD J., II<br>515 NORTH STREET<br>GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9682 | $20,129,666.00 |
| 10 | GOLDBERG, JASON<br>745 7TH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23894 | $3,297,005.00 |
| 11 | HIGGINS, KIERAN NOEL<br>2 FITZGERALD AVENUE<br>LONDON, GT LON, SW148SZ<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16104 | $22,929,525.00 |
| 12 | HUTTON, RANDALL J.<br>22 HILLSIDE LANE<br>NEW HOPE, PA 18938 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14023 | $8,851,649.15 |
| 13 | LAWRENCE, HENRY MORGAN III<br>143 READE STREET, APT 3A<br>NEW YORK, NY 10013 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/17/2009 | 3374 | $2,843,547.67 |
| 14 | LIOTTI, FABIO<br>74 YORK MANSIONS<br>PRINCE OF WALES DRIVE<br>LONDON, SW11 4BW<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25895 | $3,519,222.00 |
| 15 | LYNCH, MARY A.<br>501 EAST 79TH ST<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24409 | Undetermined |
| 16 | MONAHAN, BRIAN W.<br>(LISTED IN ADDITIONAL NOTICING ADDRESS) | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 20775 | $1,653,621.00 |
| 17 | NACKENSON, RICHARD<br>254 EAST 68TH STREET # 30C<br>NEW YORK, NY 10065 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13968 | $6,473,275.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 118 – EXHIBIT 3: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 18 | PARR, ANKE<br>15 DANEHURST STREET<br>LONDON, SW6 6<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16039 | Undetermined |
| 19 | PRIMIANO, VINCENT A.<br>122 BROADWAY<br>ROCKVILLE CEMTRE, NY 11570 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31795 | $4,856,359.00* |
| 20 | PRIMIANO, VINCENT A.<br>122 BROADWAY<br>ROCKVILLE CENTRE, NY 110 | 08-13600 (JMP) | LB 745 LLC | 09/22/2009 | 31796 | $4,856,359.00* |
| 21 | RAMALLO, HENRY<br>27 DAVENPORT WAY<br>HILLSBOROUGH, NJ 08844 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17607 | $8,654,989.94 |
| 22 | REINER, BRETT S.<br>26 BURR FARMS ROAD<br>WESTPORT, CT 06880 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/19/2009 | 19584 | $1,918,035.00 |
| 23 | REYNOLDS, CHRISTIAN F.<br>111 EAST 30TH STREET<br>APT. 16 AC<br>NEW YORK, NY 10016 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28442 | $1,044,547.00 |
| 24 | SARONNE, GIANCARLO<br>100 OAKWOOD COURT<br>LONDON, W14 8JZ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15754 | $12,883,007.00 |
| 25 | SARONNE, GIANCARLO<br>100 OAKWOOD COURT<br>LONDON, W14 8JZ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18783 | $12,883,007.00 |
| 26 | SCHWARTZ, MARVIN C<br>2 EAST 88TH STREET<br>NEW YORK, NY 10128 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20244 | $10,950.00* |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 118 – EXHIBIT 3: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS – ADJOURNED CLAIMS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|----|------|-------------|-------------|------------|---------|---------------------|
| 27 | SHAH, HARSH<br>FLAT 2<br>3 PEMBRIDGE PLACE<br>LONDON, WS 4XB<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14285 | $10,952,772.58 |
| 28 | STIEFEL, STEPHANIE J<br>15 CENTRAL PARK WEST #28B<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21711 | $3,097,980.60 |
| 29 | WALSH, W. PHILLIP<br>20 PINE STREET, APARTMENT #1906<br>NEW YORK, NY 10005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/14/2009 | 1707 | $837,859.29 |
| 30 | WEINER, DAVID I.<br>173 RIVERSIDE DR.<br>NEW YORK, NY 10024 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18314 | $15,684,379.91 |
|    |      |             |             |            | TOTAL   | $216,634,418.20 |