# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | LAUTENSCHLAGER, ROLF A. SAUERBRUCHSTRASSE 31 MUENCHEN, 81377 GERMANY | 09/24/2009 | 08-13555 (JMP) | 34834 | $14,500.00 | LAUTENSCHLAGER, ROLF A. SAUERBRUCHSTRASSE 31 MUENCHEN, D 81377 GERMANY | 11/03/2009 | 08-13555 (JMP) | 64469 | $14,900.00 |
| 2 | SCHMITT, HELGE-CHRISTIAN JENNISGASSE 5 DONAUWORTH, 86609 GERMANY | 01/14/2009 | 08-13555 (JMP) | 1715 | $184,599.00 | SCHMITT, HELGE-CHRISTIAN JENNISGASSE 5 DONAUWORTH, 86609 GERMANY | 01/28/2009 | 08-13555 (JMP) | 2110 | Undetermined |
| | | | | TOTAL | $199,099.00 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts