Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340

*Conflicts Counsel for the Joint Administrators
of the UK Administration Companies*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                             :  Chapter 11 Case No.
In re:                                                       :
                                                             :  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :
                                                             :  (Jointly Administered)
        Debtors.                                             :
                                                             :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David H. Orozco, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Joint Administrators of the UK Administration Companies in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   August 24th, 2011.

        Los Angeles, California

                                                    _____
                                                    David H. Orozco
                                                    Susman Godfrey L.L.P.
                                                    1901 Avenue of the Stars, Suite 950
                                                    Los Angeles, CA 9067-6029
                                                    E-mail dorozco@susmangodfrey.com
                                                    Telephone number (310) 789-3100

1652914v1/012774