Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340

*Conflicts Counsel for the Joint Administrators
of the UK Administration Companies*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
In re:                          :   Chapter 11 Case No.
                                :
                                :   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
                                :   (Jointly Administered)
        Debtors.                :
                                :
                                :
------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David M. Peterson, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Joint Administrators of the UK Administration Companies in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Southern District of Texas, the bar of the U.S. District Court for the Northern District of Texas, and the bar of the U.S. District Court for the Eastern District of Texas.

1652933v1/012774

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   August 24, 2011.

Houston, Texas.

_____
David M. Peterson
Mailing Address:
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX  77002-5096
E-mail:  dpeterson@susmangodfrey.com
Telephone number:  713/653-7873

.

2