Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340

*Conflicts Counsel for the Joint Administrators
of the UK Administration Companies*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :    Chapter 11 Case No.
In re:                               :
                                     :    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
                                     :    (Jointly Administered)
         Debtors.                    :
                                     :
                                     :
------------------------------------ x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Matthew R. Berry, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Joint Administrators of the UK Administration Companies in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Washington and, if applicable, the bar of the U.S. District Court for the Western District of Washington.

1651478v1/012774

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   August 23, 2011.

Seattle, Washington

_____
Matthew R. Berry
Susman Godfrey LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Email:  MBerry@SusmanGodfrey.com
Phone:  206.373.7394

2

1651478v1/012774