Jonathan D. Schiller
Jack G. Stern
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel:  (212) 446-2300
Fax:  (212) 446-2350

Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., N.W.
Washington, DC 20015
Telephone (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Barclays Capital Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | SIPA Proceeding<br><br>Case No. 08-01420 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS CAPITAL INC.,<br><br>Defendant. | Adversary No. 09-01731 (JMP) |

**BARCLAYS CAPITAL INC.'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL IN CONNECTION WITH LBHI'S**
**APPEAL FROM THE JULY 15, 2011 ORDERS OF THE BANKRUPTCY COURT**

Barclays Capital Inc. ("Barclays"), by and through its attorneys, hereby submits, under Federal Rule of Bankruptcy Procedure 8006, the following counter-designation of items for inclusion in the appellate record in connection with the appeal of Lehman Brothers Holdings Inc. Barclays reserves its right to designate additional items for inclusion in the record and/or restate issues presented on appeal if any motions are granted subsequent to the filing of this designation which affect the appealed Orders. For items designated, the designation includes all documents referenced with the particular document number including, without limitation, all exhibits, attachments, declarations and affidavits related thereto.

## <u>DESIGNATION OF RECORD</u>

Documents Filed in Both Case Nos. 08-01420 and 08-13555 (JMP) ............................................2

Documents Filed in Case No. 08-01420 (JMP) ..............................................................................15

Documents Filed in Case No. 08-13555 (JMP) ..............................................................................23

Documents Filed in Case No. 09-01731 (JMP) ..............................................................................28

Documents Filed in Case No. 09-01732 (JMP) ..............................................................................30

Documents Filed in Case No. 09-01733 (JMP) ..............................................................................32

Additional Materials .......................................................................................................................33

**Documents Filed in Both Case Nos. 08-01420 and 08-13555 (JMP)**
(*In re Lehman Brothers Inc. and In re Lehman Brothers Holdings, Inc.*)

| Counter-Designation No. | Filing Date | Docket No. (08-01420 listed first) | Description (Docket Text) |
|---|---|---|---|
| 1 | 10/01/2008 | 47<br><br>504 | Statement /*Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser, with Exhibit A, dated October 1, 2008 107 258*, filed by Lindsee Paige Granfield on behalf of Barclays Capital, Inc.. (Granfield, Lindsee) Modified on 10/8/2008 (Philbert, Gemma). (Entered: 10/01/2008) |
| 2 | 10/02/2008 | 51<br><br>564 | Statement/*Notice of Revised Exhibit A to Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser dated October 2, 2008* (related document(s) 504) filed by Lindsee Paige Granfield on behalf of Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 10/02/2008) |
| 3 | 10/10/2008 | 89<br><br>786 | Statement: *Lehman Brothers Holdings Inc. et al.'s Statement of Issues Presented on Appeal and Counterdesignation of Additional Items to be Included in the Record on Appeal in Connection with the Appeal of Bay Harbour Management L.C., Bay Harbour Master Ltd. et al. from Orders of Bankruptcy Court Entered September 20, 2008* filed by Harvey R. Miller on behalf of Lehman Brothers Holdings Inc.. (Miller, Harvey) (Entered: 10/10/2008) |
| 4 | 10/10/2008 | 91<br><br>801 | Statement: *Lehman Brothers Holdings Inc. et al.'s Amended Statement of Issues Presented on Appeal and Counterdesignation of Additional Items to be Included in the Record on Appeal in Connection with the Appeal of Bay Harbour Management L.C., Bay Harbour Master Ltd. et al. from Orders of Bankruptcy Court Entered September 20, 2008* (related document(s) 786) filed by Harvey R. Miller on behalf of Lehman Brothers Holdings Inc.. (Miller, Harvey) (Entered: 10/10/2008) |

| 5 | 10/10/2008 | 92<br><br>809 | Motion to Reconsider FRCP 60 or FRBP 3008/ *Notice of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts", dated October 10, 2008* filed by Lisa M. Schweitzer on behalf of Barclays Capital, Inc.. with hearing to be held on 11/5/2008 (check with court for location) Responses due by 10/27/2008, (Attachments: # 1 Exhibit 1 to Exhibit A) (Schweitzer, Lisa) (Entered: 10/10/2008) |
| 6 | 10/10/2008 | 93<br><br>810 | *Declaration of Luke A. Barefoot, dated October 9, 2008* (related document(s) 809) filed by Lisa M. Schweitzer on behalf of Barclays Capital, Inc.. (Schweitzer, Lisa) (Entered: 10/10/2008) |
| 7 | 10/10/2008 | 94<br><br>811 | *Declaration of Mario Mendolaro, dated October 9, 2008* (related document(s) 809) filed by Lisa M. Schweitzer on behalf of Barclays Capital, Inc.. (Schweitzer, Lisa) (Entered: 10/10/2008) |
| 8 | 10/12/2008 | 111<br><br>896 | Statement of Issues /*Barclays Capital, Inc.'s Statement of Issues Presented on Appeal and Counterdesignation of Additional Items to be Included in the Record on Appeal in Connection with the Appeal of Bay Harbour Management L.C., Bay Harbour Master Ltd. et al. from Orders of Bankruptcy Court Entered September 20, 2008, dated October 13, 2008* (related document(s) 262, 801, 502) filed by Lisa M. Schweitzer on behalf of Barclays Capital, Inc.. (Schweitzer, Lisa) (Entered: 10/13/2008) |
| 9 | 12/02/2008 | 367<br><br>1986 | Reply to Motion/*Reply to Responses to Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts", dated December 2, 2008* (related document(s) 809) filed by Lindsee Paige Granfield on behalf of Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 12/02/2008) |
| 10 | 07/30/2009 | 1321<br><br>4524 | Confidentiality Stipulation and Protective Order Between the Examiner, Debtors, Trustee, Creditors' Committee and Barclays Capital Inc. Signed on 7/30/2009. (related document(s) 4424) (Nulty, Lynda) (Entered: 07/30/2009) |

| 11 | 9/24/2009 | 1747 5270 | Motion to Join *JOINDER OF DEBTOR LBHI WITH THE COMMITTEE'S MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(a) TO UNSEAL MOTIONS FOR RELIEF MODIFYING THE SEPTEMBER 20, 2008 SALE ORDER (AND RELATED SIPA SALE ORDER* (related document(s) 5269) filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4) (Hine, William) (Entered: 09/24/2009) |
| 12 | 9/24/2009 | 1745 5271 | Statement *Trustee's Joinder in Motion Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Pursuant To 11 U.S.C. Sections 105(a) and 107(a), To Unseal Motions For Relief From September 20, 2008 Sale Order (And Related SIPA Sale Order)* (related document(s) 5269) filed by William R. Maguire on behalf of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. with hearing to be held on 10/15/2009 at 02:00 PM at Courtroom 601 (JMP) Objections due by 10/9/2009, (Maguire, William) (Entered: 09/24/2009) |
| 13 | 10/04/2009 | 1941 5482 | So Ordered Stipulation and Order Signed on 10/14/2009 Concerning Scheduling Between the Debtors, Trustee, Committee and Barclays Capital, Inc. (Nulty, Lynda) (Entered: 10/14/2009) |
| 14 | 12/02/2009 | 2140 6005 | Motion to Compel *Production of Documents from the Trustee and the Committee Based on Privilege Waiver* filed by Hamish Hume on behalf of Barclays Capital, Inc.. with hearing to be held on 12/10/2009 at 02:00 PM at Courtroom 601 (JMP) (Hume, Hamish) (Entered: 12/02/2009) |
| 15 | 12/02/2009 | 2141 6006 | Affidavit *of Todd Thomas in Support of Barclays' Motion to Compel Production of Documents from the Trustee and the Committee Based on Privilege Waiver* (related document(s) 6005) filed by Hamish Hume on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7) (Hume, Hamish) (Modified on 12/2/2009 to Attach Corrected Exhibit 7) (Richards, Beverly). (Entered: 12/02/2009) |

