**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:     **Chapter 11**
In re     :
:     **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :
           Debtors.     :     **(Jointly Administered)**
:
:     **Ref. Docket No. 19424**
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2011, I caused to be served the "First Interim Application of Foster Graham Milstein & Calisher, LLP for the Eighth Interim Application Period for Compensation and Reimbursement of Expenses," dated August 22, 2011 [Docket No. 19424], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. copied to CD and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
24th day of August, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bcarlson@co.sanmateo.ca.us |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bguiney@pbwt.com |
| adam.brezine@hro.com | bill.freeman@pillsburylaw.com |
| adarwin@nixonpeabody.com | bkmail@prommis.com |
| adiamond@diamondmccarthy.com | bmanne@tuckerlaw.com |
| aeckstein@blankrome.com | bmiller@mofo.com |
| aentwistle@entwistle-law.com | boneill@kramerlevin.com |
| afriedman@irell.com | brian.corey@greentreecreditsolutions.com |
| agbanknewyork@ag.tn.gov | brosenblum@jonesday.com |
| aglenn@kasowitz.com | broy@rltlawfirm.com |
| agold@herrick.com | bstrickland@wtplaw.com |
| ahammer@freebornpeters.com | btrust@mayerbrown.com |
| aisenberg@saul.com | bturk@tishmanspeyer.com |
| akantesaria@oppenheimerfunds.com | bwolfe@sheppardmullin.com |
| alum@ftportfolios.com | bzabarauskas@crowell.com |
| amarder@msek.com | cahn@clm.com |
| amcmullen@boultcummings.com | calbert@reitlerlaw.com |
| amenard@tishmanspeyer.com | canelas@pursuitpartners.com |
| andrew.brozman@cliffordchance.com | carol.weinerlevy@bingham.com |
| andrew.lourie@kobrekim.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| ann.reynaud@shell.com | cbrotstein@bm.net |
| anthony_boccanfuso@aporter.com | cgoldstein@stcwlaw.com |
| aoberry@bermanesq.com | chammerman@paulweiss.com |
| aostrow@beckerglynn.com | chardman@klestadt.com |
| apo@stevenslee.com | charles@filardi-law.com |
| aquale@sidley.com | charles_malloy@aporter.com |
| araboy@cov.com | chipford@parkerpoe.com |
| arahl@reedsmith.com | chris.donoho@lovells.com |
| arheaume@riemerlaw.com | christopher.schueller@bipc.com |
| arlbank@pbfcm.com | clarkb@sullcrom.com |
| arosenblatt@chadbourne.com | clynch@reedsmith.com |
| arthur.rosenberg@hklaw.com | cmontgomery@salans.com |
| arwolf@wlrk.com | cohenr@sewkis.com |
| aseuffert@lawpost-nyc.com | colea@gtlaw.com |
| ashaffer@mayerbrown.com | cousinss@gtlaw.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| atrehan@mayerbrown.com | craig.goldblatt@wilmerhale.com |
| aunger@sidley.com | crmomjian@attorneygeneral.gov |
| austin.bankruptcy@publicans.com | cs@stevenslee.com |
| avenes@whitecase.com | csalomon@beckerglynn.com |
| azylberberg@whitecase.com | cschreiber@winston.com |
| bankr@zuckerman.com | cshore@whitecase.com |
| bankruptcy@goodwin.com | cshulman@sheppardmullin.com |
| bankruptcy@morrisoncohen.com | ctatelbaum@adorno.com |
| bankruptcy@ntexas-attorneys.com | cwalsh@mayerbrown.com |
| bankruptcymatters@us.nomura.com | cward@polsinelli.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cweber@ebg-law.com | dshemano@pwkllp.com |
| cweiss@ingramllp.com | dspelfogel@foley.com |
| dallas.bankruptcy@publicans.com | dtatge@ebglaw.com |
