Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340

*Conflicts Counsel for the Joint Administrators
of the UK Administration Companies*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                           :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :
                    Debtors.                                     :   (Jointly Administered)
                                                                 :
                                                                 :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Edgar Sargent, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent the Joint Administrators of the UK Administration Companies in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Washington and if applicable, the bar of the U.S. District Court for the Western District of Washington.

1657345v1/012774

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   August 26, 2011.

Seattle, Washington

_____
Edgar Sargent
Susman Godfrey LLP
1201 3rd Avenue, Ste. 3800
Seattle, WA 98101
E-mail  esargent@susmangodfrey.com
Telephone number  206-516-3880