Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340

*Conflicts Counsel for the Joint Administrators
of the UK Administration Companies*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

------------------------------------- x

: Chapter 11 Case No.
:
: 08-13555 (JMP)
:
: (Jointly Administered)
:
:
:
:

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lindsey N. Godfrey, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent the Joint Administrators of the UK Administration Companies in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Washington and, if applicable, the bar of the U.S. District Court for the Western District of Washington.

1655536v1/012774

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:    August 25, 2011.

Seattle, Washington

_____
Lindsey N. Godfrey
Susman Godfrey LLP
1201 3rd Avenue, Ste. 3800
Seattle, WA 98101
E-mail  lngodfrey@susmangodfrey.com
Telephone number  206-516-3880

2