**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------x
)
In re:                                                          ) Chapter 11
)
LEHMAN BROTHERS HOLDINGS INC., *et al*.,    ) Case No. 08-13555 (JMP)
)
)
)
      Debtors                                           ) (Jointly Administered)
----------------------------------------------------------------------------x

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>CSCP Credit Acquisition Holdings Luxco, SARL</u> | <u>Deutsche Bank AG, London Branch</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

**Case No. 08-13555**
Court Claim # (if known): <u>22898</u>
Amount of Claim: <u>$4,260,477.26</u>
Date Claim Filed: <u>9/21/09</u>

    Lauren Grainer
    Centerbridge Partners, L.P.
    375 Park Ave, 13th Floor
    New York, NY, 10152
    212 672 4678 (phone)
    212 672 5004 (fax)

    With a copy to:
    Andrews Kurth LLP
    450 Lexington Avenue
    New York, NY 10017
    Attn: David Hoyt

NYC:231355.1

TO:   United States Bankruptcy Court for the
      Southern District of New York ("**Bankruptcy Court**")

TO:   Lehman Brothers Holdings Inc. ("**Debtor**")
      Chapter 11
      Case No. 08-13555 (JMP)

   Attn:   Lehman Brothers Holdings Claims Processing Center
   c/o Epiq Bankruptcy Solutions, LLC
   FDR Station
   P.O. Box 5076
   New York NY 10150-5076
   United States of America

Date: 5th August, 2011

Claim #: 22898

**DEUTSCHE BANK AG, LONDON BRANCH**, of Winchester House, 1 Great Winchester Street, London, EC2N 2DB, United Kingdom, its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

   CSCP Credit Acquisition Holdings Luxco, SARL
   375 Park Avenue
   12th Floor
   New York, NY 10152
   Attn: Lisa Murray
   Telephone: +212 672 4617
   Facsimile:  +1 347 577 8428

its successors and assigns ("**Buyer**"), its rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of USD4,210,242.83 plus USD50,234.43 outstanding and accrued interest in relation thereto (the "**Claim**") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further

notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 5th August, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____

Name:  Johan Sudiman          Henry Wu
Title:  Director               Director