**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                                                              )
In re:                                                                        ) Chapter 11
                                                                              )
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                                      ) Case No. 08-13555 (JMP)
                                                                              )
                                                                              )
                                                                              )
        Debtors                                                               ) (Jointly Administered)
------------------------------------------------------------------------------x

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>CCP Credit Acquisition Holdings Luxco, SARL</u><br>Name of Transferee | <u>Deutsche Bank AG, London Branch</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:

    Lauren Grainer
    Centerbridge Partners, L.P.
    375 Park Ave, 13th Floor
    New York, NY, 10152
    212 672 4678 (phone)
    212 672 5004 (fax)

**Case No. 08-13555**
Court Claim # (if known): <u>22898</u>
Amount of Claim: <u>$10,918,494.96</u>
Date Claim Filed: <u>9/21/09</u>

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

NYC:231355.1

TO:   United States Bankruptcy Court for the
      Southern District of New York ("**Bankruptcy Court**")


TO:   Lehman Brothers Holdings Inc. ("**Debtor**")
      Chapter 11
      Case No. 08-13555 (JMP)

      Attn:   Lehman Brothers Holdings Claims Processing Center
      c/o Epiq Bankruptcy Solutions, LLC
      FDR Station
      P.O. Box 5076
      New York NY 10150-5076
      United States of America

Date: 5th August, 2011

Claim #: 22898


**DEUTSCHE BANK AG, LONDON BRANCH**, of Winchester House, 1 Great Winchester Street, London, EC2N 2DB, United Kingdom, its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

   CCP Credit Acquisition Holdings Luxco, SARL
   375 Park Avenue, 12th Floor
   New York, NY 10152
     Attn: Scott Hopson/ Gordon Morrison/ Jacques de Patoul
   Telephone: +212 672 4626/4671
              +352 472 323 205
   Fascimile: +212 672 5004/ 352 472 323 220


its successors and assigns ("**Buyer**"), its rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of USD10,789,757.17 plus USD128,737.79 outstanding and accrued interest in relation thereto (the "**Claim**") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further

notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 5th August, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____   _____
Name:
Title:    Johan Sudiman            Henry Wu
          Director                 Director