B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gruss Global Investors Master Fund (Enhanced) Ltd. | JPMorgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Gruss Global Investors Master Fund (Enhanced) Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, New York, NY 10065
Attn: Michael Monticciolo

Court Claim # (if known): 58080
Amount of Claim: $14,058,000.00
Date Claim Filed: 10/30/2009

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

Phone: (212) 623-6152
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature] Gruss Global Investors Master Fund (Enhanced) Ltd.
Transferee/Transferee's Agent
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner
By: Michael Monticciolo, Authorized Signatory

Date: 08/24/2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **JPMorgan Chase Bank, N.A.** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD.** (the "Purchaser"), and Purchaser has agreed to purchase, as of the date hereof, (a) an undivided interest, to the extent of $14,058,000 principal of amount of the claim specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 58080 filed by or on behalf of Beryl Finance Limited Series 2005-15 ("Original Claimant") the ("Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

Original Claimant transferred the Claim to J.P. Morgan Securities Ltd. as evidenced at docket number 10314 and J.P. Morgan Securities Ltd. transferred the Claim to Seller as evidenced at docket number 10342.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the

Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __ day of July 2010.

| JPMORGAN CHASE BANK, N.A. | GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD. |
|---|---|
| | By: Gruss Asset Management, L.P. |
| | its Investment Manager |
| By:_____ | |
| c/o Susan McNamara | By: Gruss Co., LLC |
| Mail Code: NY1-A436 | its General Partner |
| JPMorgan Chase Bank, N.A. | |
| One Chase Manhattan Plaza, Floor 26 | By:_____ |
| New York, New York 10005 | Michael Monticciolo, Manager |
| | c/o Gruss Asset Management, L.P. |
| | 667 Madison Avenue, 3rd Floor |
| | New York, New York 10065 |
| | Attention: Robert Swenson |
| | Telephone: 212-688-1500 x373 |
| | Facsimile: 212-350-9730 |
| | bankdebtops@gruss.com |
| | rs@gruss.com |

OO1HRE JPM to Gruss (Beryl Finance)- Agreement and Evidence of Transfer of Claim.docx

Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of July 2010.

JPMORGAN CHASE BANK, N.A.

By: _____
c/o Susan McNamara
Mail Code: NY1-A436
JPMorgan Chase Bank, N.A.
One Chase Manhattan Plaza, Floor 26
New York, New York 10005

Michael Economos
Authorized Signatory

GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD.
By: Gruss Asset Management, L.P.
its Investment Manager

By: Gruss Co., LLC
its General Partner

By: _____
Michael Monticciolo, Manager
c/o Gruss Asset Management, L.P.
667 Madison Avenue, 3rd Floor
New York, New York 10065
Attention: Robert Swenson
Telephone: 212-688-1500 x373
Facsimile: 212-350-9730
bankdebtops@gruss.com
rs@gruss.com

Schedule 1

Transferred Claims

Purchased Claim

$14,058,000 of Claim 58080, in the principal amount of $44,753,409, including interest and other charges in additional to the principal amount due on the Lehman Program Security list below.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Treasury Co. B.V. Issue of U.S.$44,753,409 Floating Rate Notes due 20 December 2012 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$45,000,000,000 Euro Medium-Term Note Program | XS0238959273 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $14,058,000 | n/a | 12/20/2012 | To be determined and included. |

Schedule 1–1

GGIMFE JPM to Gruss (Beryl Finance)- Agreement and Evidence of Transfer of Claim.docx

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.         ,         Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gruss Global Investors Master Fund (Enhanced) Ltd. | JPMorgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Gruss Global Investors Master Fund (Enhanced) Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, New York, NY 10065
Attn: Michael Monticciolo

Court Claim # (if known): __66654__
Amount of Claim: __$4,480,480.00__
Date Claim Filed: __09/22/2009__

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

Phone: (212) 623-1997
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
Gruss Global Investors Master Fund (Enhanced) Ltd.

By: /s/ [signature]                         Date: 08/24/2011
   Transferee/Transferee's Agent
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, Its General Partner
By: Michael Monticciolo, Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B1**

**PARTIAL EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD., with offices located at c/o Gruss Asset Management, L.P., Attn: Michael Monticciolo, 667 Madison Avenue, New York, NY 10065 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC, in the amount of $4,480,480.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66654 which amended Claim No. 14045 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Special Situations Fund LP to Seller as evidenced at docket No. 10220 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim; You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14th day of ~~December, 2010~~ January, 2011.

