UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
         Debtors.                                                :
                                                                 :   Ref. Docket No. 19433
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 23, 2011, I caused to be served the "Supplemental Declaration and Disclosure Statement of Maitre Marc Kleyr on Behalf of Kleyr Grasso Associes," filed on August 22, 2011 [Docket No. 19433], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to the party listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                 */s/ Panagiota Manatakis*
Sworn to before me this                                          Panagiota Manatakis
25th day of August, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Supp Dec of Marc Kleyr_DI 19433_AFF_8-23-11.doc

# EXHIBIT A

08-13555-mg    Doc 19554    Filed 08/29/11    Entered 08/29/11 11:24:46    Main Document
Pg 2 of 14

**LBH Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | atrehan@mayerbrown.com |
| aalfonso@willkie.com | aunger@sidley.com |
| abraunstein@riemerlaw.com | austin.bankruptcy@publicans.com |
| acaton@kramerlevin.com | avenes@whitecase.com |
| acker@chapman.com | azylberberg@whitecase.com |
| adam.brezine@hro.com | bankr@zuckerman.com |
| adarwin@nixonpeabody.com | bankruptcy@goodwin.com |
| Adiamond@DiamondMcCarthy.com | bankruptcy@morrisoncohen.com |
| aeckstein@blankrome.com | bankruptcy@ntexas-attorneys.com |
| aentwistle@entwistle-law.com | bankruptcymatters@us.nomura.com |
| afriedman@irell.com | barbra.parlin@hklaw.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com |
| aglenn@kasowitz.com | bcarlson@co.sanmateo.ca.us |
| agold@herrick.com | bdk@schlamstone.com |
| ahammer@freebornpeters.com | bguiney@pbwt.com |
| aisenberg@saul.com | bill.freeman@pillsburylaw.com |
| akantesaria@oppenheimerfunds.com | bkmail@prommis.com |
| alum@ftportfolios.com | bmanne@tuckerlaw.com |
| amarder@msek.com | BMiller@mofo.com |
| AMcMullen@BoultCummings.com | boneill@kramerlevin.com |
| amenard@tishmanspeyer.com | Brian.Corey@greentreecreditsolutions.com |
| Andrew.Brozman@cliffordchance.com | brosenblum@jonesday.com |
| andrew.lourie@kobrekim.com | broy@rltlawfirm.com |
| angelich.george@arentfox.com | bstrickland@wtplaw.com |
| ann.reynaud@shell.com | btrust@mayerbrown.com |
| anthony_boccanfuso@aporter.com | bturk@tishmanspeyer.com |
| aoberry@bermanesq.com | bwolfe@sheppardmullin.com |
| aostrow@beckerglynn.com | bzabarauskas@crowell.com |
| apo@stevenslee.com | cahn@clm.com |
| aquale@sidley.com | calbert@reitlerlaw.com |
| araboy@cov.com | canelas@pursuitpartners.com |
| arahl@reedsmith.com | carol.weinerlevy@bingham.com |
| arheaume@riemerlaw.com | cbelisle@wfw.com |
| arlbank@pbfcm.com | cbelmonte@ssbb.com |
| arosenblatt@chadbourne.com | cbrotstein@bm.net |
| arthur.rosenberg@hklaw.com | cgoldstein@stcwlaw.com |
| arwolf@wlrk.com | chammerman@paulweiss.com |
| aseuffert@lawpost-nyc.com | chardman@klestadt.com |
| ashaffer@mayerbrown.com | charles@filardi-law.com |
| ashmead@sewkis.com | charles_malloy@aporter.com |
| asnow@ssbb.com | chipford@parkerpoe.com |

