B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al          ,         Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gruss Global Investors Master Fund Ltd. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Gruss Global Investors Master Fund Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, New York, NY 10065
Attn: Michael Monticciolo

Court Claim # (if known): __67079__
Amount of Claim: __$4,450,000.00__
Date Claim Filed: __09/20/2010__

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

Phone: (212) 250-5760
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
Gruss Global Investors Master Fund Ltd.

By: _[signature]_       Date: 08/24/2011
Transferee/Transferee's Agent
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner
By: Michael Monticciolo, Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Holdings Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67079

DEUTSCHE BANK AG, LONDON BRANCH, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Gruss Global Investors Master Fund, Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, 3rd Floor
New York, New York 10065
Attention: Robert Swenson
Telephone: 212-688-1500 x373
Facsimile: 212-350-9730
bankdebtops@gruss.com
rs@gruss.com

its successors and assigns ("Buyer"), a 1.36923077% pro rata share in and to all right, title and interest in and to Proof of Claim Number 67079, solely to the extent of $4,450,000.00 (the "Assigned Claim") out of the aggregate $325,000,000.00 claim against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated March 17, 2011.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

GRUSS GLOBAL INVESTORS MASTER FUND, LTD.

By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner
By: Michael Monticciolo, Authorized Signatory

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Commercial Paper Inc.         ,           Case No.  08-13900

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gruss Global Investors Master Fund Ltd. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Gruss Global Investors Master Fund Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, New York, NY 10065
Attn: Michael Monticciolo

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

Court Claim # (if known): 67080
Amount of Claim: $4,450,000.00
Date Claim Filed: 09/20/2010

Phone: (212) 250-5760
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 668-1500
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
Gruss Global Investors Master Fund Ltd.
By: _____     Date: 08/24/2011
Transferee/Transferee's Agent
By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner
By: Michael Monticciolo, Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Commercial Paper Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)
08-13900
Proof of Claim Number 67080

DEUTSCHE BANK AG, LONDON BRANCH, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Gruss Global Investors Master Fund, Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, 3rd Floor
New York, New York 10065
Attention: Robert Swenson
Telephone: 212-688-1500 x373
Facsimile: 212-350-9730
bankdebtops@gruss.com
rs@gruss.com

its successors and assigns ("Buyer"), a 1.36923077% pro rata share in and to all right, title and interest in and to Proof of Claim Number 67080, solely to the extent of $4,450,000.00 (the "Assigned Claim") out of the aggregate $325,000,000.00 claim against Lehman Commercial Paper Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated March 17, 2011.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

**GRUSS GLOBAL INVESTORS MASTER FUND, LTD.**

By: Gruss Asset Management L.P., its Investment Manager
By: Gruss Management, LLC, its General Partner
By: Michael Monticciolo, Authorized Signatory