WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re                                                  :    Chapter 11
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :    Case No. 08-13555 (JMP)
                                                       :
            Debtors.                                   :    (Jointly Administered)
                                                       :
------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 30, 2011 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

1.  Amended Motion (i) for Approval of the Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (ii) Establishing Solicitation and Voting Procedures, (iii) Scheduling a Confirmation Hearing, and (iv) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan **[ECF No. 18126]**

    Objection Deadline:    August 11, 2011 at 4:00 p.m.

    Objections Received:

        A.    Objection of Wilmington Trust Company **[ECF No. 19149]**

        B.    Objection of LibertyView **[ECF No. 19167]**

C. Limited Objection of MBS Litigation Lead Plaintiffs **[ECF No. 19169]**

D. Limited Objection of Securities Litigation Lead Plaintiffs **[ECF No. 19171]**

E. Objection of PricewaterhouseCoopers AG, Zurich **[ECF No. 19172]**

F. Objection of Fidelity National Title Insurance Company **[ECF No. 19162]**

G. Objection of Bundesverband deutscher Banken e.V. **[ECF No. 19147]**

H. Objection of Deutsche Bundesbank **[ECF No. 19163]**

I. Objection of Sumitomo Mitsui Banking Corporation **[ECF No. 19170]**

J. Objection of Centerbridge Credit Advisors LLC **[ECF No. 19254]**

   i. Joinder of Anchorage Capital Group, LLC **[ECF No. 19261]**

   ii. Joinder of Monarch Alternative Capital LP **[ECF No. 19262]**

K. Objection of Danske Bank A/S, London Branch **[ECF No. 19257]**

L. Objection of Mason Capital Management, LLC **[ECF No. 19151]**

M. Objection of Wells Fargo Bank Northwest **[ECF No. 19295]**

   i. Joinder of Objection of OMX Timber Finance Investments II, LLC **[ECF No. 19297]**

N. Objection of United States Trustee for Region 2 **[ECF No. 19157]**

O. Objection of Chris Stovic **[ECF No. 19099]**

P. Objection of Linda Neufeld **[ECF No. 19100]**

Q. Objection of Tommy Tewalt **[ECF No. 19121]**

R. Objection of Gary A. Cutler **[ECF No. 19122]**

Responses to Objections:

 S. Debtors' Amended Response to Objections **[ECF No. 19487]**

 T. Statement of the Official Committee of Unsecured Creditors in Support of the Disclosure Statement **[ECF No. 19459]**

 U. Reply of the Ad Hoc Group of Lehman Brothers Creditors to Objections to Approval of Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan **[ECF No. 19452]**

Statements in Support of Motion:

 V. Statement of BNP Paribas in Support **[ECF No. 19106]**

 W. Statement of Elliot Management Corporation in Support **[ECF No. 19117]**

 X. Statement of The Baupost Group, L.L.C. in Support **[ECF No. 19150]**

 Y. Statement of Goldman Sachs Bank (USA), Goldman Sachs International in Support **[ECF No. 19152]**

 Z. Statement of Och-Ziff Capital Management Group LLC in Support **[ECF No. 19153]**

 AA. Statement of State Street Bank and Trust Company in Support **[ECF No. 19158]**

 BB. Statement of The Royal Bank of Scotland plc in Support **[ECF No. 19161]**

 CC. Statement of Credit Suisse Securities (Europe), Credit Suisse Loan Funding LLC, Credit Suisse AG in Support **[ECF No. 19164]**

 DD. Statement of Societe Generale, Societe Generale Bank & Trust, Societe Generale Asset Management Banque in Support **[ECF No. 19165]**

 EE. Statement of DB Energy Trading LLC, Deutsche Bank AG in Support **[ECF No. 19173]**

 FF. Statement of Ad Hoc Group of Lehman Brothers Creditors in Support **[ECF No. 19175]**

GG. Statement of Varde Partners, L.P. in Support **[ECF No. 19178]**

HH. Statement of UBS AG in Support **[ECF No. 19185]**

II. Statement of CarVal Investors UK Limited in Support **[ECF No. 19194]**

JJ. Joint Statement of Various LBT Noteholders in Support **[ECF No. 19215]**

KK. Statement of Morgan Stanley & Co. Incorporated and Affiliates in Support **[ECF No. 19334]**

LL. Statement of Davidson Kempner Capital Management LLC in Support **[ECF No. 19341]**

MM. Statement of King Street Parties in Support **[ECF No. 19434]**

Related Documents:

NN. Revised Proposed Order (i) Approving the Proposed Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (ii) Establishing Solicitation and Voting Procedures, (iii) Scheduling a Confirmation Hearing, and (iv) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan **[ECF No. 19486]**

OO. Revised Second Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors **[ECF No. 19482]**

PP. Disclosure Statement for Revised Second Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors **[ECF No. 19484]**

QQ.   Statement and Reservation of Rights of the UK Affiliates **[ECF No. 19328]**

<u>Status</u>: This matter is going forward.

Dated: August 29, 2011
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

US_ACTIVE:\43793450\01\58399.0008