**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
|  | : |  |
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : | **Ref. Docket No. 19448** |
-----------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 23, 2011, I caused to be served the "Debtors' Response to Objections to Approval of Proposed Disclosure Statement," dated August 23, 2011 [Docket No. 19448], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.  enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

    c.  enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Pete Caris*
                                                        Pete Caris

Sworn to before me this
25th day of August, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bcarlson@co.sanmateo.ca.us |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bguiney@pbwt.com |
| adam.brezine@hro.com | bill.freeman@pillsburylaw.com |
| adarwin@nixonpeabody.com | bkmail@prommis.com |
| adiamond@diamondmccarthy.com | bmanne@tuckerlaw.com |
| aeckstein@blankrome.com | bmiller@mofo.com |
| aentwistle@entwistle-law.com | boneill@kramerlevin.com |
| afriedman@irell.com | brian.corey@greentreecreditsolutions.com |
| agbanknewyork@ag.tn.gov | brosenblum@jonesday.com |
| aglenn@kasowitz.com | broy@rltlawfirm.com |
| agold@herrick.com | bstrickland@wtplaw.com |
| ahammer@freebornpeters.com | btrust@mayerbrown.com |
| aisenberg@saul.com | bturk@tishmanspeyer.com |
| akantesaria@oppenheimerfunds.com | bwolfe@sheppardmullin.com |
| alum@ftportfolios.com | bzabarauskas@crowell.com |
| amarder@msek.com | cahn@clm.com |
| amcmullen@boultcummings.com | calbert@reitlerlaw.com |
| amenard@tishmanspeyer.com | canelas@pursuitpartners.com |
| andrew.brozman@cliffordchance.com | carol.weinerlevy@bingham.com |
| andrew.lourie@kobrekim.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| ann.reynaud@shell.com | cbrotstein@bm.net |
| anthony_boccanfuso@aporter.com | cgoldstein@stcwlaw.com |
| aoberry@bermanesq.com | chammerman@paulweiss.com |
| aostrow@beckerglynn.com | chardman@klestadt.com |
| apo@stevenslee.com | charles@filardi-law.com |
| aquale@sidley.com | charles_malloy@aporter.com |
| araboy@cov.com | chipford@parkerpoe.com |
| arahl@reedsmith.com | chris.donoho@lovells.com |
| arheaume@riemerlaw.com | christopher.schueller@bipc.com |
| arlbank@pbfcm.com | clarkb@sullcrom.com |
| arosenblatt@chadbourne.com | clynch@reedsmith.com |
| arthur.rosenberg@hklaw.com | cmontgomery@salans.com |
| arwolf@wlrk.com | cohenr@sewkis.com |
| aseuffert@lawpost-nyc.com | colea@gtlaw.com |
| ashaffer@mayerbrown.com | cousinss@gtlaw.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| atrehan@mayerbrown.com | craig.goldblatt@wilmerhale.com |
| aunger@sidley.com | crmomjian@attorneygeneral.gov |
| austin.bankruptcy@publicans.com | cs@stevenslee.com |
| avenes@whitecase.com | csalomon@beckerglynn.com |
| azylberberg@whitecase.com | cschreiber@winston.com |
| bankr@zuckerman.com | cshore@whitecase.com |
| bankruptcy@goodwin.com | cshulman@sheppardmullin.com |
| bankruptcy@morrisoncohen.com | ctatelbaum@adorno.com |
| bankruptcy@ntexas-attorneys.com | cwalsh@mayerbrown.com |
| bankruptcymatters@us.nomura.com | cward@polsinelli.com |

