UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                       :        Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :        08-13555 (JMP)
                                                            :        (Jointly Administered)
         Debtors.                                           :
                                                            :        Ref. Docket No. 19450
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 23, 2011, I caused to be served the "Notice of Adjournment of Debtors' One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated August 23, 2011 [Docket No. 19450], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to the party listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
26th day of August, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

# LBH Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | atrehan@mayerbrown.com |
| aalfonso@willkie.com | aunger@sidley.com |
| abraunstein@riemerlaw.com | austin.bankruptcy@publicans.com |
| acaton@kramerlevin.com | avenes@whitecase.com |
| acker@chapman.com | azylberberg@whitecase.com |
| adam.brezine@hro.com | bankr@zuckerman.com |
| adarwin@nixonpeabody.com | bankruptcy@goodwin.com |
| Adiamond@DiamondMcCarthy.com | bankruptcy@morrisoncohen.com |
| aeckstein@blankrome.com | bankruptcy@ntexas-attorneys.com |
| aentwistle@entwistle-law.com | bankruptcymatters@us.nomura.com |
| afriedman@irell.com | barbra.parlin@hklaw.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com |
| aglenn@kasowitz.com | bcarlson@co.sanmateo.ca.us |
| agold@herrick.com | bdk@schlamstone.com |
| ahammer@freebornpeters.com | bguiney@pbwt.com |
| aisenberg@saul.com | bill.freeman@pillsburylaw.com |
| akantesaria@oppenheimerfunds.com | bkmail@prommis.com |
| alum@ftportfolios.com | bmanne@tuckerlaw.com |
| amarder@msek.com | BMiller@mofo.com |
| AMcMullen@BoultCummings.com | boneill@kramerlevin.com |
| amenard@tishmanspeyer.com | Brian.Corey@greentreecreditsolutions.com |
| Andrew.Brozman@cliffordchance.com | brosenblum@jonesday.com |
| andrew.lourie@kobrekim.com | broy@rltlawfirm.com |
| angelich.george@arentfox.com | bstrickland@wtplaw.com |
| ann.reynaud@shell.com | btrust@mayerbrown.com |
| anthony_boccanfuso@aporter.com | bturk@tishmanspeyer.com |
| aoberry@bermanesq.com | bwolfe@sheppardmullin.com |
| aostrow@beckerglynn.com | bzabarauskas@crowell.com |
| apo@stevenslee.com | cahn@clm.com |
| aquale@sidley.com | calbert@reitlerlaw.com |
| araboy@cov.com | canelas@pursuitpartners.com |
| arahl@reedsmith.com | carol.weinerlevy@bingham.com |
| arheaume@riemerlaw.com | cbelisle@wfw.com |
| arlbank@pbfcm.com | cbelmonte@ssbb.com |
| arosenblatt@chadbourne.com | cbrotstein@bm.net |
| arthur.rosenberg@hklaw.com | cgoldstein@stcwlaw.com |
| arwolf@wlrk.com | chammerman@paulweiss.com |
| aseuffert@lawpost-nyc.com | chardman@klestadt.com |
| ashaffer@mayerbrown.com | charles@filardi-law.com |
| ashmead@sewkis.com | charles_malloy@aporter.com |
| asnow@ssbb.com | chipford@parkerpoe.com |

