**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (MR-7006)
Matthew K. Kelsey (MK-3137)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Robert B. Krakow (admitted *pro hac vice*)
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

*Attorneys for PricewaterhouseCoopers AG, Zurich,*
*as Bankruptcy Liquidator of*
*Lehman Brothers Finance AG, in Liquidation,*
*a/k/a Lehman Brothers Finance SA, in Liquidation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                           :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |
| | : | **Re: Docket No. 19172** |

------------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION TO DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES MOTION

PricewaterhouseCoopers AG, Zurich ("***PwC***"), in its capacity as duly authorized

Bankruptcy Liquidator and foreign representative of Lehman Brothers Finance AG, in

Liquidation, also known as Lehman Brothers Finance SA, in Liquidation, a Swiss corporation

("***LBF***"), has reached an agreement with the Debtors to resolve its *Objection to Disclosure*

1

*Statement and Solicitation Procedures Motion*, filed on August 11, 2011 (Docket No. 19172)

(the "***Disclosure Statement Objection***").[1]  To resolve the Disclosure Statement Objection, the

Debtors have agreed, among other things, to add certain language to the Disclosure Statement

and to notify LBF on or before September 16, 2011 if they are going to object to any of LBF's

claims in connection with voting on the Plan.  In accordance with that agreement, LBF hereby

withdraws the Disclosure Statement Objection.

Dated:   New York, New York
         August 29, 2011

                                            **GIBSON, DUNN & CRUTCHER LLP**


                                            By:  /s/ Michael A. Rosenthal
                                            Michael A. Rosenthal (MR-7006)
                                            Matthew K. Kelsey (MK-3137)
                                            200 Park Avenue
                                            New York, New York 10166
                                            Telephone:  (212) 351-4000
                                            Facsimile:  (212) 715-8000

                                            Robert B. Krakow (admitted *pro hac vice*)
                                            2100 McKinney Avenue, Suite 1100
                                            Dallas, Texas 75209
                                            Telephone:  (214) 698-3100
                                            Facsimile:  (214) 571-2934

                                            *Attorneys for PricewaterhouseCoopers AG, Zurich, as*
                                            *Bankruptcy Liquidator of Lehman Brothers Finance*
                                            *AG, in Liquidation, a/k/a Lehman Brothers Finance SA,*
                                            *in Liquidation*

---

[1]  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Disclosure Statement Objection.