UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                        Debtors.                                 :
                                                                 :
                                                                 :   Ref. Docket Nos. 19408-19414,
-----------------------------------------------------------------x       19425, 19426


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 24, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               */s/ Lauren Rodriguez*
                                               Lauren Rodriguez

Sworn to before me this
29th day of August, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 19408-19414, 19425, 19426_AFF_08-24-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SERENGETI OVERSEAS MM L.P.
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      C/O SERENGETI ASSET MANAGEMENT LP
      632 BROADWAY 12TH FL
      NEW YORK NY 10012
```

Please note that your claim # 50717-01 in the above referenced case and in the amount of
          $7,059,674.82   Unliquidated        has been transferred **(unless previously expunged by court order)**

```
      BARCLAYS BANK PLC
      TRANSFEROR: SERENGETI OVERSEAS MM L.P.
      745 SEVENTH AVENUE
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19425      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/24/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 24, 2011.

# EXHIBIT B

```
TIME: 18:44:11                                                LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 08/24/11                                                    CREDITOR LISTING

Name                                              Address
BARCLAYS BANK PLC                                 TRANSFEROR: SERENGETI OVERSEAS MM L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: SERENGETI PARTNERS, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
CITIBANK PRIVATKUNDEN AG & CO. KGAA               PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA               ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
ELISABETH ANNA BLOOS                              TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA DAIMLER STR. 69 NEUSS  41462 GERMANY
GLOBAL VIDA-COMPANHIA DE SEGUROS DE VIDA          CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
 S.A.
GLOBAL VIDA-COMPANHIA DE SEGUROS DE VIDA          ATTN: PEDRO MIGUEL ROQUE MOGARRO BARBAS PIRES AV. DUQUE DE AVILA, 171 LISBOA  1069-031 PORTUGAL
 S.A.
GLOBAL-COMPANHIA DE SEGUROS, SA                   CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ & JENNIFER B. PREMISLER, ESQ 31 WEST 52ND STREET NEW YORK NY 10019
GLOBAL-COMPANHIA DE SEGUROS, SA                   ATTN: PEDRO MIGUEL ROQUE MOGARRO BARBAS PIRES AV. DUQUE DE AVILA, 171 LISBOA  1069-031 PORTUGAL
GOLDMAN SACHS LENDING PARTNERS LLC                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: NEKTAR ASSET MANAGEMENT AB FOR THE NEKTAR FUND C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON ST 38TH FL
                                                   JERSEY CITY NJ 07302
NEKTAR ASSET MANAGEMENT AB FOR THE                SIDLEY AUSTIN LLP ATTN LEE S ATTANASIO AND ALEX R ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
 NEKTAR FUND
NEKTAR ASSET MANAGEMENT AB FOR THE                ATTN MANAGING DIRECTOR NORMALMSTORG 14 PO BOX 7030 STOCKHOLM  SE-103 86 SWEDEN
 NEKTAR FUND
NEKTAR ASSET MANAGEMENT AB FOR THE                ATTN MANAGING DIRECTOR NORMALMSTORG 14 PO BOX 7030 SE - 103 86 STOCKHOLM  SE-103 86 SWEDEN
 NEKTAR FUND
NOMURA SECURITIES CO., LTD.                       TRANSFEROR: RUBY FINANCE PLC SERIES 2004-2 ATTN: TOSHIHIKO MATSUURA FINANCIAL PRODUCT DEPARTMENT, 2-2-2 OTEMACHI, CHIYODAKU
                                                   TOKYO  JAPAN
SERENGETI OVERSEAS MM L.P.                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS, L.P.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12FL NEW YORK NY 10012
THE ROYAL BANK OF SCOTLAND PLC                    DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
THE ROYAL BANK OF SCOTLAND PLC                    TRANSFEROR: GLOBAL VIDA-COMPANHIA DE SEGUROS DE VIDA S.A. ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON  EC2M 3UR UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND PLC                    TRANSFEROR: GLOBAL-COMPANHIA DE SEGUROS, SA ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON  EC2M 3UR UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND PLC                    TRANSFEROR: NOMURA SECURITIES CO., LTD. ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON  EC2M 3UR UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND PLC                    TRANSFEROR: VR-LIW GMBH ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON  EC2M 3UR UNITED KINGDOM
VR-LIW GMBH                                       GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM 59069 GERMANY

Total Number of Records Printed       23
```