UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :    (Jointly Administered)
                    Debtors.                                    :
                                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 19444, 19449,
                                                                     19453, 19458

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 25, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
29th day of August, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 19444, 19449, 19453, 19458_AFF_08-25-11.doc

**EXHIBIT A**

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   COMPLETE COPY SYSTEMS
      3300 W. BEVERLY B'LVD
      LOS ANGELES CA 90004
```

Please note that your claim # 8283 in the above referenced case and in the amount of
$9,810.00         has been transferred **(unless previously expunged by court order)**

```
ARCHON BAY CAPITAL, LLC
TRANSFEROR: COMPLETE COPY SYSTEMS
ATTN: CLAIMS PROCESSING DEPT
PO BOX 14610
SURFSIDE BEACH SC 29587
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19449        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/25/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 25, 2011.

**EXHIBIT B**

```
TIME: 12:47:50                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 08/25/11                               CREDITOR LISTING

Name                                 Address
ACTA ASSET MANAGEMENT ASA            TRANSFEROR: GUNNARSON, BERNT BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ARCHON BAY CAPITAL, LLC              TRANSFEROR: COMPLETE COPY SYSTEMS ATTN: CLAIMS PROCESSING DEPT PO BOX 14610 SURFSIDE BEACH SC 29587
BARCLAYS BANK PLC                    TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019
COMPLETE COPY SYSTEMS                3300 W. BEVERLY B'LVD LOS ANGELES CA 90004
MERRILL LYNCH CREDIT PRODUCTS, LLC   TRANSFEROR: ADVANCED MICRO DEVICES INC C/O BANK OF AMERICA MERRILL LYNCH/ATTN: JEFFREY BENESH ONE BRYANT PARK, NY1-100-03-01
                                     NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC   TRANSFEROR: PHOENIX PENSIONS LIMITED ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                     NEW YORK NY 10036
PAULSON CREDIT OPPORTUNITIES MASTER LTD.  SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.  TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: STUART MERZER 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PHOENIX PENSIONS LIMITED             1 WYTHALL GREEN WAY WYTHALL, BIRMINGHAM  B47 6WG UNITED KINGDOM
PHOENIX PENSIONS LIMITED             JAMES O. MOORE 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
PHOENIX PENSIONS LIMITED             IGNIS INVESTMENT SERVICES LIMITED LEGAL DEPT, ATTN: COLIN HAY 50 BOTHWELL STREET GLASGOW  G2 6HR UK

Total Number of Records Printed      11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC