CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

Attorneys for D.E. Shaw Composite Portfolios, L.L.C.,
D.E. Shaw Laminar Portfolios, L.L.C., D.E. Shaw
Oculus Portfolios, L.L.C., D.E. Shaw Valence
Portfolios, L.L.C. and D.E. Shaw Claims SPV, L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :   Chapter 11
In re:                                                           :   Case No. 08-13555(JMP)
                                                                 :   (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :
                                                                 :   CERTIFICATE OF
                    Debtors.                                     :   SERVICE
                                                                 :
---------------------------------------------------------------- X

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 29th day of August 2011, the Statement of D.E. Shaw Composite Portfolios, L.L.C., D.E. Shaw Laminar Portfolios, L.L.C., D.E. Shaw Oculus Portfolios, L.L.C., D.E. Shaw Valence Portfolios, L.L.C. and D.E. Shaw Claims SPV, L.L.C. in Support of Approval of Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan was served by hand and by Federal Express, as indicated, upon:

**BY HAND**

Richard P. Krasnow, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Lori R. Fife, Esq
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Shai Y. Waisman, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne, Esq
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005

Dennis O'Donnell, Esq
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005

Evan R. Fleck, Esq
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005

**BY FEDERAL EXPRESS**

Andy Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Paul Schwartzberg, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Brian Masumoto, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Linda Riffkin, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Dated:  New York, New York
        August 30, 2011

_____
Brendan Cyr