UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                                      :    Chapter 11 Case No.
                                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                               :
                                        Debtors.                  :    (Jointly Administered)
-------------------------------------------------------------------x

ORDER PURSUANT TO SECTION 107 OF
THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018
AUTHORIZING THE DEBTORS TO FILE UNDER SEAL PORTIONS OF THE
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
IMPROPERLY WITHHELD AS PRIVILEGED BY GIANTS STADIUM LLC,
AND EXHIBITS ATTACHED TO THE ACCOMPANYING
DECLARATION OF MICHAEL J. FIRESTONE

Upon the motion, dated August 24, 2011 (the "Motion") of Lehman Brothers Special Financing Inc. ("LBSF") and Lehman Brothers Holdings Inc. ("LBHI"), as debtors in possession (collectively, the "Debtors"), pursuant to section 107(b) of the Bankruptcy Code[1] and Bankruptcy Rule 9018, authorizing the Debtors to file under seal portions of (i) the Motion to Compel Production of Documents Improperly Withheld as Privileged by Giants Stadium LLC (the "Motion to Compel"), (ii) portions of the accompanying Declaration of Michael J. Firestone (the "Firestone Decl."), and (iii) portions of Exhibits B and C, and Exhibits D, E, F, H, I, J, and M (the "Confidential Exhibits") to the Firestone Decl., all as more fully described in the Motion; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief sought in the Motion is in the best interests of the Debtors, their estates and their creditors and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are authorized to file portions of the Motion to Compel, the Firestone Decl. and the Confidential Exhibits to the accompanying Firestone Decl. under seal by delivering such documents to Chambers and to the Clerk of the Court's attention with a letter referencing this Order; and it is further

ORDERED that materials subject to this Order shall remain under seal and confidential and shall not be made available to any party other than the Court and the Limited Notice Parties; *provided however*, that Giants Stadium may at any time request that the seal be lifted and/or at its own discretion, disclose the materials at issue; and it is further

ORDERED that the Limited Notice Parties, including the parties that they represent, shall be bound by this Order, shall at all times keep the materials subject to this Order strictly confidential, and shall not disclose their contents to any party, except as otherwise agreed by the Debtors and Giants Stadium and as otherwise provided for in the preceding paragraph; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: New York, New York
August 30, 2011

                                            *s/ James M. Peck*
                                            HONORABLE JAMES M. PECK
                                            UNITED STATES BANKRUPTCY JUDGE