B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. (JMP)

Case No. 08-13555

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, LP | Macquarie Bank Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Elliott Management Corporation
712 Fifth Avenue, 35th Floor, New York, NY 10019
Attn: Michael Stephan
(212) 974-6000

Court Claim # (if known): 9145
Amount of Claim: $7,806,367.29*
Date Claim Filed: 8/24/09
Debtor: Lehman Brothers Holdings Inc.

*plus additional amounts as set forth in the proof of claim

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
Name of Transferee/Transferee's Agent
Elliot Greenberg, Vice President

Date: August 8, 2011

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A-1

Error! Unknown document property name.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

MACQUARIE BANK LIMITED, its successors and assigns, with offices at c/o Macquarie Capital (USA) Inc., 125 West 55th Street, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to ELLIOTT ASSOCIATES, L.P., its successors and assigns, with offices at 712 Fifth Avenue, New York, New York  10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim No.: 9145) in the amount of $7,806,367.29 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the  8th  day of August, 2011.

SELLER:                                         BUYER:

**MACQUARIE BANK LIMITED**         **ELLIOTT ASSOCIATES, L.P.**

By:_____      By:_____
Name:  Neshaat Mirzaie                Name:
Title:  Senior Lawyer                 Title:

By:_____
Name:  Michele Del Bo
Title:  Division Director

NYI 7713790v.9

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

MACQUARIE BANK LIMITED, its successors and assigns, with offices at c/o Macquarie Capital (USA) Inc., 125 West 55th Street, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to ELLIOTT ASSOCIATES, L.P., its successors and assigns, with offices at 712 Fifth Avenue, New York, New York 10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 9145) in the amount of $7,806,367.29 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 8th day of August, 2011.

SELLER:                                           BUYER:

**MACQUARIE BANK LIMITED**              **ELLIOTT ASSOCIATES, L.P.**
                                                  By: Elliott Capital Advisors, L.P., as general partner
                                                  By: Braxton Associates, Inc., as general partner

By:_____              By:_____
Name:                                             Elliot Greenberg, Vice President
Title:                                            Name:
                                                  Title:

By:_____
Name:
Title:

Error! Unknown document property name.