# EXHIBIT E

**Exhibit Redacted for Confidentiality**