# EXHIBIT F

# Exhibit Redacted for Confidentiality