# EXHIBIT J

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3190

WRITER'S INTERNET ADDRESS
matthewscheck@quinnemanuel.com

January 21, 2011

VIA E-MAIL

Harold S. Novikoff, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019

Re:    JPM's Clearance Claims Against LBHI: Supporting Documentation for Disposition of Collateral

Dear Mr. Novikoff:

I write regarding your letter dated January 13, 2011 in response to my letter dated January 7, 2011, each regarding a request by LBHI and the Committee for certain supporting documentation relating to JPMorgan's disposition of collateral in order to assess whether JPMorgan disposed of that collateral in a commercially reasonable manner.

In that letter, you point to various document requests in the adversary proceeding that relate to the liquidation of collateral, and state that JPMorgan has agreed to search for and produce documents related to those requests. You also refer again to documents produced to the LBI Trustee related to the disposition of collateral.

While we appreciate JPMorgan's willingness to comply with theses discovery requests, your letter stops short of representing that JPMorgan has or will produce the documents and information requested in my initial letter. In particular, please confirm whether JPMorgan will identify, either through production in the adversary proceeding or some other method, the counterparties to sales of the disposed of collateral, and identify any affiliates of JPMorgan who were also counterparties to those sales.

**quinn emanuel urquhart & sullivan, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

We also wish to address your direction that we not use the documented titled Complete Tassimo JPMO Trade Activity 03152010 for the characterization of transactions and principal amounts of securities. As you are aware, that document was relied upon for purposes of entering into the Collateral Disposition Agreement. Furthermore, you point to information passed along from LBI to LBHI on approximately December 17, 2009 as being more reliable. That information, however, also contains the erroneous reference to RACERS as being liquidated. Therefore, we have reservations about our ability to rely on those documents as well. Accordingly, we ask that JPMorgan also produce a reliable and accurate document with the same categories of information in the Complete Tassimo JPMO Trade Activity document as soon as possible.

Very truly yours,

Matthew Scheck

cc:     Kathryn Gettles-Atwa, Esq.
        Lynn Harrison, Esq.
        Susan Pollack, Esq.
        Cindi Eilbott, Esq.
        Erica Taggart, Esq.

03690.61377/3921749.2