# EXHIBIT L

Joan Collopy

**From:** Erica Taggart
**Sent:** Monday, March 28, 2011 6:37 PM
**To:** File JPMC Lehman
**Subject:** FW: LBHI v. JPMorgan

**Erica Taggart**
**Quinn Emanuel Urquhart & Sullivan LLP**
865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3196 Direct
213.443.3100 FAX

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential.

**From:** Matthew Scheck
**Sent:** Monday, March 28, 2011 5:07 PM
**To:** KWLin@wlrk.com
**Cc:** lharrison@curtis.com; IBoczko@WLRK.com; HSNovikoff@WLRK.com; Erica Taggart
**Subject:** RE: LBHI v. JPMorgan

Karen,

I am writing to confirm our conversation today regarding requests that the Committee and LBHI have made for documents relating to JPMorgan's disposition of collateral, and to respond to your letter of this afternoon.

Specifically, we reiterate our request for the following information relating to each sale of collateral:
- the cusip number
- the purchasing party
- the date sold
- the bids solicited
- the bids received, including "passes"
- the price at which the collateral was sold
- if sold to JPMorgan, the price at which the collateral was resold, if resold within one month of being purchased

On our call today, you represented that you had already produced all information that "JPMorgan tracked" related to its collateral disposition. We represented that this information was not available for many, if not a majority, of the securities. We asked whether this information was available electronically in JPMorgan's computer files. You stated that it would be burdensome to provide such information, but would take the request under advisement.

While we request this information for all counterparties, we may be willing to limit our request to only those securities "sold" to JPMorgan or any of its subsidiaries or affiliates (or any parties that JPMorgan asserts are affiliates of JPMorgan) if this would substantially reduce the burden on JPMorgan.

Please let us know by the end of this week whether JPMorgan will undertake to collect the relevant information so that we can seek intervention of the Court if necessary.

Best regards,

Matt

**Matthew Scheck**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3190 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
matthewscheck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** KWLin@wlrk.com [mailto:KWLin@wlrk.com]
**Sent:** Monday, March 28, 2011 4:45 PM
**To:** Matthew Scheck
**Cc:** lharrison@curtis.com; IBoczko@WLRK.com; HSNovikoff@WLRK.com; Erica Taggart
**Subject:** RE: LBHI v. JPMorgan

Attached please find a letter following up on today's conversation.

Thanks,
Karen

**From:** Lin, Karen W.
**Sent:** Friday, March 25, 2011 7:41 PM
**To:** Scheck, Matthew R. (Quinn Emanuel Urquhart & Sullivan LLP)
**Cc:** Harrison 3rd, L.P. (Curtis, Mallet-Prevost, Colt & Mosle LLP); Boczko, Ian; Novikoff, Harold S.; Taggart, Erica P. (Quinn Emanuel Urquhart & Sullivan LLP)
**Subject:** RE: LBHI v. JPMorgan

Attached please find a response to your March 18 letter.

Thanks,
Karen

**From:** Matthew Scheck [mailto:matthewscheck@quinnemanuel.com]
**Sent:** Friday, March 18, 2011 6:07 PM
**To:** Lin, Karen W.
**Cc:** Harrison 3rd, L.P. (Curtis, Mallet-Prevost, Colt & Mosle LLP); Boczko, Ian; Novikoff, Harold S.; Taggart, Erica P. (Quinn Emanuel Urquhart & Sullivan LLP)
**Subject:** RE: LBHI v. JPMorgan

Counsel,

Please find attached a response to your March 11 letter.

Best,

Matt

**Matthew Scheck**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3190 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
matthewscheck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** KWLin@wlrk.com [mailto:KWLin@wlrk.com]
**Sent:** Friday, March 11, 2011 4:25 PM
**To:** Matthew Scheck
**Cc:** lharrison@curtis.com; IBoczko@WLRK.com; HSNovikoff@WLRK.com
**Subject:** RE: LBHI v. JPMorgan

Attached please find a response to your March 4 letter.

Thanks,
Karen


**From:** Matthew Scheck [mailto:matthewscheck@quinnemanuel.com]
**Sent:** Friday, March 04, 2011 5:01 PM
**To:** Novikoff, Harold S.
**Cc:** Harrison 3rd, L.P. (Curtis, Mallet-Prevost, Colt & Mosle LLP); Gettles-Atwa, Kathryn
**Subject:** LBHI v. JPMorgan

Counsel,

Please find attached correspondence regarding your February 11 letter.

Regards,

Matthew

**Matthew Scheck**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3190 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
matthewscheck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties and is not intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments. Thank you in advance for your cooperation and assistance.

www.wlrk.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*