# EXHIBIT O

**Exhibit Redacted for Confidentiality**