# EXHIBIT P

# Exhibit Redacted for Confidentiality