# EXHIBIT Q

# Exhibit Redacted for Confidentiality