# EXHIBIT R

# Exhibit Redacted for Confidentiality