# EXHIBIT S

**From:** Seery, James <james.seery@barclayscapital.com>
**Sent:** Tuesday, November 18, 2008 7:15 PM (GMT)
**To:** mantoncic@lehman.com
**Subject:** FW:

---

- Original Message -----

From: Weisfelner, Edward S. <EWeisfelner@brownrudnick.com>

To: Kamensky, Daniel; Kamensky, Daniel

Cc: Borod, Ronald S. <RBorod@brownrudnick.com>

Sent: Wed Oct 01 11:25:59 2008

Subject:

Dan:

As you may know, my partner, Ron Borod, represents Church Street Advisors. Church Street Advisors, whose principals are former Moody's rating analysts on the non-mortgage side, are in hot pursuit of ABS purchase opportunities. One of the investment opportunities which Church Street has identified is a block of whole business securitization bonds of a large, well-known franchised restaurant chain that are rated AAA and yet are being priced at yields in the high teens due to the current credit market conditions. These bonds were owned by Lehman Brothers as a result of Lehman having underwritten the bonds when they were sold last year. What is happening now is the precise script for Church Street's business model--credit markets freezing and

CONFIDENTIAL                                                                                     LBHI_JPM_2688699

high-quality ABS being available at great yields.

The plot has thickened considerably and the opportunity may have just gotten richer based on information that we just learned this morning: JP Morgan has acquired the bonds in question as a result of a Lehman repo default involving the bonds; and JPM has sold 70M and is planning on selling the remaining 100M in an upcoming auction. Church Street is looking to find another money partner to take advantage of this opportunity. It is possible that the bonds will go for an even lower price because JPM acquired them at a significant discount pursuant to the repo transaction (although we have been unable to determine the amount of the discount) and has stated that they do not have a lot of price sensitivity.

Please let Ron know as soon as possible if you might be interested in pursuing this opportunity jointly with Church Street. Church Street has made a detailed analysis of the bonds and this info together with a term sheet and the CS business model are readily available electronically.

If you're interested, contact Ron Borod at rborod@brownrudnick.com <mailto:rborod@brownrudnick.com> or by phone at 617 856 8373.

*********************************************************************

**********

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that:

CONFIDENTIAL                                                                                                                                LBHI_JPM_2688700

Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

*********************************************************************

**********

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking

CONFIDENTIAL                                                                                                      LBHI_JPM_2688701

division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

CONFIDENTIAL
LBHI_JPM_2688702