# EXHIBIT T

# Exhibit Redacted for Confidentiality