**EXHIBIT U**

# Exhibit Redacted for Confidentiality