# EXHIBIT V

**Exhibit Redacted for Confidentiality**