# EXHIBIT W

# Exhibit Redacted for Confidentiality