# EXHIBIT X

# Exhibit Redacted for Confidentiality