# EXHIBIT Y

# Exhibit Redacted for Confidentiality