# EXHIBIT BB

**Exhibit Redacted for Confidentiality**