# EXHIBIT CC

# Exhibit Redacted for Confidentiality