# EXHIBIT FF

# Exhibit Redacted for Confidentiality