## **EXHIBIT A**

12

**QUINN EMANUEL**
**URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
*Counsel for the Official Committee of Unsecured*
*Creditors of Lehman Brothers Holdings Inc.*

**CURTIS, MALLET-PREVOST,**
**COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
*Counsel for Debtor Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., <u>et al</u>.,<br><br>        Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>        Debtor. | Case No. 08-01420 (JMP) SIPA |

**ORDER AUTHORIZING FILING OF AN UNREDACTED VERSION OF OBJECTION TO PORTIONS OF PROOFS OF CLAIM NO. 66462 AGAINST LEHMAN BROTHERS HOLDINGS INC. AND NO. 4939 AGAINST LEHMAN BROTHERS INC. OF JPMORGAN CHASE BANK, N.A. REGARDING**
<u>**TRIPARTY REPO-RELATED LOSSES**</u>

Upon the motion (the "<u>Motion</u>")[1] dated August 31, 2011 of Lehman Brothers Holdings Inc. and the Official Committee of Unsecured Creditors ("<u>Objectors</u>") for entry of an order authorizing the filing of an unredacted version of Objectors' Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc., of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses, dated August 31, 2011 and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984, (Ward, Acting C.J.); and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; and based upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Designated Exhibits shall not be treated confidentially.

3. Plaintiffs are authorized to file the Objection and the Designated Exhibits in unredacted form on the Court's public docket.

4. The Court shall retain jurisdiction to implement and enforce the terms of this Order.

Dated: _____, 2011
    New York, New York

 

THE HONORABLE JAMES M. PECK

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

2