# EXHIBIT B

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3164**

WRITER'S INTERNET ADDRESS
**tylerwhitmer@quinnemanuel.com**

August 17, 2011

**VIA E-MAIL**

S. Christopher Szczerban
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

Re:   LBHI v. JPM: De-designation of Testimony and Documents Designated Confidential or Highly Confidential

Dear Chris:

On Monday, the Committee and LBHI plan to file a claim objection citing several documents and portions of testimony that JPMorgan has designated confidential or highly confidential pursuant to paragraph 3 of the Confidentiality Stipulation and Protective Order entered September 1, 2010. We do not believe the testimony and documents at issue warrant these designations and write to ask that JPMorgan de-designate them so that we can file the claim objection publicly.

The documents at issue are the following:

| Document Beg Bates Number | Designation |
|---|---|
| JPM-LBHI02123906 | Confidential |
| JPM-LBHI01660625 | Confidential |
| JPM-LBHI01299866 | Confidential |
| JPM-LBHI01379094 | Highly Confidential |
| JPM-LBHI02675867 | Highly Confidential |
| JPM-LBHI02675425 | Highly Confidential |
| JPM-LBHI00362726 | Highly Confidential |

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

| | |
|---|---|
| JPM-LBHI01819213 | Highly Confidential |
| JPM-LBHI02189743 | Confidential |
| JPM-LBHI01755189 | Confidential |
| JPM-LBHI02079829 | Highly Confidential |
| JPM-LBHI02177253 | Highly Confidential |
| JPM-LBHI02274978 | Highly Confidential |
| JPM-LBHI00007408 | Highly Confidential |
| JPM-LBHI00029445 | Highly Confidential |

The testimony at issue is as follows:

| Deposition Cite | Designation |
|---|---|
| Brandimarte Tr. 72:23-73:20 | Confidential |
| Costango Tr. 39:2-18 | Confidential |
| Costango Tr. 46:8-24 | Confidential |
| Costango Tr. 52:11-22 | Confidential |
| Costango Tr. 75:4-76:9 | Highly Confidential |
| Costango Tr. 104:10-20 | Highly Confidential |
| Costango Tr. 106:11-22 | Highly Confidential |
| Costango Tr. 109:3-22 | Highly Confidential |
| Costango Tr. 111:8-11 | Highly Confidential |
| Costango Tr. 111:23-112:22 | Highly Confidential |
| Costango Tr. 117:6-118:11 | Highly Confidential |
| Costango Tr. 151:3-9 | Confidential |
| Costango Tr. 205:13-206:21 | Confidential |
| Costango Tr. 209:18-210:6 | Confidential |
| Costango Tr. 265:2-13 | Confidential |
| Costango Tr. 269:6-9 | Confidential |
| Mulligan Tr. 40:5-15 | Confidential |
| Russo Tr. 24:13-25:18 | Confidential |
| Russo Tr. 33:11-34:9 | Confidential |
| Weisbrod Tr. 384:9-22 | Confidential |
| Zames Tr. 298:24-299:14 | Highly Confidential |

If JPMorgan does not agree to de-designate the listed documents and testimony, we will file the objection under seal and then seek immediate leave of court to have it unsealed. Please let us know your decision by the end of the day on Friday, August 19.

Very truly yours,

/s/ Tyler Whitmer

Tyler Whitmer

cc: Michael J. Moscato

2