# EXHIBIT C

## WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150
TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)

OF COUNSEL

WILLIAM T. ALLEN / ERIC S. ROBINSON
PETER C. CANELLOS / PATRICIA A. ROBINSON*
DAVID M. EINHORN / LEONARD M. ROSEN
THEODORE GEWERTZ / MICHAEL W. SCHWARTZ
RICHARD D. KATCHER / ELLIOTT V. STEIN
THEODORE A. LEVINE / WARREN R. STERN
ROBERT B. MAZUR / PATRICIA A. VLAHAKIS
PHILIP MINDLIN / J. BRYAN WHITWORTH
ROBERT M. MORGENTHAU / AMY R. WOLF

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

MICHELE J. ALEXANDER / NANCY B. GREENBAUM
LOUIS J. BARASH / MAURA R. GROSSMAN
DIANNA CHEN / IAN L. LEVIN
ANDREW J.H. CHEUNG / J. AUSTIN LYONS
PAMELA EHRENKRANZ / AMANDA N. PERSAUD
ELAINE P. GOLIN / HOLLY M. STRUTT
PAULA N. GORDON

Direct Dial: (212) 403-1139
Direct Fax: (212) 403-2239
E-Mail: IBOCZKO@WLRK.COM

August 19, 2011

**BY E-MAIL**

Tyler Whitmer, Esq.
Quinn, Emanuel, Urquhart & Sullivan
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Re:  LBHI v. JPMorgan: De-designation of Testimony and Documents Designated Confidential or Highly Confidential

Dear Tyler,

We are in receipt of your letter requesting — on one day's notice — that JPMorgan agree to de-designate several deposition transcript pages and documents (and any relevant attachments). We note that the confidentiality designation of one of the documents that you reference (JPM-LBHI00007408) already has been de-designated; in addition, one of the documents that you reference (JPM-LBHI01299866) was re-designated as highly confidential on May 26, 2011. Other than the one document that was previously de-designated, JPMorgan is not willing — particularly on one day's notice — to de-designate any other confidentiality designations. Accordingly, JPMorgan expects that plaintiffs will abide by the terms of the Confidentiality Order entered by the Court in this case.

Sincerely,

*Ian Boczko/kw*

Ian Boczko