UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:
Debtors.                         :    (Jointly Administered)
:
-----------------------------------------------------------------x

**ORDER DENYING MOTION FOR LEAVE
FOR MARK GLASSER TO FILE A LATE CLAIM**

Upon consideration of the motion of Mark Glasser, dated December 28, 2009 [Docket No. 6386] (the "Motion"), and the objection of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession; and after a hearing held on August 25, 2011 (the "Hearing") and due deliberation and sufficient cause appearing therefor, it is

ORDERED that, for the reasons set forth on the record of the Hearing, the Motion is denied; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated:  New York, New York
August 31, 2011

*s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE