

**SC LOWY**
FINANCIAL SERVICES

SC LOWY PRIMARY INVESTMENTS, LTD.
c/o SC Lowy Asset Management (HK) Ltd.
1403, 14/F, Nine Queen's Road Central, Hong Kong
Tel: +852 3405 1300 | Fax: +852 3405 1400
www.sclowy.com

VIA COURIER

August 25, 2011



US Bankruptcy Court
Southern District of NY
One Bowling Green
New York, NY 10004-1408

Re:  **Lehman Brothers Holdings Inc., et al, Debtors, Case No. 08-13555**

To the US Bankruptcy Court:

Pursuant to the Transfer of Claim Agreement dated July 15, 2011, between Mega International Commercial Bank Co., Ltd. – Hong Kong Branch ("Transferor") and SC Lowy Primary Investments, Ltd. ("Transferee"), Transferor transferred certain claims to Transferee.

Please find attached a copy of Form 210A relating to a Transfer of Claim Other than for Security in relation to the Transfer of Claim Agreement. Please mark your records accordingly to reflect such transfer and please have these forms posted on the docket of LBHI.

If you should have any questions, please feel free to contact the Transferee at:

Tel:  +852 3405 1300
Fax: +852 3405 1400
E-mail: steve.lyons@sclowy.com
Address:  c/o SC Lowy Asset Management (HK) Ltd., Suite 1403, 14/F, Nine Queen's Road, Central, Hong Kong, attn: Steve Lyons

Regards,

SC Lowy Primary Investments, Ltd.

By: _____
Name: Steve Lyons
Title: Authorized Signatory

B210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re    Lehman Brothers Holdings Inc, et al, Debtors    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SC LOWY PRIMARY INVESTMENTS, LTD.** | **MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD. – HONG KONG BRANCH** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent

SC Lowy Primary Investments, Ltd.
c/o SC Lowy Asset Management (HK) Ltd.
Suite 1403, 14/F
Nine Queen's Road
Central, Hong Kong
Attention: Steve Lyons

**Court Claim # (if known):** that portion of Claim 44260 represented by ISIN XS0327847801, ISIN XS0332134179 and ISIN XS0337617327, in each case as listed therein

Amount of Claim: US$100,000.00 (a partial portion of Claim 44260

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

B210A (Form 210A)(12/09)

represented by ISIN XS0327847801 listed in Claim 44260)

Amount of Claim: US$100,000 (a partial portion of Claim 44260 represented by ISIN XS0332134179 listed in Claim 44260)

Amount of Claim: US$100,000 (a partial portion of Claim 44260 represented by ISIN XS0337617327 listed in Claim 44260)

Date Claim Filed: 22 October 2009.

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

Phone:
Last Four Digits of Acct. #:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

B210A (Form 210A)(12/09)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *[signature]*                                              Date: 15 July 2011

MEGA INTERNATIONAL COMMERCIAL
BANK CO., LTD. – HONG KONG BRANCH

Transferor

By: *[signature]*                                              Date: [15] July 2011

SC LOWY PRIMARY INVESTMENTS, LTD..

Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.