**SÜDWESTBANK**

SÜDWESTBANK AG | Postfach 10 42 43 | 70037 Stuttgart

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

U.S.A.

Dr. Claus Schneider

Legal Department

SÜDWESTBANK AG
Rotebühlstraße 125
70178 Stuttgart
Parkhaus - Zufahrt über Schwabstraße

Telefon 07 11/66 44-27 20
Telefax 07 11/66 44-4 25
claus.schneider@suedwestbank.de
www.suedwestbank.de

22. August 2011

**Lehman Brothers Holdings Inc., et al.**
**Transfer of Claims - Südwestbank AG to Barclays Bank Plc**
**Claim No. 51609-01 (partial transfer)**
**Claim No. 56559-01 (complete transfer)**

Dear Sirs,

we are referring to the enclosed copies of three confimation letters of your court.

There is a slight incorrectness with your confirmation.

Actually we have transferred to Barclays Bank as follows:

- Claim No. 51609-01: $ 21,313,807.45  (out of a total of $ 27,248,152.91)
- Claim No. 56559-01: $      19,361.16  (out of a total of $ 19,361.16).

Your first two letters (date: 07/13/2011) confirm these transfers as follows:

- Claim No. 51609-01: $ 21,298,673.69
- Claim No. 56559-01: $      15,133.76.

So claim No. 51609 is confirmed $ 4,227.40 too low and claim No. 56559 $ 4,227.40 too high.

Then you have sent us a third confirmation letter (date: 07/19/2011) stating that "Claim No. 56559 has been transferred in the amount of § 19,361.16" [which is the correct amount]

We have regarded this third confirmation letter as part 1 of a correction of your first two confirmation letters. Unfortunately you did not send us the fourth confirmation letter which should have corrected Claim No. 51609 as well.

So please send us - and Barclays - two new and entirely correct confirmation letters.

Yours sincerely
SÜDWESTBANK Aktiengesellschaft

Dr. Claus Schneider

Enclosure

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

SWB-Rotebühlstr.
19. 07. 11   7

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   SUDWESTBANK AKTIENGESELLSCHAFT
      ROTEBUHLSTR. 125
      STUTTGART 70178 GERMANY

SUDWESTBANK AKTIENGESELLSCHAFT
POSTFACH 10 42 43
STUTTGART    70037
GERMANY

Please note that your claim # 51609-01 in the above referenced case and in the amount of
$21,298,673.69    has been transferred **(unless previously expunged by court order)**


AUG 26 2011

BARCLAYS BANK PLC
TRANSFEROR: SUDWESTBANK AKTIENGESELLSCHAFT
745 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 18390    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/13/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        ─────────────────────────────
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 13, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                    Debtors.             |
```


SWB-Rotebühlstr.

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:    SUDWESTBANK AKTIENGESELLSCHAFT
            ROTEBUHLSTRABE 125
            STUTTGART   70178
            GERMANY
```

Please note that your claim # 56559-01 in the above referenced case and in the amount of
     $15,133.76          has been transferred **(unless previously expunged by court order)**

```
     BARCLAYS BANK PLC
     TRANSFEROR: SUDWESTBANK AKTIENGESELLSCHAFT
     745 SEVENTH AVENUE
     NEW YORK NY 10019
```

AUG 26 2011

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 18391   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/13/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 13, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |



### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   SUDWESTBANK AKTIENGESELLSCHAFT
          ROTEBUHLSTRABE 125
          STUTTGART    70178
          GERMANY

Please note that your claim # 56559 in the above referenced case and in the amount of
         $19,361.16       has been transferred **(unless previously expunged by court order)**

    BARCLAYS BANK PLC
    TRANSFEROR: SUDWESTBANK AKTIENGESELLSCHAFT
    745 SEVENTH AVENUE
    NEW YORK NY 10019



No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 18391    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/19/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 19, 2011.