**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                      :        Chapter 11 Case No.
                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        08-13555 (JMP)
                                                                               :        (Jointly Administered)
            Debtors.                                                 :
                                                                               :        Ref. Docket No. 19585
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK   )

NICOLE ALISEO, being duly sworn, deposes and says:

1. I am employed as a Paralegal by Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 30, 2011, I caused to be served unredacted copies of the "Notice of Motion to Compel Production of Documents Improperly Withheld as Privileged by Giants Stadium LLC," dated August 25, 2011, to which was attached the "Debtors' Motion to Compel Production of Documents Improperly Withheld as Privileged by Giants Stadium LLC," dated August 25, 2011 [Docket No. 19585], by causing true and correct copies to be:

    a. delivered via hand delivery to those parties listed on the annexed Exhibit A, and

    b. enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit B.

/s/ Nicole Aliseo
Nicole Aliseo

Sworn to before me this
31st day of April, 2011

/s/ Kathleen Anne Lee
Kathleen Anne Lee
Notary Public, State of New York
No. 01LE6119251
Qualified in New York County
Commission Expires November 29, 2012

## **EXHIBIT A**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004

## EXHIBIT B

SULLIVAN & CROMWELL LLP
ATTN: BRUCE CLARK
(COUNSEL TO GIANTS STADIUM LLC)
125 BROAD STREET
NEW YORK, NY 10004

SULLIVAN & CROMWELL LLP
ATTN: MATTHEW SCHWARTZ
(COUNSEL TO GIANTS STADIUM LLC)
125 BROAD STREET
NEW YORK, NY 10004