UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                            Debtors.                             :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 19431, 19436,
                                                                      19437, 19440, 19447, 19471, 19472

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 26, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
31st day of August, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 19624    Filed 08/31/11    Entered 08/31/11 22:21:06    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    | Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   | 08-13555 (JMP)
                                                         |
                                                         | (Jointly Administered)
              Debtors.                                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIBANK, N.A.                                 CITIBANK, N.A.
     ATTN: MARIA ELIZABETH COLL                     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     601 LEXINGTON AVENUE, 17TH FLOOR               ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10022                              1285 AVENUE OF THE AMERICAS
                                                    NEW YORK NY 10019-6064
```

Please note that your claim # 55393-04 in the above referenced case and in the amount of
          $3,000,000.00   Unliquidated          has been transferred **(unless previously expunged by court order)**

```
     J.P. MORGAN SECURITIES LLC
     TRANSFEROR: CITIBANK, N.A.
     C/O SUSAN MCNAMARA
     JPMORGAN LEGAL DEPARTMENT
     MAIL CODE: NY1-A436
     ONE CHASE MANHATTAN PLAZA - FLOOR 26
     NEW YORK NY 10005-1401
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19471       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/26/2011                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 26, 2011.

**EXHIBIT B**

```
TIME: 13:26:27                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 08/26/11                                         CREDITOR LISTING

Name                                              Address
BARCLAYS BANK PLC                                 TRANSFEROR: SILVER POINT CAPITAL FUND, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. 745 SEVENTH AVENUE NEW YORK NY 10019
CARNEGIE BANK A/S                                 ATTN: JESPER V. FRANTZEN OVERGADEN NEDEN VANDET 9B COPENHAGEN DK 1414 DENMARK
CITIBANK PRIVATKUNDEN AG & CO. KGAA               PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA               ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
CITIBANK, N.A.                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK, N.A.                                    ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022
EHRIG, HEINZ AND EVELIN                           TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA SCHLIESSHEIMER STR. 165 MUENCHEN 80797 GERMANY
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: CITIBANK, N.A. C/O SUSAN MCNAMARA JPMORGAN LEGAL DEPARTMENT MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005-1401
SCHMIDT, HANS-CHRISTOPH AND ANNELI                TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KONRAD-ADENAUER-RING 15 BAD SEGEBERG 23795 GERMANY
SECONDMARKET, INC.                                TRANSFEROR: CARNEGIE BANK A/S ATTN: ANDREW GOTTESMAN 26 BROADWAY, 12TH FLOOR NEW YORK NY 10004
SILVER POINT CAPITAL FUND, L.P.                   C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG TWO GREENWICH PLAZA FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE FUND, LTD.          C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG TWO GREENWICH PLAZA FIRST FLOOR GREENWICH CT 06830
WELTER, EDITH                                     TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA SCHILLERSTR. 13 ROSSDORF 64380 GERMANY


Total Number of Records Printed       14
```

EPIQ BANKRUPTCY SOLUTIONS, LLC