UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,           Case No. 08-13555 (JMP)

                               Debtors.
-----------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF LINDSEY N. GODFREY

UPON the motion of Lindsey N. Godfrey dated August 26, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Lindsey N. Godfrey is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
        September 1, 2011

                                                 *s/ James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE