UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,          Case No. 08-13555 (JMP)

                              Debtors.
---------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## <u>OF EDGAR SARGENT</u>

UPON the motion of Edgar Sargent dated August 26, 2011, for admission *pro hac vice* in

this bankruptcy proceeding; it is hereby

**ORDERED**, that Edgar Sargent is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.

Dated:  New York, New York
        September 1, 2011

                              *s/ James M. Peck*
                              UNITED STATES BANKRUPTCY JUDGE