**Annex B**

## United States Bankruptcy Court
## Southern District of New York

In re:  Lehman Brothers Holdings Inc                    Case No.      08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Harvest SS, Ltd** | **Yorvik Partners LLP** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):    59837 |
| Marc Sileo<br>c/o 100 West Putnam Avenue,<br>Greenwich, CT 06830, USA<br>e-mail: msileo@svpglobal.com<br>Phone:      +1 203 618 3574 | Amount of Claim:  US$7,169,378.62<br>(transferred amount 100%) |
| | Date Claim Filed:    30 October 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        JAMES L. VARLEY    Date: September 1, 2011
                                                    AUTHORIZED SIGNATURE
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.