WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
**In re**                                                                :          **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :          **08-13555 (JMP)**
:
**Debtors.**                        :          **(Jointly Administered)**
:
-----------------------------------------------------------------x

**STIPULATION, AGREEMENT AND ORDER BETWEEN**
**LEHMAN BROTHERS HOLDINGS INC. AND AURORA LOAN**
**SERVICES LLC, PROVIDING FOR RELIEF FROM THE AUTOMATIC STAY**
**WITH REGARD TO CERTAIN REAL PROPERTY LOCATED IN CLEVELAND, OHIO**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

This Stipulation, Agreement and Order (the "Stipulation, Agreement and Order")

is entered into by and between Lehman Brothers Holdings Inc. ("LBHI"), as debtor and debtor in

possession, and Aurora Loan Services LLC ("Aurora").    Each of LBHI and Aurora may be

referred to herein as a "Party" and together, the "Parties".

**RECITALS**

   A. On September 15, 2008 and periodically thereafter, LBHI and its affiliated

debtors in the above-referenced chapter 11 cases (collectively, the "Debtors") commenced with

this Court voluntary cases under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code").

   B. Aurora is an indirect wholly owned subsidiary of LBHI.

   C. Aurora asserts that it is the current holder of a mortgage (the "Mortgage")

executed on January 13, 1999 by Ronsha McCray (the "Borrower") as mortgagor in favor of

American Security Bancorp ("ASB"), as security for the repayment of the original principal sum

of $42,750 due under a note (the "Note").   Pursuant to the Mortgage, the Borrower granted a

security interest in certain real property located at 6826 Fleet Avenue, Cleveland, Ohio 44105

(the "Property").

   D. On June 23, 2011, Aurora initiated a foreclosure proceeding (the

"Foreclosure Proceeding") against the Property in the Court of Common Pleas of Cuyahoga

County, State of Ohio (the "State Court").   In the Foreclosure Proceeding, Aurora alleges that

the Mortgage was assigned from ASB to Life Savings Bank n/k/a Pacific Premier Bank ("Life

Bank"), which in turn assigned the Mortgage to Aurora.

   E. The documentation evidencing the assignment of the Mortgage from ASB

to Life Bank has been lost and was not recorded.   Aurora has, however, obtained an Affidavit as

to Lost Assignment Document (the "Affidavit") from Life Bank, in which Life Bank testifies

that (i) it purchased the Mortgage from ASB but that an assignment was never provided and (ii)

Life Bank assigned its interest in the Mortgage on March 1, 2001 to "Lehman Brothers".   As a

2

result, in its complaint (the "Complaint"), Aurora asserts that "Lehman Brothers is a parent

company or holding company affiliated with [Aurora]" and that "Lehman Brothers never had

and has no interest in the subject note."

> F.    The Debtors reviewed their records and determined that neither LBHI nor

any of the other Debtors has an interest in the Mortgage, the Property or the Note.

> G.    Out of an abundance of caution, Aurora seeks entry of an order modifying

the automatic stay extant in LBHI's chapter 11 case pursuant to section 362 of the Bankruptcy

Code, solely for the purpose of permitting Aurora to proceed with the Foreclosure Proceeding

against LBHI in the State Court and seeking a declaration that LBHI does not have an interest in

the Mortgage, the Property or the Note.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE
INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY
STIPULATED AND AGREED, BY AND BETWEEN LBHI AND AURORA, THROUGH
THEIR UNDERSIGNED COUNSEL, AND, UPON COURT APPROVAL HEREOF, IT
SHALL BE ORDERED THAT:**

> 1.    This Stipulation, Agreement and Order shall have no force or effect unless

and until approved by the Court (the "Effective Date").

> 2.    Upon the Effective Date, to the extent that the automatic stay extant in

LBHI's chapter 11 case is applicable to the Foreclosure Proceeding, it shall be modified solely

for the purpose of permitting Aurora to proceed with the Foreclosure Proceeding against LBHI in

the State Court and seeking a declaration that LBHI does not have an interest in the Mortgage,

the Property or the Note.

> 3.    Except as provided in paragraph 2, the provisions of section 362(a) of the

Bankruptcy Code, including, without limitation, those provisions prohibiting any act to collect,

assess, or recover a claim that arose prior to the Commencement Date from the Debtors' estates

and/or assets or property of the Debtors (as defined in section 541 of the Bankruptcy Code) shall

remain in full force and effect.

4.      This Stipulation, Agreement and Order may only be amended or otherwise

modified by a signed writing executed by the Parties.

5.      Each person who executes this Stipulation, Agreement and Order by or on

behalf of a Party represents and warrants that he or she has been duly authorized and empowered

to execute and deliver this Stipulation, Agreement and Order on behalf of such Party.

6.      This Stipulation, Agreement and Order may be executed in counterparts,

each of which shall be deemed an original but all of which together shall constitute one and the

same instrument, and it shall constitute sufficient proof of this Stipulation, Agreement and Order

to present any copy, copies, electronic copies, or facsimiles signed by the Parties.

7.      This Court shall retain jurisdiction to resolve any disputes or controversies

arising from this Stipulation, Agreement and Order.

| | |
|---|---|
| Dated: August 17, 2011<br>         New York, New York | Dated: August 18, 2011<br>         Twinsburg, Ohio |
| /s/ Jacqueline Marcus<br>Jacqueline Marcus<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 | /s/ Edward G. Bohnert<br>Edward G. Bohnert<br>Reimer, Arnovitz, Chernik & Jeffrey Co., L.P.A.<br>P.O. Box 968<br>2450 Edison Blvd.<br>Twinsburg, OH 44087<br>Telephone: (330) 425-4201<br>Facsimile: (330) 405-1099 |
| Attorneys for Debtors<br>and Debtors in Possession | Attorneys for Aurora Loan Services LLC |

**SO ORDERED:**

Dated: New York, New York
         September 1, 2011                    _s/ James M. Peck_
                                             HONORABLE JAMES M. PECK
                                             UNITED STATES BANKRUPTCY JUDGE