RECEIVED
AUG 25 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

United States Bankruptcy Court
Southern District of New York

In re: Lehman Brothers Holdings Inc. et al
Debtors

Chapter 11 Case No
08-13555 JMP
(Jointly Administered)

Creditor: Rubin, Allan
429 E 80th St
N.Y. N.Y. 10075

Claim Number 5552
Date Filed 7/17/2009
Debtor:    No Case
Classification and amount: Priority $6,363.47

Statement: I was an employee of E.F Hutton and
my claim for $6,363.47 was based on
my salary and/or commissions earned as
an employee of the firm. My money
was placed in the Deferred Compensation
Plan, which was to be repaid to me
over a number of years.

Since this is a claim based on wages
and commission it should not be disallowed

and Expunged

Respectfully,

Allan Rubin

Allan Rubin
Home phone:  212  794-9795
Bus phone:  212  692-2961

email address  rubin@brainlink.com