UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
                      Debtors.                  :
                                                :
-----------------------------------------------------------------x    Ref. Docket Nos. 19489, 19502,
                                                     19512, 19514, 19516, 19534, 19545-
                                                     19550, 19552, 19553, 19555-19557,
                                                     19570

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 31, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         */s/ Lauren Rodriguez*
                                         Lauren Rodriguez

Sworn to before me this
2nd day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 19489, 19502, 19512, 19514, 19516, 19534, 19545-19550, 19552, 19553, 19555-19557, 19570_AFF_08-31-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    BARCLAYS BANK PLC
               TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED
               745 SEVENTH AVENUE
               NEW YORK NY 10019

Please note that your claim # 26907-01 in the above referenced case and in the amount of $6,445,618.58 allowed at $5,013,100.00     has been transferred **(unless previously expunged by court order)**

               GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD.
               TRANSFEROR: BARCLAYS BANK PLC
               C/O GRUSS ASSET MANAGEMENT LP
               ATTN: MICHAEL MONTICCIOLO
               667 MADISON AVE
               NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 19550     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/31/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 31, 2011.

**EXHIBIT B**

```
TIME: 12:58:33                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 08/31/11                                        CREDITOR LISTING
```

| Name | Address |
|---|---|
| AGUILERA CAELLES, VICENTE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| AGUILERA CAELLES, VICENTE | AV. DE ROMA, 153-2-2 BARCELONA 08011 SPAIN |
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO) 12051 ITALY |
| BANCO SANTANDER (SUISSE) S.A., AS AGENT | ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA 12001 SWITZERLAND |
| BANCO SANTANDER (SUISSE) S.A., AS AGENT | ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA 1201 SWITZERLAND |
| BANCO SANTANDER (SUISSE) S.A., AS AGENT | DLA PIPER ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANCO SANTANDER (SUISSE) S.A., AS AGENT | WILLIAM M. GOLDMAN, ESQ. DLA PIPER 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BARCLAYS BANK PLC | TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: AGUILERA CAELLES, VICENTE ATTN: JOAN CAVALE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CALRYLE LOAN INVESTMENT LTD. | C/O CARLYLE INVESTMENT MANAGEMENT LLC ATTN: MATT STANCZUK 520 MADISON AVENUE, 41ST FLOOR NEW YORK NY 10019 |
| CALRYLE LOAN INVESTMENT LTD. | MICHEAL E. WILES DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| CARLYLE CREDIT PARTNERS MASTER FUND | DEBEVOISE & PLIMPTON LLP ATTN: MICHAEL E. WILES 919 THIRD AVENUE NEW YORK NY 10022 |
| CARLYLE CREDIT PARTNERS MASTER FUND | DEBEVOISE & PLIMPTON LLP ATTN: MICHAEL W. WILES 919 THIRD AVENUE NEW YORK NY 10022 |
| CARLYLE CREDIT PARTNERS MASTER FUND | C/O CARLYLE INVESTMENT MANAGEMENT LLC ATTN: MATT STANCZUK 520 MADISON AVENUE, 41ST FLOOR NEW YORK NY 10019 |
| CARLYLE HIGH YIELD PARTNERS IX, LTD | DEBEVOISE & PLIMPTON LLP ATTN: MICHAEL WILES 919 THIRD AVENUE NEW YORK NY 10022 |
| CARLYLE HIGH YIELD PARTNERS IX, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093 GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS |
| CARLYLE HIGH YIELD PARTNERS IX, LTD | MICHAEL E. WILES DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| CASSA DI RISPARMIO DI BRA S.P.A. | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12 BRA (CUNEO) 12042 ITALY |
| CASSA DI RISPARMIO DI BRA S.P.A. | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12 BRA CUNEO 12042 ITALY |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, SARL | ANDREWS KURTH LLP ATTN: DAVID KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, SARL | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVE., 13TH FLOOR NEW YORK NY 10152 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS LP ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CSCP CREDIT ACQUISITION HOLDINGS LUXCO, SARL | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CSCP CREDIT ACQUISITION HOLDINGS LUXCO, SARL | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVE., 13TH FLOOR NEW YORK NY 10152 |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: LANGOSCH, THOMAS BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK OF COMMERCE DEUTSCHE BANK AG, HONG KONG BRANCH; ATTN: JACK TSAI LEVEL 60 INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALRYLE LOAN INVESTMENT LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CARLYLE CREDIT PARTNERS MASTER FUND ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CARLYLE HIGH YIELD PARTNERS IX, LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:58:33                                                LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 08/31/11                                                    CREDITOR LISTING

Name                                              Address
GRUSS GLOBAL INVESTORS MASTER FUND                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSETT MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE
 (ENHANCED) LTD.                                  NEW YORK NY 10065
GRUSS GLOBAL INVESTORS MASTER FUND LTD.           TRANSFEROR: BARCLAYS BANK PLC C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065
GRUSS GLOBAL INVESTORS MASTER FUND LTD.           TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE
                                                  NEW YORK NY 10065
GRUSS GLOBAL INVESTORS MASTER FUND LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065
GRUSS GLOBAL INVESTORS MASTER FUND LTD.           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                  NEW YORK NY 10004
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. 1 CHASE MANHATTAN PLAZA, FLOOR 26
                                                  ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: JPMORGAN SECURITIES LIMITED 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: JUICE ENERGY, INC. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
LANGOSCH, THOMAS                                  WARTHESTRASSE 10 SCHARBEUTZ 23683 GERMANY
SOCIETE GENERALE PRIVATE BANKING                  TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT FORMERLY SG PRIVATE BANKING (SUISSE) S.A. AVENUE DE RUMINE 20 CASE POSTALE 200
 (SUISSE) SA                                      LAUSANNE 1001 SWITZERLAND
SOCIETE GENERALE PRIVATE BANKING                  TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT FORMERLY SG PRIVATE BANKING (SUISSE) S.A. AVENUE DE RUMINE 20 CASE POSTALE 220
 (SUISSE) SA                                      LAUSANNE 1001 SWITZERLAND
STEINBECK, GUNTER AND KAETHE                      TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KOLUMBUSRING 36 WILHELMSHAVEN 26389 GERMANY


Total Number of Records Printed    52
```

EPIQ BANKRUPTCY SOLUTIONS, LLC