B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.          ,                    Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banco Espirito Santo, S.A. | STORDEN LIMITED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Pedro Cruchinho
BANCO ESPIRITO SANTO
Departmento Financeiro, Mercados e Estudos
Av. Liberdade 195, 1250-142 Lisboa, Portugal
E-mail: pfcruchinho@bes.pt

Court Claim # (if known): ____47039____
Amount of Claim: ____$52,923.10____
Date Claim Filed: ____Oct 26, 2009____

Phone: +351-213-508-607
Last Four Digits of Acct #: _____

Phone: +351 962739719
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: +351-213-508-607
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                        Date:  July 15, 2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: STORDEN LIMITED

STORDEN LIMITED, a company incorporated in Portugal with its address for notice purposes as BES SFE – ES AV Migual Dantas – Edificia Status, 4930-678 Valenca, Dominho, Portugal ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of May 28, 2010, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Banco Espirito Santo, S.A., its successors and assigns ("BUYER"), which will receive notices relating to this Evidence of Transfer of Claim c/o Pedro Cruchinho, Banco Espírito Santo, Departamento Financeiro, Mercados e Estudos, Av. Liberdade 195, 1250-142 Lisboa, Portugal, Tel: +351-213-508-607, Fax: +351-213-501-180, E-mail: pfcruchinho@bes.pt; and N. Lynn Hiestand, Skadden, Arps, Slate, Meagher & Flom (UK) LLP, 40 Bank Street, Canary Wharf, London, E14 5DS, United Kingdom, Tel: +44 (0) 207 519 7000, Fax: +44 (0) 207 519 7070, E-mail: lynn.hiestand@skadden.com, all right, title and interest in and to the claims of SELLER against LEHMAN BROTHERS HOLDINGS INC. in the amount of $52,923.10, docketed as Proof of Claim No. 47039 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 15 day of July, 2010.

STORDEN LIMITED

WITNESS:

(Signature)
Name:
Title:

By:
(Signature of authorized corporate officer)
Name:
Title:

BANCO ESPIRITO SANTO, S.A.

WITNESS:

(Signature)
Name:
Title:

By:
(Signature of authorized corporate officer)
Name: Pedro Cruchinho
Title:

858297

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banco Espirito Santo, S.A.
Name of Transferee

STORDEN LIMITED
Name of Transferor

Name and Address where notices to transferee should be sent:
Pedro Cruchinho
BANCO ESPIRITO SANTO
Departmento Financeiro, Mercados e Estudos
Av. Liberdade 195, 1250-142 Lisboa, Portugal
E-mail: pfcruchinho@bes.pt

Court Claim # (if known): 47037
Amount of Claim: $151,208.85
Date Claim Filed: Oct 26, 2009

Phone: +351-213-508-607
Last Four Digits of Acct #: _____

Phone: +351 962739719
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: +351-213-508-607
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____                Date: July 15, 2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: STORDEN LIMITED

STORDEN LIMITED, a company incorporated in Portugal with its address for notice purposes as BES SFE – ES AV Migual Dantas – Edificia Status, 4930-678 Valenca, Dominho, Portugal ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of May 28, 2010, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Banco Espirito Santo, S.A., its successors and assigns ("BUYER"), which will receive notices relating to this Evidence of Transfer of Claim c/o Pedro Cruchinho, Banco Espírito Santo, Departamento Financeiro, Mercados e Estudos, Av. Liberdade 195, 1250-142 Lisboa, Portugal, Tel: +351-213-508-607, Fax: +351-213-501-180, E-mail: pfcruchinho@bes.pt; and N. Lynn Hiestand, Skadden, Arps, Slate, Meagher & Flom (UK) LLP, 40 Bank Street, Canary Wharf, London, E14 5DS, United Kingdom, Tel: +44 (0) 207 519 7000, Fax: +44 (0) 207 519 7070, E-mail: lynn.hiestand@skadden.com, all right, title and interest in and to the claims of SELLER against LEHMAN BROTHERS HOLDINGS INC. in the amount of $151,208.85, docketed as Proof of Claim No. 47037 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 15 day of July, 2010.

STORDEN LIMITED

WITNESS:

(Signature)
Name:
Title:

By: _____
(Signature of authorized corporate officer)
Name:
Title:

BANCO ESPIRITO SANTO, S.A.

WITNESS:

(Signature)
Name:
Title:

By: _____
(Signature of authorized corporate officer)
Name: Pedro Cruchinho
Title:

858117

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.        ,        Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banco Espirito Santo, S.A.
Name of Transferee

STORDEN LIMITED
Name of Transferor

Name and Address where notices to transferee should be sent: Pedro Cruchinho
BANCO ESPIRITO SANTO
Departmento Financeiro, Mercados e Estudos
Av. Liberdade 195, 1250-142 Lisboa, Portugal
E-mail: pfcruchinho@bes.pt

Court Claim # (if known): 47038
Amount of Claim: $75,604.42
Date Claim Filed: Oct 26, 2009

Phone: +351-213-508-607
Last Four Digits of Acct #:

Phone: +351 962739719
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone: +351-213-508-607
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: July 15, 2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: STORDEN LIMITED

  STORDEN LIMITED, a company incorporated in Portugal with its address for notice purposes as BES SFE – ES AV Migual Dantas – Edificia Status, 4930-678 Valenca, Dominho, Portugal ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of May 28, 2010, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Banco Espirito Santo, S.A., its successors and assigns ("BUYER"), which will receive notices relating to this Evidence of Transfer of Claim c/o Pedro Cruchinho, Banco Espírito Santo, Departamento Financeiro, Mercados e Estudos, Av. Liberdade 195, 1250-142 Lisboa, Portugal, Tel: +351-213-508-607, Fax: +351-213-501-180, E-mail: pfcruchinho@bes.pt; and N. Lynn Hiestand, Skadden, Arps, Slate, Meagher & Flom (UK) LLP, 40 Bank Street, Canary Wharf, London, E14 5DS, United Kingdom, Tel: +44 (0) 207 519 7000, Fax: +44 (0) 207 519 7070, E-mail: lynn.hiestand@skadden.com, all right, title and interest in and to the claims of SELLER against LEHMAN BROTHERS HOLDINGS INC. in the amount of $75,604.42, docketed as Proof of Claim No. 47038 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

  SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

  IN WITNESS WHEREOF, dated as of the 15 day of July, 2010.

STORDEN LIMITED

WITNESS:

(Signature)
Name:
Title:

By:
(Signature of authorized corporate officer)
Name:
Title:

BANCO ESPIRITO SANTO, S.A.

WITNESS:

(Signature)
Name:
Title:

By:
(Signature of authorized corporate officer)
Name: Pedro Cruchinho
Title:

857962