NORRIS, McLAUGHLIN & MARCUS, PA  
Attorneys for The Estate of Fannie Marie Gaines  
875 Third Avenue, 8th Floor  
New York, New York 10022  
(212) 808-0700  
Mitchell G. Mandell (MM-9453)

<u>Hearing Date and Time:</u>  
**October 19, 2011 at 10:00am**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

In Re:

LEHMAN BROTHERS HOLDINGS INC. *et al.*,

            Debtors.

Chapter 11

Case No. 08-13555 (JMP)

------------------------------------------------------------X

**NOTICE OF MOTION OF THE ESTATE OF FANNIE MARIE GAINES FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d) AND FED. R. BANKR. P. 4001 GRANTING RELIEF FROM THE AUTOMATIC STAY TO NAME THE DEBTOR IN <u>PENDING STATE COURT LITIGATION</u>**

PLEASE TAKE NOTICE that a hearing on the Motion (the "Motion") annexed hereto of The Estate of Fannie Marie Gaines ("Gaines") for entry of an Order granting relief from the automatic stay applicable in the above-captioned Debtors' Chapter 11 cases, to permit Gaines to name and serve the debtor, Lehman Brothers Holdings, Inc. in an action currently pending in the Superior Court for the County of Los Angeles, Central District entitled *Fannie Marie Gaines vs. Joshua Tornberg, et al.*, Case No. BC361-768 and granting such other relief as is necessary or appropriate, will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601,

536399-2

One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on October 19, 2011 at 10:00 A.M. (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedures and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov by registered users of the Bankruptcy Court's case filing system) and by all other parties in interest, on a 3.5 inch disk, preferably in Potable Document Format (PDF), WordPerfect, or any other Windows-based word procession format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Norris McLaughlin & Marcus, P.A. 875 Third Avenue, 8th Floor, New York, New York 10022, Attn: Mitchell G. Mandell, attorneys for Gaines; (iii) Weil Goshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Shai Y. Waisman, Esq. and Richard P. Krasnow, Esq., attorneys for the Debtors; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwatzberg, Esq., Brian Masumoto, Esq., and Linda Riffkin, Esq.; (v) Milbank Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005, Attn: Dennis F. Dunne, Esq., Evan Fleck, Esq., and Dennis O'Donnell, Esq., attorneys for the official committee of unsecured creditors appointed in these cases; and (vi) any person or entity with a particularized interest in the Motion, so as to be so filed and received by no later thank seven (7) days prior to the Hearing (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: September 6, 2011
New York, New York

    NORRIS MCLAUGHLIN & MARCUS, P.A.
    *Attorneys for The Estate of Fannie Marie Gaines*

By:   /s/Mitchell G. Mandell
      Mitchell G. Mandell (MM-9453)
      875 Third Avenue – 8th Floor
      New York, New York 10022
      Telephone: (212) 808-0700
      Facsimile: (212) 808-0844

536399-2    3