# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In Re:

LEHMAN BROTHERS HOLDINGS INC. *et al.*,

Debtors.

Chapter 11

Case No. 08-13555 (JMP)

------------------------------------------------------------X

**ORDER, PURSUANT TO 11 U.S.C. § 362(d)(1), GRANTING RELIEF
FROM THE AUTOMATIC STAY**

Upon the motion, dated September 6, 2011, (the "Motion"), of The Estate of Fannie Marie Gaines ("Gaines") for entry of an Order, pursuant to Section 362(d)(1) of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") and Rule 4001 of the Federal Rules of Bankruptcy Procedure, seeking relief from the automatic stay to permit Gaines to name and serve the debtor, Lehman Brothers Holdings, Inc. (the "Debtor") in an action currently pending in the Superior Court for the County of Los Angeles, Central District entitled *Fannie Marie Gaines v. Tornberg, et al.*, Case No. BC361 768 (the "California Action"); and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in these Chapter 11 cases by Section 362(a) of the Bankruptcy Code is vacated under Section 362(d)(1) of the Bankruptcy Code to allow

536403-2

Gaines to name and serve the Debtor as a defendant in the California Action and to assert claims against the Debtor in such action.

Dated:  New York, New York
       September ___, 2011

                                              Hon. James M. Peck
                                              United States Bankruptcy Judge

536403-2