

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 40139**

we would like to inform you that Ms. Susanne Bürger who filed the claim Number 40139 on 10/14/2009 has assigned all rights arising out of this claim to

**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Ms. Susanne Bürger and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the afore-mentioned rights.

We kindly ask you to confirm the receipt of this letter.

Yours sincerely

Frankfurt, 06/10/2010                                    Hamburg, 17/10/2010

Delbrück Bethmann Maffei AG                              Susanne Bürger
(Assignee)                                               (Assigner)


(Jochen Weber)    (Oliver Körner)                        (Susanne Bürger)