United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. – 08-13555 |
|---|---|
| Creditor Name and Address: | Government National Mortgage Association<br>550 12th St, SW, 3rd floor<br>Washington DC 20024 |
| Court Claim Number (if known): | 25717 and 67554 |
| Date Claim Filed: | September 21, 2009 and July 5, 2011 |
| Total Amount of Claim Filed: | Undetermined |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

**GOVERNMENT NATIONAL MORTGAGE ASSOCIATION**

By: _____
Name: Stephen L. Ledbetter
Title: Senior Vice President

Dated: September 1, 2011

**UPS CampusShip: View/Print Label**

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE

