CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
Telephone: (212) 655-6000
Craig M. Price

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE | CHAPTER 11 CASE NO.  08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | |
| Debtors. | (Jointly Administered) |

**STIPULATION AND ORDER BETWEEN LEHMAN BROTHERS HOLDINGS INC., STRUCTURED ASSET SECURITIES CORPORATION AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, WITH RESPECT TO DUPLICATIVE CLAIMS FILED FOR RESIDENTIAL MORTGAGE BACKED SECURITIZATIONS**

**I.     PREAMBLE**

U.S. Bank National Association, serves as Trustee under the terms of Trust Agreements (the *"Trustee"*) for securitization transactions of residential mortgage loans sponsored by one or more Lehman entities.  By way of example, U.S. Bank serves as Trustee

under the terms of that certain Trust Agreement (a *"Trust Agreement"*) dated as of January 1, 2007 by and between Structured Asset Securities Corporation ("*SASCO*") as Depositor, Aurora Loan Services LLC, as Master Servicer and U.S. Bank National Association, as Trustee for those certain Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N (a "*Trust*").

Under the terms of the Trust Agreement, the Depositor sold and assigned mortgage loans to the Trust in exchange for proceeds from the issuance of Certificates by the Trust. The Depositor made representations and warranties with respect to these mortgage loans to the Trust in the Trust Agreement[1].

The Loans that were contributed by the Depositor to the Trust were often purchased from Lehman Brothers Holdings Inc. ("*LBHI*"), under the terms of a Mortgage Loan Sale and Assignment Agreement (an "*MLSAA*"). LBHI as Seller of the mortgage loans to the Depositor made certain representations and warranties with respect to the mortgage loans in the MLSAA. In the MLSAA LBHI, as Seller, also assigned to the Depositor its rights with respect to any representations and warranties LBHI received when it purchased the mortgage loans from either the originator or a prior owner of the loans.

The Depositor transferred its rights under the MLSAA with respect to these representations and warranties to the relevant Trust in the Granting Clause of the Trust Agreement.

---

[1] The descriptions contained herein are purely for explanatory purposes. Nothing contained herein is intended to alter the rights, claims defenses or obligations of any of the parties hereto under the terms of the relevant transaction documents.

The representations and warranties that are made with respect to mortgage loans contributed to a Trust generally include representations and warranties about the quality of each mortgage loan file and the manner in which the loans were originated or underwritten. Upon a breach of a representation or warranty, the Depositor, the Seller and/or a predecessor thereof has the obligation to either cure the breach of representation or warranty or repurchase the relevant mortgage loan. In addition the Depositor, Seller or a predecessor in interest may be required to repurchase a loan if the mortgage loan goes into default within a certain period of time of the loan being contributed to the Trust.

On or before September 22, 2009, the Bar Date for the filing of claims established in these proceedings, the Trustee filed claims against the Debtors for breaches of representations and warranties under the Trust Agreement and the MLSAAs. For purposes of convenience, the Trustee filed two master claim for each grouping of securitization transactions - one claim against SASCO and the other claim against LBHI as Seller. These master claims included claim amounts for each securitization transaction in that group. In addition, and as a precaution, the Trustee filed an individual claim for each particular securitization transaction against SASCO and LBHI which specifically referenced the master claim.[2]

To the extent the individual claims referencing the master claims were assigned claim numbers, the Trustee acknowledges that there are duplicative claims relating to these securitization transactions on the books and records of the claims agent.

---

[2] In addition, the Trustee may have filed additional proofs of claim for transactions where such transactions included swaps with a Debtor as a counterparty. These claims are not the subject of this Stipulation.

The Trustee, SASCO and LBHI (collectively the "*Parties*", and SASCO and LBHI, the "*Debtors*") are entering into this Stipulation to evidence the withdrawal of the duplicative claims with respect to these residential mortgage backed securitizations.

## II. STIPULATION

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. The Trustee hereby withdraws, as duplicative, each individual residential mortgage backed securitization claim referencing master claims filed against SASCO or LBHI. A list of the claims that are being withdrawn by the Trustee is attached hereto as *Schedule A*.

