CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### WITHDRAWAL OF PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FILED AGAINST LEHMAN COMMERCIAL PAPER INC. IN CONNECTION WITH THE VERANO CCS, LTD. TRANSACTION

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Indenture Trustee (*"U.S. Bank"*) by and through its counsel, Chapman and Cutler LLP, and at the direction of the Noteholders, hereby withdraws, WITH PREJUDICE, its Proof of Claim Number **23455** filed against Lehman Commercial Paper Inc. **(Case No. 08-13900)** in connection with that certain Indenture dated as of July 25, 2008 by and among Verano CCS, Ltd., Verano CCS, Corp., and U.S. Bank National Association as Trustee, and the related Master Participation Agreement

3064046.01.01.doc

dated as of July 25, 2008 by and among Verano CCS, Ltd., and Lehman Commercial Paper Inc. The claim was filed on September 21, 2009 in the amount of $1,558,311,759.63.

No other claim of U. S. Bank National Association, in any capacity, shall be affected hereby, and U.S. Bank reserves the right to amend this withdrawal in the event of any administrative error, including but not limited to inaccurate claim numbers.

Dated: September 1, 2011

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee

By: /s/ Pamela J. Wieder

Printed Name: PAMELA J. WIEDER

Its: Vice President