CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE
FILED AGAINST LEHMAN COMMERCIAL PAPER INC. IN CONNECTION WITH THE
RIOPELLE BROADWAY LP TRANSACTION**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Indenture Trustee (*"U.S. Bank"*) by and through its counsel, Chapman and Cutler LLP, hereby withdraws, WITH PREJUDICE, its Proof of Claim Number **30993** filed against Lehman Commercial Paper Inc. **(Case No. 08-13900)** in connection with that certain Senior Note Purchase Agreement dated as of April 30, 2008 by and among Riopelle Broadway LP and Lehman Brothers Commercial Paper Inc., and the related Series Indenture dated as of April 30,

3064211.01.01.doc

2008 by and among Riopelle Broadway LP, and U.S. Bank National Association, as Trustee (as supplemented by the Standard Terms for Indentures). The claim was filed on September 22, 2009. The transaction was unwound at the direction of the Noteholders under the terms of the Amendment to Series Indenture dated as of August 10, 2011.

No other claim of U. S. Bank National Association, in any capacity, shall be affected hereby, and U.S. Bank reserves the right to amend this withdrawal in the event of any administrative error, including but not limited to inaccurate claim numbers, or in the event the Amendment to Series Indenture is unwound or deemed void.

Dated: September 1, 2011

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, not
individually but as Trustee

By: *Pamela J. Wieder*

Printed Name: PAMELA J. WIEDER

Its: Vice President