UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                               :
:
-----------------------------------------------------------------x    Ref. Docket Nos. 19574, 19575,
19580, 19581, 19583, 19586

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 1, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
6th day of September, 2011
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

08-13555-mg    Doc 19728    Filed 09/06/11    Entered 09/06/11 17:21:23    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BARCLAYS BANK PLC
          TRANSFEROR: ACTA ASSET MANAGEMENT ASA
          745 SEVENTH AVENUE
          NEW YORK NY 10019

Please note that your claim # 56950 in the above referenced case and in the amount of
       $17,997.00       has been transferred **(unless previously expunged by court order)**

          FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.
          TRANSFEROR: BARCLAYS BANK PLC
          C/O FIR TREE PARTNERS
          ATTN: BRIAN MEYER
          505 FIFTH AVE., 23RD FLOOR
          NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 19574 in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/01/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 1, 2011.

# EXHIBIT B

```
TIME: 14:16:49                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 09/01/11                                                    CREDITOR LISTING

Name                                            Address
BARCLAYS BANK PLC                               TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                   TRANSFEROR: DOUGLAS R. DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                   TRANSFEROR: ALPHA BANK A.E. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CVI GVF (LUX) MASTER S.A.R.L.                   TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE COBHAM
                                                SURREY  KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
FIR TREE CAPITAL OPPORTUNITY MASTER             TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE., 23RD FLOOR NEW YORK NY 10017
 FUND, L.P.
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: SECONDMARKET, INC. 4 NEW YORK PLAZA, 16TH FLOOR NEW YORK NY 10004
MATLINPATTERSON DISTRESSED OPPORTUNITIES        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. ATTN: RAPH POSNER
 MASTER ACCOUNT, L.P.                           520 MADISON AVENUE, 35TH FLOOR NEW YORK NY 10022-4213
MIZUHO INVESTORS SECURITIES CO., LTD            TRANSFEROR: STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN 180 MAIDEN LANE NEW YORK NY 10038
MIZUHO INVESTORS SECURITIES CO., LTD            LEGAL DEPARTMENT ATTN: KEN HASHIMOTO 2-10-30, NIHONBASHI KAKIGARA-CHO, CHUO-KU TOKYO    103-8658 JAPAN
SECONDMARKET, INC.                              TRANSFEROR: CARNEGIE BANK A/S ATTN: ANDREW GOTTESMAN 26 BROADWAY, 12TH FLOOR NEW YORK NY 10004
UBS AG, LONDON BRANCH                           TRANSFEROR: MIZUHO INVESTORS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA/MARIE MIYAZAWA (TOKYO OFFICE) 1 FINSBURY AVENUE
                                                LONDON  EC2M 2PP UNITED KINGDOM

Total Number of Records Printed       13
```

EPIQ BANKRUPTCY SOLUTIONS, LLC