**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
Daniel W. Krasner (DK 6381)
Eric B. Levine (EL 3270)
Mark C. Rifkin (MR 0904)
Matthew M. Guiney (MG 5858)
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 545-4653

[*Additional Counsel on Signature Page*]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Lehman Brothers Holdings Inc., | Chapter 11 Case No. |
| Debtor. | 08-13555 (JMP) |

**STATEMENT IN RESPONSE TO INSURED PERSONS' MOTION,
PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE, FOR AN ORDER
MODIFYING THE AUTOMATIC STAY TO ALLOW SETTLEMENT PAYMENT
UNDER DIRECTORS AND OFFICERS INSURANCE POLICY
TO SETTLE THE EQUITY/DEBT CLASS ACTION**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Monique M. Fang, Alex E. Rinehart, Jo Anne Buzzo, Maria DeSousa and Linda Demizio ("ERISA Class Action Creditors"), are creditors of Lehman Brothers Holdings, Inc. ("Lehman" or the "Company") with respect to the Lehman Brothers Savings Plan (the "Plan") and their investments in Lehman common stock which they held in the Plan at various times since September 13, 2006.[1]  The Company was one of the fiduciaries of the Plan and violated its

---

[1] *See* ERISA Class Action Creditors' proof of claim No. 12803.

fiduciary duties to the Plan, and to the participants and beneficiaries of the Plan, by offering Lehman stock as an investment option under the Plan when it was not prudent to do so and failing to disclose Lehman's true financial and operating condition to the participants in and beneficiaries of the Plan.[2]

The ERISA Class Action Creditors claim an interest in the proceeds of the Excess Insurance Policies[3] and reserve all of their rights, to the extent not already reserved, with respect to: (i) the Settlement Amount; (ii) the Excess Insurance Policies; and (iii) any terms of the agreement to settle the action captioned *In re Lehman Brothers Equity/Debt Securities Litigation*, 08 Civ. 5523 (S.D.N.Y.) (LAK), including, but not limited to, the settlement class definition to be presented to Judge Kaplan at a later date as set forth in ¶ 22(iv) of the Insured Persons' motion.

//
//
//
//
//
//
//

---

[2] The facts pertaining to the ERISA Class Action Creditors' claims are set forth in a Consolidated Amended Complaint for Violations of the Employee Retirement Income Security Act (the "Amended Complaint"), in the case captioned *In re Lehman Brothers ERISA Litig.*, No. 08 Civ. 5598 (S.D.N.Y.) (LAK), filed on October 27, 2008, pending before the Honorable Lewis A. Kaplan.

[3] Capitalized terms not defined herein are defined in the *Insured Persons Motion, Pursuant to Section 362 of the Bankruptcy Code, for an Order Modifying the Automatic Stay to Allow Settlement Payment Under Directors and Officers Insurance Policy to Settle the Equity/Debt Class Action* at DKT No. 19488.

Dated: New York, New York
September 7, 2011

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:    /s/ Eric B. Levine
Daniel W. Krasner (DK 6381)
Eric B. Levine (EL 3270)
Mark C. Rifkin (MR 0904)
Matthew M. Guiney (MG 5858)
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 545-4653
Email: krasner@whafh.com
       levine@whafh.com
       rifkin@whafh.com
       guiney@whafh.com

**GAINEY & McKENNA**

By:    /s/ Thomas J. McKenna
Thomas J. McKenna
440 Park Avenue South, 5th Floor
New York, New York 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gaineyandmckenna.com
       tjmlaw2001@yahoo.com

*Counsel for the ERISA Class Action Creditors*

**SARRAF GENTILE LLP**
Ronen Sarraf
Joseph Gentile
11 Hanover Square, 2nd Floor
New York, NY 10005
Tel: (212) 868-3610
Fax: (212) 918-7967

**IZARD NOBEL LLP**
Robert A. Izard
Mark P. Kindall
20 Church Street, Suite 1700
Hartford, CT 06103

3

Tel: (860) 493-6292
Fax: (860) 493-6290

**MAJOR KHAN LLC**
Major Khan
20 Bellevue Terrace
Weehawken, NJ 07086
Tel: (646) 546-5664
Fax: (646) 546-5755

*Additional Counsel for Creditor Buzzo*

**MILBERG LLP**
Lori G. Feldman (LF 3478)
Arvind B. Khurana (AK 3643)
Sara Fuks (SF 6034)
Jennifer Sosa (JS 0324)
One Pennsylvania Plaza
New York, NY 10119-0165
Tel: (212) 594-5300
Fax: (212) 868-1229

**ZIMMERMAN REED**
Carolyn G. Anderson
Kirsten D. Hedberg
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844

**LOCKRIDGE GRINDAL
NAUEN P.L.L.P.**
Gregg M. Fishbein
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401-2197
Tel: (612) 339-6900
Fax: (612) 339-0981

**HARWOOD FEFFER LLP**
Robert I. Harwood
488 Madison Avenue, 8th Floor
New York, New York 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

*Additional Counsel for Creditor DeSousa*

4

**POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP**
H. Adam Prussin
Fei-Lu Qian
100 Park Avenue – 26th Floor
New York, NY  10017
Tel: (212) 661-1100
Fax: (212) 661-8665

**JAROSLAWICZ & JAROS**
225 Broadway, 24th Floor
New York, NY  10007
Tel: (212) 227-2780
Fax: (212) 227-5090

*Additional Counsel for Creditor Demizio*