Form 210A (10/06)

# United States Bankruptcy Court

__SOUTHERN__ District Of __NEW YORK__

In re LEHMAN BROTHERS  HOLDINGS ,          Case No.   08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CVI GVF (Lux) Master S.a.r.l. | CQS Capital Structure Arbitrage Master Fund Limited |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent: c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

Court Claim # (if known): ___20762___
Amount of Claim: ___$9,401,636.00___
Date Claim Filed: ___09/21/2009___

Phone: _____          Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____/s/ David Short_____          Date:_____September 7, 2010_____
     Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555 (JMP)

Chapter 11

---

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of CQS Capital Structure Arbitrage Master Fund Limited ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $9,401,636.00 | 20762 |

have been transferred and assigned to CVI GVF (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF (Lux) Master S.a.r.l.
Address:     c/o CarVal Investors UK Limited
             Knowle Hill Park
             Fairmile Lane
             Cobham
             Surrey KT11 2PD
             United Kingdom

BY CARVAL INVESTORS UK LIMITED

Signature:
Name:     DAVID SHORT
Title:    OPERATIONS MANAGER
Date:     2nd September 2011

ASSIGNOR:   CQS Capital Structure Arbitrage
            Master Fund Limited
Address:    c/o CQS (UK) LLP
            Attn: Head of Legal
            5th Floor
            33 Grosvenor Place
            London, SW1X 7HY
            United Kingdom

Signature:
Name:     Martin Pabari
Title:    Managing Member, CQS (UK) LLP
Date: