Form 210A (10/06)

# United States Bankruptcy Court

**SOUTHERN** District Of **NEW YORK**

In re LEHMAN BROTHERS HOLDINGS,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI GVF (Lux) Master S.a.r.l. | CQS Asia Master Fund Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

Phone:
Last Four Digits of Acct #:

Court Claim # (if known): 20765
Amount of Claim: $1,146,860.00
Date Claim Filed: 09/21/2009

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David Short    Date: September 7, 2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of CQS Asia Master Fund Limited. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,146,860.00 | 20765 |

have been transferred and assigned to CVI GVF (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | CVI GVF (Lux) Master S.a.r.l. | ASSIGNOR: | CQS Asia Master Fund Limited. |
| Address: | c/o CarVal Investors UK Limited<br>Knowle Hill Park<br>Fairmile Lane<br>Cobham<br>Surrey KT11 2PD<br>United Kingdom | Address: | c/o CQS (UK) LLP<br>Attn: Head of Legal<br>5th Floor<br>33 Grosvenor Place<br>London, SW1X 7HY<br>United Kingdom |
| Signature: | BY CARVAL INVESTORS UK LIMITED<br>[signature] SHORT | Signature: | [signature] |
| Name: | OPERATIONS MANAGER | Name: | Martin Pabari |
| Title: | | Title: | Managing Member, CQS (UK) LLP |
| Date: | 2nd September 2011 | Date: | |

3