SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|   |   |
|---|---|
| | : |
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

_____

### NOTICE OF WITHDRAWAL OF MOTION
### OF GIANTS STADIUM LLC FOR LEAVE TO PARTICIPATE
### IN DEBTORS' DEPOSITION OF ROBERT TAYLOR

**PLEASE TAKE NOTICE** that, in light of Debtors' Notice of Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, which pertained to the Debtors' proposed deposition of Robert Taylor, and which was filed with the Court on September 2, 2011 [ECF No. 19692], Giants Stadium LLC hereby withdraws without prejudice its Motion for Leave to Participate in Debtors' Deposition of Robert Taylor, which was filed with the Court on August 30, 2011 [ECF No. 19577].  Giants Stadium LLC reserves its right to re-submit this motion should Debtors seek a deposition of Mr. Taylor at a future date.

Dated: New York, New York
September 7, 2011

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By:    /s/ _____
Bruce E. Clark
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Giants Stadium LLC*