CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FILED AGAINST LEHMAN COMMERCIAL PAPER INC. IN CONNECTION WITH THE NORTHWEST AIRLINES 1996-1 EETC TRANSACTION**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Indenture Trustee (*"U.S. Bank"*) by and through its counsel, Chapman and Cutler LLP, hereby withdraws, WITH PREJUDICE, its Proof of Claim Number **21317** filed against Lehman Commercial Paper Inc. **(Case No. 08-13900)** in connection with the Northwest Airlines 1996-1 EETC transaction. The claim was filed on September 21, 2009.

3064709.01.01.doc

No other claim of U. S. Bank National Association, in any capacity, shall be affected hereby, and U.S. Bank reserves the right to amend this withdrawal in the event of any administrative error, including but not limited to inaccurate claim numbers

Dated: September 7, 2011

                                              Respectfully submitted,

                                              U.S. BANK NATIONAL ASSOCIATION, not
                                                 individually but as Trustee

                                          By: _____

                                          Printed Name:    **Deborah A. Ibrahim**
                                                             **Vice President**

                                          Its: _____