UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,      Case No. 08-13555 (JMP)

                            Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF CHARLES R. ESKRIDGE III

      UPON the motion of Charles R. Eskridge III dated August 25, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

      **ORDERED**, that Charles R. Eskridge III is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
          September 7, 2011

                                                        *s/ James M. Peck*
                                               UNITED STATES BANKRUPTCY JUDGE