UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                               Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,              Case No. 08-13555 (JMP)

                         Debtors.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DAVID H. OROZCO

UPON the motion of David H. Orozco dated August 25, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David H. Orozco is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       September 7, 2011

                                          *s/ James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE