**EXHIBIT E**



| | | | Enter Symbols or Keywords | SEARCH |

**September 4, 2011    7:57 PM EDT**
New York Closed | London Closed | Tokyo Closed

**Latest News**    View All
7:51p BREAKING Japan's Nikkei Average futures down 1.2% on SGX
5:00p More data to come on the 'zero' jobs market
3:18p Storms pound U.S., Japan

DOW -253.31  11,240.26 -2.20% | NASDAQ -65.71  2,480.33 -2.58% | S&P 500 -30.45  1,173.97 -2.53%

**The Economy**

**A moribund jobs market**
Data showed the U.S. economy still struggling to create jobs with payrolls creation flat, hourly earnings falling, and grim African-American jobless rates.

Front Page | News Viewer | Commentary | Markets | **Investing** | Personal Finance | Community | Games

Become a MarketWatch member today    Sign in

**Stocks** | Mutual Funds | ETFs | Options | Bonds | Commodities | Currencies | Getting Started | MarketWatch Adviser | Premium Newsletters | Hulbert Interactive | Research Tools

June 21, 2011, 2:09 p.m. EDT                                            Stories You Might Like

## Law firm Weil's Lehman bill tops $300 million

- Tropical Storm Lee heads toward Louisiana
- Dividend investors: Fatter payday on way
- Tropical storm Lee nears southern Louisiana
- More jobs reports on tap for investors


Sponsor: TD Ameritrade Trade free for 60 days

Share:    Like  19           7
More
Email    Print    Comment  18

**By Eric Morath**

The bankruptcy bill for Lehman Brothers Holdings Inc.'s LEHMQ +2.56% lead attorneys, law firm Weil, Gotshal & Manges LLP, topped $300 million in May as the total amount paid to professionals in failed investment bank's Chapter 11 case reached nearly $1.28 billion last month.

Weil, the law firm that prepped Lehman for an emergency bankruptcy in September 2008, executed the midnight sale of much of its assets to Barclays PLC (BCS, BARC.LN) just after the collapse and guided the bank through Chapter 11 ever since, has been paid $309.8 million for its work, according to papers filed Monday with the U.S. Bankruptcy Court in Manhattan.

Last month alone, Weil was paid $16 million, the largest May payment among the 45 professional firms now working on behalf of Lehman, its official creditors committee or the court in the case.

A spokeswoman for Weil did not immediately respond to request for comment.

The next largest bill, $10.4 million, came from Alvarez & Marsal, the consulting firm that is managing Lehman's wind-down. Firm founder Bryan Marsal is currently serving as Lehman's chief executive.

Alvarez has collected $442.2 million since the start of the case, the most of any firm.

In total, the army of lawyers, bankers and advisers working on the case were paid $53.1 million last month. That's the largest collective monthly bill paid so far this year and likely reflects a ramp up in work connected to Lehman's creditor repayment plan and its defense of that strategy against a pair of rivals.

Lehman has also recently stepped up efforts to market and monetize its real-estate portfolio. If billings continue at May's elevated pace, Lehman's professionals will easily collect more than $1.5 billion, as the bank doesn't expect to seek court approval for its plan until November, ensuring at least another six months in bankruptcy.

It's possible that the total professional bill could even reach $1.75 billion--the amount Barclays initially paid to acquire much of Lehman's North American assets.

Law firm Godfrey & Kahn S.C. became the newest member of the more-than three dozen firms working on its case to have its bill paid by Lehman's estate. Godfrey was paid $1.07 million in May for its work as a fee examiner, the third such firm employed in the case for the purpose of monitoring the bills of other professionals.

The Lehman estate pays its own bills and those of court-appointed committees and professionals. Others, including two groups of creditors proposing their own plan for the bank, are responsible for paying their own professional fees.

(Dow Jones Daily Bankruptcy Review covers news about distressed companies and those under bankruptcy protection)

➕ ADD LEHMQ TO PORTFOLIO    LEHMQ
**Lehman Brothers Holdings Inc.**
$ **0.04**
+0.0010 +2.56%
Volume: 452,501
Sept. 2, 2011 3:49p



**Most Popular**

1. SLIDE SHOW
   The 10 best places to live in the U.S.

2. SLIDE SHOW
   The 10 U.S. cities with the best drivers

3. ECONOMIC PREVIEW
   More data to come on the 'zero' jobs market

4. MARKET EXTRA
   Dividend investors: Fatter payday on way

5. CHUCK JAFFE
   Courts won't help investors on mutual-fund fees

**Join the Conversation**    18 Comments

My comments...

Add Comment                Community guidelines »

**Breaking Insight**

CHUCK JAFFE
Courts won't help investors on mutual-fund fees

Markets | Quotes | My Portfolio | My Alerts | Community
AMOTZ ASA-EL'S VIEW FROM JERUSALEM