UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re                                                                      :    Chapter 11 Case No.
                                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                               :    (Jointly Administered)
                         Debtors.                                    :
                                                                               :
------------------------------------------------------------------x    Ref. Docket Nos. 19594-19599,
                                                                             19601, 19602, 19605, 19607, 19608,
                                                                             19618

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                              ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 2, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Lauren Rodriguez*
                                                                                    Lauren Rodriguez

Sworn to before me this
7th day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg   Doc 19777   Filed 09/07/11   Entered 09/07/11 20:45:29   Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
  In re                                    |    Chapter 11 Case No.
                                           |
                                           |    08-13555 (JMP)
  LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                           |    (Jointly Administered)
                                           |
               Debtors.                    |
                                           |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
       To:  BARCLAYS BANK PLC
            TRANSFEROR: SILVER POINT CAPITAL FUND, L.P.
            745 SEVENTH AVENUE
            NEW YORK NY 10019
```

Please note that your claim # 58781-04 in the above referenced case and in the amount of
          $0.00   Undetermined       has been transferred **(unless previously expunged by court order)**

```
            AG SUPER FUND INTERNATIONAL PARTNERS, L.P.
            TRANSFEROR: BARCLAYS BANK PLC
            C/O ANGELO GORDON & CO., LP
            245 PARK AVENUE, 26TH FLOOR
            NEW YORK NY 10167
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19595       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/02/2011                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 2, 2011.

**EXHIBIT B**

```
TIME: 08:19:41                                         LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 09/02/11                                              CREDITOR LISTING

Name                                           Address
AG SUPER FUND INTERNATIONAL PARTNERS,          TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO., LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
  L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: MORGAN STANLEY & CO. LLC ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, LP
BARCLAYS BANK PLC                              TRANSFEROR: DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: SILVER POINT CAPITAL FUND, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI, L.L.C.                             TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167
BOULTBEE (HELSINKI) AB                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O EFM (SVERIGE) AB ATTN: MANAGING DIRECTOR & CLIVE BOULTBEE BROOKS PO BOX 730
                                                 SE-721 20 VASTERAS        SWEDEN
CITIBANK PRIVATKUNDEN AG & CO. KGAA            PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA            ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
COUSINS, SYLVIA                                TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA REIDENERSTR. 13 MUENCHEN 81475 GERMANY
DYNAMIC CREDIT OPPORTUNITIES II MASTER         DYNAMIC CREDIT PARTNERS, LLC JAMES FINKEL 1500 BROADWAY, 11TH FLOOR NEW YORK NY 10036
  FUND, LTD
ELLIOTT ASSOCIATES, L.P.                       TRANSFEROR: MACQUARIE BANK LIMITED C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR
                                                 NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                       TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ELLIOT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL
                                                 NEW YORK NY 10019
GOLDMAN SACHS LENDING PARTNERS LLC             TRANSFEROR: BOULTBEE (HELSINKI) AB c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
HEINE, FRANK                                   TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA MARTIN-HOOP-WEG 1 ZWICKAU  08060 GERMANY
MACQUARIE BANK LIMITED                         TRANSFEROR: ENNISMORE FD MGMT LTDA/C ENNISMORE SMALLER CO PLC C/O MACQUARIE CAPITAL (USA) INC.
                                                 ATTN: EXECUTIVE DIRECTOR-FICC-LEGAL RISK MANAGEMENT DIVISION 125 WEST 55TH STREET NEW YORK NY 10019
MERRILL LYNCH CREDIT PRODUCTS, LLC             TRANSFEROR: PHOENIX PENSIONS LIMITED ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                                 NEW YORK NY 10036
MORGAN STANLEY & CO. LLC                       TRANSFEROR: DWS INSTITUTIONAL FUNDS ON BEHALF OF DWS ENHANCED COMMODITY STRATEGY FUND 1585 BROADWAY NEW YORK NY 10036
NEWFINANCE ALDEN SPV                           TRANSFEROR: MORGAN STANLEY & CO. LLC ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022


Total Number of Records Printed        19
```