UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
              Debtors.                                             :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket No. 19600

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 2, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
7th day of September, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
             Debtors.                   |
                                        |
_____|
```

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    CITIBANK PRIVATKUNDEN AG & CO. KGAA
               ATTN: WILHELM HUELSKEN
               KASERNENSTRASSE 10
               DUSSELDORF 40213 GERMANY


Additional:    CITIBANK PRIVATKUNDEN AG & CO. KGAA
               PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
               ATTN: DOUGLAS R. DAVIS
               1285 AVENUE OF THE AMERICAS
               NEW YORK NY 10019-6064




Transferee:    SABINE ESSER
               FOERDERSTR. 12 A
               BOCHUM 44799 GERMANY



**Your transfer   of claim #   55404   is defective for the reason(s) checked below:**

Other                                    Missing Schedule 1 attachment with applicable ISIN




Docket Number 19600              Date 08/23/11


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 2, 2011.

# EXHIBIT B

```
TIME: 08:37:14                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 09/02/11                              CREDITOR LISTING

Name                              Address
CITIBANK PRIVATKUNDEN AG & CO. KGAA   ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
CITIBANK PRIVATKUNDEN AG & CO. KGAA   PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
SABINE ESSER                          FOERDERSTR. 12 A BOCHUM  44799 GERMANY

Total Number of Records Printed         3
```