B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHER HOLDING, INC  ,          Case No.  08-13555  

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| INVEST BANCA SPA | INVEST BANCA SPA |
| --- | --- |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  VIA CHERUBINI N. 99
  50053, EMPOLI (FI) - ITALY

Court Claim # (if known):  63325  
Amount of Claim:  $5,868,426.78  
Date Claim Filed:  10/28/2009  

Phone:  +39 0571 020308  
Last Four Digits of Acct #:  6803  

Phone:  +39 0571 020308  
Last Four Digits of Acct. #:  1037  

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:  

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: INVEST BANCA SPA         /s/ illegible       Date: 18 august 2011
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**INVEST BANCA SPA - Via Cherubini 99 - 50053 EMPOLI (FI) ITALY**

ENCLOSED FILE
LEHMAN SECURITIES PROGRAMS PROF OF CLAIM

| ISIN | NOMINAL | | EXCHANGE RATE on September 15, 2008 | EQUIVALEN AMOUNT IN USD | blocking nr | QUANTITà TRASF A BNP ANCORA IN SALDO | EQUIVALEN AMOUNT IN USD |
|---|---|---|---|---|---|---|---|
| IT0006578600 | 20.000,00 | EURO | 1,4151 | 28.302,00 | CA69057 | 20.000,00 | 28.302,00 |
| XS0128857413 | 5.000,00 | EURO | 1,4151 | 7.075,50 | CA69055 | 5.000,00 | 7.075,50 |
| XS0162289663 | 28.000,00 | EURO | 1,4151 | 39.622,80 | CA05216 | 28.000,00 | 39.622,80 |
| XS0176153350 | 657.000,00 | EURO | 1,4151 | 929.720,70 | CA69175 | 336.000,00 | 475.473,60 |
| XS0178969209 | 507.000,00 | EURO | 1,4151 | 717.455,70 | CA69170 | 359.000,00 | 508.020,90 |
| XS0179304869 | 10.000,00 | EURO | 1,4151 | 14.151,00 | CA69056 | 10.000,00 | 14.151,00 |
| XS0181945972 | 25.000,00 | EURO | 1,4151 | 35.377,50 | CA69061 | 25.000,00 | 35.377,50 |
| XS0183944643 | 195.000,00 | EURO | 1,4151 | 275.944,50 | CA69172 | 170.000,00 | 240.567,00 |
| XS0189294225 | 442.000,00 | EURO | 1,4151 | 625.474,20 | CA69169 | 442.000,00 | 625.474,20 |
| XS0189741001 | 185.000,00 | EURO | 1,4151 | 261.793,50 | CA74614 | 130.000,00 | 183.963,00 |
| XS0193035358 | 386.000,00 | EURO | 1,4151 | 546.228,60 | CA69098 | 356.000,00 | 503.775,60 |
| XS0195431613 | 35.000,00 | EURO | 1,4151 | 49.528,50 | CA69059 | 0,00 | 0,00 |
| XS0202417050 | 427.000,00 | EURO | 1,4151 | 604.247,70 | CA69168 | 427.000,00 | 604.247,70 |
| XS0205185456 | 10.000,00 | EURO | 1,4151 | 14.151,00 | CA69062 | 10.000,00 | 14.151,00 |
| XS0208459023 | 29.000,00 | EURO | 1,4151 | 41.037,90 | CA69058 | 29.000,00 | 41.037,90 |
| XS0210782552 | 1.580.000,00 | EURO | 1,4151 | 2.235.858,00 | CA69180 | 1.525.000,00 | 2.158.027,50 |
| XS0211093041 | 345.000,00 | EURO | 1,4151 | 488.209,50 | CA69097 | 0,00 | 0,00 |
| XS0213899510 | 75.000,00 | EURO | 1,4151 | 106.132,50 | CA69063 | 15.000,00 | 21.226,50 |
| XS0224346592 | 160.000,00 | EURO | 1,4151 | 226.416,00 | CA69096 | 160.000,00 | 226.416,00 |
| XS0276162327 | 150.000,00 | EURO | 1,4151 | 212.265,00 | CA69073 | 0,00 | 0,00 |
| XS0283497005 | 53.000,00 | EURO | 1,4151 | 75.000,30 | CA69060 | 0,00 | 0,00 |
| XS0301086475 | 5,00 | EURO | 1,4151 | 7,08 | CA69054 | 5,00 | 7,08 |
| XS0307745744 | 100.000,00 | EURO | 1,4151 | 141.510,00 | CA69064 | 100.000,00 | 141.510,00 |
| | | | TOTAL EQUIVALENT USD | 7.675.509,48 | | TOTAL EQUIVALENT USD | 5.868.426,78 |

**Invest Banca**

INVEST BANCA S.p.A.
ABI 03017.1
SEDE LEGALE E DIREZIONE GENERALE:
50053 EMPOLI (FI) – Via L. Cherubini 99
Tel. (+39) 0571.020.301
www.investbanca.it - e-mail: info@investbanca.it
Registro Imprese FI e Cod. Fiscale 02586460582
P. IVA 01082611003 – R.E.A. FI 503435
Patrimonio al 31/12/2010 Euro 25.021.411
Aderente al Fondo Nazionale di Garanzia e
al Fondo Interbancario di Tutela dei Depositi

Legal Department
on/SS Prot. 2011/00 1531

*Empoli, 18th august 2011*

To

**UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF NEW YORK
Lehman Brothers Holdings
Claim Processing Centre**
c/o Epiq Bankrupty Solution, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

*RACC. A/R*

---

*Object:*  **TRANSFER OF CLAIM OTHER THAN FOR SECURITY – TRANSMISSION OF THE FORM**

---

Here enclosed we are pleased to send you the form to communicate the change of data previously transmitted with Lehman Securities Programs Proof of Claim on October 28, 2009.

From June 2011 Invest Banca S.p.A. has changed the custodian, switching from State Street Bank (Italy Department) to BNP Paribas Italy, and this switch also included Lehman Brothers Bonds.

Furthermore, the proof of claim previously sent also included Lehman bonds owned by Fortis Private Banking (Italy Department), that in Semptember 2010 closed his account with Invest Banca.

As a result of these events, we are sending you:
1. the relative proof of claim form update, containing the updated credit and the new account number (Transfer of claim other than for security)
2. Details of table of varied credits for each ISIN.

Should you need further information please do not hesitate to contact us.

Best regards.

INVEST BANCA S.p.A.

Posteitaliane
**PostaRaccomandata AR**
Tariffa Pagata

Aut. S.M.A. C1/2672/2011

RECEIVED SEP 01 2011

TO:
United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings
Claim Processing Centre
c/o Epiq Bankruptcy Solution, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076


**Invest Banca**
Società per Azioni

DIREZIONE GENERALE: 50053 EMPOLI - VIA CHERUBINI, 99

RA 3068 2984 5 IT