**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| Lehman Brothers Holdings, Inc., *et al.,* | (Jointly Administered) |

Debtors
-------------------------------------------------------------X

| | |
|---|---|
| In re: | |
| Lehman Brothers, Inc. | Case No. 08-01420 (JMP) (SIPA) |

Debtor.
-------------------------------------------------------------X

## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, SEPTEMBER 1, 2010 (See Adv. No. 10-3266 - Doc. 16), DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

Notice of Hearing on Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings, Inc. and No. 4939 against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses

Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings, Inc. and No. 4939 against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses

Exhibits A through Z and AA to FF