MEISTER SEELIG & FEIN LLP
140 East 45th Street, 19th Floor
New York, NY 10017
Phone: (212) 655-3500
Facsimile: (212) 655-3535
Stephen B. Meister, Esq.
Christopher J. Major, Esq.

and

RICHARD AND RICHARD, P.A.
825 Brickell Bay Drive
Tower III, Suite 1748
Miami, FL 33131
Telephone: (305) 374-6688
Facsimile: (305) 374-0384
Dennis Richard, Esq.
Michael R. Tolley, Esq.

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtor, | (Jointly Administered) |
| TURNBERRY/CENTRA SUB, LLC, TURNBERRY/ CENTRA OFFICE SUB, LLC, TURNBERRY RETAIL HOLDING, L.P., JACQUELYN SOFFER, and JEFFREY SOFFER, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 09-01062 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS BANK, FSB, | |
| Defendants. | |

4947-002 # 107

### NOTICE OF ADJOURNMENT OF TURNBERRY/CENTRA SUB, LLC, TURNBERRY/CENTRA OFFICE SUB, LLC, TURNBERRY RETAIL HOLDING, L.P., JACQUELYN SOFFER, and JEFFREY SOFFER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion of Turnberry/Centra Sub, LLC, Turnberry/Centra Office Sub, LLC, Turnberry Retail Holding, L.P., Jacquelyn Soffer, and Jeffrey Soffer pursuant to section 362(d) of title 11 of the United States Code, for Relief from the Automatic Stay (the "Motion") [Docket No. 19591], which was scheduled for September 14, 2011, at 2:00 p.m. (prevailing Eastern Time), **has been adjourned by consent of the movant to October 19, 2011 at 2:00 p.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objections or other responsive pleadings to the Motion has been extended to October 12, 2011 and that the deadline to file a reply to any objections or other responsive pleadings has been extended to October 17, 2011.

Dated: New York, New York
       September 9, 2011

                                        MEISTER, SEELIG & FEIN, LLP

                                        By: /s/ Christopher J. Major
                                               Stephen B. Meister, Esq.
                                               Christopher J. Major, Esq.
                                        Two Grand Central Tower
                                        140 E. 45th Street, 19th Floor
                                        New York, New York 10017
                                        Telephone: (212) 655-3500
                                        Facsimile:  (212) 655-3535
                                        E-mail:  sbm@msf-law.com
                                               cjm@msf-law.com

                                        RICHARD AND RICHARD, P.A.
                                        Dennis Richard, Esq.
                                        Michael Tolley, Esq.
                                        825 Brickell Bay Drive
                                        Tower III, Suite 1748
                                        Miami, Florida 33131
                                        Telephone: (305) 374-6688
                                        Facsimile: (305) 374-0384
                                        E-mail:  dennis@richardandrichard.com

                                        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of September, 2011, the above and foregoing Notice of Adjournment was filed electronically using the Court's CM/ECF system, which will cause a notice of the electronic filing to be served on all CM/ECF participants and by serving all parties on the Master Service List via email.

By: /s/ Christopher J. Major  
Christopher J. Major, Esq.
