Notice Pursuant to Bankruptcy Rule 3001

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.

Case No.:  08-13555 (JMP)
Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>**Pierre-André Gaille-Klaas** | Name of Transferor:<br>**UBS AG** |
| Notices to Transferee should be sent to:<br>**Pierre-André Gaille-Klaas<br>Vorstadtstrasse 28<br>CH-8953 Dietikon**<br>and<br>**Zürcher Kantonalbank<br>Special Corporate Actions<br>P.O. Box<br>8010 Zurich, Switzerland<br>Fax +41 44 292 86 64<br>Tel +41 44 292 42 98<br>Attn: Gabriele Frossard** | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent to (if different from above):<br>**Pierre-André Gaille-Klaas<br>Vorstadtstrasse 28<br>CH-8953 Dietikon** | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 30'000.00 (face amount of securities) | *NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: September 2, 2011
     Zürcher Kantonalbank
     Transferee's Agent
     Benjamin Engeli          Thomas Seebacher

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.*As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"): CHF 20'000

**This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| **Barrier Reverse Convertible Lehman Brothers Securities NV 2007-24.9.2008 on UBS shs** | XS0320322901 | **Lehman Brothers Securities NV** | **Lehman Bros Holding Inc.** | **CHF 30'000.00 out of CHF 17'798'000.00** |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 1 and in lines 37 of the Addendum to the Proof of Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

        **Pierre-André Gaille-Klaas**
        **Vorstadtstrasse 28**
        **CH-8953 Dietikon**

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 4, 2011.

**UBS AG**
Transferor

By: _____
    Name:  Jean-Claude Besson
    Title:  Associate Director

By: _____
    Name:  Stephan Gfeller
    Title:  Associate Director

**Zürcher Kantonalbank**

Bahnhofstr. 9, CH-8001 Zurich
Postal address: P.O. Box, CH-8010, Zurich

**Registered Mail**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

| Reference | Special Actions LOAV7 |
|---|---|
| Contact | Gabriele Frossard |
| E-mail | corporateactions@zkb.ch |
| Direct tel. | +41 44 292 76 67 |
| Fax | +41 44 292 86 64 |

Zurich, 2-Sep-11

**Partial Transfer of Claim "Lehman Brothers Holdings Inc."**

Dear Sir or Madam

Please find enclosed, both the "Notice Pursuant to Bankruptcy Rule 3001" and the originally signed "Evidence of Transfer of Claim" released by UBS AG on July 4, 2011.

We kindly ask you to process the partial transfer of claim:

ISIN:              XS0320322901
Title:             Lehman Br.Sec NV - 8 % Barrier Reverse Convertible 2007-24.9.08
                   on UBS Inc Shs Series L-07/533
Nominal:           CHF 30,000
Transferor:        UBS AG
Transferee:        Gaille-Klaas Pierre-André
Initial Proof of Claim Number: 59233

Please confirm us the receipt. We thank you in advance.

Yours sincerely
Zürcher Kantonalbank

Benjamin Engeli          Thomas Seebacher

- "Notice Pursuant to Bankruptcy Rule 3001"
- "Evidence of Transfer of Claim"

**PP**

**R**

ecommandé
uisse

RM 627 211 251 CH

02.09.2011

02.09.11
CH-8010
Zürich

739485

011.80
PRIORITY
Gross 2

DIE POST



RECEIVED
SEP 07 2011