ANDERSON KILL & OLICK, P.C.
Robert M. Horkovich
Todd E. Duffy
Dennis J. Nolan
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
*Attorneys for Essex Equity Holdings USA, LLC*

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> Jointly Administered |

### CERTIFICATE OF SERVICE

I, Dennis J. Nolan, certify that I am over eighteen (18) years of age, am not a party to this action, am employed with Anderson Kill & Olick, P.C., and that on September 7, 2011, I caused a true and correct copy of:

> LIMITED OBJECTION OF CREDITOR ESSEX EQUITY HOLDINGS USA, LLC TO THE INSURED PERSONS' MOTION, PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE, FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW SETTLEMENT PAYMENT UNDER DIRECTORS AND OFFICERS INSURANCE POLICY TO SETTLE THE NEW JERSEY ACTION
>
> LIMITED OBJECTION OF CREDITOR ESSEX EQUITY HOLDINGS USA, LLC TO THE INSURED PERSONS' MOTION, PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE, FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW SETTLEMENT PAYMENT UNDER DIRECTORS AND OFFICERS INSURANCE POLICY TO SETTLE THE EQUITY/DEBT CLASS ACTION

to be served via ECF and by first-class mail, postage pre-paid upon the following parties:

Adam J. Wasserman, Esq.  
Dechert LLP  
1095 Avenue of the Americas  
New York, New York 10036  

Richard P. Krasnow, Esq.  
Weil Gotshal & Manges LLP  
767 Fifth Avenue  
New York, New York 10153

Tracy Hope Davis, Esq.
Andy Velez-Rivera, Esq.
*(Regular Mail only)*
Paul Schwartzberg, Esq.
*(Regular Mail only)*
Brian Masumoto, Esq.
*(Regular Mail only)*
Linda Riffkin, Esq.
*(Regular Mail only)*
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Patricia M. Hynes, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020

Robert J. Cleary, Esq.
Proskauer Rose
11 Times Square
New York, New York 10036

James Huberty, Esq.
Paul F. Matousek, Esq.
Walker Wilcox Matousek LLP
225 W. Washington Street
Chicago, Illinois 60606

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Even Fleck, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005

Jeffrey J. Greenbaum, Esq.
Sills Cummis & Gross, LLP
30 Rockefeller Plaza
New York, New York 10112

David Spears, Esq.
Spears & ImesLLP
51 Madison Avenue
New York, New York 10010

Thomas E. Greyer, Esq.
Robert Eblin, Esq.
Bailey Cavalieri LLC
One Columbus
10 West Broad Street, Ste. 2100
Columbus, Ohio 43215

Dated:  September 7, 2011
        New York, New York

*/s/ Dennis J. Nolan*
Dennis J. Nolan

974578.1                                    2