Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,     Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

| | |
|---|---|
| Standard Chartered Bank (Hong Kong) Limited | *Lam Shuk Yee Susanna* |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

21/F,Standard Chartered Tower,
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments
should be sent (if different from above):

Court Claim # (if known): _38000_
Amount of Claim: _USD 64232-_
Date Claim Filed: _13 Oct 2008_

Phone: _97160884_
Last Four Digits of Acct. #: _7072_

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____     Date: _— 5 MAY 2011_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

### Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,        Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited            *SO KIM HUNG*
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 39400
should be sent:                                        Amount of Claim: USD 80 000.
21/F,Standard Chartered Tower,                         Date Claim Filed: 13 Oct 2009
388 Kwun Tong Road,Hong Kong
Phone: WM.Invest@sc.com                                Phone: 852 - 93843832
Last Four Digits of Acct #: 8881                       Last Four Digits of Acct. #: 4315

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.
                                                                      — 4 MAY 2011
By:_____                    Date:_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

### Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,        Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited        _Lau Kit Bing Shirley_
Name of Transferee                                                   Name of Transferor

Name and Address where notices to transferee
should be sent:                                             Court Claim # (if known): 38565
                                                                    Amount of Claim: USD 64,332
21/F,Standard Chartered Tower,              Date Claim Filed: 13 Oct 2009
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com                                Phone:
Last Four Digits of Acct #: 8881              Last Four Digits of Acct. #: 8796

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____ /Date:_____  4 MAY 2011
       Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,　　　Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Name and Address where notices to transferee should be sent:

21/F,Standard Chartered Tower,
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments should be sent (if different from above):

Phone:

Last Four Digits of Acct #:

_Chan Ching_
Name of Transferor

Court Claim # (if known): 47693
Amount of Claim: USD128464
Date Claim Filed: 27 Oct 2009

Phone: 852-95435265
Last Four Digits of Acct. #: 6146

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____　　Date:_____ 4 MAY 2011

　　Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

### Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,      Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

*Cheng Kam Wah*
*Cheng Yuk Tai Ella*
Name of Transferor

Name and Address where notices to transferee
should be sent:

21/F,Standard Chartered Tower,
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments
should be sent (if different from above):

Court Claim # (if known): 38729
Amount of Claim: USD 64,232.
Date Claim Filed: 13 Oct 2009
            852-96842725
Phone: 852-21876411
Last Four Digits of Acct. #: 3949

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____   Date: _____ 4 MAY 2011
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,   Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
**Name of Transferee**

*Hung Ling Keung*
*Cheung Fung Yee Linda*
**Name of Transferor**

Name and Address where notices to transferee
should be sent:

21/F,Standard Chartered Tower,
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 38122
Amount of Claim: USD130,000
Date Claim Filed: 13 Oct 2009

Name and Address where transferee payments
should be sent (if different from above):

Phone: 852-94820620
Last Four Digits of Acct. #: 8852

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.                                    — 4 MAY 2011

By: _____   Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited          Ma Hing Chau
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 38056
should be sent:                                     Amount of Claim: USD64,332
                                                    Date Claim Filed: 13 Oct 2009
21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com                             Phone: _____
Last Four Digits of Acct #: 8881                    Last Four Digits of Acct. #: 8123

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____                                 Date: _____ 6 MAY 2011 _____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

### Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Name and Address where notices to transferee
should be sent:

21/F,Standard Chartered Tower,
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

_Ma Hing Chau_
Name of Transferor

Court Claim # (if known): 38057
Amount of Claim: USD64,030
Date Claim Filed: 13 Oct 2009

Phone: _____
Last Four Digits of Acct. #: 2123

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____   Date: — 4 MAY 2011
    Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,          Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited              Fung Chiu Sung Jeanetta
Name of Transferee                                                        Name of Transferor

Name and Address where notices to transferee              Court Claim # (if known): 47840
should be sent:                                                           Amount of Claim: USD 120,000

21/F,Standard Chartered Tower,                               Date Claim Filed: 27 Oct 2009
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com                                        Phone: 60886149
Last Four Digits of Acct #: 8881                                 Last Four Digits of Acct. #: 2793

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____          Date:_____ – 6 MAY 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,     Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited          CHAN SAI KIU
Name of Transferee                                               Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 47591
should be sent:                                  Amount of Claim: USD 64 232.—
21/F, Standard Chartered Tower,                  Date Claim Filed: 27 OCT 2008
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com                           Phone: 852 - 26347308
Last Four Digits of Acct #: 8881                  Last Four Digits of Acct. #: 2784

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.                                        ∞ 6 MAY 2011

By: X _____                              Date:
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.