**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | **Ref. Docket No. 19714** |

-----------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 6, 2011, I caused to be served the "Notice of Hearing on Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claim (Compound Claims)," dated September 6, 2011, to which is attached the "Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claim (Compound Claims)," dated September 6, 2011 [Docket No. 19714], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   b. delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

   c. enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed <u>Exhibit C</u>, and

   d. enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
8th day of September, 2011
/s/ *Eleni G. Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

**_Email Addresses_**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com

cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com

drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
econhen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com

jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com

jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com

mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com

ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com

schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
ssusman@susmangodfrey.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com

thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
wmerrill@susmangodfrey.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| 1EE LLC | STEVEN GOLDBERG, ESQ. WHITE & CASE LLP 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| 1EE LLC | 133 OLD GULPH ROAD WYNNEWOOD PA 19096 |
| AMAT, RICHARD J. | 49 MOUNT VIEW ROAD LONDON N44SS UNITED KINGDOM |
| APPLEGATE, AUSTIN L | 154 W 74TH ST APT 2B NEW YORK NY 10023 |
| ARAM, ROBERT G | 7 MEADOW LAKE DR HARDWICK NJ 07825 |
| BACCAR, SLIM | FLAT 8, 55 QUEEN'S GATE LONDON SW75JW UNITED KINGDOM |
| BAKER, LAURA | 410 EVERNIA ST APT 404 WEST PALM BCH FL 33401-5434 |
| BERMAN, EDWARD L. | 53 HIGH RIDGE ROAD MOUNT KISCO NY 10549 |
| BERNARD, MARY JOY | 104 STANLEY AVE 6401 NUTLEY NJ 07110 |
| BOUGHRUM, DONALD J. | 247 MONMOUTH AVE NAVESINK NJ 07752-0808 |
| BREINGAN, LARA PETTIT | 7A LOCUST LANE HUNTINGTON NY 11743 |
| BRYAN, LANCE | 1539 WOODRUFF AVE. APARTMENT 106 LOS ANGELES CA 90024 |
| BURKE, KENNETH C. | ZOAR DEVENISH ROAD ASCOT BERKSHIRE SL5 9QP UNITED KINGDOM |
