UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                        Debtors.                                 :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 19634-19640

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 6, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
9th day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 19634-19640_AFF_09-06-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BARCLAYS BANK PLC
        TRANSFEROR: SERENGETI OVERSEAS MM L.P.
        745 SEVENTH AVENUE
        NEW YORK NY 10019

Please note that your claim # 50717-09 in the above referenced case and in the amount of
      $6,094,683.30  Unliquidated     has been transferred **(unless previously expunged by court order)**

        ELLIOTT INTERNATIONAL, LP
        TRANSFEROR: BARCLAYS BANK PLC
        ATTN: MICHAEL STEPHAN
        712 FIFTH AVENUE, 35TH FL
        NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 19635    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/06/2011                              Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 6, 2011.

**EXHIBIT B**

```
TIME: 11:44:49                                          LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 09/06/11                                                 CREDITOR LISTING

Name                                    Address
BANCO DESIO E DELLA BRIANZA SPA         TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: MIDDLE OFFICE DEPT VIA ROVAGNATI 1 20033 DESIO - MB  ITALY
BARCLAYS BANK PLC                       TRANSFEROR: CNP ASSURANCES 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                       TRANSFEROR: SERENGETI OVERSEAS MM L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                       TRANSFEROR: SERENGETI PARTNERS, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
CREDITO PRIVATO COMMERCIALE SA          VIA ZURIGO 46 LUGANO  6901 SWITZERLAND
ELLIOTT ASSOCIATES, L.P.                TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019
ELLIOTT INTERNATIONAL, LP               TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FL NEW YORK NY 10019
HARVEST SS, LTD                         TRANSFEROR: YORVIK PARTNERS LLP ATTN: MARC SILEO 100 WEST PUTNAM AVENUE GREENWICH CT 06830
SERENGETI LYCAON MM L.P.                TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.         TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP     TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
YORVIK PARTNERS LLP                     TRANSFEROR: MIZRAHI TEFAHOT BANK, LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed      12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC