UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                                          :        (Jointly Administered)
                    Debtors.              :
                                          :
-----------------------------------------------------------------x   Ref. Docket Nos. 19641, 19646,
                                                                     19647, 19649-19655, 19658-19664,
                                                                     19667-19672, 19674-19677, 19679-
                                                                     19681, 18683-19685, 19687, 19690,
                                                                     19691, 19693, 19694, 19696-19698,
                                                                     19701

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 7, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
9th day of September, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 19641, 19646, 19647...19696-19698, 19701_AFF_09-07-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: STICHTING WAARDEPOT FINVESTOR
      745 SEVENTH AVENUE
      NEW YORK NY 10019
```

Please note that your claim # 46439-01 in the above referenced case and in the amount of
    $62,536.90       has been transferred **(unless previously expunged by court order)**

```
      VARDE FUND X (MASTER) LP, THE
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: EDWINA PJ STEFFER
      8500 NORMANDALE LAKE BLVD, STE 1500
      MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 19668   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/07/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 7, 2011.

# EXHIBIT B

```
TIME: 14:19:21                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 09/07/11                                         CREDITOR LISTING

Name                                    Address
BANCO ESPIRITO SANTO, S.A.              TRANSFEROR: STORDEN LIMITED PEDRO CRUCHINHO DEPARTMENTO FINANCEIRO, MERCADOS E ESTUDOS AV. LIBERDADE 195 1250-142 LISBOA PORTUGAL
BANCO ESPIRITO SANTO, S.A.              TRANSFEROR: STORDEN LIMITED PEDRO CRUCHINHO DEPARTMENTO FINANCEIRO, MERCADOS E ESTUDOS AV. LIBERDADE 195 1350-142 LISBOA PORTUGAL
BARCLAYS BANK PLC                       TRANSFEROR: STICHTING WAARDEPOT FINVESTOR 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                       TRANSFEROR: STICHTING WAARDEPOT FINVESTOR ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
CHAN KWOK FAI                           FLAT A 21/F BLOCK 1 BELLAGIO SHAM TSENG, NT  HONG KONG
CHAN LAI MAN                            FLAT C 37/F BLOCK 3 TREGUNTER 14 TREGUNTER PATH MID-LEVELS HK  HONG KONG
CHAN MEI LIN                            RM A-2 17/F LOK YUEN MANSION 1-2 KAU WAH KENG LAI CHI KOK KLN  HONG KONG
CHAN SAU CHU                            RM E6 10/F BLK E HANG CHIEN COURT 112 MEI KING STREET HUNG HOM, KLN  HONG KONG
CHAN WAI LING ANA                       ROOM 1407 WING HONG HOUSE FUK LOI ESTATE TSUEN WAN, NT  HONG KONG
CHAN YAU CHONG                          FLAT G 28/F TOWER 5 VISION CITY 1 YEUNG UK ROAD TSUEN WAN, NT  HONG KONG
CHAN YUEN MAN                           35/F FAR EAST FINANCE CENTRE 16 HARCOURT ROAD CENTRAL  HONG KONG
CHAN, CHUEN                             FLAT B 24/F KINGSTON HEIGHTS BELAIR GARDEN SHATIN NT  HONG KONG
CHAU, MO CHING                          FLAT B 16/F BRAEMAR HILL MANSIONS NO. 39 BRAEMAR HILL ROAD NORTH POINT HK  HONG KONG
CHEN LILY                               FLAT B 15/F PINE VIEW MIDVALE VILLAGE DISCOVERY BAY LANTAU ISLAND NT  HONG KONG
CHEUNG SHUN YU                          FLAT H 12/F BLOCK 3 CITY ONE SHATIN SHATIN, NT  HONG KONG
CHO HUNG FAI                            FLAT F 41/F BLOCK 5 METRO HARBOUR VIEW NO. 8 FUK LEE STREET TAI KOK TSUI, KLN  HONG KONG
CHOW PUI WAH                            FLAT E 8/F 244 PRINCE EDWARD ROAD WEST MONG KOK, KLN  HONG KONG
CHOW SUET YEE                           8/F PICO TOWER 66 GLOUCESTER ROAD WAN CHAI  HONG KONG
CHOW SUM                                FLT C 9/F YAT SING MANSION 49 TAI HONG STREET LEI KING WAN SAI WAN HO, HK  HONG KONG
CHOY SHU, WAH                           1/F NO. 12 KIANG SU STREET TO KWA WAN, KLN  HONG KONG
CHUI FOOK TIM                           FLAT F 10/F BLOCK 12 CITY GARDEN 233 ELECTRIC ROAD NORTH POINT HK  HONG KONG
