# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

September 12, 2011

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")**
     **Twenty-second Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the twenty-second) to the Court pursuant to Order ¶13. Debtors will file this report on the docket in advance of the September 14, 2011 omnibus hearing.

In the just-ended 31-day period, Debtors have served six additional ADR Notices, bringing the total number of such notices served to 164 on 190 counterparties. Also during the immediately past reporting period, Debtors achieved settlements with counterparties in two additional ADR matters, one as a result of mediation. Upon closing of that settlement, Debtors will have received an aggregate total of $900,261,616.55 new dollars for the Debtors' estates. Settlements have now been achieved in 101 ADR matters involving 114 counterparties.

Honorable James M. Peck  **Weil, Gotshal & Manges LLP**
September 12, 2011
Page 2

To date, of the 55 ADR matters that have reached the mediation stage and have been concluded, 50 have been settled in mediation. Only five mediations have terminated without settlement. Thirteen additional mediations have been scheduled to commence on the following dates: September 8 (2), 9, 12, 15, 22 and 23; October 4, 5 and 27; and November 1, 7 and 10, 2011.

Respectfully submitted,

*Peter Gruenberger (mp)*

Peter Gruenberger
WEIL, GOTSAHL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc: Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)