**EXHIBIT B**
B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**

**Southern District of New York**

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. | Case No. <u>08-13555 (JMP)</u> (Jointly Administered) |
| In re <u>Lehman Brothers Special Financing Inc.</u>, Debtor | Case No. <u>08-13888(JMP)</u> |

To the Debtors and the Bankruptcy Court:

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| <u>SPCP Group, LLC</u> | <u>Goldman Sachs Lending Partners LLC</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

SPCP Group, LLC
Two Greenwich Plaza
Greenwich, CT 06830
Attn: Brian Jarmain
Email: bjarmain@silverpointcapital.com

With a copy to:

Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

Court Claim # (if known): <u>66107 (which amended 33613)</u>
Amount of Claim: <u>$5,000,000.00</u>
Date Claim Filed: <u>January 12, 2010 (originally filed September 18, 2009)</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

8

663392v.4 153/05693

NYC:225004.1

Phone: _____       Phone: _____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: _____
    Transferee/Transferee's Agent
    Michael A. Gatto
    Authorized Signatory

By: _____      Date: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

9

663392v.4 153/05693

NYC:225004.1