B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Farallon Capital Institutional Partners III, L.P.     Mr. Andres P. Meta, and Mr. Nicolas Coyan
Name of Transferee                                     Name of Transferors

Name and Address where notices to transferee          Court Claim # (if known): 16001
should be sent:                                        Amount of Claim Transferred: (2.24% of amount
                                                       of Claim as set forth in Proof of Claim)
Farallon Capital Management, L.L.C.                    Date Claim Filed: 9/18/09
One Maritime Plaza, Suite 2100                         Debtor: Lehman Brothers Holdings Inc.
San Francisco, CA 94111
Attn: Anatoly Bushler & Kristen Biniek

Phone: +1 415-421-2132                                 Phone: _____
Last Four Digits of Acct #: _____            Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

681450v.1 344/00402

By: _____    Date: SEP 7 2011
Name of Transferee/Transferee's Agent

Rajiv A. Patel
Managing Member

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

_____
Andres P. Meta

_____
Nicolás Coyan
Transferor/Transferor's Agent

681450v.1 344/00402

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Farallon Capital Institutional Partners III, L.P. | Mr. Andres P. Meta, and Mr. Nicolas Coyan |
|---|---|
| Name of Transferee | Name of Transferors |

Name and Address where notices to transferee should be sent:

Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Anatoly Bushler & Kristen Biniek

Court Claim # (if known): 16000
Amount of Claim Transferred: (2.24% of amount of Claim as set forth in Proof of Claim)
Date Claim Filed: 9/18/09
Debtor: Lehman Brothers Commercial Corporation

Phone: +1 415-421-2132
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

681454v.1 344/00402

By: _____     Date: SEP 7 2011
Name of Transferee/Transferee's Agent
Rajiv A. Patel
Managing Member

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

_____
Andres P. Meta

_____
Nicolas Coyan
Transferor/Transferor's Agent

681454v.1 344/00402