B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Farallon Capital Institutional Partners II, L.P.         Mr. Andres P. Meta, and Mr. Nicolas Coyan
Name of Transferee                                        Name of Transferors

Name and Address where notices to transferee              Court Claim # (if known): 16001
should be sent:                                           Amount of Claim Transferred: (1.76% of amount
                                                          of Claim as set forth in Proof of Claim)
Farallon Capital Management, L.L.C.                       Date Claim Filed: 9/18/09
One Maritime Plaza, Suite 2100                            Debtor: Lehman Brothers Holdings Inc.
San Francisco, CA 94111
Attn: Anatoly Bushler & Kristen Biniek

Phone: +1 415-421-2132                                    Phone: _____
Last Four Digits of Acct #: _____                Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

681446v.1 344/00402

By: _____     Date: SEP  7 2011
Name of Transferee/Transferee's Agent
Rajiv A. Patel
Managing Member

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

_____
Andres P. Meta

_____
Nicolas Coyan
Transferor/Transferor's Agent

681446v.1 344/00402

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Farallon Capital Institutional Partners II, L.P.         Mr. Andres P. Meta, and Mr. Nicolas Coyan
Name of Transferee                                       Name of Transferors

Name and Address where notices to transferee             Court Claim # (if known): 16000
should be sent:                                          Amount of Claim Transferred: (1.76% of amount
                                                         of Claim as set forth in Proof of Claim)
Farallon Capital Management, L.L.C.                      Date Claim Filed: 9/18/09
One Maritime Plaza, Suite 2100                           Debtor: Lehman Brothers Commercial Corporation
San Francisco, CA 94111
Attn: Anatoly Bushler & Kristen Biniek


Phone: +1 415-421-2132                                   Phone:
Last Four Digits of Acct #:                              Last Four Digits of Acct. #:


Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


681457v.1 344/00402

By: _____    Date: SEP 7 2011
 Name of Transferee/Transferee's Agent
 Rajiv A. Patel
 Managing Member

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

_____
Andres P. Meta

_____
Nicolas Coyan
Transferor/Transferor's Agent

681457v.1 344/00402