B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Farallon Capital Offshore Investors II, L.P. | Mr. Andres P. Meta, and Mr. Nicolas Coyan |
|---|---|
| Name of Transferee | Name of Transferors |

Name and Address where notices to transferee should be sent:

Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Anatoly Bushler & Kristen Biniek

Court Claim # (if known): 16001
Amount of Claim Transferred: (41.78% of amount of Claim as set forth in Proof of Claim)
Date Claim Filed: 9/18/09
Debtor: Lehman Brothers Holdings Inc.

Phone: +1 415-421-2132
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

681447v.1 344/00402

By: _____

Date: SEP  7 2011 _____

Name of Transferee/Transferor's Agent
Managing Member

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

_____
    Andres P. Meta

_____
    Nicolas Coyan

Transferor/Transferor's Agent

681447v.1 344/00402

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Farallon Capital Offshore Investors II, L.P. | Mr. Andres P. Meta, and Mr. Nicolas Coyan |
| Name of Transferee | Name of Transferors |

Name and Address where notices to transferee should be sent:

Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Anatoly Bushler & Kristen Biniek

Court Claim # (if known): 16000
Amount of Claim Transferred: (41.78% of amount of Claim as set forth in Proof of Claim)
Date Claim Filed: 9/18/09
Debtor: Lehman Brothers Commercial Corporation

Phone: +1 415-421-2132
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

681456v.1 344/00402

By: _____       Date: SEP  7 2011
     Name of Transferee/Transferee's Agent
                                            _____

        Rajiv A. Patel
        Managing Member
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

_____
    Andres P. Mata

_____
    Nicolas Coyan
Transferor/Transferor's Agent

681456v.1 344/00402