WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William F. Dahill
Michael C. Ledley

Counsel for the SASCO Defendants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* |  |
|  | **CERTIFICATE OF SERVICE** |
| Debtors. |  |

     I, Michael C. Ledley, hereby certify under the penalty of perjury that:

     1.    I am an attorney with the firm Wollmuth Maher & Deutsch LLP (the "Firm").

     2.    On the September 8, 2011, I caused true and correct copies of the Objection of the SASCO Defendants to the Motion of the Equity/Debt Defendants, Pursuant to Section 362 of the Bankruptcy Code, for an Order Modifying the Automatic Stay to Allow Settlement Payment Under Directors and Officers Insurance Policy to Settle the Equity/Debt Class Action, dated September 8, 2011 (the "Objection"), through the Court's CM/ECF system upon all registered electronic filers appearing in this case, and VIA FEDERAL EXPRESS upon the following:

          The Chambers of the Honorable James M. Peck
          One Bowling Green
          Courtroom 601
          New York, New York 10004

> The United States Trustee
> 33 Whitehall Street
> 21st Floor
> Attn: Andy Velez-Rivera, Esq
> New York, New York 10004
>
> Richard P. Krasnow, Esq.
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York New York 10153
>
> *Attorneys for Debtors*
>
> Dennis F. Dunne, Esq.
> Milbank, Tweed, Hadley & McCloy LLP
> 1 Chase Manhattan Plaza
> New York, New York 10005
>
> *Attorneys for Creditors' Committee*

3. On September 8, 2011, William A. Maher, Esq. a member of the Firm, sent true and correct copies of the Objection by electronic mail, on which I was copied, to the following parties: patricia.hynes@newyork.allenovery.com; todd.fishman@newyork.allenovery.com; andrew.levander@dechert.com; kathleen.massey@dechert.com; adam.wasserman@dechert.com; audrey.strauss@friedfrank.com; israel.david@friedfrank.com; rcleary@proskauer.com; mdavidson@proskauer.com; mchepiga@stblaw.com; mmcgarry@stblaw.com; khnatt@willkie.com; michael.morabito@xlgroup.com; gary.dixon@troutmansanders.com; stacey.mcgraw@troutmansanders.com; meredith.werner@troutmansanders.com; smckelvey@chubb.com; stephen.davidson@dlapiper.com; miles.norton@dlapiper.com; holly.hotchkiss@cna.com; david.philips@cna.com; dstandish@wileyrein.com; wsmith@wileyrein.com; mmartin@wileyrein.com; kmelvin@wileyrein.com; robert.a.denton@marshoperations.co.uk; arthur.washington@mendes.com; pamela.passarello@mendes.com; edward.kirk@clydeco.us; allison.calkins@clydeco.us; lgalowich@clausen.com; dlynch@hcc-global.com; dawn.ballin@zurichna.com;

robert.eblin@baileycavalieri.com; thomas.geyer@baileycavalieri.com;

jhuberty@wwmlawyers.com; pmatousek@wwmlawyers.com; wzeller@wwmlawyers.com;

gcarver@travelers.com; timothy.vazquez@axiscapital.com; ofarashahi@batescarey.com;

cmadden@batescarey.com; carla.caliendo@libertyiu.com; mjbarry@damato-lynch.com;

ccasavant@damato-lynch.com; ccinardo@archinsurance.com; jrodriguez@archinsurance.com;

ayana.harvey@awac.com; jan.haylett@awac.com; mccarrickj@whiteandwilliams.com;

pessom@whiteandwilliams.com; simnowitzd@whiteandwilliams.com;

kmcnally@endurance.bm; jonathan.meer@wilsonelser.com; scott.schaffer@wilsonelser.com;

david.sheiffer@wilsonelser.com; mark.deifik@chartisinsurance.com;

cheryl.katz@chartisinsurance.com; barrie.mancell@axis.bm; andrea.browne@axis.bm;

alicia.santocki@wilsonelser.com; sfahy@rsui.com.

Dated: September 12, 2011

                                        _____/s/ Michael C. Ledley_____
                                              Michael C. Ledley