HEARING DATE AND TIME: October 27, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: October 13, 2011 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' ONE HUNDRED AND NINETIETH OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, JENNIFER N. GANESH, AT 212-310-8644.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED AND NINETIETH
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY SECURITY CLAIMS)**

**PLEASE TAKE NOTICE** that on September 12, 2011, Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors in possession (collectively, the "Debtors"), filed their one hundred and ninetieth omnibus

objection to claims (the "Debtors' One Hundred And Ninetieth Omnibus Objection to Claims"),

and that a hearing (the "Hearing") to consider the Debtors' One Hundred And Ninetieth

US_ACTIVE:\43800553\02\58399.0003

Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **October 27, 2011 at 10:00 AM (prevailing Eastern Time),** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One Hundred And Ninetieth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than **October 13, 2011 at 4:00 PM (prevailing Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' One Hundred And Ninetieth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' One Hundred And Ninetieth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: September 12, 2011
      New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession

**HEARING DATE AND TIME: October 27, 2011 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: October 13, 2011 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                        Debtors.                   :    (Jointly Administered)
-------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED AND NINETIETH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY SECURITY CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS ONE HUNDRED AND NINETIETH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, JENNIFER N. GANESH, AT 212-310-8644.**

---

1

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

### Relief Requested

1. The Debtors file this omnibus objection to claims (the "One Hundred And Ninetieth Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to disallow and expunge the claims identified on Exhibit A (the "No Liability Security Claims") on the grounds that the Debtors have no liability for such claims.

2. The Debtors reserve all their rights to object on any basis to any No Liability Security Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

3. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4. Commencing on September 15, 2008 and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule

2

1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

6. On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to LBI. A trustee appointed under SIPA is administering LBI's estate.

7. On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner. The Examiner filed its report with the Court on March 11, 2010 pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8. On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to up to 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

### The No Liability Security Claims Should Be Disallowed and Expunged

9. Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). A proof of claim is "deemed allowed, unless a party in interest objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the

3

burden to demonstrate the validity of the claim. *See In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

10. In the Debtors' review of the claims filed by holders of certain debt securities (the "Security Holders"), the Debtors have identified the No Liability Security Claims as claims that should be disallowed and expunged because either: (i) the securities underlying the No Liability Security Claims are issued by non-debtor entities and the Debtors do not owe any obligations under such securities; (ii) the securities underlying the No Liability Security Claims have matured and the obligor has satisfied all obligations on such securities; or (iii) the Security Holders have asserted a claim for the they loss incurred when they sold a security on which LBHI may have been an obligor, however, the Debtors are not liable to the Security Holder for any losses involved.

11. Unless the No Liability Security Claims are disallowed and expunged, the potential exists for recoveries by parties that do not hold valid claims against the Debtors' estates. Thus, the Debtors request that the Court enter an order disallowing and expunging the No Liability Security Claims listed on Exhibit A.

### Reservation of Rights

12. The Debtors reserve all rights to object on any basis to any No Liability Security Claim as to which the relief requested herein is not granted.

### Notice

13. No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this objection, in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative

4

procedures [Docket No. 9635], on: (i) each claimant listed on Exhibit A; (ii) the U.S. Trustee; (iii) the attorneys for the Creditors' Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these chapter 11 cases. The Debtors submit that no other or further notice need be provided.

14. No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: September 12, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

