B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>AG Super Fund International Partners, L.P.</u>     <u>Morgan Stanley Capital Services LLC (f/k/a</u>
Name of Transferee                                  <u>Morgan Stanley Capital Services Inc.)</u>
                                                    Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):<u>11306</u>
should be sent:                                  Amount of Claim: <u>$8,157,000.00</u>
                                                 Date Claim Filed: _____
Attn.: Michael Nicolo                            Debtor: <u>Lehman Brothers Holdings Inc.</u>
Angelo, Gordon & Co., L.P.
CLO Group
245 Park Avenue
26th Floor
NewYork, NY 10167
Telephone: 212-692-8259
Facsimile:  866-550-5340
Email: <u>MNicolo@angelogordon.com</u>

Phone:_____                                 Phone: _____
Last Four Digits of Acct #: _____           Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

677358v.12 892/04238

By: _____     Date: 9 Sept 2011
    Transferee/Transferee's Agent Michael L. Gordon
                           Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
    Transferor/Transferor's Agent

677358v.12 892/04238

By: _____          Date: _____
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____*[signature: Donna M. Souza]*_____
      Transferor/Transferor's Agent
           Donna Souza
         Authorized Signatory

677358v.12 892/04238

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Morgan Stanley Capital Services LLC (f/k/a Morgan Stanley Capital Services Inc.) ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to AG Super Fund International Partners, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $8,157,000.00, and the relevant portion of any and all proofs of claim (No. 11306) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 9th day of September, 2011.

Morgan Stanley Capital Services LLC (f/k/a Morgan Stanley Capital Services Inc.)

By: _____
Name: Donna Souza
Title: Authorized Signatory

AG Super Fund International Partners, L.P.

by: AG Super Fund International LLC
    General Partner
by: AG Funds, L.P. Managing Member

By: _____
    Name:
    Title:

677358v.12 892/04238

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

    For value received, the adequacy and sufficiency of which are hereby acknowledged, Morgan Stanley Capital Services LLC (f/k/a Morgan Stanley Capital Services Inc.) ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to AG Super Fund International Partners, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $8,157,000.00, and the relevant portion of any and all proofs of claim (No. 11306) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

    Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

    IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 9th day of September, 2011.

Morgan Stanley Capital Services LLC (f/k/a Morgan Stanley Capital Services Inc.)

By: _____
Name:
Title:

AG Super Fund International Partners, L.P.

by: AG Super Fund International LLC
    General Partner
by: AG Funds, L.P. Managing Member

By: _____
Name:
Title:   Michael L. Gordon
       Authorized Signatory

677358v.12 892/04238