HEARING DATE AND TIME: October 27, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: October 13, 2011 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                  :    Chapter 11 Case No.
                                       :
LEHMAN BROTHERS HOLDINGS INC., et al., :    08-13555 (JMP)
                                       :
              Debtors.                 :    (Jointly Administered)
-------------------------------------------------------------------x
```

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)

      **PLEASE TAKE NOTICE** that on September 12, 2011, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their one hundred ninety-fifth omnibus

objection to claims (the "Debtors' One Hundred Ninety-Fifth Omnibus Objection to Claims"),

and that a hearing (the "Hearing") to consider the Debtors' One Hundred Ninety-Fifth Omnibus

Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy

Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, New York, New York 10004, on **October 27, 2011 at 10:00 a.m.**

**(Eastern Time),** or as soon thereafter as counsel may be heard.

       **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Ninety-Fifth Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **October 13, 2011 at 4:00**

08-13555-mg    Doc 19880    Filed 09/12/11    Entered 09/12/11 16:51:23    Main Document
Pg 3 of 42

p.m. **(Eastern Time)** (the "Response Deadline").

      **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' One Hundred Ninety-Fifth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' One Hundred Ninety-Fifth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: September 12, 2011
      New York, New York

                  /s/ Robert J. Lemons
                  Robert J. Lemons

                  WEIL, GOTSHAL & MANGES LLP
                  767 Fifth Avenue
                  New York, New York 10153
                  Telephone: (212) 310-8000
                  Facsimile: (212) 310-8007

                  Attorneys for Debtors
                  and Debtors in Possession

US_ACTIVE:\43799972\02\58399.0008

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                         :      Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :      **08-13555 (JMP)**
                                                              :
                   **Debtors.**                               :      (Jointly Administered)
-------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED NINETY-FIFTH OMNIBUS**
**OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)**

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS ONE HUNDRED NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

**Relief Requested**

1.    The Debtors file this one hundred ninety-fifth omnibus objection to claims (the "One Hundred Ninety-Fifth Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking disallowance and expungement of the claims listed on Exhibit A annexed hereto.

2.    The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "No Debtor Claims") and have determined that the No Debtor Claims violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were submitted without specifying a case number or a Debtor against whom the claim is asserted. Accordingly, the No Debtor Claims do not constitute valid *prima facie* claims, and the Debtors request that they be disallowed and expunged in their entirety.

3.    The Debtors reserve all their rights to object on any basis to the No Debtor Claims as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      Commencing on September 15, 2008, and periodically thereafter, LBHI

and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the

Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural

purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The

Debtors are authorized to operate their businesses and manage their properties as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S.

Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of

the Bankruptcy Code (the "Creditors' Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated

January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the

Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy

Code [Docket No. 7531].

8.      On July 2, 2009, this Court entered the Bar Date Order, which requires,

among other things, that "each Proof of Claim must:  . . . (iv) state the name and case number of

the specific Debtor against which it is filed . . . ."  (Bar Date Order at 6.)  Further, the Bar Date

Order provides that "any holder of a claim against the Debtors who is required, but fails to file a

proof of such claim in accordance with the Bar Date Order on or before the Bar Date . . .

*specifying the applicable Debtor* and other requirements set forth herein, shall forever be barred,

estopped, and enjoined from asserting such claim against the Debtors (or filing a Proof of Claim

with respect thereto)." (Bar Date Order at 9-10 (emphasis added).) A copy of the Bar Date

Order was made publicly available at http://www.lehman-docket.com.

       9.    Moreover, the reverse side of the Court-approved proof of claim form

states in all capital letters that "YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST

WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE NAME OF THE DEBTOR AND

THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN

THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM." (*Id.* at Ex. B.) Below that

statement, each Debtor was listed with its associated case number. (*Id.*)

       10.    Claimants received notice of the Bar Date Order by mail. (*See* Notice of

Deadlines for Filing Proofs of Claim (the "Bar Date Notice").) In the Bar Date Notice, which

also was published in The New York Times (International Edition), The Wall Street Journal

(International Edition), and The Financial Times, claimants were specifically instructed that "[i]f

you file a Proof of Claim, your filed Proof of Claim must: . . . (iv) state the name and case

number of the specific Debtor against which it is filed." (Bar Date Notice at 4.)

       11.    Claimants who filed a proof of claim prior to entry of the Bar Date Order

were instructed that they need not file a new claim if their proof of claim substantially conformed

to the Court-approved proof of claim form, which form clearly sets forth the requirement that

claimants provide the name of the debtor and the case number. (*Id.* at 2.)[1] The Bar Date Notice

also prominently stated in bold-face type that "**any creditor who fails to file a Proof of Claim**

**in accordance with the Bar Date Order on or before the Bar Date . . . specifying the**

**applicable Debtor and other requirements set forth in the Bar Date Order, for any claim**

---

[1] The Bankruptcy Rule's Official Form 10, the standardized proof of claim form, also requires claimants to state the name of the Debtor and its associated case number.

such creditor holds or wishes to assert against the Debtors, will be forever barred,
estopped, and enjoined from asserting such claim (and from filing a Proof of Claim with
respect to such claim)." (*Id.* at 6 (emphasis in original).)

12.     On January 14, 2010, the Court entered the Procedures Order, which
authorizes the Debtors, among other things, to file omnibus objections to no more than 500
claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and
those additional grounds set forth in the Procedures Order.

### The No Debtor Claims Should Be Disallowed and Expunged

13.     In reviewing the claims filed on the claims register in these cases and
maintained by the Court-appointed claims agent, the Debtors have identified the No Debtor
Claims as claims that should be disallowed and expunged on the basis that they were submitted
without specifying a case number or a Debtor against whom the claim is asserted.  Therefore, the
No Debtor Claims do not constitute valid *prima facie* claims.

14.     A filed proof of claim is "deemed allowed, unless a party in interest . . .
objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential
allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See
In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,
Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20,
2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

15.     The Bar Date Order specifically requires that "each Proof of Claim ***must***:
. . . (iv) state the name and case number of the specific Debtor against which it is filed." (Bar
Date Order at 6 (emphasis added).)  The Bankruptcy Rules' official proof of claim form also
includes this standard requirement.  Claimants were specifically provided notice of the Bar Date
Order's requirement that they must specify the Debtor against which they are asserting a claim

via the Bar Date Notice.  The Bar Date Notice included instructions on how to complete the

proof of claim forms and a warning that failure to comply with those instructions would result in

claims being barred.  (*See* Bar Date Notice at 4, 6.)[2]  However, the holders of the No Debtor

Claims did not identify the specific case number or Debtor entity against which their claim is

asserted.

        16.     Because the No Debtor Claims fail to comply with the Bar Date Order's

specific direction that claims identify the case number and specific Debtor against which the

claim is filed, and, therefore, do not constitute valid prima facie claims, the Debtors request that

the Court disallow and expunge in their entirety the No Debtor Claims listed on <u>Exhibit A</u>.

**<u>Notice</u>**

        17.     No trustee has been appointed in these chapter 11 cases.  The Debtors

have served notice of this One Hundred Ninety-Fifth Omnibus Objection to Claims on (i) the

U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern

District of New York; (vi) each claimant listed on <u>Exhibit A</u>; and (vii) all other parties entitled to

notice in accordance with the procedures set forth in the second amended order entered on June

17, 2010, governing case management and administrative procedures for these cases [Docket No.

