WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :    08-13555 (JMP)
:
Debtors.                  :    (Jointly Administered)
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPLICATION**
**OF THE DEBTORS PURSUANT TO SECTIONS 327(e) AND**
**328(a) OF THE BANKRUPTCY CODE AND RULE 2014(a) OF**
**THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR**
**AUTHORIZATION TO EMPLOY AND RETAIN MILBANK, TWEED,**
**HADLEY & M$^{c}$CLOY LLP, AS SPECIAL COUNSEL TO THE DEBTORS**
**IN CONNECTION WITH CERTAIN TAX RELATED MATTERS**

**PLEASE TAKE NOTICE** that the Application of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in possession, pursuant to sections 327(e) and 328 of title 11 of the United States Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to employ and retain Milbank, Tweed, Hadley & M$^{c}$Cloy LLP as special counsel to the Debtors [ECF No. 14811], is hereby withdrawn.

Dated: September 12, 2011
       New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

US_ACTIVE:\43784688\01\58399.0008