SCHIFF HARDIN LLP
Jon C. Vigano (JV 9322) (Illinois)
6600 Sears Tower
Chicago, Illinois 60606-6473
Telephone: 312-258-5500
Facsimile: 312-258-5700
jvigano@schiffhardin.com

Attorney for *Chicago Board Options Exchange, Incorporated* and *Options Price Reporting Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC. et. al. | : | |
| | : | 08-13555 (JMP) |
| Debtors. | ; | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO**
**BE REMOVED FROM SERVICE LISTS AND ELECTRONIC FILING NOTICES**

PLEASE TAKE NOTICE that Jon C. Vigano hereby withdraws his appearance in the above-referenced case on behalf of Chicago Board Options Exchange and Options Price Reporting Authority and requests to be removed from the service lists and from the CM/ECF notice list. Please remove the name, mailing address and email addresses listed below from the mailing lists and the Court's electronic filing system for this case:

Jon C. Vigano, Esq.
Schiff Hardin LLP
233 S. Wacker Drive, Suite 6600
Chicago, Illinois 60606
jvigano@schiffhardin.com

or

Jon C. Vigano, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
jvigano@schiffhardin.com

Dated: September 12, 2011

Respectfully submitted,

By: Jon C. Vigano

Jon C. Vigano (JV 9322)
233 S. Wacker Drive
Chicago, Illinois 60606-6473
Telephone: 312-258-5500
Facsimile: 312-258-5700
jvigano@schiffhardin.com

SCHIFF HARDIN LLP
Jon C. Vigano (JV 9322) (Illinois)
6600 Sears Tower
Chicago, Illinois 60606-6473
Telephone: 312-258-5500
Facsimile: 312-258-5700
jvigano@schiffhardin.com

Attorney for *Chicago Board Options Exchange, Incorporated* and *Options Price Reporting Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
In re :
: Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC. et. al. :
: 08-13555 (JMP)
Debtors. ;
-------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I, Jon C. Vigano, am not a party to this action, and am over the age of 18, and certify under the penalty of perjury that on September 12, 2011, I caused true copies of the **NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM SERVICE LISTS AND ELECTRONIC FILING NOTICES** to all parties via the CM/ECF system and by placing a copy in the U.S. Mail, postage prepaid, to the following parties: be sent by facsimile and electronic mail service to:

Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Lindsee P. Granfield
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Jeffrey S. Margolin
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
PH: 212.837.6375
Fax: 212.422.4726
E-Mail: margolin@hugheshubbard.com

United States Bankruptcy Court
Southern District of New York
Attention: The Honorable James J. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis Dunne
Luc Despins, Wilbur Foster, Jr.
Dennis O'Donnell
Evan Fleck
Milkbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Paul Aronzo
Gregory Bray
Milkbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

/s/ Jon C. Vigano
Jon C. Vigano

CH2\10417419.1