UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                           :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                               :
:
-----------------------------------------------------------------x    Ref. Docket Nos. 19656, 19657,
19665, 19673, 19678, 19682, 19686,
19689, 19695, 19699, 19706, 19710,
19721-19727

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 8, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
12th day of September, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: STICHTING WAARDEPOT FINVESTOR
      DANIEL CROWLEY, DANIEL MIRANDA
      745 SEVENTH AVENUE
      NEW YORK NY 10019
```

Please note that your claim # 53295-01 in the above referenced case and in the amount of
         $37,601.68        has been transferred **(unless previously expunged by court order)**

```
      VARDE FUND X (MASTER) LP, THE
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: EDWINA PJ STEFFER
      8500 NORMANDALE LAKE BLVD, STE 1500
      MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.   Refer to INTERNAL CONTROL NUMBER 19673        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/08/2011                     Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 8, 2011.

# EXHIBIT B

```
TIME: 18:28:46                                                                                                                                                     PAGE:    1
DATE: 09/08/11
```
```
                                                        LEHMAN BROTHERS HOLDING INC.
                                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCO SABADELL S.A. | TRANSFEROR: BANCO URQUIJO SABADELL BANCA PRIVADA S.A. PRINCIPE DE VERGARA 125 MADRID 28002 SPAIN |
| BANCO SABADELL S.A. | TRANSFEROR: BANCO URQUIJO SABADELL BANCA PRIVADA S.A. PRINCIPE DE VERGARA 125 MADRID 28002 SPAIN |
| BANCO UROUIJO SABADELL BANCA PRIVADA S.A. | TRANSFEROR: MUTUA DE PREVISION SOCIAL DEL PERSONAL DE RENAULT ESPANA, M.P.S. SERRANO 71 MADRID 28006 SPAIN |
| BANCO URQUIJO SABADELL BANCA PRIVADA S.A. | TRANSFEROR: MUTUA DE PREVISION SOCIAL DEL PERSONAL DE RENAULT ESPANA, M.P.S. SERRANO 71 MADRID 28006 SPAIN |
| BARCLAYS BANK PLC | TRANSFEROR: STICHTING WAARDEPOT FINVESTOR 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: STICHTING WAARDEPOT FINVESTOR DANIEL CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BURGER, SUSANNE | BAUMKAMP 63 HAMBURG D-22299 GERMANY |
| CLARIDEN LEU LTD | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CLARIDEN LEU LTD | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| COMMERZBANK AG | TRANSFEROR: LERSCH, ANKE ATTN: MARTIN HANNOEVER FRANKFURT 60261 GERMANY |
| CREDIT SUISSE AG | TRANSFEROR: CLARIDEN LEU LTD ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010 |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: BURGER, SUSANNE BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BANCO SABADELL S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| LERSCH, ANKE | KAISEPLATZ 9 MUNICH 80803 GERMANY |
| MUTUA DE PREVISION SOCIAL DEL PERSONAL DE RENAULT ESPANA, M.P.S. | CL GALATEA NO 3 VALLADOLID 47004 SPAIN |
| STICHTING WAARDEPOT FINVESTOR | TRANSFEROR: CONSULTME B.V. C/O FINVESTOR BV ATTN: MR. ARCO KRIJGSMAN MALIEBAAN 70 UTRECHT 3581 CV THE NETHERLANDS |
| STICHTING WAARDEPOT FINVESTOR | TRANSFEROR: JORIS-JANSSEN, E.H. ATTN: MR. ARCO KRIJGSMAN FINVESTOR BV MALIEBAAN 70 UTRECHT 3581 CV THE NETHERLANDS |
| STICHTING WAARDEPOT FINVESTOR | TRANSFEROR: STICHTING HET ASSINK LYCENM ATTN: MR. ARCO KRIJGSMAN FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT THE NETHERLANDS |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed       23