August 17, 2011

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
Attn: Lehman Brothers Holdings Claims Processing

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow

Re:   *In re* Lehman Brothers Holdings Inc., Case No. 08-13555(JMP)
      Claim Numbers 36654

To Whom it May Concern:

Please change the address of record for the above-referenced joint claim of Trevor Anthony Haeger & Sandra Marie Haeger to the address below:-

7 REDWOOD AVENUE, SINGAPORE 276717

Sincerely,

Trevor Anthony Haeger &
Sandra Marie Haeger