CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Richard Levin
Attorneys for Credit Suisse AG

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    08-13555 (JMP)
                                                                  :
         Debtors.                                                 :    (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that Credit Suisse AG hereby withdraws its Notice of Transfer of Claim filed on November 15, 2010 (ECF Docket No. 12748) from UBS AG as transferor to Credit Suisse AG in the amount of CHF 50'000.00 as it is duplicative of its Notice of Transfer of Claim filed on November 5, 2010 (ECF Docket No. 12567).

Respectfully submitted on this 13th day of September 2011.

                          By   /s/ Richard Levin
                               Richard Levin
                               Cravath, Swaine & Moore LLP
                               825 Eighth Avenue
                               New York, NY 10019
                               Telephone: (212) 474-1000
                               Facsimile: (212) 474-3700
                               Attorneys for Credit Suisse AG