WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| **In re** | : **Chapter 11** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : **Case No. 08-13555 (JMP)** |
| | : |
| **Debtors.** | : **Jointly Administered** |

---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | s.s.: |
| NEW YORK COUNTY | ) | |

Michael J. Lonie, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 9th day of September, 2011, I caused a copy of the *Notice of Withdrawal of the Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105 (A) and 1109(B) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures* [Dkt. No. 19807] to be served via UPS overnight mail on the attached service list.

　　　　　　　　　　　　　　　　　　　　 */s/ Michael J. Lonie*＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　 Michael J. Lonie

Sworn to before me the 13th day of September, 2011

*s/ Patricia A. Ashman*＿＿＿＿＿＿＿＿＿＿＿＿
Patricia A. Ashman
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014.

NEWYORK 8178084 (2K)

## SERVICE LIST

Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Andrew D Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq

Milbank, Tweed, Hadley & Mccloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Dennis Dunne
Wilbur Foster, Jr
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000
Thomas J. Moloney
Sean A. O'Neal

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000
Lindsee Granfield
Lisa Schweitzer

Bingham McCutchen LLP
One Federal Street
Boston, MA 02110
(617) 951-8000
Sabin Willett
Andrew Phelan
Evan Benanti
Eric Heining

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000
Kenneth A. Kopelman
Joshua Dorchak

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000
Irena Goldstein

Dewey & LeBoeuf LLP
333 N. Grand Avenue
Los Angeles, CA 90021
(213) 621-6000
Bruce Bennett

Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31 FL
New York, NY 10022
(212)-277-4000
Walter B. Stuart
Patrick D. Oh

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1978
Richard Levin

Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue, 18 Fl
New York, NY 10176
(212) 986-6000
Matthew Gold

Wilmer Cutler Pickering Hale And Dorr LLP
399 Park Avenue
New York, NY
10022
(212) 937-7232
Philip D. Anker

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
Lawrence Gelber

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
Adam Harris

Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
Steven Levine

Stutman, Treister & Glatt Professional Corporation
1901 Avenue of the Stars, 12 Fl
Los Angeles, CA 90067
(310) 228-5600
Issac M. Pachulski
Jeffrey H. Davidson

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Kenneth S. Ziman
Max S. Polonsky

Lowenstein Sandler PC
1251 Avenue of the Americas, 18 FL
New York, NY 10020
(212) 262-6700
Michael S. Etkin
Scott Cargill
Erin S. Levin

Paul, Weiss, Rifkind, Wharton & Garrison LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800
Jeffrey Saferstein

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212) 504-6000
Howard Hawkins

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
Frederick Sosnic

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
Douglas Bartner

Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800
Jeff Friedman

Clifford Chance LLP
31 West 52nd Street
New York, NY 10019
(212) 237-2036
Andrew Brozman