WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                    :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                    :
            **Debtors.**                            :    **(Jointly Administered)**
                                                    :
---------------------------------------------------------------------x
                                                    :
**In re**                                           :
                                                    :    **Case No.**
**LEHMAN BROTHERS INC.,**                           :
                                                    :    **08-01420 (JMP) (SIPA)**
            **Debtor.**                             :
                                                    :
---------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
# FORTY SECOND OMNIBUS HEARING ON SEPTEMBER 14, 2011 AT 10:00 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.   UNCONTESTED MATTERS:**

1.  Debtors' Motion for Approval of a Modification to the Debtors' Disclosure Statement **[Docket No. 19813]**

    Response Deadline:   September 13, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Document:

    A.   Declaration of Alfredo R. Perez **[Docket No. 19814]**

    B.   Order to Show Cause **[Docket No. 19815]**

    Status: This matter is going forward.

2.  Motion of the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Causes of Action on Behalf of Lehman Commercial Paper Inc. **[Docket No. 19622]**

    Response Deadline:   September 7, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status: This matter is going forward.

**II.   CONTESTED MATTERS:**

3.  Motion of Insured Persons for an Order Modifying the Automatic Stay to Allow Settlement Payment Under Directors and Officers Insurance Policy to Settle New Jersey Action **[Docket No. 19480]**

    Response Deadline:   September 7, 2011 at 4:00 p.m.

    Response Received:

          A.      Limited Objection of Essex Equity Holdings USA, LLC **[Docket No. 19757]**

Related Document:

          B.      Insured Persons' Reply **[Docket No. 19849]**

Status: This matter is going forward.

4. Motion of Insured Persons for an Order Modifying the Automatic Stay to Allow Settlement Payment Under Directors and Officers Insurance Policy to Settle Equity/Debt Class Action **[Docket No. 19488]**

Response Deadline:    September 7, 2011 at 4:00 p.m.

Responses Received:

          A.      Statement in Response by ERISA Class Action Creditors **[Docket No. 19740]**

          B.      Limited Objection of Essex Equity Holdings USA, LLC **[Docket No. 19758]**

          C.      Objection of SASCO Defendants **[Docket No. 19791]**

Related Documents:

          D.      Insured Persons' Reply **[Docket No. 19850]**

          E.      Notice of Revised Proposed Order **[Docket No. 19733]**

Status: This matter is going forward.

5. Debtors' Motion to Compel Production of Documents Improperly Withheld as Privileged by Giants Stadium LLC **[Docket No. 19585]**

Response Deadline:    September 7, 2011 at 4:00 p.m.

Response Received:

          A.      Objection of Giants Stadium LLC **[Docket No. 19761]**

Related Document:

          B.      Debtors' Reply **[Docket No. 19856]**

Status: This matter is going forward.

SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:

III. **CONTESTED MATTER**

6. RBS N.V.'s Motion for Order Dismissing, Without Prejudice, the LBI Trustee's Motion, Dated June 29, 2011, or Alternatively, Converting the LBI Trustee's Motion to an Adversary Proceeding Complaint, Requiring Application of Certain Bankruptcy and Local Rules, and Staying all Non-Discovery-Related Proceedings in Respect of the LBI Trustee's Motion Pending a Determination by the District Court with Respect To RBS N.V.'s Motion to Withdraw the Reference **[LBI Docket No. 4454]**

    Response Deadline:    August 22, 2011 at 4:00 p.m.

    Response Received:

    A.    Trustee's Opposition to Motion [**LBI Docket No. 4515**]

    Related Documents:

    B.    Reply in Support of Motion **[LBI Docket No. 4548]**

    C.    Consent Order **[LBI Docket No. 4491]**

    D.    Motion of Trustee Pursuant to Bankruptcy Code Sections 105(a) and 362 and the Lehman Brothers Inc. Liquidation Order, for an Order Enforcing the Automatic Stay and the Stay in the Liquidation Order and Compelling Payment of Amounts Payable by RBS N.V. **[Docket No. 4370]**

    E.    Declaration in Support of Trustee's Motion **[Docket No. 4371]**

    Status: This matter is going forward.

**MATTERS TO BE HEARD AT 2:00 P.M.**

IV. **ADVERSARY PROCEEDINGS:**

7. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adversary Case No. 10-02821]**

    **Pre-Trial Conference**

    Related Documents:

    A.    Adversary Complaint **[Docket No. 1]**

    B.    Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

  C. Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

  D. Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

  E. Motion of Fontainebleau Resorts, LLC, et al. to Extend Time on Consent to Respond to Complaint **[Docket No. 35]**

  F. Answer of J. Soffer, et al. to Adversary Complaint **[Docket No. 39]**

  G. Demand of J. Soffer, et al. for Jury Trial **[Docket No. 40]**

Status: This matter is going forward.

8. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adversary Case No. 10-02823]**

**Pre-Trial Conference**

Related Documents:

  A. Adversary Complaint **[Docket No. 1]**

  B. Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

  C. Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

  D. Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

  E. Motion of Fontainebleau Resorts, LLC, et al. to Extend Time on Consent to Respond to Complaint **[Docket No. 35]**

  F. Answer of J. Soffer, et al. to Adversary Complaint **[Docket No. 39]**

  G. Demand of J. Soffer, et al. for Jury Trial **[Docket No. 40]**

Status: This matter is going forward.

9. Melissa King v. Lehman Brothers Holdings Inc. **[Adversary Case No. 11-01875]**

**Lehman Brothers Holdings Inc.'s Motion to Dismiss**

Related Document:

    A.    Lehman Brothers Holdings Inc.'s Motion to Dismiss Adversary Complaint **[Docket No. 8]**

    B.    Adversary Complaint **[Docket No. 1]**

Status: This matter is going forward.

## V. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.:

10.    Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to October 19, 2011 at 10:00 a.m.

11.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

Response Deadline:    February 9, 2011 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection **[Docket No. 14398]**

    B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[Docket No. 14462]**

Related Documents:

    C.    Affidavit of Michael E. Busch, Esq. in Support of Motion **[Docket No. 11514]**

    D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[Docket No. 14454]**

Status: This matter has been adjourned to October 19, 2011 at 10:00 a.m.

12. Motion of Jason T. Taylor for Relief from the Automatic Stay **[Docket No. 14377]**

   Response Deadline:   October 12, 2011 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter has been adjourned to October 19, 2011 at 10:00 a.m.

13. Motion of Phillip Walsh for Relief from the Automatic Stay **[Docket No. 14571]**

   Response Deadline:   October 12, 2011 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter has been adjourned to October 19, 2011 at 10:00 a.m.

14. Motion of Colorado Plaintiffs Authorizing 2004 Examination of Debtors **[Docket No. 15200]**

   Response Deadline:   March 31, 2011

   Responses Received:

       A.   Debtors' Preliminary Response **[Docket No. 15522]**

       B.   Debtors' Objection **[Docket No. 15681]**

   Related Document:

       C.   Notice of Proposed Order **[Docket No. 15201]**

   Status: This matter has been adjourned to October 19, 2011 at 10:00 a.m.

15. Motion of Colorado Plaintiffs for Relief from the Automatic Stay **[Docket No. 15202]**

   Response Deadline:   April 6, 2011

   Response Received:

       A.   Debtors' Objection **[Docket No. 15681]**

Related Documents:   None.

Status: This matter has been adjourned to October 19, 2011 at 10:00 a.m.

16. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[Docket No. 16803]**

Response Deadline:   June 8, 2011 at 4:00 p.m.

Response Received:

    A.    Debtors' Objection **[Docket No. 17502]**

Related Documents:   None.

Status: This matter has been adjourned to October 19, 2011 at 10:00 a.m.

17. Motion of Wells Fargo Bank, NA, et al. for Relief from the Automatic Stay **[Docket No. 19014]**

Response Deadline:   October 12, 2011 at 4:00 p.m.

Responses Received:   None.

Related Document:

    A.    Memorandum of Law in Support of Motion **[Docket No. 19015]**

Status: This matter has been adjourned to October 19, 2011 at 10:00 a.m.

18. Motion for Relief from Automatic Stay by Kondaur Capital Corporation **[Case No. 09-10137, Docket No. 17]**

Response Deadline:   October 12, 2011 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter has been adjourned to October 19, 2011 at 10:00 a.m.

19. Motion of Plaintiffs Turnberry/Centra Sub, LLC, et al. for Relief from the Automatic Stay **[Case No. 08-13555, Docket No. 19592 and Case No. 09-01062, Docket No. 54]**

Response Deadline:   October 12, 2011 at 4:00 p.m.

  Responses Received: None.

  Related Documents: None.

  Status: This matter has been adjourned to October 19, 2011 at 10:00 a.m.

20. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code **[Docket No. 434]**

  Response Deadline: November 9, 2011 at 5:00 p.m.

  Responses Received: None.

  Related Documents: None.

  Status: This matter has been adjourned to November 16, 2011 at 10:00 a.m.

21. Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[Docket No. 16016]**

  Response Deadline: May 11, 2011 at 4:00 p.m.

  Responses Received:

    A. Debtors' Objection **[Docket No. 16680]**

    B. Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 16683]**

  Related Documents: None.

  Status: This matter has been adjourned to October 19, 2011 at 10:00 a.m.

## VI.  WITHDRAWN MATTERS:

22. Application of Debtors for Authorization to Employ and Retain Milbank, Tweed Hadley & McCloy LLP, as Special Counsel to the Debtors in Connection with Certain Tax Related Matters **[Docket No. 14811]**

  Related Document:

    A. Notice of Withdrawal **[Docket No. 19882]**

  Status: This matter has been withdrawn.

23. Motion of the Ad Hoc Group of Lehman Brothers Creditors to Establish Disclosure Procedures **[Docket No. 17014]**

    Related Document:

    A. Notice of Withdrawal **[Docket No. 19807]**

    Status: This matter has been withdrawn.

24. Motion for Leave to Participate in Debtors' Deposition of Robert Taylor **[Docket No. 19577]**

    Related Document:

    A. Notice of Withdrawal **[Docket No. 19733]**

    Status: This matter has been withdrawn.

Dated: September 13, 2011
      New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: September 13, 2011
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.