# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

Index Number: 08-13555 (JMP)

Debtors:
**IN RE: LEHMAN BROS. HOLDINGS, INC., et al**

For:
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
21st Floor
New York, NY 10019-6799

Received these papers to be served on **SAC CAPITAL ADVISORS, L.P., 72 CUMMINGS POINT ROAD, STAMFORD, CT 06902.**

I, Alan Jones, being duly sworn, depose and say that on the **9th day of September, 2011 at 4:51 pm,** I:

Served SAC CAPITAL ADVISORS, L.P. by personally delivering Subpoena For Rule 2004 Examination, Attachment A and Order Granting The Debtors Authority To Issue Subpoenas For The Production of Documents and Authorizing The Examination of Persons and Entities With A Witness and Mileage Fee of $89.00 to Peter Nussbaum, General Counsel, who stated that he is authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 6'3", Weight: 200, Hair: Brown, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 12th day of September, 2011 by the affiant who is personally known to me.

_Elyzabeth Kulas_

ELIZABETH KULAS
NOTARY PUBLIC
CONNECTICUT
MY COMMISSION EXPIRES MAY 31, 2015

Alan Jones
Process Server

Our Job Serial Number: CSU-2020099560
Ref: 08457001

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w