KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Marc E. Kasowitz
Michael J. Bowe
Albert S. Mishaan
Robert M. Novick

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
: 
: 
**In re,** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** : **08-13555 (JMP)**
*et al.*, : 
: **(Jointly Administered)**
**Debtors.** : 
: 
---------------------------------------------------------- x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO**
**ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the

Production of Documents and Authorizing the Examination of Persons and Entities,

entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together,

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

As required by the Order, the Debtors hereby file notice of a subpoena issued by a Debtor pursuant to the Order. The date the subpoena was served, the name of the witness and the date, time and place of any examination are set forth on "Exhibit A" attached hereto.

Dated: September 13, 2011
      New York, New York

           KASOWITZ, BENSON, TORRES
             & FRIEDMAN LLP

           /s/ Robert M. Novick
             Marc E. Kasowitz
             Michael J. Bowe
             Albert S. Mishaan
             Robert M. Novick

           1633 Broadway
           New York, New York 10019
           Telephone: (212) 506-1700
           Facsimile: (212) 506-1800

           Attorneys for Debtors
           and Debtors in Possession

## **Exhibit A**

NOTICE OF SUBPOENA

| Name of Witness: | Goldman Sachs & Co. |
|---|---|
| Date of Service of Subpoena: | September 9, 2011 |
| Subject of Subpoena: | Examination, pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Examination to be conducted on October 11, 2011 at Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019 |