```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                       Debtors.                             :
                                                            :
------------------------------------------------------------x    Ref. Docket No. 19739
```

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 9, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
13th day of September, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 19739_Aff 09-09-11.doc

**EXHIBIT A**

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED
              C/O CQS (UK) LLP
              ATTN: HEAD OF LEGAL
              5TH FLOOR
              33 GROSVENOR PLACE
              LONDON SW1X 7HY UNITED KINGDOM


Additional:   CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED
              CQS CLAIMS GROUP/ WENDY KANE
              CADWALADER, WICKERSHAM & TAFT LLP
              ONE WORLD FINANCIAL CENTER
              NEW YORK NY 10281


Transferee:   CVI GVF (LUX) MASTER S.A.R.L.
              C/O CARVAL INVESTORS UK LIMITED
              KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
              SURREY KT11 2PD UNITED KINGDOM


**Your transfer of claim # 20763 is defective for the reason(s) checked below:**

Expunged By Court Order


Docket Number 19739            Date 09/07/11


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 9, 2011.

**EXHIBIT B**

```
TIME: 18:21:35                                          LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 09/09/11                                               CREDITOR LISTING

Name                                    Address
CQS DIRECTIONAL OPPORTUNITIES MASTER     C/O CQS (UK) LLP ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON  SW1X 7HY UNITED KINGDOM
  FUND LIMITED
CQS DIRECTIONAL OPPORTUNITIES MASTER     CQS CLAIMS GROUP/ WENDY KANE CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
  FUND LIMITED
CVI GVF (LUX) MASTER S.A.R.L.            C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY  KT11 2PD UNITED KINGDOM

Total Number of Records Printed        3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC