UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :     08-13555 (JMP)
                                                                  :     (Jointly Administered)
              Debtors.                                            :
                                                                  :
------------------------------------------------------------------x     Ref. Docket Nos. 19732, 19735-
                                                                        19738, 19741-19743, 19746, 19747,
                                                                        19749, 19750, 19752, 19754, 19759,
                                                                        19760, 19762-19766, 19768, 19769,
                                                                        19771-19774, 19779

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 9, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
13th day of September, 2011

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

```
_____
                                      |
In re                                 |    Chapter 11 Case No.
                                      |
                                      |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,|
                                      |    (Jointly Administered)
                                      |
          Debtors.                    |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   AMERICAN TRADING & PRODUCTION CO (ATAPCO)
          ATTN: HENRY KOETHER
          10 EAST BALTIMORE ST.
          SUITE 1600
          BALTIMORE MD 21202
```

Please note that your claim # 19234 in the above referenced case and in the amount of
       $33,697,302.30   Unliquidated       has been transferred **(unless previously expunged by court order)**

```
          MERRILL LYNCH CREDIT PRODUCTS, LLC
          TRANSFEROR: AMERICAN TRADING & PRODUCTION CO (ATAPCO)
          ATTN:JEFFREY BENESH AND GARY S. COHEN
          BANK OF AMERICA TOWER - 3RD FLOOR
          ONE BRYANT PARK
          NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19752       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/09/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 9, 2011.

# EXHIBIT B

```
TIME: 18:16:56                                      LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 09/09/11                                           CREDITOR LISTING

Name                                              Address
AMERICAN TRADING & PRODUCTION CO                  ATTN: HENRY KOETHER 10 EAST BALTIMORE ST. SUITE 1600 BALTIMORE MD 21202
  (ATAPCO)
AMERICAN TRADING AND PRODUCTION CORP.             C/O ANDREW J. CURRIE, ESQ. VENABLE LLP 750 E. PRATT STREET, SUITE 900 BALTIMORE MD 21202
BANK JULIUS BAER & CO. LTD.                       BANK JULIUS BAER & CO. LTD. P.O. BOX ZURICH CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: ST. GALLER KANTONALBANK ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND
BLAND LUI PAK PING P                              2/F, NO. 10Q LOT 262 DD219 HING KENG SHEK, SAI KUNG HONG KONG
CHAN BICK SAI GLORIANNA                           3/F 34A KENNEDY RD MID-LEVELS HK HONG KONG
CHAN CHI MING / LAU WING KIU                      FLAT G 21/F TIEN SING MANSION NO. 1 TAN WING AVENUE TAIKOO SHING QUARRY BAY HONG KONG
CHAN HON KIT                                      53 LUI KUNG TIN YUEN LONG, NT HONG KONG
CHAN KWOK YIN / CHAN CHI AH IRENE                 FLAT B 15/F. AURIZON 62 MOORSOM ROAD JARDINE'S LOOKOUT HONG KONG
CHAN PO LIN, PAULINE                              FLT G 8/F BLK 16 HOI TSUI MANSION RIVIERA GARDEN TSUEN WAN NT HONG KONG
CHAN PUI MAN                                      FLAT G 21/F TIEN SING MANSION TAI KOO SHING, HK HONG KONG
CHAN WAN MEI / LO HUNG YIP                        ROOM 1614 HOI NING HOUSE HOI FU ESTATE MONG KOK, KLN HONG KONG
CHAN WING HAN, WINNIE                             FLAT 8C HOI TIEN MANSION HORIZON GARDENS TAIKOO SHING HK HONG KONG
CHAN YUN LAM / MAN KWONG                          RM 1505 15/F BLK B WO YUET HOUSE, CHEUNG WO COURT NO. 277 HIP WO STREET KWUN TONG KLN HONG KONG
CHAU OI, TIM                                      RM 2 32/F KA PING HOUSE KA LUNG COURT KELLETT BAY ABERDEEN HONG KONG
CHEN WEN SHUEN VINCENT                            ROOM 2 2/F BLOCK B MOONBEAM TERRACE 2 ALNWICK ROAD KOWLOON TONG KLN HONG KONG
CHENG HIN KWAN DENISE                             G/F 143 SHUI WAI TAI PO NT HONG KONG
CHENG LEUNG KWAI                                  2/F 211 TIN SUM VILLAGE TAI WAI NT HONG KONG
CHENG YUN, TIM                                    ROOM 902 SUN PUI COURT SUN WAI YUEN TUEN MUN NT HONG KONG
CHEUNG CHUI PING                                  UNIT D 48/F TOWER 2 THE ORCHARDS 3 GREIG ROAD QUARRY BAY HK
CHEUNG KUK FAN                                    FLAT B 13/F ON FUNG BUILDING 90 HEUNG WO STREET TSUEN WAN, NT HONG KONG
CHEUNG SHUK HAN, VICTORIA                         ROOM 8 15/F BLOCK 18 HENG FA CHUEN CHAI WAN HK HONG KONG
CHEUNG WA FUNG                                    HOUSE 56 4TH STREET SECTION 1 FAIRVIEW PARK YEUNG LONG, NT HK HONG KONG
CHEUNG WAI HUNG                                   1/F 62 TIN LIU NEW VILLAGE PAK LAM ROAD MA WAN NT HONG KONG
CHIU KA WAH                                       ROOM 5 16/F KAI FAN HOUSE KAI TAI COURT KOWLOON BAY KLN HONG KONG
CHIU TZE YU MONTE                                 FLAT A 2/F BLOCK 5 VILLA RHAPSODY 533 SAI SHA ROAD MA ON SHAN HONG KONG
CHIU YAN SING                                     3/F 72 KIMBERLEY ROAD TSIM SHA TSUI, KLN HONG KONG
CHONG KOK CHEUN/NG SIU PING                       ROOM 3 21/F BRILLIANT TOWER SHATIN PLAZA SHATIN HONG KONG, NT HONG KONG
CHOW SHUK HAN                                     FLAT A 57/F BLOCK 3 RESIDENCE OASIS TSEUNG KWAN O NT HONG KONG
CHUI YEE HAR/CHUI FOOK WING CHRISTOPHER           FLAT E 13/F CAPITAL BUILDING 175-191 LOCKHART ROAD WANCHAI HK HONG KONG
CHUNG SIU FUN VIVIEN                              13/5-7 SUTHERLAND ROAD CHATSWOOD NSW 2067 AUSTRALIA
COSTA RIERA JOSEP/TRACHSEL FREUND ROSE            TORRAS I BAGES 8 APT CORREOS 336 VIC BARCELONA 08500 SPAIN
  ESTHER
CQS ABS MASTER FUND LIMITED                       C/O CQS (UK) LLP ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON SW1X 7HY UNITED KINGDOM
CQS ABS MASTER FUND LIMITED                       CQS CLAIMS GROUP/ WENDY KANE CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
CQS ASIA MASTER FUND LIMITED                      C/O CQS (UK) LLP ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON SW1X 7HY UNITED KINGDOM
CQS ASIA MASTER FUND LIMITED                      CQS CLAIMS GROUP/ WENDY KANE CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
CQS CAPITAL STRUCTURE ARBITRAGE MASTER            C/O CQS (UK) LLP ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON SW1X 7HY UNITED KINGDOM
  FUND LIMITED
CQS CAPITAL STRUCTURE ARBITRAGE MASTER            CQS CLAIMS GROUP/ MS. WENDY KANE CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
  FUND LIMITED
CQS CONVERTABLE AND QUANTITATIVE                  CADWALADER, WICKERSHAM & TAFT LLP WENDY KANE, CQS CLAIMS GROUP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
  STRATEGIES MASTER FUND LIMITED
CQS CONVERTIBLE AND QUANTITATIVE                  CADWALADER, WICKERSHAM & TAFT LLP ATTN: CQS CLAIMS GROUP (ATTN: MS. WENDY KANE) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
  STRATEGIES MASTER FUND LIMITED
CQS CONVERTIBLE AND QUANTITATIVE                  C/O CQS (UK) LLP ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON SW1X 7HY UNITED KINGDOM
  STRATEGIES MASTER FUND LIMITED
CQS DIRECTIONAL OPPORTUNITIES MASTER              CADWALADER, WICKERSHAM & TAFT LLP ATTN: CQS CLAIMS GROUP (ATTN: MS. WENDY KANE) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
  FUND LIMITED
CQS DIRECTIONAL OPPORTUNITIES MASTER              C/O CQS (UK) LLP ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON SW1X 7HY UNITED KINGDOM
  FUND LIMITED
CUI HEPING / LI JINHUA                            APT BLK 355 WOODLANDS AVENUE 1 #10-707 730355 SINGAPORE


                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:16:56                                          LEHMAN BROTHERS HOLDING INC.                                                     PAGE:    2
DATE: 09/09/11                                               CREDITOR LISTING

Name                                            Address
CVI GVF (LUX) MASTER S.A.R.L.                   TRANSFEROR: CQS ABS MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE COBHAM
                                                SURREY  KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                   TRANSFEROR: CQS ASIA MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE COBHAM
                                                SURREY  KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                   TRANSFEROR: CQS CAPITAL STRUCTURE ARBITRAGE MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED
                                                KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY  KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                   TRANSFEROR: CQS CONVERTABLE AND QUANTITATIVE STRATEGIES MASTER FUND LIMITED; C/O CARVAL INVESTORS UK LIMITED
                                                KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY  KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                   TRANSFEROR: CQS CONVERTIBLE AND QUANTITATIVE STRATEGIES MASTER FUND LIMITED; C/O CARVAL INVESTORS UK LIMITED
                                                KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY  KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                   TRANSFEROR: CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                                SURREY  KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: MIZUHO SECURITIES CO LTD C/O DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI 60/F INTERNATIONAL COMMERCE CENTRE
                                                1 AUSTIN ROAD WEST, KOWLOON HONG KONG  HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH (UK)            TRANSFEROR: WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, LP ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                LONDON  EC2N 2DB UNITED KINGDOM
FAI, CHEUNG KAM / CHU, CHO MING                 FLT H 17/F BLOCK 3 UPTOWN PLAZA TAI PO NT  HONG KONG
FENG JIANMING / SU XIANGDONG                    NO. 3 HAIJUNG 16TH STREET COUNTRY BI GUI GARDEN BEIJIAO TOWN SHUNDE GUANGDONG  CHINA
FONG, AU PO                                     1/F FRONT PORTION 146A WATERLOO ROAD KOWLOON TONG  KLN HONG KONG
FU KWONG HOI DENNIS                             FLAT D 9/F MAPLE GARDEN PHASE 2 KIN WAH STREET FORTRESS HILL NORTH POINT, HK  HONG KONG
FUNG KIT LIN STELLA                             20/F BLOCK I, HILLTOP 60 CLOUDVIEW ROAD NORTH POINT  HONG KONG
HO KIT LIN                                      FLAT B 23/F BLOCK 1 THE GRANDIOSE NO. 9 TONG CHUN STREET TSEUNG KWAN O  NT HONG KONG
HO, LAI SZE                                     6/F COMFORT MANSION 59B WONG NEI CHUNG RD HAPPY VALLEY HK  HONG KONG
INVEST BANCA SPA                                TRANSFEROR: INVEST BANCA SPA VIA CHERUBINI N. 99 EMPOLI (FI)  50053 ITALY
INVEST BANCA SPA                                VIA CHERUBINI 99 EMPOLI (FI)  50053 ITALY
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: SECONDMARKET, INC. 4 NEW YORK PLAZA, 16TH FLOOR NEW YORK NY 10004
KING, TSANG WAI                                 FLT B 20/F BLK 7 VILLA ESPLANADA PHASE 2 NO. 8 NGA YING CHAU STREET TSING YI NT  HONG KONG
KWOK YUK YING / SIN KWAI WING                   FLAT E 11/F TAI ON COURT 62-74 SHAU KEI WAN MAIN ST E SHAU KEI WAN, HK  HONG KONG
LAI LAI PING                                    FLAT D 17/F BLOCK 8 LAGUNA VERDE HUNG HOM, KLN  HONG KONG
LAI SHIAO BUN                                   5/F NO.43 KAM WA STREET SHAUKIWAN HK  HONG KONG
LAU YIM HA                                      ROOM 4A FOOK YEE GARDEN 278 PRINCE EDWARD ROAD WEST KOWLOON TONG KLN  HONG KONG
LEE MAN FAI WILLIAM                             ROOM 10 7/F BLOCK H HONOUR BUILDING 38 CHEUNG NING STREET TO KWA WAN, KLN  HONG KONG
LEUNG KAM, FAN                                  FLT E 17/F BLK B TSUEN TAK GARDEN TSUEN WAN, NT  HONG KONG
LEUNG PON YOU, FUNG & LEUNG CHING YEE,          FLT B 4/F YEE TAK INDUSTRIAL BLDG 42 WING HONG ST. CHEUNG SHA WAN, KLN  HONG KONG
LAURA
LEUNG SIK FU                                    BLOCK D 3/F HANG TAK BLDG 1 ELECTRIC STREET WAN CHAI  HONG KONG
LI WOOD YEE GRACE                               8/F BLOCK B HARBOUR GARDEN TOWER 2 8 SHAM MONG ROAD TAI KOK TSUI, KLN  HONG KONG
LI YUK LIN                                      HOUSE 88 WINDSOR HEIGHTS 18 KAU TO SHAN ROAD SHATIN, NT  HONG KONG
LIN MEI YI                                      C/O DEPARTMENT OF ENGLISH CITY UNIVERSITY OF HK 83 TAT CHEE AVENUE KOWLOON TONG, KLN  HONG KONG
LIU CHI, WAH / CHEUNG YUK FUNG, ADA             FLAT 14/F BLOCK 2 POKFULAM GARDENS 180 POKFULAM ROAD POKFULAM HK  HONG KONG
LIU, JINYING                                    RM 708 NO.2 JIN HUA ROAD FO SAN CITY GUANGDONG PROVINCE  CHINA
LO YING HUNG, PETER                             FLAT B 26/F BLOCK 2 SHAM WAN TOWERS 3 APLEICHAU DRIVE APLEICHAU  HK HONG KONG
LO, CHER / LIM YEUNG, HOW                       FLAT B 26/F BEGONIA MANSION TAIKOO SHING QUARRY BAY  HK HONG KONG
LONG WAI KWOK                                   FLAT H 16/F BLOCK 9 VILLA ESPLANADA 8 NGA YING CHAU STREET TSING YI, NT  HONG KONG
LUI FUNG YUNG                                   FLAT C 37/F BLOCK 6 ISLAND RESORT NO. 28 SIU SAI WAN ROAD CHAI WAN  HONG KONG
LUK KOON LING                                   FLAT F 4/F BLOCK 7 BELVEDERE GARDEN PHASE 2 TSUEN WAN, NT  HONG KONG
MERRILL LYNCH CREDIT PRODUCTS, LLC              TRANSFEROR: AMERICAN TRADING & PRODUCTION CO (ATAPCO) ATTN:JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR
                                                ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC              TRANSFEROR: AMERICAN TRADING AND PRODUCTION CORP. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK AMERICA TOWER - 3RD FLOOR
                                                ONE BRYANT PARK NEW YORK NY 10036
MIZUHO SECURITIES CO LTD                        ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT; K. TANAKA OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI
                                                CHIYODA-KU, TOKYO  100-0004 JAPAN
MIZUHO SECURITIES CO LTD                        STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ. 180 MAIDEN LANE NEW YORK NY 10038
NEW YORK LIFE INSURANCE COMPANY                 BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK NEW YORK NY 10022
NEW YORK LIFE INSURANCE COMPANY                 ATTN: MAUREEN CRONIN 51 MADISON AVENUE NEW YORK NY 10010
NG MEI MUI                                      FLAT A114/F BLOCK A WILSHIRE TOWERS 200 TIN HAU TEMPLE ROAD NORTH POINT  HONG KONG

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:16:56                                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:   3
DATE: 09/09/11                                              CREDITOR LISTING

Name                                              Address
ORE HILL HUB FUND LTD.                            TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: KATE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
PMT CREDIT OPPORTUNITIES FUND LTD.                TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: KATE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
PUNG FOOK YUEN                                    ROOM 1712 17/F SHATIN GALLERI 18-24 SHAN MEI STREET FO TANG   HONG KONG
QU TIE YAN TINA                                   FLAT E 29/F BLOCK 2 VIANNI COVE 33 TIN KWAI ROAD TIN SHUI WAI, NT   HONG KONG
SILVER POINT CAPITAL FUND, L.P.                   DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                   TRANSFEROR: YORVIK PARTNERS LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER               DAVIS POLD & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVE NEW YORK NY 10017-3904
FUND, L.P.
SILVERPOINT CAPITAL OFFSHORE MASTER               TRANSFEROR: YORVIK PARTNERS LLP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
FUND, L.P.
SIT YIU, LEE                                      FLAT C G/F BLOCK 26 SCENIC GARDEN 9 CHEUNG KWAI ROAD CHEUNG CHAU   NT HONG KONG
SIU KAM, WANG                                     FLAT B 20/F BLOCK 6 THE JULIMOUNT GARDEN 1-5 HIU TAI ROAD TAI WAI   HONG KONG
SIU, OI LING OLIVIA                               FLAT A 3/F HOUSE 108 JC CASTLE 18 SHAN TONG ROAD TAI PO NT   HONG KONG
ST. GALLER KANTONALBANK                           ST. LEONHARDSTRASSE 25 ST. GALLEN  CH-9001 SWITZERLAND
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: BLAND LUI PAK PING P 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHAN HON KIT 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHAN PUI MAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHAU OI, TIM 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHENG YUN, TIM 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHEUNG CHUI PING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHEUNG WAI HUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHIU TZE YU MONTE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHIU YAN SING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHOW SHUK HAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHUNG SIU FUN VIVIEN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: FENG JIANMING / SU XIANGDONG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: FONG, AU PO 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: FU KWONG HOI DENNIS 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: FUNG KIT LIN STELLA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: HO KIT LIN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: HO, LAI SZE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: KING, TSANG WAI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LAI LAI PING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LAI SHIAO BUN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LEE MAN FAI WILLIAM 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
LIMITED
```

```
TIME: 18:16:56                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 4
DATE: 09/09/11                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LEUNG SIK FU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LI WOOD YEE GRACE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LI YUK LIN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LIN MEI YI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LIU, JINYING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LO, CHER / LIM YEUNG, HOW 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LONG WAI KWOK 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LUI FUNG YUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LUK KOON LING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: NG MEI MUI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: PUNG FOOK YUEN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SIT YIU, LEE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SIU KAM, WANG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SIU, OI LING OLIVIA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TAM SZE, HUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TAN WEE OON, VIVIEN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TAN, HOCK ANN & CHAI, CHUI LIN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TANG SAU TSUN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TANG SING POR 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TO FUNG WAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TO KAM MEI / TSE KING YUNG 27/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TSANG HO YIN KRIS 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TSUI KING YIU, THOMAS 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TUNG OI FUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: WONG SIU TING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: YAM CHI, LAI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: YANG CHUNFANG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: YUEN KING CHUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |

```
TIME: 18:16:56                                        LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    5
DATE: 09/09/11                                            CREDITOR LISTING

Name                                                 Address
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHAN BICK SAI GLORIANNA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHAN CHI MING / LAU WING KIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHAN KWOK YIN / CHAN CHI AH IRENE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHAN PO LIN, PAULINE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHAN WAN MEI / LO HUNG YIP 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHAN WING HAN, WINNIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHAN YUN LAM / MAN KWONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHEN WEN SHUEN VINCENT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHENG HIN KWAN DENISE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHENG LEUNG KWAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHEUNG KUK FAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHEUNG SHUK HAN, VICTORIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHEUNG WA FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHIU KA WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHONG KOK CHEUN/NG SIU PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CHUI YEE HAR/CHUI FOOK WING CHRISTOPHER 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: COSTA RIERA JOSEP/TRACHSEL FREUND ROSE ESTHER 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: CUI HEPING / LI JINHUA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: FAI, CHEUNG KAM / CHU, CHO MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: KWOK YUK YING / SIN KWAI WING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LAU YIM HA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LEUNG KAM, FAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LEUNG PON YOU, FUNG & LEUNG CHING YEE, LAURA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LIU CHI, WAH / CHEUNG YUK FUNG, ADA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LO YING HUNG, PETER 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: QU TIE YAN TINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WALTER BONANNO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG, WAI FAN/TANG, LIN SHEK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: YUEN NGAI PING/ CHOI YIN PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: ZHANG LI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
TAM SZE, HUNG                               ROOM 2314 BLOCK C YUNG WA HOUSE YUNG SHING COURT FANLING   NT HONG KONG
TAN WEE OON, VIVIEN                         66 GREENHAVEN DRIVE PENANT HILLS  NSW 2120 AUSTRALIA
TAN, HOCK ANN & CHAI, CHUI LIN              NO.34 JLN 5/1 F 47610 SUBANG JAYA SELANGOR    MALAYSIA
TANG SAU TSUN                               FLT 15C HSIA KUNG MANSION TAI KOO SHING HK    HONG KONG
TANG SING POR                               FLAT C 18/F BLOCK 1 ONE SILVERSEA 18 HOI FAI ROAD TAI KOK TSUI, KLN    HONG KONG
THE ROYAL BANK OF SCOTLAND PLC              DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
THE ROYAL BANK OF SCOTLAND PLC              TRANSFEROR: NEW YORK LIFE INSURANCE COMPANY ATTN: FRANCESCA SENA 600 WASHINGTON BLVD STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND PLC              TRANSFEROR: NEW YORK LIFE INSURANCE COMPANY ATTN: FRANCESCA SENA 600 WASHINGTON BLVD. STAMFORD CT 06901
TO FUNG WAN                                 FLAT B1 20/F HILTON PLAZA SHATIN NEW TERRITORIES    HONG KONG
TO KAM MEI / TSE KING YUNG                  FLAT A 13/F KUI WANG MANSION 3 HOK YU LANE HOMANTIN KOWLOON    HONG KONG
TSANG HO YIN KRIS                           FLAT B 13/F RIVERA MANSION 2-2A HOI WAN ST QUARRY BAY    HONG KONG
TSUI KING YIU, THOMAS                       FLT C 38/F TOWER 2 GOODRICH GDN NO. 9 LEUNG TAK STREET TUEN MUN   NT HONG KONG
TUNG OI FUNG                                420-0011 36 3 CHO-ME ANZAI AOI-KU SHIZOUKA-CITY, SHIZOUKA-KEN    JAPAN
UBS AG                                      BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                      ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
WALTER BONANNO                              ROOOM 1009 10/F FU HANG INDUSTRIAL BUILDING 1 HOK YUEN STREET EAST HUNG HOM    HONG KONG
WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, LP C/O JOHN WOOD 3033 EXCELSIOR BLVD SUITE 300 MINNEAPOLIS MN 55416
WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, LP FAEGRE & BENSON LLP RE: WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, LP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
WILSHIRE INSTITUTIONAL MASTER FUND II       INTERNATIONAL SEGREGATED PORTFOLIO TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: KATE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR
SPC - WILSHIRE ORE HILL                     NEW YORK NY 10019
WONG, SIU TING                              FLT 3103 31/F SUN WO HOUSE TAI WO ESTATE TAI PO, NT    HONG KONG
WONG, WAI FAN/TANG, LIN SHEK                FLAT F 9/F TOWER 2 ISLAND RESORT NO. 28 SIU SAI WAN ROAD CHAI WAN HK    HONG KONG
YAM CHI, LAI                                12/F 9 EMMA AVENUE HOMANTIN KOWLOON    HONG KONG
YANG CHUNFANG                               ROOM 1101 NO.5B MEI DOH XIAN DAI CHENG WU KANG ZHENG DE QING YUAN ZHEJIANG SHENG   313200 CHINA

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:16:56                               LEHMAN BROTHERS HOLDING INC.
DATE: 09/09/11                                    CREDITOR LISTING                                         PAGE:    6

Name                        Address
YORVIK PARTNERS LLP         TRANSFEROR: KOOPERATIVA POJIST'OVNA, A.S. VIENNA INSURANCE GROUP 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM
YUEN KING CHUNG             ROOM 727 NAM FUNG HOUSE NAM SHAN ESTATE SHAMSHUIPO, KLN   HONG KONG
YUEN NGAI PING/ CHOI YIN PING  124 LYCHEE ROAD SOUTH SS 221 SEC O LOT 4665 DD 104 FAIRVIEW PARK YUEN LONG NT    HONG KONG
ZHANG LI                    3/F CHUANGXIN BUILDING TORCH HI-TECH INDUSTRIAL DEVELOPMENT ZONE XIAMEN    CHINA

Total Number of Records Printed      207
```

EPIQ BANKRUPTCY SOLUTIONS, LLC