WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------x

### STIPULATION AND AGREEMENT FOR PROVISIONAL
### ALLOWANCE OF CLAIMS SOLELY FOR PURPOSES OF
### <u>VOTING ON THE DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN</u>

Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors in possession (together, the "<u>Debtors</u>") and Claimants[1]

(together with Lehman, the "<u>Parties</u>"), hereby stipulate and agree as follows:

### <u>RECITALS</u>

A.     On September 15, 2008 and on various dates thereafter, each of the Debtors filed

a voluntary case under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>")

---

[1]     As used herein, "Claimants" means Acenden Limited (f/k/a Capstone Mortgage Services Limited); Eldon Street (Raven) Limited; Grace Hotels Limited; LB Equity (Nominees Number 7) Ltd.; LB Holdings Intermediate 2 Limited; LB SF No. 1 Ltd.; LB UK RE Holdings Limited; LBQ Funding (UK); Lehman Brothers (Indonesia) Limited; Lehman Brothers Europe Limited; Lehman Brothers Holdings PLC; Lehman Brothers International (Europe) ("<u>LBIE</u>"); Lehman Brothers Limited; Lehman Brothers Nominees Limited; Lehman Brothers UK Holdings Limited; Lehman Brothers Commercial Conduit Limited; Mable Commercial Funding Limited; MBAM Investor Limited; Monaco NPL (No. 1) Limited; Preferred Mortgages Limited; Resetfan Limited; Southern Pacific Funding 3 Limited; Southern Pacific Mortgage Limited; Storm Funding Limited; Thayer Group Limited; Thayer Properties (Jersey) Limited; Thayer Properties Limited; and Zestdew Limited, as represented by their respective joint administrators or joint liquidators, as applicable.

in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), which cases are being jointly administered under Case Number 08-13555 (the "Lehman Bankruptcy Cases").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B.      Pursuant to the order entered on July 2, 2009, the Bankruptcy Court established September 22, 2009 at 5:00 p.m. (Prevailing Eastern Time) as the last date and time for the filing of proofs of claim against any of the Debtors based upon pre-chapter 11 transactions.

C.      The Claimants have filed the proofs of claim set forth on Schedule A against the Debtors (the "Filed Claims").

D.      On September 1, 2011, the Debtors filed the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holding Inc. and its Affiliated Debtors (as may be further modified from time to time, the "Third Amended Plan") and a related disclosure statement (as may be further modified from time to time, the "Disclosure Statement"), and the Bankruptcy Court entered an order approving the Disclosure Statement and governing solicitation and voting on the Third Amended Plan, ECF No. 19631 (the "Voting Procedures Order").

E.      The Debtors and Claimants enter into this stipulation for the purposes of provisionally allowing the Claimants' asserted claims against the Debtors as set forth herein solely for the purposes of allowing the Claimants to vote on the Third Amended Plan, consistent with the Voting Procedures Order (the "Stipulation").

## AGREEMENT

1.      This Stipulation shall become effective upon the execution by each of the Parties (the "Effective Date").

2.      Upon the Effective Date, the Claimants shall be deemed to hold

provisionally allowed claims against the applicable Debtors, for purposes of voting on the Third

Amended Plan, in the classes and the amounts set forth on <u>Schedule B</u> (the "<u>Voting Claims</u>"),

and (except as provided in paragraph 7 of this Stipulation) the Claimants shall not be entitled to

vote any other claims on the Third Amended Plan.

3.      The provisional allowance of the Voting Claims pursuant to this

Stipulation is without prejudice to each of the Parties' respective rights and obligations under and

pursuant to the Third Amended Plan, applicable bankruptcy and non-bankruptcy law, and

equitable principles.  Except as expressly provided for herein with respect to the provisional

allowance of the Voting Claims, nothing herein is or shall be deemed to be (a) a determination,

allowance or disallowance of any of the Claimants' asserted claims against any of the Debtors or

their estates for any purpose whatsoever, (b) an admission, release or waiver of any rights with

respect to any of the Filed Claims against any of the Debtors including, without limitation, as to

the amount, extent, validity or priority of any of the Filed Claims against any of the Debtors, or

(c) a release or waiver of any rights of the Parties to assert any and all objections, defenses or

counterclaims or other rights in respect of any of the Filed Claims.

4.      The provisional allowance of the Voting Claims pursuant to this

Stipulation shall not be deemed a determination or have any effect on the classification of a

Claim under the Third Amended Plan.

5.      Neither this Stipulation, any of the provisions hereof, nor any act

performed or document executed pursuant to or in furtherance of this Stipulation, is or may be

deemed to be or may be used as an admission of, or evidence of, the validity or invalidity of any

aspect of the Filed Claims against the Debtors or of any other claim or right of any kind, or of

any wrongdoing or liability of any of the Parties in the Debtors' chapter 11 cases, or any other matter pending before the Bankruptcy Court, including for the purposes of establishing reserves under the Third Amended Plan.  Except as specifically set forth herein, this Stipulation shall not affect the Filed Claims and is without prejudice to, and shall in no way affect, the rights of the Parties hereto with respect to such asserted claims.

6.      Nothing in this Stipulation, express or implied, is intended or shall be construed to confer upon, or to give to, any person other than the Parties hereto, and their respective successors and assigns, any right, remedy or claim under or by reason of this Stipulation; and the provisions contained in this Stipulation are and shall be for the sole and exclusive benefit of the Parties hereto.

7.      Nothing in this Stipulation shall govern or have any effect on the allowance for purposes of voting on the Third Amended Plan of structured securities issued or guaranteed by LBHI that are beneficially owned by persons or entities other than any of the Claimants, which securities are included within the proofs of claim denoted with an asterisk on Schedule A hereto.  With respect to any such structured securities beneficially owned by affiliates of LBHI for which LBIE is the record holder, at the request of the applicable affiliate on notice to LBIE, the Debtors will provide directly to such affiliate a separate ballot for voting on the Third Amended Plan in an amount to be agreed between the Debtors and such affiliate.

8.      This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings among the Parties relating thereto.

9.      This Stipulation may not be modified other than by signed writing executed by each of the Parties and delivered to each Party.

10.      Each person who executes this Stipulation represents that he or she is duly authorized to do so on behalf of the applicable Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

11.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy, copies, or facsimiles signed by the Parties.

12.      This Stipulation shall inure to the benefit of, and shall be binding upon, the Parties and their respective successors, assignees, heirs, executors, administrators and liquidators.

13.      This Stipulation shall be exclusively governed by and construed and enforced in accordance with the laws of the State of New York, without regard to its conflicts of law principles.

14.      The Bankruptcy Court shall have exclusive jurisdiction over any and all disputes arising out of or otherwise relating to this Stipulation.  Should the Bankruptcy Court abstain from exercising its jurisdiction or be found not to have jurisdiction over a matter relating to this Stipulation, such matter shall be adjudicated in either the United States District Court, for the Southern District of New York or a court of competent jurisdiction in the State of New York.

Dated: September 13, 2011
      New York, New York

_____

Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

*[Signature Page for Voting Stipulation with U.S. Debtors]*

DAVIS POLK & WARDWELL LLP

By: _____

    Marshall S. Huebner

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

*Attorneys for the following Claimants*:
Eldon Street (Raven) Limited; Grace
Hotels Limited; LB Equity (Nominees
Number 7) Ltd.; LB Holdings
Intermediate 2 Limited; LB SF No. 1 Ltd.;
LB UK RE Holdings Limited; LBQ
Funding (UK); Lehman Brothers
(Indonesia) Limited; Lehman Brothers
Europe Limited; Lehman Brothers
Holdings PLC; Lehman Brothers
International (Europe); Lehman Brothers
Limited; Lehman Brothers UK Holdings
Limited; Lehman Brothers Commercial
Conduit Limited; Mable Commercial
Funding Limited; Monaco NPL (No. 1)
Limited; Storm Funding Limited; Thayer
Properties Limited; and Zestdew Limited

*[Signature Page for Voting Stipulation with U.S. Debtors]*

By: _____
    Jeff Lundgren

    Director of Claimant Acenden
    Limited

Acenden Limited
4th Floor
22-25 Finsbury Square
London, EC2A 1DX
England

By: _____
    Amany Attia

    Director of Claimant Acenden
    Limited

Acenden Limited
4th Floor
22-25 Finsbury Square
London, EC2A 1DX
England

*[Signature Page for Voting Stipulation with U.S. Debtors]*

By: _____

Jeffrey Drew

Authorized signatory for Claimant
Lehman Brothers Nominees Limited

Reed Smith LLP
Broadgate Tower
20 Primrose Street
London, EC2A 2RS
England

*[Signature Page for Voting Stipulation with U.S. Debtors]*

By: _____

    Jeffrey Drew

    Authorized signatory for Claimant
    MBAM Investor Limited

Reed Smith LLP
Broadgate Tower
20 Primrose Street
London, EC2A 2RS
England

*[Signature Page for Voting Stipulation with U.S. Debtors]*

By: _____
Lee Brandon

    Director of Claimant Preferred
    Mortgages Limited

Preferred Mortgages Limited
St. Johns Place
Easton Street
High Wycombe, HP11 1NL
England

*[Signature Page for Voting Stipulation with U.S. Debtors]*

By: _____

Jeffrey Drew

Authorized signatory for Claimant
Resetfan Limited

Reed Smith LLP
Broadgate Tower
20 Primrose Street
London, EC2A 2RS
England

*[Signature Page for Voting Stipulation with U.S. Debtors]*

By: _____
    Lee Brandon

    Director of Claimant Southern
    Pacific Funding 3 Limited

Southern Pacific Funding 3 Limited
Level 23
25 Canada Square
London, E14 5LQ
England

*[Signature Page for Voting Stipulation with U.S. Debtors]*

By: _____
Lee Brandon

      Director of Claimant Southern
      Pacific Mortgage Limited

Southern Pacific Mortgage Limited
St. Johns Place
Easton Street
High Wycombe, HP11 1NL
England

*[Signature Page for Voting Stipulation with U.S. Debtors]*

By: _____

Nick Vermeulen

Joint Liquidator for Claimant Thayer
Group Limited

PricewaterhouseCoopers CI LLP
Twenty Two Colomberie
St Helier
Jersey, JE1 4XA
England

*[Signature Page for Voting Stipulation with U.S. Debtors]*

By:  _____

    Nick Vermeulen

       Joint Liquidator for Claimant Thayer
       Properties (Jersey) Limited

PricewaterhouseCoopers CI LLP
Twenty Two Colomberie
St Helier
Jersey, JE1 4XA
England

*[Signature Page for Voting Stipulation with U.S. Debtors]*

**Schedule A – Filed Claims**

| Claimant | Debtor | Claim Number |
|---|---|---|
| Acenden Limited (f/k/a Capstone Mortgage Services Limited) | Lehman Brothers OTC Derivatives Inc | 16524 |
| Acenden Limited (f/k/a Capstone Mortgage Services Limited) | Lehman Brothers Holdings Inc. | 16525 |
| Acenden Limited (f/k/a Capstone Mortgage Services Limited) | Lehman Brothers Special Financing Inc. | 16527 |
| Eldon Street (Raven) Limited | Lehman Brothers Holdings Inc. | 23481 |
| Eldon Street Holdings Limited | Lehman Commercial Paper Inc. | 14635 |
| Eldon Street Holdings Limited | Lehman Brothers Holdings Inc. | 23484 |
| Grace Hotels Limited | Lehman Brothers Holdings Inc. | 14621 |
| Grace Hotels Limited | Lehman Commercial Paper Inc. | 23567 |
| Lehman Brothers Equity (Nominees Number 7) Limited | Lehman Brothers Holdings Inc. | 23482 |
| LB Holdings Intermediate 2 Limited | Lehman Brothers Holdings Inc. | 16522 |
| LB SF No. 1 | Lehman Brothers Special Financing Inc. | 14623 |
| LB SF No. 1 | Lehman Brothers Holdings Inc. | 21525 |
| LB UK RE Holdings Limited | Lehman Brothers Commercial Corporation | 14617 |
| LB UK RE Holdings Limited | Lehman Brothers Holdings Inc. | 21524 |
| LB UK RE Holdings Limited | Lehman Brothers Special Financing Inc. | 23566 |
| LB UK RE Holdings Limited | Lehman Commercial Paper Inc. | 23570 |
| LBQ Funding (UK) | Lehman Brothers Holdings Inc. | 23483 |
| Lehman Brothers (Indonesia) Limited | Lehman Brothers Holdings Inc. | 23563 |
| Lehman Brothers Europe Limited | LB 745 LLC | 14614 |

| | | |
|---|---|---|
| Lehman Brothers Europe Limited | Lehman Brothers OTC Derivatives Inc. | 14620 |
| Lehman Brothers Europe Limited | Lehman Brothers Special Financing Inc. | 14622 |
| Lehman Brothers Europe Limited | Lehman Commercial Paper Inc. | 14640 |
| Lehman Brothers Europe Limited | Lehman Brothers Commodity Services Inc. | 14647 |
| Lehman Brothers Europe Limited | Lehman Brothers Holdings Inc. | 21519 |
| Lehman Brothers Europe Limited | Lehman Brothers Commercial Corporation | 23474 |
| Lehman Brothers Holdings PLC | Lehman Brothers Holdings Inc. | 14012 |
| Lehman Brothers Holdings PLC | Lehman Commercial Paper Inc. | 14016 |
| Lehman Brothers Holdings PLC | Lehman Brothers Special Financing Inc. | 21522 |
| Lehman Brothers International (Europe) | Lehman Brothers Derivative Products Inc. | 21516 |
| Lehman Brothers International (Europe) | LB 745 LLC | 21518 |
| Lehman Brothers International (Europe) | Lehman Brothers Commodity Services Inc. | 21521 |
| Lehman Brothers International (Europe) | Lehman Commercial Paper Inc. | 21526 |
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | 21527 |
| Lehman Brothers International (Europe) | Lehman Brothers OTC Derivatives Inc. | 21528 |
| Lehman Brothers International (Europe) | Lehman Brothers Commercial Corporation | 21529 |
| Lehman Brothers International (Europe) | Lehman Brothers Special Financing Inc. | 21530 |
| Lehman Brothers International (Europe) | Lehman Brothers Financial Products Inc. | 21532 |
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | 62779* |
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | 62780* |
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | 62781* |

| | | |
|---|---|---|
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | 62783* |
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | 62784* |
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | 62785* |
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | 62786* |
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | 62787* |
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | 62788* |
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | 62789* |
| Lehman Brothers International (Europe) | Merit, LLC | 66831 |
| Lehman Brothers Limited | Lehman Brothers Commodity Services Inc. | 14011 |
| Lehman Brothers Limited | LB 745 LLC | 14014 |
| Lehman Brothers Limited | Structured Asset Securities Corporation | 14015 |
| Lehman Brothers Limited | Lehman Brothers Commercial Corporation | 14017 |
| Lehman Brothers Limited | Lehman Brothers Financial Products Inc. | 14038 |
| Lehman Brothers Limited | Lehman Commercial Paper Inc. | 14040 |
| Lehman Brothers Limited | Lehman Brothers Derivative Products Inc. | 14041 |
| Lehman Brothers Limited | CES Aviation LLC | 14388 |
| Lehman Brothers Limited | Lehman Brothers OTC Derivatives Inc. | 16498 |
| Lehman Brothers Limited | Lehman Brothers Holdings Inc. | 21523 |
| Lehman Brothers Limited | Lehman Brothers Special Financing Inc. | 23477 |
| Lehman Brothers Nominees Limited | Lehman Brothers Holdings Inc. | 23565 |
| Lehman Brothers UK Holdings Limited | Lehman Brothers Holdings Inc. | 14646 |
| Lehman Commercial Mortgage Conduit Limited | Lehman Commercial Paper Inc. | 23480 |

| | | |
|---|---|---|
| Lehman Commercial Mortgage Conduit Limited | Lehman Brothers Holdings Inc. | 42255 |
| Mable Commercial Funding Limited | Lehman Brothers Holdings Inc. | 14643 |
| Mable Commercial Funding Limited | Lehman Commercial Paper Inc. | 14641 |
| Mable Commercial Funding Limited | Lehman Brothers Special Financing Inc. | 14624 |
| MBAM Investor Limited | Lehman Brothers Holdings Inc. | 16523 |
| Monaco NPL (No. 1) Limited | Lehman Brothers Special Financing Inc. | 14636 |
| Monaco NPL (No. 1) Limited | Lehman Brothers Holdings Inc. | 14619 |
| Monaco NPL (No. 1) Limited | Lehman Commercial Paper Inc. | 14642 |
| Preferred Mortgages Limited | Lehman Brothers Holdings Inc. | 16494 |
| Resetfan Limited | Lehman Brothers Holdings Inc. | 17072 |
| Southern Pacific Funding 3 Limited | Lehman Brothers Holdings Inc. | 17062 |
| Southern Pacific Mortgage Limited | Lehman Brothers Special Financing Inc. | 17061 |
| Southern Pacific Mortgage Limited | Lehman Brothers Holdings Inc. | 17073 |
| Storm Funding Limited | Lehman Brothers Holdings Inc. | 62782 |
| Storm Funding Limited | Lehman Brothers Special Financing Inc. | 14639 |
| Storm Funding Limited | Lehman Brothers Holdings Inc. | 21517 |
| Storm Funding Limited | Lehman Commercial Paper Inc. | 23473 |
| Thayer Group Limited | Lehman Brothers Holdings Inc. | 23485 |
| Thayer Properties (Jersey) Limited | Lehman Commercial Paper Inc. | 23486 |
| Thayer Properties (Jersey) Limited | Lehman Brothers Holdings Inc. | 23488 |
| Thayer Properties Limited | Lehman Commercial Paper Inc. | 23476 |
| Thayer Properties Limited | Lehman Brothers Holdings Inc. | 23487 |
| Zestdew Limited | Lehman Brothers Special Financing Inc. | 14615 |
| Zestdew Limited | Lehman Brothers Holdings Inc. | 14638 |

## Schedule B – Voting Claims

| Claimant | Debtor | Amount | Class[2] |
|---|---|---|---|
| Acenden Limited (f/k/a Capstone Mortgage Services Limited) | Lehman Brothers Holdings Inc. | $80,557,000 | 4A |
| Acenden Limited (f/k/a Capstone Mortgage Services Limited) | Lehman Brothers Holdings Inc. | $18,900 | 4B |
| Acenden Limited (f/k/a Capstone Mortgage Services Limited) | Lehman Brothers OTC Derivatives Inc. | $2,200 | 5C |
| Acenden Limited (f/k/a Capstone Mortgage Services Limited) | Lehman Brothers Special Financing Inc. | $16,700 | 5C |
| Eldon Street (Raven) Limited | Lehman Brothers Holdings Inc. | $2,300,000 | 4A |
| Eldon Street Holdings Limited | Lehman Brothers Holdings Inc. | $57,130,000 | 4B |
| Eldon Street Holdings Limited | Lehman Brothers Holdings Inc. | $611,350,000 | 4A |
| Grace Hotels Limited | Lehman Brothers Holdings Inc. | $1,650,000 | 4A |
| Grace Hotels Limited | Lehman Brothers Holdings Inc. | $4,500 | 4B |
| Lehman Brothers Equity (Nominees Number 7) Limited | Lehman Brothers Holdings Inc. | $4,160,000 | 4A |
| LB Holdings Intermediate 2 Limited | Lehman Brothers Holdings Inc. | $1,154,650,000 | 4B |
| LB Holdings Intermediate 2 Limited | Lehman Brothers Holdings Inc. | $2,680,000 | 4A |
| LB SF No. 1 Ltd. | Lehman Brothers Holdings Inc. | $505,000 | 4B |

---

[2] "Class" refers to the classes of claims as described in the Third Amended Plan.

| LB SF No. 1 Ltd. | Lehman Brothers Holdings Inc. | $2,874,300,000 | 4A |
|---|---|---|---|
| LB UK RE Holdings Limited | Lehman Commercial Paper Inc. | $46,000,000 | 5C |
| LBQ Funding (UK) | Lehman Brothers Holdings Inc. | $820,000 | 4A |
| Lehman Brothers (Indonesia) Limited | Lehman Brothers Holdings Inc. | $18,600,000 | 4B |
| Lehman Brothers (Indonesia) Limited | Lehman Brothers Holdings Inc. | $614,000 | 4A |
| Lehman Brothers Europe Limited | Lehman Brothers Holdings Inc. | $224,162,000 | 4B |
| Lehman Brothers Europe Limited | Lehman Commercial Paper Inc. | $4,924,000 | 5C |
| Lehman Brothers Europe Limited | Lehman Brothers OTC Derivatives Inc. | $26,000 | 5C |
| Lehman Brothers Europe Limited | Lehman Brothers Commercial Corporation | $260 | 5C |
| Lehman Brothers Holdings PLC | Lehman Brothers Holdings Inc. | $1,111,000 | 4B |
| Lehman Brothers Holdings PLC | Lehman Commercial Paper Inc. | $2,222,000 | 5C |
| Lehman Brothers International (Europe) | Lehman Brothers Commercial Corporation | $300,000,000 | 5C |
| Lehman Brothers International (Europe) | Lehman Brothers Holdings Inc. | $6,008,000,000 | 4B |
| Lehman Brothers International (Europe) | Lehman Brothers OTC Derivatives Inc. | $75,000,000 | 5C |
| Lehman Brothers International (Europe) | Lehman Brothers Special Financing Inc. | $4,000,000,000 | 5C |
| Lehman Brothers Limited | Lehman Brothers Commercial Corporation | $139,000 | 5C |

| | | | |
|---|---|---|---|
| Lehman Brothers Limited | Lehman Brothers Commodity Services Inc. | $888,000 | 5C |
| Lehman Brothers Limited | Lehman Brothers Holdings Inc. | $1,197,198,000 | 4B |
| Lehman Brothers Limited | Lehman Brothers OTC Derivatives Inc. | $52,000 | 5C |
| Lehman Brothers Limited | Lehman Brothers Special Financing Inc. | $3,700,000 | 5C |
| Lehman Brothers Limited | Lehman Commercial Paper Inc. | $2,500,000 | 5C |
| Lehman Brothers Nominees Limited | Lehman Brothers Holdings Inc. | $175 | 4B |
| Lehman Brothers UK Holdings Limited | Lehman Brothers Holdings Inc. | $1,937,900,000 | 4B |
| Lehman Brothers UK Holdings Limited | Lehman Brothers Holdings Inc. | $10,600 | 4A |
| Lehman Commercial Mortgage Conduit Limited | Lehman Commercial Paper Inc. | $101,985,000 | 5C |
| Lehman Commercial Mortgage Conduit Limited | Lehman Brothers Holdings Inc. | $41,792,500 | 4B |
| Mable Commercial Funding Ltd. | Lehman Brothers Holdings Inc. | $42,190,000 | 4B |
| MBAM Investor Limited | Lehman Brothers Holdings Inc. | $93,137,000 | 4B |
| MBAM Investor Limited | Lehman Brothers Holdings Inc. | $1,214,000 | 4A |
| Monaco NPL (No. 1) Limited | Lehman Brothers Special Financing Inc | $2,952,000 | 5C |
| Preferred Mortgages Limited | Lehman Brothers Holdings Inc. | $32,709,000 | 4B |
| Preferred Mortgages Limited | Lehman Brothers Holdings Inc. | $42,633,000 | 4A |

| Resetfan Limited | Lehman Brothers Holdings Inc. | $531,000 | 4A |
|---|---|---|---|
| Southern Pacific Funding 3 Limited | Lehman Brothers Holdings Inc. | $35,451,000 | 4A |
| Southern Pacific Mortgage Limited | Lehman Brothers Holdings Inc. | $69,200,000 | 4B |
| Storm Funding Limited | Lehman Brothers Holdings Inc. | $805,194,000 | 4B |
| Storm Funding Limited | Lehman Brothers Holdings Inc. | $795,800,000 | 4A |
| Storm Funding Limited | Lehman Commercial Paper Inc. | $182,820,000 | 5C |
| Thayer Group Limited | Lehman Brothers Holdings Inc. | $7,494,000 | 4A |
| Thayer Properties (Jersey) Limited | Lehman Brothers Holdings Inc. | $22,663,000 | 4B |
| Thayer Properties Limited | Lehman Commercial Paper Inc. | $13,400 | 5C |
| Zestdew Limited | Lehman Brothers Holdings Inc. | $3,253,000 | 4B |
| Zestdew Limited | Lehman Brothers Special Financing Inc. | $3,391,000 | 5C |