Form 210A

# United States Bankruptcy Court
## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.,et al.,</u>    Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>GB Voyager Multi-Strategy Fund SPC, Ltd.</u>    <u>Swiss Re Financial Products Corporation</u>
Name of Transferee    Name of Transferor

**Name and Address where notices to Transferee should be sent:**

GB Voyager Multi-Strategy Fund SPC, Ltd
c/o Walkers Corporate Services Limited
Walker House
87 Mary Street
George Town
Grand Cayman
KY1-9005
Cayman Islands

Attention: Isatou Sey

Phone: +1 345 814 4564
Email: isatou.sey@walkersglobal.com

With a copy to:

Swiss Re Capital Markets Limited
30 St Mary Axe
London
EC3A 8EP
United Kingdom

Attention: Steven Hughes

Phone: +44 (0) 207 933 4066
Email: steven_hughes@swissre.com

Court Claim # (if known): 15081
Amount of Claim: $34,293,594.60
Date Claim Filed: September 17, 2009

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_    Date: 13 SEPTEMBER 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: The Debtors and the Bankruptcy Court

**SWISS RE FINANCIAL PRODUCTS CORPORATION** ("**Transferor**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **GB VOYAGER MULTI-STRATEGY FUND SPC, LTD.** ("**Transferee**"), all right, title and interest in and to Proof of Claim Number 15081 filed by or on behalf of Transferor (the "**Claim**") against Lehman Brothers Holdings Inc. (the "**Debtor**"), debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

For the avoidance of doubt, this transfer relates solely to the claim against the Debtor filed by Transferor having the claim number set out above and to no other claim of Transferor against the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to any applicable law, relating to the transfer of the Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim. Transferor further directs the Debtor, the Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, dated as of the 13 of September, 2011.

SWISS RE FINANCIAL PRODUCTS CORPORATION

By: _____
Name: JAMES McCOY
Title: AUTHORISED SIGNATORY
Tel.: +1 212 317 5570

GB VOYAGER MULTI-STRATEGY FUND SPC, LTD.

By: _____
Name: JEAN ANDREWS
Title: DIRECTOR
Tel.: +44 207 9334503