WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL
### OF DEBTOR'S NINETY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
### (INSUFFICIENT DOCUMENTATION) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Ninety-Eighth Omnibus Objection to Claims (Insufficient Documentation) [Dkt. No. 14493] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

576802

Dated: September 12, 2011
      New York, New York

      /s/ *Michael A. Rollin*
Michael A. Rollin
REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

# (Claims for Which Objection is Withdrawn Without Prejudice):

| Claimant Name | Claim Number |
|---|---|
| U.S. Bank National Association | 20360, 20361, 20362, 20363, 20364, 20365, 20366, 20367, 20368, 20369, 20370, 20371, 20372, 20373, 20374, 20375, 20376, 20377, 20378, 20379, 20380, 20390, 20391, 20392, 20393, 20394, 20395, 20396, 20397, 20398, 20399, 20400, 20401, 20402, 20403, 20404, 20405, 20406, 20407, 20408, 20409, 20410, 20411, 20412, 20413, 20414, 20415, 20416, 20417, 20418, 20422, 20423, 20426, 20427, 20428, 20429, 20430, 20431, 20432, 20433, 20434, 20435, 20436, 20437, 20438, 20439, 20440, 20441, 20442, 20443, 20444, 20445, 20446, 20447, 20448, 20449, 20450, 20451, 20452, 20453, 20454, 20455, 20456, 20457, 20458, 20459, 20460, 20461, 20462, 20463, 20464, 20465, 23031, 23032, 23033, 23034, 23035, 23036, 23037, 23038, 23039, 23040, 23041, 23042, 23043, 23044, 23045, 23046, 23047, 23048, 23049, 23050, 23051, 23052, 23053, 23054, 23055, 23056, 23057, 23058, 23059, 23060, 23061, 23062, 23063, 23064, 23065, 23066, 23067, 23068, 23069, 23070, 23071, 23072, 23073, 23074, 23075, 23076, 23077, 23078, 23079, 23083, 23084, 23085, 23086, 23087, 23088, 23089, 23090, 23091, 23092, 23093, 23094, 23095, 23096, 23097, 23098, 23099, 23131, 23132, 23133, 23134, 23135, 23136, 23137, 23138, 23139, 23140, 23141, 23142, 23143, 23144, 23145, 23146, 23147, 23148, 23149, 23150, 23151, 23152, 23153, 23154, 23155, 23156, 23157, 23158, 23159, 23160, 23161, 23162, 23163, 23164, 23165, 23166, 23167, 23168, 23169, 23170, 23171, 23172, 23173, 23174, 23175, 23176, 23177, 23178, 23179, 23180, 23181, 23182, 23183, 23184, 23185, 23186, 23187, 23188, 23189, 23190, 23191, 23192, 23193, 23194, 23195, 23196, 23197, 23198, 23199, 23200, 23201, 23202, 23203, 23204, 23205, 23206, |

| **Claimant Name** | **Claim Number** |
|---|---|
| | 23207, 23208, 23209, 23210, 23211, 23212, 23213, 23214, 23215, 23216, 23217, 23218, 23219, 23220, 23221, 23222, 23223, 23224, 23225, 23226, 23227, 23234, 23235, 23236, 23237, 23238, 23239, 23240, 23241, 23242, 23243, 23244, 23245, 23246, 23247, 23248, 23249, 23250, 23251, 23252, 23253, 23254, 23255, 23256, 23257, 23258, 23259, 23260, 23261, 23262, 23263, 23264, 23265, 23266, 23267, 23268, 23269, 23270, 23271, 23272, 23273, 23274, 23275, 23276, 23277, 23278, 23279, 23280, 23281, 23282, 23283, 23284, 23285, 23286, 23287, 23288, 23289, 23290, 23291, 23292, 23293, 23294, 23295, 23296, 23297, 23298, 23299, 23300, 23301, 23302, 23303, 23304, 23305, 23306, 23307, 23308, 23309, 23310, 23311, 23312, 23313, 23314, 23315, 23316, 23317, 23318, 23319, 23320, 23321, 23322, 23323, 23324, 23325, 23326, 23327, 23328, 23329, 23330, 23331, 23332, 23333, 23334, 23335, 23336, 23337, 23338, 23339, 23340, 23341, 23342, 23343, 23344, 23345, 23346, 23347, 23348, 23349, 23350, 23351, 23352, 23353, 23354, 23355, 23356, 23357, 23358, 23359, 23360, 23361, 23362, 23363, 23364, 23365, 23366, 23367, 23368, 23369, 23370, 23371, 23372, 23373, 23374, 23375, 23376, 23377, 23378, 23379, 23380, 23381, 23382, 23383, 23384, 23385, 23386, 23387, 23388, 23389, 23390, 23391, 23392, 23393, 23394, 23395, 23396, 23397, 23398, 23399, 23400, 23401, 23402, 23403, 23404, 23405, 23406, 23407, 23408, 23409, 23410, 23411, 23412, 23413, 23414, 27151, 27163 |

576802