> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF DEBTORS' TWO HUNDREDTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :    08-13555 (JMP)
                                               :
                    Debtors.                   :    (Jointly Administered)
-----------------------------------------------------------------x
```

### NOTICE OF HEARING ON DEBTORS' TWO HUNDREDTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

     **PLEASE TAKE NOTICE** that on September 13, 2011, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their two hundredth omnibus objection

to claims (the "Debtors' Two Hundredth Omnibus Objection to Claims"), and that a hearing (the

"Hearing") to consider the Debtors' Two Hundredth Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **October 27, 2011 at 10:00 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Two Hundredth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabeth Gasparini, Esq., and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.);

so as to be so filed and received by no later than **October 13, 2011 at 4:00 p.m. (Eastern Time)**

(the "Response Deadline").

        **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Two Hundredth Omnibus Objection to Claims or any claim

set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy

Court an order substantially in the form of the proposed order annexed to the Debtors' Two

Hundredth Omnibus Objection to Claims, which order may be entered with no further notice or

opportunity to be heard offered to any party.

Dated: September 13, 2011
       New York, New York

                           /s/ Robert J. Lemons
                           Robert J. Lemons

                           WEIL, GOTSHAL & MANGES LLP
                           767 Fifth Avenue
                           New York, New York 10153
                           Telephone: (212) 310-8000
                           Facsimile: (212) 310-8007

                           Attorneys for Debtors
                           and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                             :       Chapter 11 Case No.
                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :       **08-13555 (JMP)**
                                  :
                 Debtors.      :       (Jointly Administered)
-------------------------------------------------------------------x

## DEBTORS' TWO HUNDREDTH OMNIBUS
## OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS TWO HUNDREDTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

**Relief Requested**

1.      The Debtors file this two hundredth omnibus objection to claims (the "Two Hundredth Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking disallowance and expungement of the claims listed on Exhibit A annexed hereto.

2.      The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "No Liability Claims") and have determined that they assert claims against entities that are not debtors in these jointly administrated chapter 11 cases.  Accordingly, the Debtors have no liability for the No Liability Claims, and the Debtors request they be disallowed and expunged in their entirety.

3.      The Debtors reserve all their rights to object on any basis to any No Liability Claim as to which the Court does not grant the relief requested herein.

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On July 2, 2009, this Court entered an order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271].  The Bar Date Order identified the names and case number of each of the Debtors in these chapter 11 cases.  (Bar Date Order at 1 n.2.)  The Bar Date Order requires, among other things, that each proof of claim "state the name and case number of the specific Debtor against which it is filed . . . ."  (Bar Date Order at 6.)  A copy of the Bar Date Order was made publicly available at http://www.lehman-docket.com.

9.      Claimants received notice of the Bar Date Order by mail.  (*See* Notice of Deadlines for Filing Proofs of Claim (the "Bar Date Notice").)  The Bar Date Notice was also

published in <u>The New York Times</u> (International Edition), <u>The Wall Street Journal</u> (International

Edition), and <u>The Financial Times</u>.  A list of the Debtors in these chapter 11 cases and their

respective case numbers was included as part of the Bar Date Notice and the instructions to the

Court-approved proof of claim form.  (Bar Date Notice at Schedule A.)  In accordance with the

Bar Date Order's requirement that claims be filed against the proper Debtor, the Bar Date Notice

stated, in bold-face type and in capital letters, that "**YOU SHOULD NOT FILE A PROOF OF**

**CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**"  (*Id.* at 3

(emphasis in original).)

10.     On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

### The No Liability Claims Should Be Disallowed and Expunged

11.     In their review of the claims filed on the claims register in these chapter 11

cases and maintained by the Court-appointed claims agent, the Debtors have identified the claims

on <u>Exhibit A</u> as claims against entities that are not debtors in these chapter 11 cases.  A filed

proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If

an objection refuting at least one of the claim's essential allegations is asserted, the claimant has

the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389

(Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729 (REG), 2007 Bankr.

LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).  Moreover, section 502(b)(1) of the Bankruptcy Code provides, in

relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable

against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C.

§ 502(b)(1).

12.    The No Liability Claims state on their face and/or the supporting

documentation establishes that they are claims against a non-Debtor entity.  They include claims

against foreign and domestic affiliates of the Debtors that are not Debtors in these jointly

administered chapter 11 cases.  The No Liability Claims do not set forth any legal justification

for asserting a claim against a Debtor in these cases, and if the No Liability Claims remain on the

claims register, the potential exists for recoveries by parties who do not hold valid claims against

the Debtors' estates.  Accordingly, the Debtors respectfully request that the Court disallow and

expunge the No Liability Claims listed on <u>Exhibit A</u> attached hereto.

<u>**Notice**</u>

13.    No trustee has been appointed in these chapter 11 cases.  The Debtors

have served notice of this Two Hundredth Omnibus Objection to Claims on (i) the U.S. Trustee;

(ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) each claimant listed on <u>Exhibit A</u>; and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases [Docket No. 9635].

The Debtors submit that no other or further notice need be provided.

14.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as is just.

Dated: September 13, 2011
      New York, New York

                            /s/ Robert J. Lemons
                            Robert J. Lemons

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | A.M. BEST COMPANY, INC.<br>AMBEST ROAD<br>OLDWICK, NJ 08858 | | 09/04/2009 | 10424 | $150,000.00 | No Liability Claim |
| 2 | ADULTS & CHILDREN WITH LEARNING &<br>DEVELOPMENT DISABILITIES<br>807 SOUTH OYSTER BAY ROAD<br>BETHPAGE, NY 11714 | | 09/21/2009 | 25026 | $250.00 | No Liability Claim |
| 3 | AETNA<br>JOHANNA ANDERSON<br>AETNA. - U23S<br>1425 UNION MEETING ROAD<br>BLUE BELL, PA 19422 | 08-13555<br>(JMP) | 12/30/2008 | 1502 | $0.00 | No Liability Claim |
| 4 | AMERICAN CENTER PARTNERSHIP<br>903 NORTH 47TH STREET<br>C/O COOPER REALTY INVESTMENTS<br>ROGERS, AR 72756 | | 07/31/2009 | 6913 | $11,744.47 | No Liability Claim |
| 5 | ARKANSAS PUBLIC EMPLOYEES RETIREMENT<br>SYSTEM (""APERS"")<br>124 W. CAPITOL AVE, SUITE 400<br>LITTLE ROCK, AR 72201 | 08-13555<br>(JMP) | 09/21/2009 | 22680 | $49,334.38 | No Liability Claim |
| 6 | BEAR CREEK ASSET MANAGEMENT, LLC<br>1200 17TH ST., SUITE 970<br>DENVER, CO 80202 | 08-13555<br>(JMP) | 12/08/2008 | 1238 | $16,133.33 | No Liability Claim |
| 7 | BERGER, HELEN<br>52 JUDITH LANE<br>WESTBURY, NY 11590-1412 | 08-13555<br>(JMP) | 09/21/2009 | 22270 | $43,000.00 | No Liability Claim |
| 8 | BOWLES, BENNIE B<br>6428 STONE CREEK TRAIL<br>FORT WORTH, TX 76137 | | 10/07/2008 | 115 | $16,000.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 9 | CAPRA GLOBAL MANAGED ASSETS ATTN:FRANK BONAVITA 555 THEODORE FREMD AVE SUITE C204 RYE, NY 10580 | | 07/27/2009 | 6362 | $122,393.00 | No Liability Claim |
| 10 | CARNS, LEWIS 9862 E. SAN SALVADOR DRIVE SCOTTSDALE, AZ 85258 | | 08/28/2009 | 9648 | Undetermined | No Liability Claim |
| 11 | CASEY CIKLIN LUBITZ MARTENS & O'CONNELL 515 N FLAGLER DR STE 2000 WEST PALM BCH, FL 33401-4330 | | 07/17/2009 | 5509 | $16,257.37 | No Liability Claim |
| 12 | CASPIAN ONE MERCURY HOUSE 117 WATERLOO RD LONDON, SE1 8UL UNITED KINGDOM | | 09/21/2009 | 24134 | $32,444.06 | No Liability Claim |
| 13 | CESAR'S 71 HOWLANDS WELWYN GARDEN CITY HERTS, AL7 4RA UNITED KINGDOM | | 09/11/2009 | 11546 | $1,003.69 | No Liability Claim |
| 14 | CGMA SPECIAL ACCOUNTS LLC 555 THEODORE FREMD AVE. SUITE C204 RYE, NY 10580 | | 07/27/2009 | 6347 | $1,477,166.00 | No Liability Claim |
| 15 | CGMA SPECIAL ACCOUNTS LLC 555 THEODORE FREMD AVE. SUITE C204 RYE, NY 10580 | | 07/27/2009 | 6423 | $1,736,552.12 | No Liability Claim |
| 16 | CHELSEA FRAMES 197 9TH AVENUE NEW YORK, NY 10011 | 08-13555 (JMP) | 09/22/2009 | 27140 | $1,304.71 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 17 | CHRISTIAN & SMALL LLP<br>1800 FINANCIAL CENTER<br>505 NORTH 20TH STREET<br>BIRMINGHAM, AL 35203 | 08-13555<br>(JMP) | 02/10/2009 | 2694 | $68,554.29 | No Liability Claim |
| 18 | CITY AND COUNTY OF SAN FRANCISCO<br>CITY & COUNTY OF SAN FRANCISCO TAX<br>COLLECTOR<br>BUREAU OF DELINQUENT REVENUE/<br>BANKRUPTCY UNIT<br>PO BOX 7426<br>SAN FRANCISCO, CA 94120-7426 | 08-13555<br>(JMP) | 07/27/2009 | 6165 | $123,699.54 | No Liability Claim |
| 19 | CITY AND COUNTY OF SAN FRANCISCO<br>CITY & COUNTY OF SAN FRANCISCO TAX<br>COLLECTOR<br>BUREAU OF DELINQUENT REVENUE/<br>BANKRUPTCY UNIT<br>PO BOX 7426<br>SAN FRANCISCO, CA 94120-7426 | 08-13555<br>(JMP) | 07/27/2009 | 6166 | $535.00 | No Liability Claim |
| 20 | CLIQBOOK<br>CHIEF LEGAL OFFICER<br>CONCUR TECHNOLOGIES, INC.<br>18400 NE UNION HILL ROAD<br>REDMOND, WA 98052 | | 09/16/2009 | 14278 | $22,247.98 | No Liability Claim |
| 21 | CMS LONDON LIMITED<br>CMS INNOVATIVE CONSULTANTS<br>8 FLETCHER PLACE<br>MELVILLE, NY 11747 | 08-13555<br>(JMP) | 10/02/2008 | 74 | $125,858.00 | No Liability Claim |
| 22 | CONNING ASSET MANAGEMENT COMPANY<br>C/O PENNSYLVANIA INSURANCE COMPANY<br>C/O ROBERT PEARCE<br>ONE FINANCIAL PLAZA<br>HARTFORD, CT 06103 | 08-13555<br>(JMP) | 10/09/2008 | 126 | $123,540.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|------------|---------|---------------------|----------------------------------|
| 23  CROWN BUSINESS COMMUNICATIONS LTD<br>SHEPHERDS STUDIOS WEST<br>ROCKLEY ROAD<br>LONDON, W14 0EH<br>UNITED KINGDOM | | 07/31/2009 | 6852 | $2,100.79 | No Liability Claim |
| 24  DALKIA ENERGIA Y SERVICIOS S.A<br>JUAN IGNACIO LUCA DE TENA<br>MADRID, 28027<br>SPAIN | | 08/14/2009 | 8305 | $1,536.31 | No Liability Claim |
| 25  DE BRAUW BLACKSTONE WESTBROEK<br>PO BOX 75084<br>AMSTERDAM, 1070 AB<br>NETHERLANDS | | 09/14/2009 | 12132 | $63,634.00 | No Liability Claim |
| 26  DEPHILLIPPO GROUP INC<br>211 CORAL CAYTER<br>PALM BCH GDNS, FL 33418-4002 | | 08/25/2009 | 9361 | $30,811.48 | No Liability Claim |
| 27  DERIVATIVE PARTNERS MEDIA AG<br>SPL#GENSTRASSE 10<br>ZURICH, 8002<br>SWITZERLAND | | 08/10/2009 | 7952 | $71,962.80 | No Liability Claim |
| 28  DRRT FBO GEN RE CAPITAL GMBH<br>100 SE 2ND STREET SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32543 | $1,679,385.01 | No Liability Claim |
| 29  ECZACIBASI ILAC SANAYI TICARET A.S.<br>MALI ISLER MNDNRLNGN<br>BNYNKDERE CAD.<br>ALI KAYA SOK. NO.7<br>ISTANBUL, 34394<br>TURKEY | | 07/10/2009 | 11065 | $5,922.62 | No Liability Claim |
| 30  EDUCATING MATTERS<br>60 MAIDA VALE<br>LONDON, W9 1PP<br>UNITED KINGDOM | | 09/16/2009 | 13399 | $4,304.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 31 EMERGING MARKETS ECONOMIC DATA LIMITED<br>SUITE B, 6/F, DAH SING LIFE BUILIDING<br>99-105 DES VOEUX ROAD CENTRAL<br>CENTRAL  HONG KONG,<br>HONG KONG | | 08/14/2009 | 8298 | $7,308.00 | No Liability Claim |
| 32 ERNST & YOUNG LLP<br>ZEELANDIA OFFICE PARK<br>P.O. BOX 3626<br>CURACAO,<br>NETHERLANDS ANTILLES | | 08/14/2009 | 8322 | $6,050.00 | No Liability Claim |
| 33 ESD GMBH<br>BERNER STREET 17<br>FRANKFURT AM MAIN, D-60437<br>GERMANY | | 08/19/2009 | 8732 | $12,149.10 | No Liability Claim |
| 34 FINANCIAL PLANNING ASSOCIATION<br>PO BOX 150608<br>NASHVILLE, TN 37215 | | 08/24/2009 | 9062 | $500.00 | No Liability Claim |
| 35 FISHER INVESTMENTS<br>13100 SKYLINE BLVD<br>WOODSIDE, CA 94062 | | 09/15/2009 | 12673 | $513,158.00 | No Liability Claim |
| 36 FLAKTWOODS LIMITED<br>AXIAL WAY<br>COLCHESTER, ESSEX, CO4 5ZD<br>UNITED KINGDOM | 08-13555 (JMP) | 09/22/2009 | 32056 | $21,827.76 | No Liability Claim |
| 37 FOLEY & LARDNER LLP<br>DAVID J. WEISS<br>3000 K STREET NW, SUITE 500<br>WASHINGTON, DC 20007 | 08-13555 (JMP) | 04/23/2009 | 3928 | $34,976.66 | No Liability Claim |
| 38 FORUM FOR THE FUTURE OF HIGHER<br>MIT E-48<br>238 MAIN STREET -402<br>CAMBRIDGE, MA 02142 | | 09/02/2009 | 10140 | $85,000.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 39 | FOSTER PEPPER PLLC<br>DEBORAH WINTER<br>1111 3RD AVE #3400<br>SEATTLE, WA 98101 | 08-13555 (JMP) | 10/27/2008 | 379 | $25,000.00 | No Liability Claim |
| 40 | GLOBAL CREDIT SECURITIES LLP<br>ARTILLERY HOUSE<br>35 ARTILLERY LANE<br>LONDON, E1 7LP<br>UNITED KINGDOM | | 06/15/2009 | 4877 | $119,368.30 | No Liability Claim |
| 41 | GLOCAP SEARCH, LLC<br>156 WEST 56TH STREET<br>4TH FLOOR<br>NEW YORK, NY 10019 | | 08/04/2009 | 7330 | $30,000.00 | No Liability Claim |
| 42 | GRAND HOTEL ET DE MILAN<br>GESTIONE VEGA S.P.A. VIA MANZONI, 29<br>MILAN, 20121<br>ITALY | | 09/17/2009 | 15709 | $2,270.00 | No Liability Claim |
| 43 | GREAT ORMOND STREET TRUSTEES DEPOSIT AC<br>GREAT ORMOND STREET HOSPITAL<br>40 BERNARD STREET<br>LONDON, WC1N1 1LE<br>UNITED KINGDOM | | 07/28/2009 | 6478 | $74,244.00 | No Liability Claim |
| 44 | GREYLOCK CAPITAL MGMA/C GREYLOCK GLOBAL OPPORTUNI<br>ATTN: MICHAEL MORRILL/DOLINDA MEEKER<br>GREYLOCK GLOBAL OPPORTUNITY MASTER FUND, LTD.<br>C/O GREYLOCK CAPITAL MANAGEMENT LLC<br>99 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10016 | | 07/10/2009 | 5253 | $123,160.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|------|------|------|------|------|
| 45 GULF HOUSING & CONSTRACTION CO. W.L.L<br>P.O BOX 3886<br>217 ""C"" RING ROAD, AL EMADI BUILDING<br>AREA NO. 41, AL HILAL WEST<br>DOHA,<br>QATAR | | 09/03/2009 | 10219 | $67,984.71 | No Liability Claim |
| 46 HEVER CASTLE LTD<br>HEVER<br>EDENBRIDGE, TN8 7NG<br>UNITED KINGDOM | | 10/02/2009 | 36113 | $5,372.10 | No Liability Claim |
| 47 HOTEL FOUQUET'S BARRIERE PARIS<br>46, AVENURE GEORGE V<br>PARIS, 75008<br>FRANCE | | 08/19/2009 | 8681 | $5,690.00 | No Liability Claim |
| 48 HOTEL PLAZA ATHENEEPARIS<br>25 AVENUE MONTAIGNE<br>PARIS, 75008<br>FRANCE | | 07/27/2009 | 6263 | $5,691.00 | No Liability Claim |
| 49 IFONLINE LIMITED<br>22A OLD COURT PLACE<br>KENSINGTON<br>LONDON, W8 4PL<br>UNITED KINGDOM | | 07/20/2009 | 5763 | $12,643.00 | No Liability Claim |
| 50 INCORE BANK AG<br>POSTFACH<br>DREIKONIGSTRASSE 8<br>ZURICH, CH-8022<br>SWITZERLAND | | 09/18/2009 | 18625 | $1,791.15 | No Liability Claim |
| 51 INFOSPECTRUM LTD<br>59 ST ALDATES<br>OXFORD, OXON, OX1 1ST<br>UNITED KINGDOM | | 07/17/2009 | 5515 | $7,086.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 52 | INSTITUTE FOR FINANCIAL MKTS DUPLICATE-SEE V# 0000052706 2001 PENNSYLVANIA AVE NW#600 WASHINGTON, DC 20006 | | 08/17/2009 | 8583 | $24,000.00 | No Liability Claim |
| 53 | INTERNATIONAL SWAPS DERIVATIVES ASSOC 360 MADISON AVENUE 16TH FLOOR NEW YORK, NY 10017-3124 | | 09/18/2009 | 18222 | $40,000.00 | No Liability Claim |
| 54 | IPOXSCHUTER L.L.C. 141 W. JACKSON SUITE 1340A CHICAGO, IL 60604 | | 08/07/2009 | 7676 | $95,869.20 | No Liability Claim |
| 55 | JOINER, OWEN H. & LEATRICE 120 FINLEY STREET GRIFFIN, GA 30224 | 08-13555 (JMP) | 09/19/2009 | 19570 | $25,000.00 | No Liability Claim |
| 56 | K INTERNATIONAL CARINA BUILDING EAST SUNRISE PARKWAY, LINFORD WOOD MILTON KEYNES, MK14 6PW UNITED KINGDOM | | 07/17/2009 | 5572 | $947.25 | No Liability Claim |
| 57 | KAK DOMA, LIKE HOME LTD. RAIFFEIZENBANK ZAO BRANCH TVERSKAYA, 10 MOSCOW, RUSSIAN FEDERATION | | 08/05/2009 | 7374 | $16,945.20 | No Liability Claim |
| 58 | KEYBANK NATIONAL ASSOCIATION CUSTODIAN FOR CLEVELAND BAKERS & TEAMSTERS HEALTH AND WELFARE FUND 4900 TIEDEMAN RD. BROOKLYN, OH 44144 | 08-13555 (JMP) | 09/22/2009 | 30826 | $2,687.50 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 59 | KEYBANK NATIONAL ASSOCIATION CUSTODIAN FOR CLEVELAND BAKERS & TEAMSTERS PENSION FUND 4900 TIEDERMAN RD. BROOKLYN, OH 44144 | 08-13888 (JMP) | 09/22/2009 | 31086 | $9,406.25 | No Liability Claim |
| 60 | KINKEL, KLAUS DR. RECHTSANWALT SONNENRAIN 46 ST. AUGUSTIN, 53757 GERMANY | | 09/09/2009 | 10984 | $51,710.68 | No Liability Claim |
| 61 | KORN CONSULTING GROUP INC ATTN: DONNA BOUDREAUX 28 WEST 44TH STREET SUITE 1011 NEW YORK, NY 10036 | | 07/20/2009 | 5683 | $8,846.50 | No Liability Claim |
| 62 | LANSDOWNE RESORT 44050 WOODRIDGE PARKWAY LANSDOWNE, VA 20176 | | 07/20/2009 | 5631 | $11,998.11 | No Liability Claim |
| 63 | LEVINE, BLASZAK, BLOCK & BOTOHBY, LLP 2001 L STREET, NW, SUITE 900 WASHINGTON, DC 20036 | 08-13555 (JMP) | 11/05/2008 | 505 | $26,074.75 | No Liability Claim |
| 64 | LEX LAW OFFICES BORGARTUN 26 REYKJAVIK, 105 ICELAND | | 08/27/2009 | 9522 | $32,546.33 | No Liability Claim |
| 65 | LOGICSCOPE  REALISATIONS LTD. ROYAL LONDON HOUSE 22-25 FINSBURY SQUARE LONDON, EC2A 1DX UNITED KINGDOM | | 07/16/2009 | 5451 | $35,038.50 | No Liability Claim |
| 66 | LONE STAR HOLDINGS LLC P.O. BOX 973767 AUSTIN, TX 78714-9225 | | 07/27/2009 | 6414 | $76.77 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 67 | MAIDAN, MARIANNA<br>37 WILFRED RD<br>MANCHESTER, CT 06040 | 08-13555<br>(JMP) | 06/17/2009 | 4925 | $37,500.00 | No Liability Claim |
| 68 | MALLESONS STEPHEN JAQUES<br>LEVEL 60 GOVERNOR PHILLIP TOWER<br>1 FARRER PLACE<br>SYDNEY, NSW2000<br>AUSTRALIA | 08-13555<br>(JMP) | 07/24/2009 | 6078 | $21,811.06 | No Liability Claim |
| 69 | MANDARIN ORIENTAL<br>ATTN: COURTNEY LINDSAY, CREDIT MANAGER<br>1330 MARYLAND AVE S.W.<br>WASHINGTON, DC 20024 | | 07/24/2009 | 6047 | $126,130.60 | No Liability Claim |
| 70 | MCCONNELL, JERRY<br>36 WARWICK AVENUE<br>LONDON, GT LON, W9 2PT<br>UNITED KINGDOM | | 09/18/2009 | 16255 | $77,231.38 | No Liability Claim |
| 71 | MCDONALD, WINSOME E.<br>8318 RUSSELL DR<br>ROWLETT, TX 75089 | | 08/03/2009 | 7163 | $894.92 | No Liability Claim |
| 72 | MICHAEL DALITZ TAXI SERVICE<br>VANASGATAN 93<br>MALMOE, 21620<br>SWEDEN | | 09/03/2009 | 10270 | $2,000.00 | No Liability Claim |
| 73 | MICHAEL GERSON LIMITED<br>DOWNLAND CLOSE<br>WHETSTONE<br>LONDON, N20 9LB<br>UNITED KINGDOM | | 07/23/2009 | 5938 | $34,496.77 | No Liability Claim |
| 74 | MICHAEL GERSON RELOCATION<br>BRINKWORTH HOUSE<br>BRINKWORTH, SN15 5DF<br>UNITED KINGDOM | | 07/23/2009 | 5937 | $6,662.89 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 75 | MICHELANGELO HOTEL<br>152 WEST 51ST<br>NEW YORK, NY 10019 | | 07/27/2009 | 6450 | $6,294.99 | No Liability Claim |
| 76 | MILLER AND SMITH AT OLD DOMINION, LLC<br>8401 GREENSBORO DRIVE<br>SUITE 300<br>MC LEAN, VA 22102 | 08-13555<br>(JMP) | 08/17/2009 | 8547 | $4,237,047.57* | No Liability Claim |
| 77 | MIRABAUD SECURITIES LTD<br>21 ST JAMES'S SQUARE<br>LONDON, SW1Y 4JP<br>UNITED KINGDOM | 08-13555<br>(JMP) | 09/21/2009 | 21412 | $634,332.28 | No Liability Claim |
| 78 | MORLEY, JAMES T., JR.<br>54 HUNTINGTON ROAD<br>NEWTOWN, CT 06470-2615 | 08-13555<br>(JMP) | 01/21/2009 | 4307 | $450,000.00 | No Liability Claim |
| 79 | MUNICIPAL SECURITIES RULEMAKING<br>1900 DUKE STREET<br>SUITE 600<br>ALEXANDRIA, VA 22314-3412 | | 09/22/2009 | 30588 | $204,286.31 | No Liability Claim |
| 80 | NISHIMACHI INTERNATIONAL SCHOOL<br>2-14-7<br>MOTOAZABU<br>MINATO-KU<br>TOKYO, 13 106-0046<br>JAPAN | | 08/31/2009 | 9897 | $47,317.00 | No Liability Claim |
| 81 | OLSWANG SOLICITORS<br>90 HIGH HOLBORN<br>LONDON, WC1V 6XX<br>UNITED KINGDOM | 08-13555<br>(JMP) | 12/30/2008 | 1507 | $17,711.25 | No Liability Claim |
| 82 | ONEILL, ATHY & CASEY P.C.<br>1310 19TH ST NW<br>WASHINGTON, DC 20036 | | 07/21/2009 | 5805 | $16,067.54 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 83 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>STEPHEN J. SHIMSHAK<br>NEW YORK, NY 10019-6064 | 08-13555 (JMP) | 09/16/2009 | 14176 | $2,420,778.80* | No Liability Claim |
| 84 | PEELMAN, ESTHER M.<br>CGM SEP IRA CUSTODIAN<br>5491 LANG RD<br>POSEYVILLE, IN 47633 | 08-13555 (JMP) | 08/07/2009 | 7673 | $15,000.00 | No Liability Claim |
| 85 | POSITIVE EAST<br>159 MILE END ROAD<br>LONDON, E1 4AQ<br>UNITED KINGDOM | | 07/20/2009 | 5600 | $5,032.00 | No Liability Claim |
| 86 | POWERPLAN LIMITED<br>THE RED HOUSE<br>SELWYN DRIVE<br>BROADSTAIRS, CT10 2SW<br>UNITED KINGDOM | | 09/16/2009 | 19695 | $99,865.60 | No Liability Claim |
| 87 | PT. HILL KONSULTAN INDONESIA<br>PLAZA KUNINGAN,ANNEX BUILDING<br>7/F JL.H.R. RASUNA SAID KAV<br>C11-14,<br>JAKARTA, 12940<br>INDONESIA | | 08/18/2009 | 8640 | $5,651.72 | No Liability Claim |
| 88 | RBS COMMERCIAL SERVICES<br>SMITH HOUSE PO BOX NO 50<br>ELMWOOD AVENUE<br>FELTHAM, TW13 7QD<br>UNITED KINGDOM | | 07/27/2009 | 6312 | Undetermined | No Liability Claim |
| 89 | REBELO DE SOUSA AND ASSOCIADOS<br>RUE D FRANCISCO MANUEL DE MELO 21<br>LISBOA, 1070 085<br>PORTUGAL | | 09/16/2009 | 14401 | $27,488.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 90 | RICHARD ROBINSON & ASSOCIATES, INC.<br>1121 L STREET SUITE# 310<br>SACRAMENTO, CA 95814 | | 07/20/2009 | 5586 | $2,803.26 | No Liability Claim |
| 91 | ROBERT WALTERS JAPAN KK<br>34TH FLOOR,ONE EXCHANGE SQUARE,<br>8 CONNAUGHT PLACE,<br>CENTRAL<br>HONG KONG | | 07/30/2009 | 6729 | $52,500.00 | No Liability Claim |
| 92 | ROSEKRANS, JOHN<br>C/O JOHN P. CHRISTIAN<br>TOBIN & TOBIN<br>500 SANSOME STREET, SUITE 800<br>SAN FRANCISCO, CA 94111 | | 06/23/2010 | 66885 | $950,894.35 | No Liability Claim |
| 93 | SCOPE<br>EMPLOYMENT SUPPORT SERVICES, SUITE 1A<br>KINGS HALL, ST IVES BUSINESS PARK<br>PARSONS GREEN, PE27 4WY<br>UNITED KINGDOM | | 08/10/2009 | 7741 | $86,327.79 | No Liability Claim |
| 94 | SECFIN SDN BHD<br>SUITE 16-10,LEVEL 16(LOBBY B),<br>WISMA UOA II,21 JALAN PINANG,<br>P.O. BOX 12624,<br>KUALA LUMPUR, 50784<br>MALAYSIA | | 07/29/2009 | 6635 | $8,262.60 | No Liability Claim |
| 95 | SECUREWORKS, INC<br>ONE CONCOURSE PARKWAY, SUITE 500<br>ATLANTA, GA 30328 | | 09/22/2008 | 3 | $24,242.32 | No Liability Claim |
| 96 | SEVEN BRIDGES GOLF CLUB<br>C/O DAVID NOVICK, ESQ.<br>WILLIAM HARRIS INVESTORS, INC.<br>191 N. WACKER DR., SUITE 1500<br>CHICAGO, IL 60606 | | 09/14/2009 | 12069 | $2,025.76 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 97 | SIEW WAH KAM, ALVIN<br>BLOCK 662<br>JALAN DAMAI 03-131<br>, 410662<br>SINGAPORE | | 09/16/2009 | 13395 | $110,000.00 | No Liability Claim |
| 98 | SINCLAIR KNIGHT MERZ<br>ALBERTON HOUSE<br>ST MARY'S PARSONAGE<br>MANCHESTER, M3 7WG<br>UNITED KINGDOM | | 07/17/2009 | 5554 | $2,407.39 | No Liability Claim |
| 99 | STADTVERWALTUNG FRIEDRICHSHAFEN<br>FRIEDRICHSTRABE 63<br>FRIEDRICHSHAFEN, D-88045<br>GERMANY | | 07/28/2009 | 6488 | $123,589.63 | No Liability Claim |
| 100 | STARKEY AND HENRICKS<br>121 VARICK STREET<br>NEW YORK, NY 10013 | | 08/19/2009 | 8729 | $3,291.89 | No Liability Claim |
| 101 | STATE STREET CUSTODIAL SERVICES<br>IRELAND LIMITED - GOLDMAN SACH G40A<br>GUILD HOUSE, IFSC<br>ATTN: MR JOHN MAGUIRE<br>DUBLIN 6,<br>IRELAND | | 03/16/2009 | 3356 | Undetermined | No Liability Claim |
| 102 | SUN MICROSYSTEMS<br>ATTN: MERAV BEN NUN GOODOVITCH<br>9 HAMENOFIRM STREET<br>PO BOX 2116 IND AREA<br>HERSELIA, 46120<br>ISRAEL | | 09/09/2009 | 10936 | $4,342.14 | No Liability Claim |
| 103 | SUSSMAN & FRANKEL, LLP<br>805 THIRD AVENUE<br>11TH FLOOR<br>NEW YORK, NY 10022 | | 07/13/2009 | 5288 | $14,531.12 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 104 | TALEO CORPORATION<br>4140 DUBLIN BLVD, STE 400<br>DUBLIN, CA 94568 | | 08/06/2009 | 7541 | $10,044.99 | No Liability Claim |
| 105 | US POSTAGE METER CENTER<br>28231 AVENUE CROCKER #120<br>VALENCIA, CA 91355 | | 07/17/2009 | 5537 | $631.76 | No Liability Claim |
| 106 | VAUGHN CONSULTING SERVICES<br>2060 RICHTON DR<br>ATTN: CHARLES R. VAUGHN<br>WHEATON, IL 60187 | | 09/21/2009 | 24397 | $18,000.00 | No Liability Claim |
| 107 | VCLD OF TCI, LTD.<br>ASHLEY WILSON<br>VALLEYCREST COMPANIES<br>24151 VENTURA BLVD<br>CALABASAS, CA 91302 | 08-13555<br>(JMP) | 05/26/2009 | 4750 | $450,505.10 | No Liability Claim |
| 108 | VIANOVO LP<br>327 CONGRESS AVE.  SUITE 450<br>AUSTIN, TX 78701 | | 07/27/2009 | 6169 | $50,000.00 | No Liability Claim |
| 109 | WATERFORD PROJECTS LIMITED<br>UNIT G 21/F SEABRIGHT PLAZA<br>9-23 SHELL STREET NORTH POINT<br>HONG KONG | | 09/08/2009 | 10724 | $70,262.19 | No Liability Claim |
| 110 | WEST END CONSULTING GROUP INC<br>590 WEST END AVENUE<br>PENTHOUSE A<br>NEW YORK, NY 10024 | | 07/17/2009 | 5565 | $50,800.08 | No Liability Claim |
| 111 | WESTERN MESSENGER SERVICE INC<br>75 COLUMBIA SQUARE<br>SAN FRANCISCO, CA 94103 | | 09/14/2009 | 12178 | $2,960.94 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 112 | ZEE MEDICAL SERVICE<br>PO BOX 58627<br>378 UPLAND AVE<br>SEATTLE, WA 98138 | | 07/20/2009 | 5781 | $13.73 | No Liability Claim |
| 113 | ZENTRUM FUR BERUFSPLANUNG<br>MARKETING<br>NORDBERGSTRASSE 15<br>WIEN, A1090<br>AUSTRIA | | 08/10/2009 | 7827 | $1,202.00 | No Liability Claim |
| | | | | TOTAL | $18,073,331.49* | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                    :        Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                                                         :
                          Debtors.                :        (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDREDTH
## OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundredth omnibus objection to claims, dated September 13, 2011

(the "Two Hundredth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No

Liability Claims on the grounds that they assert claims against entities that are not debtors in

these jointly administered chapter 11 cases, all as more fully described in the Two Hundredth

Omnibus Objection to Claims; and due and proper notice of the Two Hundredth Omnibus

Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the

Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants

listed on Exhibit A attached to the Two Hundredth Omnibus Objection to Claims; and (vii) all

other parties entitled to notice in accordance with the procedures set forth in the second amended

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Two Hundredth Omnibus Objection to Claims.

order entered on June 17, 2010 governing case management and administrative procedures for

these cases [Docket No. 9635]; and the Court having found and determined that the relief sought

in the Two Hundredth Omnibus Objection to Claims is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Two Hundredth Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundredth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the No Liability Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundredth

Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE