

**Unites States Bankruptcy Court/
Southern District of New York**
Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions , LLC
FDR Station, P. O. Box 5076
New York
NV 10150-5076

**UNITED STATES OF AMERICA**

contact person
Ms. Vicari

Telefon    + 4940 3334-3636
Telefax:   + 4940 33347823636

Re.
SA-A 210 150 7800 vi.
SA-A 210 151 7700 vi.
(bei Antwort bitte angeben)

Hamburg, August 31, 2011

Dear Sirs

<u>Lehman Brothers Holdings Inc. 745 Seventh Avenue, New York
Voluntary Petition of September 14, 2008</u>

On October 15, 2009 the following claim has been filed:

| | |
|---|---|
| Claim Number | 65460 |
| Debtor | 08-13555 |
| Claim Amount | $ 1, 346, 348, 99 (unsecured claim). |

The claim has been fully settled by payment. Therefore we hereby abandon our claim as recorded on the claims register under the above mentioned number.

Please inform us of the correction of the claims register.

If you should need further information, please do not hesitate to contact us.

Yours sincerely

Mr. Andreas Sueß                                    Ms. Teresa Vicari

Authorized Signatory                                Authorized Signatory

Name in block letters    *Andreas Sueß*             Name in block letters    *Teresa Vican*

Signature                                           Signature

Deutsche Genossenschafts-Hypothekenbank AG

Vorstand: Dr. Georg Reutter, Sprecher · Dr. Carsten Meyer-Raven · Manfred Salber
Vorsitzender des Aufsichtsrates: Frank Westhoff
Rechtsform: Aktiengesellschaft · Sitz der Gesellschaft: Hamburg · Handelsregister: Hamburg HRB 5604 · USt-ID: DE 811141281
Rosenstraße 2, 20095 Hamburg · Postfach 10 14 46, 20009 Hamburg · Telefon +49 (0) 40 - 33 34 - 0 · Telefax +49 (0) 40 - 33 34 - 11 11 · Internet: www.dghyp.de
Deutsche Bundesbank - Filiale Hamburg, Konto-Nr. 200 904 00 (=BLZ)


Postfach 10 14 46 · 20009 Hamburg
Deutsche Genossenschafts-Hypothekenbank




T 345 / 75

SEP 12 2011

LUFTPOST
PAR AVION PRIORITAIRE