WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x
:
**In re**                                                                     :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                                                       :    **(Jointly Administered)**
:
:
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**ONE HUNDRED EIGHTY SIXTH OMNIBUS OBJECTION TO**
**CLAIMS (MISCLASSIFIED CLAIMS) AS TO CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their One Hundred and Eighty Sixth Omnibus Objection to Claims (Misclassified Claims) [ECF No. 19816] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated:  September 13, 2011
         New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
| --- | --- |
| Royal Bank of Scotland Plc, The | 21692 |
| Royal Bank of Scotland Plc, The | 37431 |
| American Health and Life Insurance Company | 29631 |
| Bank Handlowy W Warszawie SA | 28555 |
| Citi Canyon Ltd. | 17895 |
| Citi Canyon Ltd. | 17913 |
| Citi Ventus Ltd. | 17912 |
| Citibank As | 17918 |
| Citibank Canada | 17935 |
| Citibank Japan Ltd. | 17923 |
| Citibank Korea Inc. | 17920 |
| Citibank Korea Inc. | 17921 |
| Citibank, N.A. | 17915 |
| Citibank, N.A. | 17929 |
| Citigroup Financial Products Inc. | 17924 |
| Citigroup Financial Products Inc. | 17926 |
| Citigroup Financial Products Inc. | 29637 |
| Citigroup Global Markets Inc. | 26979 |
| Citigroup PTY Limited | 29635 |
| CitiMortgage, Inc. | 17899 |
| Nikko Citigroup Limited | 17919 |
| Old Lane Financial Products, L.P. | 28919 |
| TOB Capital LP | 17897 |
| TOB Capital LP | 17898 |
| Triton Insurance Company | 29632 |