WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                         :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' ONE HUNDRED EIGHTY SEVENTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS) AS TO CERTAIN CLAIMANTS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their One Hundred and Eighty Seventh Omnibus Objection to Claims (Misclassified Claims) [ECF No. 19817] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: September 13, 2011
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Citi Swapco Inc. | 17933 |
| Citi Sawpco Inc. | 17934 |
| Citibank Europe Plc, Hungary Branch | 17916 |
| Citibank Europe Plc, Hungary Branch | 17917 |
| Citibank International Plc, Luxembourg Branch | 17940 |
| Citibank Japan Ltd. | 17922 |
| Citibank, N.A. | 17927 |
| Citibank, N.A. | 17928 |
| Citibank, N.A. | 17930 |
| Citibank, N.A. | 17931 |
| Citibank, N.A. | 17932 |
| Citibank, N.A. | 29636 |
| Citibank, N.A. | 29883 |
| Citigroup Energy, Inc. | 17936 |
| Citigroup Energy, Inc. | 17937 |
| Citigroup Global Markets Ltd. | 29880 |
| Citigroup Global Markets Ltd. | 29881 |
| Citigroup Global Markets Ltd. | 29882 |
| Citigroup Global Markets UK Equity Limited | 29634 |
| Citigroup Global Markets, Inc. | 29879 |