**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Hyposwiss Privtbank AG | Credit Suisse |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Hyposwiss Privatbank AG
Schützengasse 4
8021 Zürich
Switzerland

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: —
Portion of Claim Transferred (see Schedule I): USD 250'000   XS 0330537804 in nominal amount

Phone: 0041 71 231 31 16
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 08.09.11
    Transferee/Transferee's Agent
    **Sabrina Vitalini**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG,** ("Transferor") unconditionally and irrevocably transferred to **Hyposwiss Privatbank AG, Schützengasse 4, CH-8021 Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) of **USD 250'000** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON SEPTEMBER 6, 2011.

**CREDIT SUISSE AG**

By: _____
Name: Martina Berli
Title:   Vice President

By: _____
Name: Juliette Diallo
Title:   Assistant Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| XS0339537804 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 250'000 |

# St.Galler Kantonalbank

Phone: +41 71 231 31 31
Fax: +41 71 231 32 32
Internet: www.sgkb.ch

St. Gallen

St.Galler Kantonalbank AG
St. Leonhardstrasse 25
Postfach
9001 St. Gallen

**By Courier**
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017, USA

Date       07.09.2011
Our ref.   Sfca (please mention in your answer)
Direct tel. 071 231 34 13 / Sabrina Vitalini
E-mail     sabrina.vitalini@sgkb.ch
Directfax  071 231 31 27

**Claim Transfer**

Dear Sir or Madam

Enclosed you receive the forms 'Evidence of Transfer of Claim' and Form 210A.

If we do not hear from you, we assume that everything is ok.

Please feel free to contact the above mentioned phone number if you have any questions.

Thank you in advance.

Yours sincerely
St.Galler Kantonalbank AG

Oriana Scheuss                Sabrina Vitalini
Member of Management          Member of Management

Die St.Galler Kantonalbank unterstützt

**stgall**

Die Spitzengeschichte
26. März — 30. Dezember 2011
Textilmuseum St.Gallen

