HEARING DATE AND TIME: October 27, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: October 13, 2011 at 4:00 p.m. (Eastern Time)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS TWO HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT (214) 746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

## NOTICE OF HEARING ON DEBTORS' TWO HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

**PLEASE TAKE NOTICE** that on September 13, 2011, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their two hundred second omnibus

objection to claims (the "Debtors' Two Hundred Second Omnibus Objection to Claims"), and

that a hearing (the "Hearing") to consider the Debtors' Two Hundred Second Omnibus Objection

to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **October 27, 2011 at 10:00 a.m. (Eastern**

**Time),** or as soon thereafter as counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Two

Hundred Second Omnibus Objection to Claims must be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed

with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which

can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing

system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-242, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **October 13, 2011 at 4:00**

**p.m. (Eastern Time)** (the "<u>Response Deadline</u>").

        **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Two Hundred Second Omnibus Objection to Claims or any

claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' Two Hundred Second Omnibus Objection to Claims, which order may be entered with

no further notice or opportunity to be heard offered to any party.

Dated: September 13, 2011
     New York, New York

                                       /s/ Robert J. Lemons
                                       Robert J. Lemons

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       Attorneys for Debtors
                                       and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (JMP)
                                           :
                    Debtors.               :    (Jointly Administered)
-------------------------------------------------------------------x
```

**DEBTORS' TWO HUNDRED SECOND OMNIBUS**
**OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)**

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE
> CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING
> THIS TWO HUNDRED SECOND OMNIBUS OBJECTION TO
> CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE
> IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE
> OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED
> THERETO TO DETERMINE WHETHER THIS OBJECTION
> AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT
> DEBTORS' COUNSEL, ERIN ECKOLS, AT (214) 746-7700.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent:

### **Relief Requested**

1.    The Debtors file this two hundred second omnibus objection to

claims (the "Two Hundred Second Omnibus Objection to Claims"), pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order

approving procedures for the filing of omnibus objections to proofs of claim filed in these

chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking disallowance and

expungement of the claims listed on Exhibit A annexed hereto.

2.    The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed under the heading "*Claims

to be Disallowed and Expunged*" (collectively, the "Duplicative Claims") are duplicative,

either entirely or in substance, of the corresponding claims identified under the heading

"*Surviving Claims*" (collectively, the "Surviving Claims").  The Debtors seek the

disallowance and expungement from the Court's claims register of the Duplicative

Claims and preservation of the Debtors' right to later object to any Surviving Claim on

any basis.

3.    This Two Hundred Second Omnibus Objection to Claims does not

affect any of the Surviving Claims and does not constitute any admission or finding with

respect to any of the Surviving Claims.  Further, the Debtors reserve all their rights to

object on any basis to any Duplicative Claim as to which the Court does not grant the

relief requested herein.

### Jurisdiction

4.     This Court has jurisdiction to consider this matter pursuant to 28

U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.     Commencing on September 15, 2008, and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code.

6.     On September 17, 2008, the United States Trustee for Region 2

(the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to

section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.     On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas

as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order,

dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's

appointment of the Examiner.  The Examiner has filed his report pursuant to section

1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Duplicative Claims Should Be Disallowed and Expunged**

9.      In reviewing the claims filed on the claims register in these cases and maintained by the Court-appointed claims agent, the Debtors have identified the claims on <u>Exhibit A</u> as Duplicative Claims that are either exact duplicates or are in substance duplicates of the corresponding Surviving Claims.  Specifically, the Duplicative Claims were filed by the same claimants against the same Debtors, in most instances for the same dollar amounts, and on account of the same obligations as the corresponding Surviving Claims.

10.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

11.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  Accordingly, courts in the Southern District of New York

routinely disallow and expunge duplicative claims filed by the same creditor against the same debtors. *See, e.g.*, *In re Worldcom, Inc.*, Case No. 02-13533 (AJG), 2005 WL 3875191, at *8 (Bankr. S.D.N.Y. June 3, 2005) (expunging duplicate claim); *In re Best Payphones, Inc.*, Case No. 01-15472, 2002 WL 31767796, at *4, 11 (Bankr. S.D.N.Y. Dec. 11, 2002) (expunging duplicate claim); *In re Drexel Burnham Lambert Group, Inc.*, 148 B.R. 993, 1001-02 (S.D.N.Y. 1992) (dismissing duplicate claim).

12.     The Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed."). Elimination of redundant claims will also enable the Debtors to maintain a claims register that more accurately reflects the proper claims existing against the Debtors.

13.     Accordingly, to avoid the possibility of a creditor receiving duplicative or multiple recoveries on its claim, the Debtors request that the Court disallow and expunge in their entirety the Duplicative Claims listed on <u>Exhibit A</u>.[1]  The Surviving Claims will remain on the claims register subject to further objections on any basis.

## <u>Notice</u>

14.     No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this Two Hundred Second Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities

---

[1]  Where a creditor has filed different documentation in support of the Duplicative Claim and the Surviving Claim, the Debtors will treat all documentation filed with the claims as having been filed in support of the Surviving Claim.

and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A;

and (vii) all other parties entitled to notice in accordance with the procedures set forth in

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no

other or further notice need be provided.

          15.     No previous request for the relief sought herein has been made by

the Debtors to this or any other Court.

          WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated: September 13, 2011
      New York, New York

                        /s/ Robert J. Lemons
                        Robert J. Lemons

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1  AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: LISA BECKERMAN ONE BRYANT PARK NEW YORK, NY 10036 | 09/17/2009 | 08-13900 (JMP) | 14756 | $250,000.00 | AKIN, GUMP, STRAUSS, HAUER & FELD LLP ATTN: CHARLES R. GIBBS 1700 PACIFIC AVENUE, SUITE 4100 DALLAS, TX 75201 | 09/21/2009 | 08-13900 (JMP) | 24291 | $346,308.85 |
| 2  AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: LISA BECKERMAN ONE BRYANT PARK NEW YORK, NY 10036 | 09/17/2009 | 08-13900 (JMP) | 14757 | $96,377.35 | AKIN, GUMP, STRAUSS, HAUER & FELD LLP ATTN: CHARLES R. GIBBS 1700 PACIFIC AVENUE, SUITE 4100 DALLAS, TX 75201 | 09/21/2009 | 08-13900 (JMP) | 24291 | $346,308.85 |
| 3  ATRIUM III ATTN: LAWRENCE YOUNG 1 MADISON AVE, 9TH FLOOR NEW YORK, NY 10010 | 06/13/2011 | 08-13555 (JMP) | 67525 | $89,000.00 | ATRIUM III ATTN: ALLEN GAGE 1 MADISON AVE, 9TH FLOOR NEW YORK, NY 10010 | 09/21/2009 | 08-13555 (JMP) | 22825 | $89,000.00 |
| 4  ATRIUM III ATTN: LAWRENCE YOUNG 1 MADISON AVE, 9TH FLOOR NEW YORK, NY 10010 | 06/13/2011 | 08-13888 (JMP) | 67526 | $89,000.00 | ATRIUM III ATTN: ALLEN GAGE 1 MADISON AVE, 9TH FLOOR NEW YORK, NY 10010 | 09/21/2009 | 08-13888 (JMP) | 22826 | $89,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | BBT FUND, L.P. ATTENTION: WILLIAM O. REIMANN C/O BBT GENPAR LP 201 MAIN STREET, SUITE 3200 FORT WORTH, TX 76102 | 12/28/2010 | 08-13888 (JMP) | 67278 | $9,991,271.16 | BBT FUND, L.P. C/O BBT GENPAR, L.P. ATTN: WILLIAM I. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH, TX 76102 | 09/21/2009 | 08-13888 (JMP) | 22277 | $9,991,271.16 |
| 6 | BGL (FORTIS LUXEMBOURG) ATTN: ANNEMARIE JUNG-GLOBAL HEAD RECOVERY 50, AVENUE JF KENNEDY LUXEMBOURG, L-2951 LUXEMBOURG | 09/21/2009 | 08-13888 (JMP) | 25003 | $1,534,568.00* | BGL (FORTIS LUXEMBOURG) ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY L-2951, LUXEMBOURG | 09/21/2009 | 08-13888 (JMP) | 34204 | $1,534,568.00* |
| 7 | BGL (FORTIS LUXEMBOURG) 50, AVENUE JF KENNEDY ATTN: ANNEMARIE JUNG - GLOBAL HEAD RECOVERY LUXEMBOURG, L-2951 LUXEMBOURG | 09/21/2009 | 08-13555 (JMP) | 25004 | $1,534,568.00* | BGL (FORTIS LUXEMBOURG) ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY L-2951, LUXEMBOURG | 09/21/2009 | 08-13555 (JMP) | 34205 | $1,534,568.00* |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | BLACKPORT CAPITAL FUND, LTD C/O BLACKSTONE DISTRESSED SECURITIES ADVISORS L.P. ATTN: CHRIS SULLIVAN 280 PARK AVENUE, 11TH FLOOR NEW YORK, NY 10017 | 06/13/2011 | 08-13888 (JMP) | 67527 | $0.00 | BLACKPORT CAPITAL FUND, LTD C/O BLACKSTONE DISTRESSED SECURITIES ADVISORS, LP ATTN: CHRIS SULLIVAN 280 PARK AVENUE, 11TH FLOOR NEW YORK, NY 10017 | 09/22/2009 | 08-13888 (JMP) | 28391 | $0.00 |
| 9 | BP MASTER TRUST FOR EMPLOYEE PENSION PLANS BLACK ROCK INVESTMENT MANAGEMENT, LLC AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 05/18/2011 | 08-13888 (JMP) | 67490 | $1,972,122.00* | BLACKROCK PORTABLE ALPHA INVESTMENT STRATEGIES LP-STR PRTN A (BLK TICKER: PAS-STPA) C/O BLACKROCK INVESTMENT MANAGEMENT, LLC AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHN, ESQ. NEW YORK, NY 10022 | 09/21/2009 | 08-13888 (JMP) | 20683 | $1,972,122.00 |
| 10 | BURKE, JAMES K. 43 ELMWOOD AVE. RYE, NY 10580 | 09/21/2009 | 08-13555 (JMP) | 24672 | $32,850.00* | BURKE, JAMES K. 43 ELMWOOD AVENUE RYE, NY 10580 | 09/11/2009 | 08-13555 (JMP) | 11512 | $70,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 11 | CITADEL EQUITY FUND LTD. C/O CITADEL INVESTMENT GROUP LLC ATTN: SHELLANE M QUINN 131 SOUTH DEARBORN STREET CHICAGO, IL 60603 | 09/22/2009 | 08-13555 (JMP) | 33632 | $916,366,920.21 | CITADEL EQUITY FUND LTD. C/O CITADEL INVESTMENT GROUP L.L.C. ATTN: SHELLANE QUINN 131 SOUTH DEARBORN ST CHICAGO, IL 60603 | 09/22/2009 | 08-13555 (JMP) | 33633 | $56,316,519.34 |
| | | | | | | TRANSFERRED TO: CREDIT SUISSE LOAN FUNDING LLC TRANSFEROR: CITADEL EQUITY FUND LTD. ATTN: ASHWINEE SAWH 11 MADISON AVENUE, 2ND FLOOR NEW YORK, NY 10010 | | | | $423,036,453.48 |
| 12 | COMMERZBANK AG, NEW YORK AND GRAND CAYMAN BRANCHES ATTN: MICHAEL FRUCHTER 2 WORLD FINANCIAL CENTER NEW YORK, NY 10281 | 09/22/2009 | 08-13555 (JMP) | 27838 | $200,081,967.21* | COMMERZBANK AG, NEW YORK AND GRAND CAYMAN BRANCHES ATTN: MICHAEL FRUCHTER 2 WORLD FINANCIAL CENTER NEW YORK, NY 10281 | 09/22/2009 | 08-13555 (JMP) | 27840 | $207,518,817.36* |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | COMPUTERSHARE HONG KONG INVESTOR SERVICES LIMITED ATTN: NG YIP CHING JING 46/F HOPEWELL CENTRE 183 QUEEN'S ROAD EAST WANCHAI, HONG KONG | 07/06/2010 | 08-13555 (JMP) | 66922 | Undetermined | COMPUTERSHARE HONG KONG INVESTOR SERVICES LIMITED ATTN: NG YIP CHING JING 46/F HOPEWELL CENTRE 183 QUEEN'S ROAD EAST WANCHAI, HONG KONG | 03/19/2009 | 08-13555 (JMP) | 3395 | Undetermined |
| 14 | CONNORS, WILLIAM F. 105 DUANE STREET APT # 38C TRIBECA TOWER NEW YORK, NY 10007 | 09/17/2009 | 08-13555 (JMP) | 15185 | Undetermined | CONNORS, WILLIAM F. 105 DUANE STREET APT 38C TRIBECA TOWER NEW YORK, NY 10007 | 09/17/2009 | 08-13555 (JMP) | 15186 | $146,043.40 |
| 15 | DEMATTEIS, RICHARD 820 ELMONT ROAD ELMONT, NY 11003 | 09/18/2009 | 08-13555 (JMP) | 17400 | Undetermined | DEMATTEIS, RICHARD 820 ELMONT ROAD ELMONT, NY 11003 | 09/18/2009 | 08-13555 (JMP) | 17301 | Undetermined |
| 16 | DEMATTEIS, SCOTT L. 820 ELMONT ROAD ELMONT, NY 11003 | 09/18/2009 | 08-13555 (JMP) | 17399 | Undetermined | DEMATTEIS, SCOTT L. 820 ELMONT ROAD ELMONT, NY 11003 | 09/18/2009 | 08-13555 (JMP) | 17398 | Undetermined |
| 17 | DONTAMSETTY, VANI 9 HAGER STREET EAST BRUNSWICK, NJ 08816 | 09/04/2009 | 08-13555 (JMP) | 10386 | Undetermined | DONTAMSETTY, VANI 9 HAGER STREET EAST BRUNSWICK, NJ 08816 | 09/04/2009 | 08-13555 (JMP) | 10385 | $34,924.50 |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 18 FERNANDEZ, JEFFREY 145 WYOMING AVENUE MAPLEWOOD, NJ 07040 | 09/17/2009 | 08-13555 (JMP) | 15725 | $27,198.00 | FERNANDEZ, JEFFREY 145 WYOMING AVENUE MAPLEWOOD, NJ 07040 | 09/25/2009 | 08-13555 (JMP) | 35014 | $27,198.02 |
| 19 FU, ANTIEN 66 MADISON AVENUE #4G NEW YORK, NY 10016 | 07/17/2009 | 08-13555 (JMP) | 5506 | Undetermined | FU, ANTIEN 66 MADISON AVENUE #4G NEW YORK, NY 10016 | 07/17/2009 | 08-13555 (JMP) | 5508 | $27,197.86 |
| 20 GALLATIN, RONALD L., TTEE 17061 BROOKWOOD DRIVE BOCA RATON, FL 33496 | 09/18/2009 | 08-13555 (JMP) | 18620 | Undetermined | GALLATIN, RONALD L., TTEE 17061 BROOKWOOD DRIVE BOCA RATON, FL 33496 | 09/18/2009 | 08-13555 (JMP) | 18619 | Undetermined |
| 21 GREEN, LOUISE 44 EAST AVENUE MIDDLETOWN, NY 10940 | 09/16/2009 | 08-13555 (JMP) | 14392 | Undetermined | GREEN, LOUISE 44 EAST AVENUE MIDDLETOWN, NY 10940 | 09/21/2009 | 08-13555 (JMP) | 24265 | $44,186.12* |
| 22 GREEN, LOUISE 44 EAST AVENUE MIDDLETOWN, NY 10940 | 09/16/2009 | 08-13555 (JMP) | 14393 | Undetermined | GREEN, LOUISE 44 EAST AVENUE MIDDLETOWN, NY 10940 | 09/21/2009 | 08-13555 (JMP) | 24265 | $44,186.12* |
| 23 GREEN, LOUISE 44 EAST AVENUE MIDDLETOWN, NY 10940 | 09/21/2009 | 08-13555 (JMP) | 24267 | Undetermined | GREEN, LOUISE 44 EAST AVENUE MIDDLETOWN, NY 10940 | 09/21/2009 | 08-13555 (JMP) | 24265 | $44,186.12* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 24 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 10/05/2010 | 08-13555 (JMP) | 67123 | $14,500,000.00 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 09/16/2009 | 08-13555 (JMP) | 14293 | $14,500,000.00 |
| 25 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 10/05/2010 | 08-13888 (JMP) | 67124 | $14,500,000.00 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 09/16/2009 | 08-13888 (JMP) | 14291 | $14,500,000.00 |
| 26 | HENRY SCHEIN, INC. ATTN: JENNIFER FERRERO 135 DURYEA RD. MELVILLE, NY 11747 | 11/16/2010 | 08-13555 (JMP) | 67215 | $3,384,914.86 | HENRY SCHEIN, INC. 135 DURYEA RD. ATTN: JENNIFER FERRERO MELVILLE, NY 11747 | 08/14/2009 | 08-13555 (JMP) | 8321 | $3,384,914.89 |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | HENRY SCHEIN, INC.<br>ATTN: JENNIFER FERRERO<br>135 DURYEA RD.<br>MELVILLE, NY 11747 | 11/16/2010 | 08-13888 (JMP) | 67216 | $3,384,914.86 | HENRY SCHEIN, INC.<br>135 DURYEA RD.<br>ATTN: JENNIFER FERRERO<br>MELVILLE, NY 11747 | 08/14/2009 | 08-13888 (JMP) | 8320 | $3,384,914.89 |
| 28 | HOWARD, NICHOLAS P.<br>114 WEST ROAD<br>NEW CANAAN, CT 06840 | 09/22/2009 | 08-13555 (JMP) | 28278 | $3,247,606.03 | HOWARD, NICHOLAS P.<br>114 WEST ROAD<br>NEW CANAAN, CT 06840 | 09/22/2009 | 08-13555 (JMP) | 28279 | $3,247,606.03 |
| 29 | JEFFREY SAMBERG TRUST<br>10 IVY HILL ROAD<br>CHAPPAQUA, NY 10514 | 09/18/2009 | 08-13555 (JMP) | 18660 | Undetermined | JEFFREY SAMBERG TRUST<br>10 IVY HILL ROAD<br>CHAPPAQUA, NY 10514 | 09/18/2009 | 08-13555 (JMP) | 18659 | Undetermined |
| 30 | JT SERKO LP<br>7 WHITEGATE DRIVE<br>OLD BROOKVILLE, NY 11545 | 09/18/2009 | 08-13555 (JMP) | 17396 | Undetermined | JT SERKO LP<br>7 WHITEGATE DRIVE<br>OLD BROOKVILLE, NY 11545 | 09/18/2009 | 08-13555 (JMP) | 17395 | Undetermined |
| 31 | KASSON, MARK S.<br>C/O SIG MANAGEMENT, LLC<br>26 JOURNAL SQUARE, SUITE 803<br>JERSEY CITY, NJ 07306 | 09/17/2009 | 08-13555 (JMP) | 15139 | Undetermined | KASSON, MARK S.<br>C/O SIG MANAGEMENT, LLC<br>26 JOURNAL SQUARE, SUITE 803<br>JERSEY CITY, NJ 07306 | 09/17/2009 | 08-13555 (JMP) | 15138 | Undetermined |
| 32 | KLINGER, JEFFREY M<br>304 MELROSE AVE<br>MILL VALLEY, CA 94941 | 07/20/2009 | | 5736 | $500,000.00 | KLINGER, JEFFREY M.<br>304 MELROSE AVE<br>MILL VALLEY, CA 949413436 | 07/27/2009 | 08-13555 (JMP) | 6256 | $500,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 33 KONIG, MARGRET MONCKEBERGALLEE 15 HANNOVER, D-30453 GERMANY | 10/05/2009 | 08-13555 (JMP) | 36332 | $4,292.15 | KONIG, MARGRET MONCKEBERGALLEE 15 HANNOVER, D-30453 GERMANY | 10/05/2009 | 08-13555 (JMP) | 36333 | $4,292.15 |
| 34 LAWLESS, CONSUELA A. 1447 DEAN STREET BROOKLYN, NY 11213 | 09/22/2009 | 08-13555 (JMP) | 31190 | $62,428.58 | LAWLESS, CONSUELA A. 1447 DEAN STREET BROOKLTN, NY 11213 | 09/22/2009 | 08-13555 (JMP) | 31192 | $62,428.58 |
| 35 LORENZO, RUBEN 875 G STREET, # 501 SAN DIEGO, CA 92101 | 07/20/2009 | | 5722 | $33,653.89 | LORENZO, RUBEN 875 G STREET, #501 SAN DIEGO, CA 92101 | 12/05/2008 | 08-13555 (JMP) | 1235 | $33,653.89 |
| 36 LUKANG, MARY JANE G. 84 KATHERINE STREET WYCKOFF, NJ 07481 | 09/22/2009 | 08-13555 (JMP) | 31377 | $42,697.77 | LUKANG,MARY JANE G. 84 KATHERINE STREET WYCKOFF, NJ 07481 | 09/21/2009 | 08-13555 (JMP) | 25081 | $42,697.77 |
| 37 MAGOULA, ANNA 7520 RIDGE BLVD APT. 1C BROOKLYN, NY 11209 | 09/18/2009 | 08-13555 (JMP) | 19394 | $15,714.29 | MAGOULA, ANNA 7520 RIDGE BLVD APT. 1C BROOKLYN, NY 11209 | 09/18/2009 | 08-13555 (JMP) | 19396 | $18,000.00 |
| 38 MIKULICH, RAYMOND C. 15 CENTRAL PARK WEST, APT 15D NEW YORK, NY 10023 | 09/21/2009 | 08-13555 (JMP) | 23841 | $454,827.00 | MIKULICH, RAYMOND C. 15 CENTRAL PARK WEST, APT 15D NEW YORK, NY 10023 | 09/21/2009 | 08-13555 (JMP) | 23843 | $454,827.00 |
| 39 MONTALVO,MIRIAM 1918 KIMBALL STREET BROOKLYN, NY 11234 | 09/22/2009 | 08-13555 (JMP) | 30681 | Undetermined | MONTALVO, MIRIAM 1918 KIMBALL STREET BROOKLYN, NY 11234 | 09/18/2009 | 08-13555 (JMP) | 19393 | $38,874.12 |

* - Indicates claim contains unliquidated and/or undetermined amounts                                      Page 9 of 14

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | NISCO,MARIE R. 16126 N 171ST DRIVE SURPRISE, AZ 85388 | 09/17/2009 | 08-13555 (JMP) | 15263 | $5,331.00 | NISCO,MARIE R. 16126 N 171ST DRIVE SURPRISE, AZ 85388 | 09/17/2009 | 08-13555 (JMP) | 15262 | $43,117.00 |
| 41 | OLYMPUS ALC CO-BORROWER NO.1, L.P. C/O OLYMPUS MANAGEMENT, L.P. ATTN: JEFFREY GLAT 485 MADISON AVENUE, 18TH FLOOR NEW YORK, NY 10022 | 06/13/2011 | 08-13888 (JMP) | 67528 | $116,000.00 | OLYMPUS ALC CO-BORROWER NO.1, L.P. C/O OLYMPUS MANAGEMENT, L.P. ATTN: JEFFREY GLAT 485 MADISON AVENUE, 18TH FLOOR NEW YORK, NY 10022 | 09/22/2009 | 08-13888 (JMP) | 28406 | $116,000.00 |
| 42 | PB CAPITAL CORPORATION ATTN: GENERAL COUNSEL 230 PARK AVENUE NEW YORK, NY 10169 | 10/21/2009 | 08-13555 (JMP) | 43003 | $272,025,430.55 | PB CAPITAL CORPORATION ATTENTION: GENERAL COUNSEL 230 PARK AVENUE NEW YORK, NY 10169 | 10/21/2009 | 08-13555 (JMP) | 43002 | $272,025,430.55 |
| 43 | PIEPER, RICHARD 5325 SPUR CROSS TRAIL PARKER, CO 80134 | 09/14/2009 | 08-13885 (JMP) | 12006 | $782,179.10 | PIEPER, RICHARD 5325 SPUR CROSS TRAIL PARKER, CO 80134 | 09/14/2009 | 08-13885 (JMP) | 12005 | $782,179.10 |
| 44 | PULIDO-CROWE, OLGA A. 45 CATALPA DRIVE ATHERTON, CA 94027 | 09/18/2009 | 08-13555 (JMP) | 16214 | $359,686.85 | PULIDO-CROWE, OLGA A. 45 CATALPA DRIVE ATHERTON, CA 94027 | 09/18/2009 | 08-13555 (JMP) | 16216 | $359,686.85 |
| 45 | RAYMOND, RICK 1209 EAST 55TH STREET BROOKLYN, NY 11234 | 07/14/2009 | 08-13555 (JMP) | 5337 | $15,714.29 | RAYMOND, RICK 1209 EAST 55TH STREET BROOKLYN, NY 11234 | 07/14/2009 | 08-13555 (JMP) | 5338 | $15,714.29 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 46  REDDY, LAKSHMI 4720 CENTER BLVD APT. 2605 LONG ISLAND CITY, NY 11109 | 09/22/2009 | 08-13555 (JMP) | 29979 | $41,428.57 | REDDY,LAKSHMI 4720 CENTER BLVD APT 2605 LONG IS CITY, NY 111095640 | 09/22/2009 | 08-13555 (JMP) | 29976 | $41,428.57 |
| 47  REDDY,LAKSHMI 4720 CENTER BLVD APT 2605 LONG IS CITY, NY 111095640 | 09/22/2009 | 08-13555 (JMP) | 29977 | $41,428.57 | REDDY,LAKSHMI 4720 CENTER BLVD APT 2605 LONG IS CITY, NY 111095640 | 09/22/2009 | 08-13555 (JMP) | 29976 | $41,428.57 |
| 48  REDDY,LAKSHMI 4720 CENTER BLVD APT 2605 LONG IS CITY, NY 111095640 | 09/22/2009 | 08-13555 (JMP) | 29978 | $41,428.57 | REDDY,LAKSHMI 4720 CENTER BLVD APT 2605 LONG IS CITY, NY 111095640 | 09/22/2009 | 08-13555 (JMP) | 29976 | $41,428.57 |
| 49  ROBINSON, RENEE 195 WILLOUGHBY AVENUEN NUMBER 1502 BROOKLYN, NY 11205 | 09/22/2009 | 08-13555 (JMP) | 32011 | $9,316.55 | ROBINSON, RENEE 195 WILLOUGHBY AVENUE #1502 BROOKLYN, NY 11205 | 09/22/2009 | 08-13555 (JMP) | 32191 | $9,316.55 |
| 50  ROSS, MEREDITH H 2882 WEST 232ND STREET TORRANCE, CA 90505 | 09/19/2009 | | 19589 | $10,000.00 | ROSS, MEREDITH H 2882 WEST 232ND STREET TORRANCE, CA 90505 | 09/19/2009 | 08-13555 (JMP) | 19588 | $10,000.00 |
| 51  SALMONSON, ARLENE 30 PARK AVENUE APT. 6E NEW YORK, NY 10016 | 09/21/2009 | 08-13555 (JMP) | 22321 | Undetermined | SALMONSON, ARLENE 30 PARK AVENUE APT. 6E NEW YORK, NY 10016 | 09/21/2009 | 08-13555 (JMP) | 22320 | $126,625.87 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 52 | SCENTI,LOUIS<br>81 COLONIAL AVE<br>LARCHMONT, NY 10538 | 09/17/2009 | 08-13555 (JMP) | 15240 | $79,327.05 | SCENTI,LOUIS<br>81 COLONIAL AVE<br>LARCHMONT, NY 10538 | 09/17/2009 | 08-13555 (JMP) | 15239 | $79,327.05 |
| 53 | SCHAEFFER, DONALD & JOAN<br>11 PAYNE CIRCLE<br>HEWLETT, NY 11557 | 09/18/2009 | 08-13555 (JMP) | 17393 | Undetermined | SCHAEFFER, DONALD & JOAN<br>11 PAYNE CIRCLE<br>HEWLETT, NY 11557 | 09/18/2009 | 08-13555 (JMP) | 17392 | Undetermined |
| 54 | SCHIPPERS, CHRISTINA M<br>55 W 26TH ST APT 10J<br>NEW YORK, NY 10010-1013 | 09/19/2009 | 08-13555 (JMP) | 19601 | Undetermined | SCHIPPERS, CHRISTINA M<br>44 WOODLAND RD<br>MILLER PLACE, NY 117641944 | 09/19/2009 | 08-13555 (JMP) | 19602 | $39,960.58 |
| 55 | SCHREIBER, RUSSELL<br>FLAT 5 CADOGAN COURT GARDENS<br>1 D'OYLEY STREET<br>LONDON, SW1X 9AQ<br>UNITED KINGDOM | 09/21/2009 | | 24400 | $240,098.00 | SCHREIBER, RUSSELL<br>500 WEST 53RD STREET, APT PH<br>NEW YORK, NY 10019 | 09/16/2009 | 08-13555 (JMP) | 13321 | $240,098.00 |
| 56 | SHAH, ASHISH C<br>1441 3RD AVE<br>APARTMENT 12C<br>NEW YORK, NY 10028 | 09/22/2009 | | 33027 | Undetermined | SHAH, ASHISH C<br>1441 THIRD AVENUE<br>APARTMENT 12C<br>NEW YORK, NY 10028 | 09/22/2009 | 08-13555 (JMP) | 33026 | Undetermined |
| 57 | SHAH, ASHISH C<br>1441 3RD AVE<br>APT 12C<br>NEW YORK, NY 10028-1976 | 09/22/2009 | | 33028 | Undetermined | SHAH, ASHISH C<br>1441 THIRD AVENUE<br>APARTMENT 12C<br>NEW YORK, NY 10028 | 09/22/2009 | 08-13555 (JMP) | 33026 | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 58  SHAW, JEROME M. TTEE JEROME M. SHAW REV TRUST DTD 10/17/05 3 GROVE ISLE DRIVE PENTHOUSE ONE COCONUT GROVE, FL 33133-4118 | 09/17/2009 | 08-13555 (JMP) | 14745 | $688,480.00 | SHAW, JEROME M. TTEE JEROME M. SHAW REV TRUST DTD 10/17/05 3 GROVE ISLE DRIVE PENTHOUSE ONE COCONUT GROVE, FL 33133-4118 | 09/17/2009 | 08-13555 (JMP) | 14744 | $688,480.00 |
| 59  VOGLIC, MERITA 127 GREEN VALLEY ROAD STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23801 | $123,367.82* | VOGLIC, MERITA 127 GREEN VALLEY ROAD STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23803 | $123,367.82 |
| 60  VOGLIC, MERITA 127 GREEN VALLEY ROAD STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23802 | $123,367.82* | VOGLIC, MERITA 127 GREEN VALLEY ROAD STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23803 | $123,367.82 |
| 61  VOGLIC, MERITA 127 GREEN VALLEY ROAD STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23805 | $123,367.82 | VOGLIC, MERITA 127 GREEN VALLEY ROAD STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23803 | $123,367.82 |
| 62  VOLPE, DARCY L. 825 KETCH DR APT 300 NAPLES, FL 34103-4183 | 08/31/2009 | 08-13555 (JMP) | 9843 | $10,950.00 | VOLPE, DARCY L. 825 KETCH DR APT 300 NAPLES, FL 34103-4183 | 08/31/2009 | 08-13555 (JMP) | 9842 | $127,982.91 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 63 | VOLPE, DARCY L. 825 KETCH DR APT 300 NAPLES, FL 34103-4183 | 08/31/2009 | | 9844 | $117,032.91 | VOLPE, DARCY L. 825 KETCH DR APT 300 NAPLES, FL 34103-4183 | 08/31/2009 | 08-13555 (JMP) | 9845 | $127,982.91 |
| 64 | VOLPE, DARCY L. 825 KETCH DR APT 300 NAPLES, FL 34103-4183 | 08/31/2009 | 08-13555 (JMP) | 9846 | $117,032.91 | VOLPE, DARCY L. 825 KETCH DR APT 300 NAPLES, FL 34103-4183 | 08/31/2009 | 08-13555 (JMP) | 9845 | $127,982.91 |
| 65 | WALESCH, JAY E 1665 ADAIR BLVD CUMMING, GA 30040 | 09/22/2009 | 08-13555 (JMP) | 30580 | $80,258.46* | WALESCH, JAY E 1665 ADAIR BLVD CUMMING, GA 30040 | 09/21/2009 | 08-13555 (JMP) | 23899 | $80,258.46 |
| 66 | WHITE & CASE 9TH FLOOR, CENTRAL TOWER 28 QUEEN'S ROAD CENTRAL HONG KONG | 09/17/2009 | 08-13555 (JMP) | 15464 | $36,473.07 | WHITE & CASE 9TH FLOOR, CENTRAL TOWER 28 QUEEN'S ROAD CENTRAL HONG KONG | 09/17/2009 | 08-13555 (JMP) | 15465 | $36,473.07 |
| 67 | WITOVER, M. KENNETH 12 SABINE ROAD SYOSSET, NY 11791 | 09/17/2009 | 08-13555 (JMP) | 15146 | Undetermined | WITOVER, M. KENNETH 12 SABINE ROAD SYOSSET, NY 11791 | 09/17/2009 | 08-13555 (JMP) | 15143 | Undetermined |

TOTAL    $1,447,384,591.27*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                  :        **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :        **08-13555 (JMP)**
                                                       :
                            **Debtors.**               :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED SECOND
## OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

Upon the two hundred second omnibus objection to claims, dated September 13,

2011 (the "Two Hundred Second Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United

States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Duplicative

Claims on the grounds that such claims are duplicative of the corresponding Surviving Claims,

either exactly or in substance, all as more fully described in the Two Hundred Second Omnibus

Objection to Claims; and due and proper notice of the Two Hundred Second Omnibus Objection

to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service;

(v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on

Exhibit A attached to the Two Hundred Second Omnibus Objection to Claims; and (vii) all other

parties entitled to notice in accordance with the procedures set forth in the second amended order

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Two Hundred Second Omnibus Objection to Claims.

entered on June 17, 2010 governing case management and administrative procedures for these

cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and

the Court having found and determined that the relief sought in the Two Hundred Second

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the Two Hundred Second

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Second Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "Duplicative Claims") are disallowed and expunged in their entirety with

prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading

"*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register

subject to the Debtors' right to object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Duplicative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in

support of any Duplicative Claims, including, but not limited to, derivative and guarantee

questionnaires and supporting documentation, shall be treated as having been filed in support of

the corresponding Surviving Claims; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Duplicative Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred Second Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim is not appropriately duplicative of the corresponding Duplicative Claim, then the claims agent shall be authorized and directed to immediately reinstate such Duplicative Claim in these chapter 11 cases (the "Reinstated Claim"), and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE