# SCHILLER & KNAPP, LLP

*Attorneys and Counselors at Law*

Paul B. Knapp
William B. Schiller

Gary A. Lefkowitz
Jaime B. Thomas
Ryan E. Ruuska
Daniel N. Young
Jessica E. Stover
Denise M. Resta-Tobin

950 New Loudon Road
Latham, New York 12110
**REPLY TO LATHAM OFFICE**

(518) 786-9069
FAX (518) 786-1246*
*Not For Service of Any Litigation Papers*

Paul D. Rogan – Of Counsel

September 14, 2011

United States Bankruptcy Court
Southern District of New York
1 Bowling Green Room 701
New York, New York  10004

    Re:    Lehman Brothers Holdings, Inc.
            Case No. 08-13555-jmp, Chapter 11

Dear Sir/Madam:

    As you are aware, my office represents Wells Fargo Bank, N.A., d/b/a America' Servicing Company as servicer for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Series 2005-HE3 in the above-referenced matter.  Please consider this our request to adjourn the hearing scheduled for September 14, 2011 at 10:00 be adjourned until October 15, 2011 at 10:00.  Consent has been obtained from all parties.

    Thank you for your consideration in this matter.

                                    Very truly yours,

                                    /s/ *William B. Schiller*

                                    William B. Schiller

:lmg