HEARING DATE AND TIME: October 27, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: October 13, 2011 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF DEBTORS' TWO HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, AT (212) 310-8323.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
```

| | | |
|---|---|---|
| **In re** | **:** | **Chapter 11 Case No.** |
| | **:** | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | **:** | **08-13555 (JMP)** |
| | **:** | |
| **Debtors.** | **:** | **(Jointly Administered)** |

```
-------------------------------------------------------------------x
```

### NOTICE OF HEARING ON DEBTORS' TWO HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)

      **PLEASE TAKE NOTICE** that on September 14, 2011, Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed their two hundred fifth omnibus objection to claims (the "Debtors' Two Hundred Fifth Omnibus Objection to Claims"), and that a hearing (the "Hearing") to consider the Debtors' Two Hundred Fifth Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **October 27, 2011, at 10:00 a.m.
(Eastern Time)**, or as soon thereafter as counsel may be heard.

      **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Two

Hundred Fifth Omnibus Objection to Claims must be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed

with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which

can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing

system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal &

Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq.

and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33

Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.,

Elisabetta G. Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official

committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy

LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.,

Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later

than **October 13, 2011 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

      **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Two Hundred Fifth Omnibus Objection to Claims or any

claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' Two Hundred Fifth Omnibus Objection to Claims, which order may be entered with no

further notice or opportunity to be heard offered to any party.

Dated: September 14, 2011
     New York, New York

          /s/ Robert J. Lemons
          Robert J. Lemons
          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

HEARING DATE AND TIME: October 27, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: October 13, 2011 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**DEBTORS' TWO HUNDRED FIFTH OMNIBUS**
**OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF DEBTORS' TWO HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, AT (212) 310-8323.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

### Relief Requested

1.    The Debtors file this two hundred fifth omnibus objection to claims (the "Two Hundred Fifth Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking disallowance and expungement of the claims listed on Exhibit A annexed hereto.

2.    The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "Insufficient Documentation Claims") and have determined that the Insufficient Documentation Claims violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were submitted with insufficient documentation and no explanation as to why such documentation was unavailable.  The Debtors requested that the holders of the Insufficient Documentation Claims provide additional documentation and warned that a failure to provide additional information would likely result in an objection to the No Liability Claims.  However, the holders of the No Liability Claims did not provide the Debtors with any additional information.  The Insufficient Documentation Claims do not constitute valid *prima facie* claims, and the Debtors request they be disallowed and expunged in their entirety.

3.      The Debtors reserve all their rights to object on any basis to any

Insufficient Documentation Claim as to which the Court does not grant the relief requested

herein.

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.      Commencing on September 15, 2008, and periodically thereafter, LBHI

and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the

Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural

purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The

Debtors are authorized to operate their businesses and manage their properties as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S.

Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of

the Bankruptcy Code (the "Creditors' Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated

January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the

Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy

Code [Docket No. 7531].

8.      On July 2, 2009, this Court entered the Bar Date Order, which requires,

among other things, that "each Proof of Claim must: . . . (vi) include supporting documentation

or an explanation as to why documentation is not available."  (Bar Date Order at 6.)  The

supporting documentation requirement was specifically set forth on the face of the Court-approved proof of claim form. (*Id.*) Furthermore, the Bar Date Order provides that "any holder of a claim against the Debtors who is required, but fails to file a proof of such claim in accordance with the Bar Date Order on or before the Bar Date . . . specifying the applicable Debtor and other requirements set forth herein, shall forever be barred, estopped, and enjoined from asserting such claim against the Debtors (or filing a Proof of Claim with respect thereto)." (*Id.* at 9-10.) A copy of the Bar Date Order was made publicly available at http://www.lehman-docket.com.

9.       Claimants also received notice of the Bar Date Order by mail. (*See* Notice of Deadlines for Filing Proofs of Claim (the "Bar Date Notice").) In the Bar Date Notice, which also was published in The New York Times (International Edition), The Wall Street Journal (International Edition), and The Financial Times, claimants were specifically instructed that "[i]f you file a Proof of Claim, your filed Proof of Claim must: . . . (vi) include supporting documentation or an explanation as to why documentation is not available." (Bar Date Notice at 4.)

10.       Claimants who filed a proof of claim prior to entry of the Bar Date Order were instructed that they need not file a new claim if their proof of claim substantially conformed to the Court-approved proof of claim form, which form clearly set forth the requirement that claimants provide supporting documentation with their claim form or an explanation as to why such documentation is unavailable. (*Id.* at 2.)[1] The Bar Date Notice also prominently stated in bold-face type that **"any creditor who fails to file a Proof of Claim in accordance with the Bar Date Order on or before the Bar Date . . . specifying the applicable Debtor and other**

---

[1] The Bankruptcy Rule's Official Form 10, the standardized proof of claim form, also requires claimants to attach supporting documentation or explain why said documentation is not available.

requirements set forth in the Bar Date Order, for any claim such creditor holds or wishes

to assert against the Debtors, will be forever barred, estopped, and enjoined from asserting

such claim (and from filing a Proof of Claim with respect to such claim)." (*Id.* at 6

(emphasis in original).)

11.    On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

## The Insufficient Documentation Claims Should Be Disallowed and Expunged

12.    In reviewing the claims filed on the claims register in these cases and

maintained by the Court-appointed claims agent, the Debtors have identified the claims on

Exhibit A as claims that should be disallowed and expunged on the basis that they do not include

any supporting documentation or an explanation as to why such documentation is unavailable

and, therefore, do not constitute valid *prima facie* claims.

13.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20,

2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

14.    The Bar Date Order specifically requires that "each Proof of Claim ***must***:

. . . (vi) include supporting documentation or an explanation as to why documentation is not

available."  (Bar Date Order at 6 (emphasis added).)  This requirement for proofs of claim is not

a unique one.  Indeed, this Court and others in the Southern District of New York have entered

similar orders requiring that proofs of claim include supporting documentation or an explanation as to why documentation is unavailable.  (*See* Oct. 20, 2009 Order [Dkt. No. 316] at 6, *In re Finlay Enterprises, Inc.*, No. 09-14873 (JMP) (Peck, J.); *see also* Oct. 14, 2009 Order at 2-3, *In re AGT Crunch Acquisition LLC, et al.*, No. 09-12889 (REG) (Gerber, J.).)  The Bankruptcy Rules' official proof of claim form also includes this standard requirement.  However, the Insufficient Documentation Claims did not include any supporting documentation or an explanation as to the unavailability of documentation.

15.    Claimants were specifically provided notice of the Bar Date Order's supporting documentation requirement via the Bar Date Notice.  The Bar Date Notice included instructions on how to complete the proof of claim forms and a warning that failure to comply with those instructions would result in claims being barred.  (*See* Bar Date Notice at 4, 6.) Claimants were also notified that they needed to submit new proofs of claim if their claims submitted prior to the Bar Date Order did not substantially conform to the Court-approved proof of claim form, which clearly set forth the supporting documentation requirement.  (*See id.* at 2.) Nevertheless, the Insufficient Documentation Claims were submitted without the required supporting documentation or an explanation as to why such documentation is unavailable.

16.    Prior to filing this Two Hundred Fifth Omnibus Objection to Claims, the Debtors requested that the holders of the Insufficient Documentation Claims provide additional documentation and warned that a failure to do so likely would result in an objection to the claims, however, no additional documentation was provided by the claimants.

17.    Without additional information regarding the Insufficient Documentation Claims, the Debtors are unable to evaluate the merits and validity of the Insufficient Documentation Claims.  Nothing in the Debtors' books and records provides any information

regarding the Insufficient Documentation Claims.  Because the Insufficient Documentation

Claims fail to comply with the Bar Date Order's specific direction that claims include supporting

documentation or an explanation as to why such documentation is unavailable, and, therefore, do

not constitute valid *prima facie* claims, the Debtors request that the Court disallow and expunge

in their entirety the Insufficient Documentation Claims listed on Exhibit A.

### Notice

18.     No trustee has been appointed in these chapter 11 cases.  The Debtors

have served notice of this Two Hundred Fifth Omnibus Objection to Claims on (i) the U.S.

Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern

District of New York; (vi) each claimant listed on Exhibit A; and (vii) all other parties entitled to

notice in accordance with the procedures set forth in the second amended order entered on

June 17, 2010 governing case management and administrative procedures for these cases

[Docket No. 9635].  The Debtors submit that no other or further notice need be provided.

19.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the relief

requested herein and such other and further relief as is just.

Dated: September 14, 2011
         New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

**EXHIBIT A**

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABNEY, LYNDA 721 EAST 104TH STREET CHICAGO, IL 60628 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32092 | $1,959.00 | Insufficient Documentation Claim |
| 2 | ANDREWS, TESSA 11 CROMLIX CLOSE CHISLEHURST KENT, BR7 5SJ UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12973 | $5,672.00 | Insufficient Documentation Claim |
| 3 | BKK FUR HEILBERUFE SCHIESS STRASSE 43 DUSSELDOLF, 40549 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 07/06/2009 | 5141 | $1,148.92 | Insufficient Documentation Claim |
| 4 | BLAIR, MARC H. 330 WEST 72ND STREET APARTMENT 4A NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/22/2009 | 5854 | $200,000.00 | Insufficient Documentation Claim |
| 5 | BOK, CATHLEEN 225 E 85TH ST NEW YORK, NY 10028 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30037 | $65,045.00 | Insufficient Documentation Claim |
| 6 | BOYCHUK, THOMAS JOHN 8 DRIFTWOOD DR. PARLIN, NJ 08859 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30410 | $2,680.00 | Insufficient Documentation Claim |
| 7 | BRACIAK, BASMA 3252 42ND STREET ASTORIA, NY 11103 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27377 | Undetermined | Insufficient Documentation Claim |
| 8 | BROGAN, JAMES C. 27 HIGHLAND ROAD GLEN ROCK, NJ 07452 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28668 | $91,338.00 | Insufficient Documentation Claim |
| 9 | BROWNSTEIN, KIMBERLY 201 EAST 69TH STREET APT 11X NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27399 | $5,000.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | CANTELLO, PAUL 37 SYLVESTRE AVENUE HAWTHORNE, NJ 07506 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10960 | Undetermined | Insufficient Documentation Claim |
| 11 | CANTELLO, PAUL 37 SYLVESTER AVENUE HAWTHORNE, NJ 07506 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10962 | Undetermined | Insufficient Documentation Claim |
| 12 | CHENG, HELEN 2220 63RD ST. BROOKLYN, NY 11204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27383 | Undetermined | Insufficient Documentation Claim |
| 13 | CHENG,ELISA CHING C FLAT C, 50TH FLOOR, TOWER 12 CARMEL COVE, CARIBBEAN COAST 1 MAN TUNG ROAD TUNG CHUNG, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/23/2009 | 5982 | Undetermined | Insufficient Documentation Claim |
| 14 | CHOY, MAY B. 6021 SOUTHPARK MORTON GROVE, IL 60053 | | Lehman No Case Asserted/All Cases Asserted | 09/03/2009 | 10253 | $25,000.00 | Insufficient Documentation Claim |
| 15 | COOK, DAVID 346 HAVERHILL STREET NORTH READING, MA 01864 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27340 | $188,879.00 | Insufficient Documentation Claim |
| 16 | CORNEJO, EMIL 420 EAST 58TH STREET NEW YORK, NY 10022 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25457 | Undetermined | Insufficient Documentation Claim |
| 17 | CRADER, MELANIE A. 3 MARIN COURT MANHATTAN BEACH, CA 90266 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32769 | $35,950.00 | Insufficient Documentation Claim |
| 18 | CRUIKSHANK, DOUGLAS A. 376 NEW ROCHELLE RD BRONXVILLE, NY 10708 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 19368 | $2,972,782.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | CURTIS, JENNIFER M. 2112 SUNSET AVE #2 UTICA, NY 13502-5519 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18821 | $4,775.00 | Insufficient Documentation Claim |
| 20 | DAVIS, KIERAN 2 BISHOPSTHORPE RD LONDON, SE26 4NY UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18781 | $102,019.00 | Insufficient Documentation Claim |
| 21 | DELEO, RUTH R. 86-23 89TH ST WOODHAVEN, NY 11421 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13566 | $2,199.00 | Insufficient Documentation Claim |
| 22 | DUFF, TERE 197 OLD CENTER GROVE ROAD RANDOLPH, NJ 07869 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27722 | $32,532.00 | Insufficient Documentation Claim |
| 23 | DUFFY, BRIDGET 86 W 12TH ST APT 1C NEW YORK, NY 10011-8682 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 34268 | $10,950.00 | Insufficient Documentation Claim |
| 24 | DUNN, JOHN J. 232 PARK AVE HUNTINGTON, NY 11743-2703 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17764 | Undetermined | Insufficient Documentation Claim |
| 25 | EKEN, ONUR 1 COLUMBUS PL APT N43D NEW YORK, NY 10019-8235 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27375 | Undetermined | Insufficient Documentation Claim |
| 26 | GOING, KENNETH JR 620 BREAD AND CHEESE HOLLOW RD NORTHPORT, NY 11768 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32515 | $22,212.00 | Insufficient Documentation Claim |
| 27 | GORMAN, LESLIE D. 305 EAST 63RD STREET APT 17-B NEW YORK, NY 10065 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12729 | $500,000.00* | Insufficient Documentation Claim |
| 28 | GREENE, AMY H. 3524 BREMEN ST DALLAS, TX 75206-5702 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 19800 | Undetermined | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 29 | HANSEN, KERRIE<br>77-05 86 STREET<br>GLENDALE, NY 11385 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27708 | $2,835.00 | Insufficient Documentation Claim |
| 30 | HEALY, KRISTIN<br>176 BROADWAY # 15F<br>NEW YORK, NY 10038 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27381 | Undetermined | Insufficient Documentation Claim |
| 31 | HERRMANN, DAVID L.<br>804 MAPLE GLEN LANE<br>WAYNE, PA 19087 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33213 | Undetermined | Insufficient Documentation Claim |
| 32 | HOULIHAN, BRENNA A.<br>546 LOCUST ST<br>MOUNT VERNON, NY 10552-2607 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25116 | Undetermined | Insufficient Documentation Claim |
| 33 | JONES, BRIAN<br>605 THIRD AVENUE, 39TH FLOOR<br>NEW YORK, NY 10158 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28385 | $66,322.93 | Insufficient Documentation Claim |
| 34 | KATZ, BENJAMIN<br>114 EAST 1ST STREET<br>APT. 17<br>NEW YORK, NY 10009 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25486 | $4,000.00 | Insufficient Documentation Claim |
| 35 | KENNELLY, FIONA<br>5 LAIRD AVENUE<br>GRAYS, ESSEX, RM16 2NL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15718 | $2,000.00 | Insufficient Documentation Claim |
| 36 | KNAPP, RONALD<br>8785 N AWL RD<br>PARKER, CO 80138 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13995 | Undetermined | Insufficient Documentation Claim |
| 37 | LATESSA, LINNAE<br>7 CLUB LANE<br>ELMSFORD, NY 10523 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32436 | $86,684.77 | Insufficient Documentation Claim |
| 38 | LEUNG, PHILIP I<br>20 CONFUCIUS PLAZA APT. 40G<br>NEW YORK, NY 10002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27557 | $16,000.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | LIANG, MANDY<br>32 JACKSON ST. # 3E<br>NEW YORK, NY 10002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27378 | Undetermined | Insufficient Documentation Claim |
| 40 | LUNNIE, CHRISTOPHER<br>26 POPLAR AVENUE<br>BRONX, NY 10465 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28387 | Undetermined | Insufficient Documentation Claim |
| 41 | MARSAN, DEAN K<br>253-11 BRATTLE AVENUE<br>LITTLE NECK, NY 11362 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12164 | Undetermined | Insufficient Documentation Claim |
| 42 | MATTESICH, VICTORIA<br>60 NORTHGATE PARK<br>RINGWOOD, NJ 07456 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28390 | Undetermined | Insufficient Documentation Claim |
| 43 | MORSE, DAVID H.<br>6 CHESTNUT AVENUE<br>BRONXVILLE, NY 10708 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25143 | Undetermined | Insufficient Documentation Claim |
| 44 | MURPHY, GEORGE<br>80 WOODLAND AVE<br>SUMMIT, NJ 07901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27382 | Undetermined | Insufficient Documentation Claim |
| 45 | MURPHY, PAT<br>71 HAYES STREET<br>GARDEN CITY, NY 11530 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17258 | $45,000.00 | Insufficient Documentation Claim |
| 46 | MYERS-HENRY, KAREN<br>102 BARTHOLDI AVE<br>JERSEY CITY, NJ 07305 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27721 | $3,774.00 | Insufficient Documentation Claim |
| 47 | PRUSINSKI, THOMAS<br>72 CANTERBURY GATE<br>LYNBROOK, NY 11563 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33575 | $10,000.00 | Insufficient Documentation Claim |
| 48 | RAHAVY, SEAN<br>171 THOMPSON ST<br>#19<br>NEW YORK, NY 10012 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6836 | $10,000.00* | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 49 | RAIMONDI, RAYMOND R., JR<br>301 EAST 79, 7J<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27376 | Undetermined | Insufficient Documentation Claim |
| 50 | REES, MATTHEW D.<br>155 PRINCE STREET, APT. 2<br>NEW YORK, NY 10012 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25148 | Undetermined | Insufficient Documentation Claim |
| 51 | REILLY, FLINT<br>98 INDIAN HILL ROAD<br>WINNETKA, IL 60093 | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5598 | $3,600.00 | Insufficient Documentation Claim |
| 52 | RONCAGLIOLO,JACQUELINE S.<br>454 RIVER ROAD<br>APARTMENT G<br>NUTLEY, NJ 07110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/14/2009 | 5327 | Undetermined | Insufficient Documentation Claim |
| 53 | ROSENBERG, ADAM S.<br>4 HILLVIEW CIRCLE<br>HOCKESSIN, DE 19707 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33212 | Undetermined | Insufficient Documentation Claim |
| 54 | ROWLEY, BETH L<br>65 RIDGEFIELD ROAD<br>WILTON, CT 06897-3006 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29463 | Undetermined | Insufficient Documentation Claim |
| 55 | RYAN, MAUREEN<br>96 COLONIAL STREET<br>EAST NORTHPORT, NY 11731 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31175 | $10,950.00 | Insufficient Documentation Claim |
| 56 | SABIA, DZINTRA I.<br>43 MAIN STREET<br>FARMINGDALE, NY 11735 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19198 | Undetermined | Insufficient Documentation Claim |
| 57 | SAVIO, VICTORIA E.<br>12 MCKESSON HILL RD.<br>CHAPPAQUA, NY 10514 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15702 | $4,000.00 | Insufficient Documentation Claim |
| 58 | SCLAFANI, JOSEPH<br>4705 CENTER BLVD APT 1411<br>LONG IS CITY, NY 11109-5679 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30367 | $450,000.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 59 | SCOTLAND, PAULA AKA PAPP, PAULA 420 ARLENE MARIE LN GARDNERVILLE, NV 89460-6567 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18948 | Undetermined | Insufficient Documentation Claim |
| 60 | SHANNON, WILLIAM E 711 BIRCHWOOD DRIVE WESTBURY, NY 11590 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30036 | $606,000.00 | Insufficient Documentation Claim |
| 61 | SHEA, DEBORAH 615 EAST 14TH STREET APT. 10F NEW YORK, NY 10009 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10959 | Undetermined | Insufficient Documentation Claim |
| 62 | SINGER, JOSEPH P P.O. BOX 140498 STATEN ISLAND, NY 10314 | | Lehman No Case Asserted/All Cases Asserted | 08/18/2009 | 8638 | $14,000.00 | Insufficient Documentation Claim |
| 63 | SMEJKAL, FRANK 1305 BEVERLY STREET HOUSTON, TX 77008 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34673 | $250,000.00 | Insufficient Documentation Claim |
| 64 | SOMERVILLE, LAURA 25 BANK STREET LONDON, E14 5LS UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25643 | $21,401.62 | Insufficient Documentation Claim |
| 65 | SOMERVILLE, ROBEN L. 107 CLARK STREET GLEN RIDGE, NJ 07028 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5727 | Undetermined | Insufficient Documentation Claim |
| 66 | STANCIU, ELENA 10 CAXTON STREET FLAT 7 LONDON, SW1H 0AQ UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22913 | $2,000.00 | Insufficient Documentation Claim |
| 67 | TANAKA, TRACY C. 30 HILLSIDE AVE CEDAR GROVE, NJ 07009-1415 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27353 | $5,000.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | TASSAN, LUCA<br>28 NEW ATLAS WHARF<br>3 ARNHEM PLACE<br>LONDON, E14 3SS<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10812 | $700,000.00 | Insufficient Documentation Claim |
| 69 | TILSON, SUSAN N<br>172 EDINBURGH CT<br>MATAWAN, NJ 07747-1868 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28284 | Undetermined | Insufficient Documentation Claim |
| 70 | TIOMKIN, TAMARA<br>205 E 78TH STREET<br>APT 12B<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30362 | $5,000.00 | Insufficient Documentation Claim |
| 71 | TRANCHINA, ERNEST V<br>235 BARLOW AVE<br>STATEN ISLAND, NY 10308-1510 | | Lehman No Case Asserted/All Cases Asserted | 07/13/2009 | 5291 | $338.70* | Insufficient Documentation Claim |
| 72 | VALENTI, ROSEMARY<br>7752 76TH STREET<br>GLENDALE, NY 11385 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28653 | Undetermined | Insufficient Documentation Claim |
| 73 | VASQUEZ, JUAN<br>76 VESEY ST<br>NEWARK, NJ 07105-1023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/01/2009 | 10023[1] | $18,000.00 | Insufficient Documentation Claim |
| 74 | WASHINGTON, JANET T.<br>151-47 136 AVENUE<br>JAMAICA, NY 11434 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18922 | $4,000.00 | Insufficient Documentation Claim |
| 75 | WEINSTEIN, DANA<br>330 WEST 72ND ST. 13C<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27380 | Undetermined | Insufficient Documentation Claim |

[1] Claim number 10023 is also included on Debtors' One Hundred Eighty-Sixth Omnibus Objection to Claims (Misclassified Claims).

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 76 | ZUCCONI, LAWRENCE 65 CORSO ITALIA UNIT B FREEHOLD, NJ 07728-9469 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24877 | Undetermined | Insufficient Documentation Claim |
| | | | | | TOTAL | $6,611,047.94 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                          :      **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :      **08-13555 (JMP)**
                                               :
                           **Debtors.**        :      **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the two hundred fifth omnibus objection to claims, dated September 14, 2011 (the "Two Hundred Fifth Omnibus Objection to Claims"),[2] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), to disallow and expunge the Insufficient Documentation Claims on the grounds that such claims failed to comply with the Bar Date Order's specific direction that claims include supporting documentation or an explanation as to why such documentation is unavailable, and, therefore, do not constitute valid *prima facie* claims, all as more fully described in the Two Hundred Fifth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Fifth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Fifth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Fifth Omnibus Objection to Claims

---

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Fifth Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Fifth Omnibus Objection

to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

Insufficient Documentation Claims are disallowed and expunged with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

Insufficient Documentation Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE