Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Banco Bilbao Vizcaya Argentaria, S.A. |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

Court Claim # (if known): 15647

Amount of Claim: USD 42,993,390.48

(FULL TRANSFER)

Date Claim Filed: 17 September 2009

Tel: N/A
Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____                   Date: 14 September 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Rule 3001(e) – Transfer of LBHI Claim # 15647

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court, Southern District of New York
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc.

CASE NAME: In re Lehman Brothers Holdings Inc., *et al.*,

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 15647 **(full transfer)**

**BANCO BILBAO VIZCAYA ARGENTARIA, S.A.**, a credit entity organised under the laws of Spain, with offices located at Vía de los Poblados, 13 5th Floor, Madrid 28033 Spain ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment Agreement dated 6th September 2011, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns, with offices located at

Winchester House
1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Jamie Liew
E-mail: michael.sutton@db.com / jamie.liew@db.com

("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holding Inc., in the amount of $42,993,390.48, docketed as Claim No. 15647 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14th day of September, 2011



Rule 3001(e) – Transfer of LBHI Claim # 15647

| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By: IGNACIO ECHEVARRIA<br>Name:<br>Title: DIRECTOR<br>Tel.: 915378964 | By: [signature]<br>Name: Ross Miller<br>Title: Director<br>Tel.: 0044 207 547 6945 |
| By: [signature]<br>Name: ANTONIO BORRAZ<br>Title: DIRECTOR<br>Tel.: 915377687 | By: [signature]<br>Name: Philipp Roever<br>Title: Vice President<br>Tel.: 0044 207 547 0062 |