## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO:      CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:  LEHMAN BROTHERS HOLDINGS INC.

DCI ASSET MANAGEMENT IRELAND LIMITED, acting for and on behalf of DCI Long-Short Credit Fund, a fund of DCI Funds Trust ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CHASE LINCOLN FIRST COMMERCIAL CORPORATION ("**Buyer**"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of **$27,000,000.00**, docketed as Claim No. 67596 (the "**Claim**"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14 day of September, 2011.

**DCI ASSET MANAGEMENT IRELAND LIMITED**, acting for and on behalf of DCI Long-Short Credit Fund, a fund of DCI Funds Trust

By: _____
Name: Richard Do_ick
Title: Director

**CHASE LINCOLN FIRST COMMERCIAL CORPORATION**

By: _____
Name: Samantha Hamerman
Title: Authorized Signatory

AOC (LBSF-LBHI) DCI to Chase Lincoln [1471929] 9.12.11TD: $27M_IV.docx

## EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

TO:      CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:      LEHMAN BROTHERS SPECIAL FINANCING INC.

DCI ASSET MANAGEMENT IRELAND LIMITED, acting for and on behalf of DCI Long-Short Credit Fund, a fund of DCI Funds Trust ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CHASE LINCOLN FIRST COMMERCIAL CORPORATION ("**Buyer**"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of **$27,000,000.00**, docketed as Claim No. 10166 (the "**Claim**") in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14 day of September, 2011.

| | |
|---|---|
| **DCI ASSET MANAGEMENT IRELAND LIMITED**, acting for and on behalf of DCI Long-Short Credit Fund, a fund of DCI Funds Trust | **CHASE LINCOLN FIRST COMMERCIAL CORPORATION** |
| By: _____ <br> Name: Richard Donick <br> Title: Director | By: _____ <br> Name: Samantha Hamerman <br> Title: Authorized Signatory |