**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                              :   Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :   08-13555 (JMP)
                                                   :   (Jointly Administered)
Debtors.                                           :
                                                   :   Ref. Docket No. 19913
------------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 13, 2011, I caused to be served the "Stipulation and Agreement for Provisional Allowance of Claims Solely for Purposes of Voting on the Debtors' Second Amended Joint Chapter 11 Plan," dated September 13, 2011 [Docket No. 19913], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to the party listed on the annexed Exhibit B,

    c. enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit C, and

    d. enclosed securely in a separate postage-prepaid envelope and delivered by first class mail to *LINKLATERS LLP, 1345 Avenue of the Americas, New York, NY 10105*.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Manners*
Eleni Manners

Sworn to before me this
14th day of September, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO622293
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

*LBH MSL Email Service List*

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

Adiamond@DiamondMcCarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alum@ftportfolios.com

amarder@msek.com

AMcMullen@BoultCummings.com

amenard@tishmanspeyer.com

Andrew.Brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

## *LBH MSL Email Service List*

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmerrill@susmangodfrey.com

BMiller@mofo.com

boneill@kramerlevin.com

Brian.Corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

ceskridge@susmangodfrey.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cousinss@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

*LBH MSL Email Service List*

*LBH MSL Email Service List*

| | |
|---|---|
| cweber@ebg-law.com | dflanigan@polsinelli.com |
| cweiss@ingramllp.com | dgrimes@reedsmith.com |
| dallas.bankruptcy@publicans.com | dhayes@mcguirewoods.com |
| daniel.guyder@allenovery.com | dheffer@foley.com |
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | djoseph@stradley.com |
| david.crichlow@pillsburylaw.com | dkleiner@velaw.com |
| david.heller@lw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| deryck.palmer@cwt.com | dshaffer@wtplaw.com |
| dfelder@orrick.com | dshemano@pwkllp.com |

*LBH MSL Email Service List*

dspelfogel@foley.com

dtatge@ebglaw.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

fishere@butzel.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.davis@cwt.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@mwe.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heidi@crumbielaw.com

heim.steve@dorsey.com

heiser@chapman.com

*LBH MSL Email Service List*

*LBH MSL Email Service List*

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jaclyn.genchi@kayescholer.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

Jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

*LBH MSL Email Service List*

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jliu@dl.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

john@crumbielaw.com

joli@crlpc.com

jorbach@hahnhessen.com

Joseph.Cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

JPintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

*LBH MSL Email Service List*

| | |
|---|---|
| jwest@velaw.com | lawallf@pepperlaw.com |
| jwh@njlawfirm.com | lberkoff@moritthock.com |
| karen.wagner@dpw.com | Lee.Stremba@troutmansanders.com |
| KDWBankruptcyDepartment@kelleydrye.com | lgranfield@cgsh.com |
| keckhardt@hunton.com | lhandelsman@stroock.com |
| keith.simon@lw.com | linda.boyle@twtelecom.com |
| Ken.Coleman@allenovery.com | lisa.ewart@wilmerhale.com |
| ken.higman@hp.com | lisa.kraidin@allenovery.com |
| kerry.moynihan@hro.com | LJKotler@duanemorris.com |
| kgwynne@reedsmith.com | lmarinuzzi@mofo.com |
| kiplok@hugheshubbard.com | Lmay@coleschotz.com |
| kkelly@ebglaw.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| KReynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | MAOFILING@CGSH.COM |
| lacyr@sullcrom.com | Marc.Chait@SC.com |
| Landon@StreusandLandon.com | margolin@hugheshubbard.com |
| lathompson@co.sanmateo.ca.us | mark.deveno@bingham.com |

*LBH MSL Email Service List*

## LBH MSL Email Service List

mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

Marvin.Clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

MJR1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

MLandman@lcbf.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

*LBH MSL Email Service List*

*LBH MSL Email Service List*

| | |
|---|---|
| mshiner@tuckerlaw.com | peter.gilhuly@lw.com |
| msiegel@brownrudnick.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| neilberger@teamtogut.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwright@dl.com |
| Nherman@morganlewis.com | r.stahl@stahlzelloe.com |
| nissay_10259-0154@mhmjapan.com | raj.madan@bingham.com |
| nlepore@schnader.com | rajohnson@akingump.com |
| notice@bkcylaw.com | ramona.neal@hp.com |
| oipress@travelers.com | ranjit.mather@bnymellon.com |
| omeca.nedd@lovells.com | rbeacher@pryorcashman.com |
| otccorpactions@finra.org | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |
| paul.turner@sutherland.com | rfleischer@pryorcashman.com |
| pbattista@gjb-law.com | rfrankel@orrick.com |
| pbosswick@ssbb.com | rfriedman@silvermanacampora.com |
| pdublin@akingump.com | rgmason@wlrk.com |
| peisenberg@lockelord.com | rgraham@whitecase.com |

*LBH MSL Email Service List*

## LBH MSL Email Service List

rhett.campbell@tklaw.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

RJones@BoultCummings.com

rleek@HodgsonRuss.com

RLevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

Robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

Robin.Keller@Lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

rqureshi@reedsmith.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

RTrust@cravath.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

sagrawal@susmangodfrey.com

Sally.Henry@skadden.com

sandyscafaria@eaton.com

Sara.Tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

Schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

*LBH MSL Email Service List*

*LBH MSL Email Service List*

| | |
|---|---|
| shannon.nagle@friedfrank.com | Streusand@StreusandLandon.com |
| sharbeck@sipc.org | susan.schultz@newedgegroup.com |
| shari.leventhal@ny.frb.org | susheelkirpalani@quinnemanuel.com |
| shgross5@yahoo.com | swolowitz@mayerbrown.com |
| sidorsky@butzel.com | szuch@wiggin.com |
| slerner@ssd.com | tannweiler@greerherz.com |
| slevine@brownrudnick.com | tarbit@cftc.gov |
| SLoden@DiamondMcCarthy.com | tbrock@ssbb.com |
| smayerson@ssd.com | tdewey@dpklaw.com |
| smillman@stroock.com | tduffy@andersonkill.com |
| smulligan@bsblawyers.com | teresa.oxford@invescoaim.com |
| snewman@katskykorins.com | TGoren@mofo.com |
| sory@fdlaw.com | thaler@thalergertler.com |
| spiotto@chapman.com | thomas.califano@dlapiper.com |
| splatzer@platzerlaw.com | thomas.ogden@dpw.com |
| squigley@lowenstein.com | Thomas_Noguerola@calpers.ca.gov |
| SRee@lcbf.com | timothy.brink@dlapiper.com |
| sselbst@herrick.com | timothy.palmer@bipc.com |
| sshimshak@paulweiss.com | tjfreedman@pbnlaw.com |
| sskelly@teamtogut.com | tkarcher@dl.com |
| ssusman@susmangodfrey.com | tkiriakos@mayerbrown.com |
| steele@lowenstein.com | tlauria@whitecase.com |
| stephen.cowan@dlapiper.com | tmacwright@whitecase.com |
| steve.ginther@dor.mo.gov | tmayer@kramerlevin.com |
| steven.troyer@commerzbank.com | tnixon@gklaw.com |
| steven.wilamowsky@bingham.com | toby.r.rosenberg@irscounsel.treas.gov |

## *LBH MSL Email Service List*

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007