**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    08-13555 (JMP)
                                                              :    (Jointly Administered)
           Debtors.                                           :
                                                              :    Ref. Docket Nos. 19904-19906
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 13, 2011, I caused to be served the:

   a. "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated September 13, 2011, *related to Sac Capital Advisors, L.P.* [Docket No. 19904],

   b. "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated September 13, 2011, *related to Goldman Sachs Group, Inc.* [Docket No. 19905], and

   c. "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated September 13, 2011, *related to Goldman Sachs & Co.* [Docket No. 19906],

-2-

    by causing true and correct copies to be:

        a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

        b. delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, and

        c. enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Manners*
Eleni Manners

Sworn to before me this
14th day of September, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO622293
Qualified in New York County
Commission Expires May 17, 2014

-2-

T:\Clients\LBH\Affidavits\Ntcs of Subpoena - SAC Capital, Goldman Sachs Grp, Goldman Sachs&Co_DI 19904-19906_AFF_9-13-11.doc

# EXHIBIT A

## *LBH MSL Email Service List*

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

Adiamond@DiamondMcCarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alum@ftportfolios.com

amarder@msek.com

AMcMullen@BoultCummings.com

amenard@tishmanspeyer.com

Andrew.Brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

## *LBH MSL Email Service List*

| | |
|---|---|
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bcarlson@co.sanmateo.ca.us | chammerman@paulweiss.com |
| bdk@schlamstone.com | chardman@klestadt.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmerrill@susmangodfrey.com | christopher.schueller@bipc.com |
| BMiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| Brian.Corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| brosenblum@jonesday.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | colea@gtlaw.com |
| bstrickland@wtplaw.com | cousinss@gtlaw.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| bturk@tishmanspeyer.com | cpappas@dilworthlaw.com |
| bwolfe@sheppardmullin.com | craig.goldblatt@wilmerhale.com |
| bzabarauskas@crowell.com | crmomjian@attorneygeneral.gov |
| cahn@clm.com | cs@stevenslee.com |
| calbert@reitlerlaw.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carol.weinerlevy@bingham.com | cshore@whitecase.com |
| cbelisle@wfw.com | cshulman@sheppardmullin.com |
| cbelmonte@ssbb.com | ctatelbaum@adorno.com |
| cbrotstein@bm.net | cwalsh@mayerbrown.com |
| ceskridge@susmangodfrey.com | cward@polsinelli.com |

*LBH MSL Email Service List*

*LBH MSL Email Service List*

| | |
|---|---|
| cweber@ebg-law.com | dflanigan@polsinelli.com |
| cweiss@ingramllp.com | dgrimes@reedsmith.com |
| dallas.bankruptcy@publicans.com | dhayes@mcguirewoods.com |
| daniel.guyder@allenovery.com | dheffer@foley.com |
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | djoseph@stradley.com |
| david.crichlow@pillsburylaw.com | dkleiner@velaw.com |
| david.heller@lw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| deryck.palmer@cwt.com | dshaffer@wtplaw.com |
| dfelder@orrick.com | dshemano@pwkllp.com |

*LBH MSL Email Service List*

| | |
|---|---|
| dspelfogel@foley.com | fbp@ppgms.com |
| dtatge@ebglaw.com | feldsteinh@sullcrom.com |
| dwdykhouse@pbwt.com | ffm@bostonbusinesslaw.com |
| dwildes@stroock.com | fhyman@mayerbrown.com |
| dworkman@bakerlaw.com | fishere@butzel.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | fsosnick@shearman.com |
| ecohen@russell.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gbray@milbank.com |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | geraci@thalergertler.com |
| ehollander@whitecase.com | ggitomer@mkbattorneys.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| elevin@lowenstein.com | gkaden@goulstonstorrs.com |
| eli.mattioli@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| emerberg@mayerbrown.com | gravert@mwe.com |
| eobrien@sbchlaw.com | gspilsbury@jsslaw.com |
| erin.mautner@bingham.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |
| esmith@dl.com | hbeltzer@mayerbrown.com |
| etillinghast@sheppardmullin.com | heidi@crumbielaw.com |
| ezujkowski@emmetmarvin.com | heim.steve@dorsey.com |
| ezweig@optonline.net | heiser@chapman.com |

*LBH MSL Email Service List*

*LBH MSL Email Service List*

| | |
|---|---|
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | Jdrucker@coleschotz.com |
| icatto@mwe.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jean-david.barnea@usdoj.gov |
| ilevee@lowenstein.com | jeanites@whiteandwilliams.com |
| info2@normandyhill.com | jeannette.boot@wilmerhale.com |
| ira.herman@tklaw.com | jeff.wittig@coair.com |
| isgreene@hhlaw.com | jeffrey.sabin@bingham.com |
| israel.dahan@cwt.com | jeldredge@velaw.com |
| iva.uroic@dechert.com | jen.premisler@cliffordchance.com |
| jaclyn.genchi@kayescholer.com | jennifer.demarco@cliffordchance.com |
| jacobsonn@sec.gov | jennifer.gore@shell.com |
| james.mcclammy@dpw.com | jeremy.eiden@state.mn.us |
| james.sprayregen@kirkland.com | jfalgowski@reedsmith.com |
| jamestecce@quinnemanuel.com | jflaxer@golenbock.com |
| jamie.nelson@dubaiic.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgarrity@shearman.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |
| Jbecker@wilmingtontrust.com | jguy@orrick.com |
| jbeemer@entwistle-law.com | jherzog@gklaw.com |
| jbeiers@co.sanmateo.ca.us | jhiggins@fdlaw.com |

*LBH MSL Email Service List*

*LBH MSL Email Service List*

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jliu@dl.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

john@crumbielaw.com

joli@crlpc.com

jorbach@hahnhessen.com

Joseph.Cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

JPintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

*LBH MSL Email Service List*

| | |
|---|---|
| jwest@velaw.com | lawallf@pepperlaw.com |
| jwh@njlawfirm.com | lberkoff@moritthock.com |
| karen.wagner@dpw.com | Lee.Stremba@troutmansanders.com |
| KDWBankruptcyDepartment@kelleydrye.com | lgranfield@cgsh.com |
| keckhardt@hunton.com | lhandelsman@stroock.com |
| keith.simon@lw.com | linda.boyle@twtelecom.com |
| Ken.Coleman@allenovery.com | lisa.ewart@wilmerhale.com |
| ken.higman@hp.com | lisa.kraidin@allenovery.com |
| kerry.moynihan@hro.com | LJKotler@duanemorris.com |
| kgwynne@reedsmith.com | lmarinuzzi@mofo.com |
| kiplok@hugheshubbard.com | Lmay@coleschotz.com |
| kkelly@ebglaw.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| KReynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | MAOFILING@CGSH.COM |
| lacyr@sullcrom.com | Marc.Chait@SC.com |
| Landon@StreusandLandon.com | margolin@hugheshubbard.com |
| lathompson@co.sanmateo.ca.us | mark.deveno@bingham.com |

*LBH MSL Email Service List*

| | |
|---|---|
| mark.ellenberg@cwt.com | michael.frege@cms-hs.com |
| mark.houle@pillsburylaw.com | michael.kelly@monarchlp.com |
| mark.sherrill@sutherland.com | michael.kim@kobrekim.com |
| martin.davis@ots.treas.gov | michael.reilly@bingham.com |
| Marvin.Clements@ag.tn.gov | millee12@nationwide.com |
| matt@willaw.com | miller@taftlaw.com |
| matthew.klepper@dlapiper.com | mimi.m.wong@irscounsel.treas.gov |
| maustin@orrick.com | mitchell.ayer@tklaw.com |
| max.polonsky@skadden.com | mjacobs@pryorcashman.com |
| mbenner@tishmanspeyer.com | mjedelman@vedderprice.com |
| mberman@nixonpeabody.com | MJR1@westchestergov.com |
| mbienenstock@dl.com | mkjaer@winston.com |
| mbossi@thompsoncoburn.com | mlahaie@akingump.com |
| mcademartori@sheppardmullin.com | MLandman@lcbf.com |
| mccombst@sullcrom.com | mlynch2@travelers.com |
| mcordone@stradley.com | mmendez@hunton.com |
| mcto@debevoise.com | mmooney@deilylawfirm.com |
| mdorval@stradley.com | mmorreale@us.mufg.jp |
| melorod@gtlaw.com | mneier@ibolaw.com |
| meltzere@pepperlaw.com | monica.lawless@brookfieldproperties.com |
| metkin@lowenstein.com | mpage@kelleydrye.com |
| mfeldman@willkie.com | mprimoff@kayescholer.com |
| mgordon@briggs.com | mpucillo@bermanesq.com |
| mgreger@allenmatkins.com | mrosenthal@gibsondunn.com |
| mh1@mccallaraymer.com | mruetzel@whitecase.com |
| mhopkins@cov.com | mschimel@sju.edu |

*LBH MSL Email Service List*

## *LBH MSL Email Service List*

| | |
|---|---|
| mshiner@tuckerlaw.com | peter.gilhuly@lw.com |
| msiegel@brownrudnick.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| neilberger@teamtogut.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwright@dl.com |
| Nherman@morganlewis.com | r.stahl@stahlzelloe.com |
| nissay_10259-0154@mhmjapan.com | raj.madan@bingham.com |
| nlepore@schnader.com | rajohnson@akingump.com |
| notice@bkcylaw.com | ramona.neal@hp.com |
| oipress@travelers.com | ranjit.mather@bnymellon.com |
| omeca.nedd@lovells.com | rbeacher@pryorcashman.com |
| otccorpactions@finra.org | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |
| paul.turner@sutherland.com | rfleischer@pryorcashman.com |
| pbattista@gjb-law.com | rfrankel@orrick.com |
| pbosswick@ssbb.com | rfriedman@silvermanacampora.com |
| pdublin@akingump.com | rgmason@wlrk.com |
| peisenberg@lockelord.com | rgraham@whitecase.com |

*LBH MSL Email Service List*

*LBH MSL Email Service List*

| | |
|---|---|
| rhett.campbell@tklaw.com | russj4478@aol.com |
| richard.lear@hklaw.com | rwasserman@cftc.gov |
| richard.levy@lw.com | rwyron@orrick.com |
| richard.tisdale@friedfrank.com | s.minehan@aozorabank.co.jp |
| richard@rwmaplc.com | sabin.willett@bingham.com |
| ritkin@steptoe.com | sabramowitz@velaw.com |
| RJones@BoultCummings.com | sagolden@hhlaw.com |
| rleek@HodgsonRuss.com | sagrawal@susmangodfrey.com |
| RLevin@cravath.com | Sally.Henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rnetzer@willkie.com | Sara.Tapinekis@cliffordchance.com |
| robert.bailey@bnymellon.com | scargill@lowenstein.com |
| robert.dombroff@bingham.com | schannej@pepperlaw.com |
| robert.henoch@kobrekim.com | Schepis@pursuitpartners.com |
| robert.malone@dbr.com | schnabel.eric@dorsey.com |
| Robert.yalen@usdoj.gov | schristianson@buchalter.com |
| robertdakis@quinnemanuel.com | schwartzmatthew@sullcrom.com |
| Robin.Keller@Lovells.com | scottshelley@quinnemanuel.com |
| roger@rnagioff.com | scousins@armstrongteasdale.com |
| ronald.silverman@bingham.com | sdnyecf@dor.mo.gov |
| rqureshi@reedsmith.com | sehlers@armstrongteasdale.com |
| rreid@sheppardmullin.com | sfelderstein@ffwplaw.com |
| rroupinian@outtengolden.com | sfineman@lchb.com |
| rrussell@andrewskurth.com | sfox@mcguirewoods.com |
| rterenzi@stcwlaw.com | sgordon@cahill.com |
| RTrust@cravath.com | sgubner@ebg-law.com |

*LBH MSL Email Service List*

## LBH MSL Email Service List

| | |
|---|---|
| shannon.nagle@friedfrank.com | Streusand@StreusandLandon.com |
| sharbeck@sipc.org | susan.schultz@newedgegroup.com |
| shari.leventhal@ny.frb.org | susheelkirpalani@quinnemanuel.com |
| shgross5@yahoo.com | swolowitz@mayerbrown.com |
| sidorsky@butzel.com | szuch@wiggin.com |
| slerner@ssd.com | tannweiler@greerherz.com |
| slevine@brownrudnick.com | tarbit@cftc.gov |
| SLoden@DiamondMcCarthy.com | tbrock@ssbb.com |
| smayerson@ssd.com | tdewey@dpklaw.com |
| smillman@stroock.com | tduffy@andersonkill.com |
| smulligan@bsblawyers.com | teresa.oxford@invescoaim.com |
| snewman@katskykorins.com | TGoren@mofo.com |
| sory@fdlaw.com | thaler@thalergertler.com |
| spiotto@chapman.com | thomas.califano@dlapiper.com |
| splatzer@platzerlaw.com | thomas.ogden@dpw.com |
| squigley@lowenstein.com | Thomas_Noguerola@calpers.ca.gov |
| SRee@lcbf.com | timothy.brink@dlapiper.com |
| sselbst@herrick.com | timothy.palmer@bipc.com |
| sshimshak@paulweiss.com | tjfreedman@pbnlaw.com |
| sskelly@teamtogut.com | tkarcher@dl.com |
| ssusman@susmangodfrey.com | tkiriakos@mayerbrown.com |
| steele@lowenstein.com | tlauria@whitecase.com |
| stephen.cowan@dlapiper.com | tmacwright@whitecase.com |
| steve.ginther@dor.mo.gov | tmayer@kramerlevin.com |
| steven.troyer@commerzbank.com | tnixon@gklaw.com |
| steven.wilamowsky@bingham.com | toby.r.rosenberg@irscounsel.treas.gov |

*LBH MSL Email Service List*

### *LBH MSL Email Service List*

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007