THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF TWO HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).

IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIC D. KASENETZ, AT 212-310-8737.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                             :
                         Debtors.                            :    (Jointly Administered)
-------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' TWO HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

PLEASE TAKE NOTICE that on September 14, 2011, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their two hundred sixth omnibus

objection to claims (the "Debtors' Two Hundred Sixth Omnibus Objection to Claims"), and that

a hearing (the "Hearing") to consider the Debtors' Two Hundred Sixth Omnibus Objection to

Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **November 30, 2011 at 10:00 a.m.**

**(Eastern Time),** or as soon thereafter as counsel may be heard.

    **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Two

Hundred Sixth Omnibus Objection to Claims must be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed

with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which

can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing

system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **November 11, 2011 at 4:00**

**p.m. (Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Two Hundred Sixth Omnibus Objection to Claims or any

claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' Two Hundred Sixth Omnibus Objection to Claims, which order may be entered with no

further notice or opportunity to be heard offered to any party.

Dated: September 14, 2011
      New York, New York

          /s/ Robert J. Lemons
          Robert J. Lemons

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : **08-13555 (JMP)** |
| | : |
| Debtors. | : (Jointly Administered) |

--------------------------------------------------------------------x

## DEBTORS' TWO HUNDRED SIXTH OMNIBUS
## OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF TWO HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIC D. KASENETZ, AT 212-310-8737.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

**Relief Requested**

1.      The Debtors file this two hundred sixth omnibus objection to claims (the "Two Hundred Sixth Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases, ECF No. 6664 (the "Procedures Order"), seeking disallowance and expungement of the claims (the "Foreign Currency Claims") listed on Exhibit A annexed hereto.

2.      The Debtors have examined the Foreign Currency Claims and determined that they violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases, ECF No. 4271 (the "Bar Date Order"), as they were not denominated in lawful currency of the United States.  The Debtors, therefore, request that the Court disallow and expunge each of the Foreign Currency Claims in their entirety.

**Jurisdiction**

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

4.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the

Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural

purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The

Debtors are authorized to operate their businesses and manage their properties as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

      5.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S.

Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of

the Bankruptcy Code (the "Creditors' Committee").

      6.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January

20, 2009, ECF No. 2583, the Court approved the U.S. Trustee's appointment of the Examiner.

The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code, ECF No.

7531.

      7.      On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

      8.      On July 2, 2009, this Court entered the Bar Date Order, which requires,

among other things, that "each Proof of Claim must: . . . (ii) be denominated in lawful currency

of the United States . . . ."  (Bar Date Order at 6.)  Furthermore, the Bar Date Order provides that

"any holder of a claim against the Debtors who is required, but fails to file a proof of such claim

in accordance with the Bar Date Order on or before the Bar Date . . . specifying the applicable

Debtor and other requirements set forth herein, shall forever be barred, estopped, and enjoined

from asserting such claim against the Debtors (or filing a Proof of Claim with respect

thereto) . . . ." (*Id.* at 9-10.) A copy of the Bar Date Order was made publicly available at

http://www.lehman-docket.com.

9.    Claimants also received notice of the Bar Date Order by mail. (*See* Notice of Deadlines for Filing Proofs of Claim (the "Bar Date Notice").) In the Bar Date Notice, which was also published in The New York Times (International Edition), The Wall Street Journal (International Edition), and The Financial Times, claimants were specifically instructed that, "[i]f you file a Proof of Claim, your filed Proof of Claim must: . . . (ii) be denominated in the lawful currency of the United States . . . ." (Bar Date Notice at 4.) The Bar Date Notice also prominently stated in bold-face type that **"any creditor who fails to file a Proof of Claim in accordance with the Bar Date Order on or before the Bar Date . . . specifying the applicable Debtor and other requirements set forth in the Bar Date Order, for any claim such creditor holds or wishes to assert against the Debtors, will be forever barred, estopped, and enjoined from asserting such claim (and from filing a Proof of Claim with respect to such claim) . . . ."** (*Id.* at 6 (emphasis in original).)

### The Foreign Currency Claims Should Be Disallowed and Expunged

10.    In their review of the claims filed on the claims register in these cases and maintained by the court-appointed claims agent, the Debtors have identified the claims on Exhibit A as not having been denominated in lawful currency of the United States.

11.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.    The Bar Date Order specifically requires that "each Proof of Claim

***must***: . . .  (ii) be denominated in lawful currency of the United States . . . ."  (Bar Date Order at

6 (emphasis added).)  This requirement for proofs of claim is not a unique one.  Indeed, this

Court and others in the Southern District of New York have entered similar orders requiring that

proofs of claim be denominated in lawful currency of the United States.  (*See* Oct. 20, 2009

Order, ECF No. 316, at 6, *In re Finlay Enterprises, Inc.*, No. 09-14873 (JMP) (Peck, J.); *see also*

Oct. 14, 2009 Order at 2-3, *In re AGT Crunch Acquisition LLC, et al.*, No. 09-12889 (REG)

(Gerber, J.).)  However, the Foreign Currency Claims do not meet this basic requirement.

13.    Claimants were specifically provided notice of the Bar Date Order's

United States currency requirement via the Bar Date Notice.  The Bar Date Notice included

instructions on how to complete the proof of claim forms and a warning that failure to comply

with those instructions would result in claims being barred.  (*See* Bar Date Notice at 4, 6.)

Nevertheless, these claimants filed the Foreign Currency Claims in denominations other than

lawful currency of the United States.

14.    Because the Foreign Currency Claims fail to comply with the Bar Date

Order's specific direction that claims be denominated in lawful currency of the United States, the

Debtors request that the Court disallow and expunge in their entirety the Foreign Currency

Claims listed on <u>Exhibit A</u>.

### <u>Notice</u>

15.    No trustee has been appointed in these chapter 11 cases.  The Debtors

have served notice of this Two Hundred Sixth Omnibus Objection to Claims on (i) the U.S.

Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern

District of New York; (vi) each claimant listed on <u>Exhibit A</u>, and (vii) all other parties entitled to

notice in accordance with the procedures set forth in the second amended order entered on June

17, 2010 governing case management and administrative procedures for these cases, ECF No.

9635.  The Debtors submit that no other or further notice need be provided.

16.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the relief

requested herein and such other and further relief as is just.

Dated: September 14, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 206: EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMTD STRATEGIC CAPITAL LIMITED AND AMTD RISK MANAGEMENT LIMITED ROOMS 2501-03, 25/F, WORLD TRADE CENTRE 280 GLOUCESTER ROAD ATTENTION: RUSKIN CHOW, SVP, BUSINESS DEVELOPMENT CAUSEWAY BAY, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/03/2009 | 3664 | Undetermined | Foreign Currency Claim |
| 2 | BOHM, ACHIM SAARLANDSTR. 25 BOCHUM, 44866 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37414 | Undetermined | Foreign Currency Claim |
| 3 | BUNDESANSTALT FUR FINANZDIENSTLEISTUNGSAUFSICHT GRAURHEINDORFER STR. 108 BONN, 53117 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/12/2009 | 4539 | Undetermined | Foreign Currency Claim |
| 4 | CDS FINANZ AG DR.- REHM - ST. 47 NOUIED, WY 82061 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/26/2009 | 5008 | Undetermined | Foreign Currency Claim |
| 5 | COMPUTERSHARE HONG KONG INVESTOR SERVICES LIMITED ATTN: NG YIP CHING JING 46/F HOPEWELL CENTRE 183 QUEEN'S ROAD EAST WANCHAI, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/19/2009 | 3395 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | CREDIT SUISSE (FRANCE) ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK, NY 10010 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55823[1] | Undetermined | Foreign Currency Claim |
| 7 | CRESCENT 1, L.P. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55779 | Undetermined | Foreign Currency Claim |
| 8 | CRESCENT 1, L.P. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55782 | Undetermined | Foreign Currency Claim |
| 9 | CRESCENT 1, L.P. ATTN: DAVID A. MILICH 399 PARK AVE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55784 | Undetermined | Foreign Currency Claim |
| 10 | CRESCENT 1, L.P. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55785 | Undetermined | Foreign Currency Claim |
| 11 | CRESCENT 1, L.P. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55786 | Undetermined | Foreign Currency Claim |
| 12 | CRS FUND, LTD. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55771 | Undetermined | Foreign Currency Claim |

[1] Claim 55823 is being expunged solely with respect to its asserted claim, in undetermined amount, for the security with ISIN XS0336151088. The remainder of Claim 55823 asserting a claim for the security with ISIN XS0301813522 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 55823 in the future.

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | CRS FUND, LTD. CYRUS CAPITAL PARTNERS ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55772 | Undetermined | Foreign Currency Claim |
| 14 | CRS FUND, LTD. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55773 | Undetermined | Foreign Currency Claim |
| 15 | CRS FUND, LTD. CYRUS CAPITAL PARTNERS ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55776 | Undetermined | Foreign Currency Claim |
| 16 | CRS FUND, LTD. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55778 | Undetermined | Foreign Currency Claim |
| 17 | CYRUS OPPORTUNITIES MASTER FUND II, LTD. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55756 | Undetermined | Foreign Currency Claim |
| 18 | CYRUS OPPORTUNITIES MASTER FUND II, LTD. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55757 | Undetermined | Foreign Currency Claim |
| 19 | CYRUS OPPORTUNITIES MASTER FUND II, LTD. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55758 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | CYRUS OPPORTUNITIES MASTER FUND II, LTD. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55759 | Undetermined | Foreign Currency Claim |
| 21 | CYRUS OPPORTUNITIES MASTER FUND II, LTD. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55760 | Undetermined | Foreign Currency Claim |
| 22 | CYRUS OPPORTUNITIES MASTER FUND II, LTD. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55761 | Undetermined | Foreign Currency Claim |
| 23 | CYRUS OPPORTUNITIES MASTER FUND II, LTD. ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55762 | Undetermined | Foreign Currency Claim |
| 24 | CYRUS SELECT OPPORTUNITIES FUND, LTD. ATTN: DAVID A MILLICH 399 PARK AVE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55770 | Undetermined | Foreign Currency Claim |
| 25 | CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55763 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 26 | CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55765 | Undetermined | Foreign Currency Claim |
| 27 | DELMEE, H.J. AND VERWEIJ, M.S.J. RODE WEG 80 KALMTHOUT, 2920 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/08/2009 | 4196 | Undetermined | Foreign Currency Claim |
| 28 | DENTON SALES & VINCENT 5 AVENUE PERCIER PARIS, 75008 FRANCE | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 01/30/2009 | 2288 | Undetermined | Foreign Currency Claim |
| 29 | DIETZ, HILDEGARD NEULANDSTR. 11 NURNBERG, D90469 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6864 | Undetermined | Foreign Currency Claim |
| 30 | FINANCIAL SERVICES COMPENSATION SCHEME LIMITED, THE FAO: JAMES DARBYSHIRE 7TH FLOOR, LLOYDS CHAMBERS 1 PORTSOKEN STREET LONDON, E1 8BN UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63358 | Undetermined | Foreign Currency Claim |
| 31 | FLUXYS NV LEGAL DEPARTMENT AVENUE DES ARTS 31 BRUSSELS, 1040 BELGIUM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 04/15/2009 | 3778 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 206: EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | GLOBAL CREDIT OPPORTUNITY FUND SUB ACCOUNT OF PROMARK ALTERNATIVE HIGH YIELD BOND FUND IMC ASSET MANAGEMENT STRAWINS KYLANN 361 1077XX AMSTERDAM, NETHERLANDS | 08-13555 (JMP) | Lehman No Case Asserted/All Cases Asserted | 07/02/2009 | 5068[2] | Undetermined | Foreign Currency Claim |
| 33 | GM SELF-INVESTED PERSONAL PENSION PLAN - G DAVIES 40-43 CHANCERY LANE LONDON, WC2A 1JA UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30470 | Undetermined | Foreign Currency Claim |
| 34 | HSBC BANK PLC C/O BOB KING CORPORATE TRUST AND LOAN AGENCY - LEVEL 24 8 CANADA SQUARE LONDON, E14 5HQ UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 06/01/2009 | 4728 | Undetermined | Foreign Currency Claim |
| 35 | HUBERATOR NV RUE GUIMARD 4 LEGAL DEPARTMENT BRUSSELS, B-1040 BELGIUM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 04/15/2009 | 3779 | Undetermined | Foreign Currency Claim |

---

[2] Claim 5068 is currently subject to the Debtors' One Hundred Ninety-Sixth Omnibus Objection to Claims (Inferred Debtor Claims) [ECF No. 19886] (the "Inferred Debtor Claims Objection"), which seeks modification of Claim 5068 to appropriately identify the Debtor against which Claim 5068 is asserted.  The Inferred Debtor Claims Objection does not seek to expunge Claim 5068.  Therefore, the Inferred Debtor Claims Objection does not affect Claim 5068 with respect to this Objection.

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | I.E. JERSEY PROPERTY CO NO 1 LIMITED 22 GRENVILLE STREET ST. HELIER JERSEY, JE4 8PX UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 05/06/2009 | 4169 | Undetermined | Foreign Currency Claim |
| 37 | JAPAN DIGITAL CONTENTS TRUST, INC. (ATTN: HIDEKI WAKAMATSU, LEGAL DEPT.) 3-10, TORANOMON 4-CHOME, MINATO-KU TOKYO, 105-0001 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/22/2008 | 1409 | Undetermined | Foreign Currency Claim |
| 38 | KOYANAGI, KINJI 376-58 KAWAHARAMACHI MAEBASHI-SHI, GUNMA GUNMA, 371-0046 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2008 | 449 | Undetermined | Foreign Currency Claim |
| 39 | KYOBO SECURITIES CO., LTD. #26-4 YUIDO-DONG YUNGDEUNGPO-GU SEOUL, 150-737 KOREA, REPUBLIC OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/28/2009 | 2121 | Undetermined | Foreign Currency Claim |
| 40 | MAPLES AND CALDER SHAUN DENTON PRINCES COURT 7 PRINCES STREET LONDON, EC2R 8AQ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/28/2009 | 2087 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | MCKAY, JENNIFER & HAROLD WILLIAM JAMES 2 BALLYHAMPTON COURT LARNE CO. ANTRIM, BT40 2PT UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/01/2009 | 5062 | Undetermined | Foreign Currency Claim |
| 42 | MEITAN TRADITION CO., LTD. 29-17 TOYO 5-CHOME KOTO-KU TOKYO, 135-0016 JAPAN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/01/2008 | 1160 | Undetermined | Foreign Currency Claim |
| 43 | MUENDEL, BERND AND GERLINDE BUSSARDWEG 29 ILLMENAU/OBERPOERLITZ, 98693 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/28/2009 | 35352 | Undetermined | Foreign Currency Claim |
| 44 | NAGASHIMA OHNO & TSUNEMATSU KIOICHO BLDG, 3-12 KIOICHO CHIYODA-KU TOKYO, 102-0094 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/06/2009 | 2742 | Undetermined | Foreign Currency Claim |
| 45 | PHOENIX FUND N.V. IMC ASSET MANAGEMENT STRAWINSKYLAAN 361 AMSTERDAM, 1077XX NETHERLANDS | 08-13555 (JMP) | Lehman No Case Asserted/All Cases Asserted | 07/02/2009 | 5067[3] | Undetermined | Foreign Currency Claim |

---

[3] Claim 5067 is currently subject to the Debtors' One Hundred Ninety-Sixth Omnibus Objection to Claims (Inferred Debtor Claims) [ECF No. 19886] (the "Inferred Debtor Claims Objection"), which seeks modification of Claim 5067 to appropriately identify the Debtor against which Claim 5067 is asserted.  The Inferred Debtor Claims Objection does not seek to expunge Claim 5067.  Therefore, the Inferred Debtor Claims Objection does not affect Claim 5067 with respect to this Objection.

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | QUARTZ FINANCE PLC - SERIES 2003-3 C/O BANK OF NEW YORK MELLON- LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25843 | Undetermined | Foreign Currency Claim |
| 47 | RADAU, RENATE KAISER STR. 42 HENNEF, 53773 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25075 | Undetermined | Foreign Currency Claim |
| 48 | RIERA VALERO, VICENTE PARQUE LIDON 3-7-A CASTELLON, 12003 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48676 | Undetermined | Foreign Currency Claim |
| 49 | ROYAL BANK OF SCOTLAND PLC, THE 7TH FLOOR, 1 HARDMAN BOULEVARD MANCHESTER, M3 3AQ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/11/2009 | 3297 | Undetermined | Foreign Currency Claim |
| 50 | SALER, JURGEN TREMMELWEG 6 SPIELBERG B. KNITTELFELD, A-8724 AUSTRIA | | Lehman No Case Asserted/All Cases Asserted | 05/03/2011 | 67483 | Undetermined | Foreign Currency Claim |
| 51 | STIBBE, N.V. P.O. BOX 75640 ATTN: A. VAN DYK 1070 AP AMSTERDAM, NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/08/2008 | 1249 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 206: EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | SYDBANK HELLE MORTENSEN, ATTORNEY AT LAW PEBERLY 4 - POSTBOKS 1038 AABENRAA, 6200 DENMARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/21/2008 | 1108 | Undetermined | Foreign Currency Claim |
| 53 | TULLETT PREBON (AUSTRALIA) PTY LTD LEVEL 36, 60 MARGARET STREET SYDNEY NSW, AUSTRALIA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 02/16/2009 | 2843 | Undetermined | Foreign Currency Claim |
| 54 | UNITED KINGDOM HM REVENUE & CUSTOMS DEBT MGMT. ENFORCEMENT & INSOLVENCY DURRINGTON BRIDGE HOUSE BARRINGTON ROAD WORTHING WEST SUSSEX, BN12 4SE UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 2507 | Undetermined | Foreign Currency Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 206: EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | VARDE FUND VI-A, LP, THE C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK, NY 10036 <br><br> TRANSFERRED TO: HAYMAN CAPITAL MASTER FUND LP TRANSFEROR: SEA PORT GROUP SECURITIES LLC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS, TX 75201 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 62816[4] | Undetermined | Foreign Currency Claim |
| 56 | WALDRON, WILLIAM 70 CHURCH ROAD HALE, LIVERPOOL, L24 4BA UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 06/26/2009 | 5007 | Undetermined | Foreign Currency Claim |
| 57 | WHU, STIFTUNG WHU FOUNDATION BURGPLATE Z VALLENDAR, D56179 GERMANY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 06/22/2009 | 4933 | Undetermined | Foreign Currency Claim |
| | | | | | TOTAL | Undetermined | |

[4] Claim 62816 is being expunged solely with respect to its asserted claim, in undetermined amount, for the security with ISIN CH0043088647. The remainder of Claim 62816 asserting a claim for other securities is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to those portions of Claim 62816 in the future.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                         :
                                    **Debtors.**         :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED SIXTH
### OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

Upon the two hundred sixth omnibus objection to claims, dated September

14, 2011 (the "Two Hundred Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b)

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim, ECF No. 6664 (the "Procedures

Order"), seeking disallowance and expungement of the Foreign Currency Claims on the

grounds that the Bar Date Order required that such claims be denominated in lawful

currency of the United States, all as more fully described in the Two Hundred Sixth

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Sixth

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the

attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District

of New York; (vi) each claimant listed on Exhibit A attached to the Two Hundred Sixth

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' Two Hundred Sixth Omnibus Objection to Claims.

Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance

with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases, ECF No.

9635; and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought in the Two Hundred Sixth Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all

parties in interest and that the legal and factual bases set forth in the Two Hundred Sixth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Sixth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "Foreign Currency Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Foreign Currency Claims listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the

Two Hundred Sixth Omnibus Objection to Claims under the heading "*Claims to be*

*Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE