UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    **Debtors.**                                  :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 19773, 19774,
                                                                       19780-19787, 19792-19795

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 12, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
14th day of September, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

　　　　　Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  NEW YORK LIFE INSURANCE COMPANY                    NEW YORK LIFE INSURANCE COMPANY
        ATTN: REBECCA STRUTTON                             CHRISTINE AYOTTE-BRENNAN
        51 MADISON AVENUE                                  BINGHAM MCCUTCHEN LLP
        NEW YORK NY 10010                                  ONE FEDERAL STREET
                                                           BOSTON MA 02110
```

Please note that your claim # 23686 in the above referenced case and in the amount of
　　　　　$0.00   Undetermined　　　has been transferred **(unless previously expunged by court order)**

```
        THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: NEW YORK LIFE INSURANCE COMPANY        ANDREWS KURTH LLP
        ATTN: FRANCESCA SENA                               ATTN: DAVID HOYT
        600 WASHINGTON BOULEVARD                           450 LEXINGTON AVENUE
        STAMFORD CT 06901                                  NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　　　One Bowling Green
　　　　　　　　　　　　　New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 19773　　　in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/12/2011　　　　　　　　　　　　　Vito Genna, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/ Lauren Rodriguez
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 12, 2011.

# EXHIBIT B

```
TIME: 15:49:57                                        LEHMAN BROTHERS HOLDING INC.                                                      PAGE:   1
DATE: 09/12/11                                              CREDITOR LISTING

Name                                                    Address
CAO JIANGUO                                             NO.84 YI XUE YUAN ROAD SHANGHAI   CHINA
CHAN OY                                                 FLAT E 2/F BLOCK 2 JUNIPER MANSIONS WHAMPOA GARDEN SITE 1 HUNG HOM KLN   HONG KONG
CHANG TO, LIN                                           FLAT B 6/F GREENVIEW GARDEN 125 ROBINSON ROAD MID-LEVELS   HONG KONG
CHEUNG YUK YEE MARGARET                                 FLAT A 10/F BLOCK 2 TANNER GARDEN NO. 18 TANNER ROAD NORTH POINT   HONG KONG
CHIANG SU HUI, SUSIE                                    FLAT B 12/F TRAFALGAR COURT 70 TAI HANG ROAD TAI HANG HK   HONG KONG
CHO, NGA PING IRENE                                     FLAT A 11/F YEE CHEUNG MANSION 39 TAI HONG STREET LEI KING WAN SAI WAN HO, HK   HONG KONG
CHOI, KING WAI / CHOI, APRIL SIU-MAN                    G/F 16 FONTANA GARDENS CAUSEWAY BAY HK   HONG KONG
CHOU KENG CHI                                           ROOM 1 2/F HANLEY HOUSE 776-778 NATHAN ROAD YAU MA TEI KLN   HONG KONG
CQS CONVERTIBLE AND QUANTITATIVE                        CADWALADER, WICKERSHAM & TAFT LLP ATTN: CQS CLAIMS GROUP ATTN: MS. WENDY KANE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
  STRATEGIES MASTER FUND LIMITED
CQS CONVERTIBLE AND QUANTITATIVE                        C/O CQS (UK) LLP ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON   SW1X 7HY UNITED KINGDOM
  STRATEGIES MASTER FUND LIMITED
CVF LUX MASTER S.A.R.L.                                 TRANSFEROR: CQS CONVERTIBLE & QUANTITATIVE STRATEGIES MASTER FUND LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIMILE LANE
                                                        COBHAM SURREY   KT11 2PD UNITED KINGDOM
FAI, CHEUNG KAM                                         FLT H 17/F BLOCK 3 UPTOWN PLAZA TAI PO NT   HONG KONG
FONG IOK PENG                                           FLAT C 7/F HOI HING BUILDING 44 FUK CHAK STREET TAI KOK TSUI KLN   HONG KONG
FUNG KIT MUI / WONG LEE PING                            ROOM 5 11/F KA KIT HOUSE KA LUNG COURT ABERDEEN, HK   HONG KONG
FUNG YUK HA                                             ROOM 3 36/F BLOCK F AMOY GARDENS NGAU TAU KOK, KLN   HONG KONG
IP FUNG CHONG                                           ROOM 6 2/F 15 YIN HING STREET SAN PO KONG KLN   HONG KONG
KWONG KAM BIU                                           FLAT 3 5/F SHUN TAI COURT SHUN CHI YUEN KWUN TONG KLN   HONG KONG
LAM SAU KING                                            FLAT B 15/F BLOCK 4 LA CITE' NOBLE NO.1 NGAN O ROAD TSEUNG KWAN O, NT   HONG KONG
LAM YIN FONG                                            ROOM 3 11/F 909 CHEUNG SHA WAN ROAD LAI CHI KOK KLN   HONG KONG
LANDESBANK HESSEN-THURINGEN GIROZENTRAL                 TRANSFEROR: UBS AG, LONDON BRANCH ATTN: FLORIAN JOSEPH/UDO KOLPIN BONIFACIUSSTRASSE 16 99084 ERFURT   GERMANY
LANDESBANK HESSEN-THURINGEN GIROZENTRAL                 TRANSFEROR: UBS AG, LONDON BRANCH ATTN: FLORIAN JOSEPH/UDO KOLPIN BONIFACIUSSTRASSE 16 ERFURT 99084 GERMANY
LAU WAI CHUNG, DAVID                                    FLAT B1 21/F WINFIELD BUILDING 1 VENTRIS ROAD HAPPY VALLEY HK   HONG KONG
LEE BON YIN DENNIS                                      TOP FLOOR 172-174 HENNESSY RD WANCHAI   HONG KONG
LEE WAI KEE / LEE MING KEE                              FLAT B 13/F VICTORIA COURT 54 HING FAT STREET CAUSEWAY BAY   HONG KONG
LEE WAI YEE                                             FLAT C 16/F BLOCK 2 VILLA ESPLANADA TSING YI NT   HONG KONG
LEUNG CHI MING                                          FLAT B 6/F BLOCK 8 VILLA CARLTON NO.369 TAI PO ROAD SHAM SHUI PO, KLN   HONG KONG
LEUNG KIN LAU                                           ROOM 3007 30/F TOWER 2 METROPLAZA 223 HING FONG ROAD KWAI CHUNG NT   HONG KONG
LEWINGTON, ROBERT JAMES                                 35/F CHEUNG KONG CENTRE 2 QUEEN'S ROAD CENTRAL CENTRAL   HONG KONG
LIU ZHI                                                 UNIT C 16/F CHINAWEAL CENTRE 414-424 JAFFE ROAD CAUSEWAY BAY, HK   HONG KONG
LUI WAI PING                                            ROOM 5 21/F PIK ON HOUSE YUE ON COURT APLEICHAU, HK   HONG KONG
MAK CHUEN HO                                            FLAT F 10/F TOWER 22 HOI YUE MANSION RIVIERA GDNS 1-5 YI LOK STREET TSUEN WAN NT   HONG KONG
MAK SIU PING                                            FLAT C 13/F CHEONG FUNG MANSION 85 TONG MEI ROAD TAI KOK TSUI, KLN   HONG KONG
NEW YORK LIFE INSURANCE COMPANY                         ATTN: REBECCA STRUTTON 51 MADISON AVENUE NEW YORK NY 10010
NEW YORK LIFE INSURANCE COMPANY                         CHRISTINE AYOTTE-BRENNAN BINGAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110
NEW YORK LIFE INSURANCE COMPANY                         CHRISTINE AYOTTE-BRENNAN BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110
NG WAI WAH, FIONA                                       FLAT H 33/F BLOCK 4 THE METROPOLIS 8 MAU YIP ROAD TSEUNG KWAN O  NT HONG KONG
NG WAI, SHING                                           FLAT H 37/F BLOCK 5 SORRENTO NO. 1 AUSTIN ROAD WEST TSIM SHA TSUI, KLN   HONG KONG
NG YUEN CHUN                                            FLAT B2 12/F BLOCK B NORTH POINT CENTRE NO.278 KING'S ROAD NORTH POINT, HK   HONG KONG
OCP INVESTMENT TRUST                                    TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC C/O ONEX CREDIT PARTNERS, LLC ATTN: STEVEN GUTMAN 910 SYLVAN AVENUE, SUITE 100
                                                        ENGLEWOOD CLIFFS NJ 07632
OCP INVESTMENT TRUST                                    TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O ONEX CREDIT PARTNERS, LLC ATTN: STEVEN GUTMAN 910 SYLVAN AVENUE, SUITE 100
                                                        ENGLEWOOD CLIFFS NJ 07632
SHINO MAEGAWA                                           30/F IFC 2 8 FINANCE STREET CENTRAL   HONG KONG
STANDARD CHARTERED BANK (HONG KONG)                     TRANSFEROR: CAO JIANGUO 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)                     TRANSFEROR: CHANG TO, LIN 21/F, STANDARD CHARTER TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)                     TRANSFEROR: CHEUNG YUK YEE MARGARET 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)                     TRANSFEROR: CHIANG SU HUI, SUSIE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)                     TRANSFEROR: CHO, NGA PING IRENE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:49:57                                    LEHMAN BROTHERS HOLDING INC.                                               PAGE:    2
DATE: 09/12/11                                          CREDITOR LISTING

Name                                     Address
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: CHOI, KING WAI / CHOI, APRIL SIU-MAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: CHOU KENG CHI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: FAI, CHEUNG KAM 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: FONG IOK PENG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: FUNG YUK HA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: IP FUNG CHONG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: LAM SAU KING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: LAM YIN FONG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: LAU WAI CHUNG, DAVID 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: LEE WAI KEE / LEE MING KEE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: LEUNG CHI MING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: LEUNG KIN LAU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: LIU ZHI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: MAK CHUEN HO 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: MAK SIU PING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: NG WAI WAH, FIONA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: NG WAI, SHING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: NG YUEN CHUN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: SHINO MAEGAWA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: STEVENS, MARK JOHN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: SWE MYINT 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: TSAN HIN, CHIU & TONG WAI CHING, MAGDALEN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: WONG CHI KIT CATHERINE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: WONG KAM CHIU TONY 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: WU TSAI YUN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: WU, BENXI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)      TRANSFEROR: ZHANG, QINGSU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG) LTD. TRANSFEROR: CHAN OY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD. TRANSFEROR: FUNG KIT MUI / WONG LEE PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
```

```
TIME: 15:49:57                                      LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    3
DATE: 09/12/11                                           CREDITOR LISTING

Name                                           Address
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: KWONG KAM BIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LEE BON YIN DENNIS 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LEE WAI YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LEWINGTON, ROBERT JAMES 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LUI WAI PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: TAM FUNG YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: TAM KWOK KEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: WOO KAI, LIT & LO HANG, YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONGN KONG)           TRANSFEROR: CHEUNG YUK YEE MARGARET 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
 LIMITED
STEVENS, MARK JOHN                             ROOM 6A 6/F PHATSANNA GARDEN CONDOS 501 6 SUKHUMVIT 63 EKKAMEI BGK    THAILAND
SWE MYINT                                      NO 316 2/F OI YUNG HOUSE YAU OI ESTATE TUEN MUN NT, HONG KONG   HONG KONG
TAM FUNG YING                                  ROOM 6 15/F LOK WING BUILDING WHAMPOA ESTATE HUNG HOM KLN    HONG KONG
TAM KWOK KEUNG                                 9/F YEE HING BUILDING 359 HENNESSY ROAD WAN CHAI HK     HONG KONG
THE ROYAL BANK OF SCOTLAND PLC                 DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
THE ROYAL BANK OF SCOTLAND PLC                 TRANSFEROR: NEW YORK LIFE INSURANCE COMPANY ATTN: FRANCESCA SENA 600 WASHINGTON BLVD STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND PLC                 TRANSFEROR: NEW YORK LIFE INSURANCE COMPANY ATTN: FRANCESCA SENA 600 WASHINGTON BLVD. STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND, PLC                ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THE ROYAL BANK OF SCOTLAND, PLC                TRANSFEROR: NEW YORK LIFE INSURANCE COMPANY ATTN: FRANCESCA SENA 600 WASHINGTON BOULEVARD STAMFORD CT 06901
TSAN HIN, CHIU & TONG WAI CHING,               2/F 273 WO YI HOP ROAD KWAI CHUNG, NT    HONG KONG
 MAGDALEN
UBS AG, LONDON BRANCH                          TRANSFEROR: LANDESBANK HESSEN-THURINGEN GIROZENTRALE ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON    EC2M 2PP ENGLAND
WONG CHI KIT CATHERINE                         FLAT B4 3/F PARAMOUNT MANSION 393A CHATHAM ROAD NORTH HUNG HOM, KLN    HONG KONG
WONG KAM CHIU TONY                             ROOM 3024 KUI WO HOUSE TAI WO ESTATE TAI PO NT    HONG KONG
WOO KAI, LIT & LO HANG, YEE                    FLAT F 23/F SKYLINE PLAZA NO.88 TAI HO ROAD TSUEN WAN, NT    HONG KONG
WU TSAI YUN                                    4/F-1 NO. 100 ALLEY 30 LANE 210 WUNDE ROAD NEIHU DISTRICT TAIPEI CITY TAIWAN    CHINA
WU, BENXI                                      APT 126 BLDG HIGH 7 CHINESE ACADEMY OF AGRICULTURAL SCIENCES NO.12 NANDAJIE ZHONGGUANCUN HAIDIAN DIST AREA BEIJING    100081 CHINA
ZHANG, QINGSU                                  RM 102, 3-17 BLDG BEI YUAN XIN CUAN BEIYUAN ROAD NANTONG CITY JIANGSU      CHINA
ZHANG, QINGSU                                  RM 102, 3-17 BUILDING BEI YUAN XIN CUAN BEIYUAN ROAD NANTONG CITY JIANGSU       CHINA

Total Number of Records Printed              102
```