**EXHIBIT B**

**FORM OF NOTICE OF TRANSFER**

B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DEUTSCHE BANK AG, LONDON BRANCH
Name of Transferee

**DELAWARE DIVERSIFIED INCOME FUND, A SERIES OF DELAWARE GROUP ADVISER FUNDS**
Name of Transferor

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein

Phone: 212-250-5760
Fax: 212-797-8770
Last Four Digits of Acct #:

Court Claim # (if known): 12605 (as amended, 66127)
Amount of Claim: $7,010,779.00
Date Claim Filed: September 14, 2009 (as amended on January 19, 2010)
Debtor: Lehman Brothers Commercial Corporation

Phone: N/A
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]
Transferee/Transferee's Agent

Date: September 13, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

851230-1

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commercial Corporation ("Debtor")
Case No. 08-13901

Claim #: 12605 (as amended, claim number 66127)

**DELAWARE DIVERSIFIED INCOME FUND, A SERIES OF DELAWARE GROUP ADVISER FUNDS** ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Matthew Weinstein
Phone: 212-250-5760

("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $7,010,779.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated Sept 13, 2011.

**DELAWARE DIVERSIFIED INCOME FUND, A SERIES OF DELAWARE GROUP ADVISER FUNDS**

By: ______________________
Name: Richard Salus
Title: Senior Vice President

**EXHIBIT B**

**FORM OF NOTICE OF TRANSFER**

B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DEUTSCHE BANK AG, LONDON BRANCH
Name of Transferee

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein

Phone: 212-250-5760
Fax: 212-797-8770
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

**DELAWARE INVESTMENTS GLOBAL DIVIDEND AND INCOME FUND, INC.**
Name of Transferor

Court Claim # (if known): 12612 (as amended, 66131)
Amount of Claim: $9,624.00
Date Claim Filed: September 14, 2009 (as amended on January 19, 2010)
Debtor: Lehman Brothers Commercial Corporation

Phone: N/A
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________
Transferee/Transferee's Agent

Date: Sept 13, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commercial Corporation ("Debtor")
Case No. 08-13901

Claim #: 12612 (as amended, claim number 66131)

**DELAWARE INVESTMENTS GLOBAL DIVIDEND AND INCOME FUND, INC.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Matthew Weinstein
Phone: 212-250-5760

("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $9,624.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated Sept 13, 2011.

**DELAWARE INVESTMENTS GLOBAL DIVIDEND AND INCOME FUND, INC.**

By:____________________
Name: Richard Salus
Title: Senior Vice President

851280-1

**EXHIBIT B**

**FORM OF NOTICE OF TRANSFER**

B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DEUTSCHE BANK AG, LONDON BRANCH
Name of Transferee

**THE LINCOLN NATIONAL CORPORATION BENEFITS COMMITTEE, ON BEHALF OF LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRUST**
Name of Transferor

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein

Phone: 212-250-5760
Fax: 212-797-8770
Last Four Digits of Acct #:

Court Claim # (if known): 12615 (as amended, 66134)
Amount of Claim: $792,489.00
Date Claim Filed: September 14, 2009 (as amended on January 19, 2010)
Debtor: Lehman Brothers Commercial Corporation

Phone: N/A
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________
Transferee/Transferee's Agent

Date: Sept 13, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commercial Corporation ("Debtor")
Case No. 08-13901

Claim #: 12615 (as amended, claim number 66134)

**THE LINCOLN NATIONAL CORPORATION BENEFITS COMMITTEE, ON BEHALF OF LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRUST** ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Matthew Weinstein
Phone: 212-250-5760

("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $792,489.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~August~~ Sept 13, 2011.

**THE LINCOLN NATIONAL CORPORATION BENEFITS COMMITTEE, ON BEHALF OF LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRUST**

By: ______________________
Name: George A. Murphy
Title: Chair, Lincoln National Corporation Benefits Committee

851227-1

**EXHIBIT B**

**FORM OF NOTICE OF TRANSFER**

B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DEUTSCHE BANK AG, LONDON BRANCH
Name of Transferee

LVIP DELAWARE FOUNDATION CONSERVATIVE ALLOCATION FUND, A SERIES OF LINCOLN VARIABLE INSURANCE PRODUCTS TRUST (AS SUCCESSOR TO LVIP DELAWARE MANAGED FUND, A SERIES OF LINCOLN VARIABLE INSURANCE PRODUCTS TRUST)

Name of Transferor

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein

Phone: 212-250-5760
Fax: 212-797-8770
Last Four Digits of Acct #:

Court Claim # (if known): 12603 (as amended, 66129)
Amount of Claim: $111,556.00
Date Claim Filed: September 14, 2009 (as amended on January 19, 2010)
Debtor: Lehman Brothers Commercial Corporation

Phone: N/A
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________
Transferee/Transferee's Agent

Date: September 13, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

851236-1

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commercial Corporation ("Debtor")
Case No. 08-13901

Claim #: 12603 (as amended, claim number 66129)

**LVIP DELAWARE FOUNDATION CONSERVATIVE ALLOCATION FUND, A SERIES OF LINCOLN VARIABLE INSURANCE PRODUCTS TRUST (AS SUCCESSOR TO LVIP DELAWARE MANAGED FUND, A SERIES OF LINCOLN VAIRABLE INSURANCE PRODUCTS TRUST)** ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Matthew Weinstein
Phone: 212-250-5760

("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $111,556.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 13, 2011.

LVIP DELAWARE FOUNDATION CONSERVATIVE ALLOCATION FUND, A SERIES OF LINCOLN VARIABLE INSURANCE PRODUCTS TRUST (AS SUCCESSOR TO LVIP DELAWARE MANAGED FUND, A SERIES OF LINCOLN VARIABLE INSURANCE PRODUCTS TRUST)

By: ______________________
Name: Daniel R. Hayes
Title: President

**EXHIBIT B**

**FORM OF NOTICE OF TRANSFER**

B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DEUTSCHE BANK AG, LONDON BRANCH
Name of Transferee

**DELAWARE INFLATION PROTECTED BOND FUND, A SERIES OF DELAWARE GROUP GOVERNMENT FUND**
Name of Transferor

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein

Phone: 212-250-5760
Fax: 212-797-8770
Last Four Digits of Acct #:

Court Claim # (if known): 12609 (as amended, 66123)
Amount of Claim: $80,404.00
Date Claim Filed: September 14, 2009 (as amended on January 19, 2010)
Debtor: Lehman Brothers Commercial Corporation

Phone: N/A
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]
Transferee/Transferee's Agent

Date: September 13, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

851226-1

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commercial Corporation ("Debtor")
Case No. 08-13901

Claim #: 12609 (as amended, claim number 66123)

**DELAWARE INFLATION PROTECTED BOND FUND, A SERIES OF DELAWARE GROUP GOVERNMENT FUND** ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Matthew Weinstein
Phone: 212-250-5760

("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $80,404.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 13, 2011.

**DELAWARE INFLATION PROTECTED BOND FUND, A SERIES OF DELAWARE GROUP GOVERNMENT FUND**

By:______________________
Name: RICHARD SALUS
Title: SENIOR VICE PRESIDENT

851226-1

**EXHIBIT B**

**FORM OF NOTICE OF TRANSFER**

B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DEUTSCHE BANK AG, LONDON BRANCH
Name of Transferee

**DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE GROUP GOVERNMENT FUND**
Name of Transferor

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein

Phone: 212-250-5760
Fax: 212-797-8770
Last Four Digits of Acct #:

Court Claim # (if known): 12614 (as amended, 66133)
Amount of Claim: $54,993.00
Date Claim Filed: September 14, 2009 (as amended on January 19, 2010)
Debtor: Lehman Brothers Commercial Corporation

Phone: N/A
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________
Transferee/Transferee's Agent

Date: September 13, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

851228-1

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commercial Corporation ("Debtor")
Case No. 08-13901

Claim #: 12614 (as amended, claim number 66133)

**DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE GROUP GOVERNMENT FUND** ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Matthew Weinstein
Phone: 212-250-5760

("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $54,993.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 13, 2011.

**DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE GROUP GOVERNMENT FUND**

By: ________________
Name: RICHARD SALUS
Title: SENIOR VICE PRESIDENT

851228-1