B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al., Debtors</u>   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice, pursuant to the Evidence of Transfer of Claim attached hereto as Exhibit 1.

<u>Maeda Securities Co., Ltd.</u>                           <u>Lehman Brothers Japan Inc.</u>
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee             Court Claim # (if known): <u>62783</u>
should be sent:                                           Amount of Claim (total filed): <u>$2,084,741,055.00</u>
MAEDA SECURITIES CO LTD                                   Amount of Claim (transferred): <u>$8,173,201.10</u> [1]
FUKUOKA-SHI CHUO-KU TENJIN                                [1] The transferred amount incorporates a Debtor-
2-13-1 FUKUOKA BANK HEAD                                  proposed allowed amount with respect to ISIN #
OFFICE BUILDING 9TH FL FUKUOKA                            XS0268364253 that is greater than the amount indicated
                                                          in Claim #62783.
810-0001 JAPAN
ATTN: YOSHIAKI TAKAKURA                                   Date Claim Filed: <u>11/2/09</u>
                                                          Debtor: <u>Lehman Brothers Holdings Inc.</u>
Phone: +81 92-771-4558
Last Four Digits of Acct #: _____                  Phone: <u>+81 3-6440-5339</u>
                                                          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
Same as above
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

前田証券株式会社

By: 取締役社長 林田 隆 [seal]                               Date: <u>SEP 14 2011</u>
       Transferee

dc-651780

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 Y.S.C. §§ 152 & 3571.*

dc-651780

EXHIBIT 1

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Lehman Brothers Japan Inc., with offices located at Roppongi Hills Mori Tower 37 F, 6-10-1 Roppongi, Minato-ku, Tokyo, 106-6137, Japan ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably transferred and assigned to Maeda Securities Co., Ltd., its successors and assigns, with offices located at Fukuoka-shi, Chuo-ku, Tenjin 2-13-1 Fukuoka Bank Head Office Building 9th Floor Fukuoka, 810-0001, Japan, ("Transferee"), all right, title and interest in and to the claims of Transferor against Lehman Brothers Holdings Inc. docketed as Claim No. 62783 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), solely to the extent of an undivided $8,173,201.10 portion thereof (the "Claim"), relating to the following securities referenced on the Schedule thereto:

| International Securities Identification Number (ISIN) | Blocking Reference | Instrument Type | Position | Currency | Valuation – Underlying Currency Amount | FX Rate at 15 September 2008 | Valuation – USD Equivalent | Includes Coupon Interest Accrual |
|---|---|---|---|---|---|---|---|---|
| XS0268364253 | 6045506 | Floating | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352** | - |
| XS0270820177 | 6045509 | Floating | 100,000,000 | JPY | 105,795,833 | 0.0095 | 1,004,375 | Yes |
| XS0279378532 | 6045519 | Floating | 410,000,000 | JPY | 410,000,000 | 0.0095 | 3,892,343 | - |
| XS0286637144 | 6045517 | Floating | 50,000,000 | JPY | 50,000,000 | 0.0095 | 474,676 | - |
| XS0289338948 | 6045523 | Floating | 90,000,000 | JPY | 90,000,000 | 0.0095 | 854,417 | - |
| XS0291873122 | 6045526 | Floating | 50,000,000 | JPY | 51,911,111 | 0.0095 | 492,819 | Yes |
| XS0305103565 | 6045552 | Floating | 50,000,000 | JPY | 50,000,000 | 0.0095 | 474,676 | - |

*The information in the chart above is extracted from Lehman Securities Programs Proof of Claim 62783 made by Lehman Brothers International (Europe)(in administration) ("LBIE") file-stamped November 2, 2009. The amounts in LBIE's claim represent the total valuation for each security provided by LBIE. In cases where the same security was held by multiple customers, amounts have been allocated on a pro-rata basis according to each customer's position as of September 15, 2008.
** Lehman Brothers Holdings Inc. has proposed an allowed amount of USD $979,895.10 with respect to this position. The Claim incorporates the USD $979,895.10 amount.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 15th day of September, 2011.

**LEHMAN BROTHERS JAPAN INC.**

dc-651780

Lehman Brothers Japan Inc.

By: _____
(Signature of authorized corporate officer)

Name:
Title: Representative Liquidator Masaki Kanehyo
Tel.: +81-3-6365-8801

MAEDA SECURITIES CO., LTD.
前田證券株式会社
By: 取締役 社長 林田 隆
(Signature of authorized corporate officer)

Name: TAKASHI HAYASHIDA
Title: PRESIDENT
Tel.: +81 92-771-4558

dc-651780