Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case Nos. 08-13555 (JMP)
                                                **(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Goldman Sachs Lending Partners LLC | Société Générale |

Name and Address where notices to transferee should
be sent:
GOLDMAN SACHS LENDING
PARTNERS LLC                                    Court Claim # (if known): 15921
Attn: Mr. Rick Canonico                         Date Claim Filed: 9/17/2009
200 West Street                                 Transferred Claim Amount:
New York, NY 10282                              USD 345,124,203

Last Four Digits of Acct #: N/A                 Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____    Date: __9/15/2011__
       Transferee/Transferee's Agent
Name:
Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C §§ 152 & 3571.

EXECUTION COPY

**EXHIBIT A1**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
       Southern District of New York ("Bankruptcy Court")
       Attn:   Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 15921

Société Générale, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **Goldman Sachs Lending Partners LLC**
> c/o Goldman, Sachs & Co.
> 200 West Street
> New York, NY 10282-2198
> Attn:  Rick Canonico

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $345,124,203,("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 13, 2011.

SELLER                                       BUYER

SOCIÉTÉ GÉNÉRALE                             GOLDMAN SACHS LENDING PARTNERS LLC

By                                           By:
   Name:                                         Name:  Dan Andersen
   Title:                                         Title:  Authorized Signatory