


Dr. Claus Schneider

Legal Department

SÜDWESTBANK AG

Rotebühlstraße 125

70178 Stuttgart

Parkhaus - Zufahrt über Schwabstraße

SÜDWESTBANK AG | Postfach 10 42 43 | 70037 Stuttgart

**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green**
**New York, NY 10004-1408**

U.S.A.

Telefon 07 11/66 44-27 20

Telefax 07 11/66 44-4 25

claus.schneider@suedwestbank.de

www.suedwestbank.de

7. September 2011

**Lehman Brothers Holdings Inc., et al.**
**Transfer of Claims - Südwestbank AG to Barclays Bank Plc**
**Claim No. 51609-01 (partial transfer)**
**Claim No. 56559-01 (complete transfer)**

Dear Sirs,

we are referring to our letter of August 22, 2011. Unfortunately we have inserted the wrong actually transferred amount of claim No. 51609-01: we have falsly inserted $ 21,313,807.45 - which is the total of our two transferred claims - instead of the correct amount of $ 21,294,446.29.
So our letter of 22/08/2011 has to be read as follows:

There is a slight incorrectness with your confirmation.

Actually we have transferred to Barclays Bank as follows:

- Claim No. 51609-01: $ 21,294,446.29  (out of a total of $ 27,248,152.91)
- Claim No. 56559-01: $      19,361.16 (out of a total of $ 19,361.16).

Your first two letters (date: 07/13/2011) confirm these transfers as follows:

- Claim No. 51609-01: $ 21,298,673.69
- Claim No. 56559-01: $      15,133.76
    *[combined: $ 21,313,807.45 - the total amount of our two transferred claims]*
So claim No. 51609-01 is confirmed $ 4,227.40 too low and claim No. 56559-01 $ 4,227.40 too high.

Then you have sent us a third confirmation letter (date: 07/19/2011) stating that "Claim No. 56559 has been transferred in the amount of § 19,361.16" [which is the correct amount]

We have regarded this third confirmation letter as part 1 of a correction of your first two confirmation letters. Unfortunately you did not send us the fourth confirmation letter which should have corrected Claim No. 51609 as well.

So please send us - and Barclays - two new and entirely correct confirmation letters.

Yours sincerely
SÜDWESTBANK Aktiengesellschaft

Dr. Claus Schneider

Enclosure

Schedule 1

Transferred Claims

Purchased Claim

$21,313,807.45 of $27,267,513.08 (the outstanding amount of the 2 Proofs of Claim, #51609 and #56559, as of 28th and 29th October 2009).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Dates) |
|---|---|---|---|---|---|---|---|
| Lehman Bros Tsy LEH 0 11/29/2012 | XS0231442046 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 14,311,100.00 of EUR 18,308,700.00<br><br>Equivalent to USD 21,313,807.45 of USD 27,267,513.08 | Linked notes | November 29, 2012 | EUR 915,435.00<br><br>Equivalent to USD 1,298,453.00 |

Schedule 1-1