**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                            :     Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :     08-13555 (JMP)
                                                 :
                         Debtors.                :     (Jointly Administered)
-----------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (08-13555) |
| Creditor Name and Address: | MetLife Insurance Company of Connecticut<br>c/o Metropolitan Life Insurance Company<br>P.O. Box 1902<br>10 Park Avenue<br>Morristown, NJ 07962-1902<br>Attn: Jane J. Dickson, Esq |
| Claim Number (if known): | 65994 |
| Date Claim Filed: | 12/23/09 |
| Total Amount of Claim Filed: | $91,020,371.28 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Director |
|---|---|
| Printed Name: Ronald Nirenberg | Dated: September 9, 2011 |