UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (08-13555) |
| Creditor Name and Address: | MetLife Reinsurance Company of South Carolina Trust B<br>c/o Metropolitan Life Insurance Company<br>P.O. Box 1902<br>10 Park Avenue<br>Morristown, NJ 07962-1902<br>Attn: Jane J. Dickson, Esq |
| Claim Number (if known): | 65996 |
| Date Claim Filed: | 12/23/09 |
| Total Amount of Claim Filed: | $35,396,811.05 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title:<br>Director |
|---|---|
| Printed Name:<br>Ronald Nirenberg | Dated:<br>September 9, 2011 |