UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY DEXIA BANK SA

PLEASE TAKE NOTICE that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Dexia Bank SA hereby withdraws its proof of claim against Lehman Brothers Holdings Inc., numbered 59788 (the "Claim"), with prejudice and requests that the claims register be updated to reflect its withdrawal of the Claim

Dated: Brussels (Belgium)
September 15, 2011

DEXIA BANK SA

By: _____
Represented by:
Title:

Chris JENNES
Company Lawyer

Benoît DEBROISE
Member of the Management Board
Treasury and Financial Markets
Dexia Bank S.A