**Hearing Date and Time: October 2, 2011 at 10:00 a.m. (prevailing Eastern time)**
**Response Deadline: September 20, 2011 at 4:00 p.m. (prevailing Eastern time)**

DAY PITNEY LLP
One International Place
Boston, MA 02110
(617) 345-4600
DANIEL J. CARRAGHER, ESQ. (DC-0328)
ATTORNEYS FOR FABIO LIOTTI

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No.: 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**RESPONSE OF FABIO LIOTTI TO**
**DEBTORS' ONE HUNDRED SEVENTY-SIXTH OMNIBUS OJBECTION TO CLAIMS**

Fabio Liotti (the "claimant") hereby responds to the Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Claims as Equity Interests) and incorporates by reference his response to the Debtor's One Hundred Eighteenth Omnibus Objection to Claims filed herein as document 16934 on May 18, 2011 as is fully set forth herein. Claimant requests that any hearings on objections to claims 15120 and 25895 be consolidated.

Dated: September 16, 2011

        DAY PITNEY LLP
        Attorneys for Fabio Liotti

        By: ____/s/ Daniel J. Carragher _____
        DANIEL J. CARRAGHER (DC-0328)
        One International Place
        Boston, MA 02110
        (617) 345-4600
        - and -
        7 Times Square
        New York, NY 10036-7311
        (212) 297-5800

## CERTIFICATE OF SERVICE

I, Daniel J. Carragher, hereby certify that I forwarded a copy of the *Response of Fabio Liotti to Debtors' 118th Omnibus Objection to Claims* by first class mail to the following parties on September 16, 2011.

/s/ Daniel J. Carragher
DANIEL J. CARRAGHER (DC-0328)
One International Place
Boston, MA 02110
(617) 345-4600
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800

Dated: September 16, 2011

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Office of the US Trustee
   for Region 2, 33
Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
      Elisabetta Gasparini, Esq.
      Andrea Schwartz, Esq.

51522059.1