UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>LEHMAN BROTHERS HOLDINGS, INC., et. al.<br><br>Debtor. | Case No. 08-13555 (JMP)<br><br>Chapter 11 |

### REQUEST TO ATTEND HEARING ON DEBTORS' ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS BY TELEPHONE

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the creditor, Charles L. Kuykendall, by and through his attorneys, Dwyer & Wing, P.C. and request permission from the court and instructions as to participation in the hearing set for October 5, 2011 at 10:00 AM Eastern Time by telephone.

WHEREFORE the creditor, Charles L. Kuykendall, prays that the court allow claimant #5487 to participate in the hearing by telephone and grant such other and additional relief as may be proper in the circumstances.

CHARLES L. KUYKENDALL

By: _____
Stephen P. Wing
Dwyer & Wing, P.C.
1503 Brady Street
Davenport, Iowa 52803
(563) 323-3000
(563) 323-7452 facsimile
spwing@iabar.org

<u>Certificate of Service</u>

The undersigned certifies under penalty of perjury that he is 18 years of age or older, and that a copy of his document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on September 19, 2011.

_____/s/_____
Stephen P. Wing
1503 Brady Street
Davenport, IA   52803
(563) 323-3000
(563) 323-7452
spwing@iabar.org