UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE | Case No. 08-13555 (JMP) |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., et. al.  Debtor. | Chapter 11 |

ORDER GRANTING CLAIMANT'S MOTION FOR
DISCOVERY AS TO INTERROGATORIES
AND THE ISSUANCE OF SUBPOENA DUCES TECUM

Upon the motion (the "Motion") dated September 19, 2011 of Charles L. Kuykendall, claimant #5487 for an Order authorizing the claimant to undertake certain discovery, specifically the issuance of a subpoena as described in said motion and the propounding of interrogatories to the Debtor which include request for production of documents, the Court finds:

1. The Court has jurisdiction over the parties and subject matter.

2. The limited discovery requested by the claimant is reasonable in the circumstances, directed to the production of evidence relevant to the proof of claim and which does not appear to be able to be obtained in any other manner.

3. Based on the foregoing the request should be granted.

IT IS THEREFORE ORDERED that the claimant's motion is granted that the claimant is authorized to request the issuance of a subpoena duces tecum as described in the motion and arrange for service of same, and is authorized to propound interrogatories to the debtor, subject to the local and federal rules of governing interrogatories as described in the motion.

Dated: _____, 2011
New York, New York

_____
UNITED STATES BANKRUPTCY
JUDGE