UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
                                           :
In re                                      :        Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :        08-13555 (JMP)
                                           :        (Jointly Administered)
                   Debtors.                :
                                           :
---------------------------------------------------------------x
```

Ref. Docket Nos. 19552, 19556,
19788, 19796, 19797, 19801-19806,
19808, 19809, 19812, 19825-19833,
19836, 19838-19846

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 13, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
19th day of September, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BANC OF AMERICA SECURITIES LLC
         TRANSFEROR: MERRILL LYNCH INTERNATIONAL
         ATTN: MEREDITH L. REYNOLDS
         214 N TRYON STREET
         NCI-027-14-01
         CHARLOTTE NC 28255

Please note that your claim # 46976 in the above referenced case and in the amount of
    $11,448,000.00  Unliquidated       has been transferred **(unless previously expunged by court order)**

         HAYMAN CAPITAL MASTER FUND, L.P.
         TRANSFEROR: BANC OF AMERICA SECURITIES LLC
         ATTN: CHRIS KIRKPATRICK
         2101 CEDAR SPRINGS RD, STE 1400
         DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19829    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/13/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 13, 2011.

# EXHIBIT B

TIME: 11:31:40
DATE: 09/13/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH L. REYNOLDS 214 N TRYON STREET NCI-027-14-01 CHARLOTTE NC 28255 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH L. REYNOLDS 214 N TRYON STREET, NCI-027-14-01 CHARLOTTE NC 28255 |
| BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. | TRANSFEROR: GIANFRANCO PIRAINO PIAZZA GARIBALDI, N. 16 SONDRIO (SO) 23100 ITALY |
| BNP JULIUS BAER & CO., LTD | TRANSFEROR: CREDIT SUISSE PATRIK ROOS BAHNHOFSTRASSE 36 8010 ZURICH SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: DUPONT CAPITAL MANAGEMENT 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP ATTN: DANIEL CROWLEY, JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: FIR TREE VALUE MASTER FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LBVN HOLDINGS, L.L.C. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MOORE MACRO FUND L.P. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MOORE MACRO FUND, L.P. ATTN: D CROWLEY, J FEINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CHAN CHI, MING | ROOM 420 TAK CHUEN LAU LAI TAI TSUEN TAI HANG HK HONG KONG |
| CHAN CHING | FLAT H 28/F NING ON MANSION NO. 28 TAIKOO SHING ROAD TAIKOO SHING QUARRY BAY, HK HONG KONG |
| CHAN CHUN HIM DENNIS | FLAT A 15/F BLOCK 7 ROYAL ASCOT NO. 1 TSUN KING ROAD SHATIN, NT HONG KONG |
| CHAN KWONG KWAN | FLAT 46/F BLOCK 12 CARIBBEAN COAST PHASE 2 TUNG CHUNG LANTAU ISLAND, NT HONG KONG |
| CHAN MEE LING | FLAT A 40/F BLOCK 3 ROYAL ASCOT SHATIN, NT HONG KONG |
| CHAN SAU CHING | FLAT D 7/F BLOCK 1 AQUAMARINE GARDEN 8 TSING VAN STREET TUEN MUN, NT HONG KONG |
| CHAN SIU AH | FLT A 21/F BLK 2 VISTA PARADISO 2 HANG MING STREET MA ON SHAN, NT HONG KONG |
| CHAN WAI KEUNG | ROOM 1715 18/F BLOCK F LUNG BIK HOUSE LUNG POON COURT DIAMOND HILL, KLN HONG KONG |
| CHANG KIN FAI | FLAT D 24/F BLOCK 17 LAGUNA CITY NO. 3 LAGUNA CITY STREET KWUN TONG, KLN HONG KONG |
| CHENG KAM WAH / CHENG YUK TAI ELLA | FLT H 25/F BLK 7 VILLA ESPLANADA TSING YI NT HONG KONG |
| CHENG SZE MAN | ROOM 11 11/F THE METROPOLIS TOWER 10 METROPOLIS DRIVE HUNG HOM HONG KONG |
| CHEUNG YUEN, WAH | FLAT E 4/F FAIRMONT GARDENS 39A-F CONDUIT ROAD MID LEVELS HK HONG KONG |
| CHOI CHI MING | FLT B 7/F BLK 1 DRAGON INN COURT TUEN MUN NT HONG KONG |
| CHOW PING KUEN | FLAT A 9/F TOWER 5 PRIME VIEW GARDEN TUEN MUN NT HONG KONG |
| CHUK MAU YU | ROOM 901 BLOCK C ALLWAY GARDENS 191 TSUEN KING CIRCUIT TSUEN WAN, NT HONG KONG |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO SPA | BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. ATTN: EFISO BERTRAND UFFICIO FINANZA LEGALE VIA EMILIA S PIETRO N. 4 REGGIO EMILIA 42121 ITALY |
| CRIEGEE, LUTZ AND ERIKA | TRANSFEROR: AHORNWEG 92 HALSTENBEK 25469 GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: CRIEGEE, LUTZ AND ERIKA BETHMANNSTRABE 7-9 60311 FRANKFURT AM MAIN GERMANY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| FUNG CHIU SUNG JEANETTA | FLAT A 7/F BLOCK 2 PARC ROYALE 8 HIN TAI STREET SHATIN NT HONG KONG |
| GAILLE-KLAAS, PIERRE-ANDRE | TRANSFEROR: UBS AG VORSTADTSTRASSE CH-8953 DIETIKON SWITZERLAND |
| GAILLE-KLAAS, PIERRE-ANDRE | GABRIELE FROSSARD ZURCHER KANTONALBANK SPECIAL CORPORATE ACTIONS PO BOX 8010 ZURICH SWITZERLAND |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO & ROBERT SWENSON 667 MADISON AVE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO & ROBERT SWENSON 667 MADISON AVE NEW YORK NY 10065 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: LEHMAN BROTHERS SPECIAL FINANCING INC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11:31:40
DATE: 09/13/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:  2

| Name | Address |
| --- | --- |
| HO KWOK KING / TAM LAI CHING JACQUELINE | FLAT F 11/F BLOCK 1 THE WATERFRONT 1 AUSTIN ROAD WEST TSIM SHA TSUI KLN HONG KONG |
| HO SUK FONG | FLAT D 14/F 384-386 QUEEN'S ROAD WEST SAI YING PUN KOWLOON HONG KONG |
| HO YUEN, HUNG | FLT C 1/F BLK 2 4-6 FESSENDEN ROAD KOWLOON TONG, KLN HONG KONG |
| HO YUK YING | ROOM 3 12/F BELLE HOUSE 11 WHITFIELD ROAD NORTH POINT HK HONG KONG |
| HUANG WEIJING | RM 505 BLOCK A1 BA TI SHUI AN EAST BIN JIAN ROAD HAI ZHU DISTRICT GUANGZHOU CITY GUANGDONG  510310 CHINA |
| HUNG LING KEUNG / CHEUNG FUNG YEE LINDA | FLAT B 14/F BROADWOOD PARK 38 BROADWOOD ROAD HAPPY VALLEY HK. HONG KONG |
| ILLIQUIDX LTD | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: JPMORGAN SECURITIES LIMITED 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| LAM SHUK YEE, SUSANNA | FLAT A 25/F BLOCK 3 CITY ONE SHATIN  NT HONG KONG |
| LAU KIT BING SHIRLEY | FLAT D 19/F NO.70 BROADWAY MEI FOO SUN CHUEN STAGE 3 LAI CHI KOK KLN HONG KONG |
| LAU WAI, YAM | FLT A 21/F BLK 7 THE WATERFRONT 1 AUSTIN ROAD WEST TSIM SHA TSUI, KLN HONG KONG |
| LEE SO KING | FLAT B 47/F, PRIMROSE HILL 168 KWOK SHUI ROAD TSUEN WAN, NT HONG KONG |
| LEHMAN BROTHERS SPECIAL FINANCING INC | TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-12 C/O LEHMAN BROTHERS HOLDINGS, ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 45TH FL NEW YORK NY 10020 |
| LEUNG PON YOU, FUNG | FLT B 4/F YEE TAK INDUSTRIAL BLDG 4 WING HONG ST, CHEUNG SHA WAN, KLN HK HONG KONG |
| LEUNG SUK FUN | ROOM 5 25/F TAI ON BUILDING SHAU KEI WAN ROAD SAI WAN HO, HK HONG KONG |
| LEUNG YING MAN | FLAT D 8/F BLOCK 5 VILLA OCEANIA 8 ON CHUN STREET MA ON SHAN NT HONG KONG |
| LI SUI SHAN MASADA MAT | FLAT G 61/F BLOCK 6 ALBANY COVE CARIBBEAN COAST 1 KIN TUNG ROAD TUNG CHUNG LANTAU ISLAND, NT HONG KONG |
| LIU YIU SHAN | FLAT D 7/F BLOCK 17 CITY ONE SHATIN NT HONG KONG |
| LO SHUK YI | FLAT C, 33/F, BLOCK 7 ROYAL ASCOT SHATIN, N.T. HONG KONG |
| LUZERNER KANTONALBANK AG | IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND |
| MA HING CHAU | FLAT E 19/F BLOCK 2 BAYSHORE TOWERS MA ON SHAN NT HONG KONG |
| MA HING CHAU | FLAT E 19/F BLOCK 2 BAYSHORE TOWERS MA ON SHAN, NT HONG KONG |
| MAK SUSANNA SU YIN | FLAT A 30/F TAI SHING BUILDING 129-133 CAINE ROAD MID-LEVELS HK HONG KONG |
| NHIU EMILE | FLAT A 9/F BROADVIEW TERRACE NO.41 CLOUD VIEW ROAD NORTH POINT, HK HONG KONG |
| POON SHING TAT | RM 409 MAN HING HOUSE TAI HANG SAI EST KOWLOON HONG KONG |
| SEILKOPF, HEINRICH | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA BAYERWALDSTR. 4 BAYREUTH  95448 GERMANY |
| SHAO JEH FANG | FLAT H 2/F BLOCK 8 WHAMPOA GARDEN SITE 12 HUNG HOM, KLN HONG KONG |
| SHAO XIAOJUN | 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 FA HUA ZHEN ROAD CHANG NING DISTRICT SHANGHAI 200052 CHINA |
| SIN, PO CHING | FLAT B 30/F BLOCK 1 SCENIC GARDEN 9 KOTEWALL ROAD MID-LEVELS HK HONG KONG |
| SIU MAN SUEN | FLATB 9/F ST LOUIS MANSION NO. 20 MACDONNEL ROAD CENTRAL HK HONG KONG |
| SIU OI LING | ROOM 2406 SHEUNG WING HOUSE UPPER NGAU TAU KOK ESTATE NGAU TAU KOK, KLN HONG KONG |
| SO KIM HUNG | |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHAN, MING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHAN CHING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHAN CHUN HIM DENNIS 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHAN KWONG KWAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHAN SAI KIU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHAN SAU CHING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHAN SIU AH 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHAN WAI KEUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHANG KAM FAI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHENG KAM WAH / CHENG YUK TAI ELLA 21/F, STANDARD CHARTERED TOWER 388 KWIN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHENG SZE MAN 21/F, STANDARD CHARTERED TOWER 388 KWIN TONG ROAD HONG KONG |

TIME: 11:31:40
DATE: 09/13/11

PAGE: 3

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHEUNG YUEN, WAH 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHOI CHI MING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHOW PING KUEN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHUK MAU YU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: FUNG CHIU SUNG JEANETTA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: HO KWOK KING / TAM LAI CHING JACQUELINE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: HO SUK FONG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: HO YUEN, HUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: HO YUK YING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: HUANG WEILING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: HUNG LING KEUNG / CHEUNG FUNG YEE LINDA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LAM SHUK YEE, SUSANNA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LAU KIT BING SHIRLEY 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LAU WAI, YAM 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LEE SO KING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LEUNG PON YOU, FUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LEUNG SUK FUN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LEUNG YING MAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LI SUI SHAN MASADA MAT 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LIU YIU SHAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LO SHUK YI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: MA HING CHAU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: MAK SUSANNA SU YIN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: NIU EMILE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: POON SHING TAT 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SHAO JEH FANG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SHAO XIAOJUN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SIN, PO CHING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11:31:40
DATE: 09/13/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 4

| Name | Address |
|---|---|
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SIU MAN SUEN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SIU OI LING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SO KIM HUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SUNG KIT CHING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SUTER PETER DOMINIK 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TAM KUEN CHUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TSANG LAI YI SANDY / POON WING TONG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TSE SIU HAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TSE WAI MAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TSUI TZE, WING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: WANG CHEN LIEN-YEN / WANG CHIEH-YIH 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: WANG YU YUAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: WONG WAI KAY 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: WONG WAI MING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: WONG WAI YUET ALBERT/WONG CHIANG SUAN WAH 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: WONG YUEN HA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: WU CHI, CHEN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: WU YEN SHENG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: YAO TZY JYUN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: YEUNG KAI KONG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: YEUNG TSZ YAU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: YU BICK LING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: YUEN LAI PING ANGELA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONK KONG) LIMITED | TRANSFEROR: WONG WAH SHUN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG |
| SUNG KIT CHING | FLAT E 7/F BLOCK 3 PARC OASIS KOWLOON TONG KOWLOON TONG, KLN    HONG KONG |
| SUTER PETER DOMINIK | ROOM 4A FORTUNE COURT 43 KENNEDY ROAD WAN CHAI HONG KONG, HK    HONG KONG |
| TAM KUEN CHUNG | FLT B 21/F BLK 6 VILLA ESPLANADA 8 NGA YING CHAU STREET TSING YI NT    HONG KONG |
| TSANG LAI YI SANDY / POON WING TONG | 16D LIN COLN HEIGHTS BELAIR GARDEN SHATIN NT    HONG KONG |
| TSE SIU HAN | FLAT F 2/F S2E HING BLDG 57 YUET WAH STREET KWUN TONG, KLN    HONG KONG |
| TSE WAI MAN | FLAT D 29/F BLOCK 4 THE TOLO PLACE NO. 628 SAI SHA ROAD MA ON SHAN NT    HONG KONG |
| TSUI TZE, WING | FLAT A 7/F TOWER 6 MOUNT BEACON NO. 20 CORNWALL STREET KOWLOON TONG, KLN    HONG KONG |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |

TIME: 11:31:40
DATE: 09/13/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 5

| Name | Address |
|------|---------|
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND |
| WANG CHEN LIEN-YEN / WANG CHIEH-YIH | ROOM 20 1/F WAH SHING HOUSE 4 FUNG SHEK STREET SHATIN, NT  HONG KONG |
| WANG YU YUAN | FLAT B 9/F 306 PRINCE EDWARD ROAD MONGKOK KOWLOON  HONG KONG |
| WONG WAH SHUN | ROOM 16 10/F BLOCK A KORNHILL QUARRY BAY, HK  HONG KONG |
| WONG WAI KAY | FLAT D 27/F BLOCK 6 ROYAL ASCOT PO TAN NT  HONG KONG |
| WONG WAI MING | FLAT 2 8/F BLOCK B CORAL COURT 63 CLOUD VIEW ROAD NORTH POINT  HONG KONG |
| WONG WAI YUET ALBERT/WONG CHIANG SUAN WAH | FLAT A23 11/F PO SHAN MANSION 10-16 PO SHAN ROAD MID-LEVELS HK  HONG KONG |
| WONG YUEN HA | RM 2303 SIU FU HOUSE SIU KWAI CT TUEN MUN NT  HONG KONG |
| WU CHI, CHEN | 98 LEUN YICK VILLAGE SAM MUN TSAI TAI PO  HONG KONG |
| WU YEN SHENG | 1/F BLK H BEACONSFIELD CT 7 SHOUSON HILL RD HONG KONG  HONG KONG |
| YAO TZY JYUN | ROOM 7/B BLOCK 2 TAM TOWERS 25 SAH WAN DRIVE POKFULAM, HK  HONG KONG |
| YEUNG KAI KONG | FLAT F 10/F BLOCK 3 NEW HAVEN 363 SHA TSUI ROAD TSUEN WAN, NT  HONG KONG |
| YEUNG TSZ YAU | UNIT A 21/F BLK 2 VISTA PARADISO 2 HANG MING STREET MA ON SHAN, HK  HONG KONG |
| YU BICK LING | FLAT A 23/F BLOCK 3 MAYWOOD COURT KINGSWOOD VILLA TIN SHUI WAI  HONG KONG |
| YUEN LAI PING ANGELA | FLAT C 2/F ELIZABETHAN COURT 59 BEACON HILL ROAD KOWLOON TONG, KLN  HONG KONG |

Total Number of Records Printed          167

EPIQ BANKRUPTCY SOLUTIONS, LLC