UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                    Debtors.                                   :
                                                               :    Ref. Docket Nos. 19634, 19861,
                                                               :    19862, 19865, 19866, 19877
---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS SPECIAL FINANCING                              :    08-13888 (JMP)
INC.,                                                          :    (Jointly Administered)
                    Debtors.                                   :
                                                               :    Ref. Docket No. 277
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 14, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

- 2 -

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
19th day of September, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg Doc 20120 Filed 09/19/11 Entered 09/19/11 14:27:40 Main Document
Pg 3 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  GOLDMAN SACHS LENDING PARTNERS LLC               GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: PALOMINO FUND LIMITED                RICHARDS KIBBE & ORBE LLP
         C/O GOLDMAN SACHS & CO.                          ATTN: MANAGING CLERK
         ATTN: LAUREN DAY                                 ONE WORLD FINANCIAL CENTER
         30 HUDSON STREET, 36TH FLOOR                     NEW YORK NY 10281
         JERSEY CITY NJ 07302
```

Please note that your claim # 66107-08 in the above referenced case and in the amount of
         $5,000,000.00          has been transferred **(unless previously expunged by court order)**

```
         SPCP GROUP, LLC                                  SPCP GROUP, LLC
         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC   PRYOR CASHMAN LLP
         ATTN: BRIAN JARMAIN                              ATTN: RONALD S. BEACHER
         TWO GREENWICH PLAZA                              7 TIMES SQUARE
         GREENWICH CT 06830                               NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 277        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/14/2011             Vito Genna, Clerk of Court


                             /s/ Lauren Rodriguez
                             _____
                             By: Epiq Bankruptcy Solutions, LLC
                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 14, 2011.

**EXHIBIT B**

```
TIME: 13:14:06                                        LEHMAN BROTHERS HOLDING INC.                                        PAGE: 1
DATE: 09/14/11                                            CREDITOR LISTING

Name                                    Address
BANCO DESIO E DELLA BRIANZA SPA         TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: MIDDLE OFFICE DEPT VIA ROVAGNATI 1 DESIO - MB 20033 ITALY
BOTTICELLI, L.L.C.                      TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ANGELO GORDON & CO LP CLO GROUP ATTN: MICHAEL NICOLO 245 PARK AVE 26TH FL
                                        NEW YORK NY 10167
CREDITO PRIVATO COMMERCIALE SA          VIA ZURIGO 46 LUGANO 6901 SWITZERLAND
FARALLON CAPITAL INSTITUTIONAL PARTNERS TRANSFEROR: META, ANDRES P; COYAN, NICOLAS C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER & KRISTEN BINIEK
II, L.P.                                ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS TRANSFEROR: META, ANDRES P; COYAN, NICOLAS C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER & KRISTEN BINIEK
III, L.P.                               ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS, TRANSFEROR: META, ANDRES P; COYAN, NICOLAS C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER & KRISTIN BINIEK
L.P.                                    ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTUTIONAL PARTNERS,  TRANSFEROR: META, ANDRES P; COYAN, NICOLAS C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER & KRISTEN BINIEK
L.P.                                    ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CPAITAL INSTITUTIONAL PARTNERS TRANSFEROR: META, ANDRES P; COYAN, NICOLAS C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER & KRISTEN BINIEK
II, L.P.                                ONE MARITIME PLAZA, SUITE 3100 SAN FRANCISCO CA 94111
GOLDMAN SACHS LENDING PARTNERS LLC      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: PALOMINO FUND LIMITED C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
META, ANDRES P; COYAN, NICOLAS          KAYE SCHOLER LLP 425 PARK AVENUE ATTN: RICHARD G SMOLEV ESQ NEW YORK NY 10022-3598
META, ANDRES P; COYAN, NICOLAS          KAYE SCHOLER LLP 425 PARK AVENUE ATTN: RICHARD G SMOLEV,ESQ. NEW YORK NY 10022-3598
META, ANDRES P; COYAN, NICOLAS          C/O GABRIEL G MATARASSO MARVAL, O'FARRELL & MAIRAL AV LEANDRO N ALEM 928 FLOOR 7 (C1001AAR) BUENOS AIRES    ARGENTINA
MORGAN STANLEY CAPITAL SERVICES LLC     ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC     ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC     CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC     CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
NOONDAY OFFSHORE, INC.                  TRANSFEROR: META, ANDRES P; COYAN, NICOLAS C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER & KRISTEN BINIEK
                                        ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
SPCP GROUP, LLC                         PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830


Total Number of Records Printed         20



                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```