**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                           :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
                    Debtors.                                           :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 19936, 19960


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 14, 2011, I caused to be served:

    a. the "Notice of Hearing on Debtors' Two Hundred Fifth Omnibus Objection to Claims (Insufficient Documentation)," dated September 14, 2011, to which was attached the "Debtors' Two Hundred Fifth Omnibus Objection to Claims (Insufficient Documentation)," dated September 14, 2011 [Docket No. 19936], (the "205th Omnibus Objection"), and

    b. the "Notice of Hearing on Debtors' Two Hundred Sixth Omnibus Objection to Claims (Foreign Currency Claims)," dated September 14, 2011, to which was attached the "Debtors' Two Hundred Sixth Omnibus Objection to Claims (Foreign Currency Claims)," dated September 14, 2011 [Docket No. 19960], (the "206th Omnibus Objection"),

    by causing:

    i. true and correct copies of the 205th Omnibus Objection and 206th Omnibus Objection, to be delivered by electronic mail to those parties listed on the annexed Exhibit A,

    ii. true and correct copies of the 205th Omnibus Objection and 206th Omnibus Objection, to be delivered by facsimile to the party listed on the annexed Exhibit B,

-2-

iii. true and correct copies of the 205th Omnibus Objection and 206th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit C,

iv. true and correct copies of the 205th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D, and

v. true and correct copies of the 206th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
15th day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

-2-

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bcarlson@co.sanmateo.ca.us |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bguiney@pbwt.com |
| adam.brezine@hro.com | bill.freeman@pillsburylaw.com |
| adarwin@nixonpeabody.com | bkmail@prommis.com |
| adiamond@diamondmccarthy.com | bmanne@tuckerlaw.com |
| aeckstein@blankrome.com | bmerrill@susmangodfrey.com |
| aentwistle@entwistle-law.com | bmiller@mofo.com |
| afriedman@irell.com | boneill@kramerlevin.com |
| agbanknewyork@ag.tn.gov | brian.corey@greentreecreditsolutions.com |
| aglenn@kasowitz.com | brosenblum@jonesday.com |
| agold@herrick.com | broy@rltlawfirm.com |
| ahammer@freebornpeters.com | bstrickland@wtplaw.com |
| aisenberg@saul.com | btrust@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | bturk@tishmanspeyer.com |
| alum@ftportfolios.com | bwolfe@sheppardmullin.com |
| amarder@msek.com | bzabarauskas@crowell.com |
| amcmullen@boultcummings.com | cahn@clm.com |
| amenard@tishmanspeyer.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | ceskridge@susmangodfrey.com |
| aostrow@beckerglynn.com | cgoldstein@stcwlaw.com |
| apo@stevenslee.com | chammerman@paulweiss.com |
| aquale@sidley.com | chardman@klestadt.com |
| araboy@cov.com | charles@filardi-law.com |
| arahl@reedsmith.com | charles_malloy@aporter.com |
| arheaume@riemerlaw.com | chipford@parkerpoe.com |
| arlbank@pbfcm.com | chris.donoho@lovells.com |
| arosenblatt@chadbourne.com | christopher.schueller@bipc.com |
| arthur.rosenberg@hklaw.com | clarkb@sullcrom.com |
| arwolf@wlrk.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cmontgomery@salans.com |
| ashaffer@mayerbrown.com | cohenr@sewkis.com |
| ashmead@sewkis.com | colea@gtlaw.com |
| asnow@ssbb.com | cousinss@gtlaw.com |
| atrehan@mayerbrown.com | cp@stevenslee.com |
| aunger@sidley.com | cpappas@dilworthlaw.com |
| austin.bankruptcy@publicans.com | craig.goldblatt@wilmerhale.com |
| avenes@whitecase.com | crmomjian@attorneygeneral.gov |
| azylberberg@whitecase.com | cs@stevenslee.com |
| bankr@zuckerman.com | csalomon@beckerglynn.com |
| bankruptcy@goodwin.com | cschreiber@winston.com |
| bankruptcy@morrisoncohen.com | cshore@whitecase.com |
| bankruptcy@ntexas-attorneys.com | cshulman@sheppardmullin.com |
| bankruptcymatters@us.nomura.com | ctatelbaum@adorno.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com

drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| hbeltzer@mayerbrown.com | jgarrity@shearman.com |
| heidi@crumbielaw.com | jgenovese@gjb-law.com |
| heim.steve@dorsey.com | jguy@orrick.com |
| heiser@chapman.com | jherzog@gklaw.com |
| hollace.cohen@troutmansanders.com | jhiggins@fdlaw.com |
| holsen@stroock.com | jhorgan@phxa.com |
| howard.hawkins@cwt.com | jhuggett@margolisedelstein.com |
| hseife@chadbourne.com | jhuh@ffwplaw.com |
| hsnovikoff@wlrk.com | jim@atkinslawfirm.com |
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jaclyn.genchi@kayescholer.com | jlipson@crockerkuno.com |
| jacobsonn@sec.gov | jliu@dl.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmcginley@wilmingtontrust.com |
| jason.jurgens@cwt.com | jmelko@gardere.com |
| jay.hurst@oag.state.tx.us | jmerva@fult.com |
| jay@kleinsolomon.com | jmmurphy@stradley.com |
| jbecker@wilmingtontrust.com | jmr@msf-law.com |
| jbeemer@entwistle-law.com | jnm@mccallaraymer.com |
| jbeiers@co.sanmateo.ca.us | john.monaghan@hklaw.com |
| jbird@polsinelli.com | john.rapisardi@cwt.com |
| jbromley@cgsh.com | john@crumbielaw.com |
| jcarberry@cl-law.com | joli@crlpc.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdrucker@coleschotz.com | joseph.cordaro@usdoj.gov |
| jdyas@halperinlaw.net | joshua.dorchak@bingham.com |
| jean-david.barnea@usdoj.gov | jowen769@yahoo.com |
| jeanites@whiteandwilliams.com | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | jpintarelli@mofo.com |
| jeffrey.sabin@bingham.com | jporter@entwistle-law.com |
| jeldredge@velaw.com | jprol@lowenstein.com |
| jen.premisler@cliffordchance.com | jrabinowitz@rltlawfirm.com |
| jennifer.demarco@cliffordchance.com | jrsmith@hunton.com |
| jennifer.gore@shell.com | jschwartz@hahnhessen.com |
| jeremy.eiden@state.mn.us | jsheerin@mcguirewoods.com |
| jfalgowski@reedsmith.com | jshickich@riddellwilliams.com |
| jflaxer@golenbock.com | jsmairo@pbnlaw.com |
| jfox@joefoxlaw.com | jstoll@mayerbrown.com |
| jfreeberg@wfw.com | jsullivan@mosessinger.com |
| jg5786@att.com | jtimko@shutts.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com

lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mneier@ibolaw.com | rbeacher@pryorcashman.com |
| monica.lawless@brookfieldproperties.com | rbyman@jenner.com |
| mpage@kelleydrye.com | rdaversa@orrick.com |
| mprimoff@kayescholer.com | relgidely@gjb-law.com |
| mpucillo@bermanesq.com | rfleischer@pryorcashman.com |
| mrosenthal@gibsondunn.com | rfrankel@orrick.com |
| mruetzel@whitecase.com | rfriedman@silvermanacampora.com |
| mschimel@sju.edu | rgmason@wlrk.com |
| mshiner@tuckerlaw.com | rgraham@whitecase.com |
| msiegel@brownrudnick.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.lear@hklaw.com |
| mstamer@akingump.com | richard.levy@lw.com |
| mvenditto@reedsmith.com | richard.tisdale@friedfrank.com |
| mwarren@mtb.com | richard@rwmaplc.com |
| ncoco@mwe.com | ritkin@steptoe.com |
| neal.mann@oag.state.ny.us | rjones@boultcummings.com |
| ned.schodek@shearman.com | rleek@hodgsonruss.com |
| neilberger@teamtogut.com | rlevin@cravath.com |
| newyork@sec.gov | rmatzat@hahnhessen.com |
| nfurman@scottwoodcapital.com | rnetzer@willkie.com |
| nherman@morganlewis.com | robert.bailey@bnymellon.com |
| nissay_10259-0154@mhmjapan.com | robert.dombroff@bingham.com |
| nlepore@schnader.com | robert.henoch@kobrekim.com |
| notice@bkcylaw.com | robert.malone@dbr.com |
| oipress@travelers.com | robert.yalen@usdoj.gov |
| omeca.nedd@lovells.com | robertdakis@quinnemanuel.com |
| otccorpactions@finra.org | robin.keller@lovells.com |
| paronzon@milbank.com | roger@rnagioff.com |
| patrick.oh@freshfields.com | ronald.silverman@bingham.com |
| paul.turner@sutherland.com | rqureshi@reedsmith.com |
| pbattista@gjb-law.com | rreid@sheppardmullin.com |
| pbosswick@ssbb.com | rroupinian@outtengolden.com |
| pdublin@akingump.com | rrussell@andrewskurth.com |
| peisenberg@lockelord.com | rterenzi@stcwlaw.com |
| peter.gilhuly@lw.com | rtrust@cravath.com |
| peter.macdonald@wilmerhale.com | russj4478@aol.com |
| peter.simmons@friedfrank.com | rwasserman@cftc.gov |
| peter@bankrupt.com | rwyron@orrick.com |
| pfeldman@oshr.com | s.minehan@aozorabank.co.jp |
| phayden@mcguirewoods.com | sabin.willett@bingham.com |
| pmaxcy@sonnenschein.com | sabramowitz@velaw.com |
| ppascuzzi@ffwplaw.com | sagolden@hhlaw.com |
| ppatterson@stradley.com | sagrawal@susmangodfrey.com |
| psp@njlawfirm.com | sally.henry@skadden.com |
| ptrostle@jenner.com | sandyscafaria@eaton.com |
| pwright@dl.com | sara.tapinekis@cliffordchance.com |
| r.stahl@stahlzelloe.com | scargill@lowenstein.com |
| raj.madan@bingham.com | schannej@pepperlaw.com |
| rajohnson@akingump.com | schepis@pursuitpartners.com |
| ramona.neal@hp.com | schnabel.eric@dorsey.com |
| ranjit.mather@bnymellon.com | schristianson@buchalter.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
ssusman@susmangodfrey.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com

thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

## LEHMAN BROTHERS HOLDINGS INC.
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ABNEY, LYNDA | 721 EAST 104TH STREET CHICAGO IL 60628 |
| ANDREWS, TESSA | 11 CROMLIX CLOSE CHISLEHURST KENT BR7 5SJ UNITED KINGDOM |
| BKK FUR HEILBERUFE | SCHIESS STRASSE 43 DUSSELDOLF 40549 GERMANY |
| BLAIR, MARC H. | 330 WEST 72ND STREET APARTMENT 4A NEW YORK NY 10023 |
| BOK, CATHLEEN | 225 E 85TH ST NEW YORK NY 10028 |
| BOYCHUK, THOMAS JOHN | 8 DRIFTWOOD DR. PARLIN NJ 08859 |
| BRACIAK, BASMA | 3252 42ND STREET ASTORIA NY 11103 |
| BROGAN, JAMES C. | 27 HIGHLAND ROAD GLEN ROCK NJ 07452 |
| BROWNSTEIN, KIMBERLY | 201 EAST 69TH STREET APT 11X NEW YORK NY 10021 |
| CANTELLO, PAUL | 37 SYLVESTRE AVENUE HAWTHORNE NJ 07506 |
| CANTELLO, PAUL | 37 SYLVESTER AVENUE HAWTHORNE NJ 07506 |
| CHENG, HELEN | 2220 63RD ST. BROOKLYN NY 11204 |
| CHENG, ELISA CHING C | FLAT C, 50TH FLOOR, TOWER 12 CARMEL COVE, CARIBBEAN COAST 1 MAN TUNG ROAD TUNG CHUNG HONG KONG |
| CHOY, MAY B. | 6021 SOUTHPARK MORTON GROVE IL 60053 |
| COOK, DAVID | 346 HAVERHILL STREET NORTH READING MA 01864 |
| CORNEJO, EMIL | 420 EAST 58TH STREET NEW YORK NY 10022 |
| CRADER, MELANIE A. | 3 MARIN COURT MANHATTAN BEACH CA 90266 |
| CRUIKSHANK, DOUGLAS A. | 376 NEW ROCHELLE RD BRONXVILLE NY 10708 |
| CURTIS, JENNIFER M. | 2112 SUNSET AVE #2 UTICA NY 13502-5519 |
| DAVIS, KIERAN | 2 BISHOPSTHORPE RD LONDON SE26 4NY UNITED KINGDOM |
| DELEO, RUTH R. | 86-23 89TH ST WOODHAVEN NY 11421 |
| DUFF, TERE | 197 OLD CENTER GROVE ROAD RANDOLPH NJ 07869 |
| DUFFY, BRIDGET | 86 W 12TH ST APT 1C NEW YORK NY 10011-8682 |
| DUNN, JOHN J. | 232 PARK AVE HUNTINGTON NY 11743-2703 |
| EKEN, ONUR | 1 COLUMBUS PL APT N43D NEW YORK NY 10019-8235 |
| GOING, KENNETH JR | 620 BREAD AND CHEESE HOLLOW RD NORTHPORT NY 11768 |
| GORMAN, LESLIE D. | 305 EAST 63RD STREET APT 17-B NEW YORK NY 10065 |
| GREENE, AMY H. | 3524 BREMEN ST DALLAS TX 75206-5702 |
| HANSEN, KERRIE | 77-05 86 STREET GLENDALE NY 11385 |
| HEALY, KRISTIN | 176 BROADWAY # 15F NEW YORK NY 10038 |
| HERRMANN, DAVID L. | 804 MAPLE GLEN LANE WAYNE PA 19087 |
| HOULIHAN, BRENNA A. | 546 LOCUST ST MOUNT VERNON NY 10552-2607 |
| JONES, BRIAN | 605 THIRD AVENUE, 39TH FLOOR NEW YORK NY 10158 |
| KATZ, BENJAMIN | 114 EAST 1ST STREET APT. 17 NEW YORK NY 10009 |
| KENNELLY, FIONA | 5 LAIRD AVENUE GRAYS, ESSEX RM16 2NL UNITED KINGDOM |
| KNAPP, RONALD | 8785 N AWL RD PARKER CO 80138 |
| LATESSA, LINNAE | 7 CLUB LANE ELMSFORD NY 10523 |
| LEUNG, PHILIP I | 20 CONFUCIUS PLAZA APT. 40G NEW YORK NY 10002 |
| LIANG, MANDY | 32 JACKSON ST. # 3E NEW YORK NY 10002 |
| LUNNIE, CHRISTOPHER | 26 POPLAR AVENUE BRONX NY 10465 |
| MARSAN, DEAN K | 253-11 BRATTLE AVENUE LITTLE NECK NY 11362 |
| MATTESICH, VICTORIA | 60 NORTHGATE PARK RINGWOOD NJ 07456 |
| MORSE, DAVID H. | 6 CHESTNUT AVENUE BRONXVILLE NY 10708 |
| MURPHY, GEORGE | 80 WOODLAND AVE SUMMIT NJ 07901 |
| MURPHY, PAT | 71 HAYES STREET GARDEN CITY NY 11530 |
| MYERS-HENRY, KAREN | 102 BARTHOLDI AVE JERSEY CITY NJ 07305 |
| PRUSINSKI, THOMAS | 72 CANTERBURY GATE LYNBROOK NY 11563 |
| RAHAVY, SEAN | 171 THOMPSON ST #19 NEW YORK NY 10012 |

| Claim Name | Address Information |
|---|---|
| RAIMONDI, RAYMOND R., JR | 301 EAST 79, 7J NEW YORK NY 10075 |
| REES, MATTHEW D. | 155 PRINCE STREET, APT. 2 NEW YORK NY 10012 |
| REILLY, FLINT | 98 INDIAN HILL ROAD WINNETKA IL 60093 |
| RONCAGLIOLO, JACQUELINE S. | 454 RIVER ROAD APARTMENT G NUTLEY NJ 07110 |
| ROSENBERG, ADAM S. | 4 HILLVIEW CIRCLE HOCKESSIN DE 19707 |
| ROWLEY, BETH L | 65 RIDGEFIELD ROAD WILTON CT 06897-3006 |
| RYAN, MAUREEN | 96 COLONIAL STREET EAST NORTHPORT NY 11731 |
| SABIA, DZINTRA I. | 43 MAIN STREET FARMINGDALE NY 11735 |
| SAVIO, VICTORIA E. | 12 MCKESSON HILL RD. CHAPPAQUA NY 10514 |
| SCLAFANI, JOSEPH | 4705 CENTER BLVD APT 1411 LONG IS CITY NY 11109-5679 |
| SCOTLAND, PAULA AKA PAPP, PAULA | 420 ARLENE MARIE LN GARDNERVILLE NV 89460-6567 |
| SHANNON, WILLIAM E | 711 BIRCHWOOD DRIVE WESTBURY NY 11590 |
| SHEA, DEBORAH | 615 EAST 14TH STREET APT. 10F NEW YORK NY 10009 |
| SINGER, JOSEPH P | P.O. BOX 140498 STATEN ISLAND NY 10314 |
| SMEJKAL, FRANK | 1305 BEVERLY STREET HOUSTON TX 77008 |
| SOMERVILLE, LAURA | 25 BANK STREET LONDON E14 5LS UNITED KINGDOM |
| SOMERVILLE, ROBEN L. | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| STANCIU, ELENA | 10 CAXTON STREET FLAT 7 LONDON SW1H 0AQ UNITED KINGDOM |
| TANAKA, TRACY C. | 30 HILLSIDE AVE CEDAR GROVE NJ 07009-1415 |
| TASSAN, LUCA | 28 NEW ATLAS WHARF 3 ARNHEM PLACE LONDON E14 3SS UNITED KINGDOM |
| TILSON, SUSAN N | 172 EDINBURGH CT MATAWAN NJ 07747-1868 |
| TIOMKIN, TAMARA | 205 E 78TH STREET APT 12B NEW YORK NY 10075 |
| TRANCHINA, ERNEST V | 235 BARLOW AVE STATEN ISLAND NY 10308-1510 |
| VALENTI, ROSEMARY | 7752 76TH STREET GLENDALE NY 11385 |
| VASQUEZ, JUAN | 76 VESEY ST NEWARK NJ 07105-1023 |
| WASHINGTON, JANET T. | 151-47 136 AVENUE JAMAICA NY 11434 |
| WEINSTEIN, DANA | 330 WEST 72ND ST. 13C NEW YORK NY 10023 |
| ZUCCONI, LAWRENCE | 65 CORSO ITALIA UNIT B FREEHOLD NJ 07728-9469 |

**Total Creditor count  76**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| AMTD STRATEGIC CAPITAL LIMITED AND AMTD RISK MANAG | ROOMS 2501-03, 25/F, WORLD TRADE CENTRE 280 GLOUCESTER ROAD ATTENTION: RUSKIN CHOW, SVP, BUSINESS DEVELOPMENT CAUSEWAY BAY HONG KONG |
| BOHM, ACHIM | SAARLANDSTR. 25 BOCHUM 44866 GERMANY |
| BUNDESANSTALT FUR FINANZDIENSTLEISTUNGSAUFSICHT | GRAURHEINDORFER STR. 108 BONN 53117 GERMANY |
| CDS FINANZ AG | DR.- REHM - ST. 47 NOUIED WY 82061 GERMANY |
| COMPUTERSHARE HONG KONG INVESTOR SERVICES LIMITED | ATTN: NG YIP CHING JING 46/F HOPEWELL CENTRE 183 QUEEN'S ROAD EAST WANCHAI HONG KONG |
| CREDIT SUISSE (FRANCE) | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (FRANCE) | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CRESCENT 1, L.P. | ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRS FUND, LTD. | ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRS FUND, LTD. | CYRUS CAPITAL PARTNERS ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES FUND, LTD. | ATTN: DAVID A MILLICH 399 PARK AVE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD | ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DELMEE, H.J. AND VERWEIJ, M.S.J. | RODE WEG 80 KALMTHOUT 2920 BELGIUM |
| DENTON SALES & VINCENT | 5 AVENUE PERCIER PARIS 75008 FRANCE |
| DIETZ, HILDEGARD | NEULANDSTR. 11 NURNBERG D90469 GERMANY |
| FINANCIAL SERVICES COMPENSATION SCHEME LIMITED, TH | FAO: JAMES DARBYSHIRE 7TH FLOOR, LLOYDS CHAMBERS 1 PORTSOKEN STREET LONDON E1 8BN UNITED KINGDOM |
| FLUXYS NV | LEGAL DEPARTMENT AVENUE DES ARTS 31 BRUSSELS 1040 BELGIUM |
| GLOBAL CREDIT OPPORTUNITY FUND | SUB ACCOUNT OF PROMARK ALTERNATIVE HIGH YIELD BOND FUND IMC ASSET MANAGEMENT STRAWINS KYLANN 361 1077XX AMSTERDAM THE NETHERLANDS |
| GM SELF-INVESTED PERSONAL PENSION PLAN - G DAVIES | 40-43 CHANCERY LANE LONDON WC2A 1JA UNITED KINGDOM |
| HAYMAN CAPITAL MASTER FUND LP | TRANSFEROR: SEA PORT GROUP SECURITIES LLC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HSBC BANK PLC | C/O BOB KING CORPORATE TRUST AND LOAN AGENCY - LEVEL 24 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HUBERATOR NV | RUE GUIMARD 4 LEGAL DEPARTMENT BRUSSELS B-1040 BELGIUM |
| I.E. JERSEY PROPERTY CO NO 1 LIMITED | 22 GRENVILLE STREET ST. HELIER JERSEY JE4 8PX UNITED KINGDOM |
| JAPAN DIGITAL CONTENTS TRUST, INC. | JUNKO HIRAKAWA CITY-YUWA PARTNERS, ATTORNEYS AT LAW MARUNOUCHI MITSUI BUILDING 2-2- MARUNOUCHI, CHIYODA-KU TOKYO 100-0005 JAPAN |
| JAPAN DIGITAL CONTENTS TRUST, INC. | (ATTN: HIDEKI WAKAMATSU, LEGAL DEPT.) 3-10, TORANOMON 4-CHOME, MINATO-KU TOKYO 105-0001 JAPAN |
| KOYANAGI, KINJI | 376-58 KAWAHARAMACHI MAEBASHI-SHI, GUNMA GUNMA 371-0046 JAPAN |
| KYOBO SECURITIES CO., LTD. | #26-4 YUIDO-DONG YUNGDEUNGPO-GU SEOUL 150-737 SOUTH KOREA |
| MAPLES AND CALDER | SHAUN DENTON PRINCES COURT 7 PRINCES STREET LONDON EC2R 8AQ UNITED KINGDOM |
| MCKAY, JENNIFER & HAROLD WILLIAM JAMES | 2 BALLYHAMPTON COURT LARNE CO. ANTRIM BT40 2PT UNITED KINGDOM |
| MEITAN TRADITION CO., LTD. | 29-17 TOYO 5-CHOME KOTO-KU TOKYO 135-0016 JAPAN |
| MUENDEL, BERND AND GERLINDE | BUSSARDWEG 29 ILLMENAU/OBERPOERLITZ 98693 GERMANY |
| NAGASHIMA OHNO & TSUNEMATSU | KIOICHO BLDG, 3-12 KIOICHO CHIYODA-KU TOKYO 102-0094 JAPAN |
| PHOENIX FUND N.V. | IMC ASSET MANAGEMENT STRAWINSKYLAAN 361 AMSTERDAM 1077XX NETHERLANDS |
| QUARTZ FINANCE PLC - SERIES 2003-3 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC - SERIES 2003-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 147 599 LEXINGTON AVENUE |

| Claim Name | Address Information |
|---|---|
| QUARTZ FINANCE PLC - SERIES 2003-3 | NEW YORK NY 10022 |
| RADAU, RENATE | KAISER STR. 42 HENNEF 53773 |
| RIERA VALERO, VICENTE | PARQUE LIDON 3-7-A CASTELLON 12003 SPAIN |
| ROYAL BANK OF SCOTLAND PLC, THE | 7TH FLOOR, 1 HARDMAN BOULEVARD MANCHESTER M3 3AQ UNITED KINGDOM |
| SALER, JURGEN | TREMMELWEG 6 SPIELBERG B. KNITTELFELD A-8724 AUSTRIA |
| STIBBE, N.V. | P.O. BOX 75640 ATTN: A. VAN DYK 1070 AP AMSTERDAM THE NETHERLANDS |
| SYDBANK | HELLE MORTENSEN, ATTORNEY AT LAW PEBERLY 4 - POSTBOKS 1038 AABENRAA 6200 DENMARK |
| TULLETT PREBON (AUSTRALIA) PTY LTD | LEVEL 36, 60 MARGARET STREET SYDNEY NSW AUSTRALIA |
| UNITED KINGDOM HM REVENUE & CUSTOMS | DEBT MGMT. ENFORCEMENT & INSOLVENCY DURRINGTON BRIDGE HOUSE BARRINGTON ROAD WORTHING WEST SUSSEX BN12 4SE UNITED KINGDOM |
| VARDE FUND VI-A, LP, THE | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| WALDRON, WILLIAM | 70 CHURCH ROAD HALE, LIVERPOOL L24 4BA UNITED KINGDOM |
| WHU, STIFTUNG | WHU FOUNDATION BURGPLATE Z VALLENDAR D56179 GERMANY |

**Total Creditor count  47**