|  |  |
|---|---|
|  | sg6986 |
| UNITED STATES BANKRUPTCY COURT | **Return Date:** October 19, 2011 |
| SOUTHERN DISTRICT OF NEW YORK | **Time:** 10:00 a.m. |

-------------------------------------------------------------X

In re:                                                                    Chapter 11

    LEHMAN BROTHERS                                Case No. 08-13555
        HOLDINGS, INC., et. al.

                Debtor.                              **NOTICE   OF MOTION**

-------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed affirmation of Stuart P. Gelberg, attorney for Michael A. Couch and Melissa A. Couch("Movants"), a motion will be made to a term of this Court to be held on the 19th day of October 2011 at 10:00 a.m. before Bankruptcy Judge James M. Peck at U.S. Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York, for an Order pursuant to 11 U.S.C. Section 362(d)(1) and (2) granting Movant relief from stay and leave to continue its adversary proceeding in the Bankruptcy Court of the Southern District of Ohio, Western Division(Case No. 08-32763: Adv. No. 10-03239); and such other and further relief as may seem just and proper.

Dated:   Garden City, New York
           September 19, 2011

                                                      s/Stuart P. Gelberg
                                                      STUART P. GELBERG, (sg 6986)
                                                      Attorney for Movants
                                                      600 Old Country Road, Suite 410
                                                      Garden City, NY 11530
                                                      (516) 228-4280