UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* <br><br> LEHMAN BROTHERS <br> HOLDINGS, INC., et. al. <br><br> Debtors | Case No. 08-13555 <br> (Jointly Administered) <br><br> ORDER GRANTING RELIEF FROM STAY TO MICHAEL AND MELINDA COUCH TO PURSUE ADVERSARY PROCEEDING IN MOVANTS' PENDING CHAPTER 13 BANKRUPTCY IN THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION |

For good cause shown, Movants Michael Couch and Melissa Couch's ("Movants") Motion requesting Relief from the Automatic Stay filed on September 20, 2011 (Docket #20131) is hereby granted. Movants have alleged that good cause exists for granting the Motion and that all necessary parties were served with the Motion and Notice of Motion in compliance with Bk. Rule 9013 and L.B.R. 9013. Movant has requested relief from the automatic stay to pursue the pending Adversary Proceeding in the Southern District of Ohio, Western Division for Movant's pending Chapter 13 Bankruptcy.(Case No. 3:08-32763). The notice period applicable to the underlying motion has passed and no party filed a response or otherwise appeared in opposition to the Motion.

IT IS, THEREFORE, ORDERED:

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Lehman Brothers Holding Inc.

2. The Motion is granted for relief with the understanding that the Movant is permitted to proceed with the pending Adversary proceeding against Lehman Brothers Holdings Inc, Lehman's related entity, Property Asset Management Inc, and the other named defendants in the Adversary, Ocwen Financial Corporation, Ocwen Loan Servicing, Jacqueline Bailey, and the Clark County Treasurer.

Dated: New York, New York
      October   , 2011

                                                               Hon. James M. Peck