Angelina Lim, Esq. (AL 8845)
JOHNSON POPE BOKOR RUPPELL & BURNS, LLP
911 Chestnut Street
Clearwater, Florida 33756
(727) 461-1818

Counsel for Mark W. Hein

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
In re                                               :        Chapter 11
                                                    :        Case No. 08-13555 (JPM)
LEHMAN BROTHERS HOLDINGS, INC., *et al,*   :
                                                    :
                        Debtors.                    :
------------------------------------------------------------X

## RESPONSE TO DEBTORS' ONE HUNDRED AND SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

      MARK W. HEIN, creditor ("Mr. Hein"), by and through his undersigned counsel, hereby responds to the Debtors' One Hundred and Seventy-Third Objection (Doc. No. 19399)("Objection") and specifically to Objection to Claim No. 4241, (Exhibit A, No. 117 at page 14 of 34) ("Claim") and respectfully states as follows:

      1.    Mr. Hein, *pro se*, submitted a claim for fund held by the Debtor from deferred compensation while Mr. Hein was employed by Shearson/American Express Inc.  Mr. Hein was not provided any documents by his current or former management but was told that the Debtors were liable for his Claim, instead of his funds being transferred to his then current employer, Smith Barney, which was then purchased by Citigroup and /or its entities).

2.      Mr. Hein was not consulted, much less approve of the any of amendments or changes attached to the Debtors' Objection.  He is without knowledge that his claim is controlled by the documents attached to the Objection.

3.      Mr. Hein is currently traveling and cannot easily locate any documentation regarding his claim as any such communication would have been very dated and e-mails that he had in the past regarding this may no longer exist due to the passage of time. Upon Mr. Hein's return, he will file an affidavit in support of his response.

4.      In order to provide the missing documentation, Mr. Hein would respectfully request that this Court authorize him to seek this discovery from the Debtor and Citigroup.  Any agreements between these two parties pertaining to his Claim and those creditor similarly situated with him, would make him an intended third party beneficiary.

5.      There are federal laws and state laws governing employee deferred compensation and it would be patently unfair to wipe away the Claim based upon insufficient documentation when the Debtors know full well that they are in the best position to provide and validate the Claim.

WHEREFORE, MARK W. HEIN, creditor, requests that this Court overrule the

Objection as to Claim No. 4241 and grant such other and additional relief as may be

proper.

Dated: Clearwater, Florida
      September 19, 2011

                              JOHNSON POPE BOKOR RUPPEL
                              & BURNS LLP
                              Angelina E. Lim, Esq. (AL-8845)
                              911 Chestnut Street
                              Clearwater, FL  33756
                              (727) 461-1818

                              By: /s Angelina E. Lim
                                  Counsel for Mark W. Hein

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that a true copy of the foregoing has been served this 19th

day of September, 2011 on parties who receive electronic notice through CM/ECF in this

case.

                        /s/ Angelina E. Lim
                              Angelina E. Lim

(576526\1)