Hearing Date and Time: October 5, 2011 at 10:00 AM (Prevailing Eastern Time)
Objection Response Deadline: September 20, 2011 at 5:00 PM (Prevailing Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re                               :    Chapter 11
                                    :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   (Jointly Administered)
                                    :
        Debtors.
                                    :
------------------------------------X

## DECLARATION OF ROBERT S. GOODMAN
## IN SUPPORT OF RESPONSE OF KREISSPARKASSE HEINSBERG

Pursuant to 28 U.S.C. § 1746, Robert S. Goodman, declares and says:

1.  I am a member of Mound Cotton Wollan & Greengrass, attorneys for Claimant Kreissparkasse Heinsberg ("KSK Heinsberg") and submit this Declaration in support of KSK Heinsberg's Response to the Debtors' One Hundred Sixty-Fourth Omnibus Objection to Claims.

2.  Annexed hereto as Exhibit 1 is a copy of Proof of Claim No. 60569 filed by KSK Heinsberg.

3.  Annexed hereto as Exhibit 2 is a copy of Amended Proof of Claim No. 67654 filed by KSK Heinsberg which amends Proof of Claim No. 60569.

4.  Annexed as Exhibit 3 is a copy of Proof of Claim No. 60631 as to which the Debtors allege that KSK Heinsberg's Claim is duplicative.

5.  KSK Heinsberg submits that a comparison of KSK Heinsberg's Proof of Claim as amended and Claim No. 60631 shows that KSK Heinsberg's Claim is not duplicative of the claims in Claim No. 60631.

6.     I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
         September 20, 2011

                                                           */s/ Robert S. Goodman*
                                                          ROBERT S. GOODMAN