MOUND COTTON WOLLAN & GREENGRASS
Arthur M. Handler, Esq.
Robert S. Goodman, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 804-4200
Facsimile: (212) 344-8066
Email: ahandler@moundcotton.com
Email: rgoodman@moundcotton.com

Attorneys for Claimant Kreissparkasse Heinsberg

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                    :
In re                                               :
                                                    :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    Case No. 08-13555 (JMP)
                                                    :    (Jointly Administered)
                        Debtors.                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CERTIFICATE OF SERVICE

I, Robert S. Goodman, certify that copies of the Response of Claimant Kreissparkasse Heinsberg to the Debtors' One Hundred Sixty-Fourth Omnibus Objection to Claims and the Declaration of Robert S. Goodman dated September 20, 2011 were served on counsel for the parties in this action by electronic mail through the Court's electronic filing system on September 20, 2011 and by hand delivery on September 20, 2011 to the following:

> Chambers of the Honorable James M. Peck
> Courtroom 601
> One Bowling Green
> New York, New York 10004

Robert J. Lemons, Esq.
Lee J. Goldberg, Esq.
Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank Tweed, Hadley & McCloy LLP
Attorneys for the Official Committee of Unsecured Creditors
   appointed in these cases
1 Chase Manhattan Plaza
New York, New York 10005

Dated: New York, New York
    September 20, 2011

                                           Robert S. Goodman