**BRUCE J. DUKE, LLC**
By: Bruce J. Duke, Esquire
4201 Grenwich Lane
Mt. Laurel, NJ 08054
(856) 701-0555 – Telephone
(609) 784-7823– Facsimile
Attorney for Claimants Rick L. Gabelman,
Rudolph Hlavek and James Gardner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------x
In re                                                          **CHAPTER 11**

**LEHMAN BROTHERS**                          **CASE NO. 08-13555-JMP**
**HOLDINGS INC.**, *et al.*,
                                                               **(Jointly Administered)**
                    **Debtors.**
-----------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Bruce J. Duke, Esq., do hereby certify that:

1) I am an attorney and counsel to Rick Gabelman, Rudolph Hlavek and James Gardner, creditors in this action. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 20th day of September, 2011, I caused a copy of the Response and Objection of Claimants Rick L. Gabelman (Claim Nos. 6238 and 6239), Rudolph Hlavek (Claim No. 7957) and James Gardner (Claim Nos. 6512 and 6590) in Opposition to Debtors' One Hundred Seventy Third Omnibus Objection to Claims (No Liability Employee Claims) to be served via facsimile and Federal Express on the parties shown on the attached service list.

                                                          /s/ Bruce J. Duke
                                                            Bruce J. Duke, Esq.

Dated: September 20, 2011

## SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Office of the US Trustee
Attn: Andrew D Velez-Rivera
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtors*

Milbank, Tweed, Hadley & Mccloy LLP
Attn: Dennis Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for the Unsecured Creditors' Committee*