# EXHIBIT
# A



 <settlements@grangesecuri
ties.com.au>

12/06/2007 05:08 PM

To  <Julie.holder@inverell.nsw.gov.au>

cc

bcc

Subject  Grange Securities Contract Note - G64449

Tuesdl ay, 12 June 2007
**Reference Number:** G64449
**Dealer:** Stewart Calderwood
Inverell Shire Council
Administrative Centre
PO Box 138
INVERELL NSW 2360

## Contract Note

**Attention:** Ms Julie Holder
Dear Ms Julie Holder
We confirm having SOLD to you the following security

| | |
|---|---|
| Currency | AUD |
| Settlement Date | Wednesday, 13 June 2007 |
| Type | Principal Protected Property Note |
| Stock Issuer | Lehman Brothers Treasury Co. B.V. |
| Maturity | Monday, 15 June 2009 |
| Final Maturity | Not Applicable |
| Coupon | One year BBSW + 0.00 bps |
| Coupon Frequency | 1 per year |
| Yield | One year BBSW + 0.00 bps |
| Face Value | $300,000.00 |
| Capital Price (Per $100 Face Value) | 100.000 |
| Accrued Interest (Per $100 Face Value) | 0.000 |
| Gross Price (Per $100 Face Value) | 100.000 |
| One year BBSW | 6.4550% |
| Swap Rate | 6.8300% |
| Bill Rate | 6.4550% |
| Total Consideration | $300,000.00 |

Settlement Instructions:

This transaction did not take place in the ordinary course of business at a stock market.This confirmation is issued subject to the correction of errors or omissions; it is computer generatl ed and therefore issued unsigned.Thank you for transacting this business with our company.GRANGE SECURITIES LIMITED

| SYDNEYL33, 264 George StreetSydney NSW 2000GPO Box 83Sydney NSW 2001Tel: (02) 8259 4800Fax: (02) 8259 4811 | MELBOURNEL25, 333 Collins StreetMelbourne VIC 3000PO Box 247 Collins St WestMelbourne VIC 8007Tel: (03) 0613 8000Fax: (03) 8613 8001 | BRISBANEL38, 123 Eagle StreetBrisbane QLD 4000GPO Box 1893Brisbane QLD 4001Tel: (07) 3229 5177Fax: (07) 3229 4738 | PERTHL17, 37 St George's TcePerth WA 6000GPO Box 2521Perth WA 6001Tel: (08) 9220 5600Fax: (08) 9220 5611 | **Grange Securities Limited**ABN 12 066 797 760Market Participant of theAustralian Stock Exchange LtdAFS Licence 246572 www.grangesecurities.com.au |
|---|---|---|---|---|

TERMS AND CONDITIONS OF DEALING WITH GRANGE SECURITIESThe client has agreed to be bound by the terms and conditions below.This contract note is issued by Grange Securities Limited ABN 12 066 797 760 ('Grange Securities').All transactions are subject to the Rules, directions, decisions and requirements of the ASX, the Clearing Rules and Settlement Rules and are subject to the customs and usages of the market and the correction of errors and omissions.Fees & ChargesGrange Securities acts as principal when we buy and sell fixed interest securities in the secondary markets. The yield that we quote to you incorporates any margin that we will receive. The margin isthe difference between the price at which we, as principal, buy the security and the price at which we sell the security to you. Grange Securities may also receive placement fees from issuers for securities on their behalf.PurchasesThe Client shall pay for purchases in full including all brokerage, taxes, costs, duties and charges prior to the settlement date. Payment in cash is not permitted. Where the client fails to pay for purchases by the due date, Grange Securities is entitled to pass on to the client all costs incurred as a result. Securities will not be registered in the clients name until payment has been made in full. This contract note constitutes notice to the client that Gran l ge Securities may deposit the securities