# EXHIBIT B



Australia and New Zealand Banking Group Limited
15/100 Queen Street
Melbourne
Victoria 3000
Australia

Telephone 1800 288 891

15-September-2011

SUBJECT:    INVERELL SHIRE COUNCIL
            LEHMAN BROTHERS TRE VAR 15/06/09 ISIN XS0305158031

To Whom It May Concern,

We would like to confirm an individual parcel of holdings on behalf of the above client.

We as ANZ Banking Group Ltd provide a custodial service to this client via our Clearstream account 89583. We hold an individual parcel of 300,000 units of the above security in a larger net pool of 5,210,000 units and can confirm this client's holding. This has been under our custody on behalf of the client from 21 November 2008 and has not been traded since.

Please see attached Statement of Holdings which verifies this from a legal perspective.

Regards

Tim Johnston, Global Head of Fixed Income Service

Australia and New Zealand Banking Group Limited ABN 11 005 357 522

"This letter and any attachments to it (the "Communication") is, unless otherwise stated, confidential, may contain copyright material and is for the use only of the intended recipient. If you receive the Communication in error, please notify the sender immediately by return e-mail, delete the Communication and the return e-mail, and do not read, copy, retransmit or otherwise deal with it. Any views expressed in the Communication are those of the individual sender only, unless expressly stated to be those of Australia and New Zealand Banking Group Limited ABN 11 005 357 522, or any of its related entities including ANZ National Bank Limited (together "ANZ"). ANZ does not accept liability in connection with the integrity of or errors in the Communication, computer virus, data corruption, interference or delay arising from or in respect of the Communication."



Australia and New Zealand Banking Group Limited
15/100 Queen Street
Melbourne
Victoria 3000
Australia

Telephone 1800 288 891

Inverell Shire Council
144 Otho Street
Inverell
New South Wales 2360
Australia

Dear Sir/Madam

**Re: Statement of Holdings**

The following securities were held on your behalf as at 21 November 2008

| Security Description | ISIN | Holding |
|---|---|---|
| LEHMAN BROTHERS TRE VAR 15/06/09 | XS0305158031 | 300,000 |

Please contact ANZ Market Operations on 1800 288 891 or safecustodyoperations@anz.com if you have any queries.

Regards

**Safe Custody Operations**

Australia and New Zealand Banking Group Limited ABN 11 005 357 522

"This letter and any attachments to it (the "Communication") is, unless otherwise stated, confidential, may contain copyright material and is for the use only of the intended recipient. If you receive the Communication in error, please notify the sender immediately by return e-mail, delete the Communication and the return e-mail, and do not read, copy, retransmit or otherwise deal with it. Any views expressed in the Communication are those of the individual sender only, unless expressly stated to be those of Australia and New Zealand Banking Group Limited ABN 11 005 357 522, or any of its related entities including ANZ National Bank Limited (together "ANZ"). ANZ does not accept liability in connection with the integrity of or errors in the Communication, computer virus, data corruption, interference or delay arising from or in respect of the Communication."