# EXHIBIT E

## Annabel Vadasz

**From:** Charmaine Auld [Charmaine.Auld@asx.com.au] on behalf of Exigo [Exigo@asx.com.au]
**Sent:** Monday, 14 March 2011 11:51 AM
**To:** Annabel Vadasz
**Subject:** RE: Reference number request

Yes, the Series ID as well as the ISIN is what identifies the security when Depositing/Trading on Austraclear.

Regards

Charmaine

---

**From:** Annabel Vadasz [mailto:AVadasz@piperalderman.com.au]
**Sent:** Monday, 14 March 2011 11:50 AM
**To:** Exigo
**Subject:** RE: Reference number request

Charmaine,

Is this the number that would be used when a deposit was being made through Austraclear?

Annabel Vadasz
Associate | Piper Alderman


PiperAlderman

t +61 2 9253 9962 | f +61 2 9253 9900
avadasz@piperalderman.com.au | www.piperalderman.com.au

---

**From:** Charmaine Auld [mailto:Charmaine.Auld@asx.com.au] **On Behalf Of** Exigo
**Sent:** Monday, 14 March 2011 10:50 AM
**To:** Annabel Vadasz
**Subject:** RE: Reference number request

Annabel,
Please disregard what I said in my earlier email. The paperwork was not in the file. There appears to have been a second series with the ISIN XS0305158031. The Austraclear Series ID was LBTG02.

Apologies for the confusion.

Regards

Charmaine Auld

---

**From:** Annabel Vadasz [mailto:AVadasz@piperalderman.com.au]
**Sent:** Monday, 14 March 2011 10:33 AM
**To:** Exigo
**Subject:** RE: Reference number request

Charmaine,

Thank you for your quick response.

Does this mean that this product was never deposited through Austraclear?

Thank you,

Annabel Vadasz
Associate | Piper Alderman

 PiperAlderman

t +61 2 9253 9962 | f +61 2 9253 9900
avadasz@piperalderman.com.au | www.piperalderman.com.au

**From:** Charmaine Auld [mailto:Charmaine.Auld@asx.com.au] **On Behalf Of** Exigo
**Sent:** Monday, 14 March 2011 10:18 AM
**To:** Annabel Vadasz
**Subject:** RE: Reference number request

Annabel,

According to our system, we are unable to locate having this ISIN on Austraclear and therefore have no reference to provide you.

The only Global we are able to locate was ISIN XS0300691457 with Series ID LBTG01.

Regards

Charmaine Auld

---

**From:** Annabel Vadasz [mailto:AVadasz@piperalderman.com.au]
**Sent:** Monday, 14 March 2011 9:09 AM
**To:** Exigo
**Cc:** Amanda Banton
**Subject:** Reference number request

Dear Charmaine,

Further to our telephone conversation this morning, I am seeking the Austraclear reference number for the following product:

ISIN: XS0305158031.

Common Code: 030515803

This product is one of the Lehman Brothers products which I understand will be in your archives.

If you could get back to me today, that would be very much appreciated.

Please let me know if you need any further information.

Regards,

Annabel Vadasz
Associate | Piper Alderman

 PiperAlderman

t +61 2 9253 9962 | f +61 2 9253 9900
avadasz@piperalderman.com.au | www.piperalderman.com.au

*******************************************************

WARNING: This e-mail is from Piper Alderman.
The contents are confidential and may be protected by legal
professional privilege. If you have received this e-mail in error,
please reply to us immediately and delete the document.
*******************************************************

This message has been scanned by SurfControl plc. www.surfcontrol.com

PRIVACY COLLECTION STATEMENT
ASX uses and discloses your personal information only for the purpose for
which you provided it. Your personal information will not be disclosed or used
for any other purpose unless you consent or ASX is otherwise permitted to do
so under the Privacy Act 1988 (Cth).

CONFIDENTIAL EMAIL
The information in this email is confidential and may be privileged or subject
to copyright. It is intended for the exclusive use of the addressee(s). If you
are not an addressee, do not copy, distribute or otherwise act on the email.
If you have received the email in error, please contact the sender immediately
and delete the email. The unauthorised use of this email may result in
liability for breach of confidentiality, privilege or copyright. E-mail
transmissions cannot be guaranteed to be secure or error-free as information
could be intercepted, corrupted, lost, destroyed, arrive late or incomplete,
or contain viruses. The sender therefore does not accept liability for errors
or omissions in the contents of this message which arise as a result of e-mail
transmission.

Click here to report this email as spam.

PRIVACY COLLECTION STATEMENT
ASX uses and discloses your personal information only for the purpose for
which you provided it. Your personal information will not be disclosed or used
for any other purpose unless you consent or ASX is otherwise permitted to do
so under the Privacy Act 1988 (Cth).

CONFIDENTIAL EMAIL
The information in this email is confidential and may be privileged or subject
to copyright. It is intended for the exclusive use of the addressee(s). If you
are not an addressee, do not copy, distribute or otherwise act on the email.
If you have received the email in error, please contact the sender immediately
and delete the email. The unauthorised use of this email may result in
liability for breach of confidentiality, privilege or copyright. E-mail
transmissions cannot be guaranteed to be secure or error-free as information
could be intercepted, corrupted, lost, destroyed, arrive late or incomplete,
or contain viruses. The sender therefore does not accept liability for errors
or omissions in the contents of this message which arise as a result of e-mail
transmission.

PRIVACY COLLECTION STATEMENT
ASX uses and discloses your personal information only for the purpose for
which you provided it. Your personal information will not be disclosed or used
for any other purpose unless you consent or ASX is otherwise permitted to do
so under the Privacy Act 1988 (Cth).

CONFIDENTIAL EMAIL