# EXHIBIT F

## Parvaneh

**From:** Alexander Johnson [AJohnson@piperalderman.com.au]
**Sent:** Tuesday, March 29, 2011 8:41 PM
**To:** Eckols, Erin
**Subject:** RE: Lehman -- Inverell Shire Council

Erin,

Thank you for your confirmation.

Kind regards,

Alex

Alexander Johnson
Lawyer | Piper Alderman

 PiperAlderman

t +61 2 9253 9907 | f +61 2 9253 9900
ajohnson@piperalderman.com.au | www.piperalderman.com.au

---

**From:** Eckols, Erin [mailto:erin.eckols@weil.com]
**Sent:** Wednesday, 30 March 2011 10:16 AM
**To:** Alexander Johnson
**Cc:** Eckols, Erin; O'Connor, John; Burton, Casey
**Subject:** Lehman -- Inverell Shire Council

Alex --

As a follow-up to our conversation, this confirms that the Debtors withdraw without prejudice the Ninety-Second Omnibus Objection to Claims (No Blocking Number Claims) as to Inverell Shire Council's claim 18687 (the "Claim"). The Claim will appear on the exhibit of "withdrawn objections" that is attached to the final order submitted at Thursday's claims hearing. Also, as discussed, the Debtors reserve their rights to object to the Claim on any basis in the future.

If you have any questions, please do not hesitate to contact me.

Best regards,
Erin



Erin Eckols

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300

9/19/2011

Dallas, TX 75201-6950
erin.eckols@weil.com
+1 214 746 7734 Direct
+1 214 746 7777 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

Click here to report this email as spam.

---

******************************************************************
WARNING: This e-mail is from Piper Alderman.
The contents are confidential and may be protected by legal
professional privilege. If you have received this e-mail in error,
please reply to us immediately and delete the document.
******************************************************************


This message has been scanned by SurfControl plc. www.surfcontrol.com

9/19/2011