## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                        ) ss.:
COUNTY OF SUFFOLK        )

MELISSA SCHNETTLER, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides at Coram, New York.

That on the 20th day of September, 2011, deponent served the annexed *Objection of Inverell Shire Council to Debtor's One Hundred Eightieth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) and to Debtor's Notice of Proposed Allowed Claim Amount* upon the following at the address set forth below:

*Weil, Gotshal & Manges, LLP*
*Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.*
*767 Fifth Avenue*
*New York, New York 10153*

*Office of the United States Trustee for Region 2*
*Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.*
*33 Whitehall Street, 21st Floor*
*New York, New York 10004*

*Official Committee of Unsecured Creditors*
*c/o Milbank, Tweed, Hadley & McCloy LLP*
*Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.*
*1 Chase Manhattan Plaza*
*New York, New York 10005*

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Melissa Schnettler  
MELISSA SCHNETTLER

Sworn to before me this  
20th day of September, 2011

/s/ Donna L. Grillo  
   NOTARY PUBLIC

DONNA L. GRILLO  
Notary Public, State of New York  
No. 01GR6042239  
Qualified in Nassau County  
Commission Expires May 22, 20<u>14</u>