UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
IN RE:                          :
                                :   Chapter 11
                                :
LEHMAN BROTHERS HOLDINGS, INC., *et*   :
*al.*,                          :   Case No. 08-13555 (JMP):
                                :   (Jointly Administered)
        Debtors.                :
                                :
------------------------------- x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

    Gerri M. Ganz, being duly sworn, deposes and says:

    I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

    On September 20, 2011 I served a copy of the document referenced below by causing a true and correct copy of the same to be sent by facsimile and first-class mail, to the parties listed on **Exhibit A**.

**DOCUMENT 1:**  RESPONSE AND OBJECTION OF WILLIAMS GAS MARKETING, INC. TO DEBTORS' ONE HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS) (DOCKET NO. 20145).

                                      */s/ Gerri M. Ganz*
                                      Gerri M. Ganz

Sworn to before me this 20th
day of September 2011.

/s/ Jocelyn Keynes
Jocelyn Keynes
Notary Public, State of New York
No. 02KE6039345
Qualified in New York County
Commission Expires 5/25/14

{00155685.1 / JK100}

## **Exhibit A**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq., Lee J. Goldberg, Esq.
Facsimile: 212-310-8007

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq
Facsimile: 212-668-2255

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis O' Donnell, Esq., Evan Fleck, Esq.
Facsimile: 212-822-5770
          212-822-5287