**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **Case No. 08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------------x

**CREDITOR RGM TRADING INTERNATIONAL LIMITED'S RESPONSE TO NOTICE**
**OF HEARING OF DEBTORS' ONE HUNDRED NINETY-SIXTH OMNIBUS**
**OBJECTION TO CLAIMS (INFERRED DEBTOR CLAIMS)**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Creditor RGM Trading International Limited ("RGM"), in Response to the Notice of Hearing of Debtors' One Hundred Ninety-Sixth Omnibus Objection to Claims (Inferred Debtor Claims) ("Response") by its attorneys Hoguet Newman Regal & Kenney, LLP, responds as follows:

1.     RGM intended to assert its unsecured claim number 15035, in the amount of $1,235,934.44, against the Debtor Lehman Brothers Holding Inc. in case number 08-13555 (JMP).

2.     Because Debtors have correctly inferred RGM's intent, RGM agrees with Debtors and respectfully joins in Debtors' request that RGM's unsecured claim number 15035, for $1,235,934.44, be modified to reflect that it is asserted against Lehman Brothers Holdings Inc., Case Number 08-13555 (JMP).

00043229.1

Respectfully submitted,

HOGUET NEWMAN REGAL & KENNEY, LLP
10 E. 40th Street
New York, NY 10016
Telephone: 212.689.8808
Email: JRievman@hnrklaw.com

By:    s/ Joshua D. Rievman
        Joshua D. Rievman (JR-0539)
        *Attorneys for Creditor*
        *RGM Trading International Limited*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing response is being filed using the CM/ECF system and the parties listed below were served by first-class mail on September 16, 2011.

**DEBTOR'S COUNSEL**
Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

**U.S. TRUSTEE:**
United States Trustee  for Region 2
Attn.: Tracey Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz
33 Whitehall Street, 21st Floor
New York, NY 10004

**CREDITOR COMMITTEE:**
Counsel for Unsecured Creditors' Committee
Attn.: Dennis D. Dunne, Esq. Dennis O'Donnell, Esq., Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*/s/ Joshua D. Rievman*
Joshua D. Rievman