**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :
            **Debtors.**                            :        **(Jointly Administered)**
                                                    :
-------------------------------------------------------------------------x        **Ref. Docket No. 20076**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757
    Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not
    a party to the above-captioned action.

2.  On September 16, 2011, I caused to be served the "Stipulation to Withdraw Proof of Claim
    Number 24151," filed on September 16, 2011 [Docket No. 20076], by causing true and
    correct copies to be:

        a.  delivered via facsimile to those parties listed on the annexed <u>Exhibit A</u>, and

        b.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.


                                                    */s/ Panagiota Manatakis*
Sworn to before me this                             Panagiota Manatakis
20th day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

| Fax | Name |
|-----|------|
| 18602402576 | MICHALE REILLY |
| 13123459979 | SVEN NYLEN |

**EXHIBIT B**

michael.reilly@bingham.com
sven.nylen@klgates.com