UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
Debtors.                                                          :
                                                                  :    Ref. Docket No. 20083
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 16, 2011, I caused to be served the "Stipulation and Agreement Among the Debtors, the Bank of New York Mellon Trust Company, N.A., and Main Street Natural Gas, Inc.," dated September 16, 2011 [Docket No. 20083], by causing true and correct copies to be:

    a. delivered via facsimile to those parties listed on the annexed Exhibit A, and

    b. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
20th day of September, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Bank of New York Mellon NOP_DI 20083_AFF_9-16-11.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
FAX SERVICE LIST

| Fax | Name |
|---|---|
| 12127158000 | GREGORY HOROWITZ |
| 12127158000 | AMY CATON |
| 14048817777 | JOHN WEITNAUER |

**EXHIBIT B**

GREGORY A. HOROWITZ
AMY CATON
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
ATTORNEYS FOR THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A., AS INDENTURE TRUSTEE FOR THE MAIN
STREET BONDS


JOHN C. (KIT) WEITNAUER
ALSTON & BIRD LLP
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GEORGIA 30309
ATTORNEYS FOR MAIN STREET NATURAL GAS, INC.