September 7th, 2011

From : Tinant Danielle
16 Avenue des Tilleuls
1640 Rhode Saint Genèse
Belgium
Phone: 00-32-478-888-201
E-mail: danielletinant@yahoo.fr

To : The current Deputy (Linda) of the
Honorable James M. Peck, Judge.
One Bowling Green, New York
New York 10004
Courtroom 601

Subject: Clarifications on the notice in appendix of this letter.
The notice is related to my claim 64460.
The case is: chapter II case no. 08-13555(JMP).
The Originator of the notice is : US Bankruptcy Court, Southern District of New York.

Dear,

Could you please be so kind to send me by letter or by email clarifications on the notice in appendix?

My questions are:

1) Does the notice mean that, if I agree with the proposed Allowed Claim Amount for my Claim, I am 100% sure to get the total amount of $20,309.79 on my bank account, or will this amount be spread over several creditors?

2) Who is voting (see p.2/3 of the appendix) and what can be the issues of the vote and its impact on the "distributions under the plan". In fact what can be the impact of the vote on the amount I would actually get on my bank account?

3) Does the content of the notice in appendix mean that I do not need anymore to participate, physically or telephonically, to the hearing on Debtors' One hundred forty-third omnibus objection to claims (late-filed Claims) that was scheduled initially for July 21, 2011, at 10:00 a.m. (Prevailing Eastern Time), and adjourned to September 28, 2011, at 10:00 a.m. (Prevailing Eastern Time)?

Many thanks in advance for your answer.

Regards,

Danielle Tinant

RECEIVED SEP 12 2011 BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al.,               : 08-13555 (JMP)
                                    Debtors.         : (Jointly Administered)
---------------------------------------------------------------x

LBH LPSNTC 08-22-2011 (MERGE2,TXNUM2) 4000111929 BAR(23) MAIL ID *** 000051140817 *** *** BSIUSE: 1401
TINANT, DANIELLE
AV. DES TILLEULS 16
RHODE-ST-GENES 1640
BELGIUM

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE PROPOSED ALLOWED CLAIM AMOUNT.

## NOTICE OF PROPOSED ALLOWED CLAIM AMOUNT

| Creditor Name and Address: | Claim Number | Proposed Allowed Claim Amount |
|---|---|---|
| TINANT, DANIELLE<br>AV. DES TILLEULS 16<br>RHODE-ST-GENES 1640<br>BELGIUM | 64460 | $20,319.79 |

PLEASE TAKE NOTICE that, on August 10, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Order Approving the Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.* [Docket No. 19120] (the "Order") which provides for procedures for the determination of the allowed amount of the portion of the claim referenced above (the "Claim") that is based on a structured security for purposes of voting and distributions under the debtors' (the "Debtors")[1] proposed chapter 11 plan (the "Plan") in the above-referenced case.

Pursuant to the procedures approved in the Order, Lehman Brothers Holdings Inc. ("LBHI") proposes that the allowed amount of the portion of the Claim that is based on a structured security shall be the amount set forth above under the heading "PROPOSED ALLOWED CLAIM AMOUNT." The Debtors calculated the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies, a copy of which is available for review on www.lehman-docket.com, and is also attached to the motion [Docket No. 18127] (the "Motion") related to the Order. A detailed calculation of the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies is included on Exhibit A annexed hereto. The Proposed Allowed Claim Amount does not have any affect on the portion of your claim that is not based on a structured security.

The Official Committee of Unsecured Creditors of LBHI and its affiliated debtors filed a statement relating to the Motion. The *Statement of Official Committee of Unsecured Creditors In Response to*

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Debtors' Amended Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures For Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc, [Docket No. 19042] is available at www.lehman-docket.com on the "Case Information" page.

If you do NOT dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you do NOT need to file a written response and your claim will be allowed in such amount for the purposes of voting and distributions under the Plan.

If you DO dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you MUST deliver a written response (a "Response") so that such Response is <u>actually received</u> no later than 4:00 p.m. October 25, 2011 (the "Response Deadline") by (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, New York, NY 10020 (Attn: Holly Clack and Tina Pederson), (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Alfredo R. Perez, Esq. and Mark Bernstein, Esq.) and (iii) Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Evan R. Fleck, Esq. and Matthew Brod, Esq.).

Your Response, if any, must contain at a minimum the following: (i) the name of the claimant; (ii) the claim number that is the subject of the Response; (iii) a concise statement setting forth the grounds for such Response; (iv) the address(es) to which LBHI must return any reply to your Response, if different from that presented in the proof of claim; and (v) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

IF YOU DO NOT DELIVER A RESPONSE BY THE RESPONSE DEADLINE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE PORTION OF YOUR CLAIM BASED ON A STRUCTURED SECURITY BEING ALLOWED FOR PURPOSES OF VOTING AND DISTRIBUTIONS UNDER THE PLAN IN THE PROPOSED ALLOWED CLAIM AMOUNT. THE MOTION DOES NOT HAVE ANY AFFECT ON THE PORTION OF YOUR CLAIM THAT IS NOT BASED ON A STRUCTURED SECURITY.

IF YOU SUBMIT A RESPONSE AND THE DEBTORS AND YOU ARE UNABLE TO RESOLVE ANY DISPUTES REGARDING THE PROPOSED ALLOWED CLAIM AMOUNT, THE MOTION WILL BE DEEMED AN OBJECTION TO YOUR CLAIM. THE DEBTORS MAY SEEK TO HAVE SUCH OBJECTION TO YOUR CLAIM RESOLVED EITHER BY THE COURT OR THROUGH THE COURT-APPROVED MEDIATION PROCEDURES.

CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: August 24, 2011
New York, New York

## Exhibit A

Claim # 64460
TINANT, DANIELLE

### Calculation of Proposed Allowed Claim Amount

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount[2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| XS0218304458 | CA67719 | $146,983,173.33 | 91.1533% | $133,979,961.59 | 0.0152% | $20,319.79 |
| | | | | | Aggregate Proposed Allowed Claim Amount: | $20,319.79 |
| | | | | Claim Amount, as filed (portion based on Structured Security only): | | $0.00 |

[2] Calculated in accordance with the Structured Securities Valuation Methodologies.