United States Bankruptcy Court                                    September 12, 2011
Southern District of New York
In re Lehman Brothers Holdings Inc et al, Debtors
Chapter 11 case no 08-13555 ( JMP)


Objection to the request by the debtor to disallow and expunge the following claim
numbers :
9607
9608
9609
9610

Claimant – Saul H Spital           Basis – Employee Severance agreement
              10 Jeanine Court
              Manalapan NJ 07726

Lehman Brothers Holdings Inc. was responsible for issuing my severance agreement , a
copy of which was previously attached to the initial claim filings. LBHI administered all
of the employee benefit plans and is responsible for all monies owed to me as stated in
the agreement.
The salary severance payments were stopped in October, 2008, and should be included in
the claims against LBHI, along with the partnership awards and the retirement medical
plan continuation.
Please accept this written response to represent my legal opposition to the disallowance
and expungement of my claim numbers shown above.

Thank you

Saul H Spital



RECEIVED
SEP 1 4 2011
U.S. BANKRUPTCY COURT, SDNY
JMP