To the Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York

Chapter 11 Case No
08-13555 (JMP)

In re
Lehman Brothers Holdings Inc, et al.,
　　　　　Debtors

RECEIVED SEP 14 2011 U.S. BANKRUPTCY COURT, SDNY JMP

Claimant: Michael J. Stypo
31 Shore Dr West
Copiague, N.Y. 11726
Claim Number 15580
Amount of Claim #775,590.22

I oppose the disallowance and expungement of my claim.

The reason for my opposition — my original agreement was made with Shearson Lehman Bros and eventually became the obligation of Lehman Brothers Inc. which Lehman Brothers Holdings Inc. depleted of its assets through fraud and miss management and therefore destroyed the value of my plan.

Thank you,
Michael J. Stypo     Sept 11, 2011

Copies (1) Weil Gotshal & Manges LLP
(2) The Office of the United States Trustee for Region 2
(3) Milbank, Tweed, Hadley & McCloy LLP