UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                      :        Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDING INC., *et al.*,    :        08-13555 (JMP)
                                           :
                        Debtors.           :        Claim # 2542
----------------------------------------------------------x

### Objection to Debtors's One Hundred Seventy-Fifth Omnibus Objection to Claims

I, Nao Takano, hereby object to Debtors's One Hundred Seventy-Fifth Omnibus Objection to Claims, due to the fact that my claim for pension funds in the amount of $294.41 is valid, pursuant to my employment with Aurora Loan Services, LLC, a subsidiary of Aurora Bank FSB, formally know as Lehman Brother's Bank.

Claimant

_Nao Takano_          9/9/2011

Nao Takano



RECEIVED SEP 14 2011 U.S. BANKRUPTCY COURT, SDNY JMP