UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDING INC., *et al.*,            :    08-13555 (JMP)
                                                   :
              Debtors.                             :    Claim # 2543
----------------------------------------------------------------x

### Objection to Debtors's One Hundred Seventy-Fifth Omnibus Objection to Claims

I, Nao Takano, hereby object to Debtors's One Hundred Seventy-Fifth Omnibus Objection to Claims, due to the fact that my claim for the claim amount of $ 8,122.61 is valid.

Claimant

_____          9/9/2011

Nao Takano