September 2, 2011

Honorable James M. Peck
One Bowling Green
New York, NY 10004
Court Room 601

Dear Judge Peck,

I am responding to the attached notice re: Lehman Brothers Holding Inc. I oppose the disallowance and expungement of my claim, as identified by the following:

| | |
|---|---|
| Claim Number: | 7716 |
| Date Filed: | 8-7-2009 |
| Debtor: | 08-13555 |
| Classification Amount: | Priority $45,201.61 |

I forfeited current income during my working years in exchange for the guarantee of retirement income over a 10 year period beginning in the year 2000. The checks that I did receive came from Lehman Brothers' Payroll Department. This compensation had represented a significant portion of my annual retirement income. I am now 80 years old.

I do not understand why this claim could potentially be disallowed and expunged. I initially sent a claim to Lehman Brothers Inc, at the direction of Epiq Systems, but was later told to file under Lehman Brothers Holdings. If these two entities are not the correct debtor, who then is?

I have mailed a copy of this response to the 4 parties listed on your enclosed notice.

Robert D. Morrison
965 Holiday Ct. S
Salem, OR 97302
(503) 364-9520
armenia3@comcast.net



RECEIVED SEP 1 5 2011 U.S. BANKRUPTCY COURT, SDNY JMP

------------------------------------X
                                    :
In re                               :  Chapter 11 Case No.
                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :  08-13555 (JMP)
                                    :
         Debtors.                   :  (Jointly Administered)
                                    :
------------------------------------X

LBH OMNI173 08-19-2011 (MERGE2,TXNUM2) 4000054368 BAR(23) MAIL ID *** 000050941671 *** BSIUSE: 290

MORRISON, ROBERT D.
905 HOLIDAY C.T.S
SALEM, OR 97302

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, ESQ., AT 212-310-8323.

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY EMPLOYEE CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:** MORRISON, ROBERT D. 905 HOLIDAY C.T.S SALEM, OR 97302 | **Claim Number:** | 7716 |
| | **Date Filed:** | 8/7/2009 |
| | **Debtor:** | 08-13555 |
| | **Classification and Amount:** | PRIORITY: $ 45,210.61 |

PLEASE TAKE NOTICE that, on August 19, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it was filed against the Debtors asserting claims for deferred compensation that are not liabilities of the Debtors. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on September 20, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.