Robert Forfia
36 Day Court
Mahwah, New Jersey 07430

Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

September 13, 2011

Re: Claim Number 22939

Dear Judge Peck,

In response to the notice of August 19, 2011 (copy attached) to disallow and expunge my claim against Lehman Brothers Holdings Inc., et al. from the United States Bankruptcy Court Southern District of New York, Chapter 11 case number 08-13555 (JMP), (jointly administered), debtors' one hundred seventy-third omnibus objection to claims, I request my claim NOT be disallowed and expunged.

As an employee of Lehman Brothers I earned deferred compensation that was to be paid out to me in the amount of $131,866 per year. I have not received my deferred compensation for the years 2008-2011, for a total of $527,464. The claim I submitted on September 21, 2009 included the documentation for my claim.

Please respond to me with the acknowledgment that my claim will not be disallowed and expunged.

Very truly yours,

Robert Forfia

CC Weil, Gotshal & Manges, LLP
   Office of the US Trustee for Region 2
   Millbank Tweed Hadley & McCloy, LLP

RECEIVED SEP 16 2011 U.S. BANKRUPTCY COURT, SDNY JMP

2011-09-22 15:39           FORF    20389191! >> Costantino & Company          P 2/2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al.,         :    08-13555 (JMP)
                              Debtors.         :    (Jointly Administered)
------------------------------------------------------------x

LBH OMNI173 SI-19-2011 (MERGE2.TXN) (M2) 4007059582 BAR(23) MAIL ID *** 00035941466 *** BSUSE: 85

FORFIA, ROBERT
136 DAY COURT
MAHWAH, NJ 07430

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, ESQ., AT 212-310-8323.

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY EMPLOYEE CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:** FORFIA, ROBERT 136 DAY COURT MAHWAH, NJ 07430 | **Claim Number:** 22939 |
| | **Date Filed:** 9/21/2009 |
| | **Debtor:** No Case |
| | **Classification and Amount:** UNSECURED: $ 527,464.00 |

PLEASE TAKE NOTICE that, on August 19, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it was filed against the Debtors asserting claims for deferred compensation that are not liabilities of the Debtors. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on September 20, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.