WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

**STIPULATION RECLASSIFYING CERTAIN CLAIMS OF LEHMAN HONG KONG ENTITIES IN LIQUIDATION SOLELY FOR PURPOSES OF VOTING ON THE DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN**

The chapter 11 debtors (the "Debtors")[1], as debtors in possession, and the Lehman Hong Kong Entities In Liquidation[2] (collectively, the "Claimant" and together with the Debtors, the "Parties"), hereby stipulate and agree as follows:

---

[1] "Debtors" means LBHI; Lehman Brothers Special Financing Inc.; Lehman Commercial Paper Inc.; Lehman Brothers Commercial Corporation; Lehman Brothers Financial Products Inc.; Lehman Brothers OTC Derivatives Inc.; Lehman Brothers Derivative Products Inc.; Lehman Brothers Commodity Services Inc.; Lehman Scottish Finance L.P.; CES Aviation LLC; CES Aviation V LLC; CES Aviation IX LLC; East Dover Limited; Luxembourg Residential Properties Loan Finance S.a.r.l; BNC Mortgage LLC; Structured Asset Securities Corporation; LB Rose Ranch LLC; LB 2080 Kalakaua Owners LLC; Merit LLC; LB Somerset LLC; LB Preferred Somerset LLC; LB 745 LLC; and PAMI Statler Arms LLC.

[2] "Lehman Hong Entities In Liquidation" means Lehman Brothers Asia Holdings Limited (in liquidation); Lehman Brothers Asia Limited (in liquidation); Lehman Brothers Futures Asia Limited (in liquidation); Lehman Brothers Securities Asia Limited (in liquidation); LBQ Hong Kong Funding Limited (in liquidation); Lehman Brothers Nominees (H.K.) Limited (in liquidation); Lehman Brothers Asia Capital Company (in liquidation); Lehman Brothers Commercial Corporation Asia Limited (in liquidation); and Lehman Brothers Equity Finance (Cayman) Limited (in official liquidation).

## RECITALS

A. On September 15, 2008 and on various dates thereafter, the Debtors filed voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), which cases are being jointly administered under Case Number 08-13555 (the "Lehman Bankruptcy Cases"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B. On September 17, 2008 and dates thereafter, the High Court of the Hong Kong Special Administrative Region appointed provisional liquidators (the "Hong Kong Liquidators") for each of the Hong Kong Lehman Entities In Liquidation. In February and March, 2009, the appointment of the Hong Kong Liquidators was confirmed by the creditors of each of the Hong Kong Lehman Entities In Liquidation and the Hong Kong Court.

C. The Debtors and the Hong Kong Entities In Liquidation asserted numerous claims against each other, which are identified in that certain Settlement and Plan Support Agreement, dated July 31, 2011, among the Parties (the "Settlement Agreement"). The Debtors and the Hong Kong Entities In Liquidation have agreed that, upon full effectiveness of the Settlement Agreement, Claims will be allowed and disallowed as provided in the Settlement Agreement.

D. On September 1, 2011, the Debtors filed the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holding Inc. and its Affiliated Debtors (as may be further modified from time to time, the "Plan") and a related disclosure statement (as may be further modified from time to time, the "Disclosure Statement"). The Plan incorporates the Settlement Agreement.

E. Pursuant to the Settlement Agreement, the Hong Kong Entities In Liquidation agreed, among other things, to vote the claims asserted by the Hong Kong Entities In Liquidation against the Debtors identified in Schedule A to the Settlement Agreement (the "Claims") to accept the Plan. Certain Claims of the Lehman Hong Kong Entities In Liquidation were asserted as "secured" claims and are reflected as such on the Debtors' claims register.

F. The Debtors and the Claimant enter into this stipulation for the purpose of reclassifying the Claims identified on Exhibit 1 hereto from "secured" claims to the unsecured Plan class set forth on Column 4 of Exhibit 1 (the "Improperly Classified Claims") solely for purposes of voting on the Plan.

**AGREEMENT**

1. This Stipulation shall become effective once it has been executed by both Parties (the "Effective Date").

2. Upon the Effective Date, the Improperly Classified Claims shall be reclassified to the unsecured Plan classes identified in Column 4 of Exhibit 1 and shall be provisionally allowed in the amounts set forth in Column 5 of Exhibit 1, solely for purposes of voting on the Plan.

3. Other than the reclassification of the Improperly Classified Claims for purposes of voting on the Plan, nothing herein shall be deemed to constitute an amendment to or alter the terms of the Settlement Agreement or in any way affect or prejudice the rights of the Parties as set forth in the Settlement Agreement.

4. Nothing in this Stipulation, express or implied, is intended or shall be construed to confer upon, or to give to, any person other than the Parties hereto, and their respective successors and assigns, any right, remedy or claim under or by reason of this

Stipulation; and the provisions contained in this Stipulation are and shall be for the sole and exclusive benefit of the Parties hereto.

5. This Stipulation and the Settlement Agreement contains the entire agreement between the Parties as to the subject matter hereof.

6. This Stipulation may not be modified other than by signed writing executed by all Parties and delivered to each Party.

7. Each person who executes this Stipulation represents that he or she is duly authorized to do so on behalf of the applicable Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

8. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy, copies, or facsimiles signed by the Parties.

9. This Stipulation shall inure to the benefit of, and shall be binding upon, the Parties and their respective successors, assignees, heirs, executors and administrators.

10. This Stipulation shall be exclusively governed by and construed and enforced in accordance with the laws of the State of New York, without regard to its conflicts of law principles.

11. The Bankruptcy Court shall have exclusive jurisdiction over any and all disputes arising out of or otherwise relating to this Stipulation. Should the Bankruptcy Court abstain from exercising its jurisdiction or be found not to have jurisdiction over a matter relating to this Stipulation, such matter shall be adjudicated in either the United States District Court, for the Southern District of New York or a court of competent jurisdiction in the State of New York.

Dated: September 21, 2011
New York, New York

/s/ Robert J. Lemons
Lori R. Fife
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

/s/ Andrew D. Shaffer
Andrew D. Shaffer

MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2128
Facsimile: (212) 849-5828

Attorneys for the Lehman Hong
Kong Entities In Liquidation

**Exhibit 1**

**ATTACHED**

Exhibit 1

| | Claim No. | Claimant | Debtor | Reclassified Plan Class for Voting Purposes | Claim Amount |
|---|---|---|---|---|---|
| 1 | 58121 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Commodity Services Inc. | 5C | Unliquidated |
| 2 | 58122 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Derivative Products Inc. | 4B | Unliquidated |
| 3 | 58123 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers OTC Derivatives Inc. | 5C | 21.51 USD |
| 4 | 58125 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | 36,931,955.26 USD |
| 5 | 58126 | LEHMAN BROTHERS SECURITIES ASIA LIMITED | Lehman Brothers Holdings Inc. | 4B | 82,323.84 USD |
| 6 | 58127 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | LB 745 LLC | 4B | Unliquidated |
| 7 | 58128 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Commodity Services Inc. | 5C | Unliquidated |
| 8 | 58129 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | Unliquidated |
| 9 | 58130 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers OTC Derivatives Inc. | 5C | Unliquidated |
| 10 | 58131 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Derivative Products Inc. | 4B | Unliquidated |
| 11 | 58132 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Commercial Paper Inc. | 5C | Unliquidated |
| 12 | 58133 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 13 | 58134 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Financial Products Inc. | 4B | Unliquidated |
| 14 | 58135 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Scottish Finance L.P. | 4B | Unliquidated |
| 15 | 58136 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | CES Aviation LLC | 4B | Unliquidated |
| 16 | 58137 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | CES Aviation V LLC | 4B | Unliquidated |
| 17 | 58138 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | CES Aviation IX LLC | 4B | Unliquidated |
| 18 | 58139 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | East Dover Limited | 4B | Unliquidated |
| 19 | 58140 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 4B | Unliquidated |
| 20 | 58141 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | BNC Mortgage LLC | 4B | Unliquidated |
| 21 | 58142 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 37,641.98 USD |
| 22 | 58143 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 23 | 58144 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 161,368,423.57 USD |
| 24 | 58145 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 13,975,489.94 USD |
| 25 | 58146 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 1,667,657.16 USD |
| 26 | 58147 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 6,562,424.78 USD |
| 27 | 58148 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 2,843,984,632.47 USD |
| 28 | 58149 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 21.51 USD |
| 29 | 58150 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 13,000,000.00 USD |
| 30 | 58151 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 476.81 USD |
| 31 | 58152 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Financial Products Inc. | 4B | Unliquidated |
| 32 | 58153 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers OTC Derivatives Inc. | 5C | Unliquidated |
| 33 | 58154 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | Unliquidated |
| 34 | 58155 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Commercial Paper Inc. | 5C | Unliquidated |
| 35 | 58156 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Scottish Finance L.P. | 4B | Unliquidated |
| 36 | 58157 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION)_ | Luxembourg Residential Properties Loan Finance S.a.r.l. | 4B | Unliquidated |
| 37 | 58158 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | PAMI Statler Arms LLC | 4B | Unliquidated |
| 38 | 58159 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Structured Asset Securities Corporation | 4B | Unliquidated |
| 39 | 58160 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 40 | 58164 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4A | 107,309,973.24 USD |
| 41 | 58165 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | 37,641.98 USD |
| 42 | 58166 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Commodity Services Inc. | 5C | 9,353,591.80 USD |
| 43 | 58167 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 36,931,955.26 USD |
| 44 | 58169 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | BNC Mortgage LLC | 4B | Unliquidated |
| 45 | 58170 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | CES Aviation IX LLC | 4B | Unliquidated |

| | Claim No. | Claimant | Debtor | Reclassified Plan Class for Voting Purposes | Claim Amount |
|---|---|---|---|---|---|
| 46 | 58171 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | CES Aviation LLC | 4B | Unliquidated |
| 47 | 58172 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | CES Aviation V LLC | 4B | Unliquidated |
| 48 | 58173 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | East Dover Limited | 4B | Unliquidated |
| 49 | 58174 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | LB 2080 Kalakaua Owners LLC | 4B | Unliquidated |
| 50 | 58175 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | LB 745 LLC | 4B | Unliquidated |
| 51 | 58176 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | LB Rose Ranch LLC | 4B | Unliquidated |
| 52 | 58177 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 53 | 58178 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 32.40 USD |
| 54 | 58179 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 3,665,614.31 USD |
| 55 | 58180 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED | Lehman Brothers Holdings Inc. | 4B | 6,632.19 USD |
| 56 | 58181 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED | PAMI Statler Arms LLC | 4B | 8,594,146.78 USD |
| 57 | 58182 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Commercial Paper Inc. | 5C | 280,511,707.23 USD |
| 58 | 58183 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | Unliquidated |
| 59 | 58185 | LEHMAN BROTHERS SECURITIES ASIA LIMITED | Lehman Brothers Holdings Inc. | 4B | 890,750,742.12 USD |
| 60 | 58186 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 87,330,654.00 USD |
| 61 | 58187 | LEHMAN BROTHERS SECURITIES ASIA LTD. | Lehman Brothers Holdings Inc. | 4B | 114,482,052.46 USD |
| 62 | 58188 | LEHMAN BROTHERS SECURITIES ASIA LTD. | Lehman Brothers Holdings Inc. | 4B | 398,689.89 USD |
| 63 | 58189 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | 398,689.89 USD |
| 64 | 58190 | LEHMAN BROTHERS FUTURES ASIA LIMITED | Lehman Brothers Holdings Inc. | 4B | 2,375,283.88 USD |
| 65 | 58191 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | LB 745 LLC | 4B | Unliquidated |
| 66 | 58192 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Commodity Services Inc. | 5C | Unliquidated |
| 67 | 58193 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | Unliquidated |
| 68 | 58196 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | LB 745 LLC | 4B | Unliquidated |
| 69 | 58197 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Commodity Services Inc. | 5C | Unliquidated |
| 70 | 58198 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | Unliquidated |
| 71 | 58199 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers OTC Derivatives Inc. | 5C | Unliquidated |
| 72 | 58200 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Derivative Products Inc. | 4B | Unliquidated |
| 73 | 58201 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Financial Products Inc. | 4B | Unliquidated |
| 74 | 58202 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Scottish Finance L.P. | 4B | Unliquidated |
| 75 | 58203 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | CES Aviation LLC | 4B | Unliquidated |
| 76 | 58204 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | CES Aviation V LLC | 4B | Unliquidated |
| 77 | 58205 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | CES Aviation IX LLC | 4B | Unliquidated |
| 78 | 58206 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | East Dover Limited | 4B | Unliquidated |
| 79 | 58207 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 4B | Unliquidated |
| 80 | 58208 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | BNC Mortgage LLC | 4B | Unliquidated |
| 81 | 58209 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Structured Asset Securities Corporation | 4B | Unliquidated |
| 82 | 58210 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | LB Rose Ranch LLC | 4B | Unliquidated |
| 83 | 58212 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | LB 2080 Kalakaua Owners LLC | 4B | Unliquidated |
| 84 | 58213 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Commercial Paper Inc. | 5C | Unliquidated |
| 85 | 58214 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 86 | 58215 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | PAMI Statler Arms LLC | 4B | Unliquidated |
| 87 | 58216 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 88 | 58217 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | 149,064,852.81 USD |
| 89 | 58218 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Commercial Paper Inc. | 5C | 1,788,506.31 USD |
| 90 | 58219 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | PAMI Statler Arms LLC | 4B | 1,612.17 USD |
| 91 | 58220 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 66,219,397.00 USD |
| 92 | 58254 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 1,669,011,456.74 USD |

| | Claim No. | Claimant | Debtor | Reclassified Plan Class for Voting Purposes | Claim Amount |
|---|---|---|---|---|---|
| 93 | 58255 | LEHMAN BROTHERS SECURITIES ASIA LIMITIED (IN LIQUIDATION) | Structured Asset Securities Corporation | 4B | Unliquidated |
| 94 | 58256 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | LB Rose Ranch LLC | 4B | Unliquidated |
| 95 | 58257 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | LB 2080 Kalakaua Owners LLC | 4B | Unliquidated |
| 96 | 58258 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | PAMI Statler Arms LLC | 4B | Unliquidated |
| 97 | 58259 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 98 | 58260 | LBQ HONG KONG FUNDING LTD. (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 813,790.70 USD |
| 99 | 58261 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | BNC Mortgage LLC | 4B | Unliquidated |
| 100 | 58262 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | CES Aviation IX LLC | 4B | Unliquidated |
| 101 | 58263 | LBQ HONG KONG FUNDING LTD. (IN LIQUIDATION) | CES Aviation LLC | 4B | Unliquidated |
| 102 | 58264 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | East Dover Limited | 4B | Unliquidated |
| 103 | 58265 | LBQ HONG KONG FUNDING LTD. (IN LIQUIDATION) | CES Aviation V LLC | 4B | Unliquidated |
| 104 | 58266 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | LB 2080 Kalakaua Owners LLC | 4B | Unliquidated |
| 105 | 58267 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | LB 745 LLC | 4B | Unliquidated |
| 106 | 58268 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | LB Rose Ranch LLC | 4B | Unliquidated |
| 107 | 58269 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 108 | 58270 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | Lehman Brothers Commodity Services Inc. | 5C | Unliquidated |
| 109 | 58271 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | Lehman Brothers Derivative Products Inc. | 4B | Unliquidated |
| 110 | 58272 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | Lehman Brothers Financial Products Inc. | 4B | Unliquidated |
| 111 | 58273 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | Lehman Brothers OTC Derivatives Inc. | 5C | Unliquidated |
| 112 | 58274 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | Unliquidated |
| 113 | 58275 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | Lehman Commercial Paper Inc. | 5C | Unliquidated |
| 114 | 58276 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | Lehman Scottish Finance L.P. | 4B | Unliquidated |
| 115 | 58277 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 4B | Unliquidated |
| 116 | 58278 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | PAMI Statler Arms LLC | 4B | Unliquidated |
| 117 | 58279 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | Structured Asset Securities Corporation | 4B | Unliquidated |
| 118 | 58280 | LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 119 | 58281 | LEHMAN BROTHERS SECURITIES ASIA LIMITED | Lehman Brothers Holdings Inc. | 4B | 3,690.27 USD |
| 120 | 58282 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 121 | 58283 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | LB 745 LLC | 4B | Unliquidated |
| 122 | 58284 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Commodity Services Inc. | 5C | Unliquidated |
| 123 | 58285 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 124 | 58286 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | Unliquidated |
| 125 | 58287 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers OTC Derivatives Inc. | 5C | Unliquidated |
| 126 | 58288 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Derivative Products Inc. | 4B | Unliquidated |
| 127 | 58289 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Lehman Commercial Paper Inc. | 5C | Unliquidated |
| 128 | 58290 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 129 | 58291 | LEHMAN BROTHERS SECURITIES ASIA LIMITED | Lehman Brothers Holdings Inc. | 4B | 505,773,643.59 USD |
| 130 | 58292 | LEHMAN BROTHERS SECURITIES ASIA LIMITED | Lehman Brothers Holdings Inc. | 4B | 141,980,920.00 USD |
| 131 | 58293 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 132 | 58294 | LEHMAN BROTHERS ASIA LTD. | Lehman Brothers Holdings Inc. | 4B | 122,559,596.60 USD |
| 133 | 58295 | LEHMAN BROTHERS ASIA LTD. | Lehman Brothers Holdings Inc. | 4B | 5,154,613.35 USD |
| 134 | 58296 | LEHMAN BROTHERS ASIA LTD. | Lehman Brothers Holdings Inc. | 4B | 76,829,239.54 USD |
| 135 | 58297 | LEHMAN BROTHERS ASIA LTD. | Lehman Brothers Holdings Inc. | 4B | 114,584,322.25 USD |
| 136 | 58298 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers OTC Derivatives Inc. | 5C | Unliquidated |
| 137 | 58299 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 138 | 58300 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Derivative Products Inc. | 4B | Unliquidated |
| 139 | 58301 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Lehman Commercial Paper Inc. | 5C | Unliquidated |
| 140 | 58302 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Financial Products Inc. | 4B | Unliquidated |
| 141 | 58303 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Lehman Scottish Finance L.P. | 4B | Unliquidated |
| 142 | 58304 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | CES Aviation LLC | 4B | Unliquidated |
| 143 | 58305 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | CES Aviation V LLC | 4B | Unliquidated |
| 144 | 58306 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | CES Aviation IX LLC | 4B | Unliquidated |
| 145 | 58307 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | East Dover Limited | 4B | Unliquidated |
| 146 | 58308 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 4B | Unliquidated |
| 147 | 58309 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | BNC Mortgage LLC | 4B | Unliquidated |
| 148 | 58310 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Structured Asset Securities Corporation | 4B | Unliquidated |

| | Claim No. | Claimant | Debtor | Reclassified Plan Class for Voting Purposes | Claim Amount |
|---|---|---|---|---|---|
| 149 | 58311 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | LB Rose Ranch LLC | 4B | Unliquidated |
| 150 | 58312 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | LB 2080 Kalakaua Owners LLC | 4B | Unliquidated |
| 151 | 58313 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 152 | 58314 | LEHMAN BROTHERS ASIA LTD. | Lehman Brothers Holdings Inc. | 4A | 20,388,207.30 USD |
| 153 | 58315 | LEHMAN BROTHERS ASIA LTD. | Lehman Brothers Special Financing Inc. | 5C | 43,170,206.00 USD |
| 154 | 58316 | LEHMAN BROTHERS ASIA LTD. | Lehman Commercial Paper Inc. | 5C | 50,394.43 USD |
| 155 | 58317 | LEHMAN BROTHERS ASIA LTD. | Lehman Brothers Holdings Inc. | 4B | 43,170,206.00 USD |
| 156 | 58318 | LEHMAN BROTHERS ASIA LTD. | Lehman Brothers Holdings Inc. | 4B | 291,941,096.32 USD |
| 157 | 58319 | LEHMAN BROTHERS ASIA LTD. | Lehman Brothers Holdings Inc. | 4B | 120,471,436.44 USD |
| 158 | 58320 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 1,123,487,552.88 USD |
| 159 | 58321 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 112,664,270.47 USD |
| 160 | 58323 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 149,064,852.81 USD |
| 161 | 58324 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 162 | 58325 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | LB 745 LLC | 4B | Unliquidated |
| 163 | 58326 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Brothers Commodity Services Inc. | 5C | Unliquidated |
| 164 | 58327 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | Unliquidated |
| 165 | 58328 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | Unliquidated |
| 166 | 58329 | LEHMAN BROTHERS FUTURES ASIA LIMITED | Lehman Brothers Holdings Inc. | 4B | 30,377,684.49 USD |
| 167 | 58330 | LEHMAN BROTHERS FUTURES ASIA LIMITED | Lehman Brothers Holdings Inc. | 4B | 107,435,242.44 USD |
| 168 | 58331 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | PAMI Statler Arms LLC | 4B | Unliquidated |
| 169 | 58332 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | PAMI Statler Arms LLC | 4B | Unliquidated |
| 170 | 58333 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Scottish Finance L.P. | 4B | Unliquidated |
| 171 | 58334 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 172 | 58335 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | Unliquidated |
| 173 | 58336 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 174 | 58337 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 175 | 58338 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 176 | 58351 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 177 | 58352 | LEHMAN BROTHERS ASIA CAPITAL COMPANY | Lehman Brothers Holdings Inc. | 4A | 632,116,996.05 USD |
| 178 | 58354 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | LB Rose Ranch LLC | 4B | Unliquidated |
| 179 | 58355 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | LB 2080 Kalakaua Owners LLC | 4B | Unliquidated |
| 180 | 58356 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 4B | Unliquidated |
| 181 | 58357 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | BNC Mortgage LLC | 4B | Unliquidated |
| 182 | 58358 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Structured Asset Securities Corporation | 4B | Unliquidated |
| 183 | 58359 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | CES Aviation IX LLC | 4B | Unliquidated |
| 184 | 58360 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | East Dover Limited | 4B | Unliquidated |
| 185 | 58361 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | CES Aviation LLC | 4B | Unliquidated |
| 186 | 58362 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | CES Aviation V LLC | 4B | Unliquidated |
| 187 | 58363 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Brothers Financial Products Inc. | 4B | Unliquidated |
| 188 | 58364 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 189 | 58369 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 190 | 58370 | LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 191 | 58402 | LEHMAN BROTHERS ASIA CAPITAL COMPANY | Lehman Brothers Holdings Inc. | 4B | 37,392,110.89 USD |
| 192 | 58403 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 193 | 58404 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 194 | 58405 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Brothers OTC Derivatives Inc. | 5C | Unliquidated |
| 195 | 58411 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 196 | 58412 | LEHMAN BROTHERS NOMINEES (H.K.) LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 197 | 58417 | LEHMAN BROTHERS ASIA CAPITAL COMPANY | Lehman Brothers Holdings Inc. | 4B | 2,015,906.51 USD |
| 198 | 58418 | LEHMAN BROTHERS ASIA CAPITAL COMPANY | Lehman Brothers Holdings Inc. | 4B | 1,291,251.64 USD |

| | Claim No. | Claimant | Debtor | Reclassified Plan Class for Voting Purposes | Claim Amount |
|---|---|---|---|---|---|
| 199 | 58439 | LEHMAN BROTHERS NOMINEES (H.K.) LTD (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 20,603.78 USD |
| 200 | 58440 | LEHMAN BROTHERS NOMINEES (H.K.) LIMITED (IN LIQUIDATION) | BNC Mortgage LLC | 4B | Unliquidated |
| 201 | 58441 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | CES Aviation IX LLC | 4B | Unliquidated |
| 202 | 58442 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | CES Aviation LLC | 4B | Unliquidated |
| 203 | 58443 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | CES Aviation V LLC | 4B | Unliquidated |
| 204 | 58444 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | East Dover Limited | 4B | Unliquidated |
| 205 | 58445 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | Lehman Brothers OTC Derivatives Inc. | 5C | Unliquidated |
| 206 | 58446 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | Lehman Commercial Paper Inc. | 5C | Unliquidated |
| 207 | 58447 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | LB 2080 Kalakaua Owners LLC | 4B | Unliquidated |
| 208 | 58448 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | LB 745 LLC | 4B | Unliquidated |
| 209 | 58449 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | LB Rose Ranch LLC | 4B | Unliquidated |
| 210 | 58450 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 211 | 58451 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | Lehman Brothers Commodity Services Inc. | 5C | Unliquidated |
| 212 | 58452 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | Lehman Brothers Derivative Products Inc. | 4B | Unliquidated |
| 213 | 58453 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | Lehman Brothers Financial Products Inc. | 4B | Unliquidated |
| 214 | 58454 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | Lehman Brothers Special Financing Inc. | 5C | Unliquidated |
| 215 | 58455 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | Lehman Scottish Finance L.P. | 4B | Unliquidated |
| 216 | 58456 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 4B | Unliquidated |
| 217 | 58457 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | PAMI Statler Arms LLC | 4B | Unliquidated |
| 218 | 58458 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | Structured Asset Securities Corporation | 4B | Unliquidated |
| 219 | 58462 | LEHMAN BROTHERS ASIA CAPITAL COMPANY | Lehman Brothers Holdings Inc. | 4B | 56,027,643.25 USD |
| 220 | 58464 | LEHMAN BROTHERS ASIA CAPITAL COMPANY | Lehman Brothers Holdings Inc. | 4B | 5,639,160.83 USD |
| 221 | 58467 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 222 | 58468 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 223 | 58469 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 4B | 66,700,199.00 USD |
| 224 | 58470 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 225 | 58471 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Holdings Inc. | 8 | Unliquidated |
| 226 | 58472 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Brothers Commercial Corporation | 5C | Unliquidated |
| 227 | 58473 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Brothers Derivative Products Inc. | 4B | Unliquidated |
| 228 | 58474 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Lehman Commercial Paper Inc. | 5C | Unliquidated |
| 229 | 58748 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | PAMI Statler Arms LLC | 4B | Unliquidated |
| 230 | 58899 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Lehman Brothers Financial Products Inc. | 4B | Unliquidated |
| 231 | 58900 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Lehman Scottish Finance L.P. | 4B | Unliquidated |
| 232 | 58901 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | CES Aviation LLC | 4B | Unliquidated |
| 233 | 58902 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | CES Aviation V LLC | 4B | Unliquidated |
| 234 | 58903 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | CES Aviation IX LLC | 4B | Unliquidated |
| 235 | 58904 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | East Dover Limited | 4B | Unliquidated |
| 236 | 58905 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 4B | Unliquidated |
| 237 | 58906 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | BNC Mortgage LLC | 4B | Unliquidated |
| 238 | 58907 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Structured Asset Securities Corporation | 4B | Unliquidated |
| 239 | 58908 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | LB Rose Ranch LLC | 4B | Unliquidated |
| 240 | 58909 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | LB 2080 Kalakaua Owners LLC | 4B | Unliquidated |
| 241 | 66621 | LEHMAN BROTHERS EQUITY FINANCE (CAYMAN) LIMITED (IN LIQUIDATION) | LB Somerset LLC | 4B | Unliquidated |
| 242 | 66622 | LEHMAN BROTHERS EQUITY FINANCE (CAYMAN) LIMITED (IN LIQUIDATION) | LB Preferred Somerset LLC | 4B | Unliquidated |
| 243 | 66623 | LEHMAN BROTHERS NOMINEES (H.K.) LIMITED (IN LIQUIDATION) | LB Preferred Somerset LLC | 4B | Unliquidated |

| | Claim No. | Claimant | Debtor | Reclassified Plan Class for Voting Purposes | Claim Amount |
|---|---|---|---|---|---|
| 244 | 66624 | LEHMAN BROTHERS EQUITY FINANCE (CAYMAN) LIMITED (IN LIQUIDATION) | Merit, LLC | 4B | Unliquidated |
| 245 | 66625 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | Merit, LLC | 4B | Unliquidated |
| 246 | 66626 | LEHMAN BROTHERS NOMINEES (H.K) LIMITED (IN LIQUIDATION) | LB Somerset LLC | 4B | Unliquidated |
| 247 | 66627 | LBQ HONG KONG FUNDING LIMITED (IN LIQUIDATION) | LB Preferred Somerset LLC | 4B | Unliquidated |
| 248 | 66628 | LBQ HONG KONG FUNDING LIMITED (IN LIQUIDATION) | LB Somerset LLC | 4B | Unliquidated |
| 249 | 66629 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | LB Somerset LLC | 4B | Unliquidated |
| 250 | 66630 | LBQ HONG KONG FUNDING LIMITED (IN LIQUIDATION) | Merit, LLC | 4B | Unliquidated |
| 251 | 66631 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | LB Preferred Somerset LLC | 4B | Unliquidated |
| 252 | 66633 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | Merit, LLC | 4B | 3,830,869.04 USD |
| 253 | 66634 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | LB Somerset LLC | 4B | Unliquidated |
| 254 | 66635 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | LB Preferred Somerset LLC | 4B | Unliquidated |
| 255 | 66638 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | LB Somerset LLC | 4B | Unliquidated |
| 256 | 66639 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | LB Preferred Somerset LLC | 4B | Unliquidated |
| 257 | 66640 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | Merit, LLC | 4B | Unliquidated |
| 258 | 66641 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Merit, LLC | 4B | Unliquidated |
| 259 | 66642 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | Merit, LLC | 4B | Unliquidated |
| 260 | 66643 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | LB Preferred Somerset LLC | 4B | Unliquidated |
| 261 | 66644 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | Merit, LLC | 4B | 81,388,995.00 USD |
| 262 | 66645 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | LB Somerset LLC | 4B | Unliquidated |
| 263 | 66646 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | LB Preferred Somerset LLC | 4B | Unliquidated |
| 264 | 66647 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | Merit, LLC | 4B | Unliquidated |
| 265 | 66648 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | LB Somerset LLC | 4B | Unliquidated |
| 266 | 66649 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | LB Preferred Somerset LLC | 4B | Unliquidated |
| 267 | 66650 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | Merit, LLC | 4B | Unliquidated |
| 268 | 66651 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | LB Somerset LLC | 4B | Unliquidated |