UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                          :
LEHMAN BROTHERS HOLDING INC.    :    Chapter 11 Case No. 08-13555
                                               :
-----------------------------------------------------------x

### CREDITORS DIETER & EDITH MOELLER's NOTICE OF ABANDONMENT OF CLAIM WITHDRAWAL OF COUNSEL

Creditors Dieter & Edith MOELLER hereby respectfully provide notice to the Debtors that they

**a.** abandon and withdraw Claim #34349 (US$18,435.30) submitted on September 21, 2009 against Debtor LBHI; and

**b.** has released counsel from his duties and responsibilities with respect to said claim.

RESPECTFULLY submitted this __12th__ day of September, 2011.

_____
Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e naber@naberpc.com

| • Shai Waisman Esq.<br>WEIL GOTSCHAL & MANGES LLP<br>767 Fifth Avenue<br>New York New York 10153<br>*Attorney for Debtor* | **CERTIFICATE OF SERVICE**<br><br>This is to certify that the foregoing CREDITOR'S NOTICE OF ABANDONMENT & WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on _____<br><br>NABER PC<br><br>By _____<br>300 Central Avenue Ste. 320 • Great Falls, MT 59401 |

**HELGE NABER LL.M.**
RECHTSANWALT & ATTORNEY AT LAW
**NABER PC**
300 CENTRAL AVENUE SUITE 320
GREAT FALLS MONTANA 59401
WWW.NABERPC.COM

SEP 16 2011

1015035076 B024

Lehman Brothers Holding Inc. Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station P.O. Box 5076
New York New York 10150-5076



GREAT FALLS MT 59401
15 SEP 2011 PM



USA FIRST CLASS FOREVER