B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                             Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Bank Hapoalim (Switzerland) Ltd., | Bank Hapolim B.M., |
|---|---|
| <u>Luxembourg Branch</u> | <u>Miami Branch</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Bank Hapoalim (Switzerland) Ltd.,

Luxembourg Branch

18 Boulevard Royal

B.P. 703

L-2017 Luxembourg

Court Claim # (if known):     55854
Total Amount of Claim Filed: USD92,571,574
Amount of Claim Transferred: USD   350,000
ISIN/CUSIP:                  XS0216140094
Blocking Number:             6049650
Date Claim Filed:            16/10/2009

Phone:                       (305) 466-7400
Last Four Digits of Acct #: _____

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 9/9/2011
Transferee/Transferee's Agent
RAPHAEL OHANA
Assistant Branch Manager
YVANE GUILLAUME
Head of Securities dept

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.



United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings
Claim Processing Center
c/o Epiq Bankruptcy Solutions
LLC FDR Station, P.O. Box 5076
New York, NY 10150-5076