**EVIDENCE OF TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court for the
      Southern District of New York ("Bankruptcy Court")
      Attn:   Clerk

AND TO:   Lehman Brothers Holdings Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67346

**BNP PARIBAS**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**BNP PARIBAS SECURITIES CORP.**

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $185,000,000 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

[*Signature Pages Follow*]

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative on the 21st day of September 2011.

SELLER

BNP PARIBAS

By: _____
Name: Kip Testwuide
Title: Managing Director

By: _____
Name: Evan Gianoukakis
Title: Director

BUYER

BNP PARIBAS SECURITIES CORP.

By: _____
Name:
Title:
Christian Mundigo
Co-Head of Fixed Income Americas

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court for the
      Southern District of New York ("Bankruptcy Court")
      Attn:   Clerk

AND TO:   Lehman Brothers Holdings Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67346

**BNP PARIBAS SECURITIES CORP.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **ROYAL COPPER FUND, L.L.C.,** its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $185,000,000 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

[*Signature Pages Follow*]

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative the __ __ day of September 2011.

| SELLER | BUYER |
|---|---|
| BNP PARIBAS SECURITIES CORP. | ROYAL COPPER FUND, L.L.C. |

By: *(signature)*
Name:
Title:

Christian Mundigo
Co-Head of Fixed Income Americas

By: _____
Name:
Title:

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative on the ___ ___ day of September 2011.

| SELLER | BUYER |
|---|---|
| BNP PARIBAS SECURITIES CORP. | ROYAL COPPER FUND, L.L.C. |
| By:_____ | By: _[signature]_ |
|   Name: |   Name: James F. Mooney III |
|   Title: |   Title: Partner |