UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :    (Jointly Administered)
                        Debtors.                   :
                                                   :
----------------------------------------------------------------x    Ref. Docket Nos. 19933, 19937

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 16, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
22nd day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   CREDIT SUISSE
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010


Additional:   CREDIT SUISSE
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019


Transferee:   CLARIDEN LEU LTD.
              ATTN: RICHARD LEVIN
              1 MADISON AVENUE
              NEW YORK NY 10010


**Your transfer   of claim #   55829   is defective for the reason(s) checked below:**

Other                                    Transforer does not own the position



Docket Number 19937           Date 09/14/11


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 16, 2011.

# EXHIBIT B

```
TIME: 19:14:32                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 09/16/11                                          CREDITOR LISTING

Name                           Address
BARCLAYS BANK PLC              TRANSFEROR: BLUEBAY FUNDS- BLUEBAY HIGH YIELD BOND FUND 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC              TRANSFEROR: BLUEBAY MULTI-STRATEGY INVESTMENTS (LUXEMBOURG) S.A.R.L ATTN: DANIEL CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE
                               NEW YORK NY 10019
BARCLAYS BANK PLC              TRANSFEROR: BLUEBAY STRUCTURED FUNDS- HIGH YIELD PORTABLE ALPHA FUND 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC              TRANSFEROR: PANACEA TRUST:BLUEBAY STRUCTURED HIGH YIELD BOND SUB-TRUST 745 SEVENTH AVENUE NEW YORK NY 10019
CLARIDEN LEU LTD.              ATTN: RICHARD LEVIN 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE                  ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CVF LUX MASTER SARL            C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY  KT11 2PD UNITED KINGDOM

Total Number of Records Printed         8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC