UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :    (Jointly Administered)
                Debtors.                         :
                                                 :    Ref. Docket Nos. 19781, 19860,
                                                 :    19863, 19864, 19867, 19876, 19890,
                                                 :    19891, 19893-19895, 19914, 19915,
                                                 :    19925, 19926, 19930, 19938, 19940,
                                                 :    19942-19945, 19950-19953
------------------------------------------------------------x
                                                 :
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS SPECIAL FINANCING                :    08-13888 (JMP)
INC.,                                            :    (Jointly Administered)
                Debtors.                         :
                                                 :    Ref. Docket Nos. 278-279
                                                 :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 16, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of September, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 20246    Filed 09/22/11    Entered 09/22/11 20:04:55    Main Document
Pg 3 of 8

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BANCO COLPATRIA CAYMAN INC
         801 BRICKELL AVENUE, SUITE #2360
         MIAMI FL 33131

BANCO COLPATRIA CAYMAN INC
INTERNATIONAL REPRESENTATIVE OFFICE
BANCO COLPATRIA S.A.
C/O GENERAL MANAGER
801 BRICKELL AVENUE, SUITE #2360
MIAMI FL 33131

Please note that your claim # 36917 in the above referenced case and in the amount of
      $5,084,263.70     has been transferred **(unless previously expunged by court order)**

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
TRANSFEROR: BANCO COLPATRIA CAYMAN INC
ATTN: MEREDITH R. SMITH
214 NORTH TRYON STREET, 15TH FLOOR
CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19914      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/16/2011                          Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 16, 2011.

# EXHIBIT B

```
TIME: 19:09:04                                    LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 09/16/11                                         CREDITOR LISTING

Name                                             Address
AG SUPER FUND INTERNATIONAL PARTNERS LP          TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ANGELO GORDON & CO LP CLO GROUP ATTN: MICHAEL NICOLO 245 PARK AVE 26TH FL
                                                 NEW YORK NY 10167
AG SUPER FUND INTERNATIONAL PARTNERS, LP         TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ANGELO GORDON & CO LP CLO GROUP ATTN: MICHAEL NICOLO 5 PARK AVE 26TH FL
                                                 NEW YORK NY 10167
ALDEN GLOBAL DISTRESSED OPPORTUNITIES            TRANSFEROR: YORVIK PARTNERS LLP ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND L.P.
ANDORRA BANC AGRICOL REIG, S.S.                  C/ MANUEL CERQUEDA ESCALER, 6 ESCALDES-ENORDANY  ANDORRA
 ("ANDBANC")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.            ATTN: MR. IGNACIO OLLERO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 FLOOR 21ST MADRID 28046 SPAIN
BANCO COLPATRIA CAYMAN INC                       801 BRICKELL AVENUE, SUITE #2360 MIAMI FL 33131
BANCO COLPATRIA CAYMAN INC                       INTERNATIONAL REPRESENTATIVE OFFICE BANCO COLPATRIA S.A. C/O GENERAL MANAGER 801 BRICKELL AVENUE, SUITE #2360 MIAMI FL 33131
BOTICELLI, LLC                                   TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC CLO GROUP ATTN: MICHAEL NICOLO 245 PARK AVE 26TH FL NEW YORK NY 10167
CHU KIT PING                                     FLT 1 F/4 BLK K MAN OI HOUSE CHUN MAN COURT HOMANTIN KLN HK  HONG KONG
CITIBANK PRIVATKUNDEN AG & CO. KGAA              PAUL, WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA              ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
CQS CONVERTIBLE AND QUANTITATIVE                 CADWALADER, WICKERSHAM & TAFT LLP ATTN: CQS CLAIMS GROUP ATTN: MS. WENDY KANE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
 STRATEGIES MASTER FUND LIMITED
CQS CONVERTIBLE AND QUANTITATIVE                 C/O CQS (UK) LLP ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON  SW1X 7HY UNITED KINGDOM
 STRATEGIES MASTER FUND LIMITED
CREDIT SUISSE                                    ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CVF LUX MASTER S.A.R.L.                          TRANSFEROR: UBS AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY  KT11 2PD UNITED KINGDOM
CVF LUX MASTER S.A.R.L.                          TRANSFEROR: UBS AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD. KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY  KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                    TRANSFEROR: CQS CONVERTIBLE & QUANTITATIVE STRATEGIES MASTER FUND LTD C/O CARVAL INVESTORS UK LIMITED
                                                 KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY  KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)             TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                 LONDON EC2N 2DB UNITED KINGDOM
DIANA SPINDLER                                   TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA HUDEPLAN 41 D 30453 HANOVER  GERMANY
FARALLON CAPITAL (AM) INVESTORS, LP              TRANSFEROR: META, ANDRES P; COYAN, NICOLAS C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER & KRISTEN BINIEK
                                                 ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,          TRANSFEROR: META, ANDRES P; COYAN, NICOLAS C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER & KRISTEN BINIEK
 L.P.                                            ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                  TRANSFEROR: META, ANDRES P; COYAN, NICOLAS C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER & KRISTEN BINIEK
                                                 ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                  TRANSFEROR: META, ANDRES P; COYAN, NICOLAS C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER & KRISTIN BINIEK
                                                 ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FUNG SAU NAM                                     FLAT G 25/F BLK 1 THE WATERSIDE ON CHUN STREET MA ON SHAN HONG KONG  HONG KONG
GB VOYAGER MULTI-STRATEGY FUND SPC, LTD.         SWISS RE CAPITAL MARKETS LIMITED ATTN: STEVEN HUGHES 30 ST MARY AXE LONDON  EC3A 8EP UNITED KINGDOM
GB VOYAGER MULTI-STRATEGY FUND SPC, LTD.         TRANSFEROR: SWISS RE FINANCIAL PRODUCTS CORPORATION C/O WALKERS CORPORATE SERVICES LIMITED ATTN: ISATOU SEY
                                                 WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN  KY1-9005 CAYMAN ISLANDS
GOLDMAN SACHS LENDING PARTNERS LLC               RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC               TRANSFEROR: PALOMINO FUND LIMITED C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HYPOSWISS PRIVATBANK AG                          TRANSFEROR: CREDIT SUISSE ATTN: SABRINA VITALINI SCHUTZENGASSE 4 8021 ZURICH  SWITZERLAND
LAU CHI KEUNG                                    FLT A 16/F TOWER 12 TIERRA VERDE 33 TSING KING ROAD TSING YI, NT  HONG KONG
LEHMAN BROTHERS JAPAN INC                        NOBUTAKA TANAKA KISHIMOTO BUILDING 2F, 2-1, MARUNOUCHI 2-CHOME, CHIYODA-KU, TOKYO, 100-0005  JAPAN
LEHMAN BROTHERS JAPAN INC                        LORENZO MARINUZZI, ESQ. MORRISON & FOERSTER LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104
LEHMAN BROTHERS JAPAN INC                        TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO
                                                 6-10-1 ROPPONGI, MINATO-KU TOKYO, 106-6137  JAPAN
LI MING LUEN                                     3/F NO. 15 HO MAN TIN STREET HO MAN TIN KLN  HONG KONG
LIEW HON PING/LIEW HON KONG                      NO. 24-26-28 G/F JALAN WAWASAN 2/4 BANDAR BARY AMPANG SELANGOR  MALAYSIA
LIN, NA                                          FLT C 29/F BLK 3 VILLA ATHENA MA ON SHAN NT  HONG KONG
LOH YEW LENG / NG SAI GEK                        200 LOCKHART ROAD 13F TUNG SUN COMMERCIAL CENTER WANCHAI  HONG KONG
MARY CHOCOLATE CO., LTD.                         TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: MASAKI NAKAYAMA 7-1-14 OMORI-NISHI OTA-KU TOKYO  JAPAN
MERRILL LYNCH INTERNATIONAL                      TRANSFEROR: ANDORRA BANC AGRICOL REIG, S.S. ("ANDBANC") ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                      TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN: SIMON ORR 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH            TRANSFEROR: BANCO COLPATRIA CAYMAN INC ATTN: MEREDITH R. SMITH 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
 INCORPORATED

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 19:09:04                                              LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    2
DATE: 09/16/11                                                    CREDITOR LISTING

Name                                              Address
META, ANDRES P; COYAN, NICOLAS                    KAYE SCHOLER LLP 425 PARK AVENUE ATTN: RICHARD G SMOLEV ESQ NEW YORK NY 10022-3598
META, ANDRES P; COYAN, NICOLAS                    KAYE SCHOLER LLP 425 PARK AVENUE ATTN: RICHARD G SMOLEV,ESQ. NEW YORK NY 10022-3598
META, ANDRES P; COYAN, NICOLAS                    C/O GABRIEL G MATARASSO MARVAL, O'FARRELL & MAIRAL AV LEANDRO N ALEM 928 FLOOR 7 (C1001AAR) BUENOS AIRES    ARGENTINA
MORGAN STANLEY CAPITAL SERVICES LLC               COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC               ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC               ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
NEW-S SECURITIES CO., LTD.                        CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
                                                  TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: AKIRA SUZUKI 3-11-10 HIGASHI SHIBUYA-KU TOKYO  150-0011 JAPAN
NG CHING KONG                                     ROOM 11 25/F CHUNG MEI HOUSE CHUNG NGA COURT TAI PO, NT  HONG KONG
NG HANG MUI                                       FLAT H 10/F BLOCK 23 CITY ONE SHATIN SHATIN  HONG KONG
NISHIMURA SECURITIES CO., LTD.                    TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TAMOTSU KATATA TACHIURI-NISHIMACHI 65 SHIJO-DORI TAKAKURA-NISHIIRU
                                                  SHIMOGYO-KU, KYOTO-CITY KYOTO  600-8007 JAPAN
NUSSDORFER GEORG                                  ROOM 11A BEAU CLOUD MANSION NO. 64 MACDONNELL ROAD CENTRAL, HK  HONG KONG
SASAME HOOKS, LTD.                                TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: NOBUYOSHI SASAKURA 573-1 OKU SANNAN-CHO TANBA-CITY HYOGO  JAPAN
SATO PHARMACEUTICAL CO., LTD.                     TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: MR. HIROO YASUMA, ACCOUNTING DEPARMENT 5-27, 1-CHOME, MOTOAKASAKA MINATO-KU
                                                  TOKYO  107-0051 JAPAN
SPCP GROUP, LLC                                   PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830
ST. GALLER KANTONALBANK AG                        TRANSFEROR: CREDIT SUISSE ATTN: SABRINA VITALINI ST. LEONHARDSTR. 25 POSTFACH CH-9001 ST. GALLEN    SWITZERLAND
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHU KIT PING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: FUNG SAU NAM 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LAU CHI KEUNG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LI MING LUEN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LIEW HON PING/LIEW HON KONG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LIN, NA 21/F STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LOH YEW LENG / NG SAI GEK 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: NG CHING KONG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: NG HANG MUI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: NUSSDORFER GEORG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: TSE KUM SHING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: TSUI CHOI YAU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: WONG YUK, LIN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: XIE XINLI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: YIP YUE CHEUNG 21/F STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: YUEN HAK CHOW 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: ZHAO QINSHENG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: ZHU HUIDONG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
```

```
TIME: 19:09:04                                    LEHMAN BROTHERS HOLDING INC.                                                PAGE:     3
DATE: 09/16/11                                         CREDITOR LISTING

Name                                     Address
STANDARD CHARTERED BANK (HONG KONG) LTD. TRANSFEROR: LIEW HON PING/LIEW HON KONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
SWISS RE FINANCIAL PRODUCTS CORPORATION  NICHOLAS RAYMOND, GLORIA GONZALEZ PARK AVENUE PLAZA 55 E. 52ND STR NEW YORK NY 10055
TAKEDA GENERAL HOSPITAL                  TRANSFEROR: LEHMAN BROTHERS JAPAN INC HIROYUKI NOGI 8-27 YAMAGAMACHI, AIZUWAKAMATSUSHI FUKISHIMAKEN    965-8585 JAPAN
TSE KUM SHING                            8/F NO. 10 CLOUDVIEW ROAD NORTH POINT HK   HONG KONG
TSUI CHOI YAU                            FLAT A 8/F TOWER 1, CALDECOTT HILL PIPERS HILL QUARTERS 2 CALDECOTT ROAD CHEUNG SHA WAN, KLN   HONG KONG
TV ASAHI CORPORATION                     TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: KYOSUKE NISHIWAKI, LEGAL DEPARTMENT 6-9-1, ROPPONGI MINATO-KU TOKYO   106-8001 JAPAN
UBS AG, LONDON BRANCH                    TRANSFEROR: LANDESBANK HESSEN-THURINGEN GIROZENTRALE ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON   EC2M 2PP ENGLAND
WONG YUK, LIN                            FLAT 514, 5/F. WING YAN HOUSE TUNG YAN COURT SHAU KEI WAN   HK HONG KONG
WONG YUK, LIN                            FLAT 514, 5/F. WING YAN HOUSE TUNG YAN COURT SHAU KEI WAN   HONG KONG
XIE XINLI                                ROOM 2 25/F BLOCK C ELIZABETH HOUSE CAUSEWAY BAY, HK   HONG KONG
YIP YUE CHEUNG                           FLAT B 3/F BLK T8 HOI NGA MANSION RIVIERA GARDEN TSUEN WAN NT   HONG KONG
YORVIK PARTNERS LLP                      TRANSFEROR: YORVIK CAPITAL LTD 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM
YUEN HAK CHOW                            FLAT C 27/F BLOCK 5 VERBENA HEIGHTS 8 MAU TAI ROAD TSEUNG KWAN O, KLN   HONG KONG
ZHAO QINSHENG                            CIMC R & D CENTRE NO. 2 GANGWAN AVENUE SHEKOU INDUSTRY ZONE SHENZHEN    518067 CHINA
ZHU HUIDONG                              337 WELDRICK DR E RICHMOND HILL ON L4C 8L6 CANADA


Total Number of Records Printed              94
```

EPIQ BANKRUPTCY SOLUTIONS, LLC