KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9210
Facsimile: (212) 715-8000
Juliana Oliveira
Joshua Friedman

*Counsel to Windermere Private Placement I S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------ X | | |
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13355 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------ X | | |

## AFFIDAVIT OF SERVICE

I, Hunter A. Vanaria, being over 18 years of age, hereby certify that on the 20th day of September 2011, I caused true and correct copies of the **Response of Windermere Private Placement I S.A. to Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims)** to be served via first-class mail, postage prepaid, on the parties listed in Exhibit A attached hereto, as specified therein.

_____
Hunter A. Vanaria

KL2 2717309.1

STATE OF NEW YORK       :
                        : ss
COUNTY OF NEW YORK      :

Subscribed and sworn before me on this 22nd day of September 2011, by Hunter A. Vanaria, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Aliya Shain*
Notary Public

ALIYA ROSE SHAIN
Notary Public, State of New York
NO. 01SH6245133
Qualified in Kings County
Commission Expires July 18, 2015

KL2 2717309.1

# EXHIBIT A

By first-class mail:

    The Honorable James M. Peck
    Courtroom 601
    One Bowling Green
    New York, NY 10004

    Robert Lemons, Esq.
    Penny Reid, Esq.
    Ralph Miller, Esq.
    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, NY 10153

    Elisabeth Gasparini, Esq.
    Andrea Schwartz, Esq.
    Office of the United States Trustee
    For the Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, NY 10004

    Dennis F. Dunne, Esq.,
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.
    Milbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza
    New York, NY 10005

KL2 2717309.1