Hearing Date and Time: October 19, 2011 at 10:00 a.m. (Prevailing Eastern Time)

DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Andrew J. Levander
Kathleen N. Massey
Adam J. Wasserman

Attorneys for Michael Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman and John D. Macomber

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF INSURED PERSONS' MOTION, PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE, FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW SETTLEMENT PAYMENT UNDER DIRECTORS AND OFFICERS INSURANCE POLICY TO SETTLE THE EQUITY/DEBT CLASS ACTION

PLEASE TAKE NOTICE that upon the request of the above-referenced debtors (the "Debtors"), the hearing on the Insured Persons' Motion, Pursuant to Section 362 of the Bankruptcy Code, for an Order Modifying the Automatic Stay to Allow Settlement Payment under Directors and Officers Insurance Policy to Settle the Equity/Debt Class Action [ECF 19488], that was scheduled for September 14, 2011 at 10:00 am (Prevailing Eastern Time), **has been adjourned to October 19, 2011 at 10:00 am (Prevailing Eastern Time)** (the "Hearing"). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge,

14221130

at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: September 23, 2011
      New York, New York

                                        DECHERT LLP
                                      Andrew J. Levander
                                      Kathleen N. Massey
                                      Adam J. Wasserman

                                      1095 Avenue of the Americas
                                      New York, New York 10036
                                      Telephone: (212) 698-3500
                                      Facsimile: (212) 698-8099

                                      Attorneys for Michael Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman and John Macomber