JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Aviva Warter Sisitsky
Benjamin Rosenblum

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and | : | |
| LEHMAN BROTHERS SPECIAL | : | |
| FINANCING, INC. and OFFICIAL COMMITTEE | : | Adv. Proc. No. 10-03228-jmp |
| OF UNSECURED CREDITORS OF LEHMAN | : | |
| BROTHERS HOLDINGS INC., *et al*. | : | |
| Plaintiffs and | : | |
| Intervenor, | : | |
| | : | |
| -against- | : | |
| | : | |
| NOMURA INTERNATIONAL PLC, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and | : | |
| LEHMAN BROTHERS SPECIAL | : | Adv. Proc. No. 10-03229-jmp |
| FINANCING, INC. and OFFICIAL COMMITTEE | : | |
| OF UNSECURED CREDITORS OF LEHMAN | : | |
| BROTHERS HOLDINGS INC., *et al*. | : | |
| | : | |
| Plaintiffs and | : | |
| Intervenor, | : | |
| | : | |
| -against- | : | |
| | : | |
| NOMURA SECURITIES CO., LTD. | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

NYI-4400875v1

# NOTICE LIFTING STAY OF CONSOLIDATED ACTIONS

**PLEASE TAKE NOTICE** that by Order, dated September 1, 2010, this Court consolidated for pretrial purposes the Consolidated Actions as defined in the Stipulation among Lehman Brothers Holdings Inc. ("LBHI") and Lehman Brothers Special Financing, Inc. ("LBSF," and together with LBHI and certain of LBHI's debtor affiliates, the "Debtors"), the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. (the "Committee"), and Nomura International plc ("NIplc"), Nomura Securities Co., Ltd. ("NSC"), and Nomura Global Financial Products, Inc. ("NGFP," and together with NIplc and NSC, "Nomura"), dated May 10, 2011 and so-ordered on May 23, 2011 (the "Stipulation") [Docket No. 17013].

**PLEASE TAKE FURTHER NOTICE** that by Order, dated March 29, 2011, this Court approved the parties' agreed schedule for the Consolidated Actions (the "Stipulated Scheduling Order for Consolidated Actions").

**PLEASE TAKE FURTHER NOTICE** that paragraph 1 of the Stipulation provides that the Consolidated Actions are stayed.

**PLEASE TAKE FURTHER NOTICE** that paragraph 3 of the Stipulation provides that any party may lift the stay of an action to which it is a party on one business day's notice to the other parties and the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 3 of the Stipulation, the Debtors hereby provide notice to Nomura, the Committee and the Court that the stay of each of the Consolidated Actions shall be lifted as of Monday, September 26, 2011.

**PLEASE TAKE FURTHER NOTICE** that the deadlines in the Stipulated Scheduling Order for the Consolidated Actions shall be adjusted in accordance with paragraph 4 of the Stipulation.

Dated:  September 23, 2011  　　　　　　　　　Respectfully submitted,
 　　　　　New York, New York

 　　　　　　　　　　　　　　　　　　　　　　 /s/ Benjamin Rosenblum
 　　　　　　　　　　　　　　　　　　　　　　Jayant W. Tambe
 　　　　　　　　　　　　　　　　　　　　　　Aviva Warter Sisitsky
 　　　　　　　　　　　　　　　　　　　　　　Benjamin Rosenblum
 　　　　　　　　　　　　　　　　　　　　　　JONES DAY
 　　　　　　　　　　　　　　　　　　　　　　222 East 41st Street
 　　　　　　　　　　　　　　　　　　　　　　New York, New York  10017
 　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 326-3939
 　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 755-7306