WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5097
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                  :   **Chapter 11 Case No.**
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,               :   **08-13555 (JMP)**
                                                           :
                    Debtors.                               :   **(Jointly Administered)**
                                                           :
                                                           :
------------------------------------------------------------------x

**NOTICE OF CORRECTED INFORMATION RELATED TO EXHIBIT TO ORDER
APPROVING PROCEDURES FOR THE DETERMINATION OF THE ALLOWED
AMOUNT OF CLAIMS FILED BASED ON STRUCTURED SECURITIES
ISSUED OR GUARANTEED BY LEHMAN BROTHERS HOLDINGS INC.**

PLEASE TAKE NOTICE that on June 29, 2011, the Debtors filed an *Amended Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.*, ECF No. 18127 (the "Motion"),[1] and on August 10, 2011, the Court entered an order granting the relief requested in the Motion, ECF No. 19120 (the "Order").

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

PLEASE TAKE FURTHER NOTICE that annexed as Exhibit 1 to the Order is a list of claim numbers assigned to proofs of claim that are the Structured Securities Claims that are subject to the Order.

PLEASE TAKE FURTHER NOTICE that the claims set forth on Exhibit A hereto were inadvertently included in Exhibit 1 to the Order, and are not Structured Securities Claims.

Dated: September 23, 2011
      Houston, Texas

/s/ Alfredo R. Pérez
Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5097
Facsimile: (713) 224-9511

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

| | | | | | | |
|---|---|---|---|---|---|---|
| 382 | 3590 | 9731 | 15214 | 18182 | 24076 | 31079 |
| 385 | 3746 | 9996 | 15243 | 18270 | 24130 | 31091 |
| 583 | 3749 | 9998 | 15245 | 18271 | 24282 | 31209 |
| 799 | 3809 | 10051 | 15246 | 18273 | 24283 | 31394 |
| 1194 | 3810 | 10052 | 15247 | 18276 | 24454 | 31395 |
| 1214 | 4276 | 10053 | 15256 | 18310 | 24455 | 32005 |
| 1233 | 4313 | 10054 | 15385 | 18343 | 24607 | 32040 |
| 1443 | 4364 | 10055 | 15405 | 18595 | 24700 | 32492 |
| 1566 | 4373 | 10056 | 15406 | 18619 | 24701 | 32506 |
| 1703 | 4439 | 10057 | 15430 | 18620 | 24734 | 32517 |
| 1744 | 4619 | 10329 | 15501 | 18629 | 24901 | 32551 |
| 1766 | 4896 | 10754 | 15756 | 18630 | 24902 | 32730 |
| 1788 | 4972 | 11036 | 15759 | 18631 | 24911 | 32780 |
| 2037 | 5049 | 11436 | 15849 | 18651 | 24914 | 33670 |
| 2040 | 5161 | 11492 | 16079 | 18659 | 24970 | 34636 |
| 2067 | 5348 | 11581 | 16085 | 18660 | 25063 | 40502 |
| 2123 | 5443 | 11582 | 16176 | 19201 | 25224 | 43217 |
| 2152 | 5644 | 11587 | 16237 | 19202 | 25225 | 50011 |
| 2228 | 5859 | 11589 | 16248 | 19325 | 25389 | 60873 |
| 2499 | 6213 | 12202 | 16254 | 19329 | 25392 | 60881 |
| 2516 | 6214 | 12216 | 16264 | 19367 | 25393 | 60911 |
| 2699 | 6502 | 12349 | 16298 | 19378 | 25564 | 62809 |
| 2849 | 6685 | 12560 | 16331 | 19388 | 25586 | 62810 |
| 2880 | 6910 | 13024 | 16332 | 19428 | 26269 | 62811 |
| 2881 | 6912 | 13303 | 16334 | 19441 | 26273 | 62812 |
| 3018 | 7323 | 13356 | 17301 | 19600 | 26314 | 63539 |
| 3492 | 7808 | 13413 | 17392 | 19608 | 26563 | 63540 |
| 3493 | 7809 | 13414 | 17393 | 19609 | 26564 | 65975 |
| 3494 | 7857 | 13818 | 17395 | 19610 | 27185 | 65976 |
| 3495 | 8000 | 14268 | 17396 | 19640 | 27188 | 67158 |
| 3496 | 8478 | 14328 | 17398 | 20308 | 27196 | |
| 3497 | 8606 | 14744 | 17399 | 20311 | 28231 | |
| 3498 | 8810 | 14745 | 17400 | 22070 | 28233 | |
| 3499 | 8965 | 14854 | 17573 | 22071 | 28234 | |
| 3500 | 9066 | 15103 | 17574 | 22072 | 28528 | |
| 3501 | 9308 | 15135 | 17579 | 22075 | 28657 | |
| 3502 | 9310 | 15138 | 17580 | 22076 | 30402 | |
| 3503 | 9311 | 15139 | 17581 | 22164 | 30415 | |
| 3504 | 9431 | 15143 | 17582 | 22303 | 30453 | |
| 3505 | 9498 | 15146 | 17583 | 22698 | 30454 | |
| 3506 | 9538 | 15154 | 17859 | 22933 | 30578 | |
| 3507 | 9550 | 15170 | 18147 | 23624 | 30621 | |
| 3508 | 9598 | 15182 | 18148 | 23843 | 30627 | |
| 3559 | 9624 | 15206 | 18179 | 23908 | 31078 | |