UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :        08-13555 (JMP)
                                                    :        (Jointly Administered)
                          Debtors.                  :
                                                    :
-------------------------------------------------------------------x        Ref. Docket Nos. 19495, 19497,
                                                                            19931, 19946, 19947, 19949, 19955,
                                                                            19963, 19969, 19970, 19983, 19985,
                                                                            19986, 19989-19992, 19996, 19998,
                                                                            20001, 20003-20011, 20021-20024,
                                                                            20034, 20043-20045, 20047, 20049,
                                                                            20050, 20055

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 19, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
23rd day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE
     ATTN: ALLEN GAGE
     1 MADISON AVE
     NEW YORK NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019

Please note that your claim # 55829-78 in the above referenced case and in the amount of
$0.00 Unliquidated      has been transferred **(unless previously expunged by court order)**

CLARIDEN LEU LTD.
TRANSFEROR: CREDIT SUISSE
ATTN: ALLEN GAGE
1 MADISON AVENUE
NEW YORK NY 10010

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19963      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/19/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 19, 2011.

# EXHIBIT B

TIME: 17:29:55
DATE: 09/19/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ADRIAANSZ, J.A.J. & L.E.M. ADRIAANSZ-PLAG | SCHUTSESTRAAT 32 PRINSENBEEK 4841 EE NETHERLANDS |
| ALBAACE SECURITIES CO., LTD. | |
| ALSTON INVESTMENTS LLC | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TOMOYASU HANEISHI 3-29-24 SHIBUYA SHIBUYA-KU TOKYO 150-0002 JAPAN |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT INTERNATIONAL L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT INTERNATIONAL LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT INTERNATIONAL LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| B.P. RUITER HOLDING B.V. | HORN 22 ANDYK 1619 BS NETHERLANDS |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: DCI ASSET MANAGEMENT IRELAND LTD, ACTING FOR AND BEHALF OF DCI LONG-SHORT CREDIT FUND JPMORGAN CHASE BANK, N.A., ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436; ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| CHLASTAK, H | A-1220 WIEN MARKOMANNENSTRASSE NR281326 AUSTRIA |
| CLARIDEN LEU LTD. | TRANSFEROR: CREDIT SUISSE ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CLARIDEN LEU LTD. | TRANSFEROR: INCORE BANK AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CLARIDEN LEU LTD. | TRANSFEROR: NFB NEW PRIVATE BANK ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DCI ASSET MANAGEMENT IRELAND LTD, ACTING FOR AND BEHALF OF | DIAMOND MCCARTHY LLP ATTN: HOWARD D. RESSLER, ESQ. 620 EIGHT AVENUE NEW YORK NY 10018 |
| DCI ASSET MANAGEMENT IRELAND LTD, ACTING FOR AND BEHALF OF | DCI LONG-SHORT CREDIT FUND; ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO CA 94105 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK OF NOVA SCOTIA, THE C/O DEUTSCHE BANK SECURITIES INC, ATTN: M WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 715 FIFTH AVE 35TH FL NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT ASSOCIATES, L.P./ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ESCA CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: KATSUYA HONMA 7-1, TSUBAKI-CHO NAKAMURA-KU NAGOYA-SHI AICHI 453-0015 JAPAN |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE C/O GOLDMAN SACHS & CO ATTN: RICK CANONICO 200 WEST ST NEW YORK NY 10282-2198 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065 |
| HACHIJUNI SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: KOICHI SATO UEDA-SHI TOKIDA 2-3-3 NAGANO 386-0018 JAPAN |
| HAYABUSA FISHING HOOKS CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC 341-23 OHATA, YOKWA-CHO MIKI-SHI HYOGO 673-1116 JAPAN |
| INCORE BANK AG | SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH CH-8022 SWITZERLAND |
| ITOCHU CAPITAL SECURITIES LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: RYOTARO SUGAWARA AOYAMA KUWAHOJINA BUILDING 4F 2-2-22 JINGUMAE, SHIBUYA-KA TOKYO 150-0001 JAPAN |
| JOALBE HOLDING BV | LE FEVRE DE MONTIGNYLAAN 61 ROTTERDAM 3055 LD NETHERLANDS |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 17:29:55
DATE: 09/19/11

PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| KIMUARA SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC C/O KIMURA SECURITIES CO., LTD. ATTN: KAZUYUKI HORI T460-0008  3-8-21  SAKAE NAKA-KU NAGOYA AICHI  JAPAN |
| KOSEI SECURITIES CO., LTD., THE | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: SHINJI KOGAWA 2-1-10 KITAHAMA CHUO-KU OSAKA CITY OSAKA  541-0041 JAPAN |
| KYOTO PREFECTURAL CREDIT FEDERATION OF AGRICULTURAL COOPERATIVES | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: HITOSHI IBARAKI, FUNDS & SECURITIES DEPARTMENT 1, NISHISANNOU-CHO HIGASHIKUJO MINAMI-JU KYOTO-CITY  601-8585 JAPAN |
| LEHMAN BROTHERS JAPAN INC | NOBUTAKA TANAKA KISHIMOTO BUILDING 2F, 2-1, MARUNOUCHI 2-CHOME, CHIYODA-KU, TOKYO, 100-0005   JAPAN |
| LEHMAN BROTHERS JAPAN INC | LORENZO MARINUZZI, ESQ. MORRISON & FOERSTER LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| LEHMAN BROTHERS JAPAN INC | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO 6-10-1 ROPPONGI, MINATO-KU TOKYO, 106-6137  JAPAN |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ADRIAANSZ, J.A.J. & L.E.M. ADRIAANSZ-PLAG ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: B.P. RUITER HOLDING B.V. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CHLASTAK, H ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: JOALBE HOLDING BV ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIVERPOOL LIMITED PARTNERSHIP, THE | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |
| MITSUI SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: YUTAKA MORISHITA, GENERAL MANAGER, HEAD OFFICE NISSEI FUKUI BLDG 1-21-1 JUNKA FUKUI-SHI FUKUI  910-0023 JAPAN |
| NPB NEW PRIVATE BANK LTD. | LINMATQUAI 1 / AM BELLEVUE P.O. BOX ZURICH  CH-8022 SWITZERLAND |
| SAIKYO SHINKIN BANK, THE | TRANSFEROR: LEHMAN BROTHERS JAPAN INC TAKAHIRO HASEGAWA SHINJUKU 4-3-20 SHINJUKU-KU TOKYO  160-0022 JAPAN |
| SECOM GENERAL INSURANCE CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC 2-6-2 HIRAKAWA-CHO CHIYODA-KU TOKYO 102-8645 JAPAN |
| SOCIETE GENERALE | MAYER BROWN LLP 1675 BROADWAY BRIAN TRUST NEW YORK NY 10019 |
| SOCIETE GENERALE | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE | ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| TODAKA MINING CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TARO NAKAYAMA 6-7, GOUNOMOTO-MACHI TSUKUMI OITA  879-2471 JAPAN |
| TODAKA RYUKEISHA CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TARO NAKAYAMA 6-7, GOUNOMOTO-MACHI TSUKUMI OITA  879-2471 JAPAN |

Total Number of Records Printed        57

EPIQ BANKRUPTCY SOLUTIONS, LLC