UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                              :     **Chapter 11 Case No.**
                                                   :
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :     **08-13555 (JMP)**
                                                   :     **(Jointly Administered)**
            Debtors.                               :
                                                   :     **Ref. Docket Nos. 19971-19982,**
                                                   :     **19984, 19987, 19988, 20073, 20077**
                                                   :
                                                   :
---------------------------------------------------------------x
                                                   :
In re                                              :     **Chapter 11 Case No.**
                                                   :
                                                   :
**LEHMAN BROTHERS OTC DERIVATIVES INC.,**          :     **08-13893 (JMP)**
                                                   :     **(Jointly Administered)**
            Debtors.                               :
                                                   :     **Ref. Docket No. 15**
                                                   :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 20, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

- 2 -

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
23rd day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |     Chapter 11 Case No.
                                    |
                                    |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,|
                                    |     (Jointly Administered)
                                    |
            Debtors.                |
                                    |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  MERRILL LYNCH CREDIT PRODUCTS, LLC
         TRANSFEROR: AMERICAN TRADING & PRODUCTION CO (ATAPCO)
         ATTN:JEFFREY BENESH AND GARY S. COHEN
         BANK OF AMERICA TOWER - 3RD FLOOR
         ONE BRYANT PARK
         NEW YORK NY 10036
```

Please note that your claim # 19234 in the above referenced case and in the amount of
      $33,697,302.30   Unliquidated       has been transferred **(unless previously expunged by court order)**

```
         BANIA BROTHERS, L.L.C.
         TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
         C/O ROPES & GRAY LLP
         ATTN: ADAM REISS
         1211 AVENUE OF THE AMERICAS
         NEW YORK NY 10036-8704
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20077       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/20/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 20, 2011.

**EXHIBIT B**

TIME: 18:36:40
DATE: 09/20/11                                                                 PAGE:  1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ASPECTA ASSURANCES INTERNATIONAL SA | TRANSFEROR: ING LUXEMBOURG 5, RUE EUGENE RUPERT L-2453 LUXEMBOURG |
| BANIA BROTHERS, L.L.C. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| CLARIDEN LEU LTD. | TRANSFEROR: RBS COUTTS BANK AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| ING LUXEMBOURG | 52, ROUTE D'ESCH L-2965 LUXEMBOURG |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: AMERICAN TRADING & PRODUCTION CO (ATAPCO) ATTN:JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: AMERICAN TRADING AND PRODUCTION CORP. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND |

Total Number of Records Printed          7

EPIQ BANKRUPTCY SOLUTIONS, LLC