**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

**Form 210A**

**United States Bankruptcy Court**

**SOUTHERN DISTRICT OF NEW YORK**

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Bancaperta S.p.A.**
Name of Transferee

**Intesa Sanpaolo Private Banking S.p.A.**
Name of Transferor

Name and Address where notices to transferee
should be sent:
Bancaperta S.p.A.
Via Ragazzi del ·99, 12
23100 Sondrio (SO)
Italy

Court Claim # (if known):
51234

Amount of Claim:
$ 195,356,055.02

Date Claim Filed:
October 28, 2009

Attn: Ms Cinzia Gerna
E-mail: gerna.cinzia@creval.it

Phone: +39 0342 522526
Last Four Digits of Acct #: N/A

Phone: +39 0287940451
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: +39 0342 522425
Last Four Digits of Acct #: N/A

IT92V0305311083000000000001

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: September 22, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S C. §1152 & 3571.