Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 12977**

We would like to inform you that Mr. Ulrich Kuhlmann who filed the claim Number 12977 on 09/15/2009 has assigned the rights arising out of this claim corresponding with the following securities

> 40 Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Basket (WKN A0SUA8 / ISIN DE000A0SUA81) in the amount of a face value (purchase date: August 19th, 2008) of USD 36,915.61 (EUR 25,265.63)

> to
> **Delbrück Bethmann Maffei AG**
> **Bethmannstraße 7-9**
> **60311 Frankfurt am Main**
> **Germany.**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Mr. Ulrich Kuhlmann and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the afore-mentioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, _____                    Hamburg, 22.7.2011

Delbrück Bethmann Maffei AG              Ulrich Kuhlmann
(Assignee)                                (Assignor)

(Jochen Weber) (Oliver Körner)           (Ulrich Kuhlmann)
(Michael Pleske)