B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.　　　　　　　　　　Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Österreichische Volksbanken-Aktiengesellschaft</u>　　　<u>Volksbank Vorarlberg e. Gen.</u>
　　　　Name of Transferee　　　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee should be sent:

A-1090 Vienna,
Kolingasse 14-16 Austria, Vienna

Attn: Mrs. Verena Rupp
Phone: +43(0)50 4004-7726 + 87726
Email: verena.rupp@volksbank.com

Court Claim # (if known): 67652

Total Amount of Claim Filed: $ Unliquidated
Amount of Claim Transferred: $ entire claim
ISIN/CUSIP: XS0205185456
Date Claim Filed: Sept. 6, 2011

Phone: +43 (0)50 882 8632
Last Four Digits of Acct #: <u>67.160</u>

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

_____　　　　　　　　_9/26/2011_____
Transferee/Transferee's Agent

Form 210B (12/09)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.
EAST\46807630.1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 67652 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on September 26, 2011.

| Volksbank Vorarlberg e. Gen. | Österreichische Volksbanken-Aktiengesellschaft |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:     Address of Transferee:

Zentrale Rankweil, Ringstrasse 27, A-6830     Kolingasse 14-16
Rankweil, Austria                              A-1090 Vienna, Austria

Attn: Mr. Michael Mehlhorn          Attn: Mrs. Verena Rupp
Phone: +43 (0)50 882 8632           Phone: +43(0)50 4004-7726 + 87726
Email: michael.mehlhorn@vvb.at      Email: verena.rupp@volksbank.com

**~ DEADLINE TO OBJECT TO TRANSFER ~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                       **CLERK OF THE COURT**

EAST\43523671.1

**DLA Piper US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104

**Epiq Systems, Inc.**
757 Third Avenue
3rd Floor
New York, NY 10017

(ORIGINAL - PLEASE FILE WITH EPIQ)

RECEIVED SEP 26 2011