**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x
                                                            )
In re:                                                      )    Chapter 11
                                                            )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    )    Case No. 08-13555 (JMP)
                                                            )
                                                            )
                                                            )
        Debtors                                             )    (Jointly Administered)
---------------------------------------------------------------------------x

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Silver Point Capital Fund, L.P.</u><br>Name of Transferee | <u>Amber Master Fund (Cayman) SPC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Silver Point Capital Fund, L.P.<br>2 Greenwich Plaza<br>Greenwich, CT 06830<br><br>Primary Contact:  Brian Jarmain<br>Phone:  203-542-4032<br>Fax:      203-542-4132<br>Email:    bjarmain@silverpointcapital.com<br><br>With a copy to:<br>Andrews Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: David Hoyt | **Case No. 08-13555**<br>Court Claim # (if known): <u>17225</u><br><br>Amount of Claim as set forth in Claim 17225:<br><u>$149,425,467.00</u><br><br>Date Claim Filed: <u>09/18/2009</u> |

NYC:215553.1

**EXHIBIT A  FORM OF EVIDENCE OF TRANSFER OF CLAIM**

**TO:**   Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Amber Master Fund (Cayman) SPC, acting for and on behalf of and for the account of each of Segregated Portfolio X and Segregated Portfolio Y ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to Silver Point Capital Fund, L.P. (the "Assignee") pursuant to a Transfer of Claim Agreement dated 23 July 2010 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with (i) a proof of claim no. 17225, (ii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "ISDA Guarantee Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated November 30, 2005 relating to the ISDA Master Agreement dated 1 November 2005 between Lehman Brothers International (Europe) and the Assignor and related documents (the "ISDA) and (iii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against the Debtor arising under the Unanimous Written Consent of the Executive Committee of the Board of Directors of the Debtor, dated as of June 9, 2005 pursuant to which the Debtor fully guaranteed the payment of all liabilities, obligations and commitments of the Debtor relating to an agreed net amount arising from a Cross Margining and Netting Agreement dated 11 July 2006 between Lehman Brothers Special Financing Inc, Lehman Brothers International (Europe) and Assignor and any related agreements, Master Institutional Futures Customer Agreement dated 16 May 2008 between Lehman Brothers International (Europe) and Assignor and any related agreements, Margin Lending Agreement dated 13 March 2008 by and among the Lehman Brothers International (Europe), Lehman Brothers Inc. and the Assignor and all related schedules, annexes, exhibits and other agreements, Customer Account Agreement dated 13 March 2008 by and among Lehman Brothers International (Europe), Lehman Brothers Inc, Lehman Brothers Special Financing Inc, Lehman Brothers Finance S.A., Lehman Brothers Holdings Inc (and any of their affiliates) and the Assignor and any related agreements and Global Master Securities Lending Agreement dated 13 March 2008 between Lehman Brothers International (Europe) and Assignor, including all related schedules, annexes, exhibits and other agreements.

The Assignor hereby waives any objection to the transfer of the Claims to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23rd day of July 2010

**ASSIGNOR:**

AMBER MASTER FUND (CAYMAN) SPC, ACTING FOR AND ON BEHALF OF AND FOR THE ACCOUNT OF EACH OF SEGREGATED PORTFOLIO X AND SEGREGATED PORTFOLIO Y

By: *[signature]*
Name: Michel Brogard
Title: Director

**ASSIGNEE:**

SILVER POINT CAPITAL FUND, L.P.

BY: SILVER POINT CAPITAL, L.P.
ITS INVESTMENT MANAGER

By: *[signature]*
Name:
Title:     Frederick H. Fogel
           Authorized Signatory