<u>Annex C</u>

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al., Debtors</u>

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CSCP Credit Acquisition Holdings Luxco, SARL</u>
Name of Transferee

<u>The Royal Bank of Scotland plc</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
375 Park Avenue, 12th Floor
New York, NY 10152
Attention: Lisa Murray

Court Claim # (if known): <u>8836</u>
Amount of Claim (total filed): <u>$1,887,608.35</u>
Amount of Claim (transferred): <u>$349,351.66</u>
Date Claim Filed: <u>8/20/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(212) 672-4617</u>
Last Four Digits of Acct #: _____

Phone: <u>(203) 897-2644</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 9/26/11
       Transferee/Transferee's Agent
                                                          Jeffrey Gelfand
                                                          Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

dc-651501