Annex C

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CCP Credit Acquisition Holdings Luxco, Sarl | The Royal Bank of Scotland plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
375 Park Avenue, 12th Floor
New York, NY 10152
Attention: Scott Hopson

Court Claim # (if known): 8836
Amount of Claim (total filed): $1,887,608.35
Amount of Claim (transferred): $594,452.51
Date Claim Filed: 8/20/09
Debtor: Lehman Brothers Holdings Inc.

Phone: (212) 672-4626
Last Four Digits of Acct #: _____

Phone: (203) 897-2644
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 9/26/11
     Transferee/Transferee's Agent
     Jeffrey Gelfand
     Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 Y.S.C. §§ 152 & 3571.

dc-644897