Michael Alexis Coleman Sr.
2 Freeman Street
Buffalo, N.Y. 14215
phone (716) 906-6112

Lehman Brothers Holdings Inc.
Attn: Casey Burton Esq.

Dear Sir

Hello, my name is Michael Alexis Coleman Sr. I am a long time client of Lehman Brothers. I am writing you in regard to the matter of the Debtors objection to claims (Late-filed claims).

In regard to late-filed claims being disallowed and/or expunged, I object to this matter for many reasons. The first reason that I object to this claim is on the grounds that the client advisors whom called upon failed to provide me with banking related statements and also he (she) never provided me with the necessary account(s) information such as my account(s) numbers which are 6250 and 9662 respectively.

Through your staffs incompetent behavior it may seem that I may lose my undeterminable assets. Please be advised that I phoned Lehman Brothers several times in the recent past prior to their filing for Chapter 11 Bankruptcy, to gain access to my accounts and I also tried to contact Barclays Capital, to no avail. I called numerous times in my attempts to gain ratification and have my account turned over to me.

Please reclassify my claim and return my assets to me.
 Furthermore, I was never sent any statements and I never received a BarDate notice, in the mail or any other way in this matter. I also never signed over any assets to anyone. So please verify my signature as opposed to the one received in the Summer of 2007.

Yours truly,
Michael Alexis Coleman Sr.