AMIGONE, SANCHEZ & MATTREY, LLP
Arthur G. Baumeister, Jr., Esq. (AB2332)
1300 Main Place Tower
350 Main Street
Buffalo, New York  14202
Telephone:  (716) 852-1300
Facsimile: (716) 852-1344
Email: abaumeister@amigonesanchez.com

*Attorneys for Michael A. Coleman.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | BK No. 08-13555-JMP |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | Chapter 11<br>**(Jointly Administered)** |
| **Debtor.** | Hon. James M. Peck |

**CERTIFICATE OF SERVICE**
_____

I hereby certify that on September 26, 2011, I electronically filed the Response of Michael A. Coleman in Opposition to Debtors' One Hundred Forty-Third Ominbus Objection to Claims (Late-Filed), Including Request for Adjournment of Hearing on September 28, 2011 and Leave to Conduct Discovery on Claim with the Clerk of the Bankruptcy Court using the CM/ECF system, and

I hereby certify that I have served a copy of same by email on:

Robert J. Lemons, Esq. at robert.lemons@weil.com

Mark Bernstein, Esq. at mark.bernstein@weil.com

Casey Burton, Esq. at casey.burton@weil.com

I hereby certify that I have served a copy of same by overnight mail on:

Honorable James M. Peck

Courtroom 601

One Bowling Green

New York, New York 10004


Weil, Gotshal & Manges, LLP

767 Fifth Avenue

New York, New York 10153

Attn: Robert J. Lemons, Esq. & Mark Bernstein, Esq.


Office of the United States Trustee

33 Whitehall Street, 21st Floor

New York, New York 10004

Attn: Tracy Hope Davis, Esq., Elisabeth Gasparini, Esq. & Andrea Schwartz, Esq.


Milbank, Tweed, Hadley & McCloy LLP

1 Chase Manhattan Plaza

New York, New York 1005

Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. & Evan Fleck, Esq.


Executed on September 26, 2011

                                                                      s/ Cynthia Sahr
                                                                      Cynthia Sahr