UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :    (Jointly Administered)
                    Debtors.                                    :
                                                                :
-----------------------------------------------------------------x    Ref. Docket Nos. 19837, 19941

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 22, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
27th day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BARCLAYS BANK PLC
              TRANSFEROR: MOORE MACRO FUND LP
              745 SEVENTH AVENUE
              NEW YORK NY 10019

Additional:

Transferee:   HAYMAN CAPITAL MASTER FUND, L.P.
              ATTN: CHRIS KIRKPATRICK
              2101 CEDAR SPRINGS ROAD, SUITE 1400
              DALLAS TX 75201

**Your transfer   of claim #   63570-01   is defective for the reason(s) checked below:**

Previously Transferred

Docket Number 19837              Date 09/10/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 22, 2011.

# EXHIBIT B

```
TIME: 15:00:35                                LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 09/22/11                                      CREDITOR LISTING

Name                                 Address
BARCLAYS BANK PLC                    TRANSFEROR: MOORE MACRO FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
HAYMAN CAPITAL MASTER FUND, L.P.     ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201
LIQUIDATION OPPORTUNITIES MASTER FUND ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE 10022
L.P.
YORVIK PARTNERS LLP                  TRANSFEROR: YORVIK CAPITAL LTD 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed        4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC