UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                :
:
------------------------------------------------------------------x    Ref. Docket Nos. 8125, 19441,
19967, 19968, 19993, 19997, 20000,
20002, 20033, 20036, 20038, 20039,
20041, 20042, 20051, 20054, 20057,
20061, 20062, 20065, 20071 , 20072,
20108, 20124, 20142, 20144, 20148,
20149, 20151-20153

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 22, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of September, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:    CHASE LINCOLN FIRST COMMERCIAL CORPORATION
       TRANSFEROR: DCI ASSET MANAGEMENT IRELAND LTD, ACTING FOR AND BEHALF OF
       DCI LONG-SHORT CREDIT FUND
       JPMORGAN CHASE BANK, N.A.,
       ATTN: SUSAN MCNAMARA
       MAIL CODE: NY1-A436; ONE CHASE MANHATTAN PLAZA - FLOOR 26
       NEW YORK NY 10005
```

Please note that your claim # 10166 in the above referenced case and in the amount of
    $50,123,902.00   allowed at $27,000,000.00        has been transferred **(unless previously expunged by court order)**

```
       BAUPOST GROUP SECURITIES LLC
       TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION
       C/O ROPES & GRAY LLP
       ATTN: ADAM REISS
       1211 AVENUE OF THE AMERICAS
       NEW YORK NY 10036-8704
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                           UNITED STATES BANKRUPTCY COURT
                           Southern District of New York
                           One Bowling Green
                           New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20108      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/22/2011                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 22, 2011.

# EXHIBIT B

```
TIME: 14:59:24                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 09/22/11                                           CREDITOR LISTING

Name                                                     Address
ALSTON INVESTMENTS LLC                                   TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE
                                                         712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ALSTON INVESTMENTS LLC                                   TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBURG/RAJAT BOSE
                                                         712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ALSTON INVESTMENTS LLC                                   TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOTT GREENBERG/RAJAT BOSE
                                                         712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ASHTON INVESTMENTS LLC                                   TRANSFEROR: ELLIOTT INTERNATIONAL LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOTT GREENBERG/RAJAT BOSE
                                                         712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ASHTON INVESTMENTS LLC                                   TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOTT GREENBERG/RAJAT BOSE
                                                         712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ASPECTA ASSURANCES INTERNATIONAL SA                      TRANSFEROR: ING LUXEMBOURG 5, RUE EUGENE RUPPERT L-2453 LUXEMBOURG
BANQUE DE GESTION                                        EDMOND DE ROTHSCHILD - MONACO 2, AVENUE DE MONTE-CARLO B.P. 317 MONACO CEDEX  98006 MONACO
BAUPOST GROUP SECURITIES LLC                             TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS
                                                         NEW YORK NY 10036-8704
CAJA DE CREDITO DE LOS INGENIEROS, SCC                   TRANSFEROR: JOVE VINTRO, JOSE L ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
CHASE LINCOLN FIRST COMMERCIAL                           TRANSFEROR: DCI ASSET MANAGEMENT IRELAND LTD, ACTING FOR AND BEHALF OF DCI LONG-SHORT CREDIT FUND JPMORGAN CHASE BANK, N.A.,
CORPORATION                                              ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436; ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
CLARIDEN LEU LTD.                                        TRANSFEROR: BANQUE DE GESTION EDMOND ROTHSCHILD ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CLARIDEN LEU LTD.                                        TRANSFEROR: TORRICO, G D & MEZ DETORRICO JTWROS ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CLARIDEN LEU LTD.                                        TRANSFEROR: TORRICO, GUSTAVO DANIEL & MARIA ZIADE DE TORRICO ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
DELAWARE CORE PLUS BOND FUND, A SERIES                   C/O DELAWARE INVESTMENTS ATTN: LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094
 OF DELAWARE GROUP GOV. FUND
DELAWARE CORE PLUS BOND FUND, A SERIES                   C/O DELAWARE INVESTMENTS ATTN: MICHAEL DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET STREET
 OF DELAWARE GROUP GOV. FUND                             PHILADELPHIA PA 19103-7094
DELAWARE CORE PLUS BOND FUND, A SERIES                   C/O PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
 OF DELAWARE GROUP GOV. FUND
DELAWARE CORPORATE BOND FUND                             C/O DELAWARE INVESTMENTS ATTN: LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094
DELAWARE CORPORATE BOND FUND                             DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET
                                                         PHILADELPHIA PA 19103-7094
DELAWARE CORPORATE BOND FUND                             PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
DELAWARE DIVERSIFIED INCOME FUND                         C/O DELAWARE INVESTMENTS ATTN: LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094
DELAWARE DIVERSIFIED INCOME FUND                         DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET
                                                         PHILADELPHIA PA 19103-7094
DELAWARE DIVERSIFIED INCOME FUND                         PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
DELAWARE GLOBAL DIVIDEND AND INCOME FUND                 C/O DELAWARE INVESTMENTS ATTN: LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094
DELAWARE GLOBAL DIVIDEND AND INCOME FUND                 DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET
                                                         PHILADELPHIA PA 19103-7094
DELAWARE GLOBAL DIVIDEND AND INCOME FUND                 C/O PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
DELAWARE INFLATION PROTECTIONBOND FUND                   LEGAL COUNSEL 2005 MARKET STREET ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7094
DELAWARE INFLATION PROTECTIONBOND FUND                   ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094
DELAWARE INFLATION PROTECTIONBOND FUND                   PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE
                                                         PHILADELPHIA PA 19103
DELAWARE LIMITED-TERM DIVERSIFIED INCOME                 GROUP LIMITED TERM GOVERNMENT FUNDS C/O DELAWARE INVESTMENTS ATTN: MICHAEL DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL
 FUND, A SERIES OF DELAWARE                              2005 MARKET STREET PHILADELPHIA PA 19103
DELAWARE LIMITED-TERM DIVERSIFIED INCOME                 GROUP LIMITED TERM GOVERNMENT FUNDS C/O DELAWARE INVESTMENTS ATTN: LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7098
 FUND, A SERIES OF DELAWARE
DELAWARE LIMITED-TERM DIVERSIFIED INCOME                 C/O PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
 FUND, A SERIES OF DELAWARE
DELAWARE MGMT BUSINESS TRA/C LVIP                        DELAWARE INVESTMENT ADVISERS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET ST # 40
 MANAGED FUND                                            PHILADELPHIA PA 19103-7094
DELAWARE MGMT BUSINESS TRA/C LVIP                        PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
 MANAGED FUND
DELAWARE POOLED TRST CORE PLUSFIXED INC                  C/O DELAWARE INVESTMENTS ATTN: LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094
 PORTFOLIO
                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:59:24                                      LEHMAN BROTHERS HOLDING INC.                                           PAGE:    2
DATE: 09/22/11                                           CREDITOR LISTING

Name                                              Address
DELAWARE POOLED TRST CORE PLUSFIXED INC           DELAWARE INVESTMENT ADVISERS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET ST # 40
 PORTFOLIO                                         PHILADELPHIA PA 19103-7094
DELAWARE POOLED TRST CORE PLUSFIXED INC           PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
 PORTFOLIO
DELAWARE VIP TRUST - DELAWARE VIP                 LEGAL COUNSEL 2005 MARKET STREET # 40 PHILADELPHIA PA 19103-7094
 DIVERSIFIED INCOME SERIES
DELAWARE VIP TRUST - DELAWARE VIP                 DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET ST # 40
 DIVERSIFIED INCOME SERIES                         PHILADELPHIA PA 19103-7094
DELAWARE VIP TRUST - DELAWARE VIP                 PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
 DIVERSIFIED INCOME SERIES
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE GROUP GOVERNTMENT FUND C/O DEUTSCHE BANK SECURITIES INC.
                                                  ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DELAWARE CORPORATE BOND FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DELAWARE DIVERSIFIED INCOME FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DELAWARE GLOBAL DIVIDEND AND INCOME FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DELAWARE INFLATION PROTECTIONBOND FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DELAWARE LIMITED-TERM DIVERSIFIED INCOME FUND, A SERIES OF DELAWARE GROUP LIMITED-TERM GOVERNMENT FUNDS
                                                  C/O DUETSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DELAWARE MGMT BUSINESS TRA/C LVIP MANAGED FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DELAWARE VIP TRUST, DELAWARE VIP DIVERSIFIED INCOME SERIES C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ELEKTRIZITATS- GESELLSCHAFT ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRUST C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: LINCOLN NATIONAL LIFE INSURANCE COMPANY SEPARATE ACCOUNT 1 C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: LINCOLN VARIABLE INSURANCE PRODUCTS TRUST BOND FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DOORN, A.M.I.                                     NOORDERHEIDE 3 LAREN  1251 AA NETHERLANDS
ELEKTRIZITATS- GESELLSCHAFT                       LAUFENBURG AG (EGL) C/O HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 E. BYRD STREET RICHMOND VA 23219
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT ASSOCIATES, L.P. ATTN: ELLIOT GREENBURG/RAJAT BOSE
                                                  712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE
                                                  712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE
                                                  712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE
                                                  712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL LP                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ELLIOTT MANAGEMENT CORPORATION - ATTN: MICHAEL STEPHAN
                                                  712 5TH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL
                                                  NEW YORK NY 10019
GENTRIFICATION VENTURES, L.L.C.                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MANDEL KATZ & BROSNAN LLP ATTN: KARA SCHEINMANN KATZ THE LAW BUILDING
                                                  210 ROUTE 303 VALLEY COTTAGE NY 10989
GOLDMAN SACHS LENDING PARTNERS LLC                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: FONDAZIONE MONTE DEI PASCHI DI SIENA ATTN: JOSE AGUINAGA 200 WEST STREET NEW YORK NY 10282-2198

                                                                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:59:24                                     LEHMAN BROTHERS HOLDING INC.                                              PAGE:   3
DATE: 09/22/11                                          CREDITOR LISTING

Name                                               Address
GOLDMAN SACHS LENDING PARTNERS LLC                 TRANSFEROR: NEKTAR ASSET MANAGEMENT AB FOR THE NEKTAR FUND C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON ST 38TH FL
                                                   JERSEY CITY NJ 07302
ING LUXEMBOURG                                     52, ROUTE D'ESCH L-2965 LUXEMBOURG
JOVE VINTRO, JOSE L                                CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALIA VIA LAIETANA, 39 BARCELONA 08003 SPAIN
JOVE VINTRO, JOSE L                                C/BEETHOVEN, 12-5-1 BARCELONA 08021 SPAIN
LINCOLN NATIONAL CORPORATION MASTER                C/O DELAWARE MGMT BUSINESS TRUST ATTN: LEGAL COUNSEL 2005 MARKET ST #39 PHILADELPHIA PA 19103-7042
 RETIREMENT TRUST
LINCOLN NATIONAL CORPORATION MASTER                DELAWARE MGMT BUSINESS TRUST ATTN: MICHAEL E. DRESNIN, VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7098
 RETIREMENT TRUST
LINCOLN NATIONAL CORPORATION MASTER                C/O PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
 RETIREMENT TRUST
LINCOLN NATIONAL LIFE INSURANCE COMPANY            C/O DELAWARE MANAGEMENT BUSINESS TRUST ATTN: LEGAL COUNSEL 2005 MARKET ST # 40 PHILADELPHIA OA 19103-7094
 SEPARATE ACCOUNT 12
LINCOLN NATIONAL LIFE INSURANCE COMPANY            DELAWARE MANAGEMENT BUSINESS TRUST ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET ST # 40
 SEPARATE ACCOUNT 12                               PHILADELPHIA PA 19103-7094
LINCOLN NATIONAL LIFE INSURANCE COMPANY            PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
 SEPARATE ACCOUNT 12
LINCOLN VARIABLE INSURANCE PRODUCTS                C/O DELAWARE MGMT BUSINESS TRUST ATTN: LEGAL COUNSEL 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7042
 TRUST BOND FUND
LINCOLN VARIABLE INSURANCE PRODUCTS                DELAWARE MGMT BUSINESS TRUST ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET ST # 39
 TRUST BOND FUND                                   PHILADELPHIA PA 19103-7042
LINCOLN VARIABLE INSURANCE PRODUCTS                PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
 TRUST BOND FUND
LIQUIDITY SOLUTIONS, INC.                          TRANSFEROR: DOORN, A.M.I. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                          TRANSFEROR: MEIRINHOS, ANTONIO AUGUSTO ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                          TRANSFEROR: MIEGE, MARIAN ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                          TRANSFEROR: ROTERMUND, HERMAN & ROTERMUND-LEHMBRUCK, CHRISTINE ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                          TRANSFEROR: VERSLUIERDE BREVET/LCK ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIVERPOOL LIMITED PARTNERSHIP, THE                 TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL
                                                   NEW YORK NY 10019
LIVERPOOL LIMITED PARTNERSHIP, THE                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FLOOR
                                                   NEW YORK NY 10019
LIVERPOOL LIMITED PARTNERSHIP, THE                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ELLIOTT MANAGEMENT CORPORATION - ATTN: MICHAEL STEPHAN
                                                   712 5TH AVENUE, 35TH FLOOR NEW YORK NY 10019
LIVERPOOL LIMITED PARTNERSHIP, THE                 TRANSFEROR: DEUTSCHE BANK SECURITIES C/O ELLIOTT MANAGEMENT CORPORATION - ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FLOOR
                                                   NEW YORK NY 10019
LIVERPOOL LIMITED PARTNERSHIP, THE                 TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE 35TH FL
                                                   NEW YORK NY 10019
MEIRINHOS, ANTONIO AUGUSTO                         C/RAIMUNDO LANAS, 2, 2 C PAMPLONA NAVARRA 31014 SPAIN
MIEGE, MARIAN                                      137 BIALIK ST. RAMAT-GAN 52523 ISRAEL
OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME            C/O DELAWARE INVESTMENT ADVISERS ATTN: LEGAL COUNSEL 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094
 FUND
OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME            DELAWARE INVESTMENT ADVISERS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET STREET # 40
 FUND                                              PHILADELPHIA PA 19103-7094
OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME            PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
 FUND
ROTERMUND, HERMAN & ROTERMUND-LEHMBRUCK,           KASTELSTRASSE 20 KARLSRUHE D-76227 GERMANY
 CHRISTINE
SILVER POINT CAPITAL FUND, L.P.                    DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                    TRANSFEROR: WALTER HEINZ RHOMBERG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                   GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER               DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER               TRANSFEROR: WALTER HEINZ RHOMBERG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, L.P.                                        GREENWICH CT 06830
TORRICO, G D & MEZ DETORRICO JTWROS                C/O GUYER & REGULES PZA INDEPENDENCIA 811 MONTEVIDEO PB 11100 URUGUAY


                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:59:24                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    4
DATE: 09/22/11                                         CREDITOR LISTING

Name                                   Address
TORRICO, GUSTAVO DANIEL & MARIA ZIADE DE    C/O GUYER & REGULES PZA INDEPENDENCIA 811 MONTEVIDEO    PB 11100 URUGUAY
  TORRICO
VERSLUIERDE BREVET/LCK                 KEIZERSGRACHT 74 AMSTERDAM    1015 CT NETHERLANDS
WALTER HEINZ RHOMBERG                  STEIRBRUCHGASSE 6 BREGENZ    A-6300 AUSTRIA


Total Number of Records Printed    103
```

EPIQ BANKRUPTCY SOLUTIONS, LLC