UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                                                  :      Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :      08-13555 (JMP)
                                                                       :      (Jointly Administered)
                        Debtors.                                       :
                                                                       :
---------------------------------------------------------------------x         Ref. Docket Nos. 19955, 20109-
                                                                               20113, 20158, 20160, 20161, 20167,
                                                                               20175, 20183-20192, 20194, 20196,
                                                                               20197, 20203, 20205

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 23, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
27th day of September, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 19955, 20109-20113, 20158, 20160, 20161, 20167, 20175, 20183-20192, 20194, 20196, 20197, 20203, 20205_AFF_09-23-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CHASE LINCOLN FIRST COMMERCIAL CORPORATION
          TRANSFEROR: DCI LONG-SHORT CREDIT FUND
          JPMORGAN CHASE BANK, N.A.
          ATTN: SUSAN MCNAMARA
          MAIL CODE: NY1-A436
          ONE CHASE MANHATTAN PLAZA - FLOOR 26
          NEW YORK NY 10005
```

Please note that your claim # 67596 in the above referenced case and in the amount of
        $27,000,000.00        has been transferred **(unless previously expunged by court order)**

```
          BAUPOST GROUP SECURITIES, L.L.C.
          TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION
          C/O ROPES & GRAY LLP
          ATTN: ADAM REISS
          1211 AVENUE OF THE AMERICAS
          NEW YORK NY 10036-8704
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20109     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/23/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 23, 2011.

# EXHIBIT B

```
TIME: 14:11:36                                                      LEHMAN BROTHERS HOLDING INC.                                                              PAGE:   1
DATE: 09/23/11                                                           CREDITOR LISTING

Name                                           Address
BAUPOST GROUP SECURITIES, L.L.C.               TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS
                                               NEW YORK NY 10036-8704
CHASE LINCOLN FIRST COMMERCIAL                 TRANSFEROR: DCI LONG-SHORT CREDIT FUND JPMORGAN CHASE BANK, N.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
 CORPORATION                                   ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
DAERDEN, J.H.J.                                WASSERIJSTRAAT 2 DIEPENBEEK   3590 BELGIUM
DCI LONG-SHORT CREDIT FUND                     ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO CA 94105
DCI LONG-SHORT CREDIT FUND                     SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG LONDON BRANCH                 ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG LONDON BRANCH                 CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                               NEW YORK NY 10005
DEUTSCHE BANK SECURITIES INC.                  TRANSFEROR: HANK'S LIVING TRUST ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK SECURITIES INC.                  TRANSFEROR: KILROY REALTY, L.P. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
HANK'S LIVING TRUST                            3130 ALPINE ROAD SUITE 288-708 PORTOLA VALLEY CA 94028
HAYMAN CAPITAL MASTER FUND, L.P.               TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: CHRISTOPHER E KIRKPATRICK 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201
J.M.G. STOKKERMANS                             H.C.S. STOKKERMANS-DRIESSEN BENZENRADE 15E HEERLEN 6419PG NETHERLANDS
J.M.G. STOKKERMANS                             H.C.S. STOKKERMANS-DRIESSEN BENZENRADE 15E PG HEERLEN 6419 NETHERLANDS
J.P. MORGAN SECURITIES LTD                     125 LONDON WALL LONDON EC2Y 5AJ UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                      TRANSFEROR: FRONT CAPITAL LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                      TRANSFEROR: FRONT CAPITAL LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401
KILROY REALTY, L.P.                            CARLOS ALVAREZ 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022
KILROY REALTY, L.P.                            ATTN: RICHARD E. MORAN JR., EVP AND CFO 12200 W. OLYMPIC BOULEVARD, SUITE 200 LOS ANGELES CA 90064
KILROY REALTY, L.P.                            CARLOS ALVAREZ LATHAM AND WATKINS LLP 885 THIRD AVENUE 3RD FLOOR NEW YORK NY 10022
LIQUIDITY SOLUTIONS, INC                       TRANSFEROR: DAERDEN, J.H.J. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                      TRANSFEROR: J.M.G. STOKKERMANS ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                      TRANSFEROR: M.G.M STOKKERMANS ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                      TRANSFEROR: M.G.M. STOKKERMANS ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                      TRANSFEROR: STOKKERMANS, KFE ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                      TRANSFEROR: T.C.A. STOKKERMANS ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                      TRANSFEROR: TEMPORIS HOLDINGS LIMITED ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                      TRANSFEROR: VINCKE, BEATRICE DILLIER ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                      TRANSFEROR: WAAGE, KNUT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                      TRANSFEROR: WAELKENS, V.K.M.F. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
M.G.M STOKKERMANS                              BENZENRADE 15E PG HEERLEN 6419 PG NETHERLANDS
M.G.M. STOKKERMANS                             BENZENRADE 15E HEERLEN 6419 PG NETHERLANDS
SILVER POINT CAPITAL FUND, L.P.                DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                TRANSFEROR: J.P. MORGAN SECURITIES LTD C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                               GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER           DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER           TRANSFEROR: J.P. MORGAN SECURITIES LTD C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, L.P.                                    GREENWICH CT 06830
STOKKERMANS, KFE                               BENZENRADE 15 E HEERLEN  6419 PG NETHERLANDS
STOKKERMANS, KFE                               BENZENRADE 15E HEERLEN  6419 PG NETHERLANDS
STONEHILL INSTITUTIONAL PARTNERS, L.P.         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                               NEW YORK NY 10022
SVENSKA HANDELSBANKEN AB (PUBL)                ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK NY 10022-7218
SVENSKA HANDELSBANKEN AB (PUBL)                MONTGOMERY, CLAUDE D., ESQ. SALANS LLP 620 FIFTH AVENUE, 4TH FLOOR NEW YORK NY 10020
T.C.A. STOKKERMANS                             BENZENRADE 15E PG HEERLEN  6419 NETHERLANDS
TEMPORIS HOLDINGS LIMITED                      C/O CRISTINA RUIZ CASANUEVA, ABOGADO AVD. VALLE DEL GOLF ALOHA SUR 32, 9-A NUEVA ANDALUCIA MARBELLA MALAGA  E-29660 SPAIN
VINCKE, BEATRICE DILLIER                       CRET DES SELLES GRANDEVENT  CH1421 SWITZERLAND
WAAGE, KNUT                                    LYSHOVDEN 282 FYLLINGSDALEN  N-5148 NORWAY
WAELKENS, V.K.M.F.                             CELEBESLAAN 4 HILVERSUM  1217 GV NETHERLANDS


Total Number of Records Printed                47                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```