UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | § Case No. 08-13555 (JMP) <br> § |
| Debtors. | § (Jointly Administered) <br> § |

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS    )
                                 ) SS:
COUNTY OF SUFFOLK                )

Evan Benanti, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is an attorney employed by the law firm of Bingham McCutchen LLP.

2. On the dates and parties indicated on the attached Service List, deponent caused to be served a true copy of the **Response of The Financial Services Compensation Scheme Limited to Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims)** in the manner indicated.

_____
Evan Benanti

Sworn to before me this
____ day of September, 2011

_____
Notary Public

C. PAULA BARRETTO
Notary Public
Commonwealth of Massachusetts
My Commission Expires September 5, 2014

A/74530648.1

# SERVICE LIST

### VIA OVERNIGHT DELIVERY on September 27, 2011

Weil, Gotshal & Manges LLP
Attn: Robert J. Lemons
767 Fifth Avenue
New York, NY 10153

Office of the US Trustee
Attn: Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Honorable James M. Peck
United States Bankruptcy Court
1 Bowling Green
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne
1 Chase Manhattan Plaza
New York, NY 10005

A/74530648.1