Paul V. Shalhoub
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Counsel for the Hawaii Borrowers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION [DOCKET NO. 3182] OF WWK HAWAII-WAIKAPUNA, LLC, WWK HAWAII-MOAULA, LLC, WWK HAWAII-HONU'APO, LLC, WWK HAWAII-LITTLE HONU'APO, LLC, WWK HAWAII-HOUSE PARCEL, LLC, WWK HAWAII-HOUSE PARCEL 2, LLC, AND WWK HAWAII-NAALEHU PARCEL 1, LLC FOR ORDER (I) SETTING PROMPT DATE FOR ASSUMPTION OR REJECTION OF PROJECT LOAN; (II) UPON REJECTION, GRANTING RELIEF FROM THE AUTOMATIC STAY; AND (III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that WWK Hawaii-Waikapuna, LLC, WWK Hawaii-Moaula, LLC, WWK Hawaii-Honu'Apo, LLC, WWK Hawaii-Little Honu'Apo, LLC, WWK Hawaii-House Parcel, LLC, WWK Hawaii-House Parcel 2, LLC, and WWK Hawaii-Naalehu Parcel 1, LLC (the "**Hawaii Borrowers**"), by and through their undersigned counsel, hereby withdraw, with prejudice, their Motion for Order (i) Setting Prompt Date for Assumption or Rejection of Project Loan; (ii) Upon Rejection, Granting Relief from the Automatic Stay; and (iii) Granting Related Relief [Docket No. 3182].

Dated: New York, New York
September 28, 2011

                    - 2 -

WILLKIE FARR & GALLAGHER LLP

By: /s/ Paul V. Shalhoub
     Paul V. Shalhoub

787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Attorneys for the Hawaii Borrowers*