Form 210A/B – Transfer of LBHI Claim # 67114
Execution Copy

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | Clerk, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (jointly administered) |
| CLAIM NO. | 67114 (please note that only a portion of this claim is being transferred, as described below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a ratable portion in an amount of $39,564,283.48 (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $43,159,467.09 (the "Claim") |

It is hereby certified that **Barclays Bank PLC** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**Paulson Credit Opportunities Master Ltd.**
c/o Paulson & Co. Inc.
1251 Avenue of the Americas
50th Floor
New York, NY 10020
Attn.:    Daniel Kamensky
Phone:   +1 212 956 2221

("Buyer") by assignment agreement dated 8 October 2010.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26 day of SEPTEMBER, 2011

| BARCLAYS BANK PLC | PAULSON CREDIT OPPORTUNTIES MASTER LTD. |
|---|---|
| Name: S. BARNETT | Name: Michael Waldorf |
| Title: VICE PRESIDENT | Title: Managing Director |