**SEWARD & KISSEL LLP**
John R. Ashmead, Esq. (JA 4756)
Carolyn Frederick, Esq. (CF 2861)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Goldman Sachs Lending Partners LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **Case No. 08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2)

1.    A claim has been filed in Lehman Brothers Holdings Inc., Debtor, Case No. 08-03555 (JMP)).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

2.    TRANSFEROR:

> Serengeti Opportunities Partners LP
> c/o Serengeti Asset Management LP
> 632 Broadway, 12th Floor
> New York, NY 10012
> Attn:  Shaker Choudhury
> Phone:  212-672-2248

3.    PLEASE TAKE NOTICE of the transfer of Transferor's claim, docketed as Claim No. 11020 (the "Claim"). The Claim is in the amount of at least $1,694,353.02, against Lehman Brothers Holdings Inc.

4.     31% of the Claim is being transferred in the amount of $525,249.44 to:

TRANSFEREE:

> Goldman Sachs Lending Partners LLC
> 200 West Street
> New York, NY 10282
> Attn:  Dennis M. Lafferty
> Phone:  (212) 902-1820

4.     An Evidence of Transfer of Claim is attached as <u>Exhibit A</u>.  You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address above and to the undersigned at the address below.

5.     I declare under penalty of perjury that the information provided in this notice and in the Evidence of Transfer of Claim is true and correct to the best of my knowledge and belief.

Dated: New York, New York
       September 28, 2011

SEWARD & KISSEL LLP

By: /s/ John R. Ashmead
John R. Ashmead, Esq. (JA 4756)
Carolyn Frederick, Esq. (CF 2861)
One Battery Park Plaza
New York, New York  10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
Email: ashmead@sewkis.com
           frederick@sewkis.com

Attorneys for Goldman Sachs
Lending Partners LLC.

SK 26751 0003 1230760

2

## EXHIBIT C

### EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  **Serengeti Opportunities Partners LP,**

      **Serengeti Opportunities Partners LP**, a limited partnership ("Serengeti"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to `Goldman Sachs Lending **Partners LLC**, a limited liability Corporation ("GS"), all of Serengeti's right, title and interest in and to the claims of **Intesa Sanpaolo S.p.A.** against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $525,249.44 (the "Claim Amount") (representing 31.00% of the amount of the Claim (as hereinafter defined)), plus interest and legal charges, docketed as Claim No. 11020 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

      Serengeti hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim Amount as an unconditional sale and GS herein as the valid owner of the Claim Amount.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim Amount to GS.

**IN WITNESS WHEREOF, dated as of the _____ day of September 2011.**

**Serengeti Opportunities Partners LP**
  By: Serengeti Asset Management LP,
as the Investment Adviser

By:_____
(Signature of authorized corporate officer)


Name:
Title:
Tel.:

**Goldman Sachs Lending Partners LLC**

By:_____
(Signature of authorized corporate officer)

Name:
Title:
Tel.:

13

## EXHIBIT C

### EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  **Serengeti Opportunities Partners LP,**

      **Serengeti Opportunities Partners LP**, a limited partnership ("Serengeti"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Goldman Sachs Lending Partners LLC**, a limited liability Corporation ("GS"), all of Serengeti's right, title and interest in and to the claims of **Intesa Sanpaolo S.p.A.** against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $525,249.44 (the "Claim Amount") (representing 31.00% of the amount of the Claim (as hereinafter defined)), plus interest and legal charges, docketed as Claim No. 11020 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

      Serengeti hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim Amount as an unconditional sale and GS herein as the valid owner of the Claim Amount.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim Amount to GS.

**IN WITNESS WHEREOF, dated as of the ____ day of September 2011.**

                        **Serengeti Opportunities Partners LP**
                         By: Serengeti Asset Management LP,
                        as the Investment Adviser

                         By:_____
                         (Signature of authorized corporate officer)

                         Name:
                         Title:
                         Tel.:

                         **Goldman Sachs Lending Partners LLC**

                         By:_____
                         (Signature of authorized corporate officer)

                         Name:
                         Title:
                         Tel.:

SK 26751 0003 1230196