SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Douglas P. Bartner
Brian H. Polovoy
Henry Weisburg

*Attorneys for Nomura International plc,*
*Nomura Securities Co., Ltd., and Nomura Global Financial Products, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : |
| | : Case No. 08-13555 (JMP) |
| Debtors. | : |
| | : (Jointly Administered) |
| | : |

-------------------------------------------------------------------x

| | |
|---|---|
| | : |
| LEHMAN BROTHERS HOLDINGS INC. and | : |
| LEHMAN BROTHERS SPECIAL FINANCING, INC., | : Adv. Proc. No. 10-03228-jmp |
| and OFFICIAL COMMITTEE OF UNSECURED | : |
| CREDITORS OF LEHMAN BROTHERS HOLDINGS | : |
| INC., *et al.*, | : |
| Plaintiffs and | : |
| Intervenor, | : |
| | : |
| -against- | : |
| | : |
| NOMURA INTERNATIONAL PLC, | : |
| | : |
| Defendant. | : |

-------------------------------------------------------------------x

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and | : |
| LEHMAN BROTHERS SPECIAL FINANCING, INC., | : |
| and OFFICIAL COMMITTEE OF UNSECURED | : Adv. Proc. No. 10-03229-jmp |
| CREDITORS OF LEHMAN BROTHERS HOLDINGS | : |
| INC., *et al.*, | : |
| Plaintiffs and | : |
| Intervenor, | : |
| | : |
| -against- | : |
| | : |
| NOMURA SECURITIES CO., LTD., | : |
| | : |
| Defendant. | : |

-------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
          )  ss.:
COUNTY OF NEW YORK )

   Alexa J. Loo, being duly sworn, deposes and says, under the penalty of perjury:

   1.  I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

   2.  On September 27, 2011, I caused true and correct copies of the *September 27, 2011 Letter to the Court* to be served via hand delivery to the parties listed in <u>Exhibit A</u> annexed hereto and via first class mail to the party listed in <u>Exhibit B</u> annexed hereto.

            Alexa J. Loo

SWORN TO AND SUBSCRIBED before me on this 28th day of September, 2011.

          RYAN KNUTSON
          Notary Public, State of New York
          No. 02KN6209396
          Qualified in New York County
          Commission Expires July 27, 2013

**Exhibit A**

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004


Jayant W. Tambe
Corinne Ball
Aviva Warter Sisitsky
Jones Day
222 East 41st Street
New York, New York 10017


Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
The Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004


Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

## **Exhibit B**

David Cohen
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, NW, Suite 1100
Washington, DC 2006