Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,              Case No. 08-13555 (JMP)
                                                         **(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Credit Suisse (Luxembourg) SA |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Simon Glennie/Kairi James
E-mail: simon.glennie@db.com/kairi.james@cms-cmck.com

Last Four Digits of Acct. #:  N/A

Court Claim # (if known):  55819
Amount of Claim: The Transferor has transferred to the Transferee the following amount:
XS0186883798 = USD 540,000 (principal) plus any accrued interest

Date Claim Filed: 29 October 2009

Tel: N/A
Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: ___28 September 2011___

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Russ Miller
Director

**Philipp Roever**
**Vice President**



CREDIT SUISSE

CREDIT SUISSE (LUXEMBOURG) S.A.
56, Grand-Rue                  Téléphone  +352 46 00 11-1
Boîte postale 40               Téléfax    +352 46 32 70
L-2010 Luxembourg              www.credit-suisse.com

### AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
### LEHMAN PROGRAM SECURITY

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse (Luxembourg) S.A.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Bank AG, London Branch** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **55819** attached hereto in Schedule 2, filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and as debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller is duly authorized to sell, transfer and assign the Transferred Claims by the owner of the Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) neither Seller nor, if different from Seller, the owner of the Transferred Claims has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) no objection to the Transferred Claims has been received.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

Société anonyme
R C Luxembourg n° B 11756
Siège social: 56, Grand-Rue
1, 1660 Luxembourg



**CREDIT SUISSE (LUXEMBOURG) S.A.**
56, Grand-Rue                    Téléphone  +352 46 00 11-1
Boîte postale 40                 Téléfax    +352 46 32 70
L-2010 Luxembourg                www.credit-suisse.com

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed on:

Date: 15.09.2011                          Date:   23 September 2011

**CREDIT SUISSE (LUXEMBOURG) S.A.**        **DEUTSCHE BANK AG, LONDON BRANCH**   Ross Miller
                                                                                Director
By:_____                         By:_____
Name: Christiane Schuller                   Name:
Title:  Director                            Title:

                                                                                **Philipp Roever**
By:_____                                                              **Vice President**
Name: Christian Huss                        By:_____
Title:  Vice President                      Name:
                                            Title:

Advisory and Order Fulfilment (SEBL 4)     **DEUTSCHE BANK AG, LONDON BRANCH**
56, Grand-Rue                               Winchester House
P.O. Box 40                                 1, Great Winchester Street
2010 Luxembourg                             London EC2N 2DB
Luxembourg                                  UK
Phone: +352 460011 268
Fax: +352 26 86 40 11

Société anonyme
R.C. Luxembourg n B 11756
Siege social: 56, Grand-Rue
L-1660 Luxembourg

Societe anonyme
R.C. Luxembourg B 11756
Sege social 56 Grand-Rue
L-1660 Luxembourg

**CREDIT SUISSE**

<u>Transferred Claims</u>

<u>Purchased Claim</u>

The purchased claim consists of

47.36842% of the claim that is referenced in line item number 17 of the Proof of Claim.

<u>Lehman Programs Securities to which Transfer Relates</u>

| | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Currency | Principal/ Notional Amount |
|---|---|---|---|---|---|---|
| 1. | (2 1/2 % min.) Bonus Coupon Notes: Lehman Brothers Treasury Bv:2004-8.3.10 Variable Rate | XS0186883798 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 540.000 |

**CREDIT SUISSE (LUXEMBOURG) S.A.**
56, Grand-Rue
Boîte postale 40
L-2010 Luxembourg

Téléphone  +352 46 00 11-1
Téléfax    +352 46 32 70
www.credit-suisse.com



# CREDIT SUISSE

**CREDIT SUISSE (LUXEMBOURG) S.A.**
56, Grand-Rue
Boîte postale 40
L-2010 Luxembourg

Téléphone  +352 46 00 11-1
Téléfax  +352 46 32 70
www.credit-suisse.com

Schedule 2

Proof of Claim

Société anonyme
R.C. Luxembourg n° B 11756
Siège social: 56, Grand-Rue
L-1660 Luxembourg

| *United States Bankruptcy Court/Southern District of New York* | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those
based on Lehman Programs Securities as listed on
http://www.lehman-docket.com as of July 17, 2009.

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al
08-13555 (JMP)        0000055819

THIS SPACE IS FOR COURT USE ONLY.

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Credit Suisse (Luxembourg) S.A.<br><br>See Attached Rider<br><br><br>Telephone number:        Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ See Attached Rider _____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): See Attached Rider** _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and/or other depository blocking reference number:**

See Attached Rider _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See Attached Rider _____ **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.<br><br>10/13/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Hans-Martin Hugli    Birgit Lemmermeyer<br>Managing Director    Vice President |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
## Credit Suisse (Luxembourg) S.A. against LBHI (Lehman Programs Securities)

1.      In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse (Luxembourg)

S.A. ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the

Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in

Schedule I. Schedule I lists the International Securities Identification Number, Depository

Participant Account Number, and Depository Blocking Reference Number for each LPS related

to this claim.

2.      As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule I in lieu of claim amounts.  CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

3.      CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

4.      CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

5.      CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

6.      CS reserves all rights it has or may have in the future against LBHI.  This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

[[NYCORP:3175883v1:3176D:10/26/09—05:53 p]]

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of

this Court with respect to the subject matter of the claims set forth herein or to this Court's

hearing, determining or entering orders or judgments in any proceedings on this proof of claim,

(c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any

controversy or proceedings related to these cases or (d) an election of remedies.

　　　　7.　　No judgment has been rendered on the claims set forth in this proof of

claim.

　　　　8.　　No payments on the claims set forth in this proof of claim have been

made by the debtor.

9.    All notices concerning this proof of claim should be sent to:

Credit Suisse (Luxembourg) S.A.
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph:  (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph:  (212) 474-1135

# SCHEDULE I

Crédit Suisse (Luxembourg) S.A.

| ISIN (12 digits) | Denomination Currency | Total holdings of each (Sub)-Custodian (Sub)-Custodian | Units | Euroclear Belgium Account No. 91397 Nominal | Units | Blocking No. | Euroclear Bank S.A. Account No. 94594 Nominal | Units | Blocking No. | Euroclear Bank S.A. Account No. 11542 Nominal | Units | Blocking No. | SIX SIS AG Account No. 22266422 Nominal | Units | Blocking No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**H
A
N
D

D
E
L
I
V
E
R
Y**

RECEIVED BY:

DATE 10/29/04

TIME 3:6

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
**(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Simon Glennie/Kairi James
E-mail: simon.glennie@db.com/kairi.james@cms-cmck.com

Last Four Digits of Acct. #:  N/A

Name of Transferor

Credit Suisse (Gibraltar) Ltd

Court Claim # (if known): 55822
Amount of Claim: The Transferor has transferred to the Transferee the following amounts:

XS0186883798 = USD 500,000 (principal) plus any accrued interest

XS0186243118 = CHF 1,000,000 (principal) plus any accrued interest

Date Claim Filed: 29 October 2009

Tel: N/A
Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Date: _____23 September 2011_____

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller
Director

**Philipp Roever
Vice President**

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged **CREDIT SUISSE (GIBRALTAR) LTD** ("<u>Seller</u>") hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Bank AG, London Branch** (the "<u>Purchaser</u>"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in <u>Schedule 1</u> attached hereto (the "<u>Purchased Claim</u>"), in Seller's right, title and interest in and to Proof of Claim Number 55822 attached hereto in <u>Schedule 2</u>, filed by or on behalf of Seller (the "<u>Proof of Claim</u>") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and as debtor in proceedings for reorganization (the "<u>Proceedings</u>") in the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>"), administered under Case No. 08-13555 (JMP) (the "<u>Debtor</u>"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "<u>Transferred Claims</u>"), and (d) the security or securities (any such security, a "<u>Purchased Security</u>") relating to the Purchased Claim and specified in <u>Schedule 1</u> attached hereto.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller is duly authorized to sell, transfer and assign the Transferred Claims by the owner of the Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in <u>Schedule 1</u> attached hereto; (f) neither Seller nor, if different from Seller, the owner of the Transferred Claims has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or any less favorable treatment than other unsecured creditors; and (g) no objection to the Transferred Claims has been received.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the

Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed on:

Date: 13/9/2011

Date: 20 September 2011

CREDIT SUISSE (GIBRALTAR) LTD

By:
Name: Kerry Blight
Title: Managing Director

By:
Name: Kevin Hook
Title: Director (Head of Legal & Compliance)

1st Floor Neptune House
Marina Bay
Gibraltar
Tel: + 350 20004000
Fax: + 350 20004900

DEUTSCHE BANK AG, LONDON BRANCH

By:
Name:
Title:

By:
Name:
Title:

DEUTSCHE BANK AG, LONDON BRANCH
Winchester House
1, Great Winchester Street
London EC2N 2DB
UK

Ross Miller
Director

Schedule 1

Transferred Claims

Purchased Claim

The Purchased Claim consists of:

(a)    100% of the claim that is referenced in line item number 2 of the Proof of Claim; and
(b)    100% of the claim that is referenced in line item number 3 of the Proof of Claim.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Currency | Principal/Notional Amount |
|---|---|---|---|---|---|
| (2 1/2 % min.) Bonus Coupon Notes: Lehman Brothers Treasury Bv:2004-8.3.10 Variable Rate | XS0186883798 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 500,000 |
| (1/2 % min.) Bonus Coupon Notes: Lehman Brothers Treasury Bv:2004-8.3.10 Variable Rate | XS0186243118 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | CHF | 1,000,000 |

Schedule 2

Proof of Claim

| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)    0000055822 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Credit Suisse (Gibraltar) Limited See Attached Rider | Court Claim Number: _____ (if known) Filed on: _____ |
| Telephone number:          Email Address: | |
| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number:          Email Address: | |

1.  Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or become fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ See Attached Rider          (Required)

☑  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):  See Attached Rider          (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See Attached Rider          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
See Attached Rider          (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY FILED / RECEIVED OCT 2 9 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date. 10/07/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  Kevin Hook   HEAD OF LEGAL & COMPLIANCE | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
Credit Suisse (Gibraltar) Limited against LBHI (Lehman Programs Securities)**

1.      In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse (Gibraltar)

Limited ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the

Lehman Programs Securities ("LPS"; whether used in the singular or plural) contained in

Schedule I.  Schedule I lists the International Securities Identification Number, Depository

Participant Account Number, and Depository Blocking Reference Number for each LPS related

to this claim.

2.      As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule I in lieu of claim amounts.  CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

3.      CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

4.      CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

5.      CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

6.      CS reserves all rights it has or may have in the future against LBHI.  This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

[[NYCORP:3175868v1:3176D:10/26/09--05:23 p]]

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of this Court with respect to the subject matter of the claims set forth herein or to this Court's hearing, determining or entering orders or judgments in any proceedings on this proof of claim, (c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any controversy or proceedings related to these cases or (d) an election of remedies.

7.    No judgment has been rendered on the claims set forth in this proof of claim.

8.    No payments on the claims set forth in this proof of claim have been made by the debtor.

9.    All notices concerning this proof of claim should be sent to:

Credit Suisse (Gibraltar) Limited
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph:  (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph:  (212) 474-1135

# SCHEDULE I

**CS Entity: Credit Suisse (Gibraltar) Limited**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian Nominal | Units | Euroclear Bank S.A. Account No. 94285 Nominal | Units | Blocking No. | Euroclear Bank Account No. 93546 Nominal | Units | Blocking No. |
|---|---|---|---|---|---|---|---|---|---|---|
| XS0187086949 | USD | CS Switzerland | 300,000 | | 300,000 | | 9454827 | | | |
| XS0186243118 | CHF | CS Switzerland | 1,000,000 | | 1,000,000 | | 9454830 | | | |
| XS0186883798 | USD | CS Switzerland | 500,000 | | 500,000 | | 9454826 | | | |
| XS0210414750 | GBP | CS Guernsey | 50,000 | | | | | 50,000 | | 5419404 |
| XS0256033908 | EUR | CS Switzerland | 48,000 | | 48,000 | | 9454828 | | | |
| ANN5214R2547 | CHF | CS Switzerland | | 50 | | 50 | 9454831 | | | |
| XS0336151088 | EUR | CS Guernsey | 46,000 | | | | | 46,000 | | 5419382 |
| XS0274986823 | USD | CS Switzerland | 500,000 | | 500,000 | | 9454829 | | | |
| XS0326006540 | EUR | CS Guernsey | 50,000 | | | | | 50,000 | | 5419399 |
| XS0326006540 | EUR | CS Guernsey | 50,000 | | | | | 50,000 | | 5419401 |
| ANN5214R2547 | CHF | CS Switzerland | | 35 | | 35 | 9454831 | | | |
| XS0336151088 | EUR | CS Guernsey | 41,000 | | | | | 41,000 | | 5419383 |



H A N D   D E L I V E R Y



TIME

DATE



RECEIVED BY:

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,          Case No. 08-13555 (JMP)
                                                      (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                    Name of Transferor

Deutsche Bank AG, London Branch                       Credit Suisse (UK) Limited

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch                       Court Claim # (if known):  55816
Winchester House, 1 Great Winchester Street           Amount of Claim: The Transferor has transferred to
London EC2N 2DB                                       the Transferee the following amount:
Tel: +44 20 7547 2400
Fax: +44 113 336 2010                                 XS0204933997 = USD 199,000 (principal) plus any
Attention: Simon Glennie/Kairi James                  accrued interest
E-mail: simon.glennie@db.com/kairi.james@cms-
cmck.com                                              Date Claim Filed: 29 October 2009

                                                      Tel: N/A
Last Four Digits of Acct. #:  N/A                     Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:  ___28 September 2011___
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller
Director

Philipp Roever
Vice President

### AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
### LEHMAN PROGRAM SECURITY

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse (UK) Limited** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Bank AG, London Branch** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **55816** attached hereto in Schedule 2, filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and as debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller is duly authorized to sell, transfer and assign the Transferred Claims by the owner of the Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) neither Seller nor, if different from Seller, the owner of the Transferred Claims has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) no objection to the Transferred Claims has been received.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed on:

Date: 14/9/2011

**CREDIT SUISSE (UK) LIMITED**

By: _____
Name: Stefan Hausherr
Title: Managing Director

By: _____
Name: Riccardo Triani
Title: Director

FAO Andrew Halsall
Advisory and Order Fulfilment
Five Cabot Square
London E14 4QR
United Kingdom
Phone: + 44 (0)207 883 5363
Fax: + 44 (0)207 883 5274

Date: 15/9/11

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:            Duncan Robertson
                  Director

By: _____
Name:
Title:            Ross Miller

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House
1, Great Winchester Street
London EC2N 2DB
UK

Schedule 1

Transferred Claims

Lehman Programs Securities to which Transfer Relates

The Purchased Claim consists of 100 % of the claim that is referenced in line item number 2 and 28 of the Proof of Claim.

| | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Currency | Principal/ Notional Amount |
|---|---|---|---|---|---|---|
| 1. | Pendulum Notes: Lehman Brothers Treasury Bv:2004-29,11,09 Variable Rate on a Basket of Shs | XS0204933997 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 199,000 |

| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)      0000055816 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Credit Suisse (UK) Limited See Attached Rider Telephone number:          Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim. **Court Claim Number:**_____ (If known) Filed on:_____ |
|---|---|
| Name and address where payment should be sent (if different from above) Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ See Attached Rider** _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): See Attached Rider** _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and/or other depository blocking reference number:**

See Attached Rider
_____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See Attached Rider
_____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date: 10/14/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Riccardo Triani / Head Legal | FOR COURT USE ONLY **FILED / RECEIVED** OCT 2 9 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Gary Tritton / COO

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
## Credit Suisse (UK) Limited against LBHI (Lehman Programs Securities)

1.      In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse (UK) Limited

("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the Lehman

Programs Securities ("LPS", whether used in the singular or plural) contained in Schedule I.

Schedule I lists the International Securities Identification Number, Depository Participant

Account Number, and Depository Blocking Reference Number for each LPS related to this

claim.

2.      As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule I in lieu of claim amounts.  CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

3.      CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

4.      CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

5.      CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

6.      CS reserves all rights it has or may have in the future against LBHI.  This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

[[NYCORP:3175891v1:3176D:10/26/09--06:40 p]]

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of

this Court with respect to the subject matter of the claims set forth herein or to this Court's

hearing, determining or entering orders or judgments in any proceedings on this proof of claim,

(c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any

controversy or proceedings related to these cases or (d) an election of remedies.

7.     No judgment has been rendered on the claims set forth in this proof of

claim.

8.     No payments on the claims set forth in this proof of claim have been

made by the debtor.

9.   All notices concerning this proof of claim should be sent to:

Credit Suisse (UK) Limited
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph: (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph: (212) 474-1135

# SCHEDULE I

**CS Entity: Credit Suisse (UK) limited**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear 92870 | | | SIX SIS AG 12004818 | | | Euroclear Bank S.A. Account No. 84286 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Nominal | Units | Nominal | Units | Blocking No. | Nominal | Units | Blocking No. | Nominal | Units | Blocking No. |
| XS0300613522 | USD | EUROCLEAR | 1,884,000 | | 1,884,000 | | 6037052 | | | | | | |
| XS0204933997 | USD | EUROCLEAR | 49,000 | | 49,000 | | 6035070 | | | | | | |
| XS0326172557 | USD | EUROCLEAR | 400,000 | | 400,000 | | 6037831 | | | | | | |
| XS0251195847 | GBP | EUROCLEAR | 750,000 | | 750,000 | | 6039340 | | | | | | |
| XS0229269856 | EUR | EUROCLEAR | 280,000 | | 280,000 | | 6037834 | | | | | | |
| XS0224348582 | EUR | EUROCLEAR | 10,000 | | 10,000 | | 6037635 | | | | | | |
| XS0270249607 | GBP | EUROCLEAR | 70,000 | | 70,000 | | 6037636 | | | | | | |
| XS0303744571 | EUR | EUROCLEAR | 200,000 | | 200,000 | | 6037637 | | | | | | |
| XS0313328992 | USD | EUROCLEAR | 19,000,000 | | 19,000,000 | | 6037638 | | | | | | |
| XS0315528312 | USD | EUROCLEAR | 13,200,000 | | 13,200,000 | | 6037639 | | | | | | |
| XS0319210884 | USD | EUROCLEAR | 2,500,000 | | 2,500,000 | | 6037640 | | | | | | |
| XS0229037985 | EUR | EUROCLEAR | 500,000 | | 500,000 | | 6037641 | | | | | | |
| XS0327903646 | USD | EUROCLEAR | 2,500,000 | | 2,500,000 | | 6037642 | | | | | | |
| XS0328877674 | USD | EUROCLEAR | 3,300,000 | | 3,300,000 | | 6037643 | | | | | | |
| XS0329626820 | USD | EUROCLEAR | 500,000 | | 500,000 | | 6037644 | | | | | | |
| XS0332109115 | USD | EUROCLEAR | 276,000 | | 276,000 | | 6037645 | | | | | | |
| XS0338573406 | USD | EUROCLEAR | 2,350,000 | | 2,350,000 | | 6037646 | | | | | | |
| XS0338049492 | USD | EUROCLEAR | 2,100,000 | | 2,100,000 | | 6037647 | | | | | | |
| XS0339413311 | USD | EUROCLEAR | 2,480,000 | | 2,480,000 | | 6037648 | | | | | | |
| XS0362925860 | USD | EUROCLEAR | 1,000,000 | | 1,000,000 | | 6038341 | | | | | | |
| XS0366296866 | GBP | EUROCLEAR | 600,000 | | 600,000 | | 6037650 | | | | | | |
| XS0315327453 | USD | EUROCLEAR | 6,500,000 | | 6,500,000 | | 6037651 | | | | | | |
| XS0270249607 | GBP | EUROCLEAR | 630,000 | | 630,000 | | 6039213 | | | | | | |
| XS0270249607 | GBP | EUROCLEAR | 200,000 | | 200,000 | | 6065541 | | | | | | |
| XS0314774408 | USD | CS ZURICH | 10,000,000 | | | | | | | | 10,000,000 | | 9454815 |
| XS0916883708 | USD | CS ZURICH | 30,000 | | | | | | | | 30,000 | | 9454803 |
| XS0167966949 | USD | CS ZURICH | 900,000 | | | | | | | | 900,000 | | 9454804 |
| XS0204933997 | USD | CS ZURICH | 150,000 | | | | | | | | 150,000 | | 9454805 |
| XS0274965828 | USD | CS ZURICH | 1,000,000 | | | | | | | | 1,000,000 | | 9454807 |
| XS0313363561 | USD | CS ZURICH | 1,350,000 | | | | | | | | 1,350,000 | | 9454814 |
| XS0339537604 | USD | CS ZURICH | 150,000 | | | | | | | | 150,000 | | 9454802 |
| XS0266486025 | USD | CS ZURICH | 100,000 | | | | | | | | 100,000 | | 9454806 |
| XS0328064810 | USD | CS ZURICH | 250,000 | | | | | | | | 250,000 | | 9454816 |
| XS0337685670 | USD | CS ZURICH | 300,000 | | | | | | | | 300,000 | | 9454808 |
| XS0337337710 | CHF | CS ZURICH | 100,000 | | | | | | | | 100,000 | | 9454813 |
| XS0348986613 | USD | CS ZURICH | 450,000 | | | | | | | | 450,000 | | 9454809 |
| XS0347372692 | USD | CS ZURICH | 95,000 | | | | | | | | 95,000 | | 9454810 |
| XS0348857317 | USD | CS ZURICH | 300,000 | | | | | | | | 300,000 | | 9454817 |
| CH0027121000 | EUR | CS ZURICH | 110,000 | | | | | 110,000 | | CH100164SUWA42-14010 | | | |
| ANN5214A8303 | CHF | CS ZURICH | | 30 | | | | | | | | 30 | 9454811 |
| XS0302356737 | EUR | CS ZURICH | | 99 | | | | | | | | 99 | 9454812 |

**H A N D   D E L I V E R Y**



TIME

DATE

RECEIVED BY:

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                                                                (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Name of Transferee                              Name of Transferor

Deutsche Bank AG, London Branch                 Credit Suisse AG, Singapore Branch

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch                 Court Claim # (if known):  55825
Winchester House, 1 Great Winchester Street     Amount of Claim: The Transferor has transferred to
London EC2N 2DB                                 the Transferee the following amounts:
Tel: +44 20 7547 2400                           XS0186883798 = USD 180,000 (principal)
Fax: +44 113 336 2010                           XS0186883798 = USD 2,700,000 (principal)
Attention: Simon Glennie/Kairi James           XS0204933997 = USD 400,000 (principal)
E-mail: simon.glennie@db.com/kairi.james@cms-   XS0204933997 = USD 5,420,000 (principal)
cmck.com                                        XS0339537390 = USD 1,800,000 (principal)
                                                XS0340433373 = USD 450,000 (principal)
                                                XS0186243118 = CHF 100,000 (principal)
                                                plus any accrued interest on any of the above.

                                                Date Claim Filed: 29 October 2009

                                                Tel: N/A
Last Four Digits of Acct. #:  N/A               Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____            Date: _____28 September 2011_____

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller                                     **Philipp Roever**
Director                                        **Vice President**

### AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
### LEHMAN PROGRAM SECURITY

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG, Singapore Branch ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Deutsche Bank AG, London Branch (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 55825 attached hereto in Schedule 2, filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and as debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller is duly authorized to sell, transfer and assign the Transferred Claims by the owner of the Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) neither Seller nor, if different from Seller, the owner of the Transferred Claims has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) no objection to the Transferred Claims has been received.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed on:

Date:  15 Sept 2011                          Date:  15 Sept 2011


Credit Suisse AG, Singapore Branch            Deutsche Bank AG, London Branch

By:                                           By:           Duncan Robertson
Name:  Jason Ng                               Name:              Director
Title:  Advisory and Order Fulfillment Singapore   Title:


By:                                           By:
Name:  Thomas Heeb                            Name:        Ross Miller
Title:  Operations Singapore                  Title:          Director

1 Raffles Link                                Deutsche Bank AG, London Branch
#05-02                                        Winchester House
Singapore 039393                              1, Great Winchester Street
                                              London EC2N 2DB
                                              UK

Transferred Claims

Purchased Claim

The Purchased Claim consists of:

(a)    100% of the claim that is referenced in line item number 9 of the Proof of Claim;
(b)    88.52459% of the claim that is referenced in line item number 10 of the Proof of Claim;
(c)    100% of the claim that is referenced in line item number 13 of the Proof of Claim;
(d)    98.18841% of the claim that is referenced in line item number 14 of the Proof of Claim;
(e)    100 % of the claim that is referenced in line item number 87 of the Proof of Claim;
(f)    47.36842% of the claim that is referenced in line item number 89 of the Proof of Claim; and
(g)    100% of the claim that is referenced in line item number 8 of the Proof of Claim

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount |
|---|---|---|---|---|
| LEHMAN 6YR (10PCT) BCN 8.3.10 | XS0186883798 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD180,000 |
| LEHMAN 6YR (10PCT) BCN 8.3.10 | XS0186883798 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD2,700,000 |
| 5YR 2.25PCT PENDULUM NOTE USD | XS0204933997 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD400,000 |
| 5YR 2.25PCT PENDULUM NOTE USD | XS0204933997 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD5,420,000 |
| LB EUR CAPPED CPU CMDTY BSKT 8.2.11 | XS0339537390 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | EUR1,800,000 |
| LB BOOSTER CPN NTE USDCNY 15.2.10 | XS0340433373 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD450,000 |
| LEHMAN 6YR (10PCT) BCN CHF 8.3.10 | XS0186243118 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | CHF100,000 |



Schedule 2

## Proof of Claim

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et AL<br>08-13555 (JMP)    0000055825 |
|---|---|---|

Note: This form may not be used to file claims other than those
based on Lehman Programs Securities as listed on
http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Credit Suisse Singapore Branch<br><br>See Attached Rider<br><br>Telephone number:          Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ See Attached Rider          (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): See Attached Rider          (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See Attached Rider          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
See Attached Rider          (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FILED / RECEIVED**<br><br>OCT 29 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|

| Date:<br>10/15/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   *Gary Ng*       *[signature]* DIR SECPS APAC | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Gary James Ng                    Thomas Heeb
Legal and Compliance

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
## Credit Suisse, Singapore Branch against LBHI (Lehman Programs Securities)

1.       In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse, Singapore

Branch ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the

Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in

Schedule I. Schedule I lists the International Securities Identification Number, Depository

Participant Account Number, and Depository Blocking Reference Number for each LPS related

to this claim.

2.       As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule I in lieu of claim amounts. CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

3.       CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

4.       CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

5.       CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

6.       CS reserves all rights it has or may have in the future against LBHI. This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

[[NYCORP:3175853v1:3176D:10/26/09--04:56 p]]

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of this Court with respect to the subject matter of the claims set forth herein or to this Court's hearing, determining or entering orders or judgments in any proceedings on this proof of claim, (c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any controversy or proceedings related to these cases or (d) an election of remedies.

      7.    No judgment has been rendered on the claims set forth in this proof of claim.

      8.    No payments on the claims set forth in this proof of claim have been made by the debtor.

9.    All notices concerning this proof of claim should be sent to:

Credit Suisse, Singapore Branch
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph: (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph: (212) 474-1135

# SCHEDULE I

**CS Entity: Credit Suisse AG, Singapore Branch**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian Nominal | Units | Euroclear A/C 22043 Nominal | Units | Blocking No. | Euroclear A/C 94285 Nominal | Units | Blocking No. |
|---|---|---|---|---|---|---|---|---|---|---|
| ANN5214A3502 | USD | Euroclear | | 250 | | 250 | 9464836 | | | |
| ANN5214A3502 | USD | CS Zurich | | 850 | | | | | 850 | 9464762 |
| CH0026985082 | EUR | Euroclear | 40,000 | | 40,000 | | 9464837 | | | |
| XS0128857413 | EUR | Euroclear | 100,000 | | 100,000 | | 9464836 | | | |
| XS0176153350 | EUR | Euroclear | 30,000 | | 30,000 | | 9464839 | | | |
| XS0176153350 | EUR | CS Zurich | 370,000 | | | | | 370,000 | | 9464748 |
| XS0183944643 | EUR | Euroclear | 150,000 | | 160,000 | | 9464840 | | | |
| XS0186243118 | CHF | Euroclear | 100,000 | | 100,000 | | 9464841 | | | |
| XS0186883798 | USD | Euroclear | 180,000 | | 180,000 | | 9464842 | | | |
| XS0186883798 | USD | CS Zurich | 3,050,000 | | | | | 3,050,000 | | 9464754 |
| XS0203783526 | USD | Euroclear | 200,000 | | 200,000 | | 9464843 | | | |
| XS0203783526 | USD | CS Zurich | 4,350,000 | | | | | 4,350,000 | | 9464751 |
| XS0204933997 | USD | Euroclear | 400,000 | | 400,000 | | 9464844 | | | |
| XS0204933997 | USD | CS Zurich | 5,520,000 | | | | | 5,520,000 | | 9464756 |
| XS0210414750 | GBP | Euroclear | 65,000 | | 65,000 | | 9464845 | | | |
| XS0213416141 | EUR | Euroclear | 100,000 | | 100,000 | | 9464846 | | | |
| XS0223590612 | CHF | Euroclear | 45,000 | | 45,000 | | 9464847 | | | |
| XS0229269856 | EUR | Euroclear | 320,000 | | 320,000 | | 9464848 | | | |
| XS0229584296 | EUR | Euroclear | 800,000 | | 800,000 | | 9464849 | | | |
| XS0250879763 | USD | Euroclear | 235,000 | | 235,000 | | 9464850 | | | |
| XS0250879763 | USD | CS Zurich | 720,000 | | | | | 720,000 | | 9464758 |
| XS0252634576 | EUR | Euroclear | 400,000 | | 400,000 | | 9464851 | | | |
| XS0254171191 | EUR | Euroclear | 9,300,000 | | 9,300,000 | | 9464852 | | | |
| XS0266077780 | USD | Euroclear | 800,000 | | 800,000 | | 9464853 | | | |
| XS0272349332 | USD | Euroclear | 200,000 | | 200,000 | | 9464854 | | | |
| XS0275725611 | USD | Euroclear | 1,000,000 | | 1,000,000 | | 9464855 | | | |
| XS0276148508 | HKD | Euroclear | 3,000,000 | | 3,000,000 | | 9464856 | | | |
| XS0276149738 | USD | Euroclear | 2,450,000 | | 2,450,000 | | 9464857 | | | |
| XS0276800292 | USD | Euroclear | 200,000 | | 200,000 | | 9464858 | | | |
| XS0281959311 | EUR | Euroclear | 200,000 | | 200,000 | | 9464859 | | | |
| XS0282976666 | EUR | Euroclear | 500,000 | | 500,000 | | 9464860 | | | |
| XS0283189016 | USD | Euroclear | 700,000 | | 700,000 | | 9464861 | | | |
| XS0284084802 | USD | Euroclear | 2,000,000 | | 2,000,000 | | 9464862 | | | |
| XS0280557692 | USD | Euroclear | 3,000,000 | | 3,000,000 | | 9464863 | | | |
| XS0290594925 | USD | Euroclear | 350,000 | | 350,000 | | 9464864 | | | |
| XS0292337309 | USD | Euroclear | 200,000 | | 200,000 | | 9464865 | | | |
| XS0299857234 | HKD | Euroclear | 3,000,000 | | 3,000,000 | | 9464866 | | | |
| XS0300339576 | EUR | Euroclear | 100,000 | | 100,000 | | 9464867 | | | |
| XS0301129549 | EUR | Euroclear | 100,000 | | 100,000 | | 9464868 | | | |

**CS Entity: Credit Suisse AG, Singapore Branch**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian Nominal | Units | Euroclear A/C 22043 Nominal | Units | Blocking No. | Euroclear A/C 94285 Nominal | Units | Blocking No. |
|---|---|---|---|---|---|---|---|---|---|---|
| XS0301337225 | USD | Euroclear | 300,000 | | 300,000 | | 9464869 | | | |
| XS0301558118 | HKD | Euroclear | 5,000,000 | | 5,000,000 | | 9464870 | | | |
| XS0301558977 | USD | Euroclear | 900,000 | | 900,000 | | 9464871 | | | |
| XS0301813522 | USD | Euroclear | 3,890,000 | | 3,890,000 | | 9464872 | | | |
| XS0302699519 | EUR | Euroclear | 845,000 | | 845,000 | | 9464873 | | | |
| XS0303769832 | USD | Euroclear | 550,000 | | 550,000 | | 9464874 | | | |
| XS0305095218 | USD | Euroclear | 200,000 | | 200,000 | | 9464875 | | | |
| XS0305098971 | USD | Euroclear | 600,000 | | 600,000 | | 9464876 | | | |
| XS0305100389 | EUR | Euroclear | 100,000 | | 100,000 | | 9464877 | | | |
| XS0306100402 | USD | Euroclear | 5,000,000 | | 5,000,000 | | 9464878 | | | |
| XS0306274140 | USD | Euroclear | 500,000 | | 500,000 | | 9464879 | | | |
| XS0308390722 | USD | Euroclear | 4,000,000 | | 4,000,000 | | 9464880 | | | |
| XS0308588838 | USD | Euroclear | 400,000 | | 400,000 | | 9464881 | | | |
| XS0308734911 | USD | Euroclear | 5,300,000 | | 5,300,000 | | 9464882 | | | |
| XS0308970994 | USD | Euroclear | 1,000,000 | | 1,000,000 | | 9464883 | | | |
| XS0316992154 | USD | Euroclear | 1,000,000 | | 1,000,000 | | 9464884 | | | |
| XS0319612114 | USD | Euroclear | 3,000,000 | | 3,000,000 | | 9464885 | | | |
| XS0320520884 | USD | Euroclear | 1,200,000 | | 1,200,000 | | 9464886 | | | |
| XS0321101007 | USD | Euroclear | 450,000 | | 450,000 | | 9464887 | | | |
| XS0323081801 | USD | Euroclear | 200,000 | | 200,000 | | 9464888 | | | |
| XS0323535418 | USD | Euroclear | | 115 | | 115 | 9464889 | | | |
| XS0324461671 | USD | Euroclear | 1,100,000 | | 1,100,000 | | 9464890 | | | |
| XS0325369725 | USD | Euroclear | 100,000 | | 100,000 | | 9464891 | | | |
| XS0325369725 | USD | CS Zurich | 178,000 | | | | | 178,000 | | 9464753 |
| XS0325550555 | EUR | Euroclear | 100,000 | | 100,000 | | 9464892 | | | |
| XS0326490843 | USD | Euroclear | 3,000,000 | | 3,000,000 | | 9464893 | | | |
| XS0326539102 | USD | Euroclear | 100,000 | | 100,000 | | 9464894 | | | |
| XS0327848015 | USD | Euroclear | 600,000 | | 600,000 | | 9464895 | | | |
| XS0328064810 | USD | Euroclear | 200,000 | | 200,000 | | 9464896 | | | |
| XS0328864698 | HKD | Euroclear | 40,500,000 | | 40,500,000 | | 9464897 | | | |
| XS0330421321 | USD | Euroclear | 600,000 | | 600,000 | | 9464898 | | | |
| XS0330421634 | HKD | Euroclear | 10,000,000 | | 10,000,000 | | 9464899 | | | |
| XS0330422055 | HKD | Euroclear | 1,000,000 | | 1,000,000 | | 9464900 | | | |
| XS0331034768 | USD | Euroclear | 1,950,000 | | 1,950,000 | | 9464901 | | | |
| XS0331399773 | USD | Euroclear | 100,000 | | 100,000 | | 9464902 | | | |
| XS0331399856 | EUR | Euroclear | 300,000 | | 300,000 | | 9464903 | | | |
| XS0331399930 | USD | Euroclear | 350,000 | | 350,000 | | 9464904 | | | |
| XS0332198115 | USD | Euroclear | 250,000 | | 250,000 | | 9464905 | | | |
| XS0333301546 | HKD | Euroclear | 1,000,000 | | 1,000,000 | | 9464906 | | | |

**CS Entity: Credit Suisse AG, Singapore Branch**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian Nominal | Units | Euroclear A/C 22043 Nominal | Units | Blocking No. | Euroclear A/C 94285 Nominal | Units | Blocking No. |
|---|---|---|---|---|---|---|---|---|---|---|
| XS0333830965 | HKD | Euroclear | 6,000,000 | | 6,000,000 | | 9464907 | | | |
| XS0335143102 | NZD | Euroclear | 1,500,000 | | 1,500,000 | | 9464908 | | | |
| XS0335156773 | USD | Euroclear | 2,100,000 | | 2,100,000 | | 9464909 | | | |
| XS0336151068 | EUR | Euroclear | 30,000 | | 30,000 | | 9464910 | | | |
| XS0336410013 | USD | Euroclear | 120,000 | | 120,000 | | 9464911 | | | |
| XS0338076515 | HKD | Euroclear | 9,000,000 | | 9,000,000 | | 9464912 | | | |
| XS0338676207 | USD | Euroclear | 300,000 | | 300,000 | | 9464913 | | | |
| XS0338676369 | USD | Euroclear | 1,300,000 | | 1,300,000 | | 9464914 | | | |
| XS0339537390 | EUR | Euroclear | 1,800,000 | | 1,800,000 | | 9464915 | | | |
| XS0339537804 | USD | Euroclear | 290,000 | | 290,000 | | 9464916 | | | |
| XS0340433373 | USD | Euroclear | 950,000 | | 950,000 | | 9464917 | | | |
| XS0341732658 | USD | Euroclear | 150,000 | | 150,000 | | 9464918 | | | |
| XS0342097747 | USD | Euroclear | 100,000 | | 100,000 | | 9464919 | | | |
| XS0346438731 | USD | Euroclear | 3,000,000 | | 3,000,000 | | 9464920 | | | |
| XS0349365814 | SGD | Euroclear | 2,000,000 | | 2,000,000 | | 9464921 | | | |
| XS0349757442 | USD | Euroclear | 2,700,000 | | 2,700,000 | | 9464922 | | | |
| XS0350419403 | USD | Euroclear | 4,000,000 | | 4,000,000 | | 9464923 | | | |
| XS0355349045 | USD | Euroclear | 320,000 | | 320,000 | | 9464924 | | | |
| XS0353382681 | USD | Euroclear | 350,000 | | 350,000 | | 9464925 | | | |
| XS0353875528 | USD | Euroclear | 1,450,000 | | 1,450,000 | | 9464926 | | | |
| XS0356956564 | USD | Euroclear | 100,000 | | 100,000 | | 9464927 | | | |
| XS0310084339 | EUR | Euroclear | 300,000 | | 300,000 | | 9464928 | | | |
| ANN5214A6634 | USD | CS Zurich | | 7,400 | | | | | 7,400 | 9464763 |
| ANN5214R7595 | USD | CS Zurich | | 3,000 | | | | | 3,000 | 9464765 |
| XS0187966949 | USD | CS Zurich | 4,000,000 | | | | | 4,000,000 | | 9464755 |
| XS0266486025 | USD | CS Zurich | 100,000 | | | | | 100,000 | | 9464759 |
| XS0266033908 | EUR | CS Zurich | 20,000 | | | | | 20,000 | | 9464760 |
| XS0274985628 | USD | CS Zurich | 875,000 | | | | | 875,000 | | 9464761 |
| XS0303746571 | EUR | CS Zurich | 200,000 | | | | | 200,000 | | 9464764 |
| XS0312460196 | JPY | CS Zurich | 30,000,000 | | | | | 30,000,000 | | 9464752 |
| XS0332645422 | USD | CS Zurich | 2,000,000 | | | | | 2,000,000 | | 9464766 |
| XS0335352877 | USD | CS Zurich | | 1,650 | | | | | 1,650 | 9464750 |
| XS0335964648 | EUR | CS Zurich | 99,000 | | | | | 99,000 | | 9464748 |
| XS0337685670 | USD | CS Zurich | 316,000 | | | | | 316,000 | | 9464767 |
| XS0347732692 | USD | CS Zurich | 350,000 | | | | | 350,000 | | 9464769 |
| XS0349282151 | EUR | CS Zurich | 600,000 | | | | | 600,000 | | 9464770 |
| XS0351272322 | EUR | CS Zurich | 45,000 | | | | | 45,000 | | 9464771 |
| XS0360699666 | EUR | CS Zurich | 620,000 | | | | | 620,000 | | 9464772 |
| XS0235227302 | EUR | CS Zurich | | 35 | | | | | 35 | 9464757 |

**CS Entity:** Credit Suisse AG, Singapore Branch

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear A/C 22043 | | | Euroclear A/C 94265 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Nominal | Units | Nominal | Units | Blocking No. | Nominal | Units | Blocking No. |
| XS0346699613 | USD | CS Zurich | 500,000 | | | | | 500,000 | | 9464768 |

H
A
N
D

D
E
L
I
V
E
R
Y

_R. Sabourn_
RECEIVED BY:

_10/29/09_
DATE

_3:6_
TIME

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
**(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Neue Aargauer Bank AG |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Simon Glennie/Kairi James
E-mail: simon.glennie@db.com/kairi.james@cms-cmck.com

Court Claim # (if known): 55814
Amount of Claim: The Transferor has transferred to the Transferee the following amounts:
XS0186883798 = USD 870,000 (principal)
XS0186243118 = CHF 2,941,000 (principal)
XS0204933997 = USD 1,344,000 (principal)
CH0027120606 = CHF 9,829,000 (principal)
XS0325550472 = CHF 470,000 (principal)
XS0339537390 = EUR 63,000 (principal)
plus any accrued interest on any of the above.

Date Claim Filed: 29 October 2009

Tel: N/A

Last Four Digits of Acct. #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Date: _____23 September 2011_____

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Managing Director

**Philipp Roever**
**Vice President**

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, NEUE AARGAUER BANK AG ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Deutsche Bank AG, London Branch (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 55814 attached hereto in Schedule 2, filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and as debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"); (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.      Seller hereby represents and warrants to Purchaser that:  (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller is duly authorized to sell, transfer and assign the Transferred Claims specified by the owner of the Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) neither Seller nor, if different from Seller, the owner of the Transferred Claims has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) no objection to the Transferred Claims has been received.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim.  Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed on:

Date: September 13, 2011

NEUE AARGAUER BANK AG

By: _____
Name: Patrick Michelotti
Title:   Director

By: _____
Name: Konstantin Gianliroglou
Title:   Vice President

Neue Aargauer Bank AG
Bahnhofstrasse 49
5100 Aarau, Switzerland
Phone: +41 62 838 80 80
Fax: +41 62 838 82 80

Date: 15/9/11

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:    Duncan Robertson
Title:      Director

By: _____
Name:    Ross Miller
Title:      Director

DEUTSCHE BANK AG, LONDON BRANCH
Winchester House
1, Great Winchester Street
London EC2N 2DB
UK

Transferred Claims

Purchased Claim

The Purchased Claim consists of:

(a)    79.816514% of the claim that is referenced in line item number 4 of the Proof of Claim;
(b)    87.477692% of the claim that is referenced in line item number 13 of the Proof of Claim;
(c)    92.88182% of the claim that is referenced in line item number 6 of the Proof of Claim;
(d)    82.52036% of the claim that is referenced in line item number 54 of the Proof of Claim;
(e)    94.94949% of the claim that is referenced in line item number 49 of the Proof of Claim; and
(f)    100% of the claim that is referenced in line item number 25 of the Proof of Claim;

*LAB auction percentages of the claims added.*

*PATRICK MICHELOTTI*
*DIRECTOR*

Lehman Programs Securities to which Transfer Relates

| | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Currency | Principal/ Notional Amount |
|---|---|---|---|---|---|---|
| 1. | (2 1/2 % min.) Bonus Coupon Notes: Lehman Brothers Treasury Bv:2004- 8.3.10 Variable Rate | XS0186883798 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 870'000 |
| 2. | (1/2 % min.) Bonus Coupon Notes: Lehman Brothers Treasury Bv:2004- 8.3.10 Variable Rate | XS0186243118 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | CHF | 2'941'000 |
| 3. | Pendulum Notes: Lehman Brothers Treasury Bv:2004-29.11.09 Variable Rate on a Basket of Shs | XS0204933997 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 1'344'000 |
| 4. | Capital Protected Certificates: Lehman Brothers Treasury Bv:2007- 31.1.12 (Exp.24.1.12) On Basket Of Shares Reg-S | CH0027120606 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | CHF | 9'829'000 |

| 5. | 100 % Capital Protected Opportunity Note: Lehman Brothers Treasury Bv;2007-30.4.09 (EXP.23.4.09) on a Basket of Shs | XS0325550472 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | CHF | 470'000 |
| 6. | 100 % Capital Protected Notes: Lehman Brothers Treasury By;2008-8.2.11 (EXP.25.1.11) on a Bskt of Commodities | XS0339537390 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | EUR | 63'000 |

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000055814

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | |
|---|---|
| Neue Aargauer Bank AG<br><br>See Attached Rider<br><br>Telephone number:        Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $See Attached Rider** _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): See Attached Rider** _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See Attached Rider _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
See Attached Rider _____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| | | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br><br>OCT 29 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|
| Date.<br><br>10/22/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Georg Kotonmay, Director*    *Jörg Gillessen, Vice President* | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

### RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
### Neue Aargauer Bank AG against LBHI (Lehman Programs Securities)

1.      In accordance with the Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of Claim Based on Lehman Programs Securities dated July 27, 2009, Neue Aargauer Bank AG ("NAB") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in Schedule I. Schedule I lists the International Securities Identification Number, Depository Participant Account Number, and Depository Blocking Reference Number for each LPS related to this claim.

2.      As the LPS are booked either in units or nominal amounts in the relevant depository systems, NAB has provided the number of units or nominal amounts held for each LPS in Schedule I in lieu of claim amounts. NAB reserves the right to amend this proof of claim at a later date to specify claim amounts in United States dollars.

3.      NAB reserves the right to amend, modify or supplement this proof of claim in any manner, for any purpose and at any time.

4.      NAB reserves the right to assert and file any and all additional claims of whatever kind or nature that it has or may hereinafter have against LBHI.

5.      NAB reserves the right to set-off any claim set forth in this proof of claim against any claim that LBHI or the LBHI estate has or may assert against NAB.

6.      NAB reserves all rights it has or may have in the future against LBHI. This proof of claim is not intended as (a) a waiver or release of any rights of NAB against

[[NYCORP:3175894v1:3176D:10/26/09--06:53 p]]

LBHI (or any of its affiliates) not asserted in this proof of claim, (b) a consent by NAB to the jurisdiction of this Court with respect to the subject matter of the claims set forth herein or to this Court's hearing, determining or entering orders or judgments in any proceedings on this proof of claim, (c) a waiver of the right of NAB to trial by jury in any proceedings so triable in these cases or any controversy or proceedings related to these cases or (d) an election of remedies.

   7.  No judgment has been rendered on the claims set forth in this proof of claim.

   8.  No payments on the claims set forth in this proof of claim have been made by the debtor.

9.   All notices concerning this proof of claim should be sent to:

Neue Aargauer Bank AG
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph: (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph: (212) 474-1135

# SCHEDULE I

**CS Entity: Neue Aargauer Bank AG**

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | | SIX SIS AG Account No. 20004518 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Nominal | Units | Nominal | Units | Blocking No | Nominal | Units | Blocking No. |
| XS0336151088 | EUR | 220,000 | - | 220,000 | - | 9464934 | - | - | - |
| XS0325369725 | USD | 32,000 | - | 32,000 | - | 9464935 | - | - | - |
| XS0339537604 | USD | 20,000 | - | 20,000 | - | 9464936 | - | - | - |
| XS0186883798 | USD | 1,090,000 | - | 1,090,000 | - | 9464937 | - | - | - |
| XS0187966949 | USD | 573,000 | - | 573,000 | - | 9464938 | - | - | - |
| XS0204933997 | USD | 1,447,000 | - | 1,447,000 | - | 9464939 | - | - | - |
| XS0286486025 | USD | 30,000 | - | 30,000 | - | 9464940 | - | - | - |
| XS0268033908 | EUR | 80,000 | - | 80,000 | - | 9464941 | - | - | - |
| XS0347732892 | USD | 56,000 | - | 56,000 | - | 9464942 | - | - | - |
| XS0246082043 | EUR | 32,000 | - | 32,000 | - | 9464943 | - | - | - |
| XS0258947745 | EUR | - | 27 | - | 27 | 9464944 | - | - | - |
| ANN5214A8303 | CHF | - | 359 | - | 359 | 9464945 | - | - | - |
| XS0186243118 | CHF | 3,362,000 | - | 3,362,000 | - | 9464946 | - | - | - |
| XS0287329307 | CHF | - | 101 | - | 101 | 9464947 | - | - | - |
| CH0026985082 | CHF | 340,000 | - | - | - | - | 340,000 | - | CH100164SUWA42-2014 |
| CH0027120663 | EUR | 830,000 | - | - | - | - | 830,000 | - | CH100164SUWA42-2015 |
| CH0027120689 | EUR | 212,000 | - | - | - | - | 212,000 | - | CH100164SUWA42-2016 |
| CH0027120796 | CHF | 4,428,000 | - | - | - | - | 4,428,000 | - | CH100164SUWA42-2017 |
| CH0027120812 | CHF | 45,000 | - | - | - | - | 45,000 | - | CH100164SUWA42-2018 |
| CH0027120820 | EUR | 18,000 | - | - | - | - | 18,000 | - | CH100164SUWA42-2019 |
| CH0027120887 | CHF | 30,000 | - | - | - | - | 30,000 | - | CH100164SUWA42-2020 |
| XS0210414750 | GBP | 10,000 | - | 10,000 | - | 9464948 | - | - | - |
| XS0252634576 | EUR | 50,000 | - | 50,000 | - | 9464949 | - | - | - |
| XS0302356737 | EUR | - | 52 | - | 52 | 9464950 | - | - | - |
| XS0339537390 | EUR | 63,000 | - | 63,000 | - | 9464951 | - | - | - |
| XS0337337710 | CHF | 220,000 | - | 220,000 | - | 9464952 | - | - | - |
| XS0234123650 | CHF | 159,000 | - | 159,000 | - | 9464953 | - | - | - |
| XS0330222984 | CHF | - | 35 | - | 35 | 9464954 | - | - | - |
| XS0328084810 | USD | 42,000 | - | 42,000 | - | 9464955 | - | - | - |
| XS0349857317 | USD | 10,000 | - | 10,000 | - | 9464956 | - | - | - |
| XS0126857413 | EUR | 20,000 | - | 20,000 | - | 9464957 | - | - | - |
| XS0223590612 | CHF | 277,000 | - | 277,000 | - | 9464958 | - | - | - |
| XS0262353831 | EUR | 86,000 | - | 86,000 | - | 9464959 | - | - | - |
| XS0318527495 | USD | 7,000 | - | 7,000 | - | 9464960 | - | - | - |
| XS0329812084 | CHF | 135,000 | - | 135,000 | - | 9464961 | - | - | - |
| ANN5214R2547 | CHF | - | 785 | - | 785 | 9464962 | - | - | - |

**CS Entity: Neue Aargauer Bank AG**

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | | SIX SIS AG Account No. 20004518 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Nominal | Units | Nominal | Units | Blocking No | Nominal | Units | Blocking No. |
| XS0187967160 | CHF | 2,284,000 | - | 2,284,000 | - | 9464963 | - | - | - |
| XS0200265709 | CHF | 1,169,000 | - | 1,169,000 | - | 9464964 | - | - | - |
| XS0226380334 | CHF | 140,000 | - | 140,000 | - | 9464965 | - | - | - |
| XS0248620899 | CHF | 546,000 | - | 546,000 | - | 9464966 | - | - | - |
| XS0251160906 | CHF | 503,000 | - | 503,000 | - | 9464967 | - | - | - |
| XS0270826584 | CHF | 780,000 | - | 780,000 | - | 9464968 | - | - | - |
| ANN5214A1118 | CHF | - | 4,202 | - | 4,202 | 9464969 | - | - | - |
| ANN5214A1373 | CHF | - | 10 | - | 10 | 9464970 | - | - | - |
| XS0310862818 | CHF | 453,000 | - | 453,000 | - | 9464971 | - | - | - |
| XS0322153270 | CHF | 598,000 | - | 568,000 | - | 9464972 | 30,000 | - | CA55385 |
| XS0322794576 | USD | 943,000 | - | 943,000 | - | 9464973 | - | - | - |
| XS0323535418 | USD | - | 15 | - | 15 | 9464974 | - | - | - |
| XS0325550472 | CHF | 495,000 | - | 495,000 | - | 9464975 | - | - | - |
| XS0325550555 | EUR | 51,000 | - | 51,000 | - | 9464976 | - | - | - |
| XS0326086716 | CHF | 795,000 | - | 765,000 | - | 9464977 | 30,000 | - | CA55386 |
| XS0328873681 | CHF | 753,000 | - | 703,000 | - | 9464978 | 50,000 | - | CA55384 |
| XS0329522758 | CHF | 1,346,000 | - | 1,345,000 | - | 9464979 | - | - | - |
| CH0027120606 | CHF | 11,911,000 | - | - | - | - | 11,911,000 | - | CH100164SUWA42-2053 |
| XS0294585889 | CHF | 245,000 | - | 245,000 | - | 9464980 | - | - | - |
| XS0327165550 | USD | 20,000 | - | 20,000 | - | 9464981 | - | - | - |
| XS0364379847 | CHF | 85,000 | - | 85,000 | - | 9464982 | - | - | - |
| CH0034774536 | CHF | 125,000 | - | - | - | - | 125,000 | - | CH100164SUWA42-2057 |
| XS0302351266 | CHF | 160,000 | - | 160,000 | - | 9464983 | - | - | - |
| XS0376511926 | CHF | 125,000 | - | 125,000 | - | 9464984 | - | - | - |
| XS0345288459 | USD | 70,000 | - | 70,000 | - | 9464985 | - | - | - |
| CH0027120986 | CHF | 200,000 | - | - | - | - | 200,000 | - | CH100164SUWA42-2061 |
| CH0027120770 | EUR | - | 160 | - | - | - | - | 160 | CH100164SUWA42-2062 |
| XS0324890440 | CHF | 55,000 | - | 55,000 | - | 9464986 | - | - | - |
| XS0228154158 | CHF | 50,000 | - | 50,000 | - | 9464987 | - | - | - |
| XS0207361865 | USD | - | 30 | - | 30 | 9464988 | - | - | - |
| CH0036891429 | EUR | 25,000 | - | - | - | - | 25,000 | - | CH100164SUWA42-2066 |
| XS0251909478 | CHF | - | 160 | - | 160 | 9464989 | - | - | - |
| ANN521338114 | EUR | - | 996 | - | 996 | 9464990 | - | - | - |
| XS0288992145 | USD | 1,683,000 | - | 1,683,000 | - | 9464991 | - | - | - |
| CH0036891148 | CHF | 181,000 | - | - | - | - | 181,000 | - | CH100164SUWA42-2070 |
| CH0036891163 | CHF | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-2071 |

**CS Entity:** Neue Aargauer Bank AG

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | | SIX SIS AG Account No. 20004518 | | |
|------|------------------------|--------|-------|---------|-------|--------------|---------|-------|--------------|
|      |                        | Nominal | Units | Nominal | Units | Blocking No | Nominal | Units | Blocking No. |
| CH0036891262 | CHF | 87,000 | - | - | - | - | 87,000 | - | CH100164SUWA42-2072 |
| CH0027120614 | CHF | - | 1,479 | - | - | - | - | 1,479 | CH100164SUWA42-2073 |
| CH0027120705 | USD | 37,000 | - | - | - | - | 37,000 | - | CH100164SUWA42-2074 |
| CH0036891080 | CHF | 1,543,000 | - | - | - | - | 1,543,000 | - | CH100164SUWA42-2075 |
| XS0323005610 | CHF | 1,425,000 | - | 1,425,000 | - | 9464992 | - | - | |
| CH0027121028 | CHF | 3,639,000 | - | - | - | - | 3,639,000 | - | CH100164SUWA42-2077 |
| XS0322789578 | NOK | 8,908,000 | - | 8,908,000 | - | 9464993 | - | - | |
| CH0036891122 | CHF | 2,320,000 | - | - | - | - | 2,320,000 | - | CH100164SUWA42-2079 |
| CH0036891106 | CHF | 360,000 | - | - | - | - | 360,000 | - | CH100164SUWA42-2080 |
| CH0027120804 | CHF | - | 402 | - | - | - | - | 402 | CH100164SUWA42-2081 |
| XS0264966671 | USD | 2,765,000 | - | 2,765,000 | - | 9464994 | - | - | - |
| XS0260445530 | | - | 3,468 | - | 3,308 | 9464995 | - | 160 | CA55985 |
| CH0036891114 | CHF | 345,000 | - | - | - | - | 345,000 | - | CH100164SUWA42-2084 |
| CH0036891379 | CHF | 880,000 | - | - | - | - | 880,000 | - | CH100164SUWA42-2085 |
| CH0036891387 | CHF | 490,000 | - | - | - | - | 490,000 | - | CH100164SUWA42-2086 |
| XS0353676082 | CHF | 1,697,000 | - | 1,697,000 | - | 9464996 | - | - | - |
| CH0036891239 | CHF | 627,000 | - | - | - | - | 627,000 | - | CH100164SUWA42-2088 |
| XS0217939650 | CHF | 130,000 | - | 130,000 | - | 9464997 | - | - | - |
| XS0270174872 | EUR | 2,000 | - | 2,000 | - | 9464998 | - | - | - |
| XS0320322901 | CHF | 40,000 | - | 40,000 | - | 9464999 | - | - | - |
| XS0323005610 | CHF | 280,000 | - | 280,000 | - | 6056713 | - | - | - |
| CH0036891239 | CHF | 205,000 | - | - | - | - | 205,000 | - | SEME//607730291216211C |

**H
A
N
D**

**D
E
L
I
V
E
R
Y**

_R. Solomon_
RECEIVED BY:

_10/29/09_
DATE

_3:6_
TIME

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
**(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Name of Transferor

Deutsche Bank AG, London Branch

Clariden Leu Ltd.

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Simon Glennie/Kairi James
E-mail: simon.glennie@db.com/kairi.james@cms-cmck.com

Court Claim # (if known):  55813
Amount of Claim: The Transferor has transferred to the Transferee the following amounts:
XS0186683798 = USD 30,000 (principal)
XS0186243118 = CHF 115,000 (principal)
XS0204933997 = USD 1,245,000 (principal)
XS0323493584= USD 500,000 (principal)
XS0325550472 = CHF 60,000 (principal)
XS0339537390 = EUR 890,000 (principal)
plus any accrued interest on any of the above.

Date Claim Filed: 29 October 2009

Tel: N/A
Last Four Digits of Acct. #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Date: ___23 September 2011___

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Roever
Vice President

Ross Miller
Director

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

1.       For value received, the adequacy and sufficiency of which are hereby acknowledged, **Clariden Leu Ltd.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Bank AG, London Branch** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 55813 attached hereto in Schedule 2, filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and as debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.       Seller hereby represents and warrants to Purchaser that:  (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller is duly authorized to sell, transfer and assign the Transferred Claims by the owner of the Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) neither Seller nor, if different from Seller, the owner of the Transferred Claims has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) no objection to the Transferred Claims has been received.

3.       Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed on:

Date: September 14, 2011

Date: September 15, 2011

**CLARIDEN LEU LTD.**

By: _____
Name: Niklaus Boser
Title: Senior Vice President

By: _____
Name: Christiaan Verburg
Title: Senior Vice President

XLAP
Bahnhofstrasse 32
P.O. Box
8070 Zurich
Switzerland
Phone: +41 58 205 70 64
Fax: +41 58 205 71 75

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

By: _____
Name:
Title:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House
1, Great Winchester Street
London EC2N 2DB
UK

Transferred Claims

Purchased Claim

The Purchased Claim consists of:

(a)    15.38462% of the claim that is referenced in line item number 6 of the Proof of Claim (ISIN XS0186883798);
(b)    92% of the claim that is referenced in line item number 15 of the Proof of Claim (ISIN XS0186243118);
(c)    63.19797% of the claim that is referenced in line item number 8 of the Proof of Claim (ISIN XS0204933997);
(d)    39.37008% of the claim that is referenced in line item number 51 of the Proof of Claim (ISIN XS0323493584);
(e)    75% of the claim that is referenced in line item number 53 of the Proof of Claim (ISIN XS0325550472); and
(f)    87.25490% of the claim that is referenced in line item number 28 of the Proof of Claim (ISIN XS0339537390),

Niklaus Boser
Senior Vice President

Christiaan Verburg
Senior Vice President

| | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Currency | Principal/ Notional Amount |
|---|---|---|---|---|---|---|
| 1. | (2 1/2 % min.) Bonus Coupon Notes: Lehman Brothers Treasury Bv:2004-8.3.10 Variable Rate | XS0186883798 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 30,000 |
| 2. | (1/2 % min.) Bonus Coupon Notes: Lehman Brothers Treasury Bv:2004-8.3.10 Variable Rate | XS0186243118 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | CHF | 115,000 (75,000+ 40,000) |
| 3. | Pendulum Notes: Lehman Brothers Treasury Bv:2004-29.11.09 Variable Rate on a Basket of Shs | XS0204933997 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 1,245,000 (750,000+ 495,000) |
| 4. | 100 % Capital Protected Notes: Lehman Brothers Treasury Bv:2007-17.10.11 (EXP.3.10.11) on a Basket of Commodities | XS0323493584 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 500,000 |
| 5. | 100 % Capital Protected Opportunity Note: Lehman Brothers Treasury Bv:2007-30.4.09 (EXP.23.4.09) on a Basket of Shs | XS0325550472 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | CHF | 60,000 (50,000+ 10,000) |

| 6. | 100 % Capital Protected Notes; Lehman Brothers Treasury Bv:2008-8.2.11 (EXP.25.1.11) on a Bskt of Commodities | XS0339537390 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | EUR | 890,000 (400,000+ 490,000) |

Schedule 2

Proof of Claim

| | |
|---|---|
| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et AL<br>08-13555 (JMP)          0000055813 |
|---|---|---|

Note: This form may not be used to file claims other than those
based on Lehman Programs Securities as listed on
http://www.lehman-docket.com as of July 17, 2009

| | |
|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Clariden Leu Ltd<br><br>See Attached Rider<br><br><br>Telephone number:            Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>  (If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:            Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $See Attached Rider                    (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): See Attached Rider                    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and/or other depository blocking reference number:

See Attached Rider                    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
See Attached Rider                    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date:<br><br>10/20/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FILED / RECEIVED<br><br>OCT 2 9 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Alvin Ong
Assistant Vice President

Veronica Loh
Vice President

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
## Clariden Leu Limited against LBHI (Lehman Programs Securities)

1.      In accordance with the Order Pursuant to Section 502(b)(9) of the
Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs
of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of
Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of
Claim Based on Lehman Programs Securities dated July 27, 2009, Clariden Leu Limited
("CL") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the Lehman
Programs Securities ("LPS", whether used in the singular or plural) contained in Schedule I.
Schedule I lists the International Securities Identification Number, Depository Participant
Account Number, and Depository Blocking Reference Number for each LPS related to this
claim.

2.      As the LPS are booked either in units or nominal amounts in the relevant
depository systems, CL has provided the number of units or nominal amounts held for each
LPS in Schedule I in lieu of claim amounts.  CL reserves the right to amend this proof of claim
at a later date to specify claim amounts in United States dollars.

3.      CL reserves the right to amend, modify or supplement this proof of claim
in any manner, for any purpose and at any time.

4.      CL reserves the right to assert and file any and all additional claims of
whatever kind or nature that it has or may hereinafter have against LBHI.

5.      CL reserves the right to set-off any claim set forth in this proof of claim
against any claim that LBHI or the LBHI estate has or may assert against CL.

6.      CL reserves all rights it has or may have in the future against LBHI.  This
proof of claim is not intended as (a) a waiver or release of any rights of CL against LBHI (or

any of its affiliates) not asserted in this proof of claim, (b) a consent by CL to the jurisdiction of this Court with respect to the subject matter of the claims set forth herein or to this Court's hearing, determining or entering orders or judgments in any proceedings on this proof of claim, (c) a waiver of the right of CL to trial by jury in any proceedings so triable in these cases or any controversy or proceedings related to these cases or (d) an election of remedies.

7.       No judgment has been rendered on the claims set forth in this proof of claim.

8.       No payments on the claims set forth in this proof of claim have been made by the debtor.

9.    All notices concerning this proof of claim should be sent to:

Clariden Leu Limited
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph: (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph: (212) 474-1135

# SCHEDULE I

CS Entity: Clariden Leu Ltd.

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank. S.A. Account No. 12665 | | | SIX SIS AG Account No. 20097519 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Nominal | Units | Nominal | Units | Blocking No | Nominal | Units | Blocking No. |
| XS0176153350 | EUR | 50,000 | - | 50,000 | - | 9484553 | - | - | - |
| XS0335964646 | EUR | 295,000 | - | 295,000 | - | 9484554 | - | - | - |
| XS0282078666 | EUR | 660,000 | - | 660,000 | - | 9484555 | - | - | - |
| XS0301813522 | USD | 2,650,000 | - | 2,650,000 | - | 9484556 | - | - | - |
| XS0325369725 | USD | 1,473,000 | - | 1,473,000 | - | 9484557 | - | - | - |
| XS0186883798 | USD | 195,000 | - | 195,000 | - | 9484558 | - | - | - |
| XS0187966949 | USD | 1,030,000 | - | 1,030,000 | - | 9484559 | - | - | - |
| XS0204933997 | USD | 1,970,000 | - | 1,970,000 | - | 9484560 | - | - | - |
| XS0250879783 | USD | 30,000 | - | 30,000 | - | 9484561 | - | - | - |
| XS0266466025 | USD | 26,000 | - | 26,000 | - | 9484562 | - | - | - |
| XS0347732892 | USD | 50,000 | - | 50,000 | - | 9484563 | - | - | - |
| XS0213899510 | EUR | 157,000 | - | 157,000 | - | 9484564 | - | - | - |
| XS0258947745 | EUR | - | 302 | - | 241 | 9484565 | - | 61 | CA92887 |
| ANN5214A8303 | CHF | - | 410 | - | 410 | 9484566 | - | - | - |
| XS0186243118 | CHF | 125,000 | - | 125,000 | - | 9484567 | - | - | - |
| XS0267329307 | CHF | - | 750 | - | 715 | 9484568 | - | 35 | CA92886 |
| CH0026915527 | CHF | 55,000 | - | - | - | - | 55,000 | - | CH102721SUWA42-1016 |
| CH0026985082 | CHF | 960,000 | - | - | - | - | 960,000 | - | CH102721SUWA42-1017 |
| CH0027120663 | CHF | 30,000 | - | - | - | - | 30,000 | - | CH102721SUWA42-1018 |
| CH0027120812 | CHF | 30,000 | - | - | - | - | 30,000 | - | CH102721SUWA42-1019 |
| CH0027120887 | CHF | 125,000 | - | 125,000 | - | 9484569 | - | - | - |
| CH0027120895 | EUR | 200,000 | - | - | - | - | 200,000 | - | CH102721SUWA42-1021 |
| XS0210433206 | EUR | 450,000 | - | 450,000 | - | 9484570 | - | - | - |
| XS0210414750 | GBP | 160,000 | - | 160,000 | - | 9484571 | - | - | - |
| XS0224346592 | EUR | 10,000 | - | 10,000 | - | 9484572 | - | - | - |
| XS0229266856 | EUR | 910,000 | - | 910,000 | - | 9484573 | - | - | - |
| XS0252834576 | EUR | 542,000 | - | 542,000 | - | 9484574 | - | - | - |
| XS0339537390 | EUR | 1,020,000 | - | 1,020,000 | - | 9484575 | - | - | - |
| XS0337337710 | CHF | 42,000 | - | 42,000 | - | 9484576 | - | - | - |
| XS0234123650 | CHF | 255,000 | - | 255,000 | - | 9484577 | - | - | - |
| XS0336633150 | CHF | - | 20 | - | - | - | - | 20 | CA93174 |
| XS0328064810 | USD | 30,000 | - | 30,000 | - | 9484578 | - | - | - |
| XS0128657413 | EUR | 19,000 | - | 19,000 | - | 9484579 | - | - | - |
| ANN5214R1481 | EUR | - | 25 | - | 25 | 9484580 | - | - | - |

CS Entity: Clariden Leu Ltd.

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank, S.A. Account No. 12686 | | | SIX SIS AG Account No. 20097519 | | |
|------|------|--------|-------|---------|-------|-------------|---------|-------|-------------|
| | | Nominal | Units | Nominal | Units | Blocking No | Nominal | Units | Blocking No. |
| XS0340735892 | USD | 683,000 | - | 683,000 | - | 9484581 | - | - | - |
| XS0223590612 | CHF | 170,000 | - | 170,000 | - | 9484582 | - | - | - |
| XS0262353831 | EUR | 160,000 | - | 160,000 | - | 9484583 | - | - | - |
| XS0318527495 | USD | 20,000 | - | 20,000 | - | 9484584 | - | - | - |
| ANN5214R2547 | CHF | - | 50 | - | 50 | 9484585 | - | - | - |
| XS0218304458 | EUR | 90,000 | - | 90,000 | - | 9484586 | - | - | - |
| XS0269149497 | EUR | - | 170 | - | 170 | 9484587 | - | - | - |
| ANN5214A1035 | EUR | - | 30 | - | 30 | 9484588 | - | - | - |
| XS0183944643 | EUR | 100,000 | - | 100,000 | - | 9484589 | - | - | - |
| XS0326006540 | EUR | 400,000 | - | 400,000 | - | 9484590 | - | - | - |
| XS0187957160 | CHF | 788,000 | - | 763,000 | - | 9484591 | 25,000 | - | CA92884 |
| XS0200285709 | CHF | 130,000 | - | 130,000 | - | 9484592 | - | - | - |
| XS0226390334 | CHF | 80,000 | - | 80,000 | - | 9484593 | - | - | - |
| XS0251180908 | CHF | 100,000 | - | - | - | - | 100,000 | - | CA92886 |
| XS0252835110 | EUR | 166,000 | - | 166,000 | - | 9484594 | - | - | - |
| XS0319862816 | CHF | 200,000 | - | 200,000 | - | 9484595 | - | - | - |
| XS0323493584 | USD | 1,270,000 | - | 1,270,000 | - | 9484599 | - | - | - |
| XS0323535416 | USD | - | 296 | - | 296 | 9484597 | - | - | - |
| XS0325550472 | CHF | 80,000 | - | 80,000 | - | 9484598 | - | - | - |
| XS0325550555 | CHF | 172,000 | - | 172,000 | - | 9484599 | - | - | - |
| XS0329633829 | CHF | 15,000 | - | 15,000 | - | 9484600 | - | - | - |
| CH0034774536 | CHF | 160,000 | - | - | - | - | 160,000 | - | CH102721SUWA42-1055 |
| XS0261032238 | CHF | - | 150 | - | 150 | 9484601 | - | - | - |
| XS0324890440 | CHF | 40,000 | - | 40,000 | - | 9484602 | - | - | - |
| XS0220326408 | CHF | 15,000 | - | 15,000 | - | 9484603 | - | - | - |
| XS0207361865 | USD | - | 11 | - | 11 | 9484604 | - | - | - |
| XS0251909478 | CHF | - | 90 | - | 90 | 9484605 | - | - | - |
| XS0189294225 | EUR | 230,000 | - | 230,000 | - | 9484606 | - | - | - |
| XS0200284247 | EUR | 20,000 | - | 20,000 | - | 9484607 | - | - | - |
| CH0027120622 | USD | 200,000 | - | - | - | - | 200,000 | - | CH102721SUWA42-1063 |
| XS0279493399 | JPY | - | 15,900 | - | 15,900 | 9484608 | - | - | - |
| XS0215349357 | EUR | 795,000 | - | 795,000 | - | 9484609 | - | - | - |
| XS0346007320 | EUR | 75,000 | - | 75,000 | - | 9484610 | - | - | - |
| XS0287044989 | EUR | 3,000,000 | - | 3,000,000 | - | 9484611 | - | - | - |

CS Entity: Clariden Leu Ltd.

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank, S.A. Account No. 12685 | | | SIX SIS AG Account No. 20097519 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Nominal | Units | Nominal | Units | Blocking No | Nominal | Units | Blocking No. |
| XS0288784944 | EUR | - | 1,000 | - | 1,000 | 9484612 | - | - | - |
| XS0353667233 | USD | 950,000 | - | 950,000 | - | 9484613 | - | - | - |
| XS0334595138 | CHF | 1,350,000 | - | 1,350,000 | - | 9484614 | - | - | - |
| ANN5214A6406 | USD | - | 121 | - | 121 | 9484615 | - | - | - |
| XS0320322901 | CHF | 50,000 | - | 50,000 | - | 9484616 | - | - | - |
| XS0203544027 | EUR | 598,000 | - | 598,000 | - | 9484617 | - | - | - |
| XS0340592681 | USD | 150,000 | - | 150,000 | - | 9484618 | - | - | - |
| XS0238228901 | EUR | 8,000 | - | 8,000 | - | 9484619 | - | - | - |
| XS0367651782 | CHF | 760,000 | - | - | - | - | 760,000 | - | CA92888 |
| XS0336320022 | USD | 700,000 | - | 700,000 | - | 9484620 | - | - | - |
| XS0288576609 | CHF | 130,000 | - | 130,000 | - | 9484621 | - | - | - |
| XS0367990057 | EUR | 700,000 | - | 700,000 | - | 9484622 | - | - | - |
| XS0243852562 | EUR | 3,150,000 | - | 3,150,000 | - | 9484623 | - | - | - |
| XS0386074242 | USD | 250,000 | - | 250,000 | - | 9484624 | - | - | - |
| XS0354397571 | USD | 250,000 | - | 250,000 | - | 9484625 | - | - | - |
| XS0274443422 | EUR | 37,000 | - | 37,000 | - | 9484626 | - | - | - |
| XS0274127009 | EUR | 200,000 | - | 200,000 | - | 9484627 | - | - | - |
| CH0027120879 | EUR | 45,000 | - | - | - | - | 45,000 | - | CH102721SUWA42-1086 |
| XS0274890523 | USD | 1,000,000 | - | 1,000,000 | - | 9484628 | - | - | - |
| XS0311301070 | USD | 500,000 | - | 500,000 | - | 9484629 | - | - | - |
| XS0324851038 | EUR | 1,080,000 | - | 1,080,000 | - | 9484630 | - | - | - |
| XS0232659150 | EUR | 50,000 | - | 50,000 | - | 9484631 | - | - | - |
| XS0292112728 | USD | 500,000 | - | 500,000 | - | 9484632 | - | - | - |
| XS0329715550 | USD | 10,000,000 | - | 10,000,000 | - | 9484633 | - | - | - |
| XS0333793403 | USD | 5,000,000 | - | 5,000,000 | - | 9484634 | - | - | - |
| DE000A0SUA81 | EUR | - | 85 | - | - | - | - | 85 | CA93175 |
| XS0289316381 | USD | 60,000 | - | 60,000 | - | 9484635 | - | - | - |
| XS0325557212 | USD | 25,000 | - | 25,000 | - | 9484636 | - | - | - |
| XS0222760701 | EUR | 10,000 | - | 10,000 | - | 9484637 | - | - | - |
| XS0345680655 | USD | 74,000 | - | 74,000 | - | 9484638 | - | - | - |
| ANN521334238 | USD | - | 300 | - | 300 | 9484639 | - | - | - |
| XS0340774529 | USD | 1,000,000 | - | 1,000,000 | - | 9484640 | - | - | - |

**CS Entity: Clariden Leu Ltd. Nassau**

| ISIN | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | |
| | | | Nominal | Units | Nominal | Units | Blocking No |
|---|---|---|---|---|---|---|---|
| XS0187966949 | USD | CS Zurich | 180,000 | - | 180,000 | - | 6047222 |
| XS0186243118 | CHF | CS Zurich | 100,000 | - | 100,000 | - | 6047223 |
| XS0267329307 | CHF | CS Zurich | - | 120 | - | 120 | 6047225 |
| ANN5214A7560 | EUR | CS Zurich | - | 30 | - | 30 | 6047226 |

| Name Of Entity : | Clariden Leu Ltd | | Date : | 20-Oct-09 |
|---|---|---|---|---|

| ISIN | Currency | Euroclear Account : 13442 | |
|---|---|---|---|
| | | Nominal | Blocking No. |
| XS0339537804 | USD | 100,000 | 6055754 |
| XS0347732892 | USD | 30,000 | 6055755 |
| XS0186243118 | CHF | 30,000 | 6055756 |
| XS0347768813 | USD | 800,000 | 6055757 |
| XS0348919746 | AUD | 310,000 | 6055758 |
| XS0325369725 | USD | 440,000 | 6055759 |
| XS0301813522 | USD | 557,000 | 6055760 |

# HAND DELIVERY

TIME

DATE

RECEIVED BY:

**Form 210A (10/06)**

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
**(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferee</u>

Deutsche Bank AG, London Branch

<u>Name of Transferor</u>

Credit Suisse AG

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Simon Glennie/Kairi James
E-mail: simon.glennie@db.com/kairi.james@cms-cmck.com

Court Claim # (if known):  55829
Amount of Claim: The Transferor has transferred to the Transferee the following amounts:

XS0186883798 = USD 28,226,000 (principal)
XS0186243118 = CHF 16,173,000 (principal)
XS0204933997 = USD 11,037,000 (principal)
CH0027120606 = CHF 20,000 (principal)
XS0323493584 = USD 674,000 (principal)
XS0325550472 = CHF 7,010,000 (principal)
XS0339537390 = EUR 4,243,000 (principal)
XS0340433373 = USD 178,000 (principal)
plus any accrued interest on any of the above.

Date Claim Filed: 29 October 2009

Tel: N/A
Last Four Digits of Acct. #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Date: 28 September 2011

Ross Miller
Director

**Philipp Roever
Vice President**

**AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM**
**LEHMAN PROGRAM SECURITY**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Bank AG, London Branch** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **55829** attached hereto in Schedule 2, filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and as debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller is duly authorized to sell, transfer and assign the Transferred Claims by the owner of the Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) neither Seller nor, if different from Seller, the owner of the Transferred Claims has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) no objection to the Transferred Claims has been received.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.     All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses which result from Seller's breach of its representations and warranties made herein.

5.     Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.     Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.     Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed on:

Date: September 13, 2011

Date: SEPTEMBER 15, 2011

CREDIT SUISSE AG

By: _____
Name: Patrik Kuster
Title: Managing Director

By: _____
Name: Norbert Stahl
Title:  Director

Advisory and Order Fulfilment SEBA
Uetlibergstrasse 231
P.O. Box
8070 Zurich
Switzerland
Phone: +41 44 335 70 23
Fax: +41 44 332 67 15

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:   Ross Miller
Title:    Director

By: _____
Name:
Title:   Duncan Robertson
         Director
DEUTSCHE BANK AG, LONDON BRANCH
Winchester House
1, Great Winchester Street
London EC2N 2DB
UK

Schedule 1

<u>Transferred Claims</u>

<u>Purchased Claim</u>

The Purchased Claim consists of:

(a)    64.76527% of the claim that is referenced in line item number 16 of the Proof of Claim;
(b)    38.22591% of the claim that is referenced in line item number 41 of the Proof of Claim;
(c)    67.79068% of the claim that is referenced in line item number 18 of the Proof of Claim;
(d)    100% of the claim that is referenced in line item number 124 of the Proof of Claim;
(e)    43.37194% of the claim that is referenced in line item number 113 of the Proof of Claim;
(f)    32.03986% of the claim that is referenced in line item number 115 of the Proof of Claim;
(g)    45.80095% of the claim that is referenced in line item number 67 of the Proof of Claim; and
(h)    100 % of the claim that is referenced in line item number 302 of the Proof of Claim.

*CS Purchase Percentages of the claims added ✓*

*Severin Leine
Vice President*

*Norbert Stahl
Director*

<u>Lehman Programs Securities to which Transfer Relates</u>

| | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Currency | Principal/Notional Amount |
|---|---|---|---|---|---|---|
| 1. | (2 1/2 % min.) Bonus Coupon Notes; Lehman Brothers Treasury Bv;2004-8.3.10 Variable Rate | XS0186883798 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 28'226'000 |
| 2. | (1/2 % min.) Bonus Coupon Notes; Lehman Brothers Treasury Co. BV;2004-8.3.10 Variable Rate | XS0186243118 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | CHF | 16'173'000 |
| 3. | Pendulum Notes; Lehman Brothers Treasury Bv;2004-29.11.09 Variable Rate on a Basket of Shs | XS0204933997 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 11'037'000 |
| 4. | Capital Protected Certificates; Lehman Brothers Treasury Bv;2007-31.1.12 (Exp.24.1.12) On Basket Of Shares Reg-S | CH0027120606 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | CHF | 20'000 |
| 5. | 100 % Capital Protected Notes; Lehman Brothers Treasury Bv;2007-17.10.11 (EXP.3.10.11) on a Basket | XS0323493584 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 674'000 |



| | of Commodities | | | | | |
|---|---|---|---|---|---|---|
| 6. | 100 % Capital Protected Opportunity Note; Lehman Brothers Treasury Bv;2007-30.4.09 (EXP.23.4.09) on a Basket of Shs | XS0325550472 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | CHF | 7'010'000 |
| 7. | 100 % Capital Protected Notes; Lehman Brothers Treasury Bv;2008-8.2.11 (EXP.25.1.11) on a Bskt of Commodities | XS0339537390 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | EUR | 4'243'000 |
| 8. | Booster Coupon Note; Lehman Brothers Treasury Bv;2008-16.2.10 (EXP.9.2.10) on USD/CNY Spot Exchange Rate | XS0340433373 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD | 178'000 |

Schedule 2

Proof of Claim

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al<br>08-13555 (JMP)          0000055829 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Credit Suisse<br><br>See Attached Rider<br><br>Telephone number:          Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ See Attached Rider          (Required)

☑  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): See Attached Rider          (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates:

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and/or other depository blocking reference number:

See Attached Rider          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
See Attached Rider          (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| | | **FOR COURT USE ONLY**<br>**FILED / RECEIVED**<br><br>OCT 2 9 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|
| Date:<br><br>10/20/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Martha Steiner, Vice President     Reinhildice Director* | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
### Credit Suisse against LBHI (Lehman Programs Securities)

1.      In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse ("CS") files

this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the Lehman Programs

Securities ("LPS", whether used in the singular or plural) contained in Schedule I. Schedule I

lists the International Securities Identification Number, Depository Participant Account

Number, and Depository Blocking Reference Number for each LPS related to this claim.

2.      As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule 1 in lieu of claim amounts. CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

3.      CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

4.      CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

5.      CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

6.      CS reserves all rights it has or may have in the future against LBHI. This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of

this Court with respect to the subject matter of the claims set forth herein or to this Court's hearing, determining or entering orders or judgments in any proceedings on this proof of claim, (c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any controversy or proceedings related to these cases or (d) an election of remedies.

7.    No judgment has been rendered on the claims set forth in this proof of claim.

8.    No payments on the claims set forth in this proof of claim have been made by the debtor.

9.    All notices concerning this proof of claim should be sent to:

Credit Suisse
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph: (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph: (212) 474-1135

# SCHEDULE I

**CS Entity:** Credit Suisse Schweiz

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | | SIX SIS AG Account No. 20004516 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Nominal | Units | Nominal | Units | Blocking No. | Nominal | Units | Blocking No. |
| XS0176153350 | EUR | 1,352,000 | - | 1,352,000 | - | 9494541 | - | - | - |
| XS0178969209 | EUR | 151,000 | - | 151,000 | - | 9494542 | - | - | - |
| XS0211093041 | EUR | 30,000 | - | 30,000 | - | 9494543 | - | - | - |
| XS0335954648 | EUR | 3,636,000 | - | 3,636,000 | - | 9494544 | - | - | - |
| XS0336151088 | EUR | 7,644,000 | - | 7,644,000 | - | 9494545 | - | - | - |
| XS0262976666 | EUR | 3,337,000 | - | 3,337,000 | - | 9494546 | - | - | - |
| XS0301813522 | USD | 6,790,000 | - | 6,790,000 | - | 9494547 | - | - | - |
| XS0336352877 | USD | - | 1,600 | - | 1,600 | 9494548 | - | - | - |
| XS0203703526 | USD | 5,230,000 | - | 5,230,000 | - | 9494549 | - | - | - |
| ANN521331184 | USD | - | 707 | - | 524 | 9494550 | - | 183 | CA18261 |
| XS0312460196 | JPY | 297,000,000 | - | 297,000,000 | - | 9494551 | - | - | - |
| XS0325369726 | USD | 8,692,000 | - | 8,692,000 | - | 9494552 | - | - | - |
| XS0339537804 | USD | 7,998,000 | - | 7,998,000 | - | 9494553 | - | - | - |
| XS0335394879 | JPY | 310,000,000 | - | 310,000,000 | - | 9494554 | - | - | - |
| XS0202417050 | EUR | 6,000 | - | 6,000 | - | 9494555 | - | - | - |
| XS0186663798 | USD | 43,582,000 | - | 43,582,000 | - | 9494556 | - | - | - |
| XS0187966949 | USD | 19,152,000 | - | 19,152,000 | - | 9494557 | - | - | - |
| XS0204933997 | USD | 16,281,000 | - | 16,281,000 | - | 9494558 | - | - | - |
| XS0235227302 | EUR | - | 383 | - | 383 | 9494559 | - | - | - |
| XS0250876763 | USD | 1,150,000 | - | 1,150,000 | - | 9494560 | - | - | - |
| XS0266480025 | USD | 2,183,000 | - | 2,183,000 | - | 9494561 | - | - | - |
| XS0268053906 | EUR | 2,475,000 | - | 2,475,000 | - | 9494562 | - | - | - |
| XS0274085828 | USD | 5,655,000 | - | 5,655,000 | - | 9494563 | - | - | - |
| ANN5214A3502 | USD | - | 4,450 | - | 4,450 | 9494564 | - | - | - |
| ANN5214A6034 | USD | - | 1,000 | - | 1,000 | 9494565 | - | - | - |
| XS0303746571 | EUR | 3,536,000 | - | 3,536,000 | - | 9494566 | - | - | - |
| XS0332645422 | USD | 390,000 | - | 390,000 | - | 9494567 | - | - | - |
| XS0337685676 | USD | 2,867,000 | - | 2,867,000 | - | 9494568 | - | - | - |
| XS0346696613 | USD | 1,000,000 | - | 1,000,000 | - | 9494569 | - | - | - |
| XS0347732692 | USD | 7,605,000 | - | 7,605,000 | - | 9494570 | - | - | - |
| XS0351272322 | EUR | 251,000 | - | 251,000 | - | 9494571 | - | - | - |
| XS0360599966 | EUR | 150,000 | - | 150,000 | - | 9494572 | - | - | - |
| XS0213899516 | EUR | 411,000 | - | 411,000 | - | 9494573 | - | - | - |
| XS0248082043 | EUR | 3,498,000 | - | 3,498,000 | - | 9494574 | - | - | - |
| XS0256947745 | EUR | - | 6,036 | - | 6,036 | 9494575 | - | - | - |
| XS0290294742 | EUR | - | 285 | - | 285 | 9494576 | - | - | - |
| ANN5214A6303 | CHF | - | 7,409 | - | 7,409 | 9494577 | - | - | - |
| DE000A0N6GH6 | EUR | - | 30 | - | 30 | 9494578 | - | - | - |
| XS0307745744 | EUR | 1,350,000 | - | 1,350,000 | - | 9494579 | - | - | - |
| XS0335137120 | EUR | - | 20 | - | 20 | 9494580 | - | - | - |
| XS0186243118 | CHF | 42,309,000 | - | 42,309,000 | - | 9494581 | - | - | - |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| XS0267329307 | CHF | - | 6,658 | - | 6,658 | 9494592 | - | - | - |
| ANN5214A7590 | EUR | - | 800 | - | 800 | 9494593 | - | - | - |
| CH0028915527 | CHF | 4,555,000 | - | - | - | - | 4,555,000 | - | CH100164SUWA42-45 |
| CH0029985082 | CHF | 41,845,000 | - | - | - | - | 41,845,000 | - | CH100164SUWA42-46 |
| CH0027120683 | CHF | 800,000 | - | - | - | - | 800,000 | - | CH100164SUWA42-47 |
| CH0027120671 | CHF | 175,000 | - | - | - | - | 175,000 | - | CH100164SUWA42-48 |
| CH0027120689 | EUR | 214,000 | - | - | - | - | 214,000 | - | CH100164SUWA42-49 |
| CH0027120796 | CHF | 50,000 | - | - | - | - | 50,000 | - | CH100164SUWA42-50 |
| CH0027120812 | CHF | 315,000 | - | - | - | - | 315,000 | - | CH100164SUWA42-51 |
| CH0027120820 | EUR | 107,000 | - | - | - | - | 107,000 | - | CH100164SUWA42-52 |
| CH0027120846 | EUR | 10,000 | - | - | - | - | 10,000 | - | CH100164SUWA42-53 |
| CH0027120887 | CHF | 65,000 | - | - | - | - | 65,000 | - | CH100164SUWA42-54 |
| CH0027120978 | EUR | 182,000 | - | - | - | - | 182,000 | - | CH100164SUWA42-56 |
| CH0029197156 | CHF | 11,790,000 | - | - | - | - | 11,790,000 | - | CH100164SUWA42-59 |
| CH0043088621 | CHF | 112,000 | - | - | - | - | 112,000 | - | CH100164SUWA42-61 |
| CH0043089847 | EUR | 25,000 | - | - | - | - | 25,000 | - | CH100164SUWA42-62 |
| CH0043098654 | USD | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-63 |
| CH0036891395 | EUR | 25,000 | - | - | - | - | 25,000 | - | CH100164SUWA42-64 |
| XS0210433206 | EUR | 466,000 | - | 466,000 | - | 9494584 | - | - | - |
| XS0210014750 | GBP | 1,540,000 | - | 1,540,000 | - | 9494585 | - | - | - |
| XS0224346592 | EUR | 1,040,000 | - | 1,040,000 | - | 9494586 | - | - | - |
| XS0229269856 | EUR | 1,426,000 | - | 1,426,000 | - | 9494587 | - | - | - |
| XS0252834576 | EUR | 9,197,000 | - | 9,197,000 | - | 9494588 | - | - | - |
| XS0328973102 | USD | 600,000 | - | 600,000 | - | 9494589 | - | - | - |
| XS0302356737 | EUR | - | 6,575 | - | 6,575 | 9494590 | - | - | - |
| XS0339537390 | EUR | 9,264,000 | - | 9,264,000 | - | 9494591 | - | - | - |
| XS0327239914 | EUR | 167,000 | - | 167,000 | - | 9494592 | - | - | - |
| XS0337397710 | CHF | 6,430,000 | - | 6,430,000 | - | 9494593 | - | - | - |
| XS0321455312 | EUR | 10,000 | - | 10,000 | - | 9494594 | - | - | - |
| XS0234123650 | CHF | 14,440,000 | - | 14,440,000 | - | 9494595 | - | - | - |
| XS0324515518 | USD | 1,580,000 | - | 1,580,000 | - | 9494596 | - | - | - |
| XS0930222984 | CHF | - | 4,370 | - | 4,370 | 9494597 | - | - | - |
| XS0336633150 | CHF | - | 4,028 | - | 4,028 | 9494598 | - | - | - |
| XS0329064870 | USD | 2,443,000 | - | 2,443,000 | - | 9494599 | - | - | - |
| XS0346857517 | USD | 4,278,000 | - | 4,278,000 | - | 9494600 | - | - | - |
| XS0128857413 | EUR | 1,826,000 | - | 1,826,000 | - | 9494601 | - | - | - |
| ANN5214R1481 | EUR | - | 4,785 | - | 4,785 | 9494602 | - | - | - |
| XS0340735892 | USD | 442,000 | - | 442,000 | - | 9494603 | - | - | - |
| XS0223590912 | CHF | 6,262,000 | - | 6,262,000 | - | 9494604 | - | - | - |
| XS0262353531 | EUR | 5,759,000 | - | 5,759,000 | - | 9494605 | - | - | - |
| XS0318527495 | USD | 7,335,000 | - | 7,335,000 | - | 9494606 | - | - | - |
| XS0329812084 | CHF | 2,597,000 | - | 2,597,000 | - | 9494607 | - | - | - |
| CH0034783451 | EUR | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-88 |
| CH0034783636 | CHF | 150,000 | - | - | - | - | 150,000 | - | CH100164SUWA42-90 |
| CH0034783693 | EUR | 55,000 | - | - | - | - | 55,000 | - | CH100164SUWA42-91 |
| ANN5214R2547 | CHF | - | 12,159 | - | 12,159 | 9494608 | - | - | - |
| XS0213416141 | EUR | 660,000 | - | 660,000 | - | 9494609 | - | - | - |
| XS0218304456 | EUR | 395,000 | - | 395,000 | - | 9494610 | - | - | - |

| ID | Currency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| XS0269149497 | EUR | - | 1,261 | - | 1,281 | 9494611 | - | - | - |
| ANN5214A1035 | EUR | - | 2,790 | - | 2,790 | 9494612 | - | - | - |
| XS0183944843 | EUR | 1,110,000 | - | 1,110,000 | - | 9494613 | - | - | - |
| XS0225984298 | EUR | 1,825,000 | - | 1,825,000 | - | 9494614 | - | - | - |
| XS0326006540 | EUR | 1,850,000 | - | 1,850,000 | - | 9494615 | - | - | - |
| XS0187867160 | CHF | 25,822,000 | - | 25,822,000 | - | 9494616 | - | - | - |
| XS0200285709 | CHF | 49,102,000 | - | 49,102,000 | - | 9494617 | - | - | - |
| XS0261375233 | USD | 10,000 | - | 10,000 | - | 9494618 | - | - | - |
| XS0226380334 | CHF | 8,202,000 | - | 8,202,000 | - | 9494619 | - | - | - |
| XS0234632700 | CHF | - | 1,987 | - | 1,987 | 9494620 | - | - | - |
| XS0236879076 | CHF | - | 50 | - | 50 | 9494621 | - | - | - |
| XS0236881307 | CHF | - | 400 | - | 400 | 9494622 | - | - | - |
| XS0248820859 | CHF | 51,181,000 | - | 51,181,000 | - | 9494623 | - | - | - |
| XS0251180908 | CHF | 41,201,000 | - | 41,201,000 | - | 9494624 | - | - | - |
| XS0252635110 | EUR | 6,740,000 | - | 6,740,000 | - | 9494625 | - | - | - |
| XS0294746673 | EUR | 140,000 | - | 140,000 | - | 9494626 | - | - | - |
| XS0270828584 | CHF | 28,852,000 | - | 28,852,000 | - | 9494627 | - | - | - |
| ANN5214A1118 | CHF | - | 33 | - | 33 | 9494628 | - | - | - |
| XS0275071230 | CHF | 100,000 | - | 100,000 | - | 9494629 | - | - | - |
| ANN5214A1373 | CHF | - | 1,124 | - | 1,124 | 9494630 | - | - | - |
| XS0316692818 | CHF | 6,009,000 | - | 6,009,000 | - | 9494631 | - | - | - |
| XS0322153270 | CHF | 13,915,000 | - | 13,915,000 | - | 9494632 | - | - | - |
| XS0322794578 | USD | 20,000 | - | 20,000 | - | 9494633 | - | - | - |
| XS0323493584 | USD | 1,554,000 | - | 1,554,000 | - | 9494634 | - | - | - |
| XS0323535418 | USD | - | 1,227 | - | 1,227 | 9494635 | - | - | - |
| XS0325550472 | CHF | 21,679,000 | - | 21,679,000 | - | 9494636 | - | - | - |
| XS0325550555 | EUR | 11,245,000 | - | 11,245,000 | - | 9494637 | - | - | - |
| XS0326086716 | CHF | 17,366,000 | - | 17,366,000 | - | 9494638 | - | - | - |
| XS0327822135 | USD | 4,504,000 | - | 4,504,000 | - | 9494639 | - | - | - |
| XS0328873681 | CHF | 14,044,000 | - | 14,044,000 | - | 9494640 | - | - | - |
| XS0329522758 | CHF | 51,000 | - | 51,000 | - | 9494641 | - | - | - |
| XS0329635790 | CHF | 3,475,000 | - | 3,475,000 | - | 9494642 | - | - | - |
| XS0329833829 | CHF | 3,190,000 | - | 3,190,000 | - | 9494643 | - | - | - |
| XS0338037204 | CHF | 930,000 | - | 930,000 | - | 9494644 | - | - | - |
| CH0027120606 | CHF | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-130 |
| XS0294585989 | CHF | 8,358,000 | - | 8,358,000 | - | 9494645 | - | - | - |
| XS0327165550 | USD | 7,365,000 | - | 7,365,000 | - | 9494646 | - | - | - |
| XS0384379847 | CHF | 450,000 | - | 450,000 | - | 9494647 | - | - | - |
| ANN5214A8653 | USD | - | 1,280 | - | 1,280 | 9494648 | - | - | - |
| ANN5214A8899 | CHF | - | 10,840 | - | 10,840 | 9494649 | - | - | - |
| XS0337045163 | EUR | - | 1,000 | - | 1,000 | 9494650 | - | - | - |
| CH0034774538 | CHF | 1,200,000 | - | - | - | - | 1,200,000 | - | CH100164SUWA42-137 |
| CH0034783669 | EUR | 140,000 | - | - | - | - | 140,000 | - | CH100164SUWA42-138 |
| XS0332199115 | USD | 7,974,000 | - | 7,974,000 | - | 9494651 | - | - | - |
| XS0288043709 | EUR | 20,000 | - | 20,000 | - | 9494652 | - | - | - |
| XS0302851266 | CHF | 305,000 | - | 305,000 | - | 9494653 | - | - | - |
| XS0378611928 | CHF | 725,000 | - | 725,000 | - | 9494654 | - | - | - |
| CH0038891247 | EUR | 130,000 | - | - | - | - | 130,000 | - | CH100164SUWA42-143 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| XS0283914637 | JPY | - | 1,850 | - | 1,850 | 9494855 | - | - | - |
| CH0043088639 | CHF | 50,000 | - | - | - | - | 50,000 | - | CH100164SUWA42-145 |
| XS0345289459 | USD | 313,000 | - | 313,000 | - | 9494856 | - | - | - |
| CH0027120986 | CHF | 176,000 | - | - | - | - | 176,000 | - | CH100164SUWA42-147 |
| XS0261032238 | CHF | - | 1,050 | - | 1,050 | 9494857 | - | - | - |
| CH0027120770 | EUR | - | 50 | - | - | - | - | 50 | CH100164SUWA42-149 |
| XS0308179188 | CHF | - | 100 | - | 100 | 9494858 | - | - | - |
| XS0324890440 | CHF | 675,000 | - | 675,000 | - | 9494859 | - | - | - |
| XS0270987547 | EUR | 107,000 | - | 107,000 | - | 9494860 | - | - | - |
| XS0220326408 | CHF | 312,000 | - | 312,000 | - | 9494861 | - | - | - |
| XS0228154158 | CHF | 1,030,000 | - | 1,030,000 | - | 9494862 | - | - | - |
| XS0300658597 | CHF | 140,000 | - | 140,000 | - | 9494863 | - | - | - |
| XS0207391865 | USD | - | 752 | - | 752 | 9494864 | - | - | - |
| XS0307355445 | CBK | 225,700,000 | - | 225,700,000 | - | 9494865 | - | - | - |
| XS0214633567 | EUR | 40,000 | - | 40,000 | - | 9494866 | - | - | - |
| XS0238337439 | EUR | 120,000 | - | 120,000 | - | 9494867 | - | - | - |
| CH0034774910 | CHF | - | 20 | - | - | - | - | 20 | CH100164SUWA42-160 |
| XS0290588572 | EUR | 30,000 | - | 30,000 | - | 9494868 | - | - | - |
| XS0248142894 | EUR | 10,000 | - | 10,000 | - | 9494869 | - | - | - |
| CH0038891428 | EUR | 747,000 | - | - | - | - | 747,000 | - | CH100164SUWA42-163 |
| XS0251909478 | CHF | - | 185 | - | 185 | 9494870 | - | - | - |
| XS0340696486 | EUR | 830,000 | - | 830,000 | - | 9494871 | - | - | - |
| XS0326427480 | CHF | 210,000 | - | 210,000 | - | 9494872 | - | - | - |
| CH0027120747 | EUR | 10,000 | - | - | - | - | 10,000 | - | CH100164SUWA42-167 |
| CH0038891411 | CHF | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-168 |
| XS0183553841 | EUR | 20,000 | - | 20,000 | - | 9494873 | - | - | - |
| XS0181045972 | EUR | 5,000 | - | 5,000 | - | 9494874 | - | - | - |
| XS0185655445 | EUR | 280,000 | - | 280,000 | - | 9494875 | - | - | - |
| XS0169294225 | EUR | 164,000 | - | 164,000 | - | 9494876 | - | - | - |
| XS0200294247 | EUR | 7,000 | - | 7,000 | - | 9494877 | - | - | - |
| XS0220845023 | EUR | 181,000 | - | 181,000 | - | 9494878 | - | - | - |
| CH0027120922 | USD | 570,000 | - | - | - | - | 570,000 | - | CH100164SUWA42-175 |
| XS0193035358 | EUR | 801,000 | - | 801,000 | - | 9494879 | - | - | - |
| CH0027120955 | CHF | 25,000 | - | - | - | - | 25,000 | - | CH100164SUWA42-177 |
| XS0242138413 | CHF | 25,000 | - | 25,000 | - | 9494880 | - | - | - |
| CH0027120938 | CHF | 170,000 | - | - | - | - | 170,000 | - | CH100164SUWA42-178 |
| CH0034783685 | USD | 35,000 | - | - | - | - | 35,000 | - | CH100164SUWA42-180 |
| XS0213629487 | EUR | 130,000 | - | 130,000 | - | 9494881 | - | - | - |
| ANN521339114 | EUR | - | 7 | - | 7 | 9494882 | - | - | - |
| XS0268892145 | USD | 33,000 | - | 33,000 | - | 9494883 | - | - | - |
| XS0278493398 | JPY | - | 1,900 | - | 1,900 | 9494884 | - | - | - |
| XS0313430483 | EUR | 160,000 | - | 160,000 | - | 9494885 | - | - | - |
| CH0038891148 | CHF | 1,257,000 | - | - | - | - | 1,257,000 | - | CH100164SUWA42-186 |
| CH0038891183 | CHF | 488,000 | - | - | - | - | 488,000 | - | CH100164SUWA42-187 |
| XS0340758898 | USD | 460,000 | - | 460,000 | - | 9494886 | - | - | - |
| CH0038891282 | CHF | 757,000 | - | - | - | - | 757,000 | - | CH100164SUWA42-190 |
| CH0038891353 | CHF | 300,000 | - | - | - | - | 300,000 | - | CH100164SUWA42-191 |
| XS0228140075 | EUR | 457,000 | - | 457,000 | - | 9494887 | - | - | - |

| ID | Currency | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|---|---|
| XS0169028700 | EUR | - | 35 | - | 35 | 9494698 | - | - | - |
| XS0215134357 | EUR | 58,000 | - | 58,000 | - | 9494699 | - | - | - |
| CH0027120814 | CHF | - | 20 | - | - | - | - | 20 | CH100164SUWA42-195 |
| CH0027120705 | USD | 30,000 | - | - | - | - | 30,000 | - | CH100164SUWA42-190 |
| XS0302350986 | EUR | 70,000 | - | 70,000 | - | 9494690 | - | - | - |
| XS0279424310 | CHF | - | 2,400 | - | 2,400 | 9494691 | - | - | - |
| XS0282843088 | CHF | 400,000 | - | 400,000 | - | 9494692 | - | - | - |
| XS0363821660 | USD | 500,000 | - | 500,000 | - | 9494693 | - | - | - |
| XS0222696263 | EUR | 20,000 | - | 20,000 | - | 9494694 | - | - | - |
| XS0195431613 | EUR | 55,000 | - | 55,000 | - | 9494695 | - | - | - |
| XS0299141332 | GBP | 150,000 | - | 150,000 | - | 9494696 | - | - | - |
| XS0232035680 | EUR | 185,000 | - | 185,000 | - | 9494697 | - | - | - |
| ANN521331297 | USD | - | 7 | - | 7 | 9494698 | - | - | - |
| XS0292042255 | CHF | 2,955,000 | - | 2,955,000 | - | 9494699 | - | - | - |
| CH0036881060 | CHF | 70,000 | - | - | - | - | 70,000 | - | CH100164SUWA42-207 |
| XS0268837455 | USD | 170,000 | - | 170,000 | - | 9494700 | - | - | - |
| XS0251609835 | CHF | - | 950 | - | 950 | 9494701 | - | - | - |
| XS0189741001 | EUR | 673,000 | - | 20,000 | - | 9494702 | 653,000 | - | CA16259 |
| XS0189741001 | EUR | 87,000 | - | - | - | - | 87,000 | - | CA16258 |
| XS0225326858 | CHF | 30,000 | - | 30,000 | - | 9494703 | - | - | - |
| XS0336927146 | ISK | 5,500,000 | - | 5,500,000 | - | 9494704 | - | - | - |
| XS0324192243 | EUR | 1,080,000 | - | 1,080,000 | - | 9494705 | - | - | - |
| XS0349852433 | EUR | 1,290,000 | - | 1,290,000 | - | 9494706 | - | - | - |
| XS0268948952 | EUR | 1,000,000 | - | 1,000,000 | - | 9494707 | - | - | - |
| XS0308734911 | USD | 1,500,000 | - | 1,500,000 | - | 9494708 | - | - | - |
| ANN5214A6323 | EUR | - | 1,000 | - | 1,000 | 9494709 | - | - | - |
| XS0308274140 | USD | 1,050,000 | - | 1,050,000 | - | 9494710 | - | - | - |
| XS0316992154 | USD | 200,000 | - | 200,000 | - | 9494711 | - | - | - |
| XS0317417003 | USD | 1,500,000 | - | 1,500,000 | - | 9494712 | - | - | - |
| XS0283189016 | USD | 700,000 | - | 700,000 | - | 9494713 | - | - | - |
| XS0331034766 | USD | 4,000,000 | - | 4,000,000 | - | 9494714 | - | - | - |
| ANN5214T2436 | USD | - | 20,000 | - | 20,000 | 9494715 | - | - | - |
| XS0336019996 | EUR | 200,000 | - | 200,000 | - | 9494716 | - | - | - |
| XS0312435729 | USD | 1,100,000 | - | 1,100,000 | - | 9494717 | - | - | - |
| XS0290837383 | CHF | 175,000 | - | 175,000 | - | 9494718 | - | - | - |
| XS0330422955 | HKD | 14,000,000 | - | 14,000,000 | - | 9494718 | - | - | - |
| CH0027120903 | EUR | 500,000 | - | - | - | - | 500,000 | - | CH100164SUWA42-226 |
| XS0301129549 | EUR | 750,000 | - | 750,000 | - | 9494720 | - | - | - |
| XS0330421321 | USD | 1,100,000 | - | 1,100,000 | - | 9494721 | - | - | - |
| XS0280077780 | USD | 200,000 | - | 200,000 | - | 9494722 | - | - | - |
| ANN5214R5102 | EUR | - | 2,200 | - | 2,200 | 9494723 | - | - | - |
| ANN5214R4949 | EUR | - | 2,200 | - | 2,200 | 9494724 | - | - | - |
| XS0303759632 | USD | 600,000 | - | 600,000 | - | 9494725 | - | - | - |
| XS0366871519 | EUR | 50,000 | - | 50,000 | - | 9494726 | - | - | - |
| XS0232364868 | EUR | 245,000 | - | 245,000 | - | 9494727 | - | - | - |
| ANN521334311 | USD | - | 10 | - | 10 | 9494728 | - | - | - |
| XS0265627751 | CHF | - | 82 | - | 82 | 9494728 | - | - | - |
| CH0027121034 | CHF | 180,000 | - | - | - | - | 180,000 | - | CH100164SUWA42-239 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| XS0258782720 | EUR | 5,800,000 | - | 5,800,000 | - | 9494730 | - | - | - |
| ANN5214R4030 | CHF | - | 90 | - | 90 | 9494731 | - | - | - |
| XS0362467150 | GBP | 50,000 | - | 50,000 | - | 9494732 | - | - | - |
| XS0257022714 | EUR | 112,000 | - | 112,000 | - | 9494733 | - | - | - |
| XS0328401830 | EUR | 50,000 | - | 50,000 | - | 9494734 | - | - | - |
| XS0346007320 | EUR | 70,000 | - | 70,000 | - | 9494735 | - | - | - |
| XS0172304868 | EUR | 20,000 | - | 20,000 | - | 9494736 | - | - | - |
| XS0340740116 | USD | 2,300,000 | - | 2,300,000 | - | 9494737 | - | - | - |
| ANN5214T3428 | EUR | - | 40 | - | 40 | 9494738 | - | - | - |
| XS0211814123 | EUR | 50,000 | - | 50,000 | - | 9494739 | - | - | - |
| CH0027120994 | EUR | 500,000 | - | - | - | - | 500,000 | - | CH100164SUWA42-250 |
| CH0027120997 | EUR | 10,000 | - | - | - | - | 10,000 | - | CH100164SUWA42-251 |
| CH0027120754 | EUR | 35,000 | - | - | - | - | 35,000 | - | CH100164SUWA42-252 |
| XS0274445120 | CHF | 30,000 | - | 30,000 | - | 9494740 | - | - | - |
| XS0308319341 | EUR | 100,000 | - | 100,000 | - | 9494741 | - | - | - |
| XS2230607624 | EUR | 150,000 | - | 150,000 | - | 9494742 | - | - | - |
| XS0257101658 | EUR | - | 15 | - | 15 | 9494743 | - | - | - |
| XS0322748202 | CHF | 100,000 | - | 100,000 | - | 9494744 | - | - | - |
| CH0034783644 | CHF | 355,000 | - | - | - | - | 355,000 | - | CH100164SUWA42-258 |
| CH0034783701 | EUR | 55,000 | - | - | - | - | 55,000 | - | CH100164SUWA42-259 |
| DE000A0G4LS9 | EUR | - | 10 | - | 10 | 9494745 | - | - | - |
| XS0298614552 | EUR | 15,000 | - | 15,000 | - | 9494746 | - | - | - |
| XS0346650798 | CHF | 6,000,000 | - | 6,000,000 | - | 9494747 | - | - | - |
| XS0323005610 | CHF | 25,000 | - | 25,000 | - | 9494748 | - | - | - |
| CH0039308652 | CHF | 40,000 | - | - | - | - | 40,000 | - | CH100164SUWA42-264 |
| CH0039801403 | CHF | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-265 |
| XS0353940129 | USD | - | 2,000 | - | 2,000 | 9494749 | - | - | - |
| XS0338105601 | USD | 1,737,000 | - | 1,737,000 | - | 9494750 | - | - | - |
| XS0264811869 | EUR | 2,700,000 | - | 2,700,000 | - | 9494751 | - | - | - |
| XS0321101007 | USD | 3,100,000 | - | 3,100,000 | - | 9494752 | - | - | - |
| XS0362725840 | USD | 203,000 | - | 203,000 | - | 9494753 | - | - | - |
| XS0299642626 | EUR | - | 250,000 | - | 250,000 | 9494754 | - | - | - |
| ANN5214A6166 | EUR | - | 8 | - | - | - | - | 8 | CA10260 |
| XS0320520964 | USD | 800,000 | - | 800,000 | - | 9494755 | - | - | - |
| XS0330421634 | HKD | 1,000,000 | - | 1,000,000 | - | 9494756 | - | - | - |
| XS0331399930 | USD | 700,000 | - | 700,000 | - | 9494757 | - | - | - |
| XS0278149739 | USD | 800,000 | - | 800,000 | - | 9494758 | - | - | - |
| XS0287044900 | EUR | 50,000 | - | 50,000 | - | 9494759 | - | - | - |
| CH0034783877 | USD | 10,000 | - | - | - | - | 10,000 | - | CH100164SUWA42-278 |
| XS0328172557 | USD | 2,000,000 | - | 2,000,000 | - | 9494760 | - | - | - |
| XS0329628829 | USD | 5,000,000 | - | 5,000,000 | - | 9494761 | - | - | - |
| XS0180153828 | HKD | 300,000 | - | 300,000 | - | 9494762 | - | - | - |
| XS0326884898 | HKD | 2,000,000 | - | 2,000,000 | - | 9494763 | - | - | - |
| XS0326539102 | USD | 1,000,000 | - | 1,000,000 | - | 9494764 | - | - | - |
| XS0301566877 | USD | 200,000 | - | 200,000 | - | 9494765 | - | - | - |
| XS0331053719 | USD | 850,000 | - | 850,000 | - | 9494766 | - | - | - |
| XS0301567227 | USD | 1,800,000 | - | 1,800,000 | - | 9494767 | - | - | - |
| XS0275725611 | USD | 250,000 | - | 250,000 | - | 9494768 | - | - | - |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| XS0301337225 | USD | 1,100,000 | - | 1,100,000 | - | 9494769 | - | - | - |
| XS0305831151 | USD | 1,500,000 | - | 1,500,000 | - | 9494770 | - | - | - |
| XS0299857234 | HKO | 14,000,000 | - | 14,000,000 | - | 9494771 | - | - | - |
| XS0282808192 | USD | 171,000 | - | 171,000 | - | 9494772 | - | - | - |
| XS0302689519 | EUR | 100,000 | - | 100,000 | - | 9494773 | - | - | - |
| XS0288784044 | EUR | - | 1,000 | - | 1,000 | 9494774 | - | - | - |
| XS0306153015 | USD | 100,000 | - | 100,000 | - | 9494775 | - | - | - |
| XS0301598116 | HKO | 3,000,000 | - | 3,000,000 | - | 9494776 | - | - | - |
| XS0259010022 | USD | 5,930,000 | - | 5,930,000 | - | 9494777 | - | - | - |
| CH0023638958 | USD | - | 500 | - | 500 | 9494778 | - | - | - |
| XS0306970894 | USD | 100,000 | - | 100,000 | - | 9494779 | - | - | - |
| XS0232035634 | CHF | 150,000 | - | 150,000 | - | 9494780 | - | - | - |
| XS0341732858 | USD | 2,100,000 | - | 2,100,000 | - | 9494781 | - | - | - |
| XS0351254348 | GBP | 3,500,000 | - | 3,500,000 | - | 9494782 | - | - | - |
| XS0312427460 | USD | 800,000 | - | 800,000 | - | 9494783 | - | - | - |
| XS0313791567 | USD | 250,000 | - | 250,000 | - | 9494784 | - | - | - |
| XS0334382085 | EUR | 3,650,000 | - | 3,650,000 | - | 9494785 | - | - | - |
| XS0342300729 | EUR | 1,800,000 | - | 1,800,000 | - | 9494786 | - | - | - |
| XS0342303582 | EUR | 1,800,000 | - | 1,800,000 | - | 9494787 | - | - | - |
| XS0353557233 | USD | 150,000 | - | 150,000 | - | 9494788 | - | - | - |
| XS0340433873 | USD | 178,000 | - | 178,000 | - | 9494789 | - | - | - |
| XS0334595138 | CHF | 415,000 | - | 415,000 | - | 9494790 | - | - | - |
| XS0326103084 | USD | - | 150,000 | - | 150,000 | 9494791 | - | - | - |
| XS0326826343 | EUR | 60,000 | - | 60,000 | - | 9494792 | - | - | - |
| XS0299026805 | EUR | 15,000 | - | 15,000 | - | 9494793 | - | - | - |
| XS0326730313 | USD | 140,000 | - | 140,000 | - | 9494794 | - | - | - |
| XS0359631974 | EUR | 100,000 | - | 100,000 | - | 9494795 | - | - | - |
| CH0039308678 | USD | 50,000 | - | - | - | - | 50,000 | - | CH100164SUWA42-315 |
| XS0277877469 | USD | 290,000 | - | 290,000 | - | 9494796 | - | - | - |
| XS0030834598 | EUR | 250,000 | - | 250,000 | - | 9494797 | - | - | - |
| XS0338495087 | EUR | 100,000 | - | 100,000 | - | 9494798 | - | - | - |
| XS0349054360 | USD | 200,000 | - | 200,000 | - | 9494799 | - | - | - |
| XS0207884379 | USD | 30,000 | - | 30,000 | - | 9494800 | - | - | - |
| XS0320159221 | USD | 100,000 | - | 100,000 | - | 9494801 | - | - | - |
| XS0249984459 | EUR | 10,000 | - | 10,000 | - | 9494802 | - | - | - |
| XS0234972981 | CHF | - | 6,000 | - | 6,000 | 9494803 | - | - | - |
| XS0305085218 | USD | 1,100,000 | - | 1,100,000 | - | 9494804 | - | - | - |
| ANN5214A6408 | USD | - | 1 | - | 1 | 9494805 | - | - | - |
| CH0036861199 | CHF | 10,000 | - | - | - | - | 10,000 | - | CH100164SUWA42-328 |
| XS0331195932 | USD | 7,500,000 | - | 7,500,000 | - | 9494806 | - | - | - |
| XS0322927046 | USD | 1,000,000 | - | 1,000,000 | - | 9494807 | - | - | - |
| XS0329804906 | USD | 150,000 | - | 150,000 | - | 9494808 | - | - | - |
| XS0222929956 | EUR | 26,933,000 | - | 26,933,000 | - | 9494809 | - | - | - |
| XS0229584296 | EUR | 2,468,000 | - | 2,468,000 | - | 9494810 | - | - | - |
| XS0252834576 | EUR | 50,000 | - | 50,000 | - | 9494811 | - | - | - |
| XS0282578096 | EUR | 16,111,000 | - | 16,111,000 | - | 9494812 | - | - | - |
| XS0326006540 | EUR | 150,000 | - | 150,000 | - | 9494813 | - | - | - |
| XS0338053498 | EUR | 1,000,000 | - | 1,000,000 | - | 9494814 | - | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 604.0566 | | 145,000 | | 145,000 | EUR | XS0282878868 |
| | | | 6099.344 | | 200,000 | | 200,000 | EUR | XS0176153350 |
| | | | 6035286 | | 200,000 | | 200,000 | EUR | XS0528268956 |
| | | | 9494818 | | 90,000 | | 90,000 | EUR | XS0202417050 |
| | | | 9494818 | | 110,000 | | 110,000 | EUR | XS0202417050 |
| | | | 6035748 | | 100,000 | | 100,000 | EUR | XS0254171181 |
| | | | 6035144 | | 422,000 | | 422,000 | EUR | XS0271803041 |
| | | | 9494817 | | 40,000 | | 40,000 | EUR | XS0718384643 |
| | | | 9494816 | | 55,000 | | 55,000 | EUR | XS0178968208 |
| | | | 6035138 | | 125,000 | | 125,000 | EUR | XS0178968208 |
| | | | 6035134 | | 135,000 | | 135,000 | EUR | XS0176153350 |
| | | | 9494815 | | 2,000,000 | | 2,000,000 | EUR | XS0585383339 |

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY:

DATE

TIME