WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**ONE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS**
**(INVALID BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [Dkt. No. 18407] that was scheduled for October 5, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: September 29, 2011
      New York, New York

                                  /s/ Robert J. Lemons
                                  Robert J. Lemons

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007

                                  Attorneys for Debtors
                                  and Debtors in Possession

## Exhibit A

## Claims to be Adjourned:

| Claimant | Claim Number |
|---|---|
| Arc Capital & Income PLC | 60892 |
| Corner Banca SA | 45218 |
| Tero Fennander Ky | 63619 |
| Tujunen Mikael | 63626 |
| Vainio Jarno Tapani | 63635 |
| Rovio Jyrki | 63817 |
| Kerala Group Oy | 63869 |
| Karhumäki Pekka | 63873 |
| Jussi-Tuote Oy | 63878 |
| Hannula Jorma | 63890 |
| Harjunpää Samuli Petteri | 63892 |
| Heikkinen Mikko Ilkka | 63894 |
| Astala Leena Elisabet | 63913 |
| Avikainen Paavo | 63914 |
| Dovesta Oy | 63918 |
| Etelä-Savon Laskenta ja Konsultointi Ky | 63921 |
| Himanen Arto Juhani | 63925 |
| Hockman Jukka | 63928 |
| Purhonen Aki Kalle Ensio | 63935 |
| Pietilä Jukka Kalevi | 63943 |
| Mutanen Janne Sakari | 63962 |
| Lindwall Leo Holger | 63973 |

4

| | |
|---|---|
| Lindwall Kim Kaarlo | 63974 |
| Lehtimäki Mika Touko Armas | 63980 |
| Laitinen Pasi | 63986 |
| Kuivalainen Kirsti Marja | 63998 |
| SSP-Stainles Steel Production Oy | 63615 |
| Viljakainen Matti Erkki Olavi | 63649 |
| Rinne Juha | 63815 |
| Koivisto Raimo Pekka | 63865 |
| Karijoen Metalli Oy | 63871 |
| Härkälä Mikko Ilmari | 63884 |
| Helenius Marko Kalervo | 63900 |
| Helin Jaakko | 63901 |
| Mäkelä Seppo | 63961 |
| Lamppu Pertti Juhani | 63984 |
| Horna Tomi Tapio | 63934 |