WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :
In re                                     :    **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                          :
           Debtors.                       :    **(Jointly Administered)**
                                          :
                                          :
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' ONE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS) AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [Dkt. No. 18407] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated:  September 29, 2011
         New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Number |
|---|---|
| Alandsbanken Sverige AB | 62822 |
| Allianz Invest Kapitalanlagegesellschaft mbH & Serengeti Opportunities MM L.P. | 40531 |
| Ahonen Juhani | 49669 |
| Akiatro Oy | 44383 |
| Aristo-Invest Oy Ab | 44266 |
| Jukarainen Jaakko | 44268 |
| Haapala Eino | 41669 |
| Paalasmaa Esko | 42616 |
| Palomaki Eija | 43115 |
| Reinikainen Eero | 46841 |
| Saarinen Vesa | 41078 |
| Siirtola Jaako | 44456 |
| Sillanpaa Tytti | 43319 |
| Lammin Saastopankki | 44270 |
| Laitinen Olli-Pekka | 44272 |
| Kimmo Invenius | 60661 |
| Petri Blomfelt | 60658 |
| Tuomo Parha | 60668 |
| Tarja Tuohlmaa | 60665 |
| Wegelin & Co., Privatbankiers | 49651 |

| | |
|---|---|
| Sähköbit Oy | 63503 |
| JPF Peat Oy | 63505 |
| Kunnasranta Tarmo Tapani | 63507 |
| Koskela Marko | 63509 |
| Suomalainen Pasi | 63617 |
| Tiiro Risto | 63621 |
| Tolonen Eero Juha Tapani | 63625 |
| Tuokko Olavi | 63628 |
| Vaara Matti Arvi | 63633 |
| Vaasan Suojaverho Oy | 63634 |
| Viitanen Jukka | 63642 |
| Väre Jari Juhani | 63645 |
| Wörlin Jouko | 63646 |
| Ylä-Tulijoki Juhani | 63647 |
| Rantala Leo Timo Antero | 63811 |
| Riipinen Jyrki Matti Kalevi | 63814 |
| Rouhiainen Pirkko Anneli | 63816 |
| Seppälä Olli Tauno Tapani | 63822 |
| Siltala Marja-Terttu | 63823 |
| Sintonen Seppo | 63824 |
| Kankkunen Pirjo Elina Marjatta | 63874 |
| Kangas Sami Kalevi | 63875 |
| Insinööritoimisto Suomen Unit Oy | 63881 |
| Iin MP Oy | 63883 |
| Hytönen Juha Ilmari | 63889 |

| | |
|---|---|
| Helander Jouni Kalervo | 63898 |
| A. Lokapojat Oy | 63905 |
| Alahuhta Jorma Sakari | 63907 |
| BÄ-RO Finland Oy | 63916 |
| Erkinmikko Jorma Juhani | 63919 |
| Hippi Rami Hermanni | 63930 |
| Pribori Oy | 63940 |
| Partonen Teijo Artturi | 63947 |
| Oulun Remontti Idea Oy | 63952 |
| Niskanen Pekka Ilmari | 63957 |
| Miettinen Hannu Aarne Tapani | 63963 |
| LVI-Konsultointi J.Vaarala Oy | 63969 |
| Lohi Markus Samuli | 63972 |
| Laukkanen Markku Johannes | 63981 |
| Lammi Kimmo Tapani | 63985 |
| Laitinen Kaija Marjatta | 63987 |
| Kuljetusliike Yrjö Erämies Oy | 63995 |