**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** ***et al.*****,** | : | **08-13555 (JMP)** |
| **Debtors.** | : | **(Jointly Administered)** |

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:

Credit Suisse AG ("Transferor")
Uetlibergstrasse 231
P.O. Box
8070 Zurich
Switzerland
Telephone: +41 44 335 70 23
Fax: +41 44 332 67 15

2. Please take notice that the transfer of a portion of your claim against LEHMAN BROTHERS HOLDINGS INC., et al, Case No. 08-13555 (JMP) arising from and relating to Proof of Claim No. 50103 (attached as Exhibit A hereto), has been transferred to:

Barclays Bank PLC ("Transferee")
745 Seventh Avenue
New York, NY 10019
Telephone: (212) 412-2865
Email: daniel.crowley@barclayscapital.com
daniel.miranda@barclayscapital.com

An executed "Evidence of Transfer of Claim" is attached as Exhibit B hereto. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee as provided in Exhibit C hereto.

3. No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

-- **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House

One Bowling Green
New York, NY 10004-1408

-- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

-- Refer to **INTERNAL CONTROL NO.** ________ in your objection and any further correspondence related to this transfer.

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid on __________, 2009.

INTERNAL CONTROL NO.________

Copy: (check) Claims Agent__ Transferee__ Debtors' Attorney__

______________________
Deputy Clerk

**EXHIBIT A**

[Proof of Claim]

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000050103

THIS SPACE IS FOR COURT USE ONLY

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Berner Kantonalbank AG
Legal Department
Bundesplatz 8
3011 Berne
Switzerland
Telephone number: +41516661133 Email Address: samuel.stucki@bekb.ch

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ______
(*If known*)

Filed on: ______

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 52'172 **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0325550555 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA29115 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

Clearstream Luxembourg A/C 83320 **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 10/22/2009 | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Berner Kantonalbank AG
Banque Cantonale Bernoise SA

BEKB | BCBE

Legal Department
Bundesplatz 8
3011 Berne
Telefon 031 666 11 33
internat. +41 31 666 11 33
Fax 031 666 60 43
E-Mail samuel.stucki@bekb.ch
BIC/SWIFT KBBECH22
BC 790
PC 30-106-9
CantoPhone 0848 848 666
MWSt-Nr. 124 067
Ref. 08-2594

Registered
Epiq Bankruptcy Solutions, LLC
Attn: LB Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Ihre Kontaktperson
Samuel Stucki

CH-3001 Berne, P.O. Box
26. Oktober 2009

**Insolvency proceeding Lehman Brothers Holding Inc.**

**Lehman Brothers Securities Programs**

Dear Madam, dear Sir

We refer to several publications of the United States Bankruptcy Court, Southern District of New York and the previous correspondence.

1. The Berner Kantonalbank AG (hereafter called "BEKB | BCBE") will **withdraw** her legal claim against Lehman Brothers Holding Inc., New York, dated 30th July 2009. It was possible to push a couple of certificates on the secondary market.

   Creditor: Berner Kantonalbank AG
   Date Received: 08/04/2009
   Claim Number: 7333

   Please confirm receipt of the withdrawal of the aforesaid legal claim.

2. The BEKB | BCBE is making the following **new legal claims** against Lehman Brothers Holding Inc., New York NY, on its own account and on behalf of its customers.

| ISIN | USD | Blocking Number | Depository |
|---|---|---|---|
| XS0186883798 | 28'000 | CA28494 | Clearstream Luxembourg A/C 83320 |
| XS0187967160 | 26'910 | CA28688 | Clearstream Luxembourg A/C 83320 |
| XS0204933997 | 28'000 | CA28699 | Clearstream Luxembourg A/C 83320 |
| XS0223590612 | 35'880 | CA28713 | Clearstream Luxembourg |

| | | | |
|---|---|---|---|
| | | | A/C 83320 |
| XS0232035534 | 53'820 | CA28724 | Clearstream Luxembourg A/C 83320 |
| XS0234632700 | 10 units | CA28728 | Clearstream Luxembourg A/C 83320 |
| XS0238337439 | 101'736 | CA28846 | Clearstream Luxembourg A/C 83320 |
| XS0242136413 | 71'760 | CA28860 | Clearstream Luxembourg A/C 83320 |
| XS0258396927 | 44'850 | CA28887 | Clearstream Luxembourg A/C 83320 |
| CH0026915527 | 50'000 | 3095365741172010 | SIX SIS LTD A/C 20096010 |
| CH0026985082 | 1'571'682 | 3708614341172010 | SIX SIS LTD A/C 20096010 |
| ANN521338114 | 25 units | CA28917 | Clearstream Luxembourg A/C 83320 |
| CH0027120671 | 426'075 | 4682545640172010 | SIX SIS LTD A/C 20096010 |
| CH0027120812 | 53'820 | 5287673640172010 | SIX SIS LTD A/C 20096010 |
| CH0027120820 | 13'043 | 6241822340172010 | SIX SIS LTD A/C 20096010 |
| CH0027120861 | 49'335 | 9566301544172010 | SIX SIS LTD A/C 20096010 |
| CH0027120887 | 8'970 | 8159052544172010 | SIX SIS LTD A/C 20096010 |
| CH0027120986 | 22'425 | 3108800445172010 | SIX SIS LTD A/C 20096010 |
| CH0027120994 | 13'043 | 3331561445172010 | SIX SIS LTD A/C 20096010 |
| XS0270987547 | 35'217 | CA28983 | Clearstream Luxembourg A/C 83320 |
| XS0324890440 | 67'275 | CA29095 | Clearstream Luxembourg A/C 83320 |
| XS0282843068 | 71'760 | CA29102 | Clearstream Luxembourg A/C 83320 |
| ANN5214A8303 | 100 units | CA29103 | Clearstream Luxembourg A/C 83320 |
| ANN5214A8899 | 30 units | CA29104 | Clearstream Luxembourg A/C 83320 |
| XS0300658597 | 62'790 | CA29108 | Clearstream Luxembourg A/C 83320 |
| XS0302351266 | 17'940 | CA29109 | Clearstream Luxembourg A/C 83320 |
| XS0320322901 | 125'580 | CA29112 | Clearstream Luxembourg A/C 83320 |
| XS0325550555 | 52'172 | CA29115 | Clearstream Luxembourg A/C 83320 |

  

| CH0034774536 | 161'460 | 7206341848072110 | SIX SIS LTD A/C 20096010 |
|---|---|---|---|
| XS0335964648 | 22'174 | CA28645 | Clearstream Luxembourg A/C 83320 |
| CH0036891148 | 76'245 | 0731113248072110 | SIX SIS LTD A/C 20096010 |
| CH0036891247 | 39'129 | 6072554648072110 | SIX SIS LTD A/C 20096010 |
| CH0036891254 | 19'565 | 8574514947072110 | SIX SIS LTD A/C 20096010 |

All of the named International Securities Identification Numbers (ISIN) are part of the Lehman Securities Programs. The claims enters BEKB | BCBE on behalf of costumers of the BEKB | BCBE. The mandates obtained can be produced if required.

The rate of exchange taken is that of the rates applicable for BEKB | BCBE on 15th September 2008 (EUR/USD: 1.3043; CHF/USD: 0.897).

Enclosures:

- 33 documents of the form proof of claim

The right to submit further documents is expressly reserved.

We thank you in advance for your assistance here.

Yours faithfully
Berner Kantonalbank AG

René Oppliger    Samuel Stucki

*Enclosures specified*

TNT

223155862

01/01

COLLI

AIR.

2

ORIGIN:

BSL 26.10.09

LOCAL HUB

09299 22:43 BS14LNU

6A+ QUA 091805

TNT REF:

LGG 9

GLOBAL EXP DOCS

DESTINATION:

NYC

DELIVERY:

NEW YORK

A

10017

US UNITED STATES

SPECIAL INSTRUCTIONS:

SWISS POST

TNT

URGENT delivered by TNT

TT 223 155 862 CH

HR S STUCKI

BUNDESPLATZ 8

3011 BERN

customs declaration

**EXHIBIT B**

[Executed Evidence of Transfer of Claim]

**AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM**
**LEHMAN PROGRAM SECURITY**

TO: **THE DEBTOR AND THE BANKRUPTCY COURT**

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Barclays Bank PLC** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **50103** attached hereto in Schedule 2, filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and as debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller is duly authorized to sell, transfer and assign the Transferred Claims by the owner of the Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) neither Seller nor, if different from Seller, the owner of the Transferred Claims has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) no objection to the Transferred Claims has been received.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed on:

Date: 13.09.2011

CREDIT SUISSE AG

By: ______________________
Name: Patrik Kuster
Title: Managing Director

By: ______________________
Name: Norbert Stahl
Title: Director

Advisory and Order Fulfilment SEBA
Uetlibergstrasse 231
P.O. Box
8070 Zurich
Switzerland
Phone: +41 44 335 70 23
Fax: +41 44 332 67 15

Date: 9/13/11

Barclays Bank PLC

By: ______________________
Name: Daniel Crowley
Title: Managing Director

Barclays Bank PLC
745 Seventh Avenue
New York, NY 10019
USA

Schedule 1

Transferred Claims

Lehman Programs Securities to which Transfer Relates

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 100 % Capital Protected Notes: Lehman Brothers Treasury Bv:2007-30.10.12 (EXP.23.10.12) VRN on a Basket of Shs | XS0325550555 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | EUR | 40'000 |

Schedule 2

Proof of Claim