UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                        Debtors.                               :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 19832, 20037,
                                                                    20048, 20058, 20221-20225, 20227-
                                                                    20230, 20233, 20234, 20256, 20257

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 26, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
29th day of September, 2011

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BNP PARIBAS
             ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER
             787 SEVENTH AVENUE
             NEW YORK NY 10019-6018

Please note that your claim # 67346-04 in the above referenced case and in the amount of
        $185,000,000.00        has been transferred **(unless previously expunged by court order)**

             BNP PARIBAS SECURITIES CORP.
             TRANSFEROR: BNP PARIBAS
             C/O CADWALADER, WICKERSHAM & TAFT LLP
             700 SIXTH STREET, N.W.
             WASHINGTON DC 20001

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 20234    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/26/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 26, 2011.

**EXHIBIT B**

```
TIME: 10:45:58                                     LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 09/26/11                                          CREDITOR LISTING

Name                                          Address
AG SUPER FUND INTERNATIONAL PARTNERS,         TRANSFEROR: JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
  L.P.
ALSTON INVESTMENTS LLC                        TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: ELLIOT GREENBERG, RAJAT BOSE 712 5TH AVENUE, 35TH FL NEW YORK NY 10019
ASHTON INVESTMENTS LLC                        TRANSFEROR: ELLIOTT INTERNATIONAL LP ATTN: ELLIOT GREENBERG, RAJAT BOSE 712 5TH AVENUE, 35TH FL NEW YORK NY 10019
BNP PARIBAS                                   ATTN: JAMES GOODALL AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018
BNP PARIBAS                                   ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018
BNP PARIBAS                                   ATTN: KATHRYN QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018
BNP PARIBAS SECURITIES CORP.                  TRANSFEROR: BNP PARIBAS C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001
BNP PARIBAS SECURITIES CORP.                  TRANSFEROR: BNP PARIBAS C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
BOTTICELLI, L.L.C.                            TRANSFEROR: JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
ELLIOTT ASSOCIATES, L.P.                      TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE ATTN: ELLIOT GREENBERG, RAJAT BOSE 712 5TH AVENUE, 35TH FL NEW YORK NY 10019
ELLIOTT INTERNATIONAL LP                      TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MICHAEL STEPHEN C/O ELLIOTT MANAGEMENT CORPORATION 712 5TH AVENUE, 35TH FL
                                              NEW YORK NY 10019
HAYMAN CAPITAL MASTER FUND, L.P.              TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: JPMORGAN SECURITIES LIMITED 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005
LIVERPOOL LIMITED PARTNERSHIP, THE            TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MICHAEL STEPHEN C/O ELLIOTT MANAGEMENT CORPORATION 712 5TH AVENUE, 35TH FL
                                              NEW YORK NY 10019
ROYAL COPPER FUND, L.L.C.                     TRANSFEROR: BNP PARIBAS SECURITIES CORP. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001
SELECT-INVEST FINANCIAL SERVICE AG            BANKHAUS SCHELHAMMER & SCHATTERA AG GOLDSCHMIEDGASSE 3 VIENNA 1010 AUSTRIA
SELECT-INVEST FINANCIAL SERVICE AG            KAERNTNERSTRASSE 51/TOP 3A VIENNA 1010 AUSTRIA
THE VARDE FUND IX, L.P.                       TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                              MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                     TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                              MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                     TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                              MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.               TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                              MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                          TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                              MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)          TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
  MASTER, L.P.                                MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.               TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                              MINNEAPOLIS MN 55437

Total Number of Records Printed        25
```