UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
::
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
-------------------------------------------------------------------x Ref. Docket Nos. 19766, 19825

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 27, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
29th day of September, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 20412    Filed 09/29/11    Entered 09/29/11 16:43:22    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   CRIEGEE, LUTZ AND ERIKA
              AHORNWEG 92
              HALSTENBEK 25469 GERMANY

Additional:

Transferee:   DELBRUCK BETHMANN MAFFEI AG
              BETHMANNSTRABE 7-9
              60311 FRANKFURT AM MAIN
              GERMANY

**Your transfer** of claim #   43510   is defective for the reason(s) checked below:

Amount On Transfer Agreement Does Not Match

Docket Number 19825                Date 09/09/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 27, 2011.

# EXHIBIT B

```
TIME: 11:47:59                          LEHMAN BROTHERS HOLDING INC.                                        PAGE:   1
DATE: 09/27/11                                CREDITOR LISTING

Name                          Address
BANK JULIUS BAER & CO. LTD    PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
ST. GALLER KANTONALBANK       ST. LEONHARDSTRASSE 25 ST. GALLEN  CH-9001 SWITZERLAND

Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:43:47                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 09/27/11                              CREDITOR LISTING

Name                          Address
CRIEGEE, LUTZ AND ERIKA       AHORNWEG 92 HALSTENBEK  25469 GERMANY
DELBRUCK BETHMANN MAFFEI AG   BETHMANNSTRABE 7-9 60311 FRANKFURT AM MAIN GERMANY


Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC