UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                                    :          Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :          08-13555 (JMP)
                                                         :          (Jointly Administered)
                              Debtors.                   :
                                                         :
-------------------------------------------------------------------x          Ref. Docket Nos. 20035, 20046,
                                                                    20056, 20248, 20249

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017. I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On September 27, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
29th day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   CENTRAL PUGET SOUND REGIONAL TRANSIT
          AUTHORITY, THE (SOUND TRANSIT)
          C/O CROCKER KUNO PLLC, ATTN JOANNE K.
          LIPSON, 720 OLIVE WAY, SUITE 1000
          SEATTLE WA 98101

Please note that your claim # 31951 in the above referenced case and in the amount of
      $6,255,592.98  allowed at $3,800,000.00     has been transferred **(unless previously expunged by court order)**

          GOLDMAN SACHS LENDING PARTNERS LLC
          TRANSFEROR: CENTRAL PUGET SOUND REGIONAL TRANSIT
          ATTN: CAMERON ARRINGTON
          200 WEST STREET
          NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20248    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/27/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 27, 2011.

# EXHIBIT B

TIME: 11:27:40
DATE: 09/27/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOT ASSOCIATES, L.P. ATTN: ELLIOT GREENBERG & RAJAT BOSE 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |
| ASHTON INVESTMENTS LLC | TRANSFEROR: ELLIOT INTERNATIONAL,L.P. ATTN: ELLIOT GREENBERG & RAJAT BOSE 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |
| CENTRAL PUGET SOUND REGIONAL TRANSIT | AUTHORITY, THE (SOUND TRANSIT) C/O CROCKER KINO PLLC, ATTN JOANNE K. LIPSON, 720 OLIVE WAY, SUITE 1000 SEATTLE WA 98101 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE ATTN: ELLIOT GREENBERG & RAJAT BOSE 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL,L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CENTRAL PUGET SOUND REGIONAL TRANSIT ATTN: CAMERON ARRINGTON 200 WEST STREET NEW YORK NY 10282 |
| LIVERPOOL LIMITED PARTNERSHIP, THE | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVE, 35TH FLOOR NEW YORK NY 100190 |

Total Number of Records Printed    7

EPIQ BANKRUPTCY SOLUTIONS, LLC