Fax: (937) 688-1610        To:        Fax: +1 (937) 986-6083    Page 2 of 2  9/16/2011 4:05

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.                      :   08-13555 (JMP)
                                                           :
                                   Debtors.                :   (Jointly Administered)
                                                           :
-----------------------------------------------------------x

### Response to Debtor's One Hundred Seventy-Third Omnibus Objection to Claims

1)     <u>Claimaint:</u> William C. Smith
       <u>Amount of Claim:</u> $106,680.10.
       <u>Basis:</u> Voluntary Deferred Employee Compensation

2)     Reasons Claim Should Not Be Disallowed Or Expunged:

The claim in this case should not be disallowed or expunged because it is a claim for work performed and elected to be received as voluntary employee compensation. It is a valid debt that is owed to me for work performed. This claim was timely filed and the account is held by Lehman Brothers Holdings, Inc. and is based on work performed for Smith Barney. I no longer work for Smith Barney and have not received a payment from this account for several years. I am retired and had depended on this money to help cover my monthly expenses.

3)     Reply Address: William C. Smith
                        P.O. Box 750322
                        Dayton, OH 45475

4)     Contact Info For Authorized Person To Settle:

William C. Smith
1110 Wheatfield Ct.
Centerville, OH 45458
(937) 369-6906

_William C. Smith_ (signature)       9/14/11
William C. Smith                   Date

RECEIVED
SEP 19 2011
U.S. BANKRUPTCY COURT, SDNY
JMP