WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                 :
**In re**                                                        :     **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :     **08-13555 (JMP)**
                                                                 :
                        **Debtors.**                     :     **(Jointly Administered)**
                                                                 :
                                                                 :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

PLEASE TAKE NOTICE that the hearing on Debtors' Sixty-Third Omnibus

Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for

December 1, 2010, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned

as to certain Valued Derivative Claims to October 5, 2011, at 10:00 a.m. (Prevailing Eastern

Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A**

**attached hereto, to October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the

"Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  September 30, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

## **Exhibit A**

### **Adjourned Claims:**

| **Claimant Name** | **Claim Number** |
|---|---|
| BG Energy Merchants LLC, formerly BG Americas & Global LNG | 22098 |
| BG Energy Merchants LLC, formerly BG Americas & Global LNG | 22099 |
| SPCP Group LLC: Transferor: Round Table Global Multi-Strategy Master Fund, Ltd. | 20317 |
| SPCP Group LLC: Transferor: Round Table Global Multi-Strategy Master Fund, Ltd. | 20318 |
| Telecom Italia Finance SA | 15366 |
| Telecom Italia Finance SA | 15368 |
| Tenor Opportunity Master Fund, Ltd. | 24542 |
| Tenor Opportunity Master Fund, Ltd. | 24544 |