WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT
OF DEBTORS' SIXTY-SEVENTH OMNIBUS OBJECTION
TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to October 5, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A attached hereto**, **to October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: September 30, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Aozora Bank Ltd. | 13907 |
| Aozora Bank Ltd. | 15627 |
| Canyon Balanced Master Fund, Ltd. | 17438 |
| Canyon Capital Arbitrage Master Fund, Ltd. | 17884 |
| Canyon Capital Arbitrage Master Fund, Ltd. | 17885 |
| Canyon Value Realization Fund (Cayman), Ltd., The | 17714 |
| Canyon Value Realization Fund (Cayman), Ltd., The | 17886 |
| Canyon Value Realization Fund, L.P. | 17881 |
| Canyon Value Realization Fund, L.P. | 17882 |
| Capstone Volatility Master (Cayman) Limited | 12170 |
| Capstone Volatility Master (Cayman) Limited | 12171 |
| China Minsheng Banking Corp., Ltd. | 18870 |
| China Minsheng Banking Corp., Ltd. | 18871 |
| Commonwealth Bank of Australia | 14796 |
| Commonwealth Bank of Australia | 14797 |
| Commonwealth Bank of Australia | 14798 |
| Commonwealth Bank of Australia | 14799 |
| E-Capital Profits Limited | 17556 |
| E-Capital Profits Limited | 17558 |
| Federal Home Loan Bank (FHLB) of Des Moines | 23895 |
| Federal Home Loan Bank (FHLB) of Des Moines | 23896 |
| ICM Business Trust C/O Ionic Capital Management LLC | 14172 |
| ICM Business Trust, C/O Ionic Capital Management LLC | 14173 |
| Loeb Arbitrage B Fund LP | 12032 |
| Loeb Arbitrage B Fund LP | 12033 |
| Loeb Arbitrage Fund | 12034 |
| Loeb Arbitrage Fund | 12035 |
| Loeb Offshore B Fund Ltd. | 12028 |
| Loeb Offshore B Fund Ltd. | 12029 |
| Loeb Offshore Fund Ltd. | 12030 |
| Loeb Offshore Fund Ltd. | 12031 |
| Mariner LDC | 23763 |
| Mariner-Tricadia Credit Strategies Master Fund Ltd | 23755 |
| Mariner-Tricadia Credit Strategies Master Fund Ltd | 23756 |
| Mitsui & Co Energy Risk Management Ltd. | 14100 |
| Mitsui & Co Energy Risk Management Ltd. | 14101 |
| National Bank of Canada | 15693 |
| National Bank of Canada | 15848 |
| Nexstar Developing Opportunities Master Fund, Ltd. | 33279 |
| Ross Financial Corporation | 23839 |
| Ross Financial Corporation | 23840 |
| Royal Charter Properties - East, Inc. | 10220 |
| SPCP Group, LLC Transferor: Alliance Laundry Systems LLC As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd. | 1299 |
| SPCP Group, LLC Transferor: Alliance Laundry Systems LLC | 1300 |

| **Claimant Name** | **Claim Number** |
|---|---|
| As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd. | |
| Tricadia Distressed And Special Situations Master Fund Ltd. | 23751 |
| Tricadia Distressed And Special Situations Master Fund Ltd. | 23752 |
| Venoco, Inc. | 4479 |
| Venoco, Inc. | 4480 |