WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                       :
In re                                                  :   Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                 :   08-13555 (JMP)
                                                       :
                    Debtors.                           :   (Jointly Administered)
                                                       :
                                                       :
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE
HUNDRED TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for October 5, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: September 30, 2011
       New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims Adjourned to October 27, 2011 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | 18976 | 17169 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | 18977 | 17169 |
| INTERNATIONAL FINANCE CORPORATION | 21858 | 17179 |
| INTERNATIONAL FINANCE CORPORATION | 21863 | 17179 |
| MIZRAHI TEFAHOT BANK, LTD | 19171 | 17221 |
| MIZRAHI TEFAHOT BANK, LTD | 19170 | 17221 |