**DONALD N. FRITTS**

7885 LANDOWNE DRIVE
ATLANTA, GEORGIA 30350

DON.FRITTS@MAC.COM                                                                                           404.915.8022

September 16, 2011

Honorable James Peck
United States Bankruptcy Court
One Bowling Green
New York, New York 10043

Lehman Brothers Holdings Inc., et al

Chapter 11 Case Number 08-13555 (JMP)

Claimant-Donald Newell Fritts
Deferred Compensation

As an employee of Shearson Lehman Brothers, I had a portion of my compensation deferred. When Lehman Brothers was spun off, I remained an Employee of Shearson, then a Citicorp Division. I was never a Lehman employee, yet my deferred compensation was transferred to Lehman Brothers, which became the guarantor of my deferred compensation.

As such, I should continue to be a creditor or Lehman in order to recover some or all of the benefits guaranteed to me and should not have my claim disallowed and expunged.

Please reply to the addresses stated above.

I wish to appear telephonically.

Sincerely,

*[signature]*

Donald N Fritts

RECEIVED
SEP 19 2011
U.S. BANKRUPTCY COURT, SDNY
JMP