WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|  |  |
|---|---|
| In re | : |
|  | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |
|  | : |
| Debtors. | : |
|  | : |
|  | : |

| Chapter 11 Case No. |
|---|
| **08-13555 (JMP)** |
| **(Jointly Administered)** |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' ONE HUNDRED SIXTY-SECOND OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

PLEASE TAKE NOTICE that the hearing on Debtors' One Hundred Sixty-

Second Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was

scheduled for August 25, 2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously

adjourned as to certain Valued Derivative Claims to October 5, 2011 at 10:00 a.m. (Prevailing

Eastern Time), **has been adjourned, solely with respect to the claims listed on Exhibit A**

**annexed hereto, to October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the

"Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  September 30, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Cascade Investment, LLC | 21730 |
| Cascade Investment, LLC | 21741 |
| Elim Park Baptist Home, Inc. | 67144 |
| Goldman Sachs & Co. Profit Sharing Master Trust | 31519 |
| Goldman Sachs & Co. Profit Sharing Master Trust | 31530 |
| Zephyr 2004-4 LLC f/k/a Lehman Brothers CDO Opportunity Partners 2004-4 LLC | 33612 |
| Oz Asia Master Fund Ltd. | 31521 |
| Oz Asia Master Fund Ltd. | 31531 |
| Oz Europe Master Fund Ltd. | 31523 |
| Oz Europe Master Fund Ltd. | 31534 |
| Oz Master Fund Ltd. | 65859 |
| Oz Master Fund Ltd. | 65860 |
| Wells Fargo Bank | 25702 |
| Wells Fargo Bank | 33104 |
| Wells Fargo Bank | 24770 |
| Zephyr Recovery 2004-1 LP | 33645 |
| Zephyr Recovery 2004-2 LP | 33643 |
| Zephyr Recovery 2004-3 LP | 33641 |
| Zephyr Recovery II-A LP | 33655 |
| Zephyr Recovery II-B LP | 34317 |
| Zephyr Recovery II-C LP | 33649 |