WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE**
**HUNDRED SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for October 5, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "October 27 Hearing"), or as soon thereafter as counsel may be heard, and, **solely as to the claims listed on Exhibit B attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "December 21 Hearing," and, together with the October 27 Hearing, the "Hearings"), or as soon thereafter as counsel may be heard. Each Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and each such Hearing

US_ACTIVE:\43792202\02\58399.0003

may be further adjourned from time to time without further notice other than an announcement at such Hearing.

Dated:  September 30, 2011
       New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

## Exhibit A

## Claims Adjourned to October 27, 2011 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| F.F. THOMPSON FOUNDATION INC. | 14722 | 19112 |
| F.F. THOMPSON FOUNDATION INC. | 14725 | 19112 |
| FREDERICK FERRIS THOMPSON HOSPITAL | 14723 | 19112 |
| FREDERICK FERRIS THOMPSON HOSPITAL | 14724 | 19112 |

## Exhibit B

## Claims Adjourned to December 21, 2011 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| THOMAS COOK AG | 27745 | 19124 |
| THOMAS COOK AG | 27746 | 19124 |