WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' ONE**
**HUNDRED TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 16114] **solely as to the claims listed on Exhibit A attached hereto**. The Debtors reserve their rights to object to

the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  September 30, 2011
        New York, New York

                                         /s/ Robert J. Lemons
                                         Robert J. Lemons

                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone: (212) 310-8000
                                         Facsimile: (212) 310-8007

                                         Attorneys for Debtors
                                         and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | ECF No. |
| --- | --- | --- |
| AMERICAN AIRLINES, INC. | 17298 | N/A |
| AMERICAN AIRLINES, INC. | 17300 | N/A |

US_ACTIVE:\43817513\01\58399.0003