WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' ONE
HUNDRED SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
(DUPLICATIVE LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their One Hundred Sixty-Fourth Omnibus Objection to Claims (Duplicative LPS Claims) [ECF No. 18410] **solely as to the claim listed on Exhibit A attached hereto**. The Debtors reserve their rights to object to the claim

listed on Exhibit A on any grounds in the future.

Dated:  September 30, 2011
    New York, New York

>                /s/ Robert J. Lemons
>                Robert J. Lemons
>
>                WEIL, GOTSHAL & MANGES LLP
>                767 Fifth Avenue
>                New York, New York 10153
>                Telephone: (212) 310-8000
>                Facsimile: (212) 310-8007
>
>                Attorneys for Debtors
>                and Debtors in Possession

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| KREISSPARKASSE HEINSBERG | 60569 | 20134 |

US_ACTIVE:\43817522\01\58399.0003