# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                      :

**In re**                     :     **Chapter 11 Case No.**

                       :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :     **08-13555 (JMP)**

               **Debtors.**    :    **(Jointly Administered)**

                       :

                       :

---------------------------------------------------------x

## NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

TO ALL PERSONS AND ENTITIES WITH
CLAIMS AGAINST THE DEBTOR LISTED BELOW:

     PLEASE TAKE NOTICE THAT, on July 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Court"), having jurisdiction over the chapter 11 cases of Lehman Brothers Holdings Inc. and certain of its affiliates, as debtors and debtors in possession in the above referenced chapter 11 cases (collectively, the "Debtors"), entered an order (the "Bar Date Order") establishing **September 22, 2009, at 5:00 p.m. (prevailing Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("Proof of Claim") based on prepetition claims against the Debtors (the "Bar Date"). The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the Debtors (other than those set forth below as being specifically excluded) that arose prior to the applicable Commencement Date (the "Commencement Date"), the date on which the Debtors commenced their case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), as set forth in Schedule A hereto.

     **If you have any questions with respect to this Notice, please feel free to contact the Debtors' court-approved claims agent Epiq Bankruptcy Solutions, LLC ("Epiq") at (866) 879-0688.**

     **A CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER SUCH CLAIMANT SHOULD FILE A PROOF OF CLAIM. PLEASE NOTE THAT EPIQ IS NOT PERMITTED TO GIVE LEGAL ADVICE.**

     **Some parties are required to file a Proof of Claim in order to preserve their claim against the Debtors. Other parties are not required to file a Proof of Claim in order to preserve their claim against the Debtors. The following is a summary explanation of each.**

1.     **WHO MUST FILE A PROOF OF CLAIM**

     You **MUST** file a **Proof of Claim** to share in the Debtors' estates if you have a claim that arose prior to the applicable Commencement Date, and it is not one of the other types of claims described in Section 2 below. Acts or omissions of the Debtors that arose before the applicable Commencement Date, may give rise to claims against the Debtors that must be filed by the Bar Date, notwithstanding that such claims may not have matured or become fixed or liquidated prior to the applicable Commencement Date. Pursuant to section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

iq Bankruptcy Solutions, LLC
7 Third Avenue, 3rd Floor
ew York, NY 10017

ADDRESS SERVICE REQUESTED

Legal Documents Enclosed -
Please direct to the attention of the Addressee,
Legal Department or President.

x
: . .:
:

**Chapter 11 Case No.**

**08-13555 (JMP)**

**(Jointly Administered)**

ⲞOFS OF CLAIM

ites Bankruptcy Court for the Southern
cases of Lehman Brothers Holdings Inc.
e referenced chapter 11 cases
lishing **September 22, 2009, at 5:00**
r entity (including, without limitation,
 of claim ("Proof of Claim") based
der, the Bar Date and the procedures set
tors (other than those set forth below
nt Date (the "Commencement Date"),
1 of the United States Code (the

e to contact the Debtors' court-
79-0688.

AIMANT HAS ANY
E A PROOF OF CLAIM.
VICE.

e their claim against the
eserve their claim against the

ve a claim that arose prior to the
bed in Section 2 below.  Acts or
ive rise to claims against the
have matured or become fixed
of the Bankruptcy Code and
s reduced to judgment,
quitable, secured, or
ves rise to a right to
nixed, contingent, matured,

FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
NEW YORK, NY
PERMIT #4427

l
i.
o
fo
as
the
"Bⵏ

app

QUE
PLEⲆ

Debtoⵏ
Debtor

1.

applicabl
omissions
Debtors th
or liquidatⲓ
as used heⵏ
liquidated, ⵏ
unsecured; ⵏ
payment, wh
unmatured, d