Cecelia Butler-McLaughlin
2 Langdon Road
Carle Place, New York 11514
(516) 747-4763



SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

In re                                              Chapter 11 Case NO.
LEHMAN BROTHERS HOLDINGS INC., et al.,             08-13555 (JMP)

        Debtors.

-----------------------------------------------------------------

### Certificate of Service

I Cecelia Butler -McLaughlin, personally went to the post office, paid for and arranged for overnight delivery of my Objection to the Debtor's One Hundred Seventy-Seventh Omnibus Motion to Object to Claims (No Liability Non-Debtor Employee Claims) to the following addresses on Monday, September 19, 2011.

TO:

| | |
|---|---|
| Honorable James M. Peck | Weil Gotshal & Manges, LLP |
| One Bowling Green | 767 Fifth Avenue |
| Courtroom 601 | New York, New York 10153 |
| New York, New York 10004 | Attn: Robert J. Lemons, Esq. |
| | Attn: Mark Bernstein, Esq. |
| | |
| Office of the United States Trustee | Milbank Tweed, Hadley & McCLoy LLP |
| 33 Whitehall Street, 21st Floor | 1 Chase Manhattan Plaza |
| New York, New York 10004 | New York, New York 10005 |
| Attn: Tracy Hope Davis, Esq. | Attn: Dennis F. Dunne, Esq. |
| Attn: Elisabetta Gasparini, Esq., | Attn: Dennis O'Donnell, Esq., |
| Attn: Andrea Schwartz, Esq. | Attn: Even Fleck, Esq. |

                                              Cecelia Butler-McLaughlin

Personally sworn to

Notary public

CHRISTINE D'AQUILA
Notary Public, State of New York
NO. 30-4875643
Qualified in Nassau County
Commission Expires Nov 3, 20 14