UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LEHMAN BROTHERS     CHAPTER 11
HOLDINGS, INC. Etal     CASE NO. 08-13555 (JMP)
DEBTORS     JOINTLY ADMINISTERED

### OBJECTION TO CLAIM TO BE DISALLOWED

**COMES NOW,** Charles E. Major, Jr., creditor, in proper person, to object to the disallowance of his claim in the amount of $158,150.00

1.

Creditor filed a proof of claim (Claim Number 7272) in the above captioned matter on August 3, 2009.

2.

The claim is for monies due Creditor for wages earned during employment with debtor and deferred under an arrangement with debtor.

3.

The claim was originally listed as a priority debt, in as much as wages owing to employees are a priority debt under prevailing Bankruptcy statistics.

4.

Creditor further avers that when the Creditor's division was subsequently sold, promissary notes were issued from the acquiring entity to debtor to fund these deferred wages.

5.

Creditor believes these notes issued to Lehman Brothers transforms the deferred compensation to a secured debt, if the Court determines this claim not to be priority.



RECEIVED SEP 22 2011 U.S. BANKRUPTCY COURT, SDNY JMP

WHEREFORE, Creditor requests the claim not be dismissed by allowed as a priority claim.

Respectfully submitted this 19th day of September, 2011.

*[signature]*
CHARLES E. MAJOR, JR.
1232 Glasgow
Baton Rouge, Louisiana 70808