
**IRS** Department of the Treasury
Internal Revenue Service
1 CLINTON AVENUE & NO. PEARL
ALBANY, NY 12207-2335

**Chapter and Case Number:**
11 08-13885-JMP
**Person to Contact:**
MICHELE BAQUERIZO
**Contact Telephone Number:**
(518) 427-4171
**Employee Fax Number:**
(518) 427-4214
**Employee Identification Number:**
0746211

Date: September 20, 2011

JAMES M. PECK
U.S. BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Debtor: LEHMAN BROTHERS COMMODITY SERVICES
Bankruptcy Filed October 3, 2008

This is to certify that the records of the Internal Revenue Service reflect that the Proof of Claim filed on behalf of the Internal Revenue Service dated 12/09/2010 is no longer in force and effect. This relates to claim #67290 filed on 12/22/2010 only.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ Michele Baquerizo
for /s/ MARGARET ROMANIELLO
Sup Bankruptcy Specialist

cc: LEHMAN BROTHERS COMMODITY SERVICES
    SHAI WAISMAN

FILED
2011 SEP 23 P 3: 44
U.S. BANKRUPTCY COURT
S.D.N.Y.

Letter 3931CG (11-2004)
Catalog Number 38952B

 **IRS** Department of the Treasury
Internal Revenue Service

1 CLINTON AVENUE & NO. PEARL
ALBANY, NY 12207-2335

JAMES M. PECK
U.S. BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

---

**Please Fold Here. Do not detach.** Please be sure our address shows through the envelope window.

Internal Revenue Service
1 CLINTON AVENUE & NO. PEARL
ALBANY, NY 12207-2335