Date: 21 September 2011

To: United States of Bankruptcy Court,
Southern District of New York,
One Bowling Green,
New York, NY 10004-1408

RECEIVED SEP 27 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Dear Sir,

Re: Lehman Brothers Holdings Inc.
    Claim No # 38567

I refer to the attached letter regarding filing of transfer of claim and would like to file a written objection to the transfer for reason that my claim amounting to US$64,232 is far exceeded the compensation which I have received from Standard Chartered Bank (Hong Kong) Ltd.

Regards,

Yours sincerely

MR. CHAN OY
Flat E, 2/F, Block 2,
Juniper Mansions,
Whampoa Garden,
Hung Hom, Kowloon
HONG KONG.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

Received 20/9/11

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CHAN OY
      FLAT E 2/F BLOCK 2
      JUNIPER MANSIONS
      WHAMPOA GARDEN SITE 1
      HUNG HOM
      KLN
      HONG KONG
```

Please note that your claim # 38567 in the above referenced case and in the amount of
        $64,232.00  Unliquidated        has been transferred **(unless previously expunged by court order)**

```
      STANDARD CHARTERED BANK (HONG KONG) LTD.
      TRANSFEROR: CHAN OY
      21/F STANDARD CHARTERED TOWER
      388, KWUN TONG ROAD
      HONG KONG
      HONG KONG
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 19787    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/12/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          ―――――――――――――――――――――
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 12, 2011.