WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

----------------------------------------------------------------x

**NOTICE OF AMENDMENT TO SCHEDULE F**
**OF LBHI'S SCHEDULES OF ASSETS AND LIABILITIES**
**AND DEADLINE TO OBJECT TO SUCH AMENDMENTS PURSUANT**
**TO RULE 1009(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "LBHI"), has filed, together with this notice, an amendment to Schedule F (Unsecured Nonpriority Claims) of the LBHI's Schedule of Assets and Liabilities relating to the structured securities issued by LBHI set forth on the schedule attached hereto (the "Amended Schedule").  Schedule F was initially filed with the Bankruptcy Court on March 12, 2009, and amended on June 15, 2009 and August 5, 2011.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order Clarifying the Debtors' Supplemental Notice and The Bar Date Order with Respect to Claims Relating to Lehman Programs Securities Issued By LBHI, dated as of March 22, 2010 [Dkt No 7702] (the "LBHI Issued LPS Order"), creditors that hold any of the securities listed on the Amended Schedule attached to this notice (the "Subject Creditors") that dispute the amount

listed on the Amended Schedule shall be afforded thirty (30) days from the date hereof to object to the amount listed on the Amended Schedules.  Accordingly, the Debtors have established **October 31, 2011 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**") as the date by which all Subject Creditors must file an objection with the Bankruptcy Court with respect to the amounts listed on the Amended Schedule attached to this notice. All objections filed prior to the Objection Deadline will be resolved in the manner set forth in the LBHI Issued LPS Order.

**PLEASE TAKE FURTHER NOTICE** that any Subject Creditor that objects to the amounts listed on the Amended Schedule are not required to file a proof of claim with respect to such securities.

**PLEASE TAKE FURTHER NOTICE THAT ANY SUBJECT CREDITOR AFFECTED BY THE AMENDED SCHEDULE THAT FAILS TO FILE AN OBJECTION ON OR BEFORE THE OBJECTION DEADLINE WILL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM OBJECTING TO OR CHALLENGING THE AMOUNTS SET FORTH ON THE AMENDED SCHEDULE.**

Dated:  New York, New York
        September 30, 2011

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re  : | Chapter 11 Case No. |
|   : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  : | 08-13555 (JMP) |
|   : | |
| Debtors.  : | (Jointly Administered) |

------------------------------------------------------------------x

## AMENDMENT TO SCHEDULE F

**Schedule F (Unsecured Nonpriority Claims)**

      Note 1:  The attached replaces in the entirety the entries on Schedule F that relate to the securities with the same CUSIP numbers set forth below.  The attached does not have any affect on any other entries on Schedule F that do not relate to securities with the same CUSIP numbers set forth below.

      Note 2:  All notes and disclaimers referenced in LBHI's Schedules of Assets and Liabilities, Schedules of Current Income and Expenditure, and Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs filed with the Bankruptcy Court on March 12, 2009, and amended on June 15, 2009 [Dkt. Nos. 3053 and 3918] are incorporated by reference as if fully set forth at length herein.

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __Lehman Brothers Holdings Inc, et al.__,
       Debtor

Case No. __08-13555 (JMP)__
         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature: _____
                                                Debtor

Date _____      Signature: _____
                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,    Social Security No.
of Bankruptcy Petition Preparer            *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Executive Vice President & Chief Financial Officer__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __9/30/11__                Signature: _____
                                            William J. Fox
                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6F (Official Form 6F) (04/10)

In re   Lehman Brothers Holdings Inc.          ,          Case No. 08-13555 (JMP)
                    Debtor                                            (if known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. See attached rider: Schedule F Debt | | | | | | | $20,026,504.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

_1_ continuation sheets attached

Subtotal ▶ $ 20,026,504.00

Total ▶ $ 20,026,504.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Lehman Brothers Holdings Inc.

08-13555 (JMP)

Schedule F:
Creditors Holding Unsecured Nonpriority Claims
Debt

| Agent/Trustee Name | CUSIP Number | Address 1 | Address 2 | City | State | Zip | Country | Description of Claim and Document | Contingent | Unliquidated | Disputed | Originally Scheduled Principal Amount Outstanding | Originally Scheduled Accrued Interest (USD) | Originally Scheduled Total Amount | Amended Principal amount outstanding | Amended Accrued Interest (USD) | Amended Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank of New York, The | XS0196298219 | One Canada Square | Canary Wharf | London | | E14 5AL | UNITED KINGDOM | Structure Long Term Debt - 10YR CMS | | | | $ 13,922,370.00 | Undetermined | $ 13,922,370.00 | $ 13,922,370.00 | $ - | $ 13,490,592.00 |
| Bank of New York, The | XS0345259435 | One Canada Square | Canary Wharf | London | | E14 5AL | UNITED KINGDOM | Structure Long Term Debt - 5Y CALLABLE EUR USD RANGE - ISSUER SWAP | | | | $ 5,000,000.00 | Undetermined | $ 5,000,000.00 | $ 5,000,000.00 | $ - | $ 5,000,000.00 |
| Bank of New York, The | XS0178222179 | One Canada Square | Canary Wharf | London | | E14 5AL | UNITED KINGDOM | Structure Long Term Debt - US INFLATION LINKED BOND | | | | $ 355,000.00 | Undetermined | $ 355,000.00 | $ 355,000.00 | $ - | $ 355,000.00 |
| Citibank, NA | XS0336096749 | 399 Park Avenue | | New York | NY | 10043 | UNITED STATES | Structure Long Term Debt - 4 YR BC 1 YR LEHMAN CALLABLE | | | | $ 1,190,911.92 | Undetermined | $ 1,190,911.92 | $ 1,190,911.92 | $ - | $ 1,190,912.00 |
| | | | | | | | | | | | | | | | | TOTAL: | $ 20,026,504.00 |

* For Amended Total Amount, ISIN XS0195298219 was valued at fair market value, not outstanding principal amount