**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                                   :    Chapter 11 Case No.
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                            :    08-13555 (JMP)
                                                                        :    (Jointly Administered)
        Debtors.                                                        :
                                                                        :
                                                                        :
------------------------------------------------------------------------x    Ref. Docket No. 20323

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 27, 2011, I caused to be served the "Notice of Debtors' Motion Pursuant to Section 362 of the Bankruptcy Code for an Order Modifying the Automatic Stay to Allow Advancement of Defense Expenses Under The 2007-2008 Directors and Officers Insurance Policies by the Excess Policy Insurers," dated September 27, 2011, to which was attached the "Debtors' Motion Pursuant to Section 362 of the Bankruptcy Code for an Order Modifying the Automatic Stay to Allow Advancement of Defense Expenses Under The 2007-2008 Directors and Officers Insurance Policies by the Excess Policy Insurers," dated September 27, 2011 [Docket No. 20323], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
29th day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cwalsh@mayerbrown.com | drosner@kasowitz.com |
| cward@polsinelli.com | dshaffer@wtplaw.com |
| cweber@ebg-law.com | dshemano@pwkllp.com |
| cweiss@ingramllp.com | dspelfogel@foley.com |
| dallas.bankruptcy@publicans.com | dtatge@ebglaw.com |
| daniel.guyder@allenovery.com | dwdykhouse@pbwt.com |
| dave.davis@isgria.com | dwildes@stroock.com |
| david.bennett@tklaw.com | dworkman@bakerlaw.com |
| david.crichlow@pillsburylaw.com | easmith@venable.com |
| david.heller@lw.com | echang@steinlubin.com |
| david.seligman@kirkland.com | ecohen@russell.com |
| davids@blbglaw.com | efleck@milbank.com |
| davidwheeler@mvalaw.com | efriedman@friedumspring.com |
| dbalog@intersil.com | egeekie@schiffhardin.com |
| dbarber@bsblawyers.com | eglas@mccarter.com |
| dbaumstein@whitecase.com | ehollander@whitecase.com |
| dbesikof@loeb.com | ekbergc@lanepowell.com |
| dcimo@gjb-law.com | elevin@lowenstein.com |
| dcoffino@cov.com | eli.mattioli@klgates.com |
| dcrapo@gibbonslaw.com | ellen.halstead@cwt.com |
| ddavis@paulweiss.com | emerberg@mayerbrown.com |
| ddrebsky@nixonpeabody.com | eobrien@sbchlaw.com |
| ddunne@milbank.com | erin.mautner@bingham.com |
| deggermann@kramerlevin.com | eschaffer@reedsmith.com |
| deggert@freebornpeters.com | eschwartz@contrariancapital.com |
| demetra.liggins@tklaw.com | esmith@dl.com |
| deryck.palmer@cwt.com | etillinghast@sheppardmullin.com |
| dfelder@orrick.com | ezujkowski@emmetmarvin.com |
| dflanigan@polsinelli.com | ezweig@optonline.net |
| dgrimes@reedsmith.com | fbp@ppgms.com |
| dhayes@mcguirewoods.com | feldsteinh@sullcrom.com |
| dheffer@foley.com | ffm@bostonbusinesslaw.com |
| diconzam@gtlaw.com | fhyman@mayerbrown.com |
| djoseph@stradley.com | fishere@butzel.com |
| dkleiner@velaw.com | francois.janson@hklaw.com |
| dkozusko@willkie.com | fsosnick@shearman.com |
| dlemay@chadbourne.com | fyates@sonnenschein.com |
| dlipke@vedderprice.com | gabriel.delvirginia@verizon.net |
| dludman@brownconnery.com | gbray@milbank.com |
| dmcguire@winston.com | george.davis@cwt.com |
| dmurray@jenner.com | geraci@thalergertler.com |
| dneier@winston.com | ggitomer@mkbattorneys.com |
| dodonnell@milbank.com | giddens@hugheshubbard.com |
| dove.michelle@dorsey.com | gkaden@goulstonstorrs.com |
| dowd.mary@arentfox.com | glenn.siegel@dechert.com |
| dpegno@dpklaw.com | gmoss@riemerlaw.com |
| draelson@fisherbrothers.com | gravert@mwe.com |
| dravin@wolffsamson.com | gspilsbury@jsslaw.com |
| drose@pryorcashman.com | guzzi@whitecase.com |
| drosenzweig@fulbright.com | harrisjm@michigan.gov |
| drosner@goulstonstorrs.com | harveystrickon@paulhastings.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| hbeltzer@mayerbrown.com | jgarrity@shearman.com |
| heidi@crumbielaw.com | jgenovese@gjb-law.com |
| heim.steve@dorsey.com | jguy@orrick.com |
| heiser@chapman.com | jherzog@gklaw.com |
| hollace.cohen@troutmansanders.com | jhiggins@fdlaw.com |
| holsen@stroock.com | jhorgan@phxa.com |
| howard.hawkins@cwt.com | jhuggett@margolisedelstein.com |
| hseife@chadbourne.com | jhuh@ffwplaw.com |
| hsnovikoff@wlrk.com | jim@atkinslawfirm.com |
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jaclyn.genchi@kayescholer.com | jlipson@crockerkuno.com |
| jacobsonn@sec.gov | jliu@dl.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmcginley@wilmingtontrust.com |
| jason.jurgens@cwt.com | jmelko@gardere.com |
| jay.hurst@oag.state.tx.us | jmerva@fult.com |
| jay@kleinsolomon.com | jmmurphy@stradley.com |
| jbecker@wilmingtontrust.com | jmr@msf-law.com |
| jbeemer@entwistle-law.com | jnm@mccallaraymer.com |
| jbeiers@co.sanmateo.ca.us | john.monaghan@hklaw.com |
| jbird@polsinelli.com | john.rapisardi@cwt.com |
| jbromley@cgsh.com | john@crumbielaw.com |
| jcarberry@cl-law.com | joli@crlpc.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdrucker@coleschotz.com | joseph.cordaro@usdoj.gov |
| jdyas@halperinlaw.net | joshua.dorchak@bingham.com |
| jean-david.barnea@usdoj.gov | jowen769@yahoo.com |
| jeanites@whiteandwilliams.com | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | jpintarelli@mofo.com |
| jeffrey.sabin@bingham.com | jporter@entwistle-law.com |
| jeldredge@velaw.com | jprol@lowenstein.com |
| jen.premisler@cliffordchance.com | jrabinowitz@rltlawfirm.com |
| jennifer.demarco@cliffordchance.com | jrsmith@hunton.com |
| jennifer.gore@shell.com | jschwartz@hahnhessen.com |
| jeremy.eiden@state.mn.us | jsheerin@mcguirewoods.com |
| jfalgowski@reedsmith.com | jshickich@riddellwilliams.com |
| jflaxer@golenbock.com | jsmairo@pbnlaw.com |
| jfox@joefoxlaw.com | jstoll@mayerbrown.com |
| jfreeberg@wfw.com | jsullivan@mosessinger.com |
| jg5786@att.com | jtimko@shutts.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| jtougas@mayerbrown.com | lubell@hugheshubbard.com |
| judy.morse@crowedunlevy.com | lwhidden@salans.com |
| jwallack@goulstonstorrs.com | mabrams@willkie.com |
| jwang@sipc.org | maofiling@cgsh.com |
| jwcohen@daypitney.com | marc.chait@sc.com |
| jweiss@gibsondunn.com | margolin@hugheshubbard.com |
| jwest@velaw.com | mark.deveno@bingham.com |
| jwh@njlawfirm.com | mark.ellenberg@cwt.com |
| karen.wagner@dpw.com | mark.houle@pillsburylaw.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.sherrill@sutherland.com |
| keckhardt@hunton.com | martin.davis@ots.treas.gov |
| keith.simon@lw.com | marvin.clements@ag.tn.gov |
| ken.coleman@allenovery.com | matt@willaw.com |
| ken.higman@hp.com | matthew.klepper@dlapiper.com |
| kerry.moynihan@hro.com | maustin@orrick.com |
| kgwynne@reedsmith.com | max.polonsky@skadden.com |
| kiplok@hugheshubbard.com | mbenner@tishmanspeyer.com |
| kkelly@ebglaw.com | mberman@nixonpeabody.com |
| klyman@irell.com | mbienenstock@dl.com |
| kmayer@mccarter.com | mbossi@thompsoncoburn.com |
| kobak@hugheshubbard.com | mcademartori@sheppardmullin.com |
| korr@orrick.com | mccombst@sullcrom.com |
| kovskyd@pepperlaw.com | mcordone@stradley.com |
| kpiper@steptoe.com | mcto@debevoise.com |
| kressk@pepperlaw.com | mdorval@stradley.com |
| kreynolds@mklawnyc.com | melorod@gtlaw.com |
| krosen@lowenstein.com | meltzere@pepperlaw.com |
| kuehn@bragarwexler.com | metkin@lowenstein.com |
| kurt.mayr@bgllp.com | mfeldman@willkie.com |
| lacyr@sullcrom.com | mgordon@briggs.com |
| landon@streusandlandon.com | mgreger@allenmatkins.com |
| lathompson@co.sanmateo.ca.us | mh1@mccallaraymer.com |
| lawallf@pepperlaw.com | mhopkins@cov.com |
| lberkoff@moritthock.com | michael.frege@cms-hs.com |
| lee.stremba@troutmansanders.com | michael.kelly@monarchlp.com |
| lgranfield@cgsh.com | michael.kim@kobrekim.com |
| lhandelsman@stroock.com | michael.reilly@bingham.com |
| linda.boyle@twtelecom.com | millee12@nationwide.com |
| lisa.ewart@wilmerhale.com | miller@taftlaw.com |
| lisa.kraidin@allenovery.com | mimi.m.wong@irscounsel.treas.gov |
| ljkotler@duanemorris.com | mitchell.ayer@tklaw.com |
| lmarinuzzi@mofo.com | mjacobs@pryorcashman.com |
| lmay@coleschotz.com | mjedelman@vedderprice.com |
| lmcgowen@orrick.com | mjr1@westchestergov.com |
| lml@ppgms.com | mkjaer@winston.com |
| lnashelsky@mofo.com | mlahaie@akingump.com |
| loizides@loizides.com | mlandman@lcbf.com |
| lromansic@steptoe.com | mlynch2@travelers.com |
| lscarcella@farrellfritz.com | mmendez@hunton.com |
| lschweitzer@cgsh.com | mmooney@deilylawfirm.com |
| lthompson@whitecase.com | mmorreale@us.mufg.jp |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com

rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
ssusman@susmangodfrey.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com

thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**Additional Email Addresses**

alicia.santocki@wilsonelser.com
amoss@reedsmith.com
crosenberg@reedsmith.com
fred.zauderer@axiscapital.com
harold.neher@axiscapital.com
jonathan.meer@wilsonelser.com
mark.deifik@chartisinsurance.com
martha.solinger@lehmanholdings.com
mhersh@reedsmith.com
pamela.passarello@mendes.com

# EXHIBIT B

| | |
|---|---|
| OFFICE OF THE US TRUSTEE<br>TRACY HOPE DAVIS, ESQ.<br>ELISABETTA G. GASPARINI, ESQ.<br>ANDREA B. SCHWARTZ, ESQ.<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>ATTN: DISTRICT DIRECTOR<br>290 BROADWAY<br>NEW YORK, NY 10007 |
| BRESSLER, AMERY & ROSS, P.C.<br>ATTN: ROBERT NOVACK, ESQ.<br>17 STATE STREET<br>NEW YORK, NY 10004 | MENDES & MOUNT, LLP<br>ATTN: ARTHUR WASHINGTON, ESQ. AND PAMELA PASSARELLO, ESQ.<br>750 SEVENTH AVENUE<br>NEW YORK, NY 10019, |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>ATTN: SCOTT SCHAFFER ESQ. & JONATHAN MEER ESQ.<br>150 EAST 42ND ST.<br>NEW YORK, NY 10017 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>ATTN: ALICIA SILVER SANTOCKI, ESQ.<br>3 GANNETT DRIVE<br>WHITE PLAINS, NY 10604 |