# BENDER HARRER KREVET

Rechtsanwälte Wirtschaftsprüfer Steuerberater

BENDER HARRER KREVET  Fahnenbergplatz 1  79098 Freiburg

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

BENDER HARRER KREVET
Partnerschaftsgesellschaft
Freiburg PR 700018

**Freiburg**
Prof. Dr. Bernd Bender (bis 2002)
Prof. Dr. Joachim N. Stolterfoht
Steuerberater, Fachanwalt für Steuerrecht
Jürgen H. Haarmann
Fachanwalt für Bau- und Architektenrecht
Dr. Richard Pfaff (bis 2007)
Fachanwalt für Verwaltungsrecht
Dr. Thomas Burmeister
Fachanwalt für Verwaltungsrecht
Dr. Helmut Götte
Notariatsdirektor i.R.
Dr. Hansjochen Dürr
Dr. Bertolt Götte
Fachanwalt für gewerblichen Rechtsschutz
Fachanwalt für Bank- und Kapitalmarktrecht
Dr. Jörg Vogel
Fachanwalt für Arbeitsrecht
Thorsten Waibel
Fachanwalt für Steuerrecht
Dr. Sebastian Seith
Fachanwalt für Verwaltungsrecht
Beate Pikolin
Dr. Jochen Scholz
Cathrin Gehl, LL.M.
Fachanwältin für Arbeitsrecht
Dr. Ute Geisenberger
Steuerberaterin, Fachanwältin für Steuerrecht,
Dipl.-Finanzwirtin (FH)
Dr. Anselm Rengshausen
Wolfgang Baumann
Dr. Gianna Burret

Freiburg, den 23.09.2011
Unser Zeichen:  174/09BG45 tk
Sekretariat:       Tanja Klaus
Durchwahl:       +49 761 2828730
E-Mail:              t.klaus@bender-harrer.de

**In re Lehman Brothers Holdings Inc.
Case No. 08-13555 (JMP)**

We send for our client SCM Kompass AG, Freiburg, Germany, the enclosed <u>two</u> original signed formulars of the transfer of claims from Günter Wuttig to SCM Kompass AG and from SCM Kompass AG to MPC Muenchmeyer Petersen Capital AG.

If there is more evidence needed for the transfer, please contact us.

Dr. Bertolt Götte
Rechtsanwalt
Fachanwalt für gewerblichen Rechtsschutz
Fachanwalt für Bank- und Kapitalmarktrecht



RECEIVED SEP 27 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**Lörrach**
Dr. Hermann Harrer
Fachanwalt für Steuerrecht
Dr. Reinhold Krevet (Partner bis 2007)
Heidrun McKenzie, M.C.L.
Fachanwältin für gewerblichen Rechtsschutz
Horst Teichmanis
Fachanwalt für Arbeitsrecht
Dr. Ute Lusche
Fachanwältin für Steuerrecht
Ulrich Lusche
Dr. Stefan Baum, M.A.E.S.
Dr. Alexander Schmid-Lossberg
Meike Kuhn
Marion Strolka
Fachanwältin für Arbeitsrecht
Simone Schumann
Christoph Zeeb
Martin Schwind
Dr. Manfred Hauser, Dipl.-Kfm.
Wirtschaftsprüfer und Steuerberater

**Karlsruhe**
Martin Eichler
Dr. Dr. Jörg Maurer
Birgit Roth-Neuschild
Fachanwältin für Informationstechnologierecht
Cornelia Betz

**Freiburg**
Fahnenbergplatz 1

**Lörrach**
Humboldtstraße 3

**Karlsruhe**
Karlstraße 52

13 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York    Cö

In re Lehman Brothers Holdings Inc    Case No. 08-1 355 (,1MP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr, P., of the transfer, other than for security, of the claim referenced in this evidence and notice,

SCM Kornpass AG                              Günter Wuttig
Name of Transferee                           Name or Transferor

Name and Address where notices to transferee    Court Claim # (if known): 31638
should be sent: Am Altberg 1-3, 79280 Au        Amount of Claim: 198156On USD
                                                Date Claim Filed:    9/27/2009

Phone: +49761/4582-110                          Phone: +491718923609
Last Four Digits of Acct                        Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____   Date: 27. 1. 2011
    Transferee/Transferee's Agent

*Penalty far making a Also statumem*: Fine of up to 5500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


RECEIVED SEP 27 2011 U.S. BANKRUPTCY COURT

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc.,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MPC Muenchmeyer Petersen Capital AG
Name of Transferee

SCM Kompass AG
Name of Transferor

Name and Address where notices to transferee should be sent:
Dr. Karsten Markwardt
Palmaille 67
D-22767 Hamburg, Germany

Court Claim # (if known): 31638
Amount of Claim: 198,156.00 USD
Date Claim Filed: 9/22/2009

Phone: 0049380224346
Last Four Digits of Acct #: 2301

Phone: 00497612828702
Last Four Digits of Acct. #: ___

Name and Address where transferee payments should be sent (if different from above):

Phone: ___
Last Four Digits of Acct #: ___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ppa. /s/    Date: 2 September 2011
   Transferee/Transferee's Agent

Ulf Holländer    Karsten Markwardt

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 & 3571