# The McGraw-Hill Companies

09/21/2011

148 Princeton-Hightstown Road, N-2
Hightstown, NJ 08520-1450

**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, New York 10153**
**Telephone: (212) 310-8000**
**Facsimile: (212) 310-8007**
**Attn: Robert J. Lemons, Esq.**

**In Re: Lehman Brothers Holdings Inc., et al.**        **Proof of Claim No. 8085**
       **Chapter 11 Case No. 08-13555 (JMP)**

Dear Mr. Lemons:

This letter is being sent to you in response to a notice we received in regards to the above-referenced chapter 11 case hearing on Debtor's One Hundred Ninety-Sixth Omnibus Objection to claims (Inferred Debtor Claims), with hearing to be held on 10/27/2011.

Please be advised that we, The McGraw-Hill Companies had filed a proof of claim against the above debtor, Lehman Brothers Holdings Inc., et al. on 7/31/2009 for $6,665.80. The original claim was addressed to Lehman Brothers Holding Inc., et al. with case # 08-13555(JMP), not as Lehman Brothers Special Financing Inc. 08-13888(JMP) stated in the Exhibit A. Attached is the copy of the filing sent to Lehman Brothers Holding Claim Processing Center/Epiq Bankruptcy Solution, LLC for your verification. It was filed/received by Epiq. Systems on 8/12/2009.

Please kindly correct our claim status accordingly to reflect our claim against to Lehman Brothers Holdings Inc., et al. and do not hesitate to contact us if you have any questions.

Sincerely,

David W. Smith
Accounts Receivable Senior Manager
The McGraw-Hill Companies
609-426-5297
609-426-7639 (fax)

cc:  The Chambers of the Honorable James M. Peck
     One Bowling Green, Courtroom 601
     New York, NY 10004



RECEIVED SEP 26 2011 U.S. BANKRUPTCY COURT, SDNY JMP

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

UNIQUE IDE _____

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000008085

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

The McGraw-Hill Companies
148 Princeton Hightstown Road
Hightstown, NJ 08520

Telephone number: 609-426-5880  Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

Telephone number: _____ Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 6,665.80

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Goods Sold
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 0745
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
AUG 12 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 07/31/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
Elizabeth Infante, Credit Team Leader |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## The McGraw-Hill Companies

148 Princeton-Hightstown Road
Hightstown, NJ 08520-1450

## INVOICE

Page __1__

Invoice Number: IK00004539
Customer Number: A99000745
Invoice Date: 06/22/07
Terms: Net Cash on Receipt of Invoice
*Payable in US Dollars*

THE MCGRAW-HILL COMPANIES
P.O. BOX 7247-8822
PHILADELPHIA    PA 19170-8822

**Bill to Address:**

MELISSA AVILES
LEHMAN BROTHERS
745 7TH AVE
NEW YORK    NY 10019

**Ship to Address:**

LEHMAN BROTHERS
745 7TH AVENUE
NEW YORK    NY 10019

*Please refer to the INVOICE NUMBER on all correspondence and all References for proper APPLICATION of cash.*

| Description | Quantity | Unit Price | Total Price USD |
|---|---|---|---|
| REF 270521<br>1 BUSINESS WEEK<br>  ISSUE:3/26/07   QUANTITY:1000 | 1.00 EA | 5,900.00 EA | 5,900.00 |
| 2 SHIPPING<br>  CHARGE | 1.00 EA | 20.00 EA | 20.00 |
| 3 SALES TAX<br>  8.375% | 1.00 EA | 495.80 EA | 495.80 |
| ARTICLE: BW50 RANKING | | | |
| **Please Return BOTTOM portion of this invoice with remittance.**<br>**Invoice is Payable in US Dollars ONLY.**<br>**Inquiries please call 609-426-7134** | | Sub-Total<br>**GRAND TOTAL** | 6,415.80<br>6,415.80 |

## The McGraw-Hill Companies

148 Princeton-Hightstown Road
Hightstown, NJ 08520-1450

Please Send Payment to:

THE MCGRAW-HILL COMPANIES
P.O. BOX 7247-8822
PHILADELPHIA    PA 19170-8822

PLEASE DO NOT WRITE IN THE SPACE BELOW

01000990007450000IK00004539006415806

To insure proper credit, Please INDICATE ACCOUNT NUMBER ON CHECK.
RETURN THIS PORTION with payment, in U.S. DOLLARS drawn on U.S. Bank

Customer # A99000745
Invoice # IK00004539    FEDERAL EIN 13-1026995

Charge my credit card. (Circle One)
Discover    Visa    MasterCard    American Express
Card # _____
Expire Date _____
Signature _____

MELISSA AVILES
LEHMAN BROTHERS
745 7TH AVE
NEW YORK    NY 10019

Total Amount Due:    6,415.80    Amount Enclosed: _____

## The McGraw-Hill Companies

148 Princeton-Hightstown Road
Hightstown, NJ 08520-1450

# INVOICE

Page ___1___

**Invoice Number:** IZ00000795
**Customer Number:** A99000745
**Invoice Date:** 06/13/08
**Terms:** Net Cash on Receipt of Invoice
*Payable in US Dollars*

```
THE MCGRAW-HILL COMPANIES
P.O. BOX 7247-8822
PHILADELPHIA     PA 19170-8822
```

**Bill to Address:**

```
ARI TAN
LEHMAN BROTHERS
745 7TH AVE
NEW YORK        NY 10019
```

**Ship to Address:**

```
LEHMAN BROTHERS
745 7TH AVENUE
NEW YORK        NY 10019
```

*Please refer to the INVOICE NUMBER on all correspondence and all References for proper APPLICATION of cash.*

| Description | Quantity | Unit Price | Total Price USD |
|---|---|---|---|
| REF 370601<br>1 BUSINESSWEEK NON-PHOTOCOPY PERM<br>ISSUE: 6/1/08 FORMAT: WEBSITE<br><br>TITLE: PASSWORD USER GROUP FOR GLOBAL INFRASTRUCTURE FORMAT: WEBSITE ARTICLE: THE TROUBLE WITH INDIA | 1.00  EA | 250.00 EA | 250.00 |

Please Return **BOTTOM** portion of this invoice with remittance.
Invoice is Payable in US Dollars ONLY.
Inquiries please call 609-426-7134

| Sub-Total | 250.00 |
|---|---|
| **GRAND TOTAL** | 250.00 |

## The McGraw-Hill Companies

148 Princeton-Hightstown Road
Hightstown, NJ 08520-1450

Please Send Payment to:

```
THE MCGRAW-HILL COMPANIES
P.O. BOX 7247-8822
PHILADELPHIA     PA 19170-8822
```

PLEASE DO NOT WRITE IN THE SPACE BELOW

0100099000745000IZ00000795000250001

To insure proper credit, Please INDICATE ACCOUNT NUMBER ON CHECK.
RETURN THIS PORTION with payment, in U.S. DOLLARS drawn on U.S. Bank

**Customer #** A99000745
**Invoice #** IZ00000795

FEDERAL EIN 13-1026995

Charge my credit card. (Circle One)
Discover     Visa     MasterCard     American Express
Card # _____
Expire Date _____
Signature _____

```
ARI TAN
LEHMAN BROTHERS
745 7TH AVE
NEW YORK        NY 10019
```

Total Amount Due: 250.00     Amount Enclosed: _____

**The McGraw·Hill Companies**

148 Princeton-Hightstown Road
Hightstown, NJ 08520-1450

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.61⁰
0004229439 AUG 10 2009
MAILED FROM ZIP CODE 08520

RECEIVED
AUG

Lehman Brothers Holding Claims processing
C/o Epiq Bankruptcy Solution, LLC
FDR Station, P.O. BOX 5076
New York, NY 10150-5076

10150$5076 B026

