Crumbie Law Group, LLC
280 Trumbull Street, Fl. 21
Hartford, CT 06103
Telephone: (860)725-0025
Facsimile: (860)760-0308
John Rose, Jr. (JR 4839)

*Attorneys for Julian Irragori, as Creditor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | 08-13555 (JMP) |
| Debtors, | (Jointly Administered) |

-------------------------------------------------------------X

### MOTION TO WITHDRAW APPEARANCE

1. The undersigned Counsel respectfully requests that the Court issue an Order granting the motion of John Rose, Jr. and Heidi L. Hamilton (hereafter "Counsel") permission to withdraw in this matter as attorneys for Creditor Julian Iragorri.

2. Mr. Iragorri has four claims pending in this matter. They are Proofs of Claim No. 6910, No. 6911, No. 6912 and No. 64991.

3. The lawyer/client relationship as between Counsel and Mr. Irragori has deteriorated such that the client has in writing asked that Counsel withdraw so that client may hire other counsel (see the emails between client and Counsel dated September 21 and September 28, attached)

4. It is Counsel's present understanding that the client/Creditor intends to seek other Counsel to represent him in the matters before this Court.

Dated:   Hartford, Connecticut
         October 3, 2011

By: _____
John Rose, Jr. (JR 4389)
Heidi L. Hamilton (HH 4204)
Crumbie Law Group, LLC
280 Trumbull Street, 21st Floor
Hartford, CT 06103
Telephone: 860-725-0025
Facsimile: 860-760-0308

*Attorneys for Creditor Julian Iragorri*

## CERTIFICATE OF SERVICE

This is Certificate is made to Certify that a true and attested copy of the forgoing Motion to Withdraw Appearance was sent to all Parties of record, through Counsel, via the Courts Electronic Filing System this 3rd day of October 2011, and a copy of the Motion to Withdraw Appearance was sent by certified and regular mail to Julian Irragori on October 3, 2011.

Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York   10153

Andy Velez-Rivera, Esq.
The Office of the United States Trustee
 For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York   10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY   10005

Julian Iragorri
66 Ninth Avenue, Apt. 5E
New York, NY   1001

John Rose, Jr.

# Rose, John

| | |
|---|---|
| **From:** | julian.iragorri@barclayswealth.com |
| **Sent:** | Wednesday, September 28, 2011 5:33 PM |
| **To:** | Rose, John |
| **Subject:** | RE: our representation of you in the U.S. bankruptcy court |

John,

Can we please close this so I can move on and hire another firm? I don't feel I have been well represented by Crumbie somehow.

Can we clean our bills and move on please?

Thanks for all your help

Julian

---

**From:** Rose, John [mailto:John@crumbielaw.com]
**Sent:** Wednesday, September 21, 2011 5:32 PM
**To:** Iragorri, Julian: Barclays Wealth
**Subject:** our representation of you in the U.S. bankruptcy court

Julian, I will follow this email with a letter but be advised the Crumbie Law Group, LLC will seek permission to be removed as your counsel in the pending Lehman Brothers bankruptcy. JohnRose

JOHN ROSE JR
ATTORNEY
CRUMBIE LAW GROUP, LLC
www.crumbielaw.com

| HARTFORD | BOSTON |
|---|---|
| 280 Trumbull St | 138 Dartmouth St |
| 21st Floor | Copley Place |
| Hartford, CT 06103 | Boston, MA 02116 |
| T: (860) 725-0025 | T: (617) 848-8141 |
| F: (860) 760-0308 | F: (617) 532-0683 |

CONFIDENTIALITY NOTICE: The information contained in this electronic mail transmission and any attachments is CONFIDENTIAL. It may also be subject to the attorney-client privilege or be privileged work product, proprietary or other protected information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying, or taking of any action because of this information is strictly prohibited. If you have received this email in error, please notify the sender immediately by replying to this email or by telephone. Thank you. Crumbie Law Group, LLC.

This message is intended for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Barclays Capital Inc., its subsidiaries or affiliates. Barclays Wealth is the wealth management division of Barclays Bank PLC, functioning through Barclays Capital Inc. in the United States. Barclays Capital Inc. is a U.S. registered broker-dealer and is regulated by the U.S. Securities & Exchange Commission. Member SIPC. For more information, visit us at: www.barcap.com.

IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1