# Dennis E. Forster
### 5352  2B  Calle Real
### Santa Barbara, Ca. 93111-1688
September 9, 2011

RE: United States Bankruptcy Court
    Southern District of New York
    Lehman Brothers Holdings, Inc., et al., Debtors
    Chapter 11 Case No. 08-13555 (JMP)  (Jointly Administered)
    Also regarding: Claim Number 6325
                   Date Filed  7/27/2009
                   Debtor: 08-13555   Dennis E. Forster
                   $322,352.79

Gentlemen:

I am opposed to the debtor's objection number one hundred seventy three as I was an employee of Lehman Brothers Inc.  The amount in question was deferred compensation still held by the firm.  I'm sorry I will not be able to attend the hearing on October 2, 2011.  Any consideration you can give my claim will be appreciated.

Thank you,

*[signature: Dennis E. Forster]*

Dennis E. Forster

RECEIVED
SEP 2 3 2011
U.S. BANKRUPTCY COURT, SDNY
JMP