Attention    Mr. James M. Peck

I've sent letter to Miss. Erin Eckols of WEIL, GOTSHAL & MANGES LLP of Dallas, TX. so as to reply for her letter.

Would please reconfirm my letter to her enclosed copy?

On the other hand, I'll inform another matter by letter next week onward.

Please wait for another letter for soon.

K. Norimatsu



RECEIVED
SEP 26 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Attention Miss. Erin Eckols

WEIL, GOTSHAL & MANGES LLP

200 Crescent Court, Suite 300

Dallas, TX 75201－6950

United States of America

K. Norimatsu

14 － 10 － 306 Suzurandai －

Higashimachi 9－Chome、

Kitaku Kobe－City、

Hyogo－Pref.、651－1112

Japan

TEL 0+11( your National No.) +81

－90－1594－6136

September 21, 2011

Re : Lehman Brothers Holdings Inc.、et al. (08－13555 (JMP) )

Dear Miss. Eckols,

I've noted your insistence, but I have a opinion as follows;

I've sent the letter of my request to Mr. J.M.Peck of United States

Bankruptcy Court Southern District of New York on May 19,2011 before the

Hearing of June 28, 2011, which I'd been present by myself.

The contents of that letter are as follows;

My claims remain as follows;

I had received your letters of NOTICE of DEADLINES FOR FILING

PROOFS OF CLAIM on October 5, 2009 enclosed Schedule A list (copy)

detailing only 20 companies.

1



So I had entered in 20 cases of their companies in relation to LEHMAN

BROTHERS HOLDINGS INC..

However afterwards I've received a letter dated March 31 2011 of Schedule of

Debtors (copy), and handed over you there at that hearing date, detiling 23

companies.

Tree companies from the bottom of the list as follows;

Merit LLC

LB Preferred Somerset LLC

LB Somerset LLC

I didn't enter in the cases of those three companies as a claim.

So I want to entry in the cases as a claim against each three companies.

Basis for claim: the rest, which almost everythings settled clearly.

The documents are not available, there aren't the proofs because the parent

companies had founded them.

  Another I want make the following companies claim as to me, which

companies's cases still remain as a claim for me.−19 companies without

Lehman Brothers Special Financing Inc. (claim no. 46347)

  The reason ①: I've received the proposal of purchase of those

companies(claims).

So I must watch the all settlement to the end.

② I could't take action in spite of disagree with these objections.

Because your 20 letters of the NOTICE of taking action were all written by

small letter in dot points.

The name of the claim party: myself

Awaiting for your kind attention.

Sincerely yours,

(signature) _____

|                                                           | Claim No. |               |
|-----------------------------------------------------------|-----------|---------------|
| Lehman Brothers Holdings Inc.                             | 46343     |               |
| LB 745 LLC                                                | 46344     | → not 43644   |
| PAMI Statler Arms LLC                                     | 46345     |               |
| Lehman Brothers Commodity Services Inc.                   | 46346     |               |
| Lehman Brothers Special Financing Inc.                    | 46347     | → settled     |
| Lehman Brothers OTC Derivatives Inc.                      | 46348     |               |
| Lehman Brothers Derivatives Products Inc.                 | 46349     |               |
| Lehman Commercial Paper Inc.                              | 46350     |               |
| Lehman Brothers Commercial Corporation                    | 46351     |               |
| Lehman Brothers Financial Products Inc.                   | 46352     |               |
| Lehman Scottish Finance L.P.                              | 46353     |               |
| CES Aviation LLC                                          | 46354     |               |
| CES Aviation V LLC                                        | 46355     |               |
| CES Aviation IX LLC                                       | 46356     |               |
| East Dover Limited                                        | 46357     |               |
| Luxembourg Residential Properties Loan Finance S.a.r.l.   | 46358     |               |
| BNC Mortgage LLC                                          | 46359     |               |
| Structured Asset Securities Corporation                   | 46360     |               |
| LB Rose Ranch LLC                                         | 46361     |               |
| LB 2080 Kalakaua Owners LLC                               | 46362     |               |

Merit LLC

LB Preferred Somerset LLC

LB Somerset LLC

RECEIVED ON
MAY 2, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

In re                                                          :        Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**                     :        08-13555 (JMP)
                                                               :
                                    Debtors.                   :        (Jointly Administered)
                                                               :
-------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTORS' DISCLOSURE STATEMENT AND ANY ALTERNATIVE DISCLOSURE STATEMENT

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

### Name of Debtors and Case Numbers

My No.

| # | Debtor | Case Number | | |
|---|--------|-------------|---|---|
| 1 | Lehman Brothers Holdings Inc. | 08 -13555 (JMP) | 1 | 46343 |
| 2 | Lehman Commercial Paper Inc. | 08 -13900 (JMP) | 8 | 46350 |
| 3 | Lehman Brothers Commodities Services Inc. | 08 -13885 (JMP) | 4 | 46346 |
| 4 | Lehman Brothers Special Financing Inc. | 08 -13888 (JMP) | 5 | 46347 |
| 5 | Lehman Brothers OTC Derivatives Inc. | 08 -13893 (JMP) | 6 | 46348 |
| 6 | Lehman Brothers Commercial Corporation | 08 -13901 (JMP) | 9 | 46351 |
| 7 | Lehman Brothers Derivatives Products Inc. | 08 -13899 (JMP) | 7 | 46349 |
| 8 | Lehman Brothers Financial Products Inc. | 08 -13902 (JMP) | 10 | 46352 |
| 9 | LB 745 LLC | 08 -13600 (JMP) | 2 | 46344 |
| 10 | PAMI Statler Arms LLC | 08 -13664 (JMP) | 3 | 46345 |
| 11 | CES Aviation LLC | 08 -13905 (JMP) | 12 | 46354 |
| 12 | CES Aviation V LLC | 08 -13906 (JMP) | 13 | 46355 |
| 13 | CES Aviation IX LLC | 08 -13907 (JMP) | 14 | 46356 |
| 14 | East Dover Limited | 08 -13908 (JMP) | 15 | 46357 |
| 15 | Lehman Scottish Finance L.P. | 08 -13904 (JMP) | 11 | 46353 |
| 16 | Luxembourg Residential Properties Loan Finance | 09 -10108 (JMP) | 16 | 46358 |
| 17 | BNC Mortgage LLC | 09 -10137 (JMP) | 17 | 46359 |
| 18 | LB Rose Ranch LLC | 09 -10560 (JMP) | 19 | 46361 |
| 19 | Structured Asset Securities Corporation | 09 -10558 (JMP) | 18 | 46360 |
| 20 | LB 2080 Kalakaua Owners LLC | 09 -12516 (JMP) | 20 | 46362 |
| 21 | Merit, LLC | 09 -17331 (JMP) | | |
| 22 | LB Preferred Somerset LLC | 09 -17505 (JMP) | | |
| 23 | LB Somerset LLC | 09 -17503 (JMP) | | |

*RECEIVED ON*
*Oct. 5, 2009*
*from the Bankruptcy Court*
*Southern District of New York*

## Schedule A

| Debtor | Case Number | Commencement Date |
|---|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 | September 15, 2008 |
| LB 745 LLC | 08-13600 | September 16, 2008 |
| PAMI Statler Arms LLC | 08-13664 | September 23, 2008 |
| Lehman Brothers Commodity Services Inc. | 08-13885 | October 3, 2008 |
| Lehman Brothers Special Financing Inc. | 08-13888 | October 3, 2008 |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 | October 3, 2008 |
| Lehman Brothers Derivatives Products Inc. | 08-13899 | October 5, 2008 |
| Lehman Commercial Paper Inc | 08-13900 | October 5, 2008 |
| Lehman Brothers Commercial Corporation | 08-13901 | October 5, 2008 |
| Lehman Brothers Financial Products Inc. | 08-13902 | October 5, 2008 |
| Lehman Scottish Finance L.P. | 08-13904 | October 5, 2008; |
| CES Aviation LLC | 08-13905 | October 5, 2008 |
| CES Aviation V LLC | 08-13906 | October 5, 2008 |
| CES Aviation IX LLC | 08-13907 | October 5, 2008 |
| East Dover Limited | 08-13908 | October 5, 2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | January 7, 2009 |
| BNC Mortgage LLC | 09-10137 | January 9, 2009 |
| Structured Asset Securities Corporation | 09-10558 | February 9, 2009 |
| LB Rose Ranch LLC | 09-10560 | February 9, 2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | April 23, 2009 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                    Debtors.                             :    (Jointly Administered)
------------------------------------------------------------x

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092665 BAR(23) MAIL ID *** 000039336164 *** BSIUSE: 26

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:** 46343 |
| | **Date Filed:** 10/26/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNDETERMINED |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

②

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
:
Debtors.                                 : (Jointly Administered)
:
-----------------------------------------------------x

*RECEIVED ON Dec. 17, 2010*

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092667 BAR(23) MAIL ID *** 000039336165 *** BSIUSE: 27

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| Creditor Name and Address:<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:**        46344<br><br>**Date Filed:**           10/26/2009<br><br>**Debtor:**               08-13600<br><br>**Classification and Amount:**   **UNDETERMINED** |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

③

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                              :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)

Debtors.                                           :        (Jointly Administered)

---------------------------------------------------------------x

*RECEIVED ON Dec. 17, 2010*

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000002670 BAR(23) MAIL ID *** 000039336166 *** BSIUSE: 28
KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

| CLAIM TO BE RECLASSIFIED | |
| --- | --- |
| Creditor Name and Address:<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:**      46345 |
| | **Date Filed:**      10/26/2009 |
| | **Debtor:**      08-13664 |
| | **Classification and Amount:**      UNDETERMINED |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available at the Debtors' website at http://www.lehman-docket.com.

④

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
:
In re                                              :      Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :      **08-13555 (JMP)**
:
Debtors.                                     :      **(Jointly Administered)**
:
-------------------------------------------------------x

*RECEIVED ON Dec. 17, 2010*

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000022672 BAR(23) MAIL ID *** 000039336167 *** BSIUSE: 29
KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

<u>**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**</u>

<u>**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**</u>

**NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
<u>OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)</u>**

| CLAIM TO BE RECLASSIFIED | | |
|---|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:** | 46346 |
| | **Date Filed:** | 10/26/2009 |
| | **Debtor:** | 08-13885 |
| | **Classification and Amount:** | UNDETERMINED |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI.  If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Ⓔ

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*RECEIVED on Dec. 17, 2010*

------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :
                    Debtors.                   :    (Jointly Administered)
                                               :
------------------------------------------------------------x

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092675 BAR(23) MAIL ID *** 000039336168 *** BSIUSE: 30

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

| CLAIM TO BE RECLASSIFIED | | |
|---|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:** | 46348 |
| | **Date Filed:** | 10/26/2009 |
| | **Debtor:** | 08-13893 |
| | **Classification and Amount:** | **UNDETERMINED** |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

⑦

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :
                        Debtors.                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

*RECEIVED ON Dec. 17, 2010*

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092676 BAR(23) MAIL ID *** 000039336169 *** BSIUSE: 31
KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

<u>THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.</u>

<u>IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.</u>

NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| Creditor Name and Address:<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:**  46349<br><br>**Date Filed:**  10/26/2009<br><br>**Debtor:**  08-13899<br><br>**Classification and Amount:**  UNDETERMINED |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and certain of its affiliates (collectively, the "<u>Debtors</u>") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "<u>Objection</u>") with the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court <u>and</u> serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "<u>Response Deadline</u>").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re                                            :    **Chapter 11 Case No.**
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :    **08-13555 (JMP)**
                                                 :
                        **Debtors.**             :    **(Jointly Administered)**
                                                 :
-----------------------------------------------------------------x

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092684 BAR(23) MAIL ID *** 000039336170 *** BSIUSE: 32

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

<u>**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT**</u>
<u>**AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**</u>

<u>**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,**</u>
<u>**PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**</u>

**NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS**
**OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

| CLAIM TO BE RECLASSIFIED | |
| --- | --- |
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:**      46350 |
| | **Date Filed:**      10/26/2009 |
| | **Debtor:**      08-13900 |
| | **Classification and Amount:**      **UNDETERMINED** |

    PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

    The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

    If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

    If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

    Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

⑨

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re                                          :    Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    08-13555 (JMP)

Debtors.                                :    (Jointly Administered)

-------------------------------------------------------------x

*RECEIVED ON*
*Dec. 17, 2010*

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092697 BAR(23) MAIL ID *** 000039336171 *** BSIUSE: 33

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN


**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT**
**AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,**
**PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS**
**OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| Creditor Name and Address:<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:**  46351 |
| | **Date Filed:**  10/26/2009 |
| | **Debtor:**  08-13901 |
| | **Classification and Amount:**  UNDETERMINED |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

(10)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                               :   **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :   **08-13555 (JMP)**
                                                    :
                        **Debtors.**                :   **(Jointly Administered)**
                                                    :
---------------------------------------------------------x

*RECEIVED ON Dec. 17, 2010*

<span style="font-size:8px">LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092698 BAR(23) MAIL ID *** 00003936172 *** BSIUSE: 34</span>

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

<u>**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**</u>

<u>**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**</u>

**NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

| CLAIM TO BE RECLASSIFIED | | |
|---|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:** | 46352 |
| | **Date Filed:** | 10/26/2009 |
| | **Debtor:** | 08-13902 |
| | **Classification and Amount:** | **UNDETERMINED** |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

⑪

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                       Debtors.                    :    (Jointly Administered)
------------------------------------------------------------x

*RECEIVED ON Dec. 17, 2010*

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092701 BAR(23) MAIL ID *** 000039336173 *** BSIUSE: 35

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | | |
|---|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:** | 46353 |
| | **Date Filed:** | 10/26/2009 |
| | **Debtor:** | 08-13904 |
| | **Classification and Amount:** | **UNDETERMINED** |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

⑫

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :    08-13555 (JMP)
                                                   :
                          Debtors.                 :    (Jointly Administered)
                                                   :
------------------------------------------------------------x

*RECEIVED ON Dec. 17, 2010*

<small>LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092703 BAR(23) MAIL ID *** 000039336174 *** BSIUSE: 36</small>

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN


**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:**    46354 |
| | **Date Filed:**    10/26/2009 |
| | **Debtor:**    08-13905 |
| | **Classification and Amount:**    UNDETERMINED |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI.  If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

(13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

In re                                              :    Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    08-13555 (JMP)

Debtors.                            :    (Jointly Administered)

-------------------------------------------------------x

*RECEIVED ON Dec. 17, 2010*

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092705 BAR(23) MAIL ID *** 000039336175 *** BSIUSE: 37

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

## THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:**    46355<br><br>**Date Filed:**    10/26/2009<br><br>**Debtor:**    08-13906<br><br>**Classification and Amount:**    **UNDETERMINED** |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI.  If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                                 :          Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :          08-13555 (JMP)

                                    Debtors.          :          (Jointly Administered)

----------------------------------------------------------x

*RECEIVED ON
Dec. 17, 2010*

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092707 BAR(23) MAIL ID *** 000039336176 *** BSIUSE: 38

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | | |
|---|---|---|
| Creditor Name and Address:<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | Claim Number: | 46356 |
| | Date Filed: | 10/26/2009 |
| | Debtor: | 08-13907 |
| | Classification and Amount: | UNDETERMINED |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

(15)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                                      :
                                                           :    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :
                                                           :    08-13555 (JMP)
                           Debtors.                        :
                                                           :    (Jointly Administered)
-----------------------------------------------------------x

*RECEIVED ON
Dec. 17, 2010*

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092710 BAR(23) MAIL ID *** 000039936177 *** BSIUSE: 39

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:**      46357 |
| | **Date Filed:**      10/26/2009 |
| | **Debtor:**      08-13908 |
| | **Classification and Amount:**      UNDETERMINED |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

(16)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re                                          :      **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :      **08-13555 (JMP)**

Debtors.                                        :      **(Jointly Administered)**

-------------------------------------------------------x

*RECEIVED ON Dec. 17, 2010*

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092712 BAR(23) MAIL ID *** 000039336178 *** BSJUSE: 40

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | | |
|---|---|---|
| **Creditor Name and Address:** | **Claim Number:** | 46358 |
| KAZUMICHI NORIMATSU | **Date Filed:** | **10/26/2009** |
| 14-10-306 SUZURANDAI-HIGASHIMACHI | **Debtor:** | **09-10108** |
| 9-CHOME, KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Classification and Amount:** | **UNDETERMINED** |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

(17)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re                                         :    Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    **08-13555 (JMP)**

                              Debtors.          :    **(Jointly Administered)**

-----------------------------------------------------------------x

*RECEIVED ON*
*Dec. 17, 2010*

<small>LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092726 BAR(23) MAIL ID *** 000039336179 *** BSIUSE: 41</small>

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

<u>**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT**</u>
<u>**AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**</u>

<u>**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,**</u>
<u>**PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**</u>

NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
<u>OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)</u>

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:**     46359<br><br>**Date Filed:**     **10/26/2009**<br><br>**Debtor:**     09-10137<br><br>**Classification and Amount:**     **UNDETERMINED** |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

⑱

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re                                                                      :        Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        08-13555 (JMP)

Debtors.                                           :        (Jointly Administered)

------------------------------------------------------------x        *RECEIVED ON Dec. 17, 2010*

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092727 BAR(23) MAIL ID *** 000039336180 *** BSIUSE: 42

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:**        46360<br><br>**Date Filed:**        10/26/2009<br><br>**Debtor:**        09-10558<br><br>**Classification and Amount:**        UNDETERMINED |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI.  If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re                                            :     Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :     08-13555 (JMP)

                    Debtors.                      :     (Jointly Administered)

------------------------------------------------------------X

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092729 BAR(23) MAIL ID *** 000039336181 *** BSIUSE: 43

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN


**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:** 46361<br><br>**Date Filed:** 10/26/2009<br><br>**Debtor:** 09-10560<br><br>**Classification and Amount:** UNDETERMINED |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI.  If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :    08-13555 (JMP)
                                                 :
                            Debtors.             :    (Jointly Administered)
                                                 :
------------------------------------------------------------x

<small>LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092731 BAR(23) MAIL ID *** 000039336182 *** BSIUSE: 44</small>

KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:**  46362<br><br>**Date Filed:**  10/26/2009<br><br>**Debtor:**  09-12516<br><br>**Classification and Amount:**  UNDETERMINED |

    PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

    The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI.  If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

    If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

    If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

    Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.