**EVIDENCE OF TRANSFER OF CLAIM**

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  Aleppa Funding I LLC

    **Aleppa Funding I LLC**, having offices located at 801 Pennsylvania, 6th Floor, Kansas City, MO 64105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of **$210,821** of Claim No. **26546** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 28th day of September, 2011.

WITNESS:

_____
(Signature)

Name: John L. Fridlington
Title:  Vice President
(Print name and title of witness)

Aleppa Funding I LLC

By: _____
(Signature of authorized signatory)

Name: Bernard J. Angelo
Title:  Vice President
Tel.:  631-930-7202

WITNESS:

_____
(Signature)

Name: _____
Title:  **Amita Bhandari**
(Print name and title of witness)
**Authorized Signatory**

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)

Name: _____ Daniel Hunter
Title: _____ Authorized Signator
Tel.: _____

9

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  Aleppa Funding I LLC

    **Aleppa Funding I LLC**, having offices located at 801 Pennsylvania, 6th Floor, Kansas City, MO 64105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of **$210,821** of Claim No. **26547** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 28th day of September 2011.

WITNESS:

_____
(Signature)
Name: John L. Fridlington
Title: Vice President
(Print name and title of witness)

Aleppa Funding I LLC

By: _____
(Signature of authorized signatory)
Name:  Bernard J. Angelo
Title:   Vice President
Tel.:   631-930-7202

WITNESS:

_____
(Signature)
Name:  Amita Bhandari
Title:  Authorized Signatory
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)
Name:   Daniel Hunter
Title:   Authorized Signatory
Tel.: _____

10

J:\Stand-By Agreements\Lehman\PIMCO Aleppa to JPM ($210k)\PIMCO Aleppa Funding $210M AOC.execution.docx