# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., et al.                Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **UBS AG, Stamford Branch** | **D.E. Shaw Claims SPV, L.L.C.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 21875 |
| | Amount of Claim: $323,661,328.48 |
| UBS AG Stamford Branch<br>677 Washington Blvd.<br>Stamford, CT 06901 | Date Claim Filed: September 21, 2009 |
| Last Four Digits of Acct. #: | Phone:<br>Last Four Digits of Acct. #: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**UBS AG, STAMFORD BRANCH**
ACTING BY UBS SECURITIES LLC, AS AGENT

By: _[signature]_                                           Date: 9/29/11
Name:
Title: Stephen Scanapieco
       Associate Director
       Banking Products
       Services, US

By: _[signature]_                                           Date: 9/29/11
Name:
Title: David Urban
       Associate Director
       Banking Products
       Services, US

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

107-5077/COURT/3218737.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc., et al.	Case No. 08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 21875 was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on      .

| **D.E. Shaw Claims SPV, L.L.C.**<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>1166 Avenue of the Americas<br>Ninth Floor<br>New York, NY 10036<br>Attn: General Counsel<br>Tel: 212-478-0000<br>Fax: 212-478-0100 | **UBS AG, Stamford Branch**<br>Name of Transferee<br><br>Address of Transferee:<br><br>677 Washington Blvd.<br>Stamford, CT 06901<br>Attn: Houssem Daly<br>Tel: 203-719-7924<br>Fax: 203-719-3888 |
|---|---|

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____	_____
	CLERK OF THE COURT

107-5077/COURT/3218737.1

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, D. E. Shaw Claims SPV, L.L.C. (the "Seller") hereby unconditionally and irrevocably sells, transfers and assigns to UBS AG, Stamford Branch (the "Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08 13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the related Proof of Claim (No. 21875) originally filed by D. E. Shaw Valence Portfolios, L.L.C. with the Bankruptcy Court in respect of the foregoing claim, and subsequently transferred to the Seller.

The Seller hereby waives any objection to the transfer of the claim to the Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to the Purchaser the foregoing claim, recognizing the Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27th day of September 2011.


**D. E. Shaw Claims SPV, L.L.C., as Seller**

By: _____
Name: Max Stone
Title: Authorised signatory



**UBS AG, Stamford Branch**
acting by UBS Securities LLC, as agent

By: _____
Name:
Title:


By: _____
Name:
Title:

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, D. E. Shaw Claims SPV, L.L.C. (the "Seller") hereby unconditionally and irrevocably sells, transfers and assigns to UBS AG, Stamford Branch (the "Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08 13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the related Proof of Claim (No. 21875) originally filed by D. E. Shaw Valence Portfolios, L.L.C. with the Bankruptcy Court in respect of the foregoing claim, and subsequently transferred to the Seller.

The Seller hereby waives any objection to the transfer of the claim to the Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to the Purchaser the foregoing claim, recognizing the Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27th day of September 2011.

**D. E. Shaw Claims SPV, L.L.C., as Seller**

By: _____
Name:
Title: Authorised signatory

**UBS AG, Stamford Branch**
acting by UBS Securities LLC, as agent

By: _____
Name:
Title:

Stephen Scanapieco
Associate Director
Banking Products
Services, US

By: _____
Name:
Title:

Darlene Arias
Director
Banking Products Services, US