**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x
| | : | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and | : | |
| LEHMAN BROTHERS SPECIAL | : | Adv. Proc. No. 10-03228-jmp |
| FINANCING, INC. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -against- | : | |
| | : | |
| NOMURA INTERNATIONAL PLC, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x
| | : | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and | : | |
| LEHMAN BROTHERS SPECIAL | : | |
| FINANCING, INC. | : | Adv. Proc. No. 10-03229-jmp |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -against- | : | |
| | : | |
| NOMURA SECURITIES CO. LTD. | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

NYI-4402163v1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )   SS.:
COUNTY OF NEW YORK         )

**Daniel Yi**, being duly sworn, deposes and says:

1. The deponent is employed by Jones Day, 222 East 41st Street, New York, New York 10017, is over 18 years of age and is not a party to the above captioned proceeding.

2. On September 28, 2011, deponent served the **September 28, 2011 Letter to the Court** [Docket No. 20348] by causing true and correct copies to be:

   a.   delivered via regular mail to those parties listed on the annexed Exhibit A.

   b.   delivered via hand delivery to those parties listed on the annexed Exhibit B.

2. On October 3, 2011, deponent served the **September 28, 2011 Letter to the Court** [Docket No. 20348] by causing true and correct copies to be:

   a.   delivered via regular mail to those parties listed on the annexed Exhibit C.

/s/ Daniel Yi
Daniel Yi

Sworn to before me on this
3rd day of October, 2011

/s/ Alicia Farrington
Notary Public

Alicia Farrington
Notary Public, State of New York
No. 01FA4968424
Qualified in Kings County
Commission Expires June 25, 2014

NYI-4402163v1

## **EXHIBIT A**

David Cohen
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, NW, Suite 1100
Washington, DC 20006

NYI-4402163v1

## EXHIBIT B

| | |
|---|---|
| Honorable James M. Peck | Brian H. Polovoy |
| Courtroom 601 | SHEARMAN & STERLING LLP |
| One Bowling Green | 599 Lexington Avenue |
| New York, New York 10004 | New York, New York 10022 |

NYI-4402163v1

## **EXHIBIT C**

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

NYI-4402163v1