UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

In re:

Lehman Brothers Holding Inc., et al.,

    Debtors.

Chapter 11

Case Nos. Case No. 08-13555 (JMP)

---------------------------------------------------------- X

LEHMAN BROTHERS HOLDINGS INC., on behalf of itself and as assignee of LEHMAN BROTHERS, INC.,

    Plaintiff,

v

GMAC MORTGAGE CORPORATION,

    Defendant.

Adversary Proceeding

No.: 10-03553

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA

COUNTY OF BROWARD

CHARLES M. TATELBAUM, being duly sworn, deposes and says:

    1.    I am employed as an attorney by Hinshaw & Culbertson LLP, located at One East Broward Blvd., Suite 1010, Fort Lauderdale, Florida, 33301. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On October 3, 2011, I caused to be served GMAC Mortgage, LLC's Response To Debtors' Objection To Claims (186th Omnibus Objection), dated October 3, 2011, by causing true and correct copies to be:

    a.    delivered via UPS overnight to the parties on the mailing list below, and

18518768 0925269

     b.  delivered electronically through the Court's CM/ECF system to all CM/ECF participants.

                  /s/ Charles M. Tatelbaum
                  Charles M. Tatelbaum

Sworn to before me this
3rd day of October, 2011
/s/ Carmen Yvette Rivera
Notary Public, State of Florida
No. DD885124
Qualified in Broward County
Commission Expires July 27, 2013

MAILING LIST:

New York Southern Bankruptcy Court
The Chambers of Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, NY 10004

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O' Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

18518768 0925269