**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for Tobacco Settlement Financing Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                : Chapter 11
                                     :
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)
                                     :
        Debtors.                     : (Jointly Administered)
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, an appearance is hereby entered, and request is hereby made by counsel for Tobacco Settlement Financing Corporation ("TSFC"), a creditor in the above referenced case, in accordance with 11 U.S.C. § 1109(b) of Title 11, United States Code, 11 U.S.C. §§ 101-1532, and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Rule"), that all papers, pleadings, motions and applications served or required to be served in these cases, be given to and served upon:

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Attn: David N. Crapo, Esq.
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: dcrapo@gibbonslaw.com

#1710493 v1
108686-64494

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of TSFC with respect to the Debtors or any related entity, or property or proceeds thereof in which the Debtors may claim an interest.

PLEASE TAKE FURTHER NOTICE that, this appearance and request for notice is made without prejudice to TSFC's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court or venue in this District and shall not be deemed or construed to submit TSFC to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the cases or a proceeding therein.

Dated: October 3, 2011
      Newark, New Jersey

BY:   /s/ DAVID N. CRAPO
      David N. Crapo

#1710493 v1
108686-64494