**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | § § | Case No. 08-13555 (JMP) |
| Debtor | § § § | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 28th day of September, 2011, I caused to be served by electronic transmission a true copy of the (i) *Motion of Deutsche Bank AG to Permit Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)* and (ii) **Declaration of Joshua Dorchak In Support** upon those parties listed on the Debtors' 2002 Master Service List dated as of September 1, 2011 and upon those parties listed on the attached Service List as indicated thereon.

/s/Patricia A. Wright
Patricia A. Wright

Sworn to before me this
3rd day of October, 2011

/s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2014

A/74531135.1

## SERVICE LIST

### Hand Delivery

Weil, Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Attn: Lori R. Fife, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Attn: Garrett Fail, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the U.S. Trustee
Attn: Andy Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Trustee
Attn: Paul Schwartzberg, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Trustee
Attn: Brian Matsumoto, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Trustee
Attn: Linda Riffkin, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Trustee
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

A/74531135.1

**First Class Mail**

AT&T Services Inc.
Attn: James W. Gruden, Esq.
One AT&T Way, Rm. 3A218
Bedminster, NJ 07921

Brookfield Properties One WFC Co. LLC
Attn: Monica Lawless, Esq.
Three World Financial Center
200 Vesey Street
New York, NY 10281-1021

**Overnight Express Mail**

The Sumitomo Trust & Banking Co. Ltd.
Attn: Mr. Masaya Yamashiro, Sr. Mgr.
Grantokyo South Tower
1-9-2 Marunouchi, Chiyoda-Ky
Tokyo 100-661
JAPAN

A/74531135.1