**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                 :

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : |  |
|  | : |  |

-----------------------------------------------------------------------x   **Ref. Docket Nos. 20387-20388,**
                                                                **20390-20391,**
                                                                 **20393, 20395**

## AFFIDAVIT OF SERVICE

|  |  |
|---|---|
| STATE OF NEW YORK | ) |
|  | ) ss.: |
| COUNTY OF NEW YORK | ) |

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 29, 2011, I caused to be served the:

    a.  "Notice of Adjournment of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) Solely As to Certain Claims," dated September 29, 2011 [Docket No. 20387], (the "92nd Omni NOA"),

    b.  "Notice of Adjournment of Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely As to Certain Claims," dated September 29, 2011 [Docket No. 20388], (the "140th Omni NOA"),

    c.  "Notice of Adjournment of Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) Solely As to Certain Claims," dated September 29, 2011 [Docket No. 20390], (the "143rd Omni NOA"),

    d.  "Notice of Adjournment of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) Solely As to Certain Claims," dated September 29, 2011 [Docket No. 20391], (the "159th Omni NOA"),

e.   "Notice of Adjournment of Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) Solely As to Certain Claims," dated September 29, 2011 [Docket No. 20393], (the "160th Omni NOA"), and

f.   "Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) As to Certain Claims," dated September 29, 2011 [Docket No. 20395], (the "159th Omni NOW"),

by causing true and correct copies of the:

i.    92nd Omni NOA, 140th Omni NOA, 143rd Omni NOA, 159th Omni NOA, 160th Omni NOA, and 159th Omni NOW, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.   92nd Omni NOA, 140th Omni NOA, 143rd Omni NOA, 159th Omni NOA, 160th Omni NOA, and 159th Omni NOW, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.  92nd Omni NOA, 140th Omni NOA, 143rd Omni NOA, 159th Omni NOA, 160th Omni NOA, and 159th Omni NOW, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.    92nd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.    140th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.   143rd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii.  159th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G,

viii. 160th Omni NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit H, and

ix.   159th Omni NOW, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit I.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
3rd day of October, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

## *LBH MSL Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | aoberry@bermanesq.com |
| aalfonso@willkie.com | aostrow@beckerglynn.com |
| abraunstein@riemerlaw.com | apo@stevenslee.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| acker@chapman.com | araboy@cov.com |
| adam.brezine@hro.com | arahl@reedsmith.com |
| adarwin@nixonpeabody.com | arheaume@riemerlaw.com |
| Adiamond@DiamondMcCarthy.com | arlbank@pbfcm.com |
| aeckstein@blankrome.com | arosenblatt@chadbourne.com |
| aentwistle@entwistle-law.com | arthur.rosenberg@hklaw.com |
| afriedman@irell.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashaffer@mayerbrown.com |
| agold@herrick.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| alum@ftportfolios.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| AMcMullen@BoultCummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| Andrew.Brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcy@ntexas-attorneys.com |
| ann.reynaud@shell.com | bankruptcymatters@us.nomura.com |
| anthony_boccanfuso@aporter.com | barbra.parlin@hklaw.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bcarlson@co.sanmateo.ca.us | chammerman@paulweiss.com |
| bdk@schlamstone.com | chardman@klestadt.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmerrill@susmangodfrey.com | christopher.schueller@bipc.com |
| BMiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| Brian.Corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| brosenblum@jonesday.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | colea@gtlaw.com |
| bstrickland@wtplaw.com | cousinss@gtlaw.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| bturk@tishmanspeyer.com | cpappas@dilworthlaw.com |
| bwolfe@sheppardmullin.com | craig.goldblatt@wilmerhale.com |
| bzabarauskas@crowell.com | crmomjian@attorneygeneral.gov |
| cahn@clm.com | cs@stevenslee.com |
| calbert@reitlerlaw.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carol.weinerlevy@bingham.com | cshore@whitecase.com |
| cbelisle@wfw.com | cshulman@sheppardmullin.com |
| cbelmonte@ssbb.com | ctatelbaum@adorno.com |
| cbrotstein@bm.net | cwalsh@mayerbrown.com |
| ceskridge@susmangodfrey.com | cward@polsinelli.com |

### _LBH MSL Email Service List_

| | |
|---|---|
| cweber@ebg-law.com | dflanigan@polsinelli.com |
| cweiss@ingramllp.com | dgrimes@reedsmith.com |
| dallas.bankruptcy@publicans.com | dhayes@mcguirewoods.com |
| daniel.guyder@allenovery.com | dheffer@foley.com |
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | djoseph@stradley.com |
| david.crichlow@pillsburylaw.com | dkleiner@velaw.com |
| david.heller@lw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| deryck.palmer@cwt.com | dshaffer@wtplaw.com |
| dfelder@orrick.com | dshemano@pwkllp.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| dspelfogel@foley.com | fbp@ppgms.com |
| dtatge@ebglaw.com | feldsteinh@sullcrom.com |
| dwdykhouse@pbwt.com | ffm@bostonbusinesslaw.com |
| dwildes@stroock.com | fhyman@mayerbrown.com |
| dworkman@bakerlaw.com | fishere@butzel.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | fsosnick@shearman.com |
| ecohen@russell.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gbray@milbank.com |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | geraci@thalergertler.com |
| ehollander@whitecase.com | ggitomer@mkbattorneys.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| elevin@lowenstein.com | gkaden@goulstonstorrs.com |
| eli.mattioli@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| emerberg@mayerbrown.com | gravert@mwe.com |
| eobrien@sbchlaw.com | gspilsbury@jsslaw.com |
| erin.mautner@bingham.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |
| esmith@dl.com | hbeltzer@mayerbrown.com |
| etillinghast@sheppardmullin.com | heidi@crumbielaw.com |
| ezujkowski@emmetmarvin.com | heim.steve@dorsey.com |
| ezweig@optonline.net | heiser@chapman.com |

*__LBH MSL Email Service List__*

| | |
|---|---|
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | Jdrucker@coleschotz.com |
| icatto@mwe.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jean-david.barnea@usdoj.gov |
| ilevee@lowenstein.com | jeanites@whiteandwilliams.com |
| info2@normandyhill.com | jeannette.boot@wilmerhale.com |
| ira.herman@tklaw.com | jeff.wittig@coair.com |
| isgreene@hhlaw.com | jeffrey.sabin@bingham.com |
| israel.dahan@cwt.com | jeldredge@velaw.com |
| iva.uroic@dechert.com | jen.premisler@cliffordchance.com |
| jaclyn.genchi@kayescholer.com | jennifer.demarco@cliffordchance.com |
| jacobsonn@sec.gov | jennifer.gore@shell.com |
| james.mcclammy@dpw.com | jeremy.eiden@state.mn.us |
| james.sprayregen@kirkland.com | jfalgowski@reedsmith.com |
| jamestecce@quinnemanuel.com | jflaxer@golenbock.com |
| jamie.nelson@dubaiic.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgarrity@shearman.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |
| Jbecker@wilmingtontrust.com | jguy@orrick.com |
| jbeemer@entwistle-law.com | jherzog@gklaw.com |
| jbeiers@co.sanmateo.ca.us | jhiggins@fdlaw.com |

### *LBH MSL Email Service List*

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jliu@dl.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

john@crumbielaw.com

joli@crlpc.com

jorbach@hahnhessen.com

Joseph.Cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

JPintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

### _LBH MSL Email Service List_

| | |
|---|---|
| jwest@velaw.com | lawallf@pepperlaw.com |
| jwh@njlawfirm.com | lberkoff@moritthock.com |
| karen.wagner@dpw.com | Lee.Stremba@troutmansanders.com |
| KDWBankruptcyDepartment@kelleydrye.com | lgranfield@cgsh.com |
| keckhardt@hunton.com | lhandelsman@stroock.com |
| keith.simon@lw.com | linda.boyle@twtelecom.com |
| Ken.Coleman@allenovery.com | lisa.ewart@wilmerhale.com |
| ken.higman@hp.com | lisa.kraidin@allenovery.com |
| kerry.moynihan@hro.com | LJKotler@duanemorris.com |
| kgwynne@reedsmith.com | lmarinuzzi@mofo.com |
| kiplok@hugheshubbard.com | Lmay@coleschotz.com |
| kkelly@ebglaw.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| KReynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | MAOFILING@CGSH.COM |
| lacyr@sullcrom.com | Marc.Chait@SC.com |
| Landon@StreusandLandon.com | margolin@hugheshubbard.com |
| lathompson@co.sanmateo.ca.us | mark.deveno@bingham.com |

## _LBH MSL Email Service List_

| | |
|---|---|
| mark.ellenberg@cwt.com | michael.frege@cms-hs.com |
| mark.houle@pillsburylaw.com | michael.kelly@monarchlp.com |
| mark.sherrill@sutherland.com | michael.kim@kobrekim.com |
| martin.davis@ots.treas.gov | michael.reilly@bingham.com |
| Marvin.Clements@ag.tn.gov | millee12@nationwide.com |
| matt@willaw.com | miller@taftlaw.com |
| matthew.klepper@dlapiper.com | mimi.m.wong@irscounsel.treas.gov |
| maustin@orrick.com | mitchell.ayer@tklaw.com |
| max.polonsky@skadden.com | mjacobs@pryorcashman.com |
| mbenner@tishmanspeyer.com | mjedelman@vedderprice.com |
| mberman@nixonpeabody.com | MJR1@westchestergov.com |
| mbienenstock@dl.com | mkjaer@winston.com |
| mbossi@thompsoncoburn.com | mlahaie@akingump.com |
| mcademartori@sheppardmullin.com | MLandman@lcbf.com |
| mccombst@sullcrom.com | mlynch2@travelers.com |
| mcordone@stradley.com | mmendez@hunton.com |
| mcto@debevoise.com | mmooney@deilylawfirm.com |
| mdorval@stradley.com | mmorreale@us.mufg.jp |
| melorod@gtlaw.com | mneier@ibolaw.com |
| meltzere@pepperlaw.com | monica.lawless@brookfieldproperties.com |
| metkin@lowenstein.com | mpage@kelleydrye.com |
| mfeldman@willkie.com | mprimoff@kayescholer.com |
| mgordon@briggs.com | mpucillo@bermanesq.com |
| mgreger@allenmatkins.com | mrosenthal@gibsondunn.com |
| mh1@mccallaraymer.com | mruetzel@whitecase.com |
| mhopkins@cov.com | mschimel@sju.edu |

**_LBH MSL Email Service List_**

| | |
|---|---|
| mshiner@tuckerlaw.com | peter.gilhuly@lw.com |
| msiegel@brownrudnick.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| neilberger@teamtogut.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwright@dl.com |
| Nherman@morganlewis.com | r.stahl@stahlzelloe.com |
| nissay_10259-0154@mhmjapan.com | raj.madan@bingham.com |
| nlepore@schnader.com | rajohnson@akingump.com |
| notice@bkcylaw.com | ramona.neal@hp.com |
| oipress@travelers.com | ranjit.mather@bnymellon.com |
| omeca.nedd@lovells.com | rbeacher@pryorcashman.com |
| otccorpactions@finra.org | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |
| paul.turner@sutherland.com | rfleischer@pryorcashman.com |
| pbattista@gjb-law.com | rfrankel@orrick.com |
| pbosswick@ssbb.com | rfriedman@silvermanacampora.com |
| pdublin@akingump.com | rgmason@wlrk.com |
| peisenberg@lockelord.com | rgraham@whitecase.com |

*__LBH MSL Email Service List__*

| | |
|---|---|
| rhett.campbell@tklaw.com | russj4478@aol.com |
| richard.lear@hklaw.com | rwasserman@cftc.gov |
| richard.levy@lw.com | rwyron@orrick.com |
| richard.tisdale@friedfrank.com | s.minehan@aozorabank.co.jp |
| richard@rwmaplc.com | sabin.willett@bingham.com |
| ritkin@steptoe.com | sabramowitz@velaw.com |
| RJones@BoultCummings.com | sagolden@hhlaw.com |
| rleek@HodgsonRuss.com | sagrawal@susmangodfrey.com |
| RLevin@cravath.com | Sally.Henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rnetzer@willkie.com | Sara.Tapinekis@cliffordchance.com |
| robert.bailey@bnymellon.com | scargill@lowenstein.com |
| robert.dombroff@bingham.com | schannej@pepperlaw.com |
| robert.henoch@kobrekim.com | Schepis@pursuitpartners.com |
| robert.malone@dbr.com | schnabel.eric@dorsey.com |
| Robert.yalen@usdoj.gov | schristianson@buchalter.com |
| robertdakis@quinnemanuel.com | schwartzmatthew@sullcrom.com |
| Robin.Keller@Lovells.com | scottshelley@quinnemanuel.com |
| roger@rnagioff.com | scousins@armstrongteasdale.com |
| ronald.silverman@bingham.com | sdnyecf@dor.mo.gov |
| rqureshi@reedsmith.com | sehlers@armstrongteasdale.com |
| rreid@sheppardmullin.com | sfelderstein@ffwplaw.com |
| rroupinian@outtengolden.com | sfineman@lchb.com |
| rrussell@andrewskurth.com | sfox@mcguirewoods.com |
| rterenzi@stcwlaw.com | sgordon@cahill.com |
| RTrust@cravath.com | sgubner@ebg-law.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| shannon.nagle@friedfrank.com | Streusand@StreusandLandon.com |
| sharbeck@sipc.org | susan.schultz@newedgegroup.com |
| shari.leventhal@ny.frb.org | susheelkirpalani@quinnemanuel.com |
| shgross5@yahoo.com | swolowitz@mayerbrown.com |
| sidorsky@butzel.com | szuch@wiggin.com |
| slerner@ssd.com | tannweiler@greerherz.com |
| slevine@brownrudnick.com | tarbit@cftc.gov |
| SLoden@DiamondMcCarthy.com | tbrock@ssbb.com |
| smayerson@ssd.com | tdewey@dpklaw.com |
| smillman@stroock.com | tduffy@andersonkill.com |
| smulligan@bsblawyers.com | teresa.oxford@invescoaim.com |
| snewman@katskykorins.com | TGoren@mofo.com |
| sory@fdlaw.com | thaler@thalergertler.com |
| spiotto@chapman.com | thomas.califano@dlapiper.com |
| splatzer@platzerlaw.com | thomas.ogden@dpw.com |
| squigley@lowenstein.com | Thomas_Noguerola@calpers.ca.gov |
| SRee@lcbf.com | timothy.brink@dlapiper.com |
| sselbst@herrick.com | timothy.palmer@bipc.com |
| sshimshak@paulweiss.com | tjfreedman@pbnlaw.com |
| sskelly@teamtogut.com | tkarcher@dl.com |
| ssusman@susmangodfrey.com | tkiriakos@mayerbrown.com |
| steele@lowenstein.com | tlauria@whitecase.com |
| stephen.cowan@dlapiper.com | tmacwright@whitecase.com |
| steve.ginther@dor.mo.gov | tmayer@kramerlevin.com |
| steven.troyer@commerzbank.com | tnixon@gklaw.com |
| steven.wilamowsky@bingham.com | toby.r.rosenberg@irscounsel.treas.gov |

_**LBH MSL Email Service List**_

tony.davis@bakerbotts.com                    YUwatoko@mofo.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| AMONN-DINGER, VERENA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| BAUMHEIER, KATJA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| BAYER, DR. INGEBORG | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| BECKER, DR. KLAUS | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| BIESEMANN, DR. JOERG | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| BROSCHK, DIETER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| CZYGANOWSKI, SIEGFRIED | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| DIETZSCH, KRISTIN | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| FASSBENDER, MARIA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| FETKENHEUER, LOTHAR | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| FUCHS, GERHARD | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| GANSER, ALBERT | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| GETTE, HELENE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| HASSE, KLAUS-DIETER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| HEINZEN, HANS | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| HIRSCH, KURT | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| ILDEFONSO LACASTA MARCH | C/MANILA N 51, 1, 2A BARCELONA 08034 SPAIN |
| ISHII, HIROICHI AND HELLA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| JAHN, URSULA & HORST | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| JANSEN, WALTER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| JONAS, PETER AND HEIKE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KAPALLA, KURT | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KELLNER, MARTIN | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KIM, CHRISTINA | UNIT 3 98 THORN STREET KANGAROO POINT QLD 4169 AUSTRALIA |
| KLIPPEL, ALMUT | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KLUG, KLAUS | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KOECHLING, HERMANN | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KRAWINKEL, ODO | C/O NABER PC 300 CNETRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KUHNAST, FRANK-ROLAND | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| LENNARTZ, HEINZ WERNER | VENLOER STRASSE 112 WEGBERG 41844 GERMANY |
| LEWIN, JOERG | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| LUCKS, IIONA | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| LUKOSCHEK, WOLFGANG | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| MARCHAND LOPEZ, HUMBERTO G. | C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| MARTINEZ SABE, HECTOR RAUL | TACUARL 1159 ASUNCION PARAGUAY |
| MASTALEREK, MICHAEL | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| MITTMANN, HANA | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| MUELLER, WILFRIED | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| NOERRENBERG-SUDHAUS, WERNER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| OBERKERSCH, BEATRICE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| POSCH, MANFRED | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| PROCESOS CONTROLADOS SE DE CV | C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED | TLT LLP ONE REDCLIFF STREET BRISTOL BS1 6TP UNITED KINGDOM |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED | 87 GRESHAM STREET LONDON EC2V 7NQ UNITED KINGDOM |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED | CARTER, LEDYARD & MILBURN LLP ATTN: AARON R. CAHN (COUNSEL TO PUNJAB NATIONAL BANK) 2 WALL STREET NEW YORK NY 10005 |
| RAKE, FRANK-REINER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| RAKEPOLL FINANCE N.V. | DLA PIPER LLP (US) ATTN: TIMOTHY W. WALSH 1251 AVENUE OF THE AMERICAS NEW YORK |

| Claim Name | Address Information |
|---|---|
| RAKEPOLL FINANCE N.V. | NY 10020-1104 |
| RAMPOLD, HEIDRUN ELISABETH | BARTHELSTRASSE 125 50823 KOLN GERMANY |
| RBS SECURITIES INC. | ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| RBS SECURITIES INC. | IRENA M. GOLDSTEIN, LLP DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| RBS SECURITIES INC. | IRENA M. GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| RODRIGUEZ, KARSTEN | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| RUTTENER, JUERG FOR RUETTENER, HANS | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHMIDT, KARIN | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHMIDT, RA PETRA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHMITZ, HERBERT | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| SCHOBER, HANS-JOACHIM | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHOBER, MARITA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHWEBIUS, SANDRA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCHWERDT, KORINNA, DR. | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SOGECAP | ATTN:  MAI NGUYEN 50 AVENUE DU GENERALE DE GAULLE 92093 LA DEFENCE CEDEX FRANCE |
| SOKOLOWSKI, CLAUS-GUENTHER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SPERZEL, SUSANNE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SPRINGER, WERNER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| STANGE, HANS-JOACHIM | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| STEINFORT, SILVIA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| STEINMUELLER, DR. BERND & HILDEGARD | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| TALREJA, ROHINI | APT BLOCK 2 RIVER VALLEY GROVE #02-01 SINGAPORE 238405 SINGAPORE |
| THE MINAMI-NIPPON BANK LIMITED | 1-1 YAMASHITA-CHO KAGOSHIMA CITY KAGOSHIMA 892-0816 JAPAN |
| THOEMEL, HEINZ | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| UTTENDORF, WILFRIED | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| VOLK, HELMUT UND ANNEMARIE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| VON DER HEYDE, PHILIP | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WARTAK, BEATE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WEBER HANS-HERMANN | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| WEIDLICH, JOERG | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WEISS, RENATE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WENZEL, PETER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WERNER, FRIEDHELM AND IRENE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WILDEBRAND, PETER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WIPPERN, MARGIT | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WITTIG, HANSPETER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WOLF, ANDREAS | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WOLSKI, MIECZYSLAW | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| ZELLINGER, ERNST | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

Total Creditor count  87

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BANQUE SAFDIE SA | 1, RUE DE LA TOUR-DE-L'ILE CASE POSTALE 5415 CH – 1211 GENEVE 11 SWITZERLAND |
| BANQUE SAFDIE SA | EDWARD NEIGER 317 MADISON AVE FL 21 NEW YORK NY 10017-5208 |
| FRANZ, ROBERT | 6 BAYER LN BOONTON NJ 07005-9443 |
| GLITNIR BANKI HF | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |

**Total Creditor count  4**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ACM GLOBAL CREDIT – U.S. SUB-FUND | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ACM GLOBAL CREDIT – U.S. SUB-FUND | C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| AGOSTINI, EDWARD J. AND SYLVIA | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| AGOSTINI, EDWARD J. AND SYLVIA | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBALTT LLC 885  3RD AVE NEW YORK NY 10022 |
| AGOSTINI, EDWARD J. AND SYLVIA | JTWROS 6365 COLLINS AVE., APT. 3603 MIAMI BEACH FL 33143 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER | FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN BOND FUND, INC. | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN BOND FUND, INC. | ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE – | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE – | ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND I | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND I | ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERI | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERI | ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERI | ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| BANQUE PROFIL DE GESTION | COURS DE PRIVE GENEVA 1204 SWITZERLAND |
| BARRIOS, ROSALINDA; AN INDIVIDUAL | W. DOZORSKY, ESQ. 2152 DUPONT DRIVE; SIUTE 214-A IRVINE CA 92612 |
| BERNIER, FRANCOIS | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| BERNIER, FRANCOIS | KUILBERG 36 HEUSDEN-ZOLDER 3550 BELGIUM |
| BOOTEN, MICHELE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| BOOTEN, MICHELE | PAUWENGRAAF 60 MAASMECHELEN 3630 BELGIUM |
| BORENSTEIN, ROBERTA | 18 WINDY RIDGE PLACE WILTON CT 06897 |
| CARTY, LEA | 445 3RD ST., # 4R BROOKLYN NY 11215 |
| CF MIDAS BALANCED GROWTH FUND | BEAUFORT HOUSE 51 NEW NORTH ROAD EXETER, DEVON EX4 4EP UNITED KINGDOM |
| COLEMAN, MICHAEL ALEXIS SR. | 2 FREEMAN STREET BUFFALO NY 14215 |
| DE CLERCQ, FRANCOISE | RUE VANDERCAMMEN 22 BRUXELLES 1160 BELGIUM |
| DE CLERCQ, FRANCOISE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | 6365 COLLINS AVE., APT. 3603 MIAMI BEACH FL 33143 |
| FINANCIAL SERVICES COMPENSATION SCHEME LIMITED, TH | FAO: JAMES DARBYSHIRE 7TH FLOOR, LLOYDS CHAMBERS 1 PORTSOKEN STREET LONDON E1 8BN UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| FITVOYE, CLAUDE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| FITVOYE, CLAUDE | RUE DE L'ABATTOIR 41/2 BINCHE 7130 BELGIUM |
| FRANSSEN, MATTHIAS | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| FRANSSEN, MATTHIAS | VICHTESTEENWEG 121 DEERLIJK 8540 BELGIUM |
| GODARD, ALAIN & JEANNINE BRONCKART | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN  BT. 8 BRUSSELS 1160 BELGIUM |
| GODARD, ALAIN & JEANNINE BRONCKART | CLOS DU COLBIE 46 BRAINE-L'ALLEUD 1420 BELGIUM |
| SANFORD C. BERNSTEIN FUND II, INC. - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANFORD C. BERNSTEIN FUND II, INC. - | BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| SANFORD C. BERNSTEIN FUND, INC. - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANFORD C. BERNSTEIN FUND, INC. - | INTERMEDIATE DURATION PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBALTT LLC 885  3RD AVE NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | 6365 COLLINS AVE., APT 3603 MIAMI BEACH FL 33143 |
| TINANT, DANIELLE | AV. DES TILLEULS 16 RHODE-ST-GENES 1640 BELGIUM |
| U.S. BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| VALKENBORGS, ROGER | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| VALKENBORGS, ROGER | SCHANSSTRAAT 95 HEUSDEN-ZOLDER 3550 BELGIUM |

Total Creditor count  50

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ARC CAPITAL & INCOME PLC | MICHAEL BARRON DICKSON MINTO W.S. ROYAL LONDON HOUSE 22-25 FINSBURY SQUARE LONDON EC2A 1DX UNITED KINGDOM |
| ARC CAPITAL & INCOME PLC | ATTN: JOHN GRACEY 22 LOVAT LANE LONDON EC3R 8EB UNITED KINGDOM |
| ARC CAPITAL & INCOME PLC | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASTALA, LEENA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| AVIKAINEN, PAAVO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| CORNER BANCA SA | VIA CANOVA 16 LUGANO 6900 SWITZERLAND |
| DOVESTA OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| ETELA-SAVON LASKENTA JA KONSULTOINTI KY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HANNULA, JORMA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HARJUNPAA, SAMULI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HARKALA, MIKKO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HEIKKINEN, MIKKO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HELENIUS, MARKO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HELIN, JAAKKO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HIMANEN, ARTO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HOCKMAN, JUKKA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HORNA, TOMI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| JUSSI-TUOTE OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| KARIJOEN METALLI OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| KERALA GROUP OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| KOIVISTO, RAIMO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| KUIVALAINEN, KIRSTI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LAITINEN, PASI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LAMPPU, PERTTI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LEHTIMAKI, MIKA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LINDWALL, KIM | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LINDWALL, LEO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MAKELA, SEPPO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE |

| Claim Name | Address Information |
|---|---|
| MAKELA, SEPPO | SQUARE BOSTON MA 02109 |
| MUTANEN, JANNE | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PEKKA KARHUMAKI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PIETILA, JUKKA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PURHONEN, AKI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| RINNE, JUHA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| ROVIO, JYRKI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SSP – STAINLES STEEL PRODUCTION OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| TERO FENNANDER KY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| TUJUNEN, MIKAEL | C/O PAMELA SMITH HOLLEMAN ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| VAINIO, JARNO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| VILJAKAINEN, MATTI | C/O PAMELA SMITH HOLLEMAN ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |

**Total Creditor count  39**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |

**Total Creditor count  1**

**EXHIBIT I**

| Claim Name | Address Information |
| --- | --- |
| A. LOKAPOJAT OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| AHONEN, JUHANI | PAJATIE 4 PUDASJARVI FI-93100 FINLAND |
| AKIATRO OY | SORAHARJUNKATU 14A FIN TAMPERE 33270 FINLAND |
| ALAHUHTA, JORMA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| ALANDSBANKEN SVERIGE AB (PUBL) | ATTN: OPERATIONS, STUREPLAN 19 STOCKHOLM 107 81 SWEDEN |
| ALANDSBANKEN SVERIGE AB (PUBL) | NINA E. ANDERSSON-WILLARD, ESQ. BROWN RUDNICK LLP ONE FINANCIAL CENTER BOSTON MA 02111 |
| ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT MBH | ATTN: MAG SABINE ZECHA, CRM HIETZINGERKAI 101-105 WIEN 1130 AUSTRIA |
| ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT MBH | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| BA-RO FINLAND OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| BLOMFELT, PETRI | WHITE & CASE LLP ETELARANTA 14 HELSINKI 00130 FINLAND |
| BLOMFELT, PETRI | LUKKARIMAENTIE 3 A HELSINKI 00680 FINLAND |
| ERKINMIKKO, JORMA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HAAPALA, EINO | JENNINKATU 2 LAHTI 15610 FINLAND |
| HELANDER, JOUNI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HIPPI, RAMI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| HYTONEN, JUHA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| IIN MP OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INSINOORITOIMISTO SUOMEN UNIT OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INVENIUS, KIMMO | WHITE & CASE LLP ETELARANTA 14 HELSINKI 00130 FINLAND |
| INVENIUS, KIMMO | LEPIKKOAHONTIE 19 LEHMO 80710 FINLAND |
| JPF PEAT OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| JUKARAINEN, JAAKKO | C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI FI-00100 FINLAND |
| KANGAS, SAMI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| KANKKUNEN, PIRJO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| KOSKELA, MARKO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| KULJETUSLIIKE YRJO ERAMIES OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| KUNNASRANTA, TARMO | C/O PAMELA SMITH HOLLERMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LAITINEN, KAIJA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LAITINEN, OLLI-PEKKA | C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI FI-00100 FINLAND |
| LAMMI, KIMMO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LAUKKANEN, MARKKU | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| LOHI, MARKUS | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LVI-KONSULTOINTI J. VAARALA OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MIETTINEN, HANNU | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| NISKANEN, PEKKA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| OULUN REMONTTI IDEA OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| OY ARISTO-INVEST AB | C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI FI-00100 FINLAND |
| PAALASMAA, ESKO | DAGMARINKATU 14 A 33 HELSINKI 00100 FINLAND |
| PALOMAKI, EIJA | YLISKYLANKAARI 2A HELINSKI 00840 FINLAND |
| PARHA, TUOMO | WHITE & CASE LLP ETELARANTA 14 HELSINKI 00130 FINLAND |
| PARHA, TUOMO | SEPANJOENTIE 137 HEINAMAA 16330 FINLAND |
| PARTONEN, TEIJO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PRIBORI OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| RANTALA, LEO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| REINIKAINEN, EERO | HARKATIE 6 KUOPIO 70780 FINLAND |
| RIIPINEN, JYRKI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| ROUHIAINEN, PIRKKO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SAARINEN, VESA | TERVAKONKATU 12 LAHTI 15230 FINLAND |
| SAASTOPANKKI, LAMMIN | C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI FI-00100 FINLAND |
| SAHKOBIT OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SEPPALA, OLLI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SIIRTOLA, JAAKKO | KIUTTUPURONTIE 5 VIMPELI 62800 FINLAND |
| SILLANPAA, TYTTI | MECHELININKATU 34 B A 7 HELSINKI 00260 FINLAND |
| SILTALA, MARJA-TERTTU | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SINTONEN, SEPPO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SUOMALAINEN, PASI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| TIIRO, RISTO | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| TOLONEN, EERO | C/O PAMELA SMITH HOLLERMAN ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| TUOHIMAA, TARJA | WHITE & CASE LLP ETELARANTA 14 HELSINKI 00130 FINLAND |
| TUOHIMAA, TARJA | LUMIKINTIE 4 D 280 HELSINKI 00820 FINLAND |
| TUOKKO, OLAVI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| VAARA, MATTI | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| VAASAN SUOJAVERHO OY | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
| --- | --- |
| VARE, JARI | C/O PAMELA SMITH HOLLEMAN ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| VIITANEN, JUKKA | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| WEGELIN & CO, PRIVATBANKIERS | BOHL 17 ST. GALLEN 9004 SWITZERLAND |
| WORLIN, JOUKO | C/O PAMELA SMITH HOLLEMAN ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| YLA-TULIJOKI, JUHANI | C/O PAMELA SMITH HOLLEMAN ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |

**Total Creditor count  68**

KULJETUSLIIKE YRJO ERAMIES OY
C/O PAMELA SMITH HOLLEMAN, ESQ.
SULLIVAN & WORCESTER LLP
ONE POST OFFICE SQUARE
BOSTON,  MA  02109