UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                 :

In re                               :        Chapter 11 Case No.

                                                 :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)

                                               :        (Jointly Administered)

                         Debtors.        :

                                                 :

-------------------------------------------------------------------x    Ref. Docket Nos. 19971-19982,
                                                 19984, 19987, 19988, 20269-20271,
                                                 20273-20275, 20277, 20278

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 28, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
3rd day of October, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  AMBER MASTER FUND (CAYMAN) SPC
    C/O AMBER CAPITAL, LP
    900 THIRD AVENUE, SUITE 200
    ATTN: JED RUBIN
    NEW YORK NY 10022

AMBER MASTER FUND (CAYMAN) SPC
AMBER MASTER FUND (CAYMAN0 SPC
CHADBOURNE & PARKE LLP
30 ROCKEFELLER PLAZA
ATTN: DAVID LEMAY, ESQ, CHRISTY RIVERA, ESQ
NEW YORK NY 10112

Please note that your claim # 17225 in the above referenced case and in the amount of
    $149,425,467.00   Unliquidated        has been transferred **(unless previously expunged by court order)**

SILVER POINT CAPITAL FUND, L.P.
TRANSFEROR: AMBER MASTER FUND (CAYMAN) SPC
ATTN: BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

SILVER POINT CAPITAL FUND, L.P.
ANDREWS KURTH LLP
ATTN: DAVID HOYT
450 LEXINGTON AVENUE
NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20273    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/28/2011                                    Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez

                                        By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 28, 2011.

# EXHIBIT B

TIME: 18:03:10
DATE: 09/28/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| AMBER MASTER FUND (CAYMAN) SPC | C/O AMBER CAPITAL, LP 900 THIRD AVENUE, SUITE 200 ATTN: JED RUBIN NEW YORK NY 10022 |
| AMBER MASTER FUND (CAYMAN) SPC | AMBER MASTER FUND (CAYMAN) SPC CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA ATTN: DAVID LEMAY, ESQ, CHRISTY RIVERA, ESQ NEW YORK NY 10112 |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, SARL | TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: SCOTT HOPSON 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: FOREST ONE SPRL ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SWIX 7JH UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: FORESTHEIR SPRL ATTN: GUILHEM BOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SWIX 7JH UNITED KINGDOM |
| CLARIDEN LEU LTD. | TRANSFEROR: RBS COUTTS BANK AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CSCP CREDIT ACQUISITION HOLDINGS LUXCO, SARL | TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: LISA MURRAY 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152 |
| FOREST ONE SPRL | ATTN: MONSIEUR YVES FORESTIER CHAUSSEE DE LA HULPE 178 1170 WATERMAEL-BOITSPORT    BELGIUM |
| FOREST ONE SPRL | ATTN: W. STREMBA, ESQ. TROUTMAN SANDERS LLP CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| FORESTHEIR SPRL | ATTN: MONSIEUR JEAN-CLAUDE FORESTIER CHAUSSEE DE LA HULPE 178 1170 WATERMAEL-BOITSPORT   BELGIUM |
| FORESTHEIR SPRL | LEE W. STREMBA, ESQ. TROUTMAN SANDERS LLP CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| OSTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT | DLA PIPER WEISS-TESSBACH ATTN: CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA |
| OSTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. ATTN: VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| OSTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT | ON BEHALF OF VOLKSBANK VORARLBERG E. GEN. KOLINGASSE 14-16 VIENNA A-1090 AUSTRIA |
| OSTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT | TRANSFEROR: OSTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFFT ON BEHALF OF VOLKSBANK VORARLBERG E. GEN. ATTN: VERENA RUPP A-1090 VIENNA KOLINGASSE VIENNA 14-16 AUSTRIA |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND |
| SILVER POINT CAPITAL FUND, L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| SILVER POINT CAPITAL FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: AMBER MASTER FUND (CAYMAN) SPC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: CAPITAL SERVICES HOLDING CORP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |

Total Number of Records Printed    24

EPIQ BANKRUPTCY SOLUTIONS, LLC