UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x  Ref. Docket Nos. 20265, 20268,
20283-20291, 20293-20300

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 29, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
3rd day of October, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |   08-13555 (JMP)
                                              |
                                              |   (Jointly Administered)
              Debtors.                        |
                                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
       To:   DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: GE FINANCIAL MARKETS
             ATTN: RICH VICHAIDITH
             60 WALL STREET
             3RD FLOOR
             NEW YORK NY 10005
```

Please note that your claim # 21894-09 in the above referenced case and in the amount of
       $25,000,000.00   allowed at $25,000,000.00         has been transferred **(unless previously expunged by court order)**

```
             CVI GVF (LUX) MASTER S.A.R.L.
             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
             C/O CAR VAL INVESTORS UK LIMITED
             ATTN: ABI RICHL
             KNOWLE HILL PARK - FAIRMILE LANE
             COBHAM, SURREY    KT11 2PD
             UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20283        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/29/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 29, 2011.

# EXHIBIT B

```
TIME: 18:18:17                                      LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 09/29/11                                           CREDITOR LISTING

Name                                              Address
ASPECTA ASSURANCES INTERNATIONAL SA               TRANSFEROR: ING LUXEMBOURG 5, RUE EUGENE RUPPERT L-2453 LUXEMBOURG
BEHEER MAATSCHANNIJ BETIE B.V.                    FELLINILAAN 180 SH ALMERE  1325 NETHERLANDS
BEYNE, R. EN/OF R.D.H. BEYNE - TIELEN             FELLIMILAAN 180 SH ALMERE  1325 NETHERLANDS
BRUGGEN, PEERAER-VAN                              LOONSEBAAN 82 B VUGHT  5263 CP NETHERLANDS
CHENAVARI FINANCIAL ADVISORS LTD.                 TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: GUILHEM GOYARD 1 GROSVENOR PLACE LONDON  SW1X 7JH UNITED KINGDOM
CVF LUX MASTER S.A.R.L.                           TRANSFEROR: FROLEY REVY ALTERNATIVE STRATEGIES MASTER FUND C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE COBHAM
                                                  SURREY  KT11 2PD UNITED KINGDOM
CVI GVE (LUX) MASTER S.A.R.L.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CAR VAL INVESTORS UK LIMITED ATTN: ABI RICHL KNOWLE HILL PARK - FAIRMILE LANE
                                                  COBHAM, SURREY  KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CAR VAL INVESTORS UK LIMITED ATTN: ABI RICHL KNOWLE HILL PARK - FAIRMILE LANE
                                                  COBHAM, SURREY  KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GE FINANCIAL MARKETS ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
FROLEY REVY ALTERNATIVE STRATEGIES                C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004
MASTER FUND
GALAXITE MASTER UNIT TRUST (BLK TICKER:           C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022
GLX), THE
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GALAXITE MASTER UNIT TRUST (BLK TICKER: GLX), THE C/O GOLDMAN SACHS & CO. ATTN: RICK CANONICO
                                                  20 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GALAXITE MASTER UNIT TRUST (BLK TICKER: GLX), THE C/O GOLDMAN SACHS & CO. ATTN: RICK CANONICO
                                                  30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
ING LUXEMBOURG                                    52, ROUTE D'ESCH L-2965 LUXEMBOURG
KD LIFE, INSURANCE COMPANY, PLC                   CELOVSKA CESTA 206 LJUBLJANA  1000 SLOVENIA
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: BEHEER MAATSCHANNIJ BETIE B.V. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: BEYNE, R. EN/OF R.D.H. BEYNE - TIELEN ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: BRUGGEN, PEERAER-VAN ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: KD LIFE, INSURANCE COMPANY, PLC ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: R.P.F.M. VAN DER VLIES BEHEER B.V. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: VAN DER VLIES, R.P.F.M. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: VAN DER VLIES-PIJNENBORG, H.J.J. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: VLAAMSE KAPUCIJNEN VZW ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: WEICKERT, ROBERT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: WIJRSTER, J. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: WILLEMS, J. & F.M. WILLEMS-VAN DER WIJST ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LUZERNER KANTONALBANK AG                          IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                          LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC            RICHARDS KIBB & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: SAF BTP VIE 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND
R.P.F.M. VAN DER VLIES BEHEER B.V.                MARKIESAAT 25 VUGHT  5262 RA NETHERLANDS
SAF BTP VIE                                       JENNIFER C. DEMARCO, ESQ & JENNIFER B. PREMISLER, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019
SAF BTP VIE                                       PIERRE RAMADIER 7 RUE DU REGARD PARIS  75006 FRANCE
SAF BTP VIE                                       CORINNE CAZENAVE AND THIERRY GAINON PRO BTP FINANCE 7 RUE DU REGARD PARIS  75006 FRANCE
VAN DER VLIES, R.P.F.M.                           MARKIESAAT 25 VUGHT  5262 RA NETHERLANDS
VAN DER VLIES-PIJNENBORG, H.J.J.                  MARKIESAAT 25 VUGHT  5262 RA NETHERLANDS
VLAAMSE KAPUCIJNEN VZW                            OSSENMARKT 14 ANTWERPEN  B-2000 BELGIUM
WEICKERT, ROBERT                                  LUSS HEIMER STR. 5 68799 REILLINGEN GERMANY
WIJRSTER, J.                                      HEEMERKLAAN 28 MAARDEN  1412CJ NETHERLANDS
WILLEMS, J. & F.M. WILLEMS-VAN DER WIJST          OUDE MAASSTRAAT 12 UDEN  5404 LG NETHERLANDS


Total Number of Records Printed                    40




                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```