UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                Debtors.

----------------------------------------------------------------x

In re

LEHMAN BROTHERS SPECIAL FINANCING INC.,

                Debtors.

----------------------------------------------------------------x

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

Ref. Docket Nos. 19495, 19497,
19948, 19955, 19994, 19999, 20032,
20082, 20139, 20165, 20203, 20205,
20219, 20220, 20226, 20236, 20238,
20239, 20242, 20253, 20301, 20307,
20309, 20314-20318, 20324, 20325,
20327-20337, 20349, 20351

Chapter 11 Case No.

08-13888 (JMP)
(Jointly Administered)

Ref. Docket No. 281

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 30, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
3rd day of October, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 20562    Filed 10/03/11    Entered 10/03/11 18:36:44    Main Document
Pg 3 of 7

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  CITIBANK, N.A.                              CITIBANK, N.A.
        ATTN: MARIA ELIZABETH COLL                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
        601 LEXINGTON AVENUE, 17TH FLOOR            ATTN: DOUGLAS R. DAVIS
        NEW YORK NY 10022                           1285 AVENUE OF THE AMERICAS
                                                    NEW YORK NY 10019-6064
```

Please note that your claim # 55393-05 in the above referenced case and in the amount of
     $2,712,391.00   Unliquidated         has been transferred **(unless previously expunged by court order)**

```
        CITIGROUP GLOBAL MARKETS INC.               CITIGROUP GLOBAL MARKETS INC.
        TRANSFEROR: CITIBANK, N.A.                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
        ATTN: MARC HEIMOWITZ                        ATTN: DOUGLAS R. DAVIS
        390 GREENWICH STREET, 4TH FLOOR             1285 AVENUE OF THE AMERICAS
        NEW YORK NY 10013                           NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20309        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/30/2011                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 30, 2011.

# EXHIBIT B

```
TIME: 16:42:32                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:     1
DATE: 09/30/11                                         CREDITOR LISTING

Name                                              Address
BANK HAPOALIM (SWITZERLAND) LTD.                  ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH CH-8002 SWITZERLAND
BANK HAPOALIM (SWITZERLAND) LTD.                  PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: LANDWIRTSCHAFTLICHE RENTENBANK ATTN: RICHARD KEARNEY 5 THE NORTH COLONNADE, CANARY WHARF LONDON E14 4BB UNITED KINGDOM
BOS, ADRIAAN CORNELIS                             DE TELLINGHORST 7 HOOGEVEEN 7909 CE NETHERLANDS
CAPITAL PARTNERS SECURITIES CO., LTD              TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN
CHASE LINCOLN FIRST COMMERCIAL                    TRANSFEROR: DCI LONG-SHORT CREDIT FUND JPMORGAN CHASE BANK, N.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
 CORPORATION                                      ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
CHATZOGLOU, IOAURIS                               63 EPTANISOU STR ATHENS 11257 GREECE
CHENAVARI FINANCIAL ADVISORS LTD                  TRANSFEROR: FOREST ONE SPRL ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM
CHENAVARI FINANCIAL ADVISORS LTD                  TRANSFEROR: FORESTHEIR SPRL ATTN: GUILHEM BOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM
CHERVET, C.E                                      RIETVOORNLAAN 16 AVENHORN 1633 DK NETHERLANDS
CHU, TAI-FANG & SHU MEI LIN                       PO BOX 8-95 KAOHSIUNG 807 TAIWAN, PROVINCE OF CHINA
CITIBANK, N.A.                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK, N.A.                                    ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022
CITIGROUP GLOBAL MARKETS INC.                     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: CITIBANK, N.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CVI GVF (LUX) MASTER S.A.R.L.                     TRANSFEROR: STATE OF INDIANA (MAJOR MOVES CONSTRUCTION FUND) C/O CARVAL INVESTORS UK LTD. KNOWLE HILL PARK
                                                  SURREY KT11 2PD UNITED KINGDOM
DC BANK, DEPOSITO-CASSA DER STADT BERN            KOCHERGASSE 6, P.O. BOX CH-3000 BERN 7 SWITZERLAND
DCI LONG-SHORT CREDIT FUND                        DIAMOND MCCARTHY LLP ATTN: HOWARD D. RESSLER , ESQ. 620 EIGHT AVENUE NEW YORK NY 10018
DCI LONG-SHORT CREDIT FUND                        ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO CA 94105
DEUTSCHE BANK AG LONDON BRANCH                    ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG LONDON BRANCH                    CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: BANK OF NOVA SCOTIA, THE C/O DEUTSCHE BANK SECURITIES INC; ATTN: M WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DOORN - DIJK, M.W.                                NOORDRHEIDE 3 AA LAREN 1251 NETHERLANDS
DROGE, J.H.M. EN/OF                               ST. JORISSTRAAT 14-C 'S-HERTOGENBOSCH 5211 HB NETHERLANDS
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE
                                                  712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
FEDERAL HOME LOAN BANK OF PITTSBURGH              ATTN: DANA A. YEALY, ESQ. 601 GRANT STREET PITTSBURGH PA 15219
FEDERAL HOME LOAN BANK OF PITTSBURGH              COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. ATTN: LAURENCE MAY, ESQ. 900 3RD AVENUE, 16TH FLOOR NEW YORK NY 10022
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
GROENEWEGEN, A.A. & S.J.                          MAGERBEEK 30 ESSEN B2910 BELGIUM
GROENEWEGEN, L.A. & J.G.J.                        MAGERBEEK 35 ESSEN B 2910 BELGIUM
GRUSS GLOBAL INVESTORS MASTER FUND                TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065
 (ENHANCED) LTD.
GRUSS GLOBAL INVESTORS MASTER FUND LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065
GSS MASTER SPC - HAYMAN SEGREGATED                TRANSFEROR: J.P. MORGAN SECURITIES LLC HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRISTOPHER E. KIRKPATRICK
 PORTFOLIO                                        2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201
H.S. SECURITIES CO., LTD.                         TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: YOSHIAKI MISHIMA SUMITOMO FUDOSAN SHINJUKU OAK TOWER 27F, 6-8-1
                                                  NISHI-SHINJUKU, SHINJUKU-KU TOKYO 163-6027 JAPAN
HAYMAN CAPITAL MASTER FUND, L.P.                  TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: CHRISTOPHER E KIRKPATRICK 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201
HONIG, CLAES C.                                   VOERT 17 BERGEN 1861 PE NETHERLANDS
INFINITI TRUST (ASIA) LIMITED AS TRUSTEE          3806 CENTRAL PLAZA 18 HARBOUR ROAD WANCHAI HONG KONG
 OF THE UNION TRUST
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: CITIBANK, N.A. C/O SUSAN MCNAMARA JPMORGAN LEGAL DEPARTMENT MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005-1401
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. C/O J.P. MORGAN SECURITIES INC. MAIL CODE: NY1-M138 383 MADISON AVENUE, 37TH FLOOR
                                                  NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005
LEHMAN BROTHERS JAPAN INC                         NOBUTAKA TANAKA KISHIMOTO BUILDING 2F, 2-1, MARUNOUCHI 2-CHOME, CHIYODA-KU, TOKYO, 100-0005 JAPAN
LEHMAN BROTHERS JAPAN INC                         LORENZO MARINUZZI, ESQ. MORRISON & FOERSTER LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104
LEHMAN BROTHERS JAPAN INC                         TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO
                                                  6-10-1 ROPPONGI, MINATO-KU TOKYO, 106-6137 JAPAN
LIQUIDITY SOLUTIONS, INC                          TRANSFEROR: GROENEWEGEN, A.A. & S.J. ONE UNIVERSITGY PLAZA, SUITE 312 HACKENSACK NJ 07601


                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 16:42:32
DATE: 09/30/11
PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| LIQUIDITY SOLUTIONS, INC | TRANSFEROR: MARFIN POPULAR BANK PUBLIC CO., LTD. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BOS, ADRIAAN CORNELIS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CHATZOGLOU, IOAURIS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CHERVET, C.E ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CHU, TAI-FANG & SHU MEI LIN ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DC BANK, DEPOSITO-CASSA DER STADT BERN ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DOORN - DIJK, M.W. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DROGE, J.H.M. EN/OF ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: GROENEWEGEN, L.A. & J.G.J. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: HONIG, CLAES C. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: INFINITI TRUST (ASIA) LIMITED AS TRUSTEE OF THE UNION TRUS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: MALIFO ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: POLYCHROUIS, KAYOURIS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: PRIVATSTIFTUNG, WINFRIED AUBELL ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SHIEH, DAVID CHING-CHUN ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: TOLBOOM, WBM & WG ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: WIJDENES, W./BEHEER MY NIERMANS & CO BV ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: XUNDHEIT ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIVERPOOL LIMITED PARTNERSHIP, THE | C/O ELLIOT MANAGEMENT CORPORATION 715 5TH AVENUE 35TH FLOOR NEW YORK NY 10019 |
| MAEDA SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: YOSHIAKI TAKAKURA FUKUOKA-SHI CHOU-KU TENJIN 2-13-1 FUKUOKA BANK HEAD OFFICE BUILDING 9TH FLOOR FUKUOKA 810-0001 JAPAN |
| MALIFO | SOCIETE DE GASTION DE PATRIMOINE FAMILIA (SPF) C/O FONS MANGEN GB BOULEVARD PUNU MENNI LUXEMBOURG L 1724 GERMANY |
| MALIFO | SOCIETE DE GASTION DE PATRIMOINE FAMILIAL (SPF) C/O FONS MANGEN GB BOULEVARD PUNU MENNI LUXEMBOURG L 1724 LUXEMBOURG |
| MARFIN POPULAR BANK PUBLIC CO., LTD. | 39 ARCH. MAKARIOS III AVENUE NICOSIA CY-1065 CYPRUS |
| MEIHO CHEMICAL INDUSTRY CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TAMIE HIRANO 3-1-2 KAMIMINAMI, HIRANO-KU, OSAKA-SHI OSAKA 547-0003 JAPAN |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: FEDERAL HOME LOAN BANK OF PITTSBURGH ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| ORIENTAL LEISURE CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: KEIKO YATO ASIA BLDG, ROOM NO. 400 8-1-8, ISOGAMI-DORI CHUO-KU KOBE 651-0086 JAPAN |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. ATTN: DANIEL KAMENSKY 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| PIPER JAFFRAY & CO | ATTN: JAMES M. MARTIN 800 NICOLLET MALL MINNEAPOLIS MN 55402 |
| PIPER JAFFRAY & CO | DAVID NEIER WINSTON & STRAWN LLP 200 PARK AVE NEW YORK NY 10166 |
| POLYCHROUIS, KAYOURIS | 12 MAKRYGIOURIS STR N IONIA, ATHENS 14235 GREECE |
| PRIVATSTIFTUNG, WINFRIED AUBELL | GOETHESTRASSE 45, GRAZ A-8010 AUSTRIA |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: PIPER JAFFRAY & CO ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SHIEH, DAVID CHING-CHUN | 12F, NO. 150 FU HSIN NORTH ROAD TAIPEI 80666 TAIWAN, ROC |
| SHIEH, DAVID CHING-CHUN | UBS, AG SAN FRANCISCO BRANCH C/O DAVID CHING-CHUNG SHIEH ATTN: KATHRYN YOUNG 101 CALIFORNIA ST., SUITTE 2770 SAN FRANCISCO CA 94111 |
| STATE OF INDIANA (MAJOR MOVES CONSTRUCTION FUND) | C/O RICHARD MOURDOCK, TREASURER OF THE STATE OF INDIANA 200 WEST WASHINGTON STREET, SUITE 242 INDIANAPOLIS IN 46204-2792 |
| TAKAGI SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TOMOAKI TAKAGI 1-8-3, NIHONBASHI-MUROMACHI CHUO-KU TOKYO 103-0022 JAPAN |
| TODAIJI TEMPLE | TRANSFEROR: LEHMAN BROTHERS JAPAN INC HONBOU KUYAMA TAISUKE 406-1, ZOSHI-CHO, NARA-SHI NARA-KEN 630-8587 JAPAN |
| TOLBOOM, WBM & WG | KLEIN HOFWEG 15 TERSCHUUR 3784 PV NETHERLANDS |
| TOWA PHARMACEUTICAL CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: NORIKO SHINTANI 2-11, SHINBASHI-CHO, KADOMA OSAKA 571-8580 JAPAN |
| WIJDENES, W./BEHEER MY NIERMANS & CO BV | HERENGRACHT 52D AMSTERDAM 1015 BN NETHERLANDS |
| XUNDHEIT | PILATUSSTRASSE 28 LUZERN CH-6002 SWITZERLAND |

Total Number of Records Printed          88

EPIQ BANKRUPTCY SOLUTIONS, LLC