**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
:
In re                               :      Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :      **08-13555 (JMP)**
:      **(Jointly Administered)**
      Debtors.                  :
:      **Ref. Docket Nos. 20341-20346,**
-----------------------------------------------------------------------x    **20358, 20359, 20363-20366**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 28, 2011, I caused to be served the:

   a. "Notice of Adjournment of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated September 28, 2011 [Docket No. 20341], (the "40th Omnibus NOA"),

   b. "Notice of Adjournment of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated September 28, 2011 [Docket No. 20342], (the "41st Omnibus NOA"),

   c. "Notice of Adjournment of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims," dated September 28, 2011 [Docket No. 20343], (the "42nd Omnibus NOA"),

   d. "Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims," dated September 28, 2011 [Docket No. 20344], (the "43rd Omnibus NOA"),

   e. "Notice of Adjournment of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims," dated September 28, 2011 [Docket No. 20345], (the "97th Omnibus NOA"),

    f.    "Notice of Adjournment of Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation)," dated September 28, 2011 [Docket No. 20346], (the "125th Omnibus NOA"),

    g.    "Notice of Adjournment of Debtors' One Hundred Thirty-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated September 28, 2011 [Docket No. 20358], (the "133rd Omnibus NOA"),

    h.    "Notice of Adjournment of Debtors' One Hundred Thirty-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated September 28, 2011 [Docket No. 20359], (the "134th Omnibus NOA"),

    i.    "Notice of Adjournment of Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims (No Liability Pension Claims) Solely as to Certain Claims," dated September 28, 2011 [Docket No. 20363], (the "175th Omnibus NOA"),

    j.    "Notice of Adjournment of Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated September 28, 2011 [Docket No. 20364], (the "176th Omnibus NOA"),

    k.    "Notice of Adjournment of Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) Solely as to Certain Claims," dated September 28, 2011 [Docket No. 20365], (the "177th Omnibus NOA"), and

    l.    "Notice of Adjournment of Debtors' One Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability 401(K) Claims) Solely as to Certain Claims," dated September 28, 2011 [Docket No. 20366], (the "178th Omnibus NOA"),

by causing true and correct copies of the:

    i.    40th Omnibus NOA, 41st Omnibus NOA, 42nd Omnibus NOA, 43rd Omnibus NOA, 97th Omnibus NOA, 125th Omnibus NOA, 133rd Omnibus NOA, 134th Omnibus NOA, 175th Omnibus NOA, 176th Omnibus NOA, 177th Omnibus NOA, 178th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    40th Omnibus NOA, 41st Omnibus NOA, 42nd Omnibus NOA, 43rd Omnibus NOA, 97th Omnibus NOA, 125th Omnibus NOA, 133rd Omnibus NOA, 134th Omnibus NOA, 175th Omnibus NOA, 176th Omnibus NOA, 177th Omnibus NOA, 178th Omnibus NOA, delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

    iii.    40th Omnibus NOA, 41st Omnibus NOA, 42nd Omnibus NOA, 43rd Omnibus NOA, 97th Omnibus NOA, 125th Omnibus NOA, 133rd Omnibus NOA, 134th Omnibus NOA, 175th Omnibus NOA, 176th Omnibus NOA, 177th Omnibus NOA, 178th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.   40th Omnibus NOA, , to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit D,

v.   41st Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit E,

vi.   42nd Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit F,

vii.   43rd Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit G,

viii.   97th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit H,

ix.   125th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit I,

x.   133rd Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit J,

xi.   134th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit K,

xii.   175th Omnibus NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered by overnight mail to the party listed on the annexed Exhibit L,

xiii.   176th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit M,

xiv.   177th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit N, and

xv.   178th Omnibus NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered by overnight mail to the party listed on the annexed Exhibit O.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/ Pete Caris_____
Pete Caris

Sworn to before me this
30th day of September, 2011
_/s/ Eleni Kossivas_____
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com

## LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com

drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
echen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| hbeltzer@mayerbrown.com | jgarrity@shearman.com |
| heidi@crumbielaw.com | jgenovese@gjb-law.com |
| heim.steve@dorsey.com | jguy@orrick.com |
| heiser@chapman.com | jherzog@gklaw.com |
| hollace.cohen@troutmansanders.com | jhiggins@fdlaw.com |
| holsen@stroock.com | jhorgan@phxa.com |
| howard.hawkins@cwt.com | jhuggett@margolisedelstein.com |
| hseife@chadbourne.com | jhuh@ffwplaw.com |
| hsnovikoff@wlrk.com | jim@atkinslawfirm.com |
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jaclyn.genchi@kayescholer.com | jlipson@crockerkuno.com |
| jacobsonn@sec.gov | jliu@dl.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmcginley@wilmingtontrust.com |
| jason.jurgens@cwt.com | jmelko@gardere.com |
| jay.hurst@oag.state.tx.us | jmerva@fult.com |
| jay@kleinsolomon.com | jmmurphy@stradley.com |
| jbecker@wilmingtontrust.com | jmr@msf-law.com |
| jbeemer@entwistle-law.com | jnm@mccallaraymer.com |
| jbeiers@co.sanmateo.ca.us | john.monaghan@hklaw.com |
| jbird@polsinelli.com | john.rapisardi@cwt.com |
| jbromley@cgsh.com | john@crumbielaw.com |
| jcarberry@cl-law.com | joli@crlpc.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdrucker@coleschotz.com | joseph.cordaro@usdoj.gov |
| jdyas@halperinlaw.net | joshua.dorchak@bingham.com |
| jean-david.barnea@usdoj.gov | jowen769@yahoo.com |
| jeanites@whiteandwilliams.com | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | jpintarelli@mofo.com |
| jeffrey.sabin@bingham.com | jporter@entwistle-law.com |
| jeldredge@velaw.com | jprol@lowenstein.com |
| jen.premisler@cliffordchance.com | jrabinowitz@rltlawfirm.com |
| jennifer.demarco@cliffordchance.com | jrsmith@hunton.com |
| jennifer.gore@shell.com | jschwartz@hahnhessen.com |
| jeremy.eiden@state.mn.us | jsheerin@mcguirewoods.com |
| jfalgowski@reedsmith.com | jshickich@riddellwilliams.com |
| jflaxer@golenbock.com | jsmairo@pbnlaw.com |
| jfox@joefoxlaw.com | jstoll@mayerbrown.com |
| jfreeberg@wfw.com | jsullivan@mosessinger.com |
| jg5786@att.com | jtimko@shutts.com |

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com

lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com

rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
ssusman@susmangodfrey.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com

thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

## LEHMAN BROTHERS HOLDINGS INC.

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| AMSTER, GERALDINE D. | 1307 PALISADES DR. PACIFIC PALISADES CA 90272 |
| AMSTER, GILBERT & GERALDINE | 1307 PALISADES DR PACIFIC PALISADES CA 90272 |
| BEST LIFE & HEALTH INSURANCE 56011039 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| BIRASCHI,PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BROOKS, DAVID J | 22 BARTLETT DR MANHASSET NY 11030-2121 |
| BUILDING MANAGEMENT SERVICES 1146295 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CATHAY UNITED BANK | 2F, NO 7 SONG REN RD. TAIPEI TAIWAN, PROVINCE OF CHINA |
| CATHAY UNITED BANK | DAVID W. PARHAM BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201 |
| CHAUNY, S.A. | RINCON 487-OF 601 MONTEVIDEO 110000 URUGUAY |
| CHURCH OF SCIENTOLOGY INT. 1481250 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CHURCH OF SCIENTOLOGY RELIGIOUS TR 1406252 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| COLON LOPEZ, ELIZABETH | 2 SOUTH END AVENUE, 7M NEW YORK NY 10280 |
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DE NICOLA, MICHELA | B66 ALBION RIVERSIDE 8 HESTER ROAD LONDON SW11 4AP UNITED KINGDOM |
| DESERET GEN & TRANS CO-OP 1810550 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| DIMEGLIO, ROBERT | 344 E 28TH STREET, SUITE 23H NEW YORK NY 10016 |
| DIXIE AND ANNE LEAVITT FOUNDATION 5184809 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| FILBEE, SARAH M | 107 MAZE HILL GREENWICH LONDON SE108XQ UNITED KINGDOM |
| FOCHT, DEBORAH E | AKERMAN SENTERFITT LESLIE A. UTIGER, ESQ. (ATTORNEY ON BEHALF OF BNC MORTGAGE, INC.) 401 E, JACKSON STREET. SUITE 1700 TAMPA FL 33602 |
| FOCHT, DEBORAH E | 530 E LAUREL ROAD NOKOMIS FL 34275 |
| FRANZO, ROSEMARIE | 119 87TH STREET BROOKLYN NY 11209 |
| FRYER, KELLY | 49 MARITIME CLOSE KENT GREENHITHE DA9 9QW UNITED KINGDOM |
| GELB, JAY | 2 SEACOAST LANE SANDS POINT NY 11050 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD HOLMES NY 12531 |
| HIGH LODGE CAPITAL LLC | C/O DARREN DAVY 3 ALLISON ROAD ALPINE NJ 07620 |
| IRAGORRI, JULIAN | 800 5TH AVE APT 25C NEW YORK NY 10065-7289 |
| LEV ARI, TAL | FLAT 2 STRAFFAN LODGE 1-3 BELSIZE GROVE LONDON NW3 4XE UNITED KINGDOM |
| LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION | 433 METAIRIE ROAD, SUITE 600 METAIRIE LA 70005 |
| LYNCH, BRENDAN E. | 604 SCOTCH RD PENNINGTON NJ 08534 |
| MARSILIO, PAUL A. | 25-11 37TH STREET ASTORIA NY 11103 |
| MATTINGLY, LOUISE | 28 FORT GREENE PLACE BROOKLYN NY 11217 |
| MCCARTHY, BRIAN M. | 195 WALNUT LANE MANHASSET NY 11030 |
| MCCARTHY, LAWRENCE E | 4741 GARDEN POINT TRL WELLINGTON FL 33414 |
| MONAHAN, MARIA | 57 BAYSIDE LN STATEN ISLAND NY 103093908 |
| RAYNER, RUTH J. | LARCH HOUSE HECKFIELD GREEN HOXNE, EYE SUFFOLK IP21 5AA UNITED KINGDOM |
| RIVKIN, JACK L. | PO BOX 2249 AMAGANSETT NY 11930 |
| SCAVONE, JOSEPH | 229 CENTRAL AVENUE DEER PARK NY 11729 |
| SCAVONE, THERESA, FOR JOSEPH SCAVONE | 229 CENTRAL AVENUE DEER PARK NY 11729-5025 |
| SCELLATO, JAMES | 31 FIELD STREET STATEN ISLAND NY 10314 |

| Claim Name | Address Information |
|---|---|
| SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, | REBECA SEVILLA 321 E 43RD ST APT 712 NEW YORK NY 10017-4707 |
| SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, | REBECA SEVILLA SALDIVIA 3447 HAMPRESTON WAY N.W. KENNESAW GA 30144-7442 |
| SHEN, JIANSHENG JENSEN | 8502 HORNWOOD DR. HOUSTON TX 77036 |
| SUTTON, JULIAN R | 33 PINE GROVE BROOKMANS PARK HERTS AL9 7BP UNITED KINGDOM |
| TAYLOR, CHRISTOPHER C | 23220 PARK ENSENADA CALABASAS CA 91302 |
| TEMEL, TULUG T. | 18A BELSIZE SQUARE LONDON NW3 4HT UNITED KINGDOM |
| TENNANT, COLIN H | 21 PRINCEDALE ROAD LONDON W11 3NW UNITED KINGDOM |
| VENTURA COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY 800 S VICTORIA AVE VENTURA CA 93009-1290 |
| VENTURA, GIORGIO | VIA MELCHIORRE GIOIA 53 MILANO 20124 ITALY |
| VERDE VALLEY MEDICAL CENTER 6120100 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| VEREKER, WILLIAM | 13 DAWSON PLACE LONDON W2 4TH UNITED KINGDOM |
| VINTAH BASIN MEDICAL CENTER 8748701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| WESTLB AG | ATTN: LEGAL DEPARTMENT 1211 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10036 |
| WESTLB AG | MARC C. ELLENBERG, ESQ. CADWALADER, WICKERSHAM & TAFT 1201 F STREET, N.W. WASHINGTON DC 20004 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |
| ZAKIAN, PAUL A. | 129 EAST 82ND STREET APT 10A NEW YORK NY 10028 |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO 20095 ITALY |

**Total Creditor count  57**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| CHAN, LORI | 33-49 75TH STREET JACKSON HEIGHTS NY 11372 |
| DAVY, DARREN | 3 ALLISON ROAD ALPINE NJ 07620 |
| GH PHIPPS CONSTRUCTION COMPANIES 7061931 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| HAHN-COLBERT, SANDRA | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| LAYTON COMPANIES, INC, THE 5175510 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| MCMAHON, EDITH E & JOSEPH F. MCMAHON | 310 PACIFIC AVENUE WEST CAPE MAY NJ 08204 |
| REID, WAYNE D, II | 433 LANGLEY OAKS DRIVE MARIETTA GA 30067 |
| RODRIGUEZ-COLON, ELIZABETH | URB. DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| SINCLAIR MEDICAL PLAN SI97400 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| STARTEK INC. 8109959 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UT STATE BAR 8938175 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UTAH BUSINESS/BENCHMARK INSURANCE CO. 8914701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |

**Total Creditor count  14**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG CHINA |
| BURROW, MICHAEL | HOUSEBOAT MADDALENA 106 CHEYNE WALK LONDON SW10 0DG UNITED KINGDOM |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: GALLEN RALUY, LIDIA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CHAN SING CHEUNG &/OR SO WAI LAN | FT E 24/F BLK 1 PARK VIEW GDN 8 PIK TIN STREET SHATIN HONG KONG |
| CHAU KAM MAN & CHIANG WAI MAN VIVIAN | 17A HILLTOP 60 CLOUD VIEW ROAD NORTH POINT HONG KONG |
| CLEIJPOOL, G.J. & VAN DER SANDE, J.M. | TREVIERENLEI 18 SCHOTEN B-2900 BELGIUM |
| DE LA ROSA DIAZ, JOSE ANTONIO | CALLE JULIAN SANZ IBANEZ 44 4-C ZARAGOZA 50017 SPAIN |
| DE LOCHTENBERG BEHEER B.V. | T.A.V. DE HEER O. BARTELS OVERVELDSESTRAAT 2 PRINSENBEEK 4841 KX NETHERLANDS |
| EITO EITO, ANGELES | CALLE DOCTOR CERADA 14-16 ESE. 2, 6 ZARAGOZA 50005 SPAIN |
| F. CH. W. MEVISSEN B.V. | T.A.V. DE HEER F.C.W. MEVISSEN P/A HOEVENSTRAAT 1A ST.HUIBRECHTS-LILLE B-3910 BELGIUM |
| FOK YIM SHEUNG, FLORIA | 26 H BLOCK 13 YUET WU VILLA TUEN MUN HONG KONG |
| GONG CHENG HSIUNG | 23/F B BLOCK 5 AVON PARK 15 YAT-MING ROAD FANLING, NT HONG KONG |
| GONZALEZ ROQUET, MARIA | CALLE VERONICA 16 4 IZQ. ZARAGOZA 50001 SPAIN |
| GROOTENHUIS, J.B. | ROSTOCKLAAN 14 BUSSUM 1404 AG NETHERLANDS |
| HO KAM YUEN | FLAT C, 5/F 28 NASSAU STREET, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| HO, CHU WAI YEE., DR | 8/F HUMPHREY PLAZA, 4 HUMPHREYS AVE TSIM SHA  TSUI KOWLOON HONG KONG |
| IE SHE HOEN & TAN TJIANG MOY | FLAT C-2, 17/F, BLK C, WILSHIRE TOWER 200 TIN HAU TEMPLE ROAD HONG KONG |
| INTEGRALE CCA. | PLACE SAINT JOCQUES 11 BTE 101 LIEGE 4000 BELGIUM |
| JOSE RUIVO DRAGAO, JOAO | VILA DRAGAO ALDEIA CAMPO VILAMOURA QUARTEIRA 8125-417 PORTUGAL |
| JUVENTIS INTERNATIONAL LIMITED | LEVEL 13 1 QUEEN'S ROAD CENTRAL HONG KONG |
| KING SANG, LEUNG | FLAT/ROOM C 20/F BLOCK 5 CITY ONE SHATIN TAK KEI STREET SHATIN N.T. HONG KONG |
| LAFRANCE, HUGHES | 49 RUE JOSEPH GORIN KAIN-TOURNAI 7540 BELGIUM |
| LAFRANCE, MARTINE | 8, RUE DU PAVE DORMONT KAIN-TOURNAI 7540 BELGIUM |
| LAM YING CHOI & YEUNG SO FAN | 12B, BLOCK 1, FLORA GARDEN 7 CHUN FAI ROAD HONG KONG |
| LICERAS RUIZ, JOSE LUIS | C/MEMORIAL NUNEZ BLANCA NO. 9 GRANADA 18007 SPAIN |
| LIN CHAN, HING | SHUK YI LIU, IVY 3A BLOCK 32 GREENWOOD TERRACE 26-28 SUI WO ROAD FO TAN HONG KONG |
| LIN HSIEN HSIUNG &/LIN LAI CHAO YIN &/ | LIN YU TANG &/LIN YU TING NO 58 KWANG MING ROAD TA CHIA TAICHUNG HSIEN 437 TAIWAN, PROVINCE OF CHINA |
| MEEUS LUDOVICUS | COLETTYNENHOF 16 BRUGGE 8000 BELGIUM |
| MEEUS-AELBRECHT, LUDOVICUS | COLETTIJNENHOF 16 BRUGGE 8000 BELGIUM |
| MEVROUW E.C. ROOTVELD EN | MEVROUW F.B.A.P. ROOTVELD GROENLOSEWEG 106 WINTERSWIJK 7104 GA NETHERLANDS |
| MEVROUW N.P.J. VAN LUIJK | MOLENDIJK 20 ROCKANJE 3235 XG NETHERLANDS |
| MOK SIU YUK, EMILY | 161 QUEEN'S ROAD EAST 2ND FLOOR WANCHAI HONG KONG |
| NG PUI SHAN VINCI | FLAT C 21/F BLOCK 11 CITY GARDEN NORTH POINT HONG KONG |
| NORDHAGEN, OVE | HAGAVEIN 17 LOKEN N-1960 NORWAY |
| PARDO CORDERO, EMILIO | CHEMIN D'ARBEILLAT (HARAS) 64490 ACCOUS ACCOUS 64490 FRANCE |
| PLENTYWEALTH INVESTMENT CO. LTD | ROOM 2206 22/F 118 CONNAUGHT ROADWEST HONG KONG HONG KONG |
| POLITT, HANS-DIETRICH | ZUR RAST 14 BADDECKENSTEDT 38271 GERMANY |
| POON YUK WAH | G/F, HOUSE B, 11-13 WILTSHIRE ROAD WILTSHIRE PLACE KOWLOON TONG HONG KONG |
| R.F.P. ROBYN B.V. | REF. J.J.C.M. WILLEMEN ROBYNDYK 179 ROOSENDAAL 4706 MG NETHERLANDS |
| ROOTVELD, H. | GROENLOSEWEG 106 WINTERSWIJK 7104 GA NETHERLANDS |
| SCHAEFER, EDITH | REBMANNSTR. 16 STUTTGART 70180 GERMANY |
| SCHOWALTER, CHRISTINA | MEDARTSHOF 1 MUTTERSTADT 67712 GERMANY |
| SCHRODER, INGRID | BRENTANOSTRASSE 12 BONN D-53113 GERMANY |
| SHRAM, MOSHE AND HANNA SHRAM | 2321 STRATFORD CIRCLE LOS ANGELES CA 90077 |
| SHRAM, MOSHE AND HANNA SHRAM | LAW OFFICES OF JONATHAN SCHWARTZ 4640 ADMIRALTY WAY SUITE 500 MARINA DEL REY CA 90292 |

| Claim Name | Address Information |
|---|---|
| SIEPMANN & CIE GMBH & CO KG | JENISCHSTR. 35 HAMBURG 22609 GERMANY |
| STAHL, GABRIELE | MAIUPARKSTRASSE 11 MAINASCHAFF D-63814 GERMANY |
| STICHTING QUADRAAM | T.A.V. DE HEER DRS.IR. M.A. MITTELMEIJER RI. POSTBUS 7 DUIVEN 6920 AA NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| SUTER, CLAUDIA | MOSERHUGEL 2 BREMGARTEN AG 5620 SWITZERLAND |
| SUTER, CLAUDIA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| TOP ADVANCE LIMITED | 31/F THE CENTER 99 QUEEN'S ROAD CENTRAL HONG KONG |
| TSUI, JOHN &/OR LEE HO YI LINDA | FLAT 4 3/F BLOCK B KING LAI COURT 36-38 COURT FUNG SHING ST NGAU CHI WAN HONG KONG |
| VAN MEURS-BERGSMA, HMA | GRENSLAAN 6 AERDENHOUT 2111 GH NETHERLANDS |
| WEB-PRO TECHNOLOGY LIMITED | P.O. BOX 188 PEJABAT POS MINI, CENTRAL PLAZA 88200 KOTA KINABALU SABAH MALAYSIA |
| WONG YEE WAN & POON KAI HUNG | FLAT E, 8/F, BLK 1 POK FU LAM GDNS POK FU LAM HONG KONG |
| WOUTERS, DANIELLE | STEENOVENSTRAAT 14 WESTMALLE 2390 BELGIUM |
| WRENTON MANAGEMENT LIMITED | 2ND FLOOR ABBOTT BUILDING P.O. BOX 933 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| YAM CHAK HONG HENRY | FLAT A, 17/F, HIBISCUS COURT WORLD-WIDE GARDENS 7 LUNG PAK ST. SHATIN HONG KONG |
| YU CHUN KWAN | RM 808 8/F BLK H LUK YEUNG SUN CHUEN TSUEN WAN, NEW TERRITORIES HONG KONG |

**Total Creditor count  60**

# EXHIBIT G

| Claim Name | Address Information |
|---|---|
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG |
| AJF HOLDING B.V. | TER BORCHLAAN 43 GRONINGEN 9728 XA NETHERLANDS |
| AJF HOLDING B.V. | PLAS|BOSSINADE ADVOCATEN ATTN: MR. S.N.S.M. MAK POSTBUS 1100 GRONINGEN 9701 BC THE NETHERLANDS |
| ANDERSEN, SAMUEL MAGNUS | LONALEITET 157 HAUKELAND 5268 NORWAY |
| AUGUSTO, CHIERICHETTI | VIA DELLA BIELLA, 6 CASTELLANZA (VA) 21053 ITALY |
| BAKKER, P.J. | POSTBUS 741 MAASTRICHT 6200 AS NETHERLANDS |
| BANCO DI NAPOLI S.P.A. | ATTN: DOMENICO VACCARO VIA TOLEDO, 177 NAPOLI 80132 ITALY |
| BANI, THEOPHIL | ST. ULRICHWEG 15 STRENGELBACH 4802 SWITZERLAND |
| BANI, THEOPHIL | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| BIANCO, GRAZIELLA | VIA TANA BASSA, 30 MONTEGROSSO D'ASTI (AT) 14048 ITALY |
| BUGINI, HANS & BARBARA | MITTELDORFSTRASSE 5B HAUSEN AG 5212 SWITZERLAND |
| BUGINI, HANS & BARBARA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| CHU, TAI-FANG & SHU MEI LIN | PO BOX 8-95 KAOHSIUNG 807 TAIWAN, PROVINCE OF CHINA |
| COCA VANO, FRANCISCO JOSE | C/MANUEL DEL VALLE, 16,5 DCHA MADRID 28043 SPAIN |
| DILISSEN, MARLEEN | ENGELSTRAAT 82 SINT-AMANDSBERG 9040 BELGIUM |
| EDIFICACIONES MARSOL, S.A. | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |
| EIGENHEER, HEIDI | BRUNEGGERSTRASSE 11 MORIKEN AG 5103 SWITZERLAND |
| EIGENHEER, HEIDI | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| ERNSDORFO, KARL | C/O ROTTER RECHTSANWALTE LUISE-ULLRICH-STR. 2 GRUNWALD 82031 GERMANY |
| EUROMIX SICAV, SA | AVENIDA MADRID, 77-10-A LOGROFRO 26006 SPAIN |
| FABER, DOEKE C. | VIRULYPAD 27 LEYDEN 2316 ZS NETHERLANDS |
| FIEBIGER, HEINZ | CH DU ROUSSILLON 6 MEYRIN 1217 SWITZERLAND |
| FISCHLI, RUDOLF & MARIANNE | HOHENWEF 41A UNTERSIGGENTHAL 5417 SWITZERLAND |
| FISCHLI, RUDOLF & MARIANNE | HOHENWEG 41A UNTERSIGGENTHAL 5417 SWITZERLAND |
| FISCHLI, RUDOLF & MARIANNE | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| FLACH-MEIER, REGULA | REBHALDENSTRASEE 58 GOSSAU ZH 8625 SWITZERLAND |
| FLACH-MEIER, REGULA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| FRIEDRICH, A.J. | TER BORCHLAAN 43 GRONINGEN 9728 XA NETHERLANDS |
| FRIEDRICH, A.J. | PLAS|BOSSINADE ADVOCATEN ATTN: MR. S.N.S.M. MAK POSTBUS 1100 GRONINGEN 9701 BC THE NETHERLANDS |
| GLOOR, MAX | IM TROTTENACKER 4 BIBERSTEIN 5023 SWITZERLAND |
| GLOOR, MAX | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| GOSELE, HEINZ & DORIS | IM HUBEL 11 SURSEE 6210 SWITZERLAND |
| GOSELE, HEINZ & DORIS | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| HE PING &/OR DING XIAFEN | NO 29 SHAN YANG LU TWO LUNG HUNG HOU DISTRICT SHANGHAI CHINA |
| HEINEMANN, A.A.M. | SEGBROEKLAAN 110 THE HAGUE 2565 DN NETHERLANDS |
| KALT, EDGAR | RIETEREWEG 6 BIRMENSTORF AG 5413 SWITZERLAND |
| KALT, EDGAR | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| KNOLLER, PETER UND MAVITTA | KURPFULFSTR. 10 MAXDORF 67133 GERMANY |
| KNUPP, WALTER & EDITH | GROSSACHERSTRASSE 27 OBERWIL-LIELI 8966 SWITZERLAND |
| KNUPP, WALTER & EDITH | TECTRON AG FINANCBERATUNG HINGERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| KOK, ERIC | 54 JALAN BUKIT SEGAR 3 TAMAN SEGAR CHEARS KUALA LUMPUR 56100 MALAYSIA |
| KONIG, P.C. | WIJNKOOPSBAAI 98 CAPELLE A/D IJSSEL 2904BR NETHERLANDS |
| KUPAT HATAGMULIM SHEL OVDEY BANK LEUMI LTD | YEHUDA HALEVI ST NO. 9 TELAVIV 65135 ISRAEL |
| LIMTONG MANUEL TAN &/ | OR LIMTONG EUSEBIO EDGARDO TAN SERAFIN BORCES STREET MABOLO CEBU CITY PHILIPPINES |
| LIN WU CHUEH & SHIH SHU TSUN | NO 36 LANE 319 CHIN HUA RD TAICHUNG TAIWAN, PROVINCE OF CHINA |
| MARTINEZ LOPEZ, ENCARNACION | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |

| Claim Name | Address Information |
|---|---|
| MEYER-MEIER, ADRIAN | MARTINSBERGSTR 12 BADEN 5400 SWITZERLAND |
| MEYER-MEIER, ADRIAN | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| MOHINANI HASSOMAL BULCHAND &/ | OR MOHINANI RENU HARISH FLAT A 15/F WING ON COURT 24 HOMANTIN HILL ROAD KOWLOON HONG KONG |
| MOTLLO CARBO, ANTONIO | C/ LOS PENASCALES 46, 6-A MADRID 28028 SPAIN |
| MOTLLO MARTINEZ, ANTONIO | C/ SANTA MARIA MAGDALENA 19 MADRID 28016 SPAIN |
| NIESZNER, THOMAS & CORNELIA | BLEUMATTHALDE 10 GIPF-OVERFRICK 5073 SWITZERLAND |
| NIESZNER, THOMAS & CORNELIA | BLEUMATTHALDE 10 GIPF-OBERFRICK 5073 SWITZERLAND |
| NIESZNER, THOMAS & CORNELIA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| REYMEN, EDMOND | K. DE PRETERLEI 42 BORGERHOUT 2140 BELGIUM |
| SCHENKER, RUDOLF & ERIKA | SALISTRASSE 1 DANIKEN SO 4658 SWITZERLAND |
| SCHENKER, RUDOLF & ERIKA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-55-6 SWITZERLAND |
| SCHEURMANN, BEATRIX | ALLMENDWEG 3 SAFENWIL 5745 SWITZERLAND |
| SCHEURMANN, BEATRIX | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| SCHNOPP, MAX LUDWIG | HUMBELRAIN 14 SCHONENBERG ZH 8824 SWITZERLAND |
| SCHNOPP, MAX LUDWIG | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| SCHWARZ, MATTHIAS & BRIGITTA | OBSTEINENWEG 11 VILLIGEN 5234 SWITZERLAND |
| SCHWARZ, MATTHIAS & BRIGITTA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| SPILT, J.C. | VALKEVEENSELAAN 2 A HUIZEN 1272 ND NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGENSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| STRAUSS-MUHLEMANN, PETER | VEILCHENSTRASSE 4 RINIKEN CH-5223 SWITZERLAND |
| STRAUSS-MUHLEMANN, PETER | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| THAM YIU KWOK | RM 26A AMBER GARDEN 70-72 KENNEDY ROAD HONG KONG |
| VAN OVERBEKE, IGNACE | LOPPENSESTRAAT 39 LOPPEM 8210 BELGIUM |
| VOGLER, KARL & ALICE | NUSSHALDENSTRASSE 33 DOTTINGEN 5312 SWITZERLAND |
| VOGLER, KARL & ALICE | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 AARAU 5001 SWITZERLAND |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | BRUGGERSTRASSE 21 BADEN 5400 SWITZERLAND |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WELLINGER, CHRISTOPH | IM WYGARTLI 53 HOFSTETTEN SO 4114 SWITZERLAND |
| WELLINGER, CHRISTOPH | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WERNLI, BEAT & MARIA | QUELLENWEG 1 VILLIGEN 5234 SWITZERLAND |
| WERNLI, BEAT & MARIA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WILLEMS, SIMONE | KREGLINGERSTRAAT 39 DEURNE (ANTWERPEN) B-2100 BELGIUM |
| WINIGER, ROMAN | GASSACKERSTRASSE 19 DIETIKON 8953 SWITZERLAND |
| WINIGER, ROMAN | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WONG TAK KEUNG & LAM SAU LING | 8/F, 93D BROADWAY, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| WOO SET WAH & CHUI FUNG MING SANDRA | 11D, LILY COURT 9 LUNG PAK ST WORLD-WIDE GARDENS SHATIN, NT HONG KONG |
| WOODTLY, URSULA & NICOLA MUMENTHALER | FISCHERWEG 54 OFTRINGEN CH-4665 SWITZERLAND |
| WOODTLY, URSULA & NICOLA MUMENTHALER | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| YIU YUEN ON PAUL | FLAT 7D WING ON COURT 24 HO MAN TIN HILL ROAD KOWLOON HONG KONG |

**Total Creditor count  86**

**EXHIBIT H**

BANK OF AMERICA, NATIONAL ASSOCIATION
SUCCESSOR BY MERGER TO LASALLE BANK, NA HUNTON & WILLIAMS LLP
ATTN: JR SMITH, ESQ
RIVERFRONT PLAZA, EAST TOWER, 951 E BYRD STREET
RICHMOND, VA  23219

U.S. BANK NATIONAL ASSOCIATION, AND U.S. BANK
NATIONAL ASSOCIATION AS TRUSTEE
TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION
ATTN: SACHIKO NISHIDA
CORPORATE TRUST SERVICES
540 WEST MADISON STREET, SUITE 1840
CHICAGO, IL 60661

DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF
AS TRUSTEE OF STRUCTURED ASSET
INVESTMENT LOAN TRUST
C/O RICHARD C. PEDONE, AMANDA D. DARWIN
NIXON PEABODY LLP
100 SUMMER STREET
BOSTON, MA  02110

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: STRUCTURED ASSET INVESTMENT LOAN TRUST, 2004-1-LH0401
MELISSA WILMAN, VICE PRESIDENT
1761 EAST ST. ANDREW PLACE
SANTA ANA, CA  92705

**EXHIBIT I**

WILMINGTON TRUST COMPANY, AS TRUSTEE
STRUCTURED ASSET SECURITIES CORPORATION, 2005-4XS
C/O ERWIN M. SORIANO.,
RODNEY SQUARE NORTH, MAIL CODE 1605
1100 NORTH MARKET STREET
WILMINGTON, DE 19801

ALSTON & BIRD LLP
ATTN: J. WILLIAM BOONE, ESQ.
1201 WEST PEACHTREE ST.
ATLANTA, GA  30309

**EXHIBIT J**

BARDEHLE, CHRISTIAN
VOLTASTRASSE 70
60486 FRANKFURT
GERMANY

LATIFA, DEBBARH
FLAT 20
41 MILLHARBOUR
LONDON E14 9NA
UNITED KINGDOM

FALLTRICK, BARRY J
51 COUNTY PLACE
ESSEX
CHELMSFORD CM2 0RF
UNITED KINGDOM

JUDD, IAN
HOLLY HEDGE
ST JOHNS HILL ROAD
ST JOHNS
SURREY
WOKING GU21 7RG
UNITED KINGDOM

**EXHIBIT K**

MEARS, RUSSELL
44 HOWARD ROAD
UPMINSTER
ESSEX RM14 2UF
UNITED KINGDOM

VELEBA, MILAN
FLAT 13/CAPSTAN COURT
24 WAPPING WALL
LONDON E1W 3SE
UNITED KINGDOM

**EXHIBIT L**

TAKANO, NAO
8080 S. SAN JUAN RANGE RD.
LITTLETON, CO 80127

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| CALHOUN, JOHN W. III | 532 PEACHTREE BATTLE AVE, NW ATLANTA GA 30305 |
| CALLIES, GUILLEMETTE | 16 BIS, RUE SOYER NEUILLY-SUR-SEINE F92200 FRANCE |
| COHEN, DARIAN J. | 5035 WAGNER WAY OAK PARK CA 91377 |
| JACOBSON, LARS P. | 909 15TH ST. HERMOSA BEACH CA 90254 |
| LIOTTI, FABIO | 74 YORK MANSIONS PRINCE OF WALES DRIVE LONDON SW11 4BW UNITED KINGDOM |
| MARCUS, LISA | 131 DEVRIESE COURT TENAFLY NJ 07670 |
| MARCUS, LISA | STEVEN ABRAMOWITZ VINSON & ELKINS LLP 666 5TH AVE. NEW YORK NY 10103 |
| MCCOOEY, KEVIN C. | 315 EAST 68TH STREET APT 8T NEW YORK NY 10021 |
| PLASKETT, RODNEY A. | 40 BIRCHWOOD LANE HARTSDALE NY 10530 |
| SAKS, ROGER | 64 TWIN BROOKS RD SADDLE RIVER NJ 07458 |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| TUIL, LAURENT | FLAT 4 FORDIE HOUSE 82 SLOANE STREET LONDON SW1X 9PA UNITED KINGDOM |
| WARDELL, JEFFERY K. | 2255 BUSH STREET #1 SAN FRANCISCO CA 94115 |

**Total Creditor count  13**

# EXHIBIT N

| Claim Name | Address Information |
|---|---|
| BUTLER-MCLAUGHLIN, CECELIA E. | 2 LANGDON ROAD CARLE PLACE NY 11514 |
| CARPENTER, THERESA J. | 72 NORTH STATE ROAD # 170 BRIARCLIFF MANOR NY 10510 |
| CRAMER, REBEKAH W. | 2670 MANOR PL ELLENWOOD GA 302942544 |
| FRIEDMAN, STEPHEN J. | 857 FIFTH AVENUE NEW YORK NY 10065 |
| HAYKIN, DANIEL S. | 16234 E PRENTICE PL CENTENNIAL CO 80015-4174 |
| RIESSEN, NATALIE S. | 205 EAST 59TH STREET, #19A NEW YORK NY 10022 |
| SPITAL, SAUL H. | 10 JEANINE COURT MANALAPAN NJ 07226 |
| SPITAL, SAUL H. | 10 JEANINE COURT MANALAPAN NJ 07726 |

**Total Creditor count  8**

**EXHIBIT O**

DOUGLAS, DOROTHEA
177-11 136TH AVE
APT PH
JAMAICA, NY 11434-4013