**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| LEHMAN BROTHERS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## WITHDRAWAL OF NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stark & Stark, P.C. hereby requests the withdrawal of its appearance on behalf of Pinnacle Associates, Ltd.

Dated: October 4, 2011

STARK & STARK, P.C.

BY: /s/ Jeffrey S. Posta
       JEFFREY S. POSTA

One Penn Plaza
Suite 2130
New York, New York 10119
Telephone: (212) 279-9090
Facsimile: (212) 279-9113
jposta@stark-stark.com