**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                              :
**In re**                                     :       **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :       **08-13555 (JMP)**
                                              :
                              **Debtors.**    :       **(Jointly Administered)**
                                              :
----------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE MODIFICATION OF THE PROCEDURES FOR COMPENSATING AND REIMBURSING HARDINGER & TANENHOLZ LLP, AS SPECIAL COUNSEL TO THE DEBTORS, EFFECTIVE AS OF JUNE 1, 2011

Upon consideration of the application, dated August 31, 2011 (the "Application"),[1] of

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned

chapter 11 cases, as debtors in possession (collectively, the "Debtors"), pursuant to section

327(e) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to modify the

procedures for compensating and reimbursing Hardinger & Tanenholz LLP ("Hardinger &

Tanenholz") as special counsel to the Debtors, effective as of June 1, 2011; and upon the

affidavit of Julia Hardinger filed in support of the Application ("Hardinger Affidavit"); and

the Court being satisfied, based on the representations made in the Application, that Hardinger &

Tanenholz represents no interest adverse to the Debtors or the Debtors' estates with respect to

the matters upon which it is to be engaged, under section 327(e) of the Bankruptcy Code as

modified by section 1107(b); and the Court having jurisdiction to consider the Application and

the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing

---

[1] Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the Application.

Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the procedures set forth in the second amended order entered June 17, 2010 governing case management and administrative procedures [ECF No. 9635], to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) Hardinger & Tanenholz and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Application is in the best interests of the Debtors, their estates and their creditors, and all parties in interest and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is approved as set forth herein; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors are hereby authorized to employ and retain Hardinger & Tanenholz LLP as special counsel to the Debtors on the terms set forth in the Application and this order, for the Representative Matters identified in the Application and in accordance with Hardinger & Tanenholz's customary rates in effect from time to time and its disbursement policies; and it is further

ORDERED that Hardinger & Tanenholz shall, solely with respect to fees and

expenses to be paid to Hardinger & Tanenholz in excess of $1 million, apply for compensation

and reimbursement of expenses in accordance with the procedures set forth in sections 330 and

331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the

Court, guidelines established by the U.S. Trustee, and such other procedures that have been or

may be fixed by order of this Court, including but not limited to the Court's Fourth Amended

Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a)

Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of

Professionals [ECF No. 15997], the Court's Order Amending the Fee Protocol [ECF No. 15998],

and General Order M-389; and it is further

ORDERED that to the extent this Order is inconsistent with the Application, this

Order shall govern; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order.


Dated:  New York, New York
        October 5, 2011

                                        s/ James M. Peck
                                        Honorable James M. Peck
                                        United States Bankruptcy Judge