Honorable James M. Peck

I hope the material I am
enclosing will be of help.

If there is any other information
needed, I will certainly do my
best to locate it.
Thank you from the bottom
of my heart for your help.

Most sincerely,
Mrs. Rose Serdyder

P.S. I am enclosing material also
for my granddaughter. When
she changed to Morgan Stanley,
there was a balance in her
account still in Lehman and
perhaps in mine also.

525 Neptune Ave - 22B
Brooklyn, N.Y. 11224-4020
July 20, 2011

Honorable James M. Peck
U.S. Bankruptcy Judge in Courtroom 601
of the United States Bankruptcy
Court for the Southern District of N.Y.
One Bowling Green
New York, N.Y. 10014

Re: Document chapter II Case No. 08-13555 (JmP)
Jointly Administered.

My dear Honorable James M. Peck

I am so in need of help. I would be so grateful
if you could help me. I live alone & have no help.
My family all live out-of-town.
I am enclosing lists of my accounts that the young
lady from Hughes suggested I send. I was told
by her just recently to do this in order to locate
my accounts. I am so glad she told me this.
I haven't been able to read most of the material sent
to me because I can't see well enough to read and
the material also should have been in layman's terms for
some of the papers that was sent to me.
My cataract surgery was cancelled due to my
Blood Pressure over 208/96. I had a triple By-Pass &
Open Heart Surgery & have been so ill due to complications
going to doctors, EKG's, X-Rays, MRI's, etc. & had to be monitored.
Your Honor I am pleading for the stocks & money that
is rightfully due me and I have done as much as
possible under my condition to contact Lehmon's

(over)

offices to try to find out what is happening
etc. and I have sent in letters and other
documents informing them (Lehman) that
I certainly want to be included with my
claim. I have spent months going thru
files and searching for proof of my claim.
I am enclosing a list of all my accounts
& anything that may prove my claim. I could
not find everything because I was going
thru 11 to 12 years of papers.

   Please, please Your Honor, help me.
I would be so grateful as I mentioned
before. Thank You, Your Honor.

                    Most sincerely
                    Mrs. Rose Seraydar



P.S. If you need further information I will
     be glad to furnish it if possible.
My phone number is 1-718-946-5083

P.S Honorable James M. Peck - Sir, do you think I should
    send copies of this material to Epiq ??

One other item, Sir, I never received statements
or documents related to my claim at the
beginning of the bankruptcy.

*This page filed simultaneously to the
Honorable James M. Peck,*

copy

525 Neptune Ave. Apt. 22B
Brooklyn, N. Y. 11224-4020

June 14, 2011

Honorable James M. Peck
United States Bankruptcy JUDGE in Courtroom 601 of the
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10014

Re:  Document Chapter II, Case No. 08-13555 (JMP) Jointly Administered

My dear Honorable James M. Peck:

I have been working days and nights to hopefully find all the documentation
that has been required to prove my ownership of certificates that Lehman
Bros. locked up in their Vault.  Why Lehman Bros. DID NOT send out the
last Statements which listed all our holdings besides the securities they kept
in their Vault.  This was our property and it belonged to us, the "clients" not
to Lehman!!!  How come they took the easy way out and put the burden on
us ???  And then denied us what was ours.

This is so unfair, you are penalizing us "the clients of Lehman" and it is not
justified.  Then of course, HOW CAN WE REMEMBER EVERYTHING
SINCE WE HAVE BEEN CLIENTS FOR MANY, MANY YEARS, AND
OUR STOCKS THAT HAVE BEEN IN THEIR VAULT FOR SO MANY
YEARS ARE NEVER LISTED ONCE THE CERTIFICATES GO INTO
THEIR VAULT.  IT IS DISCOURAGING, INAPPROPRIATE AND
DISHONEST.  IS THIS THE THANKS WE GET!!!

Your Honorable James M. Peck, I am not condemning you, Sir, but it's just
NOT fair.  I WOULD TRULY APPRECIATE IT IF I COULD FIND OUT
EXACTLY WHAT STOCKS I HAD IN THEIR VAULT AND IF THERE
WAS ANY MONEY IN LEHMAN'S ACCOUNTS FOR ME AND MY
CHILDREN.

Very Sincerely,

Rose Seraydar

Mrs. Rose Seraydar

*I was NOT told to send all of my account numbers
until the girl recently told me so they could locate
my documents. I was so glad she mentioned it.*

## ROSE SERAYDAR ACCOUNTS
ALL THESE STOCKS WERE KEPT BY LEHMAN IN THEIR VAULT.
I WAS ASKED ABOUT OTHER ACCOUNT NUMBERS I HAD, SO I
HAVE LISTED EVERYTHING BELOW. I AM SINCERELY GRATEFUL.

Kept In Lehman's Vault  ACCOUNT NO. 831-89210-15-429
STOCKS had name change from: LIPOSOME to SEQUUS
and from SEQUUS TO ALZA.
450 shs American FiberOptics
60 shs. Broadway Holdings
Electric M & R 200 shs.
Biotechnica Int. 450 shs.BIOT

Robotic Vision (ROBV) 400 shs. ~~Vision Aerospace "3" Plus 25 Additional shs.~~
1450 shs. American FiberOptics.
Nova Natural Resources 24 shs.

I also had account number 831-90123-19-429
And account number      831-90372-17-429

306-64788-13-429  TO  1-831-83672-11-429
SAME SHS. AS ABOVE.

My acct was #306-83672-13-429 CHANGED TO
1-831-89210-15-429

Whole account was changed from  831-83672-19-429 TO
831-89210-15-429

I had a joint account with my daughter,ani Seraydar 831-
90372-17-429  Stock was Starnet Unive. 25 shs.
For 23 years I also had accounts with rother daughter,
Diane Venetsky.

NO STOCKS WERE EVER RETURNED TO ME MY CHILDREN
IN SPITE OF MY NUMEROUS REQUESTS, CA OR LETTERS.
BEING AS ILL AS I HAVE BEEN I TRUST YOU'LL HELP ME AND
RELEASE MY SECURITIES. YOUR HONOR IE YOU WILL HELP

I am sorry that I was not informed out listing
all my account numbers sooner. would have

*Page 2*

## I found another account number

Account #83l-9326 4- 12-429   on a statement of mine

Under the Rose Seraydar Rollover Cust.

Dated July 3l, 2001 UNDER Lehman Bros. Inc..

HABER (HABE) Bought 4/24/87 @ 6.00 in my name only.

TRIMEDYNE  (TMED) Bought 200 shs @11 ¼ ON 10/25/87

*These 2 stocks are now on my account at Merrill Lynch*

I believe this account may be under my name with my

Daughter, JTWROS.

ALL OF THE ABOVE WAS FOUND ON A STATEMENT WITH VERY

LITTLE INFORMATION ON IT.

6/23/11

Rose Seraydar

I recently was told by a young lady from Hughes Hubbard who suggested that I read the numerous account numbers that I had because it would help them locate my accounts & documents. I am so glad she mentioned that to me. I am going thru all my papers again to do as the young lady suggested. My thanks go out to her. I had so many accounts since my broker was switched to other locations several times. I also believe there was money involved.



# SHEARSON LEHMAN BROTHERS

AMERICAN EXPRESS ®

February 26, 1993

Mrs. Rose Seraydar
525 Neptune Ave. 22B
Brooklyn, N.Y. 11224

RE: 304-06015-1-4-011

*Please read this letter*

Dear Mrs. Seraydar;

As I stated in our conversation a few days ago, I have tried relentlessly to obtain the confirmations in question from our warehouse service. Unfortunately, as the 304 Pearl River office closed the warehouse changed and as I found out today the confirms etc. are nowhere to be found. But, this does not mean that I have stopped the search for you .

Today I have requested, from my New York Office, all of you customer statements from January 1987 thorough December 1990. It should take them approximately a week and a half to two weeks to get this information to me ( I am positive they have it). Once I receive this information, I hopefully will be able to put the pieces together and help in resolving your concerns.

You should be hearing from me by the end of March with another update. I cannot apologize enough for the length of time it has taken me to find no information but I sincerely hope that we can resolve this within the next month.

Very Truly Yours,

*Denise Kelly*

Denise Kelly
Assistant Vice President
Control Administrator

*I never heard from Denise Kelly after this letter. I called her numerous times.*

SHEARSON LEHMAN BROTHERS DIVISION        EAST 140 RIDGEWOOD AVENUE    201 967 6700        MEMBER OF ALL PRINCIPAL
SHEARSON LEHMAN BROTHERS INC.            P.O. BOX 971                                     SECURITY, OPTION AND
AN AMERICAN EXPRESS COMPANY              PARAMUS, NJ 07652                                COMMODITY EXCHANGES

We confirm the following transaction subject INC. 1 BATTERY PARK PLAZA NY NY 10004 ✓ **EF**Hut

| YOU | QUANTITY | CUSIP NUMBER FOR EF HUTTON USE ONLY | PRICE | AMOUNT | COMMISSION OR SERVICE FEE | INTEREST OR STATE TAX | REG. AND/OR MAILING FEE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BOT | 200 | 404450108 | 6 | 120000⊕ | 3200 | | | 123 |
| HABER INC | | | | | | | | ⊕FEE REPRESENTS MARKUP/ |

*IRA acct.*

*Still in Mom's account*

| Trade Date | |
|---|---|
| 042487 | |
| 050187 | |
| Settlement Date | |

MRS ROSE SERAYDAR
EF HUTTON IRA C/F
525 NEPTUNE AVE APT 22B
BROOKLYN NY 11224-4005

| ACCOUNT NO. | A A.E. | B C D E | |
|---|---|---|---|
| W3999543304 | 062 | | U- Indicat |
| 87114777561̄8 | | | See reverse side for |
| REFERENCE NUMBER | | | of codes A, B, C, D, & |

**USE DUPLICATE COPY TO CHANGE ADDRESS**

On odd lots we will indicate above if an odd lot fee was charged.
The amount of any such odd lot fee, if charged, will be provided
upon oral or written request.

We hold for your account securities purchased and proceeds of sales
unless otherwise instructed.

If this confirmation is not correct, please advise us at once.
* An "M" in the quantity field denotes "000"

Payment for securities bought and delivery of securities sold are due promptly and in any event on or before
settlement date in order to avoid interest and premium charges.
FORM 800B (REV 3/84) **Please keep this copy for your records**

---

**EF HUTTON & COMPANY INC. 1 BATTERY PARK PLAZA NY NY 10004**
to the agreement on the reverse side. **EF**Hut

| YOU | QUANTITY | CUSIP NUMBER FOR EF HUTTON USE ONLY | PRICE | AMOUNT | COMMISSION OR SERVICE FEE | INTEREST OR STATE TAX | REG. AND/OR MAILING FEE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BOT | 500 | 896259108 | 5 5/8 | 281250 | 11000 | | | 2922 |
| TRIMEDYNE INC | | | | | | | | |

*repurchased 200 shs of TRMED*

| Trade Date | |
|---|---|
| 020483 | |
| 021183 | |
| Settlement Date | |

MRS. ROSE SERAYDAR
525 NEPTUNE AVE.
APT. 22B
BROOKLYN, N.Y. 11224

| ACCOUNT NO. | A A.E. | B C D E | |
|---|---|---|---|
| W3999008S04 | 071 | | U- Indicates unsolicited or |
| 830351072668 | | | See reverse side for explan |
| REFERENCE NUMBER | | | of codes A, B, C, & |

**USE DUPLICATE COPY TO CHANGE ADDRESS**

On odd lots we will indicate above if an odd lot fee was charged.
The amount of any such odd lot fee, if charged, will be provided
upon oral or written request.

We hold for your account securities purchased and proceeds of sales
unless otherwise instructed.

If this confirmation is not correct, please advise us at once.
* An "M" in the quantity field denotes "000"

Payment for securities bought and delivery of securities sold are due promptly and in any event on or before
settlement date in order to avoid interest and premium charges.
FORM 800B (REV 3/81) **Please keep this copy for your records**

---

**EF HUTTON & COMPANY INC. 31 WEST 52ND ST NEW YORK NY 10019**
We confirm the following transaction subject **TAX ID 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 IRS 1099B SUBSTITUTE OMB1545-0715** **EF**Hut

| YOU | QUANTITY | CUSIP NUMBER FOR EF HUTTON USE ONLY | PRICE | AMOUNT | COMMISSION OR SERVICE FEE | INTEREST OR STATE TAX | REG. AND/OR MAILING FEE | NET AMOUN |
|---|---|---|---|---|---|---|---|---|
| SLD | 500 | 896259108 | 11 1/4 | 562500 | 8250 | | | 554 |
| TRIMEDYNE INC | | | | | | | | |

*IRA acct*

*Still in Mom's acct.*

| Trade Date | |
|---|---|
| 102687 | |
| 110287 | |
| Settlement Date | |

ROSE SERAYDAR &
DIANE VENETSKY JTWROS
525 NEPTUNE AVE
APT 22B
BROOKLYN NY 11224-4063

* REPORTED
TO IRS NET
PROCEEDS

AMA

| ACCOUNT NO. | A A.E. | B C D E | *554 |
|---|---|---|---|
| W3999008S04 | 071 | | U- Indicat unsolicited |
| 87299759\|131 | | | See reverse side for ex |
| REFERENCE NUMBER | | | of codes A, B, C, D, & |

**USE DUPLICATE COPY TO CHANGE ADDRESS**

On odd lots we will indicate above if an odd lot fee was charged.
The amount of any such odd lot fee, if charged, will be provide
upon oral or written request.

We hold for your account securities purchased and proceeds of sales
unless otherwise instructed.

If this confirmation is not correct, please advise us at once.
* An "M" in the quantity field denotes "000"

Payment for securities bought and delivery of securities sold are due promptly and in any event on or before
settlement date in order to avoid interest and premium charges.
FORM 800B (REV 3/84) **Please keep this copy for your records**





**SHEARSON** ✓

**Confirmation**
We confirm the following transaction subject to the agreement on the

Please review this confirmation carefully. If you disagree with any transaction or the details of any transaction, you must notify the branch manager of the office servicing your account immediately of your objection. Failure to notify us constitutes your acceptance of the transactions.

Please retain this copy and return duplicate with remittance and/or securities to the branch office servicing your account. Payment for securities purchased and delivery of securities sold must be deposited with us by the due date.

11/02/81

| Transaction | Trade Date | | Due Date |
|---|---|---|---|
| BOUGHT | 11/02/81 | | 11/10/81 |

| Quantity | Price | Description | Ref No. | Amount |
|---|---|---|---|---|
| 200 | 4 | AMERICAN FIBER OPTICS CORP SLR IS A MARKET MAKER *never sold* *Page* | | 80000 |

| Total Quantity | Gross Amount | Commission | State Tax | Interest | SEC Fee | Postage/Misc | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 200 | 80000 | | | | | | 80000 |

JOANI SERAYDAR

HOLD SECURITIES

*Daughter never sold*

Shearson Loeb Rhoades Inc

---

**SHEARSON** ✓

**Confirmation**
We confirm the following transaction subject to the agreement on the

Please review this confirmation carefully. If you disagree with any transaction or the details of any transaction, you must notify the branch manager of the office servicing your account immediately of your objection. Failure to notify us constitutes your accep-

Please retain this copy and return duplicate with remittance and/or securities to the branch office servicing your account. Payment for securities purchased and delivery of securities sold must be deposited with us by

04/02/81

| Transaction | Trade Date | | Due Date |
|---|---|---|---|
| BOUGHT | 04/01/81 | | 04/16/81 |

| Quantity | Price | Description | Ref No. | Amount |
|---|---|---|---|---|
| 200 | 6.50 | AMERICAN FIBER OPTICS CORP AS OF 04/81/81 *Daughter never sold* | | 130000 |

| Total Quantity | Gross Amount | Commission | State Tax | Interest | SEC Fee | Postage/Misc | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 200 | 130000 | | | | | | 130000 |

JOANI SERAYDAR

HOLD SECURITIES

Shearson Loeb Rhoades Inc

---

3

**SHEARSON** ✓

**Confirmation**
We confirm the following transaction subject to the agreement on the reverse side hereof.

Please review this confirmation carefully. If you disagree with any transaction or the details of any transaction, you must notify the branch manager of the office servicing your account immediately of your objection. Failure to notify us constitutes your acceptance of the transactions.

Please retain this copy and return duplicate with remittance and/or securities to the branch office servicing your account. Payment for securities purchased and delivery of securities sold must be deposited with us by the due date.

10/20/81

| Transaction | Trade Date | Security Number | Mkt Cap Sell PE | Due Date |
|---|---|---|---|---|
| BOUGHT | 10/20/81 | | | 10/27/81 |

| Quantity | Price | Description | Ref No | Amount |
|---|---|---|---|---|
| 200 | 3 7/8 | AMERICAN FIBER OPTICS CORP SLR IS A MARKET MAKER *Daughter never sold* | | 77500 |

| Total Quantity | Gross Amount | Commission | State Tax | Interest | SEC Fee | Postage/Misc | Total Amount Due |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

EX. K 018

Page 8

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must file your opposition in accordance with the above procedure electronically with the Court on the docket of *In re* Lehman Brothers Inc., Case No. 08-01420 (JMP) SIPA in accordance with General Order M-242 (available at www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format.

If you do not have means to file your opposition electronically, you may mail your opposition to:

> Clerk of the United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> New York, New York 10004

**PLEASE TAKE FURTHER NOTICE:** You must serve your opposition upon the Trustee's counsel by mailing a copy to:

> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, NY 10004
> Attn: LBI Hearing Request

> Attorneys for James W. Giddens, Trustee for
> the SIPA Liquidation of Lehman Brothers Inc.

> Very Truly Yours,

> James W. Giddens
> Trustee for the SIPA Liquidation of
> Lehman Brothers Inc.

2

EX. K 017



EF HU...    & COMPANY  INC. 1 BATTERY PARK PLAZA NY NY 10004    EF**Hutton**

We confirm the following transaction subject to the agreement on the reverse side.

| YOU | QUANTITY* | CUSIP NUMBER FOR EF USE ONLY | PRICE | AMOUNT | COMMISSION OR SERVICE FEE | INTEREST OR STATE TAX | REG. AND/OR MAILING FEE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BOT | 300 | 025900 101 | 5 | 150000 | 4950 | | | 154950 |

AMERICAN FIBER OPTIC
OPTICS CORP

**COMMISSION CORRECTION**

| Trade Date | 101482 |
| 102182 |
| Settlement Date |

MRS. ROSE SERAYDAR    *er sold*

| ACCOUNT NO. | A | A.E. | B | C | E |

U - indicates unsolicited order
See reverse side for explanation of codes A, B, C & E.

REFERENCE NUMBER

USE DUPLICATE COPY TO CHANGE ADDRESS

On odd lots we will indicate above if an odd lot fee was charged. The amount of any such odd lot fee, if charged, will be provided upon oral or written request.

We hold for your account securities purchased and proceeds of sales unless otherwise instructed.

Payment for securities bought and delivery of securities sold are due promptly and in any event on or before settlement date in order to avoid interest and premium charges.

FORM 800B (REV 3/81)  **Please keep this copy for your records**

If this confirmation is not correct, please advise us at once.

* An "M" in the quantity field denotes "000"

---

EF HUTTON & COMPANY  INC. 1 BATTERY PARK PLAZA NY NY 10004    EF**Hutton**

We confirm the following transaction subject to the agreement on the reverse side.

| YOU | QUANTITY* | CUSIP NUMBER FOR EF USE ONLY | PRICE | AMOUNT | COMMISSION OR SERVICE FEE | INTEREST OR STATE TAX | REG. AND/OR MAILING FEE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BOT | 300 | 025900 101 | 5 | 150000 | 7200 | | | 157200 |

AMERICAN FIBER OPTIC
OPTICS CORP

| Trade Date | 101482 |
| 102182 |
| Settlement Date |

MRS. ROSE SERAYDAR    *er sold*

| ACCOUNT NO. | A | A.E. | B | C | E |

U - Indicates unsolicited order
See reverse side for explanation of codes A, B, C & E.

REFERENCE NUMBER

USE DUPLICATE COPY TO CHANGE ADDRESS

On odd lots we will indicate above if an odd lot fee was charged. The amount of any such odd lot fee, if charged, will be provided upon oral or written request.

We hold for your account securities purchased and proceeds of sales unless otherwise instructed.

Payment for securities bought and delivery of securities sold are due promptly and in any event on or before settlement date in order to avoid interest and premium charges.

FORM 800B (REV 3/81)  **Please keep this copy for your records**

If this confirmation is not correct, please advise us at once.

* An "M" in the quantity field denotes "000"

---

EF HUTTON & COMPANY   INC. 1 BATTERY PARK PLAZA NY NY 10004    EF**Hutto...**

We confirm the following transaction subject to the agreement on the reverse side.

| YOU | QUANTITY* | CUSIP NUMBER FOR EF USE ONLY | PRICE | AMOUNT | COMMISSION OR SERVICE FEE | INTEREST OR STATE TAX | REG. AND/OR MAILING FEE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BOT | 150 | 025900 101 | 1 | 15000 | | | | 15000 |

AMERICAN FIBER OPTIC
OPTICS CORP

A/C SUBSCRIPTION

| Trade Date | 020785 |
| 020785 |
| Settlement Date |

MRS. ROSE SERAYDAR    *never sold*

| ACCOUNT NO. | A | A.E. | B | C | D | E |

U - indicates unsolicited order
See reverse side for explanation of codes A, B, C, D, & E.

REFERENCE NUMBER

USE DUPLICATE COPY TO CHANGE ADDRESS

On odd lots we will indicate above if an odd lot fee was charged. The amount of any such odd fee, if charged, will be provided upon oral or written request.

We hold for your account securities purchased and proceeds of sales unless otherwise instructed.

Payment for securities bought and delivery of securities sold are due promptly and in any event on or before settlement date in order to avoid interest and premium charges.

FORM 800B (REV 4/84)  **Please keep this copy for your records**

If this confirmation is not correct, please advise us at once.

* An "M" in the quantity field denotes "000"

*All the stocks I mentioned in my letter were purchased and never sold. If I will locate any documentation to prove my claim I will definitely send it to you. I have documents going back to 1959 so can imagine the work I have to still go through. Thank you.*
*Mrs. Rose Seraydar*

EX. K 014

determination; (iii) copies of any document or other writing upon which you rely; and (iv) mailing, phone, and email contact information, with the United States Bankruptcy Court and the Trustee within THIRTY DAYS of the date of this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must file your opposition in accordance with the above procedure electronically with the Court on the docket of *In re* Lehman Brothers Inc., Case No. 08-01420 (JMP) SIPA in accordance with General Order M-242 (available at www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format.

If you do not have means to file your opposition electronically, you may mail your opposition to:

> Clerk of the United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> New York, New York 10004

**PLEASE TAKE FURTHER NOTICE:** You must serve your opposition upon the Trustee's counsel by mailing a copy to:

> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, NY 10004
> Attn: LBI Hearing Request
>
> Attorneys for James W. Giddens, Trustee for
> the SIPA Liquidation of Lehman Brothers Inc.

> Very Truly Yours,
>
>
> James W. Giddens
> Trustee for the SIPA Liquidation of
> Lehman Brothers Inc.

2

EX. K 013

EF HUTTON & COMPANY    INC. 1 BATTERY PARK PLAZA NY NY 10004    Page 6  EF Hutton

We confirm the following transaction subject to the agreement on the reverse side.

| YOU | QUANTITY | CUSIP NUMBER FOR SETTLEMENT ONLY | PRICE | AMOUNT | COMMISSION OR SERVICE FEE | INTEREST OR STATE TAX | NET AMOUNT |
|-----|----------|------|-------|--------|------|------|------|
| BOT | 100 | 090915109 | 9 3/8 | 93750 | 2450 | | 96200 |

BIOTECHNICA INTL INC

| Trade Date | | MRS ROSE SERAYDAR | | ACCOUNT NO. | A.E. | B | C | E |
|---|---|---|---|---|---|---|---|---|
| 011984 | | | | | | | | |
| 012584 | | | | REFERENCE NUMBER | | | | |
| Settlement Date | | | | USE DUPLICATE COPY TO CHANGE ADDRESS | | | | |

*never sold*

On odd lots we will indicate above if an odd lot fee was charged. The amount of any such odd lot fee, if charged, will be provided upon oral or written request.

We hold for your account securities purchased and proceeds of sales unless otherwise instructed.

If this confirmation is not correct, please advise us at once.

* An "M" in the quantity field denotes "000"

Payment for securities bought and delivery of securities sold are due promptly and in any event on or before settlement date in order to avoid interest and premium charges.

FORM 800B (REV 3/81)    Please keep this copy for your records

---

EF HUTTON & COMPANY    INC. 1 BATTERY PARK PLAZA NY NY 10004    EF Hutton

We confirm the following transaction subject to the agreement on the reverse side.

| YOU | QUANTITY | CUSIP NUMBER FOR SETTLEMENT ONLY | PRICE | AMOUNT | COMMISSION OR SERVICE FEE | INTEREST OR STATE TAX | NET AMOUNT |
|-----|----------|------|-------|--------|------|------|------|
| BOT | 200 | 090915109 | 4 3/4 | 95000 | 2600 | | 97600 |

BIOTECHNICA INTL INC

*never sold*

| Trade Date | | MRS ROSE SERAYDAR | | ACCOUNT NO. | | | |
|---|---|---|---|---|---|---|---|
| 101086 | | | | | | | |
| 102986 | | | | REFERENCE NUMBER | | | |
| Settlement Date | | | | USE DUPLICATE COPY TO CHANGE ADDRESS | | | |

On odd lots we will indicate above if an odd lot fee was charged. The amount of any such odd lot fee, if charged, will be provided upon oral or written request.

We hold for your account securities purchased and proceeds of sales unless otherwise instructed.

If this confirmation is not correct, please advise us at once.

* An "M" in the quantity field denotes "000"

Payment for securities bought and delivery of securities sold are due promptly and in any event on or before settlement date in order to avoid interest and premium charges.

FORM 800G (REV 3/84)    Please keep this copy for your records

---

SHEARSON

**Confirmation**

We confirm the following transaction subject to the agreement on the reverse side hereof.

Please review this confirmation carefully. If you disagree with any transaction or the details of any transaction, you must notify the branch manager of the office servicing your account immediately at your objection. Failure to notify us constitutes your acceptance of the transactions.

Please retain this copy and return duplicate with remittance and/or securities to the office servicing your account.

Payment for securities purchased and securities sold must be deposited with us the due date.

| Transaction | | | | | | | Due Date |
|---|---|---|---|---|---|---|---|
| BOUGHT | 04/01/81 | | | | | | 04/16/81 |

| Quantity | Price | | AMERICAN FIBER OPTICS CORP | | | Amount |
|---|---|---|---|---|---|---|
| 200 | 6.50 | | AS OF 04/01/81 | | | 13000 |

*never sold*

Bal Checking ac 167⁰⁰ on 4/10/81
Int from Time Dep - 483⁰⁰
Chad 650⁰⁰

| Total Quantity | Gross Amount | Commission | State Tax | Interest | SEC Fees | Postage/Misc | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 200 | 13000 | | | | | | 13000 |

JOANI SERAYDAR
C/O MRS. R. SERAYDAR

INTER OFFICE ONLY
HOLD SECURITIES

*have check 6.50 00 pm 4/10/81*

*This stock is in denma's vault*
*Look at denma's*

Shearson Loeb Rhoades

EX. M 011



**SHEARSON**

**Confirmation**

We confirm the following transaction subject to the agreement on the reverse side hereof.

Please review this confirmation carefully. If you disagree with any transaction or the details of any transaction, you must notify the branch manager of the office servicing your account immediately of your objection. Failure to notify us constitutes your acceptance of the transactions.

Please retain this copy and return duplicate with remittance and/or securities to the branch office servicing your account.

Payment for securities purchased and delivery of securities sold must be deposited with us by the due date.

11/02/81

| Transaction | Trade Date | | Due Date |
|---|---|---|---|
| BOUGHT | 11/02/81 | | 11/10/81 |

| Quantity | Price | Description | Ref No | Amount |
|---|---|---|---|---|
| 200 | 4 | AMERICAN FIBER OPTICS CORP SLR IS A MARKET MAKER *never sold* | *Page* | 80000 |

| Total Quantity | Gross Amount | Commission | State Tax | Interest | SEC Fee | Postage/Misc | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 200 | 80000 | | | | | | 80000 |

JOANI SERAYDAR

HOLD SECURITIES

*daughter never sold*

Shearson Loeb Rhoades Inc

**SHEARSON**

**Confirmation**

We confirm the following transaction subject to the agreement on the

Please review this confirmation carefully. If you disagree with any transaction or the details of any transaction, you must notify the branch manager of the office servicing your account immediately of your objection. Failure to notify us constitutes your accep-

Please retain this copy and return duplicate with remittance and/or securities to the branch office servicing your account.

Payment for securities purchased and delivery of securities sold must be deposited with us by

04/02/81

| Transaction | Trade Date | | Due Date |
|---|---|---|---|
| BOUGHT | 04/01/81 | | 04/16/81 |

| Quantity | Price | Description | Ref No. | Amount |
|---|---|---|---|---|
| 200 | 6.50 | AMERICAN FIBER OPTICS CORP AS OF 04/01/81 *Daughter never sold* | | 130000 |

| Total Quantity | Gross Amount | Commission | State Tax | Interest | SEC Fee | Postage/Misc | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 200 | 130000 | | | | | | 130000 |

JOANI SERAYDAR

HOLD SECURITIES

Shearson Loeb Rhoades Inc

**SHEARSON**

**Confirmation**

We confirm the following transaction subject to the agreement on the reverse side hereof.

Please review this confirmation carefully. If you disagree with any transaction or the details of any transaction, you must notify the branch manager of the office servicing your account immediately of your objection. Failure to notify us constitutes your acceptance of the transactions.

Please retain this copy and return duplicate with remittance and/or securities to the branch office servicing your account.

Payment for securities purchased and delivery of securities sold must be deposited with us by the due date.

10/20/81

| Transaction | Trade Date | | Type | Security Number | Mkt | Cap | S/U | PE | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| BOUGHT | 10/20/81 | | | | | | | | 10/27/81 |

| Quantity | Price | Description | Ref No | Amount |
|---|---|---|---|---|
| 200 | 3 7/8 | AMERICAN FIBER OPTICS CORP SLR IS A MARKET MAKER *Daughter never sold* | | 77500 |

| Total Quantity | Gross Amount | Commission | State Tax | Interest | SEC Fee | Postage/Misc | Total Amount Due |
|---|---|---|---|---|---|---|---|

EX. M 014

# EXHIBIT N

| SLD | 500 | 896259108 | PRICE | AMOUNT | COMMISSION | INTEREST | REG | NET AMOUNT |
|-----|-----|-----------|-------|--------|------------|----------|-----|------------|
| TRIMEDYNE INC | | | 11 1/4 | 562500 | 8250 | | | 55425 |

| Trade Date | | | | | ACCOUNT NO. | A A E | B C D E | #55425 |
|-----------|--|--|--|--|-------------|-------|---------|--------|
| 102687 110287 | ROSE SERAYDAR & DIANE VENETSKY JTWROS 525 NEPTUNE AVE APT 22B | | | | W3999008S04 87299/591131 | 071 | U | |

* REPORTED
TO IRS NET   BROOKLYN NY 11224-4063
PROCEEDS                                         AMA

Payment for securities bought and delivery of securities sold are due promptly and in any event on or before settlement date in order to avoid interest and premium charges.
FORM 800B (REV 3/84)   Please keep this copy for your records

USE DUPLICATE COPY TO CHANGE ADDRESS
On odd lots we will indicate above if an odd lot fee was charged. The amount of any such odd lot fee, if charged, will be provided upon oral or written request.
We hold for your account securities purchased and proceeds of sales unless otherwise instructed.
If this confirmation is not correct, please advise us at once.
* An "M" in the quantity field denotes "000"

---

# EF HUTTON & COMPANY  INC. 1 BATTERY PARK PLAZA NY NY 10004
We confirm the following transaction subject to the agreement on the reverse side.                    **EFHutton**

| YOU | QUANTITY | CUSIP NUMBER FOR FIRM USE ONLY | PRICE | AMOUNT | COMMISSION OR SERVICE FEE | INTEREST OR STATE TAX | REG AND/OR MAILING FEE | NET AMOUNT |
|-----|----------|-------------------------------|-------|--------|---------------------------|----------------------|------------------------|------------|
| BOT | 500 | 896259108 | 5 5/8 | 281250 | 11000 | | | 292250 |
| TRIMEDYNE INC | | | | | | | | |

*I repurchased this stock but only got 200 plus fuck TMED* (handwritten)

| Trade Date | | ACCOUNT NO. | A A E | B C D E | |
|-----------|--|-------------|-------|---------|--|
| 020483 021183 | MRS. ROSE SERAYDAR 525 NEPTUNE AVE. APT. 22B BROOKLYN, N.Y. 11224 | W3999008S04 830351072668 | 071 | U | U: Indicate Unsolicited Order |

USE DUPLICATE COPY TO CHANGE ADDRESS
On odd lots we will indicate above if an odd lot fee was charged. The amount of any such odd lot fee, if charged, will be provided upon oral or written request.
We hold for your account securities purchased and proceeds of sales unless otherwise instructed.
If this confirmation is not correct, please advise us at once.
* An "M" in the quantity field denotes "000"

Payment for securities bought and delivery of securities sold are due promptly and in any event on or before settlement date in order to avoid interest and premium charges.
FORM 800B (REV 3/81)   Please keep this copy for your records

---

# EF HUTTON & COMPANY  INC. 1 BATTERY PARK PLAZA NY NY 10004
We confirm the following transaction subject to the agreement on the reverse side.                    **EFHutton**

| YOU | QUANTITY | CUSIP NUMBER FOR FIRM USE ONLY | PRICE | AMOUNT | COMMISSION SERVICE FEE | INTEREST STATE TAX | REG FEE | NET AMOUNT |
|-----|----------|-------------------------------|-------|--------|------------------------|--------------------|---------|------------|
| BOT | 200 | 404450108 | 6 | 120000* | 3200 | | | 123200 |
| HABER INC | | | | | | | | *FEE REPRESENTS MARKUP/DOWN |

*IRA acct.* (handwritten)
*Still in mom's account* (handwritten)

| Trade Date | | ACCOUNT NO. | A A E | B C D E | |
|-----------|--|-------------|-------|---------|--|
| 042487 050187 | MRS ROSE SERAYDAR EF HUTTON IRA C/F 525 NEPTUNE AVE APT 22B BROOKLYN NY 11224-4005 | W3999543S04 871147775616 | 062 | | |

USE DUPLICATE COPY TO CHANGE ADDRESS
On odd lots we will indicate above if an odd lot fee was charged. The amount of any such odd lot fee, if charged, will be provided upon oral or written request.
We hold for your account securities purchased and proceeds of sales unless otherwise instructed.
If this confirmation is not correct, please advise us at once.
* An "M" in the quantity field denotes "000"

Payment for securities bought and delivery of securities sold are due promptly and in any event on or before settlement date in order to avoid interest and premium charges.
FORM 800B (REV 3/84)   Please keep this copy for your records

*A RRA account*
*Mailed to Millbank — 2/11/09*

B 10 (Official Form 10) (12/07)

## UNITED STATES BANKRUPTCY COURT

*Lehman Brother*
*Account No. 831-90123-19-429*
*for creditor*

**PROOF OF CLAIM**

Name of Debtor: **LEHMAN BROTHERS INC Claims Processing**

Case Number:

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**ROSE SERAYDAR**

Name and address where notices should be sent:
**MRS. ROSE SERAYDAR**
**525 NEPTUNE AVE. APT. 22B**   *Creditor*
**BROOKLYN, NY, 11224-4020**
Telephone number:
**1-718-946-5083**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: **1-29-09**

Name and address where payment should be sent (if different from above):
**HOPE OF MY DAUGHTER** *(temporarily recuperating*
**MRS. JEANI SERAYDAR** *from open heart surgery)*
**3068 AVIATION Ave. MIAMI FLA.** *in Florida* *a triple by-pass*
Telephone number: **1-305-338-7262**
**TEMPORARILY**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:   **$259.81 PER MONTH**
**ANNUAL PENSION $3117.72**
If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.   **AND.**

2. Basis for Claim: *My security certificates in Lehman vaults*
(See instruction #2 on reverse side.)   *I should be returned to me.*

3. Last four digits of any number by which creditor identifies debtor:
3a. Debtor may have scheduled account as:   *a/c # 831-90123-19-429*
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other   **MONTHLY**
Describe:   **PENSION**
**$ 259.81**

Value of Property:$_____ Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. **$ 259.81**

Specify the priority of the claim. **MONTHLY PENSION**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). **MONTHLY PENSION**

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). **NONE**

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
**$ 259.81 $3117.72 PER YEAR**
**$259.81 MONTHLY**
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: **1/29/09**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Rose Seraydar (Rose SERAYDAR) creditor*

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*My account* *mailed to Milbank etc 2/11/09*

B 10 (Official Form 10) (12/07)

## UNITED STATES BANKRUPTCY COURT

*Lehman Bros Account No.*
*# 831-90123-19-429 for credits*

**PROOF OF CLAIM**

| | |
|---|---|
| **Name of Debtor:** *LEHMAN BROTHERS Inc. CLAIMS Processing* | **Case Number:** |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): *Rose SERAYDAR*

**Name and address where notices should be sent:**
*MRS. ROSE SERAYDAR (CREDITOR)*
*525 Neptune Ave, Apt 22B*
*Brooklyn, NY 11224-4020*

Telephone number: *1-718-946-5083*

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**
_____
(If known)

Filed on: *1/29/09*

**Name and address where payment should be sent (if different from above):**
*TEMPORARY ADDRESS →*
*CELL*
*TELEPHONE IN FLORIDA   305-338-7262*

*DAUGHTER:—*
*MRS. JOAN SERAYDAR &*
*2608 AVIATION Ave.*
*MIAMI, FLA. 33133*
*(CURRENTLY STAYING AT)*
*1-305-858-0122*

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** *Securities Certificates to be returned to me*
(See instruction #2 on reverse side.) *from Lehman's vault*

**3. Last four digits of any number by which creditor identifies debtor:** *4c# 831-90123-19-429*

**3a. Debtor may have scheduled account as:** *4c# 831-90123-19-429*
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information: *Proof of ownership to follow*

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other *Certificates*
Describe: *or Value of securities*

**Value of Property:** $_____   **Annual Interest Rate** ____ %

**Amount of arrearage and other charges as of time case filed included in secured claim,** if any: $_____   **Basis for perfection:** _____
*400 shs RobV*
*1400 shs FIBR*
*2 other securities*

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). *Robotelevision*

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). *American fiber optic*

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: *Due to TRIPLE by-pass & open heart surgery I am staying with my daughter to recuperate at above address.*

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**Date:** *1/29/09*

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Rose Seraydar (Rose SERAYDAR) creditor*

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



## SECTION A - CLAIMANT INFORMATION

**Claimant Name(s)** (as you would like the name(s) to appear on the check, if eligible for payment):

Rose SERAYDAR

**Last 4 digits of Claimant Social Security Number/Taxpayer ID Number:** 9637

**Name of the Person you would like the Claims Administrator to Contact Regarding This Claim** (if different from the Claimant Name(s) listed above):

Rose SeRAyDAR (Same as above)

**Claimant or Representative Contact Information:**
The Claims Administrator will use this information for all communications relevant to this Claim (including the check, if eligib for payment). If this information changes, you **MUST** notify the Claims Administrator in writing at the address above belc

**Street Address:**

525 Neptune Ave — Apt 22B

**City:**

Brooklyn

**State and Zip Code:**

New york    11224-4020

**Country (Other than U.S.):**

**Daytime Telephone Number:** (718) 946-5083    **Evening Telephone Number:** (718) 946-5083

**Email Address:** Do NOT HAVE A COMPUTER.

(Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this clain

IF YOU FAIL TO SUBMIT A <u>COMPLETE</u> CLAIM BY JANUARY 5, 2009 YOUR CLAIM IS SUBJECT TO REJECTION O YOUR PAYMENT MAY BE DELAYED.

NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or ma be requested, to submit information regarding their transactions in electronic files. All Claimants MUST submit manually signed paper Proof of Claim form listing all their transactions, whether or not they also submit electronic copie: If you wish to file your claim electronically, you must contact the Claims Administrator at 1-800-881-1931, or visit the website at **www.gardencitygroup.com**, to obtain the required file layout. No electronic files will be considered to hav been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt an acceptance of electronically submitted data.

Robbins Umeda LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Toll Free: 800/350-6003
Tel: 619/525-3990
Fax: 619/525-3991

*I thought this was a solicitation to take over my accounts. Is that possible?*

## STOCK PORTFOLIO MONITORING SERVICE
### FOR ROSE SERAYDAR
### January 23, 2009

The Portfolio Monitoring Service is designed to assist you in two ways. First, the service allows the Firm to notify you when you are eligible to receive your share of class action settlements. Second, the service allows the Firm to inform you when you are eligible to participate in new securities lawsuits. This is a free service provided to you by the Firm. You are not obligated to participate in any action. Should you decide to participate, you will not be required to incur any out-of-pocket expenses.

Please list all stocks you currently own. Or, if you would prefer, simply send us a copy of your most current brokerage statement.

| Company Name (Stock symbol only is sufficient) | Stock Symbol | Date Acquired |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(If you need additional space, please attach a separate sheet.)

The information you provide to us will remain completely confidential. It will not be sold or used for purposes of solicitation.

Please list all stocks that you have traded (bought or sold) in the last five (5) years:

| Company Name (Stock symbol only is sufficient) | Stock Symbol | Date Acquired | Date Sold |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If you need additional space, please attach a separate sheet.)

The information you provide to us will remain completely confidential.  It will not be sold or used for purposes of solicitation.

Luxembourg Residential Properties Loan Finance S.a.r.l.
BNC Mortgage LLC

Case No.: 09-10108 D;
Case No.: 09-10137 D;

To see the Voluntary Petition for a Debtor, click on the case number.

# SECTION 341 MEETING OF CREDITORS

Pursuant to section 341 of the Bankruptcy Code, the United States Trustee for the Southern District of New York (the "Uni
meeting of creditors at **10:00 a.m. (prevailing Eastern time) on January 29, 2009** at the Hilton New York, Mercury B
York, NY 10019.

# PRESENTATION TO CREDITORS

Presentation: Lehman Brothers Holdings Inc. Operational Issues & Challenges

# NOTICE TO HOLDERS OF LEHMAN STOCK

Please see attached notice regarding the Court's Order Approving Restrictions on Certain Transfers of Interests in the Deb
Procedures Relating Thereto, dated November 5, 2008 [docket no. 1386].

Notice: (To see a copy of the Notice, please click here).

Motion: (To see a copy of the Motion, please click here). [docket no. 978]

Order: (To see a copy of the Order, please click here). [docket no. 1386]

**Any acquisition, disposition, or other transfer in violation of the restrictions set forth in the proposed order or
and void *ab initio* as an act in violation of the automatic stay under sections 105(a) and 362 of the Bankruptc**

**The Motion only applies to trading by "Substantial Equityholders," as defined in the Motion.**

# PROOFS OF CLAIM

The deadline for the filing of proofs of claims against the Debtors in these cases has yet to be established by the Bankrupt
a proof of claim form at this time, completed forms can be sent to the following addresses:

| If by first-class mail: |
| --- |
| Lehman Brothers Holdings Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 |
| If by Hand Delivery or Overnight mail: |
| Epiq Bankruptcy Solutions, LLC<br>Attn: Lehman Brothers Holdings Claims Processing<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |

A blank proof of claim form can be obtained here. Social Security numbers are not required to complete a proof of claim a
claim form is a publicly accessible document.

# PROPOSED SALE OF CERTAIN EQUITY INTERESTS AND ASSETS F
BROTHERS' INVESTMENT MANAGEMENT DIVISION ("IMD")

525 Neptune Ave. - Apt. 22B
Brooklyn, N. Y. 11224-4020

April 30, 2010

Hughes, Hubbard & Reed IJP
One Battery Park Plaza
New York, N. Y. 10004-1482

Attention: Marisa T. Darden

Re:   SIPA Liquidation of Lehman Brothers Inc.
      Case No. 08-1420(JMP)  (BANKR.  S.D.N.Y.)

      Claim No.3478, 900007161

Dear Marisa:

I was stunned when I received your letter because at no time did we discuss anything about my voluntarily agreeing to withdraw my objections to the Trustee's Notice of  Determination dated December 9, 2008 and June 18, 2008 respectively regarding the above referenced claim, or any other claim involved.

In addition to that you said in your letter that "we understand that I am representing myself in this matter and not seeking legal advice."  We NEVER discussed either subjects and I don't know where you got that from.  Please don't put words in my mouth.  I have every intention of having legal assistance and I am not signing anything.

If you recall the only time I spoke to you recently was when my Granddaughter called me that she was going into the Hospital and wanted me to be with her.  You were going to speak to me about this matter I assume and I explained to you that I had to rush out and wouldn't be available.  Nothing else was discussed!!!

In the interim, a lot of things have happened that have prevented me from getting back to you right away, I would like to call you in the very near future.  Thank you.

Yours Truly,

Mrs. Rose Seraydar

The young lady that suggested I locate my account numbers was not Marisa T. Darden -



**Hughes**
**Hubbard**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

February 25, 2010

<u>VIA FEDERAL EXPRESS</u>

Rose Seraydar
525 Neptune Avenue, Apt. 22B
Brookly, NY 11224-4020

Re:   SIPA Liquidation of Lehman Brothers Inc.
      Case No. 08-1420(JMP) (Bankr. S.D.N.Y.)

Claim Number: 3478, 900007161

Dear Ms. Seraydar:

    We write on behalf of James W. Giddens, as Trustee for the SIPA liquidation of Lehman Brothers Inc. in the above-referenced proceeding. As we previously discussed over the phone, you voluntarily agreed to withdraw your objections to the Trustee's Notice of Determinations, dated December 9, 2008 and June 18, 2008 respectively, regarding the above-referenced claim.

    We understand that you are representing yourself in this matter, however you are free to consult an attorney regarding the attached. In order to finalize and record this objection withdrawal, please review and sign the enclosed withdrawal consent notice and return it to the above address, Attention Marisa T. Darden, Esq.

    Please contact me at (646) 348-7202 if you have any questions or would like to speak further about this matter.

Very truly yours,

Marisa T. Darden

Enclosure

*On 1/9/08 and 6/18/08 I was prepared to go into the Hospital and was in rehab December 9, 2008 — So no way was I in discussion with you about the claims.*

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (JMP) SIPA |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF THE OBJECTION TO THE TRUSTEE'S DETERMINATION OF CLAIM NUMBERS 3478 AND 900007161

Rose Seraydar hereby withdraws with prejudice and without costs to either party her Objections, both dated January 11, 2010 to James W. Giddens', as Trustee for the SIPA liquidation of Lehman Brothers Inc., Determinations of Claim Numbers 3478 and 900007161 (the "Claims") filed in the above-referenced proceeding. Rose Seraydar hereby forever waives any and all rights she may have to object to or otherwise contest The Trustee's determinations of the Claims, and agrees the Trustee's determinations of the Claims are now final.

By: _____

Rose Seraydar

*I never signed anything*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **Notice of Withdrawal of the Objections to the Trustee's Determination of Claim Numbers 3478 and 900007161** has been furnished via U.S. Mail this ___ day of _____, 2010 to the following address:

James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
c/o Marisa T. Darden
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482


By: _____
      Rose Seraydar

2

If you would like to file a claim online please go to www.lehmantrustee.com and select the link for the online claim form.  You will need the tracking number and mail id listed below to complete your claim online.

Tracking No: 116188; Mail ID: 105169

ROSE SERAYDAR
ROLLOVER CUST
525 NEPTUNE AVENUE -APT #22B
BROOKLYN NY 11224-4020

*The computer was too difficult for me. I filed claims already, thank you. I don't have a computer. I do now though.*

## Exhibit A-2: Empty Account Claims

| Exhibit | Claimant | Claim Number | Objection Docket No. |
|---|---|---|---|
| K | Adria Venetsky and Diane Venetsky JTWROS | 900007161 | N/A |
| L | ~~Barbara Maria O'Reilly~~ | ~~300007377~~ | ~~1396~~ |
| M | Rose Seraydar | 3478 / 3479 A: 3479 / 3639 A: 3639 | N/A |

*(handwritten)* I have no idea what these 2 items represent "K" and "M"

*(handwritten)* It was suggested to me to get all the account numbers used by Lehman during my years with them. Lehman changed my account numbers many times because my broker was transferred to branch offices other than where he was originally. That is the reason for the account numbers changing.

**Client Stateme**

JOANI SERAYDAR

304 01072  15 011

## PORTFOLIO   ANALYSIS

| YP | QUANTITY | DESCRIPTION | PRICE | VALUE | P O R T CD | % | ANNUAL DIV/INT | IND. INCOME INCOME | % YLD | S&P RTG | IND EARNINGS PER SHR | P/E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | 942 | AMERICAN FIBER OPTICS CORP | .18 | 176 | 99 | 4.1 | .00 | .00 | .0 | NR | .10- | |
| L | 100 | BIOTECHNICA INTERNATIONAL INC | 2.37 | 237 | 99 | 5.6 | .00 | .00 | .0 | | 1.56- | |
| | 600 | COMTEX SCIENTIFIC CORP | .42 | 252 | 99 | 5.9 | .00 | .00 | .0 | | | |
| | 400 | XXX FLAN CORP PLC ADR | 8.00 | 3,200 | 99 | 75.0 | .00 | .00 | .0 | NR | .26- | |
| | 100 | LIFETIME CORP | 3.00 | 300 | 99 | 7.0 | .00 | .00 | .0 | NR | .24 | 33 |
| | 24 | NOVA NATURAL RESOURCES CORP | .56 | 13 | 99 | .3 | .00 | .00 | .0 | C | .10 | 30 |
| | 100 | PERFECTDATA CORP *name change* | .84 | 84 | 99 | 2.0 | .00 | .00 | .0 | | .05 | 11 |
| | 40 | *** UNPRICED SECURITIES *** ELECTRIC M & R INC *name change* | | | | | | .00 | .00 | .0 | NR | .21- .00 | |
| | | SUB TOTAL | | 4,264 | | 100.0 | | .00 | | | | |
| | | T O T A L S | | 4,264 | | 100.0 | | .00 | | | | |

UNPRICED SECURITIES ARE NOT INCLUDED IN TOTAL MARKET VALUE.
BOND PRICES MAY DIFFER FROM CURRENT MARKET QUOTES.  COMPUTERIZED PRICING SERVICES ARE OFTEN UNABLE TO SUPPLY
US WITH UP-TO-THE-MINUTE INFORMATION.  PRICES ARE PROVIDED ONLY AS A GENERAL GUIDE TO PORTFOLIO VALUE.

## INDUSTRY   CLASSIFICATION

| E | INDUSTRY | PORT % | VALUE | CODE | INDUSTRY | PORT % | VALUE |
|---|---|---|---|---|---|---|---|
| | UNCLASSIFIED ISSUES | 100.0 | 4,264 | | | | |

*This was a joint account with my daughter, Joani Seraydar and me*

Shearson Lehman Brothers Inc.
Foster & Marshall Inc.
The Robinson-Humphrey Company, Inc.

**STATEMENT OF ACCOUNT**

MRS. ROSE SERAYDAR
525 NEPTUNE AVE.
APT. 22B
BROOKLYN, N.Y. 11224

| Statement Period | Soc. Sec./Tax I.D. # | Account Number |
|---|---|---|
| 05/01/85-05/31/85 | 129 16 9637 | W39 99008 |

ACCOUNT EXECUTIVE : ROSE SERAYDAR
TELEPHONE : 212-742-5479
OFFICE : 1 BATTERY PARK PLAZA
         NY NY 10004

## DISTRIBUTION

|  | REPORTED TO IRS | |
|---|---|---|
|  | THIS PERIOD | YEAR TO DATE |
| DIVIDEND |  |  |
| EXCLUSION-QUALIFIED | 20.00 | 417.90 |

## ACCOUNT BALANCES

| TYPE | CLOSING | OPENING |
|---|---|---|
| CASH | .00 | 7.25 |
| MARGIN | 30,746.02 | 25,559.63 |
| TOTAL | 30,746.02 | 25,552.38 |

| DATE | TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 05 24 | 2 | I-CASH DIVIDEND |  | VEECO INSTRUMENTS |  | 20.00CR |  |
| 05 30 | 1 | EXCHANGED | 1,000- | A/C TO CONV |  |  | 25,532.38 |
|  |  |  |  | GENETIC SYS CORP CLB |  |  |  |
|  |  |  |  | WTS EXP 6-5-85 |  |  |  |
|  | 1 | O-EXCHANGED | 1,000 | AC TO CONV |  | 5,000.00 |  |
|  |  |  |  | GENETIC SYSTEMS CORP |  |  | 30,532.38 |
| 05 31 | 2 | E-INTEREST TO 05-21 @ 9.75% |  | FOR 21 DEBIT DAY(S) |  | 145.33 |  |
|  |  |  |  | AVG BAL  25,552 |  |  |  |
|  |  |  |  | BAL 05-20  25,552 |  |  |  |
|  | 2 | E-INTEREST TO 05-29 @ 9.50% |  | FOR 8 DEBIT DAY(S) |  | 53.91 |  |
|  |  |  |  | AVG BAL  25,539 |  |  |  |
|  |  |  |  | BAL 05-28  25,532 |  |  |  |
|  | 2 | E-INTEREST TO 05-31 @ 9.25% |  | FOR 2 DEBIT DAY(S) |  | 14.40 |  |
|  |  |  |  | AVG BAL  28,032 |  |  | 30,746.02 |
|  |  |  |  | BAL 05-30  30,532 |  |  |  |

### TRANSACTION BY CLASS

| OPENING BAL | I-INCOME(CR) | E-INT EXP | O-OTHER | CLOSING BAL |
|---|---|---|---|---|
| 25,552.38 | 20.00 | 213.64 | 5,000.00 | 30,746.02 |

### YOUR PORTFOLIO

| TYPE | QUANTITY | SYMBOL |  | PRICE | MARKET VALUE | ANNUAL INCOME(EST) | CURRENT YIELD(%) |
|---|---|---|---|---|---|---|---|
| 1 | 450 | FIBR | AMERICAN FIBER OPTIC OPTICS CORP | 1.188 | 534 |  |  |
|  | 300 | * BRY | BEATRICE COMPANIES INC | 31.875 | 9,562 | 540 | 5.64 |
|  | 1 |  | CASH RESERVE MGT INC | 1.000 | 1 |  | 8.17 |
|  | 39 | * D | DOMINION RES INC VA | 31.125 | 1,213 | 106 | 8.74 |
|  | 300 | ELANY | ELAN CORP PLC ADR | 11.000 | 3,300 | 21 | .65 |
|  | 200 | EMPI | EMPI INC | 6.750 | 1,350 |  |  |
|  | 200 | ENZO | ENZO BIOCHEM INC | 13.500 | 2,700 |  |  |
|  | 1,000 | GENS | GENETIC SYSTEMS CORP | 8.000 | 8,000 |  |  |
|  | 1 |  | HUTTON GOVT FUND | 1.000 | 1 |  | 7.42 |
|  | 36 | * EFH | E F HUTTON GROUP INC | 31.750 | 1,143 | 28 | 2.51 |
| 2 | 541 | EFH | E F HUTTON GROUP INC | 31.750 | 17,176 | 432 | 2.51 |
| 1 | 500 | IMMCW | INTL MOBILE MACHS CORP WTS 8-5-88 | 2.062 | 1,031 |  |  |
| 1 | 50 |  | INFORMATION DISPLAYS OLD 10CT PV    NT-SU | N/A |  |  |  |
| 1 | 500 | INMC | INMAR CORP | 4.469 | 2,234 |  |  |
| 1 | 1,000 | MEOLY | MERIDAN OIL NL ADR | .172 | 172 |  |  |
| 2 | 100 | MLT | MITEL CORP | 7.125 | 712 |  |  |
| 2 | 400 | ROBV | ROBOTIC VISION SYS INC | 10.500 | 4,200 |  |  |
| 1 | 120 |  | REXPLORE RES INTL LT D | N/A |  |  |  |
| 2 | 100 | SCOR | SYNCOR INTL | 4.375 | 437 |  |  |
| 2 | 674 | * TIE | TIE COMMUNICATIONS INCORPORATED | 6.000 | 4,044 |  |  |
| 1 | 500 | TMED | TRIMEDYNE INC | 3.938 | 1,969 |  |  |
| 2 | 200 | * VEE | VEECO INSTRUMENTS | 20.125 | 4,025 | 80 | 1.98 |

* LISTED OPTION AVAILABLE

TOTAL MARKET VALUE OF PRICED SECURITIES    63,804
CLOSING DEBIT BALANCE    30,746-
**** ACCOUNT NET WORTH    33,058 ****    N/A = PRICE NOT AVAILABLE

SIPC - SECURITIES INVESTOR PROTECTION CORP. - INSURES SECURITIES ACCOUNTS UP TO $500,000
FOR BOTH CASH AND SECURITIES WITH A MAXIMUM OF $100,000 FOR CASH. ADDITIONAL COVERAGE OF
$2 MILLION IS PROVIDED FOR SECURITIES IN SECURITIES ACCOUNTS BY AN INDEPENDENT INSURER.

* The above stocks (with a cross) are several of my held stocks for so many years.

E.F. HUTTON & COMPANY INC. • MAIN OFFICE: ONE BATTERY PARK PLAZA • NEW YORK, NY  10004 • TEL. (212) 742-5000

# EF Hutton

| TYPE OF ACCOUNT |
| --- |

| 1-Cash | 4-Non-Purpose Loan |
| 2-Margin | 8-Tax Withholding Suspense |
| 3-Short | 9-Secondary Margin |

## EXPLANATION OF SYMBOLS SHOWN IN DESCRIPTION COLUMN

| NT-BK | Not Transferable-Bankrupt |
| NT-LD | Not Transferable-In Liquidation |
| NT-NSE | Not Transferable-No Stockholder Equity |
| NT-SU | Not Transferable-Status Unknown |
| NT-TS | Not Transferable-Transfer Suspended |

retain this statement for income tax purposes and also because it s information required by you to verify interest entries appearing :quent statements. If not correct, return it immediately. Checks and securities be sent to the cashier of the office servicing your account. Instructions uiries should be directed to your Account Executive. When making es please mention your account number. Notify us promptly of any of address. You are requested to advise E.F. Hutton & Company mptly of any material changes concerning your investment objectives ncial situation. No one connected with E.F. Hutton & Company authorized to render tax advice or to insure the tax consequences of isaction.

es accounts bearing indication as type 2, 3 or 9 are general accounts 'ise known as margin accounts. A combined special miscellaneous : is maintained for all clients as provided under Section 4(F) (6) of 'n T issued by the Board of Governors of the Federal Reserve The permanent record of the special miscellaneous account as / by Regulation T is available for your inspection upon request. es statements will be mailed to customers who have transactions the month affecting cash balances or securities positions. Customers accounts have been inactive will be sent a statement at the end three month period of inactivity. Cash received or paid and securities d or received are shown as of the date of each transaction. Purchases s of securities, however, are shown as of contract settlement date which ally the fifth full business day after the date of execution (settlement options transactions is normally the next business day). Therefore, es or sales settling after the close of the statement period will ear on this statement even though cash or delivery entries relating purchases or sales may be shown. In such instances the statement ive next month will complete the record. If this statement reflects ing or delivery of a security which has not been received, please our Account Executive of non-receipt immediately so that itton & Company Inc. can arrange for issuance of a stop order acement. Failure to do so will result in the customer assuming ility for obtaining a replacement directly from the transfer agent.

on relative to commissions and other charges incurred in connection d options transactions occurring during the month has previously ished to you in confirmations of such transactions. A summary of nation will be made available to you upon request.

ill be applied whenever Hutton extends credit in an account. The riod extends from the last business day of the previous month calendar day prior to the last business day of the current terest will be charged in accordance with the interest computation reviously provided you pursuant to Rule 10b-16 of the Securities Act of 1934. An additional copy of the schedule will be provided uest.

ces in your account as of the opening and close of the statement shown under BALANCES at the top of the statement. CR edit balance and the absence of this designation indicates a debit ny free credit balance arising from transactions in securities

accounts represents funds payable to you upon demand which, altho properly accounted for on our books of record, are not segregated and r be used in the conduct of Hutton's business. Stock dividends, conversi or exchanges resulting in fractional shares will be converted into c which will be credited to your account unless you request beforeha that the necessary additional fraction of a share be purchased for y account in order to round out to one full share.

Securities positions are valued as of the close of the statement per if prices are available from reference sources deemed reliable. The month-c valuations of your portfolio are for guidance only and do not necessa reflect prices at which each position could have been sold or, if sho covered on the valuation date, particularly in the case of inactiv or infrequently traded securities. For precise quotations, please cont your Account Executive. Net worth is the approximate total value of the en account as of the close of the statement period based on the combin of any cash or margin balance and the value of securities positions as set forth above. The statement sets forth open orders in listed opt traded on any exchange and open orders in other securities listed on the I York, American and Pacific Stock Exchanges. The open order will rem in force until the date specified or in the event no date is shown, order will remain open until you cancel it. The price is the limit price of y order. The closing price, if shown, indicates the most current price of security as of the close of the statement period. If the closing price preceded by an asterisk, the closing price varies by 20% or more from the op order limit price.

It is required that dividends and/or interest income of $10 or more (ot than income earned by tax exempt accounts or income earned on qualifyi municipal issues) which has been credited to your account during the calen year be reported to the Internal Revenue Service. Gross proceeds reali from all dispositions of securities, i.e., sales, redemptions or tenders, v be reported to the Internal Revenue Service for accounts other than exem accounts. The appropriate transaction document reflecting the dispositi will be identified as Form 1099-B Substitute. Dividends, interest or gross sa proceeds may be subject to 20% backup withholding if you do not provid tax identification number or if you do not certify the correctness of your identification number.

A financial statement of E.F. Hutton & Company Inc. is available your personal inspection at its offices or a copy of it will be mai upon your written request. E.F. Hutton & Company Inc. is a memi of the Securities Investor Protection Corporation (SIPC). A brochure furtl explaining the operation of SIPC is available upon request. For yc convenience Hutton maintains a Customer Relations Department at its ma office in New York.

All account statements furnished to you shall be considered accurate a complete and acknowledged by you to be correct unless you report a differences immediately to the Manager of the office servicing your account Errors and omissions excepted.

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

# epiq
### SYSTEMS

**** LBH CLMLTR (MERGE2,TXNUM2) 4000002925 ****
SERAYDAR, ROSE MRS
525 NEPTUNE AVE. APT 22B
BROOKLYN, NY 11224-4020

*[handwritten: Spoke to Larry on 9/22/09 (Portland, Oregon) 1-800- abatement # 1058) also spoke to Alysa]*

August 13, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case.   To ensure that your claim has been recorded correctly, please review the following information:

Debtor:                 LEHMAN BROTHERS HOLDINGS, INC.
Case Number:         08-13555
Creditor:               SERAYDAR, ROSE MRS
Date Received:       02/20/2009
Claim Number:            2927

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed.  The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/LBH.  To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search".  Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx.  Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

**ROSE SERAYDAR AND**

**Account number 831-90372-17 429**

## Cash and money funds balance

| | This period |
|---|---|
| **Opening balance** | $24,702.49 |
| Deposits | 3.27 |
| Withdrawals | -50.00 |
| Money funds earnings credited | 211.37 |
| **Closing balance** | $24,867.13 |

## Portfolio details

This section shows the holdings in your account. It reflects values as of the close of business on 03/31/98.

### Money funds

| Description | No. of shares | Market value | Comment |
|---|---|---|---|
| **AUTOMATED CASH MGMT TRUST II | 24,867.13 | $ 24,867.13 | |
| **Total value of money funds** | | $ 24,867.13 | |

### Stocks

#### Common stocks

| | Exchange | No. of shares | Price | Yield | Anticipated income (annualized) | Market value | Research* Ranking | Comment |
|---|---|---|---|---|---|---|---|---|
| VISION AEROSPACE INC RSTD | OTC | 3 | | | | | | In cash account Unpriced security In cash account |
| ACCESS PHARMACEUTICALS INC | OTC | 2,000 | .27 | | | 540.00 | | In cash account Symbol: AXCSI Rated: C |
| AMGEN INC | OTC | 100 | 60.875 | | | 6,087.50 | 2 | In cash account Symbol: AMGN Rated: B |
| CISCO SYSTEMS INC | OTC | 300 | 68.375 | | | 20,512.50 | 1 | In cash account Symbol: CSCO Rated: B+ |
| LXR BIOTECHNOLOGY INC | AMEX | 1,000 | 3.812 | | | 3,812.00 | | In cash account Symbol: LXR |
| NOVA NATURAL RESOURCES CORP | OTC | 24 | .02 | | | | | In cash account Symbol: NVNU |
| PERFECTDATA CORP | OTC | 100 | 1.437 | | | 143.70 | | In cash account Symbol: PERFI Rated: C |

# SHEARSON LEHMAN HUTTON

An American Express company

## Client Statement
July 1 - September 30, 1989

Account number 304-07008-12 011

SS # 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
Your Financial Consultant
IRWIN SCHACHTER
SHEARSON LEHMAN HUTTON INC.
1 BLUEHILL PLAZA
PEARL RIVER NY
10965
914-735-8060

Page 1 of 3

ROSE SERAYDAR
525 NEPTUNE AVE
APT 22B
BROOKLYN NY 11224

## Account value

| | Net value this period | Net value last period |
|---|---|---|
| Money funds | | |
| Stocks | $ 157.13 | |
| | 8,675.00 | 8,828.13 |
| | $ 8,480.64 | |

*Handwritten note:*
E.F. Hutton had closed their company out of view released with all other employees on or about Jan 1989

## Earnings summary

| | This period | | | This year | | |
|---|---|---|---|---|---|---|
| | | Taxable | Non-taxable | | Taxable | Non-taxable |
| Dividends | $ 44.00 | | | $ 116.00 | $ 0.00 | |
| Money funds earnings | | 2.59 | | 5.02 | 0.00 | |
| Total | $ 46.59 | | | $ 121.02 | $ 0.00 | |

## Borrowing potential

You can borrow against the value of your portfolio to buy additional securities or for other purposes. For more information, please call your Financial Consultant.

LEHMAN BROTHERS

# SHEARSON

## Client Statement

**Shearson Loeb Rhoades Inc**
Two World Trade Center
New York New York 10048

See reverse for important informa...

**Customer:**
JANI SERAYDAR
C/O MRS. R. SERAYDAR
565 NEPTUNE AVENUE-APT.22B
BROOKLYN, N Y 11224

| Account Data | | | | |
|---|---|---|---|---|
| Account No. | I.E. No. | Page | | |
| 634 03168 | 467 | 1 | | |
| Social Security/ID No. | | | | |
| 085 40 4753 | | | | |
| Investment Executive Name | | | | |
| IRWIN SCHACHTER | | | | |

| Balance Summary | | | |
|---|---|---|---|
| Combined Account Opening Balance | Combined Account Closing Balance | Statement Date/Interest | Earnings Summ... |
| 1,033.26DR | 1,173.66DR | Statement Period | Dividend YTD |
| Short Account Opening Balance | Short Account Closing Balance | 11/01 — 11/27/81 | 15.0... |
| 1,300.00CR | 2,000.00CR | Interest Rate | Bond Interest YTD |
| Priced Portfolio Value | Equity | 15.40 | |
| 7,767.27 | 6,593.61 | Average Daily Balance | Municipal Interest Y... |
| | | 1,131.00 | |
| | | Interest Charge | |
| | | 17 1/2 | |

| Date | Bought or Received | Sold or Delivered | Description | Type | Price or Entry | Amount Charged | Amount Credited |
|---|---|---|---|---|---|---|---|
| 06 81 | | | | | | | |
| 06 81 | | | | | | | |
| 11 81 | | | | | | | |
| 09 81 | 50 | 50 | AMERICAN FIBER OPTICS CORP. | 24 MKT | 6. | 100.00 | -100.0... |
| 09 81 | | | | 57 MKT | 5. | | |
| 10 81 | 200 | 50 | | 16 BLJ | 4 | 800.00 | |
| | | | PORTFOLIO SUMMARY | 24 MKT | 24. | 975.00 | 975.0... |
| | | | SHORT | 57 MKT | 27. | 100.00 | 1,375.0... |
| | | LONG | AMERICAN FIBER OPTICS CORP | 24 MKT-1/2 | 24. | 100.00 | 100.0... |
| | 52 | | ELECTRIC M & R INC | 57 MKT | 57. | 15.40 | |
| | 600 | 100 | | 24 INT-CHARGE | 24. | | |
| | 100 | | | 57 MKT | 57. | | |
| | 50 | | | | | | |
| | 100 | | | | | | |
| | 200 | | | | | | |

| MKT PRICE | MARKET VALUE |
|---|---|
| 6.7500 | 3,750.00 |
| 6.2500 | 3,750.00 |
| 20.5625 | 2,050.00 |
| 20.5000 | 2,050.00 |
| 11.1500 | 556.80 |
| 11.1218 | 561.80 |
| 4.250 | 850.00 |

*Handwritten notes:*

TAKE ADVANTAGE OF 1981 TAX BREAKS NOW AND LOOK TO IRA/KEOGH PLANS FOR EXTRA TAX SAVING IN 1982. WARMEST WISHES FOR A HAPPY, HEALTHY AND PROSPEROUS 1982.

*I wish wanted to show you how long I owned these stocks*

*I.S. push.*

**James W. Giddens**
**Trustee for the SIPA Liquidation of Lehman Brothers Inc.**
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

*In re* Lehman Brothers Inc.

Case No. 08-01420 (JMP) SIPA

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

**VIA UPS OVERNIGHT**

June 18, 2009

ADRIA VENETSKY AND
DIANE VENETSKY ITWROS

*My daughter and granddaughter*

Re:   Claim Number(s):   900007161

Dear Claimant:

### PLEASE READ THIS NOTICE CAREFULLY

The liquidation of the business of Lehman Brothers Inc. ("LBI") is being conducted by James W. Giddens, Trustee (the "Trustee") under the Securities Investor Protection Act of 1970, as amended ("SIPA") pursuant to an order entered on September 19, 2008 by the United States District Court for the Southern District of New York. You have submitted the above-referenced claim(s) (the "Claim") as a customer claim in this proceeding. This Notice is applicable only to the claim(s) and/or accounts identified above. If you filed other claims, additional notices will be issued.

The Trustee has made the following determination regarding your Claim:

Your claim is DENIED. LBI records indicate that you had an account with LBI, but there is no cash or securities in the account as of September 19, 2008. Accordingly, you have no claim against the estate.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge James M. Peck, you MUST file your written opposition, setting forth (i) the claim number; (ii) a detailed statement of the reasons for your objection to the Trustee's determination; (iii) copies of any document or other writing upon which you rely; and (iv) mailing, phone, and email contact information, with the United States Bankruptcy Court and the Trustee within THIRTY DAYS of the date of this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

EX. M 012

*Page 8*

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must file your opposition in accordance with the above procedure electronically with the Court on the docket of *In re* Lehman Brothers Inc., Case No. 08-01420 (JMP) SIPA in accordance with General Order M-242 (available at www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format.

If you do not have means to file your opposition electronically, you may mail your opposition to:

> Clerk of the United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> New York, New York 10004

**PLEASE TAKE FURTHER NOTICE:** You must serve your opposition upon the Trustee's counsel by mailing a copy to:

> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, NY 10004
> Attn: LBI Hearing Request
>
> Attorneys for James W. Giddens, Trustee for
> the SIPA Liquidation of Lehman Brothers Inc.

> Very Truly Yours,
>
> James W. Giddens
> Trustee for the SIPA Liquidation of
> Lehman Brothers Inc.

2

EX. M 013

# SIPC

SECURITIES INVESTOR PROTECTION CORPORATION

**CUSTOMER CLAIM FORM**
**LEHMAN BROTHERS INC.**

*This was for my granddaughter & her mother*

ADRIA VENETSKY AND

Daytime Phone: _____

Contact Person: _____

## PLEASE NOTE

- A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.

- TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.

- THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.

- ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.

- YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

- IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.

- LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:

If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

EX. K 004

If you would like to file a claim online please go to www.lehmantrustee.com and select the link for the online claim form.  You will need the tracking number and mail id listed below to complete your claim online.



ADRIA VENETSKY AND

EX. K 003

## 3.    COMMODITY FUTURES CLAIMS

Do you have a claim based on a commodity futures account?

YES      NO
(Circle Y or N)
Y        N

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

Amount of Claim: _____

Basis for Claim: _____

_____

_____

_____

_____

## WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.
- Proper documentation can speed the review, allowance, and satisfaction of your claim.
- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.
- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.
- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

## PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

NOTE:    IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

YES      NO
(Circle Y or N)



4.    Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)? *See w af*        Y        N

5.    Has there been any change in your account since September 19, 2008?        Y        N

3

EX. K 006

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

   a.  LBI owes me a credit or cash in the amount of:                     $_____

   b.  I owe LBI a debit or cash in the amount of:                        $_____

   c.  If you wish to repay the debit balance listed in point b. above please insert the amount you wish to repay and attach a check payable to "James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc." If you wish to make a payment, **it must be enclosed with this claim form.**

                                                                           $_____

2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

   **Please Do Not Claim Any Securities You Have In Your Possession**

   |  |  | YES | NO |
   |---|---|---|---|
   |  |  | (Circle Y or N) | |
   | a. | LBI owes me securities: | Y | N |
   | b. | I owe LBI securities: | Y | N |

   c.  If yes to either, please list below (or in additional pages as necessary):

   | Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | Number of Shares or Face Amount of Bonds LBI Owes Me (Long) | I Owe LBI (Short) |
   |---|---|---|---|---|
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |

   If additional space is needed, attach additional pages providing the information in the exact format above.

2

EX. K 005

6. Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?

7. Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).    Y    **N**

8. Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?    Y    **N**

9. Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.    Y    **N**

10. Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.    Y    **N**

11. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.    Y    **N**

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: _Adria Venetsky and Diane Venetsky_

Address: _545 Neptune Ave - 23F_
_Brooklyn, N.Y. 11224_

Phone number: _Unlisted_

Email address: _____

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _Diane Venetsky 4/12/09_    Signature _Diane Venetsky_

Date _4/12/09_    Signature _Adria Venetsky_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

4

EX. K 007

Exhibit A-2: Empty Account Claims

| Exhibit | Claimant | Claim Number | Objection Docket No. |
|---|---|---|---|
| K | Adria Venetsky and Diane Venetsky JTWROS | 900007161 | N/A |
| L | Patricia Marie O'Reilly | 800002577 | 1290 |
| M | Rose Seraydar | 3478 / A: 3479 / A: 3639 | N/A |

*[handwritten:]* 2/10/11 call Yaffin Re: Lehman 8-3039 of copy of the doc - send a document now.

*[handwritten:]* "Lehman changed my account numbers several times because my Broker was transferred to Branch Offices many times if a Branch Office was being vacated or other reasons."

That is the reason why my accounts numbers were changing several times.

4

Exhibit A-3: Customer Account Transfer Claims

| Exhibit | Claimant | Claim Number | Objection Docket No. | Disposition of Account |
|---|---|---|---|---|
| N | Walter E. Rose | 900003985 | 3210 | Account transferred to BCI |



Your Investment Representative

BARI VENETSKY
**LEHMAN BROTHERS INC.**
1 WORLD FINANC'L CTR
29TH FLOOR
NEW YORK NY 10281
800-392-5000

As you requested, copies of this
statement have also been sent to:

LEHMAN BROTHERS WFC

ADRIA VENETSKY AND
DIANE VENETSKY JTWROS
545 NEPTUNE AVE APT 23F
BROOKLYN NY 11224-4057

## Account value

| | Last period | This period |
|---|---|---|
| Money funds | $ 27.93 | $ 27.98 |
| Stocks | 5,230.00 | 6,875.00 |
| Net value | $ 5,257.93 | $ 6,902.98 |

## Earnings summary

| | This period | This year Taxable | This year Non-taxable |
|---|---|---|---|
| Dividends | $ 0.00 | $ 55.00 | $ 0.00 |
| Money funds earnings | .05 | .68 | 0.00 |
| **Total** | **$ .05** | **$ 55.68** | **$ 0.00** |

## Bulletin board

*Please visit our website at www.lehman.com*

## Borrowing potential

*You can borrow against the value of your portfolio to buy additional securities or for other purposes. For more information, please call your Investment Representative.*

## Cash and money funds balance

| | This period | This year |
|---|---|---|
| **Opening balance** | **$ 27.93** | |
| Withdrawals | 0.00 | -102.72 |
| Money funds earnings credited | .05 | |
| **Closing balance** | **$ 27.98** | |



ԱdԱlԱlԱllԱllllllll...Ա.Ա.Ա.l.Ա.llll.Ա.Ա.ll
ADRIA VENETSKY  AND
ROSE SERAYDOR JTWROS
525 NEPTUNE AVE APT 22B
BROOKLYN NY  11224-4021

*Account name*
*Changed by* [signature] *9/1/[?]*
@ [marked]

**Your Investment Representative**

[signature]

**LEHMAN BROTHERS INC.**
3 WORLD FINANCIAL CTR
21ST FLOOR
NEW YORK NY  10285
800-392-5000

**Account number 831-92841-16  98**
**SS # 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**

As you requested, copies of this
statement have also been sent to:

LEHMAN BROTHERS WFC
ADRIA VENETSKY

## Account value

| | Last period | This period |
|---|---|---|
| Money funds | $ 24.56 | $ 0.00 |
| Stocks | 5,825.00 | 0.00 |
| **Net value** | **$ 5,849.56** | **$ 0.00** |

## Earnings summary

| | This period | This year | |
|---|---|---|---|
| | | Taxable | Non-taxable |
| Dividends | $ 24.50 | $ 49.00 | $ 0.00 |
| Money funds earnings | .22 | .28 | 0.00 |
| **Total** | **$ 24.72** | **$ 49.28** | **$ 0.00** |

[handwritten annotations]

## Bulletin board

Please visit our website at www.lehman.com

Lehman Brothers is pleased to announce the relocation of the Private
Client Services' New York Office. The move is scheduled for October
2000. Our new address will be:

Lehman Brothers Inc.
1 World Financial Center
New York, N.Y.  10281

In accordance with regulatory initiatives, equity securities and
associated options will begin trading in decimal rather than fraction
form on August 28, 2000. This project will begin with a limited number
of securities, but will be expanded in stages to include all equity
securities and options. Please contact your Investment Representative
for additional information regarding this project.

**Account number 831-92841-16 998**

**ADRIA VENETSKY  AND**

## Cash and money funds balance

| | This period | This year |
|---|---|---|
| Opening balance | $ 24.56 | |
| Withdrawals | -49.28 | -49.28 |
| Dividends credited | 24.50 | |
| Money funds earnings credited | .22 | |
| Closing balance | $ 0.00 | |

## Transaction details

**Other security activity**

| Date | Activity | Description | Quantity |
|---|---|---|---|
| 08/21/00 | Journal | BRISTOL MYERS SQUIBB CO TO 831-93043 | -100 |

*Journaled from my account (Rose Sergides) to my natural and assumed natural fee nieces (Adria Venetsky and her mother (Diane Venetsky))*

**Withdrawals**

| Date | Description | Reference no. | | Amount |
|---|---|---|---|---|
| 08/21/00 | TO 831-93043 | | | $ 49.25 |
| 08/23/00 | TO 831-93043 | | | .03 |
| **Total withdrawals** | | | | **$ 49.28** |

**Money funds activity**

| | | Description | Amount |
|---|---|---|---|
| | Opening money funds balance | | $ 24.56 |
| Date | Activity | Description | Amount |
| 07/21/00 | Investment | **AUTOMATED CASH MGMT TRUST II MONTHLY DIVIDEND REINVESTED | .06 |
| 08/07/00 | Investment | **AUTOMATED CASH MGMT TRUST II PURCHASE REQUESTED | 24.50 |

All transactions are traded at 1.00 USD ($) per share.

| Date | Activity | Description | Amount |
|---|---|---|---|
| 08/18/00 | Investment | **AUTOMATED CASH MGMT TRUST II MONTHLY DIVIDEND REINVESTED | .13 |
| 08/22/00 | Redemption | **AUTOMATED CASH MGMT TRUST II REDEMPTION REQUESTED | -49.25 |
| | | **Closing balance** | **$ 0.00** |