# CRAVATH, SWAINE & MOORE LLP

ALLEN FINKELSON
STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG

SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1760

THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE

———

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

———

OF COUNSEL
PAUL C. SAUNDERS

October 5, 2011

<u>In re Lehman Bros. Holdings Inc. et al., No. 08-13555
(Bankr. S.D.N.Y.)</u>

Dear Judge Peck:

   We represent Credit Suisse AG, Cayman Branch and related entities (collectively, "CS") in the above-captioned chapter 11 case. We write regarding a discovery dispute between Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., and other LBHI chapter 11 debtor-subsidiaries (collectively, the "Debtors") and Nomura International plc, Nomura Securities Co., Ltd., and Nomura Global Financial Products, Inc. (collectively, "Nomura"). At issue in the dispute is whether Nomura may gain discovery of information held by Debtors that is relevant to how certain derivative counterparties closed-out and valued their positions with the Debtors.

   As CS has filed substantial derivatives claims against the Debtors, has not reached a consensual resolution of those claims with the Debtors and expects the Debtors to object to those claims, its rights to discovery in likely future claims litigation may be adversely affected by any ruling in the pending discovery dispute. CS shares Nomura's position that the Debtors may not withhold from discovery the relevant transactional data from Debtors' derivatives counterparties. That transactional data, which is in the possession of the Debtors solely as a result of this Court's order that was specifically designed to facilitate the resolution of derivatives claims in this case,[1] is clearly relevant to determining commercially reasonable close-out processes and valuations.

---

[1] Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form [D.I. 4271].

          Accordingly, CS supports the relief requested by Nomura in its letter and its draft memorandum of law in support of its proposed motion to compel [D.I. 20306] and in the Further Letter Regarding Discovery Dispute filed with the Court on behalf of JPMorgan Chase Bank N.A. on October 4, 2011 [D.I. 20580], and asks the Court to grant the relief sought by Nomura regarding discovery of the derivative counterparties' close-outs and valuations.

                                              Respectfully,

                                              Michael A. Paskin

The Honorable James M. Peck
   United States Bankruptcy Judge
      United States Bankruptcy Court
         One Bowling Green
            New York, New York 10004

BY HAND