UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al<br><br>Debtors. | Case No. 08-13555 (JMP)<br>Chapter 11 |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, <u>Justin A. Nelson</u>, request admission, *pro hac vice*, before the Honorable James M.

Peck to represent <u>Mason Capital Management, LLC</u>, a <u>Plaintiff</u>　in the above referenced x

case ☐ adversary proceeding.


*I certify that I am a member in good standing* of the bar in the States of <u>Washington,</u>

<u>Texas and District of Columbia</u> and, if applicable, the bars of the U.S. District Courts for the

<u>Western District of Washington, Eastern District of Texas, Eastern District of Kentucky, and</u>

<u>Western District of North Carolina.</u>


Dated: **10/3/11**
Seattle, WA

/s/ _____

Justin A. Nelson
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101
*E-mail address*: jnelson@susmangodfrey.com
*Telephone Number*: (206) 516-3880

SEATTLE, WA

2011 OCT -5  A 11:38

U.S. BANKRUPTCY COURT
FILED