UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al<br><br>Debtors. | Case No. 08-13555 (JMP)<br>Chapter 11 |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jordan W. Connors, request admission, *pro hac vice*, before the Honorable James M. Peck to represent Mason Capital Management, LLC, a Plaintiff in the above referenced x case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Washington, and, if applicable, the bars of the U.S. District Courts for the Western District of Washington, Eastern District of Texas, and Western District of Washington Bankruptcy.

Dated: 9/29/11
Seattle, WA

/s/ _____
Jordan W. Connors
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
*E-mail address*: jconnors@susmangodfrey.com
*Telephone Number*: (206) 516-3880