**UBS**

|  |  |
|---|---|
|  | **UBS AG**<br>Badenerstrasse 574 / D<br>P.O.Box, CH-8098 Zurich<br>Tel. |
|  | Corporate Events<br>OMN7 Default Management |
| **BY REGISTERED MAIL**<br>U.S. Bankruptcy Court for the<br>Southern District of N.Y.<br>One Bowling Green<br><br>New York, N.Y. 10004 | Jean-Claude Besson<br>OQ9C / O5GC-JWJ<br>Tel. +41 44 235 60 42<br>Fax +41 44 235 47 21<br>jean-claude.besson@ubs.com<br><br>www.ubs.com |

# Message

September 30, 2011

**subject** **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of         Attention: Clerk of the Court

you are receiving   Agreement and Evidence of Transfer of Claim + Schedule 1 released by Clariden Leu Ltd, Zurich on September 27, 2011.

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
13) CHF 20'000.00 16% EYN Lehman Bros Treasury BV 2008-30.1.2009
CH3636940 / ISIN XS033733710
Transferor: Clariden Leu Ltd, Zurich
Initial Claim Number 55813

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)


Yours sincerely,

UBS AG

Jean-Claude Besson          Stephan Gfeller
Associate Director          Associate Director

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Clariden Leu Ltd.** ("Transferor"), unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55813**) in the amount of CHF 20'000.00 related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27 day of September 2011.

**Clariden Leu Ltd.**

By: _____
Name: Patricia Fonyad
Title: Vice President

By: _____
Name: Christiaan Verburg
Title: Senior Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/ Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0337337710 | 55813 | October 29, 2009 | Lehman Bothers Securities N.V. | CHF 20'000 |


**UBS**

UBS AG
Badenerstrasse 574 / D
P.O. Box, CH-8098 Zurich
Tel.

Corporate Events
OMN7 Default Management

Jean-Claude Besson
OQ9C / O5GC-JWJ
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

# Message

September 30, 2011

**subject** **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

you are receiving    Agreement and Evidence of Transfer of Claim + Schedule 1 released by Clariden Leu Ltd, Zurich on September 27, 2011.

- [ ] for your information
- [x] for your records
- [ ] as agreed
- [ ] please complete

- [ ] returned with thanks
- [ ] please comment
- [ ] please sign
- [ ] please forward to

- [ ] please return
- [x] please confirm receipt
- [x] please process

Remarks
13) CHF 20'000.00 16% EYN Lehman Bros Treasury BV 2008-30.1.2009
CH3636940 / ISIN XS033733710
Transferor: Clariden Leu Ltd, Zurich
Initial Claim Number 55813

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Stephan Gfeller
Associate Director