
# UBS

UBS AG
Badenerstrasse 574 / D
P.O.Box, CH-8098 Zurich
Tel.

Corporate Events
OMN7 Default Management

Jean-Claude Besson
OQ9C / O5GC-JWJ
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

September 30, 2011

**subject Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of   Attention: Clerk of the Court

you are receiving   Agreement and Evidence of Transfer of Claim + Schedule 1 released by Credit Suisse, Zurich on September 6, 2011.

- ☐ for your information
- ☒ for your records
- ☐ as agreed
- ☐ please complete
- ☐ returned with thanks
- ☐ please comment
- ☐ please sign
- ☐ please forward to
- ☐ please return
- ☒ please confirm receipt
- ☒ please process

Remarks
12) 6 units Cert.Plus Lehman Bros Treasury BV 2006-14.7.2009
CH 2600031 / ISIN XS0258947745
Transferor: Credit Suisse, Zurich
Initial Claim Number 55829

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson         Stephan Gfeller
Associate Director          Associate Director

RECEIVED OCT 3 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON SEPTEMBER 6, 2011.

**CREDIT SUISSE AG**

By: _____
Name: Martina Berli
Title: Vice President

By: _____
Name: Juliette Diallo
Title: Assistant Vice President



## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0258947745 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 6 |





**UBS AG**
Badenerstrasse 574 / D
P.O.Box, CH-8098 Zurich
Tel.

Corporate Events
OMN7 Default Management

Jean-Claude Besson
OQ9C / O5GC-JWJ
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

# Message

September 30, 2011

subject **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

you are receiving   Agreement and Evidence of Transfer of Claim + Schedule 1 released by Credit Suisse, Zurich on September 6, 2011.

☐ for your information
☒ for your records
☐ as agreed
☐ please complete

☐ returned with thanks
☐ please comment
☐ please sign
☐ please forward to

☐ please return
☒ please confirm receipt
☒ please process

Remarks
12) 6 units Cert.Plus Lehman Bros Treasury BV 2006-14.7.2009
CH 2600031 / ISIN XS0258947745
Transferor: Credit Suisse, Zurich
Initial Claim Number 55829

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Stephan Gfeller
Associate Director