

# NVEnergy

September 27, 2011

Mr. Vito Genna
Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Re:   In re: Lehman Brothers Holdings, Inc., et al: Chapter 11:
              Case No. 08-13555-JMP

Dear Mr. Genna:

    I am writing to kindly request that NV Energy, Sierra Pacific Power Company and Nevada Power Company be removed from all service lists and any mailing matrix related to the *Lehman* bankruptcy case. These companies have no ongoing business with Lehman and do not wish to receive courtesy notices that do not affect their interests.

    We appreciate your assistance with this request. Please feel free to call me with any questions.

                                Sincerely,

                                Mark Warden
                                Assistant General Counsel



RECEIVED OCT - 3 [2011]
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK