# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | OWL CREEK I, L.P. C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30836 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $86,477.00* | Lehman Brothers Holdings Inc. | Unsecured | $83,238.93 |
| 2 | OWL CREEK I, L.P. C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30837 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $86,477.00* | Lehman Brothers Special Financing Inc. | Unsecured | $83,238.93 |
| 3 | OWL CREEK II, L.P. C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30834 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $627,833.00* | Lehman Brothers Holdings Inc. | Unsecured | $604,323.10 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | OWL CREEK II, L.P. C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30835 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $627,833.00* | Lehman Brothers Special Financing Inc. | Unsecured | $604,323.10 |
| 5 | OWL CREEK OVERSEAS FUND, LTD C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30832 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,224,642.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,178,784.40 |
| 6 | OWL CREEK OVERSEAS FUND, LTD C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK, NY 10019 | 30833 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,224,642.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,178,784.40 |
| | | | | | TOTAL | $3,877,904.00 | | TOTAL | $3,732,692.86 |

\* - Indicates claim contains unliquidated and/or undetermined amounts