# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 179: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ACCESS FLEX HIGH YIELD FUND ATTN: BARRY PERSHKOW PROFUNDS GROUP 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33143 | $10,107.80 | No Liability Claim |
| 2 | ACCESS FLEX HIGH YIELD FUND ATTN: BARRY PERSHKOW PROFUNDS GROUP 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 33144 | $10,107.80 | No Liability Claim |
| 3 | ACCESS VP HIGH YIELD FUND ATTN: BARRY PERSHKOW PROFUNDS GROUP 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 33139 | $17,560.29 | No Liability Claim |
| 4 | ACCESS VP HIGH YIELD FUND ATTN: BARRY PERSHKOW PROFUNDS GROUP 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33145 | $17,560.29 | No Liability Claim |
| 5 | COMPAGNIE MONEGASQUE DE BANQUE 23, AVENUE DE LA COSTA MONACO, 98000 MONACO | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 27835 | Undetermined | No Liability Claim |
| 6 | DRYDEN HIGH YIELD FUND, INC ATTN: TERRENCE DUNN C/O PRUDENTIAL INVESTMENT MANAGEMENT INC PO BOX 32339 GATEWAY CENTER 2, 3RD FLOOR NEWARK, NJ 07102 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16607 | $217,169.31* | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 179: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | DRYDEN HIGH YIELD FUND, INC<br>ATTN: TERRENCE DUNN<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>PO BOX 32339<br>GATEWAY CENTER 2, 3RD FLOOR<br>NEWARK, NJ 07102 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 16608 | $217,169.31* | No Liability Claim |
| 8 | HFF V, LLC<br>432 PARK AVENUE SOUTH 12TH FLOOR<br>NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 19006 | $504,916.03 | No Liability Claim |
| 9 | NUVEEN HIGH YIELD BOND FUND<br>C/O NUVEEN ASSET MANAGEMENT<br>ATTN: KEVIN MCCARTHY - GENERAL COUNSEL<br>333 WEST WACKER DRIVE, 33RD FLOOR<br>CHICAGO, IL 60606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24084 | $11,332.76* | No Liability Claim |
| 10 | NUVEEN HIGH YIELD BOND FUND<br>C/O NUVEEN ASSET MANAGEMENT<br>ATTN: KEVIN MCCARTHY - GENERAL COUNSEL<br>333 WEST WACKER DRIVE, 33RD FLOOR<br>CHICAGO, IL 60606 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24090 | $11,332.76* | No Liability Claim |
| 11 | PULSAR RE, LTD<br>CANON'S COURT<br>22 VICTORIA STREET<br>ATTN: SUSAN FURMAN<br>HAMILTON, HM 12<br>BERMUDA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12712 | $1,175,000.00 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 179: EXHIBIT 1 – NO LIABILITY CLAIMS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|----|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 12 | STATE OF INDIANA (MAJOR MOVES CONSTRUCTION FUND) C/O RICHARD MOURDOCK, TREASURER OF THE STATE OF INDIANA 200 WEST WASHINGTON STREET, SUITE 242 INDIANAPOLIS, IN 46204-2792 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22369 | Undetermined | No Liability Claim |
| 13 | STATE OF INDIANA (MAJOR MOVES CONSTRUCTION FUND) C/O RICHARD MOURDOCK, TREASURER OF THE STATE OF INDIANA 200 WEST WASHINGTON STREET, SUITE 242 INDIANAPOLIS, IN 46204-2792 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 25561 | Undetermined | No Liability Claim |
|    |      |             |             |            | TOTAL   | $2,192,256.35       |                                  |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 179: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CASPIAN CAPITAL PARTNERS LP<br>C/O MARINER INVESTMENT GROUP LLC<br>500 MAMARONECK AVENUE, SUITE 101<br>HARRISON, NY 10528 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26224 | $2,002,581.95* | No Liability Claim |
| 2 | BOULTBEE (HELSINKI) AB<br>ATTN: LEE ROBERTS, FINANCIAL DIRECTOR<br>CADOGAN PIER CHEYNE WALK<br>CHELSEA, LONDON<br>SW3 5RQ, UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28487 | $14,255,465.11 | No Liability Claim |
| 3 | BOULTBEE (HELSINKI) AB<br>ATTN: LEE ROBERTS, FINANCIAL DIRECTOR<br>CADOGAN PIER CHEYNE WALK<br>CHELSEA, LONDON<br>SW3 5RQ, UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28488 | $13,509,815.39 | No Liability Claim |
| 4 | MARINER OPPORTUNITIES FUND LP<br>ATTN:JOHN KELTY<br>C/O MARINER INVESTMENT GROUP, LLC<br>500 MAMARONECK AVENUE, SUITE 101<br>HARRISON, NY 10528 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23765 | $2,168,674.82* | No Liability Claim |
| 5 | STEVEN G. HOLDER LIVING TRUST<br>C/O ROBERT D. ALBERGOTTI<br>HAYNES & BOONE LLP<br>2323 VICTORY AVENUE, SUITE 700<br>DALLAS, TX 75219 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16481 | $2,287,433.00* | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 179: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | WILLIAMS GAS MARKETING INC. ATTN: RANDALL O'NEAL, MANAGER LOSS RECOVERY DEPT. ONE WILLIAMS CENTER MD # 50-4 TULSA, OK 74102 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33554 | $391,878.47 | No Liability Claim |
|   |   |   |   |   | TOTAL | $34,615,848.74 |   |

* - Indicates claim contains unliquidated and/or undetermined amounts