IN RE: LEHMAN BROTHERS HOLDINGS INC. CASE NO: 08-13555 (JMP)

## EXHIBIT 1

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | TERRY FOUNDATION, THE<br>C/O EDWARD COTHAM, JR.<br>3104 EDLOE, SUITE 205<br>HOUSTON, TX 77027 | 12/29/2008 | 08-13555 (JMP) | 1482 | $1,500,000.00* | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE<br>ATTN: JULIE J. BECKER<br>50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA<br>MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* |
| 2 | TERRY, HOWARD<br>3104 EDLOE, SUITE 205<br>HOUSTON, TX 77027 | 12/29/2008 | 08-13555 (JMP) | 1481 | $11,856,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE<br>ATTN: JULIE J. BECKER<br>50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA<br>MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* |

\* - Indicates claim contains unliquidated and/or undetermined amounts