# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 166: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | DOW AGROSCIENCES<br>THE DOW CHEMICAL COMPANY<br>AV. SAN MARTIN # 1800<br>EDIFICIO TACUARAL 2O. PISO OF. 205<br>BARRIO NORTE EQUIPETROL<br>BOLIVIA | 08-13555<br>(JMP) | 10/21/2009 | 43191 | $100,000.00* | No Supporting Documentation Claim |
| 2 | GODAU, MANUELA<br>GRILLENWEG 27<br>LEVERKUSEN, D-51381<br>GERMANY | 08-13555<br>(JMP) | 11/02/2009 | 61290 | $3,537.75 | No Supporting Documentation Claim |
| 3 | KEPPEL CREDIT UNION CO-OPERATIVE LTD<br>BLOCK 1 JALAN BUKIT MERAH #01-4532<br>SINGAPORE, 150 001<br>SINGAPORE | 08-13555<br>(JMP) | 09/28/2009 | 35082 | $349,846.07 | No Supporting Documentation Claim |
| 4 | LANGER, DETLEF<br>MELCHIORSTRASSE 15<br>KOLN, 50670<br>GERMANY | 08-13555<br>(JMP) | 10/13/2009 | 37648 | $417.20 | No Supporting Documentation Claim |
| 5 | MORIN, PAUL P.<br>POST OFFICE BOX 040093<br>BROOKLYN, NY 11204-0093 | 08-13555<br>(JMP) | 01/29/2009 | 2190 | $1,000.00 | No Supporting Documentation Claim |
| 6 | SEAFIELD ASSOCIATES LIMITED<br>OFFSHORE INCORPORATIONS CENTRE<br>P.O. BOX 957<br>ROAD TOWN<br>TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 08-13555<br>(JMP) | 10/21/2009 | 43044 | $300,000.00* | No Supporting Documentation Claim |
| 7 | SINGAPORE CREDIT CO-OPERATIVES LEAGUE LTD<br>BLOCK 1 JALAN BUKIT MERAH # 01-4532<br>SINGAPORE, 150001<br>SINGAPORE | 08-13555<br>(JMP) | 09/28/2009 | 35080 | $349,846.07 | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 166: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | SINGAPORE CREDIT CO-OPERATIVES LEAGUE LTD<br>BLOCK 1 JALAN BUKIT MERAH # 01-4532<br>SINGAPORE, 150001<br>SINGAPORE | 08-13555 (JMP) | 09/28/2009 | 35081 | $524,769.10 | No Supporting Documentation Claim |
| 9 | WRIGHT, FINLAY & ZAK, LLP<br>4665 MACARTHUR COURT, SUITE 280<br>NEWPORT BEACH, CA 92660 | 09-10137 (JMP) | 07/13/2009 | 5296 | $5,567.45 | No Supporting Documentation Claim |
| | | | | TOTAL | $1,634,983.64 | |