# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 169: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ARIZONA STATE RETIREMENT SYSTEM<br>ATTN: ROBERT R. HALL & APRIL J. THEIS<br>ASSISTANT ATTORNEY GENERAL<br>1275 WEST WASHINGTON STREET<br>PHOENIX, AZ 85007-2926 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31153[1] | $23,400,000.00* |
| 2 | DEUTSCHE BANK AG, LONDON BRANCH<br>ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER<br>1 GREAT WINCHESTER STREET<br>LONDON, EC2N 2DB<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17754[2] | Undetermined |
| 3 | JOAN BAGLEY TRUSTEE FOR THE MILTON BAGLEY 2004 TRUST, DATED 12/14/2004<br>19319 CHAPEL CREEK DRIVE<br>BOCA RATON, FL 33434 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32782[3] | $690,760.00* |

---

[1] Claim 31153 is being reclassified solely with respect to its asserted claim for securities with the ISIN No. US5249081002. All other portions of Claim 31153 were previously expunged pursuant to the Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated June 30, 2011 [Docket No. 18179].

[2] Claim 17754 is being reclassified solely with respect to its asserted claim for securities with the ISIN Nos. US5249088866, US5249087041, US5249087207, US52520W2180, US52520W3170, and US52523J4537. The portion of Claim 17754 asserting a claim for securities with ISIN Nos. US52519Y2090, US524908EC04, and US67088CAA53 is not being reclassified pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 17754 in the future.

[3] Claim 32782 is being reclassified solely with respect to its asserted claim of $190,760 for securities with CUSIP No. 52520W317 and for Lehman Brothers Holdings, Inc. common stock. The remainder of Claim 32782 is not being reclassified pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 32782 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                  Page 1 of 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 169: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 4 | MILTON BAGLEY TRUSTEE FOR THE JOAN BAGLEY 2004 TRUST, DATED 12/14/2004<br>19319 CHAPEL CREEK DRIVE<br>BOCA RATON, FL 33434 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32783[4] | $1,126,450.00* |
| | | | | | TOTAL | $25,222,210.00 |

---

[4] Claim 32783 is being reclassified solely with respect to its asserted claim of $251,540 for securities with CUSIP Nos. 52520W317 and 524908720 and for Lehman Brothers Holdings, Inc. common stock.  The remainder of Claim 32783 is not being reclassified pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 32783 in the future

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 169: EXHIBIT 2 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BANQUE SAFDIE SA<br>1, RUE DE LA TOUR-DE-L'ILE<br>CASE POSTALE 5415<br>CH - 1211 GENEVE 11,<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33557[1] | $3,131,753.00 |
| | | | | | TOTAL | $3,131,753.00 |

---

[1] Claim 33557 is being reclassified solely with respect to its asserted claim of $230,234.00 for securities with the ISIN No. US5249081002. The remainder of Claim 33557 is not being reclassified as an equity interest pursuant to this Objection, is not affected by this Objection, and is subject to the Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated May 16, 2011 [Docket No. 16853].

\* - Indicates claim contains unliquidated and/or undetermined amounts