# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ANDREE, KEVIN<br>10 ARROWWOOD DRIVE<br>HAMILTON, NJ 08690 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21373 | $33,836.00 |
| 2 | ANDREWS, COLLETTE<br>710 VALLEY STREET<br>MAPLEWOOD, NJ 07040 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 36944 | $14,261.00 |
| 3 | ASHE, KATHLEEN M<br>219 TRENTON BLVD<br>SEA GIRT, NJ 08750 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12143 | $11,500.00 |
| 4 | BAER, NORBERT<br>194 ASCAN AVENUE<br>FOREST HILLS, NY 11375 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28086 | Undetermined |
| 5 | BAXTER, SUSAN EVELYN<br>8 EXETER MEWS<br>LONDON, SW61PW<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/25/2009 | 3016 | $28,007.27 |
| 6 | BRAND, JAMES G.<br>375 BLYTHE ROAD<br>RIVERSIDE, IL 60546 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13045 | $11,119.00 |
| 7 | BRANDT, GARY G.<br>12353 SOUTHHAMPTON DRIVE<br>BISHOPVILLE, MD 21813 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17843 | $1,713,462.00 |
| 8 | BRAY, ANTHONY<br>13 CO-OPERATIVE ST<br>SPRINGHEAD<br>LANCS<br>OLDHAM, 0L45TH<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24453 | $851,000.00 |
| 9 | BRENNAN, TERRY<br>PEAR TREE LODGE, BLACKNESS LANE<br>WOKING SURREY, GU22 7SB<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12235 | $84,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 10 | BROWN, MELVILLE M. JR.<br>9516 FAIRCREST DRIVE<br>DALLAS, TX 75238 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9856 | $15,504.92 |
| 11 | BUTTON, JEAN C.<br>FLAT 1, 22 HERMON HILL<br>WANSTEAD<br>LONDON, E11 2AP<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11516 | $21,296.00 |
| 12 | CALUS, DENISE<br>9 CLYDE CRESCENT<br>UPMINSTER<br>ESSEX, RM14 1SS<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12974 | $13,096.34 |
| 13 | CANTELUPE, JAMES<br>1822 NORTH FREMONT<br>CHICAGO, IL 60614 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13294 | $370,896.09 |
| 14 | CARAFI, PEDRO<br>AV. URUGUAY 3241 UF 35<br>SAN FERNANDO (1644)<br>BUENOS AIRES,<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24299 | $145,122.97 |
| 15 | CARLOS, BONZON<br>260 WEST 54TH ST.<br>APT 45E<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7289 | $152,059.06 |
| 16 | CARLSON, RAYMOND M.<br>59 LONGVIEW ROAD<br>PORT WASHINGTON, NY 11050 | | Lehman No Case Asserted/All Cases Asserted | 08/10/2009 | 7800 | $66,309.32 |
| 17 | CARTIER, ANNE MICHELE<br>16-16 160TH STREET<br>WHITESTONE, NY 11357 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 20278 | $6,721.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 18 | CASRIEL, LYLE<br>2 FIFTH AVENUE, APT. 5G<br>NEW YORK, NY 10011 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2212 | $8,995.56 |
| 19 | CHASE, LANDRETH<br>PO BOX 426<br>LOCUST VALLEY, NY 11560 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8013 | $3,780,043.00 |
| 20 | CHIPMAN, SANDS<br>5635 SOUTHWESTERN<br>DALLAS, TX 75209 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30743 | $66,777.64 |
| 21 | CHRISTOPHER, STEVENS<br>17310 HALEY FALLS LANE<br>HOUSTON, TX 77095 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7230 | $80,000.00 |
| 22 | COHEN, MICHAEL C<br>9 MEADOWS WOODS ROAD<br>LAKE SUCCESS, NY 11020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30001 | $100,945.71 |
| 23 | COHEN, PABLO<br>ORTIZ DE OCAMPO 2655 PISO 7 DTO 1<br>BUENOS AIRES, 1425<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25424 | $6,179.58 |
| 24 | CONNOLLY, THOMAS J.<br>3545 BRIDLE CREEK DRIVE<br>SUWANEE, GA 30024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/06/2009 | 5129 | $128,761.00 |
| 25 | CONNOLLY, THOMAS J.<br>3545 BRIDLE CREEK DRIVE<br>SUWANEE, GA 30024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/06/2009 | 5130 | $7,694.00 |
| 26 | COQUIS POWER, LAURA<br>FORMERLY LAURA STILLMAN<br>FLAT 6, 1A GROSVENOR GARDENS<br>LONDON, SW1 0BD<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/10/2009 | 7843 | $115,845.41 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 27 | D'ALOIA, LOUIS 268 FERNHEAD AVE MONROE TOWNSHIP, NJ 08831 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/03/2009 | 10193 | $15,080.12 |
| 28 | DA SILVA, ANTONIO R. 3 TAMARA CT CENTEREACH, NY 11720 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17311 | $23,002.00 |
| 29 | DELMONTE, GREGORY 5 SADDLE BROOK DR HO HO KUS, NJ 07423-1315 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25494 | $288,903.67 |
| 30 | DONOFRIO, JAMES 21 PENBROOK LOOP STATEN ISLAND, NY 10309 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15585 | $1,232.00 |
| 31 | DUDA, MICHAEL 380 92ND ST. APT. D9 BROOKLYN, NY 11209 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31872 | $1,091.38 |
| 32 | FOSTER, BENJAMIN 814 TULIP LN NAPERVILLE, IL 60540-7333 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19196 | $20,744.46 |
| 33 | FU, TIANNA 25 COUNTY CENTER ROAD APT A-12 WHITE PLAINS, NY 10607 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28742 | $19,568.00 |
| 34 | GASPARRO, PAUL 105 STUYVESANT AVE RYE, NY 10580 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2335 | $900,568.01 |
| 35 | GILFENBAUM, AMY S 2 HORATIO ST. APT.5L NEW YORK, NY 10014 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13970 | $51,750.31 |
| 36 | GLADSTONE, ABBEY H. 9130 BAYBURY LN WEST PALM BCH, FL 33411-1890 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12660 | $482,241.44 |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 37 | GOODWYN, RICHARD B. JR.<br>8 NORTH ROHALLION DRIVE<br>RUMSON, NJ 07760 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/24/2009 | 9112 | $6,483.21 |
| 38 | GRAVES, JOSEPH T.<br>28940 N SKYCREST DR.<br>MUNDELEIN, IL 60060 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25560 | $355,495.00 |
| 39 | GREENSPAN, NEIL<br>200 RIVERSIDE BLVD<br>APT 4M<br>NEW YORK, NY 10069 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16225 | $18,677.33* |
| 40 | GREGORY, JOSEPH<br>26 LLOYD HAVEN DRIVE<br>HUNTINGTON, NY 11743 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/29/2009 | 4645 | $232,999,548.71 |
| 41 | GUERRON, JORGE<br>3 TUDOR PLACE<br>MANALAPAN, NJ 07726 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17310 | $8,836.00 |
| 42 | HALLS, DEBORAH G.<br>32 KIMBERLEY ROAD<br>WALTHAMSTOW, E17 5EE<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/20/2009 | 8820 | $741.00 |
| 43 | HOLLAND, ROBERT L.<br>176 ROUND HILL RD<br>GREENWICH, CT 06831 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/21/2009 | 8969 | $706,200.00 |
| 44 | HORNE, CATHY<br>3510 GARDEN MIST CIR<br>AUBURN, GA 30011-2375 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18309 | Undetermined |
| 45 | HUIDOBRO, JORGE MARIANO<br>DEL ARCA 249<br>SAN FERNANDO - 1646<br>BUENOS AIRES,<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22268 | $12,866.18 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 46 | JOHNSON, BENJAMIN P.<br>820 WEST OAKDALE #1<br>CHICAGO, IL 60657 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13292 | $7,762.50 |
| 47 | JUNDANIAN, GREGORY<br>56 GLENRIDGE ROAD<br>DEDHAM, MA 02026 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16239 | $73,305.00 |
| 48 | KARETSKY, MARC I.<br>435 EAST 57TH STREET<br>8A<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29888 | $310,747.00 |
| 49 | KENNEDY, KATHRYN<br>3030 N. CLIFTON AVE.<br>CHICAGO, IL 606 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12151 | $39,535.13 |
| 50 | KHER, YOGESH<br>10 HASKEL DRIVE<br>PRINCETON JUNCTION, NJ 08550 | | Lehman No Case Asserted/All Cases Asserted | 01/30/2009 | 2229 | $31,136.00 |
| 51 | KIEN KOTCHER, LAURI<br>250 EAST 87TH ST, APT 16F<br>NEW YORK, NY 10128 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/10/2009 | 2684 | $2,066.06 |
| 52 | KOLLYDAS, PETER<br>28 COLERIDGE DR<br>MARLBORO, NJ 07746 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/28/2009 | 6499 | $29,251.00 |
| 53 | KOLLYDAS, PETER<br>28 COLERIDGE DR<br>MARLBORO, NJ 07746 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/28/2009 | 6501 | $7,130.00 |
| 54 | KONNO, KENJI<br>6-18-2-801 SHIMOUMA SETAGAYAKU<br>TOKYO,<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/01/2009 | 4680 | $311,961.99 |
| 55 | LAMAR, MARIO<br>21 PRINCESS COURT<br>STAMFORD, CT 06903 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 7467 | $150,089.32 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 56 | LAURIE, KEVIN<br>90 ARRANDALE ROAD<br>ROCKVILLE CENTRE, NY 11570 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18191 | $542,738.14 |
| 57 | LAURINO, JOHN<br>2360 LINDENMERE DRIVE<br>MERRICK, NY 11566 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15274 | $65,426.73 |
| 58 | LEACH, EVERETT<br>125 QUEENS AVENUE<br>ELMONT, NY 11003 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31669 | $37,923.07 |
| 59 | LEE, JOHN DONG HYUN<br>2-1002 SEOCHO SAMSUNG GARDEN SUITE<br>SEOCHO-DONG 1326, SEOCHO-GU<br>SEOUL,<br>KOREA, REPUBLIC OF | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12059 | $18,077.79 |
| 60 | LEE, MICHAEL<br>47 AMAGANSETT DRIVE<br>MORGANVILLE, NJ 07751 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/13/2009 | 8219 | $1,050.00 |
| 61 | LEE, PETER C.<br>1512 ISABELLA ST<br>WILMETTE, IL 60091 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14857 | $7,852.75 |
| 62 | LEVENTANT, LILIYA<br>74 OTTAWA RD S<br>MARLBORO, NJ 07746-1246 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27957 | $14,393.00 |
| 63 | LEVY, DORIAN A<br>25 W 75TH STREET<br>APT 3B<br>NEW YORK, NY 10023 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29469 | $67,251.37 |
| 64 | LUCAS, JEROME D.<br>87 WHITE HILL ROAD<br>COLD SPRING HARBOR, NY 11724 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29546 | $101,791.52 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 65 | LUGTU, JONATHAN<br>142 BREWSTER AVE<br>PISCATAWAY, NJ 08854-2229 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21371 | $6,752.00 |
| 66 | MACDONALD, ROBERTO JUAN<br>IBERA 164<br>1609 BOULOGNE<br>PROVINCIA DE BUENOS AIRES,<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25551 | $17,699.20 |
| 67 | MAITIN, ROBERT<br>121 FOREST DR.<br>SHORT HILLS, NJ 07078 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/04/2009 | 4766 | $171,096.97 |
| 68 | MANCILLA, DAVID H<br>11 GUINEA HOLLOW ROAD<br>LEBANON, NJ 08833 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30390 | $211,326.95 |
| 69 | MANNING, MARJORIE R.<br>511 E SADDLE RIVER RD.<br>RIDGEWOOD, NJ 07450 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/13/2009 | 2831 | $536,095.22 |
| 70 | MCCLELLAN, RYAN<br>444 HERMOSA AVENUE, #101<br>HERMOSA BEACH, CA 90254 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18225 | $55,014.47 |
| 71 | MCGREGOR,FRANK<br>10 LEE COURT<br>PLAINSBORO, NJ 08536 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/02/2009 | 10116 | $45,938.00 |
| 72 | MCLAUGHLIN, MARY D<br>84 BASEVI WAY<br>GREENWICH REACH<br>LONDON, SE8 3JS<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/21/2009 | 8907 | $16,049.00 |
| 73 | MCMAHON, JOANNE PATRICIA<br>7B, 22 EAST 36TH STREET<br>NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28277 | $189,412.08 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 74 | MEEK, MARY<br>4043 FAIRWAY DRIVE<br>WILMETTE, IL 60091 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32396 | $5,700.00* |
| 75 | MERRIMAN, HUW W.<br>WELLBROOK HOUSE<br>FIR TOLL ROAD<br>MAYFIELD, TN20 6NF<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 26033 | Undetermined |
| 76 | MERRIMAN, SHAWNDA D.<br>567 KRYPTONITE DR.<br>CASTLE ROCK, CO 80108 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 7457 | $6,120.36 |
| 77 | MICHAEL, RONEMOUS<br>5215 LACREEK LANE<br>SPRING, TX 77379 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6847 | $60,000.00 |
| 78 | MILLER, CHRISTINA X.<br>100 DUDLEY STREER<br>APT 2341<br>JERSEY CITY, NJ 07302 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31196 | $23,633.00 |
| 79 | MORAN, BRIAN M.<br>139 S TRYON ST UNIT 4B<br>CHARLOTTE, NC 202022142 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32310 | $150,000.00 |
| 80 | MULLER, ERIK W.<br>137 WOOSTER ST.<br>APT 5A<br>NEW YORK, NY 10012 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/24/2009 | 6138 | $208,658.51 |
| 81 | MURPHY, KEVIN C.<br>4 ATHERTON RD<br>WINCHESTER, MA 01890 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9768 | $138,639.63 |
| 82 | MURRAY, BRYAN J.<br>243 N. PLEASANT AVE.<br>RIDGEWOOD, NJ 07450 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/14/2009 | 4331 | $86,103.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 83 | NAJAR, JOSEF<br>36 EAST 72ND STREET<br>NEW YORK, NY 10021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18910 | $6,363.69 |
| 84 | NANGIA, SAMIR<br>245 E 24TH ST APT 5G<br>NEW YORK, NY 10010-3825 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 14308 | $218,399.00 |
| 85 | NICORA, GUSTAVO FEDERICO<br>GUIDO 1612 PISO 13<br>1016  BUENOS AIRES,<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22743 | $19,162.04 |
| 86 | O'HARA, EMMETT<br>32 WEST LANE<br>BAY SHORE, NY 11706 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27281 | $143,482.33 |
| 87 | O'KEEFE, SEAN B.<br>660 SHERWOOD RD<br>HO HO KUS, NJ 07423 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14649 | $202,434.59 |
| 88 | ORLOSKY, JASON<br>25 GLENBROOK ROAD, APT. 606<br>STAMFORD, CT 06902 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26119 | $3,864.00 |
| 89 | OWEN, KEVIN HUGH<br>1451 MOUNTAIN BLVD<br>OAKLAND, CA 94611 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/03/2009 | 4754 | $420,549.00 |
| 90 | PAGDIWALLA, ASHA<br>169 E 88TH STREET<br>APT 4<br>NEW YORK, NY 10128 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30078 | $7,475.01 |
| 91 | PALCHYNSKY, JOHN N.<br>32 HILLDALE ROAD<br>PINE BROOK, NJ 07058 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34713 | $36,447.00 |
| 92 | PETTIT-BREINGAN, LARA<br>7A LOCUST LANE<br>HUNTINGTON, NY 11743 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31712 | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 93 | PUSKULDJIAN, PAUL A.<br>50 ROOSEVELT AVE<br>GLEN HEAD, NY 11545 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/22/2009 | 5858 | $120,809.00 |
| 94 | RAFFAELE, DIANE<br>144 E 84TH STREET APT 6G<br>NEW YORK, NY 10028 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9409 | $7,751.00 |
| 95 | RODRIGUEZ, JUAN<br>LIDO 30<br>MADRID, 28043<br>SPAIN | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22754 | $144,000.00 |
| 96 | RODRIGUEZ-COLON, ELIZABETH<br>URB, DOS PINOS<br>784 CALLE LINCE<br>SAN JUAN, PR 00923 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34490 | Undetermined |
| 97 | RODRIGUEZ-GENTA, IGNACIO MARTIN<br>MALAVAR 976<br>1632 VICENTE LOPEZ<br>BUENOS AIRES,<br>ARGENTINA | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24437 | $43,459.00 |
| 98 | SAHLMAN, WILLIAM W.<br>179 BERGEN ST.<br>BROOKLYN, NY 11217 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29527 | $421,527.00 |
| 99 | SALVATORE, JULIANNE<br>309 101ST STREET<br>BROOKLYN, NY 11209 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10632 | $160,850.00 |
| 100 | SCHLATTE, KONRAD<br>22, MOSSBURY ROAD<br>LONDON, SW 11 2PB<br>UNITED KINGDOM | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 30733 | Undetermined |
| 101 | SECRIST III, DELBERT<br>2015 LEEWARD LN<br>NEWPORT BEACH, CA 926603806 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12230 | $16,872.01 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 102 | SHAFIR, MARK G. 145 E 92ND ST # 8A NEW YORK, NY 10128-2431 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30426 | $40,895,308.00 |
| 103 | SHENTON, JOSEPH W. JR. 200 CHURCH RD WINNETKA, IL 60093-3944 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13293 | $421,020.09 |
| 104 | SHERR, DAVID N 43 GARDEN ROAD SCARSDALE, NY 10583 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27437 | Undetermined |
| 105 | SMEJKAL, FRANK 1305 BEVERLY STREET HOUSTON, TX 77008 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34672 | $78,000.00 |
| 106 | SMITH, JAMES P. 50 CAMBRIDGE DR SHORT HILLS, NJ 07078 | | Lehman No Case Asserted/All Cases Asserted | 09/23/2009 | 34565 | $614,929.39 |
| 107 | SMITH, ROBERT DAVID 635 W 42ND ST # 2E NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22928 | $5,277.21 |
| 108 | STACK, RONALD A. 22 SHOREWOOD DRIVE SANDS POINT, NY 11050 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13430 | $4,406,999.00 |
| 109 | STANDFORD-BUTLER, DEBORAH 26 CORNEILUIS WAY SOMERSET, NJ 08873 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28568 | $4,423.69 |
| 110 | SYPECK, ROBERT S 15 HIGHLAND AVE FAIR HAVEN, NJ 07704 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29470 | $537,508.38 |
| 111 | TAKIL, GURCAN 161 BLUE HERON CT HOLMDEL, NJ 07733 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18934 | $300,746.71 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 112 | TALBOT, BRIAN<br>15 CATHEDRAL AVENUE<br>GARDEN CITY, NY 11530 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15083 [1] | $692,289.00 |
| 113 | THAW, MITCHELL D.<br>53 MAPLE AVENUE NORTH<br>WESTPORT, CT 06880 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14034 | $56,027.90 |
| 114 | THORNTON, MATTHEW<br>514 WILLOW RD<br>WINNETKA, IL 60093-4134 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15753 | $95,345.00 |
| 115 | TOBIN, PAUL G.<br>20 E. CEDAR ST., 4E<br>CHICAGO, IL 60611 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11122 | $496,168.87 |
| 116 | VENKATESH, PRASANA<br>17 EVELYN ROAD<br>APT 20-05<br>309306<br>SINGAPORE | | Lehman No Case Asserted/All Cases Asserted | 08/06/2009 | 7477 | $181,619.00 |
| 117 | VERMA, DIVYA<br>3195 ASHER RD<br>ANN ARBOR, MI 48104-4170 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29706 | $2,072.00 |
| 118 | VOJTA,MARJORIE C.<br>4412 COTTONWOOD<br>SCOTTSBLUFF, NE 69361 | | Lehman No Case Asserted/All Cases Asserted | 07/17/2009 | 5568 [2] | $7,583.74 |

[1] Claim 15083 is being reclassified as an equity interest solely with respect to its asserted claims for Equity Awards in the amount of $692,289.  All other portions of Claim 15083 were previously expunged pursuant to the Order Granting Debtors' Fifty-Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated 11/10/2010, ECF. No. 12681.

[2] Claim 5568 is being reclassified as an equity interest solely with respect to its asserted claim for Equity Awards in the amount of $7,583.74.  All other portions of Claim 5568 were previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated 12/22/2010, ECF. No. 13621.

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 119 | WALLACE, MICHAEL P. 2000 AVENUE OF THE STARS 7TH FLOOR, NORTH LOS ANGELES, CA 90067 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22290 | $27,710.00 |
| 120 | WARREN, ANGUS 27 ANTROBUS ROAD LONDON, W4 5HY UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16274 | $128,206.00 |
| 121 | WEILL, THIERRY FLAT 3, 95 AVENUE ROAD NW86HY UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32231 | $107,008.00 |
| 122 | WHITTEMORE, ERLE TODD 6179 E. OTERO DR. CENTENNIAL, CO 80112 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2389 | $90,640.96 |
| 123 | WINTHROP, DEREK A. 203 EAST 72ND ST APT 5D NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31922 | $64,113.00 |
| 124 | WOODTHORPE, JAMES W 44 HOLMEWOOD RIDGE LANGTON GREEN, KENT, TN3 0ED UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 34207 | $11,473.50 |
| 125 | ZAMEER, KHAN H. 25-GREEN ACRES AVENUE EAST BRUNSWICK, NJ 08816 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30753 | $7,221.00 |
| 126 | ZAVOLTA, FRANCESCA M. 311 WEST 76TH STREET APARTMENT 3 NEW YORK, NY 10023 | | Lehman No Case Asserted/All Cases Asserted | 09/19/2009 | 19567 | $333,957.91 |
| | | | | | TOTAL | $299,033,281.47 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 14 of 14

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 176 – EXHIBIT 2: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | CALHOUN, JOHN W. III<br>532 PEACHTREE BATTLE AVE, NW<br>ATLANTA, GA 30305 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19255 | $200,000.00 |
| 2 | CALLIES, GUILLEMETTE<br>16 BIS, RUE SOYER<br>NEUILLY-SUR-SEINE, F92200<br>FRANCE | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5733 | $12,482.00 |
| 3 | COHEN, DARIAN J.<br>5035 WAGNER WAY<br>OAK PARK, CA 91377 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16153 | $428,550.00 |
| 4 | FORTUNE, JANICE K<br>4500 PARK COURT<br>BELLAIRE, TX 77401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15557 | $100,000.00 |
| 5 | JACOBSON, LARS P.<br>909 15TH ST.<br>HERMOSA BEACH, CA 90254 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24335 | $408,027.05 |
| 6 | LIOTTI, FABIO<br>74 YORK MANSIONS<br>PRINCE OF WALES DRIVE<br>LONDON, SW11 4BW<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15120 | $3,519,222.00 |
| 7 | MARCUS, LISA<br>131 DEVRIESE COURT<br>TENAFLY, NJ 07670 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16329 | $529,200.00 |
| 8 | MCCOOEY, KEVIN C.<br>315 EAST 68TH STREET<br>APT 8T<br>NEW YORK, NY 10021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10370 | $378,851.13 |
| 9 | PLASKETT, RODNEY A.<br>40 BIRCHWOOD LANE<br>HARTSDALE, NY 10530 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/01/2009 | 5063 | $62,290.47 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 176 – EXHIBIT 2: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 10 | SAKS, ROGER<br>64 TWIN BROOKS RD<br>SADDLE RIVER, NJ 07458 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 19077 | $3,736,268.27 |
| 11 | SARKAR, AMIT K<br>78 LANSDOWNE RD<br>NOTTINGHILL<br>LONDON, W112LS<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34872 | $3,076,963.23 |
| 12 | TUIL, LAURENT<br>FLAT 4<br>FORDIE HOUSE<br>82 SLOANE STREET<br>LONDON, SW1X 9PA<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32257 | $79,650.72 |
| 13 | WARDELL, JEFFERY K.<br>2255 BUSH STREET #1<br>SAN FRANCISCO, CA 94115 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24545 | $50,638.80 |
| | | | | | **TOTAL** | **$12,582,143.67** |

* - Indicates claim contains unliquidated and/or undetermined amounts