# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 183: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CAIXAGEST CURTO PRAZO<br>EDIFICIO CAIXA GERAL DE DEPOSITO<br>AV JOAO XXI, NO63 - 2 PISO<br>LISBON, 1000-300<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56485 | $2,789,090.35 | No Liability Claim |
| 2 | CAIXAGEST MOEDA<br>EDIFICIO CAIXA GERAL DE DEPOSITO<br>AV JOAO XXI, NO63 - 2 PISO<br>LISBON, 1000-300<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56486 | $6,972,725.87 | No Liability Claim |
| 3 | CAIXAGEST RENDA MENSAL<br>EDIFICIO CAIXA GERAL DE DEPOSITO<br>AV JOAO XXI, NO63 - 2 PISO<br>LISBON, 1000-300<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56487 | $11,156,361.39 | No Liability Claim |
| 4 | CAIXAGEST RENDIMENTO<br>EDIFICIO CAIXA GERAL DE DEPOSITO<br>AV JOAO XXI, NO63 - 2 PISO<br>LISBON, 1000-300<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56488 | $11,853,633.98 | No Liability Claim |
| 5 | CAIXAGEST TESOURARIA<br>EDIFICIO CAIXA GERAL DE DEPOSITO<br>AV JOAO XXI, NO63 - 2 PISO<br>LISBON, 1000-300<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56489 | $6,972,725.87 | No Liability Claim |
| 6 | FP CAIXA REFORMA ACTIVA<br>EDIFICIO CAIXA GERAL DE DEPOSITO<br>AV JOAO XXI, NO63-2 PISO<br>LISBON, 1000-300<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56484 | $2,091,817.76 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 183: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | INTER-LOCAL PENSION FUND, THE<br>455 KEHO BLVD.<br>SUITE 100<br>CAROL STREAM, IL 60188 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 31735 | Undetermined | No Liability Claim |
| 8 | INTER-LOCAL PENSION FUND, THE<br>455 KEHOE BLVD.<br>SUITE 100<br>CAROL STREAM, IL 60188 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31736 | Undetermined | No Liability Claim |
| 9 | PHOENIX EDGE SERIES FUND: PHOENIX STRATEGIC ALLOCATION SERIES<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST. 8TH FLOOR<br>HARTFORD, CT 06103 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 20773 | Undetermined | No Liability Claim |
| 10 | PHOENIX EDGE SERIES FUND: PHOENIX MULTI-SECTOR FIXED INCOME SERIES<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST. 8TH FLOOR<br>HARTFORD, CT 06103 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 26169 | Undetermined | No Liability Claim |
| 11 | PHOENIX EDGE SERIES FUND: PHX MULTI-SECTOR SHORT TERM BOND SERIES<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST. 8TH FLOOR<br>HARTFORD, CT 06103 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 26151 | Undetermined | No Liability Claim |
| 12 | PLUMBERS LOCAL 98 DEFINED BENEFIT FUND<br>700 TOWER DR.<br>TROY, MI 48098 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32053 | $559,615.91 | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 183: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | VIRTUS BALANCED ALLOCATION FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 26165 | Undetermined | No Liability Claim |
| 14 | VIRTUS BALANCED FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 26170 | Undetermined | No Liability Claim |
| 15 | VIRTUS CORE BOND FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 26168 | Undetermined | No Liability Claim |
| 16 | VIRTUS INCOME & GROWTH FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 26171 | Undetermined | No Liability Claim |
| 17 | VIRTUS INSTITUTIONAL BOND FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 26167 | Undetermined | No Liability Claim |
| 18 | VIRTUS MULTI-SECTOR FIXED INCOME FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 26173 | Undetermined | No Liability Claim |
| 19 | VIRTUS MULTI-SECTOR SHORT TERM BOND FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 26174 | Undetermined | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 183: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | VIRTUS SHORT / INTERMEDIATE BOND FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 26177 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $42,395,971.13 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 183: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32209 | $280,920.00 | No Liability Claim |
| 2 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 09-10558 (JMP) | Structured Asset Securities Corporation | 11/16/2010 | 67201 | $208,180.00 | No Liability Claim |
| 3 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 09-10558 (JMP) | Structured Asset Securities Corporation | 11/16/2010 | 67202 | $901,898.00 | No Liability Claim |
| 4 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 09-10558 (JMP) | Structured Asset Securities Corporation | 11/16/2010 | 67203 | $849,418.00 | No Liability Claim |
| 5 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 09-10558 (JMP) | Structured Asset Securities Corporation | 11/16/2010 | 67204 | $684,508.00 | No Liability Claim |
| 6 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 09-10558 (JMP) | Structured Asset Securities Corporation | 11/16/2010 | 67205 | $802,988.00 | No Liability Claim |
| 7 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 09-10558 (JMP) | Structured Asset Securities Corporation | 11/16/2010 | 67206 | $2,529,600.00 | No Liability Claim |
| 8 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 09-10558 (JMP) | Structured Asset Securities Corporation | 11/16/2010 | 67207 | $1,975,000.00 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 183: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 09-10558 (JMP) | Structured Asset Securities Corporation | 11/16/2010 | 67208 | $1,540,000.00 | No Liability Claim |
| 10 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 09-10558 (JMP) | Structured Asset Securities Corporation | 11/16/2010 | 67209 | $819,310.00 | No Liability Claim |
| 11 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 09-10558 (JMP) | Structured Asset Securities Corporation | 11/16/2010 | 67211 | $909,516.00 | No Liability Claim |
| 12 | BOILERMAKER-BLACKSMITH NATL PENSION TR<br>756 MINNESOTA AVE<br>KANSAS CITY, KS 66101 | 09-10558 (JMP) | Structured Asset Securities Corporation | 11/16/2010 | 67212 | $2,051,348.00 | No Liability Claim |
| | | | | | TOTAL | $13,552,686.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts