**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|   | ) |
| Lehman Brothers Holdings Inc., <u>et al</u>. | ) Case No. 08-13555 (JMP) |
|   | ) |
| Debtors. | ) Jointly Administered |
|   | ) |

_____   Proof of Claim No.: **50055**
Amount of Claim Transferred: **$8,114.27**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO FRBP RULE 3001(e)(2)

**TO:   TRANSFEROR:   JPMORGAN CHASE BANK, N.A.**
One Chase Manhattan Plaza, Floor 26
New York, NY 10005
Attention:   Susan McNamara
Telephone:   212-552-1038
Facsimile:   212-552-5766
E-mail:   Susan.McNamara@chase.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **50055** against Lehman Brothers Holdings Inc. in the amount of **$8,114.27** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:   CASPIAN ALPHA LONG CREDIT FUND, L.P.**
c/o Caspian Funds
500 Mamaroneck Avenue
Harrison, NY 10528
Attention:   Susan Lancaster
Telephone:   914.798.4241
Facsimile:   914.777.3363
E-mail:   susan@caspianlp.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8233875

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMorgan Chase Bank, N.A.**, a national banking association, having offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Caspian Alpha Long Credit Fund, L.P.**, with offices located at c/o Caspian Funds, 500 Mamaroneck Avenue, Harrison, New York 10528 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) to the extent of **$8,114.27** of Claim No. **50055** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

The amount transferred herein represents interest with regard to the Claim under ISIN DK0030068242. The corresponding notional amount with respect to the Claim under ISIN DK0030068242 was previously transferred to Buyer as evidenced at docket number 7858 and the transfer herein transfers the corresponding interest to Buyer.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 6 day of ~~July~~ October, 2011.

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

Caspian Alpha Long Credit Fund, L.P.

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____

Carnegie - Caspian Alpha EOT (2).DOCX

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMorgan Chase Bank, N.A.**, a national banking association, having offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Caspian Alpha Long Credit Fund, L.P.**, with offices located at c/o Caspian Funds, 500 Mamaroneck Avenue, Harrison, New York 10528 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) to the extent of $8,114.27 of Claim No. **50055** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

The amount transferred herein represents interest with regard to the Claim under ISIN DK0030068242. The corresponding notional amount with respect to the Claim under ISIN DK0030068242 was previously transferred to Buyer as evidenced at docket number 7858 and the transfer herein transfers the corresponding interest to Buyer.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 6 day of ~~July~~ October, 2011.

**JPMorgan Chase Bank, N.A.**

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
Tel.:_____

**Caspian Alpha Long Credit Fund, L.P.**

By:_____
(Signature of authorized corporate officer)

Name: Richard D. Holahan, Jr.
Title: Authorized Signatory
Tel.:_____

Carnegie - Caspian Alpha EOT (2)