UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                         :

In re                                  :      Chapter 11 Case No.
                                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :      08-13555 (JMP)
                                         :      (Jointly Administered)

                        Debtors.      :

-------------------------------------------------------------------x      Ref. Docket Nos. 19991, 20040,
                                                    20053, 20064, 20372-20375, 20377

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 3, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
6th day of October, 2011
 /s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                |
                                |
            Debtors.            |
                                |
_____|
```

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ELLIOTT ASSOCIATES, L.P.
     TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE
     C/O ELLIOTT MANAGEMENT CORPORATION
     ATTN: ELLIOT GREENBERG/RAJAT BOSE
     712 FIFTH AVENUE, 35TH FLOOR
     NEW YORK NY 10019
```

Please note that your claim # 62745-02 in the above referenced case and in the amount of
$36,327,781.45  Unliquidated      has been transferred **(unless previously expunged by court order)**

```
ALSTON INVESTMENTS LLC
TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
C/O ELLIOTT MANAGEMENT CORPORATION
ATTN: ELLIOT GREENBERG/RAJAT BOSE
712 FIFTH AVENUE, 35TH FLOOR
NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20064     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/03/2011                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 3, 2011.

**EXHIBIT B**

TIME: 19:51:29
DATE: 10/03/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CLARIDEN LEU LTD. | TRANSFEROR: NPB NEW PRIVATE BANK LTD. ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PGA HOLDINGS INC C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: VIENNA INSURANCE GROUP WIENER STADTISCHE VERSICHERUNG AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GRAUL-NEUMANN, LUITGARD | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA HELMSTEDTERSTR 12 A 10717 BERLIN GERMANY |
| KNOERZER, UTA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA EUGENSTRASSE 2911 72072 TUEBINGEN GERMANY |
| LANG, CHRISTEL AND HEINER | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KALBECKSTRASSE 62 GOCH 47574 GERMANY |
| LIVERPOOL LIMITED PARTNERSHIP, THE | C/O ELLIOTT MANAGEMENT CORPORATION 715 5TH AVENUE 35TH FLOOR NEW YORK NY 10019 |
| NPB NEW PRIVATE BANK LTD. | LIMMATQUAI 1 / AM BELLEVUE P.O. BOX ZURICH CH-8022 SWITZERLAND |
| PGA HOLDINGS INC | PGA HOLDINGS, INC. C/O PRESS, GANEY ASSOCIATES, INC. 404 COLUMBIA PLACE SOUTH BEND IN 46601 |
| TARGOBANK AG & CO. KGAA F/K/A CITIBANK PRIVATKUNDEN AG & CO KGAA | TRANSFEROR: KNOERZER, UTA ATTN: OLIVER STUEMPGES, AREA DIRECTOR ATTN: THEO PETERS, AREA MANAGER KASERNENSTR. 10 DUSSELDORF 40213 GERMANY |
| TARGOBANK AG & CO. KGAA F/K/A CITIBANK PRIVATKUNDEN AG & CO. KGAA | TRANSFEROR: GRAUL-NEUMANN, LUITGARD KASEMENSTR. 10 DUSSELDORF 40213 GERMANY |
| VIENNA INSURANCE GROUP WIENER STADTISCHE VERSICHERUNG AG | SCHOTTENRING 30 VIENNA A-1010 AUSTRIA |
| VIENNA INSURANCE GROUP WIENER STADTISCHE VERSICHERUNG AG | MICHAEL TORKIN, ESQ / SOLOMON NOH, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

Total Number of Records Printed       19

EPIQ BANKRUPTCY SOLUTIONS, LLC