Anthony Paduano (AP 8400)
Willard Knox (WK 5567)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

ATTORNEYS FOR JASON T. TAYLOR and PHILIP WALSH

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                  :
In re:                                            : Chapter 11
                                                  :
**LEHMAN BROTHERS HOLDINGS, INC., et. al.**       : Case No. 08-13555 (JMP)
                                                  : (Jointly Administered)
                         Debtors.                 :
                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF
HEARING ON MOTIONS OF JASON T. TAYLOR AND PHILIP
WALSH FOR A DETERMINATION THAT THE AUTOMATIC STAY DOES
NOT APPLY OR, ALTERNATIVELY, FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the motions of movants Jason T. Taylor [Docket No. 14377] and Philip Walsh [Docket No. 14571] (collectively, "Movants") for determinations that the automatic stay does not apply or, alternatively, for relief from automatic stay (the "Motions"), which were scheduled for October 19, 2011, at 10:00 a.m. (prevailing Eastern Time), has been adjourned by agreement of Debtors and Movants to **November 16, 2011 at 10:00 a.m. (prevailing Eastern Time),** or as soon thereafter as counsel may be heard. The hearing on the Motions will be held before the Honorable James M.

Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motions may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objections or other responsive pleadings to the Motions has been extended to **November 9, 2011 at 4:00 p.m. (prevailing Eastern Time)**.

Dated:   New York, New York
         October 6, 2011

                                        PADUANO & WEINTRAUB LLP

                                        BY: /s/ Willard Knox
                                            Anthony Paduano
                                            Willard Knox
                                        1251 Avenue of the Americas
                                        Ninth Floor
                                        New York, New York 10020
                                        Telephone: (212) 785-9100
                                        Facsimile:  (212) 785-9099

                                        Attorneys for Jason T. Taylor and
                                        Philip Walsh