UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                          :

In re                                 :       Chapter 11 Case No.
                                       :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :       08-13555 (JMP)
                                       :       (Jointly Administered)
                Debtors.       :

------------------------------------------------------------------------x      Ref. Docket No. 20392

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 3, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
6th day of September, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                      |
                                      |   (Jointly Administered)
                Debtors.              |
                                      |
```

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE (GUERNSEY) LIMITED
               ATTN: ALLEN GAGE
               1 MADISON AVE
               NEW YORK NY 10010


Additional:    CREDIT SUISSE (GUERNSEY) LIMITED
               CRAVATH, SWAINE & MOORE LLP
               ATTN: RICHARD LEVIN
               WORLDWIDE PLAZA
               825 EIGHTH AVENUE
               NEW YORK NY 10019


Transferee:    BARCLAYS BANK PLC
               745 SEVENTH AVENUE
               NEW YORK NY 10019


**Your transfer   of claim #   55821   is defective for the reason(s) checked below:**

Expunged By Court Order


Docket Number 20392            Date 09/29/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 3, 2011.

# EXHIBIT B

```
TIME: 19:51:02                      LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 10/03/11                          CREDITOR LISTING

Name                        Address
BARCLAYS BANK PLC           745 SEVENTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (GUERNSEY) LIMITED    ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (GUERNSEY) LIMITED    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC