Edward A. Friedman
William P. Weintraub
Anne E. Beaumont
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York 10036-6516
Telephone:   (212) 833-1100
E-mails:   efriedman@fklaw.com
           wweintraub@fklaw.com
           abeaumont@fklaw.com

*Attorneys for Boultbee (Helsinki) AB*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   Case No. 08-13555 (JMP)
                                                :
                        Debtors.                :   (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

**NOTICE IS HEREBY GIVEN** that the undersigned hereby consent to the substitution of Friedman Kaplan Seiler & Adelman LLP as counsel to Boultbee (Helsinki) AB ("Boultbee") in connection with the above-captioned matter and all related proceedings. All further notices, motions, applications, reports, stipulations, orders, pleadings, and other papers filed in these proceedings, including, without limitation, all such items referred to in Bankruptcy Rules 2002, 2015, 3017, and 9007, should be served upon Boultbee at the following address:

> Friedman Kaplan Seiler & Adelman LLP
> 7 Times Square
> New York, NY 10036-6516
> Attn: William P. Weintraub & Anne E. Beaumont
> E-mail:   efriedman@fklaw.com
>           wweintraub@fklaw.com
>           abeaumont@fklaw.com

1040697.3

Dated:   New York, New York
         October 5, 2011

| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | REED SMITH LLP |
|---|---|
| /s/ Edward A. Friedman | /s/ Andrea J. Pincus |
| Edward A. Friedman | Andrea J. Pincus |
| William P. Weintraub | 599 Lexington Avenue |
| Anne E. Beaumont | New York, New York 10022 |
| 7 Times Square | Telephone: (212) 521-5400 |
| New York, New York 10036-6516 | apincus@reedsmith.com |
| Telephone: (212) 833-1100 | |
| efriedman@fklaw.com | |
| wweintraub@fklaw.com | |
| abeaumont@fklaw.com | |