# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 170: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CAPITAL BANK GRAWE GRUPPE<br>BRANDHOFGASSE 22<br>GRAZ, A-8010<br>AUSTRIA<br><br>TRANSFERRED TO: YORVIK PARTNERS LLP<br>TRANSFEROR: CAPITAL BANK GRAWE GRUPPE<br>11 IRONMONGER LANE<br>LONDON, EC2V 8EY<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/03/2010 | 66356[1] | $4,163,981.52<br><br>$824,985.00 | No Blocking Number LPS Claim |
| 2 | CORETH, MAXIMILIAN<br>C/O ROBERT K. GROSS, ESQ.<br>EATON & VAN WINKLE LLP<br>3 PARK AVENUE<br>16TH FLOOR<br>NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62747 | $3,000,000.00* | No Blocking Number LPS Claim |

---

[1] Claim 66356 is being expunged solely with respect to its asserted claim totaling $5,670.00 for securities with ISIN No. DE000A0TLKY4. The remainder of Claim 66356 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to the remaining portions of Claim 66356 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts                          Page 1 of 3

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 170: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 3 | CORNER BANCA SA<br>VIA CANOVA 16<br>LUGANO, 6900<br>SWITZERLAND | | Lehman No Case Asserted/All Cases Asserted | 09/04/2009 | 10360[2] | $238,231.68 | No Blocking Number LPS Claim |
| 4 | GOMEZ FLORES, MA. DE LA PAZ/<br>MA.DEL REFUGIO GOMEZ FLORES/<br>SALVADOR GOMEZ FLORES<br>CARR. LAGOS-SAN LUIS POTOSI KM 3 INT. 1<br>LAGOS DE MORENO<br>JALISCO, 47400<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/19/2009 | 6473 | $1,000,000.00 | No Blocking Number LPS Claim |
| 5 | GONZALEZ, ALFREDO PONS<br>AVD. DE LAS AMERICAS 9,7 2A<br>MALAGA, 29006<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/05/2009 | 8242 | Undetermined | No Blocking Number LPS Claim |
| 6 | HOERNECKE, CHRISTINE<br>APARTADO 80<br>VILLAJOYOSA, E-03570<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34817 | $7,000.00 | No Blocking Number LPS Claim |

---

[2] Claim 10360 is being expunged solely with respect to its asserted claim totaling $10,605.21 for securities with ISIN No. XS0282978666. The portion of Claim 10360 that is asserting a claim totaling $7.44 for securities with ISIN No. US5249081002 was previously reclassifed as an equity interest pursuant to the Order Granting Debtors' One Hundred Forty-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), dated June 30, 2011 [Docket No. 18184]. The portion of Claim 10360 that is asserting a claim of $2,590.00 for securities with CUSIP No. 524908CM0 was previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621]. The portion of Claim 10360 that is asserting a claim totaling $225,029.03 for securities with ISIN Nos. CH0026915527, XS0179304869, XS0183944643, XS0193035358, XS0205185456, and XS0213899510 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 10360 in the future.

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 170: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | LAMPRECHT, FRANZ GUENTHER VON-STAUFFENBERG-STRASSE 41 D-82008 UNTERHACHING, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34688 | Undetermined | No Blocking Number LPS Claim |
| 8 | PFAU, JULIANE KOENIGSALLE 51A BERLIN, 14193 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49654 | $70,000.00 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $9,304,198.20 | |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 170: EXHIBIT 2 – NO BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ENDA HARDIMAN TELECOM PENSIONS FUND, THE REF BDO SIMPSON XAVIER FINANCIAL SERVICES LTD BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42641 | $522,722.00 | No Blocking Number LPS Claim |
| 2 | MARCH, ILDFONSO LACASTA CL MANILA 51 1-2 BARCELONA, 08034 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/01/2009 | 5059 | Undetermined | No Blocking Number LPS Claim |
| | | | | | TOTAL | $522,722.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT 3

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 170: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANQUE SAFDIE SA<br>ATTN: MICHEL KISFALVDY<br>1, RUE DE LA TOUR-DE-L'ILE<br>PO BOX 5415-1211<br>GENEVA 11, 1204<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 65272[1] | $4,969,571.76 | No Blocking Number LPS Claim |
| 2 | BELLAIR DEVELOPMENT GROUP, S.A.<br>ATTN: JOSE GREGORIA CASTILLEJOS<br>48 EAST ST. BELLA VISTA<br>SUCRA BUILDING<br>PANANMA CITY,<br>PANAMA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62724 | $2,264,500.00* | No Blocking Number LPS Claim |
| 3 | CENTRAL BANCO UNIVERSAL<br>ATTN: ALEJANDRO GOMEZ SIGALA<br>EDIFICIO CENTRAL E.A.P.<br>AVE. SAN FELIPE, ENTRE 1A AND 2A<br>TRANSVERSAL, LA CASTELLANA<br>CARACAS,<br>VENEZUELA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62725[2] | $72,106,043.06 | No Blocking Number LPS Claim |

---

[1] Claim 65272 is being expunged solely with respect to its asserted claim totaling $326,268.22 for securities with ISIN Nos. XS0264674549 and XS0271141565.  The remainder of Claim 65272 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to the remaining portions of Claim 65272 in the future.

[2] Claim 62725 is being expunged solely with respect to its asserted claim totaling $26,021,586.22 for securities with ISIN Nos. XS0354643016, XS035465227, XS0336336960, XS0366314226, and XS0366401031.  The portion of Claim 62725 asserting a claim totaling $46,084,456.84 for securities with ISIN No. XS0336336531 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 66356 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 170: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | ILDEFONSO-MARIANA, JOSE I ALDACO GUERRERO - JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/13/2009 | 2814 | $205,320.00 | No Blocking Number LPS Claim |
| 5 | ILDEFONSO-MARIANA, JOSE I ALDACO GUERRERO - JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/13/2009 | 2815 | $210,625.00 | No Blocking Number LPS Claim |
| 6 | TODINI, GIOVANNA VIA MAURIZIO QUADRIO, 15 ROME, 00152 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64323 | $120,000.00 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $79,876,059.82 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts