# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 160: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CAJA DE AHORROS Y PENSIONES DE BARCELONA C/O BAKER & MCKENZIE LLP ATTN: IRA A REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 17563 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,629,460.44* | Lehman Brothers Special Financing Inc. | Unsecured | $6,748,584.10 |
| | | | | | TOTAL | $7,629,460.44 | | TOTAL | $6,748,584.10 |

\* - Indicates claim contains unliquidated and/or undetermined amounts