# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 155: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

|   | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ENECO ENERGY TRADE BV C/O HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 E. BYRD STREET RICHMOND, VA 23219-4074 | 19279 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $4,193,844.45* | Lehman Brothers Commodity Services Inc. | Unsecured | $4,073,844.00 |
| 2 | ENECO ENERGY TRADE BV C/O HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 E. BYRD STREET RICHMOND, VA 23219-4074 | 19280 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,193,844.45* | Lehman Brothers Holdings Inc. | Unsecured | $4,183,844.00 |
|   |   |   |   |   | TOTAL | $8,387,688.90 |   | TOTAL | $8,257,688.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts