# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANCO SANTANDER (MEXICO), S.A. INSTITUCION DE BANCA MULTIPLE, GROUPO FINANCIERO SANTANDER ATTN: EDUARDO FERNANDEZ GARCIA TRAVESI PROLONGACION PASEO DE LA REFORMA N 500 NIVEL 1, MODULO 111 DISTRITO FEDERAL, 01219 MEXICO | 22234 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,765,054.87* | Lehman Brothers Holdings Inc. | Unsecured | $6,134,932.03 |
| 2 | BANCO SANTANDER (MEXICO), S.A. ATTN: EDUARDO FERNANDEZ GARCIA TRAVESI INSTITUCION DE BANCA MULTIPLE, GROUPO FINANCIERO SANTANDER PROLONGACION PASEO DE LA REFORMA N 500 NIVEL 1, MODULO 111 DISTRO FEDERAL, 01219 MEXICO | 22241 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,765,054.87* | Lehman Brothers Special Financing Inc. | Unsecured | $6,134,932.03 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | BANCO SANTANDER - CHILE ATTN: HANS TRAUTMAN BUC ESTRUCTURACTION FINANCIERA BANDERA 140 SANTIAGO, CHILE | 22231 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $610,325.84* | Lehman Brothers Holdings Inc. | Unsecured | $553,754.51 |
| 4 | BANCO SANTANDER - CHILE ATTN: HANS TRAUTMAN BUC ESTRUCTURACTION FINANCIERA BANDERA 140 SANTIAGO, CHILE | 22239 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $610,325.84* | Lehman Brothers Commercial Corporation | Unsecured | $553,754.51 |
| 5 | BANCO SANTANDER, S.A. ATTN: JAMES H. BATHON, ESQ., MANAGING DIRECTOR & CHIEF LEGAL OFFICER BANCO SANTANDER, S.A., NEW YORK BRANCH 45 EAST 53RD STREET NEW YORK, NY 10022 | 22242 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $72,605,342.00* | Lehman Brothers Special Financing Inc. | Unsecured | $66,801,313.45 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 | BANCO SANTANDER, S.A. ATTN: JAMES H. BATHON, ESQ., MANAGING DIRECTOR & CHIEF LEGAL OFFICER BANCO SANTANDER, S.A., NEW YORK BRANCH 45 EAST 53RD STREET NEW YORK, NY 10022 | 22243 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $72,605,342.00* | Lehman Brothers Holdings Inc. | Unsecured | $66,801,313.45 |
| 7 | FEDERAL HOME LOAN BANK OF PITTSBURGH ATTN: DANA A. YEALY, ESQ. 601 GRANT STREET PITTSBURGH, PA 15219 | 18986 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $41,545,541.68 | Lehman Brothers Holdings Inc. | Unsecured | $20,168,283.00 |
| 8 | FEDERAL HOME LOAN BANK OF PITTSBURGH ATTN: DANA A. YEALY, ESQ. 601 GRANT STREET PITTSBURGH, PA 15219 | 18989 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | $41,545,541.68 | Lehman Brothers Special Financing Inc. | Unsecured | $20,168,283.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | FINANTIA SECURITIES LIMITED<br>TRANSFEROR: GRANITE FINANCE LIMITED<br>11 AUSTIN FRIARS<br>LONDON, EC2N 2HG<br>UNITED KINGDOM | 29629[1] | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $455,299.67* | Lehman Brothers Special Financing Inc. | Unsecured | $389,475.87 |
| | TRANSFERRED TO: FINANTIA SECURITIES LIMITED<br>TRANSFEROR: GRANITE FINANCE LIMITED<br>11 AUSTIN FRIARS<br>LONDON, EC2N 2HG<br>UNITED KINGDOM | | | | | $1,860,833.66* | | | $1,591,808.34 |
| | TRANSFERRED TO: FINANTIA SECURITIES LIMITED<br>TRANSFEROR: GRANITE FINANCE LIMITED<br>11 AUSTIN FRIARS<br>LONDON, EC2N 2HG<br>UNITED KINGDOM | | | | | $162,973.67* | | | $139,412.16 |

---

[1] Notwithstanding any language that may be construed to the contrary in the Order, Claim 29628 against Lehman Brothers Holdings, Inc. is not affected by this Objection and shall remain active on the claims register, subject to the Debtors' right to object to said claim in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

|  | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | HOUSTON COUNTY HEALTH CARE AUTHORITY ATTN: JOHN BURTON C/O PRESLEY BURTON AND COLLIER, LLC 2031 11TH AVE S BIRMINGHAM, AL 352052801 | 22769 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,937,557.14* | Lehman Brothers Special Financing Inc. | Unsecured | $1,100,000.00 |
| 11 | LEHIGH UNIVERSITY (BLK TICKER: LEHIGH NOW KNOWN AS C-LEHIGH) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET, 2ND FLOOR NEW YORK, NY 10022 | 20658 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $130,400.00* $130,400.00 | Lehman Brothers Holdings Inc. | Unsecured | $132,469.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | LEHIGH UNIVERSITY (BLK TICKER: LEHIGH NOW KNOWN AS C-LEHIGH) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET, 2ND FLOOR NEW YORK, NY 10022 | 20659 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $130,400.00*  $130,400.00 | Lehman Brothers Special Financing Inc. | Unsecured | $132,469.00 |
| 13 | MASS MUTUAL LIFE INSURANCE COMPANY LIMITED TOC ARIAKE EAST TOWER 15F 2-5-7 ARIAKE, KOTO-KU TOKYO, 135-0063 JAPAN | 12114 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $9,874,593.68* | Lehman Brothers Holdings Inc. | Unsecured | $4,000,000.00 |
| 14 | MASS MUTUAL LIFE INSURANCE COMPANY LIMITED TOC ARIAKE EAST TOWER 15F 2-5-7 ARIAKE, KOTO-KU TOKYO, 135-0063 JAPAN | 12115 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,874,593.68* | Lehman Brothers Special Financing Inc. | Unsecured | $4,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | MSIM INC., SEED CAPITAL HEDGING ACCOUNT C/O MORGAN STANLEY INVESTMENT MANAGEMENT, INC. ATTENTION : EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN, PA 19428-2881 | 27118 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,010,145.79* | Lehman Brothers Special Financing Inc. | Unsecured | $1,018,395.00 |
| 16 | MSIM INC., SEED CAPITAL HEDGING ACCOUNT C/O MORGAN STANLEY INVESTMENT MANAGEMENT, INC. ATTENTION : EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100, WEST CONSHOHOCKEN, PA 19428-2881 | 27119 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,010,145.79* | Lehman Brothers Holdings Inc. | Unsecured | $1,018,395.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | NATIONAL CITY BANK C/O PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21351 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $9,682,909.46* $9,682,909.46 | Lehman Brothers Special Financing Inc. | Unsecured | $6,256,127.50 |
| 18 | NATIONAL CITY BANK C/O PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21405 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $9,682,909.46* $9,682,909.46 | Lehman Brothers Holdings Inc. | Unsecured | $6,256,127.50 |
| 19 | NATIONWIDE MUTUAL INSURANCE COMPANY ATTN: NATIONWIDE INVESTMENTS- DERIVATIVES 1-05-705 ONE NATIONWIDE PLAZA COLUMBUS, OH 43215 | 18278 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $26,194,000.00 $37,104,068.00 $63,298,068.00 | Lehman Brothers Special Financing Inc. | Unsecured | $10,850,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | ONDERLINGE WAARBORGMAATSCH APPIJ CENTRALE ZORGVERZEKERAARS GROEP, ZORGVERZEKERAAR U.A. (""CZ"") ATTN MASCHA VERHOEVEN RINGBAAN WEST 236 POSTBUS 90152 5000 LD TILBURG, 5038 KE NETHERLANDS | 31545 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $188,056.71*  $188,056.71 | Lehman Brothers Special Financing Inc. | Unsecured | $188,056.71 |
| 21 | PIMCO CAYMAN UK LONG DURATION FUND- (# 2769) PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET, GEORGE TOWN GRAND CAYMAN, KY1- 9002 CAYMAN ISLANDS | 25712 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $59,277.04* | Lehman Brothers Special Financing Inc. | Unsecured | $59,277.04 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 9 of 13

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

|    | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|----|------|---------|------------|-----------------|----------------|-----------------|-----------------|----------------|-----------------|
| 22 | PIMCO COMBINED ALPHA STRATEGIES- (# 4861) ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1- 9002 CAYMAN ISLANDS | 25713 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,544,466.12* | Lehman Brothers Special Financing Inc. | Unsecured | $1,544,466.12 |
| 23 | PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21352 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $24,754.02* $24,754.02 | Lehman Brothers Holdings Inc. | Unsecured | $24,692.12 |
| 24 | PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21353 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $1,984,209.86* $1,984,209.86 | Lehman Brothers Special Financing Inc. | Unsecured | $935,417.03 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 25 | PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21354 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Secured Unsecured  Subtotal | Undetermined $24,752.02*  $24,752.02 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $24,692.12 |
| 26 | PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH, PA 15222 | 21355 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $1,984,209.86*  $1,984,209.86 | Lehman Brothers Holdings Inc. | Unsecured | $935,417.03 |
| 27 | STICHING MARS PENSIOENFONDS PIMCO ACCOUNT NUMBER 1441 ATTN: RIANNE STEENBERGEN MARS NEDERLAND BV TAYLORWEG 5 VEGHEL, 5466 AE NETHERLANDS | 25673 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $178,620.40* | Lehman Brothers Special Financing Inc. | Unsecured | $178,620.40 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | STICHTING BLUE SKY ACTIVE FIXED INCOME EMERGING MARK PROF. E.M. MEIJERSLAAN 1 POSTBUS 123 1180 AC AMSTELVEEN NETHERLANDS | 27965 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Administrative<br>Secured<br>Unsecured<br>Subtotal | Undetermined<br>Undetermined<br>$374,860.35*<br>$374,860.35 | Lehman Brothers Special Financing Inc. | Unsecured | $374,860.35 |
| 29 | STICHTING BLUE SKY ACTIVE FIXED INCOME EMERGING MARK PROF. E.M. MEIJERSLAAN 1 POSTBUS 123 1180 AC AMSTELVEEN NETHERLANDS | 27966 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Secured<br>Unsecured<br>Subtotal | Undetermined<br>Undetermined<br>$374,860.35*<br>$374,860.35 | Lehman Brothers Holdings Inc. | Unsecured | $374,860.35 |
| 30 | VANGUARD 30-40 YEAR DURATION EURO INDEX FUND, A SUB-FUND OF VANGUARD INVESTMENT SERIES PLC ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE, PA 19482 | 43962 | 10/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $502,244.11 | Lehman Brothers Special Financing Inc. | Unsecured | $300,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 167: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 31 | VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE-TERM BOND TRUST TRANSFEROR: VANGUARD FIDUCIARY TRUST COMPANY ASSET-BACKED SEC TRUST ASSET-BACKED SECURITIES TRUST ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE, PA 19482 | 16713 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $179,176.06* | Lehman Brothers Holdings Inc. | Unsecured | $179,176.06 |
| 32 | WELLINGTON MANAGEMENT PORTFOLIOS (LUXEMBOURG) II - COMMODITIES PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02109 | 15858 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,518.98* | Lehman Brothers Holdings Inc. | Unsecured | $17,518.98 |
| | | | | | TOTAL | $359,600,364.66 | | TOTAL | $229,338,299.66 |

\* - Indicates claim contains unliquidated and/or undetermined amounts