# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 177: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADLER, DAVID<br>10206 BRIAR ROSE DR.<br>HOUSTON, TX 77042 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5627 | $200,000.00 | No Liability |
| 2 | ANDREWS, COLLETTE<br>710 VALLEY STREET<br>MAPLEWOOD, NJ 07040 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27593 | $2,807.69 | No Liability |
| 3 | ANTONCIC, MADELYN<br>350 EAST 57TH STREET<br>APARTMENT 13A<br>NEW YORK, NY 10022 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16517 | $3,807,143.00 | No Liability |
| 4 | BAIGIS, SHERI<br>250 3RD ST<br>ARCHBALD, PA 18403 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12632 | $19,557.70 | No Liability |
| 5 | BROOKS (FOMERLY KUICK), CHERI<br>1870 SOMERSET LANE<br>WHEATON, IL 60189 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32291 | $695.54 | No Liability |
| 6 | BROWN, JONATHAN H.<br>2939 AVENUE Y<br>APT #4F<br>BROOKLYN, NY 11235 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12639 | $250,000.00 | No Liability |
| 7 | CARSON, LAUREN<br>111 WORTH ST, APT 61<br>NEW YORK, NY 10013-4022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/09/2009 | 4325 [1] | $36,944.44 | No Liability |
| 8 | CHING, STEVE<br>757 JACKSON STREET<br>APT. 201<br>SAN FRANCISCO, CA 94133 | | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7646 | $12,267.00 | No Liability |

---

[1] Claim 4325 is being expunged solely with respect to its asserted claim for severance in the amount of $36,944.44. The portion of Claim 4325 that is asserting a claim for Notes or Debentures in the amount of $25,000.00 is not being expunged pursuant to this Objection, is not affected by this Objection, and is subject to the Debtors' One Hundred Seventy-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims).

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 177: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | CONNOLLY, THOMAS J. 3545 BRIDLE CREEK DRIVE SUWANEE, GA 30024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/09/2009 | 5228 | $25,000.00 | No Liability |
| 10 | DILLAH, JILLIAN 1425 AMSTERDAM AVENUE APT# 8R NEW YORK, NY 10027 | | Lehman No Case Asserted/All Cases Asserted | 08/04/2009 | 7354 | $1,056.86 | No Liability |
| 11 | GASPARRO, PAUL 105 STUYVESANT AVE RYE, NY 10580 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2334 | $195,668.12 | No Liability |
| 12 | GROSSBLATT, JOSHUA 26575 AGOURA RD CALABASAS, CA 91302 | | Lehman No Case Asserted/All Cases Asserted | 01/30/2009 | 2258 | $1,588.20 | No Liability |
| 13 | HALE, JULIE PENDENE NIGHTINGALE AVENUE WEST HORSLEY, KT24 6NZ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8525 | $66,692.30 | No Liability |
| 14 | HAR-EVEN, ITAMAR 18 OLD PEAK ROAD TOWER 1, APT. 10-A HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6160 | $369.20 | No Liability |
| 15 | HODGES,JAMES 10 HALSEY STREET LONDON, GT LON, SW3 2QH UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16103 | $1,830,000.00 | No Liability |
| 16 | HORN, JAMIE R. 3997 STIRRUP DR DOYLESTOWN, PA 18902-5467 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17357 | $6,060.00 | No Liability |
| 17 | HROMIC, HARIS 25-40 SHARE BLVD G-I ASTORIA, NY 11102 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/28/2009 | 4626 | $10,950.00 | No Liability |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 177: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | KAUKONEN, ROBIN<br>30 UNERHILL ROAD<br>MILL VALLEY, CA 94941 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/20/2009 | 8860 | $96,829.34 | No Liability |
| 19 | KELLY, SEAN<br>1002 MILL VALLEY DRIVE<br>SUGARLAND, TX 77478 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32334 | $80,000.00 | No Liability |
| 20 | KOBIELSKI, CAROL<br>15 HOLIDAY LANE<br>ENFIELD, CT 06082 | | Lehman No Case Asserted/All Cases Asserted | 12/04/2008 | 1218 | $47,529.28 | No Liability |
| 21 | LARS P. JACOBSON<br>909 15TH STREET<br>HERMOSA BEACH, CA 90254 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24255 | $77,575.10 | No Liability |
| 22 | LASRY, FRANCOIS<br>121 EAST 71ST STREET<br>NEW YORK, NY 10021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10537 | $139,860.00 | No Liability |
| 23 | LEE, EDMUND<br>23-18 DORCHESTER RD<br>FAIR LAWN, NJ 07410 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44335 | $55,163.47 | No Liability |
| 24 | MACKINNON, MICHAEL L<br>31 APPLEGARTH ROAD<br>LONDON, W14 0HY<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/12/2009 | 8079 | $8,300.00 | No Liability |
| 25 | MIKHAIL, REDA<br>319 ABINGDON AVENUE<br>STATEN ISLAND, NY 10308 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32220 | $15,034.70 | No Liability |
| 26 | MOORE, TODD CHRISTOPHER<br>15403 STABLE STAR CIRCLE<br>CYPRESS, TX 77429 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/05/2009 | 4769 | $200,000.00 | No Liability |
| 27 | NAGARAJ, HEMANTH<br>22 E 36 ST APT 4B<br>NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2008 | 405 | $154,500.00 | No Liability |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**                                                                 **Page 3 of 5**

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 177: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | PAGANO, CARMINE J.<br>143 BRYANT AVENUE<br>STATEN ISLAND, NY 10306 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9742 | $587,341.69 | No Liability |
| 29 | PERRY, BARCLAY<br>350 N. SALTAIR AVE.<br>LOS ANGELES, CA 90049 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/23/2009 | 4504 | $12,432.64 | No Liability |
| 30 | RAYNAUD, JEAN-MICHEL<br>5 IMPASSE FOCH<br>24660 CHAMIERS,<br>FRANCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/10/2008 | 153 | $43,972.60 | No Liability |
| 31 | SCHREIBER, RUSSELL<br>FLAT 5 CADOGAN COURT GARDENS<br>1 D'OYLEY STREET<br>GT LON<br>LONDON, SW1X 9AQ<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24389 | $27,600.00 | No Liability |
| 32 | SKRAPITS, TOM<br>1755 ROLAND AVENUE<br>WANTAGH, NY 11793 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30632 | $27,802.14 | No Liability |
| 33 | SKRAPITS, TOM<br>1755 ROLAND AVENUE<br>WANTAGH, NY 11793 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30633 | $27,802.94 | No Liability |
| 34 | SPENCER, SARAH HITE<br>487 3RD ST, #3<br>BROOKLYN, NY 11215 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30778 | $1,535.72 | No Liability |
| 35 | TOLMAN, MARC<br>6935 PERDIDO BAY TERRACE<br>LAKE WORTH, FL 33463 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31988 | $44,423.08 | No Liability |
| 36 | TOLMAN, MARC<br>6935 PERDIDO BAY TERRACE<br>LAKE WORTH, FL 33463 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31989 | $44,423.08 | No Liability |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 177: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | TOPPE, ROBERT<br>12 SEMINARY RD<br>BEDFORD, NY 10506 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/23/2009 | 1907 | $128,365.65 | No Liability |
| 38 | UBELHART, KAREN A.<br>800 WEST END AVE - APT 7A<br>NEW YORK, NY 10025 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/16/2009 | 4897 | $192,308.00 | No Liability |
| 39 | VEDOVOTTO, ROBERTO<br>VIA OSPEDALE CIVILE 20<br>PADOVA, 35121<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/19/2010 | 66309 | $7,668,375.00 | No Liability |
| 40 | WALLACE, WILLIAM A.<br>95 MYSTIC DR<br>OSSINING, NY 10562-1965 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13739 | Undetermined | No Liability |
| 41 | WINTERS, WK<br>42 WEST GREEN<br>HEIGHINGTON<br>NEWTON AYCLIFFE<br>CO DURHAM, DL5 6PE<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/10/2009 | 3335 | Undetermined | No Liability |
| | | | | | TOTAL | $16,147,974.48 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 177: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BUTLER-MCLAUGHLIN, CECELIA E. 2 LANGDON ROAD CARLE PLACE, NY 11514 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21508 | $133,207.40 | No Liability |
| 2 | CARPENTER, THERESA J. 72 NORTH STATE ROAD # 170 BRIARCLIFF MANOR, NY 10510 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18145 | $86,867.90 | No Liability |
| 3 | CRAMER, REBEKAH W. 2670 MANOR PL ELLENWOOD, GA 302942544 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13125 | $4,000.00 | No Liability |
| 4 | CRAMER, REBEKAH W. 2670 MANOR PL ELLENWOOD, GA 302942544 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13126 | $21,900.00 | No Liability |
| 5 | CRAMER, REBEKAH W. 2670 MANOR PL ELLENWOOD, GA 302942544 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13127 | $11,133.00 | No Liability |
| 6 | FRIEDMAN, STEPHEN J. 857 FIFTH AVENUE NEW YORK, NY 10065 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15181 | $4,756,000.00 | No Liability |
| 7 | HAYKIN, DANIEL S. 16234 E PRENTICE PL CENTENNIAL, CO 80015-4174 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/16/2011 | 67341 | $20,769.23 | No Liability |
| 8 | RIESSEN, NATALIE S. 205 EAST 59TH STREET, #19A NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2009 | 66000 | $1,719.39 | No Liability |
| 9 | RIESSEN, NATALIE S. 205 EAST 59TH STREET, #19A NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2009 | 66001 | $1,871.21 | No Liability |
| 10 | RIESSEN, NATALIE S. 205 EAST 59TH STREET, #19A NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2009 | 66002 | $514.85 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 177: EXHIBIT 2 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | RIESSEN, NATALIE S. 205 EAST 59TH STREET, #19A NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2009 | 66003 | $552.44 | No Liability |
| 12 | RIESSEN, NATALIE S. 205 EAST 59TH STREET, #19A NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2009 | 66004 | $9,177.60 | No Liability |
| 13 | ROBSON-CANTY, GERALDINE D. 61 BEECHWOOD TERRACE YONKERS, NY 10705 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20289 | $21,659.84 | No Liability |
| 14 | SPITAL, SAUL H. 10 JEANINE COURT MANALAPAN, NJ 07726 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9607 | $30,000.00 | No Liability |
| 15 | SPITAL, SAUL H. 10 JEANINE COURT MANALAPAN, NJ 07226 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9609 | $100,000.00 | No Liability |
| 16 | SPITAL, SAUL H. 10 JEANINE COURT MANALAPAN, NJ 07726 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9610 | $89,806.68 | No Liability |
| | | | | | TOTAL | $5,289,179.54 | |

# EXHIBIT 3

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 177: EXHIBIT 3 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | TORRES, CARLOS<br>67 ROCKY RIDGE DR NW<br>CALGARY, AB T3G 4G1<br>CANADA | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 11/06/2008 | 532 | $245,000.00 | No Liability |
| 2 | WILSON, DAVID<br>532 49 AVENUE SW<br>CALGARY, AB, T2S 1G5<br>CANADA | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 11/17/2008 | 772 | $330,000.00 | No Liability |
| | | | | | TOTAL | $575,000.00 | |