# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 180: EXHIBIT 1 – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | PALM HILLS LTD<br>MERRILL LYNCH BANK & TRUST COMPANY (CAYMAN) LTD<br>4TH FLOOR HARBOUR CENTER<br>NORTH CHURCH STREET<br>GEORGE TOWN<br>GRAND CAYMAN,<br>CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56306 | $100,000.00 | Invalid Blocking Number LPS Claim |
| 2 | RAHMEL, WILLI M. DR<br>GLOCKENTURMSTR. 20E<br>BERLIN, D 14055<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/08/2009 | 37019 | $55,787.00 | Invalid Blocking Number LPS Claim |
| 3 | ZANKER, SUSANNE<br>RUE CESAR FRANCK 11<br>BRUSSELS, 1050<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59902[1] | $49,528.50 | Invalid Blocking Number LPS Claim |
| | | | | | TOTAL | $205,315.50 | |

---

[1] Claim 59902 is being expunged solely with respect to its asserted claim, in undetermined amount, for securities with the ISIN No. XS0335226659. The remainder of Claim 59902 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to the remaining portions of Claim 59902 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                                    Page 1 of 1

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 180: EXHIBIT 2 – INVALID BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANK JULIUS BAER & CO. LTD.<br>ATTN: MICHAEL GERNY<br>ATTN: PATRIK ROOS<br>BAHNHOFSTRASSE 36<br>ZURICH, CH-8010<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58786 | $0.00* | Invalid Blocking Number LPS Claim |
| | PARTIALLY TRANSFERRED TO: MORGAN STANLEY & CO. INTERNATIONAL PLC<br>TRANSFEROR: RAIFFEISEN ZENTRALBANK OSTERREICH AKTIENGESELLSCHAFT<br>25, CABOT SQUARE<br>CANARY WHARF<br>LONDON, E14 4QA<br>UNITED KINGDOM | | | | | $0.00 | |
| | PARTIALLY TRANSFERRED TO: JPMORGAN SECURITIES LTD<br>TRANSFEROR: CONDUIT CAPITAL MARKETS LTD<br>125 LONDON WALL<br>LONDON, EC2Y KAJ<br>UNITED KINGDOM | | | | | $960,000.00 | |
| | PARTIALLY TRANSFERRED TO: CONDUIT CAPITAL MARKETS LTD<br>TRANSFEROR: BANK JULIUS BAER & CO<br>ATTN: RAKESH CHHABRA<br>12-13 HENRIETTA STREET<br>LONDON, WC2E 8LH<br>UNITED KINGDOM | | | | | $100,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 180: EXHIBIT 2 – INVALID BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 2 | THE ROYAL BANK OF SCOTLAND PLC TRANSFEROR: FRONT CAPITAL LTD ATTN: OONAGH HOYLAND & JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON, EC2M 3UR UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44267 | $1,415,100.00 | Invalid Blocking Number LPS Claim |
| | | | | | TOTAL | $2,475,100.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 3

08-13555-mg    Doc 20628-1    Filed 10/06/11    Entered 10/06/11 15:56:59    Exhibits
Pg 6 of 7

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 180: EXHIBIT 3 – INVALID BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CENTRAL BANCO UNIVERSAL<br>ATTN: ALEJANDRO GOMEZ SIGALA<br>EDIFICIO CENTRAL E.A.P.<br>AVE. SAN FELIPE, ENTRE 1A AND 2A TRANSVERSAL, LA CASTELLANA<br>CARACAS,<br>VENEZUELA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62725[1] | $72,106,043.06 | Invalid Blocking Number LPS Claim |
| 2 | INVERELL SHIRE COUNCIL<br>PO BOX 138<br>INVERELL NSW, 2360<br>AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18687 | $300,000.00 | Invalid Blocking Number LPS Claim |
| | | | | | TOTAL | $72,406,043.06 | |

---

[1] Claim 62725 is being expunged solely with respect to its asserted claim of $46,084,456.84 for the security with ISIN No. XS0336336531. The remainder of Claim 62725 asserting a claim totaling $26,021,586.22 for other securities is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' rights to object to that portion of Claim 62725 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts