# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 174 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BONCIMINO, STEVEN<br>31 HIGHLAWN AVENUE<br>BROOKLYN, NY 11223-2403 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31408 | $11,169.83* |
| 2 | BORYNACK, STEPHANIE<br>1160 FIFTH AVENUE<br>APT 203<br>NEW YORK, NY 10029 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/16/2009 | 5465 | $139.00* |
| 3 | BYERS, KIMBERLEE<br>10656 CEDARCREST CIRCLE<br>HIGHLANDS RANCH, CO 80130 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2375 | $1,354.06 |
| 4 | BYERS, LUCAS<br>10656 CEDARCREST CIRCLE<br>HIGHLANDS RANCH, CO 80130 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2380 | $4,488.93 |
| 5 | CARTWRIGHT, SALLY<br>59 WINDERMERE ROAD<br>MUSWELL HILL<br>LONDON, N10 2RD<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30468 | $46,291.57* |
| 6 | DE VILLE, GARETH<br>7 NORTHUMBERLAND AVE<br>GIDEA PARK<br>ESSEX, RM11 2MJ<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 22764 | $3,186.15 |
| 7 | HARVEY, E ANN<br>11 OAK ST.<br>APT 23<br>STATEN ISLAND, NY 10305-1751 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/02/2009 | 10123 | $6,720.00 |
| 8 | HOROWITZ, DAVID B.<br>7 GLEN DRIVE<br>HARRISON, NY 10528 | | Lehman No Case Asserted/All Cases Asserted | 08/04/2009 | 7345 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 174 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 9 | KENDALL, MARILYN M<br>4885 WAGONTRAIL CT<br>PARKER, CO 80134-5215 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 12/03/2009 | 65819 | $7,654.82 |
| 10 | KIRBY, ANDREW LEO<br>L3 SCENIC VILLAS<br>18 SCENIC VILLA DRIVE<br>POKFULAM,<br>HONG KONG | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6777 | Undetermined |
| 11 | LIPSCHITZ, BETH STEIN<br>203 WEST 90TH STREET<br>APT. 6B<br>NEW YORK, NY 10024 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18203 | $4.68 |
| 12 | MARSHALL, NIKKI A.<br>12 THOMAS ROAD<br>WESTPORT, CT 06880 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 23722 | $166,054.90 |
| 13 | MCCLAIN, LISA<br>800 WEST END AVENUE<br>NEW YORK, NY 10025-5467 | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 7160 | $82,189.93 |
| 14 | MCKENZIE, LISA JULIE<br>88 BLAKE ROAD<br>NEW SOUTHGATE<br>LONDON, N11 2AL<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/02/2008 | 79 | $4,462.70 |
| 15 | MERH, UTKARSH<br>888 8TH AVENUE<br>19T<br>NEW YORK, NY 10019 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29948 | $4,355.00 |
| 16 | MERRIMAN, SHAWNDA D.<br>567 KRYPTONITE DR.<br>CASTLE ROCK, CO 80108 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 7456 | $5,337.29 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 174 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 17 | MORZARIA, RAGINI<br>7 EDWINA GARDENS<br>REDBRIDGE, ESSEX, IG4 5BS<br>UNITED KINGDOM |  | Lehman No Case Asserted/All Cases Asserted | 10/05/2009 | 36225 | $132,475.33 |
| 18 | NANCARROW, PAUL<br>50 BAKER ST<br>POTTERS BAR<br>HERTS, EN6 2EB<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48869 | $100,000.00 |
| 19 | NICHOLLS, SHARON<br>14 WHITMORE CRESCENT<br>CHELMSFORD<br>ESSEX, CM2 6YN<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11429 | $1,100.00 |
| 20 | PALMIERI, BARBARA A.<br>41 ASCOT DRIVE<br>FREEHOLD, NJ 07728 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/07/2009 | 7983 | $140,600.00 |
| 21 | PENN, LISA T.<br>96 OLRON CRESCENT<br>KENT<br>BEXLEYHEATH, DA6 8JZ<br>UNITED KINGDOM |  | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11105 | $13,255.00 |
| 22 | PHILLIPS, LAWRENCE E. (DECEASED)<br>374 HAMILTON ROAD<br>RIDGEWOOD, NJ 07450 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31703 | $98,928.00 |
| 23 | RONDELE, ELISABETH<br>61 RUE DU MAL DE LATTRE DE TASSIGNY<br>ALFORTVILLE, 94140<br>FRANCE |  | Lehman No Case Asserted/All Cases Asserted | 08/31/2009 | 9926 | Undetermined |
| 24 | SPADARO, LYNN<br>4 MOHAWK TRAIL<br>WESTFIELD, NJ 07090 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/05/2009 | 7429 | $35,871.13 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 174 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 25 | STANTON, NANCY J.<br>4 ANDING AVENUE<br>N. MERRICK, NY 11566 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/27/2009 | 9557 | $103,855.94 |
| 26 | SZABO, ZOLTAN<br>9591 PEARL CIRCLE # 104<br>PARKER, CO 80134 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 3333 | $11,464.15 |
| 27 | TRELLES, CAESAR A.<br>4 FIRETHORNE ROAD<br>OLD BRIDGE, NJ 088 | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 7308 | $70,736.83 |
| | | | | | TOTAL | $1,051,695.24 |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 174: EXHIBIT 2 - RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | TAKANO, NAO<br>8080 S. SAN JUAN RANGE RD.<br>LITTLETON, CO 80127 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2543 | $8,122.61 |
| | | | | | TOTAL | $8,122.61 |