# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 182: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ACCESS GROUP, INC 2007-A INTEREST RATE CAP C/O GEOFFREY S. GOODMAN, ESQ FOLEY & LARDNER LLP 321 NORTH CLARK STREET, SUITE 2800 CHICAGO, IL 60654 | 31630 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined Undetermined  Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $3,500.00 |
| 2 | ACCESS GROUP, INC. 2007-A INTEREST RATE CAP C/O GEOFFREY S. GOODMAN, ESQ. FOLEY & LARDNER LLP 321 NORTH CLARK STREET, SUITE 2800 CHICAGO, IL 60654 | 32023 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $3,500.00 |
| 3 | ANNIE E. CASEY FOUNDATION, THE C/O BANK OF NEW YORK MELLON, THE ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO, CA 94015 | 22041 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,885,637.27* | Lehman Brothers Special Financing Inc. | Unsecured | $1,885,637.27 |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 182: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ANNIE E. CASEY FOUNDATION, THE C/O BANK OF NEW YORK MELLON, THE ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO, CA 94015 | 22042 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,885,637.27* | Lehman Brothers Holdings Inc. | Unsecured | $1,885,637.27 |
| 5 | ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON, MA 02116 | 21851 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $22,635,513.41 | Lehman Brothers Special Financing Inc. | Unsecured | $22,507,308.76 |
| 6 | CASPIAN CAPITAL PARTNERS LP C/O MARINER INVESTMENT GROUP LLC ATTN: JOHN C. KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON, NY 10528 | 26223 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,002,581.95* | Lehman Brothers Special Financing Inc. | Unsecured | $1,199,681.95 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 182: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | INVESCO VAN KAMPEN EQUITY AND INCOME FUND TRANSFEROR: VAN KAMPEN EQUITY AND INCOME FUND C/O INVESCO, LTD; STRADLEY RONON STEVENS & YOUNG, LLP PAUL A. PATTERSON, ESQ. & JULIE M. MURPHY, ESQ. 2600 ONE COMMERCE SQUARE PHILADELPHIA, PA 19103 | 27104 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $810,393.00* | Lehman Brothers Special Financing Inc. | Unsecured | $810,393.00 |
| 8 | MARINER OPPORTUNITIES FUND LP ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON, NY 10528 | 23766 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,168,674.82* | Lehman Brothers Special Financing Inc. | Unsecured | $1,355,743.57 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 182: EXHIBIT 1 – VALUED DERIVATIVES CLAIM**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | MTR CORPORATION LIMITED  MTR HEADQUARTERS BUILDING, TELFORD PLAZA  KOWLOON BAY  ATTN: MS. GILLIAN MELLER, LEGAL MANAGER - GENERAL  KOWLOON,  HONG KONG | 14613 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $923,008.00* | Lehman Brothers Holdings Inc. | Unsecured | $800,000.00 |
| 10 | MTR CORPORATION LIMITED  ATTN: MS. GILL MELLER, LEGAL MANAGER-GENERAL  MTR HEADQUARTERS BUILDING, TELFORD PLAZA  KOWLOON BAY,  KOWLOON,  HONG KONG | 14632 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $901,520.00*  Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $800,000.00 |
| 11 | PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I LP  ATTN: TERENCE DUNN  PO BOX 32339  GATEWAY CENTER 2, 3RD FLOOR  NEWARK, NJ 07102 | 16855 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,174,597.13* | Lehman Brothers Special Financing Inc. | Unsecured | $8,445,254.61 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                                                     Page 4 of 5

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 182: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I LP ATTN: TERENCE DUNN PO BOX 32339 GATEWAY CENTER 2, 3RD FLOOR NEWARK, NJ 07102 | 16859 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $9,174,597.13*  Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $8,445,254.61 |
| 13 | ROBECO FIXED INCOME STRATEGIES SPC IN RESPOECT OF SEGREGATED PORTFOLIO A ATTN: MR. A. KLEP & MR. M. STOFFERS COOLSINGEL 120 3011 AG ROTTERDAM, NETHERLANDS | 14413 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,103,152.32* | Lehman Brothers Holdings Inc. | Unsecured | $1,079,927.31 |
| 14 | ROBECO FIXED INCOME STRATEGIES SPC, IN RESPECT OF SEGREGATED PORFOLIO A ATTN: MR. A. KLEP & MR. M. STOFFERS COOLSINGEL 120 3011 AG ROTTERDAM, NETHERLANDS | 14409 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,103,152.32* | Lehman Brothers Special Financing Inc. | Unsecured | $1,079,927.31 |
| | | | | | TOTAL | $53,768,464.62 | | TOTAL | $50,301,765.66 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 182: EXHIBIT 2 – VALUED DERIVATIVES CLAIM – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CATHOLIC HEALTHCARE WEST ATTN: JEAN W. HAM, DIRECTOR OF DEBT MANAGEMENT 185 BERRY STREET, SUITE 300 SAN FRANCISCO, CA 94107 | 67145 | 10/25/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $18,717,643.65 | Lehman Brothers Special Financing Inc. | Unsecured | $13,101,419.00 |
| 2 | CHINA DEVELOPMENT IND BANK ATTN: OPERATION DEPARTMENT, BEATRICE CHOU, NANCY LIANG, ALVIE CHUANG CHINA DEVELOPMENT INDUSTRIAL BANK 125 NANJING EAST ROAD, SECTION 5 TAIPEI, 10504 REPUBLIC OF CHINA | 14329 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $485,733.00 | Lehman Brothers Special Financing Inc. | Unsecured | $121,528.72 |
| 3 | COUNTY OF DUPAGE, ILLINOIS, THE ATTN: FREDERIC BACKFIELD 421 NORTH COUNTY FARM RD. WHEATON, IL 60187 | 19235 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,901,750.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,405,943.14 |

\* - Indicates claim contains unliquidated and/or undetermined amounts       Page 1 of 4

OMNIBUS OBJECTION 182: EXHIBIT 2 – VALUED DERIVATIVES CLAIM – ADJOURNED CLAIMS

|  | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | COUNTY OF DUPAGE, ILLINOIS, THE ATTN: FREDERIC BACKFIELD 421 NORTH COUNTY FARM RD. WHEATON, IL 60187 | 19236 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,901,750.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,405,943.14 |
| 5 | EFG EUROBANK ERGASIAS SA C/O K&L GATES LLP ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVENUE NEW YORK, NY 10022 | 26246 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $1,498,211.02 $1,468,630.42 $2,966,841.44 | Lehman Brothers Special Financing Inc. | Unsecured | $362,745.12 |
| 6 | NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY ATTN: THOMAS PAOLICELLI, EXECUTIVE DIRECTOR 75 PARK PLACE NEW YORK, NY 10007 | 42909 | 10/21/2009 | Lehman Brothers Special Financing Inc. | Secured | $16,155,404.00* | Lehman Brothers Special Financing Inc. | Unsecured | $11,835,680.00 |
| 7 | PENNSYLVANIA CONVENTION CENTER AUTHORITY, THE MADELINE APOLLO VICE PRESIDENT OF FINANCE ONE CONVENTION CENTER PLACE 1101 ARCH STREET PHILADELPHIA, PA 19107-2299 | 3589 | 04/01/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,275,462.00 | Lehman Brothers Special Financing Inc. | Unsecured | $7,342,912.77 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 182: EXHIBIT 2 – VALUED DERIVATIVES CLAIM – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | PULSAR RE, LTD. CANON'S COURT 22 VICTORIA STREET ATTN: SUSAN FURMAN HAMILTON, HM 12 BERMUDA | 12711 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Secured | $1,175,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $450,000.00 |
| 9 | STEVEN G. HOLDER LIVING TRUST C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS, TX 75219 | 16482 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,287,433.00* | Lehman Brothers Special Financing Inc. | Unsecured | $2,000,000.00 |
| 10 | WINDERMERE PRIVATE PLACEMENT I S.A. C/O TMF MANAGEMENT LUXEMBOURG S.A. ATTN: FREDERIC LAHAYE 1 ALLEE SCHEFFER LUXEMBOURG, L-2520 LUXEMBOURG | 34226 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,786,463.46* | Lehman Brothers Holdings Inc. | Unsecured | $176,780.87 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 182: EXHIBIT 2 – VALUED DERIVATIVES CLAIM – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | WINDERMERE PRIVATE PLACEMENT I S.A. C/O TMF MANAGEMENT LUXEMBOURG S.A. ATTN: FREDERIC LAHAYE 1 ALLEE SCHEFFER LUXEMBOURG, L-2520 LUXEMBOURG | 34227 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,786,463.46* | Lehman Brothers Special Financing Inc. | Unsecured | $176,780.87 |
| | | | | | TOTAL | $61,439,944.01 | | TOTAL | $38,379,733.63 |