# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 178: EXHIBIT 1 - NO LIABILITY 401(k) CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLEN, MARCIA<br>362 THIRD STREET<br>APT 1<br>JERSEY CITY, NJ 07302-2206 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24156 | $4,387.16 | No Liability |
| 2 | AMOROSO, MICHAEL<br>9405 LINDEN BLVD<br>OZONE PARK, NY 11417 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22111 | Undetermined | No Liability |
| 3 | BENSON, BETH A.<br>4 MAGNOLIA COURT<br>SPRING LAKE, NJ 07762 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32484 | $256,675.00 | No Liability |
| 4 | BRUNNER, BRUCE D<br>7711 BROOK SPRINGS DR<br>HOUSTON, TX 77095 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31916 | $68,120,054.77 | No Liability |
| 5 | CHAVDAROV, LYNN TROST<br>137 N MOHLER DR<br>ANAHEIM HILLS, CA 92808-1042 | | Lehman No Case Asserted/All Cases Asserted | 08/10/2009 | 7883 | $7,798.27 | No Liability |
| 6 | CHIRIACO, KRISTEN L.<br>63 EMILY ROAD<br>FAR HILLS, NJ 07931 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18161 | $644.04 | No Liability |
| 7 | COIRO-TIMMER, ANTONELLA<br>1911 ADAMS AVENUE<br>W. ISLIP, NY 11795 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11283 | $30,000.00* | No Liability |
| 8 | DECKER, SHELLEY<br>2461 N. TERRELL<br>MESA, AZ 85207 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 19711 | $22,000.00* | No Liability |
| 9 | DOWLING, MICHAEL J.<br>19 EVERGREEN LANE<br>PEARL RIVER, NY 10913 | | Lehman No Case Asserted/All Cases Asserted | 09/19/2009 | 19579 | Undetermined | No Liability |
| 10 | GRINN, INESSA<br>29 DELMAR AVENUE<br>GLEN ROCK, NJ 07452 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 33607 | $22,918.03 | No Liability |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 178: EXHIBIT 1 - NO LIABILITY 401(k) CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | HAMILTON, GLORIA A.<br>10550 US HIGHWAY 50<br>DODGE CITY, KS 67801-6526 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12948 | Undetermined | No Liability |
| 12 | KHAN, ZAMEER H.<br>25-GREEN ACRES AVENUE<br>EAST BRUNSWICK, NJ 08816 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/02/2009 | 10127 | $68,923.54 | No Liability |
| 13 | LEE, CHRISTOPHER W<br>22 CARLTON DRIVE<br>MASSAPEQUA, NY 11758 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26281 | $20,071.72 | No Liability |
| 14 | LIBERATOS, STAMATOULA<br>22 CARLTON DRIVE<br>MASSAPEQUA, NY 11758 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26279 | $15,013.57 | No Liability |
| 15 | LIEBERMAN, STEVEN<br>13 FILMONT DRIVE<br>NEW CITY, NY 10956 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 14835 | $8,683.99 | No Liability |
| 16 | LUNA, DAISY<br>34-30 58TH STREET<br>WOODSIDE, NY 11377 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29908 | Undetermined | No Liability |
| 17 | MOLINA, GUILLERMO<br>1914 LINDEN STREET<br>3L<br>RIDGEWOOD, NY 11385 | | Lehman No Case Asserted/All Cases Asserted | 07/15/2009 | 5376 | $2,424.79 | No Liability |
| 18 | MORAGNE, SHARON<br>552 ROSEDALE AVENUE<br>APT N-13<br>BRONX, NY 10473 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 21357 | Undetermined | No Liability |
| 19 | O'BRIEN, BARRY J.<br>22 MEADOWBROOK ROAD<br>SHORT HILLS, NJ 07078 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32336 | $2,014.66 | No Liability |
| 20 | PHELPS, CONSTANCE D.<br>1234 INDIAN PLACE<br>NORTH BRUNSWICK, NJ 08902 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16211 | $16,636.94 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 178: EXHIBIT 1 - NO LIABILITY 401(k) CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | RAMNARAIN, LILAWATTI<br>59 MOORE STREET<br>NEW HYDE PARK, NY 11040 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15402 | $70,253.51 | No Liability |
| 22 | STAKKESTAD, TOVE<br>256 SAN REMO DR<br>JUPITER, FL 33458-8730 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26101 | $300.00 | No Liability |
| 23 | TOLMAN, MARC<br>6935 PERDIDO BAY TERRACE<br>LAKE WORTH, FL 33463 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31987 | $9,000.00 | No Liability |
| 24 | ULYANENKO, SERGEY<br>345 EAST 93RD STREET<br>APT 25H<br>NEW YORK, NY 10128 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 26199 | $25,950.00 | No Liability |
| 25 | VIVEKANAND, DEODAT<br>94-15 113TH STREET<br>SOUTH RICHMOND, NY 11419-1108 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 7996 | $90,240.46 | No Liability |
| 26 | WALSH, KEVIN M<br>10 GREENWOOD AVE<br>STATEN ISLAND, NY 10301-3404 | | Lehman No Case Asserted/All Cases Asserted | 08/20/2009 | 8779 | $100,000.00 | No Liability |
| 27 | WEINER, JASON<br>2919 GRAND AVE<br>BALDWIN, NY 11510 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13401 | $37,265.82 | No Liability |
| 28 | WEINRIB, KARA ABRAMSON<br>1050 SMITH MANOR BLVD<br>WEST ORANGE, NJ 07052 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21324 | Undetermined | No Liability |
| 29 | ZAJKOWSKI, RENATA<br>5 ROTARY LANE<br>SUMMIT, NJ 07901 | | Lehman No Case Asserted/All Cases Asserted | 08/21/2009 | 8977 | $15,213.03 | No Liability |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 178: EXHIBIT 1 - NO LIABILITY 401(k) CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | ZAKI-BASTA, SANDRA<br>130 MYRTLE AVE # 7G<br>STAMFORD, CT 06902 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29453 | $16,000.00 | No Liability |
| | | | | | TOTAL | $68,962,469.30 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 178: EXHIBIT 2 - NO LIABILITY 401(k) CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DOUGLAS, DOROTHEA<br>177-11 136TH AVE<br>APT PH<br>JAMAICA, NY 11434-4013 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15265 | $39,581.46 | No Liability |
| | | | | | TOTAL | $39,581.46 | |