# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 175: EXHIBIT 1 – NO LIABILITY PENSION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABBASI, FAYAD<br>141 E 56TH ST APT 2G<br>NEW YORK, NY 10022 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29972 | $115,468.00 | No Liability - Pension Claim |
| 2 | AMBRULEVICH, JOHN<br>13 MARDEN WAY<br>DURHAM, NH 03824-2125 | | Lehman No Case Asserted/All Cases Asserted | 07/24/2009 | 6149 | $6,384.24 | No Liability - Pension Claim |
| 3 | BOUCHER, MAAREN<br>1451 TAYLOR ST. #4<br>SAN FRANCISCO, CA 94133 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30719 | $69,806.40 | No Liability - Pension Claim |
| 4 | BROOKS, CHERI LYNN (FORMERLY KUICK)<br>1870 SOMERSET LANE<br>WHEATON, IL 60189 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32293 | Undetermined | No Liability - Pension Claim |
| 5 | BYERS, KIMBERLEE<br>10656 CEDARCREST CIRCLE<br>HIGHLANDS RANCH, CO 80130 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2374 | $200.11 | No Liability - Pension Claim |
| 6 | BYERS, LUCAS<br>10656 CEDARCREST CIRCLE<br>HIGHLANDS RANCH, CO 80130 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2382 | $325.68* | No Liability - Pension Claim |
| 7 | CAMILLI-BERNAT, MARY<br>JESSICA GROSSARTH<br>PULLMAN & COMLEY, LLC<br>850 MAIN STREET, 8TH FLOOR<br>BRIDGEPORT, CT 06604 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2149 | Undetermined | No Liability - Pension Claim |
| 8 | CASSINARI, CARMELA<br>18 SWAN COURT<br>GLEN COVE, NY 11542 | 08-13905 (JMP) | CES Aviation LLC | 09/01/2009 | 10071 | $887.46* | No Liability - Pension Claim |
| 9 | DEIBLER, DANIELLE<br>25 MIRALOMA DR.<br>SAN FRANCISCO, CA 94127 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 31177 | $24,834.03 | No Liability - Pension Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 175: EXHIBIT 1 – NO LIABILITY PENSION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | DERIEG, MICAH<br>10233 URAVAN ST.<br>COMMERCE CITY, CO 80022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2388 | $88.09 | No Liability - Pension Claim |
| 11 | DETWILER, PETER M. AND LINDA<br>PO BOX 58<br>LEBANON, NJ 08833 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/08/2009 | 1627 | Undetermined | No Liability - Pension Claim |
| 12 | FU, TIANNA<br>25 BANK ST APT 205G<br>WHITE PLAINS, NY 10606-7002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29433 | $7,000.00 | No Liability - Pension Claim |
| 13 | GUERRA, ROBERTO<br>260 WESTCHESTER AVENUE<br>THORNWOOD, NY 10594 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28448 | Undetermined | No Liability - Pension Claim |
| 14 | HAHN, BRIAN<br>12 EAST SCOTT STREET, APT # 5<br>CHICAGO, IL 60610 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29538 | $357,096.00 | No Liability - Pension Claim |
| 15 | HAYNES, SUSAN M.<br>108 SAGAMORE ROAD<br>3G<br>TUCKAHOE, NY 10707 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28688 | Undetermined | No Liability - Pension Claim |
| 16 | INGRAM, EARON M.<br>1455 S. IVY WAY<br>DENVER, CO 80224 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2330 | $241.64* | No Liability - Pension Claim |
| 17 | JACOBSON, BRETTE<br>1207 HEMPSTEAD AVENUE<br>S. HEMPSTEAD, NY 11550 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25261 | $60,000.00 | No Liability - Pension Claim |
| 18 | JONES, BRIAN<br>605 THIRD AVENUE, 39TH FLOOR<br>NEW YORK, NY 10158 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28384 | Undetermined | No Liability - Pension Claim |
| 19 | KENNEY, JUDITH ANN<br>40 WEST 77TH ST # 11D<br>NEW YORK, NY 10024 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13927 | $520,030.00 | No Liability - Pension Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 175: EXHIBIT 1 – NO LIABILITY PENSION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | KLONSKY, DANIEL S.<br>34 FLAMINGO ROAD<br>ROSLYN, NY 11576 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23913 | $384,000.00 | No Liability - Pension Claim |
| 21 | KREINER, DANIEL<br>410 SEVENTH AVENUE<br>APARTMENT 3 R<br>BROOKLYN, NY 11215 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22981 | Undetermined | No Liability - Pension Claim |
| 22 | LEE, PEGGY J<br>62 MANHATTAN AVE<br>APT 3R<br>BROOKLYN, NY 11206 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6766 | $60,252.39 | No Liability - Pension Claim |
| 23 | LENHART, DEBORAH A.<br>16494 E. POWERS AVENUE<br>CENTENNIAL, CO 80015 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2368 | $540.27* | No Liability - Pension Claim |
| 24 | LI, XIU WEN<br>50-48 208 STREET<br>BAYSIDE, NY 11364 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17084 | Undetermined | No Liability - Pension Claim |
| 25 | LOOS, RICHARD JR.<br>129 CYPRESS DRIVE<br>NEWARK, DE 19713 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31748 | Undetermined | No Liability - Pension Claim |
| 26 | LUM, JENNIFER M.<br>67-47 197TH STREET<br>FRESH MEADOWS, NY 11365 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 23897 | $51,170.00 | No Liability - Pension Claim |
| 27 | MERH, UTKARSH<br>888 8TH AVENUE<br>19T<br>NEW YORK, NY 10019 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29949 | Undetermined | No Liability - Pension Claim |
| 28 | OLDS, MICHELE LYNN<br>8475 LIVERPOOL CIRCLE<br>LITTLETON, CO 80125 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2384 | $390.41* | No Liability - Pension Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 175: EXHIBIT 1 – NO LIABILITY PENSION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 29 | PADGETT, MILDRED<br>183 FRIENDSHIP DRIVE<br>HARTWELL, GA 30643 | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6447 | $3,999.96 | No Liability - Pension Claim |
| 30 | PADVA, ADI<br>375 SOUTH END AVE APT 15 A<br>NEW YORK, NY 10280 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28592 | Undetermined | No Liability - Pension Claim |
| 31 | RENDE, KENNETH<br>9 MONTROSE AVE<br>BABYLON, NY 11702 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13925 | $361,893.00 | No Liability - Pension Claim |
| 32 | REYNOLDS, WILLIAM<br>243 TIMBERLINE TRACE<br>LONGWOOD, FL 32750 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15428 | Undetermined | No Liability - Pension Claim |
| 33 | ROBB, MICHAEL A.<br>1117 PORTAL AVENUE<br>OAKLAND, CA 94610 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32480 | $98,114.40 | No Liability - Pension Claim |
| 34 | RUTIGLIANO, JASON<br>64 MERCER ST<br>APT 8<br>JERSEY CITY, NJ 07302 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15280 | $94,006.80 | No Liability - Pension Claim |
| 35 | SANTANGELO, MICHAEL A.<br>231 AMBER STREET<br>STATEN ISLAND, NY 10306 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6737 | $576.50* | No Liability - Pension Claim |
| 36 | SHIGEKAWA, STEVE<br>605 THIRD AVENUE, 39TH FLOOR<br>NEW YORK, NY 10158 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28381 | Undetermined | No Liability - Pension Claim |
| 37 | STANFIELD, EARLANE<br>118-82 METROPOLITAN AVE APT 7C<br>KEW GARDENS, NY 11415 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29459 | Undetermined | No Liability - Pension Claim |
| 38 | STEVENSON, AUTUMN LYN<br>11857 E. FAIR AVE.<br>GREENWOOD VILLAGE, CO 80111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2360 | $312.20* | No Liability - Pension Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 175: EXHIBIT 1 – NO LIABILITY PENSION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | STIEFEL, STEPHANIE J<br>15 CENTRAL PARK WEST #28B<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21710 | Undetermined | No Liability - Pension Claim |
| 40 | SULZBURGH, CRAIG H<br>349 EAST 85TH STREET<br>3E<br>NEW YORK, NY 10028 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 20181 | $15,000.00 | No Liability - Pension Claim |
| 41 | SZABO, ZOLTAN<br>9591 PEARL CIRCLE # 104<br>PARKER, CO 80134 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 3334 | $242.92* | No Liability - Pension Claim |
| 42 | TEASDALE, ELIZABETH REGAN<br>104 CHARLTON STREET APT 5W<br>NEW YORK, NY 10014 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28626 | Undetermined | No Liability - Pension Claim |
| 43 | TINSLEY, ROBERT<br>311 LODGE DR<br>GREENWOOD, SC 29646 | 08-13905 (JMP) | CES Aviation LLC | 08/06/2009 | 7543 | Undetermined | No Liability - Pension Claim |
| 44 | VACCARO, LAUREN<br>70 INDALE AVENUE<br>STATEN ISLAND, NY 10309 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29074 | Undetermined | No Liability - Pension Claim |
| 45 | WEINSTEIN, ERIC<br>15 MAYFLOWER ROAD<br>SCARSDALE, NY 10583 | 08-13905 (JMP) | CES Aviation LLC | 09/21/2009 | 22650 | Undetermined | No Liability - Pension Claim |
| 46 | ZAKI-BASTA, SANDRA<br>130 MYRTLE AVE # 7G<br>STAMFORD, CT 06902 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29454 | $53,155.20* | No Liability - Pension Claim |
| | | | | | TOTAL | $2,286,015.70 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 175: EXHIBIT 2 – NO LIABILITY PENSION CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | TAKANO, NAO<br>8080 S. SAN JUAN RANGE RD.<br>LITTLETON, CO 80127 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2542 | $294.41* | No Liability - Pension Claim |
| | | | | | TOTAL | $294.41 | |