# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANCO SANTANDER PUERTO RICO ATTN: ROLANDO MIGUEL 221 PONCE DE LEON, 10TH FLOOR HATO REY, PR 00918 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22236 | Undetermined | Settled Derivatives Claim |
| 2 | BANCO SANTANDER PUERTO RICO ATTN: ROLANDO MIGUEL 221 PONCE DE LEONE 10TH FLOOR HATO REY, PR 00918 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22254 | Undetermined | Settled Derivatives Claim |
| 3 | BERYL FINANCE LIMITED SERIES 2004-2 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/16/2009 | 40694 | Undetermined | Settled Derivatives Claim |
| 4 | BERYL FINANCE LIMITED SERIES 2006-10 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17463 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | BERYL FINANCE LIMITED SERIES 2006-10 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17464 | Undetermined | Settled Derivatives Claim |
| 6 | BERYL FINANCE LIMITED SERIES 2006-11 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25987 | Undetermined | Settled Derivatives Claim |
| 7 | BERYL FINANCE LIMITED SERIES 2006-11 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26050 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | BERYL FINANCE LIMITED SERIES 2006-13 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17460 | Undetermined | Settled Derivatives Claim |
| 9 | BERYL FINANCE LIMITED SERIES 2006-13 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17461 | Undetermined | Settled Derivatives Claim |
| 10 | BERYL FINANCE LIMITED SERIES 2006-14 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17458 | Undetermined | Settled Derivatives Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | BERYL FINANCE LIMITED SERIES 2006-14 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17459 | Undetermined | Settled Derivatives Claim |
| 12 | BERYL FINANCE LIMITED SERIES 2006-16 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17498 | Undetermined | Settled Derivatives Claim |
| 13 | BERYL FINANCE LIMITED SERIES 2006-16 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40700 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | BERYL FINANCE LIMITED SERIES 2006-17 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17500 | Undetermined | Settled Derivatives Claim |
| 15 | BERYL FINANCE LIMITED SERIES 2006-17 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17502 | Undetermined | Settled Derivatives Claim |
| 16 | BERYL FINANCE LIMITED SERIES 2007-19 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/16/2009 | 40696 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 17 | BERYL FINANCE LIMITED SERIES 2007-19 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40697 | Undetermined | Settled Derivatives Claim |
| 18 | BERYL FINANCE LIMITED SERIES 2007-2 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40695 | Undetermined | Settled Derivatives Claim |
| 19 | BERYL FINANCE LIMITED SERIES 2007-3 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E15 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25957 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | BERYL FINANCE LIMITED SERIES 2007-3 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26037 | Undetermined | Settled Derivatives Claim |
| 21 | BERYL FINANCE LIMITED SERIES 2008-10 C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17476 | Undetermined | Settled Derivatives Claim |
| 22 | BERYL FINANCE LIMITED SERIES 2008-10 C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40690 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | BERYL FINANCE LIMITED SERIES 2008-11 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT C/O BNY CORPORATE TRUSTEE SERVICES GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25954 | Undetermined | Settled Derivatives Claim |
| 24 | BERYL FINANCE LIMITED SERIES 2008-11 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT C/O BNY CORPORATE TRUSTEE SERVICES GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25955 | Undetermined | Settled Derivatives Claim |
| 25 | BERYL FINANCE LIMITED SERIES 2008-12 C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/16/2009 | 40705 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | BERYL FINANCE LIMITED SERIES 2008-12 C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40706 | Undetermined | Settled Derivatives Claim |
| 27 | BERYL FINANCE LIMITED SERIES 2008-13 C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25861 | Undetermined | Settled Derivatives Claim |
| 28 | BERYL FINANCE LIMITED SERIES 2008-13 C/O BNY CORPORATE TRUSTEE SERVICES ATTN:  SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25862 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 29 | BERYL FINANCE LIMITED SERIES 2008-2 C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN: SANAJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17961 | Undetermined | Settled Derivatives Claim |
| 30 | BERYL FINANCE LIMITED SERIES 2008-2 C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE CANARY WHARF LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17962 | Undetermined | Settled Derivatives Claim |
| 31 | BERYL FINANCE LIMITED SERIES 2008-5 C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17963 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | BERYL FINANCE LIMITED SERIES 2008-5 C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN: SANAJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17964 | Undetermined | Settled Derivatives Claim |
| 33 | BERYL FINANCE LIMITED SERIES 2008-8 C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN: SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES LIMITED ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17969 | Undetermined | Settled Derivatives Claim |
| 34 | BERYL FINANCE LIMITED SERIES 2008-8 C.O BNY CORPORATE TRUST SERVICES LIMITED ATTN: SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES LIMITED ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17970 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 35 | BERYL FINANCE LIMITED SERIES 2008-9 C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN: SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 25857 | Undetermined | Settled Derivatives Claim |
| 36 | BERYL FINANCE LIMITED SERIES 2008-9 C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN: SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES-DEFAULT GROUP ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 25858 | Undetermined | Settled Derivatives Claim |
| 37 | FEDERAL HOME LOAN BANK OF PITTSBURGH ATTN: DANA A. YEALY, ESQ. 601 GRANT STREET PITTSBURGH, PA 1529 | 08-13901 (JMP) | **Lehman Brothers Commercial Corporation** | 09/18/2009 | 18992 | $41,545,541.68 | Settled Derivatives Claim |
| 38 | GRANITE FINANCE LIMITED ATTN:  THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 27869 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | GRANITE FINANCE LIMITED ATTN: THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27870 | Undetermined | Settled Derivatives Claim |
| 40 | GREENSPRING VILLAGE, INC. C/O STEPHEN B. GERALD, ESQ. WHITEFORD, TAYLOR, & PRESTON LLP SEVEN SAINT PAUL STREET BALTIMORE, MD 21202-1636 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23857 | Undetermined | Settled Derivatives Claim |
| 41 | GREENSPRING VILLAGE, INC. C/O STEPHEN B. GERALD, ESQ. WHITEFORD, TAYLOR, & PRESTON LLP SEVEN SAINT PAUL STREET BALTIMORE, MD 21202-1636 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23858 | Undetermined | Settled Derivatives Claim |
| 42 | LATVIJAS BANKA 2A K. VALDEMARA ST. RIGA, LV-1050 LATVIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26866 | $331,145.00* | Settled Derivatives Claim |
| 43 | LATVIJAS BANKA 2A K VALDEMARA ST. RIGA, LV-1050 LATVIA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26867 | $331,145.00* | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 44 | PPG INDUSTRIES, INC. PENSION PLAN TRUST (BLK TICKER: PPG-DB) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET, 2ND FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20684 | $85,474.00* | Settled Derivatives Claim |
| 45 | PPG INDUSTRIES, INC. PENSION PLAN TRUST (BLK TICKER: PPG-DB) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET, 2ND FLOOR NEW YORK, NY 10022 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20685 | $85,474.00* | Settled Derivatives Claim |
| 46 | SAPHIR FINANCE PLC- SERIES 2008-10 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O BNY CORPORATE TRUSTEE SERVICES CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25945 | Undetermined | Settled Derivatives Claim |
| 47 | SAPHIR FINANCE PLC- SERIES 2008-10 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25946 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 48 | SAPHIR FINANCE PLC- SERIES 2008-11 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25943 | Undetermined | Settled Derivatives Claim |
| 49 | SAPHIR FINANCE PLC- SERIES 2008-11 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25944 | Undetermined | Settled Derivatives Claim |
| 50 | SAPHIR FINANCE PLC- SERIES 2008-7 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25971 | Undetermined | Settled Derivatives Claim |
| 51 | SAPHIR FINANCE PLC- SERIES 2008-7 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25973 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004-7 ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25961 | Undetermined | Settled Derivatives Claim |
| 53 | SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004-7 ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25962 | Undetermined | Settled Derivatives Claim |
| 54 | SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2008-8 C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH GLOBAL CORPORATE TRUST ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25826 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | **SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2008-8 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST LONDON, E14 5AL UNITED KINGDOM** | **08-13888 (JMP)** | **Lehman Brothers Special Financing Inc.** | **09/21/2009** | **25827** | **Undetermined** | **Settled Derivatives Claim** |
| 56 | **SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2008-9 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN:  SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST LONDON, E14 5AL UNITED KINGDOM** | **08-13888 (JMP)** | **Lehman Brothers Special Financing Inc.** | **09/21/2009** | **25828** | **Undetermined** | **Settled Derivatives Claim** |
| 57 | **SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2008-9 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST LONDON, E14 5AL UNITED KINGDOM** | **08-13555 (JMP)** | **Lehman Brothers Holdings Inc.** | **09/21/2009** | **25829** | **Undetermined** | **Settled Derivatives Claim** |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2008-6 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK- LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25938 | Undetermined | Settled Derivatives Claim |
| 59 | SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2008-13 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK- LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25939 | Undetermined | Settled Derivatives Claim |
| 60 | SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2008-13 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK- LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25940 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | **SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2008-12 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK- LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM** | **08-13555 (JMP)** | **Lehman Brothers Holdings Inc.** | **09/21/2009** | **25941** | **Undetermined** | **Settled Derivatives Claim** |
| 62 | **SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2008-12 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK- LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM** | **08-13888 (JMP)** | **Lehman Brothers Special Financing Inc.** | **09/21/2009** | **25942** | **Undetermined** | **Settled Derivatives Claim** |
| 63 | **SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2008-6 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM** | **08-13555 (JMP)** | **Lehman Brothers Holdings Inc.** | **09/21/2009** | **25824** | **Undetermined** | **Settled Derivatives Claim** |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 64 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31017 | Undetermined | Settled Derivatives Claim |
| 65 | ZIRCON FINANCE LIMITED SERIES 2007-15 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL, UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26010 | Undetermined | Settled Derivatives Claim |
| 66 | ZIRCON FINANCE LIMITED SERIES 2007-15 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL, UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26011 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 67 | ZIRCON FINANCE LIMITED SERIES 2007-16 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL, UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26009 | Undetermined | Settled Derivatives Claim |
| 68 | ZIRCON FINANCE LIMITED SERIES 2007-18 ATTN: SANAJAY JOBANPUTRA VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL, UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26004 | Undetermined | Settled Derivatives Claim |
| 69 | ZIRCON FINANCE LIMITED SERIES 2007-18 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL, UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26005 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 70 | ZIRCON FINANCE LIMITED SERIES 2007-19 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL, UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26003 | Undetermined | Settled Derivatives Claim |
| 71 | ZIRCON FINANCE LIMITED SERIES 2007-19 ATTN: SANAJAY JOBANPUTRA C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26029 | Undetermined | Settled Derivatives Claim |
| 72 | ZIRCON FINANCE LIMITED SERIES 2007-5 ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25949 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 73 | ZIRCON FINANCE LIMITED SERIES 2007-5 ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25950 | Undetermined | Settled Derivatives Claim |
| 74 | ZIRCON FINANCE LIMITED SERIES 2007-6 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21821 | Undetermined | Settled Derivatives Claim |
| 75 | ZIRCON FINANCE LIMITED SERIES 2007-6 C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21822 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 168: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 76 | ZIRCON FINANCE LIMITED- SERIES 2007-16 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL, UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26008 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $42,378,779.68 | |