# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 136: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CGKL VENTURES, LLC<br>ATTN: BRYAN THORNTON<br>150 CALIFORNIA STREET<br>22ND FLOOR<br>SAN FRANCISCO, CA 94111 | 24345 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $0.00<br>$0.00<br><br>$0.00 |
| 2 | MAC VEAGH LIMITED PARTNERSHIP<br>C/O CQS (UK) LLP<br>ATTN: HEAD OF LEGAL<br>5TH FLOOR<br>33 GROSVENOR PLACE<br>LONDON, SW1X 7HY<br>UNITED KINGDOM | 26477 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$71,681,155.00*<br><br>$71,681,155.00 |
| | | | | | TOTAL | $71,681,155.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts  
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

Page 1 of 1

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 136: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ARROWOOD INDEMNITY COMPANY F/K/A ROYAL INDEMNITY COMPANY CARRUTHERS & ROTH, P.A., C/O JOHN FLYNN 235 N. EDGEWORTH STREET GREENSBORO, NC 27401 | 2076 | 01/28/2009 | Lehman Brothers Holdings Inc. | Secured | $272,238.00 |
| 2 | COTTEN, TIMOTHY A., ET AL. 9543 NORTH SIDE DRIVE OWINGS, MD 20736 | 34313 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $0.00 $10,000,000.00 $10,000,000.00 |
| 3 | DEPOSITORY TRUST CLEARING CORPORATION AND RELATED ENTITIES 55 WATER STREET, 22ND FLOOR NEW YORK, NY 10041 | 30423 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $0.00 |
| 4 | DIAMONDBACK MASTER FUND LTD C/O DIAMONDBACK ADVISORS CT, LLC ATTN: J.R. LEDERER ONE LANDMARK SQUARE STAMFORD, CT 06901 | 26909 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $80,600,000.00* $80,600,000.00 |
| | TRANSFERRED TO: WOODERSON PARTNERS, L.L.C. TRANSFEROR: DIAMONDBACK MASTER FUND LTD C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | | | | Unsecured | $4,464,488.00 |
| 5 | LMA SPC ON BEHALF OF MAP I C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS, FL 33410 | 26895 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $11,359,593.13* $11,359,593.13 |
| 6 | OLIVANT INVESTMENTS SWITZERLAND S.A. C/O O'MELVENY & MEYERS LLP ATTN: SUZZANE UHLAND TWO EMBARCADERO CENTER, 28TH FLOOR SAN FRANCISCO, CA 94111-3823 | 67043 | 09/01/2010 | Lehman Brothers Holdings Inc. | Secured | $1,418,925,283.45* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 136: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 7 | PJM INTERCONNECTION LLC<br>SCHNADER HARRISON SEGAL & LEWIS<br>C/O NICHOLAS J. LEPORE, III<br>1600 MARKET STREET, SUITE 3600<br>PHILADELPHIA, PA 19103 | 22267 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Unsecured<br><br>Subtotal | $18,063,731.74<br>$0.00<br><br>$18,063,731.74 |
| 8 | PSEG ENERGY RESOURCES & TRADE LLC<br>ATTN: SUZANNE M. KLAR, ESQ.<br>80 PARK PLAZA, T5D<br>NEWARK, NJ 07101 | 15735 | 09/17/2009 | Lehman Brothers Holdings Inc. | Secured | $443,076.00 |
| 9 | STADT SCHWAEBISCH HALL<br>ATTN: MR. UWE GOETZELMANN<br>AM MARKT 4<br>SCHWAEBISCH HALL, DE-74523<br>GERMANY | 27015 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$54,343.76*<br><br>$54,343.76 |
| 10 | TRONOX INCORPORATED ET AL.<br>ATTN: MICHAEL J. FOSTER, VICE PRESIDENT AND GENERAL COUNSEL<br>211 N. ROBINSON AVENUE<br>OKLAHOMA CITY, OK 73120 | 29768 | 09/22/2009 | Lehman Commercial Paper Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$300,000.00*<br><br>$300,000.00 |
| 11 | TROUT, ROGER<br>C/O SENDER & WASSERMAN, P. C.<br>ATTN: KENNETH J. BUECHLER, ESQ.<br>1660 LINCOLN STREET, SUITE 2200<br>DENVER, CO 80264 | 25708 | 09/21/2009 | LB Rose Ranch LLC | Secured | $1,336,938.30* |
| 12 | XANADU MEZZ HOLDINGS LLC<br>ATTN: YON CHO AND JOHN RANDALL<br>1271 AVENUE OF THE AMERICAS<br>38TH FLOOR<br>NEW YORK, NY 10020 | 27789 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>Undetermined<br><br>$0.00 |
| | | | | | TOTAL | $1,545,819,692.38 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

# EXHIBIT 3

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 136: EXHIBIT 3 – MISCLASSIFIED CLAIMS – WITHDRAWN CLAIMS

|   | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | PIPER JAFFRAY & CO<br>ATTN: JAMES M. MARTIN<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 | 23770 | 09/21/2009 | Lehman Commercial Paper Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$2,367,551.05*<br><br>$2,367,551.05 |
| 2 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL<br>ROBERT G. LAVITT, ESQ.<br>ONE TOWER SQUARE, S202A<br>HARTFORD, CT 06183 | 36 | 09/26/2008 | Lehman Brothers Holdings Inc. | Priority<br>Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>Undetermined<br>Undetermined<br><br>$0.00 |
|   |   |   |   |   | TOTAL | $2,367,551.05 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

Page 1 of 1