# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 181: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ASPEN INSURANCE UK LIMITED ATTN: STEPHEN ROSE 30 FENCHURCH STREET LONDON, EC3M 3BD UNITED KINGDOM | | 08-13555 (JMP) | 13098[1] | $21,712,700.00 | MORGAN STANLEY & CO. INTERNATIONAL PLC TRANSFEROR: ALLIANCEBERNSTEIN FOR BENEFIT OF ASPEN INSURANCE UK LIMITED (AIUKGIA) 25, CABOT SQUARE CANARY WHARF LONDON, E14 4QA UNITED KINGDOM | | 08-13555 (JMP) | 42266 | $1,797,745.00 |
| 2 | ASPEN INSURANCE UK LIMITED ATTN: STEPHEN ROSE 30 FENCHURCH STREET LONDON, EC3M 3BD UNITED KINGDOM | | 08-13555 (JMP) | 66396 | $1,787,700.00 | MORGAN STANLEY & CO. INTERNATIONAL PLC TRANSFEROR: ALLIANCEBERNSTEIN FOR BENEFIT OF ASPEN INSURANCE UK LIMITED (AIUKGIA) 25, CABOT SQUARE CANARY WHARF LONDON, E14 4QA UNITED KINGDOM | | 08-13555 (JMP) | 42266 | $1,797,745.00 |

---

[1] Claim 13098 is being expunged solely with respect to its asserted claim of $1,787,700.00 for the securities with ISIN No. XS0251195847. The remainder of Claim 13098 asserting a claim totaling $19,925,000.00 for other securities was previously expunged pursuant to the Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) dated June 30, 2011, ECF No. 18179.

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 181: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 CONTRARIAN CAPITAL MANAGEMENT, LLC 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | | | 5010 | $111,873,100.18 | CONTRARIAN CAPITAL FUND 1, LP 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | | 08-13555 (JMP) | 49493 | $102,252,722.83 |
| | | | | | CCM PENSION-A, LLC 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | | 08-13555 (JMP) | 49498 | $16,232,368.42 |
| | | | | | CONTRARIAN CAPITAL SENIOR SECURED, LP 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | | 08-13555 (JMP) | 49496 | $16,168,740.78 |
| | | | | | CONTRARIAN CAPITAL TRADE CLAIMS, LP 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | | 08-13555 (JMP) | 49494 | $14,245,341.79 |
| | | | | | CONTRARIAN LONG SHORT, LP 411 WEST PUTNAM AVENU SUITE 425 GREENWICH, CT 06830 | | 08-13555 (JMP) | 49495 | $10,884,741.11 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 181: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | | | | | CONTRARIAN ADVANTAGE MASTER FUND LIMITED<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830 | | 08-13555 (JMP) | 49492 | $5,113,175.25 |
| | | | | | CCM PENSION-C, LLC<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830 | | 08-13555 (JMP) | 49500 | $4,954,539.11 |
| | | | | | CONTRARIAN EMERGING MARKETS, LP<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830 | | 08-13555 (JMP) | 49497 | $3,490,427.91 |
| | | | | | CCM PENSION-B, LLC<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830 | | 08-13555 (JMP) | 49499 | $2,585,704.23 |
| | | | | | CONTRARIAN SOCIALLY RESPONSIBLE, LP<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830 | | 08-13555 (JMP) | 49501 | $1,600,764.14 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 181: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 CONTRARIAN CAPITAL MANAGEMENT, LLC 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | | | 5011 | $20,000,000.00 | CONTRARIAN CAPITAL FUND 1, LP 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | | 08-13555 (JMP) | 49493 | $102,252,722.83 |
| | | | | | CCM PENSION-A, LLC 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | | 08-13555 (JMP) | 49498 | $16,232,368.42 |
| | | | | | CONTRARIAN CAPITAL SENIOR SECURED, LP 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | | 08-13555 (JMP) | 49496 | $16,168,740.78 |
| | | | | | CONTRARIAN CAPITAL TRADE CLAIMS, LP 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | | 08-13555 (JMP) | 49494 | $14,245,341.79 |
| | | | | | CONTRARIAN LONG SHORT, LP 411 WEST PUTNAM AVENU SUITE 425 GREENWICH, CT 06830 | | 08-13555 (JMP) | 49495 | $10,884,741.11 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 181: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | | | | | CONTRARIAN ADVANTAGE MASTER FUND LIMITED<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830 | | 08-13555 (JMP) | 49492 | $5,113,175.25 |
| | | | | | CCM PENSION-C, LLC<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830 | | 08-13555 (JMP) | 49500 | $4,954,539.11 |
| | | | | | CONTRARIAN EMERGING MARKETS, LP<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830 | | 08-13555 (JMP) | 49497 | $3,490,427.91 |
| | | | | | CCM PENSION-B, LLC<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830 | | 08-13555 (JMP) | 49499 | $2,585,704.23 |
| | | | | | CONTRARIAN SOCIALLY RESPONSIBLE, LP<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830 | | 08-13555 (JMP) | 49501 | $1,600,764.14 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 181: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | DEFINED RETURNS LIMITED ON BEHALF OF UNDERLYING INVESTORS(IN ADMINISTRATION) C/O GRANT THORNTON UK LLP 30 FINSBURY SQUARE LONDON, EC2P 2YO UNITED KINGDOM | | 08-13555 (JMP) | 59120 | $62,011,874.40 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | | 08-13555 (JMP) | 63614 | $0.00 |
| 6 | DORSCHUG, HENRIETTESILCHERWEG 31 ELCHINGEN, 89275 GERMANY | | 08-13555 (JMP) | 39591 | $42,558.00 | WHITE & CASE LLP ATTN: RA MICHAEL RUETZEL BOCKENHEIMER LANDSTRASSE 20 FRANKFURT AM MAIN, 60323 GERMANY | | 08-13555 (JMP) | 60631 | $0.00 |
| 7 | GAVIN, YVANROUTE DE SULLENS 10 VILLARS-STE-CROIX, 1029 SWITZERLAND | | 08-13555 (JMP) | 49940 | $5,670.00 | GAVIN, ANITA RUE DES FONTAINES 1 VILLARS-TIERCELIN, 1058 SWITZERLAND | | 08-13555 (JMP) | 41365 | $5,670.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 181: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | HAUVILLE, BSOUTH JUNIORS<br>558A ANZAC PARADE<br>KINGSFORD<br>SYDNEY, NSW, 2032<br>AUSTRALIA | | 08-13555 (JMP) | 795 | $0.00 | AGGREGATING TRUST 10, LLC<br>C/O ROPES & GRAY LLP<br>ATTN: JEFFREY R. KATZ<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | | 08-13555 (JMP) | 30222 | $1,149,405.00 |
| | | | | | | AGGREGATING TRUST 3, LLC<br>C/O ROPES & GRAY LLP<br>ATTN: JEFFREY R. KATZ<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | | 08-13555 (JMP) | 30218 | $423,465.00 |
| | | | | | | AGGREGATING TRUST 8, LLC<br>C/O ROPES & GRAY LLP<br>ATTN: JEFFREY R. KATZ<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | | 08-13555 (JMP) | 30220 | $258,112.00 |
| | | | | | | AGGREGATING TRUST 4, LLC<br>C/O ROPES & GRAY LLP<br>ATTN: JEFFREY R. KATZ<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | | 08-13555 (JMP) | 30297 | $233,914.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 181: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | | | | | AGGREGATING TRUST 1, LLC<br>C/O ROPES & GRAY LLP<br>ATTN: JEFFREY R. KATZ<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | | 08-13555 (JMP) | 30213 | $185,518.00 |
| | | | | | AGGREGATING TRUST 7, LLC<br>C/O ROPES & GRAY LLP<br>ATTN: JEFFREY R. KATZ<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | | 08-13555 (JMP) | 30219 | $157,287.00 |
| | | | | | AGGREGATING TRUST 5, L.L.C.<br>C/O ROPES & GRAY LLP<br>ATTN: JEFFREY R. KATZ<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | | 08-13555 (JMP) | 30298 | $92,759.00 |
| | | | | | AGGREGATING TRUST 9, LLC<br>C/O ROPES & GRAY LLP<br>ATTN: JEFFREY R. KATZ<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | | 08-13555 (JMP) | 30221 | $80,660.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 181: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | | | | | | AGGREGATING TRUST 2, LLC<br>C/O ROPES & GRAY LLP<br>ATTN: JEFFREY R. KATZ<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | | 08-13555 (JMP) | 30212 | $76,627.00 |
| | | | | | | AGGREGATING TRUST 6, L.L.C.<br>C/O ROPES & GRAY LLP<br>ATTN: JEFFREY R. KATZ<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | | 08-13555 (JMP) | 30299 | $64,528.00 |
| 9 | HOFSTAETTER, STEFANHADNWEG 12 EBENTHAL, 9065 AUSTRIA | | 08-13555 (JMP) | 48679 | $163,794.50 | GRUBER, PETER & IRMGARD GARTENWEG 12 GROSSLOBMING, 8734 AUSTRIA | | 08-13555 (JMP) | 48838 | $28,486.00 |
| 10 | IPC-CAPITAL STRATEGY XIIC/O IPCONCEPT FUND MANAGEMENT S.A. ATTN MATTHIAS SCHIRPKE 4, RUE THOMAS EDISON , L-1445 LUXEMBOURG | | 08-13555 (JMP) | 63593 | $36,303.94 | IPCONCEPT FUND MANAGEMENT S.A. IPC-CAPITAL STRATEGY XII 4. RUE THOMAS EDISON LUXEMBOURG, L-1445 LUXEMBOURG | | 08-13555 (JMP) | 43821 | $69,611.85 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 181: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | LOBBE-HERMANSC/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | | 08-13555 (JMP) | 67262 | $18,804.01 | LOBBE-HERMANNS, ANDREA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | | 08-13555 (JMP) | 57813 | $18,804.01 |
| 12 | PEERAER, SJEFLOONSEBAAN 82 B<br>VUGHT, 5263 CP<br>NETHERLANDS | | 08-13555 (JMP) | 59884 | $141,510.00 | BRUGGEN, PEERAER-VAN<br>LOONSEBAAN 82 B<br>VUGHT, 5263 CP<br>NETHERLANDS | | 08-13555 (JMP) | 41652 | $172,030.00 |
| 13 | ROETHER, THOMASSCHWEICKERWEG 2<br>SCHWAEBISCH HALL, 74523<br>GERMANY | | 08-13555 (JMP) | 43374 | $220,115.50 | ROETHER, THOMAS<br>SCHWEICKERWEG 2<br>SCHWAEBISCH HALL, 74523<br>GERMANY | | 08-13555 (JMP) | 43369 | $220,115.50 |
| 14 | SCHWERDTFEGEN, WOLFGANG AND ANNETTEAM HAMMBACH 1<br>DORSTEN, 46284<br>GERMANY | | 08-13555 (JMP) | 35203 | $8,517.89 | SCHWERDTFEGER, MARVIN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | | 08-13555 (JMP) | 57822 | $8,678.77 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 10 of 11

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 181: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 15 | TODAKA MINING CO., LTD. 6-7 GONOMOTO-MACHI TSUKUMI CITY OITA PREF, JAPAN | | 08-13555 (JMP) | 67255 | $8,337,965.54 | TODAKA MINING CO., LTD. 6-7 GONOMOTO-MACHI TSUKUMI CITY OITA PREF, JAPAN | | 08-13555 (JMP) | 67254 | $10,571,653.12 |

TOTAL    $226,360,613.96

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 181: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS – WITHDRAWN OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ETHIAS SA ATTN: THE CFO; DEPARTEMENT FINANCES 1006 RUE DES CROISIER 24 LIEGE, 4000 BELGIUM | | 08-13555 (JMP) | 59789 | $220,399,520.00 | DEXIA BANK SA ATTN: KARINE DRIESEN, IN-HOUSE COUNSEL BOULEVARD PACHECO 44 BRUSSELS, 1000 BELGIUM | | 08-13555 (JMP) | 59788 | $220,399,520.00 |
| | | | | TOTAL | $220,399,520.00 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT 3

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 181: EXHIBIT 3 – DUPLICATIVE LPS CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | TADA, KATSUMI C/O SHINSEI BANK LIMITED ATTN: AKIRA OISHI DEPUTY GENERAL MANAGER, WEALTH MANAGEMENT DIVISION 1-8 INCHISAIWAICHO 2 CHOME CHIYODA KU TOKYO, 100-8501 JAPAN | | 08-13555 (JMP) | 60870 | $18,939,518.21 | SHINSEI BANK, LIMITED AS COLLATERAL ASSIGNEE ATTN: AKIRA OISHI DEPUTY GENERAL MANAGER, WEALTH MANAGEMENT DIVISION 4-3 NIHONBASHI-MUROMACHI 2-CHROME CHUO-KU, TOKYO, 103-8303 JAPAN | | 08-13555 (JMP) | 60869 | $18,939,518.21 |
| | | | | TOTAL | $18,939,518.21 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1