UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
In re Lehman Brothers Holdings Inc.,

|                          |                          |
|--------------------------|--------------------------|
|                          | Chapter 11               |
|                          | Case No. 08-13555        |
| Debtor.                  |                          |

----------------------------------------

## NOTICE OF APPEARANCE AND REQUEST FOR PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel in the

representation of Dorothea Douglas (the "Appearing Party"), party in interest in the above

captioned case, pursuant to 11 U.S.C. Sections 342 and 1109(b), and Rules 2002, 9007, and 9010

of the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court, and request that

all notices given or required to be given in the above captioned case and all papers, documents

and/or pleadings filed herein, served or required to be served in the above captioned case, be

given to or served upon the undersigned at the address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

notices and papers referred to in the Rules and Statutes specified above, but also includes without

limitation, disclosure statements and plans, orders and notices of any application, motion,

petition, pleading, request, complaint, demand, or other document which is filed with or brought

before this Court whether formal or informal, whether written or oral and whether transmitted or

conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise filed

or made with regard to the referenced case and proceedings herein which affect or seek to affect,

in any way, any rights or interest of the Appearing Party.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and

Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim,

claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters

entered only after de novo review by a United States District Court Judge, (ii) the right to trial by

jury in any proceeding triable in these cases or any case, controversy, or proceeding related to

these cases, (iii) the right to have the United States District Court withdraw the reference in any

matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of

this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of

remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate,

in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs,

and recoupments are expressly reserved.


      Dated:  New York, New York
      October 7, 2011


            Shenwick & Associates

            By: /s/ James H. Shenwick
                James H. Shenwick
                655 Third Avenue, 20th Floor
                New York, New York 10017
                (212) 541-6224
                Fax (646) 218-4600
                E-mail: jshenwick@gmail.com