WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Attorneys for Commerzbank AG, New York and Grand Cayman Branches

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          )    s.s.:
NEW YORK COUNTY    )

Michael J. Lonie, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 5th day of October, 2011, I caused a copy of the *Response of Commerzbank AG, New York and Grand Cayman Branches, to Debtors' Two Hundred Second Omnibus Objection to Claims (Duplicative Claims) [Docket No. 19928]* Docket No. 20612, and its related Exhibit (A) to be served via UPS overnight mail on the parties listed in the attached Exhibit A, and on the 6th day of October, 2011 via electronic mail on the parties listed in the attached Exhibit B.

                                                         */s/ Michael J. Lonie*_____
                                                         Michael J. Lonie

Sworn to before me the 7th day of October, 2011

*s/ Patricia A. Ashman*_____
Patricia A. Ashman
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014.

NEWYORK 8178084 (2K)

# EXHIBIT A

Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Robert J. Lemons, Esq.
Mark Bernstein, Esq.

Milbank, Tweed, Hadley & Mccloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Dennis Dunne
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

# EXHIBIT B

'GIDDENS@HUGHESHUBBARD.COM'; 'KIPLOK@HUGHESHUBBARD.COM'; 'KOBAK@HUGHESHUBBARD.COM'; 'MARGOLIN@HUGHESHUBBARD.COM'; 'LUBELL@HUGHESHUBBARD.COM'; 'WILTENBURG@HUGHESHUBBARD.COM'; 'PARONZON@MILBANK.COM'; 'GBRAY@MILBANK.COMR'; 'WASSERMAN@CFTC.GOV'; 'LSCHWEITZER@CGSH.COM'; 'LGRANFIELD@CGSH.COM'; 'MSTAMER@AKINGUMP.COM'; 'PDUBLIN@AKINGUMP.COM'; 'MLAHAIE@AKINGUMP.COM'; 'CTATELBAUM@ADORNO.COM'; 'RAJOHNSON@AKINGUMP.COM'; 'LISA.KRAIDIN@ALLENOVERY.COM'; 'DANIEL.GUYDER@ALLENOVERY.COM'; 'KEN.COLEMAN@ALLENOVERY.COM'; 'MGREGER@ALLENMATKINS.COM'; 'KRODRIGUEZ@ALLENMATKINS.COM'; 'TDUFFY@ANDERSONKILL.COM'; 'S.MINEHAN@AOZORABANK.CO.JP'; 'K4.NOMURA@AOZORABANK.CO.JP'; 'SCOUSINS@ARMSTRONGTEASDALE.COM'; 'SEHLERS@AR.com'; 'MSTRONGTEASDALE.COM'; 'ANGELICH.GEORGE@ARENTFOX.COM'; 'DOWD.MARY@ARENTFOX.COM'; 'CHARLES_MALLOY@APORTER.COM'; 'ANTHONY_BOCCANFUSO@APORTER.COM'; 'JG5786@ATT.COM'; 'DWORKMAN@BAKERLAW.COM'; 'TONY.DAVIS@BAKERBOTTS.COM'; 'PETER@BANKRUPT.COM'; 'FFM@BOSTONBUSINESSLAW.COM'; 'AOSTROW@BECKERGLYNN.COM'; 'AOBERRY@BERMANESQ.COM'; 'DBARBER@BSBLAWYERS.COM'; 'JEFFREY.SABIN@BINGHAM.COM'; 'RONALD.SILVERMAN@BINGHAM.COM'; 'STEVEN.WILAMOWSKY@BINGHAM.COM'; 'MARK.DEVENO@BINGHAM.COM'; 'AECKSTEIN@BLANKROME.COM'; 'RAJ.MADAN@BINGHAM.COM'; 'AMCMULLEN@BOULTCUMMINGS.COM'; 'MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM'; 'RJONES@BOULTCUMMINGS.COM'; 'KUEHN@BRAGARWEXLER.COM'; 'MGORDON@BRIGGS.COM'; 'NOTICE@BKCYLAW.COM'; 'KURT.MAYR@BGLLP.COM'; 'AECKSTEIN@BLANKROME.COM'; 'DLUDMAN@BROWNCONNERY.COM'; 'SLEVINE@BROWNRUDNICK.COM'; 'CHRISTOPHER.SCHUELLER@BIPC.COM'; 'FISHERE@BUTZEL.COM'; 'SIDORSKY@BUTZEL.COM'; 'DERYCK.PALMER@CWT.COM'; 'JOHN.RAPISARDI@CWT.COM'; 'GEORGE.DAVIS@CWT.COM'; 'JESSICA.FINK@CWT.COM'; 'TIMOTHY.PALMER@BIPC.COM'; 'SCHRISTIANSON@BUCHALTER.COM'; 'MSIEGEL@BROWNRUDNICK.COM'; 'WANDA.GOODLOE@CBRE.COM'; 'SPIOTTO@CHAPMAN.COM'; 'ACKER@CHAPMAN.COM'; 'HEISER@CHAPMAN.COM'; 'LGRANFIELD@CGSH.COM'; 'LSCHWEITZER@CGSH.COM'; 'MAOFILING@CGSH.COM'; 'HEISER@CHAPMAN.COM'; 'DLEMAY@CHADBOURNE.COM'; 'HSEIFE@CHADBOURNE.COM'; 'AROSENBLATT@CHADBOURNE.COM'; 'ANDREW.BROZMAN@CLIFFORDCHANCE.COM'; 'SARA.TAPINEKIS@CLIFFORDCHANCE.COM'; 'PSP@NJLAWFIRM.COM'; 'JWH@NJLAWFIRM.COM'; 'JOLI@CRLPC.COM'; 'ESCHWARTZ@CONTRARIANCAPITAL.COM'; 'MHOPKINS@COV.COM'; 'DCOFFINO@COV.COM'; 'ARABOY@COV.COM'; 'BCARLSON@CO.SANMATEO.CA.US'; 'JBEIERS@CO.SANMATEO.CA.US'; 'LATHOMPSON@CO.SANMATEO.CA.US'; 'JEFF.WITTIG@COAIR.COM'; 'LMAY@COLESCHOTZ.COM'; 'JDRUCKER@COLESCHOTZ.COM'; 'ANDREW.BROZMAN@CLIFFORDCHANCE.COM'; 'JEN.PREMISLER@CLIFFORDCHANCE.COM'; 'JENNIFER.DEMARCO@CLIFFORDCHANCE.COM'; 'RLEVIN@CRAVATH.COM'; 'RTRUST@CRAVATH.COM'; 'JUDY.MORSE@CROWEDUNLEVY.COM'; 'HEIDI@CRUMBIELAW.COM'; 'JOHN@CRUMBIELAW.COM'; 'KAREN.WAGNER@DPW.COM'; 'JAMES.MCCLAMMY@DPW.COM'; 'JJTANCREDI@DAYPITNEY.COM'; 'JWCOHEN@DAYPITNEY.COM'; 'THOMAS.OGDEN@DPW.COM'; 'JAMES.MCCLAMMY@DPW.COM'; 'JCARBERRY@CL-LAW.COM'; 'WOCONNOR@CROWELL.COM'; 'BZABARAUSKAS@CROWELL.COM'; 'WOCONNOR@CROWELL.COM'; 'BZABARAUSKAS@CROWELL.COM'; 'MCTO@DEBEVOISE.COM'; 'MMOONEY@DEILYLAWFIRM.COM'; 'PWRIGHT@DL.COM'; 'ESMITH@DL.COM'; 'MBIENENSTOCK@DL.COM'; 'IGOLDSTEIN@DL.COM'; 'ADIAMOND@DIAMONDMCCARTHY.COM'; 'SLODEN@DIAMONDMCCARTHY.COM'; 'GLENN.SIEGEL@DECHERT.COM'; 'IVA.UROIC@DECHERT.COM'; 'MBIENENSTOCK@DL.COM'; 'JLIU@DL.COM'; 'TKARCHER@DL.COM'; 'TDEWEY@DPKLAW.COM'; 'DPEGNO@DPKLAW.COM'; 'TDEWEY@DPKLAW.COM'; 'DPEGNO@DPKLAW.COM'; 'THOMAS.CALIFANO@DLAPIPER.COM'; 'WILLIAM.M.GOLDMAN@DLAPIPER.COM'; 'HEIM.STEVE@DORSEY.COM'; 'DOVE.MICHELLE@DORSEY.COM'; 'JJOYCE@DRESSLERPETERS.COM'; 'LJKOTLER@DUANEMORRIS.COM'; 'ROBERT.MALONE@DBR.COM'; 'STEVEN.TROYER@COMMERZBANK.COM'; 'SCHNABEL.ERIC@DORSEY.COM'; 'STEPHEN.COWAN@DLAPIPER.COM'; 'TIMOTHY.BRINK@DLAPIPER.COM'; 'MATTHEW.KLEPPER@DLAPIPER.COM'; 'TDUFFY@ANDERSONKILL.COM'; 'JIM@ATKINSLAWFIRM.COM'; 'EZUJKOWSKI@EMMETMARVIN.COM'; 'KKELLY@EBGLAW.COM'; 'SGUBNER@EBG-LAW.COM'; 'CWEBER@EBG-LAW.COM'; 'SGUBNER@EBG-LAW.COM'; 'CWEBER@EBG-LAW.COM'; 'LSCARCELLA@FARRELLFRITZ.COM'; 'DTATGE@EBGLAW.COM'; 'AENTWISTLE@ENTWISTLE-LAW.COM'; 'JBEEMER@ENTWISTLE-LAW.COM'; 'ALUM@FTPORTFOLIOS.COM'; 'JPORTER@ENTWISTLE-LAW.COM'; 'SANDYSCAFARIA@EATON.COM'; 'JLEE@FOLEY.COM'; 'DSPELFOGEL@FOLEY.COM'; 'AHAMMER@FREEBORNPETERS.COM'; 'ORNPETERS.COM'; 'RICHARD.TISDALE@FRIEDFRANK.COM'; 'WALTER.STUART@FRESHFIELDS.COM'; 'PATRICK.OH@FRESHFIELDS.COM'; 'SORY@FDLAW.COM'; 'JHIGGINS@FDLAW.COM'; 'WMCKENNA@FOLEY.COM'; 'DHEFFER@FOLEY.COM'; 'CHARLES@FILARDI-LAW.COM'; 'SHANNON.NAGLE@FRIEDFRANK.COM'; 'RICHARD.TISDALE@FRIEDFRANK.COM'; 'DROSENZWEIG@FULBRIGHT.COM'; 'JMELKO@GARDERE.COM'; 'RELGIDELY@GJB-LAW.COM'; 'JGENOVESE@GJBLAW.COM'; 'PBATTISTA@GJB-LAW.COM'; 'DCIMO@GJBLAW.COM'; 'MROSENTHAL@GIBSONDUNN.COM'; 'JWEISS@GIBSONDUNN.COM'; 'ASEUFFERT@LAWPOST-NYC.COM'; 'DCRAPO@GIBBONSLAW.COM'; 'BANKRUPTCY@NTEXAS-ATTORNEYS.COM'; 'JMERVA@FULT.COM'; 'EFRIEDMAN@FRIEDUMSPRING.COM'; 'JFLAXER@GOLENBOCK.COM'; 'BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM'; 'TANNWEILER@GREERHERZ.COM'; 'JORBACH@HAHNHESSEN.COM'; 'JAMIE.NELSON@DUBAIIC.COM'; 'JOY.MATHIAS@DUBAIIC.COM'; 'DICONZAM@GTLAW.COM'; 'JWALLACK@GOULSTONSTORRS.COM'; 'DROSNER@GOULSTONSTORRS.COM'; 'TNIXON@GKLAW.COM'; 'JHERZOG@GKLAW.COM'; 'GKADEN@GOULSTONSTORRS.COM'; 'WBENZIJA@HALPERINLAW.NET'; 'JDYAS@HALPERINLAW.NET'; 'SSELBST@HERRICK.COM'; 'KEN.HIGMAN@HP.COM'; 'ISGREENE@HHLAW.COM'; 'SAGOLDEN@HHLAW.COM'; 'RICHARD.LEAR@HKLAW.COM'; 'FRANCOIS.JANSON@HKLAW.COM'; 'BARBRA.PARLIN@HKLAW.COM'; 'ARTHUR.ROSENBERG@HKLAW.COM'; 'FRANCOIS.JANSON@HKLAW.COM'; 'DPIAZZA@HODGSONRUSS.COM'; 'RLEEK@HODGSONRUSS.COM'; 'RAMONA.NEAL@HP.COM'; 'AGOLD@HERRICK.COM'; 'AGOLD@HERRICK.COM'; 'ADAM.BREZINE@HRO.COM'; 'KERRY.MOYNIHAN@HRO.COM'; 'RNORTON@HUNTON.COM'; 'JRSMITH@HUNTON.COM'; 'CWEISS@INGRAMLLP.COM'; 'DAVE.DAVIS@ISGRIA.COM'; 'ALESIA.PINNEY@INFOSPACE.COM'; 'KECKHARDT@HUNTON.COM'; 'MMENDEZ@HUNTON.COM'; 'BARBRA.PARLIN@HKLAW.COM'; 'DBALOG@INTERSIL.COM'; 'AFRIEDMAN@IRELL.COM'; 'KLYMAN@IRELL.COM'; 'PTROSTLE@JENNER.COM'; 'DMURRAY@JENNER.COM'; 'RBYMAN@JENNER.COM'; 'GSPILSBURY@JSSLAW.COM'; 'MNEIER@IBOLAW.COM'; 'TERESA.OXFORD@INVESCOAIM.COM'; 'JFOX@JOEFOXLAW.COM'; 'ELI.MATTIOLI@KLGATES.COM'; 'SNEWMAN@KATSKYKORINS.COM'; 'MPRIMOFF@KAYESCHOLER.COM'; 'JACLYN.GENCHI@KAYESCHOLER.COM'; 'MPAGE@KELLEYDRYE.COM'; 'KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM'; 'KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM'; 'MPRIMOFF@KAYESCHOLER.COM'; 'DROSNER@KASOWITZ.COM'; 'AGLENN@KASOWITZ.COM'; 'ICATTO@KIRKLAND.COM'; 'JAMES.SPRAYREGEN@KIRKLAND.COM'; 'JAMES.SPRAYREGEN@KIRKLAND.COM'; 'JAY@KLEINSOLOMON.COM'; 'CHARDMAN@KLESTADT.COM'; 'TMAYER@KRAMERLEVIN.COM'; 'BONEILL@KRAMERLEVIN.COM'; 'ACATON@KRAMERLEVIN.COM'; 'MICHAEL.KIM@KOBREKIM.COM'; 'ROBERT.HENOCH@KOBREKIM.COM'; 'ANDREW.LOURIE@KOBREKIM.COM'; 'JJURELLER@KLESTADT.COM'; 'DAVID.SELIGMAN@KIRKLAND.COM'; 'JAMES.SPRAYREGEN@KIRKLAND.COM'; 'KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM'; 'TMAYER@KRAMERLEVIN.COM'; 'DEGGERMANN@KRAMERLEVIN.COM'; 'EKBERGC@LANEPOWELL.COM'; 'DAVID.HELLER@LW.COM'; 'RICHARD.LEVY@LW.COM'; 'EZWEIG@OPTONLINE.NET'; 'WSWEARINGEN@LLF-LAW.COM'; 'GABRIEL.DELVIRGINIA@VERIZON.NET'; 'GABRIEL.DELVIRGINIA@VERIZON.NET'; 'KEITH.SIMON@LW.COM'; 'MLANDMAN@LCBF.COM'; 'WBALLAINE@LCBF.COM'; 'SREE@LCBF.COM'; 'DALLAS.BANKRUPTCY@PUBLICANS.COM'; 'AUSTIN.BANKRUPTCY@PUBLICANS.COM'; 'WCURCHACK@LOEB.COM'; 'VRUBINSTEIN@LOEB.COM'; 'DBESIKOF@LOEB.COM'; 'ROBIN.KELLER@LOVELLS.COM'; 'OMECA.NEDD@LOVELLS.COM'; 'ROBIN.KELLER@LOVELLS.COM'; 'CHRIS.DONOHO@LOVELLS.COM'; 'LOIZIDES@LOIZIDES.COM'; 'PEISENBERG@LOCKELORD.COM';

'DALLAS.BANKRUPTCY@PUBLICANS.COM'; 'SFINEMAN@LCHB.COM'; 'ILEVEE@LOWENSTEIN.COM'; 'KROSEN@LOWENSTEIN.COM'; 'VDAGOSTINO@LOWENSTEIN.COM'; 'METKIN@LOWENSTEIN.COM'; 'STEELE@LOWENSTEIN.COM'; 'JPROL@LOWENSTEIN.COM'; 'SCARGILL@LOWENSTEIN.COM'; 'SQUIGLEY@LOWENSTEIN.COM'; 'MWARREN@MTB.COM'; 'FHYMAN@MAYERBROWN.COM'; 'ATREHAN@MAYERBROWN.COM'; 'ATREHAN@MAYERBROWN.COM'; 'ELEVIN@LOWENSTEIN.COM'; 'JHUGGETT@MARGOLISEDELSTEIN.COM'; 'EMERBERG@MAYERBROWN.COM'; 'ATREHAN@MAYERBROWN.COM'; 'ASHAFFER@MAYERBROWN.COM'; 'JLAMAR@MAYNARDCOOPER.COM'; 'KREYNOLDS@MKLAWNYC.COM'; 'DHAYES@MCGUIREWOODS.COM'; 'KMAYER@MCCARTER.COM'; 'GGITOMER@MKBATTORNEYS.COM'; 'GRAVERT@MWE.COM'; 'JMR@MSF-LAW.COM'; 'TSLOME@MSEK.COM'; 'JSHEERIN@MCGUIREWOODS.COM'; 'SFOX@MCGUIREWOODS.COM'; 'NCOCO@MWE.COM'; 'WTAYLOR@MCCARTER.COM'; 'NHERMAN@MORGANLEWIS.COM'; 'LBERKOFF@MORITTHOCK.COM'; 'LMARINUZZI@MOFO.COM'; 'NISSAY_10259-0154@MHMJAPAN.COM'; 'DAVIDWHEELER@MVALAW.COM'; 'MICHAEL.FREGE@CMS-HS.COM'; 'JMAZERMARINO@MSEK.COM'; 'YUWATOKO@MOFO.COM'; 'JPINTARELLI@MOFO.COM'; 'BMILLER@MOFO.COM'; 'JSULLIVAN@MOSESSINGER.COM'; 'SUSAN.SCHULTZ@NEWEDGEGROUP.COM'; 'MILLEE12@NATIONWIDE.COM'; 'BANKRUPTCY@MORRISONCOHEN.COM'; 'LNASHELSKY@MOFO.COM'; 'TGOREN@MOFO.COM'; 'ADARWIN@NIXONPEABODY.C'; 'KORR@ORRICK.COM'; 'DFELDER@ORRICK.COM'; 'MAUSTIN@ORRICK.COM'; 'RDAVERSA@ORRICK.COM'; 'PFELDMAN@OSHR.COM'; 'WK@PWLAWYERS.COM'; 'BGUINEY@PBWT.COM'; 'KOVSKYD@PEPPERLAW.COM'; 'DRAELSON@FISHERBROTHERS.COM'; 'DSHEMANO@PWKLLP.COM'; 'WISOTSKA@PEPPERLAW.COM'; 'DDAVIS@PAULWEISS.COM'; 'CHAMMERMAN@PAULWEISS.COM'; 'HARVEYSTRICKON@PAULHASTINGS.COM'; 'CHIPFORD@PARKERPOE.COM'; 'LAWALLF@PEPPERLAW.COM'; 'ARLBANK@PBFCM.COM'; 'DAVID.CRICHLOW@PILLSBURYLAW.COM'; 'SPLATZER@PLATZERLAW.COM'; 'DFLANIGAN@POLSINELLI.COM'; 'BILL.FREEMAN@PILLSBURYLAW.COM'; 'MARK.HOULE@PILLSBURYLAW.COM'; 'JHORGAN@PHXA.COM'; 'MELTZERE@PEPPERLAW.COM'; 'SCHANNEJ@PEPPERLAW.COM'; 'BBISIGNANI@POSTSCHELL.COM'; 'TJFREEDMAN@PBNLAW.COM'; 'LML@PPGMS.COM'; 'DROSE@PRYORCASHMAN.COM'; 'SCHEPIS@PURSUITPARTNERS.COM'; 'JRABINOWITZ@RLTLAWFIRM.COM'; 'ARAHL@REEDSMITH.COM'; 'BROY@RLTLAWFIRM.COM'; 'SUSHEELKIRPALANI@QUINNEMANUEL.COM'; 'ROBERTDAKIS@QUINNEMANUEL.COM'; 'RBEACHER@PRYORCASHMAN.COM'; 'RFLEISCHER@PRYORCASHMAN.COM'; 'JLAWLOR@WMD-LAW.COM'; 'MJACOBS@PRYORCASHMAN.COM'; 'BBISIGNANI@POSTSCHELL.COM'; 'BANKR@ZUCKERMAN.COM'; 'DNEIER@WINSTON.COM'; 'DMCGUIRE@WINSTON.COM'; 'MKJAER@WINSTON.COM'; 'DRAVIN@WOLFFSAMSON.COM'; 'JLAWLOR@WMD-LAW.COM'; 'CRAIG.GOLDBLATT@WILMERHALE.COM'; 'LISA.EWART@WILMERHALE.COM'; 'CRAIG.GOLDBLATT@WILMERHALE.COM'; 'LISA.EWART@WILMERHALE.COM'; 'MABRAMS@WILLKIE.COM'; 'AALFONSO@WILLKIE.COM'; 'MABRAMS@WILLKIE.COM'; 'MFELDMAN@WILLKIE.COM'; 'BROMANO@WILLKIE.COM'; 'CSCHREIBER@WINSTON.COM'; 'JMCGINLEY@WILMINGTONTRUST.COM'; 'PETER.MACDONALD@WILMERHALE.COM'; 'JEANNETTE.BOOT@WILMERHALE.COM'; 'CHARU.CHANDRASEKHAR@WILMERHALE.COM'; 'RNETZER@WILLKIE.COM'; 'DKOZUSKO@WILLKIE.COM'; 'MABRAMS@WILLKIE.COM'; 'MFELDMAN@WILLKIE.COM'; 'SZUCH@WIGGIN.COM'; 'JEANITES@WHITEANDWILLIAMS.COM'; 'CBELISLE@WFW.COM'; 'JFREEBERG@WFW.COM'; 'HSNOVIKOFF@WLRK.COM'; 'RGMASON@WLRK.COM'; 'LINDA.BOYLE@TWTELECOM.COM'; 'DKLEINER@VELAW.COM'; 'SABRAMOWITZ@VELAW.COM'; 'JWEST@VELAW.COM'; 'MJEDELMAN@VEDDERPRICE.COM'; 'DLIPKE@VEDDERPRICE.COM'; 'EASMITH@VENABLE.COM'; 'JELDREDGE@VELAW.COM'; 'ARWOLF@WLRK.COM'; 'BMANNE@TUCKERLAW.COM'; 'MSHINER@TUCKERLAW.COM'; 'HOLLACE.COHEN@TROUTMANSANDERS.COM'; 'LEE.STREMBA@TROUTMANSANDERS.COM'; 'NEILBERGER@TEAMTOGUT.COM'; 'SSKELLY@TEAMTOGUT.COM'; 'AMENARD@TISHMANSPEYER.COM'; 'MBENNER@TISHMANSPEYER.COM'; 'DAVID.BENNETT@TKLAW.COM'; 'BTURK@TISHMANSPEYER.COM'; 'RHETT.CAMPBELL@TKLAW.COM'; 'MITCHELL.AYER@TKLAW.COM'; 'MBOSSI@THOMPSONCOBURN.COM'; 'JCHRISTIAN@TOBINLAW.COM'; 'OIPRESS@TRAVELERS.COM'; 'MLYNCH2@TRAVELERS.COM'; 'LEE.STREMBA@TROUTMANSANDERS.COM'; 'IRA.HERMAN@TKLAW.COM'; 'MATT@WILLAW.COM'; 'DEMETRA.LIGGINS@TKLAW.COM'; 'RHETT.CAMPBELL@TKLAW.COM'; 'THALER@THALERGERTLER.COM'; 'GERACI@THALERGERTLER.COM'; 'MILLER@TAFTLAW.COM'; 'MARK.SHERRILL@SUTHERLAND.COM'; 'RANJIT.MATHER@BNYMELLON.COM'; 'ROBERT.BAILEY@BNYMELLON.COM'; 'CLARKB@SULLCROM.COM'; 'SCHWARTZMATTHEW@SULLCROM.COM'; 'LACYR@SULLCROM.COM'; 'FELDSTEINH@SULLCROM.COM'; 'WRIGHTTH@SULLCROM.COM'; 'PAUL.TURNER@SUTHERLAND.COM'; 'HOLSEN@STROOCK.COM'; 'STREUSAND@STREUSANDLANDON.COM'; 'MDORVAL@STRADLEY.COM'; 'PPATTERSON@STRADLEY.COM'; 'DJOSEPH@STRADLEY.COM'; 'JMMURPHY@STRADLEY.COM'; 'VILLA@STREUSANDLANDON.COM'; 'DWILDES@STROOCK.COM'; 'SMILLMAN@STROOCK.COM'; 'MDORVAL@STRADLEY.COM'; 'MCORDONE@STRADLEY.COM'; 'APO@STEVENSLEE.COM'; 'CP@STEVENSLEE.COM'; 'RITKIN@STEPTOE.COM'; 'KPIPER@STEPTOE.COM'; 'SHGROSS5@YAHOO.COM'; 'EOBRIEN@SBCHLAW.COM'; 'JLOVI@STEPTOE.COM'; 'LROMANSIC@STEPTOE.COM'; 'CS@STEVENSLEE.COM'; 'CP@STEVENSLEE.COM'; 'RTERENZI@STCWLAW.COM'; 'RFRIEDMAN@SILVERMANACAMPORA.COM'; 'CGOLDSTEIN@STCWLAW.COM'; 'SLERNER@SSD.COM'; 'FYATES@SONNENSCHEIN.COM'; 'JTIMKO@SHUTTS.COM'; 'AQUALE@SIDLEY.COM'; 'AUNGER@SIDLEY.COM'; 'SALLY.HENRY@SKADDEN.COM'; 'PMAXCY@SONNENSCHEIN.COM'; 'SMAYERSON@SSD.COM'; 'R.STAHL@STAHLZELLOE.COM'; 'BANKRUPTCY@GOODWIN.COM'; 'ETILLINGHAST@SHEPPARDMULLIN.COM'; 'RREID@SHEPPARDMULLIN.COM'; 'REYNAUD@SHELL.COM'; 'ASHMEAD@SEWKIS.COM'; 'COHENR@SEWKIS.COM'; 'FSOSNICK@SHEARMAN.COM'; 'JGARRITY@SHEARMAN.COM'; 'MCADEMARTORI@SHEPPARDMULLIN.COM'; 'NED.SCHODEK@SHEARMAN.COM'; 'JENNIFER.GORE@SHELL.COM'; 'RREID@SHEPPARDMULLIN.COM'; 'JKEHOE@BTKMC.COM'; 'BWOLFE@SHEPPARDMULLIN.COM'; 'NLEPORE@SCHNADER.COM'; 'AISENBERG@SAUL.COM'; 'CMONTGOMERY@SALANS.COM'; 'LWHIDDEN@SALANS.C'; 'OM'; 'MSCHIMEL@SJU.EDU'; 'CBELMONTE@SSBB.COM'; 'TBROCK@SSBB.COM'; 'CK@SSBB.COM'; 'ASNOW@SSBB.COM'; 'EGEEKIE@SCHIFFHARDIN.COM'; 'BDK@SCHLAMSTONE.COM'; 'NFURMAN@SCOTTWOODCAPITAL.COM'; 'ECOHEN@RUSSELL.COM'; 'GMOSS@RIEMERLAW.COM'; 'ABRAUNSTEIN@RIEMERLAW.COM'; 'MVENDITTO@REEDSMITH.COM'; 'ARHEAUME@RIEMERLAW.COM'; 'CALBERT@REITLERLAW.COM'; 'MVENDITTO@REEDSMITH.COM'; 'KGWYNNE@REEDSMITH.COM'; 'JFALGOWSKI@REEDSMITH.COM'; 'ESCHAFFER@REEDSMITH.COM'; 'JLSCOTT@REEDSMITH.COM'; 'DGRIMES@REEDSMITH.COM'; 'RQURESHI@REEDSMITH.COM'; 'JSHICKICH@RIDDELLWILLIAMS.COM'; 'ROGER@RNAGIOFF.COM'; 'ROBERT.YALEN@USDOJ.GOV'; 'TARBIT@CFTC.GOV'; 'RWASSERMAN@CFTC.GOV'; 'JEAN-DAVID.BARNEA@USDOJ.GOV'; 'JOSEPH.CORDARO@USDOJ.GOV'; 'NEWYORK@SEC.GOV'; 'JACOBSONN@SEC.GOV'; 'THOMAS_NOGUEROLA@CALPERS.CA.GOV'; 'HARRISJM@MICHIGAN.GOV'; 'STEVE.GINTHER@DOR.MO.GOV'; 'JOWOLF@LAW.NYC.GOV'; 'CRMOMJIAN@ATTORNEYGENERAL.GOV'; 'MJR1@WESTCHESTERGOV.COM'; 'JEREMY.EIDEN@STATE.MN.US'; 'MARTIN.DAVIS@OTS.TREAS.GOV'; 'AGBANKNEWYORK@AG.TN.GOV'