Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings, Inc., et al., Chapter 11 Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **DEUTSCHE BANK AG, LONDON BRANCH**<br>Name of Transferee | **BANCO DE ORO UNIBANK, INC.**<br>Name of Transferor |
|---|---|
| Deutsche Bank AG, Hong Kong Branch<br>60/F International Commerce Centre, 1 Austin Road West, Kowloon<br>Hong Kong<br>Attention: Jack Tsai<br>Email: jack.tsai@db.com<br>dpg.execution@db.com<br><br>Phone: +852 2203 8660<br>Last Four Digits of Acct #: 18269 | Court Claim # 18269<br>Amount of Claim: US$547,610.40 as specified in Exhibit 1 of Annex A to the Transferor's Proof of Claim<br>Date Claim Filed: 18/09/2009<br>Phone: +632 858 3007 to 9<br>Email: arr@bdo.com.ph<br>lss@bdo.com.ph<br>Last Four Digits of Acct. #:18269 |

Name and Address where transferee payments should be sent (if different from above):
Deutsche Bank AG, Hong Kong Branch
60/F International Commerce Centre,
1 Austin Road West, Kowloon
Hong Kong
Attention: Jack Tsai/ Udai Bajaj
Email: jack.tsai@db.com / dpg.execution@db.com
Phone: +852 2203 8660
Last Four Digits of Acct #:18269

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Johan Sudiman, Director

By: _____ Justin Rothwell, Vice President
Transferee/Transferee's Agent

Date: 6 October 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Banco De Oro Unibank, Inc. (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to Deutsche Bank AG, London Branch (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holding Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holding Inc., et al., Chapter 11, Case No. 08-13555 (JMP) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $547,601.40 (the "**Claim**") under and with reference to the Proof of Claim Number **18269**.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 6th day of October 2011.

Name of Assignee:
**Deutsche Bank AG, London Branch**
By: _____
Name: Johan Sudiman
Title: Director

By: _____
Name: Justin Rothwell
Title: Vice President

Name of Assignor:
**Banco De Oro Unibank, Inc.**

_____
Dalmacio D. Martin
Senior Vice President

_____
Pedro M. Florescio III
Executive Vice President & Treasurer