B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. et al.    ,    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UBS AG, Stamford Branch | GSW Grundbesitzgesellschaft GmbH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
677 Washington Blvd, Stamford CT 06901
Attn: Darlene Arias/Craig Pearson/BPS

Court Claim # (if known):  26680
Amount of Claim:  $24,576,471.00
Date Claim Filed:  09/22/2009

Phone:  +203 719-3000
Last Four Digits of Acct #: _____

Phone:  +49 30 2534 1401
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Darlene Arias/Stephen Scanapieco    Date: 10/07/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## FORM OF NOTICE DEBTOR AND THE BANKRUPTCY COURT

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, GSW Grundbesitz GmbH & Co. KG (the "Seller") hereby unconditionally and irrevocably sells, transfers and assigns to UBS Securities LLC (the "Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08 13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the related Proof of Claim (No. 26680) filed by the Seller with the Bankruptcy Court in respect of the foregoing claim.

The Seller hereby waives any objection to the transfer of the claim to the Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to the Purchaser the foregoing claim, recognizing the Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 30th day of September 2011.

GSW Grundbesitz GmbH & Co. KG., as Seller

By: _____
Name: Schwayensbreidt
Title: Authorised signatory

UBS AG Stamford Branch, by UBS Securities LLC, Agent, as Purchaser

By: _____
Name:
Title: Authorised signatory

Stephen Scanapieco
Associate Director
Banking Products
Services, US

By: _____
Name:
Title: Authorised signatory  Christopher Gomes
Associate Director
Banking Products Services, US