UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :    (Jointly Administered)
             Debtors.                         :
                                              :
-------------------------------------------------------------------x    Ref. Docket Nos. 20052, 20059,
                                                   20060, 20473, 20474, 20477, 20481-
                                                   20483, 20487

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 4, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
7th day of October, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 20052, 20059, 20060, 20473, 20474, 20477, 20481-20483, 20487_AFF_10-04-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   ELLIOTT ASSOCIATES, L.P.
          TRANSFEROR: BARCLAYS BANK PLC
          ATTN: MICHAEL STEPHAN
          712 5TH AVENUE, 35TH FL
          NEW YORK NY 10019
```

Please note that your claim # 58980-05 in the above referenced case and in the amount of
      $1,582,058.00    Unliquidated        has been transferred **(unless previously expunged by court order)**

```
          ALSTON INVESTMENTS LLC
          TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
          C/O ELLIOTT MANAGEMENT CORPORATION
          ATTN: ELLIOT GREENBERG/RAJAT BOSE
          712 FIFTH AVENUE, 35TH FLOOR
          NEW YORK NY 100129
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 20059      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/04/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 4, 2011.

**EXHIBIT B**

```
TIME: 14:30:39                                      LEHMAN BROTHERS HOLDING INC.                                                          PAGE:   1
DATE: 10/04/11                                            CREDITOR LISTING

Name                                Address
ALSTON INVESTMENTS LLC              TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVE., 35TH FLOOR
                                    NEW YORK NY 10019
ALSTON INVESTMENTS LLC              TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE
                                    712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 100129
ASHTON INVESTMENTS LLC              TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR
                                    ATTN: ELLIOT GREENBERG/RAJAT BOSE NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.            TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.         C/O ELLIOT MANAGEMENT CORPORATION 715 5TH AVENUE 35TH FLOOR NEW YORK NY 10019
JPMORGAN CHASE BANK, N.A.           TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. C/O J.P. MORGAN SECURITIES INC. MAIL CODE: NY1-M138 383 MADISON AVENUE, 37TH FLOOR
                                    NEW YORK NY 10179
THE VARDE FUND IX, L.P.             TRANSFEROR: JPMORGAN CHASE BANK, N.A. 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.           TRANSFEROR: JPMORGAN CHASE BANK, N.A. 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.           TRANSFEROR: JPMORGAN CHASE BANK, N.A. 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.     TRANSFEROR: JPMORGAN CHASE BANK, N.A. 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                TRANSFEROR: JPMORGAN CHASE BANK, N.A. NORMANDALE LAKE BOULEVARD, SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) TRANSFEROR: JPMORGAN CHASE BANK, N.A. 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.     TRANSFEROR: JPMORGAN CHASE BANK, N.A. 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437


Total Number of Records Printed     13
```

EPIQ BANKRUPTCY SOLUTIONS, LLC