UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
               Debtors.                                           :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 20382, 20472,
                                                                       20475, 20478, 20480, 20522, 20526,
                                                                       20527, 20530, 20531, 20537, 20539,
                                                                       20540

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 5, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
7th day of October, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 20382, 20472, 20475, 20478, 20480, 20522, 20526, 20527, 20530, 20531, 20537, 20539, 20540_AFF_10-05-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    | Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   | 08-13555 (JMP)
                                                         |
                                                         | (Jointly Administered)
              Debtors.                                   |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: ALEPPA FUNDING I LLC                             ALEPPA FUNDING I LLC
        C/O GLOBAL SECURITIZATION SERVICES, LLC          KEVIN BROADWATER
        68 S SERVICE RD                                  PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
        STE 120                                          840 NEWPORT CENTER DRIVE, SUITE 100
        MELVILLE NY 11747-2350                           NEWPORT BEACH CA 92660
```

Please note that your claim # 26546-02 in the above referenced case and in the amount of
     $210,820.96   allowed at $210,820.96     has been transferred **(unless previously expunged by court order)**

```
        JPMORGAN CHASE BANK, N.A.
        TRANSFEROR: ALEPPA FUNDING I LLC
        ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
        ONE CHASE MANHATTAN PLAZA - FLOOR 26
        NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 20537    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/05/2011                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 5, 2011.

**EXHIBIT B**

08-13555-mg    Doc 20673    Filed 10/07/11    Entered 10/07/11 16:47:08    Main Document
                                                Pg 5 of 5

```
TIME: 17:43:42                                                          LEHMAN BROTHERS HOLDING INC.                                                          PAGE:  1
DATE: 10/05/11                                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALEPPA FUNDING I LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 445 BROAD HOLLOW ROAD SUITE 239 NEW YORK NY 11747 |
| ALEPPA FUNDING I LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 68 S SERVICE RD STE 120 MELVILLE NY 11747-2350 |
| ALEPPA FUNDING I LLC | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. ZWEIGNIEDERLASSUNG OSTERREICH ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVE NEW YORK NY 10019 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: WELLS FARGO & COMPANY 110 E. 59TH STREET NEW YORK NY 10022 |
| CREDIT SUISSE (LUXEMBOURG) S.A. ZWEIGNIEDERLASSUNG OSTERREICH | ADVISORY AND ORDER FULFILMENT (SEBL 4) 56, GRAND RUE PO BOX 40 LUXEMBOURG  2010 LUXEMBOURG |
| CREDIT SUISSE (LUXEMBOURG) S.A. ZWEIGNIEDERLASSUNG OSTERREICH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. ZWEIGNIEDERLASSUNG OSTERREICH | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| D.E. SHAW CLAIMS SPV, L.L.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| D.E. SHAW CLAIMS SPV, L.L.C. | TRANSFEROR: D.E. SHAW VALENCE PORTFOLIOS, L.L.C. ATTN: GENERAL COUNSEL 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| D.E. SHAW VALENCE PORTFOLIOS, L.L.C. | ATTN: BRANDON BAER 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| D.E. SHAW VALENCE PORTFOLIOS, L.L.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DEUTSCHE BANK AG LONDON BRANCH | ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON  EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON  EC2M 3XD UNITED KINGDOM |
| GENERALI VIE | C/O SEWARD & KISSEL LLP ATTN: CAROLYN FREDERICK, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE ASSET MGMT BANQUE SA ATTN: RICK CANONICO 200 WEST STREET NEW YORK NY 10282 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALEPPA FUNDING I LLC ATTN: SUSAN MCNAMARA ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: GENERALI VIE 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND |
| MPC MUENCHMEYER PETERSEN CAPITAL AG | TRANSFEROR: SCM KORNPASS AG DR. KARSTEN MARKWARDT PALMAILLE 67 D-22767 HAMBURG   GERMANY |
| SCM KORNPASS AG | TRANSFEROR: WUTTIG, GUNTER AM ALTBERG 1-3 79280 AU   GERMANY |
| SILVER POINT CAPITAL FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SOCIETE GENERALE ASSET MGMT BANQUE SA | C/O SOCIETE GENERALE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE ASSET MGMT BANQUE SA | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: D.E. SHAW CLAIMS SPV, L.L.C. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: D.E. SHAW VALENCE PORTFOLIOS, L.L.C. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| WELLS FARGO & COMPANY | (SUCCESSOR TO WACHOVIA CORPORATION) 550 CALIFORNIA STREET, 12TH FLOOR, SUITE 1200 SAN FRANCISCO CA 94104 |
| WELLS FARGO & COMPANY | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO & COMPANY | ATTN: REBECCA HENDERSON SOUTH COLLEGE STREET, SUITE 3000 MAC D1053-300 CHARLOTTE NC 28288 |
| WUTTIG, GUNTER | LEDERGASSE 23 LAUFENBURG  D-79725 GERMANY |

Total Number of Records Printed            36