UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                :
:
-----------------------------------------------------------------x    Ref. Docket Nos. 12824, 19612,
19964, 20264, 20309, 20381, 20398,
20400, 20403, 20407, 20520, 20524,
20525, 20572, 20573, 20576, 20577-
20579, 20581

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 6, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
7th day of October, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                            | Chapter 11 Case No.
                                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,           | 08-13555 (JMP)
                                                 |
                                                 | (Jointly Administered)
            Debtors.                             |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ARCHON BAY CAPITAL, LLC
              TRANSFEROR: TRILOGY LEASING CO LLC
              P.O. BOX 14610
              ATTN: CLAIMS PROCESSING DEPT
              SURFSIDE BEACH SC 29587

Please note that your schedule in the above referenced case and in the amount of
        $42,103.00          has been transferred **(unless previously expunged by court order)**

              RESTORATION HOLDINGS LTD
              TRANSFEROR: ARCHON BAY CAPITAL, LLC
              ATTN: CLAIMS PROCESSING (BANKRUPTCY)
              325 GREENWICH AVE - 3RD FLOOR
              GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 19964     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/06/2011                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 6, 2011.

# EXHIBIT B

```
TIME: 19:09:15                                        LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 10/06/11                                            CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALANDSBANKEN SVERIGE AB (PUBL) | ATTN: OPERATIONS, STUREPLAN 19 STOCKHOLM 107 81 SWEDEN |
| ALANDSBANKEN SVERIGE AB (PUBL) | NINA E. ANDERSSON-WILLARD, ESQ. BROWN RUDNICK LLP ONE FINANCIAL CENTER BOSTON MA 02111 |
| ARCHON BAY CAPITAL, LLC | TRANSFEROR: TRILOGY LEASING CO LLC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587 |
| BANCAPERTA S.P.A. | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: CINZIA GERNA VIA RAGAZZI DEL 99, 12 SONDRIO (SO)   23100 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: CLARIDEN LEU LTD ATTN: DANIEL CROWLEY; DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE (FRANCE) ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE (UK) LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | CAJA DE AHORROS DE SALAMANCA Y SORIO ATTN: MS. ELENA MERINO & MS. ELENA COLLADO CALLE JULIAN CAMARILLO 29 B, 4A PLANTA MADRID  28037 SPAIN |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | ATTN: MS. ELENA MERINO / MS. ELENA COLLADO CALLE VILLAMAGNA 6, 3*PLANTA MADRID  28001 SPAIN |
| CERBERUS SERIES FOUR HOLDINGS, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: PHILIP LINDENBAUM 299 PARK AVENUE NEW YORK NY 10171 |
| CHANG HWA COMMERCIAL BANK, LTD. OFFSHORE BANKING BRANCH | 5F, SEC. 2, CHUNG SHAN ROAD 886 2 2523 1650 ATTN: SYLVIA CHUNG TAIPEI    TAIWAN, PROVINCE OF CHINA |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. | ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: CITIBANK, N.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CLARIDEN LEU LTD | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CLARIDEN LEU LTD | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (FRANCE) | 25, AVENUE KLEBER PARIS CEDEX 16  75784 FRANCE |
| CREDIT SUISSE (FRANCE) | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (FRANCE) | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (UK) LIMITED | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (UK) LIMITED | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK #05-02 SINGAPORE  039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG LONDON BRANCH | ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON  EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CAJA DE AHORROS DE SALAMANCA Y SORIA ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CERBERUS SERIES FOUR HOLDINGS, LLC ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CLARIDEN LEU LTD ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE (UK) LIMITED ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MBIA INC. ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO  20121 ITALY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHANG HWA COMMERCIAL BANK, LTD. OFFSHORE BANKING BRANCH C/O SUSAN MCNAMARA JPMORGAN LEGAL DEPARTMENT MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005-1401 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: RED RIVER HYPI, L.P. (#2603) ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| LATAJ GROUP LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MBIA INC. | ATTN: CHRIS MOROS 113 KING STREET ARMONK NY 10504 |
| MBIA INC. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD. - HONG KONG BRANCH | C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD. - HONG KONG BRANCH | DAVID CHEN SUITE 2201, 22/F, PRUDENTIAL TOWER THE GATEWAY, HARBOR CITY 21 CANTON ROAD TSIMSHATSUI KOWLOON    HONG KONG |
| RBS SECURITIES INC. | TRANSFEROR: ALANDSBANKEN SVERIGE AB (PUBL) ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| RED RIVER HYPI, L.P. (#2603) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RED RIVER HYPI, L.P. (#2603) | ATTN: RICHARD LEBRUN 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| RESTORATION HOLDINGS LTD | TRANSFEROR: ARCHON BAY CAPITAL, LLC ATTN: CLAIMS PROCESSING (BANKRUPTCY) 325 GREENWICH AVE - 3RD FLOOR GREENWICH CT 06830 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 19:09:15                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 10/06/11                                            CREDITOR LISTING

Name                                    Address
SC LOWY PRIMARY INVESTMENTS, LTD.       TRANSFEROR: MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD. - HONG KONG B C/O SC LOWY ASSET MANAGEMENT (HK) LTD. ATTN: STEVE LYONS
                                        SUITE 1403, 14/F NINE QUEEN'S ROAD
SILVER POINT CAPITAL FUND, L.P.         ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.         TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: FREDERICK H. FOGEL C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                        GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER    ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER    TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: FREDERICK H. FOGEL C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                              GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER    TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: FREDERICK H. FOGEL C/O SILVER POINT CAPITAL, L.P. GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                              NEW YORK NY 06830


Total Number of Records Printed         53
```

EPIQ BANKRUPTCY SOLUTIONS, LLC