Edward A. Friedman
William P. Weintraub
Anne E. Beaumont
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York 10036-6516
Telephone:   (212) 833-1100
E-mails:   efriedman@fklaw.com
             wweintraub@fklaw.com
             abeaumont@fklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                            :   Chapter 11
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   Case No. 08-13555 (JMP)
                                                  :
                              Debtors.            :   (Jointly Administered)
---------------------------------------------------------------x

## VERIFIED STATEMENT OF FRIEDMAN KAPLAN SEILER & ADELMAN LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Friedman Kaplan Seiler & Adelman LLP ("Friedman Kaplan") hereby makes the following verified statement ("Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure in connection with the above-captioned Chapter 11 cases (the "Cases") of Lehman Brothers Holdings Inc. and its debtor affiliates (together, the "Debtors") and respectfully states as follows:

1.   As of the date hereof, Friedman Kaplan represents in the Cases the creditors listed on Exhibit A hereto (together, the "Represented Parties"). Friedman Kaplan will supplement this statement as necessary.

2.   Each of the Represented Parties may hold, whether directly or indirectly, claims against and/or interests in certain of the Debtors arising out of agreements with certain of the Debtors, in law or equity. The specific nature and amount of these claims and/or interests have not

1039837.1

yet been finally determined and may be set forth in proofs of claim or interest filed or to be filed in the Cases.

3. Each of the Represented Parties separately requested that Freidman Kaplan represent them in connection with the Cases.

4. The undersigned hereby certifies that this Statement is true and accurate, to the best of the undersigned's knowledge and belief. Friedman Kaplan reserves the right to amend this Statement as necessary and will promptly supplement this Statement to the extent any material changes occur in the facts set forth herein or if it is retained by additional parties to represent them in the Debtors' chapter 11 cases.

Dated: New York, New York
October 6, 2011

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

_____
Edward A. Friedman
William P. Weintraub
Anne E. Beaumont
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100
efriedman@fklaw.com
wweintraub@fklaw.com
abeaumont@fklaw.com

1039837.1                                           2

## EXHIBIT A

1. Boultbee (Helsinki) AB & Boultbee (Västerås) AB
   c/o Lee Roberts
   Boultbee Construction Limited
   Cadogan Pier
   Chelsea Embankment
   London
   SW3 5RQ
   United Kingdom

2. Lazard Frères & Co. LLC
   30 Rockefeller Plaza
   New York, NY 10112-6300