United States Bankruptcy Court for the [Select Jurisdiction]

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc., Case No. 08-13555 |
|---|---|
| Creditor Name and Address: | HSBC Bank USA, National Association<br>10 East 40th Street<br>New York, NY  10016 |
| Court Claim Number (if known): | 15934 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | $396,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/7/2011

Print Name: Patrick E. Fitzmaurice

Title (if applicable): Attorney for Claimant

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title,** if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

From: (212) 768-6700
Patrick Fitzmaurice
SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020

Origin ID: QNYA

FedEx Express

J11201108050225

SHIP TO: (646) 282-2500     BILL SENDER
Lehman Brothers HoldingClaimsProce
Epiq Bankruptcy Solutions, LLC
757 3rd Ave Ste 302

New York, NY 10017

Ship Date: 07OCT11
ActWgt: 1.0 LB
CAD: 5772073/WBUS0200

Delivery Address Bar Code

Ref # 10020455-0001.495
Invoice #
PO #
Dept #



OCT 10 2011

MON - 10 OCT  A1
PRIORITY OVERNIGHT

TRK# 7952 7017 4922
0201

SB OGSA

10017
NY-US
EWR

----- FOLD on this line and place in shipping pouch with **bar code and delivery address** visible -----

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.