**VINSON & ELKINS LLP**
Dov Kleiner
Lance Mulhern
666 5th Avenue
New York, New York 10103
Telephone: (212) 237-0000
Facsimile: (212) 237-0010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al* | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY SHINSEI BANK, LIMITED

PLEASE TAKE NOTICE that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Shinsei Bank, Limited hereby withdraws its proof of claim against Lehman Brothers Holdings Inc., numbered 60869, with prejudice and requests that the claims register be updated to reflects its withdraw of claim.

Dated: New York, New York
October 10, 2011

/s/ Dov Kleiner

Dov Kleiner