UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
                              Debtors.                             :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., 08-13555 |
|---|---|
| Creditor Name and Address: | Kleinwort Benson (Channel Islands) Limited<br>PO Box 76<br>Wests Centre<br>St. Helier<br>Jersey JE4 8PQ |
| Claim Number (if known): | 67452 |
| Date Claim Filed: | April 7, 2011 |
| Total Amount of Claim Filed: | $1,832,218 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Director |
|---|---|
| Printed Name: JIM FREELAND | Dated: 27 September 2011 |

US_ACTIVE:¥43688447¥01¥58399.0008