WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                       Debtors.                              :    (Jointly Administered)
                                                             :
                                                             :
-------------------------------------------------------------x
```

# NOTICE OF WITHDRAWAL OF DEBTORS'
# ONE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION
# TO CLAIMS (DUPLICATIVE LPS CLAIMS) AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") are withdrawing without prejudice their One Hundred Eighty-First Omnibus Objection to Claims (Duplicative LPS Claims), ECF. No. 19397, solely with respect to the claim listed on Exhibit A annexed hereto. The Debtors reserve their rights to

object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated: October 10, 2011
      New York, New York

                        /s/ Robert J. Lemons
                        Robert J. Lemons

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| CLAIMANT NAME | CLAIM NUMBER |
|---|---|
| Katsumi Tada<br>C/O Shinsei Bank Limited<br>Attn: Akira Oishi, Deputy General Manager, Wealth Management Division<br>1-8 Inchisaiwaicho 2 Chome<br>Chiyoda Ku<br>Tokyo, 100-8501<br>Japan | 60870 |