# EXHIBIT C

# In The Matter Of:

*LEHMAN BROTHERS HOLDINGS INC., et al.*

*LEVENTHAL, SHARI D. - Vol. 1*
*August 18, 2011*

# *HIGHLY CONFIDENTIAL INFORMATION GOVERNED BYPROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D.  LEVENTHAL - 8/18/2011

Page 1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------x
In re:
                                : Chapter 11
LEHMAN BROTHERS HOLDINGS
INC., et al.                    : Case No.

     Debtors                    : 08-13555(JMP)
---------------------------x
LEHMAN BROTHERS HOLDINGS        :
INC., and OFFICIAL
COMMITTEE OF UNSECURED          :
CREDITORS OF LEHMAN
BROTHERS HOLDINGS INC.,         : Adversary
et al.,
                                : Proceeding No.
     Plaintiff and
     Plaintiff Intervenor,      : 10-03266(JMP)

vs.                             :

JPMORGAN CHASE BANK, N.A.,      :

       Defendant.               :
---------------------------x

                    August 18, 2011
                    9:05  a.m.

    HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY

              PROTECTIVE ORDER

    Video Deposition of SHARI D. LEVENTHAL,

held at the FEDERAL RESERVE BANK OF NEW YORK,

33 Liberty Street, New York, New York, before

Frank J. Bas, a Registered Professional

Reporter and Notary Public of the State of New

York.

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 127

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL - S. LEVENTHAL | |
| 2 | paragraph 13. | 11:30:19 |
| 3 | Q. We'll get a little bit more | 11:30:20 |
| 4 | into the actual discussions, but just, who | 11:30:22 |
| 5 | at -- at JPMorgan or representing JPMorgan | 11:30:26 |
| 6 | have you had discussions with about their view | 11:30:29 |
| 7 | on this $15.8 billion repo issue? | 11:30:33 |
| 8 | A. Steve Cutler. Um, people from | 11:30:36 |
| 9 | Wachtell. I'm not going to try to remember | 11:30:40 |
| 10 | everyone who was involved. And some | 11:30:42 |
| 11 | operations people from Chase. And, again, I'm | 11:30:45 |
| 12 | not going to -- I'm not great with names, so I | 11:30:47 |
| 13 | am not going to try to remember them. | 11:30:49 |
| 14 | Q. Now, based on your | 11:30:51 |
| 15 | conversations that you have subsequently had | 11:30:54 |
| 16 | with Chase, what do you think Chase thought | 11:30:55 |
| 17 | was the issue that it was discussing on -- of | 11:30:59 |
| 18 | a dispute with Barclays on the 21st? | 11:31:03 |
| 19 | A. I am not going to speak for | 11:31:05 |
| 20 | what Chase thought it was discussing. I don't | 11:31:07 |
| 21 | know. I can tell you what my recollection is | 11:31:09 |
| 22 | and conversations that I had with Chase after | 11:31:12 |
| 23 | the fact. I don't know what they thought on | 11:31:13 |
| 24 | the 21st. | 11:31:15 |
| 25 | Q. What do you now know is Chase's | 11:31:16 |

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 128

```
 1        HIGHLY CONFIDENTIAL - S. LEVENTHAL
 2   $15.8 billion issue that it was disputing with        11:31:22
 3   Barclays?                                              11:31:27
 4        A.   Well, in the time period after,              11:31:28
 5   once Barclays learned that it didn't have the          11:31:31
 6   7 billion in its account, the issue became             11:31:33
 7   Chase had taken the 7 billion out of the               11:31:36
 8   account, because it had been under the                 11:31:38
 9   impression that Barclays was going to assume           11:31:40
10   all of the lending to Lehman, which included          11:31:42
11   the, um, 15.8 billion that Barclays had funded        11:31:47
12   on the night of the 17th, I believe, and              11:31:51
13   Barclays in fact didn't do that, which left           11:31:54
14   Chase with that $15.8 billion repo, because           11:31:57
15   Chase unwound and had it intraday on the 18th,        11:32:00
16   and then they ended up having it, still.              11:32:04
17             So Chase was upset about that,              11:32:06
18   because they felt that Barclays had committed         11:32:08
19   that they were going to take the exposure.            11:32:11
20             And Barclays was upset that                 11:32:16
21   Chase had taken what it viewed as its $7              11:32:18
22   billion.                                              11:32:23
23        Q.   At any time that anybody from               11:32:23
24   JPMorgan has described this dispute to you,           11:32:27
25   has JPMorgan ever blamed it on anyone from            11:32:30
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 129

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL - S. LEVENTHAL | |
| 2 | Lehman Brothers? | 11:32:33 |
| 3 | A. Not that I recall. | 11:32:33 |
| 4 | Q. In fact, has JPMorgan ever | 11:32:35 |
| 5 | mentioned anyone related to Lehman Brothers in | 11:32:37 |
| 6 | relation to any dispute regarding the $15.8 | 11:32:40 |
| 7 | billion repo? | 11:32:44 |
| 8 | A. I could recall that there were | 11:32:45 |
| 9 | some discussions about the operational issues | 11:32:49 |
| 10 | that took place on the night of the 18th, and | 11:32:51 |
| 11 | there were some discussions about whether -- | 11:32:54 |
| 12 | who from Lehman was involved in those | 11:32:55 |
| 13 | operational issues. | 11:32:57 |
| 14 | Q. And which operational issues do | 11:32:58 |
| 15 | you recall ever being associated with anyone | 11:33:01 |
| 16 | from Lehman Brothers? | 11:33:03 |
| 17 | A. The transfer of collateral. | 11:33:04 |
| 18 | Q. Meaning that certain collateral | 11:33:07 |
| 19 | did not sufficiently get transferred -- when | 11:33:10 |
| 20 | Barclays was taking over the Fed, didn't get | 11:33:13 |
| 21 | transferred over to Barclays? | 11:33:15 |
| 22 | A. Right -- | 11:33:16 |
| 23 | MR. WOLINSKY: Objection. | 11:33:17 |
| 24 | A. Well, there were just issues | 11:33:18 |
| 25 | with the movement of the collateral, and since | 11:33:19 |

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 135

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL - S. LEVENTHAL | |
| 2 | Q. Yeah, when it was talking to | 11:38:38 |
| 3 | you about this dispute, you -- | 11:38:39 |
| 4 | A. My recollection is that it | 11:38:41 |
| 5 | indicated that Barclays had made certain | 11:38:43 |
| 6 | commitments, but I don't know in what form or | 11:38:45 |
| 7 | how. | 11:38:47 |
| 8 | Q. Did JPMorgan ever tell you who | 11:38:48 |
| 9 | in fact told them or communicated to JPMorgan | 11:38:51 |
| 10 | that Barclays was going to continue the | 11:38:55 |
| 11 | financing on the next day? | 11:38:57 |
| 12 | A. No, they didn't tell me who. | 11:38:58 |
| 13 | Q. Do you remember JPMorgan ever | 11:39:00 |
| 14 | telling you that someone from Lehman had | 11:39:01 |
| 15 | caused JPMorgan to believe that Barclays was | 11:39:05 |
| 16 | going to continue financing? | 11:39:07 |
| 17 | A. No, I don't recall that. | 11:39:09 |
| 18 | Q. What about after the services | 11:39:17 |
| 19 | and settlement agreement is executed? You do | 11:39:19 |
| 20 | have discussions with Barclays and JPMorgan, | 11:39:22 |
| 21 | you know, about settling the issues, right? | 11:39:24 |
| 22 | A. Mm-hmm. | 11:39:26 |
| 23 | Q. Did -- do you ever remember a | 11:39:26 |
| 24 | time of Barclays taking the position that any | 11:39:31 |
| 25 | dispute related to the $15.8 billion repo had | 11:39:35 |

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 137

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL - S. LEVENTHAL | |
| 2 | started this process of the Fed attempting to | 11:40:42 |
| 3 | mediate this dispute between Lehman and -- | 11:40:44 |
| 4 | not between Lehman -- between Chase and | 11:40:48 |
| 5 | Barclays. | 11:40:51 |
| 6 | Q.   Do you remember when you | 11:40:51 |
| 7 | received information from Mr. Hughes about | 11:40:54 |
| 8 | Barclays realizing that $7 billion wasn't in | 11:40:56 |
| 9 | its account? | 11:41:00 |
| 10 | A.   I know it was after the 22nd. | 11:41:00 |
| 11 | I don't recall when. | 11:41:01 |
| 12 | Q.   And do you think that you heard | 11:41:02 |
| 13 | from Mr. Hughes pretty shortly after Barclays | 11:41:04 |
| 14 | did realize the $7 billion wasn't in its | 11:41:08 |
| 15 | account? | 11:41:11 |
| 16 | A.   I think it was relatively soon | 11:41:12 |
| 17 | after he -- they learned it, yes.  I'm sorry. | 11:41:13 |
| 18 | I think it was relatively soon after they | 11:41:20 |
| 19 | learned it. | 11:41:21 |
| 20 | Q.   And what did you do when you | 11:41:24 |
| 21 | heard this from Mr. Hughes? | 11:41:26 |
| 22 | A.   As I said, it started a process | 11:41:28 |
| 23 | of mediating the dispute.  I recall we reached | 11:41:33 |
| 24 | out to Chase to try to understand their | 11:41:36 |
| 25 | position.  There was some back and forth.  I | 11:41:38 |

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 139

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL - S. LEVENTHAL | |
| 2 | securities were worth far less than the amount | 11:43:01 |
| 3 | that they had extended, than the credit they | 11:43:04 |
| 4 | had extended. | 11:43:09 |
| 5 | Q.    So did Chase ever express to | 11:43:09 |
| 6 | you that they believed Barclays' actions had | 11:43:12 |
| 7 | caused JPMorgan to be exposed to the amount of | 11:43:17 |
| 8 | the deficiency between the loan amount and the | 11:43:20 |
| 9 | security value? | 11:43:24 |
| 10 | A.    Yeah, I think that's fairly | 11:43:24 |
| 11 | accurate. | 11:43:27 |
| 12 | Q.    Did JPMorgan ever express a | 11:43:27 |
| 13 | position that Lehman Brothers was in any way | 11:43:32 |
| 14 | the cause of this deficiency in the value of | 11:43:36 |
| 15 | the securities versus the loan amount? | 11:43:43 |
| 16 | A.    Not that I recall. | 11:43:45 |
| 17 | Q.    And did anyone from JPMorgan | 11:43:45 |
| 18 | ever blame any particular person at Barclays | 11:43:49 |
| 19 | for creating that exposure? | 11:43:52 |
| 20 | A.    No. Not that I recall. | 11:43:54 |
| 21 | Q.    And again, did they ever -- I | 11:43:55 |
| 22 | think you answered -- but ever name any | 11:43:58 |
| 23 | individual who had made a commitment or -- | 11:44:00 |
| 24 | from Barclays -- or caused them to think that | 11:44:03 |
| 25 | Barclays was going to continue that financing? | 11:44:06 |

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 146

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL - S. LEVENTHAL | |
| 2 | sound right? | 11:50:15 |
| 3 | A.   I'm not sure. | 11:50:15 |
| 4 | Q.   Okay. Let me understand just | 11:50:19 |
| 5 | the scope from a -- you know, a metaview of | 11:50:27 |
| 6 | where kind of it goes from here. | 11:50:30 |
| 7 | So at some point the parties | 11:50:33 |
| 8 | ask you and the Fed to work in some sort of | 11:50:35 |
| 9 | kind of mediation context on their dispute, is | 11:50:39 |
| 10 | that right? | 11:50:42 |
| 11 | A.   Yeah. | 11:50:42 |
| 12 | Just to clarify going back. | 11:50:43 |
| 13 | What I think now is that -- looking at this I | 11:50:46 |
| 14 | am trying to trigger my memory, but I think | 11:50:49 |
| 15 | the idea was Chase knew it had the 7 billion, | 11:50:51 |
| 16 | so to Chase I think the consideration, so to | 11:50:54 |
| 17 | speak, was dismissal of the lawsuit plus it | 11:50:57 |
| 18 | had the 7 billion in Lehman's -- in LBI's | 11:50:59 |
| 19 | account. Barclays thought it was keeping the | 11:51:02 |
| 20 | 7 billion, so it thought that the only | 11:51:04 |
| 21 | consideration, I believe, was the dismissal of | 11:51:06 |
| 22 | the lawsuit. So that's where the problem was. | 11:51:09 |
| 23 | But anyway, um -- okay. So now | 11:51:14 |
| 24 | you were saying? | 11:51:16 |
| 25 | Q.   Luckily we have a transcript. | 11:51:17 |

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 189

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL - S. LEVENTHAL | |
| 2 | Q. Throughout this whole time | 13:21:04 |
| 3 | period of fall 2008 did anybody ever discuss | 13:21:06 |
| 4 | an LBHI guaranty? And meaning a guaranty that | 13:21:08 |
| 5 | LBHI had executed with JPMorgan prior to the | 13:21:13 |
| 6 | bankruptcy. | 13:21:18 |
| 7 | A. When? | 13:21:19 |
| 8 | MR. WOLINSKY: Just can we | 13:21:20 |
| 9 | clarify on your calendar, the first day of | 13:21:21 |
| 10 | autumn is September 22. | 13:21:22 |
| 11 | MS. TAGGART: Fair enough. All | 13:21:25 |
| 12 | right. So maybe "fall" isn't the good word to | 13:21:26 |
| 13 | say. Okay. | 13:21:30 |
| 14 | BY MS. TAGGART: | 13:21:30 |
| 15 | Q. Let's just open it as big as | 13:21:30 |
| 16 | possible. | 13:21:32 |
| 17 | Have you ever discussed with | 13:21:33 |
| 18 | anybody anything related to a guaranty that | 13:21:34 |
| 19 | LBHI executed with JPMorgan prior to the | 13:21:39 |
| 20 | Lehman bankruptcy? | 13:21:44 |
| 21 | A. As I think I said earlier, it | 13:21:46 |
| 22 | may have come up in the course of the week of | 13:21:49 |
| 23 | the 15th, but I don't recall. | 13:21:51 |
| 24 | Q. Throughout the negotiations | 13:21:53 |
| 25 | about this dispute did anyone from JPMorgan | 13:21:55 |

Merrill Corporation - New York
1-800-325-3376                           www.merrillcorp.com/law

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 190

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL - S. LEVENTHAL | |
| 2 | ever express, in sum and in substance, that | 13:21:58 |
| 3 | the exposures that resulted from this $15.8 | 13:22:02 |
| 4 | billion repo were guaranteed, and so would be | 13:22:07 |
| 5 | paid eventually by LBHI? | 13:22:09 |
| 6 | A.   I don't recall that. | 13:22:11 |
| 7 | Q.   What about from Barclays; did | 13:22:12 |
| 8 | anybody from Barclays ever say, in sum or | 13:22:15 |
| 9 | substance, you know, don't come after us | 13:22:18 |
| 10 | because you're going to be able to get your | 13:22:21 |
| 11 | money from LBHI pursuant to a guaranty? | 13:22:22 |
| 12 | A.   I don't recall.  It may have | 13:22:25 |
| 13 | happened, but I don't recall. | 13:22:27 |
| 14 | Q.   In any way, did the LBHI | 13:22:27 |
| 15 | prebankruptcy guaranty with JPMorgan have any | 13:22:33 |
| 16 | impact on that settlement negotiation? | 13:22:36 |
| 17 | A.   I don't recall it. | 13:22:38 |
| 18 | Q.   Did you personally ever form an | 13:22:42 |
| 19 | opinion about whether JPMorgan's concerns | 13:22:52 |
| 20 | about Barclays not fulfilling its commitment | 13:22:56 |
| 21 | was right or wrong? | 13:22:58 |
| 22 | MR. WOLINSKY:  Objection. | 13:23:00 |
| 23 | MR. GUNTON:  Objection.  Can | 13:23:02 |
| 24 | you clarify "commitment"? | 13:23:02 |
| 25 | BY MS. TAGGART: | 13:23:05 |

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 292

```
 1              HIGHLY CONFIDENTIAL - S. LEVENTHAL
 2                  THE VIDEO OPERATOR:  This               16:07:42
 3    concludes today's videotaped deposition.  The         16:07:43
 4    time is currently 4:07 p.m.  This is going to         16:07:45
 5    be the end of Tape 3 of 3.  We are now off the        16:07:48
 6    record.                                               16:07:50
 7                       ---                                16:07:50
 8              (Time noted:  4:07 p.m.)
 9
10                  _____
11                  SHARI D. LEVENTHAL
12
13    Sworn and subscribed to before
14    me, this _____day
15    of _____, 2011,
16    in the jurisdiction aforesaid.
17
18    _____
19        NOTARY PUBLIC
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 293

```
 1
 2                        ***
 3      ACKNOWLEDGMENT OF DEPONENT
 4   I,_____, do hereby
 5   acknowledge that I have read and examined the
 6   foregoing testimony, and the same is a true,
 7   correct and complete transcription of the
 8   testimony given by me, and any corrections
 9   appear on the attached Errata sheet signed by
10   me.
11
12
13
14
15   _____   _____
16   (DATE)                 (SIGNATURE)
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 294

```
 1
 2                C E R T I F I C A T E
 3     STATE OF NEW YORK       )
 4                             ) ss:
 5     COUNTY OF NEW YORK      )
 6
 7            I, FRANK J. BAS, a Registered
 8     Professional Reporter and Notary Public within
 9     and for the State of New York, do hereby
10     certify:
11            That SHARI D. LEVENTHAL, the witness
12     whose testimony is hereinbefore set forth, was
13     duly sworn by me and that such testimony given
14     by the witness was taken down stenographically
15     by me and then transcribed.
16            I further certify that I am not
17     related by blood or marriage, to any of the
18     parties in this matter and that I am in no way
19     interested in the outcome of this matter.
20            IN WITNESS WHEREOF, I have hereunto
21     set my hand this 18th of August, 2011.
22
23                        FRANK J. BAS, RPR
24
25
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 295

```
 1

 2     STATE OF NEW YORK  )
                          ss:
 3     COUNTY OF NEW YORK )
           I wish to make the following
 4     changes, for the following reasons:

 5     PAGE    LINE(S)    CHANGE              REASON

 6     ____|_____|_____|_____

 7     ____|_____|_____|_____

 8     ____|_____|_____|_____

 9     ____|_____|_____|_____

10     ____|_____|_____|_____

11     ____|_____|_____|_____

12     ____|_____|_____|_____

13     ____|_____|_____|_____

14     ____|_____|_____|_____

15     ____|_____|_____|_____

16     ____|_____|_____|_____

17     ____|_____|_____|_____

18     ____|_____|_____|_____

19     ____|_____|_____|_____

20     ____|_____|_____|_____

21                      _____
                            SHARI D. LEVENTHAL
22     SUBSCRIBED AND SWORN TO BEFORE ME
       THIS___DAY OF _____, 2011.
23
       _____    _____
24      (NOTARY PUBLIC)        MY COMMISSION EXPIRES:

25
```