# EXHIBIT E

# In The Matter Of:

## *IN RE: LEHMAN BROTHERS HOLDINGS INC., ET. AL.*

---

## *JOHN COSTANGO - Vol. 1*
### *June 7, 2011*

---

# *HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER*

**MERRILL CORPORATION**

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

JOHN COSTANGO - 6/7/2011

```
UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------x
In re:                    :  Chapter 11
LEHMAN BROTHERS HOLDINGS
INC., et al.              :  Case No.

     Debtors              :
                             08-13555(JMP)
------------------------x
LEHMAN BROTHERS HOLDINGS   :
INC., and OFFICIAL
COMMITTEE OF UNSECURED     :
CREDITORS OF LEHMAN
BROTHERS HOLDINGS INC.,    :  Adversary
et al.,
                          :  Proceeding No.
     Plaintiff and
     Plaintiff Intervenor,:  10-03266(JMP)

vs.                        :

JP MORGAN CHASE BANK, N.A.,:
          Defendant.      :
------------------------x
     HIGHLY CONFIDENTIAL INFORMATION
     GOVERNED BY PROTECTIVE ORDER

                    June 7, 2011
                    9:31 a.m.
```

     Videotaped Deposition of JOHN COSTANGO,

held at the offices of Quinn Emanuel Urquhart &

Sullivan, LLP, 51 Madison Avenue, New York, New

York, before TAMMEY M. PASTOR, a Registered

Professional Reporter, Certified LiveNote

Reporter and Notary Public within and for the

State of New York.

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | Q.    We are going to switch gears a | 10:10:33 |
| 3 | little bit.  What is Project Tassimo? | 10:10:48 |
| 4 | A.    Project Tassimo is the project | 10:10:56 |
| 5 | name of a project that I worked on subsequent | 10:10:58 |
| 6 | to the Lehman bankruptcy that generally | 10:11:01 |
| 7 | involved coordinating liquidation of | 10:11:06 |
| 8 | collateral. | 10:11:10 |
| 9 | Q.    Coordinating liquidation of | 10:11:10 |
| 10 | Lehman Brothers collateral? | 10:11:13 |
| 11 | A.    That was my understanding. | 10:11:14 |
| 12 | Q.    Do you know how it got the name | 10:11:17 |
| 13 | Project Tassimo? | 10:11:20 |
| 14 | A.    I do. | 10:11:21 |
| 15 | Q.    How did it get the name project | 10:11:22 |
| 16 | toss? | 10:11:24 |
| 17 | A.    It is James Lansing's coffee | 10:11:24 |
| 18 | maker. | 10:11:26 |
| 19 | Q.    Do you have any understanding why | 10:11:27 |
| 20 | Mr. Lansing named Project Tassimo after his | 10:11:29 |
| 21 | coffee maker? | 10:11:33 |
| 22 | A.    I do not know if he named Project | 10:11:34 |
| 23 | Tassimo. | 10:11:38 |
| 24 | Q.    Do you have any idea how Project | 10:11:38 |
| 25 | Tassimo came to be named after Mr. Lansing's | 10:11:40 |

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | Q.    Prior to Project Tassimo had the | 10:18:08 |
| 3 | special situations group been involved in any | 10:18:19 |
| 4 | projects involving the liquidation of | 10:18:22 |
| 5 | collateral? | 10:18:26 |
| 6 | A.    What do you mean by liquidation | 10:18:29 |
| 7 | of collateral? | 10:18:31 |
| 8 | Q.    Prior to Project Tassimo had the | 10:18:36 |
| 9 | special situations group been involved in any | 10:18:38 |
| 10 | project involving the disposition of collateral | 10:18:42 |
| 11 | held by J.P. Morgan? | 10:18:47 |
| 12 | A.    So that I can answer correctly | 10:18:57 |
| 13 | I'll have to just caveat this by saying I told | 10:19:00 |
| 14 | you earlier I can't remember exactly when the | 10:19:02 |
| 15 | special situations team came into being under | 10:19:04 |
| 16 | that name.  So Brian Chen, Tim Bittel and I did | 10:19:07 |
| 17 | work together on other projects before | 10:19:15 |
| 18 | September 2008.  You know, I can't say with | 10:19:17 |
| 19 | certainty whether or not there was collateral | 10:19:20 |
| 20 | as part of, you know, involved in those | 10:19:23 |
| 21 | projects. | 10:19:25 |
| 22 | We didn't have a project that was | 10:19:25 |
| 23 | specifically oriented around the liquidation of | 10:19:27 |
| 24 | collateral, if that answers your question. | 10:19:30 |
| 25 | Q.    Would you describe Project | 10:19:31 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | A.   I'm not certain.  I would say | 10:25:29 |
| 3 | less than ten. | 10:25:32 |
| 4 | Q.   So probably somewhere between | 10:25:34 |
| 5 | five and ten? | 10:25:35 |
| 6 | A.   I wouldn't want to guess. | 10:25:36 |
| 7 | Q.   Okay.  Do you recall whether the | 10:25:42 |
| 8 | positions that were being traded as part of the | 10:25:44 |
| 9 | BSAM liquidation were very large positions? | 10:25:46 |
| 10 | A.   How do you define large? | 10:25:51 |
| 11 | Q.   Let's start with do you recall | 10:25:53 |
| 12 | about the number of positions that needed to be | 10:25:56 |
| 13 | traded? | 10:25:58 |
| 14 | A.   I'm not certain.  It was less | 10:26:03 |
| 15 | than ten. | 10:26:04 |
| 16 | Q.   Less than ten on a CUSIP basis? | 10:26:05 |
| 17 | A.   I believe so.  Yes. | 10:26:08 |
| 18 | Q.   What types of products were | 10:26:14 |
| 19 | represented in that less than ten CUSIPs in the | 10:26:17 |
| 20 | BSAM liquidation in September 2007? | 10:26:19 |
| 21 | A.   The ones I was involved with were | 10:26:21 |
| 22 | CDOs. | 10:26:23 |
| 23 | Q.   Were there any other type of | 10:26:24 |
| 24 | products besides CDOs in the portfolio? | 10:26:25 |
| 25 | A.   I'm not certain. | 10:26:27 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | September as open posted to October? | 11:02:46 |
| 3 | A.   I believe so. | 11:02:48 |
| 4 | Q.   During that meeting with Mr. | 11:02:51 |
| 5 | Milam did you or Mr. Lansing or anyone else | 11:02:52 |
| 6 | from the special situations group provide any | 11:02:55 |
| 7 | instructions to Mr. Milam regarding how assets | 11:02:56 |
| 8 | that his desk handled should be liquidated as | 11:03:01 |
| 9 | part of Project Tassimo? | 11:03:05 |
| 10 | A.   Yes. | 11:03:08 |
| 11 | Q.   What were those instructions? | 11:03:08 |
| 12 | A.   As I recall there were Mr. | 11:03:09 |
| 13 | Lansing's instructions to Rob Milam.  They were | 11:03:15 |
| 14 | specifically that his traders were to make this | 11:03:20 |
| 15 | a priority.  That this was very important for | 11:03:23 |
| 16 | the firm. | 11:03:26 |
| 17 | That they were to treat TSS pool | 11:03:30 |
| 18 | like a customer.  With one exception.  And that | 11:03:33 |
| 19 | is that they were not to make bid/ask on the | 11:03:38 |
| 20 | trades. | 11:03:41 |
| 21 | Q.   Did Mr. Milam react in any way to | 11:03:52 |
| 22 | those instructions? | 11:03:54 |
| 23 | A.   Yes. | 11:04:06 |
| 24 | Q.   How did he react? | 11:04:07 |
| 25 | A.   Well, I remember him wishing that | 11:04:08 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | he didn't have to do it, but ultimately | 11:04:14 |
| 3 | accepting responsibility and saying that he | 11:04:18 |
| 4 | would make sure his team understood the | 11:04:22 |
| 5 | importance and the objectives. | 11:04:24 |
| 6 | Q.    Did Mr. Milam explain why he | 11:04:27 |
| 7 | wished he didn't have to do it? | 11:04:29 |
| 8 | A.    Because he wasn't going to make | 11:04:30 |
| 9 | any money. | 11:04:32 |
| 10 | Q.    Do you recall any conversations | 11:04:44 |
| 11 | with any other desk heads at J.P. Morgan in or | 11:04:44 |
| 12 | around September, October 2008 where the | 11:04:47 |
| 13 | trader -- scratch that.  Let me start over. | 11:04:54 |
| 14 | Do you recall any other | 11:04:56 |
| 15 | conversations with any traders at J.P. Morgan | 11:04:57 |
| 16 | in or around September, October 2008 where the | 11:04:59 |
| 17 | trader expressed concern about Project Tassimo | 11:05:03 |
| 18 | because they wouldn't make any money? | 11:05:09 |
| 19 | A.    That's the only specific | 11:05:17 |
| 20 | conversation where I remember that.  Although I | 11:05:19 |
| 21 | will tell you that traders like to make money | 11:05:21 |
| 22 | when they trade.  So, I had this discussion | 11:05:26 |
| 23 | with people over time. | 11:05:28 |
| 24 | Q.    Was there any discussion between | 11:05:34 |
| 25 | you and Mr. Lansing about whether it made sense | 11:05:36 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | constituted a profit or a loss. | 11:50:40 |
| 3 | Q.    Do you recall anyone actually | 11:50:44 |
| 4 | asking to have those two numbers compared in a | 11:50:45 |
| 5 | way you just described? | 11:50:48 |
| 6 | A.    I don't recall a specific | 11:50:51 |
| 7 | request.  I recall that we did it.  So I | 11:50:54 |
| 8 | suspect someone asked, but I don't recall | 11:50:57 |
| 9 | specifically. | 11:50:59 |
| 10 | Q.    Did the trading desks involved in | 11:51:03 |
| 11 | trading Tassimo assets book, you know, any gain | 11:51:04 |
| 12 | or loss to their desk as a result of trading | 11:51:10 |
| 13 | Tassimo assets? | 11:51:13 |
| 14 | A.    The general process was that the | 11:51:17 |
| 15 | traders would book two trades, they would book | 11:51:19 |
| 16 | a buy trade and a sell trade.  The price at | 11:51:21 |
| 17 | which they booked the buy and sell trade was | 11:51:24 |
| 18 | the same.  That's unusual because it is not | 11:51:26 |
| 19 | normally how trading desks work.  But that is | 11:51:29 |
| 20 | how they worked in this case. | 11:51:32 |
| 21 | Q.    Were there ever situations where | 11:51:34 |
| 22 | the buy trade and the sell trade were not the | 11:51:35 |
| 23 | same? | 11:51:37 |
| 24 | A.    To my knowledge in situations | 11:51:51 |
| 25 | where there was a buy trade and a sell trade, | 11:51:52 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | Q.     Were there any procedures in | 11:52:55 |
| 3 | place to prevent that from happening? | 11:52:57 |
| 4 | A.     The general instructions were | 11:53:05 |
| 5 | that if you can find a bid in the market and | 11:53:07 |
| 6 | that's a real bid, you can meet or exceed that | 11:53:11 |
| 7 | bid.  You, the trading desk.  If you don't and | 11:53:15 |
| 8 | you hit the bid, then the buy and sell trade | 11:53:18 |
| 9 | needs to be the same.  Those were the general | 11:53:21 |
| 10 | instructions to the traders. | 11:53:23 |
| 11 | Q.     When you say meet or exceed the | 11:53:25 |
| 12 | bid, you mean the J.P. Morgan trading desk | 11:53:27 |
| 13 | could only buy an asset from the Tassimo | 11:53:30 |
| 14 | portfolio to the extent it was buying it at a | 11:53:32 |
| 15 | level that was equal to or higher than bids it | 11:53:35 |
| 16 | received in the market? | 11:53:38 |
| 17 | A.     The instructions were if you go | 11:53:41 |
| 18 | out and you get bids, you can meet or exceed | 11:53:42 |
| 19 | the bid.  If you don't meet or exceed the bid | 11:53:48 |
| 20 | and you think you've got a real bid, then you | 11:53:51 |
| 21 | sell at that price.  There is a buy trade and a | 11:53:53 |
| 22 | sell trade at the same price. | 11:53:55 |
| 23 | Q.     Was there any obligation to seek | 11:53:58 |
| 24 | bids in the marketplace when selling Tassimo | 11:53:59 |
| 25 | assets? | 11:54:03 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | of trade that required that. | 11:56:28 |
| 3 | Q.    Can you remember any of those | 11:56:30 |
| 4 | particular instances? | 11:56:31 |
| 5 | A.    There were instances and I don't | 11:56:46 |
| 6 | remember the specific dates, but instances | 11:56:48 |
| 7 | where people would offer a fraction of a cent | 11:56:50 |
| 8 | for an asset.  Saying it was illiquid.  It was | 11:56:54 |
| 9 | small.  No one really wanted it or whatever. | 11:56:58 |
| 10 | But the trading desk would take it in at a | 11:57:01 |
| 11 | fraction of a cent. | 11:57:03 |
| 12 | At some point in time I agreed | 11:57:05 |
| 13 | with James Lansing that such bids were probably | 11:57:10 |
| 14 | best left not taken.  And we would just tell | 11:57:14 |
| 15 | people, you know, this is too small, we just | 11:57:19 |
| 16 | won't do it. | 11:57:22 |
| 17 | Q.    When you say people offer a | 11:57:24 |
| 18 | fraction of a cent, are you referring to bids | 11:57:25 |
| 19 | external to J.P. Morgan? | 11:57:28 |
| 20 | A.    I'm referring to bids generally. | 11:57:31 |
| 21 | They could have been external to J.P. Morgan. | 11:57:33 |
| 22 | They could have been the trading desk. | 11:57:35 |
| 23 | Q.    When you say we took them in, do | 11:57:37 |
| 24 | you mean to say that J.P. Morgan itself | 11:57:43 |
| 25 | purchased assets at a fraction of a cent? | 11:57:45 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | accept them. | 11:58:35 |
| 3 | Q.    Would you accept a bid of a | 11:58:36 |
| 4 | single cent? | 11:58:37 |
| 5 | A.    As I recall sitting here today a | 11:58:39 |
| 6 | single cent was our cut off.  But whether that | 11:58:41 |
| 7 | actually happened or not, I don't remember. | 11:58:44 |
| 8 | Q.    Did TSS for lack of a better | 11:58:46 |
| 9 | term, pay the trading desks to move the Tassimo | 11:58:58 |
| 10 | assets? | 11:59:01 |
| 11 | A.    No. | 11:59:04 |
| 12 | Q.    Did the trading desk use a rate | 11:59:06 |
| 13 | card when trading Tassimo assets? | 11:59:08 |
| 14 | A.    Excuse me? | 11:59:11 |
| 15 | Q.    Did the trading desk use a rate | 11:59:12 |
| 16 | card or anything like that when trading Tassimo | 11:59:15 |
| 17 | assets? | 11:59:17 |
| 18 | A.    I don't know what a rate card is. | 11:59:17 |
| 19 | Q.    We talked a little bit earlier | 11:59:25 |
| 20 | about bid/asks in the context of Tassimo, do | 11:59:27 |
| 21 | you remember that? | 11:59:30 |
| 22 | A.    Yes. | 11:59:30 |
| 23 | Q.    I think you testified, but, | 11:59:30 |
| 24 | correct me if I'm wrong, that there was | 11:59:37 |
| 25 | instruction from Mr. Zames that traders trading | 11:59:38 |

JOHN COSTANGO - 6/7/2011

Page 112

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | Tassimo assets should not take a bid/ask on | 11:59:42 |
| 3 | those assets; is that correct? | 11:59:45 |
| 4 | A.   It was certainly something to | 11:59:47 |
| 5 | that effect.  I don't remember his exact words. | 11:59:49 |
| 6 | Q.   Could you just describe for me a | 11:59:51 |
| 7 | little bit about how that's different from | 11:59:52 |
| 8 | normal? | 11:59:54 |
| 9 | A.   Sure.  The way trading businesses | 11:59:58 |
| 10 | work is that there is a buy price and there is | 12:00:00 |
| 11 | a sell price.  And there is typically a | 12:00:02 |
| 12 | difference between the two.  Which is referred | 12:00:05 |
| 13 | to as the spread.  Or the bid/ask. | 12:00:06 |
| 14 | When you have a spread that | 12:00:09 |
| 15 | allows trading desks to make money.  So it is | 12:00:14 |
| 16 | typical for there to be some sort of a spread. | 12:00:19 |
| 17 | The amount of spread varies from asset type to | 12:00:21 |
| 18 | asset type and at different points in the | 12:00:24 |
| 19 | market.  But there typically is some spread. | 12:00:26 |
| 20 | Q.   And typically traders would make | 12:00:34 |
| 21 | money by keeping some of that spread during the | 12:00:36 |
| 22 | trade; correct? | 12:00:40 |
| 23 | A.   Typically they would keep the | 12:00:43 |
| 24 | spread. | 12:00:45 |
| 25 | Q.   Do you know did Mr. Zames ever | 12:00:49 |

JOHN COSTANGO - 6/7/2011

| | |
|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | trade where they're buying from Tassimo and | 12:05:43 |
| 3 | they're selling to the street and there is no | 12:05:47 |
| 4 | bid/ask, I can think of no way in which they | 12:05:49 |
| 5 | would have made money on that trade. | 12:05:51 |
| 6 | Q. Were there any instructions | 12:05:56 |
| 7 | around whether a trader could buy from Tassimo | 12:05:58 |
| 8 | and then sell a short time later at profit? | 12:06:00 |
| 9 | A. Well the instructions were that | 12:06:05 |
| 10 | was not in the spirit of what was to be done. | 12:06:06 |
| 11 | Q. Were you aware of that ever | 12:06:10 |
| 12 | occurring? | 12:06:12 |
| 13 | A. No. Actually let me ask for more | 12:06:12 |
| 14 | specifics before I say no. You said short | 12:06:17 |
| 15 | time. Could you be more specific about short | 12:06:21 |
| 16 | time? | 12:06:22 |
| 17 | Q. Start with same day. | 12:06:26 |
| 18 | A. The instructions were that would | 12:06:27 |
| 19 | not have been in the spirit of the instructions | 12:06:28 |
| 20 | and I know of no instance of that. | 12:06:32 |
| 21 | Q. What about the next day? | 12:06:34 |
| 22 | A. I know of no instance -- let me | 12:06:35 |
| 23 | backup. | 12:06:51 |
| 24 | If a trader would buy a position | 12:06:51 |
| 25 | and there was not a corresponding sell | 12:06:53 |

| | |
|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | position, over time the trader may or may not | 12:06:56 |
| 3 | have been able to sell that bond or that | 12:07:01 |
| 4 | position at a profit or a loss. | 12:07:04 |
| 5 | I actually did not track that. | 12:07:06 |
| 6 | Our team did not track that.  So, to the extent | 12:07:09 |
| 7 | the trader bought the position in and was not | 12:07:12 |
| 8 | able to sell it out, but then could hold it for | 12:07:16 |
| 9 | a period of time on risk, it's possible that | 12:07:19 |
| 10 | they made money or they lost money when they | 12:07:23 |
| 11 | ultimately sold.  I didn't track that. | 12:07:25 |
| 12 | Q.    If a trader took a position on | 12:07:29 |
| 13 | risk, could they take it on risk then sell it | 12:07:31 |
| 14 | the same day? | 12:07:39 |
| 15 | A.    Well that would have been in the | 12:07:40 |
| 16 | spirit of what they were supposed to be doing. | 12:07:42 |
| 17 | Q.    And you're not aware of that ever | 12:07:44 |
| 18 | happening? | 12:07:46 |
| 19 | A.    I'm not aware of that ever | 12:07:46 |
| 20 | happening. | 12:07:47 |
| 21 | Q.    If it wasn't the same day, did | 12:07:48 |
| 22 | your group do anything to track whether a trade | 12:07:50 |
| 23 | where a trader took a Tassimo asset on risk, | 12:07:55 |
| 24 | traded that asset back out again? | 12:07:58 |
| 25 | A.    In the normal course we did not | 12:08:00 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | which the Tassimo project would go forward. | 13:31:14 |
| 3 | Q.    So other than the document that's | 13:31:18 |
| 4 | attached as an exhibit -- attached to the email | 13:31:21 |
| 5 | that's Exhibit Number 3, you're not aware of | 13:31:25 |
| 6 | any other documents that explain the process by | 13:31:29 |
| 7 | which Tassimo project would go forward; is that | 13:31:31 |
| 8 | correct? | 13:31:34 |
| 9 | A.    That's correct. | 13:31:34 |
| 10 | Q.    Prior to your involvement in | 13:31:43 |
| 11 | Project Tassimo, do you know who would have | 13:31:45 |
| 12 | been the primary contact person for traders | 13:31:48 |
| 13 | working off of lists that were sent before you | 13:31:52 |
| 14 | got involved? | 13:31:55 |
| 15 | A.    No. | 13:32:00 |
| 16 | Q.    Is it fair to say that after you | 13:32:02 |
| 17 | got involved you would have been the primary | 13:32:03 |
| 18 | contact person for traders in that regard? | 13:32:05 |
| 19 | A.    My team, members of my team kept, | 13:32:09 |
| 20 | including me would have been the primary | 13:32:16 |
| 21 | contact. | 13:32:18 |
| 22 | Q.    Directing your attention back to | 13:32:23 |
| 23 | the Exhibit Number 3, if you look at the second | 13:32:26 |
| 24 | page of the Exhibit which is the first page of | 13:32:30 |
| 25 | the memorandum that's attached to the email | 13:32:31 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | (Costango Deposition | 15:00:40 |
| 3 | Exhibit 7 for identification, Email String | 15:00:40 |
| 4 | Dated 10/15/08, production numbers | 15:01:15 |
| 5 | JPM-LBHI 01755189.) | 15:01:15 |
| 6 | Q.   What's been marked as Exhibit | 15:01:01 |
| 7 | Number 7 is an email from you to Mr. Lansing | 15:01:03 |
| 8 | dated October 15, 2008.  It bears Bates number | 15:01:09 |
| 9 | on the bottom JPM-LBHI 01755189. | 15:01:14 |
| 10 | Just take a second to read over | 15:01:20 |
| 11 | it.  As soon as you're done let me know. | 15:01:21 |
| 12 | A.   Okay. | 15:01:37 |
| 13 | Q.   Do you recall sending this email | 15:01:38 |
| 14 | to Mr. Lansing on October 15, 2008? | 15:01:39 |
| 15 | A.   No. | 15:01:41 |
| 16 | Q.   Any reason to believe you didn't? | 15:01:45 |
| 17 | A.   No. | 15:01:46 |
| 18 | Q.   Did you commonly send emails like | 15:01:49 |
| 19 | this to Mr. Lansing? | 15:01:51 |
| 20 | A.   Mr. Lansing was my boss.  I tried | 15:01:55 |
| 21 | to keep my boss updated on my activities. | 15:01:58 |
| 22 | Often times we spoke on the phone.  Sometimes | 15:02:00 |
| 23 | we emailed. | 15:02:02 |
| 24 | Q.   You are informing your boss about | 15:02:05 |
| 25 | a number of things in this email.  I am going | 15:02:07 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | to direct your attention to the third item in | 15:02:09 |
| 3 | this list that's numbered that says, | 15:02:12 |
| 4 | "Tassimo-public auction process for select | 15:02:15 |
| 5 | positions." | 15:02:17 |
| 6 | Do you see that? | 15:02:18 |
| 7 | A.   Yes. | 15:02:19 |
| 8 | Q.   Do you have an understanding of | 15:02:21 |
| 9 | what that reference is? | 15:02:22 |
| 10 | A.   Yes. | 15:02:25 |
| 11 | Q.   What does it reference? | 15:02:25 |
| 12 | THE WITNESS:  Am I allowed to talk | 15:02:42 |
| 13 | about this? | 15:02:43 |
| 14 | MR. VIZCARRONDO:   Do know what it | 15:02:56 |
| 15 | references or can you say what it | 15:02:58 |
| 16 | references other than what it says on its | 15:02:59 |
| 17 | face? | 15:03:02 |
| 18 | A.   We were considering a public | 15:03:11 |
| 19 | auction process for some of the positions in | 15:03:12 |
| 20 | the Tassimo pool.  And I wanted to update, I | 15:03:14 |
| 21 | wanted to give him an update on that. | 15:03:18 |
| 22 | Q.   Which positions in the Tassimo | 15:03:20 |
| 23 | pool were you considering a public auction | 15:03:22 |
| 24 | process for? | 15:03:25 |
| 25 | ** DIRECTION NOT TO ANSWER ** | 15:03:25 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | initial meeting that was my first Tassimo | 15:05:55 |
| 3 | discussion period. | 15:05:57 |
| 4 | Q.   Do you recall if it was before or | 15:05:58 |
| 5 | after the 1st of October? | 15:05:59 |
| 6 | A.   I believe it would have been | 15:06:03 |
| 7 | after that initial week.  So probably after the | 15:06:04 |
| 8 | 1st of October. | 15:06:07 |
| 9 | Q.   So some time between the 1st and | 15:06:08 |
| 10 | 15th of October? | 15:06:10 |
| 11 | A.   I don't remember that.  But that | 15:06:14 |
| 12 | would appear to be correct based on the date of | 15:06:15 |
| 13 | this email. | 15:06:17 |
| 14 | Q.   You can't get it any closer than | 15:06:19 |
| 15 | that? Just trying to get as close as I can, I'm | 15:06:20 |
| 16 | not trying to be a pest. | 15:06:24 |
| 17 | A.   I just can't remember. | 15:06:25 |
| 18 | Q.   Fair enough.  Was there ever any | 15:06:26 |
| 19 | effort to publicize the sale of a Tassimo asset | 15:06:38 |
| 20 | to the general public? | 15:06:44 |
| 21 | MR. VIZCARRONDO:   Objection to | 15:06:56 |
| 22 | form. | 15:07:03 |
| 23 | A.   If you mean advertising in The | 15:07:03 |
| 24 | Wall Street Journal, I think no.  But if you | 15:07:06 |
| 25 | want to explain what you mean by general public | 15:07:10 |

JOHN COSTANGO - 6/7/2011

Page 210

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | in some other way, maybe I can answer that | 15:07:12 |
| 3 | also. | 15:07:15 |
| 4 | Q.    No. That was actually the example | 15:07:15 |
| 5 | I had in my notes. | 15:07:17 |
| 6 | A.    Okay.  Then no. | 15:07:18 |
| 7 | Q.    Was there any effort to publicize | 15:07:25 |
| 8 | the sale of any Tassimo asset beyond the | 15:07:27 |
| 9 | community of funds and dealers that typically | 15:07:32 |
| 10 | trade in assets of that type? | 15:07:35 |
| 11 | A.    Yes. | 15:07:39 |
| 12 | Q.    In what way? | 15:07:39 |
| 13 | A.    Some of the securities were sold | 15:07:42 |
| 14 | through a, some sort of on-line platform known | 15:07:44 |
| 15 | as Muni Center.  I don't know the legal | 15:07:51 |
| 16 | requirements that would make someone eligible | 15:07:58 |
| 17 | to be part of that platform, but it was my | 15:08:00 |
| 18 | understanding they were individuals, at least | 15:08:03 |
| 19 | in some cases. | 15:08:04 |
| 20 | Q.    Were there any efforts to | 15:08:08 |
| 21 | publicize the sale of any Tassimo asset that | 15:08:17 |
| 22 | was done and then reconsidered so that the | 15:08:29 |
| 23 | asset could be publicized to a larger number of | 15:08:33 |
| 24 | people? | 15:08:36 |
| 25 | MR. VIZCARRONDO:    Objection to | 15:08:38 |

JOHN COSTANGO - 6/7/2011

Page 265

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | Q.    Did you have a plan for what | 16:19:30 |
| 3 | should be done in Project Tassimo around | 16:19:33 |
| 4 | September, October, 2008, for what should be | 16:19:37 |
| 5 | done if there was a trade that was unacceptable | 16:19:41 |
| 6 | from the standpoint of the goals and objectives | 16:19:44 |
| 7 | that you described? | 16:19:46 |
| 8 | A.    I think you asked me this | 16:19:54 |
| 9 | question earlier or some variation of it.  My | 16:19:55 |
| 10 | answer is the same which is that I don't know | 16:19:58 |
| 11 | that we had a formal plan in place about that. | 16:19:59 |
| 12 | I also don't know that it ever happened.  So, I | 16:20:03 |
| 13 | don't think there was a formal plan. | 16:20:08 |
| 14 | Q.    Was there a plan or process in | 16:20:10 |
| 15 | place in the event there was just a sort of | 16:20:11 |
| 16 | human error, fat fingered keyboard that led to | 16:20:15 |
| 17 | some aberration in the Tassimo portfolio? | 16:20:20 |
| 18 | A.    I would expect that something | 16:20:24 |
| 19 | like that would just be covered by normal | 16:20:25 |
| 20 | trading procedures, whatever they are.  But I | 16:20:27 |
| 21 | don't think of any -- we had any special plan | 16:20:30 |
| 22 | for that. | 16:20:33 |
| 23 | (Costango Deposition | 16:20:42 |
| 24 | Exhibit 16 for identification, Email | 16:20:42 |
| 25 | String Dated 10/17/08, production numbers | 16:20:42 |

JOHN COSTANGO - 6/7/2011

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | of the securities collateral.  And did not have | 16:36:36 |
| 3 | full insight into the size of the claim or | 16:36:39 |
| 4 | other sorts of, other collateral, including the | 16:36:44 |
| 5 | cash. | 16:36:47 |
| 6 | Q.    The sense of urgency you | 16:36:53 |
| 7 | described, was that communicated effectively to | 16:36:55 |
| 8 | the traders, the line traders? | 16:36:58 |
| 9 | A.    Yes.  I believe it was. | 16:37:03 |
| 10 | Q.    Now, you can turn your attention | 16:37:04 |
| 11 | to what I hope is a new document that's sitting | 16:37:05 |
| 12 | in front of you.  That should be Exhibit Number | 16:37:07 |
| 13 | 16. | 16:37:11 |
| 14 | It is an email from you to a | 16:37:12 |
| 15 | number of people, notably Scott Sandler, | 16:37:15 |
| 16 | Jennifer Duffield.  At the bottom it bears | 16:37:21 |
| 17 | Bates JPM-LBHI 01865143. | 16:37:24 |
| 18 | Once you had a chance to look | 16:37:29 |
| 19 | this over just let me know and I'll ask you | 16:37:30 |
| 20 | some questions about it. | 16:37:32 |
| 21 | A.    Okay. | 16:39:01 |
| 22 | Q.    Do you recall sending this | 16:39:02 |
| 23 | analysis that's attach to the email to Mr. | 16:39:04 |
| 24 | Sandler and Ms. Duffield around the middle of | 16:39:06 |
| 25 | October 2008? | 16:39:09 |

JOHN COSTANGO - 6/7/2011

```
 1            JOHN E. COSTANGO-HIGHLY CONFIDENTIAL
 2            A.    That certainly happened.              17:31:59
 3            Q.    I don't think I have any more         17:32:08
 4     questions, Mr. Costango, I appreciate your         17:32:09
 5     patience today.  Sorry it took so long.            17:32:12
 6            A.    Thank you.                             17:32:14
 7                  MR. VIZCARRONDO:   No questions.       17:32:15
 8                  VIDEOGRAPHER:  This concludes          17:32:16
 9            today's videotaped deposition.  The time     17:32:18
10            is currently 5:32 p.m. This is going to be  17:32:21
11            the end of tape 4 of 4.  We're now off the  17:32:24
12            record.
13
14     (Time Noted: 5:32 p.m.)
15                         _____
16                         JOHN E. COSTANGO
17
18     Subscribed and sworn to before me
19     this _____ day of _____, 2011.
20
21     _____
22
23
24
25
```

JOHN COSTANGO - 6/7/2011

```
1            JOHN E. COSTANGO-HIGHLY CONFIDENTIAL
2      STATE OF NEW YORK          )      Pg__of__Pgs
3                                 ss:
4      COUNTY OF NEW YORK         )
5           I wish to make the following changes, for
6      the following reasons:
7      PAGE LINE
8      ____ ____     CHANGE: _____
9                    REASON: _____
10     ____ ____     CHANGE: _____
11                   REASON: _____
12     ____ ____     CHANGE: _____
13                   REASON: _____
14     ____ ____     CHANGE: _____
15                   REASON: _____
16     ____ ____     CHANGE: _____
17                   REASON: _____
18     ____ ____     CHANGE: _____
19                   REASON: _____
20     ____ ____     CHANGE: _____
21                   REASON: _____
22     ____ ____     CHANGE: _____
23                   REASON: _____
24     ____ ____     CHANGE: _____
25                   REASON: _____
```

JOHN COSTANGO - 6/7/2011

```
 1              JOHN E. COSTANGO-HIGHLY CONFIDENTIAL

 2

 3                     C E R T I F I C A T E

 4    STATE OF NEW YORK   )
                          : ss.
 5    COUNTY OF NEW YORK  )

 6              I, TAMMEY M. PASTOR, a Registered

 7    Professional Reporter, Certified LiveNote

 8    Reporter and Notary Public within and for the

 9    State of New York, do hereby certify:

10              That JOHN E. COSTANGO, the witness

11    whose deposition is hereinbefore set forth, was

12    duly sworn by me and that such deposition is a

13    true record of the testimony given by the

14    witness.

15              I further certify that I am not

16    related to any of the parties to this action by

17    blood or marriage, and that I am in no way

18    interested in the outcome of this matter.

19              IN WITNESS WHEREOF, I have hereunto

20    set my hand this _____ day of _____, 2011.

21

22

23

24    _____

25    TAMMEY M. PASTOR, RPR, CLR
```