# EXHIBIT F

08-13555-mg    Doc 20723-6    Filed 10/11/11    Entered 10/11/11 11:57:12    Exhibit F
Pg 1 of 5

| | | |
|---|---|---|
| **Brian J Chen@JPMCHASE** | To: | Robert MacDonald/JPMCHASE@JPMCHASE, Jason Gold/JPMCHASE@JPMCHASE |
| 09/26/2008 08:35 AM | cc: | James Lansing/JPMCHASE@JPMCHASE |
| | Subject: | Fw: Project Tassimo - Trade Process and Procedure |

----- Forwarded by Brian J Chen/JPMCHASE on 09/26/2008 08:35 AM -----

| | | |
|---|---|---|
| **Michael T Cassidy/JPMCHASE** | To | Totimothy.p.coughlin▇▇, Curtis.Erickson▇▇, paul.n.palmeri▇▇, Steve A Lee/JPMCHASE@JPMCHASE, John.Horner▇▇, kevin.j.corgan▇▇, milam_robert▇▇, james.g.kenny▇▇, dennis.l.fitzgerald▇▇, david.n.long▇▇, andrew.s.lombara▇▇, Ahmet X Odabas/JPMCHASE@JPMCHASE, Eugene J O'Neill/JPMCHASE@JPMCHASE, Mitchell H Harris/JPMCHASE@JPMCHASE, James Lansing/JPMCHASE@JPMCHASE, John E Costango/JPMCHASE@JPMCHASE, Timothy J Bittel/JPMCHASE@JPMCHASE, Brian J Chen/JPMCHASE@JPMCHASE, Jennifer L. Duffield/JPMCHASE@JPMCHASE |
| 09/24/2008 09:14 PM | cc | |
| | Subject | Project Tassimo - Trade Process and Procedure |

Please brief your teams on the 3 page attached process and procedure. Call if you have any questions.

Everyone has been helpful in getting info to us in the last 2 days. The attached starts at tomorrow open.

Thanks,
Mike

---

Michael Cassidy
JPMorgan
270 Park Avenue
New York, NY 10017

▇▇▇▇

*(See attached file: Tassimo Trading Procedure 2008-0924.pdf)*

 Tassimo Trading Procedure 2008-0924.pdf   **Type:** application/pdf
**Name:** Tassimo Trading Procedure 2008-0924.pdf



September 2008

# J.P.Morgan

**PRIVATE AND CONFIDENTIAL**

## Project Tassimo
## Trade Process and Procedure

### I. Summary

This document provides contacts and a brief outline of the trade procedure for the Project Tassimo trades. If there are any questions, please contact the Special Situations Team.

**JPM Senior Management will be receiving trade summaries from the Special Situations Team several times each trading day. Completeness and accuracy of trade information is critical.**

### II. Open of each Trading Day

| | |
|---|---|
| Daily Trading List.............................. | The night before each trading day, each JPM Trading Desk will receive an updated list from the Special Situations Team. The list will be a spreadsheet attachment sent via email. It will contain:<br>1. Remaining Positions to be traded<br>2. Any additional assets added to the portfolio<br>3. Positions remaining with Documentation Required |
| Remaining Positions to be Traded....... | A list will be compiled at the end of each trading day based on the trade data provided by the relevant JPM Trading Desk. |
| Documentation Required..................... | Information supporting trades is **extremely important** in this process. Special Situations Team maintains an archive for each asset of relevant information including counterparty interest and bid levels. Please send Bloomberg screenshots, emails, write-ups of JPM Trader color, etc. to Tim Bittel and Brian Chen (hard copy is acceptable). |
| Daily Trading List Recipient List.......... | The following people will receive a Daily Trading List:<br>1. Rates: Andy Lombara, Tim Coughlin, Curtis Erickson, Paul Palmeri<br>2. SPG: John Horner<br>3. Credit: Kevin Corgan, Rob Milam, James Kenny, Kevin Fiori<br>4. Equities: David Long, Dennis Fitzgerald<br>Please let the Special Situations Team know of additional recipients. |
| Important .......................................... | At the open of each trading day, please highlight immediately to the Special Situations Team:<br>1. Any discrepancies in the Daily Trading List<br>2. Any assets included in list that are not traded by your desk (please focus on this as reassignment of assets is critical) |

-1-

September 2008

# J.P.Morgan

**PRIVATE AND CONFIDENTIAL**

### III. During the Trading Day

| | |
|---|---|
| Communication of Trade Information... | Each JPM Trading Desk will be responsible for sending Trade Information at **11:00am, 2:00pm and close of business**. |
| Trade Information ............................... | For each list of asset sales, please include in a spreadsheet:<br>1. Asset Name and CUSIP<br>2. Asset Notional<br>3. Trade execution price<br>4. Asset buyer (if sold as an Agent to the street)<br>5. Settlement Date<br>Redacted |
| Recipient List........................................ | Please send each of the 3 daily updates to:<br>john.e.costango<br>michael.t.cassidy<br>timothy.j.bittel<br>brian.j.chen<br>jennifer.l.duffield<br>Also include your Settlement Team as a recipient in the 3 daily updates. |
| Follow-up Information.......................... | Jennifer Duffield and her team are responsible for trade settlement for TSS. Each JPM Trading Desk and respective Settlement Team is responsible for working with TSS to settle each trade as soon as possible. Please raise all settlement issues to TSS immediately. |

### IV. Close of Trading Day

| | |
|---|---|
| Checklist for End of Day...................... | At the close of the trading day, each JPM Trading Desk must ensure:<br>1. All trades with complete Trade Information have been provided to the Recipient List.<br>2. A contact for each trade has been provided.<br>3. The manager of the trading desk has been briefed on the day's activity.<br>4. All settlement from previous trades are under way.<br>5. Documentation Required for each sale has been provided.<br>6. Rejection list of CUSIPs not traded by your desk. |

CONFIDENTIAL                                                                JPM-LBHI01660627

September 2008

J.P.Morgan

**PRIVATE AND CONFIDENTIAL**

### V. Special Situations Team

| James Lansing<br>Managing Director | Michael Cassidy<br>Associate | Brian Chen<br>Analyst |
|---|---|---|

| John Costango<br>Executive Director | Tim Bittel<br>Analyst | |

### VI. Treasury and Securities Services Trade Settlement ("TSS")

Jennifer Duffield
Executive Director

CONFIDENTIAL                                       JPM-LBHI01660628