# EXHIBIT M

## WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)

MARTIN LIPTON
HERBERT M. WACHTELL
BERNARD W. NUSSBAUM
LAWRENCE B. PEDOWITZ
PAUL VIZCARRONDO, JR.
PETER C. HEIN
HAROLD S. NOVIKOFF
KENNETH B. FORREST
MEYER G. KOPLOW
THEODORE N. MIRVIS
EDWARD D. HERLIHY
DANIEL A. NEFF
ERIC M. ROTH
ANDREW R. BROWNSTEIN
MICHAEL H. BYOWITZ
PAUL K. ROWE
MARC WOLINSKY
DAVID GRUENSTEIN
STEPHEN G. GELLMAN
STEVEN A. ROSENBLUM

STEPHANIE J. SELIGMAN
JOHN F. SAVARESE
SCOTT K. CHARLES
DAVID S. NEILL
JODI J. SCHWARTZ
ADAM O. EMMERICH
GEORGE T. CONWAY III
RALPH M. LEVENE
RICHARD G. MASON
DOUGLAS K. MAYER
MICHAEL J. SEGAL
DAVID M. SILK
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
DAVID M. MURPHY
JEFFREY M. WINTNER
TREVOR S. NORWITZ
BEN M. GERMANA
ANDREW J. NUSSBAUM

OF COUNSEL

WILLIAM T. ALLEN
PETER C. CANELLOS
DAVID M. EINHORN
THEODORE GEWERTZ
RICHARD D. KATCHER
THEODORE A. LEVINE
ROBERT B. MAZUR
PHILIP MINDLIN
ROBERT M. MORGENTHAU

ERIC S. ROBINSON
PATRICIA A. ROBINSON*
LEONARD M. ROSEN
MICHAEL W. SCHWARTZ
ELLIOTT V. STEIN
WARREN R. STERN
PATRICIA A. VLAHAKIS
J. BRYAN WHITWORTH
AMY R. WOLF

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

MICHELE J. ALEXANDER
LOUIS J. BARASH
DIANNA CHEN
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ELAINE P. GOLIN
PAULA N. GORDON

NANCY B. GREENBAUM
MAURA R. GROSSMAN
IAN L. LEVIN
J. AUSTIN LYONS
AMANDA N. PERSAUD
HOLLY M. STRUTT

RACHELLE SILVERBERG
DAVID C. BRYAN
STEVEN A. COHEN
GAVIN D. SOLOTAR
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JOSEPH D. LARSON
LAWRENCE S. MAKOW
JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
JAMES COLE, JR.
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
DAVID A. SCHWARTZ

JOHN F. LYNCH
WILLIAM SAVITT
ERIC M. ROSOF
MARTIN J.E. ARMS
GREGORY E. OSTLING
DAVID B. ANDERS
ADAM J. SHAPIRO
NELSON O. FITTS
JEREMY L. GOLDSTEIN
JOSHUA M. HOLMES
DAVID E. SHAPIRO
DAMIAN G. DIDDEN
ANTE VUCIC
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN

DIRECT DIAL: (212) 403-1193
DIRECT FAX: (212) 403-2193
E-MAIL: KWLIN@WLRK.COM

April 1, 2011

**VIA E-MAIL**

Matthew R. Scheck, Esq.
Quinn, Emanuel, Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

              Re:    JPMorgan/Lehman

Dear Matthew:

        I write in response to your March 28 e-mail clarifying the information you seek related to JPMorgan's disposition of collateral.

        First, as you are aware, we have already produced to you documents containing the CUSIP number, date sold, and sale price for every one of the CUSIPs sold by JPMorgan. Additionally, you have all the information on bids solicited and received that we are aware of in JPMorgan's files, as well as information concerning any other process that JPMorgan applied in selling the collateral. As we discussed, JPMorgan's traders used the optimal method in their professional judgment for selling the collateral on a CUSIP-level basis to achieve the best possible results. Accordingly, it should not be surprising that not all of the securities were sold through a uniform "bidding" process or through any single sales process; that is why JPMorgan also collected and produced e-mails, write-ups, Bloomberg screenshots and other information for certain

Matthew R. Scheck, Esq.
April 1, 2011
Page 2

sales. If you would like to further discuss this information after you have reviewed it, we are willing to do so, but we are not aware of any other information that has not already been provided to you in this regard, and we do not believe there is any need for us to reproduce the information that we have already produced.

Second, with respect to the purchasing party, we have previously explained that we have already produced documents that show whether JPMorgan was the purchaser for approximately 2,500 of the securities (and 80% of the value) that were sold. We also explained that you were mistaken when you suggested on our last call that you only had this information for approximately 375 of the securities. Nevertheless, we will endeavor to provide the purchaser information, as well as any resale prices and dates, for all the securities that were purchased by JPMorgan or one of its subsidiaries or affiliates. We are continuing to work with JPMorgan to determine how long it will take to gather this information and the form in which it can be provided.[1]

Finally, we are in receipt of plaintiffs' confirmation that you will produce in native format certain spreadsheets that we identify. Accordingly, we will produce the native files requested in Tyler Whitmer's March 10 letter, the most recent version of the Tassimo Masterfile, and post-March 2009 trade documents on Monday, April 4.

This letter is without prejudice to JPMorgan's rights and remedies, all of which are hereby expressly reserved.

Sincerely,

Karen Lin

---

[1] Please note that in certain instances JPMorgan purchased certain securities where JPMorgan had a position in those securities other than that purchased from the Tassimo portfolio. Accordingly, in those instances, it may be particularly difficult to precisely track the "resale" of any securities purchased, because any "resale" may not be easily distinguishable from the sale of a non-Tassimo position.