# EXHIBIT O

**Michael T Cassidy@JPMCHASE**

10/07/2008 02:13 PM

To: rahmaan.r.streater[redacted]
cc: John E Costango/JPMCHASE@JPMCHASE, Brian J Chen/JPMCHASE@JPMCHASE, Timothy J Bittel/JPMCHASE@JPMCHASE, Amy C Jeffries/JPMCHASE@JPMCHASE, paul.j.ratchford[redacted]
Subject: Tassimo - Rahmaan attached are the remaining names for Trade Documentation

Rahmaan -- Your desk has been one of the best with 88% Trade Docs received. Here is the list of assets to round out the remaining sales -- please focus on bigger line items first. 90% of the Collateral Value is in 12 assets.

Goal is to have the entire list completed asap. The project requires at least 1 piece of concrete feedback per trade. The same feedback can apply to multiple items (for example a bid list).

Accepted Documentation:
1. Emails
2. BBG's
3. Bid lists with writeups and commentary
4. Writeups of trader commentary

As precedent -- see attached from earlier Trade Documentation from your desk.

Let's discuss when you have a moment.

Thanks,
Mike

Michael Cassidy
JPMorgan
270 Park Avenue
New York, NY 10017

*(See attached file: Tassimo Trade Doc 0008 2008-0928.pdf)(See attached file: Tassimo (UST TRADE DOC REQUIRED) 2008-1007.xls)*

| | |
|---|---|
| Tassimo Trade Doc 0008 2008-0928.pdf | **Type:** application/pdf<br>**Name:** Tassimo Trade Doc 0008 2008-0928.pdf |
| Tassimo (UST TRADE DOC REQUIRED) 2008-1007.xls | **Type:** application/msexcel<br>**Name:** Tassimo (UST TRADE DOC REQUIRED) 2008-1007.xls |

EXHIBIT 15
WIT: Jeffries
DATE: 5/5/14
FRANK BAS, RPR

| Treasury | | | | | | |
|---|---|---|---|---|---|---|
| 9/25 Bidlist | | | | | | |
| Marc Getman | | | | | | |
| CUSIP | Bidlist | Bid #1 | Bid #2 | Bid #3 | Sold at | Comments |
| 912810PX0 | 1 | Pass | Pass | Only went to two bidders | 100.023438 | Sold to JPM |
| 912810PW2 | 1 | Pass | 99.65625 | Only went to two bidders | 99.656250 | Sold to customer |
| 912810PU6 | 1 | Pass | Pass | Only went to two bidders | 108.105469 | Sold to JPM |
| 912810PT9 | 1 | Pass | Pass | Only went to two bidders | 103.886719 | Sold to JPM |
| 912810FT0 | 1 | Pass | 101.40625 | Only went to two bidders | 101.406250 | Sold to customer |
| 912810FP8 | 1 | Pass | Pass | Only went to two bidders | 110.734375 | Sold to JPM |
| 912810FM5 | 1 | Pass | Pass | Only went to two bidders | 122.617188 | Sold to JPM |
| 912810FJ2 | 1 | Pass | Pass | Only went to two bidders | 120.351562 | Sold to JPM |
| 912810FG8 | 1 | Pass | Pass | Only went to two bidders | 108.144531 | Sold to JPM |
| 912810FF0 | 1 | Pass | Pass | Only went to two bidders | 108.171875 | Sold to JPM |
| 912810FE3 | 1 | Pass | Pass | Only went to two bidders | 111.320312 | Sold to JPM |
| 912810FB9 | 1 | Pass | Pass | Only went to two bidders | 119.339844 | Sold to JPM |
| 912810FA1 | 1 | Pass | Pass | Only went to two bidders | 122.300781 | Sold to JPM |
| 912810EZ7 | 1 | Pass | Pass | Only went to two bidders | 125.125000 | Sold to JPM |
| 912810EY0 | 1 | Pass | Pass | Only went to two bidders | 123.390625 | Sold to JPM |
| 912810EX2 | 1 | Pass | Pass | Only went to two bidders | 126.242188 | Sold to JPM |
| 912810EW4 | 1 | Pass | Pass | Only went to two bidders | 116.875781 | Sold to JPM |
| 912810EV6 | 1 | Pass | Pass | Only went to two bidders | 127.257812 | Sold to JPM |
| 912810ET1 | 1 | Pass | Pass | Only went to two bidders | 136.132812 | Sold to JPM |
| 912810ES3 | 1 | 135.5625 | Pass | Only went to two bidders | 135.562500 | Sold to customer |
| 912810EQ7 | 1 | Pass | Pass | Only went to two bidders | 118.304688 | Sold to JPM |
| 912810EP9 | 1 | Pass | Pass | Only went to two bidders | 127.328125 | Sold to JPM |
| 912810EN4 | 1 | Pass | Pass | Only went to two bidders | 132.605469 | Sold to JPM |
| 912810EM6 | 1 | Pass | Pass | Only went to two bidders | 128.277344 | Sold to JPM |
| 912833LG3 | 1 | Pass | Pass | Only went to two bidders | 52.255000 | Sold to JPM |
| 912810EL8 | 1 | Pass | Pass | Only went to two bidders | 135.144531 | Sold to JPM |
| 912810EK0 | 1 | Pass | Pass | Only went to two bidders | 135.144531 | Sold to JPM |
| 912810EJ3 | 1 | Pass | Pass | Only went to two bidders | 135.628906 | Sold to JPM |
| 912810EH7 | 1 | Pass | Pass | Only went to two bidders | 132.675781 | Sold to JPM |
| 912810EG9 | 1 | Pass | Pass | Only went to two bidders | 140.476562 | Sold to JPM |
| 912810EF1 | 1 | Pass | Pass | Only went to two bidders | 140.148438 | Sold to JPM |
| 912810EE4 | 1 | Pass | Pass | Only went to two bidders | 137.332031 | Sold to JPM |
| 912810ED6 | 1 | Pass | Pass | Only went to two bidders | 133.281250 | Sold to JPM |
| 912810EC8 | 1 | Pass | Pass | Only went to two bidders | 139.500000 | Sold to JPM |
| 912810EB0 | 1 | Pass | Pass | Only went to two bidders | 140.312500 | Sold to JPM |
| 912828JH4 | 1 | Pass | Pass | Only went to two bidders | 101.343750 | Sold to JPM |
| 912810EA2 | 1 | Pass | Pass | Only went to two bidders | 139.906250 | Sold to JPM |
| 912828HZ6 | 1 | Pass | Pass | Only went to two bidders | 100.375000 | Sold to JPM |
| 912828HR4 | 1 | Pass | 98 | Only went to two bidders | 98.000000 | Sold to customer |
| 912828HH6 | 1 | Pass | Pass | Only went to two bidders | 103.113281 | Sold to JPM |
| 912810DZ8 | 1 | Pass | Pass | Only went to two bidders | 136.000000 | Sold to JPM |
| 912828HA1 | 1 | Pass | Pass | Only went to two bidders | 106.628906 | Sold to JPM |
| 912803AL7 | 1 | Pass | Pass | Only went to two bidders | 68.643000 | Sold to JPM |
| 912810DY1 | 1 | Pass | Pass | Only went to two bidders | 134.769531 | Sold to JPM |
| 912828GS3 | 1 | 105 | Pass | Only went to two bidders | 105.000000 | Sold to customer |
| 912828GH7 | 1 | Pass | Pass | Only went to two bidders | 105.863281 | Sold to JPM |
| 912810DX3 | 2 | Pass | Pass | Only went to two bidders | 125.359375 | Sold to JPM |
| 912828FY1 | 2 | Pass | Pass | Only went to two bidders | 106.152344 | Sold to JPM |

CONFIDENTIAL

| 912828FQ8 | 2 | Pass | Pass | Only went to two bidders | 107.882812 | Sold to JPM |
|---|---|---|---|---|---|---|
| 912810DW5 | 2 | Pass | Pass | Only went to two bidders | 122.812500 | Sold to JPM |
| 912828FF2 | 2 | 110.125 | Pass | Only went to two bidders | 110.125000 | Sold to customer |
| 912810DV7 | 2 | Pass | Pass | Only went to two bidders | 136.031250 | Sold to JPM |
| 912828EW6 | 2 | Pass | 106.890625 | Only went to two bidders | 106.890625 | Sold to customer |
| 912810DT2 | 2 | Pass | Pass | Only went to two bidders | 139.187500 | Sold to JPM |
| 912828EN6 | 2 | Pass | 107.40625 | Only went to two bidders | 107.406250 | Sold to customer |
| 912810DS4 | 2 | Pass | Pass | Only went to two bidders | 143.000000 | Sold to JPM |
| 912828EE6 | 2 | 105.96875 | 106.15625 | Only went to two bidders | 106.156250 | Sold to customer |
| 912828DV9 | 2 | Pass | Pass | Only went to two bidders | 105.046875 | Sold to JPM |
| 912810DP0 | 2 | Pass | Pass | Only went to two bidders | 144.125000 | Sold to JPM |
| 912828DM9 | 2 | 105 | 105.28125 | Only went to two bidders | 105.281250 | Sold to customer |
| 912810DN5 | 2 | Pass | Pass | Only went to two bidders | 110.000000 | Sold to JPM |
| 912828DC1 | 2 | Pass | Pass | Only went to two bidders | 105.945312 | Sold to JPM |
| 912810DL9 | 2 | Pass | Pass | Only went to two bidders | 107.710938 | Sold to JPM |
| 912828CT5 | 2 | Pass | Pass | Only went to two bidders | 105.976562 | Sold to JPM |
| 912810DJ4 | 2 | Pass | Pass | Only went to two bidders | 105.523438 | Sold to JPM |
| 912828CJ7 | 2 | 109.0625 | Pass | Only went to two bidders | 109.062500 | Sold to customer |
| 912828CA6 | 2 | Pass | Pass | Only went to two bidders | 104.367188 | Sold to JPM |
| 912828BR0 | 2 | Pass | Pass | Only went to two bidders | 105.554688 | Sold to JPM |
| 912828JK7 | 2 | Pass | Pass | Only went to two bidders | 101.000000 | Sold to JPM |
| 912828BH2 | 2 | Pass | Pass | Only went to two bidders | 105.855469 | Sold to JPM |
| 912828JD3 | 2 | 102 | Pass | Only went to two bidders | 102.000000 | Sold to customer |
| 912828JB7 | 2 | Pass | Pass | Only went to two bidders | 101.531250 | Sold to JPM |
| 912828BA7 | 2 | Pass | Pass | Only went to two bidders | 102.718750 | Sold to JPM |
| 912828HY9 | 2 | Pass | Pass | Only went to two bidders | 100.468750 | Sold to JPM |
| 912828HV5 | 2 | 98.375 | Pass | Only went to two bidders | 98.375000 | Sold to customer |
| 912828HT0 | 2 | 99.375 | Pass | Only went to two bidders | 99.375000 | Sold to customer |
| 912828AU4 | 2 | Pass | Pass | Only went to two bidders | 103.656250 | Sold to JPM |
| 912828HQ5 | 2 | Pass | Pass | Only went to two bidders | #N/A | Sold to JPM |
| 912828HM5 | 2 | Pass | Pass | Only went to two bidders | 103.046875 | Sold to JPM |
| 912828HK9 | 2 | Pass | Pass | Only went to two bidders | 101.933594 | Sold to JPM |
| 912828AP5 | 2 | Pass | Pass | Only went to two bidders | 104.562500 | Sold to JPM |
| 912828HG8 | 2 | Pass | Pass | Only went to two bidders | 103.953125 | Sold to JPM |
| 912828HE3 | 2 | Pass | Pass | Only went to two bidders | 105.320312 | Sold to JPM |
| 912828HC7 | 2 | 105.125 | Pass | Only went to two bidders | 105.125000 | Sold to customer |
| 912828AJ9 | 2 | Pass | Pass | Only went to two bidders | 105.968750 | Sold to JPM |
| 912828GZ7 | 2 | Pass | Pass | Only went to two bidders | 106.625000 | Sold to JPM |
| 912828GW4 | 2 | Pass | Pass | Only went to two bidders | 107.421875 | Sold to JPM |
| 912828GU8 | 2 | Pass | Pass | Only went to two bidders | 106.890625 | Sold to JPM |
| 912828GQ7 | 2 | Pass | Pass | Only went to two bidders | 106.000000 | Sold to JPM |
| 912828GM6 | 2 | 106.1875 | Pass | Only went to two bidders | 106.187500 | Sold to customer |
| 912828GK0 | 2 | Pass | Pass | Only went to two bidders | 106.230469 | Sold to JPM |
| 9128277L0 | 2 | Pass | Pass | Only went to two bidders | 106.937500 | Sold to JPM |
| 912828GF1 | 2 | Pass | Pass | Only went to two bidders | 106.671875 | Sold to JPM |
| 912828GC8 | 2 | Pass | Pass | Only went to two bidders | 106.511719 | Sold to JPM |
| 912828GA2 | 2 | Pass | Pass | Only went to two bidders | 106.082031 | Sold to JPM |
| 912828FW5 | 2 | Pass | Pass | Only went to two bidders | 106.441406 | Sold to JPM |
| 912828FU9 | 2 | Pass | Pass | Only went to two bidders | 106.109375 | Sold to JPM |
| 912828FS4 | 2 | Pass | Pass | Only went to two bidders | 106.480469 | Sold to JPM |
| 9128277B2 | 2 | Pass | Pass | Only went to two bidders | 107.585938 | Sold to JPM |
| 912828FN5 | 2 | Pass | Pass | Only went to two bidders | 107.046875 | Sold to JPM |
| 912828FK1 | 2 | Pass | Pass | Only went to two bidders | 107.570312 | Sold to JPM |

CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| 912828FH8 | 2 | Pass | Pass | Only went to two bidders | 106.859375 | Sold to JPM |
| 912828FD7 | 2 | Pass | Pass | Only went to two bidders | 106.722656 | Sold to JPM |
| 912828FA3 | 2 | Pass | Pass | Only went to two bidders | 106.207031 | Sold to JPM |
| 912828EX4 | 2 | Pass | Pass | Only went to two bidders | 105.445312 | Sold to JPM |
| 9128276T4 | 2 | Pass | Pass | Only went to two bidders | 106.644531 | Sold to JPM |
| 912828ES5 | 2 | Pass | Pass | Only went to two bidders | 104.851562 | Sold to JPM |
| 912828EQ9 | 2 | Pass | Pass | Only went to two bidders | 104.789062 | Sold to JPM |
| 912828EM8 | 2 | Pass | Pass | Only went to two bidders | 104.980469 | Sold to JPM |
| 912828EJ5 | 2 | Pass | Pass | Only went to two bidders | 104.363281 | Sold to JPM |
| 912828EG1 | 3 | 103.796875 | Pass | Only went to two bidders | 103.796875 | Sold to customer |
| 912828JJ0 | 3 | Pass | Pass | Only went to two bidders | 100.457031 | Sold to JPM |
| 9128276J6 | 3 | 107.0625 | Pass | Only went to two bidders | 107.062500 | Sold to JPM |
| 912828EG1 | 3 | Pass | Pass | Only went to two bidders | 103.796875 | Sold to JPM |
| 912828JJ0 | 3 | Pass | Pass | Only went to two bidders | 100.457031 | Sold to JPM |
| 9128276J6 | 3 | Pass | Pass | Only went to two bidders | 107.062500 | Sold to JPM |
| 912828ED8 | 3 | Pass | Pass | Only went to two bidders | 103.816406 | Sold to JPM |
| 912828JF8 | 3 | Pass | Pass | Only went to two bidders | 101.210938 | Sold to JPM |
| 912828DZ0 | 3 | Pass | Pass | Only went to two bidders | 103.289062 | Sold to JPM |
| 912828JC5 | 3 | Pass | Pass | Only went to two bidders | 101.300781 | Sold to JPM |
| 912828DX5 | 3 | Pass | Pass | Only went to two bidders | 102.746094 | Sold to JPM |
| 912828JA9 | 3 | Pass | Pass | Only went to two bidders | 100.769531 | Sold to JPM |
| 912828DU1 | 3 | Pass | Pass | Only went to two bidders | 102.929688 | Sold to JPM |
| 912828GR5 | 3 | Pass | Pass | Only went to two bidders | 103.867188 | Sold to JPM |
| 912828HX1 | 3 | Pass | Pass | Only went to two bidders | 100.152344 | Sold to JPM |
| 912828DR8 | 3 | Pass | Pass | Only went to two bidders | 102.949219 | Sold to JPM |
| 912828HU7 | 3 | Pass | Pass | Only went to two bidders | 99.414062 | Sold to JPM |
| 912828DP2 | 3 | Pass | Pass | Only went to two bidders | 102.820312 | Sold to JPM |
| 912828HS2 | 3 | Pass | Pass | Only went to two bidders | 99.769531 | Sold to JPM |
| 9128275Z1 | 3 | Pass | Pass | Only went to two bidders | 106.003906 | Sold to JPM |
| 912828DL1 | 3 | Pass | Pass | Only went to two bidders | 101.976562 | Sold to JPM |
| 912828GG9 | 3 | Pass | Pass | Only went to two bidders | 103.597656 | Sold to JPM |
| 912828HP8 | 3 | Pass | Pass | Only went to two bidders | 99.972656 | Sold to JPM |
| 912828DG2 | 3 | Pass | Pass | Only went to two bidders | 102.027344 | Sold to JPM |
| 912828HL7 | 3 | Pass | Pass | Only went to two bidders | 101.343750 | Sold to JPM |
| 912828DE7 | 3 | Pass | Pass | Only went to two bidders | 101.636719 | Sold to JPM |
| 912828HJ2 | 3 | Pass | Pass | Only went to two bidders | 101.093750 | Sold to JPM |
| 912828DB3 | 3 | Pass | Pass | Only went to two bidders | 101.570312 | Sold to JPM |
| 912828FX3 | 3 | Pass | Pass | Only went to two bidders | 102.722656 | Sold to JPM |
| 912828HF0 | 3 | Pass | Pass | Only went to two bidders | 101.562500 | Sold to JPM |
| 912828CX6 | 3 | Pass | Pass | Only went to two bidders | 101.222656 | Sold to JPM |
| 912828HD5 | 3 | 102 | Pass | Only went to two bidders | 102.000000 | Sold to customer |
| 912828CV0 | 3 | Pass | Pass | Only went to two bidders | 101.117188 | Sold to JPM |
| 912828HB9 | 3 | Pass | Pass | Only went to two bidders | 101.574219 | Sold to JPM |
| 9128275N8 | 3 | Pass | Pass | Only went to two bidders | 103.421875 | Sold to JPM |
| 912828CS7 | 3 | 103.5869565 | Pass | Only went to two bidders | 101.058594 | Sold to customer |
| 912828FP0 | 3 | Pass | Pass | Only went to two bidders | 102.468750 | Sold to JPM |
| 912828GY0 | 3 | 102.46875 | Pass | Only went to two bidders | 102.156250 | Sold to customer |
| 912828CN8 | 3 | 102.15625 | Pass | Only went to two bidders | 101.050781 | Sold to customer |
| 912828GV6 | 3 | Pass | Pass | Only went to two bidders | 101.539062 | Sold to JPM |
| 912828CL2 | 3 | Pass | Pass | Only went to two bidders | 101.175781 | Sold to JPM |
| 912828GT1 | 3 | Pass | Pass | Only went to two bidders | 101.722656 | Sold to JPM |
| 9128275G3 | 3 | 102.15625 | Pass | Only went to two bidders | 102.156250 | Sold to JPM |
| 912828CH1 | 3 | Pass | Pass | Only went to two bidders | 100.968750 | Sold to JPM |

CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| 912828FE5 | 3 | Pass | Pass | Only went to two bidders | 101.558594 | Sold to JPM |
| 912828GP9 | 3 | Pass | Pass | Only went to two bidders | 101.289062 | Sold to JPM |
| 912828CE8 | 3 | Pass | Pass | Only went to two bidders | 100.480469 | Sold to JPM |
| 912828GL8 | 3 | Pass | Pass | Only went to two bidders | 101.171875 | Sold to JPM |
| 912828CC2 | 3 | Pass | Pass | Only went to two bidders | 100.187500 | Sold to JPM |
| 912828GJ3 | 3 | Pass | Pass | Only went to two bidders | 101.070312 | Sold to JPM |
| 912828BZ2 | 3 | Pass | Pass | Only went to two bidders | 100.292969 | Sold to JPM |
| 912828EV8 | 3 | Pass | Pass | Only went to two bidders | 100.859375 | Sold to JPM |
| 912828GE4 | 3 | Pass | Pass | Only went to two bidders | 101.050781 | Sold to JPM |
| 912828BV1 | 3 | Pass | Pass | Only went to two bidders | 100.429688 | Sold to JPM |
| 912828GB0 | 3 | Pass | Pass | Only went to two bidders | 100.675781 | Sold to JPM |
| 912828BT6 | 3 | Pass | Pass | Only went to two bidders | 100.273438 | Sold to JPM |
| 912828FZ8 | 3 | Pass | Pass | Only went to two bidders | 100.375000 | Sold to JPM |
| 9128274V1 | 3 | Pass | Pass | Only went to two bidders | 100.210938 | Sold to JPM |
| 912828BQ2 | 3 | Pass | Pass | Only went to two bidders | 100.027344 | Sold to JPM |
| 912828EL0 | 3 | Pass | Pass | Only went to two bidders | 100.171875 | Sold to JPM |
| 912828FV7 | 3 | Pass | Pass | Only went to two bidders | 100.062500 | Sold to JPM |
| 912828BM1 | 3 | Pass | Pass | Only went to two bidders | 99.785156 | Sold to JPM |
| 912828FT2 | 3 | Pass | Pass | Only went to two bidders | 99.683594 | Sold to JPM |
| 912810FQ6 | 4 | 115.5625 | Pass | 116.625 | 116.625000 | Sold to customer |
| 912810FH6 | 4 | 120.375 | Pass | 122.0625 | 122.062500 | Sold to customer |
| 912810FD5 | 4 | 115.75 | Pass | Pass | 115.750000 | Sold to JPM |
| 912810PV4 | 4 | 87.625 | Pass | 89 | 89.000000 | Sold to customer |
| 912810PS1 | 4 | 97.25 | Pass | Pass | 97.250000 | Sold to customer |
| 912810FS2 | 4 | 91.75 | Pass | 93.3125 | 93.312500 | Sold to customer |
| 912810FR4 | 4 | 97.5 | Pass | Pass | 97.500000 | Sold to customer |
| 912828JE1 | 4 | 93.03125 | Pass | Pass | 93.031250 | Sold to customer |
| 912828HN3 | 4 | 95.625 | Pass | Pass | 95.625000 | Sold to customer |
| 912828GX2 | 4 | 103.75 | Pass | Pass | 103.750000 | Sold to customer |
| 912828FL9 | 4 | 103 | Pass | Pass | 103.000000 | Sold to customer |
| 912828ET3 | 4 | 99.375 | Pass | Pass | 99.375000 | Sold to customer |
| 912828EA4 | 4 | 98.875 | Pass | Pass | 98.890625 | Sold to customer |
| 912828DH0 | 4 | 97.65625 | Pass | Pass | 97.656250 | Sold to customer |
| 912828CP3 | 4 | 99.8125 | Pass | Pass | 99.812500 | Sold to customer |
| 912828BW9 | 4 | 99.78125 | Pass | Pass | 99.781250 | Sold to customer |
| 912828BD1 | 4 | 99.46875 | Pass | Pass | 99.468750 | Sold to customer |
| 912828HW3 | 4 | 94.125 | Pass | Pass | 94.125000 | Sold to customer |
| 912828AF7 | 4 | 103.75 | Pass | Pass | 103.750000 | Sold to customer |
| 912828GN4 | 4 | 99.8125 | Pass | Pass | 99.812500 | Sold to customer |
| 9128277J5 | 4 | 104.5 | Pass | Pass | 104.500000 | Sold to customer |
| 912828FB1 | 4 | 100.625 | Pass | Pass | 100.625000 | Sold to customer |
| 9128276R8 | 4 | 103.40625 | Pass | Pass | 103.406250 | Sold to customer |
| 912828CZ1 | 4 | 97.5 | Pass | Pass | 97.500000 | Sold to customer |
| 9128275W8 | 4 | 102.21875 | Pass | Pass | 102.218750 | Sold to customer |
| 9128274Y5 | 4 | 98.5625 | Pass | Pass | 98.562500 | Sold to customer |

CONFIDENTIAL

Marc O Getman/JPMCHASE
09/24/2008 02:16 PM

To marc.o.getman[redacted]
cc
bcc [redacted]
Subject

Attached is BidList1.xls. Please provide BIDS for any and all issues you wish to purchase. Provide Bids directly on the spreadsheet. Please indicate passing with a "P". Bids are due back by email to [redacted] by 2:40pm bidList1.xls

CONFIDENTIAL

09/24/2008 Bid List 1

| CUSIP | Ticker | DESCRIPTION | PAR AMOUNT | CPN | MATURITY | [redacted] BID PRICE | [redacted] BID PRICE |
|---|---|---|---|---|---|---|---|
| 912810PX0 | T | BOND 05/15/38 4.500 | 4,657,000 | 4.5 | 05/15/2038 | p | p |
| 912810PW2 | T | BOND 02/15/38 4.375 | 3,623,000 | 4.375 | 02/15/2038 | p | 99-21 |
| 912810PU6 | T | BOND 05/15/37 5.000 | 3,718,000 | 5 | 05/15/2037 | p | p |
| 912810PT9 | T | BOND 02/15/37 4.750 | 10,278,000 | 4.75 | 02/15/2037 | p | p |
| 912810PT0 | T | BOND 02/15/36 4.500 | 3,146,000 | 4.5 | 02/15/2036 | p | 101-13 |
| 912810FP8 | T | BOND 02/15/31 5.375 | 17,765,000 | 5.375 | 02/15/2031 | p | p |
| 912810FM5 | T | BOND 05/15/30 6.250 | 2,898,000 | 6.25 | 05/15/2030 | p | p |
| 912810FJ2 | T | BOND 08/15/29 6.125 | 3,278,000 | 6.125 | 08/15/2029 | p | p |
| 912810FG6 | T | BOND 02/15/29 5.250 | 52,063,000 | 5.25 | 02/15/2029 | p | p |
| 912810FF0 | T | BOND 11/15/28 5.250 | 73,096,000 | 5.25 | 11/15/2028 | p | p |
| 912810FE3 | T | BOND 08/15/28 5.500 | 5,741,000 | 5.5 | 08/15/2028 | p | p |
| 912810FB9 | T | BOND 11/15/27 6.125 | 18,482,000 | 6.125 | 11/15/2027 | p | p |
| 912810FA1 | T | BOND 08/15/27 6.375 | 9,434,000 | 6.375 | 08/15/2027 | p | p |
| 912810EZ7 | T | BOND 02/15/27 6.625 | 9,840,000 | 6.625 | 02/15/2027 | p | p |
| 912810EY0 | T | BOND 11/15/26 6.500 | 61,547,000 | 6.5 | 11/15/2026 | p | p |
| 912810EX2 | T | BOND 08/15/26 6.750 | 4,825,000 | 6.75 | 08/15/2026 | p | p |
| 912810EW4 | T | BOND 02/15/26 6.000 | 37,849,000 | 6 | 02/15/2026 | p | p |
| 912810EV6 | T | BOND 08/15/25 6.875 | 37,842,000 | 6.875 | 08/15/2025 | p | p |
| 912810ET1 | T | BOND 02/15/25 7.625 | 9,087,000 | 7.625 | 02/15/2025 | p | p |
| 912810ES3 | T | BOND 11/15/24 7.500 | 3,224,000 | 7.5 | 11/15/2024 | 135-18 | p |
| 912810EQ7 | T | BOND 08/15/23 6.250 | 292,000 | 6.25 | 08/15/2023 | p | p |
| 912810EP9 | T | BOND 02/15/23 7.125 | 62,767,000 | 7.125 | 02/15/2023 | p | p |
| 912810EN4 | T | BOND 11/15/22 7.625 | 36,714,000 | 7.625 | 11/15/2022 | p | p |
| 912810EM6 | T | BOND 08/15/22 7.250 | 117,964,000 | 7.25 | 08/15/2022 | p | p |
| 912833LG3 | S | TINT 02/15/22 | 36,815,000 | 0 | 02/15/2022 | p | p |
| 912810EL8 | T | BOND 11/15/21 8.000 | 461,000 | 8 | 11/15/2021 | p | p |
| 912810EK0 | T | BOND 08/15/21 8.125 | 193,593,000 | 8.125 | 08/15/2021 | p | p |
| 912810EJ3 | T | BOND 05/15/21 8.125 | 273,506,000 | 8.125 | 05/15/2021 | p | p |
| 912810EH7 | T | BOND 02/15/21 7.875 | 27,092,000 | 7.875 | 02/15/2021 | p | p |
| 912810EG9 | T | BOND 08/15/20 8.750 | 589,000 | 8.75 | 08/15/2020 | p | p |
| 912810EF1 | T | BOND 05/15/20 8.750 | 464,000 | 8.75 | 05/15/2020 | p | p |
| 912810EE4 | T | BOND 02/15/20 8.500 | 21,194,000 | 8.5 | 02/15/2020 | p | p |
| 912810ED6 | T | BOND 08/15/19 8.125 | 2,407,000 | 8.125 | 08/15/2019 | p | p |
| 912810EC8 | T | BOND 02/15/19 8.875 | 8,068,000 | 8.875 | 02/15/2019 | p | p |
| 912810EB0 | T | BOND 11/15/18 9.000 | 12,789,000 | 9 | 11/15/2018 | p | p |
| 912828JH4 | T | NOTY 08/15/18 4.000 | 14,684,000 | 4 | 08/15/2018 | p | p |
| 912810EA2 | T | BOND 05/15/18 9.125 | 22,064,000 | 9.125 | 05/15/2018 | p | p |
| 912828HZ8 | T | NOTY 05/15/18 3.875 | 9,486,000 | 3.875 | 05/15/2018 | p | p |
| 912828HR4 | T | NOTY 02/15/18 3.500 | 25,156,900 | 3.5 | 02/15/2018 | p | 98-0 |
| 912828HH6 | T | NOTY 11/15/17 4.250 | 3,273,500 | 4.25 | 11/15/2017 | p | p |
| 912810DZ8 | T | BOND 08/15/17 8.875 | 10,569,000 | 8.875 | 08/15/2017 | p | p |
| 912828HA1 | T | NOTY 08/15/17 4.750 | 602,000 | 4.75 | 08/15/2017 | p | p |
| 912803AL7 | SP | TPRX 05/15/17 8.750 | 250,000 | 0 | 05/15/2017 | p | p |
| 912810DY1 | T | BOND 05/15/17 8.750 | 17,594,000 | 8.75 | 05/15/2017 | p | p |
| 912828GS3 | T | NOTY 05/15/17 4.500 | 96,097,000 | 4.5 | 05/15/2017 | 106-00 | p |
| 912828GH7 | T | NOTY 02/15/17 4.625 | 1,107,000 | 4.625 | 02/15/2017 | p | p |

Marc O Getman/JPMCHASE
09/24/2008 02:48 PM

To marc.o.getman[REDACTED]
cc
bcc [REDACTED]; [REDACTED]
Subject BidList2

Attached is BidList2.xls. Please provide BIDS for any and all issues you wish to purchase. Provide Bids directly on the spreadsheet. Please indicate passing with a "P". Bids are due back by email to [REDACTED] by3:10p. Thank You.

bidList2.xls



Pg 10 of 20

CONFIDENTIAL

JPM-LBHI01299874

**Marc O Getman/JPMCHASE**
**09/24/2008 03:22 PM**

**To** marc.o.getman[redacted]
**cc**
**bcc** [redacted]
**Subject** BidList3

Attached is BidList3.xls. Please provide BIDS for any and all issues you wish to purchase. Provide Bids directly on the spreadsheet. Please indicate passing with a "P". Bids are due back by email to [redacted] by3:45p. Thank You.

BidList3.xls

Bidlist 3

| 09/24/2008 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CUSIP | Ticker | DESCRIPTION | PAR AMOUNT | CPN | MATURITY | | BID PRICE | | BID PRICE |
| 912828EQ1 | T | NOTY 08/15/10 3.875 | 217,031,000 | 3.875 | 08/15/2010 | | 103-25+ | | P |
| 912828ELD | T | NOTY 08/31/10 2.375 | 7,285,000 | 2.375 | 08/31/2010 | | | | P |
| 9128276J6 | T | NOTE 08/15/10 5.750 | 22,560,000 | 5.75 | 08/15/2010 | | 107-02 | | P |
| 912828FDB | T | NOTY 08/15/10 4.125 | 2,251,000 | 4.125 | 08/15/2010 | | | | P |
| 912828JF8 | T | NOTY 07/31/10 2.750 | 7,035,000 | 2.75 | 07/31/2010 | | | | P |
| 912828EZ0 | T | NOTY 07/15/10 3.875 | 1,248,000 | 3.875 | 07/15/2010 | | | | P |
| 912828JC5 | T | NOTY 06/30/10 2.875 | 9,554,000 | 2.875 | 06/30/2010 | | | | P |
| 912828DX5 | T | NOTY 06/15/10 3.625 | 5,113,000 | 3.625 | 06/15/2010 | | | | P |
| 912828JA9 | T | NOTY 05/31/10 2.625 | 4,926,000 | 2.625 | 05/31/2010 | | | | P |
| 912828DU1 | T | NOTY 05/15/10 3.875 | 12,371,000 | 3.875 | 05/15/2010 | | | | P |
| 912828GR5 | T | NOTY 05/15/10 4.500 | 13,358,000 | 4.5 | 05/15/2010 | | | | P |
| 912828HX1 | T | NOTY 04/30/10 2.125 | 11,646,000 | 2.125 | 04/30/2010 | | | | P |
| 912828DR8 | T | NOTY 04/15/10 4.000 | 25,994,000 | 4 | 04/15/2010 | | | | P |
| 912828HU7 | T | NOTY 03/31/10 1.750 | 1,297,000 | 1.75 | 03/31/2010 | | | | P |
| 912828DP2 | T | NOTY 03/15/10 4.000 | 76,636,000 | 4 | 03/15/2010 | | | | P |
| 912828HS2 | T | NOTY 02/28/10 2.000 | 3,854,000 | 2 | 02/28/2010 | | | | P |
| 912827SZ1 | T | NOTE 02/15/10 6.500 | 37,258,000 | 6.5 | 02/15/2010 | | | | P |
| 912828DL1 | T | NOTY 02/15/10 3.500 | 4,292,000 | 3.5 | 02/15/2010 | | | | P |
| 912828GG9 | T | NOTY 02/15/10 4.750 | 4,088,000 | 4.75 | 02/15/2010 | | | | P |
| 912828HP8 | T | NOTY 01/31/10 2.125 | 5,183,000 | 2.125 | 01/31/2010 | | | | P |
| 912828DG2 | T | NOTY 01/15/10 3.625 | 602,000 | 3.625 | 01/15/2010 | | | | P |
| 912828HL7 | T | NOTY 12/31/09 3.250 | 1,356,000 | 3.25 | 12/31/2009 | | | | P |
| 912828DE7 | T | NOTY 12/15/09 3.500 | 39,000 | 3.5 | 12/15/2009 | | | | P |
| 912828HJ2 | T | NOTY 11/30/09 3.125 | 183,000 | 3.125 | 11/30/2009 | | | | P |
| 912828DB3 | T | NOTY 11/15/09 3.500 | 13,382,000 | 3.5 | 11/15/2009 | | | | P |
| 912828FX3 | T | NOTY 11/15/09 4.625 | 2,976,000 | 4.625 | 11/15/2009 | | | | P |
| 912828HF0 | T | NOTY 10/31/09 3.625 | 339,000 | 3.625 | 10/31/2009 | | | | P |
| 912828CX6 | T | NOTY 10/15/09 3.375 | 15,931,000 | 3.375 | 10/15/2009 | | | | P |
| 912828HD5 | T | NOTY 09/30/09 4.000 | 46,129,000 | 4 | 09/30/2009 | ✓ | 103-00 | | P |
| 912828CV0 | T | NOTY 09/15/09 3.375 | 15,305,000 | 3.375 | 09/15/2009 | | | | P |
| 912828HB9 | T | NOTY 08/31/09 4.000 | 25,350,000 | 4 | 08/31/2009 | | | | P |
| 912827SN8 | T | NOTE 08/15/09 6.000 | 116,113,000 | 6 | 08/15/2009 | | 103-13+ | | P |
| 912828CS7 | T | NOTY 08/15/09 3.500 | 2,855,000 | 3.5 | 08/15/2009 | | | | P |
| 912828FP0 | T | NOTY 08/15/09 4.875 | 184,147,000 | 4.875 | 08/15/2009 | ✓ | 102-15 | | P |
| 912828GY0 | T | NOTY 07/31/09 4.625 | 130,104,000 | 4.625 | 07/31/2009 | ✓ | 102-05 | | P |
| 912828CN8 | T | NOTY 07/15/09 3.625 | 21,675,000 | 3.625 | 07/15/2009 | | | | P |
| 912828GV6 | T | NOTY 06/30/09 4.875 | 14,595,000 | 4.875 | 06/30/2009 | | | | P |
| 912828CL2 | T | NOTY 06/15/09 4.000 | 82,415,000 | 4 | 06/15/2009 | | | | P |
| 912828GT1 | T | NOTY 05/31/09 4.875 | 11,100,000 | 4.875 | 05/31/2009 | | | | P |
| 912827SG3 | T | NOTE 05/15/09 5.500 | 114,540,000 | 5.5 | 05/15/2009 | | 102-05 | | P |
| 912828CH1 | T | NOTY 05/15/09 3.875 | 40,093,000 | 3.875 | 05/15/2009 | | | | P |
| 912828FE5 | T | NOTY 05/15/09 4.875 | 41,173,000 | 4.875 | 05/15/2009 | | | | P |
| 912828GP9 | T | NOTY 04/30/09 4.500 | 28,778,000 | 4.5 | 04/30/2009 | | | | P |
| 912828CE8 | T | NOTY 04/15/09 3.125 | 42,134,000 | 3.125 | 04/15/2009 | | | | P |
| 912828GL8 | T | NOTY 03/31/09 4.500 | 9,867,000 | 4.5 | 03/31/2009 | | | | P |
| 912828CC2 | T | NOTY 03/15/09 2.625 | 14,112,000 | 2.625 | 03/15/2009 | | | | P |
| 912828GJ3 | T | NOTY 02/28/09 4.750 | 12,806,000 | 4.75 | 02/28/2009 | | | | P |
| 912828BZ2 | T | NOTY 02/15/09 3.000 | 349,000 | 3 | 02/15/2009 | | | | P |
| 912828EV8 | T | NOTY 02/15/09 4.500 | 77,878,000 | 4.5 | 02/15/2009 | | | | P |
| 912828GE4 | T | NOTY 01/31/09 4.875 | 4,991,000 | 4.875 | 01/31/2009 | | | | P |
| 912828BV1 | T | NOTY 01/15/09 3.250 | 16,157,000 | 3.25 | 01/15/2009 | | | | P |
| 912828GB0 | T | NOTY 12/31/08 4.750 | 1,491,000 | 4.75 | 12/31/2008 | | | | P |
| 912828BT6 | T | NOTY 12/15/08 3.375 | 2,892,000 | 3.375 | 12/15/2008 | | | | P |
| 912828FZ6 | T | NOTY 11/30/08 4.625 | 8,520,000 | 4.625 | 11/30/2008 | | | | P |
| 9128274V1 | T | NOTE 11/15/08 4.750 | 41,073,000 | 4.75 | 11/15/2008 | | | | P |
| 912828BQ2 | T | NOTY 11/15/08 3.375 | 98,000 | 3.375 | 11/15/2008 | | | | P |
| 912828EL0 | T | NOTY 11/15/08 4.375 | 48,224,000 | 4.375 | 11/15/2008 | | | | P |
| 912828FV7 | T | NOTY 10/31/08 4.875 | 5,400,000 | 4.875 | 10/31/2008 | | | | P |
| 912828BM1 | T | NOTY 10/15/08 3.125 | 13,526,000 | 3.125 | 10/15/2008 | | | | P |
| 912828FT2 | T | NOTY 09/30/08 4.625 | 8,387,000 | 4.625 | 09/30/2008 | | | | P |

Marc O Getman/JPMCHASE
09/24/2008 04:06 PM

To marc.o.getman[redacted]
cc
bcc [redacted]
Subject BidListTIPS

This document contains a file attachment with a file size of 3.3 MB.

Attached is BidListTIPS.xls. Please provide BIDS for any and all issues you wish to purchase. Provide Bids directly on the spreadsheet. Please indicate passing with a "P". Bids are due back by email to [redacted] by4:25p. Thank You.

BidListTIPS.xls

Tips List

Bidlst 4

| 09/24/2008 | | | 653,439,000 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP | Ticker | DESCRIPTION | PAR AMOUNT | CPN | MATURITY | | BID PRICE | | BID PRICE | | BID PRICE |
| 912810FQ6 | TII | TRIB 04/15/32 3.375 | 24,330,000 | 3.375 | 04/15/2032 | | 116-20 | | 115-18 | | |
| 912810FH6 | TII | TRIB 04/15/29 3.875 | 67,626,000 | 3.875 | 04/15/2029 | | 122-2 | | 120-12 | | |
| 912810FD5 | TII | TRIB 04/15/28 3.625 | 19,588,000 | 3.625 | 04/15/2028 | | | | 115-24 | | |
| 912810PV4 | TII | TRIB 01/15/28 1.750 | 60,324,000 | 1.75 | 01/15/2028 | | 89-0 | | 87-20 | | |
| 912810PS1 | TII | TRIB 01/15/27 2.375 | 17,080,000 | 2.375 | 01/15/2027 | | | | 97-08 | | |
| 912810FS2 | TII | TRIB 01/15/26 2.000 | 94,303,000 | 2 | 01/15/2026 | | 93-10 | | 91-24 | | |
| 912810FR4 | TII | TRIB 01/15/25 2.375 | 22,297,000 | 2.375 | 01/15/2025 | | | | 97-16 | | |
| 912828JE1 | TII | TRIN 07/15/18 1.375 | 15,216,000 | 1.375 | 07/15/2018 | | | | 93-01 | | |
| 912828HN3 | TII | TRIN 01/15/18 1.625 | 1,935,000 | 1.625 | 01/15/2018 | | | | 95-20 | | |
| 912828GX2 | TII | TRIN 07/15/17 2.625 | 896,000 | 2.625 | 07/15/2017 | | | | 103-24 | | |
| 912828FL9 | TII | TRIN 07/15/16 2.500 | 955,000 | 2.5 | 07/15/2016 | | | | 103-00 | | |
| 912828ET3 | TII | TRIN 01/15/16 0.000 | 78,193,000 | 2 | 01/15/2016 | | | | 99-12 | | |
| 912828EA4 | TII | TRIN 07/15/15 1.875 | 324,000 | 1.875 | 07/15/2015 | | | | 98-28 | | |
| 912828DH0 | TII | TRIN 01/15/15 1.625 | 22,418,000 | 1.625 | 01/15/2015 | | | | 97-21 | | |
| 912828CP3 | TII | TRIN 07/15/14 2.000 | 44,105,000 | 2 | 07/15/2014 | | | | 99-26 | | |
| 912828BW9 | TII | TRIN 01/15/14 2.000 | 455,000 | 2 | 01/15/2014 | | | | 99-25 | | |
| 912828BD1 | TII | TRIN 07/15/13 1.875 | 68,703,000 | 1.875 | 07/15/2013 | | | | 99-15 | | |
| 912828HW3 | TII | TRIN 04/15/13 0.625 | 16,891,000 | 0.625 | 04/15/2013 | | | | 94-04 | | |
| 912828AF7 | TII | TRIN 07/15/12 3.000 | 12,363,000 | 3 | 07/15/2012 | | | | 103-24 | | |
| 912828GN4 | TII | TRIN 04/15/12 2.000 | 7,947,000 | 2 | 04/15/2012 | | | | 99-26 | | |
| 9128277J5 | TII | TRIN 01/15/12 3.375 | 30,172,000 | 3.375 | 01/15/2012 | | | | 104-16 | | |
| 912828FB1 | TII | TRIN 04/15/11 2.375 | 8,366,000 | 2.375 | 04/15/2011 | | | | 100-20 | | |
| 9128276R8 | TII | TRIN 01/15/11 3.500 | 773,000 | 3.5 | 01/15/2011 | | | | 103-13 | | |
| 912828CZ1 | TII | TRIN 04/15/10 0.000 | 666,000 | 0.875 | 04/15/2010 | | | | 97-16 | | |
| 9128275W8 | TII | TRIN 01/15/10 4.250 | 15,637,000 | 4.25 | 01/15/2010 | | | | 102-07 | | |
| 9128274Y5 | TII | TRIN 01/15/09 3.875 | 21,876,000 | 3.875 | 01/15/2009 | | | | 98-18 | | |

6 EquityMSG

1<GO>DEL 2<GO>RESEND 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

√ 9/24 15:49:53

To: ANDY LOMBARA (JPMORGAN SECURITIES)

No Attachments

JP Morgan Strips/Bonds Desk (W) (C)

Steve, Confirming UST Trades weith JPM...

buys /JPM sells

912810ES3 3,224,000 7.5 11/15/2024 at 135-18

912828GS3 96,097,000 4.5 05/15/2017 at 105-00

reg settle

Thanks for the trades

This communication is for information purposes only. It is not intended as: an offer for the purchase or sale of any financial instrument, a solicitation to participate in any trading strategy, or an official confirmation of any transaction. The information is believed to be reliable, but we do not warrant its completeness or accuracy. Prices are indicative only, and are subject to change without notice. See www.jpmorgan.com/usage for important usage terms. We may hold a position or act as a market maker in any financial instrument discussed herein. Clients should consult their own advisors regarding any tax, accounting or legal aspects of this information. Copyright 2007 JPMORGAN CHASE & CO.

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2008 Bloomberg Finance L.P.
G919-328-3 24-Sep-2008 16:56:11

5 EquityMSG

1<GO>DEL 2<GO>RESEND 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

√ 9/24 15:50:04

To: ANDY LOMBARA (JPMORGAN SECURITIES)

No Attachments

JP Morgan Strips/Bonds Desk (W) [redacted] (C) [redacted]

Steve, Confirming UST Trades with JPM... List 2

[redacted] buys /JPM sells

| | | | |
|---|---|---|---|
| 912828CJ7 | 25,005,000 | 4.75 05/15/2014 | 109-02 |
| 912828HV5 | 82,016,800 | 2.5 03/31/2013 | 98-12 |
| 912828HT0 | 48,977,000 | 2.75 02/28/2013 | 99-12 |

reg settle

This communication is for information purposes only. It is not intended as an offer for the purchase or sale of any financial instrument, a solicitation to participate in any trading strategy, or an official confirmation of any transaction. The information is believed to be reliable, but we do not warrant its completeness or accuracy. Prices are indicative only, and are subject to change without notice. See www.jpmorgan.com/usage for important usage terms. We may hold a position or act as a market maker in any financial instrument discussed herein. Clients should consult their own advisors regarding any tax, accounting or legal aspects of this information. Copyright 2007 JPMORGAN CHASE & CO.

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2008 Bloomberg Finance L.P.
G919-328-3 24-Sep-2008 16:56:05

2 EquityMSG

1<GO>DEL 2<GO>RESEND 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

✓ 9/24 16:21:53

To: ANDY LOMBARA (JPMORGAN SECURITIES)

No Attachments

JP Morgan Strips/Bonds Desk (W) [redacted] (C) [redacted]

Steve, Confirming UST Trades with JPM... List 3

| | | | |
|---|---|---|---|
| 9128276J6 | 22,582,000 | 5.75 08/15/2010 | 107-02 |
| 9128275N8 | 115,113,000 | 6 08/15/2009 | 103-13+ |
| 9128275G3 | 114,546,000 | 5.5 05/15/2009 | 102-05 |

reg settle

This communication is for information purposes only. It is not intended as: an offer for the purchase or sale of any financial instrument, a solicitation to participate in any trading strategy, or an official confirmation of any transaction. The information is believed to be reliable, but we do not warrant its completeness or accuracy. Prices are indicative only, and are subject to change without notice. See www.jpmorgan.com/usage for important usage terms. We may hold a position or act as a market maker in any financial instrument discussed herein. Clients should consult their own advisors regarding any tax, accounting or legal aspects of this information. Copyright 2007 JPMORGAN CHASE & CO.

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2008 Bloomberg Finance L.P.
G919-328-3 24-Sep-2008 16:55:32

4 EquityMSG

1<GO>DEL 2<GO>RESEND 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

√ 9/24 15:50:21

To: ANDY LOMBARA (JPMORGAN SECURITIES)

No Attachments

JP Morgan Strips/Bonds Desk (W) [redacted] (C) [redacted]

Mark, confirming UST trades with JPM... List 1

[redacted] / JPM sells

| | | | |
|---|---|---|---|
| 912810PW2 | 5,623,900 | 4.375 02/15/2038 | at 99-21 |
| 912810FT0 | 3,146,400 | 4.5 02/15/2036 | at 101-13 |
| 912828HR4 | 25,156,900 | 3.5 02/15/2018 | at 98-00 |

reg settle Thanks for the Trades

This communication is for information purposes only. It is not intended as: an offer for the purchase or sale of any financial instrument, a solicitation to participate in any trading strategy, or an official confirmation of any transaction. The information is believed to be reliable, but we do not warrant its completeness or accuracy. Prices are indicative only, and are subject to change without notice. See www.jpmorgan.com/usage for important usage terms. We may hold a position or act as a market maker in any financial instrument discussed herein. Clients should consult their own advisors regarding any tax, accounting or legal aspects of this information. Copyright 2007 JPMORGAN CHASE & CO.

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2008 Bloomberg Finance L.P.
6919-328-3 24-Sep-2008 16:55:47



Pg 19 of 20

EquityMSG

Mail sent. <MENU> to exit, or enter a new ID or ?.

2) To: KEITH MORRIS (JPMORGAN SECURITIES);

6) Speed Dial ID MORRIS NEW YORK

8) Add Attachments

TIPS / TIPS / TIPS ... /

RECIPIENT TIME: 9/24 15:54:27

Confirming TIPS tardes with

JPM sells / buys

912810FQ6 TII TRIB 04/15/32 3.375 24,330,000 116-20
912810FH6 TII TRIB 04/15/29 3.875 67,626,000 122-02
912810PV4 TII TRIB 01/15/28 1.750 60,324,000 89-00
912810FS2 TII TRIB 01/15/26 2.000 94,303,000 93-10

corp settle thanks for the trades,
Marc

Allow forwarding? Y Delay message until mm/dd hh:mm Freq

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2008 Bloomberg Finance L.P.
6919-328-3 24-Sep-2008 15:55:02

CONFIDENTIAL JPM-LBHI01299883

3 EquityMSG

1<GO>DEL 2<GO>RESEND 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

✓ 9/24 15:50:30

To: ANDY LOMBARA (JPMORGAN SECURITIES)

No Attachments

JP Morgan Strips/Bonds Desk (W) [redacted] (C) [redacted]

Mark, confirming UST trades with JPM... List 2

[redacted] / JPM sells

912828EW6 21,174,000 4.5 02/15/2016 at 106-28+

912828EN6 20,068,000 4.5 11/15/2015 at 107-13

912828DM9 34,382,000 4 02/15/2015 at 105-09

reg settle

This communication is for information purposes only. It is not intended as: an offer for the purchase or sale of any financial instrument, a solicitation to participate in any trading strategy, or an official confirmation of any transaction. The information is believed to be reliable, but we do not warrant its completeness or accuracy. Prices are indicative only, and are subject to change without notice. See www.jpmorgan.com/usage for important usage terms. We may hold a position or act as a market maker in any financial instrument discussed herein. Clients should consult their own advisors regarding any tax, accounting or legal aspects of this information. Copyright 2007 JPMORGAN CHASE & CO.

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2008 Bloomberg Finance L.P.
6919-328-3 24-Sep-2008 16:55:40