# EXHIBIT P

08-13555-mg    Doc 20723-16    Filed 10/11/11    Entered 10/11/11 11:57:12    Exhibit P
Pg 1 of 12

        Amy C Jeffries@JPMCHASE

To: Adam S Rilander/JPMCHASE@JPMCHASE
cc: Michael T Cassidy/JPMCHASE@JPMCHASE
Subject: Re: Adam, please send Tassimo Trade Docs

11/21/2008 09:10 AM

Adam,

Thanks for your help so far. I've filed everything that we have from you.

We're missing one trade from 9/30 and a handful of trades on 9/26. [Redacted]
[Redacted]

We appreciate your continued help on this as we wrap up the documentation process. These trades are your final pieces outstanding.

Thank you,
Amy

*(See attached file: Tassimo Rilander Outstanding 11.21.08.xls) (See attached file: Rilander Example.xls)*

**Amy C Jeffries** | Structured Credit | J.P. Morgan | Floor 8, 270 Park Ave, New York, NY 10017 | T: ▮▮▮ | M: ▮▮▮ | ▮▮▮ | jpmorgan.com

---

Adam S Rilander/JPMCHASE

Adam S Rilander/JPMCHASE

To Amy C Jeffries/JPMCHASE@JPMCHASE
cc Michael T Cassidy/JPMCHASE@JPMCHASE
Subject Re: Adam, please send Tassimo Trade Docs

11/18/2008 03:23 PM

so we're all good?

Amy C Jeffries/JPMCHASE

Amy C Jeffries/JPMCHASE

To Adam S Rilander/JPMCHASE@JPMCHASE
cc Michael T Cassidy/JPMCHASE@JPMCHASE
Subject Re: Adam, please send Tassimo Trade Docs

11/18/2008 03:08 PM

Adam,

Thanks for your help.

I found something on the 9/24 bonds, so we're all set on those too.

Thanks,
Amy

Adam S Rilander/JPMCHASE

EXHIBIT 11
WIT: Jeffries
DATE: 5/5/11
FRANK BAS, RPR

HIGHLY CONFIDENTIAL

JPM-LBHI01379094

|  |  |
|---|---|
| Adam S Rilander/JPMCHASE<br>11/18/2008 12:31 PM | To Amy C Jeffries/JPMCHASE@JPMCHASE<br>cc<br>Subject Re: Adam, please send Tassimo Trade Docs |

the 9/26 bonds i don't believe had bids or passes as we had to buy them "immediately"
the 11/4/08 bonds you have already
the 9/24 bonds i'll figure out.

˅ Amy C Jeffries/JPMCHASE

|  |  |
|---|---|
| Amy C Jeffries/JPMCHASE<br>11/17/2008 08:03 PM | To Adam S Rilander/JPMCHASE@JPMCHASE<br>cc Michael T Cassidy/JPMCHASE@JPMCHASE<br>Subject Adam, please send Tassimo Trade Docs |

Adam,

Please supply the required documentation for these trades. Appropriate documentation includes screenshots/emails of bids and passes or a few lines of commentary describing the bidding process for the trade.

Please feel free to call of email with questions.

Thank you,
Amy


[attachment "Tassimo Rilander Outstanding 11.17.08.xls" deleted by Adam S Rilander/JPMCHASE]

**Amy C Jeffries** | Structured Credit | **J.P. Morgan** | Floor 8, 270 Park Ave, New York, NY 10017 | T: ▉▉▉▉
▉▉▉▉ | M: ▉▉▉▉ | ▉▉▉▉ | jpmorgan.com




| Tassimo Rilander Outstanding 11.21.08.xls | Type: application/msexcel<br>Name: Tassimo Rilander Outstanding 11.21.08.xls |
|---|---|

| Rilander Example.xls | Type: application/msexcel<br>Name: Rilander Example.xls |
|---|---|

HIGHLY CONFIDENTIAL                                                          JPM-LBHI01379095

**DOCUMENT PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL                                    JPM-LBHI01379096

| Unique ID | CUSIP | DESCRIPTION | RATE | Maturity | TradeID | SaleDate | Sale Price | Prices | Par Sold | Collateral Value Sold | Trader |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2576 | 31358G7B7 | FANNIE MAE | Not Listed | 06/25/2021 | 2576-1 | 30-Sep-08 | 10,000.00 | | 114,043 | 191,853 | Rilander |
| 4643 | 31282R4U5 | FGPC M80835 | 3.500 | 07/01/2010 | 4643-1 | 26-Sep-08 | 0.00 | | 1 | 0 | Rilander |
| 4717 | 3133T24G2 | FGRA 01635S | 0.000 | 12/15/2008 | 4717-1 | 26-Sep-08 | 0.19 | 218,595,863 | | 675 | Rilander |
| 4766 | 31358TXC8 | FNR4 000XC8 | | 12/25/2008 | 4766-1 | 26-Sep-08 | 0.03 | 40,000,000 | | 1 | Rilander |
| 4767 | 31358TXE4 | FNR4 000XE4 | | 12/25/2008 | 4767-1 | 26-Sep-08 | 0.03 | 100,000,000 | | 1 | Rilander |
| 4784 | 31359PUB0 | FNRA 000UB0 | | 03/25/2009 | 4784-1 | 26-Sep-08 | 0.16 | 165,377,139 | | 991 | Rilander |
| 4807 | 31396X7L2 | FNRA 0007L2 | | 06/25/2037 | 4807-1 | 26-Sep-08 | 0.00 | 106,022,548 | | 623 | Rilander |
| 5009 | 38374L5S6 | GNRM 00574PI | | 09/16/2035 | 5009-1 | 26-Sep-08 | 10.00 | 4,900,000 | | 425,377 | Rilander |

JPM-LBHI01379097

HIGHLY CONFIDENTIAL

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | CMO | | |
| 2 | | | | | | 9/24 Bid list | | |
| 3 | | | | | | Adam Rifkanders | | |
| 4 | CUSIP | Bidlist | Bid #1 | Bid #2 | Bid #3 | JPM Bid | Redacted | Comments |
| 5 | 3136HHN45 | Illiquid Trust | PASS | Pass | PASS | 14.0 | | JPM Buys - No bids |
| 6 | 31364HND5 | Illiquid Trust | PASS | Pass | PASS | 13.0 | | JPM Buys - No bids |
| 7 | 31364HNF0 | Illiquid Trust | PASS | Pass | PASS | 13.0 | | JPM Buys - No bids |
| 8 | 31364HNH6 | Illiquid Trust | PASS | Pass | PASS | 14.0 | | JPM Buys - No bids |
| 9 | 31364HNK9 | Illiquid Trust | PASS | Pass | PASS | 13.0 | | JPM Buys - No bids |
| 10 | 31364HNM5 | Illiquid Trust | PASS | Pass | PASS | 13.5 | | JPM Buys - No bids |
| 11 | 31364HNP8 | Illiquid Trust | PASS | Pass | PASS | 14.0 | | JPM Buys - No bids |
| 12 | 31364HUG0 | Illiquid Trust | PASS | Pass | PASS | 12.0 | | JPM Buys - No bids |
| 13 | 3136HHG84 | Illiquid Trust | PASS. | Pass | PASS | 10.0 | | JPM Buys - No bids |
| 14 | 31364HJ65 | Illiquid Trust | PASS | Pass | PASS | 12.0 | | JPM Buys - No bids |
| 15 | 31364HK63 | Illiquid Trust | PASS | Pass | PASS | 12.0 | | JPM Buys - No bids |
| 16 | 31364HN86 | Illiquid Trust | PASS | Pass | PASS | 14.0 | | JPM Buys - No bids |
| 17 | 31364JT29 | Illiquid Trust | PASS | Pass | PASS | 12.5 | | JPM Buys - No bids |
| 18 | 31364J4Y6 | Illiquid Trust | PASS | 12.00 | PASS | 9.0 | | Sold to Customer |
| 19 | 31364J6A6 | Illiquid Trust | PASS | 12.00 | PASS | 10.0 | | Sold to Customer |
| 20 | 3136FAAB6 | Illiquid Trust | PASS | Pass | PASS | 10.0 | | JPM Buys - No bids |
| 21 | 3136FACH1 | Illiquid Trust | PASS | 12.00 | PASS | 9.0 | | Sold to Customer |
| 22 | 3136FAJF8 | Illiquid Trust | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 23 | 3136FARU6 | Illiquid Trust | PASS | Pass | PASS | 9.5 | | JPM Buys - No bids |
| 24 | 3136FAAW7 | Illiquid Trust | PASS | Pass | PASS | 10.0 | | Sold to Customer |
| 25 | 3136HHQ59 | Illiquid Trust | PASS | 50-08 | PASS | 52.0 | | Sold to Customer |
| 26 | 3136FFSA8 | XS Strip | PASS | Pass | PASS | 9.0 | | JPM Buys - No bids |
| 27 | 3136FFSB6 | XS Strip | PASS | Pass | PASS | 9.0 | | JPM Buys - No bids |
| 28 | 3136FCNT9 | XS Strip | PASS | 12-16 | PASS | 12.0 | | Sold to Customer |
| 29 | 3136FCNU6 | XS Strip | PASS | 12-04 | PASS | 12.0 | | Sold to Customer |
| 30 | 3136FC2B5 | XS Strip | 12-16 | 12-24 | PASS | 10.5 | | Sold to Customer |
| 31 | 3136FCD86 | XS Strip | PASS | Pass | 17-20 | 22.0 | | Sold to Customer |
| 32 | 3136FCM37 | XS Strip | PASS | 13-02 | PASS | 12.0 | | Sold to Customer |
| 33 | 3136FFRZ4 | XS Strip | PASS | Pass | PASS | 8.5 | | JPM Buys - No bids |
| 34 | 3136FFMX4 | XS Strip | 12-30 | 13-08 | PASS | 11.0 | | Sold to Customer |
| 35 | 3136FFNL9 | XS Strip | PASS | Pass | PASS | 10.0 | | JPM Buys - No bids |
| 36 | 3136FFNM7 | XS Strip | PASS | Pass | PASS | 10.0 | | JPM Buys - No bids |
| 37 | 3136FFNV5 | XS Strip | PASS | Pass | PASS | 10.0 | | JPM Buys - No bids |
| 38 | 3136FFNY1 | XS Strip | PASS | 13-02 | PASS | 10.0 | | Sold to Customer |
| 39 | 3136FFPK9 | XS Strip | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 40 | 3136FFPL7 | XS Strip | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 41 | 3136FFQA0 | XS Strip | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 42 | 3136FFQB8 | XS Strip | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 43 | 3136FFQC6 | XS Strip | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 44 | 3136FFQD4 | XS Strip | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 45 | 3136FFQR3 | XS Strip | PASS | Pass | PASS | 10.5 | | JPM Buys - No bids |
| 46 | 3136FFQS1 | XS Strip | PASS | Pass | PASS | 10.5 | | JPM Buys - No bids |
| 47 | 3136FFRA9 | XS Strip | PASS | Pass | PASS | 10.5 | | JPM Buys - No bids |
| 48 | 3136FFRJ0 | XS Strip | PASS | 11-16 | PASS | 11.0 | | Sold to Customer |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 49 | 3136FFRK7 | XS Strip | PASS | Pass | PASS | 11.0 | Redacted | JPM Buys - No bids |
| 50 | 3136FFRN1 | XS Strip | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 51 | 3136FFRP6 | XS Strip | PASS | 11-04 | PASS | 11.0 | | Sold to Customer |
| 52 | 3136FFRQ4 | XS Strip | PASS | 11-04 | PASS | 11.0 | | Sold to Customer |
| 53 | 3136FFRS0 | XS Strip | PASS | Pass | PASS | 8.5 | | JPM Buys - No bids |
| 54 | 3136FFRY7 | XS Strip | PASS | Pass | PASS | 8.5 | | JPM Buys - No bids |
| 55 | 3136FFSC4 | XS Strip | PASS | 12-16 | PASS | 11.0 | | Sold to Customer |
| 56 | 3136FFSD2 | XS Strip | PASS | 12-08 | PASS | 11.0 | | Sold to Customer |
| 57 | 3136FFSG5 | XS Strip | PASS | Pass | PASS | 10.0 | | JPM Buys - No bids |
| 58 | 3136FFSM2 | XS Strip | PASS | Pass | PASS | 10.5 | | JPM Buys - No bids |
| 59 | 3136FFSN0 | XS Strip | PASS | Pass | PASS | 10.5 | | JPM Buys - No bids |
| 60 | 3136FFTB5 | XS Strip | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 61 | 3136FFTC3 | XS Strip | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 62 | 3136FFTE9 | XS Strip | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 63 | 3136FFTF6 | XS Strip | PASS | Pass | PASS | 11.0 | | JPM Buys - No bids |
| 64 | 3136FFTM1 | XS Strip | PASS | Pass | PASS | 10.0 | | JPM Buys - No bids |
| 65 | 31392MH54 | AGY Wrap | PASS | Pass | PASS | 0.50 | | JPM Buys - No bids |
| 66 | 31392MH62 | AGY Wrap | PASS | Pass | PASS | 0.32 | | JPM Buys - No bids |
| 67 | 31392MH70 | AGY Wrap | PASS | Pass | PASS | 47.00 | | JPM Buys - No bids |
| 68 | 31393LFN8 | AGY Wrap | PASS | Pass | PASS | 0.50 | | JPM Buys - No bids |
| 69 | 31393RG53 | AGY Wrap | PASS | Pass | PASS | 0.01 | | JPM Buys - No bids |
| 70 | 31393RG67 | AGY Wrap | PASS | Pass | PASS | 0.25 | | JPM Buys - No bids |
| 71 | 31393RG20 | AGY Wrap | PASS | Pass | PASS | 0.14 | | JPM Buys - No bids |
| 72 | 31393RGH7 | AGY Wrap | PASS | Pass | PASS | 0.51 | | JPM Buys - No bids |
| 73 | 31394JY68 | AGY Wrap | PASS | Pass | PASS | 0.20 | | JPM Buys - No bids |
| 74 | 31392W7C8 | AGY Wrap | PASS | Pass | PASS | 0.20 | | JPM Buys - No bids |
| 75 | 31359PG39 | AGY Wrap | PASS | Pass | PASS | 5.50 | | JPM Buys - No bids |
| 76 | 31358SR60 | AGY Wrap | PASS | Pass | PASS | 42.00 | | JPM Buys - No bids |
| 77 | 31359QC2 | AGY Wrap | PASS | Pass | PASS | 55.00 | | JPM Buys - No bids |
| 78 | 31359QD0 | AGY Wrap | PASS | Pass | PASS | 4.78 | | JPM Buys - No bids |
| 79 | 31392CS96 | AGY Wrap | PASS | Pass | PASS | 0.32 | | JPM Buys - No bids |
| 80 | 31392DD56 | AGY Wrap | PASS | Pass | PASS | 0.75 | | JPM Buys - No bids |
| 81 | 31392DD82 | AGY Wrap | PASS | Pass | PASS | 0.60 | | JPM Buys - No bids |
| 82 | 31392ESQ4 | AGY Wrap | PASS | Pass | PASS | 0.75 | | JPM Buys - No bids |
| 83 | 31358S4X6 | AGY Wrap | PASS | Pass | PASS | 20.00 | | JPM Buys - No bids |
| 84 | 31392ET34 | AGY Wrap | PASS | Pass | PASS | 1.50 | | JPM Buys - No bids |
| 85 | 31392A5R5 | AGY Wrap | PASS | Pass | PASS | 0.35 | | JPM Buys - No bids |
| 86 | 31393BV69 | AGY Wrap | PASS | Pass | PASS | 0.51 | | JPM Buys - No bids |
| 87 | 31393BV51 | AGY Wrap | PASS | Pass | PASS | 4.00 | | JPM Buys - No bids |
| 88 | 31393BU78 | AGY Wrap | PASS | Pass | PASS | 1.00 | | JPM Buys - No bids |
| 89 | 31393BW43 | AGY Wrap | PASS | Pass | PASS | 0.51 | | JPM Buys - No bids |
| 90 | 31393BW68 | AGY Wrap | PASS | Pass | PASS | 1.00 | | JPM Buys - No bids |
| 91 | 31393BT88 | AGY Wrap | PASS | Pass | PASS | 1.32 | | JPM Buys - No bids |
| 92 | 31393ELJ6 | AGY Wrap | PASS | Pass | PASS | 2.00 | | JPM Buys - No bids |
| 93 | 31393YV77 | AGY Wrap | PASS | Pass | PASS | 70.00 | | JPM Buys - No bids |
| 94 | 31393U4L4 | AGY Wrap | PASS | Pass | PASS | 0.40 | | JPM Buys - No bids |
| 95 | 31393YV28 | AGY Wrap | PASS | Pass | PASS | 0.46 | | JPM Buys - No bids |
| 96 | 31393YV36 | AGY Wrap | PASS | Pass | PASS | 0.32 | | JPM Buys - No bids |

HIGHLY CONFIDENTIAL

JPM-LBHI01379098

JPM-LBHI01379099

HIGHLY CONFIDENTIAL

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 97 | 31394AC27 | AGY Wrap | PASS | Pass | PASS | 0.31 | Redacted | JPM Buys - No bids |
| 98 | 31393YV44 | AGY Wrap | PASS | Pass | PASS | 0.30 | | JPM Buys - No bids |
| 99 | 31393YV51 | AGY Wrap | PASS | Pass | PASS | 0.60 | | JPM Buys - No bids |
| 100 | 31393Y094 | AGY Wrap | PASS | Pass | PASS | 42.00 | | JPM Buys - No bids |
| 101 | 31394ACR5 | AGY Wrap | PASS | Pass | PASS | 0.75 | | JPM Buys - No bids |
| 102 | 31394AB88 | AGY Wrap | PASS | Pass | PASS | 0.40 | | JPM Buys - No bids |
| 103 | 31394AB96 | AGY Wrap | PASS | Pass | PASS | 0.32 | | JPM Buys - No bids |
| 104 | 31394AC38 | AGY Wrap | PASS | Pass | PASS | 0.75 | | JPM Buys - No bids |
| 105 | 31394AC20 | AGY Wrap | PASS | Pass | PASS | 0.31 | | JPM Buys - No bids |
| 106 | 31394AB70 | AGY Wrap | PASS | Pass | PASS | 43.00 | | JPM Buys - No bids |
| 107 | 31394A7F7 | AGY Wrap | PASS | Pass | PASS | 0.32 | | JPM Buys - No bids |
| 108 | 31394A7E0 | AGY Wrap | PASS | Pass | PASS | 0.33 | | JPM Buys - No bids |
| 109 | 31394A7D2 | AGY Wrap | PASS | Pass | PASS | 0.40 | | JPM Buys - No bids |
| 110 | 31394A7G5 | AGY Wrap | PASS | Pass | PASS | 0.82 | | JPM Buys - No bids |
| 111 | 31394A7C4 | AGY Wrap | PASS | Pass | PASS | 44.00 | | JPM Buys - No bids |
| 112 | 31359U4J1 | AGY Wrap | PASS | Pass | PASS | 30.00 | | JPM Buys - No bids |
| 113 | 31359U4H5 | AGY Wrap | PASS | Pass | PASS | 75.00 | | JPM Buys - No bids |
| 114 | 31392B6Y7 | AGY Wrap | PASS | Pass | PASS | 0.31 | | JPM Buys - No bids |
| 115 | 31392DUB6 | AGY Wrap | PASS | Pass | PASS | 0.58 | | JPM Buys - No bids |
| 116 | 31392DTZ5 | AGY Wrap | PASS | Pass | PASS | 0.62 | | JPM Buys - No bids |
| 117 | 31393CX73 | AGY Wrap | PASS | Pass | PASS | 0.59 | | JPM Buys - No bids |
| 118 | 31393CX32 | AGY Wrap | PASS | Pass | PASS | 0.51 | | JPM Buys - No bids |
| 119 | 31392DF64 | AGY Wrap | PASS | Pass | PASS | 4.00 | | JPM Buys - No bids |
| 120 | 31392JAR0 | AGY Wrap | PASS | Pass | PASS | 0.78 | | JPM Buys - No bids |
| 121 | 31393AP50 | AGY Wrap | PASS | Pass | PASS | 52.00 | | JPM Buys - No bids |
| 122 | 31393CW74 | AGY Wrap | PASS | Pass | PASS | 2.00 | | JPM Buys - No bids |
| 123 | 31393DTY7 | AGY Wrap | PASS | Pass | PASS | 0.75 | | JPM Buys - No bids |
| 124 | 31393DUV1 | AGY Wrap | PASS | Pass | PASS | 2.00 | | JPM Buys - No bids |
| 125 | 31393X7F8 | AGY Wrap | PASS | Pass | PASS | 0.48 | | JPM Buys - No bids |
| 126 | 31393X7G6 | AGY Wrap | PASS | Pass | PASS | 0.32 | | JPM Buys - No bids |
| 127 | 31393X7J0 | AGY Wrap | PASS | Pass | PASS | 0.62 | | JPM Buys - No bids |
| 128 | 31393X7H4 | AGY Wrap | PASS | Pass | PASS | 0.32 | | JPM Buys - No bids |
| 129 | 31393X7E1 | AGY Wrap | PASS | Pass | PASS | 40.00 | | JPM Buys - No bids |
| 130 | 31394ACJ3 | AGY Wrap | PASS | Pass | PASS | 0.23 | | JPM Buys - No bids |
| 131 | 31394ACH7 | AGY Wrap | PASS | Pass | PASS | 0.02 | | JPM Buys - No bids |
| 132 | 31394ACP9 | AGY Wrap | PASS | Pass | PASS | 0.33 | | JPM Buys - No bids |
| 133 | 31394ACK0 | AGY Wrap | PASS | Pass | PASS | 40.00 | | JPM Buys - No bids |
| 134 | 31359PGL4 | AGY Wrap | PASS | Pass | PASS | 5.00 | | JPM Buys - No bids |
| 135 | 31359P4U7 | Derivative | PASS | 1.00 | PASS | 1.50 | | Sold to Customer |
| 136 | 31392AJX7 | Derivative | PASS | Pass | PASS | 0.34 | | JPM Buys - No bids |
| 137 | 31359RUQ3 | Derivative | 9-00 area | 8-01+ | PASS | 8.00 | | Sold to Customer |
| 138 | 31359X2M0 | Derivative | PASS | Pass | PASS | 0.50 | | JPM Buys - No bids |
| 139 | 31359G7B7 | Derivative | PASS | Pass | PASS | 10,000.00 | | Sold to Customer |
| 140 | 31359QX25 | Derivative | PASS | 15.00 | PASS | 22.00 | | Sold to Customer |
| 141 | 31394PJJ3 | Derivative | PASS | Pass | PASS | 72.00 | | JPM Buys - No bids |
| 142 | 31397T5G3 | Derivative | PASS | Pass | PASS | 97.00 | | JPM Buys - No bids |
| 143 | 31290B4E3 | Derivative | PASS | Pass | PASS | 104.75 | | JPM Buys - No bids |
| 144 | 31394WP77 | Derivative | PASS | Pass | PASS | 1.00 | | JPM Buys - No bids |

JPM-LBHI01379100

HIGHLY CONFIDENTIAL

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 145 | 3937H4NY7 | Derivative | PASS | Pass | PASS | 0.02 | Redacted | JPM Buys - No bids |

| Unique ID | CUSIP | DESCRIPTION | Orig Face | Factor | Curr Face | TYPE | Class | CPN | CPN_TYP | MATURITY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3812 | 31364HN45 | FNS 279 2 | 1,554,000 | 0.015325 | $ 23,815.05 | FNST | Agency CMO | 9 | FIXED | 07/01/2026 | | PASS |
| 3813 | 31364HND5 | FNS 134 2 | 3,197,861 | 0.002782 | $ 8,896.45 | FNST | Agency CMO | 9 | FIXED | 04/25/2022 | | PASS |
| 3814 | 31364HNF0 | FNS 135 2 | 1,898,320 | 0.002587 | $ 4,910.95 | FNST | Agency CMO | 9.5 | FIXED | 04/25/2022 | | PASS |
| 3815 | 31364HNH6 | FNS 136 2 | 2,574,254 | 0.003259 | $ 8,389.49 | FNST | Agency CMO | 10 | FIXED | 04/25/2022 | | PASS |
| 3816 | 31364HNK9 | FNS 137 2 | 3,325,330 | 0.006539 | $ 21,744.33 | FNST | Agency CMO | 9 | FIXED | 05/25/2022 | | PASS |
| 3817 | 31364HNM5 | FNS 138 2 | 1,855,027 | 0.005068 | $ 9,401.28 | FNST | Agency CMO | 9.5 | FIXED | 05/25/2022 | | PASS |
| 3818 | 31364HNP8 | FNS 139 2 | 2,585,653 | 0.004896 | $ 12,664.53 | FNST | Agency CMO | 10 | FIXED | 06/25/2022 | | PASS |
| 3819 | 31364HUG0 | FNS 203 2 | 1,509,000 | 0.00861 | $ 12,992.49 | FNST | Agency CMO | 8 | FIXED | 02/01/2023 | | PASS |
| 3820 | 31364HG84 | FNS 257 2 | 652,000 | 0.026503 | $ 17,279.96 | FNST | Agency CMO | 7 | FIXED | 02/01/2024 | | PASS |
| 3821 | 31364HJ65 | FNS 264 2 | 5,000,000 | 0.013019 | $ 65,095.00 | FNST | Agency CMO | 8 | FIXED | 07/01/2024 | | PASS |
| 3822 | 31364HK63 | FNS 268 2 | 5,000,000 | 0.01405 | $ 70,250.00 | FNST | Agency CMO | 8 | FIXED | 02/01/2023 | | PASS |
| 3823 | 31364HN86 | FNS 281 2 | 2,025,000 | 0.016233 | $ 32,871.83 | FNST | Agency CMO | 9 | FIXED | 11/01/2026 | | PASS |
| 3824 | 31364JT29 | FNS 307 IO | 3,630,000 | 0.01127 | $ 40,910.10 | FNST | Agency CMO | 8 | FIXED | 06/01/2030 | | PASS |
| 3825 | 31364J4Y6 | FNS 311 2 | 3,793,898 | 0.079403 | $ 301,246.88 | FNST | Agency CMO | 8 | FIXED | 06/01/2030 | | PASS |
| 3826 | 31364J6A8 | FNS 312 2 | 4,500,000 | 0.027608 | $ 125,136.00 | FNST | Agency CMO | 6.5 | FIXED | 04/01/2031 | | PASS |
| 3827 | 3136FAAB6 | FNS 313 2 | 1,250,000 | 0.035832 | $ 44,790.00 | FNST | Agency CMO | 6.5 | FIXED | 06/01/2031 | | PASS |
| 3828 | 3136FACH1 | FNS 315 2 | 5,153,622 | 0.074228 | $ 382,543.05 | FNST | Agency CMO | 6 | FIXED | 11/01/2031 | | PASS |
| 3829 | 3136FAJF6 | FNS 320 2 | 453,175 | 0.046714 | $ 21,169.62 | FNST | Agency CMO | 7 | FIXED | 04/01/2032 | | PASS |
| 3830 | 3136FARU6 | FNS 327 2 | 80,021 | 0.116178 | $ 9,296.68 | FNST | Agency CMO | 6 | FIXED | 09/01/2032 | | PASS |
| 3831 | 3136FA4V7 | FNS 342 2 | 585,000 | 0.23205 | $ 135,749.25 | FNST | Agency CMO | 6 | FIXED | 10/01/2033 | | PASS |
| 2563 | 31364HQ59 | FNS 288 1 | 32,589,000 | 0.015187 | $ 494,929.14 | FNMA | Agency Securities | 0 | ZERO | 09/17/2027 | | PASS |

HIGHLY CONFIDENTIAL

JPM-LBHI01379101

JPM-LBHI01379102

HIGHLY CONFIDENTIAL

| # | N | O | P Our Bid | Q | R | S |
|---|---|---|---|---|---|---|
| 1 | | | Redacted | | | |
| 2 | Pass | Pass | 14.0 | Redacted | | $ 3,334.11 |
| 3 | Pass | Pass | 13.0 | | | $ 1,158.54 |
| 4 | Pass | Pass | 13.0 | | | $ 638.42 |
| 5 | Pass | Pass | 14.0 | | | $ 1,174.53 |
| 6 | Pass | Pass | 13.0 | | | $ 2,826.76 |
| 7 | Pass | Pass | 13.5 | | | $ 1,269.17 |
| 8 | Pass | Pass | 14.0 | | | $ 1,773.03 |
| 9 | Pass | Pass | 12.0 | | | $ 1,559.10 |
| 10 | Pass | Pass | 10.0 | | | $ 1,728.00 |
| 11 | Pass | Pass | 12.0 | | | $ 7,811.40 |
| 12 | Pass | Pass | 12.0 | | | $ 8,430.00 |
| 13 | Pass | Pass | 14.0 | | | $ 4,602.06 |
| 14 | Pass | Pass | 12.5 | | | $ 5,113.76 |
| 15 | 12:00 | Pass | 8.0 | | | $ 27,112.22 |
| 16 | 12:00 | Pass | 10.0 | | | $ 12,513.60 |
| 17 | Pass | Pass | 10.0 | | | $ 4,479.00 |
| 18 | 12:00 | Pass | 9.0 | | | $ 34,428.87 |
| 19 | Pass | Pass | 11.0 | | | $ 2,328.66 |
| 20 | Pass | Pass | 9.5 | | | $ 863.18 |
| 21 | Pass | Pass | 10.0 | | | $ 13,574.93 |
| 22 | 50-08 | Pass | 52.0 | | | $ 257,353.15 |



JPM-LBHI01379103

HIGHLY CONFIDENTIAL