# EXHIBIT R

**Project Tassimo Portfolio**

13-Oct-09   9:48:13 AM

Column in yellow highlight is an added fi

**PARTIAL SALE COLUMNS - ONLY POPULATE COLUMNS IN LIGHT BLUE**
**BLACK = FORMULA**
**BLUE = INPUT**

RED CV DENOTES IMPLIED CURRENT CV FROM FACTO

| Unique ID | Pool | Pool ID | CUSIP | DESCRIPTION | ORIGINAL/ PARTIAL | Par | Par (input) | PRICE | Factors provided 7/7 | Factor 2 | Current Notional (PAR * FACTOR) | Date of Factors from TSS File | ACCRUED INT | COLLATERAL VALUE | COLLATERAL VALUE (input) | Non-Zero Collat. Value? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 314 | 1 | 314 | 00130HBH7 | AES CORP 8.000 | ORIGINAL | 1,000,000 | 1,000,000 | 94.5 | 1 | 1.0000 | 1,000,000 | | 13,333 | 958,333 | 958,333 | 1 |
| 315 | 1 | 315 | 00386SAA0 | 144A TAQA ABU DHABI | ORIGINAL | 869,000 | 869,000 | 94.323 | 1 | 1.0000 | 869,000 | | 19,996 | 839,663 | 839,663 | 1 |
| 316 | 1 | 316 | 003876AB5 | 144A ABX FINANCING C | ORIGINAL | 6,635,000 | 6,635,000 | 86.802 | 1 | 1.0000 | 6,635,000 | | 177,652 | 5,936,965 | 5,936,965 | 1 |
| 317 | 1 | 317 | 007903AM9 | 144A ADVANCED MICRO | ORIGINAL | 118,910,000 | 118,910,000 | 58.875 | 1 | 1.0000 | 118,910,000 | | 0 | 70,008,263 | 70,008,263 | 1 |
| 318 | 1 | 318 | 008685AB5 | AHOLD FINANCE USA 6. | ORIGINAL | 5,000,000 | 5,000,000 | 103.961 | 1 | 1.0000 | 5,000,000 | | 130,340 | 5,328,390 | 5,328,390 | 1 |
| 319 | 1 | 319 | 00868PAA3 | AHOLD LEASE USA INC | ORIGINAL | 3,600,000 | 3,600,000 | 113.8543 | 1 | 1.0000 | 3,600,000 | | 65,512 | 4,164,267 | 4,164,267 | 1 |
| 320 | 1 | 320 | 011903BH3 | AK INDL-ADJ-A-GRT FA | ORIGINAL | 58,660,000 | 58,660,000 | 100 | 1 | 1.0000 | 58,660,000 | | 0 | 58,660,000 | 58,660,000 | 1 |
| 321 | 1 | 321 | 011903BJ9 | AK INDL-ADJ-B-GTR FA | ORIGINAL | 58,660,000 | 58,660,000 | 100 | 1 | 1.0000 | 58,660,000 | | 0 | 58,660,000 | 58,660,000 | 1 |
| 1143 | 1 | 1143 | 319963AN4 | 144A FIRST DATA CORP | ORIGINAL | 2,175,000 | 2,175,000 | 82.75 | 1 | 1.0000 | 2,175,000 | | | 1,799,812 | 1,799,812 | 1 |
| 1144 | 1 | 1144 | 339733DE4 | FLTR-TRS LEHMAN P35 | ORIGINAL | 360,000 | 360,000 | 100 | 1 | 1.0000 | 360,000 | | | 368,901 | 368,901 | 1 |
| 1145 | 1 | 1145 | 339733DF1 | FLTR-TRS LEHMAN | ORIGINAL | 25,000 | 25,000 | 624.91 | 1 | 1.0000 | 25,000 | | | 156,227 | 156,227 | 1 |
| 1146 | 1 | 1146 | 34073NWZ9 | FL HSG FIN-2-AMT 5.0 | ORIGINAL | 9,595,000 | 9,595,000 | 99.87 | 1 | 1.0000 | 9,595,000 | | | 9,582,527 | 9,582,527 | 1 |
| 1147 | 1 | 1147 | 34073NYM6 | FL HSG-AMT-4-HMOWNR | ORIGINAL | 3,485,000 | 3,485,000 | 102.24 | 1 | 1.0000 | 3,485,000 | | | 3,563,064 | 3,563,064 | 1 |
| 1148 | 1 | 1148 | 345397GZ0 | FORD MOTOR CRDT 11/0 | ORIGINAL | 52,800 | 52,800 | 98.855 | 1 | 1.0000 | 52,800 | | | 53,439 | 53,439 | 1 |
| 1149 | 1 | 1149 | 345397SG9 | GCB FORD MOTOR CREDI | ORIGINAL | 5,000,000 | 5,000,000 | 97.117 | 1 | 1.0000 | 5,000,000 | | | 4,909,016 | 4,909,016 | 1 |
| 1150 | 1 | 1150 | 345397VA8 | FORD MOTOR CREDIT CO | ORIGINAL | 6,340,000 | 6,340,000 | 80.631 | 1 | 1.0000 | 6,340,000 | | | 5,178,091 | 5,178,091 | 1 |
| 1649 | 2 | 1 | 14984XAA6 | CEAGO ABS CDO | ORIGINAL | 0 | 850,000,000 | 35.13825 | 0.981215259 | 0.9812 | 0 | | 39,637 | 0 | 298,064,087 | 1 |
| 1650 | 2 | 2 | 52524MAA7 | LEHMAN XS TRUST | ORIGINAL | 0 | 416,156,000 | 4.195685 | 0.816077426 | 0.8161 | 0 | Aug08 | | 0 | 14,933,212 | 1 |
| 1651 | 2 | 3 | 52523QAF8 | LEHMAN XS TRUST | ORIGINAL | 0 | 364,553,000 | 1.319733 | 0.73332701 | 0.7333 | 0 | Aug08 | | 0 | 3,617,242 | 1 |
| 1652.1 | 2 | 4 | 037898AB9 | APPLEBEE'S ENTERPRISES LLC | ORIGINAL | 200,000,000 | 200,000,000 | 66.482001 | 0.999067484 | 0.9991 | 199,813,497 | Sep08 | | 133,410,740 | 133,410,740 | 1 |
| 1652.2 | 2 | 4 | 037898AB9 | APPLEBEE'S ENTERPRISES LLC | PARTIAL | 0 | 126,130,570 | 66.482001 | 0.999067484 | 0.9991 | 0 | | | 0 | 84,135,863 | 1 |
| 1653 | 2 | 5 | 361856AN7 | GMAC MORTGAGE CORPORATION LOAN | ORIGINAL | 249,475,000 | 249,475,000 | 68.313569 | 0.049383034 | 0.0494 | 12,319,832 | Aug08 | | 8,551,795 | 8,551,795 | 1 |
| 1654 | 2 | 6 | 53957DAF0 | LOCAL INSIGHT MEDIA FIN LLC / ACS MEDIA FIN LLC / CBD MEDIA FIN LLC | ORIGINAL | 0 | 195,000,000 | 60.924446 | 1 | 1.0000 | 0 | | | 0 | 118,802,671 | 1 |
| 4350 | 2 | 2702 | 3137EAAR0 | FMNT 000AR0 | ORIGINAL | 1,000,000 | 1,000,000 | 105.25 | 1 | 1.0000 | 1,000,000 | | | 1,054,215 | 1,054,215 | 1 |
| 4351 | 2 | 2703 | 3137EABA6 | FMNT 000BA6 | ORIGINAL | 79,000 | 79,000 | 107.625 | 1 | 1.0000 | 79,000 | | | 86,385 | 86,385 | 1 |
| 4352 | 2 | 2704 | 3137EABP3 | FMNT 000BP3 | ORIGINAL | 618,000 | 618,000 | 106.188004 | 1 | 1.0000 | 618,000 | | | 664,192 | 664,192 | 1 |
| 4353 | 2 | 2705 | 3128X7QP2 | FMNT 000QP2 | ORIGINAL | 18,475,000 | 18,475,000 | 101.011002 | 1 | 1.0000 | 18,475,000 | | | 18,932,749 | 18,932,749 | 1 |
| 4354 | 2 | 2706 | 3134A4TZ7 | FMNT 000TZ7 | ORIGINAL | 8,000 | 8,000 | 105 | 1 | 1.0000 | 8,000 | | | 8,463 | 8,463 | 1 |
| 4355 | 2 | 2707 | 3134A2UJ5 | FREDDIE MAC | ORIGINAL | 999,000 | 999,000 | 100.25 | 1 | 1.0000 | 999,000 | | | 1,023,257 | 1,023,257 | 1 |
| 4356 | 2 | 2708 | 3134A4UK8 | FREDDIE MAC | ORIGINAL | 9,261,000 | 9,261,000 | 106.75 | 1 | 1.0000 | 9,261,000 | | | 10,040,371 | 10,040,371 | 1 |
| 4459 | 2 | 2811 | 88880TFQ4 | TOBACCO SETTLEMENT FING CORP N | ORIGINAL | 250,000 | 250,000 | 103.791 | 1 | 1.0000 | 250,000 | | | 263,193 | 263,193 | 1 |
| 4460 | 2 | 2812 | 88880TFR2 | TOBACCO SETTLEMENT FING CORP N | ORIGINAL | 125,000 | 125,000 | 105.289001 | 1 | 1.0000 | 125,000 | | | 133,469 | 133,469 | 1 |
| 4461 | 2 | 2813 | 88880TFS0 | TOBACCO SETTLEMENT FING CORP N | ORIGINAL | 225,000 | 225,000 | 102.795998 | 1 | 1.0000 | 225,000 | | | 233,966 | 233,966 | 1 |
| 4462 | 2 | 2814 | 13034PFY8 | CALIFORNIA HSG FIN AGY REV | ORIGINAL | 12,700,000 | 12,700,000 | 107.5 | 1 | 1.0000 | 12,700,000 | | | 13,684,250 | 13,684,250 | 1 |
| 4463 | 2 | 2815 | 343136G43 | FLORIDA ST TPK AUTH TPK REV | ORIGINAL | 130,000 | 130,000 | 98.541 | 1 | 1.0000 | 130,000 | | | 129,494 | 129,494 | 1 |
| 4464 | 2 | 2816 | 649845GF5 | NEW YORK ST ENERGY RESH & DEV (Muni ARS) | ORIGINAL | 100,000 | 100,000 | 99.695 | 1 | 1.0000 | 100,000 | | | 100,389 | 100,389 | 1 |
| 4465 | 2 | 2817 | 649674GH5 | NEW YORK N Y CITY HEALTH & HOS | ORIGINAL | 40,000 | 40,000 | 99.005997 | 1 | 1.0000 | 40,000 | | | 39,731 | 39,731 | 0 |
| 4759 | 6 | 117 | 3134A4UU6 | FMNT 000UU6 | ORIGINAL | 18,000,000 | 18,000,000 | 104.97 | 1 | 1.0000 | 18,000,000 | | 170,000 | 19,064,420 | 19,064,420 | 1 |
| 4760 | 6 | 118 | 3134A4VC5 | FMNT 000VC5 | ORIGINAL | 2,000,000 | 2,000,000 | 101 | 1 | 1.0000 | 2,000,000 | | 16,042 | 2,036,042 | 2,036,042 | 1 |
| 4761 | 6 | 119 | 3134A4VH4 | FMNT 000VH4 | ORIGINAL | 7,000,000 | 7,000,000 | 100.31 | 1 | 1.0000 | 7,000,000 | | 84,535 | 7,106,445 | 7,106,445 | 1 |
| 4762 | 6 | 120 | 3134A4ZZ0 | FMNS 12/14/18 5.000 | ORIGINAL | 25,000,000 | 25,000,000 | 95.34 | 1 | 1.0000 | 25,000,000 | | 343,750 | 24,179,750 | 24,179,750 | 1 |
| 4763 | 6 | 121 | 313588M36 | FNDN 10/27/08 0.000 | ORIGINAL | 772,000 | 772,000 | 99.8 | 1 | 1.0000 | 772,000 | | 0 | 770,456 | 770,456 | 1 |
| 4764 | 6 | 122 | 313589BZ5 | FNDN 02/17/09 0.000 | ORIGINAL | 3,801,000 | 3,801,000 | 98.95 | 1 | 1.0000 | 3,801,000 | | 0 | 3,761,089 | 3,761,089 | 1 |
| 4765 | 6 | 123 | 31358S6X4 | FNRM 0016X4 | ORIGINAL | 5,470,000 | 5,470,000 | 103.94 | 1 | 1.0000 | 5,470,000 | | 20,130 | 5,705,737 | 5,705,737 | 1 |
| 5718 | 8 | 316 | 60467PAH7 | MIRANT AMERICAS GENR INC | PARTIAL | 0 | | | 1 | 1.0000 | 0 | | | | | 1 |
| 5718 | 8 | 316 | 60467PAH7 | MIRANT AMERICAS GENR INC | PARTIAL | 0 | | | 1 | 1.0000 | 0 | | | | | 1 |
| 5719 | 8 | 317 | 60636XFD0 | MISSOURI ST HSG DEV COMMN SING FLTG RATE | ORIGINAL | 25,000 | 25,000 | | 1 | 1.0000 | 25,000 | | | 26,247 | 26,247 | 1 |
| 5720 | 8 | 318 | 60741GAA0 | MOBILE SATELLITE VENTURE | ORIGINAL | 49,115,000 | 49,115,000 | | 1 | 1.0000 | 49,115,000 | | | 0 | 0 | 1 |
| 5721 | 8 | 319 | 62543VAF2 | MULTICARE COS INC | ORIGINAL | 1,132,000 | 1,132,000 | | 1 | 1.0000 | 1,132,000 | | | 0 | 0 | 1 |
| 5722 | 8 | 320 | 62546RAA9 | MULTIPLAN INC | ORIGINAL | 7,000,000 | 7,000,000 | | 1 | 1.0000 | 7,000,000 | | | 0 | 0 | 1 |
| 5723 | 8 | 321 | 62947QAF5 | NXP BV/NXP FUNDING LLC | ORIGINAL | 9,500,000 | 9,500,000 | | 1 | 1.0000 | 9,500,000 | | | 0 | 0 | 1 |

|   | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AJ | AK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | | | **New for 10/25** | | | | | | | | | | | | | | |
| 9 | | | | **IMPORTANT** | | | | | | | | | | | | | | |
| 10 | Restricted Asset | LOB | Desk Group | Desk Group for Summaries (Items Marked at Zero) | TERM_DATE | Account | Source Acct | RATE | Maturity | SHELL_TYPE | SHELL_AMT | Price Source | MARG | S&P | /MOOD | Fitch | Count of Sale for ID# | Trade ID |
| 570 | 0 | Credit | Corp - HY | Corp - HY | Not Listed | Not Listed | Not Listed | 8 | 10/15/2017 | Not Listed | Not Listed | Not Listed | 130 | BB- | B1 | Not Listed | 1 | 314-1 |
| 571 | 0 | Credit | Corp - EM | Corp - EM | Not Listed | Not Listed | Not Listed | | 10/27/2016 | Not Listed | Not Listed | Not Listed | 130 | AA- | Aa2 | Not Listed | 1 | 315-1 |
| 572 | 0 | Credit | Corp - IG | Corp - IG | Not Listed | Not Listed | Not Listed | 6.3 | 10/15/2036 | Not Listed | Not Listed | Not Listed | 130 | A- | Baa | Not Listed | 1 | 316-1 |
| 573 | 0 | Credit | Corp - HY | Corp - HY | Not Listed | Not Listed | Not Listed | | 08/15/2012 | Not Listed | Not Listed | Not Listed | 120 | B | | Not Listed | 1 | 317-1 |
| 574 | 0 | Credit | Corp - IG | Corp - IG | Not Listed | Not Listed | Not Listed | 6.85 | 05/01/2029 | Not Listed | Not Listed | Not Listed | 130 | BB+ | Baa | Not Listed | 1 | 318-1 |
| 575 | 0 | Credit | Corp - IG | Corp - IG | Not Listed | Not Listed | Not Listed | 8.62 | 01/02/2025 | Not Listed | Not Listed | Not Listed | 130 | BBB | #NAME? | Not Listed | 1 | 319-1 |
| 576 | 0 | Rates | Muni - Long Term | Muni - Long Term | Not Listed | Not Listed | Not Listed | | 04/01/2034 | Not Listed | Not Listed | Not Listed | 110 | AAA | Aaa | Not Listed | 1 | 320-1 |
| 577 | 0 | Rates | Muni - Long Term | Muni - Long Term | Not Listed | Not Listed | Not Listed | | 04/01/2034 | Not Listed | Not Listed | Not Listed | 110 | AAA | Aaa | Not Listed | 1 | 321-1 |
| 1480 | 0 | Credit | Corp - HY | Corp - HY | Not Listed | Not Listed | Not Listed | | 09/24/2015 | Not Listed | Not Listed | Not Listed | 150 | 0 | | Not Listed | 1 | 1143-1 |
| 1481 | 0 | Rates | Muni - Short Term | Muni - Short Term | Not Listed | Not Listed | Not Listed | 5.33 | 04/01/2033 | Not Listed | Not Listed | Not Listed | 150 | 8901.1 | | Not Listed | 1 | 1144-1 |
| 1482 | 0 | Rates | Muni - Short Term | Muni - Short Term | Not Listed | Not Listed | Not Listed | | 04/01/2033 | Not Listed | Not Listed | Not Listed | 150 | 0 | | Not Listed | 1 | 1145-1 |
| 1483 | 0 | Rates | Muni - Long Term | Muni - Long Term | Not Listed | Not Listed | Not Listed | 5 | 01/01/2035 | Not Listed | Not Listed | Not Listed | 150 | 0 | | Not Listed | 1 | 1146-1 |
| 1484 | 0 | Rates | Muni - Long Term | Muni - Long Term | Not Listed | Not Listed | Not Listed | 5.5 | 01/01/2026 | Not Listed | Not Listed | Not Listed | 150 | 0 | | Not Listed | 1 | 1147-1 |
| 1485 | 0 | Credit | Corp - HY | Corp - HY | Not Listed | Not Listed | Not Listed | 6.375 | 11/05/2008 | Not Listed | Not Listed | Not Listed | 150 | 1243.55 | | Not Listed | 1 | 1148-1 |
| 1486 | 0 | Credit | Corp - HY | Corp - HY | Not Listed | Not Listed | Not Listed | 5.8 | 01/12/2009 | Not Listed | Not Listed | Not Listed | 150 | 53166.67 | | Not Listed | 1 | 1149-1 |
| 1487 | 0 | Credit | Corp - HY | Corp - HY | Not Listed | Not Listed | Not Listed | 9.87 | 08/10/2011 | Not Listed | Not Listed | Not Listed | 150 | 66085.7 | | Not Listed | 1 | 1150-1 |
| 2014 | | SPG | CDO/CLO | CDO/CLO | 39713 | LXG | LSD | | 10/06/2047 | NTRT | 1.4319E+12 | DY | 100 | BB | Baa2 | Not Listed | 1 | 1649-1 |
| 2015 | 1 | SPG | IO | IO | 39713 | LXG | LSD | | 06/25/2037 | NTRT | 1.4319E+12 | DY | 100 | AAA | B1 | Not Listed | 1 | 1650-1 |
| 2016 | 1 | SPG | IO | IO | 39713 | LXG | LSD | | 01/25/2037 | NTRT | 1.4319E+12 | DY | 100 | | A1 | Not Listed | 1 | 1651-1 |
| 2017 | 0 | SPG | Non-Mortgage | Non-Mortgage | 39713 | LXG | LSD | | 12/20/2037 | NTRT | 1.4319E+12 | DY | 100 | AAA | Aaa | Not Listed | 1 | 1652.1-1 |
| 2018 | 1 | SPG | Non-Mortgage | Non-Mortgage | 39713 | LXG | LSD | | 12/20/2037 | NTRT | 1.4319E+12 | DY | 100 | AAA | Aaa | Not Listed | 2 | 1652.2-2 |
| 2019 | 0 | SPG | Subordinate | Subordinate | 39713 | LXG | LSD | | 06/25/2030 | NTRT | 1.4319E+12 | VI | 100 | AA | A2 | Not Listed | 1 | 1653-1 |
| 2020 | 1 | Credit | Corp - HY | Corp - HY | 39713 | LXG | LSD | | Not Listed | NTRT | 1.4319E+12 | DY | 100 | BBB | Baa3 | Not Listed | 1 | 1654-1 |
| 4782 | 0 | Rates | Agency Debentures | Agency Debentures | 39713 | LXG | LBA | | 03/05/2012 | NTRT | 1.4319E+12 | VI | 100 | AAA | Aaa | Not Listed | 1 | 4350-1 |
| 4783 | 0 | Rates | Agency Debentures | Agency Debentures | 39713 | LXG | LBA | | 11/17/2017 | NTRT | 1.4319E+12 | VI | 100 | AAA | Aaa | Not Listed | 1 | 4351-1 |
| 4784 | 0 | Rates | Agency Debentures | Agency Debentures | 39713 | LXG | LBA | | 06/13/2018 | NTRT | 1.4319E+12 | VI | 100 | AAA | Aaa | Not Listed | 1 | 4352-1 |
| 4785 | 0 | Rates | Agency Debentures | Agency Debentures | 39713 | LXG | LBA | | 05/06/2013 | NTRT | 1.4319E+12 | VI | 100 | AAA | Aaa | Not Listed | 1 | 4353-1 |
| 4786 | 0 | Rates | Agency Debentures | Agency Debentures | 39713 | LXG | LBA | | 07/15/2013 | NTRT | 1.4319E+12 | VI | 100 | AAA | Aaa | Not Listed | 1 | 4354-1 |
| 4787 | 0 | Rates | Agency Debentures | Agency Debentures | 39713 | LXG | LBA | | 10/15/2008 | NTRT | 1.4319E+12 | VI | 100 | AAA | Aaa | Not Listed | 1 | 4355-1 |
| 4788 | 0 | Rates | Agency Debentures | Agency Debentures | 39713 | LXG | LBA | | 11/15/2013 | NTRT | 1.4319E+12 | VI | 100 | AAA | Aaa | Not Listed | 1 | 4356-1 |
| 4899 | 0 | Rates | Muni - Long Term | Muni - Long Term | 39713 | LXI | LBI | | 06/01/2010 | NTRT | 1.481E+11 | VI | 100 | AA- | A1 | Not Listed | 1 | 4459-1 |
| 4900 | 0 | Rates | Muni - Long Term | Muni - Long Term | 39713 | LXI | LBI | | 06/01/2011 | NTRT | 1.481E+11 | VI | 100 | AA- | A1 | Not Listed | 1 | 4460-1 |
| 4901 | 0 | Rates | Muni - Long Term | Muni - Long Term | 39713 | LXI | LBI | | 06/01/2012 | NTRT | 1.481E+11 | VI | 100 | AA- | A1 | Not Listed | 1 | 4461-1 |
| 4902 | 0 | Rates | Muni - Long Term | Muni - Long Term | 39713 | LXI | LBI | | 08/01/2047 | NTRT | 1.481E+11 | DY | 100 | AA- | Aa2 | Not Listed | 1 | 4462-1 |
| 4903 | 0 | Rates | Muni - Long Term | Muni - Long Term | 39713 | LXI | LBI | | 07/01/2035 | NTRT | 1.481E+11 | VI | 100 | AA- | Aa2 | Not Listed | 1 | 4463-1 |
| 4904 | 0 | Rates | Muni - Short Term | Muni - Short Term | 39713 | LXI | LBI | | 04/01/2034 | NTRT | 1.481E+11 | VI | 100 | AA | A2 | Not Listed | 1 | 4464-1 |
| 4905 | 0 | Rates | Muni - Long Term | Muni - Long Term | 39713 | LXI | LBI | | 02/15/2018 | NTRT | 1.481E+11 | VI | 100 | A+ | A1 | Not Listed | 1 | 4465-1 |
| 5213 | 0 | Rates | Agency Debentures | Agency Debentures | | | | | 07/15/2014 | | | | | | | Not Listed | 1 | 4759-1 |
| 5214 | 0 | Rates | Agency Debentures | Agency Debentures | | | | | 07/17/2015 | | | | | | | Not Listed | 1 | 4760-1 |
| 5215 | 0 | Rates | Agency Debentures | Agency Debentures | | | | | 12/19/2008 | | | | | | | Not Listed | 1 | 4761-1 |
| 5216 | 0 | Rates | Agency Debentures | Agency Debentures | | | | | 12/14/2018 | | | | | | | Not Listed | 1 | 4762-1 |
| 5217 | 0 | Rates | Agency Debentures | Agency Debentures | | | | | 10/27/2008 | | | | | | | Not Listed | 1 | 4763-1 |
| 5218 | 0 | Rates | Agency Debentures | Agency Debentures | | | | | 02/17/2009 | | | | | | | Not Listed | 1 | 4764-1 |
| 5219 | 0 | SPG | Agency CMBS | Agency CMBS | | | | | 11/25/2010 | | | | | | | Not Listed | 1 | 4765-1 |
| 6194 | 0 | Credit | Corp - HY | Corp - HY | | | | | 05/01/2011 | | | | | | | Not Listed | 2 | 5718-2 |
| 6195 | 0 | Credit | Corp - HY | Corp - HY | | | | | 05/01/2011 | | | | | | | Not Listed | 3 | 5718-3 |
| 6196 | 0 | Rates | Muni - Long Term | Muni - Long Term | | | | | 03/01/2035 | | | | | | | Not Listed | 1 | 5719-1 |
| 6197 | 0 | Credit | Corp - HY | Corp - HY | | | | | 04/01/2013 | | | | | | | Not Listed | 1 | 5720-1 |
| 6198 | 0 | Credit | Corp - HY | Corp - HY | | | | | 08/01/2007 | | | | | | | Not Listed | 1 | 5721-1 |
| 6199 | 0 | Credit | Corp - HY | Corp - HY | | | | | 04/15/2016 | | | | | | | Not Listed | 1 | 5722-1 |
| 6200 | 0 | Credit | Corp - HY | Corp - HY | | | | | 10/15/2014 | | | | | | | Not Listed | 1 | 5723-1 |