# EXHIBIT T



&lt;valuation.jpm@gfong.com&gt; To: &lt;ED.CORRAL █████&gt;, &lt;valuation.jpm@gfong.com&gt;
Sent by: "Jessie Zhang"    cc: "Gifford Fong" &lt;█████&gt;
&lt;█████&gt;    Subject: RE: URGENT RE: Today

09/28/2008 03:30 PM

Ed, please see attached, GFA prices are at Column P. Hope it helps –Jessie

---

**From:** ED.CORRAL
**Sent:** Sunday, September 28, 2008 10:59 AM
**To:** valuation.jpm@gfong.com
**Cc:** Gifford Fong; Jessie Zhang; Clem Lowe
**Subject:** URGENT RE: Today

Jesse, can you guys line up your prices against the original file? I don't have any excel wizards with me and I can't get the CUSIPs to line up.

Thanks,

EC.


&lt;valuation.jpm@gfong.com&gt;    To &lt;ED.CORRAL █████&gt;
Sent by: "Jessie Zhang" &lt;█████&gt;    cc "Gifford Fong" &lt;█████&gt;
Subject RE: Today

09/27/2008 05:53 PM

Ed,

Please see attached valuation results. 206 securities are not covered (marked as '#N/A'). Will try to increase the coverage tomorrow.

many thanks and have a good weekend.
-Jessie

---

**From:** Jessie Zhang
**Sent:** Saturday, September 27, 2008 11:55 AM
**To:** 'ED.CORRAL
**Cc:** Gifford Fong; Clem Lowe
**Subject:** RE: Today

Ed, thanks for the 4525 securities, will send back the results sort by the market value if possible. -Jessie

---

**From:** ED.CORRAL
**Sent:** Saturday, September 27, 2008 11:48 AM
**To:** Jessie Zhang
**Cc:** Gifford Fong; Clem Lowe

**Subject:** RE: Today

Jesse, here is the file. There is a lot of CUSIPs. If you could do them in dollar priority order (highest first to lowest), that would be great.

Thanks,

EC.

"Jessie Zhang" < [redacted] >

09/27/2008 02:31 PM

To <ED.CORRAL [redacted]
cc "Gifford Fong" < [redacted]
Subject RE: Today

sure, Ed.

---

**From:** ED.CORRAL [redacted]
**Sent:** Saturday, September 27, 2008 11:28 AM
**To:** Jessie Zhang; Clem Lowe
**Subject:** Today

Jesse/Clem, do you have anybody or way to do some pricing for us today (Saturday, 9/27)?

Thanks,

EC.

Generally, this communication is for informational purposes only and it is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. In the event you are receiving the offering materials attached below related to your interest in hedge funds or private equity, this communication may be intended as an offer or solicitation for the purchase or sale of such fund(s). All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please

refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

Generally, this communication is for informational purposes only and it is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. In the event you are receiving the offering materials attached below related to your interest in hedge funds or private equity, this communication may be intended as an offer or solicitation for the purchase or sale of such fund(s). All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.
[attachment "GF RUSH PRICING_RLT_v3_FINAL.xls" deleted by Ed Corral/JPMCHASE]

Generally, this communication is for informational purposes only and it is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. In the event you are receiving the offering materials attached below related to your interest in hedge funds or private equity, this communication may be intended as an offer or solicitation for the purchase or sale of such fund(s). All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

- GF RUSH PRICING_RLT_LINEUP.xls

| | CUSIP | DESCRIPTION | PAR AMOUNT | PRICE | Current Face | COLLATERAL WORTH | CollateralMarginedValue | TYPE | Class 2 | JPM Basis Price | GFA PRICE (9/26/08) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 746 | 247907AC2 | DELTA PETROLEUM CORP | 3,260,000 | 74 | 3,260,000.00 | 2,518,259.38 | 2,518,259.38 | CORP | Corporate | | 73.86 |
| 747 | 25150L108 | DB CONT CAPITAL TRUS | 189,241 | 17.5 | 189,241.00 | 3,311,717.50 | 3,311,717.50 | EQ | Equities | | 0.00 |
| 748 | 25380QAA7 | 144A/REGS DIGICEL LT | 2,265,000 | 101.5 | 2,265,000.00 | 2,308,868.64 | 2,308,868.64 | CORP | Corporate | | 102.91 |
| 749 | 254839UE1 | DC-SAVRS-RF-A-UNIV G | 27,895,000 | 100 | 27,895,000.00 | 27,943,081.14 | 27,943,081.14 | MUNI | Muni | 100.17 | 80.81 |
| 750 | 284138AD6 | ELAN FIN PLC/ELAN FI | 7,380,000 | 92 | 7,380,000.00 | 6,842,299.34 | 6,842,299.34 | CORP | Corporate | | 92.08 |
| 751 | 292680AA3 | 144A ENERGY FUTURE H | 2,295,000 | 100.5 | 2,295,000.00 | 2,306,474.99 | 2,306,474.99 | CORP | Corporate | | 99.88 |
| 752 | 30228BAA6 | 144A EXUM 2007-2A D | 9,000,000 | 62.1041 | 9,000,000.00 | 5,791,124.76 | 5,791,124.76 | ABS | ABS | | 43.30 |
| 1023 | 14984XAA6 | Not Listed | 850,000,000 | 35.13825 | 834,032,750.00 | 298,136,562.11 | 298136557 | ABS | CDO | | 13.33 |
| 1024 | 52524MAA7 | Not Listed | 416,156,000 | 4.195685 | 416,156,000.00 | 18,071,156.22 | 18071157.21 | ABS | ABS | | 2.94 |
| 1025 | 52523QAF8 | Not Listed | 364,553,000 | 1.319733 | 364,553,000.00 | 4,905,808.83 | 4905808.89 | ABS | ABS | | 3.09 |
| 1026 | 037898AB9 | Not Listed | 326,130,570 | 66.482 | 325,826,290.18 | 217,604,764.42 | 217604771.6 | ABS | ABS | | 92.15 |
| 1027 | 361856AN7 | Not Listed | 249,475,000 | 68.31357 | 12,495,204.85 | 8,551,795.35 | 8551795.41 | ABS | ABS | | 69.85 |
| 1028 | 53957DAF0 | Not Listed | 195,000,000 | 60.92445 | 195,000,000.00 | 118,802,670.84 | 118802669.9 | ABS | ABS | Matured | 6.95 |
| 1029 | G0969HAA2 | Not Listed | 170,000,000 | 55.60825 | 162,865,950.00 | 90,566,944.48 | 90566944.89 | ABS | CDO | | |
| 4504 | 527298AF0 | | 8,200,000 | 0 | | 0.00 | | | | 0 | 94.50 |
| 4505 | 58884WAB3 | | 9,179,000 | 0 | | 0.00 | | | | 0 | 70.00 |
| 4506 | 60467PAH7 | | 17,000,000 | 0 | | 0.00 | | | | 0 | 99.50 |
| 4507 | 60741GAA0 | | 49,115,000 | 0 | | 0.00 | | | | 0 | 60.00 |
| 4508 | 62546RAA9 | | 7,000,000 | 0 | | 0.00 | | | | 0 | 98.00 |
| 4509 | 62947QAF5 | | 9,500,000 | 0 | | 0.00 | | | | 0 | 73.00 |
| 4510 | 68333JAA2 | | 8,500,000 | 0 | | 0.00 | | | | 0 | 99.72 |