# EXHIBIT U

CUSIP 037898AB9

ASSET ID 1652

TRADE DATE 9/26/2008

1 ACCOUNT SHOWN

TRADER COMMENTARY

10                                                                    EquityMSG
1<GO>DEL 2<GO>REPLY 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS
   10/09 9:05:21
   From: ●PETER BASSO (JPMORGAN SECURITIES)
           No Attachments                                              NEW YORK
Is it Friday yet?                          cell ▮▮▮▮    home ▮▮▮▮


       michael


       the Audience for Whole business securitizations is fairly
       thin right now. We have struggled to sell positions in smaller
       pieces of more liquid deals like dominos and dunkn. So when we
       saw a bid for 200mm of the APPB deal we felt it was a good
       opportunity to sell a large block of bonds.
This communication is for information purposes only. It is not intended as an offer for the purchase or sale of any financial instrument, a solicitation to participate in any trading strategy, or an official confirmation of any transaction. The information is believed to be reliable, but we do not warrant its completeness or accuracy. Prices are indicative only, and are subject to change without notice. See www.jpmorgan.com/usage for important usage terms. We may hold a position or act as a market maker in any financial instrument discussed herein. Clients should consult their own advisors regarding any tax, accounting or legal aspects of this information. Copyright 2007 JPMORGAN CHASE & CO.
Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2008 Bloomberg Finance L.P.
                                                                         H601-570-0 09-Oct-2008 10:27:46