# EXHIBIT V



Marco Brandimarte

To: Keith.Kochie@barclayscapital.com, Jim.Beckenhaupt@barclayscapital.com
cc:
Subject: Lehman 9/17 reports

09/17/2008
08:33 PM

Keith,

As discussed, attached are tonight's Lehman collateral reports. I will work on getting you an excel formatted file and/or leverage off your CCMS platform account.

Best Regards,

Marco Brandimarte

----- Forwarded by Marco Brandimarte/JPMCHASE on 09/17/2008 08:31 PM -----



**Michael A Mego/JPMCHASE**

09/17/2008 08:30 PM

To Marco Brandimarte/JPMCHASE@JPMCHASE
cc
Subject BARCLAYS

   
PLOWLXG-#15.pdf  PLOWLXG-#17.pdf  PLOWLXI-#2.pdf  PLOWLXI-#5.pdf

Thanks,

Michael A. Mego
Assistant Vice President
Broker Dealer Services



EXHIBIT 24
WIT: Mego
DATE: 6/30/11
FRANK BAS, RPR

```
                                          JPMORGAN CHASE BANK BDAS RE3 SYSTEM                                          PAGE    1
BUSINESS DATE: 17-SEP-2008                       Segregated Collateral Report                              17-SEP-2008 20:27:20.44

                                            Qual(01) > LOAN_NUM-15

FROM CUSTOMER: LXG       / LBI SEG         TRIP ID: ZBGZ
SEGREGATION NUM:           15         TO:  ZBGZ BARCLAYS CAPITAL INC        TRANID:              9H1RH90 SEG AMOUNT:   6,000,000,000.00

CUSIP       TYPE RATE   MATURITY DESCRIPTION          PAR AMOUNT    PRICE     FACTOR      MARG SEP  /MOOD ACCRUED INT COLLATERAL WORTH
76132AAA6   CP   0.0000 10/20/08 144A RACERS TRUST 20 5000,000,000  100.0000  1.00000000  105  A-1       P1         0.00  5000000000.00
036637TK15  CPD  0.000  10/01/08 C/P ARTALIS US FUNDI 50,000,000    100.0000  1.00000000  105  A-1+      P1         0.00    50,000,000.00
268773XK10  CPD  0.000  10/01/08 C/P E.ON AG          50,000,000    100.0000  1.00000000  105  A-1       P1         0.00    50,000,000.00
03218RKE1   CPD  0.000  10/14/08 C/P AMSTEL FUNDING C 26,696,000    100.0000  1.00000000  105  A-1+      P1         0.00    26,696,000.00
56068LX48   CP   5.33   10/04/07 MAINSAIL II LIMITED  25,000,000    100.0000  1.00000000  105            NP         0.00    25,000,000.00
74977KMF3   CPD  0.000  12/15/08 C/P RABOBANK US FINA 18,202,000    100.0000  1.00000000  105  A-1+      P1         0.00    18,202,000.00
87019PTU4   CDL  2.446  10/02/08 SWEDBANK (NEW YORK)  14,000,000    100.0000  1.00000000  105                  15,219.56    14,015,218.97
87019PTT7   CDL  2.437  09/22/08 SWEDBANK (NEW YORK)  10,000,000    100.0000  1.00000000  105                  10,831.11    10,010,831.36
25213EZD4   CDL  5.270  09/29/08 DEXIA CREDIT LOCAL S 9,000,000     100.0000  1.00000000  105  AA        Aa1       21,080.00  9,021,080.02
22662FAA7   CP   3.153  01/02/09 CRIMSON COMMERCIAL P 8,473,000     100.0000  1.00000000  105                        0.00     8,473,000.00
83050G6Q7   CDL  3.088  09/22/08 SKANDINAV ENSKILDA B 8,300,000     100.0000  1.00000000  105  A         Aa2    11,391.29     8,311,391.39
2177MCAC7   CP   0.030  01/02/09 CORAL CP TRUST       8,121,350     100.0000  1.00000000  105  A-1+      P1         0.00     8,121,350.00
90213FKL1   CPD  0.000  10/20/08 C/P TYCO INTERNATION 7,000,000     100.0000  1.00000000  105  A-2       P2         0.00     7,000,000.00

2177M1AF4   CP   3.205  11/17/08 CORAL CP TRUST       6,439,451     100.0000  1.00000000  105  A-1+      P1         0.00     6,439,451.00
22661DAK1   CP   3.353  12/31/08 CRIMSON COMMERCIAL P 5,785,445     100.0000  1.00000000  105  A-1+      P1         0.00     5,785,445.00
2177M4AP8   CP   0.370  12/15/08 CORAL CP TRUST       5,078,245     100.0000  1.00000000  105  A-1+      P1         0.00     5,078,245.00
1730DDXQ4   CDL  9.500  05/29/17 CITIBANK NA          3,900,000     100.0000  1.00000000  105  A         Aa1    17,495.83     3,917,495.73
77340TUJ3   CPD  0.000  09/18/08 C/P ROCKIES EXPRESS  2,600,000     100.0000  1.00000000  105  A-2       P2         0.00     2,600,000.00
                                                                                                    FITCH:F2
80281JJW1   CP   2.780  09/30/08 SANTANDER CNTL HISPA 1,900,000     100.0000  1.00000000  105  A-1+      P1         0.00     1,900,000.00
                                                                                                    FITCH:F1+
03832LKN0   CPD  0.000  10/22/08 C/P AFRECO INC 4.2   1,000,000     100.0000  1.00000000  105  A-1+      P1         0.00     1,000,000.00
                                                                                                    FITCH:F1+
86958TJS7   CP   2.701  09/26/08 SVENSKA HANDLSEN "S" 900,000       100.0000  1.00000000  105  A-1+      P1         0.00       900,000.00
2521B0J37   CP   0.090  09/18/08 DEXIA DELAWARE LLC   900,000       100.0000  1.00000000  105  A-1+      P1         0.00       900,000.00
                                                                                                    FITCH:F1+
2177M3AG8   CP   3.351  01/02/09 CORAL CP TRUST       838,751       100.0000  1.00000000  105  A-1+      P1         0.00       838,751.00
59445RL72   CPD  0.000  11/07/08 C/P MICHIGAN CONSOLI 750,000       100.0000  1.00000000  105  A-2       P2         0.00       750,000.00
                                                                                                    FITCH:F2
89380EL34   CPD  0.000  11/03/08 C/P TRANSOCEAN INC   650,000       100.0000  1.00000000  105  A-2       P2         0.00       650,000.00
                                                                                                    FITCH:F2
06478GJS4   CPD  0.000  09/26/08 C/P BANK OF SCOTLAND 644,000       100.0000  1.00000000  105  A-1+      P1         0.00       644,000.00
                                                                                                    FITCH:F1+
53127TKF9   CPD  0.000  10/15/08 C/P LIBERTY STREET F 550,000       100.0000  1.00000000  105  A-1       P1         0.00       550,000.00
65528XKA0   CPD  0.000  10/10/08 C/P NOKIA CORPORATIO 528,000       100.0000  1.00000000  105  A-1       P1         0.00       528,000.00
80584TX84   CPD  0.000  10/08/08 C/P SCALDIS CAPITAL  500,000       100.0000  1.00000000  105  A-1       P1         0.00       500,000.00
4611KOJS7   CP   0.010  09/26/08 INTESA FUNDING LLC   450,000       100.0000  1.00000000  105  A-1+      P1         0.00       450,000.00
7528A2XG1   CPD  0.000  10/16/08 C/P RANGER FUNDING C 353,000       100.0000  1.00000000  105  A-1+      P1         0.00       353,000.00
90262CJR9   CPD  0.000  09/25/08 C/P UBS FINANCE DELA 300,000       100.0000  1.00000000  105  A-1+      P1         0.00       300,000.00
29372BK60   CPD  0.000  10/06/08 C/P ENTERPRISE FUNDI 300,000       100.0000  1.00000000  105  A-1+      P1         0.00       300,000.00
12478JL53   CP   2.740  11/05/08 CBA (DE) FINANCE INC 300,000       100.0000  1.00000000  105  A-1+      P1         0.00       300,000.00
57163RXV6   CP   0.130  09/29/08 144A MARRIOTT INTERN 289,000       100.0000  1.00000000  105  A-2       P2         0.00       289,000.00

(BE3) PLOM/LXG                                                            PAGE    1                          17-SEP-2008 20:27:20.44
FROM: LXG /    15/                                                        TO: LXG /    15/
```

HIGHLY CONFIDENTIAL                                                                                     JPM-LBHI02189744

```
BUSINESS DATE: 17-SEP-2008              JPMORGAN CHASE BANK BDAS BE3 SYSTEM                      17-SEP-2008 20:30:03.58     PAGE    5
                                            Segregated Collateral Report

FROM CUSTOMER: LXI  / LEHMAN INC -TRIPARTY MONEY    TRIP ID: ZBGZ
  SEGREGATION NUM:        5              TO:   ZBGZ BARCLAYS CAPITAL INC          TRANID:                    9H1TH80 SEG AMOUNT:  5,000,000,000.00

CUSIP      TYPE  RATE    MATURITY  DESCRIPTION                FAR AMOUNT   PRICE    FACTOR      MARG  S&P       /MOOD  ACCRUED INT  COLLATERAL WORTH
460146BZ5  CORP  5.250   04/01/16  INTERNATIONAL PAPER           850,000   86.4170  1.00000000  105   BBB        Baa3     20,577.08        755,121.57
907818CS5  CORP  5.375   06/01/33  UNION PACIFIC CORP 5          828,000   83.7930  1.00000000  105   BBB        Baa2     13,104.25        706,910.32
13199ACS8  CORP  10.500  05/15/06  CB CALPINE CORP 10.5       10,171,000   11.5000  1.00000000  105   B-                       0.00      1,169,665.02
907818DA3  CORP  5.700   08/15/18  UNION PACIFIC CORP 5        8,344,000   95.3380  1.00000000  105   BBB        Baa2     55,487.60      8,010,489.98
020039DB6  CORP  7.000   07/01/12  CB ALLTEL CORPORATIO        5,000,000  101.5000  1.00000000  105   B-                  73,888.89      5,148,888.83
                                                                                                            FITCH:CCC+
78442FDQ8  CORP          07/27/09  SLM CORP FLOATING RA        1,000,000   94.6260  1.00000000  105   BBB-       Baa2          0.00        946,259.98
                                                                                                            FITCH:BBB
78442FDY1  CORP  5.450   04/25/11  SLM CORP 5.450              1,500,000   89.7540  1.00000000  105   BBB-       Baa2     32,245.84      1,378,555.74
                                                                                                            FITCH:BBB
126408GJ6  CORP  5.600   05/01/17  CSX CORP 5.600              5,408,000   90.5050  1.00000000  105   BBB-       Baa3    119,456.72      5,013,967.30
                                                                                                            FITCH:BBB-
040114GK0  CORP          12/31/38  REPUBLIC OF ARGENTIN          400,000   27.7500  1.00000000  105   B                        0.00        111,000.00
                                                                                                            FITCH:B-
76126CHT2  CORP          05/01/10  144A RACERS SER 2000           80,815  100.0000  0.96555461  105   B-         Ba1         847.51         78,878.80
76126CRU9  CORP          05/01/10  144A RACERS 2000-27-        4,250,000   97.0000  0.97851882  105   B-         Ba1           0.00      4,033,943.85
3704AOLF7  CORP  5.399   05/15/11  GENL MOTORS ACCEPT C          309,000   62.3520  1.00000000  105   B-         B3        1,482.93        194,150.62
                                                                                                            FITCH:B+
37042GRQ1  CORP  6.750   09/15/11  GMAC LLC 6.750                100,000   59.4070  1.00000000  105   B-         B3           37.50         59,444.50
                                                                                                            FITCH:B+
345397VA8  CORP  9.875   08/10/11  FORD MOTOR CREDIT CO        6,340,000   82.3470  1.00000000  105   B-         B1       64,346.60      5,285,146.34
                                                                                                            FITCH:B+
L72433AA0  CORP  7.875   02/08/14  ORASCOM TELECOM FINA        2,240,000   91.6200  1.00000000  105   B-                  19,110.00      2,071,398.14
81517MAC9  CORP  11.000  09/01/11  SECURUS TECHNOLOGIES        7,000,000   82.5000  1.00000000  105   B-                  34,222.22      5,809,222.58
464592AG9  CORP  7.000   03/01/14  ISLE OF CAPRI CASINO       11,658,000   72.0000  1.00000000  105   B          B2       36,269.33      8,430,029.12
23918KAH1  CORP  7.250   03/15/15  DAVITA INC 7.250              121,000   96.5000  1.00000000  105   B          B2           48.74        116,813.74
                                                                                                            FITCH:B
204386AX2  CORP  7.750   05/15/17  CIE GEN GEOPHYSIQUE           505,000   96.7500  1.00000000  105   BB         Ba3      13,263.26        501,850.75
939322AL7  CORP  4.000   01/15/09  CB WASHINGTON MUTUAL        3,000,000   65.8750  1.00000000  105   BB-        Ba2      20,666.67      1,996,916.59
                                                                                                            FITCH:BBB-
492914AQ9  CORP          12/01/14  144A KEY ENERGY SERV          540,000   98.5000  1.00000000  105   BB-        B1            0.00        531,900.01
442486AY8  CORP  6.250   01/15/26  K. HOVNANIAN ENTERPR          845,000   57.5000  1.00000000  105   CCC+                 9,095.49        494,970.47
                                                                                                            FITCH:B-
939322AY9  CORP  7.250   11/01/17  WASHINGTON MUTUAL IN        2,400,000   25.0000  1.00000000  105   B          Ba3      65,733.34        665,733.36
                                                                                                            FITCH:BB+
857689AZ6  CORP  6.625   03/15/18  STATION CASINOS INC         1,300,000   42.0000  1.00000000  105   CCC+                   478.47        546,478.46
370442BB0  CORP  7.200   01/15/11  GCB GENERAL MOTORS C        4,000,000   69.0000  1.00000000  105   B-         Ba2      49,600.00      2,809,599.88
                                                                                                            FITCH:CCC+
767754BL7  CORP  7.500   03/01/17  RITE AID CORP 7.500           250,000   81.7500  1.00000000  105   B+         B3          833.33        205,208.35
                                                                                                            FITCH:BB-
01956XBN6  CORP  7.250   03/15/15  ALLIED WASTE NORTH A        4,110,000   99.5000  1.00000000  105   BB         B1        1,655.42      4,091,105.32
                                                                                                            FITCH:BB+
03499AE85  CORP  7.750   04/01/14  CB ANGIOTECH PHARMA         3,609,000   76.0000  1.00000000  105   B-                       0.00      2,742,839.97
24799AKJ0  CORP  10.000  08/15/08  CB DELTA AIRLINES 10        2,242,191    2.6250  1.00000000  105   B-                       0.00         58,857.51
24799AKK7  CORP          12/15/07  CB144A DELTA AIR LIN        5,325,000    2.6250  1.00000000  105                            0.00        139,781.25
34539CJU4  CORP  6.250   12/20/13  FORD MOTOR CREDIT CO        1,150,000   51.9810  1.00000000  105   B-         B1       17,369.79        615,151.32
                                                                                                            FITCH:B+
26138EAA7  CORP          05/01/13  144A DR PEPPER SNAPP        1,000,000  102.2040  1.00000000  105   BBB-       Baa3          0.00      1,022,040.01
-------------------------------------------------------------------------------------------------------------------------------------
(BE3) PLOW/LXI                                                   PAGE   5                                          17-SEP-2008 20:30:03.58
FROM: LXI /        5/                                         TO: LXI /        5/
```

HIGHLY CONFIDENTIAL                                                                                                  JPM-LBHI02189821

```
BUSINESS DATE: 17-SEP-2008                    JPMORGAN CHASE BANK BDAS BB3 SYSTEM                         17-SEP-2008  20:30:03.58
                                                 Segregated Collateral Report                                              PAGE 20

FROM CUSTOMER: LXI  / LEHMAN INC -TRIPARTY MONEY    TRIP ID: ZBGZ
SEGREGATION NUM:                 TO:   ZBGZ BARCLAYS CAPITAL INC               TRANID:             9HLHH80 SEG AMOUNT:  5,000,000,000.00
```

| CUSIP | TYPE | RATE | MATURITY | DESCRIPTION | PAR AMOUNT | PRICE | FACTOR | TRANID | MARG | S&P /MOOD | FITCH | ACCRUED INT | COLLATERAL WORTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 897053AB0 | CORP |  | 12/01/12 | TRONOX WORLDWIDE | 250,700 | 39.5000 | 1.00000000 |  | 105 | CCC Ca | FITCH:CCC | 7,012.64 | 106,039.14 |
| 15941RAC4 | CORP | 8.500 | 12/01/15 | CHAPARRAL ENERGY INC | 1,605,000 | 83.0000 | 1.00000000 |  | 105 | B- |  | 40,169.58 | 1,372,319.61 |
| 55932RAD9 | CORP | 6.875 | 12/15/11 | MAGNACHIP SEMICONDUC | 4,250,000 | 41.5000 | 1.00000000 |  | 105 | B   Caa | | 74,670.14 | 1,838,420.01 |
| 88233OAC7 | CORP |       | 11/01/15 | 144A TEXAS COMP ELEC | 900,000 | 98.0000 | 1.00000000 |  | 105 | B   B3 | | 0.00 | 882,000.02 |
| 46526AC8 | CORP | 11.250 | 04/01/09 | IT GROUP INC 11.250 | 4,100,000 | 0.0100 | 0.98832645 |  | 105 | | FITCH:B+ | 210,204.69 | 210,609.91 |
| G0536XAA1 | CORP | 8.000 | 12/23/11 | ASIA ALUMINUM HOLDIN | 60,000 | 90.0000 | 1.00000000 |  | 105 | B+ | | 1,120.00 | 55,120.00 |
| 367905AB2 | CORP |       | 11/15/13 | GAYLORD ENTERTAINMEN | 1,995,000 | 91.5000 | 1.00000000 |  | 105 | B+ | | 54,086.67 | 1,879,511.71 |
| 591709AC4 | CORP | 9.250 | 11/01/14 | METROPCS WIRELESS IN | 3,145,000 | 96.0000 | 1.00000000 |  | 105 | B  | | 105,051.73 | 3,124,251.74 |
| 04518GAB7 | CORP | 13.370 | 10/15/10 | GCB ASIA GLOBAL CROS | 1,000,000 | 4.0000 | 1.00000000 |  | 105 |   | | 56,451.11 | 96,451.11 |
| 21079PAA4 | CORP |       | 11/01/19 | 144A CONTINENTAL AIR | 5,000,000 | 80.5953 | 0.91816161 |  | 105 | B+ | | 19,012.07 | 3,718,987.70 |
| 01973GAA5 | CORP |       | 11/01/15 | 144A ALLISON TRANSMI | 4,570,000 | 89.7500 | 1.00000000 |  | 105 | B- | | 0.00 | 4,101,574.90 |
| 38869PAB0 | CORP | 8.500 | 08/15/11 | GRAPHIC PACKAGING IN | 250,000 | 97.0000 | 1.00000000 |  | 105 | B-  B3 | | 1,888.89 | 244,388.88 |
| 475457AB3 | CORP |       | 03/20/16 | 144A JEFFERSON VAL 2 | 5,000,000 | 1.2605 | 1.00000000 |  | 105 | BBB- Baa3 | FITCH:B | 0.00 | 63,030.00 |
| 92907TAB3 | CORP | 6.875 | 07/15/11 | VOUGHT AIRCRAFT INDS | 1,100,000 | 89.5000 | 1.00000000 |  | 105 | CCC | | 15,155.56 | 999,655.55 |
| 16389JAA8 | CORP | 6.875 | 06/01/16 | CHEMTURA CORP 6.875 | 4,000,000 | 83.0000 | 1.00000000 |  | 105 | BB  Ba2 | | 80,972.22 | 3,400,972.37 |
| 204755AB8 | CORP | 7.625 | 12/01/13 | COMPTON PET FINANCE | 3,070,000 | 90.7500 | 1.00000000 |  | 105 | B   B2 | | 68,925.76 | 2,854,950.89 |
| 08578AC9 | CORP | 8.250 | 11/01/16 | BERRY PETROLEUM CO 8 | 2,000,000 | 92.0000 | 1.00000000 |  | 105 | B+  B3 | | 62,333.33 | 1,902,333.38 |
| 034918AC6 | CORP | 7.750 | 04/01/14 | ANGIOTECH PHARMACEUT | 850,000 | 73.0000 | 1.00000000 |  | 105 | C | | 30,375.69 | 650,875.69 |
| 87484SAB7 | CORP | 7.375 | 04/25/17 | TAM CAPITAL INC 7.37 | 2,205,000 | 76.0000 | 1.00000000 |  | 105 | B+ | FITCH:BB | 43,816.72 | 1,719,616.71 |
| 350472AC0 | CORP | 7.250 | 08/01/14 | FOUNDATION PA COAL C | 750,000 | 99.2500 | 1.00000000 |  | 105 | B   Ba3 | | 6,947.92 | 751,322.95 |
| 370446AA0 | CORP | 6.850 | 10/15/08 | GM NOVA SCOIA FIN CO | 6,022,000 | 99.0000 | 1.00000000 |  | 105 | B- | FITCH:CCC+ | 174,169.62 | 6,135,949.55 |
| 92839UAB3 | CORP | 8.250 | 08/01/10 | GCB VISTEON CORP 8.2 | 296,000 | 84.5000 | 1.00000000 |  | 105 | B- | FITCH:CC | 3,120.33 | 253,240.35 |
| 87612BAA0 | CORP |       | 07/01/16 | 144A TARGA RESOURCES | 4,065,000 | 87.5000 | 1.00000000 |  | 105 | B   B2 | | 0.00 | 3,556,875.00 |
| 00170GAB6 | CORP |       | 03/14/14 | AMH HOLDINGS, INC | 1,000,000 | 68.0000 | 1.00000000 |  | 105 | CCC | | 0.00 | 680,000.01 |
| 121579AB2 | CORP | 11.125 | 04/15/14 | BURLINGTON COAT 11.1 | 2,367,000 | 64.0000 | 1.00000000 |  | 105 | CCC+ B3 | FITCH:CCC | 111,183.25 | 1,626,063.20 |
| G3663EAC8 | CORP | 7.010 | 06/20/10 | FREEDOM PARK 2005-1- | 1,545,000 | 100.0000 | 1.00000000 |  | 105 |   | | 26,173.59 | 1,571,173.59 |
| 000305AC6 | CORP | 10.250 | 10/01/12 | RAC GROUP HOLDING CO | 30,000 | 98.5000 | 1.00000000 |  | 105 |   | | 0.00 | 29,550.00 |
| 69915TAC7 | CORP | 10.250 | 08/01/14 | PARALLEL PETROLEUM C | 2,000,000 | 94.0000 | 1.00000000 |  | 105 | B | | 9,680.56 | 1,889,680.50 |
| 24736TAN5 | CORP |       | 05/18/10 | ABS DELTA AIRLINES00 | 9,536,000 | 97.2500 | 0.23481970 |  | 105 | BBB | FITCH:BBB- | 54,618.88 | 2,232,280.40 |
| G0744GAA6 | CORP | 8.700 | 09/20/35 | BANCO DO ESTADO SAO | 80,000 | 100.7500 | 1.00000000 |  | 105 | BBB | | 1,682.00 | 82,282.00 |
| 24736TAS4 | CORP |       | 09/18/12 | DELTA AIR 2001-1 | 3,396,600 | 95.0000 | 0.42013670 |  | 105 |   | FITCH:BBB- | 46,965.39 | 1,402,649.89 |
| 26056RAC2 | CORP |       | 12/29/09 | DOW JONES CDX HY 144 | 35,000 | 103.7500 | 0.95454500 |  | 105 | B3 | | 645.91 | 35,307.82 |
| 45763UAC9 | CORP |       | 11/15/12 | INMARSAT FINANCE II | 830,000 | 99.7500 | 1.00000000 |  | 105 | BB-  B1 | FITCH:B | 0.00 | 827,925.00 |
| 60741GAA0 | CORP |       | 04/01/13 | 144A MOBILE SATELLIT | 49,115,000 | 59.0000 | 1.00000000 |  | 105 | CC  Ca | | 0.00 | 28,977,848.71 |
| 470355AA6 | CORP | 9.375 | 06/01/12 | JAMES RIVER COAL CO | 15,478,000 | 98.0000 | 1.00000000 |  | 105 | CCC | | 427,257.30 | 15,595,696.60 |
| 00868SAA7 | CORP | 6.250 | 05/01/09 | AHOLD FINANCE USA 6. | 7,000,000 | 100.7150 | 2.00000000 |  | 105 | BB+ Baa3 | FITCH:BBB- | 165,277.78 | 7,215,327.86 |
| 83426QAB7 | CORP | 8.500 | 02/15/14 | SOLO CUP COMPANY 8.5 | 725,000 | 83.5000 | 1.00000000 |  | 105 | CCC | FITCH:CCC+ | 5,477.78 | 610,852.75 |