# EXHIBIT W

JPM-LBHI01755189

**John E Costango@JPMCHASE**  To: James.Lansing
cc:
Subject: Update

10/15/2008 07:43 PM

James -

If you have time tomorrow can we take 30 minutes to go through an update on where we stand on a bunch of items, some of which are moving ahead and others which are stalled temporarily. Without going into too much written detail, here's a list of the items I think are worth discussing:

3. Tassimo - public auction process for select positions
4. Tassimo - trade documentation update

Thank you,
John

John E. Costango
Executive Director
J. P. Morgan Securities, Inc.
270 Park Avenue, 8th Floor
New York, NY 10017

T:
M:



CONFIDENTIAL