# EXHIBIT X

**John E Costango@JPMCHASE**

01/26/2009 04:31 PM

To: Timothy J Bittel/JPMCHASE@JPMCHASE, Michael T Cassidy/JPMCHASE@JPMCHASE
cc:
Subject: Fw: Tassimo

John E. Costango
Executive Director
J. P. Morgan Securities Inc.
270 Park Avenue, 6th Floor
New York, NY 10017

T: ███
M: ███

----- Forwarded by John E Costango/JPMCHASE on 01/26/2009 04:31 PM -----

CMBS Trading - Tel 212 834-3813

**Andrew B Taylor/JPMCHASE**

01/26/2009 04:30 PM

To John E Costango/JPMCHASE@JPMCHASE
cc
Subject Fw: Tassimo

We bought three bonds from Tassimo on December 12 without relying on an auction process. All three of the bonds were from the JPMCC 06-FL1 trust, where we had other mezzanine tranches in our trading position as of the 12th. Specifically, we were long (and offering to clients) Classes H and J.. We used our offered prices, and built in appropriate bid/offer to arrive at an execution price for the Classes E, F, and G. The prices below were also supported by a trade in JPMCC 06-FL2 J which occured, at a price of 22-00 a few days prior to the purchases from Tassimo.

----- Forwarded by Andrew B Taylor/JPMCHASE on 01/26/2009 04:20 PM -----

**Yahli H Becker/JPMCHASE**

01/26/2009 04:14 PM

To Andrew B Taylor/JPMCHASE@JPMCHASE
cc
Subject Tassimo

| 12/12/2008 | BUY | 5 | Cash Bond | JPMCC 2006-FL1A F | 45-00 |
|---|---|---|---|---|---|
| 12/12/2008 | BUY | 5.909 | Cash Bond | JPMCC 2006-FL1A G | 40-00 |
| 12/12/2008 | BUY | 1.546 | Cash Bond | JPMCC 2006-FL1A E | 47-00 |

(See attached file: 12 12 2008 FO Risk Report.xls)

Yahli Becker
Securitized Products, CMBS
███

| 📎 12 12 2008 FO Risk Report.xls | Type: application/msexcel<br>Name: 12 12 2008 FO Risk Report.xls |
|---|---|

