# EXHIBIT Y

**John E Costango@JPMCHASE**
01/09/2009 04:46 PM

To: Andrew B Taylor/JPMCHASE@JPMCHASE
cc:
Subject: Fw: Tassimo - SPG Docs

Andy -

I recall speaking about this in December when you took down these bonds. As I remember there was no bid out there for bonds like this at the time (end of the year, small positions, etc.) and especially on the JPMCC bonds we knew JPM would be the best bid.

Redacted

Redacted

Thanks and have a good weekend.
John

John E. Costango
Executive Director
J. P. Morgan Securities Inc.
270 Park Avenue, 6th Floor
New York, NY 10017

T:
M:

----- Forwarded by John E Costango/JPMCHASE on 01/09/2009 04:30 PM -----

**Timothy J Bittel/JPMCHASE**
01/09/2009 04:25 PM

To John E Costango/JPMCHASE
cc Michael T Cassidy/JPMCHASE
Subject Tassimo - SPG Docs

List of CMBS items we do not have docs for is attached.

Tim

*(See attached file: Tassimo - SPG Docs 01.07.09-xls.zip)*

| Tassimo - SPG Docs 01.07.09-xls.zip | **Type:** application/zip<br>**Name:** Tassimo - SPG Docs 01.07.09-xls.zip |



**DOCUMENT PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL                                    JPM-LBHI02177254

**Project Tassimo Portfolio**
**Missing Trade Documentation**

| Unique ID | CUSIP | DESCRIPTION | Trade ID | Sale Date | Settlement Date | Sale Price | Par Sold | DESK | TRADER |
|---|---|---|---|---|---|---|---|---|---|
| 2722 | 045424BH0 | ASSET SECURITIZATION CORPORATI | 2722-1 | 12-Dec-08 | 17-Dec-08 | 1.25 | 3,340,000 | SPG | Taylor |
| 2827 | 361849CB6 | GMAC COMMERCIAL MORTGAGE SECUR | 2827-1 | 12-Dec-08 | 17-Dec-08 | 3.38 | 3,180,000 | SPG | Taylor |
| 2890 | 46625YH89 | JP MORGAN CHASE COMMERCIAL MOR | 2890-1 | 12-Dec-08 | 17-Dec-08 | 47.00 | 1,546,000 | SPG | Taylor |
| 2891 | 46625YJ20 | JP MORGAN CHASE COMMERCIAL MOR | 2891-1 | 12-Dec-08 | 17-Dec-08 | 45.00 | 5,000,000 | SPG | Taylor |
| 2892 | 46625YJ46 | JP MORGAN CHASE COMMERCIAL MOR | 2892-1 | 12-Dec-08 | 17-Dec-08 | 40.00 | 5,909,000 | SPG | Taylor |
| 2919 | 52108HFH2 | LB-UBS COMMERCIAL MORTGAGE TRU | 2919-1 | 12-Dec-08 | 17-Dec-08 | 1.88 | 1,300,000 | SPG | Taylor |