# EXHIBIT CC

# In The Matter Of:

## LEHMAN BROTHERS HOLDINGS, INC., ET AL

---

### DAVID A. WEISBROD - Vol. 1
*July 14, 2011*

---

## HIGHLY CONFIDENTIAL INFORMATION
## GOVERNED BY PROTECTIVE ORDER

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
DAVID A. WEISBROD - 7/14/2011

Page 1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------x
In re:
:    Chapter 11
LEHMAN BROTHERS HOLDINGS
INC., et al.                           :    Case No.

    Debtors                        :    08-13555(JMP)
------------------------------x
LEHMAN BROTHERS HOLDINGS       :
INC., and OFFICIAL
COMMITTEE OF UNSECURED         :
CREDITORS OF LEHMAN
BROTHERS HOLDINGS INC.,        :    Adversary
et al.,
                                       :    Proceeding No.
    Plaintiff and
    Plaintiff Intervenor, :    10-03266(JMP)

vs.                                    :

JPMORGAN CHASE BANK, N.A.,:

        Defendant.        :
------------------------------x

                    July 14, 2011
                    9:33 a.m.

  HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY

            PROTECTIVE ORDER

    Video Deposition of DAVID A. WEISBROD,

held at the offices of WACHTELL, LIPTON,

ROSEN & KATZ, 51 West 52nd Street, New York,

New York, before Frank J. Bas, a Registered

Professional Reporter and Notary Public of the

State of New York.

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
DAVID A. WEISBROD - 7/14/2011

Page 384

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL - D. WEISBROD | |
| 2 | Q.   So where JPMorgan and Barclays | 19:03:00 |
| 3 | people were present? | 19:03:03 |
| 4 | A.   Well, it was on the phone.  The | 19:03:03 |
| 5 | Barclays people were on the phone. | 19:03:05 |
| 6 | Q.   Okay.  Your recommending -- | 19:03:07 |
| 7 | A.   I assume we put the call on | 19:03:08 |
| 8 | mute when we had this discussion. | 19:03:10 |
| 9 | Q.   Did anything anyone at Lehman | 19:03:12 |
| 10 | said or did influence your recommendation to | 19:03:13 |
| 11 | release the $5 billion margin to Barclays on | 19:03:16 |
| 12 | the 18th? | 19:03:20 |
| 13 | A.   I don't recall. | 19:03:21 |
| 14 | Q.   Did anything about the APA, did | 19:03:22 |
| 15 | that have anything to do with your | 19:03:25 |
| 16 | recommendation to release the margin? | 19:03:26 |
| 17 | A.   I don't recall. | 19:03:28 |
| 18 | Q.   Is there anything besides what | 19:03:28 |
| 19 | Barclays said on the 18th that affected your | 19:03:31 |
| 20 | recommendation that JPMorgan release the | 19:03:36 |
| 21 | margin to Barclays? | 19:03:38 |
| 22 | A.   No.  Not that I recall. | 19:03:39 |
| 23 | Q.   So it was entirely based on | 19:03:40 |
| 24 | Barclays making the representation that it | 19:03:44 |
| 25 | would take JPMorgan out in full that was made | 19:03:46 |

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
DAVID A. WEISBROD - 7/14/2011

Page 401

```
 1
 2                          ***
 3        ACKNOWLEDGMENT OF DEPONENT
 4     I,_____, do hereby
 5     acknowledge that I have read and examined the
 6     foregoing testimony, and the same is a true,
 7     correct and complete transcription of the
 8     testimony given by me, and any corrections
 9     appear on the attached Errata sheet signed by
10     me.
11
12
13
14
15     _____   _____
16     (DATE)                   (SIGNATURE)
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
DAVID A. WEISBROD - 7/14/2011

Page 402

```
 1
 2                    C E R T I F I C A T E
 3     STATE OF NEW YORK      )
 4                            ) ss:
 5     COUNTY OF NEW YORK     )
 6
 7             I, FRANK J. BAS, a Registered
 8     Professional Reporter and Notary Public within
 9     and for the State of New York, do hereby
10     certify:
11             That DAVID A. WEISBROD, the witness
12     whose testimony is hereinbefore set forth, was
13     duly sworn by me and that such testimony given
14     by the witness was taken down stenographically
15     by me and then transcribed.
16             I further certify that I am not
17     related by blood or marriage, to any of the
18     parties in this matter and that I am in no way
19     interested in the outcome of this matter.
20             IN WITNESS WHEREOF, I have hereunto
21     set my hand this 14th of July, 2011.
22
23                         FRANK J. BAS, RPR
24
25
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
DAVID A. WEISBROD - 7/14/2011

Page 403

```
 1

 2     STATE OF NEW YORK   )
                           ss:
 3     COUNTY OF NEW YORK  )
           I wish to make the following
 4     changes, for the following reasons:

 5     PAGE    LINE(S)    CHANGE                    REASON

 6     ___|_____|_____|_____

 7     ___|_____|_____|_____

 8     ___|_____|_____|_____

 9     ___|_____|_____|_____

10     ___|_____|_____|_____

11     ___|_____|_____|_____

12     ___|_____|_____|_____

13     ___|_____|_____|_____

14     ___|_____|_____|_____

15     ___|_____|_____|_____

16     ___|_____|_____|_____

17     ___|_____|_____|_____

18     ___|_____|_____|_____

19     ___|_____|_____|_____

20     ___|_____|_____|_____

21                         _____
                               DAVID A. WEISBROD
22     SUBSCRIBED AND SWORN TO BEFORE ME
       THIS___DAY OF _____, 2011.
23
       _____   _____
24       (NOTARY PUBLIC)            MY COMMISSION EXPIRES:

25
```