# EXHIBIT EE

US Bankruptcy Court - New York  FINAL - HIGHLY CONFIDENTIAL
Lehman Brothers v. JPMorgan  Alan Kaplan - June 7, 2011

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
CHAPTER 11
IN RE: LEHMAN BROTHERS HOLDINGS INC., et al,
    Debtors.
Case No. 08-13555 (JMP)
------------------------------------------------
LEHMAN BROTHERS HOLDINGS INC. AND OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF LEHMAN
BROTHERS HOLDINGS INC., et al.,
    Plaintiff and Plaintiff Intervenor,
v.
JPMORGAN CHASE BANK, N.A.,
    Defendant.
Adversary Proceeding No. 10-03266 (JMP)
------------------------------------------------

VIDEO DEPOSITION OF
Alan Kaplan
June 7, 2011
New York, New York
Lead: Emil Kleinhaus, Esquire
Firm: Wachtell Lipton Rosen & Katz


FINAL COPY - HIGHLY CONFIDENTIAL
JANE ROSE REPORTING 1-800-825-3341

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US Bankruptcy Court - New York　　FINAL - HIGHLY CONFIDENTIAL
Lehman Brothers v. JPMorgan　　　　Alan Kaplan - June 7, 2011

Page 2

APPEARANCES

Attorneys for Official Committee of
Unsecured Creditors

　　ERICA TAGGART, ESQUIRE
　　QUINN EMANUEL URQUHART & SULLIVAN LLP
　　51 Madison Avenue, 22nd Floor
　　New York, New York  10010
　　212-849-7000

Attorneys for Defendant

　　EMIL KLEINHAUS, ESQUIRE
　　VINCENT LEVY, ESQUIRE
　　WACHTELL LIPTON ROSEN & KATZ
　　51 West 52nd Street
　　New York, New York  10019
　　212-403-1000

US Bankruptcy Court - New York        FINAL - HIGHLY CONFIDENTIAL
Lehman Brothers v. JPMorgan            Alan Kaplan - June 7, 2011

Page 3

Attorneys for Barclays and the Witness

DAVID NELSON, ESQUIRE
BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33131
954-377-4233

JONATHAN DAVENPORT, ESQUIRE
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
914-749-8200

ALSO PRESENT
Amara Osisioma, Summer Associate,
Wachtell Lipton

JANE ROSE REPORTING
80 Fifth Avenue
New York, New York 10011
1-800-825-3341
Mark Iuzzolino, Court Reporter
Larry Moskowitz, Videographer

US Bankruptcy Court - New York     FINAL - HIGHLY CONFIDENTIAL
Lehman Brothers v. JPMorgan        Alan Kaplan - June 7, 2011

Page 4

TABLE OF CONTENTS

Witness:
Alan Kaplan

| EXAMINED BY | PAGE |
|---|---|
| Mr. Kleinhaus | 7 |
| Ms. Taggart | 114 |
| Mr. Kleinhaus | 145 |
| Confidentiality Agreement | 5 |
| Reporter Certificate | 147 |
| Notice to Read & Sign | 149 |
| Exhibit Index | 151 |

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US Bankruptcy Court - New York      FINAL - HIGHLY CONFIDENTIAL
Lehman Brothers v. JPMorgan           Alan Kaplan - June 7, 2011

Page 5

CONFIDENTIALITY AGREEMENT

It is hereby agreed between the parties, on
May 3, 2011, that each deposition transcript
and exhibits be marked as follows:

1. All deposition transcripts will be designated as
   Highly Confidential for a period of 30 days
   following the deposition.

2. Within that 30-day period, the parties will
   exchange letters designating the portions of the
   transcript and exhibits that will be
   Confidential, Highly Confidential, or Not
   Confidential.

3. In the event that a subsequent designation is
   not made within 30 days, the transcript will be
   designated as Confidential and the exhibits for
   that deposition will maintain whatever
   confidentiality designations they previously
   had.

US Bankruptcy Court - New York  FINAL - HIGHLY CONFIDENTIAL
Lehman Brothers v. JPMorgan  Alan Kaplan - June 7, 2011

Page 18

1    Q.  Have you ever worked on tri-party
2    repo transactions?
3    A.  I've worked in them, certainly at
4    Barclays, but only in the sense of, you know,
5    sort of relatively standard industry
6    documentation, which, in our case, typically
7    our tri-party agent was Bank of New York.  So
8    I've seen the Bank of New York documents, and
9    I've been involved in putting those in place
10   with some counterparties.  You know, the
11   transactions themselves tend to be, from a
12   legal point of view, much more operational.
13   And once the documents are in place, legal has
14   very little to do with them.
15   Q.  Okay.  Let's talk about your
16   employment at Barclays.
17   When did you start there, and what
18   positions have you held?
19   A.  I started in September 2000, and my
20   role at that time was -- I came in as deputy
21   general counsel Americas, and also the title of
22   "director."  And as of January 1st this year,
23   I'm still deputy general counsel.  I'm also
24   managing director.
25   Q.  And what type of work have you done

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US Bankruptcy Court - New York　　FINAL - HIGHLY CONFIDENTIAL
Lehman Brothers v. JPMorgan　　　Alan Kaplan - June 7, 2011

Page 134

1　　Q. Okay. What -- what do you know about
2　it?
3　　A. Yeah, this was a -- I believe this
4　was a lawsuit relating to a couple of Bear
5　Stearns funds.
6　　Q. And what do you know about that
7　lawsuit?
8　　A. There's a lawsuit which -- which
9　Barclays had brought I believe against the
10　funds and some individual employees of Bear
11　Stearns and I believe against some Bear Stearns
12　itself, and some Bear Stearns entities,
13　relating to alleged fraud in connection with
14　some investments that Barclays made into those
15　funds.
16　　Q. What was your role in that lawsuit,
17　if any?
18　　A. I didn't -- didn't have a particular
19　role in that lawsuit.
20　　Q. Did you do any supervision of it?
21　　A. No. I mean, I -- I -- I was --
22　probably had some information about it, but I
23　wasn't particularly involved in the lawsuit,
24　and not -- nor supervising it, no.
25　　Q. Do you have any understanding of

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US Bankruptcy Court - New York		FINAL - HIGHLY CONFIDENTIAL
Lehman Brothers v. JPMorgan		Alan Kaplan - June 7, 2011

Page 135

1   approximately how much Barclays had claimed in
2   damages for that lawsuit?
3       And it's the one that -- that gets
4   dismissed as part of the mutual release in the
5   services and settlement agreement.
6       A.  I believe it was several hundred
7   million dollars, possibly 400 million.
8       Q.  Who else at Barclays had any
9   involvement in that lawsuit?
10      A.  Jonathan Hughes.
11      Q.  Anyone else?
12      A.  I believe one of our litigators
13  Carolina de Onis.
14      Q.  Can you spell the last name?
15      A.  D-e O-n-i-s.
16      Q.  Anyone else from Barclays had any
17  involvement in that lawsuit?
18      A.  I mean, there would have been other
19  people in -- in management who were taking an
20  interest involved with the lawsuit.
21      Q.  Who do you know of in -- in
22  management who also had an interest in the
23  lawsuit that was released as part of the
24  services and settlement agreement?
25      A.  Management at Barclays or Bear

US Bankruptcy Court - New York  
Lehman Brothers v. JPMorgan

FINAL - HIGHLY CONFIDENTIAL  
Alan Kaplan - June 7, 2011

Page 136

1   Stearns?
2       Q.  Let's go with Barclays.
3       A.  Yeah, I'm not -- I'm not sure exactly
4   who was involved.
5           I'm also not sure whether the release
6   would be going to their activities or not.
7       Q.  Do you know of anyone who was
8   involved in the management side related to the
9   Bear Stearns lawsuit that was released --
10  sorry, that was dismissed?
11      A.  It's a question of who -- who was
12  involved in the management side?  I mean --
13      Q.  Yes.
14      A.  -- I mean, it went up to our, you
15  know, very senior management.  It was a very
16  high profile, important case.  I mean, didn't
17  sue another bank lightly.
18      Q.  What -- what makes you say that it
19  was an -- an important case?
20      A.  Because of the amounts of money
21  involved there, we kept reputational issues on
22  both sides and all.
23      Q.  So do you know why Barclays agreed to
24  dismiss the lawsuit on September 22nd as part
25  of a mutual release related to disputes about a

US Bankruptcy Court - New York  
Lehman Brothers v. JPMorgan

FINAL - HIGHLY CONFIDENTIAL  
Alan Kaplan - June 7, 2011

Page 147

1     CERTIFICATE
2
3 STATE OF NEW YORK
4 COUNTY OF NEW YORK
5
6     I, Mark Iuzzolino, a Realtime
7 Reporter within and for the State of New
8 York, do hereby certify:
9     That ALAN KAPLAN the witness whose
10 deposition is hereinbefore set forth, was
11 duly sworn by me and that such deposition
12 is a true record of the testimony given by
13 the witness.
14     I further certify that I am not
15 related to any of the parties to this
16 action by blood or marriage, and that I am
17 in no way interested in the outcome of
18 this matter.
19     IN WITNESS WHEREOF, I have hereunto
20 set my hand this____day of_____,
21 2011.
22
23
24 *Jane Rose Reporting*
25

JANE ROSE REPORTING  
1-800-825-3341  janerosereporting.com

US Bankruptcy Court - New York  FINAL - HIGHLY CONFIDENTIAL
Lehman Brothers v. JPMorgan  Alan Kaplan - June 7, 2011

Page 148

1      INSTRUCTIONS FOR ERRATA
2
3
4   NOTARY PUBLIC SIGNATURE
5   Not required unless agreed upon by counsel that
6   notary public signature is required.
7
8
9         Please return a copy of the signed
10  errata within 30 days of receipt, unless
11  otherwise agreed upon by counsel. Once we
12  receive the signed errata, we will distribute
13  an electronic copy to all parties.
14
15
16  RETURN A SIGNED COPY VIA FAX, EMAIL OR MAIL TO:
17       FAX:  1-800-825-9055
18       EMAIL: janerose@janerosereporting.com
19
20
21  Jane Rose Reporting
22  Administrative Offices
23  2547 State Hwy. 35
24  Suite 1 - Evergreen Plaza
25  Luck, WI  54853

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US Bankruptcy Court - New York  
Lehman Brothers v. JPMorgan  

FINAL - HIGHLY CONFIDENTIAL  
Alan Kaplan - June 7, 2011

Page 149

1    NOTICE TO READ & SIGN
2
3    This transcript was electronically distributed
4    to BOIES SCHILLER on June 21, 2011
5    to forward to witness.
6
7    ACKNOWLEDGMENT OF DEPONENT
8
9    I, Alan Kaplan, do hereby certify
10   that I have read the foregoing pages and that
11   the same is a correct transcription of the
12   answers given by me to the questions therein
13   propounded, except for the corrections or
14   changes in form or substance, if any,
15   noted in the attached Errata Sheet.
16
17   _____    _____
18   (DATE)    Alan Kaplan
19
20
21   Signed and subscribed to before me this
22   ____ day of _____, 2011.
23
24   _____
25        Notary Public

JANE ROSE REPORTING  
1-800-825-3341  janerosereporting.com