# EXHIBIT FF



**Ricardo S. Chiavenato@JPMCHASE**  To: Christopher D. Carlin/JPMCHASE@JPMCHASE
cc: David A. Weisbrod/JPMCHASE@JPMCHASE
Subject: Fw: Lehman Deck

09/13/2008 12:46 PM

FYI. I completed the Lehman deck but need to check it with Ed. Spoke to him on his cell and he will call me when he finishes a call with Legal. Will send the final deck after that.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ☎ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ✉ 1
Chase Manhattan Plaza, Floor 58, New York, NY 10005
----- Forwarded by Ricardo S. Chiavenato/JPMCHASE on 09/13/2008 12:45 PM -----
**T&SS Risk Management**

| | |
|---|---|
| **Ricardo S. Chiavenato/JPMCHASE** 09/13/2008 12:39 PM | ed corral<br>To<br>   Henry R Yeagley/JPMCHASE@JPMCHASE<br>cc<br>Subject   Lehman Deck |

Ed,

Here is the Lehman updated deck. The only issue I would like to check is that the financing we got here is slightly lower than what David Chang sent last night. Until Thursday we were getting biogger figures because non-triparty transactions were being included - that was fixed. I am not sure if this run missed anything.

Also wanted you to check if you have any comments.

Henry is at 1 CMP and can take this to Barry if needed. Let me know.

Thanks.

*(See attached file: Tri-party Repo Analysis - Lehman - 9-13-2008.ppt..zip)*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ☎ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ✉ 1
Chase Manhattan Plaza, Floor 58, New York, NY 10005

- Tri-party Repo Analysis - Lehman - 9-13-2008.ppt.zip

```
EXHIBIT  22
WIT: Chiavenato
DATE: 6 /29 /11
FRANK BAS, RPR
```

CONFIDENTIAL                                                JPM-LBHI00390286

# Tri-Party Repos and Collateral – Lehman – 9/12/08

- Tri-party investors held US$4.1 billion margin on their tri-party repos on 9/12.
- Total financing was US$87.1 billion against US$91.1 billion in collateral. Financing was down by US$23 billion compared to 9/11.
- JPM also provided Lehman separately a US$1.4 billion secured broker loan 200% collateralized by securities that are ineligible under the broker loan collateral schedule.

| US$ million Security Type | Count | Collateral Market Value | Overnight Financing by Tri-Party Investors | % | Overnight Margin | |
|---|---|---|---|---|---|---|
| Fed-Eligible - Total | 3,530 | 51,440 | 50,255 | 56% | 102.4% | |
| USTs | 324 | 18,876 | 18,618 | 21% | 101.4% | |
| Agency Securities | 315 | 8,616 | 8,508 | 9% | 101.3% | |
| Agency MBSs | 1,829 | 19,822 | 19,227 | 22% | 103.1% | |
| Agency CMOs | 1,062 | 4,128 | 3,901 | 5% | 105.8% | |
| DTC-Eligible - Total | 7,219 | 33,084 | 30,278 | 36% | 109.3% | ← DTC haircuts have increased |
| ABSs | 659 | 3,851 | 3,301 | 4% | 116.7% | |
| CDOs | 147 | 863 | 727 | 1% | 118.7% | |
| ARS | 0 | 0 | 0 | 0% | 0.0% | |
| Corporates | 1,729 | 9,779 | 8,984 | 11% | 108.9% | |
| CPs | 102 | 4,950 | 4,593 | 5% | 107.8% | |
| Money Market | 8 | 7 | 7 | 0% | 105.0% | |
| Multilaterals | 3 | 3 | 3 | 0% | 102.0% | |
| Equities | 2,101 | 6,869 | 6,454 | 8% | 106.4% | ← JPM requires 125% intraday margin for equities |
| Munis | 581 | 1,968 | 1,837 | 2% | 107.1% | |
| Other | 0 | 0 | 0 | 0% | 0.0% | |
| CMOs | 1,889 | 4,795 | 4,372 | 5% | 109.7% | |
| Cash | 9 | 3,411 | 3,411 | 4% | 100.0% | |
| Trust Receipt | 13 | 3,199 | 3,137 | 4% | 102.0% | ← Trust receipts are not unwound and do not create intraday credit risk for JPM |
| TOTAL | 10,771 | 91,135 | 87,080 | 100% | 104.7% | |
| Collateral El. for Intraday Financin | | 87,935 | | | | |
| Margin Held/Required | | | 4,054 | | | |

J.P.Morgan

CONFIDENTIAL
JPM-LBHI00390287
1

## 9/13 Unwind - Lehman

- After the morning unwind on 9/15 JPM will have US$9.8 billion margin covering its intraday financing:
  - US$3.6 billion margin reflecting the tri-party investor margin excluding equities.
  - US$1.7 billion representing the 125% margin for equities assuming the Lehman pledges the US$1.2 billion margin above what it used for tri-party investors on 9/12.
  - US$4.5 billion locked up as extra collateral (adjusted to Gifford Fong's prices).
- JPM will also have the additional US$5 billion cash collateral obtained on Friday as a cushion although that covers all JPM's credit exposure.

J.P.Morgan

CONFIDENTIAL

JPM-LBHI00390288

2

# 9/15 PDCF Analysis – Lehman

In a worst-case scenario, if Lehman had no tri-party investor rolling over repos, it would need to rely on the PDCF for overnight financing. The analysis below reflects the impact for JPM:

| US$ million Security Type | Collateral Market Value | Securities Ineligible for PDCF | Eligible Securities for PDCF | Fed (PDCF) Financing | Collateral Coverage % |
|---|---|---|---|---|---|
| **Fed-Eligible - Total** | 51,440 | 3,011 | 48,429 | 46,408 | 104.4% |
| USTs | 18,876 | 0 | 18,876 | 18,415 | 102.5% |
| Agency Securities | 8,616 | 363 | 8,253 | 7,897 | 104.5% |
| Agency MBSs | 19,822 | 2,648 | 17,174 | 16,201 | 106.0% |
| Agency CMOs | 4,128 | 0 | 4,128 | 3,894 | 106.0% |
| **DTC-Eligible - Total** | 33,084 | 15,515 | 17,569 | 15,933 | 110.3% |
| ABSs | 3,851 | 1,488 | 2,363 | 2,208 | 107.0% |
| CDOs | 863 | 354 | 509 | 0 | 0.0% |
| ARS | 0 | 0 | 0 | 0 | 0.0% |
| Corporates | 9,779 | 3,414 | 6,365 | 5,949 | 107.0% |
| CPs | 4,950 | 24 | 4,926 | 4,603 | 107.0% |
| Money Market | 7 | 0 | 7 | 7 | 107.0% |
| Multilaterals | 3 | 0 | 3 | 3 | 107.0% |
| Equities | 6,869 | 6,856 | 13 | 0 | 0.0% |
| Munis | 1,968 | 914 | 1,054 | 985 | 107.0% |
| Other | 0 | 0 | 0 | 0 | 0.0% |
| CMOs | 4,795 | 2,465 | 2,330 | 2,178 | 107.0% |
| Cash | 3,411 | 0 | 3,411 | 3,411 | 100.0% |
| **TOTAL** | 87,935 | 18,526 | 69,409 | 65,751 | 105.6% |

- US$18.5 billion in securities are ineligible for PDCF.
- Lehman would need to allocate US$69.4 billion in eligible collateral against US$65.7 billion in PDCF financing, with a US$3.7 billion margin.
- Lehman would be left with US$18.5 billion in lower-quality tri-party collateral to cover a US$18.3 billion financing[1] need.
- JPM's total intraday collateral, including the incremental US$4.5 billion collateral provided by Lehman, would be US$23 billion. JPM would therefore be 125% collateralized.

1 US$18.3 bi equals overnight tri-party investor financing (US$84 bi) minus PDCF financing (US$65.7 bi).

J.P.Morgan

CONFIDENTIAL
JPM-LBHI00390289

# 9/12 Tri-Party Repo Details – Lehman

| US$ million Security Type | Rating | Count | Collateral Market Value | Overnight Financing Provided by Tri-Party Investors | % | Overnight Margin |
|---|---|---|---|---|---|---|
| Fed-Eligible - Total | | 3,530 | 51,440 | 50,255 | 56% | 102.4% |
| USTs | AAA | 324 | 18,876 | 18,618 | 21% | 101.4% |
| Agency Securities | AAA | 315 | 8,616 | 8,508 | 9% | 101.3% |
| Agency MBSs | AAA | 1,829 | 19,822 | 19,227 | 22% | 103.1% |
| Agency CMOs | AAA | 1,062 | 4,128 | 3,901 | 5% | 105.8% |
| DTC-Eligible - Total | | 7,219 | 33,084 | 30,278 | 36% | 109.3% |
| ABSs | AAA | 28 | 447 | 406 | 0% | 110.0% |
| | AA+ - BBB- | 249 | 2,051 | 1,860 | 2% | 110.3% |
| | BB+ and below | 381 | 1,173 | 882 | 1% | 132.9% |
| | Not Rated | 1 | 180 | 153 | 0% | 118.0% |
| CDOs | AAA | 8 | 133 | 121 | 0% | 110.0% |
| | AA+ - BBB- | 69 | 462 | 406 | 1% | 114.0% |
| | BB+ and below | 70 | 267 | 199 | 0% | 133.7% |
| | Not Rated | 0 | 0 | 0 | 0% | 0.0% |
| Corporates | AAA | 57 | 432 | 405 | 0% | 106.6% |
| | AA+ - BBB- | 895 | 6,607 | 6,146 | 7% | 107.5% |
| | BB+ and below | 773 | 2,582 | 2,281 | 3% | 113.2% |
| | Not Rated | 4 | 159 | 151 | 0% | 105.0% |
| CPs | A-1/P1/F1 | 91 | 4,925 | 4,569 | 5% | 107.8% |
| | A-2/P2/F2 | 11 | 24 | 24 | 0% | 102.0% |
| | A-3/P3/F3 | 0 | 0 | 0 | 0% | 0.0% |
| | Not Rated | 0 | 0 | 0 | 0% | 0.0% |
| Money Market | AAA | 0 | 0 | 0 | 0% | 0.0% |
| | AA+ - BBB- | 7 | 6 | 6 | 0% | 105.0% |
| | BB+ and below | 0 | 0 | 0 | 0% | 0.0% |
| | Not Rated | 1 | 1 | 1 | 0% | 105.0% |
| Multilaterals | AAA | 3 | 3 | 3 | 0% | 102.0% |
| | Below AAA | 0 | 0 | 0 | 0% | 0.0% |
| Equities | NA | 2,101 | 6,869 | 6,454 | 8% | 106.4% |
| Munis | AAA | 164 | 441 | 406 | 0% | 108.5% |
| | AA+ - BBB- | 371 | 1,317 | 1,231 | 1% | 107.0% |
| | BB+ and below | 1 | 1 | 1 | 0% | 100.0% |
| | Not Rated | 45 | 210 | 200 | 0% | 105.0% |
| CMOs | AAA | 574 | 1,473 | 1,408 | 2% | 104.6% |
| | AA+ - BBB- | 549 | 2,712 | 2,452 | 3% | 110.6% |
| | BB+ and below | 766 | 610 | 511 | 1% | 119.3% |
| | Not Rated | 0 | 0 | 0 | 0% | 0.0% |
| Cash | NA | 9 | 3,411 | 3,411 | 4% | 100.0% |
| Trust Receipt | | 13 | 3,199 | 3,137 | 4% | 102.0% |
| TOTAL | | 10,771 | 91,135 | 87,080 | 100% | 104.7% |
| Collateral Eligible for Intraday Financing | | | 87,935 | | | |
| Margin Held | | | | 4,054 | | |

CONFIDENTIAL

JPM-LBHI00390290

J.P.Morgan

4

# 9/12 PDCF-Ineligible Securities Details – Lehman

| Security Type | Rating | Count | Collateral Value | Tri-Party Investor Overnight Financing | Average Security Price | Average Security Factor | BDAS Margin | Calculated Margin |
|---|---|---|---|---|---|---|---|---|
| **1 - FED-ELIGIBLE** | **LEHMAN** | | | | | | | |
| USTs | | - | 0.0 | 0.0 | 0.00 | 0.00 | 0.00% | 0.00% |
| Agencies Securities | | 35 | 363.7 | 356.6 | 94.89 | 0.82 | 102.00% | 102.00% |
| Agencies MBSs | | 185 | 2,648.2 | 2,596.3 | 102.28 | 0.99 | 102.00% | 102.00% |
| Agencies CMOs | | - | 0.0 | 0.0 | 0.00 | 0.00 | 0.00% | 0.00% |
| FED-Eligible Total | Total | 220 | 3,011.9 | 2,952.8 | | | | 102.00% |
| **2 - DTC-ELIGIBLE** | | | | | | | | |
| Corporate | AAA | 9 | 7.0 | 6.8 | 62.36 | 1.00 | 102.00% | 102.00% |
| Corporate | AA+ - BBB- | 101 | 840.1 | 823.6 | 90.48 | 0.99 | 102.00% | 102.00% |
| Corporate | BB+ and below | 694 | 2,408.3 | 2,361.0 | 84.57 | 0.99 | 102.00% | 102.00% |
| Corporate | Not Rated | 4 | 158.6 | 155.5 | 63.88 | 1.00 | 102.00% | 102.00% |
| Corporate | Total | 808 | 3,413.9 | 3,347.0 | | | | 102.00% |
| CP | A-1/P1/F1 | - | 0.0 | 0.0 | 0.00 | 0.00 | 0.00% | 0.00% |
| CP | A-2/P2/F2 | 11 | 24.4 | 23.9 | 99.65 | 1.00 | 102.00% | 102.00% |
| CP | A-3/P3/F3 and Below | - | 0.0 | 0.0 | 0.00 | 0.00 | 0.00% | 0.00% |
| CP | Not Rated | - | 0.0 | 0.0 | 0.00 | 0.00 | 0.00% | 0.00% |
| CP | Total | 11 | 24.4 | 23.9 | | | | 102.00% |
| Muni | AAA | 44 | 166.9 | 163.7 | 153.14 | 1.00 | 102.00% | 102.00% |
| Muni | AA+ - BBB- | 55 | 537.0 | 526.5 | 107.18 | 1.00 | 102.00% | 102.00% |
| Muni | BB+ and below | 1 | 0.5 | 0.5 | 100.00 | 1.00 | 102.00% | 102.00% |
| Muni | Not Rated | 45 | 210.0 | 205.9 | 80.65 | 1.00 | 102.00% | 102.00% |
| Muni | Total | 145 | 914.5 | 896.6 | | | | 102.00% |
| ABS | AAA | 7 | 132.0 | 129.4 | 64.56 | 0.82 | 102.00% | 102.00% |
| ABS | AA+ - BBB- | 35 | 64.6 | 63.3 | 30.55 | 0.77 | 102.00% | 102.00% |
| ABS | BB+ and below | 348 | 1,111.5 | 1,089.7 | 30.35 | 0.79 | 102.00% | 102.00% |
| ABS | Not Rated | 1 | 180.4 | 176.9 | 100.00 | 1.00 | 102.00% | 102.00% |
| ABS | Total | 391 | 1,488.5 | 1,459.3 | | | | 102.00% |
| CMO | AAA | 80 | 342.9 | 336.2 | 38.94 | 0.60 | 102.00% | 102.00% |
| CMO | AA+ - BBB- | 192 | 1,523.4 | 1,493.5 | 32.52 | 0.79 | 102.00% | 102.00% |
| CMO | BB+ and below | 752 | 599.1 | 587.4 | 17.44 | 0.90 | 102.00% | 102.00% |
| CMO | Not Rated | - | 0.0 | 0.0 | 0.00 | 0.00 | 0.00% | 0.00% |
| CMO | Total | 1,024 | 2,465.4 | 2,417.1 | | | | 102.00% |
| CDO | AAA | - | 0.0 | 0.0 | 0.00 | 0.00 | 0.00% | 0.00% |
| CDO | AA+ - BBB- | 9 | 85.3 | 83.6 | 85.85 | 0.76 | 102.00% | 102.00% |
| CDO | BB+ and below | 68 | 269.3 | 264.0 | 40.64 | 0.93 | 102.00% | 102.00% |
| CDO | Not Rated | - | 0.0 | 0.0 | 0.00 | 0.00 | 0.00% | 0.00% |
| CDO | Total | 77 | 354.6 | 347.6 | | | | 102.00% |
| Equity | Total | 1,875 | 6,849.0 | 6,714.7 | 103.42 | 99.95 | 102.00% | 102.00% |
| DTC-Eligible - Total | | 4,339 | 15,510.2 | 15,206.1 | | | | 102.00% |
| **Total** | **Total** | **4,559** | **18,522.1** | **18,159.0** | | | | **102.00%** |

CONFIDENTIAL

JPM-LBHI00390291

J.P.Morgan