UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
                                                   :    (Jointly Administered)
Debtors.                                           :
                                                   :
---------------------------------------------------------------x    Ref. Docket No. 20015

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 7, 2011, I caused to be served "Notice of Hearing on Debtors' Two Hundred Eighth Omnibus Objection to Claims (No Liability Claims)," dated September 15, 2011, to which was attached the "Debtors' Two Hundred Eighth Omnibus Objection to Claims (No Liability Claims)," dated September 15, 2011 [Docket No. 20015], by causing true and correct copies to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to the party listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
11th day of October 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

LBH DI 20015 10-7-11

HUMBLE, JOSEPH P.
TASHA E. AGRUSO, ESQ.
5010 FAST LANE
GREENSBORO, NC 27406