Lisa M. Solomon, Esq. (LS 0086)
LAW OFFICES OF LISA M. SOLOMON
305 Madison Avenue, Suite 4700
New York, NY 10165
Tel: 212- 471-0067; Fax: 212-980-6965

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
In re:                           :    Chapter 11
                                      Case No. 08-13555 (JMP)
                                 :
LEHMAN BROTHERS HOLDINGS, INC.,
et al.,                               (Jointly Administered)
                                 :
         Debtors.
---------------------------------x

## VERIFIED STATEMENT PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Law Offices of Lisa M. Solomon ("Solomon Firm") hereby makes the following verified statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure in connection with the Solomon Firm's multiple representations in the above-captioned chapter 11 cases (the "Cases"):

1.  The creditors represented by the Solomon Firm in the Cases as of the date hereof are listed on Exhibit "A" annexed hereto (the "Creditors").

2.  The claims held by the Creditors were acquired more than one year prior to the filing of the Cases. For more information regarding the Creditors' claims in the Cases, reference is made to the response each such Creditor has filed to the Debtors' omnibus objection to its proof of claim filed against one or more of the above-captioned debtors in the Cases. [Docket numbers 20662, 20663, 20664, 20665, 20666, and 20667]

1

3. The Solomon Firm has been retained to represent each of the Creditors in the Cases whom have each separately requested that the Solomon Firm represent it in the Cases.

LAW OFFICES OF LISA M. SOLOMON

By: _____
Lisa M. Solomon (LS-0086)
305 Madison Avenue, Suite 4700
New York, New York 10165
(212) 471-0067

Lisa M. Solomon appeared before me this 10th day of October 2011, and acknowledged that the representations in the foregoing statement are true to the best of her knowledge, information and belief.

_____
Notary Public

Marjorie J. Siegel
Notary Public State of New York
No. 31-4970075
Qualified in New York County
Commission Expires July 30, 2014

## EXHIBIT A

Riccardo Banchetti
Foro Buonaparte 224
Milano, 20121 Italy

Anke Parr
15 Danehurst Street
London, SW6 6SA
United Kingdom

Giancarlo Saronne
100 Oakwood Court
London, W14 8JZ
United Kingdom

Harsh Shah
1 Angel Lane
London, EC4R 3AB
United Kingdom

Philippe Dufournier
5 Moorhouse Road
London, W2 5DH
United Kingdom

Vincent Primiano
122 Broadway
Rockville Centre, NY 11570