```
UNITED STATES BANKRUPTCY COURT          Hearing Date: October 27, 2011
SOUTHERN DISTRICT OF NEW YORK                       @4:00 p.m.
-----------------------------------------------------------x
In Re:

LEHMAN BROTHERS HOLDINGS INC., et al.,    Chapter 11
                                          Case No. 08-13555 (JMP)

                        Debtors.
-----------------------------------------------------------x
```

**OPPOSITION BY CLAIMANT SUSAN STASHOWER (CLAIM NO. 33326) TO THE DEBTORS' ONE HUNDRED AND NINETIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY SECURITY)**

TO: THE HONORABLE JAMES M. PECK, U.S. BANKRUPTCY JUDGE:

Susan Stashower, claimant number 33326 hereby opposes the Debtors' One Hundred and Ninetieth Omnibus Objection to claims wherein the Debtors' have sought to disallow or expunge my claim based upon the contention that Security Holders have asserted a claim for which the loss incurred when they sold a security on which LBHI may have been an obligor, however, the Debors are not liable to the Security Holder for any losses involved.

1. I filed my initial proof of claim with the Bankruptcy Court on September 18, 2009 after my inquiry to my financial adviser, Charles Natt, at Morgan Stanley Smith Barney. He advised me that on January 16, 2008 I Purchased 700 shares of LEH.N at $22.84 for a total of $15,998.28. On September 11, 2008 he advised me that I sold 350 shares of LEH.N at $7.96 for a total of $2,780.73. The difference is $13,217.55 and this is the amount of my claim. I still own the other 350 shares.

2. I did not file the back-up documentation from Morgan Stanley with my original proof of claim but I submitted the documentation together with my Opposition to the Debtors' Thirty-First Omnibus Objection To Claims seeking to disallow or expunge

my claim on the basis of insufficient documentation of the claim and so the Court could readily confirm the aforementioned facts. As a result, the Debtors' previous objection to my claim was withdrawn by Notice of Withdrawal dated November 17, 2010.

3. I oppose the Debtors' motion to disallow or expunge my claim based upon the contention that Security Holders have asserted a claim for which the loss incurred when they sold a security on which LBHI may have been an obligor, however, the Debtors are not liable to the Security Holder for any losses involved..

4. Such a contention was never set forth in the information for submission of proofs of claim and the Court should protect the interests of all creditors.

WHEREFORE, the Debtors' motion to disallow or expunge my claim should be denied in all respects and my claim allowed in all respects.

Dated: New York, New York
October 11, 2011

_s/Susan Stashower_____
SUSAN STASHOWER
300 West 72nd Street Apt. 6F
New York, N.Y. 10023
212-877-0326

UNITED STATES BANKRUPTCY COURT    Hearing Date: October 27, 2011
SOUTHERN DISTRICT OF NEW YORK            @4:00 p.m.
-----------------------------------------------------------x
In Re:

LEHMAN BROTHERS HOLDINGS INC., et al.,    Chapter 11
                                                    Case No. 08-13555 (JMP)

                          Debtors.                Affidavit of service
-----------------------------------------------------------x
State of New York)
County of New York)ss.:

        Susan Stashower, being duly sworn, states under the penalties of perjury:

        1. That on October 11, 2011 I served a copy of my Opposition to the Debtors' One Hundred and Ninetieth Omnibus Motion seeking to disallow or expunge my claim upon (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, NY 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st floor, New York, NY 10004 (Att: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) the attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.) by mailing a copy to each by regular first class mail.

                                                         s/Susan Stashower
                                                         SUSAN STASHOWER
                                                         300 West 72nd Street Apt. 6F
                                                         New York, N.Y. 10023
                                                         212-877-0326

Sworn to before me this
11th day of October, 2011

_____
Notary Public

PAUL MILBAUER
NOTARY PUBLIC State of New York
No. 31-4854780
Qualified in New York County
Commission Expires 2/24/2014