# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 11, 2011

<u>Via Hand Delivery</u>

The Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Re: <u>In re Lehman Brothers Holdings Inc., et al.</u> Case No. 08-13555 (JMP)

To the Chambers of the Honorable James M. Peck:

Please find enclosed a Letter from Giants Stadium LLC concerning the discovery dispute between the Debtors and Nomura International plc, Nomura Securities Co., Ltd., and Nomura Global Financial Products, Inc.

Sincerely,

Bruce E. Clark

(Enclosure)

cc: Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Lori R. Fife, Jacqueline Marcus, and Robert Lemons

*Attorneys for the Debtors*

The Chambers of the Honorable James M. Peck          -2-

The U.S. Trustee  
33 Whitehall Street  
21st Floor  
New York, New York 10004  
Attn: Tracy Hope Davis, Elisabetta G. Gasparini, and Andrea B. Schwartz  

Milbank, Tweed, Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, New York 10005  
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck  

*Attorneys for the Creditors' Committee*  

Internal Revenue Service  
Special Procedures Branch  
290 Broadway  
New York, New York 10007

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

October 10, 2011

<u>By Hand</u>

The Honorable James M. Peck,
   United States Bankruptcy Judge,
      United States Bankruptcy Court,
         One Bowling Green,
            New York, New York 10004.

      Re:   *In re Lehman Bros. Holdings Inc. et al.*, No. 08-13555 (Bankr. S.D.N.Y.)

Dear Judge Peck:

      We represent Giants Stadium LLC ("GSLLC") in the above-captioned matter. We write regarding a discovery dispute between Lehman Brothers Holdings Inc. ("LBHI"), Lehman Brothers Special Financing Inc. ("LBSF"), and other LBHI chapter 11 debtor-subsidiaries (collectively, "Debtors") and Nomura International plc, Nomura Securities Co., Ltd., and Nomura Global Financial Products, Inc. (collectively, "Nomura"). At issue in the dispute is whether Nomura may gain discovery of information held by Debtors that is relevant to how certain counterparties terminated and valued derivative positions with the Debtors.

      GSLLC has filed claims against LBSF and LBHI based on derivative contracts between GSLLC and LBSF (which LBHI guaranteed), and the parties have not reached a consensual resolution of those claims. Even though aspects of the derivative contracts at issue in GSLLC's claims are unique compared to other derivative contracts at issue in the bankruptcy, the discovery sought by Nomura may be relevant to GSLLC's claims. GSLLC therefore expresses its agreement with Nomura's position that the

The Honorable James M. Peck -2-

Debtors may not withhold from discovery the relevant information from Debtors' derivatives counterparties.[1]

      Accordingly, GSLLC supports the relief requested by Nomura in its letter and its draft memorandum of law in support of its proposed motion to compel [D.I. 20306] and in the letters that other interested parties have sent to the Court on this issue,[2] and asks the Court to grant the relief sought by Nomura regarding discovery of the derivative counterparties' terminations and valuations.

Sincerely,

*Bruce E. Clark*

Bruce E. Clark

---

[1] Some of this data is in Debtors' possession solely because the Court granted Debtors' motion requesting that parties with derivative claims provide such data to Debtors for the purpose of facilitating the resolution of claims in this case. *See* Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form [D.I. 4271].

[2] *See, e.g.*, Letter on JPMorgan Chase Bank N.A. dated Oct. 4, 2011 [D.I. 20580]; Letter of Credit Suisse AG Cayman Brach and other entities, dated Oct. 5, 2011 [D.I. 20588].