Presentment Date and Time: October 19, 2011 at 12:00 noon (Prevailing Eastern Time)
Objection Deadline: October 19, 2011 at 11:30 a.m. (Prevailing Eastern Time)

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Corinne Ball
Jayant W. Tambe
William J. Hine

*Attorneys for the Debtors
and Debtors in Possession*

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Henry Weisburg
Brian H. Polovoy

*Attorneys for Defendants Nomura International plc,
Nomura Securities Co., Ltd., and Nomura Global Financial Products, Inc.*

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Dennis Dunne
Evan R. Fleck

1850 K. Street N.W. Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
David S. Cohen
Adrian C. Azer (admitted *pro hac vice*)

*Attorneys for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    Case No. 08-13555 (JMP)
                                                               :
                          Debtors.                             :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

Presentment Date and Time: October 19, 2011 at 12:00 noon (Prevailing Eastern Time)
Objection Deadline: October 19, 2011 at 11:30 a.m. (Prevailing Eastern Time)

```
-----------------------------------------------------------x
                                                           :
LEHMAN BROTHERS HOLDINGS INC. and                          :
LEHMAN BROTHERS SPECIAL                                    :    Adv. Proc. No. 10-03228-jmp
FINANCING, INC. and OFFICIAL COMMITTEE                     :
OF UNSECURED CREDITORS OF LEHMAN                           :
BROTHERS HOLDINGS INC., et al.                             :
                                  Plaintiffs and           :
                                  Intervenor,              :
                                                           :
     -against-                                             :
                                                           :
NOMURA INTERNATIONAL PLC,                                  :
                                                           :
                                  Defendant.               :
-----------------------------------------------------------x
                                                           :
LEHMAN BROTHERS HOLDINGS INC. and                          :
LEHMAN BROTHERS SPECIAL                                    :    Adv. Proc. No. 10-03229-jmp
FINANCING, INC. and OFFICIAL COMMITTEE                     :
OF UNSECURED CREDITORS OF LEHMAN                           :
BROTHERS HOLDINGS INC., et al.                             :
                                                           :
                                  Plaintiffs and           :
                                  Intervenor,              :
                                                           :
     -against-                                             :
                                                           :
NOMURA SECURITIES CO., LTD.                                :
                                                           :
                                  Defendant.               :
-----------------------------------------------------------x
```

# NOTICE OF PRESENTMENT OF
## STIPULATED SCHEDULING ORDER FOR CONSOLIDATED ACTIONS

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed Stipulated Scheduling Order for Consolidated Actions (the "Stipulated Scheduling Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **October 19, 2011 at 12:00 noon (Prevailing Easter Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Stipulated Scheduling Order, with proof of service, is served and filed with the Clerk of the court and a courtesy copy is delivered to (i) the Bankruptcy Judge's chambers and (ii) the undersigned, so as to be received by **October 19, 2011 at 11:30 a.m. (Prevailing Easter Time)**, the Stipulated Scheduling Order may be signed.

Dated: October 11, 2011
New York, New York

| SHEARMAN & STERLING LLP | JONES DAY |
|---|---|
| By: /s/ Brian H. Polovoy<br>    Douglas P. Bartner<br>    Henry Weisburg<br>    Brian H. Polovoy | By: /s/ William J. Hine<br>    Corinne Ball<br>    Jayant W. Tambe<br>    William J. Hine |
| 599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000 | 222 East 41st Street<br>New York, New York, 10017<br>Telephone: (212) 326-3939 |
| *Attorneys for Defendants Nomura International plc, Nomura Securities Co., Ltd., and Nomura Global Financial Products, Inc.* | *Attorneys for Debtors and Debtors in Possession* |

MILBANK, TWEED, HADLEY & McCLOY

By: /s/ Adrian C. Azer
    Dennis Dunne
    Evan R. Fleck

1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

David S. Cohen
Adrian C. Azer (admitted *pro hac vice*)
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

*Attorneys for the Official Committee of Unsecured Creditors*