CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

Claims have been filed in this case or deemed filed under 11 U.S.C. §1111(a). Pursuant to that certain Purchase Agreement by and among Bank of America, N.A., Bank of America (GSS) Limited, Bank of America National Trust Delaware, U.S. Bank National Association, Elavon Financial Services Limited and U.S. Bank Trust National Association dated as of November 11, 2010, U.S. Bank National Association purchased certain trust assets from Bank of America, N.A. (the "*Transferor*"). The following additional trusts and related claims have been transferred to U.S. Bank National Association, and U.S. Bank National Association, as Trustee (the "*Transferee*") should be substituted as Trustee and any other capacity thereunder.

3074854.01.01.doc

This Transfer Statement relates to the following trusts:

| Trust | Claim Numbers |
|---|---|
| ARC Series 2004-1 | 15998 and 16419 |
| First Franklin MLT 2004-FFA | 15997 and 16417 |
| Lehman XS Trust 2006-11 | 15991, 66613 and 16415 |
| Lehman XS Trust 2006-15 | 15990 and 16366 |
| SAIL Series 2003-BC10 | 15986 and 16369 |
| SAIL Series 2004-BNC1 | 16394 and 16424 |
| SAIL Series 2003-BC13 | 15985 and 16370 |
| SAIL Series 2004-2 | 15984 and 16371 |
| SAIL Series 2004-3 | 15983 and 16372 |
| SAIL Series 2004-4 | 15982 and 16373 |
| SAIL Series 2004-5 | 15981 and 16374 |
| SAIL Series 2004-6 | 16399 and 16375 |
| SAIL Series 2004-7 | 16398 and 16376 |
| SAIL Series 2004-8 | 16397 and 16428 |
| SAIL Series 2004-9 | 16396 and 16427 |
| SAIL Series 2004-10 | 16395 and 16426 |
| SAIL Series 2004-11 | 16425 |
| SAIL Series 2005-2 | 16392 and 16422 |
| SAIL Series 2003-BC1 | 15988 and 16349 |

| | |
|---|---|
| SAIL Series 2003-BC5 | 15987 and 16368 |
| SAIL Series 2004-BNC2 | 16393 and 16423 |
| SASCO Series 2002-6 | 16390 and 16420 |
| SASCO Series 2002--15 | 16391 and 16421 |
| SASCO Series 2003-10 | 16386 and 16354 |
| SASCO Series 2003-16 | 16385 and 16355 |
| SASCO Series 2003-21 | 16384 and 16356 |
| SASCO Series ARM Series 2005-6XS | 16351 and 16364 |
| SASCO Series ARM Series 2005-8XS | 16352 and 16365 |
| SASCO Series 2005-NC1 | 16379, 66614 and 16360 |
| SASCO Series 2005-WF1 | 16377, 66615 and 16362 |

NAME AND ADDRESS WHERE NOTICES TO TRANSFEREE SHOULD BE SENT:

Sachiko Nishida
U.S. Bank National Association
Corporate Trust Services
190 South LaSalle Street
Chicago, Illinois 60603
Mail Code: MK-IL-SL8
(P) 312 332-6616


I declare under penalty of perjury that the information provided in this notice is true and

correct to the best of my knowledge and belief.


Dated: October 5, 2011

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, not
individually but as Trustee

By: *Sachiko Nishida*

Printed Name: *Sachiko Nishida*

Its: *Vice President*

## ACKNOWLEDGEMENT

Transferor hereby waives any notice or hearing requirements imposed by, inter alia, Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Transfer and Transferee as the valid owner of the Claims listed above. All future payments and distributions, and all notices and other communications, with respect of the Claims listed above are to be made to Transferee.

Bank of America National Association

By: _Matthew M C_____

Printed Name: __**Matthew Smith**__
Assistant Vice President

Its: _____

Address: _540 W Madison st, 1911_

_Chicago, IL 60640_