WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :
                    Debtors.                  :   (Jointly Administered)
                                              :
                                              :
-----------------------------------------------------------x
```

### NOTICE OF WITHDRAWAL OF DEBTORS' TWO HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS) AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") are withdrawing without prejudice their Two Hundred Sixth Omnibus Objection to Claims (Foreign Currency Claims), ECF. No. 19960, solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to

object to the claims listed on Exhibit A on any grounds in the future.

Dated: October 11, 2011
      New York, New York

                                           /s/ Robert J. Lemons
                                           Robert J. Lemons

                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone: (212) 310-8000
                                           Facsimile: (212) 310-8007

                                           Attorneys for Debtors
                                           and Debtors in Possession

# Exhibit A

# Claims for Which Objection Is Withdrawn Without Prejudice:

| CLAIMANT NAME | CLAIM NUMBER |
|---|---|
| The Varde Fund VI-A, LP | 62816 |
| The Financial Services Compensation Scheme Limited | 63358 |
| Denton Sales & Vincent | 2288 |
| GM Self-Invested Personal Pension Plan - G Davies | 30470 |
| Computershare Hong Kong Investor Services Limited | 3395 |
| Crescent 1, L.P. | 55779 |
| Crescent 1, L.P. | 55782 |
| Crescent 1, L.P. | 55784 |
| Crescent 1, L.P. | 55785 |
| Crescent 1, L.P. | 55786 |
| CRS Fund, Ltd. | 55771 |
| CRS Fund, Ltd. | 55772 |
| CRS Fund, Ltd. | 55773 |
| CRS Fund, Ltd. | 55776 |
| CRS Fund, Ltd. | 55778 |
| Cyrus Opportunities Master Fund II, Ltd. | 55756 |
| Cyrus Opportunities Master Fund II, Ltd. | 55757 |
| Cyrus Opportunities Master Fund II, Ltd. | 55758 |
| Cyrus Opportunities Master Fund II, Ltd. | 55759 |
| Cyrus Opportunities Master Fund II, Ltd. | 55760 |
| Cyrus Opportunities Master Fund II, Ltd. | 55761 |
| Cyrus Opportunities Master Fund II, Ltd. | 55762 |
| Cyrus Opportunities Master Fund II, Ltd. | 55770 |
| Cyrus Select Opportunities Master Fund, Ltd. | 55763 |

| CLAIMANT NAME | CLAIM NUMBER |
|---|---|
| Cyrus Select Opportunities Master Fund, Ltd. | 55765 |