Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 17790**

We would like to inform you that Tage and Ilse Jeppesen who filed the claim Number 17790 on 9/18/2009 have assigned the rights arising out of this claim corresponding with the following securities

42 Lehman Bros Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008(14) 25. MAI (WKN A0TVK2 / ISIN DE000A0TVK20) in the amount of a face value (purchase date: May 16th, 2008) of USD 65,091.60 (EUR 42,000.00)

*59.602,44*

to

Delbrück Bethmann Maffei AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Germany.

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Tage and Ilse Jeppesen and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, _M.10.2011_           Norderstedt, _29. 09. 2011_

Delbrück Bethmann Maffei AG                 Tage and Ilse Jeppesen
(Assignee)                                   (Assignors)

(Jochen Weber)  (Oliver Körner)              (Tage Jeppesen) (Ilse Jeppesen)