# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

October 12, 2011

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: **ADR Procedures Order Dated 9/17/09 ("Order")**
    **Twenty-third Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the twenty-third) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order dated September 10, 2010. Debtors will file this report on the docket in advance of the October 19, 2011 omnibus hearing.

In the just-ended 30-day period, Debtors have served 35 additional ADR Notices in Tier I. When added to the 28 Notices served in Tier Two, the total number of Notices served is 194 on 211 counterparties. Also during the immediately past reporting period, Debtors achieved settlements with counterparties in 42 additional ADR matters, three as a result of mediation. Upon closing of those settlements, Debtors will have received an aggregate total of $914,116,051.79 new dollars for the Debtors' estates. Settlements have now been achieved in 143 ADR matters involving 153 counterparties.

Honorable James M. Peck  **Weil, Gotshal & Manges LLP**
October 12, 2011
Page 2

To date, of the 58 ADR matters that have reached the mediation stage and have been concluded, 53 have been settled in mediation. Only five mediations have terminated without settlement. Ten additional mediations have been scheduled to commence on the following dates: October 27; November 1, 3, 7 and 11; and December 8, 10, 13, 15 and 19, 2011.

Respectfully submitted,

*[signature]*

Peter Gruenberger
WEIL, GOTSAHL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:  Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)