Michael B. Solow
Marilee P. Dahlman
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
212-836-8000

*Attorneys for Stone Lion Portfolio L.P.*
*and Permal Stone Lion Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
------------------------------------------------------------------------x

**NOTICE OF ENTRY OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES AND PAPERS**

    **PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Kaye Scholer LLP, counsel to Stone Lion Portfolio L.P. and Permal Stone Lion Fund Ltd., parties-in-interest herein, requests service of all notices and documents herein upon:

> **KAYE SCHOLER LLP**
> 425 Park Avenue
> New York, NY 10022
> Attn: Michael B. Solow and Marilee P. Dahlman
> Email: msolow@kayescholer.com
>        mdahlman@kayescholer.com

    **PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions,

complaints, and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property, or their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Entry of Appearance and Request for Service of All Notices and Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, and (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 12, 2011
New York, New York

**KAYE SCHOLER LLP**

By:   */s/ Marilee P. Dahlman*
Michael B. Solow
Marilee P. Dahlman
425 Park Avenue
New York, NY 10022
Tel:   212-836-8000
Fax:   212-836-8689
Email: msolow@kayescholer.com
mdahlman@kayescholer.com

*Attorneys for Stone Lion Portfolio L.P. and Permal Stone Lion Fund Ltd.*