Michael B. Solow
Marilee P. Dahlman
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
212-836-8000

*Attorneys for Stone Lion Portfolio L.P. and*
*Permal Stone Lion Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                    :       Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                :       Case No. 08-13555 (JMP)
:
Debtors.                                         :
:       Jointly Administered
------------------------------------------------------------------------x

### JOINDER TO MOTION OF DEUTSCHE BANK AG
### PURSUANT TO SECTION 105(A) AND RULE 3013 TO ENFORCE SETTLEMENT
### APPROVAL ORDER AND TO CORRECT MISCLASSIFICATION OF CLAIMS

Stone Lion Portfolio L.P. and Permal Stone Lion Fund Ltd., each an owner of a participation interest in the LCPI Claim and the LBHI Claim,[1] submit this joinder to the *Motion of Deutsche Bank AG Pursuant to Section 105(A) and Rule 3013 to Enforce Settlement Approval Order and to Correct Misclassification of Claims* dated September 27, 2011 (the "Motion," Docket No. 20321).

---

[1]  Claim Nos. 59006 and 58233, as defined in the Motion.

Stone Lion Portfolio L.P. and Permal Stone Lion Fund Ltd. hereby join in and incorporate by reference the arguments presented by Deutsche Bank AG in its Motion.

Dated: October 12, 2011
      New York, New York

**KAYE SCHOLER LLP**

By:   */s/ Marilee P. Dahlman*____
Michael B. Solow
Marilee P. Dahlman
425 Park Avenue
New York, NY 10022
Tel:   212-836-8000
Fax:   212-836-8689
Email: msolow@kayescholer.com
       mdahlman@kayescholer.com

*Attorneys for Stone Lion Portfolio L.P. and Permal Stone Lion Fund Ltd.*