UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re </br></br>LEHMAN BROTHERS HOLDINGS INC., *et al.*, </br></br>Debtors. | ) Chapter 11 </br>) </br>) Case No. 08-13555 (JMP) </br>) </br>) (Jointly Administered) </br>) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Dylan Creek, L.L.C.
_____
Name of Transferee

UBS AG, Stamford Branch
_____
Name of Transferor

$323,661,328.48
_____
Proof of Claim Amount

21875
_____
Proof of Claim Number

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:    Dylan Creek, L.L.C.
Address:            c/o Ropes & Gray LLP
                         1211 Avenue of the Americas
                         New York, NY 10036-8704
                         Attn:  Philip Wells

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: /s/ L VL                                    Date: 10/12/11

Name:  Lisa Ragosta
Title:  Counsel for Transferee

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG, Stamford Branch

UBS AG, Stamford Branch, with an address of 677 Washington Blvd. Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Dylan Creek, L.L.C., its successors and assigns ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc. and its affiliates, in the amount of $323,661,328.48 (the "Claim") the Proof of Claim number 21875 filed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 27th day of September, 2011.

*[Signature Pages Follow]*

**UBS AG, Stamford Branch**

By: _____  
Name: Darlene Arias  
Title: Director, Banking Products Services, US

By: _____  
Name: Stephen Scanapieco  
Title: Associate Director, Banking Products Services, US

**Dylan Creek, L.L.C.**

By: _____  
Name:  
Title:

**UBS AG, Stamford Branch**

By: _____
Name:
Title:

By: _____
Name:
Title:

**Dylan Creek, L.L.C.**

By: _*[signature]*_____
Name: Barbara O'Conner
Title: Partner