PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6569
Seth H. Lieberman
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
slieberman@pryorcashman.com

- and –

LAW OFFICES OF JEREMY D. WEINSTEIN, P.C.
1512 Bonanza St.
(The Old Fire Station)
Walnut Creek, CA 94596
Jeremy D. Weinstein (*pro hac vice* application forthcoming)
Telephone: (925) 943-3103
Facsimile: (925) 943-3105
jweinstein@prodigy.net

Attorneys for Claimant Iberdrola Renewables Energies USA, Ltd.
and Claimant's manager Iberdrola Renewables, Inc., fka PPM Energy, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

David L. Stevens, being duly sworn, deposes and says:

    1.    I reside in New York, NY, am over 18 years of age and am not a party to this action.

1

2.  On October 12, 2011, the document listed below (the "Filing") was filed electronically via the Court's CM/ECF System.

- **Response to Debtors' One Hundred and Eighty Seventh Omnibus Objection to Claims (Misclassisfied Claims)**

3.  Electronic notice of said Filing was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Filing through the Court's CM/ECF System.

4.  Copies of the Filing were also served via Federal Express, priority overnight delivery, on October 12, 2011, upon the parties listed on the attached service list.

By: _____
David L. Stevens

Sworn to before me this
12th day of October, 2011

_____
Notary Public

**MARTINA McHUGH**
**Notary Public, State of New York**
**No. 01MC4974394**
**Qualified in Bronx County**
**Commission Expires November 13, 2014**

2

**SERVICE LIST:**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York, 10004
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.