UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
                        Debtors.                :
                                                :
-----------------------------------------------------------------x    Ref. Docket Nos. 19993, 20496,
                                                     20594, 20595, 20598, 20614

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 7, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
12th day of October, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
                        Debtors.               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   CANTOR FITZGERALD SECURITIES
          TRANSFEROR: WELLS FARGO & COMPANY
          110 E. 59TH STREET
          NEW YORK NY 10022

Please note that your claim # 29858-01 in the above referenced case and in the amount of
     $60,000,000.00  Unliquidated        has been transferred **(unless previously expunged by court order)**

          ELLIOTT ASSOCIATES, L.P.
          TRANSFEROR: CANTOR FITZGERALD SECURITIES
          ATTN: MICHAEL STEPHAN
          712 5TH AVENUE, 35TH FL
          NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 20594         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/07/2011                              Vito Genna, Clerk of Court

                                                   /s/ Lauren Rodriguez
                                                   _____
                                                   By: Epiq Bankruptcy Solutions, LLC
                                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 7, 2011.

# EXHIBIT B

```
TIME: 14:55:38                                              LEHMAN BROTHERS HOLDING INC.                                                        PAGE:  1
DATE: 10/07/11                                                    CREDITOR LISTING

Name                                   Address
BANQUE DE GESTION                      EDMOND DE ROTHSCHILD - MONACO 2, AVENUE DE MONTE-CARLO B.P. 317 MONACO CEDEX  98006 MONACO
CANTOR FITZGERALD SECURITIES           TRANSFEROR: WELLS FARGO & COMPANY 110 E. 59TH STREET NEW YORK NY 10022
CLARIDEN LEU LTD.                      TRANSFEROR: BANQUE DE GESTION ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE (UK) LIMITED             ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (UK) LIMITED             CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.               TRANSFEROR: CANTOR FITZGERALD SECURITIES ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.            TRANSFEROR: CANTOR FITZGERALD SECURITIES ATTN: MOCHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ESCA CO., LTD.                         TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: KATSUYA HONMA 7-1, TSUBAKI-CHO NAKAMURA-KU NAGOYA-SHI AICHI 453-0015 JAPAN
GOLDMAN, SACHS & CO.                   TRANSFEROR: CREDIT SUISSE (UK) LIMITED 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
MERRILL LYNCH INTERNATIONAL            TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO., LTD. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH JAPAN SECURITIES CO., LTD.  TRANSFEROR: ESCA CO., LTD. NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO 103-8230 JAPAN

Total Number of Records Printed         11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC