UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                              :    (Jointly Administered)
            Debtors.                                          :
                                                              :
-----------------------------------------------------------------x    Ref. Docket Nos. 19995, 20244,
                                                                   20280, 20381, 20401, 20402, 20404,
                                                                   20406, 20426, 20429, 20431, 20433,
                                                                   20436, 20439, 20440, 20493, 20505

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 10, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      /s/ Lauren Rodriguez
                                                      Lauren Rodriguez

Sworn to before me this
12th day of October, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

　　　　　　　　Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

　　To:　BARCLAYS BANK PLC
　　　　　TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH
　　　　　ATTN: DANIEL CROWLEY & DANIEL MIRANDA
　　　　　745 SEVENTH AVENUE
　　　　　NEW YORK NY 10019

Please note that your claim # 55825-09 in the above referenced case and in the amount of
　　　　　$0.00　　　has been transferred **(unless previously expunged by court order)**

　　　　　THE VARDE FUND, L.P.
　　　　　TRANSFEROR: BARCLAYS BANK PLC
　　　　　ATTN: EDWINA P.J. STEFFER
　　　　　8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
　　　　　MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　Southern District of New York
　　　　　One Bowling Green
　　　　　New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 20426　　in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/10/2011　　　　　　　　　　　　　　　Vito Genna, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lauren Rodriguez
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 10, 2011.

**EXHIBIT B**

```
TIME: 18:56:58                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 10/10/11                                                   CREDITOR LISTING

Name                                             Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES            TRANSFEROR: J.P. MORGAN SECURITIES LTD. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
  MASTER FUND LP
BARCLAYS BANK PLC                                TRANSFEROR: CREDIT SUISSE AG 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                TRANSFEROR: CREDIT SUISSE HONG KONG BRANCH ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
CLARIDEN LEU LTD.                                TRANSFEROR: CREDIT SUISSE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE                                    ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                 TRANSFEROR: BERNER KANTONALBANK AG ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE HONG KONG BRANCH                   LEVEL 88, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST, KOWLOON HONG KONG  HONG KONG
CREDIT SUISSE HONG KONG BRANCH                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE HONG KONG BRANCH                   CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE INTERNATIONAL                      TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
CREDIT SUISSE SINGAPORE BRANCH                   1 RAFFLES LINK #05-02 SINGAPORE  039393 SINGAPORE
CREDIT SUISSE SINGAPORE BRANCH                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE SINGAPORE BRANCH                   CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                  TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                  TRANSFEROR: ZURICH INVESTMENT MANAGEMENT LIMITED C/O DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI
                                                 60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON  HONG KONG
GOLDMAN, SACHS & CO.                             TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
J.P. MORGAN SECURITIES LTD.                      125 LONDON WALL LONDON  EC2Y 5AJ UNITED KINGDOM
J.P. MORGAN SECURITIES LTD.                      C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
KNIGHTHEAD MASTER FUND, L.P.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 5TH AVE., 29TH FLOOR
                                                 NEW YORK NY 10022
LMA SPC FOR AND ON BEHALF OF MAP 84              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR
  SEGREGATED PORTFOLIO                           NEW YORK NY 10022
SILVER POINT CAPITAL FUND, L.P.                  DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017
SILVER POINT CAPITAL FUND, L.P.                  TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                 GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER             DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017
  FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER             TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
  FUND, L.P.                                     GREENWICH CT 06830
THE VARDE FUND IX, L.P.                          TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                        TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                        TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SIUTE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)             TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed                  33
```