Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, New York 10012
(212) 432-4600 (Telephone)
(212) 432-4647 (Facsimile)
Jessica L. Fainman

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| | |
|---|---|
| **In re** | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------ x

**JOINDER OF ANCHORAGE CAPITAL GROUP, L.L.C. TO MOTION OF
DEUTSCHE BANK AG PURSUANT TO SECTION 105(A) AND RULE 3013 TO
ENFORCE SETTLEMENT APPROVAL ORDER AND TO CORRECT
MISCLASSIFICATION OF CLAIM**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Anchorage Capital Group, L.L.C., on behalf of the funds it manages ("Anchorage"), submits this joinder to the motion, dated September 27, 2011 (the "Motion") [Docket No. 20321], of Deutsche Bank AG ("DB") pursuant to Bankruptcy Code Section 105(a) and Rule 3013 of the Federal Rules of Bankruptcy Procedure seeking to enforce this Court's January 14, 2010 order approving a certain settlement agreement between Lehman Brothers Holdings Inc., Lehman Commercial Paper Inc., Lehman ALI, Inc., and Dr. Michael C. Frege, as the Insolvency Administrator for Lehman Brothers Bankhaus AG and to correct misclassification of certain claims.

Anchorage hereby joins in and incorporates by reference the arguments presented by DB in its Motion.

Dated: New York, New York
October 12, 2011

ANCHORAGE CAPITAL GROUP, L.L.C

By: /s/ Jessica L. Fainman
Jessica L. Fainman
Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, New York 10012
(212) 432-4600 (Telephone)
(212) 432-4647 (Facsimile)
jfainman@anchoragecap.com

Counsel for Anchorage Capital Group, L.L.C.