UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al.*,          Case No. 08 – 13555 (JMP)

                    Debtor(s).                              (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss:
COUNTY OF NEW YORK  )

I, Glen A. Kendall, being duly sworn, depose and state:

1.  I am not a party to the above-captioned proceeding, am over 18 years of age, and am a Law Clerk for the Law Offices of Joseph L. Fox, counsel for Mariana Aldaco and Jose Ildefonso. Our business address is 60 East 42nd Street, Suite 2231, New York, NY 10165.

2.  On Wednesday, October 12, 2011, I served the within Response of Jose Ildefonso and Mariana Aldaco in Opposition to Debtors' One Hundred and Seventieth Omnibus Objection to Claims by mailing via first-class postage a copy to the Judge, the attorneys for the Debtors, the Office of the United States Trustee, and the attorneys for the official committee of unsecured creditors at their last now address set forth on the service list annexed hereto as Exhibit "A".

_____
Glen A. Kendall

Sworn to before me this 12th day of
October, 2011:

_____
JOSEPH L. FOX
Notary Public, State of New York
No. 41-02FO4802011
Qualified in Queens County
Commission Expires December 31, 2009 2013

**Exhibit "A"**

To:  Honorable James M. Peck
United State Bankruptcy Court - SDNY
One Bowling Green
Courtroom 601
New York, NY 10004


Weil, Gotshal & Manges LLP
Attn:  Robert Lemons, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue
New York, NY 10153


Office of the United States Trustee
Attn:  Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq.,
       and Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004


Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
       and Evan Fleck, Esq.
One Chase Manhattan Plaza
New York, NY 10005