McDERMOTT WILL & EMERY LLP
Nava Hazan
Jared D. Zajac
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

and

Charles E. Levin
Nathan F. Coco
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Counsel to Marie J. Papillon*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Jared D. Zajac, an attorney at McDermott Will & Emery LLP, counsel for Marie J. Papillon ("Papillon"), certify that on the 12th day of October, 2011, I served a copy of Papillon's Reservation of Rights [Docket No. 20764] upon the parties set forth on the attached **Service List** by overnight express mail by depositing copies of the same in properly addressed envelopes that were picked up by a representative of the Federal Express at our office at 340 Madison Avenue, New York, New York.

Jared D. Zajac

- 1 -

DM_US 30412951-1.083537.0011

## SERVICE LIST

Chambers of the Hon. James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq.
Attn: Mark Bernstein, Esq.

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
Attn: Elisabetta Gasparini, Esq.,
Attn: Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
Attn: Dennis O'Connell, Esq.
Attn: Evan Fleck, Esq.