DiConza Traurig Magaliff LLP
630 Third Avenue – 7th Floor
New York, NY 10017
212.682.4940
Howard P. Magaliff

*Counsel for Roger Saks*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                              :        Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC.,  :        Case No. 08-13555 (JMP)
*et al.*,                                          :        (Jointly Administered)
                                                   :
              Debtors.                             :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned certifies that, on October 12, 2011, a true and correct copy of the *Response of Roger Saks to Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (to Reclassify Proofs of Claims as Equity Interests)* was served by first class mail, postage prepaid, on the parties upon the attached service list.

Dated: October 12, 2011
       New York, New York

                                          /s/ Howard P. Magaliff
                                          Howard P. Magaliff

## SERVICE LIST

Office of the United States Trustee for
Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
     Elisabetta Gasparini, Esq.
     Andrea Schwartz, Esq.



Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq.
     Mark Bernstein, Esq.



Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
     Dennis O'Donnell, Esq.
     Evan Fleck, Esq.