| | |
|---|---|
| **Objection Deadline:** | **October 12, 2011 at 4:00 p.m. (Prevailing Eastern Time)** |
| **Reply Deadline:** | **October 17, 2011 at 12:00 p.m. (Prevailing Eastern Time)** |
| **Hearing Date and Time:** | **October 19, 2011 at 10:00 a.m. (Prevailing Eastern Time)** |

WHITEFORD, TAYLOR & PRESTON, LLP
7 St. Paul Street
Baltimore, Maryland 21202
(410) 347-8700 (Telephone)
(410) 223-4337 (Facsimile)
Brent C. Strickland (BS-7811)
Dennis J. Shaffer

*Attorneys for Monarch Alternative Capital LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| --------------------------------------------------------------------- X | |
| **In re:** | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDING, INC.,** *et al.,* | : 08-13555 (JMP) |
| | : |
| **Debtors.** | : (Jointly Administered) |
| --------------------------------------------------------------------- X | |

**JOINDER TO MOTION OF DEUTSCHE BANK AG PURSUANT TO SECTION 105(A)**
**AND RULE 3013 TO ENFORCE SETTLEMENT APPROVAL ORDER AND**
**TO CORRECT MISCLASSIFICATION OF CLAIMS**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Monarch Alternative Capital LP, on behalf of the funds it manages ("Monarch"),

submits this Joinder to Motion of Deutsche Bank AG Pursuant to Section 105(a) and Rule

3013 to Enforce Settlement Approval Order and to Correct Misclassification of Claims (the

"Motion") [Docket No. 20321].

Monarch, a creditor and party in interest in the Debtors' bankruptcy cases and an owner of a participation interest in the Claims[1] that are the subject of the Motion, hereby joins in and incorporates the arguments presented and the relief sought by Deutsche Bank AG in the Motion.

Dated:      Baltimore, Maryland
            October 12, 2011

                              WHITEFORD, TAYLOR & PRESTON, LLP

                              By:   /s/  Brent C. Strickland
                                    Brent C. Strickland, (BS-7811)
                                    Dennis J. Shaffer, (MD Bar No. 25680)
                                    7 St. Paul Street
                                    Baltimore, Maryland 21202
                                    (410) 347-8700 (Telephone)
                                    (410) 223-4337 (Facsimile)

                                    *Counsel to Monarch Alternative Capital LP*

*1971713*

---

[1]      As that term is defined in the Motion.