Michael B. Solow
Marilee P. Dahlman
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
212-836-8000

*Attorneys for GSO Special Situations Fund L.P.*
*and GSO Special Situations Overseas Master Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,       :    Case No. 08-13555 (JMP)
                                                :
            Debtors.                            :    Jointly Administered
                                                :
------------------------------------------------------------------------x


**JOINDER TO MOTION OF DEUTSCHE BANK AG**
**PURSUANT TO SECTION 105(A) AND RULE 3013 TO ENFORCE SETTLEMENT**
**APPROVAL ORDER AND TO CORRECT MISCLASSIFICATION OF CLAIMS**

GSO Special Situations Fund L.P. and GSO Special Situations Overseas Master Fund Ltd., each an owner of a participation interest in the LCPI Claim and the LBHI Claim,[1] submit this joinder to the *Motion of Deutsche Bank AG Pursuant to Section 105(A) and Rule 3013 to Enforce Settlement Approval Order and to Correct Misclassification of Claims* dated September 27, 2011 (the "Motion," Docket No. 20321).

---

[1] Claim Nos. 59006 and 58233, as defined in the Motion.

GSO Special Situations Fund L.P. and GSO Special Situations Overseas Master Fund Ltd. hereby join in and incorporate by reference the arguments presented by Deutsche Bank AG in its Motion.

| | |
|---|---|
| Dated: October 12, 2011<br>New York, New York | **KAYE SCHOLER LLP**<br><br>By:  */s/ Marilee P. Dahlman*<br>Michael B. Solow<br>Marilee P. Dahlman<br>425 Park Avenue<br>New York, NY 10022<br>Tel:    212-836-8000<br>Fax:    212-836-8689<br>Email: msolow@kayescholer.com<br>           mdahlman@kayescholer.com<br><br>*Attorneys for GSO Special Situations Fund L.P. and GSO Special Situations Overseas Master Fund Ltd.* |