HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys Creditor Hunton & Williams LLP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | ) | Case No. 08-13555 (JMP) |
| Debtors. | ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ): SS
COUNTY OF NEW YORK  )

Constance Andonian being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On October 12, 2011, I served a true and complete copy of the *Hunton & Williams LLP's Response to Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims)* [Docket No. 20762] by electronic mail and overnight mail on the parties listed on the annexed service list.

Dated: New York, New York
       October 12, 2011

_____
Constance Andonian

Sworn to before me on this
12th day of October 2011

_____
Notary Public

Robert A. Rich
Notary Public - State of New York
No. 02RI6221762
Qualified in King County
My Commission Expires May 10, 20__

## SERVICE LIST

**Overnight Mail Only**

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
 for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Tracy Hope Davis, Esq.
Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

**Electronic Mail and Overnight Mail**

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005