SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Douglas P. Bartner
Brian H. Polovoy
Henry Weisburg

*Attorneys for Nomura International plc,*
*Nomura Securities Co., Ltd., and Nomura Global Financial Products, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC., and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Adv. Proc. No. 10-03228-jmp |
| Plaintiffs and Intervenor, | |
| -against- | |
| NOMURA INTERNATIONAL PLC, | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC., and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Adv. Proc. No. 10-03229-jmp |
| Plaintiffs and Intervenor, | |
| -against- | |
| NOMURA SECURITIES CO., LTD., | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )  ss.:
COUNTY OF NEW YORK           )

Alexa J. Loo, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

2. On October 11, 2011, I caused true and correct copies of the *Notice of Presentment of Stipulated Scheduling Order for Conslidated Actions* and the *October 11, 2011 Letter to the Court* to be served via hand delivery to the parties listed in Exhibit A annexed hereto and via first class mail to the party listed in Exhibit B annexed hereto.

_____
Alexa J. Loo

SWORN TO AND SUBSCRIBED before me on this 11th day of October, 2011.

TODD A. MATTHIAS
Notary Public, State of New York
No. 5006112
Qualified in Westchester County
Commission Expires Dec. 28, 2014

NYDOCS03/935057.3

**Exhibit A**

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004


William Hine
Jayant W. Tambe
Corinne Ball
Aviva Warter Sisitsky
Jones Day
222 East 41st Street
New York, New York 10017


Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
The Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004


Richard Krasnow
Lori Fife
Shai Waisman
Jacqueline Marcus
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153


Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

**Exhibit B**

David Cohen
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, NW, Suite 1100
Washington, DC 2006

NYDOCS03/935057.3