CROWELL & MORING LLP
590 Madison Avenue
New York, New York 10022-2524
Mark S. Lichtenstein, Esq.
Steven B. Eichel, Esq.
(212) 223-4000 Telephone
(212) 895-4201 Facsimile
Attorneys for Ironbridge Property Owners Association

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC. et al.** | Chapter 11 |
| Debtors, | Case No. 08-13555 (JMP) |
| | JOINTLY ADMINISTERED |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

S I R S:

      PLEASE TAKE NOTICE that the Ironbridge Property Owners Association ("Ironbridge") hereby appears by its counsel, Crowell & Moring LLP, and demands, pursuant to Section 1109(c) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned attorney on its behalf, at the address set forth below, attention:

**Mark S. Lichtenstein, Esq.
Steven B. Eichel, Esq.
Crowell & Moring LLP
590 Madison Avenue
New York, New York 10022
(212) 223-4000 Tel
(212) 895-4201 Fax
E-mails: mlichtenstein@crowell.com
seichel@crowell.com**

      PLEASE TAKE FURTHER NOTICE that the foregoing demand includes

1

NYACTIVE-12214817.1

not only the notices and papers referred to the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, objection, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, telephone, telex or otherwise which affect or seek to affect in any way the debtor or property or proceeds in which the debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to subject Ironbridge to the jurisdiction of the Bankruptcy Court or waive Ironbridge's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Ironbridge is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
October 12, 2011

Respectfully Submitted,

CROWELL & MORING LLP
Attorneys for Ironbridge Property Owners Association
590 Madison Avenue
New York, New York 10022
(212) 223-4000

By:   /s/ Mark S. Lichtenstein
Mark S. Lichtenstein

2

NYACTIVE-12214817.1

## Service List

United States Bankruptcy Court
The Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004


Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
Attn:  Richard P. Krasnow, Esq.
          Lori R. Fife, Esq.
          Shai Y. Waisman, Esq.
          Jacqueline Marcus, Esq.


Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Andrew D. Velez-Rivera, Esq.
          Paul Schwartzbert, Esq.
           Brian Masumoto, Esq.
          Linda Riffkin, Esq.
          Tracy Hope Davis, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attorneys for the Committee
Attn:  Dennis F. Dunne, Esq.
          Dennis O'Donnell, Esq.
          Evan R. Fleck, Esq.

NYACTIVE-12214817.1