FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Toby L. Gerber

and

666 Fifth Avenue, 31st Floor
New York, New York  10103-3198
Telephone:  (212) 318-3000
Facsimile:  (212) 318-340
David A. Rosenzweig

Attorneys for Federal Home Loan Bank of Dallas

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | x : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | : : : | 08-13555 (JMP) |
| Debtors. | : : : : | (Jointly Administered) |
| | x | |

**NOTICE OF (i) CONSENT TO RECLASSIFICATION OF CLAIM AND
(ii) PRESERVATION OF ALL RIGHTS AND DEFENSES**

Please take notice that Federal Home Loan Bank of Dallas (the "Claimant"), the holder of proof of claim number 14320 (the "Proof of Claim") asserted against certain of the above-captioned debtors (the "Debtors"), hereby consents to the reclassification of the Proof of Claim as a general unsecured claim as requested in Debtors' One Hundred and Eight-Seventh Omnibus Objection to Claims (Misclassified Claims); provided, however, that the Claimant hereby expressly reserves all of its rights, including, but not limited to, rights of setoff and recoupment, and defenses associated with the Proof of Claim.

81061836.1                                    -1-

This consent is without prejudice to any of Claimant's remaining proofs of claim filed against the Debtors.

Dated: October 12, 2011

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

*/s/ David A. Rosenzweig*

Toby L. Gerber
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

David A. Rosenzweig
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

Attorneys for Federal Home Loan Bank of Dallas

## CERTIFICATE OF SERVICE

I certify that on this 12th day of October 2011, a true and complete copy of the Notice of (i) Consent to Reclassification and (ii) Preservation of All Rights and Defenses was served via Fedex for overnight delivery to the entities listed below:

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attention:  Tracy Hope Davis, Esq.
            Elisabetta Gasparini, Esq.
            Andrea B. Schwartz, Esq.

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

                                                       */s/ Mark Worden*
                                                      Mark Worden
                                                      1301 McKinney, Suite 4100
                                                      Houston, Texas 77010