UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
                                                     :
                         Debtors.                    : (Jointly Administered)
------------------------------------------------------------------x

## ORDER PURSUANT TO SECTION 107 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 AUTHORIZING LEHMAN BROTHERS HOLDINGS INC. TO FILE EXHIBITS TO MOTION TO ASSUME AMENDED SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT WITH THE RITZ-CARLTON HOTEL COMPANY, L.L.C. UNDER SEAL

Upon the motion, dated October 12, 2011 (the "Motion") of Lehman Brothers Holdings Inc. ("LBHI"), pursuant to section 107(b) of the Bankruptcy Code[1] and Bankruptcy Rule 9018, authorizing LBHI to file under seal Exhibit A and Exhibit B to the *Motion of Lehman Brothers Holding Inc., Pursuant To Section 365 Of The Bankruptcy Code And Bankruptcy Rules 6006 And 9014, For Authorization To Assume Amended Subordination, Non-Disturbance And Attornment Agreement With The Ritz-Carlton Hotel Company, L.L.C.* (the "Related Motion"), all as more fully described in the Motion; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief sought in the Motion is in the best interests of

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

LBHI, its estate and its creditors and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that LBHI is authorized to file Exhibit A and Exhibit B to the Related Motion under seal by delivering such documents to Chambers and to the Clerk of the Court's attention with a letter referencing this Order; and it is further

ORDERED that Exhibit A and Exhibit B to the Related Motion shall remain under seal and confidential and shall not be made available to any party other than the Court and the Limited Notice Parties; and it is further

ORDERED that if the Court does not enter the order approving the Related Motion, Exhibit A and Exhibit B to the Related Motion will continue to remain confidential and under seal; and it is further

ORDERED that the Limited Notice Parties, including the parties that they represent, shall be bound by this Order, shall at all times keep Exhibit A and Exhibit B to the Related Motion strictly confidential, and shall not disclose the contents of such exhibits to any party, except as otherwise agreed by Ritz-Carlton and LBHI; and it is further

ORDERED that service of the Related Motion without Exhibit A and Exhibit B shall be deemed good and sufficient notice of the Related Motion to all parties other than the Limited Notice Parties; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: October 12, 2011
      New York, New York

      *s/ James M. Peck*
      THE HONORABLE JAMES M. PECK
      UNITED STATES BANKRUPTCY JUDGE