B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
712 Fifth Ave., 35th Fl., New York, NY 10019
Attn: Michael Stephan
Phone: (212) 974-6000
Last Four Digits of Acct #: _____

Court Claim # (if known): 26680
Amount of Claim: $24,576,471.00*
Date Claim Filed: 9/22/2009

Phone: (203) 719-5397
Last Four Digits of Acct #: _____

Name and Address where notices to transferee payments should be sent (if different from above):

*plus additional amounts as set forth in the proof of claim

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: October 11, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Elliott Associates, L.P.
~~By: Elliott Capital Advisors, L.P., as general partner~~
By: Braxton Associates, Inc., as general partner

By: _____
    Elliot Greenberg, Vice President

RGREEN\194537.1 - 10/11/11

## ANNEX 3c
## FORM OF NOTICE DEBTOR AND THE BANKRUPTCY COURT

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, UBS AG, Stamford Branch (the "Seller") hereby unconditionally and irrevocably sells, transfers and assigns Elliott Associates, L.P. (the "Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08 13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the related Proof of Claim (No. 26680) filed by the Seller with the Bankruptcy Court in respect of the foregoing claim.

The Seller hereby waives any objection to the transfer of the claim to the Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to the Purchaser the foregoing claim, recognizing the Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 11th day of October 2011.

UBS AG Stamford Branch, by UBS Securities LLC, Agent, **as Seller**

By: _____
Name:
Title: Authorised signatory

By: _____
Name:
Title: Authorised signatory

Stephen Scanapieco
Associate Director
Banking Products
Services, US

Darlene Arias
Director
Banking Products Services, US

Elliott Associates, L.P., **as Purchaser**

By: _____
Name:
Title: Authorised signatory

PA UBS/Elliott                                                                              14

## ANNEX 3c
## FORM OF NOTICE DEBTOR AND THE BANKRUPTCY COURT

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, UBS AG, Stamford Branch (the "Seller") hereby unconditionally and irrevocably sells, transfers and assigns Elliott Associates, L.P. (the "Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08 13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the related Proof of Claim (No. 26680) filed by the Seller with the Bankruptcy Court in respect of the foregoing claim.

The Seller hereby waives any objection to the transfer of the claim to the Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to the Purchaser the foregoing claim, recognizing the Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 11th day of October 2011.

UBS AG Stamford Branch, by UBS Securities
LLC, Agent, **as Seller**

By: _____
Name:
Title: Authorised signatory

By: _____
Name:
Title: Authorised signatory

Elliott Associates, L.P., **as Purchaser**

By: _____
Name:
Title: Authorised signatory

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
Elliot Greenberg, Vice President

PA UBS/Elliott                                                                                                   14