# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: American National Insurance Company

**American National Insurance Company**, a Texas insurance company with offices located at 2450 South Shore Boulevard, Suite 400, League City, Texas 77554 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, its successors and assigns, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $2,350,000 and assigned Claim No. 31991 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 18 day of July, 2011.

**American National Insurance Company**

By: _____
Name: Andrew R Duncan
Title: VP Equity Investments

**JPMorgan Chase Bank, N.A.**

By: _____
Name: Peter Schoepe
Title: Authorized Signatory

18

American National TOC (2).DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: American National Insurance Company

**American National Insurance Company**, a Texas insurance company with offices located at 2450 South Shore Boulevard, Suite 400, League City, Texas 77554 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, its successors and assigns, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers OTC Derivatives, Inc., and its affiliates in the amount of $2,350,000 and assigned Claim No. 32177 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13893 jointly administered under Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 18 day of July, 2011.


**American National Insurance Company**

By: _[signature]_
Name: Andrew R. Duncan
Title: VP Equity Investments


**JPMorgan Chase Bank, N.A.**

By: _[signature]_
Name: Peter Schoepe
Title: Authorized Signatory

19

American National TOC (2).DOC