# EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, The Orrington Plus Fund SPC, a segregated portfolio company organized under the laws of the Cayman Islands acting for and on behalf of its segregated portfolio, the Orrington Plus Class C Segregated Portfolio ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto JPMorgan Chase Bank, N.A. ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 17167 in the principal amount of $1,281,895.69 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Special Financing Inc. Case No. 08-13888 et seq. (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 3rd day of August, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| The Orrington Plus Fund SPC, a segregated portfolio company organized under the laws of the Cayman Islands acting for and on behalf of its segregated portfolio, THE ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO | JPMORGAN CHASE BANK, N.A. |
| Name: Kenneth A. Meister<br>Title: Director | Name:<br>Title: |

NY1 7719687v.5

# EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, The Orrington Plus Fund SPC, a segregated portfolio company organized under the laws of the Cayman Islands acting for and on behalf of its segregated portfolio, the Orrington Plus Class C Segregated Portfolio ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto JPMorgan Chase Bank, N.A. ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 17167 in the principal amount of $1,281,895.69 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Special Financing Inc. Case No. 08-13888 et seq. (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 3rd day of August, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| The Orrington Plus Fund SPC, a segregated portfolio company organized under the laws of the Cayman Islands acting for and on behalf of its segregated portfolio, THE ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO | JPMORGAN CHASE BANK, N.A. <br><br> /s/ David A. Martinez |
| Name:<br>Title: | Name: David A. Martinez<br>Title: Authorized Signatory |

NY1 7719687v.5

# EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, The Orrington Plus Fund SPC, a segregated portfolio company organized under the laws of the Cayman Islands acting for and on behalf of its segregated portfolio, the Orrington Plus Class C Segregated Portfolio ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto JPMorgan Chase Bank, N.A. ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 17168 in the principal amount of $1,281,895.69 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc. Case No. 08-13555 et seq. (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 3rd day of August, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| The Orrington Plus Fund SPC, a segregated portfolio company organized under the laws of the Cayman Islands acting for and on behalf of its segregated portfolio, THE ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO<br><br>*[signature]*<br>Name: Kenneth A. Mester<br>Title: Director | JPMORGAN CHASE BANK, N.A.<br><br><br><br>Name:<br>Title: |

NY1 7719687v.5

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, The Orrington Plus Fund SPC, a segregated portfolio company organized under the laws of the Cayman Islands acting for and on behalf of its segregated portfolio, the Orrington Plus Class C Segregated Portfolio ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto JPMorgan Chase Bank, N.A. ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 17168 in the principal amount of $1,281,895.69 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc. Case No. 08-13555 et seq. (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 3rd day of August, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| The Orrington Plus Fund SPC, a segregated portfolio company organized under the laws of the Cayman Islands acting for and on behalf of its segregated portfolio, THE ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO | JPMORGAN CHASE BANK, N.A. *(signed)* |
| Name:<br>Title: | Name: David A. Martinez<br>Title: Authorized Signatory |

NY1 7719687v.5