UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDINGS, INC.,           Chapter 11
                                                                  Case No. 08-13555 (JMP)

        Debtor.

-----------------------------------------------------------X
CYNTHIA SWABSIN and ALEXANDER
LEYTMAN, on behalf of themselves and all
others similarly situated,

        Plaintiffs,                                   Adv. Pro. No. 09-01482 (JMP)

       v.

LEHMAN BROTHERS HOLDINGS, INC.,

        Defendant.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

Sabrina Echegaray declares under penalty of perjury that: I am not a party to this action, am over 18 years of age and am employed by Outten & Golden LLP. I hereby certify that true and correct copies of the foregoing were served on October 13, 2011 via ECF and by hand delivery upon the following:

- Plaintiffs' Opposition to Debtor's Objection to Proofs of Claim #24184, #28580, #28583, and #29702

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

Attn: Robert J. Lemons, Esq.
Mark Bernstein, Esq

Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NewYork 10153
*Attorney's to Debtor*

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee for Region 2,
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza,
New York, New York 10005
*Attorneys for the Official Committee of Unsecured Creditors*

October 13, 2011

_____
SABRINA ECHEGARAY