# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc., et al.   Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MatlinPatterson Distressed Opportunities Master Account, L.P. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

MatlinPatterson Distressed Opportunities Master Account, L.P.
MatlinPatterson Capital Management, L.P.
520 Madison Avenue, 35th Floor
New York, NY 10022-4213
Attention: Raph Posner
Email: posner@mpasset.com
Tel: 212-651-9502
Fax: 212-651-4012

Court Claim # (if known): 66799

Amount of Claim Transferred: $5,000,000.00

Date Claim Filed: June 7, 2010

Phone:
Last Four Digits of Acct. #: _____

Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**MatlinPatterson Distressed Opportunities Master Account, L.P.**
MatlinPatterson Capital Management, L.P. as Advisor for
MatlinPatterson Distressed Opportunities Master Account, L.P

By: _____   Date: 10/13/11
Name:
Title:   Raphael A. Posner
         Associate General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

309-427/COURT/3200424.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.        Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 66799 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on         .

| Deutsche Bank AG, London Branch | MatlinPatterson Distressed Opportunities Master Account, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Deutsche Bank AG, London Branch<br>c/o Deutsch Bank Securities Inc.<br>60 Wall Street, 3rd Floor<br>New York, NY 10005<br>Attn: Matt Weinstein<br>Phone: (212) 250-5760<br>Fax: (212) 797-8770<br>Email: matthew.weinstein@db.com | MatlinPatterson Distressed Opportunities Master Account, L.P.<br>MatlinPatterson Capital Management, L.P.<br>520 Madison Avenue, 35th Floor<br>New York, NY 10022-4213<br>Attention: Raph Posner<br>Email: posner@mpasset.com<br>Tel: 212-651-9502<br>Fax: 212-651-4012 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: _____

_____
CLERK OF THE COURT

309-427/COURT/3200424.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) ("Case")

Claim #s: 66799

DEUTSCHE BANK AG, LONDON BRANCH, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

MatlinPatterson Distressed Opportunities Master Account, L.P.
MatlinPatterson Capital Management, L.P.
520 Madison Avenue, 35th Floor
New York, NY 10022-4213
Attn: Raph Posner
Email: posner@mpasset.com
Tel: 212-651-9502
Fax: 212-651-4012

its successors and assigns ("Buyer"), all of Seller's right, title and interest in and to a pro rata portion to the extent of $5,000,000.00 of the Claim of Seller against the Debtor in the Case in the Bankruptcy Court, docketed as 66799 (amending proof of claim numbers 27942 and 15733), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 13 2011.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name: Philipp Roever
Title: Vice President

By: _____
Name:
Title:

MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P.
MATLIN PATTERSON CAPITALMANAGEMENT, L.P.,
AS ADVISOR FOR MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P.

By: _____
Name: Raphael A. Posner
Title: Associate General Counsel