```
INFINITY ***   Lehman Brothers Global Trading and Finance   *** INFINITY


   *   Reverse Repo(RR)    *          *** New Contract ***        | Total Repo Principal:  $     2,430,000.00 |          Page 1 of 1
 _____          |                                             |
                                                                   | Total Repo Interest:   $        18,734.62 | Contract Id     Version
   Customer Id: 0547660 MARQUETTE FINANCIAL COMP16510002            |                                             | 20080813-18774 - 1
   Company/Ledger: G4SK                                             | Due at Maturity:       $     2,448,734.62 |
                                                                   |                                             |   08/13/08 12:21:23
 _____|
   CONTR AMOUNT     RATE(Fixed) SETTLE DATE  LOCK-UP DATE   PIECES  |  Comments:
   $ 2,430,000.00    3.05000%    08/14/08     11/13/08        5     |
                                                                   |  _____
                                                                   |
                                                                   |  Override Delivery Instructions:
                                                                   |     P/O 5DMDNM0
                                                                   |
 ----------------------------------------------------------------------------------------------------------------------------------
   CUSIP        TYPE    MATURITY   COUP   DEL    MARKET PRICE   ALL IN PRICE/      PAR            PRINCIPAL        CURR INT     FINAL INT
                                                                 MARGIN
 ----------------------------------------------------------------------------------------------------------------------------------

   3133XFEX0    FHGN    05/05/11   5.520   W        93.497333       95.000000    500,000.00       475,000.00         0.00        3,662.12
                                                                   105.000

   3133XGNF7    FHGN    09/08/09   5.330   W        92.705139       95.000000    500,000.00       475,000.00         0.00        3,662.12
                                                                   105.000

   3136F55H0    FNMAC   08/13/09   4.500   W        97.000000       97.000000    500,000.00       485,000.00         0.00        3,739.22
                                                                   105.000

   3136F7BE6    FNMAC   06/21/10   4.375   W        96.368056       97.000000    500,000.00       485,000.00         0.00        3,739.22
                                                                   105.000

   3137EAAV1    FHGN    08/20/12   5.500   W        99.356944      102.000000    500,000.00       510,000.00         0.00        3,931.96
                                                                   105.000

                                                                                ------------------------------------------------------------
                                                             TOTALS:          2,500,000.00     2,430,000.00         0.00       18,734.62
```

```
INFINITY ***  Lehman Brothers Global Trading and Finance  *** INFINITY


   *   Reverse Repo(RR)   *          *** New Contract ***           | Total Repo Principal: $      5,090,000.00 |           Page 1 of 1
_____            |                                           |
                                                                    | Total Repo Interest:  $         39,242.49 | Contract Id    Version
   Customer Id: 0547660 MARQUETTE FINANCIAL COMP16510002             |                                           | 20080813-18773 - 1
   Company/Ledger: G4SK                                             | Due at Maturity:      $      5,129,242.49 |
                                                                    |                                           |       08/13/08 12:21:23
_____|
   CONTR AMOUNT      RATE(Fixed) SETTLE DATE  LOCK-UP DATE  PIECES  | Comments:
   $ 5,090,000.00    3.05000%    08/14/08     11/13/08         7    |
                                                                    | _____
                                                                    |
                                                                    | Override Delivery Instructions:
                                                                    |   P/O 5DMDLU0
                                                                    |
-------------------------------------------------------------------------------------------------------------------------------------------
CUSIP         TYPE    MATURITY   COUP    DEL     MARKET PRICE   ALL IN PRICE/        PAR             PRINCIPAL       CURR INT     FINAL INT
                                                                MARGIN
-------------------------------------------------------------------------------------------------------------------------------------------

3128X4N56     FHGN    02/24/11   5.250   W        92.535417      95.000000         500,000.00        475,000.00         0.00       3,662.12
                                                                105.000

3133XEKZ1     FHGN    02/17/11   5.020   W        93.545778      96.000000         500,000.00        480,000.00         0.00       3,700.67
                                                                105.000

3133XEMT3     FHGN    02/17/11   5.070   W        93.354667      95.833333       1,200,000.00      1,150,000.00         0.00       8,866.18
                                                                105.000

3133XEMT3     FHGN    02/17/11   5.070   W        93.747748      96.226415       1,060,000.00      1,020,000.00         0.00       7,863.92
                                                                105.000

3133X6PG5     FHGN    04/26/10   4.080   W        95.787333      97.000000         500,000.00        485,000.00         0.00       3,739.22
                                                                105.000

31331VX92     FFCBC   08/16/21   5.875   W        96.111458      99.000000         500,000.00        495,000.00         0.00       3,816.31
                                                                105.000

31331XJV5     FFCBC   12/27/13   5.000   W        97.861111      98.500000       1,000,000.00        985,000.00         0.00       7,594.08
                                                                105.000

                                                                                  ------------------------------------------------------------
                                                               TOTALS:           5,260,000.00      5,090,000.00         0.00      39,242.49
```