# **EXHIBIT A**

**CLAIM FORM FILING CONFIRMATION**

Your claim form was successfully filed on 10/15/2009 at 1:55 PM Central. Please print this page as proof of your filing.

**American Municipal Power, Inc. f/k/a American Municipal Power-Ohio, Inc**
**1111 Schrock Road**
**Suite 100**
**Columbus, OH 43229 UNITED STATES**

| Question | Response |
|---|---|
| Name of Debtor | Lehman Brothers Commodity Services Inc. (08-13885) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Brothers Commodity Services Inc. and Lehman Brothers Holdings Inc. |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

Provide the derivative claim amount by supplying each line item included in the calculation thereof.

| Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|
| Transaction Valuations | $0.00 | $15,849,094.47 |
| Unpaid Amounts | $11,769,161.50 | $0.00 |
| Collateral | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Other costs | $0.00 | $30,597.77 |
| **DERIVATIVE CLAIM AMOUNT** | | **$4,110,530.74** |

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

| Documents |
|---|
| EEI Collateral Annex and Paragraph 10.pdf |
| C-5-2006-5075 AMP_Lehman Brothers Master Agreement and LBHI Guarantee.pdf |
| EEI Master Power Purchase & Sale Agreement.doc |

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

See uploaded file: (C-5-2006-5075_AMP_Lehman Brothers Master Agreement and LBHI Guarantee.pdf), (EEI Master Power Purchase & Sale Agreement.doc), (EEI Collateral Annex and Paragraph 10)

| Documents |
|---|
| EEI Collateral Annex and Paragraph 10.pdf |
| C-5-2006-5075 AMP_Lehman Brothers Master Agreement and LBHI Guarantee.pdf |
| EEI Master Power Purchase & Sale Agreement.doc |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery

date of the termination notice.

| Documents |
|---|
| Termination Notice Confirmation Receipt.pdf |
| Notice of Settlement Amounts and Termination Payment.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

See uploaded file: (Notice of Settlement Amounts and Termination Payment.pdf) and (Termination Notice Confirmation Receipt.pdf)

| Documents |
|---|
| Termination Notice Confirmation Receipt.pdf |
| Notice of Settlement Amounts and Termination Payment.pdf |

Valuation Statement: Please provide a copy of the valuation statement. Please identify any collateral that has been posted by any party in connection with the transactions and any claims of set-off against other transactions reflected in the claim.

| Documents |
|---|
| Notice of Settlement Amounts and Termination Payment.pdf |

Valuation Statement: Please provide a copy of the valuation statement. Please identify any collateral that has been posted by any party in connection with the transactions and any claims of set-off against other transactions reflected in the claim.

See uploaded file: (Notice of Settlement Amounts and Termination Payment.pdf)

| Documents |
|---|
| Notice of Settlement Amounts and Termination Payment.pdf |

Individual Trade Level Detail: Please provide with respect to each transaction (i) the valuation date (to the extent not included in your valuation statement) and value and (ii) details for the purpose of identifying and reconciling each transaction (e.g. including, as applicable, trade id, electronic trade reference id, trade type, product, trade date, reference obligation or reference entity, factor and original contract notional amount, quantity/unit of measure, currency, price or strike price, buy/sell, call or put, cap or floor, effective date, and maturity date. (For the avoidance of doubt, you are not required to submit each and every one of the foregoing)). Please provide this information in Microsoft Excel format.

| Documents |
|---|
| Transaction Detail.pdf |
| Lehman_Purchased and Indicative_exhibit.xls |

Individual Trade Level Detail: Please provide with respect to each transaction (i) the valuation date (to the extent not included in your valuation statement) and value and (ii) details for the purpose of identifying and reconciling each transaction (e.g. including, as applicable, trade id, electronic trade reference id, trade type, product, trade date, reference obligation or reference entity, factor and original contract notional amount, quantity/unit of measure, currency, price or strike price, buy/sell, call or put, cap or

See uploaded file: (Lehman_Purchased and Indicative_exhibit.xls), (Transaction Details.pdf), Note: Wave file with voice recording from Barclays is available but unable to upload due to file extenstion .wav (Indicative quote_voice recording 26943481.wav)

floor, effective date, and maturity date. (For the avoidance of doubt, you are not required to submit each and every one of the foregoing)). Please provide this information in Microsoft Excel format.

| Documents |
|---|
| Transaction Detail.pdf |
| Lehman_Purchased and Indicative_exhibit.xls |

ISDA Master Agreements Specifying Market Quotation Methodology: If not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Close-Out Amount Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Any Other Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: Yes
See documents uploaded in response to Question 4d.

Replacement Transactions: If you replaced a terminated transaction with a transaction with the same economic terms as the terminated transaction, provide documentation evidencing such replacement transaction and the quotation(s) used, including specifying any cash (or other consideration) paid or received by or to any person to replace the transactions, the name of each entity that effectuated a replacement and when any such transactions were effected.

Selected: Yes
See documents uploaded in response to Question 4d.

If claim includes other costs, please include a schedule that lists each such cost by vendor and indicates the service provided and amount paid.

| Documents |
|---|
| Other Expenses.xls |

If claim includes other costs, please include a schedule that lists each such cost by vendor and indicates the service provided and amount paid.

See uploaded file: (Other expenses.xls)

| **Documents** |
|---|
| Other Expenses.xls |

Unpaid Amounts: Please specify any unpaid amounts and interest accrued thereon included in calculation of any amounts due with respect to the transactions.

| **Documents** |
|---|
| Unpaid Amounts.xls |

Unpaid Amounts: Please specify any unpaid amounts and interest accrued thereon included in calculation of any amounts due with respect to the transactions.      See uploaded file: (Unpaid Amounts.xls)

| **Documents** |
|---|
| Unpaid Amounts.xls |