Robert R. Brooks-Rigolosi, Esq.
Segal McCambridge Singer &
     Mahoney, Ltd.
850 Third Avenue, Suite 1100
New York, NY 10022
(212) 651-7500 – Telephone
(212) 651-7499– Facsimile
Email: rrigolosi@smsm.com

*Attorneys for Claimant Current Communications &*
*Electric Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------x
**In re**                              **CHAPTER 11**

**LEHMAN BROTHERS**           **CASE NO. 08-13555-JMP**
**HOLDINGS INC.,** *et al.,*

                          **(Jointly Administered)**

         **Debtors.**
-----------------------------------------------x

**NOTICE OF ENTRY OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the U.S. Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Segal McCambridge Singer & Mahoney, Ltd., counsel to Current Communications and Electric Corporation, parties-in-interest herein, requests service of all notices and documents herein upon:

        Segal McCambridge Singer & Mahoney, Ltd.
        850 Third Avenue, Suite 1100
        New York, NY 10022
        Attn:  Robert R. Brooks-Rigolosi
        Email: rrigolosi@smsm.com

*and*

Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
Attn: C. Murray Harris
Email: mharris@smsm.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property, or their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Entry of Appearance and Request for Service of All Notices and Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedies; and (vi) any other rights, claims, actions, defenses, set-offs, or recoupments as

appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: New York, New York
October 13, 2011

Respectfully submitted,

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

By: /s/ Robert R. Brooks-Rigolosi
Robert R. Brooks-Rigolosi, Esq. (5264)
850 Third Avenue, Suite 1100
New York, NY 10022
(212) 651-7500 – Telephone
(212) 651-7499– Facsimile
Email: rrigolosi@smsm.com

*and*

By: /s/ C. Murray Harris
C. Murray Harris, Esq.
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
(312) 645-7800 – Telephone
(212) 645-7711– Facsimile
Email: mharris@smsm.com