Page 1 of 1

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 7/24/2009 at 1:50 PM Pacific. Please print this page as proof of your filing.

| | |
|---|---|
| CURRENT COMMUNICATIONS & <br> 2600 W. 23RD STREET <br> BROADVIEW, IL 60155 United Sta | |
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers Holdings Inc. (08-13555) |
| Amount of claim against Obligor | $43,797.94 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |
| Amount of claim against the Guarantor | $43,797.94 |

https://www.lehman-claims.com/secure/confirmation.aspx

7/24/2009


EXHIBIT A