**LEHMAN BROTHERS**
ACCOUNTS PAYABLE
70 Hudson Street
Jersey City, NJ 07302-3988

| LEHMAN BROTHERS ACCOUNTS PAYABLE 70 Hudson Street Jersey City, NJ 07302-3988 | | Date 08/25/08 | Check Number 002085723 0000002049 | |
|---|---|---|---|---|
| DATE | INVOICE / CREDIT MEMO NO. | DESCRIPTION | GROSS AMT. | DISCOUNT | NET AMOUNT |
| 072408 | 66138 | 0000018478 | 7600 | 00 | 7600 |
| | | TOTAL | 7600 | 00 | 7600 |

The attached check is in payment for items described above

**EXHIBIT B**