AMENDED

| United States Bankruptcy Court/Southern District of New York. | **PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| Lehman Bros. Holdings, Inc. | 08-13555 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 1000153190

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR DIFF.CREDNUM)CREDNUM # 1000153190******
CURRENT COMMUNICATIONS &
2600 W. 23RD STREET
BROADVIEW, IL 60155

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: **6182**
(If known)

Filed on: **7/24/09**

Telephone number:                    Email Address:

Name and address where payment should be sent (if different from above)

Robert R. Rigolosi, Esq.
850 Third Avenue, Suite 1100
New York, NY  10022

Telephone number: (212) 651-7500   Email Address: rrigolosi@smsm.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **43797.94**

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: **Services performed**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Describe:

Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

**EXHIBIT**
**C**

| Date: 10/10/11 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# PROOF OF CLAIM

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

UNIQUE IDENTIFICATION NUMBER: 1000153190

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000006182

Y

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
    LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000153190******
CURRENT COMMUNICATIONS &
2600 W. 23RD STREET
BROADVIEW, IL 60155

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
    *(If known)*

Filed on: _____

Telephone number: _____    Email Address: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____    Email Address: _____

**1.    Amount of Claim as of Date Case Filed: $** 43797.94
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
    ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
    ☐ Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

    ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2.    Basis for Claim:** Services performed
    (See instruction #2 on reverse side.)

**3.    Last four digits of any number by which creditor identifies debtor:** _____
    **3a. Debtor may have scheduled account as:** _____
        (See instruction #3a on reverse side.)

**4.    Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
    Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
    Describe: _____
    Value of Property: $_____    Annual Interest Rate _____%
    Amount of arrearage and other charges as of time case filed included in secured claim, if any:
    $_____    Basis for perfection: _____
    **Amount of Secured Claim: $**_____    **Amount Unsecured: $**_____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $**_____
    (See instruction #6 on reverse side.)

**7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**Date:**
7/24/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Susan M Brewer

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**FOR COURT USE ONLY**

**FILED / RECEIVED**

**JUL 27 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re                                            :          **Chapter 11 Case No.**

                                                 :

**LEHMAN BROTHERS HOLDINGS INC., et al.,**       :          **08-13555 (JMP)**

                                                 :

                        Debtors.                 :          **(Jointly Administered)**

                                                 :

                                                 :

-------------------------------------------------------------------x

NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

TO ALL PERSONS AND ENTITIES WITH
CLAIMS AGAINST THE DEBTOR LISTED BELOW:

PLEASE TAKE NOTICE THAT, on July 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Court"), having jurisdiction over the chapter 11 cases of Lehman Brothers Holdings Inc. and certain of its affiliates, as debtors and debtors in possession in the above referenced chapter 11 cases (collectively, the "Debtors"), entered an order (the "Bar Date Order") establishing **September 22, 2009, at 5:00 p.m. (prevailing Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("Proof of Claim") based on prepetition claims against the Debtors (the "Bar Date"). The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the Debtors (other than those set forth below as being specifically excluded) that arose prior to the applicable Commencement Date (the "Commencement Date"), the date on which the Debtors commenced their case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), as set forth in Schedule A hereto.

**If you have any questions with respect to this Notice, please feel free to contact the Debtors' court-approved claims agent Epiq Bankruptcy Solutions, LLC ("Epiq") at (866) 879-0688.**

**A CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER SUCH CLAIMANT SHOULD FILE A PROOF OF CLAIM. PLEASE NOTE THAT EPIQ IS NOT PERMITTED TO GIVE LEGAL ADVICE.**

**Some parties are required to file a Proof of Claim in order to preserve their claim against the Debtors. Other parties are not required to file a Proof of Claim in order to preserve their claim against the Debtors. The following is a summary explanation of each.**

1.      **WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a **Proof of Claim** to share in the Debtors' estates if you have a claim that arose prior to the applicable Commencement Date, and it is not one of the other types of claims described in Section 2 below. Acts or omissions of the Debtors that arose before the applicable Commencement Date, may give rise to claims against the Debtors that must be filed by the Bar Date, notwithstanding that such claims may not have matured or become fixed or liquidated prior to the applicable Commencement Date. Pursuant to section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

Contact:  Michael Sapp - Relocations

| Invoice # | Date | Customer | Amount Due | TSR# / HD# |
|---|---|---|---|---|
| 66166 | 8/18/08 | Lehman | $ 824.00 | 1039045 |
| 66171 | 8/26-9/16/08 | Lehman | $ 18,056.00 | 1040114 |
| 66172 | 8/25/08 | Lehman | $ 608.00 | 1039639 |
| | | Total | $ 19,488.00 | |

Contact:  Michael Bean - Relocations

| Invoice # | Date | Customer | Amount Due | TSR# / HD# |
|---|---|---|---|---|
| 66167 | 8/19/08 | Lehman | $ 114.00 | 1037768 |
| 66173 | 8/22/08 | Lehman | $ 560.00 | 1039540 |
| 66180 | 9/5/08 | Lehman | $ 152.00 | 1040638 |
| 66494 | 9/10/08 | Lehman | $76.00 | 1039933 |
| 66497 | 9/12/08 | Lehman | $ 340.00 | 1041785 |
| | | Total | $ 1,242.00 | |

Contact:  Tom Krupinski - Implementations

| Invoice # | Date | Customer | Amount Due | TSR# / HD# |
|---|---|---|---|---|
| 65305 | 2/13/08 | Lehman | $ 1,303.94 | 1024012 |
| 65316 | 1/30/08 | Lehman | $ 2,698.00 | 1007099 |
| 65856 | 5/08/08 | Lehman | $ 142.00 | 1020798 |
| 65861 | 4/30/08 | Lehman | $ 9,475.00 | 1024012 |
| 65863 | 4/23/08 | Lehman | $ 852.00 | 1024014 |
| 65865 | 4/22/08 | Lehman | $ 71.00 | 1020412 |
| 66126-1 | 6/2/08 | Lehman | $ 3,344.00 | 1024014 |
| 66145 | 7/18/08 | Lehman | $ 760.00 | 4829537 |
| 66156 | 8/7/08 | Lehman | $ 304.00 | 1038318 |
| 66158 | 8/6/08 | Lehman | $ 152.00 | 1035767 |
| 66164 | 8/21/08 | Lehman | $ 152.00 | 1040212 |
| 66501 | 9/17/08 | Lehman | $ 228.00 | 1043612 |
| | | Total | $ 19,481.94 | |

Contact:  Nick Celentano - Net Ops

| Invoice # | Date | Customer | Amount Due | TSR# / HD# |
|---|---|---|---|---|
| 66154 | 8/1/08 | Lehman | $ 168.00 | 4855428 |
| 66159 | 8/6/08 | Lehman | $ 1,048.00 | 4907425/4852637 |
| 66174 | 8/28/08 | Lehman | $ 76.00 | 5051437 |
| 66176 | 8/29/08 | Lehman | $ 76.00 | 5056172 |
| 66191 | 7/16/08 | Lehman | $ 228.00 | 1033712 |
| 66192 | 7/8/08 | Lehman | $ 76.00 | 1035896 |
| 66495 | 9/09/08 | Lehman | $ 336.00 | 5039368 |
| 66496 | 9/10/08 | Lehman | $ 76.00 | 5113368 |
| 66498 | 9/12/08 | Lehman | $ 524.00 | 1043944 |
| | | | | |
| | | Total | $ 2,608.00 | |

Contact:  Beth Troncone/Susan Anderson - Implementations

| Invoice # | Date | Customer | Amount Due | TSR# / HD# |
|---|---|---|---|---|
| 65876 | 4/15/08 | Lehman | $ 71.00 | 1019444 |
| 65866 | 4/25/08 | Lehman | $ 71.00 | 1023638 |
| | | Total | $ 142.00 | |

Contact:  Marc Sanatore - Implementations

| Invoice # | Date | Customer | Amount Due | TSR# / HD# |
|---|---|---|---|---|
| 66184 | 8/21/08 | Lehman | $ 76.00 | 1040231 |

Contact:  Herman Ling - Implementations

| Invoice # | Date | Customer | Amount Due | TSR# / HD# |
|---|---|---|---|---|
| 66178 | 9/2/08 | Lehman | $ 456.00 | 1041029 |
| 66178-1 | 9/11/08 | Lehman | $ 304.00 | 1041029 |
| | | Total | $ 760.00 | |

| Implementations | Relocations | Net Ops | Total Due* | |
|---|---|---|---|---|
| $20,459.94 | $20,730 | $2,608 | $ 43,797.94 | |

* Total Due without PO#'s

# Current Communications & Electric Corporation

**Invoice**

2600 W. 23rd Street

Broadview, IL  60155

Invoice Number:
66166

Invoice Date:
Aug 25, 2008

Voice:  708-786-3400

Fax:  708-410-1449

Page:
1

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1039045 | Net 30 Days | |
| **Sales Rep ID** | **Job Number** | | **Due Date** |
| | Airborne | | 9/24/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66166 - Services rendered 8/18/08. | | 824.00 |
| | Provide complete inventory of the following: PC's, | | |
| | printers, faxes, TV's, servers, phone, phone systems, | | |
| | monitors, networking equipment. Provide formal list to | | |
| | Lehman Brothers via Michael Sapp. Provide type, model, | | |
| | serial numbers, etc. | | |

| | |
|---|---|
| Subtotal | 824.00 |
| Sales Tax | |
| Total Invoice Amount | 824.00 |
| Payment Received | |
| **TOTAL** | 824.00 |

Check No:

# Current Communications & Electric Corporation

**Invoice**

2600 W. 23rd Street
Broadview, IL  60155

Invoice Number:
66171

Invoice Date:
Sep 29, 2008

Page:
1

Voice:  708-786-3400
Fax:   708-410-1449

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | | Payment Terms |
|---|---|---|---|
| leh | TSR#1040114 | | Net 30 Days |

| Sales Rep ID | Job Number | | Due Date |
|---|---|---|---|
| | Airborne | | 10/29/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66171 - Services rendered weekending 8/31, 9/14 and 9/21/08. Provide move support for new users from 200 Monroe to 190 S. LaSalle per Mike Sapp's floor plan. Provide support next business day. Install 50 IP phones/polycom for new user's on the 23rd floor. Move approximately (20) user's from 24th to 23rd floor's. Perform various jobs per SOW provided by Mike Sapp. Perform "decommission of equipment" at 200 W. Monroe location, stack/sort and prepare for shipment. Remove "8" switches from equipment room return to 190 S. LaSalle, 25th floor. Work with moving company after hours for removal of equipment. | | 18,056.00 |

| | | |
|---|---|---|
| | Subtotal | 18,056.00 |
| | Sales Tax | |
| | Total Invoice Amount | 18,056.00 |
| Check No: | Payment Received | |
| | **TOTAL** | 18,056.00 |

# Current Communications & Electric Corporation

2600 W. 23rd Street
Broadview, IL  60155

Voice:  708-786-3400
Fax:    708-410-1449

# Invoice

Invoice Number:
66172

Invoice Date:
Aug 29, 2008

Page:
1

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1039639 | Net 30 Days | |
| **Sales Rep ID** | **Job Number** | | **Due Date** |
| | Airborne | | 9/28/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66172 - Services rendered 8/25/08. Install (10) new 19" HP monitors on custom brackets on trading floor. R780R82. Install (6) custom brackets for new monitors (4) monitors will lay flat under desk. Test okay. | | 608.00 |

|  |  |
|---|---|
| Subtotal | 608.00 |
| Sales Tax | |
| Total Invoice Amount | 608.00 |
| Payment Received | |
| **TOTAL** | 608.00 |

Check No:

# Current Communications & Electric Corporation

**Invoice**

2600 W. 23rd Street
Broadview, IL  60155

Invoice Number:
66167

Invoice Date:
Aug 25, 2008

Page:
1

Voice:  708-786-3400
Fax:    708-410-1449

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1037768 | Net 30 Days | |
| **Sales Rep ID** | **Job Number** | | **Due Date** |
| | Airborne | | 9/24/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66167 - Services rendered 8/19/08. Relocate (1) user for transfer employee, Colleen Adamczyk from 26140 to 26143, PC (3) monitors, bloomberg and mouse. Install (1) 15" monitor for user on 26th floor. Tony Rajsky notified of issue with monitor, will have to program PC for 4th monitor. | | 114.00 |

| | |
|---|---|
| Subtotal | 114.00 |
| Sales Tax | |
| Total Invoice Amount | 114.00 |
| Payment Received | |
| **TOTAL** | 114.00 |

Check No:

# Current Communications & Electric Corporation

2600 W. 23rd Street
Broadview, IL  60155

Voice:  708-786-3400
Fax:    708-410-1449

# Invoice

Invoice Number:
66173

Invoice Date:
Aug 25, 2008

Page:
1

Sold To: Lehman Brothers
         Attn:  Accounts Payable
         P.O. Box 2339
         Secaucus, NJ  07096

Job Location:
Lehman Brothers
400 S. LaSalle
Chicago Board of Exchange
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1039540 | Net 30 Days | |

| Sales Rep ID | Job Number | | Due Date |
|---|---|---|---|
| | Airborne | | 9/24/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66173 - Services rendered 8/22/08. Relocate (5) PC's, (8) monitors at CBOE. Install provided 25' patch cords to each machine. Keeping each machine on the original port due to static IP(s). | | 560.00 |

| | |
|---|---|
| Subtotal | 560.00 |
| Sales Tax | |
| Total Invoice Amount | 560.00 |
| Payment Received | |
| **TOTAL** | 560.00 |

Check No:

# Current Communications & Electric Corporation

2600 W. 23rd Street
Broadview, IL  60155

Voice:  708-786-3400
Fax:   708-410-1449

**Invoice**

Invoice Number:
66180

Invoice Date:
Sep 9, 2008

Page:
1

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1040638 | Net 30 Days | |
| **Sales Rep ID** | **Job Number** | | **Due Date** |
| | Airborne | | 10/9/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66180 - Services rendered 9/5/08. Relocate two users on the 22nd floor per Karen Love. | | 152.00 |

|  |  |
|---|---|
| Subtotal | 152.00 |
| Sales Tax | |
| Total Invoice Amount | 152.00 |
| Payment Received | |
| **TOTAL** | 152.00 |

Check No:

# Current Communications & Electric Corporation

# Invoice

2600 W. 23rd Street
Broadview, IL  60155

Invoice Number:
66494

Invoice Date:
Sep 15, 2008

Voice:  708-786-3400
Fax:   708-410-1449

Page:
1

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1039933 | Net 30 Days | |
| **Sales Rep ID** | **Job Number** | | **Due Date** |
| | Airborne | | 10/15/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66494 - Services rendered 9/10/08. Relocate user Anne Edwards IP Phone from CHI24-04G03 to CHI24-04G01. | | 76.00 |

| | |
|---|---|
| Subtotal | 76.00 |
| Sales Tax | |
| Total Invoice Amount | 76.00 |
| Payment Received | |
| **TOTAL** | 76.00 |

Check No:

# Current Communications & Electric Corporation

**Invoice**

2600 W. 23rd Street
Broadview, IL  60155

Invoice Number:
66497

Invoice Date:
Sep 15, 2008

Voice:  708-786-3400

Page:
1

Fax:  708-410-1449

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1041785 | Net 30 Days | |
| **Sales Rep ID** | **Job Number** | | **Due Date** |
| | Airborne | | 10/15/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job#66497 - Services rendered 9/12/08. Relocate users equipment on 22nd floor per Karen Love's floor plan and test. | | 340.00 |

| | |
|---|---|
| Subtotal | 340.00 |
| Sales Tax | |
| Total Invoice Amount | 340.00 |
| Payment Received | |
| **TOTAL** | 340.00 |

Check No:

**Current Communications & Electric Corp.**
**2600 W. 23rd Street**
**Broadview, IL  60155**

# Invoice

Invoice Number:
66501-65305

Invoice Date:
Oct 1, 2008

Page:
1

Voice:  708-786-3400
Fax:    708-410-1449

Sold To: Barclays Capital Inc.
Attn:Lehman Brothers A.P. Dept
PO Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | | Net 30 Days | |
| **Sales Rep ID** | **Job Number** | | **Due Date** |
| MK | Airborne | | 10/31/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66501 - TSR#1043612 | | 228.00 |
| | Job #66164 - TSR#1040212 | | 152.00 |
| | Job #66158 - TSR#1035767 | | 152.00 |
| | Job #66156 - TSR#1038318 | | 304.00 |
| | Job #66145 - HD#4829537 | | 760.00 |
| | Job #66126-1 - TSR#1024014 | | 3,344.00 |
| | Job #65865 - TSR#1024012 | | 71.00 |
| | Job #65863 - TSR#1024014 | | 852.00 |
| | Job #65861 - TSR#1024012 | | 9,475.00 |
| | Job #65856 - TSR#102798 | | 142.00 |
| | Job #65316 - TSR#1007099 | | 2,698.00 |
| | Job #65305 - TSR#1024012 | | 1,303.94 |

| | | |
|---|---|---|
| Subtotal | | 19,481.94 |
| Sales Tax | | |
| Total Invoice Amount | | 19,481.94 |
| Payment Received | | |
| **TOTAL** | | 19,481.94 |

Check No:

# Current Communications & Electric Corporation

2600 W. 23rd Street
Broadview, IL  60155

Voice:  708-786-3400
Fax:    708-410-1449

**Invoice**

Invoice Number:
66154

Invoice Date:
Aug 11, 2008

Page:
1

Sold To: Lehman Brothers
        Attn: Accounts Payable
        P.O. Box 2339
        Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1043957 | Net 30 Days | |
| Sales Rep ID | Job Number | | Due Date |
| | Airborne | | 9/10/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66154 - Services rendered 8/1/08. Work with netops on replacing (1) VG248 fax Gateway on the 23rd floor. | | 168.00 |

|  |  |
|---|---|
| Subtotal | 168.00 |
| Sales Tax | |
| Total Invoice Amount | 168.00 |
| Payment Received | |
| **TOTAL** | 168.00 |

Check No:

# Current Communications & Electric Corporation

2600 W. 23rd Street
Broadview, IL  60155

Voice:  708-786-3400
Fax:  708-410-1449

# Invoice

Invoice Number:
66159

Invoice Date:
Aug 11, 2008

Page:
1

Sold To: Lehman Brothers
Attn: Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | HD4907425/HD4852637 | Net 30 Days | |
| **Sales Rep ID** | **Job Number** | | **Due Date** |
| | Airborne | | 9/10/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66159 - Services rendered 8/6/08. Replace (1) module 5 (sup engine) on CH190s24-usrs01 work with netops after hours. Test. Remove all cabling to gain access to module, test w/netops. Replace (1) fan tray on CH190s22-usrs-02 work with netops after hours. Test. Remove and replace all cabling to switch to gain access. Re-install all cabling and test with netops. | | 1,048.00 |

| | | |
|---|---|---|
| | Subtotal | 1,048.00 |
| | Sales Tax | |
| | Total Invoice Amount | 1,048.00 |
| Check No: | Payment Received | |
| | **TOTAL** | 1,048.00 |

# Current Communications & Electric Corporation

**2600 W. 23rd Street**
**Broadview, IL  60155**

Voice:  708-786-3400
Fax:  708-410-1449

# Invoice

Invoice Number:
66174

Invoice Date:
Sep 8, 2008

Page:
1

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | HD#5051437 | Net 30 Days | |

| Sales Rep ID | Job Number | | Due Date |
|---|---|---|---|
| | Airborne | | 10/8/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66174 - Services rendered 8/29/08. Trouble shoot (1) Cisco 7961G IP Phone on the 22nd floor. Phone searching for IP swapped patch cord. Phone booted up. Tested with user phone. | | 76.00 |

|  | | |
|---|---|---|
| Subtotal | | 76.00 |
| Sales Tax | | |
| Total Invoice Amount | | 76.00 |
| Payment Received | | |
| **TOTAL** | | 76.00 |

Check No:

# Current Communications & Electric Corporation

2600 W. 23rd Street
Broadview, IL  60155

Voice:  708-786-3400
Fax:  708-410-1449

# Invoice

Invoice Number:
66176

Invoice Date:
Sep 8, 2008

Page:
1

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | HD#5056172 | Net 30 Days | |

| Sales Rep ID | Job Number | | Due Date |
|---|---|---|---|
| | Airborne | | 10/8/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66176 – Services rendered 8/24/08. Replace power cord for user's expansion module. User states module continuously looses power. Swapped power cord. Unit not having issues at this time. | | 76.00 |

| | |
|---|---|
| Subtotal | 76.00 |
| Sales Tax | |
| Total Invoice Amount | 76.00 |
| Payment Received | |
| **TOTAL** | 76.00 |

Check No:

# Current Communications & Electric Corporation

**Invoice**

2600 W. 23rd Street
Broadview, IL  60155

Invoice Number:
66191

Invoice Date:
Jul 28, 2008

Page:
1

Voice:  708-786-3400
Fax:    708-410-1449

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | 1043964 | Net 30 Days | |

| Sales Rep ID | Job Number | | Due Date |
|---|---|---|---|
| | Airborne | | 8/27/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66191 - Services rendered 7/16/08. Installed (12) PVDM2 64's in 3800 Cisco router on the 23rd floor. | | 228.00 |

| | |
|---|---|
| Subtotal | 228.00 |
| Sales Tax | |
| Total Invoice Amount | 228.00 |
| Payment Received | |
| **TOTAL** | 228.00 |

Check No:

# Current Communications & Electric Corporation

2600 W. 23rd Street
Broadview, IL  60155

Voice:  708-786-3400
Fax:  708-410-1449

# Invoice

Invoice Number:
66192

Invoice Date:
Oct 8, 2008

Page:
1

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | | Net 30 Days | |
| Sales Rep ID | Job Number | | Due Date |
| | Airborne | | 11/7/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66192 - Services rendered 7/8/08. Changed handset and cord on IP phone on 24th floor. | | 76.00 |

| | |
|---|---|
| Subtotal | 76.00 |
| Sales Tax | |
| Total Invoice Amount | 76.00 |
| Payment Received | |
| **TOTAL** | 76.00 |

Check No:

# Current Communications & Electric Corporation

# Invoice

2600 W. 23rd Street

Broadview, IL  60155

Invoice Number:
66495

Invoice Date:
Sep 15, 2008

Page:
1

Voice:  708-786-3400

Fax:   708-410-1449

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | HD#5039368 | Net 30 Days | |
| Sales Rep ID | Job Number | | Due Date |
| | Airborne | | 10/15/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66495 - Services rendered 9/9/08. Install (1) PVDM-64 in position 3 of CH190s23-vgwr04 on the 23rd floor. Work with netops and tested good. | | 336.00 |

|  | |
|---|---|
| Subtotal | 336.00 |
| Sales Tax | |
| Total Invoice Amount | 336.00 |
| Payment Received | |
| **TOTAL** | 336.00 |

Check No:

# Current Communications & Electric Corporation

2600 W. 23rd Street
Broadview, IL  60155

Voice:  708-786-3400
Fax:   708-410-1449

# Invoice

Invoice Number:
66496

Invoice Date:
Sep 22, 2008

Page:
1

Sold To: Lehman Brothers
        Attn:  Accounts Payable
        P.O. Box 2339
        Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | HD#5113368 | Net 30 Days | |
| Sales Rep ID | Job Number | | Due Date |
| | Airborne | | 10/22/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66496 - Services rendered 9/10/08. User's stated TV's shutting off intermittently. Checked TV's, they have no apparent issue. | | 76.00 |

|  |  |
|---|---|
| Subtotal | 76.00 |
| Sales Tax | |
| Total Invoice Amount | 76.00 |
| Payment Received | |
| **TOTAL** | 76.00 |

Check No:

# Current Communications & Electric Corporation

**Invoice**

Invoice Number:
66498

2600 W. 23rd Street
Broadview, IL 60155

Invoice Date:
Sep 15, 2008

Voice: 708-786-3400
Fax: 708-410-1449

Page:
1

Sold To: Lehman Brothers
Attn: Accounts Payable
P.O. Box 2339
Secaucus, NJ 07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1043944 | Net 30 Days | |

| Sales Rep ID | Job Number | | Due Date |
|---|---|---|---|
| | Airborne | | 10/15/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66498 - Services rendered 9/12/08. Replace sup. engine on CH190S27-USRS01. Work with Steve Dorsey via conference bridge. Cisco shipped wrong sup engine, reboxed. Lehman to ship another sup engine at later date. | | 524.00 |

| | | |
|---|---|---|
| | Subtotal | 524.00 |
| | Sales Tax | |
| | Total Invoice Amount | 524.00 |
| Check No: | Payment Received | |
| | **TOTAL** | 524.00 |

# Current Communications & Electric Corporation

2600 W. 23rd Street
Broadview, IL  60155

Voice:  708-786-3400
Fax:  708-410-1449

# Invoice

Invoice Number:
65876

Invoice Date:
May 5, 2008

Page:
1

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1019444 | Net 30 Days | |

| Sales Rep ID | Job Number | | Due Date |
|---|---|---|---|
| | Airborne | | 6/4/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #65876 - Services rendered 4/15/08. Install (1) hoot box for new hire, Matt Falkner (25114). | | 71.00 |

|  |  |
|---|---|
| Subtotal | 71.00 |
| Sales Tax | |
| Total Invoice Amount | 71.00 |
| Payment Received | |
| **TOTAL** | 71.00 |

Check No:

# Current Communications & Electric Corporation

**Invoice**

Invoice Number:
65866

2600 W. 23rd Street
Broadview, IL  60155

Invoice Date:
May 5, 2008

Voice:  708-786-3400

Page:
1

Fax:  708-410-1449

Sold To: Lehman Brothers
         Attn:  Accounts Payable
         P.O. Box 2339
         Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1023638 | Net 30 Days | |
| **Sales Rep ID** | **Job Number** | | **Due Date** |
| | Airborne | | 6/4/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #65866 - Services rendered 4/25/08. Install (1) new Cisco "side car" for user Matthew Fisher 2403D04. | | 71.00 |

|  |  |
|---|---|
| Subtotal | 71.00 |
| Sales Tax | |
| Total Invoice Amount | 71.00 |
| Payment Received | |
| **TOTAL** | 71.00 |

Check No:

# Current Communications & Electric Corporation

# Invoice

2600 W. 23rd Street
Broadview, IL  60155

Invoice Number:
66184

Invoice Date:
Aug 25, 2008

Voice:  708-786-3400
Fax:   708-410-1449

Page:
1

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1040231 | Net 30 Days | |

| Sales Rep ID | Job Number | | Due Date |
|---|---|---|---|
| | Airborne | | 9/24/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66184 - Services rendered 8/21/08. Fixed issue w/TV at location 407 on 26th floor. TV set to get local channels only. Changed setting to get cable. | | 76.00 |

| | | |
|---|---|---|
| Subtotal | | 76.00 |
| Sales Tax | | |
| Total Invoice Amount | | 76.00 |
| Payment Received | | |
| **TOTAL** | | 76.00 |

Check No:

# Current Communications & Electric Corporation

2600 W. 23rd Street
Broadview, IL  60155

Voice:  708-786-3400
Fax:   708-410-1449

**Invoice**

Invoice Number:
66178

Invoice Date:
Sep 8, 2008

Page:
1

Sold To:
Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1041029 | Net 30 Days | |
| **Sales Rep ID** | **Job Number** | | **Due Date** |
| | Airborne | | 10/8/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66178 - Services rendered 9/2/08. Provide (12) new patches for new equipment on the 25th floor. Provide (4) new Console connections for new equipment on the 25th floor. | | 456.00 |

| | | |
|---|---|---|
| Subtotal | | 456.00 |
| Sales Tax | | |
| Total Invoice Amount | | 456.00 |
| Payment Received | | |
| **TOTAL** | | 456.00 |

Check No:

# Current Communications & Electric Corporation

**Invoice**

2600 W. 23rd Street

Broadview, IL  60155

Invoice Number:
66178-1

Invoice Date:
Sep 15, 2008

Page:
1

Voice:  708-786-3400

Fax:  708-410-1449

Sold To: Lehman Brothers
Attn:  Accounts Payable
P.O. Box 2339
Secaucus, NJ  07096

Job Location:
Lehman Brothers
190 S. LaSalle
Chicago, IL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| leh | TSR#1041029 | Net 30 Days | |
| Sales Rep ID | Job Number | | Due Date |
| | Airborne | | 10/15/08 |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| | Job #66178-1 - Services rendered 9/11/08. Install patching for new equipment on the 23rd/25th floors. | | 304.00 |

| | |
|---|---|
| Subtotal | 304.00 |
| Sales Tax | |
| Total Invoice Amount | 304.00 |
| Payment Received | |
| **TOTAL** | 304.00 |

Check No:

CURRENT COMMUNICATIONS
& ELECTRIC CORPORATION
2600 WEST 23RD STREET
BROADVIEW, IL 60155





RECEIVED
JUL 2 7 2009
By_____

Lehman Brothers Holdings
Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

