**SEGAL MCCAMBRIDGE**
**SINGER & MAHONEY, LTD.**
By: Robert R. Rigolosi, Esq.
850 Third Avenue, Suite 1100
New York, NY 10022
(212) 651-7500 – Telephone
(212) 651-7499– Facsimile
Attorney for Claimant Current Communications &
Electric Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------x

In re

**LEHMAN BROTHERS**
**HOLDINGS INC.,** *et al.,*

**Debtors.**
-----------------------------------------------x

**CHAPTER 11**

**CASE NO. 08-13555-JMP**

**(Jointly Administered)**

AFFIDAVIT IN SUPPORT OF RESPONSE AND OBJECTION OF CLAIMANT CURRENT
COMMUNICATIONS & ELECTRIC CORPORATION (CLAIM NO. 6182) IN OPPOSITION TO
DEBTORS' ONE HUNDRED NINETY-FIFTH OMNIBUS OBJECTION
TO CLAIMS (NO DEBTOR CLAIMS)

STATE OF ILLINOIS )
               ) ss.
COUNTY OF COOK  )

I, Susan Lewaniak, being first on oath and duly sworn, do hereby depose and state:

1.  I am the President and Registered Agent of Current Communications & Electric
    Corporation (hereinafter "Current Communications"), identified as Claimant in the
    above-referenced Response and Objection.

2.  I submitted Claim No. 6182 in response for a notice and solicitation for the filing of
    claims by Lehman Brothers Holdings, Inc.

3.  Attached to my claim were itemized invoices and documentation in support of the
    $43,797.94 amount that is due to Current Communications.

4.  The claim was timely filed on or about July 27, 2009.


EXHIBIT

D

5. I filed the Proof of Claim myself without the assistance of counsel and did not identify the Name of Debtor Against Which Claim is Held and the Case Number of Debtor. The Proof of Claim should have indicated the Debtor as Lehman Brothers Holdings, Inc. and the Case Number as 08-13555 (JMP).

6. Stating further, since filing the Proof of Claim, I have located a check stub from an initial payment made to Current Communications, which is attached to the above-referenced Response and Objection as Exhibit B, and which shows a payment of a July 24, 2008 invoice by Lehman Brothers Accounts Payable, 70 Hudson Street, Jersey City, NJ 07302-3988. This payment was made, but the claimed amount of $43,797.94 remains due and outstanding.

7. Based on the foregoing, I request that the Debtors' Objection and request for disallowance and expungement of Claim Number 6182 by Current Communications be denied.

_Susan M. Lewaniak_
Susan M. Lewaniak

Dated: October 13, 2011

Subscribed and sworn to before me by Susan M. Lewaniak this 13th day of October, 2011.

_Meghan K. Rad_
Notary Public

OFFICIAL SEAL
MEGHAN K. RADAVICH
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 09/17/2014