**SEGAL MCCAMBRIDGE**
    **SINGER & MAHONEY, LTD.**
By: Robert R. Brooks-Rigolosi, Esq.
850 Third Avenue, Suite 1100
New York, NY 10022
(212) 651-7500 – Telephone
(212) 651-7499– Facsimile
Attorney for Claimant Current Communications &
Electric Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------x
In re                                                                           **CHAPTER 11**

**LEHMAN BROTHERS**                                              **CASE NO. 08-13555-JMP**
**HOLDINGS INC.,** *et al.,*
                                                                                       **(Jointly Administered)**
                    **Debtors.**
-----------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Robert R. Brooks-Rigolosi, Esq., do hereby certify that:

1. I am an attorney and counsel to Current Communications & Electric Corporation, Creditor and Claimant in this action. I am over 18 years of age and am not a party to this action.
2. On the 13th day of October, 2011, the following document, with attachments, (the "Filing") was filed electronically via the Court's CM/ECF System:
    Response and Objection of Claimant Current Communications & Electric Corporation (Claim No. 6182) in Opposition to Debtors' One Hundred Ninety-Fifth Omnibus Objection to Claims (No Debtor Claims)
3. Electronic notice of said Filings was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Filings through the Court's CM/ECF System.
4. Copies of the Filings were also served via facsimile and/or hand-delivery on the parties shown on the attached Service List on October 13, 2011 before 4:00 p.m. Eastern Time.

                                                                         /s/ Robert R. Brooks-Rigolosi
                                                                        Robert R. Brooks-Rigolosi, Esq.

                                                                        Dated: October 13, 2011

## SERVICE LIST

| | | |
|---|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court<br>Southern District of New York<br>Chambers of Courtroom 601<br>One Bowling Green<br>New York, NY 10004 | [ ] facsimile | [ X ] hand-delivery |
| Office of the U.S. Trustee for Region 2<br>Attn: Tracy Hope Davis, Esq.,<br>Elisabetta Gasparini, Esq., and<br>Andrea Schwartz, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | [ ] facsimile | [ X ] hand-delivery |
| Weil Gotshal & Manges LLP<br>Attn: Robert J. Lemons, Esq., and<br>Mark Bernstein, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attorneys for the Debtors* | [ ] facsimile | [ X ] hand-delivery |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis F. Dunne, Esq.,<br>Dennis O'Donnell, Esq., and<br>Evan Fleck, Esq.<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>*Attorneys for the Unsecured Creditors' Committee* | [ ] facsimile | [ X ] hand-delivery |