**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Counsel for Boilermakers-Blacksmith National Pension Trust Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| **Debtors.** | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Ira M. Levee, of full age, certify that on October 13, 2011, I caused to be served a copy of *Boilermakers-Blacksmith National Pension Trust Fund's Response to Debtors' One Hundred Eighty-Third Omnibus Objection to Claims (No Liability CMBS Claims),* via electronic mail or facsimile as indicated, and first class mail on the parties listed on Exhibit A.

Dated: October 13, 2011

*/s/ Ira M. Levee*
**LOWENSTEIN SANDLER PC**
Michael S. Etkin (ME 0570)
Ira M. Levee (IL9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

and

26060/2
10/13/2011 **18641054**.1

-2-

        65 Livingston Avenue
        Roseland, New Jersey 07068
        (973) 597-2500 (Telephone)
        (973) 597-2481 (Facsimile)

*Counsel for Boilermakers-Blacksmith National Pension Trust Fund*

-3-

# EXHIBIT A TO CERTIFICATE OF SERVICE

**Attorneys for the Debtors**

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Jae Kim, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
robert.lemons@weil.com
mark.bernstein@weil.com
jae.kim@weil.com

(via e-mail and first class mail)

**Attorneys for Official Committee of Unsecured Creditors**

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

(via e-mail and first class mail)

**Office of the United States Trustee for Region 2**

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004
212-668-2255 (Facsimile)

(via facsimile and first class mail)