**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

Laurie Schwall, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Kaye Scholer LLP with a place of business at 425 Park Avenue, New York, New York 10022.

2. That on the 12th day of October, 2011, I caused to be served a true copy of the Joinder to Motion of Deutsche Bank AG Pursuant to Section 105(A) and Rule 3013 to Enforce Settlement Approval Order and to Correct Misclassification of Claims [Docket No. 20749] upon those parties listed on the attached Service List by regular mail and by electronic notice via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing.

/s/ Laurie Schwall
Laurie Schwall

Sworn to before me this
13th day of October, 2011.

/s/ Gurnel Jean-Louis
Notary Public, State of New York
No. 01JE6016979
Qualified in New York County
Commission Expires Nov. 30, 2014

60431070.DOCX

**SERVICE LIST**

Honorable Judge James M Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Andrea B. Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

Andrew Velez-Rivers, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

Denis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Richard P. Krasnow, Esq.
Weil, Gotshal & Manages LLP
767 Fifth Avenue
New York, New York 10153

Harvey R. Miller, Esq.
Weil, Gotshal & Manages LLP
767 Fifth Avenue
New York, New York 10153

Garret Fail, Esq.
Weil, Gotshal & Manages LLP
767 Fifth Avenue
New York, New York 10153

Jacqueline Marcus, Esq.
Weil, Gotshal & Manages LLP
767 Fifth Avenue
New York, New York 10153

Lori R. Fife, Esq.
Weil, Gotshal & Manages LLP
767 Fifth Avenue
New York, New York 10153

Joshua Dorchak, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022