STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

*Counsel for Mitsui Securities Co., Ltd.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ──────────────────────────────── ) | | |
| In re | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ──────────────────────────────── ) | | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK  )

     Michael Magzamen, being duly sworn, affirms and says:

    1.  I am over 18 years of age and am not a party to the above-captioned proceedings.  I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

    2.  On October 13, 2011, affiant caused to be served, true and correct copies of the *Response of Mitsui Securities Co., Ltd. to Debtors' 188th Objection to Claims, with Respect to Claim No. 62852* (Dkt. No. 20825), filed via the Court's ECF system on such date and via First Class Mail and/or e-mail, as indicated, upon the parties listed on the attached Service List.

NY 73607621

/s/ Michael Magzamen
Michael Magzamen

Sworn to before me this
13th day of October, 2011

/s/ Sharon Hana Choi
NOTARY PUBLIC

Sharon Hana Choi
Notary Public, State of New York
No. 02CH6233842
Qualified in Queens County
Commission Expires Jan. 3, 2015

2

## Service List

*Via E-Mail & First Classt Mail*
Weil, Gotshal & Manges LLP
Attn:    Robert J. Lemons, Esq.
         Lee J. Goldberg, Esq.
         Eric D. Kasenetz, Esq.
767 Fifth Avenue
New York, New York 10153
Email:  robert.lemons@weil.com
        lee.goldberg@weil.com
        eric.kasenetz@weil.com

*Via E-Mail & First Classt Mail*
Dennis F. Dunne, Esq.
Dennis O' Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Email:  ddunne@milbank.com
        dodonnell@milbank.com
        efleck@milbank.com

*Via First Classt Mail*
Office of the United States Trustee for Region 2
Attn:    Tracy Hope Davis, Esq.
         Elisabetta Gasparini, Esq.
         Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
 New York, New York 10004

3