**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PICTET & CIE | CREDIT SUISSE AG, SINGAPORE BRANCH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:

CORPORATE ACTIONS
ATTN : MR. DAVID AESCHLIMANN
RTE DES ACACIAS 60
1211 GENEVA 73
SWITZERLAND

Phone: +41 58 323 2197

Last Four Digits of Acct #: EOC 93010

Court Claim # (if known): 55825
Date Claim Filed: 10/29/2009
Amount of Claim: _____
Portion of Claim Transferred (see
Schedule I): EUR 45,000

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 03/25/2010
       Transferee/Transferee's Agent

Ppon PICTET & Cie

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CREDIT SUISSE AG, SINGAPORE BRANCH** ("Transferor") by the trade confirmation entitled "Evidence of Transfer of Lehman Programs Securities" dated as of 24 March, 2010, unconditionally and irrevocably transferred to **PICTET AND CIE GENEVA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55825) in the nominal amount of EUR45,000 related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.:  08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 24 day of _MARCH_ 2010.

**CREDIT SUISSE AG, SINGAPORE BRANCH**

By: _____

Name of person signing   _JOHNNY LIU_
Title of person signing   _AVP_

By: _____

Name of person signing _ANDREAS GRONIG_
Title of person signing _AVP_



CREDIT SUISSE

Phone
Fax
www.credit-suisse.com

## Fax

| | | | |
|---|---|---|---|
| To | Name receiving bank | From | |
| Fax no. | | Pages | 1   (incl. this page) |
| c.c. | Name Surname | Date | 24 March 2010 |
| Re | **Evidence of Transfer of Lehman Programs Securities** | | |

Dear Sirs

This is to confirm the transfer of the following Lehman Programs Security from Credit Suisse AG, Singapore Branch to Pictet and Cie Geneva:

| Credit Suisse Claim No. | ISIN | Description | Nominal/Units | Transfer Date |
|---|---|---|---|---|
| 55825 | XS0351272322 | Lehman Brothers 3 years Quanto Capital Protected Note on Gold Ounce 06.03.2011 | EUR 45,000 | 24 March 2010 |

Yours sincerely,

CREDIT SUISSE AG, SINGAPORE BRANCH

Name Surname *ANDREAS GROINIG*
Title/function *AVP*

Name Surname *JOHNNY LIU*
Title/function *AVP*

**Should there be any difficulty with this transmission, please notify the sender at the telephone number given above.**

This facsimile is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.



*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| --- | --- |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

# LEHMAN SECURITIES PROGRAMS
# PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000055825



---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Credit Suisse Singapore Branch

See Attached Rider

Telephone number:                 Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
   (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                 Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** See Attached Rider                     **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See Attached Rider                     **(Required)**

3.  Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See Attached Rider                     **(Required)**

4.  Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
See Attached Rider
                     **(Required)**

5.  **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FILED/RECEIVED**

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.<br>10/15/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>*Gary Ng*        *Thomas Heeb* DIR SEC OPS APAC |
| --- | --- |

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Gary James Ng
Legal and Compliance            Thomas Heeb

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
### Credit Suisse, Singapore Branch against LBHI (Lehman Programs Securities)

        1.      In accordance with the Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse, Singapore Branch ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in Schedule I. Schedule I lists the International Securities Identification Number, Depository Participant Account Number, and Depository Blocking Reference Number for each LPS related to this claim.

        2.      As the LPS are booked either in units or nominal amounts in the relevant depository systems, CS has provided the number of units or nominal amounts held for each LPS in Schedule I in lieu of claim amounts. CS reserves the right to amend this proof of claim at a later date to specify claim amounts in United States dollars.

        3.      CS reserves the right to amend, modify or supplement this proof of claim in any manner, for any purpose and at any time.

        4.      CS reserves the right to assert and file any and all additional claims of whatever kind or nature that it has or may hereinafter have against LBHI.

        5.      CS reserves the right to set-off any claim set forth in this proof of claim against any claim that LBHI or the LBHI estate has or may assert against CS.

        6.      CS reserves all rights it has or may have in the future against LBHI. This proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

[[NYCORP:3175853v1:3176D:10/26/09--04:56 p]]

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of

this Court with respect to the subject matter of the claims set forth herein or to this Court's

hearing, determining or entering orders or judgments in any proceedings on this proof of claim,

(c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any

controversy or proceedings related to these cases or (d) an election of remedies.

7.      No judgment has been rendered on the claims set forth in this proof of

claim.

8.      No payments on the claims set forth in this proof of claim have been

made by the debtor.

9.    All notices concerning this proof of claim should be sent to:

    Credit Suisse, Singapore Branch
    1 Madison Avenue
    New York, NY 10010
    Attn: Allen Gage
    Ph:  (212) 538-9137

    With a copy to:

    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    Attn: Richard Levin
    Ph:  (212) 474-1135

# SCHEDULE I

**CS Entity: Credit Suisse AG, Singapore Branch**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear A/C 22043 | | | Euroclear A/C 94285 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Nominal | Units | Nominal | Units | Blocking No. | Nominal | Units | Blocking No. |
| ANN5214A3502 | USD | Euroclear | | 250 | | 250 | 9464836 | | | |
| ANN5214A3502 | USD | CS Zurich | | 850 | | | | | 850 | 9464762 |
| CH0026985082 | EUR | Euroclear | 40,000 | | 40,000 | | 9464837 | | | |
| XS0128857413 | EUR | Euroclear | 100,000 | | 100,000 | | 9464838 | | | |
| XS0176153350 | EUR | Euroclear | 30,000 | | 30,000 | | 9464839 | | | |
| XS0176153350 | EUR | CS Zurich | 370,000 | | | | | 370,000 | | 9464748 |
| XS0183944643 | EUR | Euroclear | 150,000 | | 150,000 | | 9464840 | | | |
| XS0186243118 | CHF | Euroclear | 100,000 | | 100,000 | | 9464841 | | | |
| XS0186983798 | USD | Euroclear | 180,000 | | 180,000 | | 9464842 | | | |
| XS0186983798 | USD | CS Zurich | 3,050,000 | | | | | 3,050,000 | | 9464754 |
| XS0203783526 | USD | Euroclear | 200,000 | | 200,000 | | 9464843 | | | |
| XS0203783526 | USD | CS Zurich | 4,350,000 | | | | | 4,350,000 | | 9464751 |
| XS0204933997 | USD | Euroclear | 400,000 | | 400,000 | | 9464844 | | | |
| XS0204933997 | USD | CS Zurich | 5,520,000 | | | | | 5,520,000 | | 9464756 |
| XS0210414750 | GBP | Euroclear | 65,000 | | 65,000 | | 9464845 | | | |
| XS0213416141 | EUR | Euroclear | 100,000 | | 100,000 | | 9464846 | | | |
| XS0223590612 | CHF | Euroclear | 45,000 | | 45,000 | | 9464847 | | | |
| XS0229269856 | EUR | Euroclear | 320,000 | | 320,000 | | 9464848 | | | |
| XS0229584296 | EUR | Euroclear | 900,000 | | 900,000 | | 9464849 | | | |
| XS0250879763 | EUR | Euroclear | 235,000 | | 235,000 | | 9464850 | | | |
| XS0250879763 | USD | CS Zurich | 720,000 | | | | | 720,000 | | 9464758 |
| XS0252834576 | EUR | Euroclear | 400,000 | | 400,000 | | 9464851 | | | |
| XS0254171191 | EUR | Euroclear | 9,300,000 | | 9,300,000 | | 9464852 | | | |
| XS0268077780 | USD | Euroclear | 800,000 | | 800,000 | | 9464853 | | | |
| XS0272349332 | USD | Euroclear | 200,000 | | 200,000 | | 9464854 | | | |
| XS0275725611 | USD | Euroclear | 1,000,000 | | 1,000,000 | | 9464855 | | | |
| XS0276148508 | HKD | Euroclear | 3,000,000 | | 3,000,000 | | 9464856 | | | |
| XS0276149738 | USD | Euroclear | 2,450,000 | | 2,450,000 | | 9464857 | | | |
| XS0276600292 | USD | Euroclear | 200,000 | | 200,000 | | 9464858 | | | |
| XS0281959311 | EUR | Euroclear | 200,000 | | 200,000 | | 9464859 | | | |
| XS0282978666 | EUR | Euroclear | 500,000 | | 500,000 | | 9464860 | | | |
| XS0283189016 | USD | Euroclear | 700,000 | | 700,000 | | 9464861 | | | |
| XS0284084802 | USD | Euroclear | 2,000,000 | | 2,000,000 | | 9464862 | | | |
| XS0290557692 | USD | Euroclear | 3,000,000 | | 3,000,000 | | 9464863 | | | |
| XS0290694925 | USD | Euroclear | 350,000 | | 350,000 | | 9464864 | | | |
| XS0292337309 | USD | Euroclear | 200,000 | | 200,000 | | 9464865 | | | |
| XS0299857234 | HKD | Euroclear | 3,000,000 | | 3,000,000 | | 9464866 | | | |
| XS0330339578 | EUR | Euroclear | 100,000 | | 100,000 | | 9464867 | | | |
| XS0301129549 | EUR | Euroclear | 100,000 | | 100,000 | | 9464868 | | | |

**CS Entity: Credit Suisse AG, Singapore Branch**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear A/C 22043 | | | Euroclear A/C 94285 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Nominal | Units | Nominal | Units | Blocking No. | Nominal | Units | Blocking No. |
| XS0301337225 | USD | Euroclear | 300,000 | | 300,000 | | 9464869 | | | |
| XS0301568118 | HKD | Euroclear | 5,000,000 | | 5,000,000 | | 9464870 | | | |
| XS0301568977 | USD | Euroclear | 900,000 | | 900,000 | | 9464871 | | | |
| XS0301813522 | USD | Euroclear | 3,890,000 | | 3,890,000 | | 9464872 | | | |
| XS0302669519 | EUR | Euroclear | 845,000 | | 845,000 | | 9464873 | | | |
| XS0303759632 | USD | Euroclear | 550,000 | | 550,000 | | 9464874 | | | |
| XS0305085218 | USD | Euroclear | 200,000 | | 200,000 | | 9464875 | | | |
| XS0305098971 | USD | Euroclear | 600,000 | | 600,000 | | 9464876 | | | |
| XS0305100389 | EUR | Euroclear | 100,000 | | 100,000 | | 9464877 | | | |
| XS0308100402 | USD | Euroclear | 5,000,000 | | 5,000,000 | | 9464878 | | | |
| XS0308274140 | USD | Euroclear | 500,000 | | 500,000 | | 9464879 | | | |
| XS0308390722 | USD | Euroclear | 4,000,000 | | 4,000,000 | | 9464880 | | | |
| XS0308588838 | USD | Euroclear | 400,000 | | 400,000 | | 9464881 | | | |
| XS0308734911 | USD | Euroclear | 5,300,000 | | 5,300,000 | | 9464882 | | | |
| XS0308970994 | USD | Euroclear | 1,000,000 | | 1,000,000 | | 9464883 | | | |
| XS0316992154 | USD | Euroclear | 1,000,000 | | 1,000,000 | | 9464884 | | | |
| XS0319612114 | USD | Euroclear | 3,000,000 | | 3,000,000 | | 9464885 | | | |
| XS0320520884 | USD | Euroclear | 1,200,000 | | 1,200,000 | | 9464886 | | | |
| XS0321101007 | USD | Euroclear | 450,000 | | 450,000 | | 9464887 | | | |
| XS0323081801 | USD | Euroclear | 200,000 | | 200,000 | | 9464888 | | | |
| XS0323535418 | USD | Euroclear | | 115 | | 115 | 9464889 | | | |
| XS0324461671 | USD | Euroclear | 1,100,000 | | 1,100,000 | | 9464890 | | | |
| XS0325369725 | USD | Euroclear | 100,000 | | 100,000 | | 9464891 | | | |
| XS0325369725 | USD | CS Zurich | 178,000 | | | | | 178,000 | | 9464753 |
| XS0325550555 | EUR | Euroclear | 100,000 | | 100,000 | | 9464892 | | | |
| XS0326490843 | USD | Euroclear | 3,000,000 | | 3,000,000 | | 9464893 | | | |
| XS0326539102 | USD | Euroclear | 100,000 | | 100,000 | | 9464894 | | | |
| XS0327848015 | USD | Euroclear | 600,000 | | 600,000 | | 9464895 | | | |
| XS0328064810 | USD | Euroclear | 200,000 | | 200,000 | | 9464896 | | | |
| XS0328864698 | HKD | Euroclear | 40,500,000 | | 40,500,000 | | 9464897 | | | |
| XS0330421321 | USD | Euroclear | 600,000 | | 600,000 | | 9464898 | | | |
| XS0330421834 | HKD | Euroclear | 10,000,000 | | 10,000,000 | | 9464899 | | | |
| XS0330422055 | HKD | Euroclear | 1,000,000 | | 1,000,000 | | 9464900 | | | |
| XS0331034768 | USD | Euroclear | 1,950,000 | | 1,950,000 | | 9464901 | | | |
| XS0331399773 | USD | Euroclear | 100,000 | | 100,000 | | 9464902 | | | |
| XS0331399856 | EUR | Euroclear | 300,000 | | 300,000 | | 9464903 | | | |
| XS0331399930 | USD | Euroclear | 350,000 | | 350,000 | | 9464904 | | | |
| XS0332199115 | USD | Euroclear | 250,000 | | 250,000 | | 9464905 | | | |
| XS0333301546 | HKD | Euroclear | 1,000,000 | | 1,000,000 | | 9464906 | | | |

**CS Entity: Credit Suisse AG, Singapore Branch**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian Nominal | Units | Euroclear A/C 22043 Nominal | Units | Blocking No. | Euroclear A/C 94285 Nominal | Units | Blocking No. |
|---|---|---|---|---|---|---|---|---|---|---|
| XS0333830965 | HKD | Euroclear | 6,000,000 | | 6,000,000 | | 9464907 | | | |
| XS0335143102 | NZD | Euroclear | 1,500,000 | | 1,500,000 | | 9464908 | | | |
| XS0335156773 | USD | Euroclear | 2,100,000 | | 2,100,000 | | 9464909 | | | |
| XS0336151088 | EUR | Euroclear | 30,000 | | 30,000 | | 9464910 | | | |
| XS0336410013 | USD | Euroclear | 120,000 | | 120,000 | | 9464911 | | | |
| XS0338076515 | HKD | Euroclear | 9,000,000 | | 9,000,000 | | 9464912 | | | |
| XS0338676207 | USD | Euroclear | 300,000 | | 300,000 | | 9464913 | | | |
| XS0338676389 | USD | Euroclear | 1,300,000 | | 1,300,000 | | 9464914 | | | |
| XS0339537390 | EUR | Euroclear | 1,800,000 | | 1,800,000 | | 9464915 | | | |
| XS0339537804 | USD | Euroclear | 290,000 | | 290,000 | | 9464916 | | | |
| XS0340433373 | USD | Euroclear | 950,000 | | 950,000 | | 9464917 | | | |
| XS0341732658 | USD | Euroclear | 150,000 | | 150,000 | | 9464918 | | | |
| XS0342097747 | USD | Euroclear | 100,000 | | 100,000 | | 9464919 | | | |
| XS0346438731 | USD | Euroclear | 3,000,000 | | 3,000,000 | | 9464920 | | | |
| XS0348395814 | SGD | Euroclear | 2,000,000 | | 2,000,000 | | 9464921 | | | |
| XS0349757442 | USD | Euroclear | 2,700,000 | | 2,700,000 | | 9464922 | | | |
| XS0350419403 | USD | Euroclear | 4,000,000 | | 4,000,000 | | 9464923 | | | |
| XS0353349045 | USD | Euroclear | 320,000 | | 320,000 | | 9464924 | | | |
| XS0353392881 | USD | Euroclear | 350,000 | | 350,000 | | 9464925 | | | |
| XS0353875528 | USD | Euroclear | 1,450,000 | | 1,450,000 | | 9464926 | | | |
| XS0356956564 | USD | Euroclear | 100,000 | | 100,000 | | 9464927 | | | |
| XS0310084339 | EUR | Euroclear | 300,000 | | 300,000 | | 9464928 | | | |
| ANN5214A6634 | USD | CS Zurich | | 7,400 | | | | | 7,400 | 9464763 |
| ANN5214R7595 | USD | CS Zurich | | 3,000 | | | | | 3,000 | 9464765 |
| XS0187966949 | USD | CS Zurich | 4,000,000 | | | | | 4,000,000 | | 9464755 |
| XS0266486025 | USD | CS Zurich | 100,000 | | | | | 100,000 | | 9464759 |
| XS0268003908 | EUR | CS Zurich | 20,000 | | | | | 20,000 | | 9464760 |
| XS0274985828 | USD | CS Zurich | 875,000 | | | | | 875,000 | | 9464761 |
| XS0303746571 | EUR | CS Zurich | 200,000 | | | | | 200,000 | | 9464764 |
| XS0312480196 | JPY | CS Zurich | 30,000,000 | | | | | 30,000,000 | | 9464752 |
| XS0332645422 | USD | CS Zurich | 2,000,000 | | | | | 2,000,000 | | 9464766 |
| XS0335352877 | USD | CS Zurich | | 1,650 | | | | | 1,650 | 9464750 |
| XS0335984648 | EUR | CS Zurich | 99,000 | | | | | 99,000 | | 9464749 |
| XS0337685670 | USD | CS Zurich | 316,000 | | | | | 316,000 | | 9464767 |
| XS0347732892 | USD | CS Zurich | 350,000 | | | | | 350,000 | | 9464769 |
| XS0349282151 | EUR | CS Zurich | 600,000 | | | | | 600,000 | | 9464770 |
| XS0351272322 | EUR | CS Zurich | 45,000 | | | | | 45,000 | | 9464771 |
| XS0360599665 | EUR | CS Zurich | 620,000 | | | | | 620,000 | | 9464772 |
| XS0235227302 | EUR | CS Zurich | | 35 | | | | | 35 | 9464757 |

**CS Entity: Credit Suisse AG, Singapore Branch**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear A/C 22043 | | | Euroclear A/C 94285 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Nominal | Units | Nominal | Units | Blocking No. | Nominal | Units | Blocking No. |
| XS0346699613 | USD | CS Zurich | 500,000 | | | | | 500,000 | | 9464768 |

HAND DELIVERY

_R. Salazar_
RECEIVED BY:

_10/29/09_
DATE

_3:06_
TIME



PICTET
1805

Pictet & Cie    Pictet & Cie Banquiers
Route des Acacias 60
1211 Genève 73
Suisse
Tél. +41 (0)58 323 2323
Fax +41 (0)58 323 2324
www.pictet.com

By registered mail
Lehman Brothers Holdings Claims
Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Geneva, 5 October 2011
Our ref: 1326/AS

Re : **Lehman Brothers Holding Inc., et al., Debtors**
**Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)**
**TRANSFER OF CLAIM**

Dear Sirs,

Acting as authorised representatives of Pictet & Cie, we are pleased to request the transfer of a portion of the claim number **55825** filled in the name of Credit Suisse AG, Singapore Branch (Transferor) to Pictet & Cie (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee :

- Form 210A duly signed by the Transferee;
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (asalamolard@pictet.com), fax (+41583232950), telephone (+41583231326) or post mail to the attention of Mr. Antoine Salamolard, Legal Department.

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

PICTET & C^IE

Antoine Salamolard        Nadia Gilliard



**009.80**

PRIORITY
Stand 2

*LA POSTE*

06.10.11

CH-1200
Genève 2

750238

06.10.2011

A
Priority
1200 Genève 2

RM 043 176 755 CH

RECEIVED

OCT 12 2011

BY



Recommandé
Etranger    R