JEFFREY L. LIDDLE, ESQ.  
MICHAEL E. GRENERT, ESQ.  
LIDDLE & ROBINSON, L.L.P.  
*Attorneys for James G. Lister*     **Claim No. 17624**  
800 Third Avenue, 8th Floor  
New York, New York 10022  
(212) 687-8500  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------------X  
:   Chapter 11  
In re     :  
LEHMAN BROTHERS HOLDINGS INC., *et al*   :   Case No. 08-13555 (JMP)  
:  
Debtors.   :  
:   (Jointly Administered)  
------------------------------------------------------------------------ X  

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )  
                      ) ss.:  
COUNTY OF NEW YORK    )  

Daniel S. Jo, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am an associate with Liddle & Robinson, L.L.P., having offices at 800 Third Avenue, 8th Floor, New York, New York 10022.

2. On October 13, 2011, I caused to be served, true and correct copies of the Response of James G. Lister to Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) (Dkt. No. 20807), filed via the Court's ECF system on such date and via Federal Express and/or email, as indicated, upon the parties listed on the attached service list.

                                        /s/ Daniel S. Jo_____
                                        Daniel S. Jo

Sworn to before me this
14th day of October, 2011

/s/ Karen Hetz_____
NOTARY PUBLIC

Notary Public, State of New York
No. 01HE4632920
Qualified in Richmond County
Certificate Expires July 31, 2014

**Service List**

**Via Email and Federal Express**
Weil, Gotshal & Manges LLP
*Attorneys for the Debtors*
767 Fifth Avenue
New York, New York  10153
Attn:   Robert J. Lemons, Esq.
        Mark Bernstein, Esq.

**Via Federal Express**
Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn:   Tracy Hope Davis, Esq.

**Via Email and Federal Express**
Milbank, Tweed, Hadley & McCloy LLP
*Attorneys for the Official Committee of Unsecured Creditors*
1 Chase Manhattan Plaza
New York, New York  10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.