PRYOR CASHMAN LLP
7 Times Square
New York, New York  10036-6569
Seth H. Lieberman
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
slieberman@pryorcashman.com

- and –

LAW OFFICES OF JEREMY D. WEINSTEIN, P.C.
1512 Bonanza St.
(The Old Fire Station)
Walnut Creek, CA  94596
Jeremy D. Weinstein (pro hac vice application pending)
Telephone: (925) 943-3103
Facsimile: (925) 943-3105
jweinstein@prodigy.net

Attorneys for Claimant Iberdrola Renewables Energies USA, Ltd.
and Claimant's manager Iberdrola Renewables, Inc., fka PPM Energy, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| **In re** | : Case No. 08-13555 (JMP) |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : Chapter 11 |
| | : |
| **Debtors.** | : (Jointly Administered) |

---------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeremy D. Weinstein, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Iberdrola Renewables Energies USA, Ltd. and Iberdrola Renewables, Inc., fka PPM Energy, Inc., creditors in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of California and the bars of the U.S. District Courts for the Northern District of California and the Eastern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 14, 2011
New York, New York

BY: /s/ *Jeremy D. Weinstein*
Jeremy D. Weinstein
Law Offices of Jeremy D. Weinstein, P.C.
1512 Bonanza St.
(The Old Fire Station)
Walnut Creek, CA 94596
jweinstein@prodigy.net
(925) 943-3103