**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                    : Case No. 08-13555 (JMP)
                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       : Chapter 11
                                                                              :
**Debtors.**                                                         : (Jointly Administered)
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeremy D. Weinstein, to be admitted, *pro hac vice*, to represent Iberdrola Renewables Energies USA, Ltd. and Iberdrola Renewables, Inc., fka PPM Energy, Inc. (the "Clients"), creditors in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bars of the U.S. District Courts for the Northern District of California and the Eastern District of California, it is hereby

**ORDERED**, that Jeremy D. Weinstein, Esq., is admitted to practice *pro hac vice* in the above-referenced case, to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2011
New York, New York

                                                                          _____
                                                                          UNITED STATES BANKRUPTCY JUDGE