Hearing Date and Time: October 19, 2011 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5097
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
                                            :
-----------------------------------------------------------------x
```

**NOTICE OF FILING OF SETTLEMENT AGREEMENTS
AND REVISED PROPOSED ORDER RELATING TO DEBTORS'
MOTION PURSUANT TO SECTION 363 OF THE BANKRUPTCY
CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR
AUTHORITY TO ENTER INTO SETTLEMENT WITH BOND SAFEGUARD
INSURANCE COMPANY AND LEXON INSURANCE COMPANY**

PLEASE TAKE NOTICE that in connection with the hearing to be held on

October 19, 2011 at 10:00 a.m. with respect to the motion of Lehman Brothers Holdings Inc. and

its affiliated debtors in the above referenced chapter 11 cases, including Lehman Commercial

Paper Inc., as debtors-in-possession (together, the "Debtors"), pursuant to section 363 of title 11

of the United States Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for

authority to enter into a settlement with Bond Safeguard Insurance Company and its affiliate

Lexon Insurance Company (the "Motion")[1] [ECF No. 20355], the Debtors hereby file a copy of the Bond Settlement Agreements and a revised form of order.

PLEASE TAKE FURTHER NOTICE that in accordance with the material terms, provisions and conditions of the Bond Safeguard Term Sheet, attached to the Motion as Exhibit A, the Lehman Creditors, as applicable, and Bond Safeguard with respect to the SunCal Involuntary Debtors have entered into that certain settlement agreement attached hereto as Exhibit 1. The Lehman Creditors, as applicable, and Bond Safeguard with respect to the SunCal Voluntary Debtors have entered into that certain settlement agreement in accordance with the material terms, provisions and conditions of the Bond Safeguard Term Sheet and attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that in light of the executed Bond Settlement Agreements, the Debtors hereby file a revised form of order approving the Motion. Attached hereto as Exhibit 3 is a clean copy of the revised form of order granting the Motion. Attached hereto as Exhibit 4 is a blacklined copy of the revised form of order granting the Motion, marked to reflect modifications made to the proposed order annexed to the Motion.

Dated:  October 14, 2011
        Houston, Texas

/s/ Alfredo R. Pérez
Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5097
Facsimile: (713) 224-9511

Attorneys for Debtors
and Debtors in Possession

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.