Hearing Date and Time: December 6, 2011 at 10:00 a.m. (Eastern Time)
Plan Objection Deadline: November 4, 2011 at 4:00 p.m. (Eastern Time)

**SUSMAN GODFREY L.L.P.**
Stephen D. Susman
Arun Subramanian
Drew D. Hansen (admitted *pro hac vice*)
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Mason Capital Management, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF
PRELIMINARY OBJECTION**

Mason Capital Management, LLC ("Mason") hereby withdraws its Preliminary Objection, filed September 29, 2011 (dkt. #20414) to confirmation of the Third Amended Joint Chapter 11 Plan filed by Debtors September 1, 2011 (dkt. #19627).

Dated: October 14, 2011                                  Respectfully Submitted,

                                                                              SUSMAN GODFREY L.L.P.


                                                                              By:    /s/ *Drew D. Hansen*
                                                                                      Stephen D. Susman
                                                                                      S.D. Admissions No. SS8591
                                                                                      Arun Subramanian
                                                                                      S.D. Admissions No. AS2096
                                                                                      ssusman@susmangodfrey.com
                                                                                      asubramanian@susmangodfrey.com
                                                                                      560 Lexington Avenue, 15th Floor
                                                                                      New York, New York 10022
                                                                                      (212) 336-8330

1

Drew D. Hansen (pro hac vice)
dhansen@susmangodfrey.com
1201 Third Ave., Suite 3800
Seattle, WA  98101
(206) 516-3880

*Attorneys for Mason Capital Management, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of October, 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. In addition, pursuant to the Court's Order of September 1, 2011, I served the following parties by hand delivery: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 Attn: Harvey R. Miller, Lori R. Fife, and Alfredo R. Perez, attorneys for the Debtors; (iii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope Davis, Elisabetta Gasparini, and Andrea B. Schwartz; and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck, attorneys for the Creditors' Committee.

_____
Jami Grounds