PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
Telephone:  (215) 981-4481
Facsimile:  (215) 981-4750
Francis J. Lawall (FL 0972)
Nina M. Varughese (NV 2347)
Counsel for ExxonMobil Gas Marketing Europe Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:                                                                 )    Chapter 11
                                                                       )
LEHMAN BROTHERS HOLDINGS INC., *et. al.,*                              )    Case No. 08-13555 (JMP)
                                                                       )
             Debtors.                                                  )    (Jointly Administered)
                                                                       )
------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR**
**REMOVAL FROM SERVICE LISTS**

Nina M. Varughese of Pepper Hamilton LLP hereby withdraws her appearance as counsel for ExxonMobil Gas Marketing Europe Limited in the above-captioned bankruptcy cases and requests that she be removed from the CM/ECF noticing list and any other service lists in these cases.  Francis J. Lawall of Pepper Hamilton LLP will continue to represent ExxonMobil Gas Marketing Europe Limited in these cases.

Dated: October 14, 2011                         PEPPER HAMILTON LLP

                                                By:  /s/ Nina M. Varughese_____
                                                    Francis J. Lawall (FL 0972)
                                                    Nina M. Varughese (NV 2347)
                                                    3000 Two Logan Square
                                                    Eighteenth and Arch Streets
                                                    Philadelphia, Pennsylvania 19103-2799
                                                    Telephone:  (215) 981-4481
                                                    Facsimile:  (215) 981-4750
                                                    lawallf@pepperlaw.com
                                                    varughesen@pepperlaw.com
                                                    *Counsel for ExxonMobil Gas Marketing*
                                                    *Europe Limited*

#15037506 v1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2011, a copy of the attached Notice Of Withdrawal Of Appearance And Request For Removal From Service Lists was served via first class mail, postage prepaid, upon the following parties:

| | |
|---|---|
| Arthur J. Margulies<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>Counsel for Debtors | Harvey R. Miller<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Counsel for Debtors |
| Andrew D. Velez-Rivera<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 | Andrea B. Schwartz<br>Office of U.S.Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| William Heuer, Esq.<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4086<br>Counsel for Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group | Andrew Howard Sherman, Esq.<br>Sills Cummis Epstein & Gross P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Counsel for Trustee, Alfred H. Siegel |
| Elena Paras Ketchum, Esq.<br>Stichter Riedel Blain & Prosser, P.A.<br>110 E. Madison Street<br>Suite 200<br>Tampa, FL 33602<br>Counsel for Trustee Soneet R. Kapila | Christopher K. Kiplok, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. |
| Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Counsel for Official Committee of Unsecured Creditors | Eric D. Winston, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Counsel for Official Committee of Unsecured Creditors |
| Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | |

#15037506 v1

-3-

| | |
|---|---|
| Dated: October 14, 2011 | /s/ Nina M. Varughese_____ |
| | Nina M. Varughese (NV 2347) |
| | 3000 Two Logan Square |
| | Eighteenth and Arch Streets |
| | Philadelphia, Pennsylvania 19103-2799 |
| | Telephone:  (215) 981-4481 |
| | Facsimile:  (215) 981-4750 |
| | varughesen@pepperlaw.com |
| | |
| | Counsel for ExxonMobil Gas Marketing Europe Limited |

.

#15037506 v1