**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : | Ref. Docket No. 20836 |

-------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 13, 2011, I caused to be served the "Notice of Hearing on Debtors' Objection to Claim Nos. 22886, 23011, and 23024 (Duplicative of Indenture Trustee Claim)," dated October 13, 2011, to which was attached the "Debtors' Objection to Claim Nos. 22886, 23011, and 23024 (Duplicative of Indenture Trustee Claim)," dated October 13, 2011 [Docket No. 20836], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.  delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

    c.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, and

    d.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Manners

Sworn to before me this
14th date of October, 2011

Notary Public

JULIA S. BEALLER
Notary Public, State of New York
No. 01BE6222280
Qualified in Kings County
Commission Expires May 24, 20 14

**EXHIBIT A**

## *LBH MSL Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aoberry@bermanesq.com |
| abeaumont@fklaw.com | aostrow@beckerglynn.com |
| abraunstein@riemerlaw.com | apo@stevenslee.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| acker@chapman.com | araboy@cov.com |
| adam.brezine@hro.com | arahl@reedsmith.com |
| adarwin@nixonpeabody.com | arheaume@riemerlaw.com |
| Adiamond@DiamondMcCarthy.com | arlbank@pbfcm.com |
| aeckstein@blankrome.com | arosenblatt@chadbourne.com |
| aentwistle@entwistle-law.com | arthur.rosenberg@hklaw.com |
| afriedman@irell.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashaffer@mayerbrown.com |
| agold@herrick.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | asubramanian@susmangodfrey.com |
| akantesaria@oppenheimerfunds.com | atrehan@mayerbrown.com |
| alum@ftportfolios.com | aunger@sidley.com |
| amarder@msek.com | austin.bankruptcy@publicans.com |
| AMcMullen@BoultCummings.com | avenes@whitecase.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |
| Andrew.Brozman@cliffordchance.com | bankr@zuckerman.com |
| andrew.lourie@kobrekim.com | bankruptcy@goodwin.com |
| angelich.george@arentfox.com | bankruptcy@morrisoncohen.com |
| ann.reynaud@shell.com | bankruptcy@ntexas-attorneys.com |

### LBH MSL Email Service List

| | |
|---|---|
| bankruptcymatters@us.nomura.com | cbrotstein@bm.net |
| barbra.parlin@hklaw.com | ceskridge@susmangodfrey.com |
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bcarlson@co.sanmateo.ca.us | chammerman@paulweiss.com |
| bdk@schlamstone.com | chardman@klestadt.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmerrill@susmangodfrey.com | christopher.schueller@bipc.com |
| BMiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| Brian.Corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| brosenblum@jonesday.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | colea@gtlaw.com |
| bstrickland@wtplaw.com | cousinss@gtlaw.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| bturk@tishmanspeyer.com | cpappas@dilworthlaw.com |
| bwolfe@sheppardmullin.com | craig.goldblatt@wilmerhale.com |
| bzabarauskas@crowell.com | crmomjian@attorneygeneral.gov |
| cahn@clm.com | cs@stevenslee.com |
| calbert@reitlerlaw.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carol.weinerlevy@bingham.com | cshore@whitecase.com |
| cbelisle@wfw.com | cshulman@sheppardmullin.com |
| cbelmonte@ssbb.com | ctatelbaum@adorno.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| cwalsh@mayerbrown.com | deryck.palmer@cwt.com |
| cward@polsinelli.com | dfelder@orrick.com |
| cweber@ebg-law.com | dflanigan@polsinelli.com |
| cweiss@ingramllp.com | dgrimes@reedsmith.com |
| dallas.bankruptcy@publicans.com | dhayes@mcguirewoods.com |
| daniel.guyder@allenovery.com | dheffer@foley.com |
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | djoseph@stradley.com |
| david.crichlow@pillsburylaw.com | dkleiner@velaw.com |
| david.heller@lw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |

### LBH MSL Email Service List

| | |
|---|---|
| dshaffer@wtplaw.com | etillinghast@sheppardmullin.com |
| dshemano@pwkllp.com | ezujkowski@emmetmarvin.com |
| dspelfogel@foley.com | ezweig@optonline.net |
| dtatge@ebglaw.com | fbp@ppgms.com |
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | fishere@butzel.com |
| echang@steinlubin.com | francois.janson@hklaw.com |
| ecohen@russell.com | fsosnick@shearman.com |
| efleck@milbank.com | fyates@sonnenschein.com |
| efriedman@fklaw.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gbray@milbank.com |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | geraci@thalergertler.com |
| ehollander@whitecase.com | ggitomer@mkbattorneys.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| elevin@lowenstein.com | gkaden@goulstonstorrs.com |
| eli.mattioli@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| emerberg@mayerbrown.com | gravert@mwe.com |
| eobrien@sbchlaw.com | gspilsbury@jsslaw.com |
| erin.mautner@bingham.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |
| esmith@dl.com | hbeltzer@mayerbrown.com |

### LBH MSL Email Service List

| | |
|---|---|
| heim.steve@dorsey.com | jbeemer@entwistle-law.com |
| heiser@chapman.com | jbeiers@co.sanmateo.ca.us |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | Jdrucker@coleschotz.com |
| icatto@mwe.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jean-david.barnea@usdoj.gov |
| ilevee@lowenstein.com | jeanites@whiteandwilliams.com |
| info2@normandyhill.com | jeannette.boot@wilmerhale.com |
| ira.herman@tklaw.com | jeff.wittig@coair.com |
| isgreene@hhlaw.com | jeffrey.sabin@bingham.com |
| israel.dahan@cwt.com | jeldredge@velaw.com |
| iva.uroic@dechert.com | jen.premisler@cliffordchance.com |
| jaclyn.genchi@kayescholer.com | jennifer.demarco@cliffordchance.com |
| jacobsonn@sec.gov | jennifer.gore@shell.com |
| james.mcclammy@dpw.com | jeremy.eiden@state.mn.us |
| james.sprayregen@kirkland.com | jfalgowski@reedsmith.com |
| jamestecce@quinnemanuel.com | jflaxer@golenbock.com |
| jamie.nelson@dubaiic.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgarrity@shearman.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |
| Jbecker@wilmingtontrust.com | jguy@orrick.com |

*__LBH MSL Email Service List__*

| | |
|---|---|
| jherzog@gklaw.com | john.monaghan@hklaw.com |
| jhiggins@fdlaw.com | john.rapisardi@cwt.com |
| jhorgan@phxa.com | joli@crlpc.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmazermarino@msek.com | jsullivan@mosessinger.com |
| jmcginley@wilmingtontrust.com | jtimko@shutts.com |
| jmelko@gardere.com | jtougas@mayerbrown.com |
| jmerva@fult.com | judy.morse@crowedunlevy.com |
| jmmurphy@stradley.com | jwallack@goulstonstorrs.com |
| jmr@msf-law.com | jwang@sipc.org |
| jnm@mccallaraymer.com | jwcohen@daypitney.com |

## _LBH MSL Email Service List_

| | |
|---|---|
| jweiss@gibsondunn.com | lathompson@co.sanmateo.ca.us |
| jwest@velaw.com | lawallf@pepperlaw.com |
| jwh@njlawfirm.com | lberkoff@moritthock.com |
| karen.wagner@dpw.com | Lee.Stremba@troutmansanders.com |
| KDWBankruptcyDepartment@kelleydrye.com | lgranfield@cgsh.com |
| keckhardt@hunton.com | lhandelsman@stroock.com |
| keith.simon@lw.com | linda.boyle@twtelecom.com |
| Ken.Coleman@allenovery.com | lisa.ewart@wilmerhale.com |
| ken.higman@hp.com | lisa.kraidin@allenovery.com |
| kerry.moynihan@hro.com | LJKotler@duanemorris.com |
| kgwynne@reedsmith.com | lmarinuzzi@mofo.com |
| kiplok@hugheshubbard.com | Lmay@coleschotz.com |
| kkelly@ebglaw.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| KReynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | MAOFILING@CGSH.COM |
| lacyr@sullcrom.com | Marc.Chait@SC.com |
| Landon@StreusandLandon.com | margolin@hugheshubbard.com |

**_LBH MSL Email Service List_**

| | |
|---|---|
| mark.deveno@bingham.com | mhopkins@cov.com |
| mark.ellenberg@cwt.com | michael.frege@cms-hs.com |
| mark.houle@pillsburylaw.com | michael.kelly@monarchlp.com |
| mark.sherrill@sutherland.com | michael.kim@kobrekim.com |
| martin.davis@ots.treas.gov | michael.reilly@bingham.com |
| Marvin.Clements@ag.tn.gov | millee12@nationwide.com |
| matt@willaw.com | miller@taftlaw.com |
| matthew.klepper@dlapiper.com | mimi.m.wong@irscounsel.treas.gov |
| maustin@orrick.com | mitchell.ayer@tklaw.com |
| max.polonsky@skadden.com | mjacobs@pryorcashman.com |
| mbenner@tishmanspeyer.com | mjedelman@vedderprice.com |
| mberman@nixonpeabody.com | MJR1@westchestergov.com |
| mbienenstock@dl.com | mkjaer@winston.com |
| mbossi@thompsoncoburn.com | mlahaie@akingump.com |
| mcademartori@sheppardmullin.com | MLandman@lcbf.com |
| mccombst@sullcrom.com | mlynch2@travelers.com |
| mcordone@stradley.com | mmendez@hunton.com |
| mcto@debevoise.com | mmooney@deilylawfirm.com |
| mdorval@stradley.com | mmorreale@us.mufg.jp |
| melorod@gtlaw.com | mneier@ibolaw.com |
| meltzere@pepperlaw.com | monica.lawless@brookfieldproperties.com |
| metkin@lowenstein.com | mpage@kelleydrye.com |
| mfeldman@willkie.com | mprimoff@kayescholer.com |
| mgordon@briggs.com | mpucillo@bermanesq.com |
| mgreger@allenmatkins.com | mrosenthal@gibsondunn.com |
| mh1@mccallaraymer.com | mruetzel@whitecase.com |

### LBH MSL Email Service List

| | |
|---|---|
| mschimel@sju.edu | peisenberg@lockelord.com |
| mshiner@tuckerlaw.com | peter.gilhuly@lw.com |
| msiegel@brownrudnick.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| neilberger@teamtogut.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwright@dl.com |
| Nherman@morganlewis.com | r.stahl@stahlzelloe.com |
| nissay_10259-0154@mhmjapan.com | raj.madan@bingham.com |
| nlepore@schnader.com | rajohnson@akingump.com |
| notice@bkcylaw.com | ramona.neal@hp.com |
| oipress@travelers.com | ranjit.mather@bnymellon.com |
| omeca.nedd@lovells.com | rbeacher@pryorcashman.com |
| otccorpactions@finra.org | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |
| paul.turner@sutherland.com | rfleischer@pryorcashman.com |
| pbattista@gjb-law.com | rfrankel@orrick.com |
| pbosswick@ssbb.com | rfriedman@silvermanacampora.com |
| pdublin@akingump.com | rgmason@wlrk.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| rgraham@whitecase.com | RTrust@cravath.com |
| rhett.campbell@tklaw.com | russj4478@aol.com |
| richard.lear@hklaw.com | rwasserman@cftc.gov |
| richard.levy@lw.com | rwyron@orrick.com |
| richard.tisdale@friedfrank.com | s.minehan@aozorabank.co.jp |
| richard@rwmaplc.com | sabin.willett@bingham.com |
| ritkin@steptoe.com | sabramowitz@velaw.com |
| RJones@BoultCummings.com | sagolden@hhlaw.com |
| rleek@HodgsonRuss.com | sagrawal@susmangodfrey.com |
| RLevin@cravath.com | Sally.Henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rnetzer@willkie.com | Sara.Tapinekis@cliffordchance.com |
| robert.bailey@bnymellon.com | scargill@lowenstein.com |
| robert.dombroff@bingham.com | schannej@pepperlaw.com |
| robert.henoch@kobrekim.com | Schepis@pursuitpartners.com |
| robert.malone@dbr.com | schnabel.eric@dorsey.com |
| Robert.yalen@usdoj.gov | schristianson@buchalter.com |
| robertdakis@quinnemanuel.com | schwartzmatthew@sullcrom.com |
| Robin.Keller@Lovells.com | scottshelley@quinnemanuel.com |
| roger@rnagioff.com | scousins@armstrongteasdale.com |
| ronald.silverman@bingham.com | sdnyecf@dor.mo.gov |
| rqureshi@reedsmith.com | sehlers@armstrongteasdale.com |
| rreid@sheppardmullin.com | sfelderstein@ffwplaw.com |
| rroupinian@outtengolden.com | sfineman@lchb.com |
| rrussell@andrewskurth.com | sfox@mcguirewoods.com |
| rterenzi@stcwlaw.com | sgordon@cahill.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| sgubner@ebg-law.com | steven.wilamowsky@bingham.com |
| shannon.nagle@friedfrank.com | Streusand@StreusandLandon.com |
| sharbeck@sipc.org | susan.schultz@newedgegroup.com |
| shari.leventhal@ny.frb.org | susheelkirpalani@quinnemanuel.com |
| shgross5@yahoo.com | swolowitz@mayerbrown.com |
| sidorsky@butzel.com | szuch@wiggin.com |
| slerner@ssd.com | tannweiler@greerherz.com |
| slevine@brownrudnick.com | tarbit@cftc.gov |
| SLoden@DiamondMcCarthy.com | tbrock@ssbb.com |
| smayerson@ssd.com | tdewey@dpklaw.com |
| smillman@stroock.com | tduffy@andersonkill.com |
| smulligan@bsblawyers.com | teresa.oxford@invescoaim.com |
| snewman@katskykorins.com | TGoren@mofo.com |
| sory@fdlaw.com | thaler@thalergertler.com |
| spiotto@chapman.com | thomas.califano@dlapiper.com |
| splatzer@platzerlaw.com | thomas.ogden@dpw.com |
| squigley@lowenstein.com | Thomas_Noguerola@calpers.ca.gov |
| SRee@lcbf.com | timothy.brink@dlapiper.com |
| sselbst@herrick.com | timothy.palmer@bipc.com |
| sshimshak@paulweiss.com | tjfreedman@pbnlaw.com |
| sskelly@teamtogut.com | tkarcher@dl.com |
| ssusman@susmangodfrey.com | tkiriakos@mayerbrown.com |
| steele@lowenstein.com | tlauria@whitecase.com |
| stephen.cowan@dlapiper.com | tmacwright@whitecase.com |
| steve.ginther@dor.mo.gov | tmayer@kramerlevin.com |
| steven.troyer@commerzbank.com | tnixon@gklaw.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| toby.r.rosenberg@irscounsel.treas.gov | wzoberman@bermanesq.com |
| tony.davis@bakerbotts.com | yamashiro@sumitomotrust.co.jp |
| tslome@msek.com | YUwatoko@mofo.com |
| ttracy@crockerkuno.com | |
| twheeler@lowenstein.com | |
| ukreppel@whitecase.com | |
| vdagostino@lowenstein.com | |
| Villa@StreusandLandon.com | |
| vmilione@nixonpeabody.com | |
| vrubinstein@loeb.com | |
| walter.stuart@freshfields.com | |
| wanda.goodloe@cbre.com | |
| WBallaine@lcbf.com | |
| wbenzija@halperinlaw.net | |
| wcurchack@loeb.com | |
| wfoster@milbank.com | |
| william.m.goldman@dlapiper.com | |
| wiltenburg@hugheshubbard.com | |
| wisotska@pepperlaw.com | |
| wk@pwlawyers.com | |
| wmckenna@foley.com | |
| woconnor@crowell.com | |
| wsilverm@oshr.com | |
| wswearingen@llf-law.com | |
| wtaylor@mccarter.com | |
| wweintraub@fklaw.com | |

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

**LBH_20836_10_13_11**

Commingled Pension Trust Fund (Core Bond)
of JPMorgan Chase Bank, N.A.
245 Park Avenue
New York, NY 10167-0001

**LBH_20836_10_13_11**

JPMorgan Intermediate Bond Trust,
a series of JPMorgan Institutional Trust
245 Park Avenue
New York, NY 10167-0001

**LBH_20836_10_13_11**

Commingled Pension Trust Fund (Market Plus Bond)
of JPMorgan Chase Bank, N.A.
245 Park Avenue
New York, NY 10167-0001

**LBH_20836_10_13_11**

Commingled Pension Trust Fund (Core Bond)
of JPMorgan Chase Bank, N.A.
c/o J. Morgan Investment Management, Inc.
Legal Dept Floor 4P
Attention: Scott E. Richter, Esq
1111 Polaris Parkway
Columbus, Ohio 43240-2050

**LBH_20836_10_13_11**

JPMorgan Intermediate Bond Trust,
a series of JPMorgan Institutional Trust
c/o J.P. Morgan Investment Management, Inc.
Legal Dept Floor 4P
Attention: Scott E. Richter, Esq.
1111 Polaris Parkway
Columbus, Ohio 43240-2050

**LBH_20836_10_13_11**

Jeffery Black, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

**LBH_20836_10_13_11**

Harold S. Novikoff, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019

**LBH_20836_10_13_11**

Kathryn Gettles-Atwa, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019

**LBH_20836_10_13_11**

Commingled Pension Trust Fund (Market Plus Bond)
of JPMorgan Chase Bank, N.A.
c/o J. Morgan Investment Management, Inc.
Legal Dept Floor 4P
1111 Polaris Parkway
Columbus, Ohio 43240-2050
Attention: Scott E. Richter, Esq.