**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC. | : | Adv. Proc. No. 10-03228-jmp |
| Plaintiffs, | : | |
| -against- | : | |
| NOMURA INTERNATIONAL PLC, | : | |
| Defendant. | : | |

---

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC. | : | Adv. Proc. No. 10-03229-jmp |
| Plaintiffs, | : | |
| -against- | : | |
| NOMURA SECURITIES CO. LTD. | : | |
| Defendant. | : | |

---

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )   SS.:
COUNTY OF NEW YORK           )

**Brett Stone**, being duly sworn, deposes and says:

1. The deponent is employed by Jones Day, 222 East 41st Street, New York, New York 10017, is over 18 years of age and is not a party to the above captioned proceeding.

2. On October 14, 2011, deponent caused to be served the **October 14, 2011 Letter to the Court** [Docket No. 20850] by causing true and correct copies to be:

   a. delivered via regular mail to those parties listed on the annexed Exhibit A.

   b. delivered via hand delivery to that party listed on the annexed Exhibit B.

/s/ Brett Stone
Brett Stone

Sworn to before me on this
14th day of October, 2011

/s/ Alicia Farrington
Notary Public

Alicia Farrington
Notary Public, State of New York
No. 01FA4968424
Qualified in Kings County
Commission Expires June 25, 2014

NYI-4405135v1

# EXHIBIT A

David Cohen, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, NW, Suite 1100
Washington, DC 20006

Stephen J. Shimshak, Esq.
Paul Weiss Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Paul Vizcarrondo, Jr., Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Brian H. Polovoy, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Michael A. Paskin, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Bruce E. Clark, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

## **EXHIBIT B**

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004