UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                                                        : Chapter 11
                                                                                                   : Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., : Jointly Administered
                                                                                                   :
                                              Debtors.                             :
------------------------------------------------------------------------x
In re:                                                                                        : SIPA Proceeding
                                                                                                   : Case No. 08-01420 (JMP)
LEHMAN BROTHERS INC.,                                                   :
                                                                                                   :
                                              Debtor.                               :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       Christopher Clark, being duly sworn, deposes and says:

       1.     I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to The Official Committee Of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned proceeding.

       2.     On October 11, 2011, I caused a true and correct copy of the Stipulation and [Proposed] Order Regarding Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses and Motion to Unseal Same and Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses (the "Pleadings") to be served via electronic mail to the parties set forth in Schedule A. Additionally, on October 11, 2011, a true and correct copy of the Pleadings was left in the care and custody of the U.S. Postal Service in a properly addressed envelope, first class, postage paid, to the parties set forth in Schedule B.

3. Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2011
New York, New York

                                          /s/ Christopher Clark
                                        CHRISTOPHER CLARK

# SCHEDULE A

richard.krasnow@weil.com'
'lori.fife@weil.com'
'robert.lemons@weil.com'
'jacqueline.marcus@weil.com'
'giddens@hugheshubbard.com'
'kiplok@hugheshubbard.com'
'kobak@hugheshubbard.com'
'margolin@hugheshubbard.com'
'lubell@hugheshubbard.com'
'wiltenburg@hugheshubbard.com'
'ddunne@milbank.com'
'wfoster@milbank.com'
'dodonnell@milbank.com'
'efleck@milbank.com'
'paronzon@milbank.com'
'gbray@milbank.com'
'robert.yalen@usdoj.gov'
'tarbit@cftc.gov' 'rwasserman@cftc.gov'
'sharbeck@sipc.org' 'jwang@sipc.org'
'jean-david.barnea@usdoj.gov'
'joseph.cordaro@usdoj.gov'
'newyork@sec.gov' 'jacobsonn@sec.gov'
'jbromley@cgsh.com'
'lschweitzer@cgsh.com'
'lgranfield@cgsh.com'
'ctatelbaum@adorno.com'
'mstamer@akingump.com'
'pdublin@akingump.com'
'mlahaie@akingump.com'
'rajohnson@akingump.com'
'lisa.kraidin@allenovery.com'
'ken.coleman@allenovery.com'
'daniel.guyder@allenovery.com'
'mgreger@allenmatkins.com'
'krodriguez@allenmatkins.com'
'tduffy@andersonkill.com'
'rrussell@andrewskurth.com'
's.minehan@aozorabank.co.jp'
'hirsch.robert@arentfox.com'
'angelich.george@arentfox.com'
'dowd.mary@arentfox.com'
'scousins@armstrongteasdale.com'
'sehlers@armstrongteasdale.com'
'charles_malloy@aporter.com'
'anthony_boccanfuso@aporter.com'
'jg5786@att.com'
'neal.mann@oag.state.ny.us'
'tony.davis@bakerbotts.com'
'dworkman@bakerlaw.com'
'peter@bankrupt.com'
'ffm@bostonbusinesslaw.com'

'csalomon@beckerglynn.com'
'aostrow@beckerglynn.com'
'cbrotstein@bm.net'
'mpucillo@bermanesq.com'
'wzoberman@bermanesq.com'
'aoberry@bermanesq.com'
'davids@blbglaw.com'
'dbarber@bsblawyers.com'
'dbarber@bsblawyers.com'
'smulligan@bsblawyers.com'
'jeffrey.sabin@bingham.com'
'ronald.silverman@bingham.com'
'steven.wilamowsky@bingham.com'
'sabin.willett@bingham.com'
'robert.dombroff@bingham.com'
'steven.wilamowsky@bingham.com'
'mark.deveno@bingham.com'
'joshua.dorchak@bingham.com'
'carol.weinerlevy@bingham.com'
'raj.madan@bingham.com'
'aeckstein@blankrome.com'
'amcmullen@boultcummings.com'
'rjones@boultcummings.com'
'kurt.mayr@bgllp.com'
'kuehn@bragarwexler.com'
'notice@bkcylaw.com'
'mgordon@briggs.com'
'monica.lawless@brookfieldproperties.com' 'dludman@brownconnery.com'
'msiegel@brownrudnick.com'
'slevine@brownrudnick.com'
'schristianson@buchalter.com'
'christopher.schueller@bipc.com'
'timothy.palmer@bipc.com'
'fishere@butzel.com'
'sidorsky@butzel.com'
'deryck.palmer@cwt.com'
'john.rapisardi@cwt.com'
'george.davis@cwt.com'
'howard.hawkins@cwt.com'
'ellen.halstead@cwt.com'
'israel.dahan@cwt.com'
'mark.ellenberg@cwt.com'
'jason.jurgens@cwt.com'
'sgordon@cahill.com'
'jlevitin@cahill.com'
'thomas_noguerola@calpers.ca.gov'
'cahn@clm.com'
'wanda.goodloe@cbre.com'
'dlemay@chadbourne.com'
'hseife@chadbourne.com'

'arosenblatt@chadbourne.com'
'spiotto@chapman.com'
'acker@chapman.com'
'heiser@chapman.com'
'lgranfield@cgsh.com'
'lschweitzer@cgsh.com'
'maofiling@cgsh.com'
'jennifer.demarco@cliffordchance.com'
'andrew.brozman@cliffordchance.com'
'sara.tapinekis@cliffordchance.com'
'jen.premisler@cliffordchance.com'
'psp@njlawfirm.com'
'jwh@njlawfirm.com'
'lmay@coleschotz.com'
'jdrucker@coleschotz.com'
'jeff.wittig@coair.com'
'eschwartz@contrariancapital.com'
'bcarlson@co.sanmateo.ca.us'
'jbeiers@co.sanmateo.ca.us'
'lathompson@co.sanmateo.ca.us'
'mhopkins@cov.com'
'dcoffino@cov.com' 'araboy@cov.com'
'rlevin@cravath.com'
'rtrust@cravath.com'
'jlipson@crockerkuno.com'
'ttracy@crockerkuno.com'
'judy.morse@crowedunlevy.com'
'woconnor@crowell.com'
'bzabarauskas@crowell.com'
'heidi@crumbielaw.com'
'john@crumbielaw.com' 'jcarberry@cl-law.com' 'karen.wagner@dpw.com'
'james.mcclammy@dpw.com'
'thomas.ogden@dpw.com'
'james.mcclammy@dpw.com'
'jjtancredi@daypitney.com'
'jwcohen@daypitney.com'
'mcto@debevoise.com'
'glenn.siegel@dechert.com'
'iva.uroic@dechert.com'
'mmooney@deilylawfirm.com'
'mbienenstock@dl.com' 'jliu@dl.com'
'tkarcher@dl.com' 'pwright@dl.com'
'esmith@dl.com' 'mbienenstock@dl.com'
'igoldstein@dl.com'
'tdewey@dpklaw.com'
'dpegno@dpklaw.com'
'adiamond@diamondmccarthy.com'
'sloden@diamondmccarthy.com'
'aaaronson@dilworthlaw.com'
'cpappas@dilworthlaw.com'

'timothy.brink@dlapiper.com'
'matthew.klepper@dlapiper.com'
'thomas.califano@dlapiper.com'
'stephen.cowan@dlapiper.com'
'william.m.goldman@dlapiper.com'
'schnabel.eric@dorsey.com'
'heim.steve@dorsey.com'
'dove.michelle@dorsey.com'
'steven.troyer@commerzbank.com'
'jjoyce@dresslerpeters.com'
'robert.malone@dbr.com'
'ljkotler@duanemorris.com'
'tduffy@andersonkill.com'
'jim@atkinslawfirm.com'
'sandyscafaria@eaton.com'
'ezujkowski@emmetmarvin.com'
'aentwistle@entwistle-law.com'
'jbeemer@entwistle-law.com'
'jporter@entwistle-law.com'
'kkelly@ebglaw.com'
'dtatge@ebglaw.com' 'sgubner@ebg-law.com' 'cweber@ebg-law.com'
'lscarcella@farrellfritz.com'
'shari.leventhal@ny.frb.org'
'sfelderstein@ffwplaw.com'
'ppascuzzi@ffwplaw.com'
'jhuh@ffwplaw.com' 'charles@filardi-law.com' 'alum@ftportfolios.com'
'dheffer@foley.com' 'jlee@foley.com'
'wmckenna@foley.com'
'dspelfogel@foley.com'
'sory@fdlaw.com' 'jhiggins@fdlaw.com'
'ahammer@freebornpeters.com'
'deggert@freebornpeters.com'
'walter.stuart@freshfields.com'
'patrick.oh@freshfields.com'
'peter.simmons@friedfrank.com'
'richard.tisdale@friedfrank.com'
'shannon.nagle@friedfrank.com'
'richard.tisdale@friedfrank.com'
'efriedman@friedumspring.com'
'drosenzweig@fulbright.com'
'jmerva@fult.com' 'jmelko@gardere.com'
'bankruptcy@ntexas-attorneys.com'
'relgidely@gjb-law.com'
'jgenovese@gjblaw.com' 'pbattista@gjb-law.com' 'dcimo@gjblaw.com'
'dcrapo@gibbonslaw.com'
'mrosenthal@gibsondunn.com'
'jweiss@gibsondunn.com'
'aseuffert@lawpost-nyc.com'

'tnixon@gklaw.com'
'jherzog@gklaw.com'
'jflaxer@golenbock.com'
'jwallack@goulstonstorrs.com'
'drosner@goulstonstorrs.com'
'gkaden@goulstonstorrs.com'
'brian.corey@greentreecreditsolutions.com' 'diconzam@gtlaw.com'
'cole@gtlaw.com' 'cousinss@gtlaw.com'
'melorod@gtlaw.com'
'tannweiler@greerherz.com'
'jamie.nelson@dubaiic.com'
'joy.mathias@dubaiic.com'
'jschwartz@hahnhessen.com'
'jorbach@hahnhessen.com'
'rmatzat@hahnhessen.com'
'wbenzija@halperinlaw.net'
'jdyas@halperinlaw.net'
'agold@herrick.com'
'sselbst@herrick.com'
'ramona.neal@hp.com'
'ken.higman@hp.com'
'dpiazza@hodgsonruss.com'
'rleek@hodgsonruss.com'
'isgreene@hhlaw.com'
'sagolden@hhlaw.com'
'barbra.parlin@hklaw.com'
'arthur.rosenberg@hklaw.com'
'francois.janson@hklaw.com'
'richard.lear@hklaw.com'
'francois.janson@hklaw.com'
'john.monaghan@hklaw.com'
'barbra.parlin@hklaw.com'
'adam.brezine@hro.com'
'kerry.moynihan@hro.com'
'mmendez@hunton.com'
'keckhardt@hunton.com'
'jrsmith@hunton.com'
'cweiss@ingramllp.com'
'dave.davis@isgria.com'
'toby.r.rosenberg@irscounsel.treas.gov'
'mimi.m.wong@irscounsel.treas.gov'
'dbalog@intersil.com'
'teresa.oxford@invescoaim.com'
'afriedman@irell.com'
'klyman@irell.com'
'mneier@ibolaw.com'
'jay.hurst@oag.state.tx.us'
'ptrostle@jenner.com'
'dmurray@jenner.com'
'rbyman@jenner.com'

'gspilsbury@jsslaw.com'
'jowen769@yahoo.com'
'jfox@joefoxlaw.com'
'joseph.cordaro@usdoj.gov'
'eli.mattioli@klgates.com'
'drosner@kasowitz.com'
'aglenn@kasowitz.com'
'snewman@katskykorins.com'
'mprimoff@kayescholer.com'
'mprimoff@kayescholer.com'
'jaclyn.genchi@kayescholer.com'
'kdwbankruptcydepartment@kelleydrye.com' 'mpage@kelleydrye.com'
'james.sprayregen@kirkland.com'
'david.seligman@kirkland.com'
'jay@kleinsolomon.com'
'jjureller@klestadt.com'
'chardman@klestadt.com'
'michael.kim@kobrekim.com'
'robert.henoch@kobrekim.com'
'andrew.lourie@kobrekim.com'
'tmayer@kramerlevin.com'
'boneill@kramerlevin.com'
'acaton@kramerlevin.com'
'tmayer@kramerlevin.com'
'deggermann@kramerlevin.com'
'mlandman@lcbf.com'
'wballaine@lcbf.com' 'sree@lcbf.com'
'ekbergc@lanepowell.com'
'keith.simon@lw.com'
'david.heller@lw.com'
'peter.gilhuly@lw.com'
'richard.levy@lw.com'
'gabriel.delvirginia@verizon.net'
'ezweig@optonline.net'
'wswearingen@llf-law.com'
'sfineman@lchb.com'
'dallas.bankruptcy@publicans.com'
'austin.bankruptcy@publicans.com'
'peisenberg@lockelord.com'
'wcurchack@loeb.com'
'vrubinstein@loeb.com'
'loizides@loizides.com'
'robin.keller@lovells.com'
'omeca.nedd@lovells.com'
'chris.donoho@lovells.com'
'robin.keller@lovells.com'
'ilevee@lowenstein.com'
'krosen@lowenstein.com'
'vdagostino@lowenstein.com'
'metkin@lowenstein.com'

08-13555-mg    Doc 20870    Filed 10/14/11    Entered 10/14/11 17:48:04    Main Document
Pg 6 of 14

'steele@lowenstein.com'
'twheeler@lowenstein.com'
'jprol@lowenstein.com'
'scargill@lowenstein.com'
'squigley@lowenstein.com'
'elevin@lowenstein.com'
'mwarren@mtb.com'
'jhuggett@margolisedelstein.com'
'fhyman@mayerbrown.com'
'atrehan@mayerbrown.com'
'btrust@mayerbrown.com'
'jtougas@mayerbrown.com'
'emerberg@mayerbrown.com'
'tkiriakos@mayerbrown.com'
'swolowitz@mayerbrown.com'
'jstoll@mayerbrown.com'
'ashaffer@mayerbrown.com'
'hbeltzer@mayerbrown.com'
'jtougas@mayerbrown.com'
'cwalsh@mayerbrown.com'
'jlamar@maynardcooper.com'
'kreynolds@mklawnyc.com'
'mh1@mccallaraymer.com'
'bkmail@prommis.com'
'eglas@mccarter.com'
'kmayer@mccarter.com'
'wtaylor@mccarter.com'
'ggitomer@mkbattorneys.com'
'ncoco@mwe.com' 'gravert@mwe.com'
'icatto@mwe.com'
'phayden@mcguirewoods.com'
'sfox@mcguirewoods.com'
'dhayes@mcguirewoods.com'
'jmaddock@mcguirewoods.com'
'jsheerin@mcguirewoods.com'
'jmr@msf-law.com' 'tslome@msek.com'
'amarder@msek.com'
'jmazermarino@msek.com'
'harrisjm@michigan.gov'
'michael.frege@cms-hs.com'
'sdnyecf@dor.mo.gov'
'steve.ginther@dor.mo.gov'
'michael.kelly@monarchlp.com'
'davidwheeler@mvalaw.com'
'nherman@morganlewis.com'
'nissay_10259-0154@mhmjapan.com'
'lberkoff@moritthock.com'
'jpintarelli@mofo.com'
'lmarinuzzi@mofo.com'
'lmarinuzzi@mofo.com'
'yuwatoko@mofo.com'

'kostad@mofo.com' 'tgoren@mofo.com'
'jpintarelli@mofo.com'
'lnashelsky@mofo.com'
'bmiller@mofo.com'
'bankruptcy@morrisoncohen.com'
'jsullivan@mosessinger.com'
'millee12@nationwide.com'
'jowolf@law.nyc.gov'
'susan.schultz@newedgegroup.com'
'ddrebsky@nixonpeabody.com'
'adarwin@nixonpeabody.com'
'vmilione@nixonpeabody.com'
'mberman@nixonpeabody.com'
'vmilione@nixonpeabody.com'
'bankruptcymatters@us.nomura.com'
'info2@normandyhill.com'
'crmomjian@attorneygeneral.gov'
'mjr1@westchestergov.com'
'jeremy.eiden@state.mn.us'
'martin.davis@ots.treas.gov'
'akantesaria@oppenheimerfunds.com'
'akantesaria@oppenheimerfunds.com'
'rdaversa@orrick.com'
'rdaversa@orrick.com' 'jguy@orrick.com'
'korr@orrick.com' 'dfelder@orrick.com'
'maustin@orrick.com'
'rfrankel@orrick.com'
'rwyron@orrick.com'
'lmcgowen@orrick.com'
'rdaversa@orrick.com'
'otccorpactions@finra.org'
'wsilverm@oshr.com'
'pfeldman@oshr.com'
'jar@outtengolden.com'
'rroupinian@outtengolden.com'
'wk@pwlawyers.com'
'chipford@parkerpoe.com'
'dwdykhouse@pbwt.com'
'bguiney@pbwt.com'
'harveystrickon@paulhastings.com'
'draelson@fisherbrothers.com'
'ddavis@paulweiss.com'
'chammerman@paulweiss.com'
'dshemano@pwkllp.com'
'kressk@pepperlaw.com'
'kovskyd@pepperlaw.com'
'wisotska@pepperlaw.com'
'lawallf@pepperlaw.com'
'meltzere@pepperlaw.com'
'schannej@pepperlaw.com'
'arlbank@pbfcm.com'

'jhorgan@phxa.com'
'david.crichlow@pillsburylaw.com'
'bill.freeman@pillsburylaw.com'
'mark.houle@pillsburylaw.com'
'splatzer@platzerlaw.com'
'dflanigan@polsinelli.com'
'jbird@polsinelli.com'
'cward@polsinelli.com'
'jsmairo@pbnlaw.com'
'tjfreedman@pbnlaw.com'
'bbisignani@postschell.com'
'fbp@ppgms.com' 'lml@ppgms.com'
'rfleischer@pryorcashman.com'
'mjacobs@pryorcashman.com'
'drose@pryorcashman.com'
'rbeacher@pryorcashman.com'
'canelas@pursuitpartners.com'
'schepis@pursuitpartners.com' Susheel Kirpalani James Tecce Robert Dakis
'jrabinowitz@rltlawfirm.com'
'arahl@reedsmith.com'
'kgwynne@reedsmith.com'
'jfalgowski@reedsmith.com'
'clynch@reedsmith.com'
'eschaffer@reedsmith.com'
'mvenditto@reedsmith.com'
'jlscott@reedsmith.com'
'dgrimes@reedsmith.com'
'rqureshi@reedsmith.com'
'albert@reitlerlaw.com'
'jshickich@riddellwilliams.com'
'gmoss@riemerlaw.com'
'abraunstein@riemerlaw.com'
'arheaume@riemerlaw.com'
'roger@rnagioff.com'
'ecohen@russell.com'
'russj4478@aol.com' 'mschimel@sju.edu'
'cmontgomery@salans.com'
'lwhidden@salans.com'
'cbelmonte@ssbb.com'
'tbrock@ssbb.com'
'pbosswick@ssbb.com'
'asnow@ssbb.com' 'aisenberg@saul.com'
'egeekie@schiffhardin.com'
'jkehoe@btkmc.com'
'bdk@schlamstone.com'
'nlepore@schnader.com'
'cohenr@sewkis.com'
'ashmead@sewkis.com'
'fsosnick@shearman.com'
'jgarrity@shearman.com'

03690.61377/4399847.1                               6

'ned.schodek@shearman.com'
'ann.reynaud@shell.com'
'jennifer.gore@shell.com'
'cshulman@sheppardmullin.com'
'rreid@sheppardmullin.com'
'mcademartori@sheppardmullin.com'
'etillinghast@sheppardmullin.com'
'bwolfe@sheppardmullin.com'
'rreid@sheppardmullin.com'
'bankruptcy@goodwin.com'
'jtimko@shutts.com' 'aquale@sidley.com'
'aunger@sidley.com'
'rfriedman@silvermanacampora.com'
'sally.henry@skadden.com'
'fyates@sonnenschein.com'
'pmaxcy@sonnenschein.com'
'slerner@ssd.com' 'smayerson@ssd.com'
'rterenzi@stcwlaw.com'
'cgoldstein@stcwlaw.com'
'r.stahl@stahlzelloe.com'
'marc.chait@sc.com'
'echang@steinlubin.com'
'eobrien@sbchlaw.com'
'shgross5@yahoo.com'
'jlovi@steptoe.com'
'lromansic@steptoe.com'
'ritkin@steptoe.com'
'kpiper@steptoe.com'
'cs@stevenslee.com' 'cp@stevenslee.com'
'apo@stevenslee.com'
'cp@stevenslee.com'
'ppatterson@stradley.com'
'mcordone@stradley.com'
'mdorval@stradley.com'
'mcordone@stradley.com'
'ppatterson@stradley.com'
'mcordone@stradley.com'
'mdorval@stradley.com'
'ppatterson@stradley.com'
'djoseph@stradley.com'
'jmmurphy@stradley.com'
'landon@streusandlandon.com'
'villa@streusandlandon.com'
'streusand@streusandlandon.com'
'lhandelsman@stroock.com'
'dwildes@stroock.com'
'holsen@stroock.com'
'mspeiser@stroock.com'
'smillman@stroock.com'
'lacyr@sullcrom.com'
'feldsteinh@sullcrom.com'
'clarkb@sullcrom.com'
'schwartzmatthew@sullcrom.com'
'wrightth@sullcrom.com'
'mccombst@sullcrom.com'
'ssusman@susmangodfrey.com'
'paul.turner@sutherland.com'
'mark.sherrill@sutherland.com'
'miller@taftlaw.com'
'agbanknewyork@ag.tn.gov'
'marvin.clements@ag.tn.gov'
'thaler@thalergertler.com'
'geraci@thalergertler.com'
'ranjit.mather@bnymellon.com'
'robert.bailey@bnymellon.com'
'mmorreale@us.mufg.jp'
'yamashiro@sumitomotrust.co.jp'
'matt@willaw.com'
'ira.herman@tklaw.com'
'demetra.liggins@tklaw.com'
'rhett.campbell@tklaw.com'
'rhett.campbell@tklaw.com'
'mitchell.ayer@tklaw.com'
'david.bennett@tklaw.com'
'mbossi@thompsoncoburn.com'
'amenard@tishmanspeyer.com'
'mbenner@tishmanspeyer.com'
'bturk@tishmanspeyer.com'
'jchristian@tobinlaw.com'
'neilberger@teamtogut.com'
'sskelly@teamtogut.com'
'oipress@travelers.com'
'mlynch2@travelers.com'
'hollace.cohen@troutmansanders.com'
'lee.stremba@troutmansanders.com'
'bmanne@tuckerlaw.com'
'mshiner@tuckerlaw.com'
'linda.boyle@twtelecom.com'
'dlipke@vedderprice.com'
'mjedelman@vedderprice.com'
'easmith@venable.com'
'sabramowitz@velaw.com'
'jwest@velaw.com'
'dkleiner@velaw.com'
'jeldredge@velaw.com'
'hsnovikoff@wlrk.com'
'rgmason@wlrk.com' 'arwolf@wlrk.com'
'cbelisle@wfw.com'
'jfreeberg@wfw.com'
'rgraham@whitecase.com'
'tmacwright@whitecase.com'
'avenes@whitecase.com'
'ehollander@whitecase.com'
'ehollander@whitecase.com'
'azylberberg@whitecase.com'
'dbaumstein@whitecase.com'
'rgraham@whitecase.com'
'mruetzel@whitecase.com'
'ukreppel@whitecase.com'
'tlauria@whitecase.com'
'guzzi@whitecase.com'
'cshore@whitecase.com'
'lthompson@whitecase.com'
'jeanites@whiteandwilliams.com'
'bstrickland@wtplaw.com'
'dshaffer@wtplaw.com'
'szuch@wiggin.com'
'mabrams@willkie.com'
'mfeldman@willkie.com'
'aalfonso@willkie.com'
'rnetzer@willkie.com'
'dkozusko@willkie.com'
'mabrams@willkie.com';
'jeandavid.barnea@usdoj.gov';
'jcarberry@cllaw.com';
'aentwistle@entwistlelaw.com';
'jwhitman@entwistlelaw.com';
'jporter@entwistlelaw.com';
'sgubner@ebglaw.com';
'cweber@ebglaw.com';
'charles@filardilaw.com';
'relgidely@gjblaw.com';
'jgenovese@gjblaw.com';
'pbattista@gjblaw.com';
'dcimo@gjblaw.com';
'aseuffert@lawpostnyc.com';
'wswearingen@llflaw.com';
'jmr@msflaw.com';
'michael.frege@cmshs.com';
'nissay_102590154@mhmjapan.com';
'ehretvanhorn@mbaum.com';
'jlawlor@wmdlaw.com';
'margolin@hugheshubbard.com';
'kiplok@hugheshubbard.com';
'kcaputo@sipc.org';
'richard.krasnow@weil.com';
'lori.fife@weil.com';
'robert.lemons@weil.com';
'jacqueline.marcus@weil.com';
'ddunne@milbank.com';
'efleck@milbank.com';
'dodonnell@milbank.com';
'wfoster@milbank.com';

'robert.yalen@usdoj.gov';
'newyork@sec.gov';
'jacobsonn@sec.gov'; 'jean‐david.barnea@usdoj.gov';
'ctatelbaum@adorno.com';
'sdg@yoss.com';
'mstamer@akingump.com';
'pdublin@akingump.com';
'mlahaie@akingump.com';
'rajohnson@akingump.com';
'daniel.guyder@allenovery.com';
'ken.coleman@allenovery.com';
'lisa.kraidin@allenovery.com';
'mgreger@allenmatkins.com';
'jtimko@allenmatkins.com';
'rrussell@andrewskurth.com';
's.minehan@aozorabank.co.jp';
'k4.nomura@aozorabank.co.jp';
'dowd.mary@arentfox.com';
'hirsch.robert@arentfox.com';
'angelich.george@arentfox.com';
'scousins@armstrongteasdale.com';
'sehlers@armstrongteasdale.com';
'dladdin@agg.com';
'frank.white@agg.com';
'anthony_boccanfuso@aporter.com';
'charles_malloy@aporter.com';
'jg5786@att.com';
'neal.mann@oag.state.ny.us';
'dworkman@bakerlaw.com';
'rbernard@bakerlaw.com';
'tony.davis@bakerbotts.com';
'peter@bankrupt.com';
'ffm@bostonbusinesslaw.com';
'csalomon@beckerglynn.com';
'aostrow@beckerglynn.com';
'cbrotstein@bm.net';
'mpucillo@bermanesq.com';
'wzoberman@bermanesq.com';
'aoberry@bermanesq.com';
'davids@blbglaw.com';
'dbarber@bsblawyers.com';
'smulligan@bsblawyers.com';
'jeffrey.sabin@bingham.com';
'joshua.dorchak@bingham.com';
'ronald.silverman@bingham.com';
'steven.wilamowsky@bingham.com';
'robert.dombroff@bingham.com';
'carol.weinerlevy@bingham.com';
'mark.deveno@bingham.com';
'sabin.willett@bingham.com';
'raj.madan@bingham.com';
'aeckstein@blankrome.com';
'amcmullen@boultcummings.com';
'rjones@boultcummings.com';
'kurt.mayr@bgllp.com';
'eagel@bragarwexler.com';
'kuehn@bragarwexler.com';
'rcarlin@breslowwalker.com';
'notice@bkcylaw.com';
'mgordon@briggs.com';
'monica.lawless@brookfieldproperties.com'; 'dludman@brownconnery.com';
'msiegel@brownrudnick.com';
'slevine@brownrudnick.com';
'schristianson@buchalter.com';
'christopher.schueller@bipc.com';
'timothy.palmer@bipc.com';
'fishere@butzel.com';
'sidorsky@butzel.com';
'jessica.fink@cwt.com';
'deryck.palmer@cwt.com';
'john.rapisardi@cwt.com';
'jason.jurgens@cwt.com';
'jessica.fink@cwt.com';
'howard.hawkins@cwt.com';
'ellen.halstead@cwt.com';
'jason.jurgens@cwt.com';
'israel.dahan@cwt.com';
'mark.ellenberg@cwt.com';
'sgordon@cahill.com';
'jlevitin@cahill.com';
'thomas_noguerola@calpers.ca.gov';
'cahn@clm.com';
'wanda.goodloe@cbre.com';
'dlemay@chadbourne.com';
'hseife@chadbourne.com';
'arosenblatt@chadbourne.com';
'spiotto@chapman.com';
'acker@chapman.com';
'heiser@chapman.com';
'lgranfield@cgsh.com';
'lschweitzer@cgsh.com';
'maofiling@cgsh.com';
'jbromley@cgsh.com';
'andrew.brozman@cliffordchance.com';
'sara.tapinekis@cliffordchance.com';
'wendy.rosenthal@cliffordchance.com';
'jennifer.demarco@cliffordchance.com';
'psp@njlawfirm.com';
'jwh@njlawfirm.com';
'lmay@coleschotz.com';
'jdrucker@coleschotz.com';
'rwasserman@cftc.gov'; 'tarbit@cftc.gov';
'joli@crlpc.com'; 'jeff.wittig@coair.com';
'eschwartz@contrariancapital.com';
'mmurphy@co.sanmateo.ca.us';
'mhopkins@cov.com';
'dcoffino@cov.com'; 'araboy@cov.com';
'rlevin@cravath.com';
'rtrust@cravath.com';
'jlipson@crockerkuno.com';
'ttracy@crockerkuno.com';
'judy.morse@crowedunlevy.com';
'woconnor@crowell.com';
'bzabarauskas@crowell.com';
'jcarberry@cl‐law.com';
'karen.wagner@dpw.com';
'james.mcclammy@dpw.com';
'karen.wagner@dpw.com';
'avi.gesser@dpw.com';
'james.mcclammy@dpw.com';
'alicia.chang@davispolk.com';
'thomas.ogden@davispolk.com';
'jjtancredi@daypitney.com';
'jwcohen@daypitney.com';
'rbeacher@daypitney.com';
'msilberstein@dealysilberstein.com';
'wjd@dealysilberstein.com';
'mcto@debevoise.com';
'macronin@debevoise.com';
'glenn.siegel@dechert.com';
'iva.uroic@dechert.com';
'mmooney@deilylawfirm.com';
'pwright@dl.com'; 'esmith@dl.com';
'mbienenstock@dl.com';
'igoldstein@dl.com'; 'jliu@dl.com';
'tkarcher@dl.com'; 'pwright@dl.com';
'esmith@dl.com'; 'strum@dl.com';
'adiamond@diamondmccarthy.com';
'sloden@diamondmccarthy.com';
'aaaronson@dilworthlaw.com';
'cpappas@dilworthlaw.com';
'karol.denniston@dlapiper.com';
'deborah.saltzman@dlapiper.com';
'thomas.califano@dlapiper.com';
'timothy.brink@dlapiper.com';
'matthew.klepper@dlapiper.com';
'christine.farrelly@dlapiper.com';
'william.m.goldman@dlapiper.com';
'schnabel.eric@dorsey.com';
'heim.steve@dorsey.com';
'dove.michelle@dorsey.com';

'steven.troyer@commerzbank.com';
'robert.malone@dbr.com';
'ljkotler@duanemorris.com';
'phheer@duanemorris.com';
'dimassa@duanemorris.com';
'tduffy@duffyandatkins.com';
'jim@atkinslawfirm.com';
'sandyscafaria@eaton.com';
'ezujkowski@emmetmarvin.com';
'aentwistle@entwistle‐law.com';
'jwhitman@entwistle‐law.com';
'jbeemer@entwistlelaw.com';
'jporter@entwistle‐law.com';
'dtatge@ebglaw.com';
'kkelly@ebglaw.com'; 'sgubner@ebg‐law.com'; 'cweber@ebg‐law.com';
'lscarcella@farrellfritz.com';
'george_kielman@freddiemac.com';
'shari.leventhal@ny.frb.org';
'sfelderstein@ffwplaw.com';
'ppascuzzi@ffwplaw.com';
'jhuh@ffwplaw.com';
'hestioko@ffwplaw.com';
'charles@filardi‐law.com';
'alum@ftportfolios.com';
'dspelfogel@foley.com';
'dheffer@foley.com'; 'jlee@foley.com';
'kowens@foley.com'; 'sory@fdlaw.com';
'jhiggins@fdlaw.com';
'ahammer@freebornpeters.com';
'deggert@freebornpeters.com';
'walter.stuart@freshfields.com';
'patrick.oh@freshfields.com';
'peter.simmons@friedfrank.com';
'richard.tisdale@friedfrank.com';
'shannon.nagle@friedfrank.com';
'efriedman@friedumspring.com';
'abeaumont@fklaw.com';
'drosenzweig@fulbright.com';
'jmerva@fult.com';
'jmelko@gardere.com'; 'relgidely@gjb‐law.com'; 'jgenovese@gjb‐law.com';
'pbattista@gjb‐law.com'; 'dcimo@gjb‐law.com'; 'dcrapo@gibbonslaw.com';
'mrosenthal@gibsondunn.com';
'jweiss@gibsondunn.com';
'aseuffert@lawpost‐nyc.com';
'tnixon@gklaw.com';
'jherzog@gklaw.com';

'jflaxer@golenbock.com';
'drosner@goulstonstorrs.com';
'gkaden@goulstonstorrs.com';
'jwallack@goulstonstorrs.com';
'drosner@goulstonstorrs.com';
'gkaden@goulstonstorrs.com';
'brian.corey@greentreecreditsolutions.com'; 'diconzam@gtlaw.com';
'tannweiler@greerherz.com';
'nasreen.bulos@dubaiic.com';
'jschwartz@hahnhessen.com';
'jorbach@hahnhessen.com';
'rmatzat@hahnhessen.com';
'jyenzer@haincapital.com';
'wbenzija@halperinlaw.net';
'jdyas@halperinlaw.net';
'agold@herrick.com';
'sselbst@herrick.com';
'ken.higman@hp.com';
'ramona.neal@hp.com';
'dpiazza@hodgsonruss.com';
'isgreene@hhlaw.com';
'sagolden@hhlaw.com';
'dckaufman@hhlaw.com';
'isgreene@hhlaw.com';
'dckaufman@hhlaw.com';
'barbra.parlin@hklaw.com';
'arthur.rosenberg@hklaw.com';
'francois.janson@hklaw.com';
'barbra.parlin@hklaw.com';
'francois.janson@hklaw.com';
'john.monaghan@hklaw.com';
'richard.lear@hklaw.com';
'adam.brezine@hro.com';
'kerry.moynihan@hro.com';
'eric.johnson@hro.com';
'jharbour@hunton.com';
'ppartee@hunton.com';
'sbernstein@hunton.com';
'jrsmith@hunton.com';
'keckhardt@hunton.com';
'mmendez@hunton.com';
'ppartee@hunton.com';
'sbernstein@hunton.com';
'rnorton@hunton.com';
'sbernstein@hunton.com';
'alesia.pinney@infospace.com';
'cweiss@ingramllp.com';
'dave.davis@isgria.com';
'toby.r.rosenberg@irscounsel.treas.gov';
'mimi.m.wong@irscounsel.treas.gov';

'dbalog@intersil.com';
'teresa.oxford@invescoaim.com';
'benita.dryden@invesco.com';
'stephen.rimes@invesco.com';
'afriedman@irell.com';
'klyman@irell.com';
'mneier@ibolaw.com';
'jay.hurst@oag.state.tx.us';
'ptrostle@jenner.com';
'dmurray@jenner.com';
'rlyman@jenner.com';
'bspector@jsslaw.com';
'gspilsbury@jsslaw.com';
'jowen769@yahoo.com';
'jfox@joefoxlaw.com';
'joseph.cordaro@usdoj.com';
'eli.mattioli@klgates.com';
'drosner@kasowitz.com';
'aglenn@kasowitz.com';
'snewman@katskykorins.com';
'mprimoff@kayescholer.com';
'mprimoff@kayescholer.com';
'stalmadge@kayescholer.com';
'kdwbankruptcydepartment@kelleydrye.com'; 'mpage@kelleydrye.com';
'jkehoe@ktmc.com';
'icatto@kirkland.com';
'james.sprayregen@kirkland.com';
'james.sprayregen@kirkland.com';
'jay@kleinsolomon.com';
'chardman@klestadt.com';
'jjureller@klestadt.com';
'michael.kim@kobrekim.com';
'robert.henoch@kobrekim.com';
'steven.perlstein@kobrekim.com';
'ian.levy@kobrekim.com';
'andrew.lourie@kobrekim.com';
'tmayer@kramerlevin.com';
'deggermann@kramerlevin.com';
'tmayer@kramerlevin.com';
'boneill@kramerlevin.com';
'acaton@kramerlevin.com';
'mlandman@lcbf.com';
'wballaine@lcbf.com'; 'sree@lcbf.com';
'ekbergc@lanepowell.com';
'peter.gilhuly@lw.com';
'david.heller@lw.com';
'douglas.bacon@lw.com';
'keith.simon@lw.com';
'richard.levy@lw.com';
'gabriel.delvirginia@verizon.net';

'ezweig@optonline.com';
'michael.bonacker@lehman.com';
'martin.bury@lehman.com';
'helmut.olivier@lehman.com';
'patrick.schmitzmorktramer@lehman.com'; 'christian.spieler@lehman.com';
'wswearingen@llf‐law.com';
'sfineman@lchb.com';
'dallas.bankruptcy@publicans.com';
'austin.bankruptcy@publicans.com';
'peisenberg@lockelord.com';
'wcurchack@loeb.com';
'vrubinstein@loeb.com';
'dbesikof@loeb.com';
'loizides@loizides.com';
'chris.donoho@lovells.com';
'matthew.morris@lovells.com';
'robin.keller@lovells.com';
'omeca.nedd@lovells.com';
'robin.keller@lovells.com';
'jprol@lowenstein.com';
'elevin@lowenstein.com';
'ilevee@lowenstein.com';
'metkin@lowenstein.com';
'scargill@lowenstein.com';
'squigley@lowenstein.com';
'steele@lowenstein.com';
'twheeler@lowenstein.com';
'pkizel@lowenstein.com';
'krosen@lowenstein.com';
'vdagostino@lowenstein.com';
'mwarren@mtb.com';
'jhuggett@margolisedelstein.com';
'agolianopoulos@mayerbrown.com';
'btrust@mayerbrown.com';
'fhyman@mayerbrown.com';
'jtougas@mayerbrown.com';
'atrehan@mayerbrown.com';
'jstoll@mayerbrown.com';
'ashaffer@mayerbrown.com';
'swolowitz@mayerbrown.com';
'tkiriakos@mayerbrown.com';
'jlamar@maynardcooper.com';
'kreynolds@mklawnyc.com';
'rhs@mccallaraymer.com';
'eglas@mccarter.com';
'kmayer@mccarter.com';
'wtaylor@mccarter.com';
'ggitomer@mkbattorneys.com';
'gravert@mwe.com'; 'ncoco@mwe.com';
'dswan@mcguirewoods.com';
'dhayes@mcguirewoods.com';
'jmaddock@mcguirewoods.com';
'jsheerin@mcguirewoods.com';
'phayden@mcguirewoods.com';
'sfox@mcguirewoods.com'; 'jmr@msf‐law.com'; 'amarder@msek.com';
'jmazermarino@msek.com';
'tslome@msek.com';
'harrisjm@michigan.gov';
'michael.frege@cms‐hs.com';
'paronzon@milbank.com';
'gbray@milbank.com';
'sdnyecf@dor.mo.gov';
'steve.ginther@dor.mo.gov';
'davidwheeler@mvalaw.com';
'nherman@morganlewis.com';
'nissay_10259‐0154@mhmjapan.com';
'lberkoff@moritthock.com';
'glee@mofo.com';
'jpintarelli@mofo.com';
'jpintarelli@mofo.com';
'lmarinuzzi@mofo.com';
'jwishnew@mofo.com';
'kostad@mofo.com'; 'tgoren@mofo.com';
'lnashelsky@mofo.com';
'twatanabe@mofo.com';
'bmiller@mofo.com';
'bankruptcy@morrisoncohen.com';
'masaki_konishi@noandt.com';
'millee12@nationwide.com';
'susan.schultz@newedgegroup.com';
'ddrebsky@nixonpeabody.com';
'adarwin@nixonpeabody.com';
'mberman@nixonpeabody.com';
'vmilione@nixonpeabody.com';
'bankruptcymatters@us.nomura.com';
'info2@normandyhill.com';
'krubin@ozcap.com';
'mjr1@westchestergov.com';
'crmomjian@attorneygeneral.gov';
'jeremy.eiden@state.mn.us';
'dirk.roberts@ots.treas.gov';
'martin.davis@ots.treas.gov';
'akantesaria@oppenheimerfunds.com';
'akantesaria@oppenheimerfunds.com';
'jguy@orrick.com';
'rdaversa@orrick.com';
'rdaversa@orrick.com';
'jguy@orrick.com'; 'korr@orrick.com';
'dfelder@orrick.com';
'lmcgowen@orrick.com';
'rdaversa@orrick.com';
'rfrankel@orrick.com';
'rwyron@orrick.com'; 'jguy@orrick.com';
'dfelder@orrick.com';
'wsilverm@oshr.com';
'pfeldman@oshr.com';
'wsilverm@oshr.com';
'pfeldman@oshr.com';
'jar@outtengolden.com';
'rroupinian@outtengolden.com';
'chipford@parkerpoe.com';
'dwdykhouse@pbwt.com';
'bguiney@pbwt.com';
'harveystrickon@paulhastings.com';
'sshimshak@paulweiss.com';
'ddavis@paulweiss.com';
'chammerman@paulweiss.com';
'wisotska@pepperlaw.com';
'meltzere@pepperlaw.com';
'schannej@pepperlaw.com';
'lawallf@pepperlaw.com';
'kressk@pepperlaw.com';
'kovskyd@pepperlaw.com';
'arlbank@pbfcm.com';
'jhorgan@phxa.com';
'david.crichlow@pillsburylaw.com';
'patrick.potter@pillsburylaw.com';
'bill.freeman@pillsburylaw.com';
'mark.houle@pillsburylaw.com';
'splatzer@platzerlaw.com';
'cward@polsinelli.com';
'dflanigan@polsinelli.com';
'jbird@polsinelli.com';
'jsmairo@pbnlaw.com';
'tjfreedman@pbnlaw.com';
'bbisignani@postschell.com';
'fbp@ppgms.com'; 'lml@ppgms.com';
'adoberman@profunds.com';
'jlevitan@proskauer.com';
'mmervis@proskauer.com';
'rfleischer@pryorcashman.com';
'mjacobs@pryorcashman.com';
'drose@pryorcashman.com';
'roberts@pursuitpartners.com';
'canelas@pursuitpartners.com';
'schepis@pursuitpartners.com';
Susheel Kirpalani; James Tecce; Robert Dakis;
'jrabinowitz@rltlawfirm.com';

'broy@rltlawfirm.com';
'clynch@reedsmith.com';
'jlscott@reedsmith.com';
'dgrimes@reedsmith.com';
'rqureshi@reedsmith.com';
'kgwynne@reedsmith.com';
'jfalgowski@reedsmith.com';
'eschaffer@reedsmith.com';
'mvenditto@reedsmith.com';
'jshickich@riddellwilliams.com';
'gmoss@riemerlaw.com';
'abraunstein@riemerlaw.com';
'arheaume@riemerlaw.com';
'ecohen@russell.com';
'russj4478@aol.com';
'mschimel@sju.edu';
'cmontgomery@salans.com';
'lwhidden@salans.com';
'cbelmonte@ssbb.com';
'tbrock@ssbb.com';
'pbosswick@ssbb.com';
'asnow@ssbb.com';
'aisenberg@saul.com';
'egeekie@schiffhardin.com';
'bdk@schlamstone.com';
'nlepore@schnader.com';
'mtamasco@schnader.com';
'ashmead@sewkis.com';
'cohenr@sewkis.com';
'fsosnick@shearman.com';
'jgarrity@shearman.com';
'ned.schodek@shearman.com';
'ann.reynaud@shell.com';
'jennifer.gore@shell.com';
'cshulman@sheppardmullin.com';
'rreid@sheppardmullin.com';
'mcademartori@sheppardmullin.com';
'rreid@sheppardmullin.com';
'bwolfe@sheppardmullin.com';
'bankruptcy@goodwin.com';
'jtimko@shutts.com';
'aquale@sidley.com';
'aunger@sidley.com';
'rfriedman@silvermanacampora.com';
'sally.henry@skadden.com';
'fyates@sonnenschein.com';

'fjacobson@sonnenschein.com';
'pmaxcy@sonnenschein.com';
'smayerson@ssd.com';
'slerner@ssd.com';
'rterenzi@stcwlaw.com';
'cgoldstein@stcwlaw.com';
'r.stahl@stahlzelloe.com';
'marc.chait@standardchartered.com';
'echang@steinlubin.com';
'eobrien@sbchlaw.com';
'shgross5@yahoo.com';
'jlovi@steptoe.com';
'lromansic@steptoe.com';
'ritkin@steptoe.com';
'kpiper@steptoe.com';
'ehret‑vanhorn@mbaum.com';
'apo@stevenslee.com';
'cp@stevenslee.com';
'cs@stevenslee.com';
'cp@stevenslee.com';
'ppatterson@stradley.com';
'mcordone@stradley.com';
'mdorval@stradley.com';
'mcordone@stradley.com';
'mdorval@stradley.com';
'ppatterson@stradley.com';
'djoseph@stradley.com';
'jmmurphy@stradley.com';
'ppatterson@stradley.com';
'jmmurphy@stradley.com';
'landon@streusandlandon.com';
'villa@streusandlandon.com';
'holsen@stroock.com';
'lhandelsman@stroock.com';
'dwildes@stroock.com';
'mspeiser@stroock.com';
'smillman@stroock.com';
'lacyr@sullcrom.com';
'fedsteinh@sullcrom.com';
'wrightth@sullcrom.com';
'schwartzmatthew@sullcrom.com';
'mark.sherrill@sutherland.com';
'paul.turner@sutherland.com';
'miller@taftlaw.com';
'jteitelbaum@tblawllp.com';
'agbanknewyork@ag.tn.gov';

'marvin.clements@ag.tn.gov';
'thaler@thalergertler.com';
'geraci@thalergertler.com';
'ranjit.mather@bnymellon.com';
'robert.bailey@bnymellon.com';
'mmorreale@us.mufg.jp';
'akihiko_yagyuu@chuomitsui.jp';
'cmtb_lc11@chuomitsui.jp';
'yamashiro@sumitomotrust.co.jp';
'efile@willaw.com';
'david.bennett@tklaw.com';
'ira.herman@tklaw.com';
'demetra.liggins@tklaw.com';
'rhett.campbell@tklaw.com';
'rhett.campbell@tklaw.com';
'mitchell.ayer@tklaw.com';
'mbossi@thompsoncoburn.com';
'amenard@tishmanspeyer.com';
'mbenner@tishmanspeyer.com';
'bturk@tishmanspeyer.com';
'jchristian@tobinlaw.com';
'oipress@travelers.com';
'hollace.cohen@troutmansanders.com
"lee.stremba@troutmansanders.com';
'paul.deutch@troutmansanders.com';
'bmanne@tuckerlaw.com';
'btupi@tuckerlaw.com';
'mshiner@tuckerlaw.com';
'linda.boyle@twtelecom.com';
'dlipke@vedderprice.com';
'mjedelman@vedderprice.com';
'easmith@venable.com';
'jwest@velaw.com';
'sabramowitz@velaw.com';
'dkleiner@velaw.com';
'jeldredge@velaw.com';
'hsnovikoff@wlrk.com';
'jafeltman@wlrk.com';
'arwolf@wlrk.com';
'hsnovikoff@wlrk.com';
'rgmason@wlrk.com';
'jafeltman@wlrk.com';
'cbelisle@wfw.com';
'jfreeberg@wfw.com';
'ehollander@whitecase.com';
'azylberberg@whitecase.com';

| | | |
|---|---|---|
| 'dbaumstein@whitecase.com'; | 'avenes@whitecase.com'; | 'cschreiber@winston.com'; |
| 'rgraham@whitecase.com'; | 'szuch@wiggin.com'; | 'dmcguire@winston.com'; |
| 'estodola@whitecase.com'; | 'aalfonso@willkie.com'; | 'mkjaer@winston.com'; |
| 'ehollander@whitecase.com'; | 'mabrams@willkie.com'; | 'dneier@winston.com'; |
| 'guzzi@whitecase.com'; | 'mabrams@willkie.com'; | 'dravin@wolffsamson.com'; |
| 'cshore@whitecase.com'; | 'mfeldman@willkie.com'; | 'rnies@wolffsamson.com'; |
| 'lthompson@whitecase.com'; | 'bromano@willkie.com'; | 'jlawlor@wmd‐law.com'; |
| 'mruetzel@frankfurt.whitecase.com'; | 'rnetzer@willkie.com'; | 'bankr@zuckerman.com'; Tyler Whitmer; 'IBoczko@WLRK.com'; |
| 'ukreppel@whitecase.com'; | 'dkozusko@willkie.com'; | 'SCS@wlrk.com'; |
| 'kstahl@whitecase.com'; | 'mabrams@willkie.com'; | 'GRMainland@wlrk.com' |
| 'pnichols@whitecase.com'; | 'mfeldman@willkie.com'; | |
| 'tlauria@whitecase.com'; | 'jmcginley@wilmingtontrust.com'; | |
| 'tmacwright@whitecase.com'; | 'jbecker@wilmingtontrust.com'; | |

# SCHEDULE B

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention:  Richard P. Krasnow, Esq.
            Lori R. Fife, Esq.
            Shai Y. Waisman, Esq.
            Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention:  Andrew D. Velez-Rivera, Esq.
            Paul K. Schwartzberg, Esq.
            Brian S. Masumoto, Esq.
            Linda Rifkin, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention:  Dennis F. Dunne, Esq.
            Dennis O'Donnell, Esq.
            Evan Fleck, Esq.

Office Of The Attorney General Of
The State Of Ny
New York Office
120 Broadway
New York, NY 10271-0332

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Attention:  Harold S. Novikoff, Esq.
            Paul Vizcarrondo, Esq
            Ian Boczko, Esq.
            Jospeh D. Pizzurro, Esq

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attention: Joseph D. Pizzurro, Esq.
           Lynn Harrison III, Esq.

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007