**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
In re:                                                             :  **Chapter 11**
                                                                   :  **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC., et al.,** :  **Jointly Administered**
                                                                   :
                          **Debtors.**              :
-------------------------------------------------------------------------x
In re:                                                             :  **SIPA Proceeding**
                                                                   :  **Case No. 08-01420 (JMP)**
**LEHMAN BROTHERS INC.,**                            :
                                                                   :
                          **Debtor.**           :
-------------------------------------------------------------------------x


## CERTIFICATE OF SERVICE


        Christopher Clark, being duly sworn, deposes and says:

        1.        I am a resident of the United States, over the age of eighteen years, and am not a

party to or interested in the above-captioned case.  I am employed by the law firm of Quinn Emanuel

Urquhart and Sullivan, LLP, counsel to The Official Committee Of Unsecured Creditors of Lehman

Brothers Holdings Inc., et al.  in the above-captioned proceeding.

        2.        On October 13, 2011, I caused a true and correct copy of the Statement of Official

Committee of Unsecured Creditors in Connection With Debtors' Motion For Approval of Settlement

Agreements With (i) Bank of America, N.A. and (ii) Merrill Lynch International and Its Affiliates  (the

"Pleading") to be served via electronic mail to the parties set forth in Schedule A.  Additionally, on

October 13, 2011, a true and correct copy of the Pleading was left in the care and custody of the U.S.

Postal Service in a properly addressed envelope, first class, postage paid, to the parties set forth in

Schedule B.

1

3. Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated:  October 14, 2011
 New York, New York

/s/ Christopher Clark   
CHRISTOPHER CLARK

## **SCHEDULE A**

'richard.krasnow@weil.com'
'lori.fife@weil.com'
'robert.lemons@weil.com'
'jacqueline.marcus@weil.com'
'giddens@hugheshubbard.com'
'kiplok@hugheshubbard.com'
'kobak@hugheshubbard.com'
'margolin@hugheshubbard.com'
'lubell@hugheshubbard.com'
'wiltenburg@hugheshubbard.com'
'ddunne@milbank.com'
'wfoster@milbank.com'
'dodonnell@milbank.com'
'efleck@milbank.com'
'paronzon@milbank.com'
'gbray@milbank.com'
'robert.yalen@usdoj.gov'
'tarbit@cftc.gov' 'rwasserman@cftc.gov'
'sharbeck@sipc.org' 'jwang@sipc.org'
'jean-david.barnea@usdoj.gov'
'joseph.cordaro@usdoj.gov'
'newyork@sec.gov' 'jacobsonn@sec.gov'
'jbromley@cgsh.com'
'lschweitzer@cgsh.com'
'lgranfield@cgsh.com'
'ctatelbaum@adorno.com'
'mstamer@akingump.com'
'pdublin@akingump.com'
'mlahaie@akingump.com'
'rajohnson@akingump.com'
'lisa.kraidin@allenovery.com'
'ken.coleman@allenovery.com'
'daniel.guyder@allenovery.com'
'mgreger@allenmatkins.com'
'krodriguez@allenmatkins.com'
'tduffy@andersonkill.com'
'rrussell@andrewskurth.com'
's.minehan@aozorabank.co.jp'
'hirsch.robert@arentfox.com'
'angelich.george@arentfox.com'
'dowd.mary@arentfox.com'
'scousins@armstrongteasdale.com'
'sehlers@armstrongteasdale.com'
'charles_malloy@aporter.com'
'anthony_boccanfuso@aporter.com'
'jg5786@att.com'
'neal.mann@oag.state.ny.us'
'tony.davis@bakerbotts.com'
'dworkman@bakerlaw.com'
'peter@bankrupt.com'
'ffm@bostonbusinesslaw.com'

'csalomon@beckerglynn.com'
'aostrow@beckerglynn.com'
'cbrotstein@bm.net'
'mpucillo@bermanesq.com'
'wzoberman@bermanesq.com'
'aoberry@bermanesq.com'
'davids@blbglaw.com'
'dbarber@bsblawyers.com'
'dbarber@bsblawyers.com'
'smulligan@bsblawyers.com'
'jeffrey.sabin@bingham.com'
'ronald.silverman@bingham.com'
'steven.wilamowsky@bingham.com'
'sabin.willett@bingham.com'
'robert.dombroff@bingham.com'
'steven.wilamowsky@bingham.com'
'mark.deveno@bingham.com'
'joshua.dorchak@bingham.com'
'carol.weinerlevy@bingham.com'
'raj.madan@bingham.com'
'aeckstein@blankrome.com'
'amcmullen@boultcummings.com'
'rjones@boultcummings.com'
'kurt.mayr@bgllp.com'
'kuehn@bragarwexler.com'
'notice@bkcylaw.com'
'mgordon@briggs.com'
'monica.lawless@brookfieldproperties.com'
'dludman@brownconnery.com'
'msiegel@brownrudnick.com'
'slevine@brownrudnick.com'
'schristianson@buchalter.com'
'christopher.schueller@bipc.com'
'timothy.palmer@bipc.com'
'fishere@butzel.com'
'sidorsky@butzel.com'
'deryck.palmer@cwt.com'
'john.rapisardi@cwt.com'
'george.davis@cwt.com'
'howard.hawkins@cwt.com'
'ellen.halstead@cwt.com'
'israel.dahan@cwt.com'
'mark.ellenberg@cwt.com'
'jason.jurgens@cwt.com'
'sgordon@cahill.com'
'jlevitin@cahill.com'
'thomas_noguerola@calpers.ca.gov'
'cahn@clm.com'
'wanda.goodloe@cbre.com'
'dlemay@chadbourne.com'
'hseife@chadbourne.com'

'arosenblatt@chadbourne.com'
'spiotto@chapman.com'
'acker@chapman.com'
'heiser@chapman.com'
'lgranfield@cgsh.com'
'lschweitzer@cgsh.com'
'maofiling@cgsh.com'
'jennifer.demarco@cliffordchance.com'
'andrew.brozman@cliffordchance.com'
'sara.tapinekis@cliffordchance.com'
'jen.premisler@cliffordchance.com'
'psp@njlawfirm.com'
'jwh@njlawfirm.com'
'lmay@coleschotz.com'
'jdrucker@coleschotz.com'
'jeff.wittig@coair.com'
'eschwartz@contrariancapital.com'
'bcarlson@co.sanmateo.ca.us'
'jbeiers@co.sanmateo.ca.us'
'lathompson@co.sanmateo.ca.us'
'mhopkins@cov.com'
'dcoffino@cov.com' 'araboy@cov.com'
'rlevin@cravath.com'
'rtrust@cravath.com'
'jlipson@crockerkuno.com'
'ttracy@crockerkuno.com'
'judy.morse@crowedunlevy.com'
'woconnor@crowell.com'
'bzabarauskas@crowell.com'
'heidi@crumbielaw.com'
'john@crumbielaw.com' 'jcarberry@cl-law.com' 'karen.wagner@dpw.com'
'james.mcclammy@dpw.com'
'thomas.ogden@dpw.com'
'james.mcclammy@dpw.com'
'jjtancredi@daypitney.com'
'jwcohen@daypitney.com'
'mcto@debevoise.com'
'glenn.siegel@dechert.com'
'iva.uroic@dechert.com'
'mmooney@deilylawfirm.com'
'mbienenstock@dl.com' 'jliu@dl.com'
'tkarcher@dl.com' 'pwright@dl.com'
'esmith@dl.com' 'mbienenstock@dl.com'
'igoldstein@dl.com'
'tdewey@dpklaw.com'
'dpegno@dpklaw.com'
'adiamond@diamondmccarthy.com'
'sloden@diamondmccarthy.com'
'aaaronson@dilworthlaw.com'
'cpappas@dilworthlaw.com'

'timothy.brink@dlapiper.com'
'matthew.klepper@dlapiper.com'
'thomas.califano@dlapiper.com'
'stephen.cowan@dlapiper.com'
'william.m.goldman@dlapiper.com'
'schnabel.eric@dorsey.com'
'heim.steve@dorsey.com'
'dove.michelle@dorsey.com'
'steven.troyer@commerzbank.com'
'jjoyce@dresslerpeters.com'
'robert.malone@dbr.com'
'ljkotler@duanemorris.com'
'tduffy@andersonkill.com'
'jim@atkinslawfirm.com'
'sandyscafaria@eaton.com'
'ezujkowski@emmetmarvin.com'
'aentwistle@entwistle-law.com'
'jbeemer@entwistle-law.com'
'jporter@entwistle-law.com'
'kkelly@ebglaw.com'
'dtatge@ebglaw.com' 'sgubner@ebg-
law.com' 'cweber@ebg-law.com'
'lscarcella@farrellfritz.com'
'shari.leventhal@ny.frb.org'
'sfelderstein@ffwplaw.com'
'ppascuzzi@ffwplaw.com'
'jhuh@ffwplaw.com' 'charles@filardi-
law.com' 'alum@ftportfolios.com'
'dheffer@foley.com' 'jlee@foley.com'
'wmckenna@foley.com'
'dspelfogel@foley.com'
'sory@fdlaw.com' 'jhiggins@fdlaw.com'
'ahammer@freebornpeters.com'
'deggert@freebornpeters.com'
'walter.stuart@freshfields.com'
'patrick.oh@freshfields.com'
'peter.simmons@friedfrank.com'
'richard.tisdale@friedfrank.com'
'shannon.nagle@friedfrank.com'
'richard.tisdale@friedfrank.com'
'efriedman@friedumspring.com'
'drosenzweig@fulbright.com'
'jmerva@fult.com' 'jmelko@gardere.com'
'bankruptcy@ntexas-attorneys.com'
'relgidely@gjb-law.com'
'jgenovese@gjblaw.com' 'pbattista@gjb-
law.com' 'dcimo@gjblaw.com'
'dcrapo@gibbonslaw.com'
'mrosenthal@gibsondunn.com'
'jweiss@gibsondunn.com'
'aseuffert@lawpost-nyc.com'

'tnixon@gklaw.com'
'jherzog@gklaw.com'
'jflaxer@golenbock.com'
'jwallack@goulstonstorrs.com'
'drosner@goulstonstorrs.com'
'gkaden@goulstonstorrs.com'
'brian.corey@greentreecreditsolutions.co
m' 'diconzam@gtlaw.com'
'cole@gtlaw.com' 'cousinss@gtlaw.com'
'melorod@gtlaw.com'
'tannweiler@greerherz.com'
'jamie.nelson@dubaiic.com'
'joy.mathias@dubaiic.com'
'jschwartz@hahnhessen.com'
'jorbach@hahnhessen.com'
'rmatzat@hahnhessen.com'
'wbenzija@halperinlaw.net'
'jdyas@halperinlaw.net'
'agold@herrick.com'
'sselbst@herrick.com'
'ramona.neal@hp.com'
'ken.higman@hp.com'
'dpiazza@hodgsonruss.com'
'rleek@hodgsonruss.com'
'isgreene@hhlaw.com'
'sagolden@hhlaw.com'
'barbra.parlin@hklaw.com'
'arthur.rosenberg@hklaw.com'
'francois.janson@hklaw.com'
'richard.lear@hklaw.com'
'francois.janson@hklaw.com'
'john.monaghan@hklaw.com'
'barbra.parlin@hklaw.com'
'adam.brezine@hro.com'
'kerry.moynihan@hro.com'
'mmendez@hunton.com'
'keckhardt@hunton.com'
'jrsmith@hunton.com'
'cweiss@ingramllp.com'
'dave.davis@isgria.com'
'toby.r.rosenberg@irscounsel.treas.gov'
'mimi.m.wong@irscounsel.treas.gov'
'dbalog@intersil.com'
'teresa.oxford@invescoaim.com'
'afriedman@irell.com'
'klyman@irell.com'
'mneier@ibolaw.com'
'jay.hurst@oag.state.tx.us'
'ptrostle@jenner.com'
'dmurray@jenner.com'
'rbyman@jenner.com'

'gspilsbury@jsslaw.com'
'jowen769@yahoo.com'
'jfox@joefoxlaw.com'
'joseph.cordaro@usdoj.gov'
'eli.mattioli@klgates.com'
'drosner@kasowitz.com'
'aglenn@kasowitz.com'
'snewman@katskykorins.com'
'mprimoff@kayescholer.com'
'mprimoff@kayescholer.com'
'jaclyn.genchi@kayescholer.com'
'kdwbankruptcydepartment@kelleydrye.c
om' 'mpage@kelleydrye.com'
'james.sprayregen@kirkland.com'
'david.seligman@kirkland.com'
'jay@kleinsolomon.com'
'jjureller@klestadt.com'
'chardman@klestadt.com'
'michael.kim@kobrekim.com'
'robert.henoch@kobrekim.com'
'andrew.lourie@kobrekim.com'
'tmayer@kramerlevin.com'
'boneill@kramerlevin.com'
'acaton@kramerlevin.com'
'tmayer@kramerlevin.com'
'deggermann@kramerlevin.com'
'mlandman@lcbf.com'
'wballaine@lcbf.com' 'sree@lcbf.com'
'ekbergc@lanepowell.com'
'keith.simon@lw.com'
'david.heller@lw.com'
'peter.gilhuly@lw.com'
'richard.levy@lw.com'
'gabriel.delvirginia@verizon.net'
'ezweig@optonline.net'
'wswearingen@llf-law.com'
'sfineman@lchb.com'
'dallas.bankruptcy@publicans.com'
'austin.bankruptcy@publicans.com'
'peisenberg@lockelord.com'
'wcurchack@loeb.com'
'vrubinstein@loeb.com'
'loizides@loizides.com'
'robin.keller@lovells.com'
'omeca.nedd@lovells.com'
'chris.donoho@lovells.com'
'robin.keller@lovells.com'
'ilevee@lowenstein.com'
'krosen@lowenstein.com'
'vdagostino@lowenstein.com'
'metkin@lowenstein.com'

'steele@lowenstein.com'
'twheeler@lowenstein.com'
'jprol@lowenstein.com'
'scargill@lowenstein.com'
'squigley@lowenstein.com'
'elevin@lowenstein.com'
'mwarren@mtb.com'
'jhuggett@margolisedelstein.com'
'fhyman@mayerbrown.com'
'atrehan@mayerbrown.com'
'btrust@mayerbrown.com'
'jtougas@mayerbrown.com'
'emerberg@mayerbrown.com'
'tkiriakos@mayerbrown.com'
'swolowitz@mayerbrown.com'
'jstoll@mayerbrown.com'
'ashaffer@mayerbrown.com'
'hbeltzer@mayerbrown.com'
'jtougas@mayerbrown.com'
'cwalsh@mayerbrown.com'
'jlamar@maynardcooper.com'
'kreynolds@mklawnyc.com'
'mh1@mccallaraymer.com'
'bkmail@prommis.com'
'eglas@mccarter.com'
'kmayer@mccarter.com'
'wtaylor@mccarter.com'
'ggitomer@mkbattorneys.com'
'ncoco@mwe.com' 'gravert@mwe.com'
'icatto@mwe.com'
'phayden@mcguirewoods.com'
'sfox@mcguirewoods.com'
'dhayes@mcguirewoods.com'
'jmaddock@mcguirewoods.com'
'jsheerin@mcguirewoods.com'
'jmr@msf-law.com' 'tslome@msek.com'
'amarder@msek.com'
'jmazermarino@msek.com'
'harrisjm@michigan.gov'
'michael.frege@cms-hs.com'
'sdnyecf@dor.mo.gov'
'steve.ginther@dor.mo.gov'
'michael.kelly@monarchlp.com'
'davidwheeler@mvalaw.com'
'nherman@morganlewis.com'
'nissay_10259-0154@mhmjapan.com'
'lberkoff@moritthock.com'
'jpintarelli@mofo.com'
'lmarinuzzi@mofo.com'
'lmarinuzzi@mofo.com'
'yuwatoko@mofo.com'

'kostad@mofo.com' 'tgoren@mofo.com'
'jpintarelli@mofo.com'
'lnashelsky@mofo.com'
'bmiller@mofo.com'
'bankruptcy@morrisoncohen.com'
'jsullivan@mosessinger.com'
'millee12@nationwide.com'
'jowolf@law.nyc.gov'
'susan.schultz@newedgegroup.com'
'ddrebsky@nixonpeabody.com'
'adarwin@nixonpeabody.com'
'vmilione@nixonpeabody.com'
'mberman@nixonpeabody.com'
'vmilione@nixonpeabody.com'
'bankruptcymatters@us.nomura.com'
'info2@normandyhill.com'
'crmomjian@attorneygeneral.gov'
'mjr1@westchestergov.com'
'jeremy.eiden@state.mn.us'
'martin.davis@ots.treas.gov'
'akantesaria@oppenheimerfunds.com'
'rdaversa@orrick.com' 'jguy@orrick.com'
'korr@orrick.com' 'dfelder@orrick.com'
'maustin@orrick.com'
'rfrankel@orrick.com'
'rwyron@orrick.com'
'lmcgowen@orrick.com'
'rdaversa@orrick.com'
'otccorpactions@finra.org'
'wsilverm@oshr.com'
'pfeldman@oshr.com'
'jar@outtengolden.com'
'rroupinian@outtengolden.com'
'wk@pwlawyers.com'
'chipford@parkerpoe.com'
'dwdykhouse@pbwt.com'
'bguiney@pbwt.com'
'harveystrickon@paulhastings.com'
'draelson@fisherbrothers.com'
'ddavis@paulweiss.com'
'chammerman@paulweiss.com'
'dshemano@pwkllp.com'
'kressk@pepperlaw.com'
'kovskyd@pepperlaw.com'
'wisotska@pepperlaw.com'
'lawallf@pepperlaw.com'
'meltzere@pepperlaw.com'
'schannej@pepperlaw.com'
'arlbank@pbfcm.com'
'jhorgan@phxa.com'
'david.crichlow@pillsburylaw.com'

'bill.freeman@pillsburylaw.com'
'mark.houle@pillsburylaw.com'
'splatzer@platzerlaw.com'
'dflanigan@polsinelli.com'
'jbird@polsinelli.com'
'cward@polsinelli.com'
'jsmairo@pbnlaw.com'
'tjfreedman@pbnlaw.com'
'bbisignani@postschell.com'
'fbp@ppgms.com' 'lml@ppgms.com'
'rfleischer@pryorcashman.com'
'mjacobs@pryorcashman.com'
'drose@pryorcashman.com'
'rbeacher@pryorcashman.com'
'canelas@pursuitpartners.com'
'schepis@pursuitpartners.com' Susheel
Kirpalani James Tecce Robert Dakis
'jrabinowitz@rltlawfirm.com'
'arahl@reedsmith.com'
'kgwynne@reedsmith.com'
'jfalgowski@reedsmith.com'
'clynch@reedsmith.com'
'eschaffer@reedsmith.com'
'mvenditto@reedsmith.com'
'jlscott@reedsmith.com'
'dgrimes@reedsmith.com'
'rqureshi@reedsmith.com'
'albert@reitlerlaw.com'
'jshickich@riddellwilliams.com'
'gmoss@riemerlaw.com'
'abraunstein@riemerlaw.com'
'arheaume@riemerlaw.com'
'roger@rnagioff.com'
'ecohen@russell.com'
'russj4478@aol.com' 'mschimel@sju.edu'
'cmontgomery@salans.com'
'lwhidden@salans.com'
'cbelmonte@ssbb.com'
'tbrock@ssbb.com'
'pbosswick@ssbb.com'
'asnow@ssbb.com' 'aisenberg@saul.com'
'egeekie@schiffhardin.com'
'jkehoe@btkmc.com'
'bdk@schlamstone.com'
'nlepore@schnader.com'
'cohenr@sewkis.com'
'ashmead@sewkis.com'
'fsosnick@shearman.com'
'jgarrity@shearman.com'
'ned.schodek@shearman.com'
'ann.reynaud@shell.com'

'jennifer.gore@shell.com'
'cshulman@sheppardmullin.com'
'rreid@sheppardmullin.com'
'mcademartori@sheppardmullin.com'
'etillinghast@sheppardmullin.com'
'bwolfe@sheppardmullin.com'
'rreid@sheppardmullin.com'
'bankruptcy@goodwin.com'
'jtimko@shutts.com' 'aquale@sidley.com'
'aunger@sidley.com'
'rfriedman@silvermanacampora.com'
'sally.henry@skadden.com'
'fyates@sonnenschein.com'
'pmaxcy@sonnenschein.com'
'slerner@ssd.com' 'smayerson@ssd.com'
'rterenzi@stcwlaw.com'
'cgoldstein@stcwlaw.com'
'r.stahl@stahlzelloe.com'
'marc.chait@sc.com'
'echang@steinlubin.com'
'eobrien@sbchlaw.com'
'shgross5@yahoo.com'
'jlovi@steptoe.com'
'lromansic@steptoe.com'
'ritkin@steptoe.com'
'kpiper@steptoe.com'
'cs@stevenslee.com' 'cp@stevenslee.com'
'apo@stevenslee.com'
'cp@stevenslee.com'
'ppatterson@stradley.com'
'mcordone@stradley.com'
'mdorval@stradley.com'
'mcordone@stradley.com'
'ppatterson@stradley.com'
'mcordone@stradley.com'
'mdorval@stradley.com'
'ppatterson@stradley.com'
'djoseph@stradley.com'
'jmmurphy@stradley.com'
'landon@streusandlandon.com'
'villa@streusandlandon.com'
'streusand@streusandlandon.com'
'lhandelsman@stroock.com'
'dwildes@stroock.com'
'holsen@stroock.com'
'mspeiser@stroock.com'
'smillman@stroock.com'
'lacyr@sullcrom.com'
'feldsteinh@sullcrom.com'
'clarkb@sullcrom.com'
'schwartzmatthew@sullcrom.com'

'wrightth@sullcrom.com'
'mccombst@sullcrom.com'
'ssusman@susmangodfrey.com'
'paul.turner@sutherland.com'
'mark.sherrill@sutherland.com'
'miller@taftlaw.com'
'agbanknewyork@ag.tn.gov'
'marvin.clements@ag.tn.gov'
'thaler@thalergertler.com'
'geraci@thalergertler.com'
'ranjit.mather@bnymellon.com'
'robert.bailey@bnymellon.com'
'mmorreale@us.mufg.jp'
'yamashiro@sumitomotrust.co.jp'
'matt@willaw.com'
'ira.herman@tklaw.com'
'demetra.liggins@tklaw.com'
'rhett.campbell@tklaw.com'
'rhett.campbell@tklaw.com'
'mitchell.ayer@tklaw.com'
'david.bennett@tklaw.com'
'mbossi@thompsoncoburn.com'
'amenard@tishmanspeyer.com'
'mbenner@tishmanspeyer.com'
'bturk@tishmanspeyer.com'
'jchristian@tobinlaw.com'
'neilberger@teamtogut.com'
'sskelly@teamtogut.com'
'oipress@travelers.com'
'mlynch2@travelers.com'
'hollace.cohen@troutmansanders.com'
'lee.stremba@troutmansanders.com'
'bmanne@tuckerlaw.com'
'mshiner@tuckerlaw.com'
'linda.boyle@twtelecom.com'
'dlipke@vedderprice.com'
'mjedelman@vedderprice.com'
'easmith@venable.com'
'sabramowitz@velaw.com'
'jwest@velaw.com'
'dkleiner@velaw.com'
'jeldredge@velaw.com'
'hsnovikoff@wlrk.com'
'rgmason@wlrk.com' 'arwolf@wlrk.com'
'cbelisle@wfw.com'
'jfreeberg@wfw.com'
'rgraham@whitecase.com'
'tmacwright@whitecase.com'
'avenes@whitecase.com'
'ehollander@whitecase.com'
'azylberberg@whitecase.com'

'dbaumstein@whitecase.com'
'rgraham@whitecase.com'
'mruetzel@whitecase.com'
'ukreppel@whitecase.com'
'tlauria@whitecase.com'
'guzzi@whitecase.com'
'cshore@whitecase.com'
'lthompson@whitecase.com'
'jeanites@whiteandwilliams.com'
'bstrickland@wtplaw.com'
'dshaffer@wtplaw.com'
'szuch@wiggin.com'
'mabrams@willkie.com'
'mfeldman@willkie.com'
'aalfonso@willkie.com'
'rnetzer@willkie.com'
'dkozusko@willkie.com'
'mabrams@willkie.com';

## **SCHEDULE B**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention:  Richard P. Krasnow, Esq.
           Lori R. Fife, Esq.
           Shai Y. Waisman, Esq.
           Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention:  Andrew D. Velez-Rivera, Esq.
           Paul K. Schwartzberg, Esq.
           Brian S. Masumoto, Esq.
           Linda Rifkin, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention:  Dennis F. Dunne, Esq.
           Dennis O'Donnell, Esq.
           Evan Fleck, Esq.

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007

Office Of The Attorney General Of
The State Of Ny
New York Office
120 Broadway
New York, NY 10271-0332