# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDINGS, INC., et al.   Chapter 11
                                         Case No. 08-13555 (JMP)
           Debtors.               (Jointly Administered)

-----------------------------------------------------------X
CYNTHIA SWABSIN and ALEXANDER
LEYTMAN, on behalf of themselves and all
others similarly situated,

           Plaintiffs,

    v.

LEHMAN BROTHERS HOLDINGS, INC.,

           Defendant.
-----------------------------------------------------------X

## ORDER CERTIFYING A CLASS
## AND GRANTING RELATED RELIEF

AND NOW, upon consideration of Plaintiffs' Motion for Class Certification and Related Relief (the "Motion") and any objections thereto, and upon finding that the proposed class meets the requirements of Fed. R. Civ. P. 23, it is hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED:

2. A class is certified comprised of former employees of Debtors who entered into agreements on or about September 9, 2008, to be paid salary and benefits through a 60-day notice period and subsequent separation date but who Debtors ceased paying on or around October 3, 2008, and who have not filed a timely request to opt-out of the class;

3. The Class described above meets the requirements of Fed. R. Civ. P. 23(b)(3);

4. Outten & Golden LLP is hereby appointed as Class Counsel;

5. Plaintiffs' Cynthia Swabsin and Alexander Leytman are hereby appointed Class Representatives;

6. The proposed form of Notice to the Class attached to Plaintiffs' Motion as Exhibit E is approved;

6. Within ten (10) days after the entry of this Order, Debtors shall provide Class Counsel with the names and addresses of the class members as noted in Debtors' records;

7. On or before ten (10) days after receipt from Debtors of the names and addresses of the Class members, Class Counsel shall provide notice of the pendency of the class action lawsuit by mailing the Notice, First Class postage prepaid, to each employee of Debtors who falls within the definition of the class, to their last known address as noted in the records of the Debtors;

8. Within ten (10) days after such mailing, Class Counsel shall serve and file a sworn statement affirming compliance with this Order concerning the mailing of the Notice;

9. The deadline for any Class Member to opt-out of the Class shall be 30 days from the date of mailing of the Notice;

10. Class Counsel shall serve and file a sworn statement listing the names of any persons who have opted out of the Class; and

11. Notice in compliance with this order is hereby found to be the best notice practicable under the circumstances and constitutes due and sufficient notice to all class members in full compliance with the notice requirements of Fed. R. Civ. P. 23.

DATED: _____, 2011

                                                      The Honorable James M. Peck