UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDINGS, INC.,                    Chapter 11
                                                   Case No. 08-13555 (JMP)
                    Debtor.


--------------------------------------------------------X
CYNTHIA SWABSIN and ALEXANDER
LEYTMAN, on behalf of themselves and all
others similarly situated,

              Plaintiffs,                          Adv. Pro. No. 09-01482 (JMP)

         v.

LEHMAN BROTHERS HOLDINGS, INC.,

              Defendant.
--------------------------------------------------------X

## CERTIFICATE OF SERVICE

Sabrina Echegaray declares under penalty of perjury that: I am not a party to this action,

am over 18 years of age and am employed by Outten & Golden LLP. I hereby certify that true

and correct copies of the foregoing were served on October 14, 2011 via ECF and U.S. First

Class upon the following:

- Motion of Representative Claimants Pursuant to F.R.B.P. 9014 Seeking

    Application of F.R.B.P. 7023


Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

Attn: Robert J. Lemons, Esq.
Mark Bernstein, Esq

Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, New York 10153
*Attorneys to Debtor*

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee for Region 2,
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza,
New York, New York 10005
*Attorneys for the Official Committee of Unsecured Creditors*

October 14, 2011

SABRINA ECHEGARAY