Steven M. Abramowitz
Alexandra S. Kelly
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 25th Floor
New York, NY 10103-0040
Tel:  212-237-0000
Fax:  212-237-0100
Email:  sabramowitz@velaw.com; akelly@velaw.com

*Attorneys for AECO Gas Storage Partnership*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS, INC. et al.,    :    Case No. 08-13555 (JMP)
                                                             :
                                  Debtors.                   :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE
_____

STATE OF NEW YORK :
                                : SS.
COUNTY NEW YORK   :

      Alexandra S. Kelly, being duly sworn according to law, deposes and says that she is not a party to this action, is employed as an attorney by the law firm of Vinson & Elkins LLP, and that on the 12th day of October, 2011, caused true and correct copies of the **Response of AECO Gas Storage Partnership to the Debtors' One Hundred and Eighty Sixth Omnibus Objection to Claims (Misclassified Claims)**, which has been filed electronically via the Court's ECF system, to be served upon the parties listed on the attached lists via the means indicated therein.

                                      /s/ Alexandra S. Kelly_____
                                      Alexandra S. Kelly

US 1065733v.1

**VIA US MAIL**

| | |
|---|---|
| Chambers of the Honorable James M. Peck<br>One Bowling Green<br>New York, New York 10004<br>Courtroom 601 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq. |
| Office of the United States Trustee for Region 2<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq. | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq. |