Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
480-325-1742
Email: bkpeonio@yahoo.com

Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green.
New York, NY 10004



September 21, 2011

    Subject: In re. Lehman Brothers Holdings Inc., et al. Debtors
    Chapter 11 Case No. 08-13555 (JMP).
    Objection to Disallowance and Expungment of Claim.
    Claim Number: 66431; Surviving Claim 0062.

Dear Clerk of Court.

I am a claimant in this proceeding and am filing my Objection to Disallowance and Expungment of Claim.

Enclosed you will find a hard copy of my Objection as well as a copy of it on a CD. Please let me know if there is anything else I need to do.

Thank you for your assistance.

Sincerely,

*Barbara K Peonio*
Barbara K. Peonio

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
SEP 29 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

|  |  |
|---|---|
| In re ) | Chapter 11 Case No. |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* ) | 08-13555 (JMP) |
| ) | Objection to Disallowance and |
| Debtors ) | Expungment of Claim |

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295

Claim Number:  66431
Surviving Claim: 10082

I am opposing the disallowance, reduction or expungment of my claim for the following reasons.

1. My claim is unique and should not be swept into the larger claim #10082. **My purchase agreement is the only position that matured prior to the bankruptcy.**
2. I purchased $50,000 worth of bonds in Schering-Plough (SGP) on March 12, 2008 which were held by Lehman Brothers Holdings Inc., and were supposed to be converted to stock in SGP before they filed for bankruptcy. (Appendix 1)
3. My cusip number on this transaction is 5249087A2.
4. I am only requesting to receive my $50,000 worth of SGP or its successor pursuant to my purchase agreement, rather than being handled with the surviving claim of $73,162,259,495.
5. My transaction was included in the bankruptcy proceedings and can be found in Exhibit D page 1 line 17 of the Rider to Proof of Claim by Wilmington Trust Company as Successor Indenture Trustee (Appendix 2). As you can see the maturity date is 9/14/2008, the issuance amount is 1,900,000. It is the only entry on Exhibit D in which the Master List of Securities Issue Amount is left blank.
6. I previously filed my objection to Disallowance or Expungment of Claim in July 2010. (Appendix 3)
7. For the past three years, I have endeavored to point out to all the parties my unique position. I have always requested the conversion of my bonds to SGP or

its successor. Copies of my letters were included in my prior objection, and a sample of those letters is enclosed. (Appendix 4).

Respectfully submitted this 21st day of September 2011.

*Barbara K Peonio*

Barbara K Peonio    /s/

Cc.    The Honorable James M. Peck, United States Bankruptcy Judge
Robert J. Lemons, Esq. and Mark Bernstein, Esq. Shai Waisman, Esq. Weil, Gotshal & Manges LLP
Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq. Office of the U. S. Trustee, Southern Dist of NY.
Dennis Dunne, Esq. Dennis O'Donnell, Esq., and Evan Fleck, Esq. Milbank, Tweed, Hadley & McCloy LLP

# APPENDIX 1 – PURCHASE ORDER



**StockCross Financial Services, Inc.**
9464 Wilshire Boulevard
Beverly Hills, California 90212
800-225-6196

*A Name Investors Have Trusted For Over 35 Years*

Boston: 800-225-6195
Houston: Stock Option Services (SOS)
800-338-3965
01+713-350-3760
Seattle · Dallas · Philadelphia

Process Date: 03/12/08

Account No: [redacted]
Rep # 035

01/000125

BARBARA K PEONIO
432 E ELGIN ST
GILBERT AZ 85295

**New Online Tip:** To receive an automated courtesy email for trade reports you can login and go to "User Settings", add your email address, and set the Notification Mode to "email".

| Bought / Sold | T* | Quantity | Description | Price | Principal / Interest | Trade / Settlement Date | Commission | Misc. | Postage and Handling | Net Amount | CUSIP / Symbol | Trade No. | MKT· CAP· |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | 1 | 50000 | LEHMAN BROS HLDGS INC REV EXCH LKD08 DUE 09/14/2008 13.000% INTEREST PAYS MONTHLY 03/14/08 DATED DATE SOLICITED PROSPECTUS UNDER SEPARATE MAIL AS OF 03/11/08 MOODY RATG N/A S&P RATG N/A YIELD 13.000 % TO MATURITY NOT RATED BY MOODY'S&P | 100.00 | 50,000.00 0.00 | 03/11/08 03/14/08 | 0.00 | 0.00 | 0.00 | 50,000.00 | 5249087A2 | A0499 | 7   7 |

Page 1 of 1
000126

Subject to terms and conditions on the last page of this confirmation.
This confirmation will be deemed correct in all respects unless written notice of any inaccuracy is sent to our Compliance Department.

# APPENDIX 2 – PROOF OF CLAIM & EXHIBIT D

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Wilmington Trust Company, as Indenture Trustee, Attn: Julie J. Becker
50 South Sixth Street, Suite 1290, Drop Code: 1700/Minnesota
Minneapolis, Minnesota 55402-1544
and
Covington & Burling LLP, Attn: Michael B. Hopkins/Martin E. Beeler
The New York Times Building, 620 Eighth Avenue
New York, New York 10018

Telephone number: 612-217-5628    Email Address: jbecker@WilmingtonTrust.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ See attached Rider
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Bond debt
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   Amount entitled to priority:
   $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
SEP 0 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 9-1-09
Signature: [signed] Vice President

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**EXHIBIT D**
In re LEHMAN BROTHERS HOLDINGS INC., et al., 08-13555 (JMP) - RIDER TO PROOF OF CLAIM
OF WILMINGTON TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE

| CUSIP | Maturity Date | Issuance Amount | Calculated Interest due as of September 15, 2008 | Total (Principal Amount Outstanding + Calculated Interest) | Master List of Securities Issue Amount |
|---|---|---|---|---|---|
| 524935129 | 12/31/2009 | 6,800,100.00 | N/A | undetermined | 6,800,100.00 |
| 5249083B4 | 11/28/2008 | 898,000.00 | 4,452.58 | undetermined | 898,000.00 |
| 5249083H1 | 10/12/2008 | 1,500,000.00 | 2,406.25 | undetermined | 1,500,000.00 |
| 5249083M0 | 11/2/2010 | 2,900,000.00 | N/A | undetermined | 2,900,000.00 |
| 5249083S7 | 11/28/2008 | 125,000.00 | 593.23 | undetermined | 125,000.00 |
| 5249083W8 | 11/28/2008 | 709,000.00 | 3,180.65 | undetermined | 709,000.00 |
| 5249084X5 | 1/30/2009 | 367,000.00 | 2,339.63 | undetermined | 367,000.00 |
| 5249085D8 | 12/31/2012 | 55,000,000.00 | 229,166.67 | undetermined | 55,000,000.00 |
| 5249085R7 | 1/30/2009 | 125,000.00 | 611.63 | undetermined | 125,000.00 |
| 5249085Y2 | 2/27/2011 | 100,000.00 | N/A | undetermined | 100,000.00 |
| 5249086M7 | 3/8/2010 | 760,000.00 | N/A | undetermined | 760,000.00 |
| 5249086N5 | 2/27/2009 | 173,000.00 | 991.15 | undetermined | 173,000.00 |
| 5249086T2 | 10/9/2008 | 100,000.00 | 166.67 | undetermined | 100,000.00 |
| 5249086U9 | 2/24/2010 | 1,999,000.00 | N/A | undetermined | 1,999,000.00 |
| 5249086V7 | 2/19/2009 | 1,000,000.00 | 14,263.89 | undetermined | 1,000,000.00 |
| 5249086W5 | 2/25/2010 | 500,000.00 | N/A | undetermined | 500,000.00 |
| 5249087A2 | 9/14/2008 | 1,900,000.00 | 21,269.44 | undetermined | |
| 5249087C8 | 9/30/2008 | 151,000.00 | 671.11 | undetermined | 151,000.00 |
| 5249087D6 | 10/7/2008 | 1,300,000.00 | 2,600.00 | undetermined | 1,300,000.00 |
| 5249087E4 | 9/30/2008 | 259,000.00 | 2,647.56 | undetermined | 259,000.00 |
| 5249087F1 | 10/30/2008 | 106,000.00 | 607.29 | undetermined | 106,000.00 |
| 5249087K0 | 9/30/2008 | 168,000.00 | 1,120.00 | undetermined | 168,000.00 |
| 524908B66 | 6/28/2010 | 6,330,000.00 | N/A | undetermined | 6,330,000.00 |
| 524908ET3 | 10/18/2008 | 5,400,000.00 | N/A | undetermined | 6,100,000.00 |
| 524908FJ4 | 4/29/2010 | 725,000.00 | N/A | undetermined | 7,340,000.00 |
| 524908FN5 | 5/8/2010 | 4,000,000.00 | 3,527.78 | undetermined | 32,570,000.00 |
| 524908J92 | 8/2/2010 | 1,700,000.00 | N/A | undetermined | 1,700,000.00 |
| 524908JE1 | 6/10/2010 | 5,308,000.00 | N/A | undetermined | 10,808,000.00 |
| 524908JK7 | 11/6/2009 | 1,566,000.00 | N/A | undetermined | 7,611,000.00 |
| 524908K25 | 7/31/2010 | 3,800,000.00 | N/A | undetermined | 7,775,000.00 |
| 524908L73 | 9/24/2008 | 1,000,000.00 | 5,833.33 | undetermined | 1,000,000.00 |
| 524908MB3 | 9/28/2009 | 9,165,000.00 | N/A | undetermined | 22,000,000.00 |
| 524908MG2 | 11/15/2009 | 1,138,000.00 | N/A | undetermined | 4,985,000.00 |
| 524908MP2 | 11/19/2011 | 6,365,000.00 | 20,509.44 | undetermined | 12,365,000.00 |
| 524908MR8 | 12/23/2009 | 1,550,000.00 | N/A | undetermined | 6,000,000.00 |
| 524908MV9 | 2/9/2010 | 1,283,000.00 | N/A | undetermined | 4,000,000.00 |
| 524908MY3 | 3/3/2010 | 1,415,000.00 | N/A | undetermined | 4,000,000.00 |
| 524908N30 | 9/28/2008 | 312,000.00 | 2,114.23 | undetermined | 312,000.00 |
| 524908N48 | 9/28/2008 | 990,000.00 | 6,194.38 | undetermined | 990,000.00 |
| 524908NC0 | 8/3/2010 | 1,025,000.00 | N/A | undetermined | 17,000,000.00 |
| 524908NF3 | 3/23/2012 | 100,000,000.00 | 716,666.67 | undetermined | 100,000,000.00 |
| 524908NL0 | 6/21/2010 | 9,475,000.00 | 16,383.85 | undetermined | 10,000,000.00 |
| 524908NM8 | 6/29/2012 | 10,000,000.00 | 5,277.78 | undetermined | 10,000,000.00 |
| 524908NV8 | 9/29/2008 | 4,000,000.00 | N/A | undetermined | 4,000,000.00 |
| 524908NX4 | 10/13/2015 | 50,000,000.00 | 3,481,388.89 | undetermined | 50,000,000.00 |
| 524908NY2 | 10/28/2012 | 14,350,000.00 | 163,829.17 | undetermined | 17,000,000.00 |
| 524908NZ9 | 11/15/2008 | 6,265,000.00 | N/A | undetermined | 10,124,000.00 |
| 524908PA2 | 11/17/2012 | 9,575,000.00 | 94,154.17 | undetermined | 10,000,000.00 |
| 524908PF1 | 1/26/2009 | 7,735,000.00 | N/A | undetermined | 7,735,000.00 |
| 524908PH7 | 3/10/2009 | 1,560,000.00 | N/A | undetermined | 2,645,000.00 |
| 524908PL8 | 3/23/2009 | 12,600,000.00 | 59,850.00 | undetermined | 51,945,000.00 |
| 524908PM6 | 3/31/2009 | 6,765,000.00 | N/A | undetermined | 6,765,000.00 |
| 524908SH4 | 8/13/2013 | 13,035,000.00 | 31,863.33 | undetermined | 23,900,000.00 |
| 524908SJ0 | 8/3/2010 | 1,200,000.00 | N/A | undetermined | 1,200,000.00 |

# APPENDIX 3 – OBJECTION FILED 07-2010

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re ) Chapter 11 Case No.
)
LEHMAN BROTHERS HOLDINGS INC., et al., ) 08-13555 (JMP)
) Objection to Disallowance and
Debtors ) Expungment of Claim
)

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ  85295

Claim Number:  66431
Surviving Claim:  10082

I am opposing the disallowance, reduction or expungment of my claim for the following reasons.

1. I purchased $50,000 worth of bonds in Schering-Plough (SGP) which were held by Lehman Brothers Holdings Inc., and were supposed to be converted to stock in SGP before they filed for bankruptcy.
2. I purchased these bonds on March 12, 2008 through Stockcross Financial. They were held by Lehman Brothers Holdings Inc., and due to be converted to stock on September 14, 2008 pursuant to my purchase agreement. (Appendix 1)
3. My cusip number on this transaction is 5249087A2.
4. **My purchase agreement is the only position that matured prior to the bankruptcy.** My transaction was included in the bankruptcy proceedings and can be found in Appendix D page one line 17 of the Rider to Proof of Claim of Wilmington Trust Company as Successor Indenture Trustee (Appendix 2). As you can see the maturity date is 9/14/2008, the issuance amount is 1,900,000. The calculated interest as of September 15, 2008 is 21,269.44 and the Master list of securities issue amount is left blank.
5. I have sent numerous letters to this court and to the attorneys involved in this proceeding beginning in October 2009 when I first learned from Stockcross where to address my concerns. Copies of some of those letters are included. (Appendix 3).
6. I am only requesting to receive my $50,000 worth of SGP pursuant to my purchase agreement, rather than being handled with the many creditors.

Respectfully Submitted,


Barbara K Peonio

Cc.   Shai Waisman, Esq. Weil, Gotshal & Manges LLP
      Andy Velez-Rivera, Esq., et al., Office of the U. S. Trustee, Southern Dist of NY.
      Dennis Dunne, Esq. et al., Milbank, Tweed, Hadley & McCloy LLP

# APPENDIX 4 – LETTERS REQUESTING RELIEF

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
480-325-1742
Email: bkpeonio@yahoo.com

The Honorable James M. Peck
United States Bankruptcy Judge
Southern District of New York
One Bowling Green; Courtroom 601
New York, NY 10004-1408

December 30, 2009

    Subject: Lehman Brothers Holdings Inc. Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Judge Peck:

I previously wrote you in October 2009 concerning my $50,000 worth of Reverse Convertibles linked to Schering-Plough stock that matured and I was to receive the common stock Saturday, September 14, 2008. before Lehman Brothers Holdings Inc. declared bankruptcy. This issue is the only position that matured prior to the bankruptcy. My stock was not to be swept into the senior unsecured debt holders. I am not requesting any monetary award. I am simply requesting my common shares in Schering-Plough which I am entitled to receive.

I purchased these Reverse Convertibles linked to Schering-Plough (SGP) from Stockcross Financial Services which were held in Stockcross and issued by Lehman Brothers Holdings Inc. Cusip number on this transaction is 5249087A2.

I am looking to you for assistance because I have received absolutely no response to my inquiries from Lehman Brothers Holdings or anyone acting in their behalf.

Thank you for your assistance.

Sincerely,


Barbara K. Peonio

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

Amanda Hendy
Weil, Gotshal & Manges LLP
Attorneys for Lehman Bros. Holdings Inc.
767 Fifth Avenue
New York, New York 10153

March 26, 2010

      Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Ms. Hendy:

I am included in the claim in the above-captioned bankruptcy proceeding. The Cusip number on my transaction is 5249087A2. It can be found in Appendix D page one of the Proof of Claim. My $50,000 worth of Reverse Convertibles was linked to Schering-Plough (SGP) and was supposed to be converted into SGP stock before LBHI declared bankruptcy. I am requesting the $50,000 common stock.

I appreciated talking with you in January of this year. I have been trying to get this matter for more than a year, but so far nothing seems to have happened.

In January of this year, I also sent letters to the firms representing the plaintiffs in this case. I have not received an answer or an acknowledgment to my letter. I would appreciate an answer, and resolution.

I am simply requesting the $50,000 in SGP common stock.

Sincerely,

Barbara K. Peonio

Cc.    The Honorable James M. Peck, U. S. District Court
       Ms. Amanda Hendy, Weil, Gotshal & Manges LLP
       Mr. Michael Hopkins, Covington & Burling LLP
       Mr. Bryan Marsal CEO Lehman Brothers Holdings
       Epiq Bankruptcy Solutions LLC
       Ms. Allison Clago, Stockcross Financial Services