AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer
Philip C. Dublin

*Counsel for Centerbridge Credit Advisors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

|   |   |   |
|---|---|---|
|   | : |   |
| **In re:** | : | **Chapter 11 Case No.** |
|   | : |   |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : | **Case No. 08-13555 (JMP)** |
|   | : |   |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------x

STATE OF NEW YORK        )

       DAGMARA KRASA-BERSTELL

    1.    Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036.

    2.    On October 12, 2011, I caused true and correct copies of the following:

(i)    Response of Centerbridge Credit Advisors LLC to Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Termination of the Spruce CCS, Ltd. Securitization (Docket No. 20758);

(ii)    Joinder of Centerbridge Credit Advisors LLC to the Motion of Deutsche Bank AG Pursuant to Section 105(A) and Rule 3013 to Enforce Settlement Approval Order and to Correct Misclassification of Claim (Docket No. 20759);

(iii)    Joinder of Anchorage Capital Group, L.L.C. to Motion of Deutsche Bank AG Pursuant to Section 105(a) and Rule 3013 to Enforce Settlement Approval Order and to Correct Misclassification of Claim filed by Anchorage Capital Group, L.L.C. (Docket No. 20761); and

100695683

(iv)     Joinder to Motion of Deutsche Bank AG Pursuant to Section 105(a) and Rule
3013 to Enforce Settlement Approval Order and to Correct Misclassification of
Claims filed by Monarch Alternative Capital LP. (Docket No. 20769),

to be served via first class mail, postage prepaid, on all parties listed on the attached Service List
A.

_/s/Dagmara Krasa-Berstell_
Dagmara Krasa-Berstell

Sworn to before me this
October 14, 2011

_/s/ Nancy C. Kunen_
Nancy C. Kunen
Notary Public, State of New York
No. 43-4945938
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires January 27, 2015

100695683

# Service List A

100695683

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
JACQUELINE MARCUS ROBERT LEMONS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ; ELISABETTA G GASPARINI, ESQ
ANDREA B SCHWARTZ, ESQ
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

HUGHES HUBBARD & REED LLP
ATTN: SARAH CAVE, JAMES W. GIDDENS,
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FL
LOS ANGELES, CA 90017

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

COMMODITY FUTURES TRADING COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR, BONNIE AUSTIN
290 BROADWAY
NEW YORK, NY 10007

SECURITIES INVESTOR PROTECTION CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215

US SECURITIES AND EXCHANGE COMMISSION
MARK SCHONFELD, REGIONAL DIRECTOR
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20534

US SECURITIES AND EXCHANGE COMMISSION
NEAL JACOBSON
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20534

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ADORNO & YOSS LLP
ATTN: CHARLES M. TATELBAUM, ESQ.
(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL,
GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC)
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL 33301

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN AND
MEREDITH A. LAHAIE
(COUNSEL TO INFORMAL NOTEHOLDER GROUP)
ONE BRYANT PARK
NEW YORK, NY 10036-6715

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: ROBERT A. JOHNSON
(COUNSEL TO DYNERGY MARKETING POWER INC.)
ONE BRYANT PARK
NEW YORK, NY 10036

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
(COUNSEL TO BANK OF CHINA)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN & OVERY LLP
ATTN: KEN COLEMAN
(COUNSEL TO FIRST COMMERCIAL BANK., LTD NY AGENCY
AND BANK OF TAIWAN)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN & OVERY LLP
ATTN: DANIEL GUYDER
(COUNSEL TO AOZORA BANK, LTD.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER AND KIM RODRIGUEZ
(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH,
SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS)
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321

ANDERSON KILL & OLICK, P.C.
ATTN: ROBERT M HORKOVICH, TODD E DUFFY
DENNIS J NOLAN, ESQ
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1182

ANDREWS KURTH LLP
ATTN: ROBIN RUSSELL, ESQ.
(COUNSEL TO EPCO HOLDINGS, INC.)
600 TRAVIS, STE. 4200
HOUSTON, TX 77019

AOZORA BANK, LTD.
ATTN: SUSAN MINEHAN, SENIOR COUNSEL
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN

ARENT FOX LLP
ATTN: GEORGE P ANGELICH
(COUNSEL TO THE VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019

ARENT FOX LLP
ATTN: MARY JOANNE DOWD, ESQ.
(COUNSEL TO GEORGETOWN UNIVERSITY)
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2740

ARNOLD & PORTER LLP
ATTN: CHARLES A. MALLOY
(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC)
555 12TH ST., NW
WASHINGTON, DC 20004

ARNOLD & PORTER LLP
ATTN: ANTHONY D. BOCCANFUSO
(COUNSEL TO DANSKE BANK A/S & SAMPO BANK PLC)
399 PARK AVENUE
NEW YORK, NY 10022-4690

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271

BAKEN BOTTS L.L.P.
ATTN: TONY M. DAVIS
(COUNSEL TO LINN ENERGY, LLC)
910 LOUISIANA STREET
HOUSTON, TX 77002-4995

BAKER & HOSTETLER LLP
ATTN: DONALD A. WORKMAN
(COUNSEL TO METAVANTE CORPORATION)
WASHINGTON SQUARE, SUITE 1100
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036-5304

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
(COUNSEL TO IRON MOUNTAIN MANAGEMENT INC)
155 FEDERAL STREET 9TH FLOOR
BOSTON, MA 02110

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTN: CHESTER B. SALOMON
(COUNSEL TO 469 BERGMAN PROPERTIES LLC, SUMMIT
CAPITAL PARTNERS, IRA WERTENTIEL,RICHARD E WITTEN,
SHAMAH 2000 FAMILY TRUST, ET AL.)
299 PARK AVENUE
NEW YORK, NY 10171

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTN: ALEC P. OSTROW
(COUNSEL TO ALPINE BANK)
299 PARK AVENUE
NEW YORK, NY 10171

BERGER & MONTAGUE, P.C.
ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER, ROBIN
SWITZENBAUM AND DAVID ANZISKA
(COUNSEL TO STATE OF NJ, DEPARTMENT OF TREASURY)
1622 LOCUST STREET
PHILADELPHIA, PA 19103

BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
ATTN: MICHAEL PUCILLO, WENDY ZOBERMAN,
ANNE F O'BERRY
(COUNSEL TO FLORIDA STATE BOARD OF ADMINISTRATION)
4280 PROFESSIONAL CENTER DR STE 350
PALM BCH GDNS, FL 33410-4280

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER, STEVEN T. MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO 80237

BIEGING SHAPIRO & BURRUS LLP
ATTN: DUNCAN E. BARBER, STEVEN T. MULLIGAN
(COUNSEL TO IRONBRIDGE ASPEN, MOUNTAIN & HOMES)
4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650
DENVER, CO 80237

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
STEVEN WILAMOWSKY
(COUNSEL TO UBS FINANCIAL SERVICES, ET AL)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO UBS FINANCIAL SERVICES, UBS INTL,
UBS FIN SRVS OF PR, DEUSTCHE BANK, HALBIS)
ONE FEDERAL PLAZA
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND
STEVEN WILAMOWSKY
(COUNSEL TO DEUTSCHE BANK)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY)
ONE STATE STREET
HARTFORD, CT 06103

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
JOSHUA DORCHAK
(COUNSEL TO CURRENEX, STATE ST BANK & UBS SEC'S)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY SABIN, RONALD SILVERMAN, STEVEN
WILAMOWSKY AND CAROL WEINER LEVY
(COUNSEL TO HALBIS DISTRESSED OPP MASTER FUND LTD)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN AND JOSHUA DORCHAK
(COUNSEL TO PUTNAM INVESTMENTS, LLC)
399 PARK AVENUE
NEW YORK, NY 10022

BINGHAM MCCUTCHEN LLP
ATTN: RAJIV MADAN AND ANGIE OWEN
(SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN
POSSESSION)
2020 K STREET NW
WASHINGTON, DC 20006-1806

BINGHAM MCCUTCHEN LLP
ATTN:  MICHAEL J. REILLY, JOSHUA DORCHAK
ERIN K. MAUTNER
(COUNSEL TO WELLS FARGO BANK NORTHWEST, N.A.)
399 PARK AVENUE
NEW YORK, NY 10022

BLANK ROME LLP
ATTN: ANDREW ECKSTEIN, ESQ.
(COUNSEL TO THOMSON REUTERS)
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY 10174

BOULT, CUMMINGS, CONNERS & BERRY, PLC
ATTN:  AUSTIN L. MCMULLEN,  ROGER G. JONES
(COUNSEL TO FRANKLIN AMERICAN MORTGAGE COMPANY)
1600 DIVISION STREET, SUITE 700
P.O. BOX 340025
NASHVILLE, TN 37203

BRACEWELL & GIULIANI LLP
ATTN: KURT A. MAYR
(COUNSEL TO MR. ALAIN BACHELOT, THE PROVISIONAL
FRENCH ADMINISTRATOR OF BANQUE LEHMAN BROTHERS SA)
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT 06103

BRAGAR WEXLER EAGEL & SQUIRE, P.C.
ATTN: JUSTIN A. KUEHN
(COUNSEL TO MARK MAZZATTA & MICHELLE
MCHUGH-MAZZATA)
885 THIRD AVENUE - SUITE 3040
NEW YORK, NY 10022

BRICE, VANDER LINDEN & WERNICK, P.C.
ATTN: HILARY B. BONIAL
(COUNSEL TO LITTON LOAN SERVICING, LP)
9441 LBJ FREEWAY, SUITE 350
DALLAS, TX 75243

BRIGGS & MORGAN, P.A.
ATTN: MICHAEL D. GORDON
(COUNSEL TO MEMBERS UNTD CORP FEDERAL CRDT UNION)
2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO BUSINESS OBJECTS AMERICAS)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO FRICTIONLESS COMMERCE, INC.)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN RUDNICK LLP
ATTN: MARTIN S. SIEGEL
(COUNSEL TO LBT AD HOC GROUP)
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
ATTN: STEVEN B. LEVINE
(COUNSEL TO LBT AD HOC GROUP)
ONE FINANCIAL CENTER
BOSTON, MA 02111

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN:  SHAWN M CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE USA INC)
4 EMBARCADERO CTR FL 22
SAN FRANCISCO, CA 94111-5998

BUCHANAN INGERSOLL & ROONEY PC
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018

BUCHANAN INGERSOLL & ROONEY PC
ATTN: TIMOTHY P. PALMER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FLOOR
PITTSBURGH, PA 15219-1410

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.)
380 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ,
GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.
(COUNSEL TO CITIGROUP INC.)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD
(COUNSEL TO MORGAN STANLEY, CHILTON NEW ERA)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDINGS LLC & MORGAN
STANLEY & CO INC AND AFFILIATES)
700 SIXTH STREET, NW
WASHINGTON, DC 20001

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, ELLEN HALSTEAD.
(COUNSEL TO CREDIT SUISSE)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD
(COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY FUND
L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY FUND LP)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD R. HAWKINS, JR., ESQ.
(COUNSEL TO EXUM RIDGE CBO, SGS HY CRD FUND, AVIV
LCDO, AIRLIE LCDO, PEBBLE CREEK AND WHITE MARLIN)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT, LLP
ATTN: HOWARD R. HAWKINS, JASON JURGENS &
ELLEN M. HALSTEAD, ESQ.
(COUNSEL TO WESTLB AG, NEW YORK BRANCH)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
(COUNSEL TO HYPO INVESTMENKBANK AG)
EIGHTY PINE STREET
NEW YORK, NY 10005

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL
PO BOX 942707
SACRAMENTO, CA 94229-2707

CARTER, LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN
(COUNSEL TO PUNJAB NATIONAL BANK)
2 WALL STREET
NEW YORK, NY 10005

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW
ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012

CHAPMAN AND CUTLER LLP
JAMES SPIOTTO ANN ACKER FRANKLIN TOP JAMES HEISER
(COUNSEL TO BANK OF MONTREAL; US BANK NATIONAL
AUSTRALIA BANK LIMITED)
111 WEST MONROE STREET
CHICAGO, IL 60603

CHAPMAN AND CUTLER LLP
ATTN: JAMES HEISER
(COUNSEL TO GENERAL HELICOPTERS INTERNATIONAL LLC)
111 WEST MONROE STREET
CHICAGO, IL 60603

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER
(COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS, LLC
AND D.E. SHAW OCULUS PORTFOLIOS, LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL
(COUNSEL TO HELLMAN & FRIEDMAN LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZI & DAVID LIVSHIV
(COUNSEL TO GOLDMAN SACHS CREDIT PARTNERS AND GS
EUROPEAN PERFORMANCE FUND LTD; NORDIC INVEST. BNK)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JEFFREY A. ROSENTHAL
(COUNSEL TO WACHOVIA BANK, WACHOVIA SECURITIES LTD
AND EVERGREEN, ET AL.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZZI AND THOMAS J. MOLONEY
(COUNSEL TO GOLDMAN, SACHS & CO., ET AL. AND
J. ARON & COMPANY)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY 10019

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND SARA M. TAPINEKIS
(COUNSEL TO CALYON AND CALYON SECURITIES)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND JENNIFER PREMISLER
(COUNSEL TO BANIF-BANCO, DEXIA LUXEMBURG, DEXIA
LOCAL, DEXIA DEUTSCHLAND AND DEXIA BELGIQUE)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131

COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
ATTN: PETER PEARLMAN AND JEFFREY HERRMANN
(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF
TREASURY, DIVISION OF INVESTMENT)
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ 07663

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTN: LAURENCE MAY, ESQ. AND JOHN H. DRUCKER, ESQ.
(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)
900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022

CONNOLLY ROSANIA & LOFSTEDT, P.C.
ATTN: JOLI A. LOFSTEDT, ESQ.
(COUNSEL TO IRONBRIDGE PROPERTY OWNERS ASSOC.)
950 SPRUCE STREET, SUITE 1C
LOUISVILLE, CO 80027

CONTINENTAL AIRLINES, INC.
ATTN: JEFF WITTIG
1600 SMITH
DEPT. HQ56G
HOUSTON, TX 77019

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830

COUNTY OF SAN MATEO
ATTN: B CARLSON, J BEIERS, L THOMPSON, CO COUNSEL
(COUNSEL TO COUNTY OF SAN MATEO AND COUNTY OF
MONTEREY)
400 COUNTY CENTER
REDWOOD CITY, CA 94063-1662

COVINGTON & BURLING LLP
ATTN: M HOPKINS, D COFFINO, A RABOY
(COUNSEL TO WILMINGTON TRUST COMPANY)
THE NEW YORK TIMES BUILDING
NEW YORK, NY 10018

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ.
(COUNSEL TO CREDIT SUISSE)
WORLDWIDE PLAZA 825 EIGHTH AVENUE
NEW YORK, NY 10019

CROCKER KUNO PLLC
ATTN: JOANNE K. LIPSON AND J. TODD TRACY
(COUNSEL TO THE CENTRAL PUGET SOUND REGIONAL
TRANSIT AUTHORITY)
720 OLIVE WAY, SUITE 1000
SEATTLE, WA 98101

CROWE & DUNLEVY, P.C.
ATTN: JUDY HAMILTON MORSE
(COUNSEL TO OKLAHOMA MUNICIPAL POWER AUTHORITY)
20 NORTH BROADWAY, SUITE 1880
OKLAHOMA CITY, OK 73102

CROWELL & MORING LLP
ATTN: WILLIAM M. O'CONNOR AND BRUCE J. ZABARAUSKAS
(COUNSEL TO AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY)
590 MADISON AVENUE
NEW YORK, NY 10022

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER AND JAMES I. MCCLAMMY
(COUNSEL TO NATIXIS ENTITIES, ASSET BACKED MGMT CORP., AND BANQUE PRIVEE SAINT DOMINIQUE)
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DAVIS POLK & WARDWELL
ATTN: THOMAS P. OGDEN AND JAMES I. MCCLAMMY
(COUNSEL TO BANK JULIUS BAER & CO. LTD., INTL BANK RECONSTRUCTION & DEVELOPMENT, INTL FINANCE CORP)
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DAY PITNEY LLP
ATTN: JAMES J. TANCREDI, ESQ.
(COUNSEL TO FIDELITY NATIONAL TITLE INSURANCE CO.)
242 TRUMBULL STREET
HARTFORD, CT 06103

DAY PITNEY LLP
ATTN: JOSHUA W. COHEN, ESQ.
(COUNSEL TO FIDELITY NATIONAL TITLE INSURANCE CO.)
ONE AUDUBON STREET
NEW HAVEN, CT 06510

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO
(COUNSEL TO JFK INTL AIR TERM, ROCK-FORTY-NINTH, ROCKEFELLER CTR MGMT, ROCKEF GRP DEV, ROCKEF CTR)
919 3RD AVENUE
NEW YORK, NY 10022

DECHERT LLP
ATTN: GLEN E. SIEGEL AND IVA UROIC
(COUNSEL TO RUSSELL INVESTMENT GROUP, INC.)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

DEILY, MOONEY & GLASTETTER, LLP
ATTN: MARTIN A. MOONEY, ESQ.
(COUNSEL TO DCFS TRUST)
8 THURLOW STREET
ALBANY, NY 12203

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND
TIMOTHY Q. KARCHER
(COUNSEL TO BANK OF NEW YORK MELLON)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT
(COUNSEL TO CUSTOMER ASSET PROTECTION CO)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN
(COUNSEL TO ROYAL BANK OF SCOTLAND)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

DEWEY & LEBOEUF LLP
ATTN: MARTIN BIENENSTOCK AND IRENA M. GOLDSTEIN
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

DEWEY PEGNO & KRAMARSKY LLP
ATTN:  THOMAS E. L. DEWEY, ESQ.
DAVID S. PEGNO, ESQ.
COUNSEL TO TRANQUILITY MASTER FUND LTD.
(N/K/A SPECTRUM MASTER FUND LTD.)
777 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10017

DIAMOND MCCARTHY LLP
ATTN: ALLAN D. DIAMOND AND STEPHEN T. LODEN
(COUNSEL TO THE KIYO BANK AND THE KYOEI FIRE &
MARINE INSURANCE COMPANY, LTD.)
909 FANNIN, SUITE 1500
HOUSTON, TX 77010

DILWORTH PAXSON LLP
ATTN: ANNE M. AARONSON AND CATHERINE G. PAPPAS
(COUNSEL TO JEANES HOSP, TEMPLE HEALTH, TRANSPORT
TEAM, TEMPLE PHYS, TEMPLE U HOSP, TEMPLE U HEALTH)
1500 MARKET STREET, 3500E
PHILADELPHIA, PA 19102-2101

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER
(COUNSEL TO RIVER CAPITAL ADVISORS, INC.)
203 NORTH LASALLE STREET, SUITE 1900
CHICAGO, IL 60601

DLA PIPER LLP (US)
ATTN: THOMAS R. CALIFANO
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

DLA PIPER LLP (US)
ATTN: STEPHEN COWAN
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
550 SOUTH HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071

DLA PIPER LLP (US)
ATTN: WILLIAM GOLDMAN ESQ
(COUNSEL TO SWEDBANK AB, NEW YORK BRANCH)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

DORSEY & WHITNEY LLP
ATTN: ERIC LOPEZ SCHNABEL
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
250 PARK AVENUE
NEW YORK, NY 10177

DORSEY & WHITNEY LLP
ATTN: STEVEN J. HEIM AND MICHELLE KREIDLER DOVE
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
50 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402

DRESDNER BANK A.G.
ATTN: STEVEN TROYER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DRESSLER & PETERS, LLC
ATTN: JAMES JOYCE, ESQ.
(COUNSEL TO TOM WOLF)
111 W WASHINGTON STREET SUITE 1900
CHICAGO, IL 60602

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE
(COUNSEL TO ALLIANZ GLOBAL  INVESTORS AG)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047

DUANE MORRIS LLP
ATTN: LAWRENCE J. KOTLER, ESQUIRE
(COUNSEL TO FPB INTERNATIONAL BANK, INC. AND
NATIONAL AGRICULTURAL COOPERATIVE FEDERATION)
1540 BROADWAY
NEW YORK, NY 10036-4086

DUFFY & ATKINS LLP
ATTN: TODD E. DUFFY AND JAMES E. ATKINS
(COUNSEL TO SOUTH MISSISSIPPI POWER ASSOCIATION
AND COAST ELECTRIC POWER ASSOCIATION)
SEVEN PENN PLAZA, SUITE 420
NEW YORK, NY 10001

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
(COUNSEL TO AUSTRALIA AND NEW ZEALAND BANKING
GROUP LIMITED)
120 BROADWAY
NEW YORK, NY 10271

ENTWISTLE & CAPPUCCI LLP
ANDREW ENTWISTLE; J BEEMER; J PORTER
(COUNSEL TO THOMAS P. DINAPOLI, AS SOLE TRUSTEE OF
THE NY STATE COMMON RETIREMENT FUND)
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY 10017

EPSTEIN BECKER & GREEN, P.C.
ATTN: KENNETH J. KELLEY, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
250 PARK AVENUE
NEW YORK, NY 10177-1211

EPSTEIN BECKER & GREEN, P.C.
ATTN: DAVID B. TATGE, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
1227 25TH STREET, N.W.
SUITE 700
WASHINGTON, DC 20037

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ
(COUNSEL TO THE CITY OF LONG BEACH)
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

FARRELL FRITZ, P.C.
ATTN: LOUIS A. SCARCELLA
(COUNSEL TO HEGEMON FUND I, LLC)
1320 REXCORP PLAZA
UNIONDALE, NY 11556-1320

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI LLP
ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN HUH
(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES RETIREMENT
SYSTEM)
400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CA 95814

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510

FIRST TRUST PORTFOLIOS L.P.
ATTN: AMY LUM
(COUNSEL TO FIRST TRUST PORTFOLIOS LP, FIRST TRUST
ADVISORS LP AND BONDWAVE LLC)
120 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL 60187-5455

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
90 PARK AVENUE
NEW YORK, NY 10016

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL 60654

FOLEY & LARDNER LLP
ATTN: WILLIAM MCKENNA, ESQ.
(COUNSEL TO ARAB FOREIGN INVESTMENT CO.)
555 SOUTH FLOWER ST., SUITE 3500
LOS ANGELES, CA 90071-2411

FOLEY & LARDNER LLP
ATTN: DOUGLAS E. SPELFOGEL, OLYA PETUKOVA
(COUNSEL TO LIBYAN ARAB FOREIGN INVESTMENT CO.)
90 PARK AVE., 20TH FLOOR
NEW YORK, NY 10016

FREDERIC DORWART, LAWYERS
ATTN: SAMUEL S. ORY AND JAMES A. HIGGINS
(COUNSEL TO BANK OF OKLAHOMA, N.A.)
124 EAST FOURTH STREET
TULSA, OK 74103

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTN: WALTER STUART ESQ., PATRICK OH, ESQ.
(COUNSEL TO SLB LEASING-FONDS GMBH & CO HERAKLES KG ET AL.)
520 MADISON AVENUE
NEW YORK, NY 10022

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: PETER SIMMONS, R TISDALE
(COUNSEL TO FEDERAL HOME LOAN BANK OF ATLANTA)
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1980

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: SHANNON NAGLE, ESQ. & RICHARD TISDALE, ESQ.
(COUNSEL TO COMMONWEALTH BANK OF AUSTRALIA)
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
(COUNSEL TO: BOULTBEE (HELSINKI) AB)
ATTN: WILLIAM WEINTRAUB & ANNE BEAUMONT
7 TIMES SQUARE
NEW YORK, NY 10036-6516

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG
(COUNSEL TO AT&T INC.)
666 FIFTH AVENUE
NEW YORK, NY 10103

FULTON BANK
ATTN: JOHN R. MERVA, ESQ.
ASSOCIATE COUNSEL & VP
ONE PENN CENTER PO BOX 4887
LANCASTER, PA 17604

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO
(COUNSEL TO PYRRHULOXIA, LP)
1000 LOUISIANA, SUITE 3400
HOUSTON, TX 77002-5011

GAY MCCALL ISAACKS GORDON & ROBERTS, PC
(COUNSEL TO: COLLIN COUNTY TAX ASSESSOR/COLLECTOR)
ATTN: 777 EAST 15TH STREET
PLANO, TX 75074

GENOVESE, JOBLOVE & BATTISTA, P.A.
ATTN: ROBERT F. ELGIDELY
(COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP,
JIN LIU, YIN YING LEUNG, LAI MEI CHAN, SING HEUNG)
BANK OF AMERICA TOWER, 100 S.E. 2ND ST, STE 4400
MIAMI, FL 33131

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S & TABACCO SETTLEMENT
FINANCING CORP)
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
(COUNSEL TO LEHMAN BROTHERS PRIVATE EQUITY FUND)
200 PARK AVENUE
NEW YORK, NY 10166-0193

GILMARTIN, POSTER & SHAFTO LLP
ATTN: ANDREAS SEUFFERT, ESQ.
(COUNSEL TO PIETRO FERRERO, VERSORGUNGSWERK DER
APOTHEKERKAMMER NORDRHEIN)
845 THIRD AVENUE
NEW YORK, NY 10022

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG
(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL &
ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTN: JONATHAN L. FLAXER, ESQ.
(COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP)
437 MADISON AVENUE
NEW YORK, NY 10022

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER AND GREG KADEN
(COUNSEL TO INTERACTIVE DATA CORP)
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639

GREENBERG TRAURIG, LLP
ATTN: MARIA DICONZA, ESQ.
(COUNSEL TO NOMURA HOLDING AMERICA, INC AND ON
BEHALF OF NOMURA HOLDINGS, INC.)
200 PARK AVENUE
NEW YORK, NY 10166

GREENBERG TRAURIG, LLP
ATTN: ADAM D COLE, ESQ
(COUNSEL TO FLORIDA POWER & LIGHT, NEXTRA ENERGY)
METLIFE BUILDING
200 PARK AVENUE
NEW YORK, NY 10166

GREENBERG TRAURIG, LLP
ATTN: SCOTT D COUSINS, ESQ DENNIS A MELORO, ESQ
(COUNSEL TO FLORIDA POWER & LIGHT, NEXTRA ENERGY)
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801

GREER, HERZ & ADAMS, LLP
ATTN:  FREDERICK BLACK AND TARA B. ANNWEILER
(COUNSEL TO:  AMERICAN NATIONAL INSURANCE COMPANY)
ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TX 77550

GSEF AL NAWRAS (CAYMAN) LIMITED
C/O JAMIE NELSON AND JOY MATHIAS
DUBAI INTERNATIONAL CAPITAL LLC
DIFC BUILDING 2, 4TH FLOOR
SHEIKH ZAYED ROAD, PO BOX 72888
DUBAI,
UNITED ARAB EMIRATES

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH
(COUNSEL TO COMMERZBANK A.G. AND DRESDNER BANK AG)
488 MADISON AVENUE
15TH FLOOR
NEW YORK, NY 10022

HAHN & HESSEN LLP
ATTN: ROSANNE THOMAS MATZAT, ESQ.
(COUNSEL TO AVISTA CORP., CASCADE INVESTMENT LLC,
AND POWEREX CORP.)
488 MADISON AVE
NEW YORK, NY 10022

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.)
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
(COUNSEL TO AEW CAPITAL MANAGEMENT, LP AND LYON
CAPITAL VENTURES)
2 PARK AVENUE
NEW YORK, NY 10016

HERRICK, FEINSTEIN LLP
ATTN: STEPHEN B. SELBST
(COUNSEL TO COMPAGNIE FINANCIERE TRADITION SA)
2 PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST
2125 E. KATELLA AVE
SUITE 400
ANAHEIM, CA 92806

HODGSON RUSS LLP
ATTN: DEBORAH J. PIAZZA, RENEE LEEK
(COUNSEL TO GESCONSULT S.A. SG LLC &  DEERE & CO.)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY 10022

HOLLAND & KNIGHT LLP
BARBRA PARLIN ARTHUR ROSENBERG FRANCOIS JANSON
(COUNSEL TO MONUMENT REALTY; SINGAPORE AIRLINES
US BANK; HSBC REALTY CREDIT CARLTON WILLARD; SBC)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
(COUNSEL TO MONUMENT REALTY LLC)
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006

HOLLAND & KNIGHT LLP
ATTN: FRANCOIS JANSON AND ARTHUR ROSENBERG
(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU
QUEBEC)
195 BROADWAY
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
ATTN: JOHN J. MONAGHAN, ESQ.
(COUNSEL TO SINGAPORE AIRLINES, US BANK NAT ASSOC,
HSBC REALTY CREDIT, CARLTON WILLARD AND SBA COMM.)
10 ST. JAMES AVENUE
BOSTON, MA 02116

HOLLAND & KNIGHT LLP
ATTN: BARBRA R. PARLIN, ESQ.
(COUNSEL TO PRICEWATERHOUSECOOPERS LLP)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007

HOLMES ROBERTS & OWEN LLP
ATTN: ADAM BREZINE, ESQ. & KERRY MOYNIHAN
(COUNSEL TO MILLENIUM MARKETING &
MANAGEMENT PTY. LTD.)
800 W. OLYMPIC BOULEVARD, 4TH FLOOR
LOS ANGELES, CA 90015

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ
(COUNSEL TO HEALTH CARE SERVICES CORP D/B/A BLUE
CROSS AND BLUE SHIELD OF ILLINOIS)
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202

HUNTON & WILLIAMS LLP
ATTN: KEVIN M. ECKHARDT
(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC
VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)
1111 BRICKELL AVENUE, SUITE 2500
MIAMI, FL 33131

HUNTON & WILLIAMS, LLP
ATTN: J.R. SMITH
(COUNSEL: BANK OF AMERICA NA, GENWORTH FINANCIAL)
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ.
(COUNSEL TO 50 BROADWAY REALTY CORP. LLC)
250 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10177

INSTITUTIONAL SERVICES GROUP, LLC
ATTN: HUGH L. DAVIS (DAVE) AND VICTOR E. BLAYLOCK
PO BOX 4654
JACKSON, MS 39296

INTERNAL REVENUE SERUICE
OFFICE OF CHIEF COUNSEL
ATTN: TOBY R. ROSENBERG
33 MAIDEN LANE, 14TH FLOOR
NEW YORK, NY 10038

INTERSIL CORPORATION
ATTN: DOUGLAS BALOG, ESQ.
ASSOCIATE GENERAL COUNSEL
1650 ROBERT A. CONLON BLVD., NE
M/S 62A309
PALM BEACH, FL 32905

INVESCO AIM MANAGEMENT GROUP, INC.
ATTN: TERESA A. OXFORD, ESQ.
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
11 GREENWAY PLAZA, SUITE 100
HOUSTON, TX 77046-1173

IRELL & MANELLA LLP
ATTN: ALAN J. FRIEDMAN AND KERRI LYMAN
(COUNSEL TO "PARTY-IN-INTEREST")
840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660

IVEY, BARNUM, AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
(COUNSEL TO DUKE ENERGY OHIO, INC.)
170 MASON STREET
GREENWICH, CT 06830

JAY HURST, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF
THE STATE OF TEXAS)
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY AND ROBERT L. BYMAN
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
353 N. CLARK ST.
CHICAGO, IL 60654-3456

JENNINGS, STROUSS & SALMON, P.L.C.
ATTN: GEORGE C. SPILSBURY
(COUNSEL TO LA LOMA SENIOR LIVING SERVICES, INC.)
THE COLLIER CENTER, 11TH FLOOR
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

JOSEPH L. FOX, ESQ.
(COUNSEL TO HUMBERTO G. MERCHLAND LOPEZ)
60 EAST 42ND STREET, SUITE 2231
NEW YORK, NY 10165

JOSEPH N. CORDARO
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

K&L GATES LLP
ATTN: ELI R. MATTIOLI, ESQ.
(COUNSEL TO FIRSTBANK PUERTO RICO)
599 LEXINGTON AVENUE
NEW YORK, NY 10022

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID S. ROSNER AND ANDREW K. GLENN
(COUNSEL TO BAY HARBOUR MAGMT, BAY HARBOUR MASTER,
TROPHY HUNTER, BHCO MASTER, MSS, INST BENCHMARKS)
1633 BROADWAY
NEW YORK, NY 10019

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
(COUNSEL TO TUXEDO RESERVE OWNER LLC AND TUXEDO
TPA OWNER LLC)
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE
(COUNSEL TO WELLS FARGO BANK NA & WELLS FARGO & CO
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, JACLYN GENCHI
(COUNSEL TO CAISSE DE DEPOT, TOTAL GAS&POWER LTD,
GALLIARD CAP, BANCO POPULAR, POPULAR GESTION)
425 PARK AVENUE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.
(COUNSEL TO BP CORPORATION NA)
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND
IGI RESOURCES)
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO TATA AMERICAN INTERNATIONAL CORP AND
TATA CONSULTANCY SERVICES LTD)
101 PARK AVENUE
NEW YORK, NY 10178-0002

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
(COUNSEL TO THE JUILLIARD SCHOOL)
101 PARK AVENUE
NEW YORK, NY 10178

KIRKLAND & ELLIS LLP
ATTN: JAMES H. M. SPRAYREGEN
(COUNSEL TO LEHMAN RE, LTD & PULSAR RE, LTD)
601 LEXINGTON AVENUE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN
(COUNSEL TO LIQUIDATORS OF LEHMAN BROTHERS
AUSTRALIA LIMITED)
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611

KIRKLAND & ELLIS LLP
ATTN: DAVID R SELIGMAN
(COUNSEL TO LIQUIDATORS OF LEHMAN BROTHERS
AUSTRALIA LIMITED)
300 NORTH LASALLE
CHICAGO, IL 60654

KLEIN SOLOMON LLP
ATTN: JAY B. SOLOMON
(COUNSEL TO HOPE GREENFIELD & GREENFIELDS OTC LLC)
275 MADISON AVENUE, 11TH FLOOR
NEW YORK, NY 10016

KLESTADT & WINTERS, LLP
ATTN: JOHN E. JURELLER, JR.
(COUNSEL TO OVERSTOCK.COM)
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017

KLESTADT & WINTERS, LLP
ATTN: CARRIE V. HARDMAN
(COUNSEL TO EUROPEAN CREDIT MANAGEMENT LIMITED;
RELATIVE EUROPEAN VALUE S.A., ET. AL)
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017

KOBRE & KIM LLC
ATTN:MICHAEL S KIM, ROBERT W HENOCH, ANDREW C
LOURIE
(COUNSEL TO ESSEX; 4KIDS ENT; NORTHGATE; ABM IND)
800 THIRD AVENUE
NEW YORK, NY 10022

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL AND
AMY CATON
(COUNSEL TO THE BANK OF NY MELLON TRUST CO., NA)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, DANIEL M. EGGERMAN
(COUNSEL TO RUTGER SCHIMMELPENNINCK)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LANDMAN CORSI BALLAINE & FORD, P.C.
ATTN: MARK LANDMAN, WILLIAM BALLAINE & SOPHIA REE
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP. IN
CONSERVATORSHIP)
120 BROADWAY, 27TH FLOOR
NEW YORK, NY 10271-0079

LANE POWELL PC
ATTN: CHARLES R. EKBERG
(COUNSEL TO FRED HUTCHINSON CANCER RESEARCH CTR)
1420 FIFTH AVENUE SUITE 4100
SEATTLE, WA 98101-2338

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
(COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER
(COUNSEL TO FANNIE MAE)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

LATHAM & WATKINS LLP
ATTN: PETER M. GILHULY
(COUNSEL TO NETAPP, INC.; ASURION CORPORATION)
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560

LATHAM & WATKINS LLP
ATTN: RICHARD A. LEVY
(COUNSEL TO GE CORPORATE FINANCIAL SERVICES, INC.)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022

LAW OFFICES OF NEIL MOLDOVAN, P.C.
ATTN: ELLEN ZWEIG
(COUNSEL TO ANITA BRYANT)
ONE OLD COUNTRY ROAD, SUITE 270
CARLE PLACE, NY 11514

LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: WALTER E. SWEARINGEN
(COUNSEL TO PETER J. AND MARY JANE DAPUZZO)
1185 AVENUE OF THE AMERICAS, 17TH FLOOR
NEW YORK, NY 10036

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ATTN: STEVEN E FINEMAN, ESQ
(COUNSEL TO CERTIFIED CLAS IN AUSTIN V CHISICK)
250 HUDSON STREET 8TH FLOOR
NEW YORK, NY 10013-1413

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
(COUNSEL TO HARRIS COUNTY)
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO HUNT & SMITH COUNTY)
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS
(COUNSEL TO MCLENNAN COUNTY)
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX 78760

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: PHILIP EISENBERG
(COUNSEL TO DYNERGY POWER MARKETING, INC.)
3400 JPMORGAN CHASE TOWER
600 TRAVIS TOWER
HOUSTON, TX 77002-3095

LOEB & LOEB LLP
ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN AND
DANIEL B. BESIKOF, ESQ.
(COUNSEL TO THOMAS COOK AG)
345 PARK AVENUE
NEW YORK, NY 10154

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES, ESQ.
(COUNSEL TO 72 INDIVIDUALS)
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801

LOVELLS LLP
ATTN: ROBIN E. KELLER AND OMECCA N. NEDD
(COUNSEL TO QVT FINANCIAL LP & INSTITUTO
DE CREDITO OFICIAL)
590 MADISON AVE
NEW YORK, NY 10022

LOVELLS LLP
ATTN: CHRISTOPHER R. DONOHO, III
(COUNSEL TO STANDARD CHARTERED BANK, SEA PORT
GROUP SECURITIES, LLC AND CENTERBRIDGE)
590 MADISON AVENUE
NEW YORK, NY 10022

LOVELLS LLP
ATTN: ROBIN E. KELLER, ESQ.
(COUNSEL TO BRE BANK S.A., CARLTON COMM. LTD AND
INSTITUTO CREDITO OFICIAL)
590 MADISON AVENUE
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: KENNETH ROSEN, VINCENT D'AGOSTINO
(COUNSEL TO AVAYA INC.)
65 LIVINGSTON AVE.
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 3)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES CO AND FIRST CHOICE
POWER, LP)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES COMPANY AND FIRST CHOICE
POWER, LP)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, ESQ.
(COUNSEL TO RELIANT ENERGY SERVICES, INC. AND
RELIANT ENERGY POWER SUPPLY, LLC)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING
AND TRADING)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING
AND TRADING)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER
(COUNSEL TO BINDING COMPANY, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN:  JEFFREY PROL, ESQ.
(COUNSEL TO FUBON SECURITIES CO., FUBON INSURANCE
CO.,LTD.,  TAIPEI FUBON COMMERCIAL BANK CO.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL ETKIN, SCOTT CARGILL, SEAN QUIGLEY
(COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT LLC,
LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET AL)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL ETKIN, SCOTT CARGILL, SEAN QUIGLEY
(COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT LLC,
LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET AL)
65 LIVINGSTON STREET
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN:  ERIN S. LEVIN, ESQ.
(COUNSEL TO LIBERTYVIEW)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

MANUFACTURERS AND TRADER TRUST COMPANY
ATTN: MARK W. WARREN, ESQ.
(COUNSEL TO M&T BANK)
ONE M&T PLAZA, 12TH FLOOR
BUFFALO, NY 14203

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ.
(COUNSEL TO CIBC)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN
(COUNSEL TO SUMITOMO MITSUI BANK)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D. HYMAN
JEFFREY G. TOUGAS, AMIT K. TRHAN
COUNSEL TO NATL BANK OF CANADA, WASHINGTON MUTUAL
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: EVAN MERBERG, ESQ
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL 60606

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS
AMIT K. TREHAN
(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: STEVEN WOLOWITZ AND BRIAN TRUST
(COUNSEL TO LIBRA CDO LTD AND SOCIETE GENERALE)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: ANDREW SHAFFER & J. ROBERT STOLL
(COUNSEL TO THE LEHMAN HONG KONG LIQUIDATORS)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: HOWARD S. BELTZER, ESQ., JEFFREY G. TOUGAS,
ESQ., CHRISTINE A. WALSH, ESQ.
(COUNSEL TO BNP PARIBAS AND ITS AFFILIATES)
1675 BROADWAY
NEW YORK, NY 10019

MAYNARD COOPER & GALE, PC
ATTN: JAYNA PARTAIN LAMAR
(COUNSEL TO REGIONS BANK)
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, AL 35203

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ.
(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)
500 NORTH BROADWAY, SUITE 129
JERICHO, NY 11753

MCCALLA RAYMER, LLC
ATTN: A MICHELLE HART LUREECE LEWIS
(COUNSEL TO AMERICA'S SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102

MCCALLA RAYMER, LLC
ATTN: JEANNE MORTON, ESQ
COUNSEL TO AMERICA'S SERVICING COMPANY
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY MARKETING INC.)
FOUR GATEWAY CENTER, 100 MULBERRY STREET
NEWARK, NJ 07102-4096

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY MARKETING INC.)
RENAISSANCE CENTRE, 405 NORTH KING STREET
WILMINGTON, DE 19801

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801

MCCAUSLAN, KEEN & BUCKLAND
ATTN: GLENN S. GITOMER, ESQ.
(COUNSEL TO DR. PETER BERMAN, JOYCE L. REHORST,
STEPHEN J. EDELMANN & JACQUELINE W. EDELMANN)
11 BROADWAY, SUITE 715
NEW YORK, NY 10004

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO
(COUNSEL TO MARIE PAPILLON)
227 WEST MONROE STREET, SUITE 4400
CHICAGO, IL 60606-5096

MCDERMOTT WILL & EMERY LLP
ATTN: GARY O. RAVERT
(COUNSEL TO MARIE PAPILLON)
340 MADISON AVENUE
NEW YORK, NY 10173-1922

MCDERMOTT WILL & EMERY LLP
ATTN:  ISKENDER CATTO
(COUNSEL TO PACIFIC SUMMIT ENERGY LLC)
340 MADISON AVENUE
NEW YORK, NY 10173-1922

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX
(COUNSEL TO TORONTO-DOMINION BANK)
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NY 10105

MCGUIREWOODS LLP
ATTN: DION W. HAYES
(COUNSEL TO TORONTO-DOMINION BANK)
ONE JAMES CENTER, 901 EAST CARY STREET
RICHMOND, VA 23219

MCGUIREWOODS LLP
ATTN: JOHN H. MADDOCK III AND JOSEPH S. SHEERIN
(COUNSEL TO CSX TRANSPORTATION, INC.)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219

MEISTER SEELIG & FEIN LLP
ATTN: JAMES M. RINGER
(COUNSEL TO ROSSLYN INVESTORS I, LLC)
2 GRAND CENTRAL TOWER, 19TH FLOOR
140 EAST 45TH STREET
NEW YORK, NY 10017

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300 PO BOX 9194
GARDEN CITY, NY 11530

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: ALAN E. MARDER AND JIL MAZER-MARINO, ESQS.
(COUNSEL TO CONSTELLATION PLACE, ADV. PORTFOLIO,
SUNGUARD, ET AL., INF. SRVS, WALL ST CONCEPTS)
990 STEWART  AVENUE, SUITE 300
GARDEN CITY, NY 11530

MICHAEL A. COX, ATTORNEY GENERAL
ATTN: JUANDISHA HARRIS, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO STATE OF MICHIGAN, DEPT. OF TREASURY)
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

MICHAEL C. FREGE
IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER
DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS
AKTIENGESELLSCHAFT
BARCKHAUSSTR. 12-16
60325 FRANKFURT AM MAIN,
GERMANY

MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
301 W HIGH STREET, ROOM 670
JEFFERSON CITY, MO 65105-0475

MONARCH ALTERNATIVE CAPITAL LP
MICHAEL J KELLY, ESQ
535 MADISON AVENUE
NEW YORK, NY 10022

MOORE & VAN ALLEN PLLC
ATTN: DAVID B. WHEELER, ESQ.
(COUNSEL TO PUBLIC SERVICE OF NORTH CAROLINA)
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413-2828

MORGAN LEWIS & BOCKIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
(COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS)
101 PARK AVENUE
NEW YORK, NY 10178-0600

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222,
JAPAN

MORITT HOCK HAMROFF & HOROWITZ LLP
ATTN: LESLIE A. BERKOFF
(COUNSEL TO THE HOTCHKISS SCHOOL)
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: YUKITOSHI UWATOKO, ESQ.
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME
CHIYODA-KU
TOKYO, 100-6529
JAPAN

MORRISON & FOERSTER LLP
ATTN: TODD M. GOREN, ESQ.
(COUNSEL TO CB RICHARD ELLIS, INC.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI,ESQ
(COUNSEL TO FONDIARIA, BIM, VITA, ASSICURAZIONI,
MILANO, POPOLARE, BANCA SAI, SYSTEMA AND NOVARA)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY
(COUNSEL TO PACIFIC COAST CAP. PARTNERS, LLC,
MITSUBISHI UGJ SEC CO., ING REAL ESTATE FINANCE)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ
(COUNSEL TO OVERSEA-CHINESE BANKING CORP, INF GRP
OF TAIWAN FIN INST, FONDO LATINO AND AB BANKAS)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON COHEN LLP
ATTN: MICHAEL R. DAL LAGO, ESQ.
(COUNSEL TO CARMIGNAC GESTION)
909 THIRD AVENUE
NEW YORK, NY 10022

MOSES & SINGER LLP
ATTN: JAMES M. SULLIVAN, ESQ.
(COUNSEL TO CHINA DEVELOPMENT INDUSTRIAL BANK
& DOTSON INVESTMENTS LIMITED)
THE CHRYSLER BUILDING 405 LEXINGTON AVENUE
NEW YORK, NY 10174

NATIONWIDE FUND ADVISORS
ATTN: ERIC E MILLER, ESQ
SVP/GENERAL COUNSEL
1000 CONTINENTAL DR STE 400
KING OF PRUSSIA, PA 19406-2850

NEW YORK CITY LAW DEPARTMENT
JOSHUA M. WOLF ASSISTANT CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-199
NEW YORK, NY 10077

NEWEDGE USA, LLC
ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL
COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL 60661

NIXON PEABODY LLP
ATTN: DENNIS J. DREBSKY
(COUNSEL TO SAN MATEO, MONTEREY, MITSUI-MOL)
437 MADISON AVENUE
NEW YORK, NY 10022

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS)
100 SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022

NIXON PEABODY, LLP
ATTN: MARK N. BERMAN
(COUNSEL TO THE METROPOLITAN TRANSIT AUTHORITY &
WELLINGTON MGMT COMPANY, GEORGETOWN UNIVERSITY)
100 SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO BRYANT UNIVERSITY)
100 SUMMER STREET
BOSTON, MA 02110

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP)
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022

OFFICE OF ATTORNEY GENERAL
ATTN: CHRISTOPHER R. MOMJIAN
(COUNSEL TO THE COMMONWEALTH OF PENNSYLVANIA
DEPT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT)
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

OFFICE OF CHARLENE M. INDELICATO
WESTCHESTER COUNTY ATTORNEY
ATTN: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601

OFFICE OF THE MINNESOTA ATTORNEY GENERAL
ATTN: JEREMY D. EIDEN, ESQ.
(COUNSEL TO MINNESOTA STATE BOARD OF INVESTMENT)
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127

OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311

OPPENHEIMERFUNDS, INC.
CHIEF COMPLIANCE OFFICER
6803 SOUTH TUCSON WAY
ENGLEWOOD, CO 80112-3924

OPPENHEIMERFUNDS, INC.
2 WORLD FINANCIAL CENTER
225 LIBERTY STREET, 16TH FL
NEW YORK, NY 10281-1008

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.)
51 WEST 52ND STREET
NEW YORK, NY 10019-6142

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR.
(COUNSEL TO THE BANK OF NOVA SCOTIA)
51 WEST 52ND STREET
NEW YORK, NY 10019-6142

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, ESQ.
(COUNSEL TO THE BANK OF NOVA SCOTIA)
1152 15TH STREET, NW
WASHINGTON, DC 20005-1706

ORRICK, HARRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND
DEBRA L. FELDER
(COUNSEL TO CALIFORNIA IND. SYSTEMS OPERATOR CORP)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ROGER FRANKEL, RICHARD H. WYRON, JONATHAN P.
GUY AND DEBRA L. FELDER
(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR.
(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

OTC CORPORATE ACTIONS
ATTN: SHAMIRA ASSURIAN
9509 KEY WEST AVENUE
ROCKVILLE, MD 20850

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN, ESQ
(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD
& FDIC AS RECEIVER OF WESTERNBANK PUERTO RICO)
230 PARK AVENUE
NEW YORK, NY 10169-0075

OUTTEN & GOLDEN LLP
ATTN: JACK RAISNER AND RENE ROUPINIAN
(COUNSEL TO 72 INDIVIDUALS)
3 PARK AVENUE, 29TH FLOOR
NEW YORK, NY 10016

PADUANO & WEINTRAUB LLP
ATTN: WILLARD KNOX
(COUNSEL TO JASON T TAYLOR & PHILLIP WALSH)
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NY 10020

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV
(COUNSEL TO DUKE ENERGY OHIO, INC.)
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY
(COUNSEL TO ASBURY ATLANTIC AND ASBURY-SOLOMONS)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL HASTINGS LLP
ATTN: HARVEY A. STRICKON (HS5210)
(COUNSEL TO GE CAPITAL CORP, EUROPEAN BANK FOR
RECONSTRUCTION)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PAUL HASTINGS LLP
ATTN: MARTIN EDELMAN, ROBERT WERTHEIMBER
(COUNSEL TO 605 THIRD AVENUE FEE LLC)
75 EAST 55TH STREET
NEW YORK, NY 10022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS AND
CLAUDIA L. HAMMERMAN
(COUNSEL TO CITIGROUP, INC.)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PEITZMAN, WEG & KEMPINSKY LLP
ATTN: DAVID B. SHEMANO
(COUNSEL TO AVISTA CORP., CASCADE INVESTEMENT LLC,
AND POWEREX CORP.)
10100 SANTA MONICA BLVD., SUITE 1450
LOS ANGELES, CA 90067

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK)
4000 TOWN CENTER, SUITE 1800
SOUTHFIELD, MI 48075

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276

PEPPER HAMILTON LLP
ATTN: FRANCIS J. LAWALL, ESQ NINA VARUGHESE, ESQ
(COUNSEL TO ENCANA CORP, ENCANA OIL & GAS,
EXXON MOBILE GAS MARKETING EUROPE LTD)
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799

PEPPER HAMILTON LLP
ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II
(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA
(COUNSEL TO CITY OF FARMERS BRANCH ET AL)
P.O. BOX 13430
ARLINGTON, TX 76094-0430

PHOENIX AMERICAN FINANCIAL SERVICES, INC.
ATTN: JOSEPH HORGAN
2401 KERNER BLVD
SAN RAFAEL, CA 94901

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: DAVID A. CRICHLOW, ESQ.
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW
ATTN: SYDNEY G. PLATZER
(COUNSEL TO 250 EAST BORROWER LLC (41), EAST 46TH
BORROWER LLC (42); HALE AVENUE BORROWER LLC (43))
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN, ESQS
(COUNSEL TO ALIANT BANK)
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997

POST & SCHELL, P.C.
ATTN: BRIAN W. BISIGNANI, ESQ.
(COUNSEL TO AON CONSULTING)
17 NORTH 2ND STREET, 12TH FLOOR
HARRISBURG, PA 17101-1601

POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS
(COUNSEL TO CD REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE
(COUNSEL TO WSG DEVELOPMENT CO.)
410 PARK AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: RONALD S BEACHER, ESQ
(COUNSEL TO SPCP GROUP, BANK OF VALLETTA P.L.C &
APS BANK LTD.)
7 TIMES SQUARE
NEW YORK, NY 10036

PURSUIT PARTNERS
ATTN: FRANK CANELAS, ANTHONY SCHEPIS,
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902

QUINN EMANUEL URQUHART & SULLIVAN, LLP
(COUNSEL TO: OFFICIAL COMMITTEE OF UNS. CREDITORS)
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND
SCOTT C. SHELLEY, ROBERT DAKIS
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039

REED SMITH LLP
ATTN: J. ANDREW RAHL, ESQ.
(COUNSEL TO GALLEON BUCCANEERS OFFSHORE LTD)
599 LEXINGTON AVENUE
NEW YORK, NY 10022

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
(COUNSEL TO GE CAPITAL INFORMATION TECH SOLUTION)
1201 N MARKET STREET SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: CHRIS LYNCH
(COUNSEL TO GE CAPITAL INFORMATION TECH SOLUTIONS;
QUEST & QWEST COMMUNICATIONS; IKON OFFICE)
599 LEXINGTON AVENUE 30TH FLOOR
NEW YORK, NY 10022

REED SMITH LLP
ATTN: ERIC A SCHAFFER, ESQ
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.)
225 5TH AVENUE STE 1200
PITTSBURGH, PA 15222-2716

REED SMITH LLP
ATTN: MICHAEL J. VENDITTO
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.)
599 LEXINGTON AVE.
NEW YORK, NY 10022

REED SMITH LLP
ATTN: JOHN L. SCOTT, DAVID M. GRIMES AND
RIZWAN A. QURESHI
(COUNSEL TO YARPA INVESTMENTI S.G.R. S.P.A.-RP3)
599 LEXINGTON AVENUE
NEW YORK, NY 10022

REITLER KAILAS & ROSENBLATT LLC
ATTN: CRAIG J. ALBERT, ESQ.
(COUNSEL TO EDWARD J. AGOSTINI & SYLVIA AGOSTINI)
885 THIRD AVE., 20TH FLOOR
NEW YORK, NY 10022

RICHARD W. MARTINEZ, APLC
RICHARD W. MARTINEZ
(COUNSEL TO LOUISIANA SHERIFF'S PENSION & RELIEF
FUND)
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
(COUNSEL TO MICROSOFT CORP & LICENSING GP)
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192

RIEMER & BRAUNSTEIN LLP
ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER
RHEAUME
(COUNSEL TO SALEM FIVE CENTS SAVINGS BANK)
THREE CENTER PLAZA
BOSTON, MA 02108

ROGER B. NAGIOFF
THE LEYS
BARNET LANE
ELSTREE
HERFORDSHIRE, WD6 3RQ
UNITED KINGDOM

RUSSELL INVESTMENTS
ATTN: ELOIT COHEN
909 A STREET
TACOMA, WA 98402-5120

RUSSELL R. JOHNSON III
(COUNSEL TO DUKE ENERGY OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23103

SAINT JOSEPH'S UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
ATTN:  MARIANNE SCHIMELFENIQ, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
5600 CITY AVENUE
PHILADELPHIA, PA 19131-1395

SALANS
ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN
(COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK, BANK
PEKAO, GL TRADE, BNY, EZE CASTLE & LIQUIDPOINT)
620 FIFTH AVENUE
NEW YORK, NY 10020

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)
230 PARK AVENUE
NEW YORK, NY 10169

SAUL EWING LLP
ATTN: ADAM H. ISENBERG, ESQ.
(COUNSEL TO THE PENN CONVENTION CENTER AUTHORITY)
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SCHIFF HARDIN LLP
ATTN: EUGENE J. GEEKIE, JR.
(COUNSEL TO NORTHERN INDIANA PUBLIC SERVICE CO.
AND NISOURCE FINANCE CORP.)
6600 SEARS TOWER
CHICAGO, IL 60606

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
NKA BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
280 KING OF PRUSSIA ROAD
ATTN: JOHN A. KEHOE
WAYNE, PA 19087

SCHLAM STONE & DOLAN LLP
ATTN: BENNETTE D. KRAMER
COUNSEL TO GLENCORE COMMODITIES LTD MOORE CAP MGT
ALPHADYNE INTERNATIONAL MASTER FUND
26 BROADWAY
NEW YORK, NY 10004

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN: NICHALOS J. LEPORE, III, ESQ.
(COUNSEL TO PJM INTERCONNECTION, LLC)
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103-7286

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ.
(COUNSEL TO THE SUMITOMO TRUST & BANKING CO., LTD)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO GLOBAL, PANTON, CFIP, CURA, TURNBERRY,
INVESTCORP ET AL, DIAMOND NOTCH AND TANG CAPITAL)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ
AND NED S. SCHODEK, ESQ.
(COUNSEL TO BANK OF AMERICA, N.A.)
599 LEXINGTON AVENUE
NEW YORK, NY 10022

SHELL ENERGY NORTH AMERICA (US), L.P.
ATTN: ANN REYNAUD
909 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010

SHELL TRADING (US) COMPANY
ATTN: JENNIFER GORE
910 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010

SHENWICK & ASSOCIATES
(COUNSEL TO DOROTHEA DOUGLAS)
ATTN: JAMES SHENWICK
655 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN & RUSSELL RIED ESQS
(COUNSEL TO THE BANK OF NEW YORK MELLON)
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MALANI J. CADEMARTORI, ESQ.
(COUNSEL TO NORTON GOLD FIELDS LIMITED)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: EDWARD H TILLINGHAST, III BLANKA WOLFE
(COUNSEL TO MAKOLA 2005 SL)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTN: RUSSELL L. REID AND BLANKA K. WOLFE
(COUNSEL TO ISRAEL DISCOUNT BANK OF NEW YORK)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO GARTNER, INC., GARTNER UK, COMPUTER
FINANCIAL CONSULTANTS, TANGOE AND OPEN SOLUTIONS)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SHUTTS & BOWEN LLP
ATTN: JAMES A. TIMKO
(COUNSEL TO THE "SUNGARD ENTITIES)
300 SOUTH ORANGE AVE., SUITE 1000
ORLANDO, FL 32801

SIDLEY AUSTIN LLP
ATTN: ANDREW C. QUALE, JR., ALAN M. UNGER
(COUNSEL TO AIRCRAFT FINANCE TRUST)
787 SEVENTH AVENUE
NEW YORK, NY 10019

SILVERMANACAMPORA LLP
ATTN: RONALD J. FRIEDMAN
(COUNSEL TO MARTHA CHILTON MUELLER)
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SALLY MCDONALD HENRY
(COUNSEL TO REGION MARCHE, NASDAQ OMX, CHICAGO
MERCANTILE EX. AND BLACKROCK FINANCIAL MANAGEMENT)
FOUR TIMES SQUARE
NEW YORK, NY 10036

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: D. FARRINGTON YATES
(COUNSEL TO DR. MICHAEL C. FREGE)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: PATRICK C. MAXCY, ESQUIRE
(COUNSEL TO DR. MICHAEL C. FREGE)
8000 SEARS TOWER
233 WACKER DRIVE
CHICAGO, IL 60606

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS, INC.)
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: SANDRA E. MAYERSON, ESQ PETER A ZISSER, ESQ.
(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT QUEBEC)
30 ROCKEFELLER PLZ FL 22
NEW YORK, NY 10112-2299

STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
ATTN: RONALD TERENZI AND CARA GOLDSTEIN
(COUNSEL TO LAUREL COVE DEVELOPMENT)
401 FRANKLIN AVENUE
GARDEN CITY, NY 11530

STAHL ZELLOE, P.C.
ATTN: RICHARD J. STAHL, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

STEIN & LUBIN LLP
ATTN: EUGENE CHANG
(COUNSEL TO OVERSTOCK.COM)
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA 94111

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
ATTN: EDMOND P. O'BRIEN
(COUNSEL TO SLG 220 NEWS OWNER LLC)
675 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY 10017

STEPTOE & JOHNSON LLP
ATTN: JOHN H. LOVI AND LARA E. ROMANSIC
(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD
AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.)
750 SEVENTH AVENUE
NEW YORK, NY 10019

STEPTOE & JOHNSON LLP
ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER
(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD
AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.)
2121 AVENUE OF THE STARS, SUITE 2800
LOS ANGELES, CA 90067

STEVENS & LEE, P.C.
ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS
(COUNSEL TO 1301 PROPERTIES OWNER LP PARAMOUNT GP)
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY 10022

STEVENS & LEE, P.C.
ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS
(COUNSEL TO ROYAL BANK OF AMERICA)
485 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: MICHAEL J. CORDONE, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL A PATTERSON AND MICHAEL J. CORDONE
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL PATTERSON, MICHAEL CORDONE, MARK DORVAL
(COUNSEL TO FULTON BANK, ABERDEEN, NATIONWIDE FUND
DELAWARE MGMT HOLDINGS, TEMPLETON GLOBAL, ET AL.)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: M DORVAL, P PATTERSON, D JOSEPH, J MURPHY
(COUNSEL TO CARLYLE MORTGAGE CAPITAL, LLC,
BNC 2007-4, LLC, SASC 2007-BC4 A4, ET. AL)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098

STREUSAND & LANDON LLP
ATTN: G JAMES LANDON, ESQ RICHARD D VILLA, ESQ.
(COUNSEL TO: VIGNETTE EUROPE LIMITED)
515 CONGRESS AVE STE 2525
AUSTIN, TX 78701-3508

STREUSAND & LANDON LLP
515 CONGRESS AVE STE 2525
AUSTIN, TX 78701-3508

STROOCK & STROOCK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
(COUNSEL TO MIZUHO CORPORATE BANK)
180 MAIDEN LANE
NEW YORK, NY 10038

STROOCK & STROOCK & LAVAN LLP
ATTN: LAWRENCE M. HANDELSMAN AND DENISE K. WILDES
(COUNSEL TO STAMFORD ASSOCIATES L.P.)
180 MAIDEN LANE
NEW YORK, NY 10038

STROOCK & STROOCK & LAVAN LLP
ATTN: HAROLD A. OLSEN
(COUNSEL TO MERCURIA ENERGY TR, DEUTSCHE ZENTRAL,
BASSO CAPITAL, MAGNETAR CAPTIAL AND MITSUI & CO.)
180 MAIDEN LANE
NEW YORK, NY 10038

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACY AND HYDEE R. FELDSTEIN
(COUNSEL TO BARCLAYS CAPITAL, INC.)
125 BROAD STREET
NEW YORK, NY 10004

SULLIVAN & CROMWELL LLP
ATTN:  BRUCE CLARKE, MATTHEW SCHWARTZ
THEODORE MCCOMBS
(COUNSEL TO GIANTS STADIUM LLC)
125 BROAD STREET
NEW YORK, NY 10004

SUSMAN GODFREY L.L.P.
CHARLES R. ESKRIDGE III
WILLIAM R. H. MERRILL
(COUNSEL TO JT ADMINISTRATORS TO THE UK
ADMINISTRATION COMPANIES)
1000 LOUISIANA STREET - SUITE 5100
HOUSTON, TX 77002-5096

SUSMAN GODFREY L.L.P.
ATTN: SUYASH AGRAWAL
(COUNSEL TO JOINT ADMINISTRATORS OF THE UK
ADMINISTRATION COMPANIES)
560 LEXINGTON, 15TH FLOOR
NEW YORK, NY 10022

SUSMAN GODFREY LLP
ATTN: STEPHEN D. SUSMAN, ARUN S. SUBRAMANIAN
(COUNSEL TO MASON CAPITAL MANAGEMENT, LLC)
560 LEXINGTON AVENUE, 15TH FLOOR
NEW YORK, NY 10022-6828

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: PAUL B. TURNER
(COUNSEL TO SHELL TRADING/SHELL ENERGY N. AMER.
& FDRL HOME LOAN BANK OF BOSTON) TWO HOUSTON CNTR.
919 FANNIN, SUITE 2200
HOUSTON, TX 77010

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: MARK D. SHERRILL
(COUNSEL TO SHELL, AGBANK. AVIVA, AGRIBANK, KRAFT,
PROFUNDS, AGFIRST, PHILIP MORRIS, VINING-SPARKS)
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

TAFT STETTINIUS & HOLLISTER LLP
ATTN: W. TIMOTHY MILLER, ESQ.
(COUNSEL TO THE FEDERAL HOME LOAN BANK OF
CINCINNATI)
425 WALNUT STREET, STE. 1800
CINCINNATI, OH 45202

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV.
PO BOX 20207
NASHVILLE, TN 37202-0207

THALER & GERTLER, LLP
ATTN: ANDREW. M THALER & KATHERINE GERACI
(COUNSEL TO THE AUGUST '86 TRUST)
90 MERRICK AVENUE; SUITE 400
EAST MEADOW, NY 11554

THE BANK OF NEW YORK MELLON
ATTN: RANJIT MATHER, ROBERT BAILEY
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY 10286

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611,
JAPAN

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK GROCK)
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
(COUNSEL TO CROSSROADS INVESTMENT ADVISORS, LP
DIRECT ENERGY BUSINESS LLC)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
(COUNSEL TO DIRECT ENERGY BUSINESS, LLC)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT
(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP)
1722 ROUTH STREET
SUITE 1500
DALLAS, TX 75201-2533

THOMPSON COBURN LLP
ATTN: MARK V. BOSSI
(COUNSEL TO ARG FUNDING CORP AND VANGUARD CAR
RENTAL USA HO)
ONE US BANK PLAZA
SAINT LOUIS, MO 63101

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

TOBIN & TOBIN
ATTN: JOHN P. CHRISTIAN, ESQ.
(COUNSEL TO JOHN ROSEKRANS)
500 SANSOME STREET, 8TH FLOOR
SAN FRANCISCO, CA 94111-3214

TOGUT, SEGAL & SEGAL LLP
ATTENTION: NEIL BERGER, ESQ.
STEPHANIE A. SKELLY, ESQ.
(COUNSEL TO TRONOX, INCORPORATED, ET AL.)
ONE PENN PLAZA, SUITE 3335
NEW YORK, NY 10019

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN & LEE STREMBA
(COUNSEL TO PT BANK NEGARA INDONESIA
NEW SOUTH FED SAV BANK, RWE, AND ELECTRABEL)
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TROUTMAN SANDERS LLP
ATTN: LEE STREMBA, ESQ.
(COUNSEL TO JASON WALLACE)
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE AND
MICHAEL A. SHINER, ESQS.
(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
222 N. LASALLE STREET
CHICAGO, IL 60601-1003

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
(COUNSEL TO PURSUIT CAPITAL & OPPORTUNITY FUND)
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

VENABLE LLP
ATTN: EDWARD A. SMITH, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
1270 AVENUE OF THE AMERICAS, 25TH FLOOR
NEW YORK, NY 10020

VINSON & ELKINS L.L.P.
ATTN: STEVEN M. ABRAMOWITZ
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
666 FIFTH AVENUE, 27TH FLOOR
NEW YORK, NY 10103

VINSON & ELKINS L.L.P.
ATTN: JOHN E. WEST AND STEVEN M. ABRAMOWITZ
(COUNSEL TO CONTINENTAL AIRLINES, INC.)
1001 FANNIN STREET, SUITE 2500
HOUSTON, TX 77002-6760

VINSON & ELKINS LLP
ATTN: DOV KLEINER, ESQ.
(COUNSEL TO SHINSEI BANK LIMITED)
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103

VINSON & ELKINS RLLP
ATTN: JEFFREY E. ELDREDGE
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
CITY POINT, 33RD FLOOR
ONE ROPEMAKED STREET
LONDON EC2Y 9UE,
UK

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ
(COUNSEL TO JP MORGAN CHASE BANK)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
ATTN: CHRISTOPHER BELISLE, JANE FREEBERG SARMA
(COUNSEL TO ROGER B. NAGIOFF)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: RICHARD GRAHAM
(COUNSEL TO DNB NOR BANK ASA)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES
(COUNSEL TO DNB NOR BANK ASA)
WACHOVIA FINANCIAL CENTER SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

WHITE & CASE LLP
ATTN: EVAN C. HOLLANDER, ESQ.
(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA
OVERSEAS FUND, LTD.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND
RICHARD GRAHAM
(COUNSEL TO COMMERZBANK AG, NY & GRAND CAYMAN)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL, ULF KREPPEL
(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN,
GERMANY

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
WACHOVIA FINANCIAL CENTER, SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

WHITE & CASE LLP
ATTN: GERARD UZZI, J. CHRISTOPHER SHORE AND LISA
THOMPSON
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WHITE AND WILLIAMS LLP
SEDGWICK M. JEANITE, ESQ.
(COUNSEL TO ROBERT FRANZ)
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119

WHITEFORD TAYLOR & PRESTON, LLP
BRENT STRICKLAND, ESQ. DENNIS SHAFFER, ESQ
(COUNSEL TO MONARCH ALTERNATIVE CAPITAL LP)
SEVEN SAINT PAUL STREET
BALTIMORE, MD 21202

WIGGIN AND DANA LLP
ATTN: SHARYN B. ZUCH
(COUNSEL TO HOTCHKISS SCHOOL)
185 ASYLUM STREET
HARTFORD, CT 06103-3402

WILLKIE FARR & GALLAGHER LLP
ATTN: MATTHEW A. FELDMAN & MARC ABRAMS
(COUNSEL TO GREEN TREE SERVICING INC.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: ANA ALFONSO
(COUNSEL TO BANK OF AMERICA, N.A.)
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.
(COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, ESQ.
(COUNSEL TO MARSHALL WACE LLP)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILMER CUTLER PICKING HALE & DORR LLP
ATTN: PETER J. MACDONALD, JEANNETTE K. BOOT &
(COUNSEL TO INTEL CORPORATION)
399 PARK AVENUE
NEW YORK, NY 10022

WILMER CUTLER PICKING HALE & DORR LLP
ATTN: CRAIG GOLDBLATT & LISA EWART
(COUNSEL TO INTEL CORPORATION)
1875 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20006

WILMINGTON TRUST COMPANY
ATTN: JAMES J MCGINLEY
520 MADISON AVE, 33RD FL
NEW YORK, NY 10022

WILMINGTON TRUST FSB
ATTN: JULIE BECKER
50 S 6TH ST STE 1290
MINNEAPOLIS, MN 55402-1544

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
200 PARK AVENUE
NEW YORK, NY 10166-4193

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO, IL 60601

WINSTON & STRAWN LLP
ATTN: DAVID NEIER
(COUNSEL TO PENTWATER CAPITAL MANAGEMENT, LP AND
PIPER JAFFRAY & CO.)
200 PARK AVENUE
NEW YORK, NY 10166-4193

WOLFF & SAMSON PC
ATTN: DAVID N. RAVIN
(COUNSEL TO MACK-CALI REALTY LP)
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ)
ONE GATEWAY CENTER, 9TH FLOOR
NEWARK, NJ 07102

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ)
500 FIFTH AVENUE
NEW YORK, NY 10110

ZUCKERMAN SPAEDER LLP
ATTN: THOMAS G MACAULEY & VIRGINIA WHITEHILL GULDI
(COUNSEL TO STATE OF NEW JERSEY, DEPT OF
TREASURY, DIV OF INVESTMENT)
919 MARKET ST, STE 990
PO BOX 1028
WILMINGTON, DE 19899