UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :     08-13555 (JMP)
                                                                  :     (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x     Ref. Docket Nos. 19937, 20067,
                                                                        20109, 20221-20224, 20227, 20228-
                                                                        20230, 20271, 20528, 20529, 20571,
                                                                        20596, 20597, 20649, 20652, 20658,
                                                                        20669

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 11, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
14th day of October, 2011

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BNP PARIBAS SECURITIES CORP.
     TRANSFEROR: BNP PARIBAS
     C/O DEUTSCHE BANK SECURITIES INC.
     ATTN: MATT WEINSTEIN
     60 WALL STREET, 3RD FLOOR
     NEW YORK NY 10005
```

Please note that your claim # 67346-05 in the above referenced case and in the amount of
       $2,253,419.00   allowed at $2,253,419.00        has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: BNP PARIBAS SECURITIES CORP.
     C/O DEUTSCHE BANK SECURITIES INC
     ATTN: MATT WEINSTEIN
     60 WALL ST 3RD FL
     NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20571    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/11/2011                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 11, 2011.

# EXHIBIT B

```
TIME: 18:51:09                                              LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    1
DATE: 10/11/11                                                    CREDITOR LISTING

Name                                                        Address
BANCO DE ORO UNIBANK, INC.                                  BDO CORPORATE CENTER, ATTN: MA ANA ELENA R REYES, LUISITO S SALAZAR 7899 MAKATI AVENUE MAKATI CITY 0726 PHILIPPINES
BAUPOST GROUP SECURITIES, L.L.C.                            TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS
                                                            NEW YORK NY 10036-8704
BNP PARIBAS SECURITIES CORP.                                TRANSFEROR: BNP PARIBAS C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
BOTTICELLI, L.L.C.                                          TRANSFEROR: JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
CHASE LINCOLN FIRST COMMERCIAL                              TRANSFEROR: DCI LONG-SHORT CREDIT FUND JPMORGAN CHASE BANK, N.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
 CORPORATION                                                ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
CLARIDEN LEU LTD.                                           TRANSFEROR: CREDIT SUISSE ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE                                               ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                               CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: BANCO DE ORO UNIBANK, INC. DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI 60/F INTERNATIONAL COMMERCE CENTRE
                                                            1 AUSTIN ROAD WEST KOWLOON  HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: BNP PARIBAS SECURITIES CORP. C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: INSTITUTO BANCARIO SAMMARINESE S.P.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                            LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: SAPHIR FINANCE PLC-SERIES 2006-8-SERIES A C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL
                                                            NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: SIEMENS AG C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL NEW YORK NY 10005
ELLIOTT ASSOCIATES, L.P.                                    TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                                 TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019
GOLDMAN SACHS LENDING PARTNERS LLC                          TRANSFEROR: PACIFIC LIFE & ANNUITY COMPANY ATTN: LAUREN DAY C/O GOLDMAN SACHS & CO 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                                        TRANSFEROR: VIENNA INSURANCE GROUP WIENER STADTISCHE VERSICHERUNG AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR
                                                            JERSEY CITY NJ 07302
GSW GRUNDBESITZ GMBH & CO. KG                               ATTN: ANDREAS SEGAL, CFO CHARLOTTENSTR 4 BERLIN  10969 GERMANY
GSW GRUNDBESITZ GMBH & CO. KG                               CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
JPMORGAN CHASE BANK, N.A.                                   TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401
NEUE AARGAUER BANK AG                                       TRANSFEROR: CREDIT SUISSE ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010
OESTERREICHE                                                DLA PIPER WEISS- TESSBACH ATTN: THOMAS RUHM, ESQ. & CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA  A-1010 AUSTRIA
 VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF
 OF VOLKSBANK
OESTERREICHE                                                DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ & VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
 VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF
 OF VOLKSBANK
OESTERREICHE                                                VORARLBERG E.GEN KOLLINGASSE 19 VIENNA  A-1090 AUSTRIA
 VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF
 OF VOLKSBANK
OSTERREICHISCHE                                             TRANSFEROR: OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK VORARLBERG E. GEN. ATTN: VERENA RUPP A-1090 VIENNA
 VOLKSBANKEN-AKTIENGESELLSCHAFT                             KOLINGASSE VIENNA  14-16 AUSTRIA
SAPHIR FINANCE PLC-SERIES 2006-8-SERIES                     REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022
 A
SAPHIR FINANCE PLC-SERIES 2006-8-SERIES                     C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN : SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE
 A                                                          LONDON  E14 5AL ENGLAND
SELECT-INVEST FINANCIAL SERVICE AG                          BANKHAUS SCHELHAMMER & SCHATTERA AG GOLDSCHMIEDGASSE 3 VIENNA  1010 AUSTRIA
SELECT-INVEST FINANCIAL SERVICE AG                          KAERNTNERSTRASSE 51/TOP 3A VIENNA  1010 AUSTRIA
SIEMENS AG                                                  ATTN: HANS-PETER RUPPRECHT CORPORATE TREASURER MUNICH  80312 GERMANY
SILVER POINT CAPITAL FUND, L.P.                             DAVIS POLK & WARDELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL LP ATTN: DAVID F STEINMETZ 2 GREENWICH PLAZA 1ST FL
                                                            GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER                        DAVIS POLK & WARDELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVE NEW YORK NY 10017-3904
 FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL LP ATTN: DAVIS F STEINMETZ 2 GREENWICH PLAZA 1ST FL
 FUND, L.P.                                                 GREENWICH CT 06830
THE VARDE FUND IX, L.P.                                     TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                                            MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                                   TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                                            MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                                   TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                                            MINNEAPOLIS MN 55437
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 18:51:09                                                                                              PAGE:  2
DATE: 10/11/11
                                              LEHMAN BROTHERS HOLDING INC.
                                                    CREDITOR LISTING

Name                                         Address
THE VARDE FUND X (MASTER), L.P.              TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                             MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                         TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                             MINNEAPOLIS MN 55437
UBS AG, STAMFORD BRANCH                      TRANSFEROR: GSW GRUNDBESITZ GMBH & CO. KG ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
VARDE INVESTMENT PARTNERS (OFFSHORE)         TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
MASTER, L.P.                                 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.              TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                             MINNEAPOLIS MN 55437
YORK GLOBAL FINANCE BDH, LLC                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING 767 5TH AVE, 17 FL NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING 767 5TH AVE, 17TH FL
                                             NEW YORK NY 10153

Total Number of Records Printed    44
```

EPIQ BANKRUPTCY SOLUTIONS, LLC