UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
In re:                                                          :   Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS, INC.,      :   Case No. 08-13555 (JMP)
et al.,                                                         :
                                                                :   (Jointly Administered)
                        Debtors.                       :
                                                                :
---------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE BANKRUPTCY COURT
AND ALL OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT** the law firm of Allegaert Berger & Vogel LLP has replaced the law firm of Patterson Belknap Webb & Tyler LLP as counsel to Syncora Guarantee Inc. ("Syncora") in connection with Syncora's Proof of Claim No. 66099 filed in the above-referenced matter. All further notices, motions, applications, reports, stipulations, orders, pleadings, and other papers filed in these proceedings with respect to Proof of Claim No. 66099, including, without limitation, all applicable items referred to in Bankruptcy Rules 2002, 2015, 3017, and 9007, should be served on Syncora at the following addresses:

> David A. Berger
> Kevin L. MacMillan
> Allegaert Berger & Vogel LLP
> 111 Broadway, 20th Floor
> New York, New York 10006
> Telephone:  (212) 571-0550
> Facsimile:   (212) 571-0555

Dated: New York, New York
         October 13, 2011

| ALLEGAERT BERGER & VOGEL LLP | PATTERSON BELKNAP WEBB & TYLER LLP |
|---|---|
| _s/ David A. Berger_ | _s/ David W. Dykhouse_ |
| David A. Berger (dberger@abv.com) | David W. Dykhouse |
| Kevin L. MacMillan | |
| (kmacmillan@abv.com) | 1133 Avenue of the Americas |
| 111 Broadway, 20th Floor | New York, New York 10036-6710 |
| New York, New York 10006 | Telephone: (212) 336-2200 |
| Telephone: (212) 571-0550 | Facsimile: (212) 336-2222 |
| Facsimile: (212) 571-0555 | |

SYNCORA GUARANTEE INC.

_s/ James W. Lundy, Jr._
By: James W. Lundy Jr.
Title: Deputy General Counsel

825 Eighth Avenue, 24th Floor
New York, New York 10019-7416
Telephone: (212) 478-3405
Facsimile: (212) 478-3579

**SO ORDERED:**

Dated: New York, New York
        October 17, 2011

                                                _s/ James M. Peck_
                                                Honorable James M. Peck
                                                United States Bankruptcy Judge