**SUSMAN GODFREY L.L.P.**
Stephen D. Susman
Arun Subramanian
Drew D. Hansen (admitted *pro hac vice*)
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Mason Capital Management, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Susman Godfrey L.L.P. hereby requests the withdrawal of its appearance on behalf of Mason Capital Management, LLC.

Dated: October 17, 2011
Seattle, Washington

        Respectfully Submitted,

        SUSMAN GODFREY L.L.P.

        By:   */s/ Drew D. Hansen*
            Stephen D. Susman
            S.D. Admissions No. SS8591
            Arun Subramanian
            S.D. Admissions No. AS2096
            ssusman@susmangodfrey.com
            asubramanian@susmangodfrey.com
            560 Lexington Avenue, 15th Floor
            New York, New York 10022
            (212) 336-8330

Drew D. Hansen (pro hac vice)
dhansen@susmangodfrey.com
Justin A. Nelson (pro hac vice)
jnelson@susmangodfrey.com
Jordan Connors (pro hac vice)
jconnors@susmangodfrey.com
1201 Third Ave., Suite 3800
Seattle, WA  98101
(206) 516-3880

*Attorneys for Mason Capital Management, LLC*