ANDERSON KILL & OLICK, P.C.
Robert M. Horkovich
Todd E. Duffy
Dennis J. Nolan
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
*Attorneys for Essex Equity Holdings USA, LLC*

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Dennis J. Nolan, certify that I am over eighteen (18) years of age, am not a party to this action, am employed with Anderson Kill & Olick, P.C., and that on October 12, 2011, I caused a true and correct copy of:

> **LIMITED OBJECTION OF CREDITOR ESSEX EQUITY HOLDINGS USA, LLC TO THE INSURED PERSONS' MOTION, PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE, FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW SETTLEMENT PAYMENT UNDER DIRECTORS AND OFFICERS INSURANCE POLICY TO SETTLE THE CALIFORNIA MUNICIPALITIES ACTIONS**

to be served via ECF, E-MAIL and by first-class mail, postage pre-paid upon the following parties:

Adam J. Wasserman, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036

Tracy Hope Davis, Esq.
Andy Velez-Rivera, Esq.
*(Regular Mail only)*
Paul Schwartzberg, Esq.
*(Regular Mail only)*
Brian Masumoto, Esq.
*(Regular Mail only)*
Linda Riffkin, Esq.
*(Regular Mail only)*
The Office of the United States Trustee

Richard P. Krasnow, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Even Fleck, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005

nydocs1-976838.1                              1

33 Whitehall Street, 21st Floor
New York, New York 10004

Patricia M. Hynes, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020

Robert J. Cleary, Esq.
Proskauer Rose
11 Times Square
New York, New York 10036

James Huberty, Esq.
Paul F. Matousek, Esq.
Walker Wilcox Matousek LLP
225 W. Washington Street
Chicago, Illinois 60606

John F. McCarrick, Esq.
Maurice Pesso, Esq.
Daniel H. Simnowitz, Esq.
White and Williams LLP
One Penn Plaza, Suite 4110
New York, NY 10119

Jonathan Meer, Esq.
Scott Schaffer, Esq.
David Sheiffer, Esq.
Wilson Elser Moskowitz Edelman
 & Dicker LLP
150 East 42 Street
New York, NY 10017

Ommid C. Farashahi, Esq.
Charles Madden, Esq.
Bates & Carey LLP
191 W. Wacker Dr., Suite 2400
Chicago, IL 60606

Mary Jo Barry, Esq.
Catherine Casavant, Esq.
D'Amato & Lynch, LLP
Two World Financial Center
New York, NY 10281

Thomas E. Greyer, Esq.
Robert Eblin, Esq.
Bailey Cavalieri LLC
One Columbus
10 West Broad Street, Ste. 2100
Columbus, Ohio 43215

Michael J. Chepiga, Esq.
Mary Elizabeth McGarry, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

Pamela Passarello, Esq.
Arthur Washington, Esq.
Mendes & Mount LLP
750 7th Avenue
New York, NY 10019

Dated: October 17, 2011
       New York, New York

/s/ Dennis J. Nolan
Dennis J. Nolan