ANDERSON KILL & OLICK, P.C.
Robert M. Horkovich
Todd E. Duffy
Dennis J. Nolan
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
*Attorneys for Essex Equity Holdings USA, LLC*

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Dennis J. Nolan, certify that I am over eighteen (18) years of age, am not a party to this action, am employed with Anderson Kill & Olick, P.C., and that on October 12, 2011, I caused a true and correct copy of:

> **LIMITED OBJECTION OF CREDITOR ESSEX EQUITY HOLDINGS USA, LLC TO THE DEBTORS' MOTION, PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE, FOR AUTHORIZATION TO GRANT LIMITED RELEASES TO CERTAIN INSURERS UNDER THE DIRECTORS AND OFFICERS INSURANCE POLICIES**

to be served via ECF, E-MAIL and by first-class mail, postage pre-paid upon the following parties:

Richard P. Krasnow, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
Andrea B. Schwartz, Esq.
Elisabetta Gasperini, Esq.
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

James Huberty, Esq.
Paul F. Matousek, Esq.
Walker Wilcox Matousek LLP
225 W. Washington Street

Ommid C. Farashahi, Esq.
Charles Madden, Esq.
Bates & Carey LLP
191 W. Wacker Dr., Suite 2400
Chicago, IL 60606

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Even Fleck, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005

Mary Jo Barry, Esq.
Catherine Casavant, Esq.
D'Amato & Lynch, LLP
Two World Financial Center

nydocs1-976843.1

Chicago, Illinois 60606

John F. McCarrick, Esq.
Maurice Pesso, Esq.
White and Williams LLP
One Penn Plaza, Suite 4110
New York, NY 10119

Jonathan Meer, Esq.
Scott Schaffer, Esq.
Wilson Elser Moskowitz Edelman
 & Dicker LLP
150 East 42 Street
New York, NY 10017

Dated: October 17, 2011
New York, New York

New York, NY 10281

Thomas E. Greyer, Esq.
Robert Eblin, Esq.
Bailey Cavalieri LLC
One Columbus
10 West Broad Street, Ste. 2100
Columbus, Ohio 43215

/s/ Dennis J. Nolan
Dennis J. Nolan

nydocs1-976843.1