## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the |
| | Southern District of New York (the "<u>Bankruptcy Court</u>") |
| | Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "<u>Debtor</u>") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., *et al.,* |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 21656 |

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("<u>Seller</u>"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **CVI GVF (LUX) MASTER S.A.R.L.**
> c/o Carval Investors UK Ltd.
> Knowle Hill Park
> Fairmile Lane
> Cobham, Surrey KT11 2PD
> England
> Attn/Ref: David Short
> E-Mail: <u>David.Short@carval.com</u>

its successors and assigns ("<u>Buyer</u>") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **$4,419,580.26** (the "<u>Claim</u>") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _____ day of _____ 2009.

| | |
|---|---|
| **CVI GVF (Lux) Master S.a.r.l.**<br>BY CARVAL INVESTORS UK LIMITED | **Deutsche Bank AG, London Branch** |
| .................................................. | ................…................................ |
| Name:  DAVID SHORT | Name: |
| Title:  OPERATIONS MANAGER | Title: |

## EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court for the
            Southern District of New York (the "Bankruptcy Court")
            Attn:  Clerk

AND TO:     Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:  In re Lehman Brothers Holdings Inc., et al.,

CASE NO.    Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.   21777

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **CVI GVF (LUX) MASTER S.A.R.L.**
> c/o Carval Investors UK Ltd.
> Knowle Hill Park
> Fairmile Lane
> Cobham, Surrey KT11 2PD
> England
> Attn/Ref: David Short
> E-Mail: David.Short@carval.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **US $5,661,508.05** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ____ day of _____ 2009.

**CVI GVF (Lux) Master S.a.r.l.**              **Deutsche Bank AG, London Branch**
BY CARVAL INVESTORS UK LIMITED

............................................              ...............…...............................
Name:                                          Name:
Title:    DAVID SHORT                          Title:
          OPERATIONS MANAGER

## EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court for the
            Southern District of New York (the "Bankruptcy Court")
            Attn: Clerk

AND TO:     Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:  In re Lehman Brothers Holdings Inc., et al.,

CASE NO.    Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.   21558

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **CVI GVF (LUX) MASTER S.A.R.L.**
> c/o Carval Investors UK Ltd.
> Knowle Hill Park
> Fairmile Lane
> Cobham, Surrey KT11 2PD
> England
> Attn/Ref: David Short
> E-Mail: David.Short@carval.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **US $1,026,966.22** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ____ day of _____ 2009.

**CVI GVF (Lux) Master S.a.r.l.**
BY CARVAL INVESTORS UK LIMITED

..................……...............................
Name:
Title:       DAVID SHORT
             OPERATIONS MANAGER

**Deutsche Bank AG, London Branch**

..............……................................
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the
     Southern District of New York (the "Bankruptcy Court")
     Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO.  Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.  21776

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

    **CVI GVF (LUX) MASTER S.A.R.L.**
    c/o Carval Investors UK Ltd.
    Knowle Hill Park
    Fairmile Lane
    Cobham, Surrey KT11 2PD
    England
    Attn/Ref: David Short
    E-Mail: David.Short@carval.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **US $3,779,559.34** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _____ day of _____ 2009.

**CVI GVF (Lux) Master S.a.r.l.**     **Deutsche Bank AG, London Branch**
BY CARVAL INVESTORS UK LIMITED

..................................................    ..............………...............................
Name:  DAVID SHORT       Name:
Title:   OPERATIONS MANAGER    Title:

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 21659 |

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CVI GVF (LUX) MASTER S.A.R.L.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn/Ref: David Short
E-Mail: David.Short@carval.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **$5,650,589.60** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ____ day of _____ 2009.

| | |
|---|---|
| **CVI GVF (Lux) Master S.a.r.l.** | **Deutsche Bank AG, London Branch** |
| BY CARVAL INVESTORS UK LIMITED | |
| ............................................. | ............................................. |
| Name:  DAVID SHORT | Name: |
| Title:   OPERATIONS MANAGER | Title: |

## EVIDENCE OF TRANSFER OF CLAIM

TO:            United States Bankruptcy Court for the
               Southern District of New York (the "Bankruptcy Court")
               Attn: Clerk

AND TO:        Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:     In re Lehman Brothers Holdings Inc., et al.,

CASE NO.       Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.      21775

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CVI GVF (LUX) MASTER S.A.R.L.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn/Ref: David Short
E-Mail: David.Short@carval.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **$38,562,702.89** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ____ day of _____ 2009.

**CVI GVF (Lux) Master S.a.r.l.**
BY CARVAL INVESTORS UK LIMITED

...................................................
Name:    DAVID SHORT
Title:   OPERATIONS MANAGER

**Deutsche Bank AG, London Branch**

...................................................
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 21778

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

 **CVI GVF (LUX) MASTER S.A.R.L.**
 c/o Carval Investors UK Ltd.
 Knowle Hill Park
 Fairmile Lane
 Cobham, Surrey KT11 2PD
 England
 Attn/Ref: David Short
 E-Mail: David.Short@carval.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **$4,194,922.01** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _____ day of _____ 2009.

**CVI GVF (Lux) Master S.a.r.l.**
BY CARVAL INVESTORS UK LIMITED

...........................................
Name: DAVID SHORT
Title: OPERATIONS MANAGER

**Deutsche Bank AG, London Branch**

...............………...............................
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court for the
            Southern District of New York (the "Bankruptcy Court")
            Attn: Clerk

AND TO:     Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:  In re Lehman Brothers Holdings Inc., et al.,

CASE NO.    Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.   21779

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **CVI GVF (LUX) MASTER S.A.R.L.**
> c/o Carval Investors UK Ltd.
> Knowle Hill Park
> Fairmile Lane
> Cobham, Surrey KT11 2PD
> England
> Attn/Ref: David Short
> E-Mail: David.Short@carval.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **$5,830,829.52** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _____ day of _____ 2009.

**CVI GVF (Lux) Master S.a.r.l.**
BY CARVAL INVESTORS UK LIMITED

.......................................
Name:    DAVID SHORT
Title:   OPERATIONS MANAGER

**Deutsche Bank AG, London Branch**

...............……...............................
Name:
Title:

### EVIDENCE OF TRANSFER OF CLAIM

| TO: | United States Bankruptcy Court for the |
| | Southern District of New York (the "Bankruptcy Court") |
| | Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 21556 |

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **CVI GVF (LUX) MASTER S.A.R.L.**
> c/o Carval Investors UK Ltd.
> Knowle Hill Park
> Fairmile Lane
> Cobham, Surrey KT11 2PD
> England
> Attn/Ref: David Short
> E-Mail: David.Short@carval.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **$80,798,607.04** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _____ day of _____ 2009.

| **CVI GVF (Lux) Master S.a.r.l.** | **Deutsche Bank AG, London Branch** |
| BY CARVAL INVESTORS UK LIMITED | |
| ........................................... | ..............…............................... |
| Name:    DAVID SHORT | Name: |
| Title:    OPERATIONS MANAGER | Title: |

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the |
| | Southern District of New York (the "Bankruptcy Court") |
| | Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 21657 |

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **CVI GVF (LUX) MASTER S.A.R.L.**
> c/o Carval Investors UK Ltd.
> Knowle Hill Park
> Fairmile Lane
> Cobham, Surrey KT11 2PD
> England
> Attn/Ref: David Short
> E-Mail: David.Short@carval.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **$2,883,417.38** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _____ day of _____ 2009.

| | |
|---|---|
| **CVI GVF (Lux) Master S.a.r.l.** | **Deutsche Bank AG, London Branch** |
| BY CARVAL INVESTORS UK LIMITED | |
| ................................................ | ................……............................... |
| Name:  DAVID SHORT | Name: |
| Title:  OPERATIONS MANAGER | Title: |

## EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court for the
                Southern District of New York (the "Bankruptcy Court")
                Attn:  Clerk

AND TO:     Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:  In re Lehman Brothers Holdings Inc., et al.,

CASE NO.     Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.    21557

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

      **CVI GVF (LUX) MASTER S.A.R.L.**
      c/o Carval Investors UK Ltd.
      Knowle Hill Park
      Fairmile Lane
      Cobham, Surrey KT11 2PD
      England
      Attn/Ref: David Short
      E-Mail: David.Short@carval.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **$627,628.45** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.  Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ____ day of _____ 2009.

**CVI GVF (Lux) Master S.a.r.l.**        **Deutsche Bank AG, London Branch**
BY CARVAL INVESTORS UK LIMITED

............................................        .............……..............................
Name:   DAVID SHORT            Name:
Title:    OPERATIONS MANAGER     Title: