UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,  Case No. 08-13555 (JMP)

Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF SUNNY J. THOMPSON

UPON the motion of Ralph I. Miller dated September 28, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Sunny J. Thompson is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
October 18, 2011

    *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE