Alan Kolod
Mark N. Parry
**MOSES & SINGER LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7800
Fax: (212) 554-7700

*Attorneys for Deutsche Bank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

    Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 17th day of October, 2011, he caused copies of the:

**Reply of Deutsche Bank AG in Further Support of Motion Pursuant To Section 105(A) and Rule 3013 to Enforce Settlement Approval Order and to Correct Misclassification of Claims**

to be served by electronic transmission upon those parties listed on the Debtors' 2002 Master Service List dated as of October 7, 2011 and upon those parties listed on the attached Service List as indicated thereon.

                                                       /s/ Don K. Kick
                                                        Don K. Kick

Sworn to before me on October 18, 2011

      /s/ Marie S. Leybag
Notary Public

        Marie S. Leybag
  Notary Public, State of New York
      No. 01LE5060744
   Qualified in Queens County
Commission Expires: May 20, 2014

893501v1  086000.0100

## SERVICE LIST

### BY HAND

| | |
|---|---|
| Harvey R. Miller, Esq.<br>Lori R. Fife, Esq.<br>Garrett Fail, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq.<br>Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | |

### FEDERAL EXPRESS OVERNIGHT MAIL

| | |
|---|---|
| Monica Lawless<br>Brookfield Properties One WFC Co. LLC<br>Three World Financial Center<br>200 Vesey Street<br>New York, NY 10281 | AT&T Services-James W. Gordon<br>AT&T Services<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 |
| District Director<br>IRS-Special Procedures Branch<br>290 Broadway<br>New York, NY 10007 | Mr. Masaya Yamashiro<br>The Sumitomo Trust & Banking Co. Ltd.<br>Grantokyo South Tower<br>1-9-2 Marunouchi<br>Chiyoda-Ky<br>Tokyo, Japan 100-661 |

893501v1 086000.0100