WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (JMP)
                                                  :
                    Debtors.                      :   (Jointly Administered)
                                                  :
-------------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE**
**FORTY THIRD OMNIBUS HEARING ON OCTOBER 19, 2011 AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.  Debtors' Motion for Approval of a Settlement Agreement Among ESP Funding I, Ltd., U.S. Bank National Association, as Trustee, BNP Paribas, Natixis Financial Products LLC, Lehman Brothers Special Financing Inc., and Lehman Brothers Holdings Inc. **[ECF No. 20356]**

    Response Deadline:    October 12, 2011 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:    None.

    Status:  This matter is going forward.

2. Debtors' Motion for Approval of Settlement Agreements with (i) Bank of America, N.A. and (ii) Merrill Lynch International and Its Affiliates **[ECF No. 20367]**

   Response Deadline:   October 12, 2011 at 4:00 p.m.

   Response Received:

   A. Statement of Official Committee of Unsecured Creditors in Connection with Debtors' Motion **[ECF No. 20828]**

   Related Document:

   B. Declaration of Daniel Ehrmann in Support **[ECF No. 20368]**

   Status:  This matter is going forward.

## II.  **CONTESTED MATTERS:**

3. Motion of Deutsche Bank AG to Enforce Settlement Approval Order and to Correct Misclassification of Claims **[ECF No. 20321]**

   Response Deadline:   October 17, 2011 at 12:00 p.m.

   Responses Received:

   A. Debtors' Response and Objection **[ECF No. 20767]**

   B. Joinder to Motion of Stone Lion Portfolio L.P. and Permal Stone Lion Fund Ltd. **[ECF No. 20749]**

   C. Joinder to Motion of Centerbridge Credit Advisors LLC **[ECF No. 20759]**

   D. Joinder of Anchorage Capital Group, L.L.C **[ECF No. 20761]**

   E. Joinder to Motion of Monarch Alternative Capital LP **[ECF No. 20769]**

   F. Joinder to Motion of GSO Special Situations Fund L.P. and GSO Special Situations Overseas Master Fund Ltd. **[ECF No. 20771]**

   Related Documents:

   G. Reply of Deutsche Bank AG in Further Support of Motion **[ECF No. 20896]**

   H. Debtors' Reply to Joinders **[ECF No. 20909]**

        I.      Declaration of Joshua Dorchak in Support of Motion **[ECF No. 20322]**

Status:  This matter is going forward.

4.    Debtors' Motion for Approval of the Termination of the Spruce CCS, LTD. Securitization **[ECF No. 20338]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Response Received:

        A.      Response of Centerbridge Credit Advisors LLC **[ECF No. 20758]**

Related Document:

        B.      Declaration of David Walsh in Support of Motion **[ECF No. 20339]**

Status:  This matter is going forward.

5.    Insured Persons' Motion for an Order Modifying the Automatic Stay to Allow Settlement Payment Under Directors and Officers Insurance Policy to Settle the California Municipalities **[ECF No. 20310]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Response Received:

        A.      Limited Objection of Creditor Essex Equity Holdings USA, LLC **[ECF No. 20754]**

Related Document:

        B.      Insured Persons' Reply in Support of Motion **[ECF No. 20884]**

Status:  This matter is going forward.

6.    Motion of Insured Persons for an Order Modifying the Automatic Stay to Allow Settlement Payment Under Directors and Officers Insurance Policy to Settle Equity/Debt Class Action **[ECF No. 19488]**

Response Deadline:    September 7, 2011 at 4:00 p.m.

Responses Received:

      A.    Statement in Response by ERISA Class Action Creditors **[ECF No. 19740]**

      B.    Limited Objection of Essex Equity Holdings USA, LLC **[ECF No. 19758]**

      C.    Objection of SASCO Defendants **[ECF No. 19791]**

Related Documents:

      D.    Insured Persons' Reply **[ECF No. 19850]**

      E.    Notice of Revised Proposed Order **[ECF No. 19733]**

Status:  This matter is going forward.

7. Debtors' Motion for Authorization to Grant Limited Releases to Certain Insurers Under the Directors and Officers Insurance Policies **[ECF No. 20350]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Response Received:

      A.    Limited Objection of Creditor Essex Equity Holdings USA, LLC **[ECF No. 20756]**

Related Document:

      B.    Debtors' Reply **[ECF No. 20891]**

Status:  This matter is going forward.

### III.  ADJOURNED MATTERS:

**A.  Omnibus Matters**

8. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code **[ECF No. 434]**

Response Deadline:    November 9, 2011 at 5:00 p.m.

Responses Received:  None.

Related Documents:  None.

    Status:  This matter has been adjourned to November 16, 2011 at 10:00 a.m.

9. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[ECF No. 7102]**

    Response Deadline:   November 9, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status:  This matter has been adjourned to November 16, 2011 at 10:00 a.m.

10. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

    Response Deadline:   February 9, 2011 at 4:00 p.m.

    Responses Received:

        A. Debtors' Objection **[ECF No. 14398]**

        B. Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

    Related Documents:

        C. Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

        D. Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

    Status:  This matter has been adjourned to November 16, 2011 at 10:00 a.m.

11. Motion of Jason T. Taylor for Relief from the Automatic Stay **[ECF No. 14377]**

    Response Deadline:   November 9, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status:  This matter has been adjourned to November 16, 2011 at 10:00 a.m.

12. Motion of Phillip Walsh for Relief from the Automatic Stay **[ECF No. 14571]**

    Response Deadline:   November 9, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to November 16, 2011 at 10:00 a.m.

13. Motion of Colorado Plaintiffs Authorizing 2004 Examination of Debtors **[ECF No. 15200]**

   Response Deadline:  March 31, 2011

   Responses Received:

   A. Debtors' Preliminary Response **[ECF No. 15522]**

   B. Debtors' Objection **[ECF No. 15681]**

   Related Document:

   C. Notice of Proposed Order **[ECF No. 15201]**

   Status:  This matter has been adjourned to November 16, 2011 at 10:00 a.m.

14. Motion of Colorado Plaintiffs for Relief from the Automatic Stay **[ECF No. 15202]**

   Response Deadline:  April 6, 2011

   Response Received:

   A. Debtors' Objection **[ECF No. 15681]**

   Related Documents:  None.

   Status:  This matter has been adjourned to November 16, 2011 at 10:00 a.m.

15. Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

   Response Deadline:  May 11, 2011 at 4:00 p.m.

   Responses Received:

   A. Debtors' Objection **[ECF No. 16680]**

   B. Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

Related Document:  None.

Status:  This matter has been adjourned to November 16, 2011 at 10:00 a.m.

16. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

Response Deadline:    June 8, 2011 at 4:00 p.m.

Response Received:

    A.    Debtors' Objection **[ECF No. 17502]**

Related Documents:  None.

Status:  This matter has been adjourned to November 16, 2011 at 10:00 a.m.

17. Motion of Wells Fargo Bank, NA, et al. for Relief from the Automatic Stay **[ECF No. 19014]**

Response Deadline:    November 9, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Memorandum of Law in Support of Motion **[ECF No. 19015]**

Status:  This matter has been adjourned to November 16, 2011 at 10:00 a.m.

18. Motion of The Estate of Fannie Marie Gaines for Relief from the Automatic Stay **[ECF No. 19707]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Declaration of Melissa A. Pena in Support **[ECF No. 19708]**

    B.    Declaration of W. Keith Wyatt in Support **[ECF No. 19712]**

    C.    Notice of Presentment of Stipulation, Agreement and Order for Limited Relief from the Automatic Stay **[ECF No. 20835]**

> Status: This matter has been adjourned to November 16, 2011. A stipulation resolving this matter has been filed on notice of presentment.

19. Motion of Melissa and Michael Couch for Relief From the Automatic Stay **[ECF No. 20131]**

    Response Deadline: October 12, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Document:

    A.   Proposed Order **[ECF No. 20132]**

    Status: This matter has been adjourned to November 16, 2011 at 10:00 a.m.

20. Motion of Official Committee of Unsecured Creditors for Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses **[Case No. 08-13555, ECF No. 20723 and Case No. 08-01420, ECF No. 4528]**

    Response Deadline: November 15, 2011

    Responses Received: None.

    Related Document:

    A.   Memorandum of Law in Support of Motion **[ECF No. 19015]**

    Status: This matter has been adjourned to December 14, 2011 at 10:00 a.m.

**B.  Adversary Matters**

21. Turnberry/Centra Sub, LLC, et al. v. Lehman Brothers Holdings Inc. **[Adversary Case No. 09-01062]**

    Motion for Relief from the Automatic Stay **[Adv. ECF No. 54; LBHI Case ECF No. 19591]**

    Response Deadline: October 13, 2011

    Responses Received:

    A.   Debtors' Objection **[ECF No. 57; LBHI Case No. 20790]**

    B.   Joinder of Official Committee of Unsecured Creditors in Debtors' Objection to Motion **[ECF No. 58; LBHI Case No. 20845]**

Related Documents: None.

Status: This matter has been adjourned to November 16, 2011.

22. Lehman Brothers Special Financing Inc. v. Ballyrock ABS CDO 2007-1 Limited, et al. **[Adversary Case No. 09-01032]**

   Motion to Dismiss Adversary Proceeding

   Related Documents:

   A. Motion of Wells Fargo Bank, N.A., Trustee to Dismiss Adversary Proceeding **[ECF No. 87]**

   B. Memorandum of Law in Support of Motion **[ECF No. 88]**

   C. Declaration of Casey B. Howard in Support of Motion to Dismiss **[ECF No. 89]**

   Status: This matter has been adjourned to a date to be determined by the parties.

IV. **RESOLVED MATTERS:**

23. Motion for Relief from Automatic Stay by Kondaur Capital Corporation **[Case No. 09-10137, ECF No. 17]**

   Response Deadline: October 12, 2011 at 4:00 p.m.

   Responses Received: None.

   Related Document:

   A. So Ordered Stipulation, Agreement and Order Providing for Relief From the Automatic Stay **[ECF No. 20272]**

   Status: This matter has been resolved.

V. **WITHDRAWN MATTERS:**

24. Debtors' Motion to Compel Production of Documents Improperly Withheld as Privileged by Giants Stadium LLC **[Docket No. 19585]**

   Response Deadline: September 7, 2011 at 4:00 p.m.

   Response Received:

   A. Objection of Giants Stadium LLC **[Docket No. 19761]**

Related Document:

  B. Debtors' Reply **[Docket No. 19856]**

  C. Notice of Withdrawal Without Prejudice **[Docket No. 20660]**

Status: This matter has been withdrawn without prejudice.

Dated: October 19, 2011
   New York, New York

            /s/ Harvey R. Miller
            Harvey R. Miller

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
            and Debtors in Possession