UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS, INC., et al.,

    Debtors.

                              /

Chapter 11

Case No. 08-13555 (JMP)

*(Jointly Administered)*

**NOTICE OF WITHDRAWAL OF
SONEET R. KAPILA'S, AS CHAPTER 7 TRUSTEE
FOR FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC,
FONTAINEBLEAU LAS VEGAS, LLC, FONTAINEBLEAU
LAS VEGAS CAPITAL CORP. FONTAINEBLEAU LAS VEGAS
RETAIL PARENT, LLC, AND FONTAINEBLEAU LAS VEGAS RETAIL
MEZZANINE, LLC, MOTION FOR TEMPORARY ALLOWANCE OF CLAIMS
FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018**

Soneet R. Kapila (the "Trustee"), as Chapter 7 Trustee for Fontainebleau Las Vegas Holdings, LLC, Fontainebleau Las Vegas, LLC, Fontainebleau Las Vegas Capital Corp. Fontainebleau Las Vegas Retail Parent, LLC, and Fontainebleau Las Vegas Retail Mezzanine, LLC (the "Fontainebleau Entities"), by and through his undersigned counsel, hereby gives notice of withdrawal of his Motion for Temporary Allowance of Claims for Voting Purposes Pursuant to Bankruptcy Rule 3018 (the "Motion") (D.E. 20675). By his Motion, the Trustee sought the temporarily allowance of Claim 67165, Claim 67162, Claim 67166, Claim 67163 and Claim 67164 (each, a "Claim" and, collectively, the "Claims") for purposes of casting ballots in Class 7, General Unsecured Creditors, for Debtor, Lehman Brothers Holdings, Inc. ("LBHI"), in connection with the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and Its Affiliated Debtors (the "Plan"). Since the filing of the Motion, the Trustee has received from the Debtors

solicitation packages and ballots for each Claim which will allow him to cast votes for each Claim in Class 7, General Unsecured Creditors, for Debtor, LBHI, of the Plan. Therefore, the Trustee submits that the Debtors have provided the Trustee with the relief requested in the Motion and the Motion is, therefore, rendered moot. Based on these terms, the Trustee withdraws his Motion.

DATED: October 18, 2011

*/s/ Elena Paras Ketchum*
Elena Paras Ketchum
Florida Bar No. 129267
STICHTER, RIEDEL, BLAIN &
 PROSSER, P.A.
110 Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX
ATTORNEYS FOR TRUSTEE
eketchum@srbp.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *NOTICE OF WITHDRAWAL OF SONEET R. KAPILA'S, AS CHAPTER 7 TRUSTEE FOR FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, FONTAINEBLEAU LAS VEGAS, LLC, FONTAINEBLEAU LAS VEGAS CAPITAL CORP. FONTAINEBLEAU LAS VEGAS RETAIL PARENT, LLC, AND FONTAINEBLEAU LAS VEGAS RETAIL MEZZANINE, LLC, MOTION FOR TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018* was furnished by either U.S. MAIL or CM/ECF on this **18th** day of **October, 2011** to:

Chambers of the Honorable James M. Peck
United States Bankruptcy Judge, Courtroom 501
One Bowling Green
New York, New York 10004

Harvey R. Miller, Esquire
Lori R. Fife, Esquire
Alfredo R. Perez, Esquire
WEIL GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, New York 10153

Elisabetta Gasparini, Esquire
Andrea Schwartz, Esquire
OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2
33 Whitehall Street – 21st Floor
New York, New York 10004

Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan Fleck, Esquire
MILBANK, TWEED, HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, New York 10005

                                        */s/ Elena Paras Ketchum*
                                        Elena Paras Ketchum