Alan Kolod
Mark N. Parry
Kent C. Kolbig
**MOSES & SINGER LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
Telephone:  (212) 554-7800
Fax:  (212) 554-7700

*Attorneys for Deutsche Bank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Deutsche Bank AG, a party-in-interest in

the above-referenced proceeding ("Deutsche Bank"), hereby requests, in accordance with

title 11 of the United States Code and Rules 2002 and 9004 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be

given in these proceedings and all papers served or required to be served in these

proceedings be served upon:

Moses & Singer LLP
Attn:  Alan Kolod, Esq.
      Mark N. Parry, Esq.
      Kent C. Kolbig, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
Telephone: (212) 554-7800
Fax: (212) 554-7700

893494

Email: akolod@mosessinger.com
mparry@mosessinger.com
kkolbig@mosessinger.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, orders and notices of any petition, application, complaint, demand,

hearing, motion, pleading or request, whether formal or informal, written or oral,

transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or

otherwise.

PLEASE TAKE FURTHER NOTICE that Deutsche Bank intends that

neither this Notice of Appearance and Request for Notices nor any later appearance,

pleading, claim or suit shall waive (1) the right to have final orders in non-core matters

entered only after *de novo* review by a United States District Judge, (2) the right to trial

by jury in any proceeding so triable in these cases or any case, controversy, or proceeding

related to these cases, (3) the right to request the United States District Court to withdraw

the reference or to abstain, in any matter subject to mandatory or discretionary

withdrawal or abstention, or (4) any other rights, claims, actions, defenses, setoffs, or

recoupments to which it is or may be entitled to under agreements, in law, in equity, or

otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments of

expressly reserves.

Dated: New York, New York
October 18, 2011

MOSES & SINGER LLP

By: _____
        Alan Kolod
        Mark N. Parry
        Kent C. Kolbig
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone:  (212) 554-7800
Fax:  (212) 554-7700
akolod@mosessinger.com
mparry@mosessinger.com
kkolbig@mosessinger.com

*Attorneys for Deutsche Bank AG*