B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>

                Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee

<u>Serengeti Opportunities MM L.P.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com
Tel: (212) 934-3921

Court Claim # (if known): <u>66414 (70% of such claim), which amends Claim #4020 and Claim #11086</u>

Amount of Claim as Filed: <u>$5,700,000.00</u>

Amount of Claim Transferred: <u>$3,990,000.00</u>

Date Claim Filed: <u>3/22/2010</u>

Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

14

SK 26751 0003 1228768

GOLDMAN SACHS LENDING PARTNERS LLC

By: ___Faina Asri Garofalo_____    Date: ___October 17, 2011___
          Authorized Signatory
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

SERENGETI OPPORTUNITIES MM L.P.
By:    Serengeti Asset Management LP,
       as Investment Adviser

By: _____    Date: _____
       Transferor/Transferor's Agent

15

SK 26751 0003 1228768

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

SERENGETI OPPORTUNITIES MM L.P.
By:    Serengeti Asset Management LP,
       as Investment Adviser

By: _____    Date: 10/14/11
      Transferor/Transferor's Agent

15

SK 26751 0003 1228768

Form 210B (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re   Lehman Brothers Holdings Inc., et al.,          Case No.   08-13555 (JMP)
                                                                   (Jointly Administered)
                    Debtors.

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **66414** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on **October 18, 2011**.

| **Serengeti Opportunities MM L.P.** | **Goldman Sachs Lending Partners LLC** |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Serengeti Opportunities MM L.P.<br>c/o Serengeti Asset Management LP<br>632 Broadway, 12th Floor<br>New York, NY 10012<br>Attn: Shaker Choudhury | Goldman Sachs Lending Partners LLC<br>c/o Goldman Sachs & Co.<br>30 Hudson Street, 36th Floor<br>Jersey City, NJ 07302<br>Attn: Lauren Day |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____     _____
                                              **CLERK OF THE COURT**