Alan Kolod
Mark N. Parry
**MOSES & SINGER LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7800
Fax: (212) 554-7700

*Attorneys for Deutsche Bank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## CONSENT TO SUBSTITUTION OF COUNSEL

**IT IS HEREBY CONSENTED** that Joshua Dorchak, a member of the law firm of Bingham McCutchen LLP, with offices located at 399 Park Avenue, New York, NY 10022, counsel of record for Deutsche Bank AG ("Deutsche Bank"), as movant with respect to the Motion Pursuant Section 105(A) and Rule 3013 to Enforce Settlement Approval Order and to Correct Misclassification of Claims, be changed and that Alan Kolod, a member of the law firm of Moses & Singer LLP, with offices located at 405 Lexington Avenue, New York, New York 10174, be substituted as counsel for Deutsche Bank with respect to the foregoing motion.

893553

Dated: October 18, 2011
     New York, New York

                                **MOSES & SINGER LLP**

                                By:   /s/ Alan Kolod
                                     Alan Kolod
                                     Mark N. Parry
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, New York 10174
                              Telephone: (212) 554-7800
                              Fax: (212) 554-7700
                              Email: akolod@mosessinger.com
                                         mparry@mosessinger.com

                              *Attorneys for Deutsche Bank AG*


                              **BINGHAM MCCUTHEN LLP**

                                By:   /s/ Joshua Dorchak
                                     Joshua Dorchak
                              399 Park Avenue
                              New York, New York 10022
                              Telephone: (212) 705-7000
                              Fax: (212) 702-3667
                              Email: joshua.dorchak@bingham.com

                              *Retiring Attorneys for Deutsche Bank AG*