WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re**                                                                 :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
:
                                            **Debtors.**            :    **(Jointly Administered)**
:
:
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL
## OF DEBTORS' TWO HUNDRED
## AND FOURTEENTH OMNIBUS OBJECTION TO
## DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIMS

   **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their Two Hundred and Fourteenth

Omnibus Objection to Claims **t**o Disallow and Expunge Certain Filed Proofs of Claims [ECF.

No. 20103] solely with respect to the claims listed on Exhibit A annexed hereto.  The Debtors

reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated:  October 18, 2011
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Goldman Sachs International<br>Attn: John Tribolati & Caroline Carr<br>Peterborough Court<br>133 Fleet Street<br>London, ec4a 2bb | 58849 |