Michael G. Burke
Noam M. Besdin
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Counsel For American Municipal Power, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ------------------------------------------------------------ x | Chapter 11 Case No: |  |
| In re: | : | 08-13555 (JMP) |
| Lehman Brothers Holdings Inc., *et. al*. | : | (Jointly Administered) |
| Debtors. | : |  |
| ------------------------------------------------------------ x |  |  |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                                              )    s.s.:
COUNTY OF NEW YORK    )

1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

2. On October 13, 2011 I caused to be served true and correct copy of the **RESPONSE OF AMERICAN MUNICIPAL POWER, INC. TO THE DEBTORS' ONE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS** by email and first class mail, postage prepaid upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Robert Lemons, Esq.(robert.lemons@weil.com) and Mark Bernstein, Esq. (mark.bernstein@weil.com; (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase

NY1 7860082v.1

Manhattan Plaza, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com),

Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq.

(efleck@milbank.com); and by Federal Express for hand delivery upon: (iii) Office of the U.S.

Trustee, 33 Whitehall Street, 21st Fl., New York, NY 10004, Attn: Tracy Hope Davis, Esq.,

Andrea Schwartz, Esq. and Elisabetta Gasparini, Esq.

    /s/ Eileen A. McDonnell_____
    EILEEN A. MCDONNELL

Sworn to before me this
18th day of October 2011

/s/ Ricardo A. Murray\_\_\_\_\_
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Commission Expires April 13, 2014

NY1 7118012v.1