**ANNEX 2**
**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 08-13555 |
|---|---|
| Ch-11 LEHMAN BROTHERS HOLDINGS, INC. | Chapter 11 |
| Debtor | |

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that the following claims of Barclays Bank Plc] ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s),

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $19,336,363.56 | 15804 |

have been transferred and assigned to CVF Lux Master S.á.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNOR ~~ASSIGNEE~~: Barclays Bank Plc
Address:
Signature: [signed]
Name: S BARNETT
Title: VICE PRESIDENT
Date:

ASSIGNEE ~~ASSIGNOR~~: CVF Lux Master S.á.r.l.
Address:
BY CARVAL INVESTORS UK LIMITED
Signature: [signed]
Name:
Title: DAVID SHORT
       OPERATIONS MANAGER
Date:

26