B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., *et al.*, Debtors,      Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. A copy of the claim is attached hereto.

| | |
|---|---|
| Fubon Bank (Hong Kong) Limited | Lee Wai Kin |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Fubon Bank (Hong Kong) Limited
Fubon Bank Building
38 Des Voeux Road Central
Hong Kong
Attn: Mr. Richard Yu – First Vice President
(Financial Markets Group – Marketing)

Phone:  (011) (852) 2842 6128
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Treasury Settlement Department
19/F, Greenwich Centre,
260 King's Road, North Point,
Hong Kong.

Attn:  Mr. Kelvin Liu and Ms. Polly Lam

Email:  kelvin.ty.liu@fubon.com
        polly.lam@fubon.com
Phone:  Mr. Kelvin Liu  (011) (852) 3767 6030
Phone:  Ms. Polly Lam  (011) (852) 3767 6137
Last Four Digits of Acct #: _____

Court Claim # (if known):  42105
Amount of Claim:  $200,000.00
Date Claim Filed:  October 19, 2009

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where notices to transferor should be sent:

LEE WAI KIN
HOUSE 10 SUNRIDGE VILLA
LANE 555 BEIHONG ROAD
SHANGHAI 200336
CHINA

We declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FUBON BANK (HONG KONG) LIMITED

By: _____    _____    Date: <u>October 17, 2011</u>
Name: Carmen Yip    Dennis Ha
Title: Senior Vice President    Senior Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

-2-

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: <br> Lehman Brothers Holdings Inc., et al., <br> Debtors. | Chapter 11 <br> Case No. 08-13555 (JMP) <br> (Jointly Administered) |
|---|---|

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et AL
08-13555 (JMP)          0000042105

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Lee Wai Kin
c/o Fubon Bank (Hong Kong) Limited
10/F Central Tower
28 Queen's Road Central
Hong Kong
Attn: Ms. Esten Yim - First Vice President (Financial Markets Group - Marketing)
Telephone number: (852) 2842 6388 Email Address: Fax: (852) 2596 0495

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above)

**See attached.**

Telephone number:              Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 200,000.00 USD          (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0347785312          (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA45817          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

88101          (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank and/or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
FILED / RECEIVED
OCT 1 9 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. <br> 25-9-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

For and on behalf of
**FUBON BANK (HONG KONG) LIMITED**          Carmen Yip - Senior Vice President

Name and address where payment should be sent:

Treasury Settlement Department
Fubon Bank (Hong Kong) Limited
5th Floor, Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong
Attention: Mr. Kelvin Liu / Ms. Polly Lam

Telephone Number: Mr. Kelvin Liu: (852) 3767 6030
                  Ms. Polly Lam: (852) 3767 6137

Email Address: polly.lam@fubon.com
               kelvin.ty.liu@fubon.com

22345/2

27-OCT-2008  14:45      FUBON BANK MEIFOO BR                    + 852 2785 0365    P.01/06
                        FUBON BANK CHINA                        + 852 2785 0365    P.04/05

---

This form must be received by Fubon Bank (Hong Kong) Ltd by 5:00 p.m. 31 October, 2008, at the latest.

3 4

To:     Fubon Bank (Hong Kong) Limited          Attention : Mr Tony Li
        5/F Fubon Bank Building,                 FAX : +852 2785 0365
        38 Des Voeux Road,
        Central, Hong Kong
        Reply Fax No : (852) 2571 8774           Bank Ref : 3592557

## Instruction

I/We, LEE WAI KIN, being the beneficial owner(s) of the structured notes issued by Lehman Brothers Treasury Co. B.V. under the USD100,000,000,000 Euro Medium-Term Note Program, hereby give the following information and instructions to Fubon Bank (Hong Kong) Limited ("the Bank"):

☑   I/We hereby appoint and authorise the Bank, acting through its authorised officers, agents, lawyers or other professional advisers, to act in my/our name and/or on my/our behalf in relation to all matters related to and/or incidental to the petition filed by Lehman Brothers Holdings Inc. in the U.S. Bankruptcy Court and the bankruptcy of Lehman Brothers Treasury Co. B.V. declared by the Amsterdam District Court; and I/we hereby agree that the Bank may, in connection with the aforesaid, pass, forward, release, file, lodge, submit or otherwise my/our personal data and other details related to myself/ourselves or my/our investment in the structured notes to courts, regulators or other authorities or entities, and/or such agents of the Bank in the United States, the Netherlands or elsewhere in or out of Hong Kong as the Bank may deem appropriate.

Or

☐   I/We DO NOT require the service offered by the Bank and would instruct my/our own agents to withdraw the structured notes from the Bank and handle matters related to Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holdings Inc. by myself/ourselves.

* Please tick the appropriate box.

---

### PERSONAL DETAILS AND SIGNATURE

Identity Document No.: D390557 (9)

Telephone No.: +86 1390 1882264    email address: elfonlee@hsdc.com.cn

Correspondence address:    HOUSE 10 SUNRIDGE VILLA
                           LANE 555 BEIHONG ROAD
                           SHANGHAI 200336
                           CHINA

Nominal Amount and ISIN : USD 200,000 (XS0347785312)

Signature _____          Date 27 OCT 2008

Full Name    LEE WAI KIN



**Michael B. Lestino**
Attorney
Tel  973-422-6514
Fax  973-422-6515
mlestino@lowenstein.com

October 16, 2009

**VIA FEDEX**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Re:    **Lehman Securities Programs Proofs of Claim**

Dear Sir or Madam:

Enclosed herewith please find twenty-eight (28) original Proofs of Claim on behalf of the creditors indicated therein who are the beneficial holders of the Lehman Programs Securities indicated therein, the record holder of which is Fubon Bank (Hong Kong) Limited. Please return the copy of this cover letter provided herewith in the enclosed self-addressed envelope.

Very truly yours,

Michael B. Lestino

22345/2
10/16/09 12732698.1

Enclosures

cc:    Jeffrey D. Prol, Esq.
       Caroline Chan

Lowenstein Sandler PC    In California, Lowenstein Sandler LLP                                    www.lowenstein.com

Reply:  65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
        1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., *et al.*, Debtors,      Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. A copy of the claim is attached hereto.

| | |
|---|---|
| Fubon Bank (Hong Kong) Limited | Chan Kwok Woon Peter |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Fubon Bank (Hong Kong) Limited
Fubon Bank Building
38 Des Voeux Road Central
Hong Kong
Attn: Mr. Richard Yu – First Vice President
(Financial Markets Group – Marketing)

Phone:  (011) (852) 2842 6128
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Treasury Settlement Department
19/F, Greenwich Centre,
260 King's Road, North Point,
Hong Kong.
Attn: Mr. Kelvin Liu and Ms. Polly Lam

Email:  kelvin.ty.liu@fubon.com
            polly.lam@fubon.com
Phone:  Mr. Kelvin Liu  (011) (852) 3767 6030
Phone:  Ms. Polly Lam  (011) (852) 3767 6137
Last Four Digits of Acct #: _____

Court Claim # (if known):  42109
Amount of Claim:  $100,000.00
Date Claim Filed:  October 19, 2009

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where notices to transferor should be sent:

CHAN KWOK WOON PETER
FLAT A 18/F BLOCK 9
PARK ISLAND
MA WAN NT
HONG KONG

22345/2
10/18/2011 18476971.2

We declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FUBON BANK (HONG KONG) LIMITED

By: _____    _____         Date: <u>October 17, 2011</u>
Name: Carmen Yip                Dennis Ha
Title: Senior Vice President    Senior Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| *United States Bankruptcy Court/Southern District of New York* | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al, 08-13555 (JMP)        0000042109 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Chan Kwok Woon Peter c/o Fubon Bank (Hong Kong) Limited 10/F Central Tower 28 Queen's Road Central Hong Kong Attn: Ms. Esten Yim - First Vice President (Financial Markets Group - Marketing) Telephone number: (852) 2842 6388  Email Address:  Fax: (852) 2596 0495 | ☐ Check this box to indicate that this claim amends a previously filed claim. Court Claim Number: _____ *(If known)* Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above) **See attached.** Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 100,000.00 USD        **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0347785312        **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA45817        **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

88101        **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| | | FOR COURT USE ONLY |
|---|---|---|
| Date. 25-9-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FILED / RECEIVED** OCT 19 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC  |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**For and on behalf of FUBON BANK (HONG KONG) LIMITED**        Carmen Yip - Senior Vice President

Name and address where payment should be sent:

Treasury Settlement Department
Fubon Bank (Hong Kong) Limited
5th Floor, Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong
Attention: Mr. Kelvin Liu / Ms. Polly Lam

Telephone Number: Mr. Kelvin Liu: (852) 3767 6030
                  Ms. Polly Lam: (852) 3767 6137

Email Address: polly.lam@fubon.com
               kelvin.ty.liu@fubon.com

22345/2

*Rec'd on 5/10*

> **This form must be received by Fubon Bank (Hong Kong) Ltd by 5:00 p.m. 31 October, 2008, at the latest.**

To:    Fubon Bank (Hong Kong) Limited
       5 /F Fubon Bank Building,
       38 Des Voeux Road,
       Central, Hong Kong
       Reply Fax No : (852) 2571 8774              Bank Ref : 3563807

## Instruction

I/We, <u>CHAN KWOK WOON PETER</u>, being the beneficial owner(s) of the structured notes issued by Lehman Brothers Treasury Co. B.V. under the USD100,000,000,000 Euro Medium-Term Note Program, hereby give the following information and instructions to Fubon Bank (Hong Kong) Limited ("the Bank"):

☑    I/We hereby appoint and authorise the Bank, acting through its authorised officers, agents, lawyers or other professional advisers, to act in my/our name and/or on my/our behalf in relation to all matters related to and/or incidental to the petition filed by Lehman Brothers Holdings Inc. in the U.S. Bankruptcy Court and the bankruptcy of Lehman Brothers Treasury Co. B.V. declared by the Amsterdam District Court; and I/we hereby agree that the Bank may, in connection with the aforesaid, pass, forward, release, file, lodge, submit or otherwise my/our personal data and other details related to myself/ourselves or my/our investment in the structured notes to courts, regulators or other authorities or entities, and/or such agents of the Bank in the United States, the Netherlands or elsewhere in or out of Hong Kong as the Bank may deem appropriate.

Or

☐    I/We DO NOT require the service offered by the Bank and would instruct my/our own agents to withdraw the structured notes from the Bank and handle matters related to Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holdings Inc. by myself/ourselves.

\* Please tick the appropriate box.

---

| PERSONAL DETAILS AND SIGNATURE |
|---|

Identity Document No.:    *E 0054 11 (2)*

Telephone No. :    *61781977*    email address :    *chanlinda2121@yahoo.com.hk*

Correspondence address:    FLAT A 18/F BLOCK 9
                           PARK ISLAND
                           MA WAN
                           NT

Nominal Amount and ISIN :  USD 100,000 (XS0347785312)

Signature    *[signature]*              Date    *24, 10, 2008*
Full Name    CHAN KWOK WOON PETER



**Michael B. Lestino**
Attorney

Tel  973-422-6514
Fax 973-422-6515

mlestino@lowenstein.com

October 16, 2009

**VIA FEDEX**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

**Re:    Lehman Securities Programs Proofs of Claim**

Dear Sir or Madam:

Enclosed herewith please find twenty-eight (28) original Proofs of Claim on behalf of the creditors indicated therein who are the beneficial holders of the Lehman Programs Securities indicated therein, <u>the record holder of which is Fubon Bank (Hong Kong) Limited</u>.  Please return the copy of this cover letter provided herewith in the enclosed self-addressed envelope.

Very truly yours,

Michael B. Lestino

22345/2
10/16/09 12732698.1

Enclosures

cc:    Jeffrey D. Prol, Esq.
       Caroline Chan

**Lowenstein Sandler PC**    In California, Lowenstein Sandler LLP                                        www.lowenstein.com

Reply:   65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
         1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402

# FedEx

## Express

*The World's* **Sturdy Pak**

For FedEx Express® Shipments Only

Align bottom of Peel and Stick Airbill or Pouch here.

PRIORITY OVERNIGHT

10017

TRK#  9986 2772 2026

—NY—US

Form
0267

SB 0GSA

MON
Deliver by
19OCT09
EWR A1

FedEx

ORIGIN ID: MOA
...

TO: ATTN: LEHMAN BROTHERS HOLDINGS INC.
EPIQ BANKRUPTCY SOLUTIONS, LLC
757 THIRD AVENUE 3RD FLOOR
NEW YORK, NY 10017

Part # 154250-354 TRIT 04/09.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., *et al.*, Debtors,      Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  A copy of the claim is attached hereto.

| | |
|---|---|
| <u>Fubon Bank (Hong Kong) Limited</u><br>Name of Transferee | <u>Law Pui Yee</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:

Fubon Bank (Hong Kong) Limited
Fubon Bank Building
38 Des Voeux Road Central
Hong Kong
Attn: Mr. Richard Yu – First Vice President
(Financial Markets Group – Marketing)

Phone:  <u>(011) (852) 2842 6128</u>
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent  (if different from above):

Treasury Settlement Department
19/F, Greenwich Centre,
260 King's Road, North Point,
Hong Kong.
Attn: Mr. Kelvin Liu and Ms. Polly Lam

Email: <u>kelvin.ty.liu@fubon.com</u>
         <u>polly.lam@fubon.com</u>
Phone: <u>Mr. Kelvin Liu  (011) (852) 3767 6030</u>
Phone: <u>Ms. Polly Lam  (011) (852) 3767 6137</u>
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>42097</u>
Amount of Claim:  <u>$150,000.00</u>
Date Claim Filed:  <u>October 19, 2009</u>

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where notices to transferor should be sent:

LAW PUI YEE
ROOM G 41/F TOWER 3
SUMMIT TERRACE
TSUEN WAN NT
HONG KONG

22345/2
10/18/2011 18471193.2

We declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FUBON BANK (HONG KONG) LIMITED

By: _____    _____          Date: <u>October 17, 2011</u>          
Name: Carmen Yip                        Dennis Ha
Title: Senior Vice President          Senior Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)                    0000042097

0000042097

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Law Pui Yee c/o Fubon Bank (Hong Kong) Limited 16/F Central Tower 28 Queen's Road Central Hong Kong Attn: Ms. Esten Yim - First Vice President (Financial Markets Group - Marketing) Telephone number: (852) 2842 6388  Email Address: Fax: (852) 2596 0495 | **Court Claim Number:**_____ (If known)  Filed on: _____ |

| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| **See attached.** Telephone number:        Email Address: | |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 150,000.00 USD _____  **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0363471631 _____  **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA45828 _____  **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

88101 _____  **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| **Date.** 25-9-2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FILED / RECEIVED** OCT 19 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

For and on behalf of
FUBON BANK (HONG KONG) LIMITED          Carmen Yip - Senior Vice President

Name and address where payment should be sent:

Treasury Settlement Department
Fubon Bank (Hong Kong) Limited
5th Floor, Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong
Attention: Mr. Kelvin Liu / Ms. Polly Lam

Telephone Number: Mr. Kelvin Liu: (852) 3767 6030
                  Ms. Polly Lam: (852) 3767 6137

Email Address: polly.lam@fubon.com
               kelvin.ty.liu@fubon.com

22345/2

> **This form must be received by Fubon Bank (Hong Kong ) Ltd by 5:00 p.m. 31 October, 2008, at the latest.**

To:   Fubon Bank (Hong Kong) Limited
      5 /F Fubon Bank Building,
      38 Des Voeux Road,
      Central, Hong Kong
      Reply Fax No : (852) 2571 8774        Bank Ref : 3581918

### Instruction

I/We, <u>LAW PUI YEE</u>, being the beneficial owner(s) of the structured notes issued by Lehman Brothers Treasury Co. B.V. under the USD100,000,000,000 Euro Medium-Term Note Program, hereby give the following information and instructions to Fubon Bank (Hong Kong) Limited ("the Bank"):

☑   I/We hereby appoint and authorise the Bank, acting through its authorised officers, agents, lawyers or other professional advisers, to act in my/our name and/or on my/our behalf in relation to all matters related to and/or incidental to the petition filed by Lehman Brothers Holdings Inc. in the U.S. Bankruptcy Court and the bankruptcy of Lehman Brothers Treasury Co. B.V. declared by the Amsterdam District Court; and I/we hereby agree that the Bank may, in connection with the aforesaid, pass, forward, release, file, lodge, submit or otherwise my/our personal data and other details related to myself/ourselves or my/our investment in the structured notes to courts, regulators or other authorities or entities, and/or such agents of the Bank in the United States, the Netherlands or elsewhere in or out of Hong Kong as the Bank may deem appropriate.

Or

☐   I/We DO NOT require the service offered by the Bank and would instruct my/our own agents to withdraw the structured notes from the Bank and handle matters related to Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holdings Inc. by myself/ourselves.

\* Please tick the appropriate box.

> **PERSONAL DETAILS AND SIGNATURE**

Identity Document No.: _K 7 2 8 2 4 9 ( 4 )_

Telephone  No. : _P P P 5 3 P 6 P_    email address : _____

Correspondence address:   ROOM G 41/F TOWER 3
                          SUMMIT TERRACE
                          TSUEN WAN NT

Nominal Amount and ISIN :  USD 150,000 (XS0363471631)

Signature   _Law Pui Yee_        Date _27 Oct 2008_
Full Name   LAW PUI YEE



# Lowenstein Sandler

ATTORNEYS AT LAW

Michael B. Lestino
Attorney

Tel 973-422-6514
Fax 973-422-6515

mlestino@lowenstein.com

October 16, 2009

**VIA FEDEX**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Re:    **Lehman Securities Programs Proofs of Claim**

Dear Sir or Madam:

Enclosed herewith please find twenty-eight (28) original Proofs of Claim on behalf of the creditors indicated therein who are the beneficial holders of the Lehman Programs Securities indicated therein, the record holder of which is Fubon Bank (Hong Kong) Limited. Please return the copy of this cover letter provided herewith in the enclosed self-addressed envelope.

Very truly yours,

Michael B. Lestino

22345/2
10/16/09 12732698.1

Enclosures

cc:    Jeffrey D. Prol, Esq.
       Caroline Chan

Lowenstein Sandler PC    In California, Lowenstein Sandler LLP                    www.lowenstein.com

Reply:  65 Livingston Avenue Roseland, New Jersey 07068 Tel 973 597 2500 Fax 973 597 2400
        1251 Avenue of the Americas New York, New York 10020 Tel 212 262 6700 Fax 212 262 7402



# FedEx
Express

*The World*
# Sturdy Pak
For FedEx Express® Shipments Only

Align bottom of Peel and Stick Airbill or Pouch here.

PRIORITY OVERNIGHT

10017

— NY- US

SB 0GSA

MON
19 OCT 09

A1

EWR