WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
::
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE**
**HUNDRED FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 19, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims Adjourned to November 30, 2011 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32916 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32917 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32920 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32921 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32934 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32935 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32960 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32986 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32987 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32993 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32994 | 18438 |