**HEARING DATE AND TIME:  October 27, 2011 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE:  October 19, 2011 at 4:00 p.m. (Eastern Time)**

**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Eric A. Schaffer
Michael J. Venditto

*Counsel for The Bank of New York Mellon*
*Trust Company, N.A., as indenture trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**RESPONSE OF THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE, TO DEBTORS' ONE HUNDRED NINETY-FIRST OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)**

The Bank of New York Mellon Trust Company, N.A. (the "Trustee"), formerly

known as The Bank of New York Trust Company, N.A., as indenture trustee, by its undersigned

counsel, hereby responds to the *Debtors' One Hundred Ninety-First Omnibus Objection to*

*Claims (Valued Derivative Claims)* [Docket No. 19888] (the "Objection"), and states as follows:[1]

**FACTUAL BACKGROUND**

1.      The Trustee is indenture trustee under the Trust Indenture, dated as of

August 1, 2007, between the Michigan Finance Authority (the "Authority"), formerly known as

---

[1]  The Trustee is filing this response at the request and direction of the Michigan Finance Authority.

US_ACTIVE-107544486.4

the Michigan Tobacco Settlement Finance Authority, and the Trustee, pursuant to which the

Authority issued its Tobacco Settlement Asset-Backed Bonds, Series 2007 (the "Bonds").

2.    In connection with the issuance of the Bonds, the Trustee entered into a

Reserve Fund Agreement (the "Reserve Fund Agreement"), dated August 20, 2007, with

Lehman Brothers Special Financing Inc. ("LBSF").  LBSF's obligations to the Trustee under the

Reserve Fund Agreement were guaranteed by Lehman Brothers Holdings Inc. ("LBHI")

pursuant to a Guarantee (the "Guarantee"), dated as of August 20, 2007.

3.    On September 22, 2009, the Trustee, at the request of the Authority, filed

the following proofs of claim in the above-captioned case:  (i) Claim No. 29721 in the amount of

$4,722,320.00, relating to LBHI's obligations under the Guarantee; and (ii) Claim No. 29748 in

the amount of $4,722,320.00, relating to LBSF's obligations under the Reserve Fund Agreement

(together, the "Proofs of Claim").

4.    On September 12, 2011, LBHI, LBSF, and their affiliated debtors

(collectively, the "Debtors") filed the Objection seeking the reduction and allowance of the

Proofs of Claim based upon the unsupported conclusion "that the amounts listed on the proofs of

claim are greater than the fair, accurate, and reasonable values determined by the Debtors after a

review of the claimant's supporting documentation and the Debtors' books and records."

Objection at ¶ 11.

### **RESPONSE**

5.    A claim is deemed allowed unless a party in interest objects.  11 U.S.C.

§ 502(a); see Fed. R. Bank. P. 3001(f) (a properly executed and filed proof of claim constitutes

"prima facie evidence of the validity and amount of the claim.").  This Court has explained the

locus of the burden of proof in relation to claims litigation as follows:

- 2 -

> A proof of claim is prima facie evidence of the validity and amount of a claim, and the objector bears the initial burden of persuasion. The burden then shifts to the claimant if the objector produces 'evidence equal in force to the prima facie case … which, if believed, would refute at least one of the allegations that is essential to the claim's legal sufficiency.' When the burden is shifted back to the claimant, it must then prove by a preponderance of the evidence that under applicable law the claim should be allowed.

In re Oneida, Ltd., 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009) (citations omitted); see In re Allegheny Int'l., Inc., 954 F.2d 167, 173-74 (3d Cir. 1992).

6.      An objecting party cannot overcome the *prima facie* validity of a properly filed proof of claim merely by stating that the claim is too large; the evidence supporting the objection must rise to the level of the evidence submitted in the proof of claim.  See In re Jensen, Case No. 09-14830 (MG), 2010 Bankr. LEXIS 229, *7-8 (Bankr. S.D.N.Y. Feb. 3, 2010) ("The party objecting to the claim has the burden of introducing evidence sufficient to rebut the presumption of validity.  Debtor must marshal evidence sufficient to demonstrate a true dispute with probative force equal to the contents of the Claim.") (citations omitted); In re Smith, 419 B.R. 622, 627-28 (Bankr. E.D. Va. 2008) (the "mere filing of an objection" is not sufficient to overcome the initial presumption).

7.      In the Objection, the Debtors failed to offer any evidence negating the allegations set forth in the Trustee's properly filed Claims.  The Objection fails to raise or identify any issue of law or fact to call into question the validity, enforceability, or amount of the Claims, which are supported by the documents filed with the Claims and by the questionnaire responses submitted separately to the Debtors in accordance with the Court's *Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claims, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form* [Docket No. 4271].  Indeed, the Debtors do not even proffer

US_ACTIVE-107544486.4

an alternative calculation of the Claims to support the reduced amounts listed in the Objection. Rather, the Debtors merely state that they undertook a wholly self-serving process to determine that the amounts set forth in the Claims are too high.  See Objection at ¶ 14-16.  After requiring extensive evidence to support the Claims, the Debtors should not be permitted to substantially reduce the Claims without providing any evidence in rebuttal.  See In re Cluff, 313 B.R. 323, 339 (Bankr. D. Utah 2004) ("One rebuts evidence with counter-evidence, not merely a statement in a pleading that the proof of claim is not properly documented.  Once a claim is afforded *prima facie* validity as to liability and amount, that evidence is strong enough to prevail over a mere formal objection without more.").

8.    Moreover, the Reserve Fund Agreement, which governs the calculation of the termination amount, specifically states that the termination amount determined by the burdened party (the Trustee) is final, absent manifest error.  The amounts of the Claims are supported by a termination valuation report prepared by PFM Asset Management LLC, which was engaged by the Authority as an independent advisor to calculate the termination value of the Reserve Fund Agreement.  The Trustee received a copy of the report from the Authority and submitted it as an attachment to the Claims.[2]

9.    The Claims are sufficient to support allowance on their face, and nothing in the Objection provides any basis for the Court to reduce or disallow the Claims or to shift the burden to the Trustee.  Accordingly, the Court should overrule the Objection as it relates to the Claims and enter an order allowing the Claims in full.

---

[2]  The Authority has since delivered to the Trustee a copy of a revised and updated termination valuation report, dated as of October 17, 2011, which is attached hereto as **Exhibit A**.

US_ACTIVE-107544486.4

10.     The Trustee reserves all of its rights with respect to the Claims under applicable law and procedural rules, including but not limited to the right to supplement this response in connection with any further objection of the Debtors or otherwise.

WHEREFORE, the Trustee respectfully requests that this Court overrule the Objection in its entirety as it relates to the Claims and enter an order allowing the Claims in full and granting to the Trustee such other and further relief as is just and appropriate.

Dated:  October 19, 2011
       New York, New York

Respectfully submitted,

REED SMITH LLP

By:    */s/ Michael J. Venditto*
       Eric A. Schaffer
       Michael J. Venditto
       599 Lexington Avenue
       New York, NY 10022
       Telephone:  (212) 521-5400
       Facsimile:  (212) 521-5450
       Email: eschaffer@reedsmith.com
           mvenditto@reedsmith.com

*Counsel for The Bank of New York Mellon*
*Trust Company, N.A., as indenture trustee*

US_ACTIVE-107544486.4

**<u>Exhibit A</u>**

Forward Delivery Agreement Termination Valuation

(Attached)

US_ACTIVE-107544486.4



# Forward Delivery Agreement
Termination Valuation

October 17, 2011

## Michigan Finance Authority

Reserve Fund

*Tobacco Settlement Asset-Backed Bonds, Series 2007*

**PFM Asset Management LLC**

One Keystone Plaza, Suite 300 | North Front & Market Streets | Harrisburg, PA 17101
Phone: 717-232-2723 | Facsimile: 717-232-7837 | www.pfm.com

Michigan Finance Authority

This page intentionally left blank.

Michigan Finance Authority

**Memorandum**

**Appendices**

A.    Request for Quotes and Provider Facsimile Quote Sheets

B.    Termination Amount Calculation

    1.    Citigroup Financial Products, Inc.

    2.    Morgan Stanley

C.    LIBOR Curve

D.    Application of DEPFA Spread to Remaining Cash Flows

Michigan Finance Authority

This page intentionally left blank.



PFM Asset Management LLC
PFM Advisors

One Keystone Plaza, Suite 300          717 232-2723
N. Front & Market Streets          fax 717 232-7837
Harrisburg, PA 17101          alternate fax 717 233-6073

October 17, 2011

# Memorandum

**To:**  **LAMCO LLC**

Sarah Payne                    Richard Harper

**From:**  **PFM Asset Management LLC**

Michael Harris              Alfred Mukunya              Christopher Harris
*Managing Director*          *Senior Managing Consultant*          *Consultant*

**CC:**  **State of Michigan**

Joseph Fielek
*Director of the Bureau of State and Authority Finance*

**Michigan Department of the Attorney General**

Jarrod Smith
*Assistant Attorney General*

**Public Financial Management, Inc.**

Jeanne Vanda
*Managing Director*

**Robert W. Baird & Co. Incorporated**

Wayne Workman
*Managing Director*

**Re:**  **Michigan Finance Authority**
Tobacco Settlement Asset-Backed Bonds, Series 2007
*Forward Delivery Agreement Valuation Analysis*

---

As requested, PFM Asset Management LLC ("PFM") and the State of Michigan (the "State") have outlined the valuation methodology used by the State for the purposes of determining its claim against Lehman Brothers Special Financing ("LBSF") and Lehman Brothers Holdings, Inc. ("LBH", together with LBSF, "Lehman"). The State's claim arose out of LBSF's default under the forward delivery agreement (the "FDA" or the "Agreement") between LBSF and the Michigan Finance Authority (the "Authority", f/k/a Michigan Tobacco Settlement Authority).

---

PFM Asset Management LLC

Michigan Finance Authority
Tobacco Settlement Asset-Backed Bonds, Series 2007
Forward Delivery Agreement Valuation Analysis
October 17, 2011

Page 2

---

For the purposes of this memorandum, the terms "our" and "we" shall refer to the State, its advisors, and counsel.

**Background**

The Authority entered into the Agreement with Lehman for the investment of the reserve fund (the "Reserve Fund") associated with the Authority's Tobacco Settlement Asset-Backed Bonds, Series 2007 (the "Bonds"). In exchange for the investment of the Reserve Fund, the Authority expected to purchase eligible securities consisting of direct obligations of or obligations guaranteed by the United States Treasury, securities issued by any United States government sponsored agency, and/or commercial paper rated "A-1" by Standard & Poor's ("S&P"), "P1" by Moody's Investors Services ("Moody's"), and "F1" by Fitch Ratings ("Fitch"). The Authority expected to purchase these securities at a guaranteed yield of 5.062% on each June 1 and July 1 through 2047.

On September 15, 2008, LBH, the guarantor of LBSF's obligations under the Agreement, filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Southern District of New York. As a result, LBH was downgraded to "B3" from "A2" by Moody's and put on negative watch, and downgraded to "D" from "A" by S&P. Subsequently, on October 3, LBSF also filed for bankruptcy and was downgraded to "C" by Moody's.

**Contractual Analysis**

Pursuant to the "Definitions" section of the Agreement, Lehman's bankruptcy filing rendered it insolvent:

> "'Insolvent' means… Lehman or LBH … shall  (1) commence a voluntary case under the federal bankruptcy laws (as in effect on the date of this Agreement or hereafter  ), (2) file a petition seeking to take advantage of any other law relating to bankruptcy, insolvency, reorganization, winding up or composition or adjustment of debts…"

Under Section 7.2(d) of the Agreement, Lehman's insolvency triggered an Event of Default:

> "Lehman Events of Default. The occurrence of any of the following events shall constitute a Lehman Event of Default…
>
> (d) Lehman or LBH is at any time Insolvent ..."

Section 7.4(c) of the Agreement outlines remedies as a result of a Lehman Event of Default:

> "(c) if such default is a default under Sections 7.2(b), (c), or (d) hereof, immediately terminate this Agreement by giving notice thereof to Lehman, whereupon the Trustee shall determine the Termination Amount …"

The Termination Amount is defined as:

---

Michigan Finance Authority
Tobacco Settlement Asset-Backed Bonds, Series 2007
Forward Delivery Agreement Valuation Analysis
October 17, 2011

Page 3

> *"an amount, as determined by the Burdened Party reasonably and in good faith on the basis of the arithmetic mean of quotations from at least three Dealers (which quotations and computations shall be made available to the party that is not the Burdened Party upon request) of the amount, if any, that each such Dealer would require the Burdened Party to pay to the Dealer … or would pay to the Burdened Party … in consideration of such Dealer entering into an agreement with the Burdened Party …* **which would have the effect of preserving for the Burdened Party the economic equivalent of its rights under this Agreement…** [emphasis added]*"*

A discussion of the significance of this language is discussed in the section herein titled "Termination Amount - Calculation Methodology."

Burdened Party is defined as:

> *"…(ii) in the case of a Lehman Event of Default … the Trustee"*

Dealer is defined as:

> *"[a] leading dealer in the relevant markets selected by the Burdened Party in good faith and consented to by the other party (such consent not to be unreasonably withheld) (a) from among dealers of the highest credit standing which satisfy all the criteria that the Burdened Party applies generally at the time in deciding whether to offer or to make an extension of credit and (b) to the extent practicable, from such dealers having an office in the same city."*

A discussion of the selection of Dealers is described in more detail in the section herein titled "Termination Amount Calculation – Quote Solicitation Process."

The methodology for determining the Termination Amount is outlined in the Definitions section of the Agreement:

> *"…an amount, as determined by the Burdened Party reasonably and in good faith on the basis of the arithmetic mean of quotations from at least three Dealers provided, however, that:*
>
> *(i)     if more than three quotations are provided, the Termination Amount will be the arithmetic mean of such quotations, without regard to the quotations having the highest and lowest values,*
>
> *(ii)    if exactly three quotations are provided, the Termination Amount will be the quotation remaining after disregarding the highest and lowest quotations,*
>
> *for purposes of clauses (i) and (ii) if more than one quotation has the same highest value or lowest value, then one of such quotations shall be disregarded, and*
>
> *(iii)   if the Burdened Party is unable to obtain three such quotations, the Termination Amount shall be the amount, as reasonably determined in good faith by the Burdened Party, to be the Burdened Party's total losses and costs … or gains … in connection with a termination of this Agreement, including any loss of bargain, cost of funding or, at the election of the Burdened Party but without duplication, any loss or cost incurred as a result of its terminating,*

Michigan Finance Authority
Tobacco Settlement Asset-Backed Bonds, Series 2007
Forward Delivery Agreement Valuation Analysis
October 17, 2011

Page 4

*liquidating, obtaining or reestablishing any hedge or related trading position.*"

A discussion of the State's attempts to fulfill the quote solicitation process is described in the section herein titled "Termination Amount Calculation – Quote Solicitation Process."

**Termination Amount Calculation – Quote Solicitation Process**

The State followed the remedies as outlined in the Agreement by soliciting quotes from participants in the forward delivery agreement market. Historically, the forward delivery agreement market was robust, and it was not uncommon to receive multiple bids. However, the market for forward delivery agreements has become virtually non-existent over the past few years due to the Lehman bankruptcy and as a result of providers being downgraded below acceptable thresholds, electing to leave the municipal reinvestment market entirely, or becoming victim to mergers, acquisitions, or consolidations.

The chart below lists participants in the forward delivery agreement market (both pre- and post-financial crisis), including details on the current status of each provider, whether bids for the Agreement were solicited from each provider, and each provider's response to the bid solicitation (if applicable):

| Provider | Status as of September 19, 2008 | Solicited |
|---|---|---|
| Bank of America, N.A. | Inactive as of 2007 | No |
| Bear Stearns Capital Markets, Inc. | Inactive – merger with JPMorgan | No |
| Citigroup Financial Products, Inc. | Active | Yes |
| DEPFA Bank plc | Active | Yes |
| JPMorgan Chase | Inactive as of 2007 | Yes |
| Lehman Brothers Special Financing, Inc. | Inactive – Filed for bankruptcy | No |
| Merrill Lynch Capital Services | Inactive – merger with Bank of America | No |
| Morgan Stanley & Co, Inc. | Active | Yes |
| Société Générale, N.A. | Inactive as of 2007 | No |
| SunTrust Bank | Active | Yes |
| Wachovia Bank, N.A. | Active | Yes |

It is our opinion that the quote solicitation process was exhaustive and included all participants in the forward delivery agreement market.

Of the firms solicited, only Citigroup Financial Products, Inc. ("Citi") and Morgan Stanley & Co, Inc. ("Morgan Stanley") were able to participate. The results of the bid solicitation process are below:

| Provider | Response | Payment (as a spread to LIBOR) |
|---|---|---|
| Citi | Payment of $457,000 from Lehman to the State | LIBOR – 112.28 bps |
| DEPFA Bank plc | Unable to participate – Verbal Pass | N/A |
| JPMorgan Chase | Unable to participate - Verbal Pass | N/A |
| Morgan Stanley | Payment of $11,445,000 from Lehman to the State | LIBOR + 42.67 bps |
| SunTrust Bank | Unable to participate - Verbal Pass | N/A |
| Wachovia Bank, N.A. | Unable to participate - Verbal Pass | N/A |

PFM Asset Management LLC

Michigan Finance Authority
Tobacco Settlement Asset-Backed Bonds, Series 2007
Forward Delivery Agreement Valuation Analysis
October 17, 2011

Page 5

The Request for Quotes and Form of Provider Facsimile Quote Sheet are attached hereto as **Appendix A.** Additionally, a translation of the responses from dollar prices into a spread to LIBOR is attached hereto as **Appendix B.**

### Termination Amount – Calculation Methodology

The Termination Amount language is intended to ensure the Authority is made whole and receives the entire benefit of the above-market rate of the contract. In order to calculate the Termination Amount, we used data points from an issuer (the "Reference Entity") who performed a termination amount bid solicitation process at the same time as the State. The Reference Entity solicited quotes for a reserve fund associated with a comparable tobacco financing. The Reference Entity's bond issue matured within 36 months of the State's issue but was significantly larger; however, the yield of the State's bonds and the Reference Entity's bonds have historically traded flat to each other, thereby permitting us to assume credit neutrality when calculating the Termination Amount. Results of the solicitation for the Reference Entity are summarized below in terms of a spread to the LIBOR curve[1]:

| Provider | Payment (as a spread to LIBOR) |
|---|---|
| Citi | LIBOR – 129.44 basis points |
| DEPFA Bank plc | LIBOR – 26.52 basis points |
| Morgan Stanley | LIBOR + 8.67 basis points |

We then applied the DEPFA Bank plc spread to the remaining cash flows of the Agreement, and determined the Termination Amounts to be as follows[2]:

| Provider | Payment (as a spread to LIBOR) | Termination Amount |
|---|---|---|
| Citi | LIBOR – 112.28 basis points | $11,445,000 |
| DEPFA Bank plc | LIBOR – 26.52 basis points | $4,772,320 |
| Morgan Stanley | LIBOR + 42.67 basis points | $457,000 |

Based on this analysis, the State filed a claim in the amount of $4,772,320. This amount is $1,178,680 less than the arithmetic mean of the quotations received from the original solicitation process.

We note the Agreement *did not* require the State to accept an offer and/or pay the Termination Amount to the new provider. We believe our approach is conservative and reasonable. Further, we believe the logic behind our approach is accurate and defensible, and, as such, is absent manifest error. We are of the opinion that our determination of the Termination Amount is therefore conclusive and binding on the parties hereto in accordance with the definition of Termination Amount pursuant to pages 4 and 5 of the Agreement.

---

[1] Attached hereto as **Appendix C.**
[2] Attached hereto as **Appendix D**.

PFM Asset Management LLC

Michigan Finance Authority

This page intentionally left blank.

PFM Asset Management LLC

Michigan Finance Authority

A.     Request for Quotes and Provider Facsimile Quote Sheets

Michigan Finance Authority

This page intentionally left blank.

One Keystone Plaza    717 232-2723
Suite 300                      717 232-7837 fax
N. Front & Markets Streets
Harrisburg, PA  17101

**PFM**

**The PFM Group**

Public Financial Management, Inc.
PFM Asset Management LLC
PFM Advisors

September 19, 2008

Potential Provider:

      PFM Asset Management LLC ("PFM"), as an independent third party, is seeking quotes from entities for the amount, if any, that each such entity would require The Bank of New York Mellon Trust Company, N.A. (the "Trustee") to pay to the entity or would pay to the Trustee in consideration of such entity entering into an agreement with the Trustee (with such documentation as the Trustee and the entity may in good faith agree) which would have the effect of preserving for the Trustee the economic equivalent of its rights under the Agreement for the period commencing on September 19, 2008 and terminating on June 1, 2048.

      Information regarding the Agreement can be found in the bidding specifications included with this letter. All capitalized terms not defined herein shall have the definitions as outlined in the Agreement (attached as Exhibit A).

      Quotes **will be accepted between 2:25 p.m. Eastern Time and 2:30 p.m. Eastern Time on Friday, September 19, 2008.  Quotes should be telecopied to Monique Spyke at PFM, fax: (717) 232-7837, phone: (717) 232-2723**, using the Quote Sheet attached as Exhibit B to the Request for Quotes.

      Your quotes should be based on the information provided in this package.  If you have any questions or would like more information, please call Monique Spyke (717) 232-2723.

            Sincerely,
            PFM ASSET MANAGEMENT LLC

            [SIGNED]

            Michael W. Harris
            Managing Director

Attachments

One Keystone Plaza        717 232-2723
Suite 300                 717 232-7837 fax
N. Front & Markets Streets
Harrisburg, PA  17101

**PFM®**

## The PFM Group

Public Financial Management, Inc.
PFM Asset Management LLC
PFM Advisors

September 19, 2008

REQUEST FOR QUOTES

$522,991,697
MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY
TOBACCO SETTLEMENT ASSET-BACKED BONDS
SERIES 2007

SENIOR LIQUIDITY RESERVE ACCOUNT
FORWARD DELIVERY AGREEMENT

| | |
|---|---|
| 1.  Amounts Invested: | Please see Exhibit A for a schedule of Available Amounts. |
| 2.  Eligible Securities: | Securities in Book-Entry form satisfying each of the following three (3) criteria: |

(1) (a) obligations of (including obligations issued or held in book-entry form on the books of) the Department of Treasury of the United States of America and obligations, the timely payment of the principal and interest on which are unconditionally guaranteed by the United States Government;

(b) notes, bonds, debentures, mortgages and other evidences of indebtedness, issued or guaranteed at the time of the investment by the United States Postal Service, Fannie Mae, FHLMC, FHLB, the Student Loan Marketing Association, the Federal Farm Credit System, the Tennessee Valley Authority, or any other United States government sponsored agency; and

(c) commercial paper (including both noninterest-bearing discount obligations and interest bearing obligations payable on demand or on a specified date not more than 270 days after the date of issuance thereof) that is rated "A-1" by S&P, P-1 by Moody's, and "F1" by Fitch, if rated by Fitch, provided that the issuer thereof is subject to U.S. law.

(2) non-callable,

(3) that, as of each respective Delivery Date, mature on or before the next succeeding Bond Payment Date.

| | |
|---|---|
| 3.  Guaranteed Rate: | A rate per annum equal to 5.062% assuming that the interest on the applicable security was compounded semi-annually on the basis of a year of 360 days with twelve thirty day months. |
| 4.  Debt Service Payment: | (i) A scheduled payment of principal of or interest on the Senior Bonds (as defined in the Indenture), including sinking fund redemptions from sinking |

*$522,991,697*
*MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY*
*TOBACCO SETTLEMENT ASSET-BACKED BONDS*
*SERIES 2007*
*Page 2*

fund installments and payments at maturity, and any Parity Payments (as defined in the Indenture), (ii) upon a Payment Default (as defined in the Indenture), the interest and the Bond Obligation (as defined in the Indenture) on Senior Bonds, and the interest and Bond Obligation on First Subordinate Bonds, Second Subordinate Bonds and Fully Subordinate Bonds (each as defined in the Indenture).

5.  Mandatory Clean Up Call Redemption: Upon at least ten (10) Business Days prior written notice to the Provider, the Trustee shall have the right to terminate the Agreement, in whole or in part, in connection with a mandatory clean up call redemption of the Bonds (as provided for in the Indenture) or a Turbo Redemption (as defined in the Indenture) of the Bonds (as provided for in the Indenture). In connection with any such termination The Provider shall determine the Termination Amount and (i) if the Termination Amount is a negative number, the Provider shall promptly, but no later than one Business Day after notice that such amount is due, pay such amount, in immediately available funds, to the Trustee and (ii) if the Termination Amount is a positive number, the Provider may demand payment by the Trustee of the Termination Amount in which case the Trustee shall promptly, but no later than one Business Day after notice that such amount is due, pay, solely from funds available for such purpose pursuant to the terms of the Indenture in immediately available funds, the Termination Amount to the Provider. If any such amount is not paid when due, the party owing such amount shall pay interest on such amount for each date such amount is due but not paid at the Default Rate.

6.  Credit Event:

In the event ratings are suspended, withdrawn or fall below "A3" by Moody's or "A-" by Standard & Poor's acceptable actions may include:

(i) assign and transfer the Agreement and its interests hereunder, at the Provider's expense, to a transferee, reasonably acceptable to the Trustee, the long-term unsecured debt of which is rated at least "A2" by Moody's and "A" by Standard and Poor's or whose performance under the Agreement is guaranteed by a guarantor whose long-term unsecured debt is so rated.

(ii) have obligations guaranteed by an entity the long-term unsecured debt of which is rated "A" by Standard & Poor's and "A2" by Moody's by a guarantee in a form reasonably acceptable to the Trustee (such acceptance not to be unreasonably withheld or delayed); or

(iii) deliver Permitted Collateral to the Trustee or third party custodian acceptable to the Trustee which collateral must be maintained at levels so that the ratio of the aggregate price for the Permitted Collateral obtained by the custodian from a generally recognized source selected by the custodian (the "Collateral Value") of the Permitted Collateral (in which the custodian has a first perfected security interest) to the Termination Amount will be 104% for Treasuries and GNMAs and 105% for FNMAs and FHLMCs (the "Required Ratio"). The custodian shall determine the Collateral Value of the Permitted Collateral at least weekly and provide the Trustee and the Provider written notice of such determination and, (i) if the ratio of the Collateral Value of the Permitted Collateral to the Termination Amount is less than the Required Ratio, the Provider shall, within two (2) Business Days of its

*$522,991,697*
*MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY*
*TOBACCO SETTLEMENT ASSET-BACKED BONDS*
*SERIES 2007*
*Page 3*

receipt of such notice, deliver additional Permitted Collateral to the custodian; and (ii) if the ratio of the Collateral Value of the Permitted Collateral to the Termination Amount is greater than the Required Ratio, the custodian shall, within two (2) Business Days of demand from the Provider, deliver Permitted Collateral to the Provider, in either case so that the ratio of the Collateral Value of the Permitted Collateral to the Termination Amount at least equals the Required Ratio. All reasonable and customary fees and expenses incurred by the custodian in connection with the Agreement shall be paid by the Provider.    "Permitted Collateral" means (i) (i) direct obligations of the United States Treasury including only notes, bonds, bills or certificates of indebtedness, (ii) Federal Home Loan Mortgage Corporation (FHLMC) and Federal National Mortgage Association (FNMA)) obligations or obligations fully and unconditionally guaranteed as to timely payment of principal and interest by the United States of America.

MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY
Tobacco Settlement Asset-Backed Bonds
Series 2007A
Exhibit A

| Deposit Date[*] | Bond Payment Date[*] | Scheduled Reserve Amount |
|---|---|---|
| 12/1/2008 | 6/1/2009 | $33,326,837.50 |
| 6/1/2009 | 12/1/2009 | $33,326,837.50 |
| 12/1/2009 | 6/1/2010 | $33,326,837.50 |
| 6/1/2010 | 12/1/2010 | $33,326,837.50 |
| 12/1/2010 | 6/1/2011 | $33,326,837.50 |
| 6/1/2011 | 12/1/2011 | $33,326,837.50 |
| 12/1/2011 | 6/1/2012 | $33,326,837.50 |
| 6/1/2012 | 12/1/2012 | $33,326,837.50 |
| 12/1/2012 | 6/1/2013 | $33,326,837.50 |
| 6/1/2013 | 12/1/2013 | $33,326,837.50 |
| 12/1/2013 | 6/1/2014 | $33,326,837.50 |
| 6/1/2014 | 12/1/2014 | $33,326,837.50 |
| 12/1/2014 | 6/1/2015 | $33,326,837.50 |
| 6/1/2015 | 12/1/2015 | $33,326,837.50 |
| 12/1/2015 | 6/1/2016 | $33,326,837.50 |
| 6/1/2016 | 12/1/2016 | $33,326,837.50 |
| 12/1/2016 | 6/1/2017 | $33,326,837.50 |
| 6/1/2017 | 12/1/2017 | $33,326,837.50 |
| 12/1/2017 | 6/1/2018 | $33,326,837.50 |
| 6/1/2018 | 12/1/2018 | $33,326,837.50 |
| 12/1/2018 | 6/1/2019 | $33,326,837.50 |
| 6/1/2019 | 12/1/2019 | $33,326,837.50 |
| 12/1/2019 | 6/1/2020 | $33,326,837.50 |
| 6/1/2020 | 12/1/2020 | $33,326,837.50 |
| 12/1/2020 | 6/1/2021 | $33,326,837.50 |
| 6/1/2021 | 12/1/2021 | $33,326,837.50 |
| 12/1/2021 | 6/1/2022 | $33,326,837.50 |
| 6/1/2022 | 12/1/2022 | $33,326,837.50 |
| 12/1/2022 | 6/1/2023 | $33,326,837.50 |
| 6/1/2023 | 12/1/2023 | $33,326,837.50 |
| 12/1/2023 | 6/1/2024 | $33,326,837.50 |
| 6/1/2024 | 12/1/2024 | $33,326,837.50 |
| 12/1/2024 | 6/1/2025 | $33,326,837.50 |
| 6/1/2025 | 12/1/2025 | $33,326,837.50 |
| 12/1/2025 | 6/1/2026 | $33,326,837.50 |
| 6/1/2026 | 12/1/2026 | $33,326,837.50 |
| 12/1/2026 | 6/1/2027 | $33,326,837.50 |
| 6/1/2027 | 12/1/2027 | $33,326,837.50 |
| 12/1/2027 | 6/1/2028 | $33,326,837.50 |

[*]If any Deposit Date or Bond Payment Date specified above is not a Business Day, such date will be the immediately succeeding Business Day; provided, however, that with respect to any date specified as a Bond Payment Date, the determination of whether such date is a Business Day shall be made without giving effect to clause (d) of the definition of Business Day.

MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY
Tobacco Settlement Asset-Backed Bonds
Series 2007A
Exhibit A

| Deposit Date* | Bond Payment Date* | Scheduled Reserve Amount |
|---|---|---|
| 6/1/2028 | 12/1/2028 | $33,326,837.50 |
| 12/1/2028 | 6/1/2029 | $33,326,837.50 |
| 6/1/2029 | 12/1/2029 | $33,326,837.50 |
| 12/1/2029 | 6/1/2030 | $33,326,837.50 |
| 6/1/2030 | 12/1/2030 | $33,326,837.50 |
| 12/1/2030 | 6/1/2031 | $33,326,837.50 |
| 6/1/2031 | 12/1/2031 | $33,326,837.50 |
| 12/1/2031 | 6/1/2032 | $33,326,837.50 |
| 6/1/2032 | 12/1/2032 | $33,326,837.50 |
| 12/1/2032 | 6/1/2033 | $33,326,837.50 |
| 6/1/2033 | 12/1/2033 | $33,326,837.50 |
| 12/1/2033 | 6/1/2034 | $33,326,837.50 |
| 6/1/2034 | 12/1/2034 | $33,326,837.50 |
| 12/1/2034 | 6/1/2035 | $33,326,837.50 |
| 6/1/2035 | 12/1/2035 | $33,326,837.50 |
| 12/1/2035 | 6/1/2036 | $33,326,837.50 |
| 6/1/2036 | 12/1/2036 | $33,326,837.50 |
| 12/1/2036 | 6/1/2037 | $33,326,837.50 |
| 6/1/2037 | 12/1/2037 | $33,326,837.50 |
| 12/1/2037 | 6/1/2038 | $33,326,837.50 |
| 6/1/2038 | 12/1/2038 | $33,326,837.50 |
| 12/1/2038 | 6/1/2039 | $33,326,837.50 |
| 6/1/2039 | 12/1/2039 | $33,326,837.50 |
| 12/1/2039 | 6/1/2040 | $33,326,837.50 |
| 6/1/2040 | 12/1/2040 | $33,326,837.50 |
| 12/1/2040 | 6/1/2041 | $33,326,837.50 |
| 6/1/2041 | 12/1/2041 | $33,326,837.50 |
| 12/1/2041 | 6/1/2042 | $33,326,837.50 |
| 6/1/2042 | 12/1/2042 | $33,326,837.50 |
| 12/1/2042 | 6/1/2043 | $33,326,837.50 |
| 6/1/2043 | 12/1/2043 | $33,326,837.50 |
| 12/1/2043 | 6/1/2044 | $33,326,837.50 |
| 6/1/2044 | 12/1/2044 | $33,326,837.50 |
| 12/1/2044 | 6/1/2045 | $33,326,837.50 |
| 6/1/2045 | 12/1/2045 | $33,326,837.50 |
| 12/1/2045 | 6/1/2046 | $33,326,837.50 |
| 6/1/2046 | 12/1/2046 | $33,326,837.50 |
| 12/1/2046 | 6/1/2047 | $33,326,837.50 |
| 6/1/2047 | 12/1/2047 | $33,326,837.50 |
| 12/1/2047 | 6/1/2048 | $33,326,837.50 |

**PFM**
**The PFM Group**
Public Financial Management, Inc.
PFM Asset Management LLC
PFM Advisors

One Keystone Plaza          717 232-2723
Suite 300                   717 233-6073 fax
N. Front & Market Streets   717-232-7837 2nd Fax
Harrisburg, PA 17101

$522,991,697
MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY
TOBACCO SETTLEMENT ASSET-BACKED BONDS
SERIES 2007

SENIOR LIQUIDITY RESERVE ACCOUNT
FORWARD DELIVERY AGREEMENT

**EXHIBIT** B – **FORM OF PROVIDER FACSIMILE QUOTE SHEET**

We have received and read the Request for Quotes, dated September 19, 2008, for the Senior Liquidity Reserve Account Agreement related to above-reference bonds (the "Bonds"). Our bid is as follows:

Payment Amount:         _____

Payment to Provider:    _____

Provider:               _____

Long-Term Ratings:
(Moody's/S&P)           _____

Quotes must be submitted via phone to Monique Spyke of PFM Asset Management LLC at **2:30 p.m. Eastern Time on Friday, September 19, 2008**. Quotes must be confirmed via email at spykem@pfm.com, or facsimile at (717) 232-7837.



One Keystone Plaza          717 232-2723
Suite 300                   717 233-6073 fax
N. Front & Market Streets   717 232-7837 2nd Fax
Harrisburg, PA 17101

$522,991,697
MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY
TOBACCO SETTLEMENT ASSET-BACKED BONDS
SERIES 2007

SENIOR LIQUIDITY RESERVE ACCOUNT
FORWARD DELIVERY AGREEMENT

## EXHIBIT B – FORM OF PROVIDER FACSIMILE QUOTE SHEET

We have received and read the Request for Quotes, dated September 19, 2008, for the Senior Liquidity Reserve Account Agreement related to above-reference bonds (the "Bonds"). Our bid is as follows:

Payment Amount: _____NA_____

Payment to Provider: ___$11,445,000 — Lehman pays Citi *____

Provider: ___Citigroup Financial Products Inc._____

Long-Term Ratings: ___Aa3/AA-/AA- (Guarantee from Citigroup Inc.)___
(Moody's/S&P)

Quotes must be submitted via phone to Monique Spyke of PFM Asset Management LLC at **2:30 p.m. Eastern Time on Friday, September 19, 2008**. Quotes must be confirmed via email at spykem@pfm.com, or facsimile at (717) 232-7837.

* Non-Actionable, Please see attached disclaimer.

Page 1 of 1

Michigan Tobacco Termination Disclaimer

All valuations are as of the valuation date indicated and represent an estimated termination value for the purposes of an isda termination process for each transaction listed herein. Termination valuations may be derived from broker quotations or from proprietary models that take into consideration estimates about relevant present and future market conditions as well as the size and liquidity of the position and any related actual or potential hedging transactions. Although the information is derived from sources believed to be reliable, we have not assumed any responsibility to independently verify. Valuations based upon other models or assumptions or calculated as of another date and time may yield significantly different results. Any of the valuations may be affected by our transactions either in similar or the underlying securities or other instrument(s) and/or be based on our own quotations. All valuations are provided for information purposes only as an accommodation without charge and are intended solely for your use.

Unless otherwise agreed in writing, Citigroup is under no obligation to agree with you to the early termination or assignment of any transaction. Any early termination or assignment of any transaction may take into consideration any market inputs Citigroup deems relevant to this transaction. Accordingly, in any such case, it is likely that the actual price, if any, at which Citigroup would be willing agree to the termination or assignment of any transaction will vary substantially from the valuation provided herewith.

We expressly disclaim any responsibility for (i) the accuracy of the models, market data input into such models or estimates used in deriving the valuations, (ii) any errors or omissions in computing or disseminating the valuations and (iii) any uses to which the valuations are put. Due to the varying size of bid-offer spreads, the termination valuation may be significantly higher (or lower) than the levels at which new transactions could be effected. These valuations may take into account such factors as the length of time that has elapsed since the transaction was entered into, potential reduction to us of market and other risks that may be realizable through an unwind, and other product pricing considerations relevant to the specific transaction which may lead us to forego the full profit potentially realizable if the transaction ran full term. Accordingly, these transactions may be valued at more attractive levels to you than we would quote to others or than would be available from other dealers. Further, these valuations do not represent (i) the actual prices at which new transactions could be entered into or (ii) the actual prices at which the existing transaction could be liquidated or unwound. These valuations may differ from the prices we use to value our positions on our books and records or for purposes of collateral calls.



The PFM Group

One Keystone Plaza          717-232-2723
Suite 300                   717-233-6073 fax
N. Front & Market Streets   717-232-7637 2nd Fax
Harrisburg, PA 17101

$522,991,697
**MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY**
**TOBACCO SETTLEMENT ASSET-BACKED BONDS**
**SERIES 2007**

SENIOR LIQUIDITY RESERVE ACCOUNT
FORWARD DELIVERY AGREEMENT

**EXHIBIT B – FORM OF PROVIDER FACSIMILE QUOTE SHEET**

We have received and read the Request for Quotes, dated September 19, 2008, for the Senior Liquidity Reserve Account Agreement related to above-reference bonds (the "Bonds"). Our ~~bid~~ is as follows: _MARKET – QUOTATION ( NON – ACTIONABLE )_

Payment Amount: _4457,000 LEHMAN PAYS TRUSTEE_

Payment to Provider: _____

Provider: _MORGAN STANLEY_

Long-Term Ratings: _A1/A+_
(Moody's/S&P)

Quotes must be submitted via phone to Monique Spyke of PFM Asset Management LLC at **2:30 p.m. Eastern Time on Friday, September 19, 2008**. Quotes must be confirmed via email at spykem@pfm.com, or facsimile at (717) 232-7837.

Michigan Finance Authority

B.    Termination Amount Calculations

    1.    Citigroup Financial Products, Inc.

    2.    Morgan Stanley & Co, Inc.

Michigan Finance Authority

This page intentionally left blank.

**$522,991,697**
**Michigan Tobacco Settlement Finance Authority**
**Tobacco Settlement Asset-Backed Bonds**
**Series 2007**

**LEHMAN BROTHERS SPECIAL FINANCING INC.,**
**Debt Service Reserve Fund Agreement Market Termination Analysis**
**Citigroup Financial Products, Inc. - Spread to LIBOR**

**Forward Delivery Agreement Cash Flows**

| Date | Original Cash Flows | Change In Cash Flows | Net Change in Cash Flows | LIBOR 0% Rates 9/19/2008 | Spread To LIBOR Curve | Net Discount Rate | Present Value Factor | Present Value |
|---|---|---|---|---|---|---|---|---|
| 09/19/08 | | | | | | | | |
| 12/01/08 | (33,326,837.50) | - | (33,326,838) | 3.2268% | -1.1228% | 2.1040% | 0.9958 | (33,187,625) |
| 06/01/09 | 843,502.26 | - | 843,502 | 3.3930% | -1.1228% | 2.2702% | 0.9843 | 830,278 |
| 12/01/09 | 843,502.26 | - | 843,502 | 3.3118% | -1.1228% | 2.1890% | 0.9742 | 821,751 |
| 06/01/10 | 843,502.26 | - | 843,502 | 3.1648% | -1.1228% | 2.0420% | 0.9661 | 814,866 |
| 12/01/10 | 843,502.26 | - | 843,502 | 3.1426% | -1.1228% | 2.0198% | 0.9568 | 807,021 |
| 06/01/11 | 843,502.26 | - | 843,502 | 3.3091% | -1.1228% | 2.1863% | 0.9430 | 795,406 |
| 12/01/11 | 843,502.26 | - | 843,502 | 3.4925% | -1.1228% | 2.3696% | 0.9274 | 782,255 |
| 06/01/12 | 843,502.26 | - | 843,502 | 3.6010% | -1.1228% | 2.4782% | 0.9129 | 770,032 |
| 12/01/12 | 843,502.26 | - | 843,502 | 3.6804% | -1.1228% | 2.5575% | 0.8988 | 758,109 |
| 06/01/13 | 843,502.26 | - | 843,502 | 3.7602% | -1.1228% | 2.6373% | 0.8841 | 745,770 |
| 12/01/13 | 843,502.26 | - | 843,502 | 3.8374% | -1.1228% | 2.7146% | 0.8692 | 733,153 |
| 06/01/14 | 843,502.26 | - | 843,502 | 3.9078% | -1.1228% | 2.7849% | 0.8542 | 720,480 |
| 12/01/14 | 843,502.26 | - | 843,502 | 3.9725% | -1.1228% | 2.8496% | 0.8391 | 707,779 |
| 06/01/15 | 843,502.26 | - | 843,502 | 4.0316% | -1.1228% | 2.9088% | 0.8241 | 695,114 |
| 12/01/15 | 843,502.26 | - | 843,502 | 4.0867% | -1.1228% | 2.9638% | 0.8091 | 682,479 |
| 06/01/16 | 843,502.26 | - | 843,502 | 4.1377% | -1.1228% | 3.0149% | 0.7942 | 669,912 |
| 12/01/16 | 843,502.26 | - | 843,502 | 4.1851% | -1.1228% | 3.0623% | 0.7794 | 657,444 |
| 06/01/17 | 843,502.26 | - | 843,502 | 4.2287% | -1.1228% | 3.1058% | 0.7648 | 645,117 |
| 12/01/17 | 843,502.26 | - | 843,502 | 4.2691% | -1.1228% | 3.1463% | 0.7504 | 632,929 |
| 06/01/18 | 843,502.26 | - | 843,502 | 4.3062% | -1.1228% | 3.1834% | 0.7361 | 620,924 |
| 12/01/18 | 843,502.26 | - | 843,502 | 4.3405% | -1.1228% | 3.2176% | 0.7221 | 609,095 |
| 06/01/19 | 843,502.26 | - | 843,502 | 4.3718% | -1.1228% | 3.2490% | 0.7083 | 597,478 |
| 12/01/19 | 843,502.26 | - | 843,502 | 4.4006% | -1.1228% | 3.2778% | 0.6948 | 586,062 |
| 06/01/20 | 843,502.26 | - | 843,502 | 4.4270% | -1.1228% | 3.3042% | 0.6815 | 574,864 |
| 12/01/20 | 843,502.26 | - | 843,502 | 4.4511% | -1.1228% | 3.3283% | 0.6685 | 563,889 |
| 06/01/21 | 843,502.26 | - | 843,502 | 4.4729% | -1.1228% | 3.3501% | 0.6558 | 553,147 |
| 12/01/21 | 843,502.26 | - | 843,502 | 4.4929% | -1.1228% | 3.3701% | 0.6433 | 542,622 |
| 06/01/22 | 843,502.26 | - | 843,502 | 4.5111% | -1.1228% | 3.3883% | 0.6311 | 532,326 |
| 12/01/22 | 843,502.26 | - | 843,502 | 4.5278% | -1.1228% | 3.4049% | 0.6191 | 522,242 |
| 06/01/23 | 843,502.26 | - | 843,502 | 4.5429% | -1.1228% | 3.4201% | 0.6074 | 512,376 |
| 12/01/23 | 843,502.26 | - | 843,502 | 4.5569% | -1.1228% | 3.4341% | 0.5960 | 502,709 |
| 06/01/24 | 843,502.26 | - | 843,502 | 4.5698% | -1.1228% | 3.4469% | 0.5848 | 493,243 |
| 12/01/24 | 843,502.26 | - | 843,502 | 4.5815% | -1.1228% | 3.4587% | 0.5738 | 483,978 |
| 06/01/25 | 843,502.26 | - | 843,502 | 4.5922% | -1.1228% | 3.4694% | 0.5630 | 474,918 |
| 12/01/25 | 843,502.26 | - | 843,502 | 4.6020% | -1.1228% | 3.4791% | 0.5525 | 466,052 |
| 06/01/26 | 843,502.26 | - | 843,502 | 4.6107% | -1.1228% | 3.4879% | 0.5422 | 457,388 |
| 12/01/26 | 843,502.26 | - | 843,502 | 4.6186% | -1.1228% | 3.4957% | 0.5322 | 448,917 |
| 06/01/27 | 843,502.26 | - | 843,502 | 4.6255% | -1.1228% | 3.5027% | 0.5224 | 440,641 |
| 12/01/27 | 843,502.26 | - | 843,502 | 4.6317% | -1.1228% | 3.5088% | 0.5128 | 432,553 |
| 06/01/28 | 843,502.26 | - | 843,502 | 4.6371% | -1.1228% | 3.5142% | 0.5034 | 424,653 |
| 12/01/28 | 843,502.26 | - | 843,502 | 4.6417% | -1.1228% | 3.5189% | 0.4943 | 416,936 |
| 06/01/29 | 843,502.26 | - | 843,502 | 4.6456% | -1.1228% | 3.5228% | 0.4854 | 409,402 |
| 12/01/29 | 843,502.26 | - | 843,502 | 4.6489% | -1.1228% | 3.5260% | 0.4766 | 402,043 |
| 06/01/30 | 843,502.26 | - | 843,502 | 4.6515% | -1.1228% | 3.5286% | 0.4681 | 394,857 |
| 12/01/30 | 843,502.26 | - | 843,502 | 4.6535% | -1.1228% | 3.5307% | 0.4598 | 387,839 |
| 06/01/31 | 843,502.26 | - | 843,502 | 4.6550% | -1.1228% | 3.5321% | 0.4517 | 380,987 |
| 12/01/31 | 843,502.26 | - | 843,502 | 4.6559% | -1.1228% | 3.5331% | 0.4437 | 374,295 |
| 06/01/32 | 843,502.26 | - | 843,502 | 4.6564% | -1.1228% | 3.5335% | 0.4360 | 367,758 |
| 12/01/32 | 843,502.26 | - | 843,502 | 4.6564% | -1.1228% | 3.5335% | 0.4284 | 361,373 |
| 06/01/33 | 843,502.26 | - | 843,502 | 4.6560% | -1.1228% | 3.5331% | 0.4210 | 355,135 |
| 12/01/33 | 843,502.26 | - | 843,502 | 4.6552% | -1.1228% | 3.5323% | 0.4138 | 349,039 |
| 06/01/34 | 843,502.26 | - | 843,502 | 4.6540% | -1.1228% | 3.5312% | 0.4067 | 343,079 |
| 12/01/34 | 843,502.26 | - | 843,502 | 4.6526% | -1.1228% | 3.5298% | 0.3998 | 337,253 |

**$522,991,697**
**Michigan Tobacco Settlement Finance Authority**
**Tobacco Settlement Asset-Backed Bonds**
**Series 2007**

**LEHMAN BROTHERS SPECIAL FINANCING INC.,**
**Debt Service Reserve Fund Agreement Market Termination Analysis**
**Citigroup Financial Products, Inc. - Spread to LIBOR**

**Forward Delivery Agreement Cash Flows**

| Date | Original Cash Flows | Change In Cash Flows | Net Change in Cash Flows | LIBOR 0% Rates 9/19/2008 | Spread To LIBOR Curve | Net Discount Rate | Present Value Factor | Present Value |
|---|---|---|---|---|---|---|---|---|
| 06/01/35 | 843,502.26 | - | 843,502 | 4.6509% | -1.1228% | 3.5280% | 0.3931 | 331,553 |
| 12/01/35 | 843,502.26 | - | 843,502 | 4.6489% | -1.1228% | 3.5261% | 0.3865 | 325,976 |
| 06/01/36 | 843,502.26 | - | 843,502 | 4.6467% | -1.1228% | 3.5239% | 0.3800 | 320,518 |
| 12/01/36 | 843,502.26 | - | 843,502 | 4.6444% | -1.1228% | 3.5216% | 0.3736 | 315,171 |
| 06/01/37 | 843,502.26 | - | 843,502 | 4.6420% | -1.1228% | 3.5191% | 0.3674 | 309,931 |
| 12/01/37 | 843,502.26 | - | 843,502 | 4.6394% | -1.1228% | 3.5166% | 0.3613 | 304,795 |
| 06/01/38 | 843,502.26 | - | 843,502 | 4.6368% | -1.1228% | 3.5140% | 0.3554 | 299,756 |
| 12/01/38 | 843,502.26 | - | 843,502 | 4.6342% | -1.1228% | 3.5114% | 0.3495 | 294,810 |
| 06/01/39 | 843,502.26 | - | 843,502 | 4.6316% | -1.1228% | 3.5088% | 0.3437 | 289,951 |
| 12/01/39 | 843,502.26 | - | 843,502 | 4.6290% | -1.1228% | 3.5062% | 0.3381 | 285,177 |
| 06/01/40 | 843,502.26 | - | 843,502 | 4.6265% | -1.1228% | 3.5037% | 0.3325 | 280,480 |
| 12/01/40 | 843,502.26 | - | 843,502 | 4.6242% | -1.1228% | 3.5013% | 0.3270 | 275,857 |
| 06/01/41 | 843,502.26 | - | 843,502 | 4.6220% | -1.1228% | 3.4992% | 0.3216 | 271,302 |
| 12/01/41 | 843,502.26 | - | 843,502 | 4.6200% | -1.1228% | 3.4971% | 0.3163 | 266,812 |
| 06/01/42 | 843,502.26 | - | 843,502 | 4.6182% | -1.1228% | 3.4954% | 0.3111 | 262,381 |
| 12/01/42 | 843,502.26 | - | 843,502 | 4.6167% | -1.1228% | 3.4939% | 0.3059 | 258,005 |
| 06/01/43 | 843,502.26 | - | 843,502 | 4.6155% | -1.1228% | 3.4926% | 0.3007 | 253,680 |
| 12/01/43 | 843,502.26 | - | 843,502 | 4.6146% | -1.1228% | 3.4918% | 0.2957 | 249,402 |
| 06/01/44 | 843,502.26 | - | 843,502 | 4.6141% | -1.1228% | 3.4913% | 0.2907 | 245,166 |
| 12/01/44 | 843,502.26 | - | 843,502 | 4.6140% | -1.1228% | 3.4912% | 0.2857 | 240,968 |
| 06/01/45 | 843,502.26 | - | 843,502 | 4.6143% | -1.1228% | 3.4915% | 0.2807 | 236,804 |
| 12/01/45 | 843,502.26 | - | 843,502 | 4.6152% | -1.1228% | 3.4923% | 0.2758 | 232,671 |
| 06/01/46 | 843,502.26 | - | 843,502 | 4.6165% | -1.1228% | 3.4937% | 0.2710 | 228,564 |
| 12/01/46 | 843,502.26 | - | 843,502 | 4.6184% | -1.1228% | 3.4956% | 0.2661 | 224,480 |
| 06/01/47 | 843,502.26 | - | 843,502 | 4.6209% | -1.1228% | 3.4980% | 0.2613 | 220,417 |
| 12/01/47 | 843,502.26 | - | 843,502 | 4.6240% | -1.1228% | 3.5012% | 0.2565 | 216,369 |
| 06/01/48 | 34,170,339.76 | - | 34,170,340 | 4.6278% | -1.1228% | 3.5049% | 0.2517 | 8,601,658 |
| | **66,636,678** | **-** | **66,636,678** | | | | | **11,445,000** |

**(  ) Denotes payment to Agreement Provider**

**$522,991,697**
**Michigan Tobacco Settlement Finance Authority**
**Tobacco Settlement Asset-Backed Bonds**
**Series 2007**

**LEHMAN BROTHERS SPECIAL FINANCING INC.,**
**Debt Service Reserve Fund Agreement Market Termination Analysis**
**Morgan Stanley - Spread to LIBOR**

## Forward Delivery Agreement Cash Flows

| Date | Original Cash Flows | Change In Cash Flows | Net Change in Cash Flows | LIBOR 0% Rates 9/19/2008 | Spread To LIBOR Curve | Net Discount Rate | Present Value Factor | Present Value |
|---|---|---|---|---|---|---|---|---|
| 09/19/08 | | | | | | | | |
| 12/01/08 | (33,326,837.50) | - | (33,326,838) | 3.2268% | **0.4267%** | 3.6535% | 0.9928 | (33,086,389) |
| 06/01/09 | 843,502.26 | - | 843,502 | 3.3930% | 0.4267% | 3.8197% | 0.9739 | 821,455 |
| 12/01/09 | 843,502.26 | - | 843,502 | 3.3118% | 0.4267% | 3.7385% | 0.9565 | 806,832 |
| 06/01/10 | 843,502.26 | - | 843,502 | 3.1648% | 0.4267% | 3.5915% | 0.9413 | 793,972 |
| 12/01/10 | 843,502.26 | - | 843,502 | 3.1426% | 0.4267% | 3.5693% | 0.9251 | 780,340 |
| 06/01/11 | 843,502.26 | - | 843,502 | 3.3091% | 0.4267% | 3.7358% | 0.9049 | 763,281 |
| 12/01/11 | 843,502.26 | - | 843,502 | 3.4925% | 0.4267% | 3.9192% | 0.8832 | 744,984 |
| 06/01/12 | 843,502.26 | - | 843,502 | 3.6010% | 0.4267% | 4.0277% | 0.8628 | 727,793 |
| 12/01/12 | 843,502.26 | - | 843,502 | 3.6804% | 0.4267% | 4.1071% | 0.8430 | 711,100 |
| 06/01/13 | 843,502.26 | - | 843,502 | 3.7602% | 0.4267% | 4.1869% | 0.8230 | 694,235 |
| 12/01/13 | 843,502.26 | - | 843,502 | 3.8374% | 0.4267% | 4.2641% | 0.8030 | 677,331 |
| 06/01/14 | 843,502.26 | - | 843,502 | 3.9078% | 0.4267% | 4.3345% | 0.7832 | 660,593 |
| 12/01/14 | 843,502.26 | - | 843,502 | 3.9725% | 0.4267% | 4.3992% | 0.7635 | 644,046 |
| 06/01/15 | 843,502.26 | - | 843,502 | 4.0316% | 0.4267% | 4.4583% | 0.7442 | 627,745 |
| 12/01/15 | 843,502.26 | - | 843,502 | 4.0867% | 0.4267% | 4.5134% | 0.7252 | 611,682 |
| 06/01/16 | 843,502.26 | - | 843,502 | 4.1377% | 0.4267% | 4.5644% | 0.7064 | 595,887 |
| 12/01/16 | 843,502.26 | - | 843,502 | 4.1851% | 0.4267% | 4.6118% | 0.6881 | 580,384 |
| 06/01/17 | 843,502.26 | - | 843,502 | 4.2287% | 0.4267% | 4.6554% | 0.6701 | 565,205 |
| 12/01/17 | 843,502.26 | - | 843,502 | 4.2691% | 0.4267% | 4.6958% | 0.6524 | 550,343 |
| 06/01/18 | 843,502.26 | - | 843,502 | 4.3062% | 0.4267% | 4.7329% | 0.6352 | 535,832 |
| 12/01/18 | 843,502.26 | - | 843,502 | 4.3405% | 0.4267% | 4.7672% | 0.6184 | 521,660 |
| 06/01/19 | 843,502.26 | - | 843,502 | 4.3718% | 0.4267% | 4.7985% | 0.6021 | 507,851 |
| 12/01/19 | 843,502.26 | - | 843,502 | 4.4006% | 0.4267% | 4.8273% | 0.5861 | 494,390 |
| 06/01/20 | 843,502.26 | - | 843,502 | 4.4270% | 0.4267% | 4.8537% | 0.5706 | 481,286 |
| 12/01/20 | 843,502.26 | - | 843,502 | 4.4511% | 0.4267% | 4.8778% | 0.5555 | 468,537 |
| 06/01/21 | 843,502.26 | - | 843,502 | 4.4729% | 0.4267% | 4.8996% | 0.5408 | 456,145 |
| 12/01/21 | 843,502.26 | - | 843,502 | 4.4929% | 0.4267% | 4.9196% | 0.5265 | 444,090 |
| 06/01/22 | 843,502.26 | - | 843,502 | 4.5111% | 0.4267% | 4.9378% | 0.5126 | 432,378 |
| 12/01/22 | 843,502.26 | - | 843,502 | 4.5278% | 0.4267% | 4.9545% | 0.4991 | 420,987 |
| 06/01/23 | 843,502.26 | - | 843,502 | 4.5429% | 0.4267% | 4.9696% | 0.4860 | 409,918 |
| 12/01/23 | 843,502.26 | - | 843,502 | 4.5569% | 0.4267% | 4.9836% | 0.4732 | 399,150 |
| 06/01/24 | 843,502.26 | - | 843,502 | 4.5698% | 0.4267% | 4.9965% | 0.4608 | 388,679 |
| 12/01/24 | 843,502.26 | - | 843,502 | 4.5815% | 0.4267% | 5.0082% | 0.4487 | 378,501 |
| 06/01/25 | 843,502.26 | - | 843,502 | 4.5922% | 0.4267% | 5.0189% | 0.4370 | 368,613 |
| 12/01/25 | 843,502.26 | - | 843,502 | 4.6020% | 0.4267% | 5.0287% | 0.4256 | 359,002 |
| 06/01/26 | 843,502.26 | - | 843,502 | 4.6107% | 0.4267% | 5.0374% | 0.4145 | 349,670 |
| 12/01/26 | 843,502.26 | - | 843,502 | 4.6186% | 0.4267% | 5.0453% | 0.4038 | 340,603 |
| 06/01/27 | 843,502.26 | - | 843,502 | 4.6255% | 0.4267% | 5.0522% | 0.3934 | 331,801 |
| 12/01/27 | 843,502.26 | - | 843,502 | 4.6317% | 0.4267% | 5.0584% | 0.3832 | 323,252 |
| 06/01/28 | 843,502.26 | - | 843,502 | 4.6371% | 0.4267% | 5.0638% | 0.3734 | 314,953 |
| 12/01/28 | 843,502.26 | - | 843,502 | 4.6417% | 0.4267% | 5.0684% | 0.3638 | 306,895 |
| 06/01/29 | 843,502.26 | - | 843,502 | 4.6456% | 0.4267% | 5.0723% | 0.3546 | 299,074 |
| 12/01/29 | 843,502.26 | - | 843,502 | 4.6489% | 0.4267% | 5.0756% | 0.3456 | 291,480 |
| 06/01/30 | 843,502.26 | - | 843,502 | 4.6515% | 0.4267% | 5.0782% | 0.3368 | 284,109 |
| 12/01/30 | 843,502.26 | - | 843,502 | 4.6535% | 0.4267% | 5.0802% | 0.3283 | 276,952 |
| 06/01/31 | 843,502.26 | - | 843,502 | 4.6550% | 0.4267% | 5.0817% | 0.3201 | 270,004 |
| 12/01/31 | 843,502.26 | - | 843,502 | 4.6559% | 0.4267% | 5.0826% | 0.3121 | 263,257 |
| 06/01/32 | 843,502.26 | - | 843,502 | 4.6564% | 0.4267% | 5.0831% | 0.3043 | 256,706 |
| 12/01/32 | 843,502.26 | - | 843,502 | 4.6564% | 0.4267% | 5.0831% | 0.2968 | 250,343 |
| 06/01/33 | 843,502.26 | - | 843,502 | 4.6560% | 0.4267% | 5.0827% | 0.2895 | 244,162 |
| 12/01/33 | 843,502.26 | - | 843,502 | 4.6552% | 0.4267% | 5.0819% | 0.2823 | 238,158 |
| 06/01/34 | 843,502.26 | - | 843,502 | 4.6540% | 0.4267% | 5.0807% | 0.2754 | 232,322 |
| 12/01/34 | 843,502.26 | - | 843,502 | 4.6526% | 0.4267% | 5.0793% | 0.2687 | 226,650 |

**$522,991,697**
**Michigan Tobacco Settlement Finance Authority**
**Tobacco Settlement Asset-Backed Bonds**
**Series 2007**

**LEHMAN BROTHERS SPECIAL FINANCING INC.,**
**Debt Service Reserve Fund Agreement Market Termination Analysis**
**Morgan Stanley - Spread to LIBOR**

**Forward Delivery Agreement Cash Flows**

| Date | Original Cash Flows | Change In Cash Flows | Net Change in Cash Flows | LIBOR 0% Rates 9/19/2008 | Spread To LIBOR Curve | Net Discount Rate | Present Value Factor | Present Value |
|---|---|---|---|---|---|---|---|---|
| 06/01/35 | 843,502.26 | - | 843,502 | 4.6509% | 0.4267% | 5.0776% | 0.2622 | 221,135 |
| 12/01/35 | 843,502.26 | - | 843,502 | 4.6489% | 0.4267% | 5.0756% | 0.2558 | 215,772 |
| 06/01/36 | 843,502.26 | - | 843,502 | 4.6467% | 0.4267% | 5.0734% | 0.2496 | 210,555 |
| 12/01/36 | 843,502.26 | - | 843,502 | 4.6444% | 0.4267% | 5.0711% | 0.2436 | 205,478 |
| 06/01/37 | 843,502.26 | - | 843,502 | 4.6420% | 0.4267% | 5.0687% | 0.2377 | 200,534 |
| 12/01/37 | 843,502.26 | - | 843,502 | 4.6394% | 0.4267% | 5.0661% | 0.2320 | 195,719 |
| 06/01/38 | 843,502.26 | - | 843,502 | 4.6368% | 0.4267% | 5.0635% | 0.2265 | 191,028 |
| 12/01/38 | 843,502.26 | - | 843,502 | 4.6342% | 0.4267% | 5.0609% | 0.2210 | 186,455 |
| 06/01/39 | 843,502.26 | - | 843,502 | 4.6316% | 0.4267% | 5.0583% | 0.2158 | 181,995 |
| 12/01/39 | 843,502.26 | - | 843,502 | 4.6290% | 0.4267% | 5.0557% | 0.2106 | 177,645 |
| 06/01/40 | 843,502.26 | - | 843,502 | 4.6265% | 0.4267% | 5.0532% | 0.2056 | 173,398 |
| 12/01/40 | 843,502.26 | - | 843,502 | 4.6242% | 0.4267% | 5.0509% | 0.2007 | 169,250 |
| 06/01/41 | 843,502.26 | - | 843,502 | 4.6220% | 0.4267% | 5.0487% | 0.1958 | 165,197 |
| 12/01/41 | 843,502.26 | - | 843,502 | 4.6200% | 0.4267% | 5.0467% | 0.1911 | 161,234 |
| 06/01/42 | 843,502.26 | - | 843,502 | 4.6182% | 0.4267% | 5.0449% | 0.1866 | 157,357 |
| 12/01/42 | 843,502.26 | - | 843,502 | 4.6167% | 0.4267% | 5.0434% | 0.1821 | 153,563 |
| 06/01/43 | 843,502.26 | - | 843,502 | 4.6155% | 0.4267% | 5.0422% | 0.1776 | 149,848 |
| 12/01/43 | 843,502.26 | - | 843,502 | 4.6146% | 0.4267% | 5.0413% | 0.1733 | 146,207 |
| 06/01/44 | 843,502.26 | - | 843,502 | 4.6141% | 0.4267% | 5.0408% | 0.1691 | 142,637 |
| 12/01/44 | 843,502.26 | - | 843,502 | 4.6140% | 0.4267% | 5.0407% | 0.1649 | 139,135 |
| 06/01/45 | 843,502.26 | - | 843,502 | 4.6143% | 0.4267% | 5.0410% | 0.1609 | 135,698 |
| 12/01/45 | 843,502.26 | - | 843,502 | 4.6152% | 0.4267% | 5.0419% | 0.1569 | 132,322 |
| 06/01/46 | 843,502.26 | - | 843,502 | 4.6165% | 0.4267% | 5.0432% | 0.1529 | 129,005 |
| 12/01/46 | 843,502.26 | - | 843,502 | 4.6184% | 0.4267% | 5.0451% | 0.1491 | 125,743 |
| 06/01/47 | 843,502.26 | - | 843,502 | 4.6209% | 0.4267% | 5.0476% | 0.1453 | 122,535 |
| 12/01/47 | 843,502.26 | - | 843,502 | 4.6240% | 0.4267% | 5.0507% | 0.1415 | 119,376 |
| 06/01/48 | 34,170,339.76 | - | 34,170,340 | 4.6278% | 0.4267% | 5.0545% | 0.1378 | 4,709,952 |
| | **66,636,678** | **-** | **66,636,678** | | | | | **457,000** |

**( ) Denotes payment to Agreement Provider**

Michigan Finance Authority

**C.      LIBOR Curve**

Michigan Finance Authority

This page intentionally left blank.

| | **Curve Dated** | **9/19/08** |
|---|---|---|
| | **Settlement** | **9/19/08** |

Zero Curve from
MMKT & Swaps

| | Date Array | Zero Rate (continuous) |
|---|---|---|
| 1 Week | 9/29/08 | 4.3375% |
| 1 Month | 10/22/08 | 3.1875% |
| 2 Month | 11/22/08 | 3.1925% |
| 3 Months | 12/22/08 | 3.2037% |
| 4 Months | 1/22/09 | 3.2838% |
| 5 Months | 2/22/09 | 3.3400% |
| 6 Months | 3/22/09 | 3.3850% |
| 9 Months | 6/22/09 | 3.3812% |
| 1 Year | 9/22/09 | 3.3512% |
| 2 Years | 9/22/10 | 3.1227% |
| 3 Years | 9/22/11 | 3.4316% |
| 4 Years | 9/22/12 | 3.6502% |
| 5 Years | 9/22/13 | 3.8086% |
| 7 Years | 9/22/15 | 4.0661% |
| 10 Years | 9/22/18 | 4.3277% |
| 15 Years | 9/22/23 | 4.5517% |
| 20 Years | 9/22/28 | 4.6400% |
| 30 Years | 9/22/38 | 4.6352% |

Michigan Finance Authority

This page intentionally left blank.

PFM Asset Management LLC

Michigan Finance Authority

D.    Application of DEPFA Spread to Remaining Cash Flows

Michigan Finance Authority

This page intentionally left blank.

PFM Asset Management LLC

**$522,991,697**
**Michigan Tobacco Settlement Finance Authority**
**Tobacco Settlement Asset-Backed Bonds**
**Series 2007**

**LEHMAN BROTHERS SPECIAL FINANCING INC.,**
**Debt Service Reserve Fund Agreement Market Termination Analysis**
**Application of DEPFA Spread to Remaining Cash Flows**

**Forward Delivery Agreement Cash Flows**

| Date | Original Cash Flows | Change In Cash Flows | Net Change in Cash Flows | LIBOR 0% Rates 9/22/2008 | Spread To LIBOR Curve | Net Discount Rate | Present Value Factor | Present Value |
|---|---|---|---|---|---|---|---|---|
| 09/19/08 | | | | | | | | |
| 12/01/08 | (33,326,837.50) | - | (33,326,838) | 3.2268% | -0.2652% | 2.9615% | 0.9941 | (33,131,462) |
| 06/01/09 | 843,502.26 | - | 843,502 | 3.3930% | -0.2652% | 3.1277% | 0.9785 | 825,375 |
| 12/01/09 | 843,502.26 | - | 843,502 | 3.3118% | -0.2652% | 3.0466% | 0.9644 | 813,446 |
| 06/01/10 | 843,502.26 | - | 843,502 | 3.1648% | -0.2652% | 2.8996% | 0.9522 | 803,215 |
| 12/01/10 | 843,502.26 | - | 843,502 | 3.1426% | -0.2652% | 2.8774% | 0.9391 | 792,119 |
| 06/01/11 | 843,502.26 | - | 843,502 | 3.3091% | -0.2652% | 3.0439% | 0.9217 | 777,432 |
| 12/01/11 | 843,502.26 | - | 843,502 | 3.4925% | -0.2652% | 3.2272% | 0.9026 | 761,367 |
| 06/01/12 | 843,502.26 | - | 843,502 | 3.6010% | -0.2652% | 3.3358% | 0.8848 | 746,321 |
| 12/01/12 | 843,502.26 | - | 843,502 | 3.6804% | -0.2652% | 3.4151% | 0.8674 | 731,676 |
| 06/01/13 | 843,502.26 | - | 843,502 | 3.7602% | -0.2652% | 3.4949% | 0.8497 | 716,744 |
| 12/01/13 | 843,502.26 | - | 843,502 | 3.8374% | -0.2652% | 3.5722% | 0.8318 | 701,660 |
| 06/01/14 | 843,502.26 | - | 843,502 | 3.9078% | -0.2652% | 3.6425% | 0.8140 | 686,638 |
| 12/01/14 | 843,502.26 | - | 843,502 | 3.9725% | -0.2652% | 3.7072% | 0.7963 | 671,704 |
| 06/01/15 | 843,502.26 | - | 843,502 | 4.0316% | -0.2652% | 3.7664% | 0.7788 | 656,919 |
| 12/01/15 | 843,502.26 | - | 843,502 | 4.0867% | -0.2652% | 3.8214% | 0.7614 | 642,274 |
| 06/01/16 | 843,502.26 | - | 843,502 | 4.1377% | -0.2652% | 3.8725% | 0.7443 | 627,805 |
| 12/01/16 | 843,502.26 | - | 843,502 | 4.1851% | -0.2652% | 3.9199% | 0.7274 | 613,539 |
| 06/01/17 | 843,502.26 | - | 843,502 | 4.2287% | -0.2652% | 3.9634% | 0.7107 | 599,512 |
| 12/01/17 | 843,502.26 | - | 843,502 | 4.2691% | -0.2652% | 4.0039% | 0.6944 | 585,721 |
| 06/01/18 | 843,502.26 | - | 843,502 | 4.3062% | -0.2652% | 4.0410% | 0.6784 | 572,205 |
| 12/01/18 | 843,502.26 | - | 843,502 | 4.3405% | -0.2652% | 4.0752% | 0.6627 | 558,954 |
| 06/01/19 | 843,502.26 | - | 843,502 | 4.3718% | -0.2652% | 4.1065% | 0.6473 | 545,996 |
| 12/01/19 | 843,502.26 | - | 843,502 | 4.4006% | -0.2652% | 4.1354% | 0.6323 | 533,320 |
| 06/01/20 | 843,502.26 | - | 843,502 | 4.4270% | -0.2652% | 4.1618% | 0.6176 | 520,939 |
| 12/01/20 | 843,502.26 | - | 843,502 | 4.4511% | -0.2652% | 4.1858% | 0.6033 | 508,853 |
| 06/01/21 | 843,502.26 | - | 843,502 | 4.4729% | -0.2652% | 4.2077% | 0.5893 | 497,069 |
| 12/01/21 | 843,502.26 | - | 843,502 | 4.4929% | -0.2652% | 4.2277% | 0.5757 | 485,569 |
| 06/01/22 | 843,502.26 | - | 843,502 | 4.5111% | -0.2652% | 4.2459% | 0.5624 | 474,360 |
| 12/01/22 | 843,502.26 | - | 843,502 | 4.5278% | -0.2652% | 4.2625% | 0.5494 | 463,424 |
| 06/01/23 | 843,502.26 | - | 843,502 | 4.5429% | -0.2652% | 4.2777% | 0.5368 | 452,765 |
| 12/01/23 | 843,502.26 | - | 843,502 | 4.5569% | -0.2652% | 4.2917% | 0.5244 | 442,362 |
| 06/01/24 | 843,502.26 | - | 843,502 | 4.5698% | -0.2652% | 4.3045% | 0.5124 | 432,214 |
| 12/01/24 | 843,502.26 | - | 843,502 | 4.5815% | -0.2652% | 4.3163% | 0.5007 | 422,318 |
| 06/01/25 | 843,502.26 | - | 843,502 | 4.5922% | -0.2652% | 4.3270% | 0.4892 | 412,676 |
| 12/01/25 | 843,502.26 | - | 843,502 | 4.6020% | -0.2652% | 4.3367% | 0.4781 | 403,275 |
| 06/01/26 | 843,502.26 | - | 843,502 | 4.6107% | -0.2652% | 4.3455% | 0.4672 | 394,119 |
| 12/01/26 | 843,502.26 | - | 843,502 | 4.6186% | -0.2652% | 4.3533% | 0.4567 | 385,198 |
| 06/01/27 | 843,502.26 | - | 843,502 | 4.6255% | -0.2652% | 4.3603% | 0.4464 | 376,513 |
| 12/01/27 | 843,502.26 | - | 843,502 | 4.6317% | -0.2652% | 4.3664% | 0.4363 | 368,053 |
| 06/01/28 | 843,502.26 | - | 843,502 | 4.6371% | -0.2652% | 4.3718% | 0.4266 | 359,816 |
| 12/01/28 | 843,502.26 | - | 843,502 | 4.6417% | -0.2652% | 4.3765% | 0.4171 | 351,796 |
| 06/01/29 | 843,502.26 | - | 843,502 | 4.6456% | -0.2652% | 4.3804% | 0.4078 | 343,991 |
| 12/01/29 | 843,502.26 | - | 843,502 | 4.6489% | -0.2652% | 4.3836% | 0.3988 | 336,391 |
| 06/01/30 | 843,502.26 | - | 843,502 | 4.6515% | -0.2652% | 4.3862% | 0.3900 | 328,993 |
| 12/01/30 | 843,502.26 | - | 843,502 | 4.6535% | -0.2652% | 4.3883% | 0.3815 | 321,791 |
| 06/01/31 | 843,502.26 | - | 843,502 | 4.6550% | -0.2652% | 4.3897% | 0.3732 | 314,779 |
| 12/01/31 | 843,502.26 | - | 843,502 | 4.6559% | -0.2652% | 4.3907% | 0.3651 | 307,953 |
| 06/01/32 | 843,502.26 | - | 843,502 | 4.6564% | -0.2652% | 4.3911% | 0.3572 | 301,305 |
| 12/01/32 | 843,502.26 | - | 843,502 | 4.6564% | -0.2652% | 4.3911% | 0.3495 | 294,832 |
| 06/01/33 | 843,502.26 | - | 843,502 | 4.6560% | -0.2652% | 4.3907% | 0.3421 | 288,526 |
| 12/01/33 | 843,502.26 | - | 843,502 | 4.6552% | -0.2652% | 4.3899% | 0.3348 | 282,384 |
| 06/01/34 | 843,502.26 | - | 843,502 | 4.6540% | -0.2652% | 4.3888% | 0.3277 | 276,397 |
| 12/01/34 | 843,502.26 | - | 843,502 | 4.6526% | -0.2652% | 4.3873% | 0.3208 | 270,563 |

**$522,991,697**
**Michigan Tobacco Settlement Finance Authority**
**Tobacco Settlement Asset-Backed Bonds**
**Series 2007**

**LEHMAN BROTHERS SPECIAL FINANCING INC.,**
**Debt Service Reserve Fund Agreement Market Termination Analysis**
**Application of DEPFA Spread to Remaining Cash Flows**

**Forward Delivery Agreement Cash Flows**

| Date | Original Cash Flows | Change In Cash Flows | Net Change in Cash Flows | LIBOR 0% Rates 9/22/2008 | Spread To LIBOR Curve | Net Discount Rate | Present Value Factor | Present Value |
|---|---|---|---|---|---|---|---|---|
| 06/01/35 | 843,502.26 | - | 843,502 | 4.6509% | -0.2652% | 4.3856% | 0.3140 | 264,873 |
| 12/01/35 | 843,502.26 | - | 843,502 | 4.6489% | -0.2652% | 4.3837% | 0.3074 | 259,325 |
| 06/01/36 | 843,502.26 | - | 843,502 | 4.6467% | -0.2652% | 4.3815% | 0.3010 | 253,912 |
| 12/01/36 | 843,502.26 | - | 843,502 | 4.6444% | -0.2652% | 4.3792% | 0.2948 | 248,628 |
| 06/01/37 | 843,502.26 | - | 843,502 | 4.6420% | -0.2652% | 4.3767% | 0.2886 | 243,468 |
| 12/01/37 | 843,502.26 | - | 843,502 | 4.6394% | -0.2652% | 4.3742% | 0.2827 | 238,428 |
| 06/01/38 | 843,502.26 | - | 843,502 | 4.6368% | -0.2652% | 4.3716% | 0.2768 | 233,501 |
| 12/01/38 | 843,502.26 | - | 843,502 | 4.6342% | -0.2652% | 4.3690% | 0.2711 | 228,684 |
| 06/01/39 | 843,502.26 | - | 843,502 | 4.6316% | -0.2652% | 4.3664% | 0.2655 | 223,970 |
| 12/01/39 | 843,502.26 | - | 843,502 | 4.6290% | -0.2652% | 4.3638% | 0.2601 | 219,357 |
| 06/01/40 | 843,502.26 | - | 843,502 | 4.6265% | -0.2652% | 4.3613% | 0.2547 | 214,839 |
| 12/01/40 | 843,502.26 | - | 843,502 | 4.6242% | -0.2652% | 4.3589% | 0.2494 | 210,410 |
| 06/01/41 | 843,502.26 | - | 843,502 | 4.6220% | -0.2652% | 4.3568% | 0.2443 | 206,067 |
| 12/01/41 | 843,502.26 | - | 843,502 | 4.6200% | -0.2652% | 4.3547% | 0.2392 | 201,805 |
| 06/01/42 | 843,502.26 | - | 843,502 | 4.6182% | -0.2652% | 4.3530% | 0.2343 | 197,620 |
| 12/01/42 | 843,502.26 | - | 843,502 | 4.6167% | -0.2652% | 4.3515% | 0.2294 | 193,509 |
| 06/01/43 | 843,502.26 | - | 843,502 | 4.6155% | -0.2652% | 4.3502% | 0.2246 | 189,466 |
| 12/01/43 | 843,502.26 | - | 843,502 | 4.6146% | -0.2652% | 4.3494% | 0.2199 | 185,489 |
| 06/01/44 | 843,502.26 | - | 843,502 | 4.6141% | -0.2652% | 4.3489% | 0.2153 | 181,573 |
| 12/01/44 | 843,502.26 | - | 843,502 | 4.6140% | -0.2652% | 4.3488% | 0.2107 | 177,715 |
| 06/01/45 | 843,502.26 | - | 843,502 | 4.6143% | -0.2652% | 4.3491% | 0.2062 | 173,912 |
| 12/01/45 | 843,502.26 | - | 843,502 | 4.6152% | -0.2652% | 4.3499% | 0.2017 | 170,159 |
| 06/01/46 | 843,502.26 | - | 843,502 | 4.6165% | -0.2652% | 4.3513% | 0.1973 | 166,455 |
| 12/01/46 | 843,502.26 | - | 843,502 | 4.6184% | -0.2652% | 4.3532% | 0.1930 | 162,795 |
| 06/01/47 | 843,502.26 | - | 843,502 | 4.6209% | -0.2652% | 4.3556% | 0.1887 | 159,178 |
| 12/01/47 | 843,502.26 | - | 843,502 | 4.6240% | -0.2652% | 4.3587% | 0.1845 | 155,600 |
| 06/01/48 | 34,170,339.76 | - | 34,170,340 | 4.6278% | -0.2652% | 4.3625% | 0.1803 | 6,159,877 |
| | **66,636,678** | **-** | **66,636,678** | | | | | **4,772,320** |

**(_) Denotes payment to Agreement Provider**