**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                               :

In re                               :       **Chapter 11 Case No.**
                               :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :      **08-13555 (JMP)**
                               :       **(Jointly Administered)**
          **Debtors.**               :

                               :       **Ref. Docket Nos. 20860, 20861,**
------------------------------------------------------------------------x         **20863-20867**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 14, 2011, I caused to be served the:

    a.  "Notice of Hearing on Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative Of Indenture Trustee Claims)," dated October 14, 2011, to which is attached the "Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative Of Indenture Trustee Claims)," dated October 14, 2011 [Docket No. 20860], (the "221st Omni"),

    b.  "Notice of Hearing on Debtors' Two Hundred Twenty-Second Omnibus Objection to Claims (Settled Derivatives Claims)," dated October 14, 2011, to which is attached the "Debtors' Two Hundred Twenty-Second Omnibus Objection to Claims (Settled Derivatives Claims)," dated October 14, 2011 [Docket No. 20861], (the "222nd Omni"),

    c.  "Notice of Hearing on Debtors' Two Hundred Twenty-Third Omnibus Objection to Claims (No Supporting Documentation Claims)," dated October 14, 2011, to which is attached the "Debtors' Two Hundred Twenty-Third Omnibus Objection to Claims (No Supporting Documentation Claims)," dated October 14, 2011 [Docket No. 20863], (the "223rd Omni"),

    d.  "Notice of Hearing on Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims)," dated October 14, 2011, to which is attached the "Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims)," dated October 14, 2011 [Docket No. 20864], (the "224th Omni"),

e. "Notice of Hearing on Debtors' Two Hundred Twenty-Fifth Omnibus Objection to Claims (Inconsistent Debtor Claims)," dated October 14, 2011, to which is attached the "Debtors' Two Hundred Twenty-Fifth Omnibus Objection to Claims (Inconsistent Debtor Claims)," dated October 14, 2011 [Docket No. 20865], (the "225th Omni"),

f. "Notice of Hearing on Debtors' Two Hundred Twenty-Sixth Omnibus Objection to Claims (Amended and Superseded Claims)," dated October 14, 2011, to which is attached the "Debtors' Two Hundred Twenty-Sixth Omnibus Objection to Claims (Amended and Superseded Claims)," dated October 14, 2011 [Docket No. 20866], (the "226th Omni"), and

g. "Notice of Hearing on Debtors' Two Hundred Twenty-Seventh Omnibus Objection to Claims (Settled Derivatives Claims)," dated October 14, 2011, to which is attached the "Debtors' Two Hundred Twenty-Seventh Omnibus Objection to Claims (Settled Derivatives Claims)," dated October 14, 2011 [Docket No. 20867], (the "227th Omni"),

by causing true and correct copies of the:

i. 221st Omni, 222nd Omni, 223rd Omni, 224th Omni, 225th Omni, 226th Omni and 227 Omni, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii. 221st Omni, 222nd Omni, 223rd Omni, 224th Omni, 225th Omni, 226th Omni and 227 Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

iii. 221st Omni, 222nd Omni, 223rd Omni, 224th Omni, 225th Omni, 226th Omni and 227 Omni, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>,

iv. 221st Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v. 222nd Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>,

vi. 223rd Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

vii. 224th Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

viii. 225th Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

ix. 226th Omni and to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>, and

x. 227 Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
19th day of October, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

### Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
asubramanian@susmangodfrey.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com

cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com

drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com

gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com

jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com

jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com

lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com

mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com

schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
ssusman@susmangodfrey.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com

thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| AMSTER, GERALDINE D. | 1307 PALISADES DR. PACIFIC PALISADES CA 90272 |
| AMSTER, GILBERT & GERALDINE | 1307 PALISADES DR PACIFIC PALISADES CA 90272 |
| ATHERTON CONSTRUCTION, INC. 0552700 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| BERMAN, JOEL H. & DAVIDA | 17 DUBIEL DIRVE WORCESTER MA 01609-1113 |
| BEST LIFE & HEALTH INSURANCE 56011039 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| BUILDING MANAGEMENT SERVICES 1146295 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT | SYSTEM, ATTN: TOM NOGUEROLA 400 Q ST. SACRAMENTO CA 95811 |
| CHURCH OF SCIENTOLOGY INT. 1481250 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CHURCH OF SCIENTOLOGY RELIGIOUS TR 1406252 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| DESERET GEN & TRANS CO-OP 1810550 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| DIMEGLIO, ROBERT | 344 E 28TH STREET, SUITE 23H NEW YORK NY 10016 |
| DIXIE AND ANNE LEAVITT FOUNDATION 5184809 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| GH PHIPPS CONSTRUCTION COMPANIES 7061931 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| INGWER, DR. IRWIN PROFIT SHARING PLAN | IRWIN INGWER 7 WESTBOURNE LANE MELVILLE NY 11747 |
| KING STREET CAPITAL MASTER FUND, LTD. | BRIAN HERMANN/ ANDREW ROSENBERG PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| KING STREET CAPITAL MASTER FUND, LTD. | C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KROGER CO MASTER RETIREMENT TRUST | C/O THE KROGER CO. ATTN: CINDY HOLMES 1014 VINE STREET CINCINNATI OH 45202 |
| LACEY, PATRICIA D. | 6141 OLD PERRY HIGHWAY ERIE PA 16509-3524 |
| LAYTON COMPANIES, INC, THE 5175510 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| MATTINGLY, LOUISE | 28 FORT GREENE PLACE BROOKLYN NY 11217 |
| MCMAHON, EDITH E & JOSEPH F. MCMAHON | 310 PACIFIC AVENUE WEST CAPE MAY NJ 08204 |
| MERRITT, JAMES C. | 5001 STATESMAN DR IRVING TX 75063 |
| PRENTICE, LUCINDA | 40 TIMES FARM RD ANDOVER CT 06232-1031 |
| PUGIA, ANNETTA F. | 3 OLD TOPSFIELD ROAD BOXFORD MA 01921 |
| SCF ARIZONA | MARTIN KARLINSKY, ESQ., BUTZEL LONG, A PROFESSIONAL CORPORATION 380 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SCF ARIZONA | 3030 N. THIRD STREET PHOENIX AZ 85012 |
| SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, | 321 E 43RD ST APT 712 NEW YORK NY 10017-4707 |
| SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, | SALDIVIA 3447 HAMPRESTON WAY N.W. KENNESAW GA 30144-7442 |
| SINCLAIR MEDICAL PLAN SI97400 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| STARTEK INC. 8109959 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UT STATE BAR 8938175 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UTAH BUSINESS/BENCHMARK INSURANCE CO. 8914701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| VERDE VALLEY MEDICAL CENTER 6120100 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |

| Claim Name | Address Information |
|---|---|
| VINTAH BASIN MEDICAL CENTER 8748701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |

**Total Creditor count  34**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BARTON CREEK SENIOR LIVING CENTER, INC. | C/O DAVID M. BENNETT 1722 ROUTH ST., SUITE 1500 DALLAS TX 75201 |
| BARTON CREEK SENIOR LIVING CENTER, INC. | 2500 BARTON CREEK BLVD. AUSTIN TX 78735 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: SUMMIT PETROLEUM LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: SUMMIT PETROLEUM LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | ATTN: MRS. CARLOTA DE VERA TOQUERO / MR. ROBERTO GONZALEZ PASEO DE LA CASTELLANA, 189 MADRID 28046 SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CEBFT RUSSELL FIXED INCOME II FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| CEBFT RUSSELL FIXED INCOME II FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| COMMINGLED PENSION TRUST FUND | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. & KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND | (CORPORATE HIGH YIELD) OF JPMORGAN CHASE BANK, NA 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND | (LONG DURATION INVESTMENT GRADE) OF JPMORGAN CHASE BANK NA 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND | (LONG DURATION PLUS) OF JPMORGAN CHASE BANK, NA 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND | SCOTT E. RICHTER JP MORGAN INVESTMENT MGMT INC C/O LEGAL DEPT FLOOR 4P 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OP | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OP | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OP | OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OP | JP MORGAN INVESTMENT MANAGEMENT INC C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | JPMORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT | OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT | JPMORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC | OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC | JPMORGAN INVESTMENT MANAGEMENT INC C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMINGLED PENSION TRUST FUND (LONG | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ.; KATHRYN |

| Claim Name | Address Information |
|---|---|
| CREDIT) | GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (LONG CREDIT) | OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND (LONG CREDIT) | J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| DRAX POWER LIMITED | PHILIP HUDSON, GENERAL COUNSEL SELBY NORTH YORKSHIRE YO8 8PH UNITED KINGDOM |
| DRAX POWER LIMITED | STEVEN ABRAMOWITZ ALEXANDRA KELLY VINSON & ELKINS, LLP 666 FIFTH AVENUE, 25TH FLOOR NEW YORK NY 10103 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| NATIONAL AUSTRALIA BANK LIMITED | ATTN: PATRICK RYAN 245 PARK AVENUE, FLOOR 28 NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LIMITED | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| PRISMA ENHANCED FIXED INCOME FUND LP | ATTN: JOHN K. BRENNAN C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PRISMA ENHANCED FIXED INCOME FUND LP | ATTN: JOHN K BRENNA C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| QUANTUM PARTNERS LP. | JESSICA ETRA, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| QUANTUM PARTNERS LP. | C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS LP. | JAY SCHOENFARBER SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS LP. | SOROS FUND MANAGEMENT LLC ATTN: JAV SCHOENFARBER 888 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 10106 |
| RIC RUSSELL STRATEGIC BOND FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RIC RUSSELL STRATEGIC BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| SCHRODER & CO. LIMITED | C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPATRMENT/ CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| SOCIETE GENERALE | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE | ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SPCP GROUP, L.L.C. | TRANSFEROR: AVISTA CORPORATION AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SWEDBANK AB (PUBL) | MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM SE-105 34 SWEDEN |
| SWEDBANK AB (PUBL) | CLAUDE D. MONTGOMERY, ESQ. SALANS LLP 620 FIFTH AVENUE NEW YORK NY 10020 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

Total Creditor count  53

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ALMEIDA, MICHELLE | 8215 HANNUM AVE CULVER CITY CA 90230 |
| GOLDMAN, PAMELA | 3455 TABLE MESA DR APT L240 BOULDER CO 80305-5840 |
| KIM, CHI EUN | 24 AVE AT PORT IMPERIAL APT 106 WEST NEW YORK NJ 07093-8402 |
| KROLL FACTUAL DATA - DENVER | P.O. BOX 1676 LOVELAND CO 80539 |

**Total Creditor count  4**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ANSARI, KAMRAN | 1 BANK STREET, APT 6H NEW YORK NY 10014 |
| ANTOR, ILSE | UNTERM BERG 40 FRIEDBERG 86316 GERMANY |
| FRANZ, ROBERT | 6 BAYER LANE BOONTON NJ 07005 |
| FRANZ, ROBERT | WHITE AND WILLIAMS LLP ATTN: SEDGWICK M. JEANITE, ESQ. ONE PENN PLAZA, SUITE 4110 NEW YORK NY 10119 |

**Total Creditor count  4**

**EXHIBIT H**

| Claim Name | Address Information |
|------------|---------------------|
| COLLIER, MICHAEL | 69 HIGHFIELD WAY RICKMANSWORTH HERTS WD3 7PP UNITED KINGDOM |
| COLONIAL BANCGROUP, INC., THE | C/O KEVIN T. O'HALLORAN, CHIEF RESTRUCTURING OFFICER P.O. BOX 723657 ATLANTA GA 31139 |
| JUDSON | ATTN: TIM BEAUREGARD 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |
| SEWARD, BRIAN | 56 LODGE ROAD BRAINTREE, ESSEX CM7 1JB UNITED KINGDOM |
| TERRANOVA, THOMAS | 159 WEST 23RD STREET APT 4R NEW YORK NY 10011-2499 |
| VICTORY CAPITAL SERIES, LLC | SERIES D - ABSOLUTE RETURN CREDIT PORTFOLIO C/O CHRISTOPHER WELKER VICTORY CAPITAL MANAGEMENT 127 PUBLIC SQUARE CLEVELAND OH 44114 |

Total Creditor count  6

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | ATTN: MR. IGNACIO OLLERO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 FLOOR 21ST MADRID 28046 SPAIN |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| ENDA HARDIMAN TELECOM PENSIONS FUND, THE | REF BDO SIMPSON XAVIER FINANCIAL SERVICES LTD BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| GOLDMAN SACHS INTERNATIONAL | ASHURST LLP ATTN: JAMES COILEY BOARDWALK HOUSE 5 APPOLD STREET LONDON EC2A 2HA UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL | LEGAL DEPT CAROLINE GRAY PETERBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL | ASHURST LLP ATTN: JACK J. ROSE, ESQ. 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036 |
| JUDSON | ATTN:  HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |
| NATIONAL AUSTRALIA BANK LIMITED | ATTN: ROSEMARIE DICANTO 245 PARK AVENUE FLOOR 28 NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LIMITED | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  9**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| ACM GLOBAL CREDIT – U.S. SUB-FUND | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ACM GLOBAL CREDIT – U.S. SUB-FUND | C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| AIRASIA BERHAD | C/O STEPHENSON HARDWOOD 1 RAFFLES PLACE #12-00, OUB CENTRE 048616 SINGAPORE |
| AQUAMARINE FINANCE | PUBLIC LIMITED COMPANY SERIES 2004-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| AQUAMARINE FINANCE | PUBLIC LIMITED COMPANY SERIES 2004.2 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| AQUAMARINE FINANCE | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| AQUAMARINE FINANCE | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF AMERICA, NATIONAL ASSOCIATION | AS SUCCESSOR BY MERGER TO LASALLE BANK NA HUNTON & WILLIAMS LLP ATTN: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 E. BYRD STREET RICHMOND VA 23219 |
| BERYL FINANCE LIMITED SERIES 2006-15B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-15B | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-15B | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-5 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-5 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-5 | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-4 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-4 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 49 NEW YORK NY 10022 |
| COLORADO HOUSING & FINANACE AUTHORITY | ATTN: CHARLES L. BORGMAN GENERAL COUNSEL 1981 BLAKE ST DENVER CO 80202 |
| COLORADO HOUSING & FINANACE AUTHORITY | SHERMAN & HOWARD, LLC ATTN: MARK L. FULFORD 633 17H ST., STE. 3000 DENVER CO 80202 |
| DIAMOND FINANCE PLC SERIES 2006-1E | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:  SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PLC SERIES 2006-1E | C/O THE BANK OF NEW YORK ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PLC SERIES 2006-1E | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PLC SERIES 2006-1E | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| DIAMOND FINANCE PLC SERIES 2006-1F | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PLC SERIES 2006-1F | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 92 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PLC SERIES 2006-1G | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PLC SERIES 2006-1G | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 93 599 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
| --- | --- |
| DIAMOND FINANCE PLC SERIES 2006-1G | REED SMITH LLP ATN:  MICHAEL J. VENDITTO, ESQ. EMEA 93 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2008 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2008 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | C/O TIMOTHY R KENNY 1230 O STREET, SUITE 200 LINCOLN NE 68508 |
| NUVEEN HIGH YIELD MUNICIPAL BOND FUND | JAI KHANNA WINSTON & STRAWN LLP 35 W. WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN HIGH YIELD MUNICIPAL BOND FUND | C/O NUVEEN ASSET MANAGEMENT, ATTN: KEVIN MCCARTHY- GENERAL COUNSEL 333 W. WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| QIC LTD (FORMERLY QUEENSLAND INVESTMENT CORPORATIO | AS TRUSTEE FOR THE QIC DIVERSIFIED FIXED INTEREST FUND NO 1 LEVEL 5, CENTRAL PLAZA TWO, 66 EAGLE STREET BRISBANE, QUEENSLAND 4000 AUSTRALIA |
| SWEDBANK AB (PUBL) | MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM SE-105 34 SWEDEN |
| SWEDBANK AB (PUBL) | CLAUDE D. MONTGOMERY, ESQ. SALANS LLP 620 FIFTH AVENUE NEW YORK NY 10020 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107-2292 |

| Claim Name | Address Information |
| --- | --- |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  54**