GREENBERG TRAURIG, LLP
Maria DiConza, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: diconzam@gtlaw.com

*Attorneys for Optique Pty Ltd ATF Optique Super Pension Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
**In re:**                                                    :   **Chapter 11**
                                                              :
**LEHMAN BROTHERS HOLDINGS, INC.,**                           :   **Case No. 08-13555 (JMP)**
**et al.,**
                                                              :
         **Debtors.**                                         :   **(Jointly Administered)**
                                                              :
------------------------------------------------------------- x


## AFFIDAVIT OF SERVICE


STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )


    KAREN D'ELIA, being duly sworn, deposes and says:

    1.  I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

    2.  On October 11, 2011, I caused to be served a true and accurate copy of the *Response Of Optique PTY LTD ATF Optique Super Pension Fund To Notice Of Proposed*

***Claim Amount -   Claim Number 5712*** via FedEx upon the parties listed on the attached <u>Exhibit A</u>.

                                                                <u>*/s/ Karen D'Elia*</u>
                                                                 Karen D'Elia

Sworn to before me this
19th day of October, 2011.

<u>*/s/*</u> Doreen Cusumano
Doreen Cusumano
Notary Public, State of New York
No. 01CU6065126
Qualified in Richmond County
Commission expires October 9, 2013

*NY 241,525,978v1 10-19-11*

# **EXHIBIT A**

Lehman Brothers Holdings Inc.
Attn: Holly Clack and Tina Pederson
1271 Avenue of the Americas
New York, NY 10020


Weil Gotshal & Manges LLP
Attn: Alfredo R. Perez, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue, New York, NY 10153


Milbank, Tweed, Hadley and McCloy LLP
Attn: Evan F. Fleck, Esq. and Matthew Brod, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

*NY 241,525,978v1 10-19-11*