WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :   08-13555 (JMP)
                                                                 :
                                    Debtors.                     :   (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF
### DEBTORS' ONE HUNDRED TENTH OMNIBUS OBJECTION
### TO CLAIMS (PENSION CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Tenth

Omnibus Objection to Claims (Pension Claims), that was scheduled for October 27, 2011, at

10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on**

**Exhibit A attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)**

(the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before

the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom

House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: October 19, 2011
      New York, New York

                       /s/ Robert J. Lemons
                       Robert J. Lemons

                       WEIL, GOTSHAL & MANGES LLP
                       767 Fifth Avenue
                       New York, New York 10153
                       Telephone: (212) 310-8000
                       Facsimile: (212) 310-8007

                       Attorneys for Debtors
                       and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Margaret Gattuso | 27736 | 16040 |
| Edward Lill | 5343 | 16705 |
| Richard S. Locke | 9581 | 15890 |
| Doris Phillips | 31702 | 16069 |