**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer
Michael J. Venditto

*Counsel for The Bank of New York Mellon
Trust Company, N.A., as indenture trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br>LEHMAN BROTHERS HOLDINGS, INC., et al. <br><br>                                              Debtors. | Chapter 11 <br><br>Case No. 08-13555 (JMP) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK  )

I, Anne C. Suffern, being duly sworn, deposes and says:

1. I am not a party to this action, am over eighteen years of age and employed by Reed Smith, LLP, located at 599 Lexington Avenue, New York, NY 10022.

2. On October 19, 2011, I served a true and correct copy of the *Response of The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee, to Debtors One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims)*

upon the attached service list by method indicated.

_____
Anne C. Suffern

Sworn to me this
19th day of October 2011

_____
Notary Public

EVAN F. JAFFE
Notary Public, State of New York
No. 01JA6196006
Commission Expires 11/03/2012

## SERVICE LIST

### Via Electronic Mail

Robert Lemons, Esq.
*robert.lemons@weil.com*
Penny Reid, Esq.
*penny.reid@weil.com*
Ralph Miller, Esq.
*ralph.miller@weil.com*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne, Esq.
*ddunne@milbank.com*
Dennis O'Donnell, Esq.
*dodonnell@milbank.com*
Evan Fleck, Esq.
*efleck@milbank.com*
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

### Via Facsimile

Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Phone: (212) 510-0500
Facsimile: (212) 668-2255