WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                  :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
                                                                  :
                    Debtors.              :    **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'
ONE HUNDRED THIRTIETH OMNIBUS OBJECTION
TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS AN
EQUITY INTEREST) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Thirtieth Omnibus Objection to Claims (To Reclassify Proofs of Claim as an Equity Interest), that was scheduled for October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

US_ACTIVE:\43838601\01\58399.0008

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 19, 2011
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Adler, Jennifer | 30611 | 16762 |
| Becker, Jennifer | 13360 | 16917 |
| Broadbent, William | 9971 | N/A |
| Das, Nachiketa | 27231 | 17081 |
| Dufournier, Philippe | 15528 | 20667 |
| Fraser-Jenkins, Inigo | 25772 | N/A |
| Hoar, Nick | 30475 | N/A |
| Kettler, Kyle | 13888 | 16778 |
| Lawrence, Nicole | 3373 | 17022 |
| Leng, Manhua | 27230 | N/A |
| Levy, Stewart | 14342 | N/A |
| O'Mara, Michael | 17872 | 17075 |
| Marcus, Lisa | 24889 | 17132 |
| Mischler, Vincent | 32557 | 17157 |
| Porter, Barry | 12975 | 17159 |
| Walker, Matthew | 12296 | 17158 |
| Watteville, Jean de | 28313 | 16798 |