WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                            :
In re                                       :  Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :  08-13555 (JMP)
                                            :
                Debtors.                    :  (Jointly Administered)
                                            :
                                            :
-------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**ONE HUNDRED THIRTY-FIRST OMNIBUS OBJECTION**
**TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS AN**
**EQUITY INTEREST) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Thirty-First Omnibus Objection to Claims (To Reclassify Proofs of Claim as an Equity Interest), that was scheduled for October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 19, 2011
      New York, New York

                                    /s/ Robert J. Lemons
                                  Robert J. Lemons

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007

                                  Attorneys for Debtors
                                  and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Bogert, Lisa | 33233 | 17156 |
| Carango, Anthony | 25198 | 17077 |
| Cremin, Patrick | 10101 | 17074 |
| Desforges, Mathieu | 14260 | 17072 |
| Flackman, Cynthia | 4709 | 16802 |
| Gattuso, Margaret | 27735 | 16040 |
| Kenney, Arthur | 14067 | 17160 |
| Ludwig, Linda | 25110 | 16923 |
| Marshall, Nikki | 23723 | N/A |
| Menzies, Fiona | 8707 | 17076 |
| Meyer, James | 32398 | 17039 |
| Nedev, Boris | 22803 | N/A |
| Teschner, Stefan | 14852 | N/A |
| Whamond, Christian | 66053 | N/A |
| Wilson, Robert | 9968 | N/A |