# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of October, 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the Preliminary Objection of Shinsei Bank, Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code via the Court's CM/ECF system. In addition, pursuant to the Court's Order of September 1, 2011, regarding service of Objections, I served the following parties by hand delivery: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 Attn: Harvey R. Miller, Lori R. Fife, and Alfredo R. Perez, attorneys for the Debtors; (iii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope Davis, Elisabetta Gasparini, and Andrea B. Schwartz; and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck, attorneys for the Creditors' Committee.

*/s/* Lance Mulhern  
Lance Mulhern