UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                  :          Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :          08-13555 (JMP)
:
Debtors.                             :          (Jointly Administered)
:
:
------------------------------------------------------------------x

### ORDER APPROVING SETTLEMENT AGREEMENT WITH BANK OF AMERICA, N.A.

Upon the motion, dated September 28, 2011 (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for approval of a termination and settlement agreement (the "BOA Settlement Agreement") among the Lehman Entities and Bank of America, N.A. ("BOA"), all as more fully described in the Motion; and upon the Declaration of Daniel Ehrmann, dated September 28, 2011, in support of the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered June 17, 2010 governing case management and administrative procedures [ECF No. 9365] on (i) the United States Trustee

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) all parties who have requested notice in these chapter 11 cases; and (vii) BOA, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted with respect to the BOA Settlement Agreement; and it is further

ORDERED that, pursuant to Bankruptcy Rule 9019, the Lehman Entities' entry into the BOA Settlement Agreement is approved and the Lehman Entities are authorized to execute, deliver, implement and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary or appropriate to consummate the BOA Settlement Agreement, including waiving any conditions precedent to its effectiveness, and perform any and all obligations contemplated therein; and it is further

ORDERED that BOA is authorized to set off and apply an aggregate of $145,800,000 of the Account Balance in accordance with the terms of the BOA Settlement Agreement; and it is further

ORDERED that the terms of this Order shall be immediately effective and enforceable upon its entry; it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
October 19, 2011

        *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE