**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                    :
**In re**                                           :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                                    :
                                **Debtors.**         :        **(Jointly Administered)**
                                                    :
                                                    :
-------------------------------------------------------------------x

## ORDER APPROVING SETTLEMENT AGREEMENT
## WITH MERRILL LYNCH INTERNATIONAL AND ITS AFFILIATES

Upon the motion, dated September 28, 2011 (the "Motion"),[1] of Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (together, the "Debtors"), pursuant to Rule 9019 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for approval of a termination and

settlement agreement (the "Merrill Settlement Agreement") among the Lehman Entities and

Merrill Lynch International and certain of its affiliates (together, the "Merrill Counterparties"),

all as more fully described in the Motion; and upon the Declaration of Daniel Ehrmann, dated

September 28, 2011, in support of the Motion; and the Court having jurisdiction to consider the

Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the

Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York

Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and due and proper notice of the Motion having been provided in accordance with the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

procedures set forth in the amended order entered June 17, 2010 governing case management

and administrative procedures [ECF No. 9365] on (i) the United States Trustee for the Southern

District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii)

the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

States Attorney for the Southern District of New York; (vi) all parties who have requested notice

in these chapter 11 cases; (vii) the Merrill Counterparties, and it appearing that no other or

further notice need be provided; and a hearing having been held to consider the relief requested

in the Motion; and the Court having found and determined that the relief sought in the Motion is

in the best interests of the Debtors, their estates and creditors, and all parties in interest and that

the legal and factual bases set forth in the Motion establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted with respect to the Merrill Settlement

Agreement; and it is further

ORDERED that, pursuant to Bankruptcy Rule 9019, the Lehman Entities' entry

into the Merrill Settlement Agreement is approved and the Lehman Entities are authorized to

execute, deliver, implement and fully perform any and all obligations, instruments, documents

and papers and to take any and all actions reasonably necessary or appropriate to consummate

the Merrill Settlement Agreement, including waiving any conditions precedent to its

effectiveness, and perform any and all obligations contemplated therein; and it is further

ORDERED that the terms of this Order shall be immediately effective and

enforceable upon its entry; it is further

ORDERED that notice of the Motion as provided therein shall be deemed good

and sufficient notice of such Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation of this Order.


Dated: New York, New York
        October 19, 2011


                                    *s/ James M. Peck*
                                    UNITED STATES BANKRUPTCY JUDGE