**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                    :
In re                                               :          **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :          **08-13555 (JMP)**
                                                    :          **(Jointly Administered)**
              **Debtors.**                          :
                                                    :          **Ref. Docket No. 20891**
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 17, 2011, I caused to be served the "Debtors' Reply to Limited Objection of Essex Equity Holdings USA, LLC to the Debtors' Motion Pursuant to Sections 105(a) and 363 (b) of the Bankruptcy Code for Authorization to Grant Limited Releases to Certain Insurers Under the Directors and Officers Insurance Policies," dated October 17, 2011 [Docket No. 20891], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b.  delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
19th day of October, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

-2-

T:\Clients\LBH\Affidavits\Reply to Essex Obj_DI 20891_AFF_10-17-11.doc

**EXHIBIT A**

### *LBH MSL Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aoberry@bermanesq.com |
| abeaumont@fklaw.com | aostrow@beckerglynn.com |
| abraunstein@riemerlaw.com | apo@stevenslee.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| acker@chapman.com | araboy@cov.com |
| adam.brezine@hro.com | arahl@reedsmith.com |
| adarwin@nixonpeabody.com | arheaume@riemerlaw.com |
| Adiamond@DiamondMcCarthy.com | arlbank@pbfcm.com |
| aeckstein@blankrome.com | arosenblatt@chadbourne.com |
| aentwistle@entwistle-law.com | arthur.rosenberg@hklaw.com |
| afriedman@irell.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashaffer@mayerbrown.com |
| agold@herrick.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | asubramanian@susmangodfrey.com |
| akantesaria@oppenheimerfunds.com | atrehan@mayerbrown.com |
| alum@ftportfolios.com | aunger@sidley.com |
| amarder@msek.com | austin.bankruptcy@publicans.com |
| AMcMullen@BoultCummings.com | avenes@whitecase.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |
| Andrew.Brozman@cliffordchance.com | bankr@zuckerman.com |
| andrew.lourie@kobrekim.com | bankruptcy@goodwin.com |
| angelich.george@arentfox.com | bankruptcy@morrisoncohen.com |
| ann.reynaud@shell.com | bankruptcy@ntexas-attorneys.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| bankruptcymatters@us.nomura.com | cbrotstein@bm.net |
| barbra.parlin@hklaw.com | ceskridge@susmangodfrey.com |
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bcarlson@co.sanmateo.ca.us | chammerman@paulweiss.com |
| bdk@schlamstone.com | chardman@klestadt.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmerrill@susmangodfrey.com | christopher.schueller@bipc.com |
| BMiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| Brian.Corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| brosenblum@jonesday.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | colea@gtlaw.com |
| bstrickland@wtplaw.com | cousinss@gtlaw.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| bturk@tishmanspeyer.com | cpappas@dilworthlaw.com |
| bwolfe@sheppardmullin.com | craig.goldblatt@wilmerhale.com |
| bzabarauskas@crowell.com | crmomjian@attorneygeneral.gov |
| cahn@clm.com | cs@stevenslee.com |
| calbert@reitlerlaw.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carol.weinerlevy@bingham.com | cshore@whitecase.com |
| cbelisle@wfw.com | cshulman@sheppardmullin.com |
| cbelmonte@ssbb.com | ctatelbaum@adorno.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| cwalsh@mayerbrown.com | deryck.palmer@cwt.com |
| cward@polsinelli.com | dfelder@orrick.com |
| cweber@ebg-law.com | dflanigan@polsinelli.com |
| cweiss@ingramllp.com | dgrimes@reedsmith.com |
| dallas.bankruptcy@publicans.com | dhayes@mcguirewoods.com |
| daniel.guyder@allenovery.com | dheffer@foley.com |
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | djoseph@stradley.com |
| david.crichlow@pillsburylaw.com | dkleiner@velaw.com |
| david.heller@lw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |

### _LBH MSL Email Service List_

| | |
|---|---|
| dshaffer@wtplaw.com | etillinghast@sheppardmullin.com |
| dshemano@pwkllp.com | ezujkowski@emmetmarvin.com |
| dspelfogel@foley.com | ezweig@optonline.net |
| dtatge@ebglaw.com | fbp@ppgms.com |
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | fishere@butzel.com |
| echang@steinlubin.com | francois.janson@hklaw.com |
| ecohen@russell.com | fsosnick@shearman.com |
| efleck@milbank.com | fyates@sonnenschein.com |
| efriedman@fklaw.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gbray@milbank.com |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | geraci@thalergertler.com |
| ehollander@whitecase.com | ggitomer@mkbattorneys.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| elevin@lowenstein.com | gkaden@goulstonstorrs.com |
| eli.mattioli@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| emerberg@mayerbrown.com | gravert@mwe.com |
| eobrien@sbchlaw.com | gspilsbury@jsslaw.com |
| erin.mautner@bingham.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |
| esmith@dl.com | hbeltzer@mayerbrown.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| heim.steve@dorsey.com | jbeemer@entwistle-law.com |
| heiser@chapman.com | jbeiers@co.sanmateo.ca.us |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | Jdrucker@coleschotz.com |
| icatto@mwe.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jean-david.barnea@usdoj.gov |
| ilevee@lowenstein.com | jeanites@whiteandwilliams.com |
| info2@normandyhill.com | jeannette.boot@wilmerhale.com |
| ira.herman@tklaw.com | jeff.wittig@coair.com |
| isgreene@hhlaw.com | jeffrey.sabin@bingham.com |
| israel.dahan@cwt.com | jeldredge@velaw.com |
| iva.uroic@dechert.com | jen.premisler@cliffordchance.com |
| jaclyn.genchi@kayescholer.com | jennifer.demarco@cliffordchance.com |
| jacobsonn@sec.gov | jennifer.gore@shell.com |
| james.mcclammy@dpw.com | jeremy.eiden@state.mn.us |
| james.sprayregen@kirkland.com | jfalgowski@reedsmith.com |
| jamestecce@quinnemanuel.com | jflaxer@golenbock.com |
| jamie.nelson@dubaiic.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgarrity@shearman.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |
| Jbecker@wilmingtontrust.com | jguy@orrick.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| jherzog@gklaw.com | john.monaghan@hklaw.com |
| jhiggins@fdlaw.com | john.rapisardi@cwt.com |
| jhorgan@phxa.com | joli@crlpc.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmazermarino@msek.com | jsullivan@mosessinger.com |
| jmcginley@wilmingtontrust.com | jtimko@shutts.com |
| jmelko@gardere.com | jtougas@mayerbrown.com |
| jmerva@fult.com | judy.morse@crowedunlevy.com |
| jmmurphy@stradley.com | jwallack@goulstonstorrs.com |
| jmr@msf-law.com | jwang@sipc.org |
| jnm@mccallaraymer.com | jwcohen@daypitney.com |

*__LBH MSL Email Service List__*

| | |
|---|---|
| jweiss@gibsondunn.com | lathompson@co.sanmateo.ca.us |
| jwest@velaw.com | lawallf@pepperlaw.com |
| jwh@njlawfirm.com | lberkoff@moritthock.com |
| karen.wagner@dpw.com | Lee.Stremba@troutmansanders.com |
| KDWBankruptcyDepartment@kelleydrye.com | lgranfield@cgsh.com |
| keckhardt@hunton.com | lhandelsman@stroock.com |
| keith.simon@lw.com | linda.boyle@twtelecom.com |
| Ken.Coleman@allenovery.com | lisa.ewart@wilmerhale.com |
| ken.higman@hp.com | lisa.kraidin@allenovery.com |
| kerry.moynihan@hro.com | LJKotler@duanemorris.com |
| kgwynne@reedsmith.com | lmarinuzzi@mofo.com |
| kiplok@hugheshubbard.com | Lmay@coleschotz.com |
| kkelly@ebglaw.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| KReynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | MAOFILING@CGSH.COM |
| lacyr@sullcrom.com | Marc.Chait@SC.com |
| Landon@StreusandLandon.com | margolin@hugheshubbard.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| mark.deveno@bingham.com | mh1@mccallaraymer.com |
| mark.ellenberg@cwt.com | mharris@smsm.com |
| mark.houle@pillsburylaw.com | mhopkins@cov.com |
| mark.sherrill@sutherland.com | michael.frege@cms-hs.com |
| martin.davis@ots.treas.gov | michael.kelly@monarchlp.com |
| Marvin.Clements@ag.tn.gov | michael.kim@kobrekim.com |
| matt@willaw.com | michael.reilly@bingham.com |
| matthew.klepper@dlapiper.com | millee12@nationwide.com |
| maustin@orrick.com | miller@taftlaw.com |
| max.polonsky@skadden.com | mimi.m.wong@irscounsel.treas.gov |
| mbenner@tishmanspeyer.com | mitchell.ayer@tklaw.com |
| mberman@nixonpeabody.com | mjacobs@pryorcashman.com |
| mbienenstock@dl.com | mjedelman@vedderprice.com |
| mbossi@thompsoncoburn.com | MJR1@westchestergov.com |
| mcademartori@sheppardmullin.com | mkjaer@winston.com |
| mccombst@sullcrom.com | mlahaie@akingump.com |
| mcordone@stradley.com | MLandman@lcbf.com |
| mcto@debevoise.com | mlichtenstein@crowell.com |
| mdahlman@kayescholer.com | mlynch2@travelers.com |
| mdorval@stradley.com | mmendez@hunton.com |
| melorod@gtlaw.com | mmooney@deilylawfirm.com |
| meltzere@pepperlaw.com | mmorreale@us.mufg.jp |
| metkin@lowenstein.com | mneier@ibolaw.com |
| mfeldman@willkie.com | monica.lawless@brookfieldproperties.com |
| mgordon@briggs.com | mpage@kelleydrye.com |
| mgreger@allenmatkins.com | mprimoff@kayescholer.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| mpucillo@bermanesq.com | paul.turner@sutherland.com |
| mrosenthal@gibsondunn.com | pbattista@gjb-law.com |
| mruetzel@whitecase.com | pbosswick@ssbb.com |
| mschimel@sju.edu | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |
| msiegel@brownrudnick.com | peter.gilhuly@lw.com |
| msolow@kayescholer.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| neilberger@teamtogut.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwright@dl.com |
| Nherman@morganlewis.com | r.stahl@stahlzelloe.com |
| nissay_10259-0154@mhmjapan.com | raj.madan@bingham.com |
| nlepore@schnader.com | rajohnson@akingump.com |
| notice@bkcylaw.com | ramona.neal@hp.com |
| oipress@travelers.com | ranjit.mather@bnymellon.com |
| omeca.nedd@lovells.com | rbeacher@pryorcashman.com |
| otccorpactions@finra.org | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| rfleischer@pryorcashman.com | rreid@sheppardmullin.com |
| rfrankel@orrick.com | rrigolosi@smsm.com |
| rfriedman@silvermanacampora.com | rroupinian@outtengolden.com |
| rgmason@wlrk.com | rrussell@andrewskurth.com |
| rgraham@whitecase.com | rterenzi@stcwlaw.com |
| rhett.campbell@tklaw.com | RTrust@cravath.com |
| richard.lear@hklaw.com | russj4478@aol.com |
| richard.levy@lw.com | rwasserman@cftc.gov |
| richard.tisdale@friedfrank.com | rwyron@orrick.com |
| richard@rwmaplc.com | s.minehan@aozorabank.co.jp |
| ritkin@steptoe.com | sabin.willett@bingham.com |
| RJones@BoultCummings.com | sabramowitz@velaw.com |
| rleek@HodgsonRuss.com | sagolden@hhlaw.com |
| RLevin@cravath.com | sagrawal@susmangodfrey.com |
| rmatzat@hahnhessen.com | Sally.Henry@skadden.com |
| rnetzer@willkie.com | sandyscafaria@eaton.com |
| robert.bailey@bnymellon.com | Sara.Tapinekis@cliffordchance.com |
| robert.dombroff@bingham.com | scargill@lowenstein.com |
| robert.henoch@kobrekim.com | schannej@pepperlaw.com |
| robert.malone@dbr.com | Schepis@pursuitpartners.com |
| Robert.yalen@usdoj.gov | schnabel.eric@dorsey.com |
| robertdakis@quinnemanuel.com | schristianson@buchalter.com |
| Robin.Keller@Lovells.com | schwartzmatthew@sullcrom.com |
| roger@rnagioff.com | scottshelley@quinnemanuel.com |
| ronald.silverman@bingham.com | scousins@armstrongteasdale.com |
| rqureshi@reedsmith.com | sdnyecf@dor.mo.gov |

### LBH MSL Email Service List

| | |
|---|---|
| sehlers@armstrongteasdale.com | sskelly@teamtogut.com |
| seichel@crowell.com | ssusman@susmangodfrey.com |
| sfelderstein@ffwplaw.com | steele@lowenstein.com |
| sfineman@lchb.com | stephen.cowan@dlapiper.com |
| sfox@mcguirewoods.com | steve.ginther@dor.mo.gov |
| sgordon@cahill.com | steven.troyer@commerzbank.com |
| sgubner@ebg-law.com | steven.wilamowsky@bingham.com |
| shannon.nagle@friedfrank.com | Streusand@StreusandLandon.com |
| sharbeck@sipc.org | susan.schultz@newedgegroup.com |
| shari.leventhal@ny.frb.org | susheelkirpalani@quinnemanuel.com |
| shgross5@yahoo.com | swolowitz@mayerbrown.com |
| sidorsky@butzel.com | szuch@wiggin.com |
| slerner@ssd.com | tannweiler@greerherz.com |
| slevine@brownrudnick.com | tarbit@cftc.gov |
| SLoden@DiamondMcCarthy.com | tbrock@ssbb.com |
| smayerson@ssd.com | tdewey@dpklaw.com |
| smillman@stroock.com | tduffy@andersonkill.com |
| smulligan@bsblawyers.com | teresa.oxford@invescoaim.com |
| snewman@katskykorins.com | TGoren@mofo.com |
| sory@fdlaw.com | thaler@thalergertler.com |
| spiotto@chapman.com | thomas.califano@dlapiper.com |
| splatzer@platzerlaw.com | thomas.ogden@dpw.com |
| squigley@lowenstein.com | Thomas_Noguerola@calpers.ca.gov |
| SRee@lcbf.com | timothy.brink@dlapiper.com |
| sselbst@herrick.com | timothy.palmer@bipc.com |
| sshimshak@paulweiss.com | tjfreedman@pbnlaw.com |

### *LBH MSL Email Service List*

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**Email**

Levander, Andrew <andrew.levander@dechert.com>
Massey, Kathleen <kathleen.massey@dechert.com>
Steiner, Neil <neil.steiner@dechert.com>
adam.wasserman@dechert.com
ASimkin@stblaw.com
Audrey.Strauss@friedfrank.com
auerbach@mjaesq.com
bpashler@stblaw.com
catherine.schumacher@kayescholer.com
dsnell@proskauer.com
dspears@spearsimes.com
eburk@stblaw.com
ekite@willkie.com
Israel.David@friedfrank.com
jbuckley@wc.com
JGREENBAUM@sillscummis.co
jweingarten@wc.com
khnatt@willkie.com
lrichardson@spearsimes.com
mchepiga@stblaw.com
MDavidson@proskauer.com
MHersh@ReedSmith.com
mhogan@willkie.com
mmcgarry@stblaw.com
Molly.Spieczny@NewYork.AllenOvery.com
Patricia.Hynes@NewYork.AllenOvery.com
RJCleary@proskauer.com
SFier@proskauer.com
todd.fishman@newyork.allenovery.com
vincent.sama@kayescholer.com

**EXHIBIT B**

| Fax | Name |
|-----|------|
| 12122693559 | Catherine Casavant, Esq. |
| 13127623200 | Charles Madden Esq |
| 19144877326 | John F. McCarrick, Esq |
| 12124903038 | Jonathan Meer, Esq. |
| 12122693559 | Mary Jo Barry, Esq |
| 19144877326 | Maurice Pesso, Esq. |
| 13127623200 | Ommid C. Farashahi, Esq. |
| 13122446800 | Paul F. Matousek, Esq |
| 16142210479 | Robert Eblin, Esq |
| 12124903038 | Scott Schaffer, Esq |
| 16142210479 | Thomas E. Geyer, Esq. |
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

WALKER WILCOX MATOUSEK LLP
225 W. WASHINGTON STREET
CHICAGO, ILLINOIS 60606
ATTN: PAUL F. MATOUSEK, ESQ. AND JAMES HUBERTY, ESQ.


BAILEY CAVALIERI, LLC
10 WEST BROAD STREET, SUITE 2100
COLUMBUS, OHIO 43215,
ATTN: THOMAS E. GEYER, ESQ. AND ROBERT EBLIN, ESQ.


BATES CAREY NICOLAIDES LLP
191 N. WACKER DRIVE, SUITE 2400
CHICAGO, ILLINOIS 60606,
ATTN: OMMID C. FARASHAHI, ESQ. AND CHARLES MADDEN ESQ.


D'AMATO & LYNCH, LLP
TWO WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
ATTN: MARY JO BARRY, ESQ. AND CATHERINE CASAVANT, ESQ.


WHITE & WILLIAMS LLP
ONE PENN PLAZA, SUITE 4110
NEW YORK, NEW YORK 10119
ATTN: JOHN F. MCCARRICK, ESQ. AND MAURICE PESSO, ESQ.


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 EAST 42ND ST.
NEW YORK, NEW YORK 10017
ATTN: SCOTT SCHAFFER, ESQ. AND JONATHAN MEER, ESQ.