UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :   08-13555 (JMP)
                                                :   (Jointly Administered)
        Debtors.                                :
                                                :
-----------------------------------------------------------------------x   Ref. Docket No. 20767

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 12, 2011, I caused to be served the "Debtors' Response and Objection to the Motion of Deutsche Bank AG Pursuant to Section 105(a) of the Bankruptcy Code and Rule 3013 of the Bankruptcy Rules to Enforce Settlement Approval Order and to Reclassify Claims," dated October 12, 2011 [Docket No. 20767], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    b. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Pete Caris*
                                                    Pete Caris

Sworn to before me this
14th day of October, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

**EMAIL-CREDITORS' COMMITTEE**

ddunne@milbank.com
wfoster@milbank.com
dodonnell@milbank.com
efleck@milbank.com
paronzon@milbank.com
gbray@milbank.com

**EMAIL-ADD ITIONAL**

Joshua.Dorchak@Bingham.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


JOSHUA DORCHAK
BINGHAM MCCUTCHEN LLP
399 PARK AVENUE
NEW YORK, NEW YORK 10022