WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                              :
**In re**                                                     :    **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    **08-13555 (JMP)**
                                                              :
                    Debtors.                                  :    **(Jointly Administered)**
                                                              :
                                                              :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**ONE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS**
**(INVALID BLOCKING NUMBER LPS CLAIMS) AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [Dkt. No. 18407] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: October 20, 2011
      New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

**Exhibit A**

**Claims for Which Objection Is Withdrawn Without Prejudice:**

| Claimant | Claim Number |
|---|---|
| Tero Fennander Ky | 63619 |
| Tujunen Mikael | 63626 |
| Vainio Jarno Tapani | 63635 |
| Rovio Jyrki | 63817 |
| Kerala Group Oy | 63869 |
| Karhumäki Pekka | 63873 |
| Jussi-Tuote Oy | 63878 |
| Hannula Jorma | 63890 |
| Harjunpää Samuli Petteri | 63892 |
| Heikkinen Mikko Ilkka | 63894 |
| Astala Leena Elisabet | 63913 |
| Avikainen Paavo | 63914 |
| Dovesta Oy | 63918 |
| Etelä-Savon Laskenta ja Konsultointi Ky | 63921 |
| Himanen Arto Juhani | 63925 |
| Hockman Jukka | 63928 |
| Purhonen Aki Kalle Ensio | 63935 |
| Pietilä Jukka Kalevi | 63943 |
| Mutanen Janne Sakari | 63962 |
| Lindwall Leo Holger | 63973 |
| Lindwall Kim Kaarlo | 63974 |
| Lehtimäki Mika Touko Armas | 63980 |

4

| | |
|---|---|
| Laitinen Pasi | 63986 |
| Kuivalainen Kirsti Marja | 63998 |
| SSP-Stainles Steel Production Oy | 63615 |
| Viljakainen Matti Erkki Olavi | 63649 |
| Rinne Juha | 63815 |
| Koivisto Raimo Pekka | 63865 |
| Karijoen Metalli Oy | 63871 |
| Härkälä Mikko Ilmari | 63884 |
| Helenius Marko Kalervo | 63900 |
| Helin Jaakko | 63901 |
| Mäkelä Seppo | 63961 |
| Lamppu Pertti Juhani | 63984 |
| Horna Tomi Tapio | 63934 |