WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :    08-13555 (JMP)
                                                                   :
                                       Debtors.                    :    (Jointly Administered)
                                                                   :
                                                                   :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION**
**TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) AS TO**
**INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND LTD**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for September 1, 2010, at 2:00 p.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to October 27, 2011 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 20, 2011
      New York, New York

                                         /s/ Robert J. Lemons
                                         Robert J. Lemons
                                         Penny P. Reid
                                         Ralph Miller
                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone: (212) 310-8000
                                         Facsimile: (212) 310-8007

                                         *Attorneys for Debtors*
                                         *and Debtors in Possession*

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
| --- | --- |
| Investcorp Interlachen Multi-Strategy Master Fund Ltd | 11972 |
| Investcorp Interlachen Multi-Strategy Master Fund Ltd | 11973 |