UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | |

------------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JORDAN CONNORS

UPON the motion of Jordan Connors dated October 5, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jordan Connors is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
October 20, 2011

        *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE