WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :
In re                                     :    **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :    **08-13555 (JMP)**
                                          :
                    Debtors.              :    **(Jointly Administered)**
                                          :
                                          :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' SEVENTY-THIRD**
**OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS**
**OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), that was scheduled for October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

US_ACTIVE:\43839659\01\58399.0008

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  October 20, 2011
       New York, New York

          /s/ Robert J. Lemons
          Robert J. Lemons

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| **Claimant Name** | **Claim Number** |
|---|---|
| Andrew Allard | 11044 |
| Ian Anderson | 12809 |
| Edmund Craston | 17879 |
| Charles Diccianni | 12314 |
| Kathleen C. Duffy | 21911 |
| Robert C. Dyer | 28012 |
| Sheryl Goldman | 10029 |
| Michael Gran | 23900 |
| Andrea T. Jao | 5340 |
| Craig Kellard | 12821 |
| Judith Ann Kenney | 13929 |
| Mary E. Langevin | 24675 |
| Samantha Malthouse | 9428 |
| Barbara Muinos | 11043 |
| Gavin Netzel | 12806 |
| Richard Noble | 14197 |
| Andrea Penton | 12044 |
| Paul Nigel Shotton | 21362 |
| Gregg Somma | 24373 |
| Christopher Statham | 15690 |
| Andrea Sullivan | 13087 |
| Ian Toal | 12811 |
| Colin S. A. Welch | 13290 |