UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

LEHMAN BROTHERS HOLDINGS INC., et al., Debtors.

Chapter 11 Case No.
08/-13555
Dat Filed 10/7/2009
Debtor: 08-13555
Classification and
Amount:
UNSECURED: $ 18000

RE: TWO HUNDRED FOURTEENTH OMNIBUS OBJECTION TO DISALOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIMS

Creditor Name and Address:
SCHIARITI, EDUARDO RAFAEL
AVDA. RIVADAVIA 6346, PISO 2 A
CP 1406. BUENOS AIRES.
ARGENTINA

OPPOSITION TO TWO HUNDRED FOURTEENTH OMNIBUS OBJECTION TO DISALOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIMS

Dear Sirs,
On August 7th, 2007, I acquired LEHMAN BROTHERS HOLDINGS INC preferred stock which amounted to USD 18,000. As a result of the company's bankruptcy, such stock and its 6.9% annual interest are pending payment. The purchase of such stock was carried out through the banking institution Banco Itau Uruguay S.A., who was the bidder of the aforementioned stock at the time the operation took place and who currently manages such purchase.
The claim filed with the Bankruptcy Court should not be disallowed and expunged as it refers to the failure of the Debtors to fulfill their obligations.
I am not aware of any other elements or proofs but those which I have already detailed and explained. I acquired the abovementioned stock in good faith and I believe there are no valid reasons why my lawful right to collect the debt should be impaired.
Should there be any questions or concerns as regards my acquisition of the stock, I beg to refer to the previously mentioned banking institution: Banco Itau Uruguay S.A., Zabala 1463, Montevideo, Uruguay. Please find attached an extract thereof.

Any reply to my response must be sent to: Avda. Rivadavia 6346, PISO 2 A, CP 1406. Buenos Aires. ARGENTINA.

September 29, 2011.

EDUARDO RAFAEL SCHIARITI



RECEIVED
OCT - 5 2011



SR. EDUARDO RAFAEL SCHIARITI
AVDA. RIVADAVIA 6346 PISO 2 A
01406
BUENOS AIRES
ARGENTINA

## MOVIMIENTOS DEL MES
### CUSTODIA - RENTA FIJA

| CONTRATO | DIVISA | VALOR NOMINAL | DESCRIPCION | PRECIO DE COMPRA | PRECIO DE MERCADO | FECHA VALOR | FECHA VENCIMIENTO |
|---|---|---|---|---|---|---|---|
| 001858 | USD | 18,000.00 6.90 | LEHMAN BROS | 98. | 93.5 | 07AUG07 | 29JUN49 |

This account statement will be considered approved unless We are advised to the contrary within 10 days of its issue. All market prices are indicative and for information purposes only. These were obtained from various sources...

O presente extrato de conta...

...umentación amparada en DGI
...olución 272/97
...estado de cuenta se considerará aprobado si en un plazo de 10 días
...u emisión no se comunica lo contrario. Todos los precios indicados
...ólo a efectos informativos y obtenidos informalmente de varias fuentes