B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,   Case No. <u>08-13555 (JMP)</u>
                                                    (Jointly Administered)
              Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HBK Master Fund L.P.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Legal@hbk.com

Phone:_____
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>66415, which amends Claim #4019 and Claim #11085</u>

Amount of Claim as Filed: $<u>5,700,000.00</u>

Amount of Claim Transferred: $<u>5,700,000.00</u>

Date Claim Filed: _____

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

SK 26751 0003 1228772

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.     By: HBK Services LLC
                          Investment Advisor

By: _____     Date: OCTOBER 17, 2011
    Transferee/Transferee's Agent    J. Baker Gentry, Jr.
                                     Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.

By: _____                    Date: _____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _/s/ illegible_____                Date:    October 17, 2011
         Transferor/Transferor's Agent

SK 26751 0003 1228772

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,　　　　Case No. <u>08-13555 (JMP)</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)
　　　　　　　　Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HBK Master Fund L.P.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Legal@hbk.com

Phone:_____
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>66414, which amends Claim #4020 and Claim #11086</u>

Amount of Claim as Filed: $<u>5,700,000.00</u>

Amount of Claim Transferred: $<u>5,700,000.00</u>

Date Claim Filed: _____

Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

15

SK 26751 0003 1228772

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.        By: HBK Services LLC
                            Investment Advisor

By: _____        Date: _OCTOBER 17, 2011_
    Transferee/Transferee's Agent    J. Baker Gentry, Jr.
                                     Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: _____
    Transferor/Transferor's Agent

SK 26751 0003 1228772

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.

By: _____          Date: _____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: ___[signature]_____          Date:  October 17, 2011
         Transferor/Transferor's Agent

SK 26751 0003 1228772