REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' TWO HUNDRED NINTH OMNIBUS OBJECTION TO PORTIONS OF CLAIM NOS. 29883 AND 29879 FILED BY CITIBANK, N.A. AND CITIGROUP GLOBAL MARKETS, INC.

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Ninth Omnibus Objection to Portions of Claim Nos. 29883 and 29879 filed by Citibank, N.A. and Citigroup Global Markets, Inc. [Docket No. 20030] that was scheduled for October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to November 30, 2011 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

593740

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 21, 2011

                                            */s/* Michael A. Rollin
                                            Michael A. Rollin
                                            REILLY POZNER LLP
                                            1900 16th Street, Suite 1700
                                            Denver, Colorado 80202
                                            Telephone: (303) 893-6100
                                            Facsimile: (303) 893-6110

                                            Attorneys for Debtors
                                            and Debtors in Possession

593740