REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | : **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : **08-13555 (JMP)** |
| | : |
| Debtors. | : **(Jointly Administered)** |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION**
**TO PROOF OF CLAIM NO. 66099 FILED BY SYNCORA GUARANTEE, INC.**

   **PLEASE TAKE NOTICE** that the hearing on Debtors' Objection to Proof of

Claim No. 66099 Filed by Syncora Guarantee, Inc. [Docket No. 20087] that was scheduled for

October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to November**

**30, 2011 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as

counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United

States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such Hearing may be further adjourned from time to time without

further notice other than an announcement at the Hearing.

Dated:  October 21, 2011

/s/ Michael A. Rollin
Michael A. Rollin
REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110

Attorneys for Debtors
and Debtors in Possession

593757