UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                               :
                            Debtors.                    :    (Jointly Administered)
---------------------------------------------------------------X

Hon. James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

## NOTICE OF OBJECTION TO CLAIM TO BE DISALLOWED AND EXPUNGED

PLEASE TAKE NOTICE that The New York Public Library objects to its claim being disallowed and expunged on the grounds that its claim violates the Court's procedures and filing deadlines, i.e., that it was submitted without specifying a case number or Debtor against whom the claim is asserted.

The Library's claim against Lehman Brothers Holdings Inc. is a result of Lehman Brothers default on a $25,000 pledge made by Lehman Brothers as a patron of the Library's 2008 Library Lions Dinner held November 3, 2008. The pledge was made verbally on September 3, 2008, confirmed September 4, 2008, and Lehman Brothers was listed as patron on the program, printed September 5, 2008.

A proof of claim was submitted to the Court July 7, 2009, with the case number and debtor imprinted on the claim form whereby a case number and debtor were indeed specified. (See attached copy of the Proof of Claim).

Therefore the Library's claim of $25,000 should not be disallowed or expunged and the Library is entitled to any distribution on account thereof.

Respectfully submitted,

THE NEW YORK PUBLIC LIBRARY

By: _____
Ann Heller, Paralegal
Office of the General Counsel
The New York Public Library
476 Fifth Avenue, Room 76
New York, NY 10018
(212) 930-0552

TO: Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.

Office of the US Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

08-13555-mg    Doc 21100    Filed 10/06/11    Pg 3

# PROOF OF CLAIM

| In Re: | Chapter 11 | UNIQUE IDENTIFICATION NUMBER: 1000154473 |
|---|---|---|
| Lehman Brothers Holdings Inc., et al. Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) | |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000154473******
NEW YORK PUBLIC LIBRARY
5TH AVENUE & 42ND STREET
RM 67
NEW YORK, NY 07028

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: _____    Email Address: _____

Name and address where payment should be sent (if different from above)
New York Public Library
General Counsel's Office - Room 76
5th Avenue & 42nd St., NY, NY 10018
Telephone number: 212-930-0552    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 25,000

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Pledge Agreement for Charitable Event
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain: Pledge made verbally 9/3/08 and confirmed 9/4/08. See listing on event program printed 9/5/08.

**FOR COURT USE ONLY**

Date: 7/28/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Jennifer Zaslow, VP for Development

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.





Mr. and Mrs. Oscar de la Renta
H.R.H. Princess Firyal and Mr. Lionel I. Pincus
Mr. and Mrs. Richard S. Fuld, Jr.
Mr. and Mrs. John B. Hess
Mr. and Mrs. Felix Rohatyn
Mr. and Mrs. Stephen A. Schwarzman
the Honorable Merryl H. Tisch and Mr. James S. Tisch
*Benefit Chairmen*

Nicholas T. Brown
Claire Dares
Amanda Hearst
Michael Hess
Hudson Morgan
Andrew L. Olshan
*Young Lions Dance Party Chairmen*

and the Board of Trustees

*invite you to celebrate*

# lions

2008 library

**Edward Albee**
**Ashley Bryan**
**Nora Ephron**
**Salman Rushdie**

Toni Morrison, *Master of Ceremonies*

Monday, November 3, 2008

Cocktails
seven o'clock
*Astor Hall*

Dinner and Evening Program
eight o'clock
*Deborah, Jonathan F.P., Samuel Priest, and
Adam Raphael Rose Main Reading Room*

Young Lions Dance Party
nine o'clock to one o'clock
*Celeste Bartos Forum*

Fifth Avenue and 42nd Street, New York City
Please use the Fifth Avenue entrance.
All names will be listed at the door.

Black Tie

*For further information, call 212.930.0671.*

2008 library lions
The New York Public Library

THE MISSION OF THE NEW YORK PUBLIC LIBRARY
Astor, Lenox and Tilden Foundations

One of the cornerstones of the American way of life is equal opportunity. In this tradition, The New York Public Library provides free and open access to the accumulated wisdom of the world, without distinction as to income, religion, nationality, or other human condition. It is everyone's university: the scholar's and author's haven; the statesman's, scientist's and businessman's essential resource; the nation's memory.

It guarantees freedom of information and independence of thought. It enables each individual to pursue learning at his or her own level of interest, preparation, ability, and desire. It helps ensure the free trade in ideas and the right of dissent.

The mission of The New York Public Library is to use its resources in a balanced program of collecting, cataloging, and conserving books and other materials, and providing ready access to them. The New York Public Library's responsibility is to serve as a great storehouse of knowledge at the heart of one of the world's information centers, and to function as an integral part of a fabric of information and learning that stretches across the nation and the world.

The New York Public Library
www.nypl.org

BOARD OF TRUSTEES

Chairman Emeriti
Samuel C. Butler
Elizabeth Rohatyn
Marshall Rose

Chairman
Catherine C. Marron

* Life Trustee

John H. Banks III
Timothy K. Barakett
John P. Birkelund*
Sita M. Calderon
Joan Hardy Clark
Sol Neil Corbin*
Dorothy Cullman*
Lewis B. Cullman*
Robert Darnton
Gordon J. Davis
Anne E. de la Renta
Andreas C. Dracopoulos
James H. Duffy
H.R.H. Princess Firyal
Barbara G. Fleischman*
Henry Louis Gates, Jr.
Barbara Goldsmith*
William Gray
Alan C. Greenberg
Louise I. Grunwald
John H. Gutfreund*
Ralph E. Hansmann*
Roger Hertog
John B. Hess
Mamar Ispahani
Kevin W. Kennedy
Patricia D. Klingenstein*
Paul LeClerc
Robert Liberman

Harold W. McGraw, Jr.*
Harold McGraw III
Raymond J. McGuire
Victor Marrero
Robert B. Menschel*
Abby S. Milstein
Toni Morrison*
Suzanne C. Mueller*
Susan M. Newhouse
Jessye Norman
Carl H. Pforzheimer III
Harold Prince*
Katharine J. Rayner
David Remnick
Sandra Priest Rose*
Ned L. Rudenstine
John T. Sargent*
Eric S. Schwartz
Stephen A. Schwarzman
Robert B. Silvers*
Dhukar Singh
Laura J. Sloate
Gaefryd Steinberg
Joshua L. Steiner
James S. Tisch
Calvin Trillin
Edgar Wachenheim III
Sue Ann Weinberg*

Ex Officio
The Honorable Michael R. Bloomberg
The Honorable Christine C. Quinn
The Honorable William C. Thompson, Jr.