UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | ) Chapter 11 Case No.<br>)<br>) 08-13555 (JMP)<br>)<br>) (Jointly Administered)<br>) |

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Baupost Group Securities, L.L.C.
_____
Name of Transferee

Morgan Stanley Capital Group Inc.
_____
Name of Transferor

$36,278,176.00 (as allowed)
_____
Proof of Claim Amount

20527
_____
Proof of Claim Number

$18,139,088.00
_____
Amount of Claim Transferred

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:    Baupost Group Securities, L.L.C.
Address:           c/o Ropes & Gray LLP
                         1211 Avenue of the Americas
                         New York, NY 10036-8704
                         Attn: Philip A. Wells

27559019_5
676193v.5 892/04088

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: /s/ Lisa M. Ragosta                    Date: 10/21/2011

Name: Lisa M. Ragosta
Title:  Counsel for Transferee