**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
**In re**                             :
                                      : **Chapter 11**
                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  : Case No. 08-13555 (JMP)
                                      :
                                      : **(Jointly Administered)**
                       **Debtors.**   :
                                      :
------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

MARGUERITE M. MELVIN, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, and I am not a party to the above-captioned action.

2. On October 21, 2011, I caused to be served a true and correct copy of a "Notification Pursuant to Rule 1.12 of New York Rules of Professional Conduct" to those parties listed on the annexed Exhibit A, in the manner listed.

                                        /s/ Marguerite M. Melvin
                                            Marguerite M. Melvin

Sworn to before me this
21st day of October, 2011

/s/ Elliot Law
Elliot Law
Notary Public, State of New York
No. 01LA6177305
Qualified in New York County
Commission Expires November 13, 2011

# EXHIBIT A

**By Hand Delivery:**

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004


**By First Class Mail:**

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153


Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Even R. Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005


Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004