| 16 | 12/07/2009 | 2269<br><br>6065 | Opposition Brief *Trustee's Memorandum of Law in Opposition to Barclays' Motion to Compel Production of Documents from the Trustee and Committee Based on Privilege Waiver* filed by William R. Maguire on behalf of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. with hearing to be held on 12/10/2009 at 02:00 PM at Courtroom 601 (JMP) (Maguire, William) (Entered: 12/07/2009) |
| 17 | 12/07/2009 | 2270<br><br>6066 | Declaration *of William R. Maguire in Support of the Trustee's Memorandum of Law in Opposition to Barclays' Motion to Compel Production of Documents from the Trustee and Committee Based on Privilege Waiver* filed by William R. Maguire on behalf of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. with hearing to be held on 12/10/2009 at 02:00 PM at Courtroom 601 (JMP) (Maguire, William) (Entered: 12/07/2009) |
| 18 | 12/07/2009 | 2278<br><br>6067 | Objection to Motion/ *Objection of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., to Motion of Barclays Capital, Inc. to Compel Production of Documents from Trustee and Committee Based on Privilege Waiver* (related document(s) 6005) filed by James Tecce on behalf of Official Committee of Unsecured Creditors. (Tecce, James) (Entered: 12/07/2009) |
| 19 | 12/09/2009 | 2303<br><br>6080 | Reply to Motion *Barclays' Reply to the Responses of the Trustee and the Committee to Barclays' Motion to Compel Production of Documents from the Trustee and the Committee Based on Privilege Waiver* (related document(s) 6005) filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Schiller, Jonathan) (Entered: 12/09/2009) |
| 20 | 01/12/2010 | 2516<br><br>6623 | Amended Confidentiality Stipulation and Protective Order signed on 1/12/2010 By and Between Barclays Capital Inc., Lehman Brothers Holdings, Inc., Weil, Gotshal & Manges LLP, the Trustee for the SIPA Liquidation of Lehman Brothers Inc., and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc. (related document(s) 6338) (Nulty, Lynda) (Entered: 01/12/2010) |

| 21 | 01/29/2010 | 2581<br><br>6814 | Notice of Hearing *Notice of Hearing of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of Undelivered Assets* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. Objections due by 3/4/2010, (Attachments: # 1 Pleading Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets# 2 Pleading Proposed Order)(Schiller, Jonathan) (Entered: 01/29/2010) |
| --- | --- | --- | --- |
| 22 | 01/29/2010 | 2583<br><br>6816 | Statement *Volume I of Appendix to Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit Exhibits 1 - 9# 2 Exhibit Exhibits 10 - 13# 3 Exhibit Exhibits 14 - 15# 4 Exhibit Exhibits 16 - 21# 5 Exhibit Exhibits 22 - 25# 6 Exhibit Exhibits 26 - 29) (Schiller, Jonathan) (Entered: 01/29/2010) |
| 23 | 01/29/2010 | 2584<br><br>6817 | Statement *Volume II of Appendix to Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit Exhibits 30 - 40# 2 Exhibit Exhibits 41 - 46# 3 Exhibit Exhibits 47 - 49) (Schiller, Jonathan) (Entered: 01/29/2010) |
| 24 | 01/29/2010 | 2585<br><br>6818 | Statement *Volume III of Appendix to Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit Exhibits 50 - 53# 2 Exhibit Exhibits 54 - 55# 3 Exhibit Exhibits 56 - 58# 4 Exhibit Exhibits 59 - 62# 5 Exhibit Exhibits 63 - 66) (Schiller, Jonathan) (Entered: 01/29/2010) |

| 25 | 01/29/2010 | 2586<br><br>6819 | Statement *Volume IV of Appendix to Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit Exhibits 67 - 69# 2 Exhibit Exhibits 70 - 73# 3 Exhibit Exhibits 74 - 76# 4 Exhibit Exhibits 77 - 78# 5 Exhibit Exhibits 79 - 80# 6 Exhibit Exhibits 81 - 83) (Schiller, Jonathan) (Entered: 01/29/2010) |
| 26 | 01/29/2010 | 2587<br><br>6820 | Statement *Volume V of Appendix to Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit Exhibits 84 - 86# 2 Exhibit Exhibits 87 - 91# 3 Exhibit Exhibits 92 - 96# 4 Exhibit Exhibits 97 - 101# 5 Exhibit Exhibits 102 - 130) (Schiller, Jonathan) (Entered: 01/29/2010) |
| 27 | 01/29/2010 | 2588<br><br>6821 | Statement *Volume VI of Appendix to Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit Exhibit 131# 2 Exhibit Exhibits 132 - 140# 3 Exhibit Exhibits 141 - 154# 4 Exhibit Exhibits 155 - 173# 5 Exhibit Exhibits 174 - 179# 6 Exhibit Exhibits 180 - 221) (Schiller, Jonathan) (Entered: 01/29/2010) |
| 28 | 01/29/2010 | 2589<br><br>6822 | Statement *Volume VII of Appendix to Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit Exhibits 222 - 250# 2 Exhibit Exhibits 251 - 282# 3 Exhibit Exhibits 283 - 319# 4 Exhibit Exhibits 320 - 338) (Schiller, Jonathan) (Entered: 01/29/2010) |

| 29 | 01/29/2010 | 2590 | Statement *Volume VIII of Appendix to Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit Exhibits 339 - 341# 2 Exhibit Exhibit 342# 3 Exhibit Exhibit 343# 4 Exhibit Exhibits 344 - 350# 5 Exhibit Exhibits 351 - 370# 6 Exhibit Exhibits 371 - 380) (Schiller, Jonathan) (Entered: 01/29/2010) |
| | | 6823 | |
| 30 | 02/11/2010 | 2653 | So Ordered Stipulation and Order Signed on 2/11/2010 Between LBHI, SIPA Trustee and Creditors Committee and Barclays Regarding Scheduling. (Nulty, Lynda) (Entered: 02/11/2010) |
| | | 7073 | |
| 31 | 03/04/2010 | 2771 | Opposition Brief *Memorandum of Barclays Capital Inc. in Opposition to the Rule 60 Motions and in Support of Motion of Barclays Capital Inc. to Enforce the Sale Order and Secure Delivery of All Undelivered Assets [Corrected]* (related document(s) 6815) filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Schiller, Jonathan) (Entered: 03/04/2010) |
| | | 7410 | |
| 32 | 03/16/2009 | 2829 | Notice of Hearing/ *Notice of Hearing on Certain Motions Filed by LBHI, the SIPA Trustee, the Creditors' Committee and Barclays Capital Inc.* (related document(s) 5169, 5148) filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 4/9/2010 (check with court for location) (Hine, William) (Entered: 03/16/2010) |
| | | 7608 | |
| 33 | 04/01/2010 | 2943 | Opposition Brief *Memorandum of Barclays Capital Inc. in Opposition to Motion in Limine Seeking to Compel Admission of Disputed Facts* (Redacted) (related document(s) 7502) filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. with hearing to be held on 4/9/2010 at 10:00 AM at Courtroom 601 (JMP) (Attachments: # 1 Exhibit A# 2 Exhibit B) (Schiller, Jonathan) (Entered: 04/01/2010) |
| | | 7992 | |

| 34 | 04/02/2010 | 2957<br><br>8015 | Motion to Strike/ *Motion in Limine for an Order Excluding the Expert Testimony of Professor Paul Pfleiderer* filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 4/26/2010 at 10:00 AM at Courtroom 601 (JMP) Responses due by 4/19/2010, (Attachments: # 1 Exhibit A - part 1# 2 Exhibit A - part 2# 3 Exhibits B-E) (Hine, William) (Entered: 04/02/2010) |
|---|---|---|---|
| 35 | 04/05/2010 | 2997<br><br>8077 | Statement *Appendix To Reply Memorandum Of Barclays Capital Inc. In Further Support Of Motion Of Barclays Capital Inc. To Enforce The Sale Order And Secure Delivery Of All Undelivered Assets - Volume IX* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit 457# 2 Exhibit 469# 3 Exhibit 470# 4 Exhibit 472# 5 Exhibit 475# 6 Exhibit 476# 7 Exhibit 484# 8 Exhibit 485# 9 Exhibit 504# 10 Exhibit 505# 11 Exhibit 514# 12 Exhibit 517# 13 Exhibit 521# 14 Exhibit 522# 15 Exhibit 523# 16 Exhibit 524# 17 Exhibit 627# 18 Exhibit 628) (Schiller, Jonathan) (Entered: 04/05/2010) |
| 36 |  | 2998<br><br>8078 | Statement *Appendix To Reply Memorandum Of Barclays Capital Inc. In Further Support Of Motion Of Barclays Capital Inc. To Enforce The Sale Order And Secure Delivery Of All Undelivered Assets - Volume X* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit 630# 2 Exhibit 631# 3 Exhibit 632# 4 Exhibit 633# 5 Exhibit 634# 6 Exhibit 635# 7 Exhibit 636# 8 Exhibit 637# 9 Exhibit 638# 10 Exhibit 639# 11 Exhibit 640# 12 Exhibit 641# (13) Exhibit 642# 14 Exhibit 643# 15 Exhibit 644# 16 Exhibit 645# 17 Exhibit 646# 18 Exhibit 647# 19 Exhibit 648# 20 Exhibit 649) (Schiller, Jonathan) (Entered: 04/05/2010) |

| 37 | 04/14/2010 | 3097<br><br>8331 | Motion to Compel *Motion By Barclays Capital Inc. For An Order Compelling Documents From LBHI, The Trustee, The Creditors Committee And Their Financial Advisors Deloitte, FTI, Alvarez & Marsal, And Houlihan Lokey* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. with hearing to be held on 4/26/2010 at 10:00 AM at Courtroom 601 (JMP) Responses due by 4/23/2010, (Attachments: # 1 Exhibit Affidavit of Hamish P.M. Hume# 2 Exhibit Exhibits 1 - 23) (Schiller, Jonathan) (Entered: 04/14/2010) |
| --- | --- | --- | --- |
| 38 | 04/19/2010 | 3146<br><br>8467 | Opposition Brief *Memorandum Of Barclays Capital Inc. In Opposition To Motion In Limine For An Order Excluding The Expert Testimony Of Professor Paul Pfleiderer* (related document(s) 8015) filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. with hearing to be held on 4/26/2010 at 10:00 AM at Courtroom 601 (JMP) (Attachments: # 1 Exhibit Exhibits A - D) (Schiller, Jonathan) (Entered: 04/19/2010) |
| 39 | 04/20/2010 | 3162<br><br>8510 | Motion to Strike *Motion In Limine of Barclays Capital Inc. for an Order Excluding the Expert Testimony of John P. Garvey, Mark E. Slattery, Joseph Schwaba, John J. Schneider, John J. Olvany, Harrison J. Goldin, and Professor Mark E. Zmijewski* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. with hearing to be held on 5/3/2010 at 10:00 AM at Courtroom 601 (JMP) Responses due by 4/26/2010, (Attachments: # 1 Exhibits A - E# 2 Exhibits F - L# 3 Exhibits M - Q# 4 Notice of Hearing# 5 Proposed Order) (Schiller, Jonathan) (Entered: 04/20/2010) |
| 40 | 04/22/2010 | 3175<br><br>8568 | Objection to Motion *Objection of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. to Motion of Barclays Capital, Inc. for an Order Compelling Documents From LBHI, Trustee, Creditors Committee and Their Financial Advisors Deloitte, FTI, Alvarez & Marsal, and Houlihan Lokey* filed by James Tecce on behalf of Official Committee of Unsecured Creditors. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4) (Tecce, James) (Entered: 04/22/2010) |

| 41 | 04/22/2010 | 3176 | Opposition / *Debtors' Brief in Opposition to the Motion by Barclays Capital Inc. for an Order Compelling Documents from LBHI, the Trustee, the Creditors' Committee and Their Financial Advisors Deloitte, FTI, Alvarez & Marsal, and Houlihan Lokey* filed by William J. Hine on behalf of Lehman Brothers Holdings Inc. (Hine, William) (Entered: 04/22/2010) |
| | | 8569 | |
| 42 | 04/23/2010 | 3185 | Objection to Motion *Trustee's Objection to Barclays' Motion to Compel Production of Documents from LBHI, the Trustee, the Committee and their Financial Advisors* (related document(s) 8331) filed by William R. Maguire on behalf of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. with hearing to be held on 4/26/2010 at 09:30 AM at Courtroom 601 (JMP) (Maguire, William) (Entered: 04/23/2010) |
| | | 8623 | |
| 43 | 04/23/2010 | 3186 | Declaration *of Seth D. Rothman in Support of the Trustee's Objection to Barclays' Motion to Compel Production of Documents from LBHI, the Trustee, the Committee and their Financial Advisors* filed by William R. Maguire on behalf of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. (Maguire, William) (Entered: 04/23/2010) |
| | | 8624 | |
| 44 | 07/21/2010 | 3498 | Opposition/ *Memorandum of Movants in Opposition to the Motion in Limine of Barclays Capital Inc. for an Order Excluding the Expert Testimony of John P. Garvey, Mark E. Slattery, Joseph Schwaba, John J. Schneider, John J. Olvany, Harrison J. Goldin, and Professor Mark E. Zmijewski* (related document(s) 8510) filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. (Hine, William) (Entered: 07/21/2010) |
| | | 10351 | |

| 45 | 07/21/2010 | 3499 10352 | Declaration/ *Declaration of Jayant W. Tambe in Support of Memorandum of Movants in Opposition to the Motion in Limine of Barclays Capital Inc. for an Order Excluding the Expert Testimony of John P. Garvey, Mark E. Slattery, Joseph Schwaba, John J. Schneider, John J. Olvany, Harrison J. Goldin, and Professor Mark E. Zmijewski* (related document(s) 10351) filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. (Attachments: # 1 Exhibits 1-8# 2 Exhibits 9-10# 3 Exhibit 11, Part 1# 4 Exhibit 11, Part 2# 5 Exhibit 11, Part 3# 6 Exhibit 12# 7 Exhibits 13-15) (Hine, William) (Entered: 07/21/2010) |
| 46 | 07/21/2010 | 3501 10354 | Reply to Motion/ *Reply Memorandum in Support of Motion in Limine for an Order Excluding the Expert Testimony of Professor Paul Pfleiderer* (related document(s) 2957) filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. (Hine, William) (Entered: 07/21/2010) |
| 47 | 07/21/2010 | 3502 10355 | Declaration/ *Declaration of Todd R. Geremia* (related document(s) 10354) filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. (Attachments: # 1 Exhibits 1-2# 2 Exhibits 3-8# 3 Exhibit 9, Part 1# 4 Exhibit 9, Part 2# 5 Exhibits 10-16) (Hine, William) (Entered: 07/21/2010) |
| 48 | 08/16/2010 | 3564 10806 | Reply to Motion *Reply Memorandum in Further Support of Motion in Limine of Barclays Capital Inc. for an Order Excluding the Expert Testimony of Joseph Schwaba, Mark E. Slattery, Professor Mark E. Zmijewski, Harrison J. Goldin, John J. Schneider, and John P. Garvey* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Schiller, Jonathan) (Entered: 08/16/2010) |

| 49 | 08/16/2010 | 3565<br><br>10807 | Affidavit *Declaration of Hamish Hume in Support of Reply Brief in Further Support of Motion in Limine of Barclays Capital Inc. for an Order Excluding the Expert Testimony of Joseph Schwaba, Mark E. Slattery, Professor Mark E. Zmijewski, Harrison J. Goldin, John J. Schneider, and John P. Garvey* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Appendix Index to Appendix# 2 Appendix Volume 1# 3 Appendix Volume 2# 4 Appendix Volume 3# 5 Appendix Volume 4)(Schiller, Jonathan) (Entered: 08/16/2010) |
| 50 | 08/30/2010 | 3625<br><br>11070 | Letter *Letter Brief on the Admissibility of BCI Exhibits 488, 493, 501, 502, 667-670, 808, 809, and 865* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Schiller, Jonathan) (Entered: 08/30/2010) |
| 51 | 08/30/2010 | 3626<br><br>11072 | Affidavit *Declaration of Hamish Hume in Support of Letter Brief for the Admissibility of BCI Exhibits 488, 493, 501, 502, 667-670, 808, 809, and 865* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Appendix)(Schiller, Jonathan) (Entered: 08/30/2010) |
| 52 | 01/06/2011 | 4020<br><br>13824 | So Ordered Stipulation and Order Signed on 1/6/2011 Between the Trustee and Barclays Concerning Certain Claims Under Paragraph 8(ii) of the Clarification Letter Made in the Motion and Adversary Complaint Filed by the Trustee and the Motion to Enforce the Sale Order Filed by Barclays. (Nulty, Lynda) (Entered: 01/06/2011) |
| 53 | 04/28/2011 | 4260<br><br>16419 | Memorandum of Law *Supporting the Positions of Barclays Capital Inc. Relating to the Orders Implementing the Court's February 22, 2011 Decision* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc. (Schiller, Jonathan) |
| 54 | 05/04/2011 | 4272<br><br>16591 | Reply to Motion *Reply Memorandum Supporting the Positions of Barclays Capital Inc. Relating to the Orders Implementing the Court's February 22, 2011 Decision* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc. (Attachments: # 1 Exhibit 1-8) (Schiller, Jonathan) |

| 55 | 07/15/2011 | 4407 18541 | Order signed on 7/15/2011 Denying Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Pursuant to 11 U.S.C. Section 105(a), Fed. R. Civ. P. 60(b), and Fed. R. Bankr. P. 9024, for Relief From Order Under 11 U.S.C. Sections 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, Dated September 20, 2008 (and Related SIPA Sale Order). (Related Doc # 1686) (Lopez, Mary) (Entered: 07/15/2011) |
| 56 | 07/28/2011 | 4445 18849 | *Notice of Appeal* (related document(s) 14612, 18541) filed by James Tecce on behalf of Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Tecce, James) (Entered: 07/28/2011) |

**Documents Filed in Case No. 08-01420 (JMP)**
(*In re Lehman Brothers Inc.*)

| Counter-Designation No. | Filing Date | Docket No. | Description (Docket Text) |
|---|---|---|---|
| 57 | 09/19/2008 | 1 | Adversary case 08-01420. *Complaint against Lehman Brothers Inc.* Order signed on 9/19/2008 by United Stated District Court Judge, Gerard E. Lynch. Nature(s) of Suit: (SS (SIPA Case - 15 U.S.C. 78aaa et. seq.)) James W. Giddens Appointed as Trustee and Shall File a Bond in the Amount of $100,000.00. Filed by Hughes Hubbard & Reed, LLP on behalf of Securities Investors Protection Corporation. (Attachments: #1 Exhibit Cover Sheet) (Ebanks, Liza) Docket Text Modified on 9/30/2008 (Bush, Brent) (Receipt #USDC 663671 $350.00 Added) Modified on 10/21/2008 (Richards, Beverly). Modified on 10/29/2008 (Gomez, Jessica). (Entered: 09/19/2008) |
| 58 | 09/19/2008 | 2 | Motion to Approve *an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding* filed by Christopher K. Kiplok on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit A# 5 Exhibit B) (Kiplok, Christopher) (Entered: 09/19/2008) |
| 59 | 09/29/2008 | 28 | Motion to Assume *Trustee's Motion to Adopt and Incorporate by Reference an Order Establishing Procedures for Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Estate Property and Abandonment of Related Personal Property, as Entered in the Chapter 11 Proceedings* filed by Jeffrey S. Margolin on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Margolin, Jeffrey) (Entered: 09/29/2008) |

| 60 | 10/10/2008 | 97 | Counter Designation (appellee) *of Record and Counter Statement of Issues Presented on Appeal* filed by Sarah K. Loomis on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.. (Loomis, Sarah) (Entered: 10/10/2008) |
| --- | --- | --- | --- |
| 61 | 10/27/2008 | 179 | Objection to Motion *Trustee's Limited Objection to Motion for Rule 60 Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts"* (related document(s) 92) filed by Jeffrey S. Margolin on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.. with hearing to be held on 11/5/2008 (check with court for location) (Margolin, Jeffrey) (Entered: 10/27/2008) |
| 62 | 12/05/2008 | 387 | Motion to Approve Compromise *Motion under 11 U.S.C. 105 and 363 and Fed. R. Bankr. P. 9019(a) for Entry of an Order Approving Settlement Agreement* filed by Christopher K. Kiplok on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.. (Attachments: #1 Settlement Agreement, among Barclays Capital Inc., JPMorgan Chase Bank, N.A., and the Trustee #2 Declaration of Shari D. Leventhal in Support of Trustee's Motion for Entry of an Order Approving a Settlement Agreement #3 Declaration of Jeffrey M. Moore in Support of Trustee's Motion for Entry of an Order Approving a Settlement Agreement #4 Declaration of Gerard LaRocca in Support of the Trustee's Motion for Entry of an Order Approving a Settlement Agreement #5 Proposed Order Approving Settlement Agreement) (Kiplok, Christopher) (Entered: 12/05/2008) |
| 63 | 12/08/2008 | 401 | Ex Parte Order Signed on 12/8/2008 Authorizing JPMorgan Chase Bank, N.A., Barclays Capital Inc. and James W. Giddens, as Trustee in the Securities Investor Protection Act Liquidation of Lehman Brothers Inc. to File Under Seal Annex A to the Settlement Agreement. (Nulty, Lynda) (Entered: 12/08/2008) |
| 64 | 12/08/2008 | 403 | FILED UNDER SEAL: Annex A to the Settlement Agreement. (related document(s) 401) (Lopez, Mary). (Entered: 12/09/2008) |

| 65 | 12/09/2008 | 404 | Motion to File Under Seal/*Ex Parte Joint Motion of JPMorgan Chase Bank, N.A., Barclays Capital Inc. and James W. Giddens, as Trustee in the Securities Investor Protection Act Liquidation of Lehman Brothers Inc. for Entry of an Order Authorizing the Movants to File Under Seal Annex A to the Settlement Agreement, dated December 5, 2008* (related document(s) 401) filed by Lindsee Paige Granfield on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Granfield, Lindsee) (Entered: 12/09/2008) |
|---|---|---|---|
| 66 | 12/19/2008 | 453 | Objection to Motion *Limited Objection Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al. To SIPA Trustee's Motion Under 11 U.S.C. § 105 And 363 And Fed. R. Bankr. P. 9019(a) For Entry Of An Order Approving Settlement Agreement* (related document(s) 387) filed by James Tecce on behalf of Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Tecce, James) (Entered: 12/19/2008) |
| 67 | 12/22/2008 | 464 | Order signed on 12/22/2008 Approving Settlement Agreement Between Trustee, Barclays Capital Inc. and JPMorgan Chase Bank, N.A. (Related Doc # 387) (Lopez, Mary) (Entered: 12/22/2008) |
| 68 | 01/22/2009 | 586 | Motion to Approve Compromise *Trustee's Motion under Fed. R. Bankr. P. 9019(a) for Approval of Settlement and Compromise* filed by Jeffrey S. Margolin on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.. with hearing to be held on 2/11/2009 at 10:00 AM at Courtroom 601 (JMP) Responses due by 2/6/2009, (Attachments: # 1 Settlement Agreement among Barclays Capital Inc., The Depository Trust & Clearing Corporation and the Trustee# 2 Exhibits to Settlement Agreement# 3 Proposed Order Approving Settlement Agreement) (Margolin, Jeffrey) (Entered: 01/22/2009) |

| 69 | 01/23/2009 | 594 | Ex Parte Order signed on 1/23/2009 Authorizing James W. Giddens, as Trustee In The Securities Investor Protection Act Liquidation of Lehman Brothers Inc. and Barclays Capital Inc. To File Under Seal Exhibit C To The Settlement Agreement. (Lopez, Mary) (Entered: 01/23/2009) |
|---|---|---|---|
| 70 | 01/23/2009 | 596 | Motion to File Under Seal/ *Ex Parte Joint Motion of James W. Giddens, as Trustee and Barclays Capital, Inc. For Entry of an Order Authorizing the Movants to File Under Seal Exhibit C to the Settlement Agreement, dated January 22, 2009* (related document(s) 586, 587, 594) filed by Lindsee Paige Granfield on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Granfield, Lindsee) (Entered: 01/23/2009) |
| 71 | 01/26/2009 | 599 | Document (UNDER SEAL): Exhibit C To Settlement Agreement Among Barclays Capital Inc., The Depository Trust & Clearing Corporation, and the SIPA Trustee (related document(s) 594, 596) (Ebanks, Liza). (Entered: 01/26/2009) |
| 72 | 02/04/2009 | 651 | Statement *Notice of Revised Exhibit to Proposed Settlement Agreement* (related document(s) 586) filed by Jeffrey S. Margolin on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.. (Margolin, Jeffrey) (Entered: 02/04/2009) |
| 73 | 02/06/2009 | 660 | Objection to Motion: *Debtors' Limited Objection to the Motion of Lehman Brothers Inc. for Approval of Settlement and Compromise* (related document(s) 586) filed by Harvey R. Miller on behalf of Lehman Brothers Holdings Inc.. (Miller, Harvey) (Entered: 02/06/2009) |
| 74 | 02/06/2009 | 663 | Response to Motion *Response Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al. To SIPA Trustee's Motion Under Fed. R. Bankr. P. 9019(A) For Approval Of Settlement And Compromise Among Depository Trust And Clearing Corporation And Certain Of Its Subsidiaries And Barclays Capital Inc.* (related document(s) 586) filed by James Tecce on behalf of Official Committee of Unsecured Creditors. (Tecce, James) (Entered: 02/06/2009) |

| 75 | 02/11/2009 | 690 | Order signed on 2/11/2009 Approving Settlement Agreement Between Trustee, Barclays Capital Inc. and The Depository Trust & Clearing Corporation. (Related Doc # 586) (Lopez, Mary) (Entered: 02/11/2009) |
| 76 | 02/17/2009 | 712 | Transcript of Hearing Held on 2/11/09 at 10:01 a.m., Filed by Veritext, LLC (Richards, Beverly). (Entered: 02/19/2009) |
| 77 | 04/02/2009 | 929 | Motion to Approve *Trustee's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order Approving a Systems Access Agreement with Barclays Capital Inc.* filed by Jeffrey S. Margolin on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.. with hearing to be held on 4/22/2009 at 10:00 AM at Courtroom 601 (JMP) Responses due by 4/17/2009, (Margolin, Jeffrey) (Entered: 04/02/2009) |
| 78 | 04/22/2009 | 1018 | Order Signed on 4/22/2009 Approving a Systems Access Agreement with Barclays Capital Inc. (Related Doc # 929) (Nulty, Lynda) (Entered: 04/22/2009) |
| 79 | 09/15/2009 | 1682 | Motion to Approve *The Trustee's Motion for Relief Pursuant to the Sale Orders or, Alternatively, for Certain Limited Relief Under Rule 60(b)* filed by William R. Maguire on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.. with hearing to be held on 10/15/2009 at 02:00 PM at Courtroom 601 (JMP) Responses due by 10/9/2009, (Maguire, William) (Entered: 09/15/2009) |
| 80 | 09/15/2009 | 1692 | FILED UNDER SEAL: Declaration of William R. Maguire in Support of the Trustee's Motion for Relief Pursuant to the Sale Orders or, Alternatively, for Certain Limited Relief Under Rule 60(b). (related document(s) 1321, 1684) (Lopez, Mary) (Entered: 09/16/2009) |

| 81 | 09/24/2009 | 1742 | Motion to Authorize/ *Motion Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Pursuant To 11 U.S.C. Sections 105(a) and 107(a), To Unseal Motions For Relief From September 20, 2008 Sale Order (And Related SIPA Sale Order)* (related document(s) 1682, 1686) filed by James Tecce on behalf of Official Committee of Unsecured Creditors. with hearing to be held on 10/15/2009 at 02:00 PM at Courtroom 601 (JMP) Responses due by 10/15/2009, (Attachments: # (1) Exhibit 1# 2 Proposed Order) (Tecce, James) (Entered: 09/24/2009) |
| --- | --- | --- | --- |
| 82 | 10/27/2009 | 1989 | Scheduling Order Signed on 10/27/2009 Concerning Certain Motions Filed by LBHI, SIPA Trustee and Creditors Committee. (Nulty, Lynda) (Entered: 10/27/2009) |
| 83 | 03/18/2010 | 2898 | FILED UNDER SEAL: Debtors Reply Brief in Further Support of Its Motion For An Order, Pursuant To Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying The September 20, 2008 Sale Order and Granting Other Relief and In Opposition to Barclays Motion To Enforce The Sale Order and Secure Deliver of All Undelivered Assets. (related document(s) 1321, 1940) (Lopez, Mary) (Entered: 03/22/2010) |
| 84 | 04/01/2010 | 2945 | FILED UNDER SEAL: Memorandum of Barclays Capital Inc. in Opposition to Motion in Limine Seeking to Compel Admission of Disputed Facts with Exhibit A and Exhibit B. (related document(s) 1321) (Lopez, Mary) (Entered: 04/01/2010) |
| 85 | 04/28/2011 | 4261 | Memorandum of Law/ *Trustee's Memorandum Regarding the Proposed Orders Submitted by the Trustee and Barclays Capital Inc.* filed by William R. Maguire on behalf of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. (Maguire, William) |
| 86 | 05/04/2011 | 4273 | Reply to Motion/ *Trustee's Reply Memorandum Regarding the Proposed Orders Submitted by the Trustee and Barclays Capital Inc.* filed by William R. Maguire on behalf of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. (Maguire, William) |

| 87 | 07/12/2011 | 4393 | Joint Motion for Stay Pending Appeal filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc., James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. with hearing to be held on 7/27/2011 at 02:00 PM at Courtroom 601 Responses due by 7/20/2011, (Attachments: # 1 Joint Motion of Barclays Capital Inc. and the SIPA Trustee for Approval of Agreement on Terms of Stay and Security Agreement Pending Appeal #2 Exhibit 1 to the Joint Motion for Approval of Stay and Security Agreement #3 Exhibit 2 to the Joint Motion for Approval of Stay and Security Agreement # 4 Exhibit 3 to the Joint Motion for Approval of Stay and Security Agreement #5 Exhibit 4 to the Joint Motion for Approval of Stay and Security Agreement # 6 [Proposed] Order Granting Joint Motion for Approval of Agreement on Terms of Stay and Security Pending Appeal) (Schiller, Jonathan) (Entered: 07/12/2011) |
| 88 | 07/12/2011 | 4394 | Joint Motion to Join filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc., James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. with hearing to be held on 7/27/2011 at 02:00 PM at Courtroom 601 Responses due by 7/20/2011, (Attachments: # 1 Joint Motion of Barclays Capital Inc., Barclays Bank PLC and the SIPA Trustee for Joinder of Barclays Bank PLC as a Party to Pending Litigation# 2 [Proposed] Order Granting Joint Motion for Joinder of Barclays Bank PLC) (Schiller, Jonathan) (Entered: 07/12/2011) |
| 89 | 07/14/2011 | 4403 | Motion to Join/ *Joint Motion of Barclays Capital Inc., Barclays Bank PLC and the SIPA Trustee for Joinder of Barclays Bank PLC as a Party to Pending Litigation* filed by William R. Maguire on behalf of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. (Maguire, William) (Entered: 07/15/2011) |
| 90 | 07/15/2011 | 4405 | Order signed on 7/15/2011 Granting Joint Motion for Joinder of Barclays Bank PLC. (Related Doc # 4403) (Lopez, Mary) (Entered: 07/15/2011) |
| 91 | 07/15/2011 | 4408 | Order signed on 7/15/2011 Resolving the Trustee's Motion. (related document(s) 1682) (Lopez, Mary) (Entered: 07/15/2011) |

| 92 | 07/15/2011 | 4409 | Order signed on 7/15/2011 Resolving Barclays' Motion. (related document(s) 2582) (Lopez, Mary) (Entered: 07/15/2011) |
| 93 | 07/15/2011 | 4410 | Notice of Appeal filed by Jonathan D. Schiller on behalf of Barclays Bank PLC, Barclays Capital, Inc.. (Attachments: # 1 Exhibit A. Order Resolving Barclays' Motion# 2 Exhibit B. Order Resolving The Trustee's Motion# 3 Exhibit C. Order Resolving The Trustee's Amended Adversary Complaint# 4 Exhibit D. Judgment For The Trustee)(Schiller, Jonathan) (Entered: 07/15/2011) |
| 94 | 07/29/2011 | 4448 | Designation of Contents (appellant). Barclays Capital Inc. and Barclays Bank PLC's Statement of Issues Presented on Appeal and Designation of Items to be Included in the Record on Appeal in Connection with Its Appeal from the Orders and Judgment of the Bankruptcy Court Entered on July 15, 2011 filed by Jonathan D. Schiller on behalf of Barclays Bank PLC, Barclays Capital, Inc.. (Schiller, Jonathan) (Entered: 07/29/2011) |

**Documents Filed in Case No. 08-13555 (JMP)**
(*In re Lehman Brothers Holdings, Inc.*)

| Counter-Designation No. | Filing Date | Docket No. | Description (Docket Text) |
|---|---|---|---|
| 95 | 09/15/2008 | 1 | *Voluntary Petition* (Chapter 11). Order for Relief Entered. Filed by Harvey R. Miller of Weil, Gotshal & Manges, LLP on behalf of Lehman Brothers Holdings Inc.. (Miller, Harvey) (Entered: 09/15/2008) |
| 96 | 09/17/2008 | 88 | Order Signed on 9/17/2008 (I) Approving the Break-Fee and Expense Reimbursement, (II) Certain Matters Relating to Competing Bids, If Any, (III) Approving the Form and Manner of Sale Notices and (IV) Setting the Sale Hearing Date in Connection with the Sale of Certain of the Debtors' Assets. The Sale Hearing Will Be Held On 9/19/2008 at 4:00 PM in Courtroom 601. (Related Doc # 60) (Nulty, Lynda) (Entered: 09/17/2008) |
| 97 | 09/29/2008 | 430 | Joint Motion to File Under Seal/ *Joint Motion of the Debtors and Barclays Capital Inc for Entry of an Order Authorizing to File Under Seal Certain Schedules to the Asset Purchase Agreement, dated September 29, 2008, with Exhibit A (Proposed Order)*, filed by Lindsee Paige Granfield on behalf of Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 09/29/2008) |
| 98 | 10/03/2008 | 568 | Notice of Presentment *of Order Authorizing the Debtors and Barclays Capital Inc. to File Under Seal Certain Schedules to the Purchase Agreement, dated October 3, 2008 with Proposed Order* (related document(s) 430) filed by Lisa M. Schweitzer on behalf of Barclays Capital, Inc.. with presentment to be held on 10/9/2008 (check with court for location). Objections due by 10/8/2008, (Schweitzer, Lisa) (Entered: 10/03/2008) |

| 99 | 10/08/2008 | 763 | Objection/ *Limited Objection of the Official Committee of Unsecured Creditors to Joint Motion of the Debtors and Barclays Capital Inc. for Entry of an Order Authorizing to File Under Seal Certain Schedules to the Asset Purchase Agreement* (related document(s) 430) filed by Dennis F. Dunne on behalf of Official Committee of Unsecured Creditors. (Dunne, Dennis) (Entered: 10/08/2008) |
| 100 | 10/09/2008 | 774 | Designation of Contents (appellant)/ *Appellant Informal Noteholder Group's Designation of Record on Appeal and Statement of Issues to Be Presented on Appeal* (related document(s) 427) filed by Michael Scott Stamer on behalf of Informal Noteholder Group. (Stamer, Michael) (Entered: 10/09/2008) |
| 101 | 10/10/2008 | 809 | Motion to Reconsider FRCP 60 or FRBP 3008/ *Notice of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts", dated October 10, 2008* filed by Lisa M. Schweitzer on behalf of Barclays Capital, Inc.. with hearing to be held on 11/5/2008 (check with court for location) Responses due by 10/27/2008, (Attachments: # 1 Exhibit 1 to Exhibit A) (Schweitzer, Lisa) (Entered: 10/10/2008) |
| 102 | 10/10/2008 | 812 | Declaration *of Eszter Farkas, dated October 9, 2008* (related document(s) 809) filed by Lisa M. Schweitzer on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Schweitzer, Lisa) (Entered: 10/10/2008) |
| 103 | 10/15/2008 | 999 | Reply to Motion/ *Reply of Barclays Capital Inc. to Objections to Order Authorizing the Debtors and Barclays Capital Inc. to File Under Seal Certain Schedules to the Asset Purchase Agreement, dated October 15, 2008 (with Exhibit A) (related to 568, 755, 763);* (related document(s) 430) filed by Lisa M. Schweitzer on behalf of Barclays Capital, Inc.. (Schweitzer, Lisa) (Entered: 10/15/2008) |

| 104 | 10/15/2008 | 1042 | Statement/ *Notice of Filing of Summary Concerning Schedules to Clarification Letter, dated October 15, 2008, (related document(s) 568, 999),* (related document(s) 430) filed by Lindsee Paige Granfield on behalf of Barclays Capital, Inc.. (Granfield, Lindsee) (Entered: 10/15/2008) |
|-----|------------|------|------------------------------------------------|
| 105 | 10/28/2008 | 1232 | Motion to Extend Deadline to File Schedules or Provide Required Information: *Debtors' Motion Pursuant to Bankruptcy Rule 1007(c) to Further Extend the Time to File the Debtors' Schedules, Statements of Financial Affairs, and Related Documents* filed by Shai Waisman on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 11/18/2008 at 10:00 AM at Courtroom 601 (JMP) Objections due by 11/13/2008, (Waisman, Shai) (Entered: 10/28/2008) |
| 106 | 10/28/2008 | 1234 | Bridge Order Signed on 10/28/2008 Extending the Time to File the Debtor's Schedules, Statements of Financial Affairs, and Related Documents. (related document(s) 1232) (Nulty, Lynda) (Entered: 10/28/2008) |
| 107 | 12/18/2008 | 2303 | FILED UNDER SEAL: Schedules A and B to Clarifying Letter Agreement, filed by Lindsee P. Granfield on behalf of Barclays Capital, Inc. (related document(s) 2290) (Lopez, Mary) Modified on 12/18/2008 (Richards, Beverly). (Entered: 12/18/2008) |
| 108 | 12/15/2009 | 5148 | Motion to Approve/ *Debtor's Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief* filed by Benjamin Rosenblum on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 10/15/2009 at 02:00 PM at Courtroom 601 (JMP) Responses due by 10/9/2009, (Rosenblum, Benjamin) (Entered: 09/15/2009) |

| 109 | 9/15/2009 | 5169 | Motion to Approve/ *Motion of Official Committee Of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Pursuant to 11 U.S.C. Section 105(A), Fed. R. Civ. P. 60(B), and Fed. R. Bankr. P. 9024, for Relief From Order Under 11 U.S.C. Sections 105(A), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, Dated September 20, 2008 (and Related SIPA Sale Order) and Joinder In Debtors' And SIPA Trustees Motions For An Order Under Rule 60(B) To Modify Sale Order* filed by James Tecce on behalf of Official Committee of Unsecured Creditors. with hearing to be held on 10/15/2009 at 02:00 PM at Courtroom 601 (JMP) Responses due by 10/9/2009, (Attachments: # 1 Motion) (Tecce, James) (Entered: 09/15/2009) |
| --- | --- | --- | --- |
| 110 | 11/04/2009 | 5714 | Notice of Presentment of Confidentiality Stipulation and Protective Order Among Barclays Capital Inc., Lehman Brothers Holdings, Inc., and Weil, Gotshal & Manges LLP filed by Shai Waisman on behalf of Lehman Brothers Holdings Inc.. with presentment to be held on 11/12/2009 at 12:00 PM at Courtroom 601 (JMP) Objections due by 11/12/2009, (Waisman, Shai) (Entered: 11/04/2009) |
| 111 | 11/16/2009 | 5844 | Adversary case 09-01733. Complaint against Lehman Brothers Holdings Inc., Lehman Brothers, Inc., LB 745 LLC, Barclays Capital Inc. /*Complaint for Declaratory Relief Pursuant to 11 U.S.C. Section 105(a) and 28 U.S.C. Sections 2201, 2202 and for an Accounting.* Nature(s) of Suit: (91 (Declaratory judgment)) Filed by James Tecce, Susheel Kirpalani, The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc on behalf of The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. (Tecce, James) (Entered: 11/16/2009) |
| 112 | 08/30/2010 | 11071 | Letter/ *Letter Brief* filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Hine, William) (Entered: 08/30/2010) |

| 113 | 10/04/2010 | 11781 | Letter *Brief in Support of Barclays' Motion to Admit PwC Exhibits* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit Exhibits 1-12)(Schiller, Jonathan) (Entered: 10/04/2010) |
| 114 | 10/06/2010 | 11849 | Letter*/ LBHI Letter Brief re Admissibility of PwC Documents* (related document(s) 11781) filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. (Attachments: # 1 Movants' Objections to Barclays Capital Inc.'s Proposed PwC Exhibits (As of 10/3/10))(Hine, William) (Entered: 10/06/2010) |
| 115 | 05/05/2011 | 16612 | Notice of Hearing/ Notice of Status Conference on Proposed Orders Related to Court's February 22, 2011 Opinion and Related Matters (related document(s) 14612) filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 5/9/2011 at 02:00 PM at Courtroom 601 (JMP) (Hine, William) (Entered: 05/05/2011) |

**Documents Filed in Case No. 09-01731 (JMP)**
(*Lehman Brothers Holdings, Inc. v. Barclays Capital, Inc.*)

| Designation No. | Filing Date | Docket No. | Description (Docket Text) |
|---|---|---|---|
| 116 | 05/18/2011 | 7 | Motion for Summary Judgment/ *LBHI's Memorandum of Law in Support of Its Motion for Summary Judgment on Count II of Its Adversary Complaint Against Barclays Capital Inc.* filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 7/19/2011 at 02:00 PM at Courtroom 601 (JMP) Responses due by 6/17/2011, (Attachments: # 1 Notice of Motion for Summary Judgment# 2 Rule 56 Statement) (Hine, William) (Entered: 05/18/2011) |
| 117 | 05/18/2011 | 8 | Declaration *of William J. Hine in Support of LBHI's Motion for Summary Judgment on Count II of Its Adversary Complaint* (related document(s) 7) filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 7/19/2011 at 02:00 PM at Courtroom 601 (JMP) Objections due by 6/17/2011, (Attachments: # 1 Exhibit 1# 2 Exhibits 2 - 13# 3 Exhibits 14 - 27# 4 Exhibits 28 - 40) (Hine, William) (Entered: 05/18/2011) |
| 118 | 06/22/2011 | 10 | Opposition *Barclays' Memorandum in Opposition to LBHI's Motion and in Support of Barclays' Motion for Summary Judgment on Count II of LBHI's Adversary Complaint* (related document(s) 7) filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. with hearing to be held on 9/7/2011 (check with court for location) Objections due by 7/20/2011, Reply due by 8/5/2011, (Attachments: # 1 Notice of Motion# 2 Response to LBHI's 56.1 Statement# 3 Barclays' 56.1 Statement# 4 Declaration of Hamish P.M. Hume# 5 Exhibit 1-4# 6 Exhibit 5-14# 7 Exhibit 15# 8 Exhibit 16-19# 9 Exhibit 20-35# 10 Exhibit 36-53) (Schiller, Jonathan) (Entered: 06/22/2011) |

| 119 | 07/20/2011 | 12 | Reply to Motion/ *LBHI's Reply Memorandum of Law in Further Support of Its Motion for Summary Judgment and in Opposition to Barclays Capital, Inc.'s Cross Motion for Summary Judgment* (related document(s) 7) filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. (Attachments: # 1 Rule 56 Response) (Hine, William) (Entered: 07/20/2011) |
|---|---|---|---|
| 120 | 07/20/2011 | 13 | Declaration/ *Supplemental Declaration of William J. Hine in Support of LBH's Motion for Summary Judgment on Count II of Its Adversary Complaint* (related document(s) 12) filed by William J. Hine on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 9/7/2011 (check with court for location) (Attachments: # 1 Exhibits 1-3) (Hine, William) (Entered: 07/20/2011) |
| 121 | 08/05/2011 | 15 | Reply to Motion *Barclays Reply Memorandum In Support Of Its Motion For Summary Judgment* filed by Jonathan D. Schiller on behalf of Barclays Capital, Inc.. (Attachments: # 1 Exhibit A) (Schiller, Jonathan) (Entered: 08/05/2011) |

**Documents Filed in Case No. 09-01732 (JMP)**
(*James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.*
*v. Barclays Capital Inc. and Barclays Bank PLC*)

| Counter-Designation No. | Filing Date | Docket No. | Description (Docket Text) |
|---|---|---|---|
| 122 | 11/16/2009 | 1 | Complaint against Barclays Capital Inc. . Nature(s) of Suit: (91 (Declaratory judgment)), (11 (Recovery of money/property - 542 turnover of property)), (14 (Recovery of money/property - other)) Filed by James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. (Maguire, William) (Entered: 11/16/2009) |
| 123 | 1/13/2010 | 5 | So Ordered Stipulation and Order Signed on 1/13/2010 Between the Debtors, Trustee, Committee and Barclays Capital Inc. Concerning Certain Claims Made in Adversary Complaints Filed by LBHI, SIPA Trustee and Creditors Committee. (Nulty, Lynda) (Entered: 01/13/2010) |
| 124 | 07/15/2011 | 8 | Motion to Join / *Joint Motion of Barclays Capital Inc., Barclays Bank PLC and the SIPA Trustee for Joinder of Barclays Bank PLC as a Party to Pending Litigation* filed by William R. Maguire on behalf of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. (Maguire, William) (Entered: 07/15/2011) |
| 125 | 07/15/2011 | 9 | Stipulation and Order signed on 7/15/2011 Amending the Trustee's Adversary Complaint. (Lopez, Mary) (Entered: 07/15/2011) |
| 126 | 07/15/2011 | 10 | Order signed on 7/15/2011 Granting Joint Motion for Joinder of Barclays Bank PLC. (Related Doc # 8) (Lopez, Mary) (Entered: 07/15/2011) |
| 127 | 07/15/2011 | 11 | Amended Complaint against Barclays Capital Inc. Filed by William R. Maguire on behalf of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.. (Maguire, William) (Entered: 07/15/2011) |
| 128 | 07/15/2011 | 12 | Order signed on 7/15/2011 Resolving The Trustee's Amended Adversary Complaint. (Lopez, Mary) (Entered: 07/15/2011) |
| 129 | 07/15/2011 | 13 | Judgment for the Trustee signed on 7/15/2011 (White, Greg) (Entered: 07/15/2011) |

| 130 | 07/15/2011 | 14 | Notice of Appeal filed by Jonathan D. Schiller on behalf of Barclays Capital Inc.. (Attachments: # 1 Exhibit A. Order Resolving Barclays' Motion # 2 Exhibit B. Order Resolving The Trustee's Motion # 3 Exhibit C. Order Resolving The Trustee's Amended Adversary Complaint # 4 Exhibit D. Judgment For The Trustee)(Schiller, Jonathan) (Entered: 07/15/2011) |
| 131 | 07/15/2011 | 15 | Judgment for Barclays Capital Inc. signed on 7/15/2011 (White, Greg) (Entered: 07/15/2011) |
| 132 | 07/22/2011 | 18 | Notice of Appeal */ Notice of Cross Appeal and Appeal* filed by William R. Maguire on behalf of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. (Maguire, William) (Entered: 07/22/2011) |

**Documents Filed in Case No. 09-01733 (JMP)**
**(*The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.***
***v. Lehman Brothers Holdings, Inc., Lehman Brothers Inc., LB 745 LLC, and***
***Barclays Capital, Inc.*)**

| Counter-Designation No. | Filing Date | Docket No. | Description (Docket Text) |
|---|---|---|---|
| 133 | 11/16/2009 | 1 | Adversary case 09-01733. Complaint against Lehman Brothers Holdings Inc., Lehman Brothers, Inc., LB 745 LLC, Barclays Capital Inc./ Complaint for Declaratory Relief Pursuant to 11 U.S.C. Section 105(a) and 28 U.S.C. Sections 2201, 2202 and for an Accounting. Nature(s) of Suit: (91 (Declaratory judgment)) Filed by James Tecce, Susheel Kirpalani, The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc on behalf of The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. (Tecce, James) (Entered: 11/16/2009) |
| 134 | 01/06/2010 | 3 | So Ordered Stipulation and Order Signed on 1/6/2010 Between the Debtors, Trustee, Committee and Barclays Capital Inc. Concerning Certain Claims Made in Adversary Complaints Filed by LBHI, SIPA Trustee and Creditors Committee. (Nulty, Lynda) (Entered: 01/06/2010) |
| 135 | 07/15/2011 | 4 | Order signed on 7/15/2011 Dismissing Count 1, Count II, and Count III in Creditors' Committee's Adversary Complaint. (Lopez, Mary) (Entered: 07/15/2011) |
| 136 | 07/28/2011 | 5 | Notice of Appeal (related document(s) 4) filed by James Tecce on behalf of The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Tecce, James) (Entered: 07/28/2011) |

**Additional Materials[1]**

| Counter-Designation No. | Document Date | Description |
|---|---|---|
| Transcripts | | |
| 137 | 12/16/2009 | Veritext Transcript of Hearing |
| 138 | 4/11/2011 | Veritext Transcript and Audio-Recording of Hearing |
| 139 | 05/09/2011 | Veritext Transcript and Audio-Recording of Hearing |
| 140 | 06/06/2011 | Corrected Veritext Transcript and Audio-Recording of Hearing |
| Oral Argument Materials (Submitted to Court) | | |
| 141 | 04/09/2010 | LBHI Argument Materials for April 9, 2010 Hearing |
| 142 | 04/09/2010 | Trustee's Selection of Key Documents |
| 143 | 04/09/2010 | Presentation of the Official Committee of Unsecured Creditors in Support of its Motion for Rule 60(B) Relief |
| 144 | 04/09/2010 | Barclays' Demonstrative Exhibits Relating to Rule 60(b) Motions |
| 145 | 09/10/2010 | Movants' Argument Materials for Hearing on Motions to Exclude Experts |
| 146 | 09/10/2010 | Barclays' Demonstratives for Hearing on Motions to Exclude Experts |
| 147 | 10/21/2010 | LBHI Argument Materials for Closing |
| 148 | 10/21/2010 | Trustee's Closing Argument Binder |
| 149 | 10/21/2010 | Closing Arguments Of The Official Committee Of Unsecured Creditors In Support Of Its Motion For Rule 60(B) Relief |
| 150 | 10/21/2010 | Barclays' Rule 60(b) Closing Book |
| Correspondence to Hon. James M. Peck, U.S.B.J. | | |
| 151 | 03/25/2010 | Letter from J. Schiller to Hon. James M. Peck, U.S.B.J. |
| 152 | 03/25/2010 | Letter from R. Gaffey to Hon. James M. Peck, U.S.B.J. |
| 153 | 08/30/2010 | Letter Brief from J. Schiller to Hon. James M. Peck, U.S.B.J. |
| 154 | 08/30/2010 | Letter Brief from R. Gaffey to Hon. James M. Peck, U.S.B.J. |
| 155 | 10/19/2010 | Letter from C. Green to Hon. James M. Peck, U.S.B.J. |
| 156 | 12/20/2010 | Letter from J. Schiller to Hon. James M. Peck, U.S.B.J. |
| 157 | 03/04/2011 | Letter from J. Schiller to Hon. James M. Peck, U.S.B.J. |

[1] Pursuant to L. R. Bankr. P. 8007-1(b), and in consideration of the unusual bulk and volume of the "Additional Materials" listed herein, counsel for Appellee shall maintain custody of the same until such time as it can arrange for delivery to the District Court.

| 158 | 03/04/2011 | Letter from J. Tecce to Hon. James M. Peck, U.S.B.J. |
|-----|------------|------------------------------------------------------|
| 159 | 03/04/2011 | Letter from R. Gaffey to Hon. James M. Peck, U.S.B.J. |
| **Stipulations** | | |
| 160 | 12/02/2009 | Stipulation Regarding Expert Discovery |

Dated: August 25, 2011
New York, New York

By:     /s/   Jonathan D. Schiller
Jonathan D. Schiller
Jack G. Stern
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446 2350

Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., N.W.
Washington, DC 20015
Telephone (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Barclays Capital Inc.*