| daniel.guyder@allenovery.com | dwdykhouse@pbwt.com |
| dave.davis@isgria.com | dwildes@stroock.com |
| david.bennett@tklaw.com | dworkman@bakerlaw.com |
| david.crichlow@pillsburylaw.com | easmith@venable.com |
| david.heller@lw.com | echang@steinlubin.com |
| david.seligman@kirkland.com | ecohen@russell.com |
| davids@blbglaw.com | efleck@milbank.com |
| davidwheeler@mvalaw.com | efriedman@friedumspring.com |
| dbalog@intersil.com | egeekie@schiffhardin.com |
| dbarber@bsblawyers.com | eglas@mccarter.com |
| dbaumstein@whitecase.com | ehollander@whitecase.com |
| dbesikof@loeb.com | ekbergc@lanepowell.com |
| dcimo@gjb-law.com | elevin@lowenstein.com |
| dcoffino@cov.com | eli.mattioli@klgates.com |
| dcrapo@gibbonslaw.com | ellen.halstead@cwt.com |
| ddavis@paulweiss.com | emerberg@mayerbrown.com |
| ddrebsky@nixonpeabody.com | eobrien@sbchlaw.com |
| ddunne@milbank.com | erin.mautner@bingham.com |
| deggermann@kramerlevin.com | eschaffer@reedsmith.com |
| deggert@freebornpeters.com | eschwartz@contrariancapital.com |
| demetra.liggins@tklaw.com | esmith@dl.com |
| deryck.palmer@cwt.com | etillinghast@sheppardmullin.com |
| dfelder@orrick.com | ezujkowski@emmetmarvin.com |
| dflanigan@polsinelli.com | ezweig@optonline.net |
| dgrimes@reedsmith.com | fbp@ppgms.com |
| dhayes@mcguirewoods.com | feldsteinh@sullcrom.com |
| dheffer@foley.com | ffm@bostonbusinesslaw.com |
| diconzam@gtlaw.com | fhyman@mayerbrown.com |
| djoseph@stradley.com | fishere@butzel.com |
| dkleiner@velaw.com | francois.janson@hklaw.com |
| dkozusko@willkie.com | fsosnick@shearman.com |
| dlemay@chadbourne.com | fyates@sonnenschein.com |
| dlipke@vedderprice.com | gabriel.delvirginia@verizon.net |
| dludman@brownconnery.com | gbray@milbank.com |
| dmcguire@winston.com | george.davis@cwt.com |
| dmurray@jenner.com | geraci@thalergertler.com |
| dneier@winston.com | ggitomer@mkbattorneys.com |
| dodonnell@milbank.com | giddens@hugheshubbard.com |
| dove.michelle@dorsey.com | gkaden@goulstonstorrs.com |
| dowd.mary@arentfox.com | glenn.siegel@dechert.com |
| dpegno@dpklaw.com | gmoss@riemerlaw.com |
| draelson@fisherbrothers.com | gravert@mwe.com |
| dravin@wolffsamson.com | gspilsbury@jsslaw.com |
| drose@pryorcashman.com | guzzi@whitecase.com |
| drosenzweig@fulbright.com | harrisjm@michigan.gov |
| drosner@goulstonstorrs.com | harveystrickon@paulhastings.com |
| drosner@kasowitz.com | hbeltzer@mayerbrown.com |
| dshaffer@wtplaw.com | heidi@crumbielaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| heim.steve@dorsey.com | jguy@orrick.com |
| heiser@chapman.com | jherzog@gklaw.com |
| hollace.cohen@troutmansanders.com | jhiggins@fdlaw.com |
| holsen@stroock.com | jhorgan@phxa.com |
| howard.hawkins@cwt.com | jhuggett@margolisedelstein.com |
| hseife@chadbourne.com | jhuh@ffwplaw.com |
| hsnovikoff@wlrk.com | jim@atkinslawfirm.com |
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jaclyn.genchi@kayescholer.com | jlipson@crockerkuno.com |
| jacobsonn@sec.gov | jliu@dl.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmcginley@wilmingtontrust.com |
| jason.jurgens@cwt.com | jmelko@gardere.com |
| jay.hurst@oag.state.tx.us | jmerva@fult.com |
| jay@kleinsolomon.com | jmmurphy@stradley.com |
| jbecker@wilmingtontrust.com | jmr@msf-law.com |
| jbeemer@entwistle-law.com | jnm@mccallaraymer.com |
| jbeiers@co.sanmateo.ca.us | john.monaghan@hklaw.com |
| jbird@polsinelli.com | john.rapisardi@cwt.com |
| jbromley@cgsh.com | john@crumbielaw.com |
| jcarberry@cl-law.com | joli@crlpc.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdrucker@coleschotz.com | joseph.cordaro@usdoj.gov |
| jdyas@halperinlaw.net | joshua.dorchak@bingham.com |
| jean-david.barnea@usdoj.gov | jowen769@yahoo.com |
| jeanites@whiteandwilliams.com | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | jpintarelli@mofo.com |
| jeffrey.sabin@bingham.com | jporter@entwistle-law.com |
| jeldredge@velaw.com | jprol@lowenstein.com |
| jen.premisler@cliffordchance.com | jrabinowitz@rltlawfirm.com |
| jennifer.demarco@cliffordchance.com | jrsmith@hunton.com |
| jennifer.gore@shell.com | jschwartz@hahnhessen.com |
| jeremy.eiden@state.mn.us | jsheerin@mcguirewoods.com |
| jfalgowski@reedsmith.com | jshickich@riddellwilliams.com |
| jflaxer@golenbock.com | jsmairo@pbnlaw.com |
| jfox@joefoxlaw.com | jstoll@mayerbrown.com |
| jfreeberg@wfw.com | jsullivan@mosessinger.com |
| jg5786@att.com | jtimko@shutts.com |
| jgarrity@shearman.com | jtougas@mayerbrown.com |
| jgenovese@gjb-law.com | judy.morse@crowedunlevy.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| jwallack@goulstonstorrs.com | lwhidden@salans.com |
| jwang@sipc.org | mabrams@willkie.com |
| jwcohen@daypitney.com | maofiling@cgsh.com |
| jweiss@gibsondunn.com | marc.chait@sc.com |
| jwest@velaw.com | margolin@hugheshubbard.com |
| jwh@njlawfirm.com | mark.deveno@bingham.com |
| karen.wagner@dpw.com | mark.ellenberg@cwt.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.houle@pillsburylaw.com |
| keckhardt@hunton.com | mark.sherrill@sutherland.com |
| keith.simon@lw.com | martin.davis@ots.treas.gov |
| ken.coleman@allenovery.com | marvin.clements@ag.tn.gov |
| ken.higman@hp.com | matt@willaw.com |
| kerry.moynihan@hro.com | matthew.klepper@dlapiper.com |
| kgwynne@reedsmith.com | maustin@orrick.com |
| kiplok@hugheshubbard.com | max.polonsky@skadden.com |
| kkelly@ebglaw.com | mbenner@tishmanspeyer.com |
| klyman@irell.com | mberman@nixonpeabody.com |
| kmayer@mccarter.com | mbienenstock@dl.com |
| kobak@hugheshubbard.com | mbossi@thompsoncoburn.com |
| korr@orrick.com | mcademartori@sheppardmullin.com |
| kostad@mofo.com | mccombst@sullcrom.com |
| kovskyd@pepperlaw.com | mcordone@stradley.com |
| kpiper@steptoe.com | mcto@debevoise.com |
| kressk@pepperlaw.com | mdorval@stradley.com |
| kreynolds@mklawnyc.com | melorod@gtlaw.com |
| krosen@lowenstein.com | meltzere@pepperlaw.com |
| kuehn@bragarwexler.com | metkin@lowenstein.com |
| kurt.mayr@bgllp.com | mfeldman@willkie.com |
| lacyr@sullcrom.com | mgordon@briggs.com |
| landon@streusandlandon.com | mgreger@allenmatkins.com |
| lathompson@co.sanmateo.ca.us | mh1@mccallaraymer.com |
| lawallf@pepperlaw.com | mhopkins@cov.com |
| lberkoff@moritthock.com | michael.frege@cms-hs.com |
| lee.stremba@troutmansanders.com | michael.kelly@monarchlp.com |
| lgranfield@cgsh.com | michael.kim@kobrekim.com |
| lhandelsman@stroock.com | michael.reilly@bingham.com |
| linda.boyle@twtelecom.com | millee12@nationwide.com |
| lisa.ewart@wilmerhale.com | miller@taftlaw.com |
| lisa.kraidin@allenovery.com | mimi.m.wong@irscounsel.treas.gov |
| ljkotler@duanemorris.com | mitchell.ayer@tklaw.com |
| lmarinuzzi@mofo.com | mjacobs@pryorcashman.com |
| lmay@coleschotz.com | mjedelman@vedderprice.com |
| lmcgowen@orrick.com | mjr1@westchestergov.com |
| lml@ppgms.com | mkjaer@winston.com |
| lnashelsky@mofo.com | mlahaie@akingump.com |
| loizides@loizides.com | mlandman@lcbf.com |
| lromansic@steptoe.com | mlynch2@travelers.com |
| lscarcella@farrellfritz.com | mmendez@hunton.com |
| lschweitzer@cgsh.com | mmooney@deilylawfirm.com |
| lthompson@whitecase.com | mmorreale@us.mufg.jp |
| lubell@hugheshubbard.com | mneier@ibolaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | rbyman@jenner.com |
| mpage@kelleydrye.com | rdaversa@orrick.com |
| mprimoff@kayescholer.com | relgidely@gjb-law.com |
| mpucillo@bermanesq.com | rfleischer@pryorcashman.com |
| mrosenthal@gibsondunn.com | rfrankel@orrick.com |
| mruetzel@whitecase.com | rfriedman@silvermanacampora.com |
| mschimel@sju.edu | rgmason@wlrk.com |
| mshiner@tuckerlaw.com | rgraham@whitecase.com |
| msiegel@brownrudnick.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.lear@hklaw.com |
| mstamer@akingump.com | richard.levy@lw.com |
| mvenditto@reedsmith.com | richard.tisdale@friedfrank.com |
| mwarren@mtb.com | richard@rwmaplc.com |
| ncoco@mwe.com | ritkin@steptoe.com |
| neal.mann@oag.state.ny.us | rjones@boultcummings.com |
| ned.schodek@shearman.com | rleek@hodgsonruss.com |
| neilberger@teamtogut.com | rlevin@cravath.com |
| newyork@sec.gov | rmatzat@hahnhessen.com |
| nfurman@scottwoodcapital.com | rnetzer@willkie.com |
| nherman@morganlewis.com | robert.bailey@bnymellon.com |
| nissay_10259-0154@mhmjapan.com | robert.dombroff@bingham.com |
| nlepore@schnader.com | robert.henoch@kobrekim.com |
| notice@bkcylaw.com | robert.malone@dbr.com |
| oipress@travelers.com | robert.yalen@usdoj.gov |
| omeca.nedd@lovells.com | robertdakis@quinnemanuel.com |
| otccorpactions@finra.org | robin.keller@lovells.com |
| paronzon@milbank.com | roger@rnagioff.com |
| patrick.oh@freshfields.com | ronald.silverman@bingham.com |
| paul.turner@sutherland.com | rqureshi@reedsmith.com |
| pbattista@gjb-law.com | rreid@sheppardmullin.com |
| pbosswick@ssbb.com | rroupinian@outtengolden.com |
| pdublin@akingump.com | rrussell@andrewskurth.com |
| peisenberg@lockelord.com | rterenzi@stcwlaw.com |
| peter.gilhuly@lw.com | rtrust@cravath.com |
| peter.macdonald@wilmerhale.com | russj4478@aol.com |
| peter.simmons@friedfrank.com | rwasserman@cftc.gov |
| peter@bankrupt.com | rwyron@orrick.com |
| pfeldman@oshr.com | s.minehan@aozorabank.co.jp |
| phayden@mcguirewoods.com | sabin.willett@bingham.com |
| pmaxcy@sonnenschein.com | sabramowitz@velaw.com |
| ppascuzzi@ffwplaw.com | sagolden@hhlaw.com |
| ppatterson@stradley.com | sally.henry@skadden.com |
| psp@njlawfirm.com | sandyscafaria@eaton.com |
| ptrostle@jenner.com | sara.tapinekis@cliffordchance.com |
| pwright@dl.com | scargill@lowenstein.com |
| r.stahl@stahlzelloe.com | schannej@pepperlaw.com |
| raj.madan@bingham.com | schepis@pursuitpartners.com |
| rajohnson@akingump.com | schnabel.eric@dorsey.com |
| ramona.neal@hp.com | schristianson@buchalter.com |
| ranjit.mather@bnymellon.com | schwartzmatthew@sullcrom.com |
| rbeacher@pryorcashman.com | scottshelley@quinnemanuel.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
ssusman@susmangodfrey.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com

timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**Additional Email Addresses**
lbarbour@browngreer.com
lbhifeecommittee@gklaw.com
larry.katz@huschblackwell.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007