JPMORGAN CHASE BANK, N.A.

Signature: _____
Name: Michael Economou
Title: Authorized Signatory

GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD.
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC its General Partner

Signature: _____
(Signature of authorized corporate officer)
Name: Michael Monticciolo
Title: AUTHORIZED SIGNATORY
Tel.: 212-688-1500

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Special Financing Inc.,    Case No. 08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gruss Global Investors Master Fund (Enhanced) Ltd. | JPMorgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Gruss Global Investors Master Fund (Enhanced) Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, New York, NY 10065
Attn: Michael Monticciolo

Court Claim # (if known): 66652
Amount of Claim: $4,480,480.00
Date Claim Filed: 09/22/2009

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

Phone: (212) 623-1997
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
Gruss Global Investors Master Fund (Enhanced) Ltd.

By: /s/ _____    Date: 08/24/2011
    Transferee/Transferee's Agent
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner
By: Michael Monticciolo, Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B2**

**PARTIAL EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD., with offices located at c/o Gruss Asset Management, L.P., Attn: Michael Monticciolo, 667 Madison Avenue, New York, NY 10065 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $4,480,480.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66652 which amended Claim No. 14214 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) jointly administered under Case No. 08-13555. *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Special Situations Fund LP to Seller as evidenced at docket No. 10220 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14th day of ~~December, 2010~~ JANUARY, 2011.

JPMORGAN CHASE BANK, N.A.

Signature: _____
Name: Michael Economos
Title: Authorized Signatory

GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD.
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC its General Partner

Signature: _____
(Signature of authorized corporate officer)
Name: Michael Monticciolo
Title: AUTHORIZED SIGNATORY
Tel.: 212-688-1500

J:\Stand-By Agreements\Lehman\Harbinger 10Sam _ Multiple downstream\Gruss\Gruss. Trade date 12.07.10\execution\JPM to Gruss GIM Inv Mstr Enhanced Harbinger SS Flip LJQ 1382363 12-7-10 TD $4.480MM AOC v2.docx

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,  Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gruss Global Investors Master Fund (Enhanced) Ltd. | JPMorgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Gruss Global Investors Master Fund (Enhanced) Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, New York, NY 10065
Attn: Michael Monticciolo

Court Claim # (if known): 66655
Amount of Claim: $1,120,120.00
Date Claim Filed: 09/22/2009

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

Phone: (212) 623-1997
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
Gruss Global Investors Master Fund (Enhanced) Ltd.
By: _____  Date: 08/24/2011
Transferee/Transferee's Agent
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner
By: Michael Monticciolo, Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B1**

**PARTIAL EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD., with offices located at c/o Gruss Asset Management, L.P., Attn: Michael Monticciolo, 667 Madison Avenue, New York, NY 10065 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $1,120,120.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66655 which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Seller as evidenced at docket No. 10219 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14th day of ~~December, 2010~~ JANUARY, 2011.

JPMORGAN CHASE BANK, N.A.

Signature: _____
Name: Michael Economos
Title: Authorized Signatory

GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD.
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC its General Partner

Signature: _____
(Signature of authorized corporate officer)
Name: Michael Monticciolo
Title: AUTHORIZED SIGNATORY
Tel.: 212-688-1500

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Special Financing Inc. ,    Case No. 08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gruss Global Investors Master Fund (Enhanced) Ltd. | JPMorgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Gruss Global Investors Master Fund (Enhanced) Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, New York, NY 10065
Attn: Michael Monticciolo

Court Claim # (if known): 66653
Amount of Claim: $1,120,120.00
Date Claim Filed: 09/22/2009

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

Phone: (212) 623-1997
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
Gruss Global Investors Master Fund (Enhanced) Ltd.
By: /s/ _____    Date: 08/24/2011
Transferee/Transferee's Agent
By: Gruss Asset Management, L.P., Its Investment Manager
By: Gruss Management, LLC, Its General Partner
By: Michael Monticciolo, Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT B2

### PARTIAL EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"); for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD., with offices located at c/o Gruss Asset Management, L.P., Attn: Michael Monticciolo, 667 Madison Avenue, New York, NY 10065 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $1,120,120.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66653 which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) jointly administered under Case No. 08-13555. For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Seller as evidenced at docket No. 10219 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14th day of ~~December 2010~~ JANUARY, 2011.

JPMORGAN CHASE BANK, N.A.

Signature: _____
Name: Michael Economos
Title: Authorized Signatory

GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD.
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC its General Partner

Signature: _____
(Signature of authorized corporate officer)
Name: Michael Monticciolo
Title: AUTHORIZED SIGNATORY
Tel.: 212-688-1500

J:\Stand-By Agreement\Lehman\Harbinger 105mm _ Multiple downstream\Gruss\Gruss. Trade date 12.07.11\execution\JPM to Gruss Glbl Inv Mstr Enhanced Harbinger Flip LIQ 1382363 12-7-10 TD 1.12MM AOC.v2.docx

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al._____,    Case No. 08-13555_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Gruss Global Investors Master Fund (Enhanced) Ltd.
**Name of Transferee**

JP Morgan Chase Bank, N.A.
**Name of Transferor**

Name and Address where notices to transferee should be sent:
Gruss Global Investors Master Fund (Enhanced) Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, New York, NY 10065
Attn: Michael Monticciolo

Court Claim # (if known): __67347__
Amount of Claim: __$2,137,000.00__
Date Claim Filed: __02/28/2011__

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

Phone: (212) 623-2062
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
Gruss Global Investors Master Fund (Enhanced) Ltd.

By: /s/ _____    Date: 08/24/2011
**Transferee/Transferee's Agent**
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner
By: Michael Monticciolo, Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

JPMORGAN CHASE BANK, N.A., a national banking association, having offices located at Mail Code: NY1-E191, 4 New York Plaza, Floor 16, New York, New York 10004 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Gruss Global Investors Master Fund (Enhanced), Ltd., with offices located at c/o Gruss Asset Management, L.P., 667 Madison Avenue, 3rd Floor, New York, NY 10065 ("Buyer"), all right, title and interest in and to the claims against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $2,137,000 docketed as Claim No. 67347 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Proceedings") and transferred to Seller at Docket No. 16099 in the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20th day of April, 2011.

JPMORGAN CHASE BANK, N.A.

WITNESS:
_____
(Signature)
Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

Gruss Global Investors Master Fund (Enhanced), Ltd.
By: Gruss Asset Management, L.P.
Its Investment Manager
By: Gruss Management, LLC
Its General Partner

WITNESS:
_____
(Signature)
Name: Robert Swanson
Title: Operations Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)
Name: Michael Monticciolo
Title: Authorized Signatory
Tel.: 212 688 1500

Juice Energy - JPM to GGIE AOC - exe(2) (2)

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Commodity Services Inc.,    Case No. 08-13885

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gruss Global Investors Master Fund (Enhanced) Ltd. | JP Morgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Gruss Global Investors Master Fund (Enhanced) Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, New York, NY 10065
Attn: Michael Monticciolo

Court Claim # (if known): 67348
Amount of Claim: $2,137,000.00
Date Claim Filed: 02/28/2011

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

Phone: (212) 623-2062
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
Gruss Global Investors Master Fund (Enhanced) Ltd.
By: _____    Date: 08/24/2011
    Transferee/Transferee's Agent
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner
By: Michael Monticciolo, Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

JPMORGAN CHASE BANK, N.A., a national banking association, having offices located at Mail Code: NY1-E191, 4 New York Plaza, Floor 16, New York, New York 10004 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Gruss Global Investors Master Fund (Enhanced), Ltd., with offices located at c/o Gruss Asset Management, L.P., 667 Madison Avenue, 3rd, Floor, New York, NY 1006 ("Buyer"), all right, title and interest in and to the claims against LEHMAN BROTHERS COMMODITY SERVICES INC. (and its affiliates) in the amount of $2,137,000 docketed as Claim No. 67348 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885 (JMP) (jointly administered under Case No. 08-13555) and transferred to Seller at Docket No. 16099 in the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20th day of April, 2011.

WITNESS:
_____
(Signature)
Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMorgan Chase Bank, N.A.
By: _____
(Signature of authorized corporate officer)
Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

WITNESS:
_____
(Signature)
Name: Robert Swanson
Title: Operations Associate
(Print name and title of witness)

Gruss Global Investors Master Fund (Enhanced), Ltd.
By: Gruss Asset Management, L.P.
Its Investment Manager
By: Gruss Management, LLC
Its General Partner
By: _____
(Signature of authorized corporate officer)
Name: Michael Monticciolo
Title: Authorized Signatory
Tel.: 212 688 1500

11

Juice Energy - JPM to GGIE AOC - exe(2) (2)