# LBH Email Service List

chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com

deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com

# LBH Email Service List

| | |
|---|---|
| egeekie@schiffhardin.com | heiser@chapman.com |
| eglas@mccarter.com | hollace.cohen@troutmansanders.com |
| ehollander@whitecase.com | holsen@stroock.com |
| ekbergc@lanepowell.com | howard.hawkins@cwt.com |
| elevin@lowenstein.com | hseife@chadbourne.com |
| eli.mattioli@klgates.com | hsnovikoff@wlrk.com |
| ellen.halstead@cwt.com | icatto@mwe.com |
| emerberg@mayerbrown.com | igoldstein@dl.com |
| eobrien@sbchlaw.com | ilevee@lowenstein.com |
| erin.mautner@bingham.com | info2@normandyhill.com |
| eschaffer@reedsmith.com | ira.herman@tklaw.com |
| eschwartz@contrariancapital.com | isgreene@hhlaw.com |
| esmith@dl.com | israel.dahan@cwt.com |
| etillinghast@sheppardmullin.com | iva.uroic@dechert.com |
| ezujkowski@emmetmarvin.com | jaclyn.genchi@kayescholer.com |
| ezweig@optonline.net | jacobsonn@sec.gov |
| fbp@ppgms.com | james.mcclammy@dpw.com |
| feldsteinh@sullcrom.com | james.sprayregen@kirkland.com |
| ffm@bostonbusinesslaw.com | jamestecce@quinnemanuel.com |
| fhyman@mayerbrown.com | jamie.nelson@dubaiic.com |
| fishere@butzel.com | jar@outtengolden.com |
| francois.janson@hklaw.com | jason.jurgens@cwt.com |
| fsosnick@shearman.com | jay.hurst@oag.state.tx.us |
| fyates@sonnenschein.com | jay@kleinsolomon.com |
| gabriel.delvirginia@verizon.net | Jbecker@wilmingtontrust.com |
| gbray@milbank.com | jbeemer@entwistle-law.com |
| george.davis@cwt.com | jbeiers@co.sanmateo.ca.us |
| geraci@thalergertler.com | jbird@polsinelli.com |
| ggitomer@mkbattorneys.com | jbromley@cgsh.com |
| giddens@hugheshubbard.com | jcarberry@cl-law.com |
| gkaden@goulstonstorrs.com | jchristian@tobinlaw.com |
| glenn.siegel@dechert.com | Jdrucker@coleschotz.com |
| gmoss@riemerlaw.com | jdyas@halperinlaw.net |
| gravert@mwe.com | jean-david.barnea@usdoj.gov |
| gspilsbury@jsslaw.com | jeanites@whiteandwilliams.com |
| guzzi@whitecase.com | jeannette.boot@wilmerhale.com |
| harrisjm@michigan.gov | jeff.wittig@coair.com |
| harveystrickon@paulhastings.com | jeffrey.sabin@bingham.com |
| hbeltzer@mayerbrown.com | jeldredge@velaw.com |
| heidi@crumbielaw.com | jen.premisler@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.demarco@cliffordchance.com |

**LBH Email Service List**

| | |
|---|---|
| jennifer.gore@shell.com | Joseph.Cordaro@usdoj.gov |
| jeremy.eiden@state.mn.us | joshua.dorchak@bingham.com |
| jfalgowski@reedsmith.com | jowen769@yahoo.com |
| jflaxer@golenbock.com | jowolf@law.nyc.gov |
| jfox@joefoxlaw.com | joy.mathias@dubaiic.com |
| jfreeberg@wfw.com | JPintarelli@mofo.com |
| jg5786@att.com | jporter@entwistle-law.com |
| jgarrity@shearman.com | jprol@lowenstein.com |
| jgenovese@gjb-law.com | jrabinowitz@rltlawfirm.com |
| jguy@orrick.com | jrsmith@hunton.com |
| jherzog@gklaw.com | jschwartz@hahnhessen.com |
| jhiggins@fdlaw.com | jsheerin@mcguirewoods.com |
| jhorgan@phxa.com | jshickich@riddellwilliams.com |
| jhuggett@margolisedelstein.com | jsmairo@pbnlaw.com |
| jhuh@ffwplaw.com | jstoll@mayerbrown.com |
| jim@atkinslawfirm.com | jsullivan@mosessinger.com |
| jjoyce@dresslerpeters.com | jtimko@shutts.com |
| jjtancredi@daypitney.com | jtougas@mayerbrown.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com |
| jkehoe@btkmc.com | jwallack@goulstonstorrs.com |
| jlamar@maynardcooper.com | jwang@sipc.org |
| jlawlor@wmd-law.com | jwcohen@daypitney.com |
| jlee@foley.com | jweiss@gibsondunn.com |
| jlevitin@cahill.com | jwest@velaw.com |
| jlipson@crockerkuno.com | jwh@njlawfirm.com |
| jliu@dl.com | karen.wagner@dpw.com |
| jlovi@steptoe.com | KDWBankruptcyDepartment@kelleydrye.com |
| jlscott@reedsmith.com | keckhardt@hunton.com |
| jmaddock@mcguirewoods.com | keith.simon@lw.com |
| jmazermarino@msek.com | Ken.Coleman@allenovery.com |
| jmcginley@wilmingtontrust.com | ken.higman@hp.com |
| jmelko@gardere.com | kerry.moynihan@hro.com |
| jmerva@fult.com | kgwynne@reedsmith.com |
| jmmurphy@stradley.com | kiplok@hugheshubbard.com |
| jmr@msf-law.com | kkelly@ebglaw.com |
| jnm@mccallaraymer.com | klyman@irell.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com |
| john@crumbielaw.com | korr@orrick.com |
| joli@crlpc.com | KOstad@mofo.com |
| jorbach@hahnhessen.com | kovskyd@pepperlaw.com |

**LBH Email Service List**

| | |
|---|---|
| kpiper@steptoe.com | matthew.klepper@dlapiper.com |
| kressk@pepperlaw.com | maustin@orrick.com |
| KReynolds@mklawnyc.com | max.polonsky@skadden.com |
| krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| kurt.mayr@bgllp.com | mbienenstock@dl.com |
| lacyr@sullcrom.com | mbossi@thompsoncoburn.com |
| Landon@StreusandLandon.com | mcademartori@sheppardmullin.com |
| lathompson@co.sanmateo.ca.us | mccombst@sullcrom.com |
| lawallf@pepperlaw.com | mcordone@stradley.com |
| lberkoff@moritthock.com | mcto@debevoise.com |
| Lee.Stremba@troutmansanders.com | mdorval@stradley.com |
| lgranfield@cgsh.com | melorod@gtlaw.com |
| lhandelsman@stroock.com | meltzere@pepperlaw.com |
| linda.boyle@twtelecom.com | metkin@lowenstein.com |
| lisa.ewart@wilmerhale.com | mfeldman@willkie.com |
| lisa.kraidin@allenovery.com | mgordon@briggs.com |
| LJKotler@duanemorris.com | mgreger@allenmatkins.com |
| lmarinuzzi@mofo.com | mh1@mccallaraymer.com |
| Lmay@coleschotz.com | mhopkins@cov.com |
| lmcgowen@orrick.com | michael.frege@cms-hs.com |
| lml@ppgms.com | michael.kelly@monarchlp.com |
| lnashelsky@mofo.com | michael.kim@kobrekim.com |
| loizides@loizides.com | michael.reilly@bingham.com |
| lromansic@steptoe.com | millee12@nationwide.com |
| lscarcella@farrellfritz.com | miller@taftlaw.com |
| lschweitzer@cgsh.com | mimi.m.wong@irscounsel.treas.gov |
| lthompson@whitecase.com | mitchell.ayer@tklaw.com |
| lubell@hugheshubbard.com | mjacobs@pryorcashman.com |
| lwhidden@salans.com | mjedelman@vedderprice.com |
| mabrams@willkie.com | MJR1@westchestergov.com |
| MAOFILING@CGSH.COM | mkjaer@winston.com |
| Marc.Chait@SC.com | mlahaie@akingump.com |
| margolin@hugheshubbard.com | MLandman@lcbf.com |
| mark.deveno@bingham.com | mlynch2@travelers.com |
| mark.ellenberg@cwt.com | mmendez@hunton.com |
| mark.houle@pillsburylaw.com | mmooney@deilylawfirm.com |
| mark.sherrill@sutherland.com | mmorreale@us.mufg.jp |
| martin.davis@ots.treas.gov | mneier@ibolaw.com |
| Marvin.Clements@ag.tn.gov | monica.lawless@brookfieldproperties.com |
| matt@willaw.com | mpage@kelleydrye.com |

**LBH Email Service List**

mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com

ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com

**LBH Email Service List**

| | |
|---|---|
| RTrust@cravath.com | squigley@lowenstein.com |
| russj4478@aol.com | SRee@lcbf.com |
| rwasserman@cftc.gov | sselbst@herrick.com |
| rwyron@orrick.com | sshimshak@paulweiss.com |
| s.minehan@aozorabank.co.jp | sskelly@teamtogut.com |
| sabin.willett@bingham.com | ssusman@susmangodfrey.com |
| sabramowitz@velaw.com | steele@lowenstein.com |
| sagolden@hhlaw.com | stephen.cowan@dlapiper.com |
| Sally.Henry@skadden.com | steve.ginther@dor.mo.gov |
| sandyscafaria@eaton.com | steven.troyer@commerzbank.com |
| Sara.Tapinekis@cliffordchance.com | steven.wilamowsky@bingham.com |
| scargill@lowenstein.com | Streusand@StreusandLandon.com |
| schannej@pepperlaw.com | susan.schultz@newedgegroup.com |
| Schepis@pursuitpartners.com | susheelkirpalani@quinnemanuel.com |
| schnabel.eric@dorsey.com | swolowitz@mayerbrown.com |
| schristianson@buchalter.com | szuch@wiggin.com |
| schwartzmatthew@sullcrom.com | tannweiler@greerherz.com |
| scottshelley@quinnemanuel.com | tarbit@cftc.gov |
| scousins@armstrongteasdale.com | tbrock@ssbb.com |
| sdnyecf@dor.mo.gov | tdewey@dpklaw.com |
| sehlers@armstrongteasdale.com | tduffy@andersonkill.com |
| sfelderstein@ffwplaw.com | teresa.oxford@invescoaim.com |
| sfineman@lchb.com | TGoren@mofo.com |
| sfox@mcguirewoods.com | thaler@thalergertler.com |
| sgordon@cahill.com | thomas.califano@dlapiper.com |
| sgubner@ebg-law.com | thomas.ogden@dpw.com |
| shannon.nagle@friedfrank.com | Thomas_Noguerola@calpers.ca.gov |
| sharbeck@sipc.org | timothy.brink@dlapiper.com |
| shari.leventhal@ny.frb.org | timothy.palmer@bipc.com |
| shgross5@yahoo.com | tjfreedman@pbnlaw.com |
| sidorsky@butzel.com | tkarcher@dl.com |
| slerner@ssd.com | tkiriakos@mayerbrown.com |
| slevine@brownrudnick.com | tlauria@whitecase.com |
| SLoden@DiamondMcCarthy.com | tmacwright@whitecase.com |
| smayerson@ssd.com | tmayer@kramerlevin.com |
| smillman@stroock.com | tnixon@gklaw.com |
| smulligan@bsblawyers.com | toby.r.rosenberg@irscounsel.treas.gov |
| snewman@katskykorins.com | tony.davis@bakerbotts.com |
| sory@fdlaw.com | tslome@msek.com |
| spiotto@chapman.com | ttracy@crockerkuno.com |
| splatzer@platzerlaw.com | twheeler@lowenstein.com |

**LBH Email Service List**

ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com


Additional Emails
lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
jerome.burel@kckg.com

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007