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com

dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com

jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| jwallack@goulstonstorrs.com | lwhidden@salans.com |
| jwang@sipc.org | mabrams@willkie.com |
| jwcohen@daypitney.com | maofiling@cgsh.com |
| jweiss@gibsondunn.com | marc.chait@sc.com |
| jwest@velaw.com | margolin@hugheshubbard.com |
| jwh@njlawfirm.com | mark.deveno@bingham.com |
| karen.wagner@dpw.com | mark.ellenberg@cwt.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.houle@pillsburylaw.com |
| keckhardt@hunton.com | mark.sherrill@sutherland.com |
| keith.simon@lw.com | martin.davis@ots.treas.gov |
| ken.coleman@allenovery.com | marvin.clements@ag.tn.gov |
| ken.higman@hp.com | matt@willaw.com |
| kerry.moynihan@hro.com | matthew.klepper@dlapiper.com |
| kgwynne@reedsmith.com | maustin@orrick.com |
| kiplok@hugheshubbard.com | max.polonsky@skadden.com |
| kkelly@ebglaw.com | mbenner@tishmanspeyer.com |
| klyman@irell.com | mberman@nixonpeabody.com |
| kmayer@mccarter.com | mbienenstock@dl.com |
| kobak@hugheshubbard.com | mbossi@thompsoncoburn.com |
| korr@orrick.com | mcademartori@sheppardmullin.com |
| kostad@mofo.com | mccombst@sullcrom.com |
| kovskyd@pepperlaw.com | mcordone@stradley.com |
| kpiper@steptoe.com | mcto@debevoise.com |
| kressk@pepperlaw.com | mdorval@stradley.com |
| kreynolds@mklawnyc.com | melorod@gtlaw.com |
| krosen@lowenstein.com | meltzere@pepperlaw.com |
| kuehn@bragarwexler.com | metkin@lowenstein.com |
| kurt.mayr@bgllp.com | mfeldman@willkie.com |
| lacyr@sullcrom.com | mgordon@briggs.com |
| landon@streusandlandon.com | mgreger@allenmatkins.com |
| lathompson@co.sanmateo.ca.us | mh1@mccallaraymer.com |
| lawallf@pepperlaw.com | mhopkins@cov.com |
| lberkoff@moritthock.com | michael.frege@cms-hs.com |
| lee.stremba@troutmansanders.com | michael.kelly@monarchlp.com |
| lgranfield@cgsh.com | michael.kim@kobrekim.com |
| lhandelsman@stroock.com | michael.reilly@bingham.com |
| linda.boyle@twtelecom.com | millee12@nationwide.com |
| lisa.ewart@wilmerhale.com | miller@taftlaw.com |
| lisa.kraidin@allenovery.com | mimi.m.wong@irscounsel.treas.gov |
| ljkotler@duanemorris.com | mitchell.ayer@tklaw.com |
| lmarinuzzi@mofo.com | mjacobs@pryorcashman.com |
| lmay@coleschotz.com | mjedelman@vedderprice.com |
| lmcgowen@orrick.com | mjr1@westchestergov.com |
| lml@ppgms.com | mkjaer@winston.com |
| lnashelsky@mofo.com | mlahaie@akingump.com |
| loizides@loizides.com | mlandman@lcbf.com |
| lromansic@steptoe.com | mlynch2@travelers.com |
| lscarcella@farrellfritz.com | mmendez@hunton.com |
| lschweitzer@cgsh.com | mmooney@deilylawfirm.com |
| lthompson@whitecase.com | mmorreale@us.mufg.jp |
| lubell@hugheshubbard.com | mneier@ibolaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | rbyman@jenner.com |
| mpage@kelleydrye.com | rdaversa@orrick.com |
| mprimoff@kayescholer.com | relgidely@gjb-law.com |
| mpucillo@bermanesq.com | rfleischer@pryorcashman.com |
| mrosenthal@gibsondunn.com | rfrankel@orrick.com |
| mruetzel@whitecase.com | rfriedman@silvermanacampora.com |
| mschimel@sju.edu | rgmason@wlrk.com |
| mshiner@tuckerlaw.com | rgraham@whitecase.com |
| msiegel@brownrudnick.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.lear@hklaw.com |
| mstamer@akingump.com | richard.levy@lw.com |
| mvenditto@reedsmith.com | richard.tisdale@friedfrank.com |
| mwarren@mtb.com | richard@rwmaplc.com |
| ncoco@mwe.com | ritkin@steptoe.com |
| neal.mann@oag.state.ny.us | rjones@boultcummings.com |
| ned.schodek@shearman.com | rleek@hodgsonruss.com |
| neilberger@teamtogut.com | rlevin@cravath.com |
| newyork@sec.gov | rmatzat@hahnhessen.com |
| nfurman@scottwoodcapital.com | rnetzer@willkie.com |
| nherman@morganlewis.com | robert.bailey@bnymellon.com |
| nissay_10259-0154@mhmjapan.com | robert.dombroff@bingham.com |
| nlepore@schnader.com | robert.henoch@kobrekim.com |
| notice@bkcylaw.com | robert.malone@dbr.com |
| oipress@travelers.com | robert.yalen@usdoj.gov |
| omeca.nedd@lovells.com | robertdakis@quinnemanuel.com |
| otccorpactions@finra.org | robin.keller@lovells.com |
| paronzon@milbank.com | roger@rnagioff.com |
| patrick.oh@freshfields.com | ronald.silverman@bingham.com |
| paul.turner@sutherland.com | rqureshi@reedsmith.com |
| pbattista@gjb-law.com | rreid@sheppardmullin.com |
| pbosswick@ssbb.com | rroupinian@outtengolden.com |
| pdublin@akingump.com | rrussell@andrewskurth.com |
| peisenberg@lockelord.com | rterenzi@stcwlaw.com |
| peter.gilhuly@lw.com | rtrust@cravath.com |
| peter.macdonald@wilmerhale.com | russj4478@aol.com |
| peter.simmons@friedfrank.com | rwasserman@cftc.gov |
| peter@bankrupt.com | rwyron@orrick.com |
| pfeldman@oshr.com | s.minehan@aozorabank.co.jp |
| phayden@mcguirewoods.com | sabin.willett@bingham.com |
| pmaxcy@sonnenschein.com | sabramowitz@velaw.com |
| ppascuzzi@ffwplaw.com | sagolden@hhlaw.com |
| ppatterson@stradley.com | sally.henry@skadden.com |
| psp@njlawfirm.com | sandyscafaria@eaton.com |
| ptrostle@jenner.com | sara.tapinekis@cliffordchance.com |
| pwright@dl.com | scargill@lowenstein.com |
| r.stahl@stahlzelloe.com | schannej@pepperlaw.com |
| raj.madan@bingham.com | schepis@pursuitpartners.com |
| rajohnson@akingump.com | schnabel.eric@dorsey.com |
| ramona.neal@hp.com | schristianson@buchalter.com |
| ranjit.mather@bnymellon.com | schwartzmatthew@sullcrom.com |
| rbeacher@pryorcashman.com | scottshelley@quinnemanuel.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
ssusman@susmangodfrey.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com

timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | COUNSEL TO: CENTERBRIDGE CREDIT ADVISORS LLC MICHAEL S. STAMER ONE BRYANT PARK NEW YORK NY 10036 |
| ANCHORAGE CAPITAL GROUP, LLC | COUNSEL TO: ANCHORAGE CAPITAL JESSICA L. FAINMAN 610 BROADWAY 6TH FLOOR NEW YORK NY 10012 |
| BRINGHAM MCCUTHCHEN LLP | COUNSEL TO: WELLS FARGO BANK  NORTHWEST MICHAEL J. REILLY 399 PARK AVENUE NEW YORK NY 10022 |
| CHRIS STOVIC | CHRIS STOVIC (PRO SE) 435 GREEVES STREET 435 GREEVES STREET KANE PA 16735 |
| COVINGTON & BURLINGTON LLP | COUNSEL TO: WILMINGSTON TRUST COMPANY MARTIN E. BEELER 620 EIGHTH AVENUE NEW YORK TIMES BUILDING NEW YORK NY 10018 |
| DAY PITNEY LLP | COUNSEL TO: FIDELITY NATIONAL TITLE INSURANCE COMPANY JOSHUA W. COHEN ONE AUDOBON STREET NEW HAVEN CT 06511-6433 |
| FRESHFIELDS BRUCHHAUS DERINGER US LLP | COUNSEL TO: DEUTSCHE BUNDESBANK WALTER B. STUART 601 LEXINGTON AVENUE, 31ST FLOOR NEW YORK NY 10022 |
| GARY CUTLER | 40 COLLEGE STREET SUITE 302 BURLINGTON VT 05401 |
| GIBSON, DUNN & CRUTCHER LLP | COUNSEL TO: PRICEWATERHOUWE COOPERS MICHAEL A ROSENTHAL 200 PARK AVENUE NEW YORK NY 10003 |
| KLESTADT & WINTERS, LLP | COUNSEL TO: OMX TIMBER FINANCE INVESTMENTS TRACY L. KLESTADT 570 SEVENTH AVENUE 17TH FLOOR NEW YORK NY 10018 |
| LATHAM & WATKINS LLP | COUNSEL TO: BUNDESVERBAND MARK A. BROUDE 885 THIRD AVENUE SUITE 1000 NEW YORK NY 10022 |
| LINDA NEUFELD | 105-5070 UPLANDS DRIVE 105-5070 UPLANDS DRIVE SUITE 271 NANAIMO CANADA |
| LOWENSTEIN SANDLER | COUNSEL TO: LIBERTY VIEW ET.AL (19167) MICHEAL S. ETKIN, ESQ 1251 AVENUE OF THE AMERICAS 18TH FLOOR NEW YORK NY 10022 |
| LOWENSTEIN SANDLER | COUNSEL TO: LIBERTY VIEW ET.AL (19167) MICHAEL S. ETKIN 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER | COUNSEL TO: LEAD PLAINTIFF (DOCKET 19169) MICHAEL S. ETKIN 1251 AVENUE OF THE AMERICAS 18TH FLOOR NEW YORK NY 10020 |
| LOWENSTEIN SANDLER | COUNSEL TO: LEAD PLAINTIFF (DOCKET 19169) MICHAEL S. ETKIN 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER | COUNSEL TO: LEAD PLAINTIFF (DOCKET 19171) MICHAEL S. ETKIN 1251 AVENUE OF THE AMERICAS 18TH FLOOR NEW YORK NY 10020 |
| LOWENSTEIN SANDLER | COUNSEL TO: LEAD PLAINTIFF (DOCKET 19171) MICHAEL S. ETKIN 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MAYER BROWN LLP | COUNSEL TO: SUMITOMO MITSUI JEFFERY G. TOUGAS 1675 BROADWAY NEW YORK NY 10019 |
| ROBERT B. KRAKOW | COUNSEL TO: PRICEWATERHOUWE COOPERS 2100 MCKINNEY AVENUE, SUITE 1100 DALLAS TX 75201 |
| SUSMAN GODFREY LLP | COUNSEL TO: MASON CAPITAL MANAGEMENT STEPHEN D. SUSMAN 654 MADISON AVENUE NEW YORK NY 10065 |
| TOMMY TEWALT | 14551 S. HAWTHORNE CT OREGON CITY OR 97045 |
| VENEBLE LLP | COUNSEL TO: DANKSE BANK A/S CAROLLYN H.G. CALLARI 1270 AVENUE OF THE AMERICAS 24TH FLOOR NEW YORK NY 10020 |
| VINSON & ELKINS LLP | COUNSEL TO: DEUTSCHE BUNDESBANK JANE LEE VRIS 666 FIFTH AVENUE 26TH FLOOR NEW YORK NY 10103 |
| WHITEFORD, TAYLOR & PRESTON | COUNSEL TO: MONARCH ALTERNATIVE BRENT C. STRICKLAND 7 ST. PAUL STREET BALTIMORE MD 21202 |

**Total Creditor count  25**

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007