**LBH Email Service List**

chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com

deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com

**LBH Email Service List**

egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com

**LBH Email Service List**

| | |
|---|---|
| jennifer.gore@shell.com | Joseph.Cordaro@usdoj.gov |
| jeremy.eiden@state.mn.us | joshua.dorchak@bingham.com |
| jfalgowski@reedsmith.com | jowen769@yahoo.com |
| jflaxer@golenbock.com | jowolf@law.nyc.gov |
| jfox@joefoxlaw.com | joy.mathias@dubaiic.com |
| jfreeberg@wfw.com | JPintarelli@mofo.com |
| jg5786@att.com | jporter@entwistle-law.com |
| jgarrity@shearman.com | jprol@lowenstein.com |
| jgenovese@gjb-law.com | jrabinowitz@rltlawfirm.com |
| jguy@orrick.com | jrsmith@hunton.com |
| jherzog@gklaw.com | jschwartz@hahnhessen.com |
| jhiggins@fdlaw.com | jsheerin@mcguirewoods.com |
| jhorgan@phxa.com | jshickich@riddellwilliams.com |
| jhuggett@margolisedelstein.com | jsmairo@pbnlaw.com |
| jhuh@ffwplaw.com | jstoll@mayerbrown.com |
| jim@atkinslawfirm.com | jsullivan@mosessinger.com |
| jjoyce@dresslerpeters.com | jtimko@shutts.com |
| jjtancredi@daypitney.com | jtougas@mayerbrown.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com |
| jkehoe@btkmc.com | jwallack@goulstonstorrs.com |
| jlamar@maynardcooper.com | jwang@sipc.org |
| jlawlor@wmd-law.com | jwcohen@daypitney.com |
| jlee@foley.com | jweiss@gibsondunn.com |
| jlevitin@cahill.com | jwest@velaw.com |
| jlipson@crockerkuno.com | jwh@njlawfirm.com |
| jliu@dl.com | karen.wagner@dpw.com |
| jlovi@steptoe.com | KDWBankruptcyDepartment@kelleydrye.com |
| jlscott@reedsmith.com | keckhardt@hunton.com |
| jmaddock@mcguirewoods.com | keith.simon@lw.com |
| jmazermarino@msek.com | Ken.Coleman@allenovery.com |
| jmcginley@wilmingtontrust.com | ken.higman@hp.com |
| jmelko@gardere.com | kerry.moynihan@hro.com |
| jmerva@fult.com | kgwynne@reedsmith.com |
| jmmurphy@stradley.com | kiplok@hugheshubbard.com |
| jmr@msf-law.com | kkelly@ebglaw.com |
| jnm@mccallaraymer.com | klyman@irell.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com |
| john@crumbielaw.com | korr@orrick.com |
| joli@crlpc.com | KOstad@mofo.com |
| jorbach@hahnhessen.com | kovskyd@pepperlaw.com |

**LBH Email Service List**

| | |
|---|---|
| kpiper@steptoe.com | matthew.klepper@dlapiper.com |
| kressk@pepperlaw.com | maustin@orrick.com |
| KReynolds@mklawnyc.com | max.polonsky@skadden.com |
| krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| kurt.mayr@bgllp.com | mbienenstock@dl.com |
| lacyr@sullcrom.com | mbossi@thompsoncoburn.com |
| Landon@StreusandLandon.com | mcademartori@sheppardmullin.com |
| lathompson@co.sanmateo.ca.us | mccombst@sullcrom.com |
| lawallf@pepperlaw.com | mcordone@stradley.com |
| lberkoff@moritthock.com | mcto@debevoise.com |
| Lee.Stremba@troutmansanders.com | mdorval@stradley.com |
| lgranfield@cgsh.com | melorod@gtlaw.com |
| lhandelsman@stroock.com | meltzere@pepperlaw.com |
| linda.boyle@twtelecom.com | metkin@lowenstein.com |
| lisa.ewart@wilmerhale.com | mfeldman@willkie.com |
| lisa.kraidin@allenovery.com | mgordon@briggs.com |
| LJKotler@duanemorris.com | mgreger@allenmatkins.com |
| lmarinuzzi@mofo.com | mh1@mccallaraymer.com |
| Lmay@coleschotz.com | mhopkins@cov.com |
| lmcgowen@orrick.com | michael.frege@cms-hs.com |
| lml@ppgms.com | michael.kelly@monarchlp.com |
| lnashelsky@mofo.com | michael.kim@kobrekim.com |
| loizides@loizides.com | michael.reilly@bingham.com |
| lromansic@steptoe.com | millee12@nationwide.com |
| lscarcella@farrellfritz.com | miller@taftlaw.com |
| lschweitzer@cgsh.com | mimi.m.wong@irscounsel.treas.gov |
| lthompson@whitecase.com | mitchell.ayer@tklaw.com |
| lubell@hugheshubbard.com | mjacobs@pryorcashman.com |
| lwhidden@salans.com | mjedelman@vedderprice.com |
| mabrams@willkie.com | MJR1@westchestergov.com |
| MAOFILING@CGSH.COM | mkjaer@winston.com |
| Marc.Chait@SC.com | mlahaie@akingump.com |
| margolin@hugheshubbard.com | MLandman@lcbf.com |
| mark.deveno@bingham.com | mlynch2@travelers.com |
| mark.ellenberg@cwt.com | mmendez@hunton.com |
| mark.houle@pillsburylaw.com | mmooney@deilylawfirm.com |
| mark.sherrill@sutherland.com | mmorreale@us.mufg.jp |
| martin.davis@ots.treas.gov | mneier@ibolaw.com |
| Marvin.Clements@ag.tn.gov | monica.lawless@brookfieldproperties.com |
| matt@willaw.com | mpage@kelleydrye.com |

**LBH Email Service List**

mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com

**LBH Email Service List**

| | |
|---|---|
| RTrust@cravath.com | squigley@lowenstein.com |
| russj4478@aol.com | SRee@lcbf.com |
| rwasserman@cftc.gov | sselbst@herrick.com |
| rwyron@orrick.com | sshimshak@paulweiss.com |
| s.minehan@aozorabank.co.jp | sskelly@teamtogut.com |
| sabin.willett@bingham.com | ssusman@susmangodfrey.com |
| sabramowitz@velaw.com | steele@lowenstein.com |
| sagolden@hhlaw.com | stephen.cowan@dlapiper.com |
| Sally.Henry@skadden.com | steve.ginther@dor.mo.gov |
| sandyscafaria@eaton.com | steven.troyer@commerzbank.com |
| Sara.Tapinekis@cliffordchance.com | steven.wilamowsky@bingham.com |
| scargill@lowenstein.com | Streusand@StreusandLandon.com |
| schannej@pepperlaw.com | susan.schultz@newedgegroup.com |
| Schepis@pursuitpartners.com | susheelkirpalani@quinnemanuel.com |
| schnabel.eric@dorsey.com | swolowitz@mayerbrown.com |
| schristianson@buchalter.com | szuch@wiggin.com |
| schwartzmatthew@sullcrom.com | tannweiler@greerherz.com |
| scottshelley@quinnemanuel.com | tarbit@cftc.gov |
| scousins@armstrongteasdale.com | tbrock@ssbb.com |
| sdnyecf@dor.mo.gov | tdewey@dpklaw.com |
| sehlers@armstrongteasdale.com | tduffy@andersonkill.com |
| sfelderstein@ffwplaw.com | teresa.oxford@invescoaim.com |
| sfineman@lchb.com | TGoren@mofo.com |
| sfox@mcguirewoods.com | thaler@thalergertler.com |
| sgordon@cahill.com | thomas.califano@dlapiper.com |
| sgubner@ebg-law.com | thomas.ogden@dpw.com |
| shannon.nagle@friedfrank.com | Thomas_Noguerola@calpers.ca.gov |
| sharbeck@sipc.org | timothy.brink@dlapiper.com |
| shari.leventhal@ny.frb.org | timothy.palmer@bipc.com |
| shgross5@yahoo.com | tjfreedman@pbnlaw.com |
| sidorsky@butzel.com | tkarcher@dl.com |
| slerner@ssd.com | tkiriakos@mayerbrown.com |
| slevine@brownrudnick.com | tlauria@whitecase.com |
| SLoden@DiamondMcCarthy.com | tmacwright@whitecase.com |
| smayerson@ssd.com | tmayer@kramerlevin.com |
| smillman@stroock.com | tnixon@gklaw.com |
| smulligan@bsblawyers.com | toby.r.rosenberg@irscounsel.treas.gov |
| snewman@katskykorins.com | tony.davis@bakerbotts.com |
| sory@fdlaw.com | tslome@msek.com |
| spiotto@chapman.com | ttracy@crockerkuno.com |
| splatzer@platzerlaw.com | twheeler@lowenstein.com |

**LBH Email Service List**

ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

*LBH_NOAOMNI 163_8/23/2011*

F.F. THOMPSON FOUNDATION INC, THE
ATTN:CHIEF FINANCIAL OFFICER
C/O FREDERICK FERRIS THOMPSON HOSPITAL
350 PARRISH STREET
CANANDAIGUA , NY  14424

*LBH_NOAOMNI 163_8/23/2011*

FREDERICK FERRIS THOMPSON HOSPITAL, THE
ATTN: CHIEF FINANCIAL OFFICER
C/O FREDERICK FERRIS THOMPSON HOSPITAL
350 PARRISH STREET
CANANDAIGUA , NY  ZIP 14424

*LBH_NOAOMNI 163_8/23/2011*

THOMAS COOK AG
THOMAS-COOK PLATZ 1
OBERURSEL   61440
GERMANY

*LBH_NOAOMNI 163_8/23/2011*

THOMAS COOK AG
THOMAS-COOK PLATZ 1
ATTN: ANNETTE HOHER, ESQ.
6TH FLOOR SOUTH, BRETTENHAM HOUSE
LANCASTER PLACE
LONDON    WC2E 7EN
UNITED KINGDOM