2. The Debtors agree that the master claims listed on *Schedule B* assert claims with respect to each individual transaction being withdrawn on the attached *Schedule A* and will not seek to object to claims asserted in the master claims for individual securitization transaction on grounds that the claims are lumped, not asserted in a separate claim or other similar procedural reasons. The Debtors' agreement is without prejudice to any other basis substantive upon which the Debtors might object to such claims, and likewise is without prejudice to any right, claim, cause of action or defense of the Trustee with respect to any objection by the Debtors.

3. In the event that any of the claims listed on *Schedule A* have been withdrawn in error (as not being duplicative of a master claim) or a claim or claims meeting the criteria in Paragraph 1 have not been withdrawn, SASCO, LBHI and the Trustee shall execute and deliver to the other all such other documents, and take such further actions as the other may reasonably require to reinstate any claim withdrawn in error, or effectuate the withdrawal of duplicative (but only duplicative) claims against SASCO or LBHI.

4. The Debtors allege that certain claims filed against SASCO are duplicative of claims filed against LBHI or that certain claims filed against LBHI are duplicative of claims filed against SASCO. Neither LBHI, SASCO nor the Trustee intend to address or resolve any issue relating to these allegations in this Stipulation, and all rights of LBHI, SASCO and the Trustee with respect to such allegations are expressly reserved and preserved.

5. The Parties may sign two or more duplicate originals of this Stipulation, and each shall be an original but all of which together shall constitute one and the same instrument. The Parties may execute and deliver this Stipulation by facsimile or pdf and each facsimile (or pdf) signature shall be deemed for all purposes an original signature page.

6. Each individual signing this Stipulation on behalf of any Party hereto acknowledges and, with respect to his or her own signature below, warrants and represents that he/she is authorized to execute this Stipulation in his/her representative capacity, as reflected below and on behalf of the Party indicated.

7. This Stipulation shall be governed by and shall be interpreted in accordance with the laws of the State of New York, except to the extent that the Bankruptcy Code applies, without regard to New York's rules governing conflicts of laws.

8. This Stipulation shall inure to the benefit of and be binding upon the respective successors and assigns of the Parties hereto. Nothing in this Stipulation, express or implied, is intended to, or shall, confer on any person other than the Parties hereto, any rights, benefits, or remedies of any nature whatsoever under or by reason of this Stipulation.

9. U.S. Bank National Association is executing this Stipulation solely in its capacity as Trustee. None of the Trustee, U.S. Bank National Association, in its individual capacity, or their respective officers, directors, shareholders or agents, shall be liable for any obligation or liability arising out of this Stipulation.

    U.S. Bank National Association, not individually but as Trustee

By: _s/ Timothy Pillar_ _____

Its: _Vice President_ _____

Lehman Brothers Holdings Inc.

By: __s/ Scott E. Drosdick_____

Its: _Vice President, LAMCO LLC_____

Structured Asset Securitization Corporation

By: __s/ Ron Dooley_____

Its: _Vice President, Alvarez & Marsal_____

**SO ORDERED:**

Dated: New York, New York
       September 6, 2011

    _____*s/ James M. Peck*_____
    Honorable James M. Peck
    United States Bankruptcy Judge

| | | | |
|---|---|---|---|
| BNC 2006-2 | 23173 and 20361 | GPMF 2007-AR3 | 20379 and 23235 |
| BNC 2007-1 | 20360 and 23172 | Greenpoint 2006-HE1 | 20380 and 23234 |
| BNC 2007-2 | 20362 and 23171 | Lehman ABS 2002-A | 20390 and 23079 |
| BNC Mortgage Loan Trust 2006-1 | 20363 and 23170 | Lehman ABS 2004-2 | 20391 and 23078 |
| FFMLT 2006 - FF2 | 20364 and 23169 | Lehman ABS MH 2001-B | 20392 and 23077 |
| FFMLT 2006-FF10 | 20365 and 23168 | LMT 2005-1 | 20393 and 23076 |
| FFMLT 2006-FF12 | 20366 and 23167 | LMT 2005-2 | 20394 and 23075 |
| FFMLT 2006-FF14 | 20367 and 23253 | LMT 2006-2 | 20395 and 23074 |
| First Franklin 2005-FF10 | 20368 and 23252 | LMT 2006-8 | 20397 and 23073 |
| FIRST FRANKLIN 2005-FF9 | 20369 and 23251 | LMT 2007-10 | 20398 and 23072 |
| FIRST FRANKLIN 2005-FFH2 | 20370 and 23244 | LMT 2007-2 | 20396 and 23071 |
| First Franklin MLT 2005-FF3 | 20371 and 23243 | LMT 2007-3 | 20399 and 23070 |
| GPMF 2006-AR4 | 20372 and 23242 | LMT 2007-6 | 20400 and 23069 |
| GPMF 2006-AR5 | 20373 and 23241 | LMT 2007-7 | 20401 and 23068 |
| GPMF 2006-AR6 | 20374 and 23240 | LMT 2007-8 | 20402 and 23067 |
| GPMF 2006-AR7 | 20375 and 23239 | LXS 2005-2 | 20404 and 23065 |
| GPMF 2006-AR8 | 20376 and 23238 | LXS 2005-5N | 20405 and 23064 |
| GPMF 2007-AR1 | 20377 and 23237 | LXS 2005-7N | 20406 and 23063 |
| GPMF 2007-AR2 | 20378 and 23236 | LXS 2005-9N | 20407 and 23062 |

| | | | |
|---|---|---|---|
| LXS 2006-10N | 20408 and 23061 | LXS 2007-20N | 20433 and 23092 |
| LXS 2006-12N | 20409 and 23060 | LXS 2007-2N | 20434 and 23091 |
| LXS 2006-14N | 20411 and 23059 | LXS 2007-4N | 20435 and 23090 |
| LXS 2006-16N | 20412 and 23058 | LXS 2007-7N | 20436 and 23089 |
| LXS 2006-18N | 20413 and 23272 | LXS 2007-9 | 20437 and 23088 |
| LXS 2006-2N | 20414 and 23271 | RLT 2008-2 | 20438 and 23087 |
| LXS 2006-3 | 20415 and 23250 | RLT 2008-AH1 | 20439 and 23086 |
| LXS 2006-4N | 20416 and 23249 | SAIL 05-3 | 20440 and 23085 |
| LXS 2006-8 | 20417 and 23248 | SAIL 05-4 | 20441 and 23084 |
| LXS 2006-GP1 | 20418 and 23247 | SAIL 05-5 | 20442 and 23083 |
| LXS 2006-GP2 | 20426 and 23246 | SAIL 05-6 | 20443 and 23368 |
| LXS 2006-GP3 | 20423 and 23245 | SAIL 05-7 | 20444 and 23367 |
| LXS 2006-GP4 | 20422 and 23099 | SAIL 05-8 | 20445 and 23366 |
| LXS 2007-10H | 20427 and 23098 | SAIL 05-9 | 20446 and 23365 |
| LXS 2007-12N | 20428 and 23097 | SAIL 2003-BC11 | 20447 and 23364 |
| LXS 2007-15N | 20429 and 23096 | SAIL 2003-BC2 | 20448 and 23363 |
| LXS 2007-16N | 20430 and 23095 | SAIL 2003-BC6 | 20449 and 23362 |
| LXS 2007-17H | 20431 and 23094 | SAIL 2003-BC7 | 20450 and 23361 |
| LXS 2007-18N | 20432 and 23093 | SAIL 2003-BC8 | 20451 and 23270 |

| | | | |
|---|---|---|---|
| SAIL 2003-BC9 | 20452 and 23269 | SARM 2006-10 | 23165 and 23390 |
| SAIL 2005-10 | 20453 and 23268 | SARM 2006-11 | 23164 and 23389 |
| SAIL 2005-11 | 20454 and 23267 | SARM 2006-12 | 23163 and 23388 |
| SAIL 2005-HE1 | 20455 and 23266 | SARM 2006-2 | 23162 and 23387 |
| SAIL 2005-HE2 | 20456 and 23265 | SARM 2006-3 | 23161 and 23386 |
| SAIL 2005-HE3 | 20457 and 23264 | SARM 2006-4 | 23160 and 23385 |
| SAIL 2006-1 | 20458 and 23263 | SARM 2006-5 | 23159 and 23384 |
| SAIL 2006-2 | 20459 and 23262 | SARM 2006-6 | 23158 and 23383 |
| SAIL 2006-3 | 20460 and 23261 | SARM 2006-7 | 23157 and 23382 |
| SAIL 2006-4 | 20461 and 23260 | SARM 2006-8 | 23156 and 23381 |
| SAIL 2006-BNC 2 | 20462 and 23259 | SARM 2006-9 | 23155 and 23380 |
| SAIL 2006-BNC1 | 20463 and 23258 | SARM 2007-10 | 23154 and 23379 |
| SAIL 2006-BNC3 | 20464 and 23257 | SARM 2007-5 | 23153 and 23378 |
| SARM 2005-16XS | 20465 and 23256 | SARM 2007-7 | 23152 and 23377 |
| SARM 2005-19XS | 23321 and 23255 | SARM 2007-8 | 23151 and 23376 |
| SARM 2005-22 | 23320 and 23254 | SARM 2008-2 | 23150 and 23375 |
| SARM 2005-23 | 23319 and 23393 | SASCO 03-20 | 23149 and 23374 |
| SARM 2005-9 | 23318 and 23392 | SASCO 03-25xs | 23148 and 23373 |
| SARM 2006-1 | 23166 and 23391 | SASCO 03-32 | 23147 and 23372 |

Error! No property name supplied.

| | | | |
|---|---|---|---|
| SASCO 04-10 | 23146 and 23371 | SASCO 1999-RF1 | 27151 and 27163 |
| SASCO 04-17xs | 23145 and 23370 | SASCO 2001-1 | 23181 and 23356 |
| SASCO 04-3 | 23144 and 23369 | SASCO 2001-16H | 23180 and 23355 |
| SASCO 04-6xs | 23032 and 23143 | SASCO 2001-19 | 23179 and 23354 |
| SASCO 05-RF2 | 23031 and 23142 | SASCO 2001-2 | 23178 and 23353 |
| SASCO 05-RF3 | 23141 and 23322 | SASCO 2001-SB1 | 23177 and 23352 |
| SASCO 05-RF4 | 23140 and 23195 | SASCO 2002-10H - | 23176 and 23351 |
| SASCO 05-RF5 | 23139 and 23194 | SASCO 2002-12 | 23175 and 23350 |
| SASCO 05-RF6 | 23138 and 23193 | SASCO 2002-17 - | 23174 and 23349 |
| SASCO 05-RMS1 | 23137 and 23192 | SASCO 2002-NP1 | 23057 and 23348 |
| SASCO 05-S2 | 23136 and 23191 | SASCO 2003-39EX | 23056 and 23347 |
| SASCO 05-S3 | 23135 and 23190 | SASCO 2003-4 | 23055 and 23346 |
| SASCO 05-S5 | 23134 and 23189 | SASCO 2003-8 | 23054 and 23345 |
| SASCO 1996-4 | 23133 and 23188 | SASCO 2003-AL1 | 23053 and 23344 |
| SASCO 1997-2 | 23132 and 23187 | SASCO 2003-AL2 | 23052 and 23343 |
| SASCO 1998-2 | 23131 and 23186 | SASCO 2003-GEL1 | 23051 and 23342 |
| SASCO 1998-3 | 23185 and 23414 | SASCO 2003-NP1 | 23050 and 23341 |
| SASCO 1998-6 | 23184 and 23413 | SASCO 2003-NP2 | 23049 and 23340 |
| SASCO 1999-ALS3 | 23183 and 23412 | SASCO 2003-NP3 | 23048 and 23339 |

**Error! No property name supplied.**

| | | | |
|---|---|---|---|
| SASCO 2003-RNP2 | 23047 and 23338 | SASCO 2005-S1 | 23197 and 23314 |
| SASCO 2004-2AC | 23046 and 23337 | SASCO 2005-S4 | 23196 and 23313 |
| SASCO 2004-GEL1 | 23045 and 23336 | SASCO 2005-SC1 | 23312 and 23411 |
| SASCO 2004-GEL2 | 23044 and 23335 | SASCO 2005-WF2 | 23311 and 23410 |
| SASCO 2004-GEL3 | 23043 and 23334 | SASCO 2005-WF3 | 23310 and 23409 |
| SASCO 2004-NP1 | 23042 and 23333 | SASCO 2005-WF4 | 23309 and 23408 |
| SASCO 2004-NP2 | 23041 and 23332 | SASCO 2006-AM1 | 23308 and 23407 |
| SASCO 2004-S2 | 23040 and 23331 | SASCO 2006-BC1 | 23307 and 23406 |
| SASCO 2004-S3 | 23039 and 23330 | SASCO 2006-BC2 | 23306 and 23405 |
| SASCO 2004-S4 | 23038 and 23329 | SASCO 2006-BC3 | 23305 and 23404 |
| SASCO 2005-7XS | 23037 and 23328 | SASCO 2006-BC4 | 23304 and 23403 |
| SASCO 2005-AR1 | 23036 and 23327 | SASCO 2006-BC5 | 23303 and 23402 |
| SASCO 2005-GEL1 | 23035 and 23326 | SASCO 2006-BC6 | 23302 and 23401 |
| SASCO 2005-GEL2 | 23034 and 23325 | SASCO 2006-EQ1 | 23301 and 23400 |
| SASCO 2005-GEL3 | 23033 and 23324 | SASCO 2006-GEL1 | 23300 and 23399 |
| SASCO 2005-GEL4 | 23201 and 23323 | SASCO 2006-GEL2 | 23299 and 23398 |
| SASCO 2005-OPT1 | 23200 and 23317 | SASCO 2006-GEL3 | 23298 and 23397 |
| SASCO 2005-RF1 | 23182, 23316 and 23360 | SASCO 2006-GEL4 | 23297 and 23396 |
| SASCO 2005-RF7 | 23198 and 23315 | SASCO 2006-NC1 | 23296 and 23395 |

Error! No property name supplied.

| | | | |
|---|---|---|---|
| SASCO 2006-OW1 | 23295 and 23394 | SASCO 2007-RF2 | 23210 and 23278 |
| SASCO 2006-RF2 | 23294 and 23227 | SASCO 2007-RNP1 | 23209 and 23277 |
| SASCO 2006-RF3 | 23293 and 23226 | SASCO 2007-TC1 | 23208 and 23276 |
| SASCO 2006-RF4 | 23292 and 23225 | SASCO 2007-WF1 | 23207 and 23275 |
| SASCO 2006-S1 | 20410 and 23224 | SASCO 2007-WF2 | 23206 and 23274 |
| SASCO 2006-W1 | 23223 and 23291 | SASCO FHA/VA 1998-RF1 | 23205 and 23273 |
| SASCO 2006-WF1 | 23222 and 23290 | SASCO FHA/VA 1998-RF2 | 23204 and 23359 |
| SASCO 2006-WF2 | 23221 and 23289 | SASCO FHA/VA 1998-RF3 | 23203 and 23358 |
| SASCO 2006-WF3 | 23220 and 23288 | SASCO FHA/VA 1998-RF4 | 23202 and 23357 |
| LMT 2008-1 | 20403 and 23066 | SASCO 2005-7RF1 | 23199 |
| SASCO 2006-Z | 23219 and 23287 | | |
| SASCO 2007-BC2 | 23218 and 23286 | | |
| SASCO 2007-BC3 | 23217 and 23285 | | |
| SASCO 2007-BC4 | 23216 and 23284 | | |
| SASCO 2007-BNC1 | 23215 and 23283 | | |
| SASCO 2007-EQ1 | 23214 and 23282 | | |
| SASCO 2007-GEL1 | 23213 and 23281 | | |
| SASCO 2007-GEL2 | 23212 and 23280 | | |
| SASCO 2007-RF1 | 23211 and 23279 | | |

Error! No property name supplied.

## Schedule B
### Remaining Master Claims

| | | | |
|---|---|---|---|
| 20585 | 20594 | 20513 | 20584 |
| 20587 | 20512 | 20533 | 20586 |
| 20593 | 20532 | 20591 | 20592 |
| 20511 | 20590 | 20596 | 20510 |
| 20516 | 20595 | 20514 | 20515 |