| CALVERT, WILLIAM | 3848 ETHEL AVENUE STUDIO CITY CA 91604 |
| CALZADO CATALA, ANDRES | FLAT 37 LONDON HOUSE 7-9 AVENUE ROAD LONDON NW8 7PX UNITED KINGDOM |
| CARDENAS THORLUND, CRISTINA | FLAT 7 204 REGENT'S PARK ROAD LONDON NW18AE UNITED KINGDOM |
| CARNEVALE, TODD A | 10 HILLBURY ROAD ESSEX FELLS NJ 07021-1414 |
| CHAN, JOHNSON | 5 YORK ROAD H KOWLOON TONG HONG KONG |
| CHASE, CHRISTOPHER M | 510 BROWNING CT MILL VALLEY CA 94941-3716 |
| CLINE, LOLA B. | 501 SCENIC VIEW LANE CARROLLTON GA 30116 |
| COLOMBO, STEVEN J. | 99 WILDWOOD RD NEW ROCHELLE NY 10804-4732 |
| CUMMINGS-MOORE, PATRICIA | 3512 AVE K BROOKLYN NY 11210 |
| CUOMO, FRANK JR | 125 NORTH DR STATEN ISLAND NY 103055111 |
| D'ONOFRIO, PETE | 405 E 56TH ST APT 2J NEW YORK NY 10022-2469 |
| DALE, ROBERT | 24 LINDORE ROAD BATTERSEA LONDON SW11 1HJ UNITED KINGDOM |
| DEWITT, GERALDINE A | 545 LAKEVIEW DR. OLDSMAR FL 34677 |
| DOLAN, STEPHANIE E. | 120 WINCHIP RD SUMMIT NJ 07901-4143 |
| DONNELLY, MARY P. | 16 DAHILL ROAD OLD BETHPAGE NY 11804 |
| ELIAS, DAMIEN G. | 117 STONEHEDGE DRIVE CARLISLE PA 17015 |
| ELIZABETH DOWLING | 93 NORTH MAIN STREET PEARL RIVER NY 10965 |
| ESPINAL, ROSELIN | 5223 SKILLMAN AVE APT 3R WOODSIDE NY 11377-4190 |
| FERRARA, LAURA | 43 POLLY WAY MIDDLETOWN NJ 07748 |
| FINK, HELGA V. | 60 17 LINDEN ST RIDGEWOOD NY 11385 |
| FULLER, LEONARD M. | FULLER, LEONARD REBMATTLI 14 WILEN B WOLLERAU 8832 SWITZERLAND |
| FULLER, LEONARD M. | C/O WARTMANN & MERKER FRAUMUNSTERSTRASSE 29 ZURICH CH 8022 SWITZERLAND |
| GABRIEL, BEATRICE E. | 1380 DIPLOMAT DRIVE CUMMING GA 30041 |
| GALLO, HERVE | FLAT 58 CHARLES WORTH HOUSE 48 STANHOPE GARDENS LONDON SW7 5RD UNITED KINGDOM |
| GIACOMINO, STEFANO | FLAT E 28 REDCLIFFE GARDENS LONDON SW10 9HA UNITED KINGDOM |
| GIACOMINO, STEFANO | FLAT E 28 REDCLIFFE GARDENS LONDON, GT LON SW10 9HA UNITED KINGDOM |
| GOODMAN, JEFFREY | 1370 PELHAMDALE AVE PELHAM NY 10803 |
| GOURD, WILLIAM C | 480 OLD POST ROAD BEDFORD NY 10506 |
| GOVENDER, REUBEN | 46 E 92ND ST APT 3 NEW YORK NY 10128-1371 |
| GRIPPO, ANTHONY J. | 15 S BRAXMAR DRIVE HARRISON NY 10528 |
| GUNTHER, SUZANNE | 200 EAST 90TH STREET APT. 20H NEW YORK NY 10128 |
| HAFF, JANE T. | 14 CEDARHURST AVE P O BOX 900 POINT LOOKOUT NY 11569 |
| HARROD, CHRISTOPHER | 4-19-8-601 NISHI-AZABU 13 MINATO-KU 106-0031 JAPAN |
| HART, LESLIE A. | 9 KENSINGTON ROAD MADISON NJ 07940 |
| HAVEY, JOSEPH P. | 2555 SOUTH CODY WAY LAKEWOOD CO 80227-3107 |

| Claim Name | Address Information |
|---|---|
| HODGE, ANDREW J. | 75 WARRINGTON CRESCENT LITTLE VENICE LONDON W91EH UNITED KINGDOM |
| HU, ZHENGYUN | 30 COURTNEY GARDENS ESSEX UPMINISTER RM 141DD UNITED KINGDOM |
| JUSTUS, KARL | WOLFSGANGSTRASSE 81 HE FRANKFURT AM MAIN 60322 GERMANY |
| KAMEN, MICHAEL | 181 EAST 65TH STREET - APT. 24B NEW YORK NY 10065 |
| KENNEDY, ROXANNA | 38 RODWELL EAST DULWICH SE22 9LF UNITED KINGDOM |
| KENNEDY, STEPHANIE FALBO | 84 DEVOE ST BROOKLYN NY 11211 |
| KENWORTHY, MARY MATT | FOUR LOANTOWN ROAD REDDING CT 06896 |
| KEYS, PAUL J | FLAT 10 THE MANOR MANOR WAY LONDON SE23 3AT UNITED KINGDOM |
| KHADEM, VARQA KIYYAN | 2 PALM COURT 40-42 FITZJOHN'S AVENUE LONDON NW3 5LY UNITED KINGDOM |
| KNAUS, ROBERT | 13517 ARGO DRIVE DAYTON MD 21036 |
| KOBIELSKI, CAROL | 15 HOLIDAY LANE ENFIELD CT 06082 |
| KRIEGER, KAREN M. SIMON | 19 MARSHALL COURT GREAT NECK NY 11021 |
| KUANG, JENNIFER (YANG CHUN) | 1642 W. 9TH STREET APT. 4A BROOKLYN NY 11223 |
| LADANYI, CHRISTOPH M | 22 CHEYNE GARDENS LONDON SW3 5QT UNITED KINGDOM |
| LADANYI, CHRISTOPH M | CHRISTOPHE M LADANYI 22 CHEYNE GARDENS LONDON SW3 5QT UNITED KINGDOM |
| LEVINE, RICHARD S. | 85 CHESTNUT STREET, S LIVINGSTON NJ 07039 |
| LIOTTI, FABIO | 74 YORK MANSIONS PRINCE OF WALES DRIVE LONDON, GT LON SW11 4BW UNITED KINGDOM |
| LISTER, JAMES G. | 4 MAYFAIR ROAD ST. LOUIS MO 63124 |
| LUMPKINS, BRIGETTE | 515 WEST 52ND ST, APT. 21E NEW YORK NY 10019 |
| MAIDMAN, DAGNY C | 770 RHODE ISLAND ST. SAN FRANCISCO CA 94107 |
| MALIN, MARK C. | 240 CENTRE STREET, 2M NEW YORK NY 10013 |
| MARSAN, LAURENT | FLAT 4 MONTAGU HOUSE 109-113 WHITFIELD STREET LONDON W1T 4HJ UNITED KINGDOM |
| MAXWELL, KEVIN M. | 17 GRANVILLE WAY BASKING RIDGE NJ 07920 |
| MAZZIOTTI, MARIE | 461 WEST 44TH STREET #2D NEW YORK NY 10036-4416 |
| MCAULIFFE, JOHN | 317 AVENUE OF THE AMERICAS APT 1 NEW YORK NY 10014-4525 |
| MCGEARY, SEAN | 51 ARTIMAGE ROAD LONDON NW11 8QT UNITED KINGDOM |
| MCGINNIS, BRIAN | 474 GREENWICH ST. APT. 6N NEW YORK NY 10013 |
| MEDINA, RUTH A. | 218 MAGNOLIA PARK TRAIL SANFORD FL 32773 |
| MIAU, AN CHI | 58 OAKWOOD LANE ENGLEWOOD CLIFFS NJ 07632 |
| MITCHELL, STEVEN | 156 E 79TH ST #6B NEW YORK NY 10075 |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| MOORE, PATRICK HAMILTON | FLAT 54, RICHMOND HILL COURT RICHMOND SURREY TW10 6BE UNITED KINGDOM |
| MORGAN, JAMES | 600 HARBOR LIGHTS DRIVE SOUTHOLD NY 11971 |
| MULLEN, PETER D. | 22 PRINCES PINE ROAD NORWALK CT 06850 |
| NAHUM, ANTHONY | 56 NORTH GATE PRINCE ALBERT ROAD LONDON NW8 7EH UNITED KINGDOM |
| NGU, DIANE TRAN | 3720 DENTELLE DRIVE PLANO TX 75023 |
| O'SULLIVAN, THOMAS J. | 336 NASSAU AVE MANHASSET NY 11030 |
| OLLQUIST, THOMAS A. | 190 BEDELL AVENUE WEST HEMPSTEAD NY 11550 |
| PALMERI, MARIA | 188 BATHGATE STREET STATEN ISLAND NY 10312 |
| PARULEKAR, SANTOSH S | 37 CATHERINE COURT CEDAR GROVE NJ 07009 |
| PERLINA, TATYANA | 19 ELVIRA CT STATEN ISLAND NY 10306-1315 |
| PETTIT-BREINGAN, LARA A. | 7A LOCUST LANE HUNTINGTON NY 11743 |
| POLBENNIKOV,SIMON | 31 CHARNWOOD GARDENS LONDON, GT LON E14 9WD UNITED KINGDOM |
| PULMAN,CHRIS | FLAT 7 53 QUEENS GARDENS LONDON W2 3AF UNITED KINGDOM |
| QUAN, KEVIN JAY | 407 CENTRAL PARK WEST, APT 7C NEW YORK NY 10025 |
| RAU, WILLIAM I. | 4150 WHITEWATER CREEK RD, NW ATLANTA GA 30327 |
| RAUBACHER, JENNIE | A/K/A JENNIE CHEUNG 36 GRETEL COURT REDWOOD CITY CA 94061 |
| RAYMAN, LOUIS | 992 ALLAN COURT TEANECK NJ 07666 |
| REED, LISA H. | 4734 VINETA AVENUE LA CANADA FLINTRIDGE CA 91011 |

| Claim Name | Address Information |
|---|---|
| RINKOV, JOSHUA | 1730 N CLARK ST APT 2102 CHICAGO IL 60614-4863 |
| ROBSON-CANTY, GERALDINE D. | 63 BEECHWOOD TERRACE YONKERS NY 10705 |
| ROSATI, CLAIRE | 201 FALLBROOKE DR KENNETT SQ PA 19348-2688 |
| RUBIN, HAROLD M. | 66 LOCKWOOD ROAD SCARSDALE NY 10583 |
| RUGGIERO, ANTHONY | 17 WINCHESTER DRIVE HOWELL NJ 07731 |
| RUSSO, ROSARIO | 978 DAHILL ROAD BROOKLYN NY 11204 |
| SALVATORE, JULIANNE | 309 101ST STREET BROOKLYN NY 11209-8203 |
| SCHAEFER, SHEILA M | 117 WEST BAYBERRY ROAD ISLIP NY 11751-4914 |
| SERAYDAR, ROSE MRS | 525 NEPTUNE AVE. APT 22B BROOKLYN NY 11224-4020 |
| SHEFFER, SCOTT T. | 601 LONGCHAMPS DRIVE DEVON PA 19333 |
| SHERMAN, LINDA A. | 8775 S. CRESTHILL LANE HIGHLANDS RANCH CO 80130 |
| SHI, ZHIYONG | 9 ROSS AVE CHESTNUTRIDGE NY 10977 |
| SKOLNICK, WILLIAM | 68 SEACORD RD NEW ROCHELLE NY 10804 |
| SMITH, CARTER M. | 477 BROOME STREET #43 NEW YORK NY 10013 |
| SULLIVAN, KIM S. | 686 HERMITAGE CIR PALM BEACH GARDENS FL 33410 |
| TATTAN, DAVID EDWARD | 106 GINGER APARTMENTS CAYENNE COURT LONDON LONDON SE1 2PA UNITED KINGDOM |
| THOMPSON, DEREK | 6 BRANCH LANE STAMFORD CT 06903 |
| VALDERRAMA, YAGO | 41 THURLOE SQUARE LONDON,ANT SW7 2SR UNITED KINGDOM |
| VULAKH, NATALIE SAVIC | HKPARKVIEW,BLDG 16 - APT 1187 88 TAI TAM RESERVOIR,HAPPYVALLEY HONG KONG HONG KONG |
| WAINWRIGHT, CHRISTINE | 225 MOUNTAIN AVE PRINCETON NJ 08540 |
| WHITESTONE, RANDALL B | 94 SPRAGUE ROAD SCARSDALE NY 10583 |
| WILSON, THOMAS G. | 219 BEACH 99TH STREET ROCKAWAY PARK NY 11694 |
| WOLFE, SONDRA | 117 STONEHENDGE CARLISLE PA 17015 |

**Total Creditor count  120**