CITIBANK PRIVATKUNDEN AG & CO. KGAA     PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA     ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
FUNG WAI YEE                            FLT 2 12/F SIU YIN HOUSE SIU HONG COURT TUEN MUN NT  HONG KONG
HEINE, ANDREAS                          TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA FEUERBACHWEG 39 ZWICKAU 08058 GERMANY
HO SAU LING ELSIE                       FLAT F 25/F BLOCK 1 NEPTUNE TERRACE 15 TAI MAN STREET CHAI WAN, HK  HONG KONG
HUI, JIANGTAO                           14/F BLOCK A NO. 39 KIN WAH STREET NORTH POINT  HONG KONG
HUNG TAM YUEN                           6TH STREET SECTION M 88 FAIRVIEW PARK YUEN LONG, NT  HONG KONG
KONG CHOR LAM                           FLAT D 12/F TOWER 2 ROYAL SEA CREST 8 LUNG TANG ROAD SHAM TSENG NT  HONG KONG
KUNG SUI, LING                          ROOM 12 G/F SHUN FUNG BUILDING 9 FUNG YAU STREET NORTH YUEN LONG, NT  HONG KONG
LAI FUNG, YING / LAI YIN, FONG          NO 14 9TH STREET SECTION F FAIR VIEW PARK YUEN LONG  NT HONG KONG
LAI SAU, FUNG                           SHOP B4 NING YEUNG TERRACE 78 BONHAM ROAD MID LEVELS  HK HONG KONG
LAI SHUM                                73 LYCHEE ROAD SOUTH FAIRVIEW PARK YUEN LONG  NT HONG KONG
LAM PING MAN                            FLAT F 17/F BLOCK 1 BELVEDERE GARDEN PHASE 3 TSUEN WAN NT  HONG KONG
LAU KWAI FOON                           RM 805 LUNG ON HOUSE LOWER WONG TAI SIN ESTATE KLN  HONG KONG
LAW SAI LOK                             RM 1517 PIK FUNG HOUSE FUNG TAK ESTATE DIAMOND HILL KOWLOON  HONG KONG
LEE HAENG JO                            FLAT 1, 1ST FLOOR BLOCK C MEI FAI HOUSE YUE FAI COURT SHEK PAI WAN ABERDEEN  HONG KONG
LEE SUK, PING                           ROOM 5-10 11/F CCT TELECOM BUILDING 11 WO SHING STREET SHATIN, NT  HONG KONG
LEE WAI FONG                            FLAT H 14/F BLOCK 5 JUBILANT PLACE 99 PAU CHUNG STREET TO KWA WAN, KLN  HONG KONG
LEUNG CHI KWONG                         FLAT D 26/F BLOCK 1 GRAND PACIFIC VIEWS PALATIAL COAST CASTLE PEAK TUEN MUN HONG KONG
LEUNG PING HUNG                         FLAT A 1/F BLOCK 6 LOCWOOD COURT KINGSWOOD VILLAS TIN SHUI WAI, NT  HONG KONG
LI CHUI HA                              ROOM 1905 HIN WAN HOUSE HIN KENG ESTATE SHATIN NT  HONG KONG
LI FUN HUNG                             FLAT D 6/F BLK 1 ACADEMIC TERRACE NO. 101 POKFULAM RD POKFULAM HK  HONG KONG
LI JINGKANG                             ROOM 1407 BLOCK G ZUAN SHI BUILDING NO. 16 WEN LONG STREET FOSHAN GUANGDONG  CHINA
LI SHU CHI                              ROOM 3A FULLVIEW COURT 32 FORTRESS HILL ROAD NORTH POINT HK  HONG KONG
LIN CHUN                                FLAT D 19/F BLOCK 4 RICHLAND GARDEN KOWLOON BAY KLN  HONG KONG
LIU XIN                                 ROOM 46, 21/F BLOCK A THE REPULSE BAY APARTMENTS 101 THE REPULSE BAY ROAD HONG KONG  HONG KONG
LO WING, JOE                            FLAT D 23/F BLOCK 2 SHAM WAN TOWERS NO. 3 AP LEI CHAU DRIVE AP LEI CHAU  HONG KONG
LOW KONG SIONG                          FLT D 9/F BLK 7 VILLA ESPLANADA 8 NGA YING CHAU STREET TSING YI, NT  HONG KONG
LUI WAI OI / LUI TAT CHUNG ALLAN        FLAT D 30/F BLOCK 1 LUNG FAI GARDEN 455 QUEEN'S ROAD WEST SAI YING PUN HK  HONG KONG
LUI YUEN SAN                            LETTER BOX 100 18 NAM SHAN SUN TSUEN SAI KUNG  NT HONG KONG
POON KI, CHEONG                         TRANSFEROR: CHAN KWOK FAI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG)
LIMITED
STANDARD CHARTERED BANK (HONG KONG)     TRANSFEROR: CHAN MEI LIN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG  HONG KONG
LIMITED

                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:19:21                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:  2
DATE: 09/07/11                                         CREDITOR LISTING

Name                                            Address
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: CHAN SAU CHU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: CHAN YUEN MAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: CHAN, CHUEN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: CHEN LILY 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: CHOW SUET YEE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: CHOW SUM 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: LAI SAU, FUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: LEE HAENG JO 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: LEE SUK, PING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: LIN CHUN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: LIU XIN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: LOW KONG SIONG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: LUI YUEN SAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: TAO KAI HUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: WONG LAN FONG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: WU SIU YIN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: YEUNG NGAN SAI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LIMITED     TRANSFEROR: YIU LAM 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHAN LAI MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHAN WAI LING ANA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHAN YAU CHONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHAU, MO CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHEUNG SHUN YU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHO HUNG FAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHOW PUI WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHOY SHU, WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHUI FOOK TIM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: FUNG WAI YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: HO SAU LING ELSIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: HU, JIANGTAO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: HUI, CHUNG LAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: HUNG TAM YUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: KONG CHOR LAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: KUNG SUI, LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LAI FUNG, YING / LAI YIN, FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LAI SHUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LAM PING MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LAU KWAI FOON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
```

```
TIME: 14:19:21                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   3
DATE: 09/07/11                                         CREDITOR LISTING

Name                                                    Address
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LAW SAI LOK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LEE WAI FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LEUNG CHI KWONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LEUNG PING HUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LI CHUI HA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LI FUN HUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LI JINGKANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LI SHU CHI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LO WING, JOE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LUI WAI OI / LUI TAT CHUNG ALLAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: POON KI, CHEONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: SUNG HUI CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: TAM PONG KO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: TANG TAT PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: TAY MING KUT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: WONG MAN ON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: WONG SIU YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: YIM KA WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: YIU SUK YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: ZHENG YUNLEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STICHTING WAARDEPOT FINVESTOR                           TRANSFEROR: AVANT B.V. ATTN: MR. ARCO KRIJGSMAN FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT    THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR                           TRANSFEROR: DE GRAAFF, J. ATTN: MR. ARCO KRIJGSMAN FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT    THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR                           TRANSFEROR: DE KROSSE, MARTINUS, BERNARDUS, ALBERTUS, MARIA C/O FINVESTOR BV ATTN: MR. ARCO KRIJGSMAN MALIEBAAN 70 UTRECHT 3581 CV THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR                           TRANSFEROR: GOEDHART PARTICIPATIES B.V. C/O FINVESTOR BV ATTN: MR. ARCO KRIJGSMAN MALIEBAAN 70 UTRECHT 3581 CV THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR                           TRANSFEROR: HENSEN, J.R. ATTN: MR. ARCO KRIJGSMAN C/O FINVESTOR BV MALIEBAAN 70 3581 CV THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR                           TRANSFEROR: HOOGSTRATE, JAN ATTN: MR. ARCO KRIJGSMAN FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT    THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR                           TRANSFEROR: LUBBE-VAN PAASSEN, J.C.M. ATTN: MR. ARCO KRIJGSMAN C/O FINVESTOR BV MALIEBAAN 70 UTRECHT 3581 CV THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR                           TRANSFEROR: MEESTERS-BROOYMANS, T.H. C/O FINVESTOR BV ATTN: MR. ARCO KRIJGSMAN MALIEBAAN 70 UTRECHT 3581 CV THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR                           TRANSFEROR: MERCURIUS BELEGGINGMAATSCHAPPIJ B.V. ATTN: MR. ARCO KRIJGSMAN FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT    THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR                           TRANSFEROR: OUDSHOORN, L. ATTN: MR. ARCO KRIJGSMAN C/O FINVESTOR BV MALIEBAAN 70 UTRECHT 3581 CV THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR                           TRANSFEROR: WILLEMSEN GEMERT PENSIOEN BV C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: MR. ARCO KRIJGSMAN MALIEBAAN 70 UTRECHT 3581 CV THE NETHERLANDS
STONEHILL INSTITUTIONAL PARTNERS, L.P.                  TRANSFEROR: YORVIK PARTNERS LLP C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                              TRANSFEROR: YORVIK PARTNERS LLP C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STORDEN LIMITED                                         BES SFE-ES AV MIGUEL DANTAS - EDIFICIO STATUS VALENCA DO MINHO   4930-678 PORTUGAL
SUNG HUI CHING                                          FLAT A 15/F THE BLOOMSVILLE 51 NGA TSIN WAI ROAD KOWLOON TONG, KLN    HONG KONG
TAM PONG KO                                             FLAT A 7/F BLOCK 4 BELAIR MONTE FANLING NT    HONG KONG
TANG TAT PING                                           1/F 217 HANG MEI TSUEN PING SHAN YUEN LONG, NT    HONG KONG
TAO KAI HUNG                                            FLAT 5 32/F KAM SHUN HOUSE KAM YING COURT MA ON SHAN, NT    HONG KONG
TAY MING KUT                                            FLAT 8 8/F BLOCK A BRILLIANT GARDEN 250 CASTLE PEAK ROAD TUEN MUN, NT    HONG KONG
THE VARDE FUND X (MASTER), L.P.                         TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) MAS                TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)                    TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                    TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
MASTER, L.P.
WONG LAN FONG                                           FLAT G 38/F BLK 5 BELVEDERE GARDENS PHASE 2 TSUEN WAN, NT    HONG KONG
WONG MAN ON                                             FLAT F 33/F BLOCK 16 8 LAGUNA VERDE AVENUE HUNG HOM KOWLOON    HONG KONG
WONG SIU YIN                                            17/F B BLK 12A PROVIDENT CENTRE NORTH POINT    HONG KONG
WU SIU YIN                                              FLT 3 19/F BLK A AMOY GARDEN KWUN TONG, KLN    HONG KONG
YEUNG NGAN SAI                                          FLAT E 14/F BLOCK 6 SCENEWAY GARDEN LAM TIN, KLN    HONG KONG
YIM KA WAI                                              161 TONG SHEUNG TSUEN LAM TSUEN TAI PO, NT    HONG KONG
YIU LAM                                                 RM 2532 25/F SKYLARK HOUSE SHA KOK ESTATE SHA TIN NT    HONG KONG

                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| YIU SUK YEE | FLAT C 3/F CHUNG SHAN HOUSE 2-10 GOUGH ST CENTRAL HK   HONG KONG |
| YORVIK PARTNERS LLP | TRANSFEROR: BANCO ESPIRITO SANTO S.A., SUCURSAL EN ESPANA 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: BANCO ESPIRITO SANTO S.A., SUCURSAL EN ESPANA ATTN: LISA KING 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA ATTN: LISA KING 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM |
| ZHENG YUNLEI | ROOM 603 6/F BLOCK 40 858 WAN HANG OU ROAD JIN AN DISTRICT SHANGHAI   200042 CHINA |

Total Number of Records Printed      149