5

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS 190: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | AVCO CHEMICALS LTD.<br>PO BOX 50377<br>TEL AVIV, 61503<br>ISRAEL | 08-13555 (JMP) | 03/10/2009 | 3267 | Undetermined | No Liability Claim |
| 2 | AVDINCO LTD.<br>2 KAUFMAN ST.<br>TEL AVIV, 68012<br>ISRAEL | 08-13555 (JMP) | 03/10/2009 | 3266 | Undetermined | No Liability Claim |
| 3 | AVDINCO PROPERTIES LTD.<br>PO BOX 50377<br>TEL AVIV, 61503<br>ISRAEL | 08-13555 (JMP) | 03/10/2009 | 3272 | Undetermined | No Liability Claim |
| 4 | BIALIK, LEON<br>RECANATY ST # 4<br>APT. 60<br>TEL AVIV, 69494<br>ISRAEL | | 09/22/2009 | 33151 | $50,479.93 | No Liability Claim |
| 5 | CHAUDHRY, ANOOP<br>C1, 8/F, UNIVERSITY HEIGHTS<br>42-44 KOTEWALL ROAD<br>MID-LEVELS<br>HONG KONG | | 08/28/2009 | 9603 | $64,516.13 | No Liability Claim |
| 6 | CLAVIN, LINDA<br>340 7TH STREET-APT. D<br>BRIGANTINE, NJ 08203-6405 | | 09/22/2009 | 32481 | $15,000.00 | No Liability Claim |
| 7 | DAHAN, SIMON<br>ISAAC MODAI 3<br>GUIVAT SHMUEL,<br>ISRAEL | | 09/21/2009 | 26289 | $107,000.00 | No Liability Claim |
| 8 | DIBERNARDO, NINA<br>729 BYNNER DRIVE<br>SAN PEDRO, CA 90732 | | 09/18/2009 | 19387 | $60,000.00 | No Liability Claim |

US_ACTIVE:\43803539\01\58399.0003

## OMNIBUS 190: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 9 | DREYFUS FAMILY LTD PARTNERSHIP<br>SANDY DREYFUS GP<br>21205 YACHT CLUB DRIVE # 1508<br>AVENTURA, FL 33180-4056 | | 10/17/2008 | 245 | $49,000.00 | No Liability Claim |
| 10 | EPILEPSY FOUNDATION GREATER LOS ANGELES<br>ATTN: DARLENE BARIS, VICE PRESIDENT, WELLS FARGO, TRUSTEE<br>5777 WEST CENTURY BLVD, STE 820<br>LOS ANGELES, CA 90045 | | 09/18/2009 | 16182 | $91,925.00 | No Liability Claim |
| 11 | EVEN-ZOHAR, REBECCA &<br>EVEN-ZOHAR, YEHUDA<br>81 IRVING PLACE / 9D<br>NEW YORK, NY 10003 | | 09/18/2009 | 17618 | Undetermined[1] | No Liability Claim |
| 12 | FARGLORY LIFE INSURANCE CO., LTD<br>18 FL., NO. 200, KEELUNG RD., SEC. 1<br>TAIPEI<br>TAIWAN, 110<br>CHINA | 08-13555 (JMP) | 11/05/2008 | 501 | $5,000,000.00[2] | No Liability Claim |
| 13 | HAMPTON JR, RUSSEL S & JANICE HAMPTON<br>6150 MALVERN AVENUE<br>ALTA LOMA, CA 91937-3736 | | 08/20/2009 | 8846 | $20,000.00 | No Liability Claim |

---

[1] The portion of Claim 17618 relating to CUSIP 52520X208 was previously expunged by Debtors' Ninety-Fourth Omnibus Objection to Claims.
[2] The portion of Claim 501 relating to CUSIP 5252M0FD4 in the amount of $5,000,000.00 has previously been expunged by the Debtors' Sixty-Sixth Omnibus Objection to Claims.

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS 190: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 14 | JEYDEL, PATRICIA K.<br>616 SOUTH ORANGE AVE APT 4L<br>MAPLEWOOD, NJ 07040-1040 | 08-13555 (JMP) | 09/15/2009 | 12738 | $77,000.00[3] | No Liability Claim |
| 15 | JOHNSON, RAY L. AND BETTY J. JOHNSON<br>1675 BENIK RD<br>LA HABRA HTS, CA 90631 | 08-13555 (JMP) | 08/07/2009 | 7653 | $50,000.00*[4] | No Liability Claim |
| 16 | LAKE, YVONNE<br>5830 KEAN ROAD<br>WESTERVILLE, OH 43082 | 08-13555 (JMP) | 05/04/2009 | 4115 | $10,000.00 | No Liability Claim |
| 17 | LONGCHAMP FINANCE CORP.<br>LUZ HELENA VILLALOBOS<br>PO BOX 5206-86<br>DEPT 0280<br>MIAMI, FL 33152 | 08-13555 (JMP) | 02/13/2009 | 2754 | $100,000.00[5] | No Liability Claim |
| 18 | MARSHALL & ILSLEY TRUST COMPANY N. A.<br>AS CUSTODIAN<br>ATTN: GAYLE ROBINSON, GENERAL COUNSEL<br>11 EAST KILBRON AVENUE, SUITE 200<br>MILWAUKEE, WI 53202 | 08-13555 (JMP) | 09/22/2009 | 32080 | Undetermined | No Liability Claim |

[3] The portion of Claim 12738 relating to CUSIP 52519Y209 in the amount of $15,005.00 has previously been expunged by the Debtors' Sixty-Sixth Omnibus Objection to Claims.

[4] The portion of Claim 7653 related to CUSIP 52519Y209 in the amount of $4,971.24 was previously expunged by the Debtors' Forty-Ninth Omnibus Objection to Claims.  The Debtors seek to expunge the amounts asserted by Claim 7653 under the issuance identified as Lehman Cmrcl CD.

[5] The Debtors seek to expunge the portion of Claim 2754 related to CUSIP US52519HW864 in the amount of $50,000.00. The portion of Claim 2754 relating to CUSIP 5252M0DK0 in the amount of $100,000.00 was previously expunged by the Debtors' Sixty-Sixth Omnibus Objection to Claims. The portion of Claim 2754 relating to ISIN XS0209198927 in the amount of $50,000.00 is not affected by this Objection and the Debtors reserve the right to object to the remaining portion of said claim in the future.

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS 190: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 19 | MARSHALL & ILSLEY TRUST COMPANY N.A. AS CUSTODIAN<br>ATTN: GAYLE ROBINSON, GENERAL COUNSEL<br>111 EAST KILBOURN AVENUE, SUITE 200<br>MILWAUKEE, WI 53202 | 08-13555 (JMP) | 09/22/2009 | 32522 | Undetermined[6] | No Liability Claim |
| 20 | MERCHANT CAPITAL, LLC<br>LAKEVIEW CENTER, SUITE 400<br>2660 EASTCHASE LANE<br>MONTGOMERY, AL 36117 | | 08/07/2009 | 7597 | $102,971.73 | No Liability Claim |
| 21 | MEREDITH EXEMPT TRUST<br>C/O DAVID PENCE, VICE PRESIDENT, WELLS FARGO BANKS, TRUSTEE<br>433 N. CAMDEN DR., SUITE 1200<br>BEVERLY HILLS, CA 90210 | | 09/18/2009 | 16181 | $47,270.00 | No Liability Claim |
| 22 | MEREDITH MARITAL TRUST<br>C/O DAVID PENCE, VICE PRESIDENT, WELLS FARGO BANKS, TRUSTEE<br>433 N. CAMDEN DR., SUITE 1200<br>BEVERLY HILLS, CA 90210 | | 09/18/2009 | 16180 | $94,540.00 | No Liability Claim |

---

[6] The Debtors seek to expunge the portions of Claim 32522 related to CUSIPs 464287226, 464288646, 57060U845 and S86228210, 2521EPX2, 51519HPH4, 52519C3U0, 52519C5B0, 52519CJ74, 52519CM21, 52519CM62, 52519CQ35, 52519CV70, 52519H3P0, 52519HAN7, 52519HD95, 52519HM95, 52519HM98, 52519HPX9, 52519HQA8, 52519HUG0, 52519HWA1, 52519HWS2, 52519HXG7, 52519HXY8, 52521ECJ7, 52521ECL2, 52521EHD95, 52521EHU7, 52521EJW1, 52521EKD1, 52521EKF6, 52521EMA5, 52521EPX2, 52521EQC7, 52521EQM5, 52521EQN3, 52521ERG7, 525178109, 52520KAD9, 52520KBM8, 52520KED5, 52520KGJ0, 52520KGZ4, 52520KNC7, 52520KNN3, 52520KNV5, 52520KQH3, 52520KQJ9, 52520KQL4, 52520KRQ2, 52520KSA6, 52520KTP2, 52520KVF1,52520KVV6, 52520KWZ6, 52520KXC6, 52520KYQ4, 52520KYT8, 52521EJP6, 2834564, 11433398G, 74347R297, 74347R313, 78464A417, 78464A516, 78464A649, 9657354G5, LI1021052, LI1034147, OP0000561, MA1189541, MA1238330, MA1238355, MA1238363, and NM1032405.  The remainder of this claim is not affected by this Objection and the Debtors reserve the right to object to the remaining portions of said claim in the future.

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS 190: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 23 | S. WEINSTEIN & H. WEINSTEIN, TRUSTEES CANDIDN PRINTING LIMITED DEFINED BENEFIT PENSION PLAN SATED 1/1/92 25-11 HUNTERS POINT AVENUE LONG ISLAND CITY, NY 11101 | 08-13893 (JMP) | 09/22/2009 | 29095 | $191,257.70* | No Liability Claim |
| 24 | SANTONI, FELIX A. BOX 34125 FORT BUCHANAN, PR 00934-0125 | 08-13555 (JMP) | 09/14/2009 | 12082[7] | $50,000.00 | No Liability Claim |
| 25 | SEMINARIO DIOCESANO DE AGUASCALIENTES AC C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 08-13555 (JMP) | 02/13/2009 | 2758 | $102,010.93 | No Liability Claim |
| 26 | SHIPKO, ROSLYN C. 19735 BOCA WEST DR. BOCA RATON, FL 33434 | 08-13555 (JMP) | 07/27/2009 | 6233 | $25,105.00* | No Liability Claim |
| 27 | SIDE WALK INTERNATIONAL LTD FLAT 7B, 38/F CABLE TV TOWER 9 HOI SHING ROAD TSUEN WAN, N.T., HONG KONG | 08-13555 (JMP) | 09/29/2009 | 35502 | $100,000.00 | No Liability Claim |
| 28 | SLKYER, ROBERT G. 220 BURLEIGH PL. DANVILLE, CA 94526 | 08-13555 (JMP) | 09/22/2009 | 30784 | $25,000.00 | No Liability Claim |

---

[7] The Debtors seek to expunge the portion of Claim 12082 related to CUSIP 524909BD9 in the amount of $25,000.00. CUSIP 524908HW3, in the amount of $25,000.00 is not affected by this Objection and the Debtors reserve the right to object to the remaining portion of said claim in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS 190: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 29 | SONG, SUI SEM LEW, TR FBO LEW SONG LIVING TRUST UA APR 16, 2007 PO BOX 220 SAN GABRIEL, CA 91778 | 08-13555 (JMP) | 09/14/2009 | 12307 | $32,000.00 | No Liability Claim |
| 30 | SOURAPAS, K. JOAN 2038 W. CORTLAND STREET CHICAGO, IL 60647 | | 08/03/2009 | 7140 | $8,530.09 | No Liability Claim |
| 31 | STASHOWER, SUSAN 300 WEST 72 STREET # 6F NEW YORK, NY 10023 | 08-13555 (JMP) | 09/18/2009 | 33326 | $13,217.55 | No Liability Claim |
| 32 | STATE BANK OF INDIA TLT LLP, ONE REDCLIFF STREET BRISTOL, BS1 6TP UNITED KINGDOM | 08-13555 (JMP) | 12/08/2008 | 1244 | $5,000,000.00 | No Liability Claim |
| 33 | STATE OF NEW JERSEY COMMON PENSION FUND A AND STATE OF NEW JERSEY COMMON PENSION FUND B NEW JERSEY DIVISION OF INVESTMENT ATTN: DIRECTOR 50 WEST STATE STREET, 9TH FLOOR TRENTON, NJ 08625 | 08-13555 (JMP) | 09/22/2009 | 30583 | $109,913,804.00* | No Liability Claim |
| 34 | STREET.COM, INC. 14 WALL STREET, 14TH FL. ACCOUNTS RECEIVABLE NEW YORK, NY 10005 | 08-13555 (JMP) | 08/14/2009 | 8323 | $1,900,000.00 | No Liability Claim |
| 35 | SYNTOCHEM TECHNOLOGIES LTD. PO BOX 50377 TEL AVIV, 61503 ISRAEL | 08-13555 (JMP) | 03/10/2009 | 3268 | Undetermined | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS 190: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 36 | UDELHOFEN, MARY F.<br>200 WYNDEMERE CIR APT #322W<br>WHEATON, IL 60187-2449 | | 09/03/2009 | 10324 | Undetermined | No Liability Claim |
| 37 | UVINO, WENDY U.<br>50 E. 89 STREET # 22F<br>NEW YORK, NY 10128 | | 09/17/2009 | 15680 | $20,003.85 | No Liability Claim |
| 38 | VERIGY LTD & VERIGY US, INC<br>ATTN: GENERAL COUNSEL<br>10100 N. TANTAU AVENUE<br>CUPERTINO, CA 95014 | 08-13555<br>(JMP) | 04/24/2009 | 3947 | $9,090,000.00 | No Liability Claim |
| 39 | WAGENSELLER, JANA W<br>9 BRETON PL<br>DURHAM, NC 27707 | | 08/03/2009 | 7242 | $9,000.00 | No Liability Claim |
| 40 | WEINSTEIN, KENNETH J.<br>PENSION TRUST<br>12 WHITNEY CIRCLE<br>GLEN COVE, NY 11542 | 08-13555<br>(JMP) | 08/17/2009 | 8545 | $100,000.00[8] | No Liability Claim |
| 41 | WILLOUGHBY CITY COUNCIL<br>PO BOX 57<br>CHATSWOOD NSW 2067<br>AUSTRALIA | | 09/18/2009 | 19328 | $451,438.16 | No Liability Claim |
| 42 | WOLFORD, K<br>14516 YUKON AVE<br>HAWTHORNE, CA 90250 | | 07/31/2009 | 6914 | $27,109.00[9] | No Liability Claim |

---

[8] The portions of Claim 8545 relating to CUSIPs 5252M0CZ8, 52522L566 and 52520W325 in the amounts of $100,000.00, $81,520.25, and $50,000.00, respectively, have been previously expunged by Debtors' Ninety-Fourth Omnibus Objection to Claims.
[9] The portion of Claim 6914 relating to CUSIP 52519Y209 in the amount of $17,170.22 has previously been expunged by Debtors' Ninety-Fourth Omnibus Objection to Claims.

## IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS 190: EXHIBIT A – NO LIABILITY CLAIMS

|    | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|----|------|-------------|------------|---------|---------------------|----------------------------------|
| 43 | WOODS, GEORGE<br>930 CLINTON PLACE<br>RIVER FOREST, IL 60305 | 08-13901 (JMP) | 08/06/2009 | 7565 | $85,000.00 | No Liability Claim |
|    |      |             |            | TOTAL   | $133,083,179.0*     |                                  |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                  :
                    Debtors.                                 :   (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED AND NINETIETH OBJECTION TO CLAIMS (NO LIABILITY SECURITY CLAIMS)

Upon the one hundred and ninetieth omnibus objection to claims, dated September 12, 2011 (the "Debtors' One Hundred And Ninetieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the No Liability Security Claims on the basis that the Debtors have no liability for such claims, all as more fully described in the Debtors' One Hundred And Ninetieth Omnibus Objection to Claims; and due and proper notice of the Debtors' One Hundred And Ninetieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Debtors' One Hundred And Ninetieth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors' One Hundred And Ninetieth Omnibus Objection to Claims establish just

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred And Ninetieth Omnibus Objection to Claims.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' One Hundred And Ninetieth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the One Hundred And Ninetieth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

2