9635].  The Debtors submit that no other or further notice need be provided.

        18.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

---

[2] Claimants were also notified that they needed to submit new proofs of claim if their claims submitted prior to the
Bar Date Order did not substantially conform to the Court-approved proof of claim form, which clearly set forth the
requirement that the claim needed to be filed against a specific debtor.  (*See id.* at 2.)

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as is just.

Dated: September 12, 2011
      New York, New York

                         /s/ Robert J. Lemons
                         Robert J. Lemons

                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         Attorneys for Debtors
                         and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 1 | 3 TIER TECHNOLOGY INC<br>16 WEST 32ND ST SUITE 508<br>NEW YORK, NY 10001 | | | 09/29/2008 | 45 | $10,000.00 | No Liability Claim |
| 2 | AGILE GROUP LLCA/C<br>AGILENEXUS MULTI<br>STRATEGYFUND L<br>ATTN: JOHN F NEAL<br>AGILE NEXUS MULTI-STRATEGY<br>FUND LP<br>4909 PEARL EAST CIRCLE<br>SUITE 100<br>BOULDER, CO 80301 | | | 09/21/2009 | 26276 | $3,301,617.65 | No Liability Claim |
| 3 | ALTMAN-HINES CHAUFFEURED<br>LIMOUSINES &<br>SEDANS, INC.<br>2340 N. TALMAN AVE.<br>CHICAGO, IL 60647 | | | 01/12/2009 | 1678 | $1,169.10 | No Liability Claim |
| 4 | ARCHON BAY CAPITAL, LLC<br>TRANSFEROR: COMPLETE COPY<br>SYSTEMS<br>ATTN: CLAIMS PROCESSING DEPT<br>PO BOX 14610<br>SURFSIDE BEACH, SC 29587 | | | 08/14/2009 | 8283 | $9,810.00 | No Liability Claim |
| 5 | AUSTIN, RICHARD J<br>LYGON COTTAGE BUTE AVENUE<br>ICHMOND<br>SURREY, TW107AX<br>UNITED KINGDOM | | | 09/17/2009 | 15529 | $160,000.00* | No Liability Claim |
| 6 | BELLANTONI, JOHN P<br>54 BLOOMER RD<br>BREWSTER, NY 10509 | | | 09/18/2009 | 19382 | $3,162.29 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BENINCASA, RITA<br>69-10 108TH STREET<br>APT. 8B<br>FOREST HILLS, NY 11375 | | | 09/18/2009 | 18321 | $15,975.81 | No Liability Claim |
| 8 | BENNETT, HERBERT W.<br>BENNETT TRUST<br>W 6750 STATE ROAD 29<br>RIVER FALLS, WI 54022-4515 | | | 08/28/2009 | 9716 | Undetermined | No Liability Claim |
| 9 | BORIS, LADD A.<br>607 SE 47TH STREET<br>#7<br>CAPE CORAL, FL 33904 | | | 08/06/2009 | 7509 | $900.00 | No Liability Claim |
| 10 | BROADBENT, WILLIAM<br>75 PECKSLAND ROAD<br>GREENWICH, CT 06831 | | | 09/14/2009 | 12194 | $44,217.84 | No Liability Claim |
| 11 | BURKE, WILLIAM<br>7 BLUE HERON DR<br>STATEN ISLAND, NY 10312 | | | 09/22/2009 | 28574 | $94,350.00 | No Liability Claim |
| 12 | BYNOE, HEATHER<br>278 STORER AVE<br>NEW ROCHELLE, NY | | | 09/10/2009 | 11288 | $16,000.00 | No Liability Claim |
| 13 | CACCAVELLI, MARC<br>507 STURBRIDGE COURT<br>FLEMINGTON, NJ 08822 | | | 07/20/2009 | 5609 | $2,215.00 | No Liability Claim |
| 14 | CAFFREY, BRIAN J.<br>11 JENNIFER DR<br>HOLMDEL, NJ 07733 | | | 09/16/2009 | 13381 | $12,000.00 | No Liability Claim |
| 15 | CARRON, ADAM<br>249 W 21ST ST APT 1R<br>NEW YORK, NY 10011-3159 | | | 09/18/2009 | 17713 | $1,611.90 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | CASEY CONCRETE CO<br>P.O. BOX 1815<br>RIFLE, CO 81650 | | | 09/22/2009 | 31761 | $103,472.24 | No Liability Claim |
| 17 | CAUSEY DEMGEN & MOORE INC<br>1801 CALIFORNIA ST., STE#4650<br>DENVER, CO 80202 | | | 07/28/2009 | 6515 | $1,604.24 | No Liability Claim |
| 18 | CELLULAR ACCESSORIES FOR LESS<br>2110 ARTESIA BLVD., SUITE B707<br>REDONDO BEACH, CA 90278 | | | 07/20/2009 | 5607 | $507.60 | No Liability Claim |
| 19 | CHEESE PLEASE, INC.<br>211 12TH AVENUE<br>SAN MATEO, CA 94402 | | | 09/14/2009 | 12265 | $2,063.88 | No Liability Claim |
| 20 | CIMAGLIA, ANTHONY M<br>9 HIGHLAND ROAD<br>STATEN ISLAND, NY 10308-2940 | | | 09/22/2009 | 31348 | $70,000.00 | No Liability Claim |
| 21 | CIRCUS SPACE, THE<br>CORONET STREET<br>LONDON, N1 6HD<br>UNITED KINGDOM | | | 08/21/2009 | 8974 | $1,265.83 | No Liability Claim |
| 22 | CITY OF OAKLAND AND OAKLAND REDEVELOPMENT AGENCY<br>ATTN: JOHN A RUSSO, CITY ATTORNEY- SBN 129729<br>BARBARA J. PARKER, CHIEF ASSIST. CITY ATTY- SBN 069722<br>SUSAN H. MOSK, DEPUTY CITY ATTORNEY- SBN 148410<br>ONE FRANK H. OGAWA PLAZA, 6TH FLOOR<br>OAKLAND, CA 94612 | | | 09/18/2009 | 18674 | $13,404,000.00* | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | CLASSIC TICKET SERVICE INC<br>111 W JACKSON BLVD.<br>CHICAGO, IL 60604 | | | 09/21/2009 | 24705 | $58,532.71 | No Liability Claim |
| 24 | COLLACCHIO, BERNARD D. AND GRACE J.<br>AS TRUSTEES OF THE<br>COLLARCHIO TRUST DATE 03/10/97<br>9316 JANUARY DRIVE<br>LAS VEGAS, NV 89134 | | | 08/03/2009 | 7203 | $147,698.32 | No Liability Claim |
| 25 | CONLEY, ELIZABETH A.<br>20 VINCENT STREET<br>CAMBRIDGE, MA 02140 | | | 07/20/2009 | 5599 | $2,000.00 | No Liability Claim |
| 26 | CONTRARIAN FUNDS, LLC<br>TRANSFEROR: NATIONAL<br>ECONOMIC RESEARCH<br>ASSOCIATES<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | | 08/20/2009 | 8767 | $72,256.73 | No Liability Claim |
| 27 | COOPERHALL PRESS INC<br>C/O FREDERICK KANTOR &<br>COMPANY<br>1212 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-1602 | | | 09/04/2009 | 10469 | $25,000.00 | No Liability Claim |
| 28 | COPIER PLUS<br>16830 OAKMONT AVENUE<br>GAITHERSBURG, MD 20877 | | | 09/21/2009 | 25514 | $570.94 | No Liability Claim |
| 29 | COR-O-VAN<br>DEPARTMENT 2638<br>LOS ANGELES, CA 90084-2638 | | | 08/17/2009 | 8493 | $249.82 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | COWEN AND COMPANY, LLC<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | | | 09/15/2009 | 12840 | $94,280.00 | No Liability Claim |
| 31 | CREATING OPPORTUNITIES FOR WOMEN INC<br>405 94TH STREET<br>SUITE 712<br>OAKLAND, CA 94612 | | | 09/22/2009 | 31380 | $250.00 | No Liability Claim |
| 32 | CREATING OPPORTUNITIES FOR WOMEN INC<br>405 14TH STREET<br>SUITE 712<br>OAKLAND, CA 94612 | | | 09/22/2009 | 31381 | $375.00 | No Liability Claim |
| 33 | CSW ASSOCIATES INC<br>74 STONY HILL RD UNIT 2<br>BETHEL, CT 06801-3036 | | | 08/06/2009 | 7531 | $26,818.75 | No Liability Claim |
| 34 | CURRENT COMMUNICATIONS &<br>2600 W. 23RD STREET<br>BROADVIEW, IL 60155 | | | 07/27/2009 | 6182 | $43,797.94 | No Liability Claim |
| 35 | DAICHI JAPAN CORPORATION<br>ROOM 212 2/F METRO CENTRE 1<br>32 LAM KING STREET<br>KOWLOON BAY<br>KOWLOON,<br>HONG KONG | | | 09/22/2009 | 33218 | $1,050,000.00 | No Liability Claim |
| 36 | DALLARIS, EMILY<br>62 LINCOLN ROAD<br>MONROE, NY 10950 | | | 09/22/2009 | 29893 | Undetermined | No Liability Claim |
| 37 | DANNY THOMPSON MEMORIAL LEUKEMIA FOUNDATION<br>PO BOX 232<br>SUN VALLEY, ID 83353 | | | 09/15/2009 | 12954 | $4,000.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 38 | DE GAGLIA, THOMAS<br>34 CEDAR LANE<br>BELLE MEAD, NJ 08502 | | | 09/22/2009 | 31659 | Undetermined | No Liability Claim |
| 39 | DEFLIN, BRADFORD A.<br>4600 N OCEAN DR APT 1003<br>SINGER ISLAND, FL 33404-2677 | | | 09/22/2009 | 30725 | $131,384.00 | No Liability Claim |
| 40 | DERIVATIVE SERVICES LLP<br>ATTN: KEN PLAYFORD<br>ONE BISHOPS SQUARE<br>LONDON, E1 6AO<br>UNITED KINGDOM | | | 09/18/2009 | 18641 | $258,279.28 | No Liability Claim |
| 41 | DERRICH, JONATHAN<br>19 LINDEN STREET<br>GARDEN CITY, NY 11530 | | | 09/22/2009 | 27627 | $7,654.00 | No Liability Claim |
| 42 | DIAMOND CARPETS INC<br>DBA ABBEY CARPET<br>2571 HWY 6& 50<br>GRAND JUNCTION, CO 81501 | | | 09/17/2009 | 15242 | $40,433.76 | No Liability Claim |
| 43 | DIMOULAS, LISA<br>233 MADISON ROAD<br>SCARSDALE, NY 10583 | | | 09/22/2009 | 30628 | $204,010.00 | No Liability Claim |
| 44 | DOLBY, JACQUELINE<br>18 MULBERRY HILL<br>SHENFIELD<br>ESSEX<br>BRENTWOOD, CM15 8JS<br>UNITED KINGDOM | | | 09/16/2009 | 13978 | $118,800.00 | No Liability Claim |
| 45 | DOLBY,JACQUELINE<br>18 MULBERRY HILL<br>SHENFIELD<br>BRENTWOOD, ESSEX, CM15 8JS<br>UNITED KINGDOM | | | 09/16/2009 | 13977 | $87,615.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | DRAKE, JAMES R JR.<br>20 TRACEY DRIVE<br>LAWRENCEVILLE, NJ 08648 | | | 09/14/2009 | 12161 | $36,639.00 | No Liability Claim |
| 47 | DURRANT, SHARON<br>14 WHITMORE CRESCENT<br>CHELMSFORD, ESSEX, CM26YN<br>UNITED KINGDOM | | | 09/08/2009 | 10637 | $3,045.00 | No Liability Claim |
| 48 | ECHTERMANN, HEIDEMARIE U.<br>203 HEIGHTS LN<br>TENAFLY, NJ 07670-2333 | | | 09/22/2009 | 28586 | $200,000.00 | No Liability Claim |
| 49 | ESTAPHAN, CHRISTOPHER S.<br>FARADAY HOUSE<br>FLAT 11<br>20 BLANDFORD ST<br>LONDON, GT LON, W1U 4BY<br>UNITED KINGDOM | | | 09/14/2009 | 12051 | $84,492.92 | No Liability Claim |
| 50 | EXPAND CONSULTING, INC.<br>ATTN RAZA HUSSAIN & MICHAEL ALDRIDGE<br>330 MADISON AVE 6TH FL<br>NEW YORK, NY 10017 | | | 09/25/2008 | 22 | $66,000.00 | No Liability Claim |
| 51 | F&G MECHANICAL CORP<br>348 NEW COUNTRY ROAD<br>SECAUCUS, NJ 07094 | | | 07/16/2009 | 5407 | $5,258.47 | No Liability Claim |
| 52 | FADELICI, JOANN<br>57 THIRD AVENUE<br>NEPTUNE, NJ 07753 | | | 09/18/2009 | 18664 | $47,727.00 | No Liability Claim |
| 53 | FANG, CYNTHIA T<br>400 BEALE STREET<br>APT 1106<br>SAN FRANCISCO, CA 94105 | | | 07/16/2009 | 5464 | $180.58 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 54 | FASTSIGNS<br>1424 N. BATTLEFIELD BLVD.<br>CHESAPEAKE, VA 23320 | | | 07/23/2009 | 5958 | $2,748.81 | No Liability Claim |
| 55 | FBN SECURITIES, INC.<br>14 WALL STREET, 30TH FLOOR<br>NEW YORK, NY 10005 | | | 07/30/2009 | 7305 | $10,500.00 | No Liability Claim |
| 56 | FINANCIAL INVESTMENTS ASSOCIATES LP<br>44 COCOANUT ROW<br>SUITE T1-T2<br>PALM BEACH, FL 33480-4069 | | | 09/21/2009 | 24127 | $1,200,000.00 | No Liability Claim |
| 57 | FISERV LENDING SOLUTIONS<br>ATTN KEVIN BEDNARZ<br>27 INWOOD RD<br>ROCKY HILL, CT 06067 | | | 10/23/2008 | 348 | $14,145.00 | No Liability Claim |
| 58 | FISHER HARRIS SHAPIRO INC<br>880 THIRD AVENUE<br>NEW YORK, NY 10022 | | | 08/20/2009 | 8797 | $7,692.45 | No Liability Claim |
| 59 | GARCIA, MIGUEL<br>918 FLORIENCIA ST<br>SUGAR LAND, TX 774792757 | | | 08/04/2009 | 7332 | $120,000.00 | No Liability Claim |
| 60 | GARLINGTON, LOHN & ROBINSON, PLLP<br>199 WEST PINE<br>P.O. BOX 7909<br>MISSOULA, MT 59807-7909 | | | 07/31/2009 | 6918 | $3,005.41 | No Liability Claim |
| 61 | GENIRS, KEVIN R.<br>411 WEST END AVE<br>APARTMENT 7A<br>NEW YORK, NY 10024 | | | 09/22/2009 | 28479 | $155,069.00 | No Liability Claim |
| 62 | GEOMACRO CONSULTING<br>89 HEADQUARTERS PLZ, STE 313<br>MORRISTOWN, NJ 079606834 | | | 07/27/2009 | 6455 | $93,079.37 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 63 | GLOBAL CROSSING COMMUNICACOES DO BRASIL AV EID MANSUR 666-CEP06708-070 PQ SAO CNPJ:72843212000141 GEORGE COTIA SP BRAZIL, BRAZIL | | | 09/04/2009 | 10397 | $46,000.70 | No Liability Claim |
| 64 | GLOBAL REALTY OUTSOURCING, INC. P.O. BOX 18932 NEWARK, NJ 07191-8932 | | | 07/27/2009 | 6271 | $6,700.00 | No Liability Claim |
| 65 | GOAL FINANCIAL, LLC 1229 KING STEET SUITE 300 ALEXANDRIA, VA 22314 | | | 09/21/2009 | 33492 | $8,295.03 | No Liability Claim |
| 66 | GREEN THUMB INTERIORS 924 AUSSIE AVENUE SANTA ROSA, CA 95407 | | | 07/27/2009 | 6444 | $1,183.00 | No Liability Claim |
| 67 | GST TRUST U/ART 4TH U/W RICHARD H. DARSKY C/O JUDITH H. DARSKY, TRUSTEE 4 BRIAR DELL CIRCLE LARCHMONT, NY 10538 | | | 09/22/2009 | 34321 | Undetermined | No Liability Claim |
| 68 | GST TRUST U/ART 4TH U/W RICHARD H. DARSKY C/O JUDITH H. DARSKY, TRUSTEE 4 BRIAR DELL CIRCLE LARCHMONT, NY 10538 | | | 09/22/2009 | 34322 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 69 | GST TRUST U/ART 4TH U/W RICHARD H. DARSKY C/O JUDITH H. DARSKY, TRUSTEE 4 BRIAR DELL CIRCLE LARCHMONT, NY 10538 | | | 09/22/2009 | 34323 | Undetermined | No Liability Claim |
| 70 | GST TRUST U/ART 4TH U/W RICHARD H. DARSKY C/O JUDITH H. DARSKY, TRUSTEE 4 BRIAR DELL CIRCLE LARCHMONT, NY 10538 | | | 09/22/2009 | 34324 | Undetermined | No Liability Claim |
| 71 | HAIN CAPITAL HOLDINGS, LTD TRANSFEROR: ROUBINI GLOBAL ECONOMICS ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ 07070 | | | 07/17/2009 | 5501 | $67,931.25 | No Liability Claim |
| 72 | HALIFAX EES TRUSTEES LTD. HBOS EMPLOYEE EQUITY SOLUTIONS P.O. BOX 5017 WOLVERHAMPTON, WV 1 9GP UNITED KINGDOM | | | 09/17/2009 | 15118 | $146,174.00 | No Liability Claim |
| 73 | HAMM, WILLIAM A. & RUTH 4736 BRAMBLE ST HOPE MILLS, NC 28348 | | | 08/03/2009 | 7200 | $12,000.00 | No Liability Claim |
| 74 | HART, PATRICK J. 624 8TH AVENUE NEW HYDE PARK, NY 11040 | | | 09/22/2009 | 27626 | $7,462.00 | No Liability Claim |
| 75 | HASAN, TAMARA 96 LOUDOUN ROAD ST JOHNS WOOD LONDON, NW8 ONP UNITED KINGDOM | | | 09/21/2009 | 24325 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 76 | HOCHFELD INDEPENDENT RESEARCH GROUP 245 PARK AVENUE- 24TH FLOOR ATTN:  MARTIN SCHUTZ NEW YORK, NY 10167 | | | 09/14/2009 | 12339 | $5,000.00 | No Liability Claim |
| 77 | HOMER & BONNER PA 1441 BRICKWELL AVENUE, SUITE 1200 MIAMI, FL 33131 | | | 09/22/2009 | 29660 | $2,507,526.00 | No Liability Claim |
| 78 | HONG, JOONKEE 38C, TOWER 2, CENTRESTAGE 108 HOLLYWOOD ROAD SHEUNG WAN HONG KONG, CHINA | | | 05/21/2009 | 4477 | $47,600.00 | No Liability Claim |
| 79 | IKEMORI, TAKEO 3-12-16-402 TAKANAWA 13 MINATO-KU, 108-0074 JAPAN | | | 09/17/2009 | 15082 | $6,364.00 | No Liability Claim |
| 80 | INDIAN INSTITUTE OF MANAGEMENT, AHMEDABAD VASTRAPUR AHMEDABAD , GJ 380015 INDIA | | | 08/10/2009 | 8244 | $63,202.00 | No Liability Claim |
| 81 | J DAVIS MARKING SYSTEMS ATTN:  ANNE AND MICHAEL HAWKS P.O. BOX 669 MAQUOKETA, IA 52060 | | | 08/24/2009 | 9056 | $2,099.85 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 82 | JACKSON LEWIS SCHNITZLER & KRUPMAN<br>ATTN: ANNE KRUPMAN<br>1 NORTH BROADWAY<br>WHITE PLAINS, NY 10601 | | | 07/22/2009 | 6156 | $6,008.03 | No Liability Claim |
| 83 | JONES LANG LASALLE SP. Z O.O.<br>UL. KROLEWSKA 16<br>WARSZAWA, 00103<br>POLAND | | | 07/17/2009 | 5514 | $9,709.96 | No Liability Claim |
| 84 | KELLYS THE FLOWER & GIFT SHOP<br>175 W JACKSON<br>INSURANCE EXCHANGE BLDG<br>CHICAGO, IL 60604 | | | 08/10/2009 | 7881 | $764.19 | No Liability Claim |
| 85 | KETTLE, GRAHAM F.<br>17 MORDEN CLOSE<br>BERKS<br>BRACKNELL, RG12 9RZ<br>UNITED KINGDOM | | | 09/15/2009 | 12814 | $6,187.50 | No Liability Claim |
| 86 | KOGAN, SPENCER<br>7 KNOLL ROAD<br>PORT WASHINGTON, NY 11050 | | | 09/21/2009 | 24395 | $258,448.00 | No Liability Claim |
| 87 | KRAVETZ, LARRY J<br>181 HAVILAND RD<br>STAMFORD, CT 06903 | | | 09/22/2009 | 27318 | $28,005.00 | No Liability Claim |
| 88 | KRAVETZ, LARRY J<br>181 HAVILAND RD<br>STAMFORD, CT 06903 | | | 09/22/2009 | 27320 | $620,274.00 | No Liability Claim |
| 89 | KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14333 | $28.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 90 | KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14334 | $67,650.00 | No Liability Claim |
| 91 | KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14335 | $181,451.00 | No Liability Claim |
| 92 | KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14336 | $103,812.00 | No Liability Claim |
| 93 | KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14337 | $3,202.00 | No Liability Claim |
| 94 | KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14338 | $1,016.00 | No Liability Claim |
| 95 | KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14339 | $5,122.00 | No Liability Claim |
| 96 | KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14340 | $35,542.00 | No Liability Claim |
| 97 | KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14341 | $15,917.00 | No Liability Claim |
| 98 | KRUGEL, ROBERT J.<br>79 VALLEY LANE<br>CHAPPAQUA, NY 10514 | | | 09/16/2009 | 13971 | $75,000.00 | No Liability Claim |
| 99 | LAZARD & CO. LTD.<br>50 STRATTON STREET,<br>LONDON, W1J 8LL<br>UNITED KINGDOM | | | 07/24/2009 | 6046 | $4,540.38 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 100 | LECEWICZ, JOANNA<br>305 W 28TH ST APT 12D<br>NEW YORK, NY 10001 | | | 09/22/2009 | 28620 | $52,500.00 | No Liability Claim |
| 101 | LEHMAN III, JACK H.<br>535 PARK AVENUE<br>NEW YORK, NY 10065 | | | 09/15/2009 | 12730 | $962.00* | No Liability Claim |
| 102 | LEHMAN, JACK<br>535 PARK AVENUE<br>NEW YORK, NY 10065 | | | 09/15/2009 | 12731 | $5,500.00* | No Liability Claim |
| 103 | LEO, DOUGLAS S<br>19 BEAUMONT DR.<br>PLAINVIEW, NY 11803-2507 | | | 09/18/2009 | 19213 | $106,952.00 | No Liability Claim |
| 104 | LESTER, HOWARD & PATRICIA<br>7 VIA LOS INCAS<br>PALM BEACH, FL 33480 | | | 09/21/2009 | 24128 | $625,000.00 | No Liability Claim |
| 105 | LINKS OF LONDON<br>295 MADISON AVENUE<br>41ST FLOOR<br>NEW YORK, NY 10017 | | | 08/13/2009 | 8185 | $13,200.08 | No Liability Claim |
| 106 | LOEWS CORPORATION<br>655 MADISON AVENUE<br>NEW YORK, NY 10021 | | | 07/16/2009 | 5452 | $30,631.72 | No Liability Claim |
| 107 | LUCAS, ROSE<br>17 MAINRIDGE ROAD<br>CHISLEHURST, KENT, BR7 6DN<br>UNITED KINGDOM | | | 07/17/2009 | 5573 | Undetermined | No Liability Claim |
| 108 | MAGNO SOUND, INC.<br>729 SEVENTH AVENUE<br>2ND FLOOR<br>NEW YORK, NY 10019 | | | 07/14/2009 | 5325 | $596.06 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 109 MAINE, JOHN DAVENPORT<br>63 WEST SHORE ROAD<br>BELVEDERE, CA 94920 | | | 03/30/2009 | 3553 | $99,922.55 | No Liability Claim |
| 110 MAY, MR. SIEGFRIED<br>KATHE-VOLLATH-WEG 3<br>EICHENAU, 82223<br>GERMANY | | | 09/18/2009 | 19321 | $1,100.00* | No Liability Claim |
| 111 MAYER, JUDITH<br>39 PARK ST.<br>TENAFLY, NJ 07670 | | | 01/30/2009 | 2216 | $20,098.00 | No Liability Claim |
| 112 MC GUINN, EDWIN JR.<br>20 COBB ISLAND DR.<br>GREENWICH, CT 06830 | | | 09/16/2009 | 13287 | $3,202.00 | No Liability Claim |
| 113 MCELREATH, ALEXANDER<br>3430 MARION CIRCLE<br>MISSOURI CITY, TX 77459 | | | 08/17/2009 | 8408 | $180,000.00 | No Liability Claim |
| 114 MCGIBBON, DR. SHAUNA<br>32 RUTLAND ROAD<br>WEST BRIDGEFORD,<br>NOTTINGHILL, NG2 SDG<br>UNITED KINGDOM | | | 06/26/2009 | 5000 | $0.00 | No Liability Claim |
| 115 MCGUINN, EDWIN J. JR.<br>20 COBB ISLAND DR.<br>GREENWICH, CT 06830 | | | 09/16/2009 | 13285 | $1,016.00 | No Liability Claim |
| 116 MCLAGAN PARTNERS INC<br>LLOYDS CHAMBERS<br>1 PORTSOKEN STREET, 5TH FLOOR<br>LONDON, E1 8BT<br>UNITED KINGDOM | | | 07/22/2009 | 5882 | $65,000.00 | No Liability Claim |
| 117 MEDEA CREEK MIDDLE SCHOOL PTA<br>1002 DOUBLETREET ROAD<br>OAK PARK, CA 91377 | | | 09/08/2009 | 10833 | $250.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|-----------------------------------|
| 118 | MERGENT INC<br>477 MADISON AVE STE 410<br>NEW YORK, NY 100225818 | | | 08/17/2009 | 8372 | $1,074.00 | No Liability Claim |
| 119 | MEYERS, MICHAEL<br>10 NORTHERN AVENUE<br>BRONXVILLE, NY 10708 | | | 09/22/2009 | 29198 | $100,000.00 | No Liability Claim |
| 120 | MILLBROOK SCHOOL<br>131 MILLBROOK SCHOOL ROAD<br>MILLBROOK, NY 12545 | | | 08/12/2009 | 8070 | $300.00 | No Liability Claim |
| 121 | MINKEY,STEFAN<br>28 HARPER CLOSE<br>CHAFFORD HUNDRED<br>GRAYS, ESSEX, RM16 6DA<br>UNITED KINGDOM | | | 08/12/2009 | 8078 | $887.88* | No Liability Claim |
| 122 | MISCHLER, VINCENT<br>48 THURLEIGH ROAD<br>LONDON, SW12 8UD<br>UNITED KINGDOM | | | 09/22/2009 | 32555 | $25,918.46 | No Liability Claim |
| 123 | MISCHLER, VINCENT<br>48 THURLEIGH ROAD<br>LONDON, SW12 8UD<br>UNITED KINGDOM | | | 09/22/2009 | 32556 | $158,312.17 | No Liability Claim |
| 124 | MISCHLER, VINCENT<br>48 THURLEIGH ROAD<br>LONDON, SW12 8UD<br>UNITED KINGDOM | | | 09/22/2009 | 32558 | $5,000.00 | No Liability Claim |
| 125 | MONRAD, EDWARD<br>1818 1ST ST.<br>SEATTLE, WA 98119 | | | 07/17/2009 | 5528 | $148.07 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 126 | MORDESOVICH, RICHARD<br>268 BUSH STREET<br>#3820<br>SAN FRANCISCO, CA 94104 | | | 08/10/2009 | 7766 | $95,000.00 | No Liability Claim |
| 127 | MORICE, CHRIS<br>1862 KILMORY DRIVE<br>FLORISSANT, MO 63031 | | | 09/21/2009 | 33118 | $18,707.24 | No Liability Claim |
| 128 | MOTLEY, SEAN P.<br>18 SHAW DRIVE<br>MERRICK, NY 11566 | | | 09/22/2009 | 34269 | $608.65 | No Liability Claim |
| 129 | NADIG, BALU S.<br>38 PONDEROSA LANE<br>OLD BRIDGE, NJ 08857 | | | 09/22/2009 | 28559 | $70,000.00 | No Liability Claim |
| 130 | NAGY-KOPPANY UGYVEDI IRODA<br>K&P ATTORNEYS AT LAW<br>ÜGYVÉDI IRODA<br>VIGADÓ U. 2. MAHART HÁZ 6.EM<br>BUDAPEST, 1051<br>HUNGARY | | | 08/10/2009 | 7803 | $3,933.50 | No Liability Claim |
| 131 | NETHERLAND SEWELL &<br>ASSOCIATES INC<br>4500 THANKSGIVING TOWER<br>1601 ELM STREET, SUITE 4500<br>DALLAS, TX 75201 | | | 07/30/2009 | 6693 | $7,159.69 | No Liability Claim |
| 132 | NETZEL,GAVIN R<br>17 DEFIANT CLOSE<br>CHATHAM, KENT, ME5 7QS<br>UNITED KINGDOM | | | 09/15/2009 | 12808 | $4,084.00 | No Liability Claim |
| 133 | NEW YORK PUBLIC LIBRARY<br>5TH AVENUE & 42ND STREET<br>RM 67<br>NEW YORK, NY 07028 | | | 07/31/2009 | 6828 | $25,000.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 134 | NEW YORK ROAD RUNNERS FND ATTN: ROBERT L. LAUFER, VP - LEGAL 9 EAST 89TH STREET NEW YORK, NY 10128 | | | 09/21/2009 | 21402 | $550.00 | No Liability Claim |
| 135 | NEWHOUSE, MICHELLE M. 420 EAST 54TH STREET APT 11C NEW YORK, NY 10022-5151 | | | 09/14/2009 | 12081 | $11,126.00 | No Liability Claim |
| 136 | NEWMAN, RICHARD J. NEW YORK STOCK EXCHANGE 50 BROADWAY, SUITE 1600 NEW YORK, NY | | | 09/18/2009 | 17327 | $70,000.00 | No Liability Claim |
| 137 | NICKLAS, RICHARD P. 16 STRATFORD ROAD SCARSDALE, NY 10583 | | | 09/22/2009 | 31871 | $126,805.00 | No Liability Claim |
| 138 | NIEMAN, ROGER R. 300 EAST 40TH ST NEW YORK, NY 10016-2188 | | | 08/28/2009 | 9589 | $69,423.40* | No Liability Claim |
| 139 | NOLAN, MARTIN J. THREE CHIMNEYS GRAVELLY HILL CATERHAM SURREY, CR3 6ES UNITED KINGDOM | | | 09/15/2009 | 12818 | $5,562.43 | No Liability Claim |
| 140 | OCALLAGHAN, COLLEEN A. 45 EAST 80TH STREET APARTMENT 17A NEW YORK, NY 10075 | | | 09/22/2009 | 33031 | $51,690.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 141 | OFFICE OF THE SECRETARY OF STATE, SECURITIES DEPARTMENT 69 W. WASHINGTON STREET, SUITE 1220 CHICAGO, IL | | | 07/30/2009 | 6682 | $14,766.28 | No Liability Claim |
| 142 | OPTIMA MUHENDISLIK TAAHHUT FULYA MAHALLESI ALI SAMI YEN SOKAK MUHADDISOGLU IS HANI NO 2 KAT 6 GAYRETTEPE ISTANBUL, TURKEY | | | 08/19/2009 | 8724 | $13,437.77 | No Liability Claim |
| 143 | PANAGEAS, SOTIRIOS S. A/K/A SAM 126 SILVER SPRING RD. RIDGEFIELD, CT 06877 | | | 02/02/2009 | 2458 | $150,000.00 | No Liability Claim |
| 144 | PEDLEY, DANIELA 454 IRIS ST REDWOOD CITY, CA 94062 | | | 09/22/2009 | 31773 | $182,000.00 | No Liability Claim |
| 145 | PEEQ MEDIA LLC P.O. BOX 823323 PHILADELPHIA, PA 19182-3323 | | | 07/21/2009 | 5804 | $23,871.53 | No Liability Claim |
| 146 | PHILLIPS MCDOUGALL SUITE 2 VINYARD BUSINESS CENTRE SAUGHLAND PATHHEAD, EH37 5XP UNITED KINGDOM | | | 07/15/2009 | 5372 | $9,900.00 | No Liability Claim |
| 147 | PLANTS INC 2457 MONTROSE CHICAGO, IL 60618 | | | 07/20/2009 | 5762 | $423.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 148 | PLUMERI II, JOSEPH<br>455 LONG AVE.<br>FAR HILLS, NJ 07931 | | | 09/21/2009 | 22657 | $1,310.00 | No Liability Claim |
| 149 | PLUMERI II, JOSEPH<br>455 LONG AVE.<br>FAR HILLS, NJ 07931 | | | 09/21/2009 | 22658 | $962.00 | No Liability Claim |
| 150 | PM ASSOCIATES LP / PARKER<br>MERIDIEN HOTEL<br>118 W 57ST<br>NEW YORK, NY 10019 | | | 07/30/2009 | 6712 | $2,806.03 | No Liability Claim |
| 151 | POLISHCHUK, ALEXANDER<br>155, BAY 20TH STREET, APT 1C<br>BROOKLYN, NY 11214 | | | 08/06/2009 | 7463 | $4,000.00 | No Liability Claim |
| 152 | POSTERNACK, GARY J<br>101 CENTRAL PARK WEST<br>APT # 18-A<br>NEW YORK, NY 10023 | | | 09/21/2009 | 25016 | $140,719.00 | No Liability Claim |
| 153 | PREZIOSO, FRANK C<br>10 CITY PLACE<br>NUMBER 7B<br>WHITE PLAINS, NY 10601 | | | 09/22/2009 | 27433 | $200,000.00 | No Liability Claim |
| 154 | PRIMERICA LIFE INSURANCE CO.<br>ATTN: ALISON RAND, CFO<br>3120 BRECKINRIDGE BLVD<br>DULUTH, GA 30099 | | | 09/15/2009 | 12833 | $4,000,000.00 | No Liability Claim |
| 155 | PRINCIPAL SEARCH LTD<br>62 CORNHILL<br>LONDON, EC3V 3NH<br>UNITED KINGDOM | | | 09/10/2009 | 11362 | $200,000.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 156 | PROJECTS GROUP PLC, THE TPG ACADEMY WINDSOR HOUSE LODGE PLACE SUTTON, SM1 4AU UNITED KINGDOM | | | 07/17/2009 | 5499 | $6,904.86 | No Liability Claim |
| 157 | PURA FLO CORPORATION PO BOX 690447 HOUSTON, TX 77269-0447 | | | 07/20/2009 | 5674 | $189.45 | No Liability Claim |
| 158 | RAMCHAND, CHULANI MADAN MOHAN AND MOHAN, CHULANI SUNITA MADAN 3 CONDUIT ROAD, BOTANI TERRACE, 61 FL 1-2 HONG KONG | | | 09/22/2009 | 31216 | $100,000.00 | No Liability Claim |
| 159 | REILLY, BRIAN M 3 WESTGATE BLVD. PLANDOME, NY 11030 | | | 09/21/2009 | 24972 | $47,069.00 | No Liability Claim |
| 160 | REILLY, BRIAN M 3 WESTGATE BLVD. PLANDOME, NY 11030 | | | 09/21/2009 | 24973 | $55,632.00 | No Liability Claim |
| 161 | ROE EQUITY RESEARCH PO BOX 626 DORSET, VT 05251 | | | 09/22/2009 | 32044 | $7,500.00 | No Liability Claim |
| 162 | ROSE, ANDREW 8760 WITTENWOOD COVE ORLANDO, FL 32836 | | | 07/20/2009 | 5706 | $175.78 | No Liability Claim |
| 163 | ROWE, DOUGLAS B. 423 ESSEX RD KENILWORTH, IL 60043 | | | 09/22/2009 | 33189 | $1,500,000.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|-----------|---------|---------------------|-----------------------------------|
| 164 SALANITRO DAVID<br>722 PINE ST<br>OMAHA, NE 68108-3739 | | | 08/06/2009 | 7559 | $2,750.00 | No Liability Claim |
| 165 SANCIAUME, ANNE<br>CHEMIN DE BERMOUCHE 1733<br>1997 HAUTE-NENDAZ,<br>SWITZERLAND | | | 01/26/2009 | 1963 | $67.00 | No Liability Claim |
| 166 SCHMIDT, SUSAN C.<br>10217 SORIANO STREET<br>DENTON, TX 76207 | | | 07/27/2009 | 6268 | $10,950.00 | No Liability Claim |
| 167 SCHOOL CHOICE INTERNATIONAL INC<br>222 BLOOMINGDALE RD<br>STE 308<br>WHITE PLAINS, NY 10605-1517 | | | 08/17/2009 | 8483 | $1,500.00 | No Liability Claim |
| 168 SCHOOL OF THE HOLY CHILD<br>2225 WESTCHESTER AVE<br>RYE, NY 10580 | | | 07/20/2009 | 5606 | $250.00 | No Liability Claim |
| 169 SCOTT, PETRA<br>66 EAST PARK ST<br>EAST ORANGE, NJ 07017 | | | 09/22/2009 | 32276 | Undetermined | No Liability Claim |
| 170 SHANAHAN, JAMES M., JR.<br>660 BIRKDALE DRIVE<br>FAYETTEVILLE, GA 30215-2789 | | | 09/16/2009 | 14031 | $287,811.00 | No Liability Claim |
| 171 SHERMAN,JOHN P.<br>95 EVERGREEN AVENUE<br>RYE, NY 10580 | | | 09/22/2009 | 32033 | $1,310.00 | No Liability Claim |
| 172 SHRED WORKS<br>1601 BAYSHORE HIGHWAY, SUITE 211<br>BURLINGAME, CA 94010 | | | 07/16/2009 | 5463 | $739.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 173 SINGH, RAJ<br>FLAT 30<br>ANCHORAGE POINT<br>42 CUBA STREET<br>LONDON, GT LON, E14 8NE<br>UNITED KINGDOM | | | 09/15/2009 | 12820 | $5,026.50 | No Liability Claim |
| 174 SIU, KIU<br>SAKURA-ZAKA RESIDENCE #803<br>6-16-6 ROPPONGI, MINATO-KU<br>TOKYO, 13 106-0032<br>JAPAN | | | 08/31/2009 | 9792 | $20,620.00 | No Liability Claim |
| 175 SIU, KIU<br>SAKURA-ZAKA RESIDENCE #803<br>6-16-6 ROPPONGI, MINATO-KU<br>13<br>TOKYO, 106-0032<br>JAPAN | | | 08/31/2009 | 9793 | $78,881.89 | No Liability Claim |
| 176 SLATTERY, PADRAIG AND ITA<br>WRENSBURY<br>4 BLACKHEATH GROVE<br>CLONTARF<br>DUBLIN 3,<br>IRELAND | | | 10/22/2009 | 44186 | $467.29 | No Liability Claim |
| 177 SMOKOSKI, R. SCOTT<br>3916 W 4TH STREET<br>FORT WORTH, TX 76107 | | | 09/14/2009 | 12319 | $100,000.00 | No Liability Claim |
| 178 SOIL HORIZONS, INC.<br>865 CATALPA PLACE<br>MARYSVILLE, OH 43040 | | | 08/03/2009 | 7209 | $960.00 | No Liability Claim |
| 179 SOLID COLOR, INC<br>155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10013 | | | 07/24/2009 | 6117 | $10,943.34 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 180 | STALOFF, ARNOLD<br>1605 MAYFLOWER LANE<br>CHERRY HILL, NJ 08003 | | | 07/13/2009 | 5297 | $10,500.00 | No Liability Claim |
| 181 | STERICYCLE, INC<br>PO BOX 660168<br>INDIANAPOLIS, IN 46266 | | | 09/22/2009 | 33246 | $18,988.88 | No Liability Claim |
| 182 | STRATTON, BEN<br>13 COLEMERNE MEWS<br>LONDON, SW109DZ<br>UNITED KINGDOM | | | 09/21/2009 | 24309 | $55,000.00 | No Liability Claim |
| 183 | STUDENT SPONSOR PARTNERS<br>286 MADISON AVENUE<br>SUITE 1601<br>NEW YORK, NY 10017 | | | 08/20/2009 | 8800 | $975.00 | No Liability Claim |
| 184 | SUNDERWALD, DELANIE<br>25 BANK ST<br>LONDON, E14 5LE<br>UNITED KINGDOM | | | 09/21/2009 | 24176 | $10,000.00 | No Liability Claim |
| 185 | TABENSHLAK, NELLI<br>3337 SEAWANE DR<br>MERRICK, NY 11566 | | | 09/21/2009 | 24716 | $10,000.00 | No Liability Claim |
| 186 | TARRYTOWN HOUSE<br>49 EAST SUNNYSIDE LANE<br>PO BOX 222<br>TARRYTOWN, NY 10591 | | | 08/27/2009 | 9559 | $50,711.49 | No Liability Claim |
| 187 | TAX DATA PROVIDERS<br>11922 S. DATE AVE<br>JENKS, OK 74037 | | | 09/03/2009 | 10210 | $43,450.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 188 | TEE, YOK LEE AND JOOK KIAN BIIC 1 MARINE VISTA #06-81 NEPTUNE COURT SINGAPORE, 449025 SINGAPORE | | | 09/18/2009 | 18566 | $99,000.00 | No Liability Claim |
| 189 | TEXAS PUBLIC POWER ASSOCIATION 701 BRAZOS SUITE 1005 AUSTIN, TX 78701 | | | 07/17/2009 | 5567 | $500.00 | No Liability Claim |
| 190 | TIDWELL JEFF PO BOX 287 - 6357 HWY 140 MIDPINES, CA 95345 | | | 07/31/2009 | 6827 | $400.00 | No Liability Claim |
| 191 | TMP SOLICITORS LLP 29TH FLOOR CANADA SQUARE LONDON, E14 5DY UNITED KINGDOM | | | 09/04/2009 | 10425 | $669.72 | No Liability Claim |
| 192 | TOBRON OFFICE FURNITURE CORP 135 WEST 18TH STREET NEW YORK, NY 10011 | | | 07/10/2009 | 5579 | $7,205.40 | No Liability Claim |
| 193 | TOPOL, CLIFFORD 92 MUCHMORE RD HARRISON, NY 10528 | | | 09/17/2009 | 15071 | $1,310.00 | No Liability Claim |
| 194 | TOTAL FIRE PROTECTION 5322 AVE N BROOKLYN, NY 11234 | | | 07/16/2009 | 5409 | Undetermined | No Liability Claim |
| 195 | TOTAL FIRE PROTECTION 5322 AVE N BROOKLYN, NY 11234 | | | 10/02/2008 | 82 | $203.53 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 196 | TRANSWALL OFFICE SYSTEMS, INC ATTN: JAY AIKENS PO BOX 1930 WEST CHESTER, PA 19380 | | | 09/14/2009 | 12347 | $10,030.98 | No Liability Claim |
| 197 | TROMBETTA, SANTO 279 MCBAINE AVE STATEN ISLAND, NY 10309 | | | 09/14/2009 | 12592 | $25,873.00 | No Liability Claim |
| 198 | TSOZIK, VADIM 202 AVENUE F APT. F3 BROOKLYN, NY 11218 | | | 07/24/2009 | 6083 | $2,953.92 | No Liability Claim |
| 199 | TU, SUSAN 378 BLAUVELT ROAD PEARL RIVER, NY 10965 | | | 09/21/2009 | 23775 | Undetermined | No Liability Claim |
| 200 | UNIMAC FINANCIAL 350 MICHELA PLACE CARLSTADT, NJ 07072 | | | 08/13/2009 | 8151 | $105,767.68 | No Liability Claim |
| 201 | UTAH STATE TREASURER'S OFFICE PO BOX 140530 SALT LAKE CTY, UT 84114-0530 | | | 07/20/2009 | 5721 | Undetermined | No Liability Claim |
| 202 | VAUGHN, ANNE M 1 CRESCENT PLACE HO HO KUS, NJ 07423 | | | 09/08/2009 | 10525 | $4,000.00 | No Liability Claim |
| 203 | VILLAGE COPIER, INC. C/O LAW OFFICE OF MORRIS HARARY 16 EAST 34TH STREET, 16TH FLOOR NEW YORK, NY | | | 09/22/2009 | 31211 | $29,888.95 | No Liability Claim |
| 204 | VISENTINI, JACOPO 1115 GRAND ST. APARTMENT 5A HOBOKEN, NJ 07030 | | | 09/22/2009 | 27623 | $8,000.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 205 | VOLLRATH, JANET KAY<br>259 PONY GHOST TRAIL<br>BLUE RIDGE, GA 30513 | | | 08/03/2009 | 7285 | Undetermined | No Liability Claim |
| 206 | VOYTEK, SPENCER<br>6826 SEINFELD CT<br>HOUSTON, TX 77069 | | | 08/24/2009 | 9142 | $105,000.00 | No Liability Claim |
| 207 | WEBER, SETH L<br>310 TIMBER HILL DRIVE<br>MORGANVILLE, NJ 07751-1677 | | | 09/21/2009 | 21335 | $171,324.00 | No Liability Claim |
| 208 | WERBER M.D., JOHN C.<br>36 PLAZA STREET<br>SUITE 8E<br>BROOKLYN, NY 11238 | | | 09/21/2009 | 23736 | $18,750.00 | No Liability Claim |
| 209 | WEST CONN MEAT CO<br>HUNTS POINT COOPERATIVE<br>BRONX, NY 10474 | | | 07/13/2009 | 5290 | $3,706.71 | No Liability Claim |
| 210 | WHEELER, KEITH<br>13 PALOMINO CIRCLE<br>NOVATO, CA 94947 | | | 09/21/2009 | 24172 | $3,938.46 | No Liability Claim |
| 211 | WHITNEY, MARY<br>122 PARKVIEW AVENUE<br>WEEHAWKEN, NJ 07086 | | | 09/22/2009 | 31366 | $47,727.00 | No Liability Claim |
| 212 | WINCHESTER, JUDITH A.<br>3929 IVY TERRACE COURT, NW<br>WASHINGTON, DC 20007 | | | 09/18/2009 | 19299 | Undetermined | No Liability Claim |
| 213 | WINE & SPIRIT EDUCATION TRUST<br>INTERNATIONAL WINE & SPIRIT<br>CENTRE<br>39 - 45 BERMONDSEY STREET<br>SOUTHWARK<br>LONDON, SE1 3XF<br>UNITED KINGDOM | | | 07/20/2009 | 5697 | Undetermined | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 195: EXHIBIT A – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 214 WOOD, JEREMY K.<br>43 OAKDENE ROAD<br>SEVENOAKS, KENT, TN13 3HJ<br>UNITED KINGDOM | | | 09/22/2009 | 31289 | $6,364.00 | No Liability Claim |
| 215 WOODTRONICS<br>110 REYNOLDS STREET<br>SOUTH WILLIAMSPORT, PA 17702 | | | 08/10/2009 | 7885 | $21,072.44 | No Liability Claim |
| 216 YACOUBI-SOUSSANE, MERYEM<br>87 OAKLEY STREET, FLAT 2<br>LONDON, SW3 5NP<br>UNITED KINGDOM | | | 09/22/2009 | 31319 | $39,365.52 | No Liability Claim |
| 217 YEAR UP, INC.<br>ATTN: COLLEEN O'CONNELL<br>93 SUMMER STREET, 5TH FLOOR<br>BOSTON, MA 02110 | | | 07/17/2009 | 5569 | $31,060.00 | No Liability Claim |
| 218 YOO, RONALD J.<br>850 PARK AVENUE # 3C<br>NEW YORK, NY 10075 | | | 07/20/2009 | 5779 | $22,500.00* | No Liability Claim |
| 219 YORK, MARILYN PUDER, PHD<br>7 BROOKSIDE PARK<br>OLD GREENWICH, CT 06870 | | | 07/15/2009 | 5390 | $12,000.00 | No Liability Claim |
| 220 ZIELINSKI, JIMMY<br>23 LINDEN AVENUE<br>BELLEVILLE, NJ 07109 | | | 08/05/2009 | 7442 | $3,000.00 | No Liability Claim |
| 221 ZITOUNE, JOSEPH MICHAEL<br>12075 GLENMORE DRIVE<br>CORAL SPRINGS, FL 33071 | | | 09/22/2009 | 27620 | $4,000.00 | No Liability Claim |
| | | | | TOTAL | $36,256,147.83 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                           :      **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :      **08-13555 (JMP)**
                                                                :
                                    **Debtors.**        :      **(Jointly Administered)**
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)

Upon the one hundred ninety-fifth omnibus objection to claims, dated September 12, 2011 (the "One Hundred Ninety-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the No Debtor Claims on the grounds that such claims fail to comply with the Bar Date Order's specific direction that claims identify the specific Debtor against which they are asserted and, therefore, do not constitute valid *prima facie* claims, all as more fully described in the One Hundred Ninety-Fifth Omnibus Objection to Claims; and due and proper notice of the One Hundred Ninety-Fifth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the One Hundred Ninety-Fifth Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Ninety-Fifth Omnibus Objection to Claims.

Objection to Claims; and (vii) all other parties entitled to notice in accordance with the

procedures set forth in the second amended order entered on June 17, 2010, governing case

management and administrative procedures for these cases [Docket No. 9635]; and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the One Hundred Ninety-Fifth Omnibus Objection to Claims is in the best

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the One Hundred Ninety-Fifth Omnibus Objection to Claims establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the One Hundred Ninety-Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Debtor Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the No Debtor Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred

Ninety-Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE