WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE HUNDRED**
**AND EIGHTY SIXTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED**
**CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred and Eighty Sixth Omnibus Objection to Claims (Misclassified Claims), that was scheduled for October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  October 21, 2011
       New York, New York

            /s/ Robert J. Lemons
            Robert J. Lemons

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
            and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| AIG MARKETS INC. FKA AIG CDS, INC | 34194 |
| AIG MARKETS INC. FKA AIG CDS, INC | 34198 |
| HOLLAND HOME | 18238 |
| HOLLAND HOME | 18239 |
| HOLLAND HOME | 18240 |
| DEUTSCHE BANK AG LONDON BRANCH | 24257 |
| ELEKTRIZITATS- GESELLSCHAFT | 24258 |
| Kaupthing Bank HF | 20249 |
| Kaupthing Bank HF | 20250 |
| Kaupthing Bank HF | 20251 |
| LBREP Lakeside SC Master I, LLC c/o LBREP II, L.P. | 28845 |
| LBREP Lakeside SC Master I, LLC c/o LBREP II, L.P. | 28846 |
| Cameron McKinney LLC a/c REPE LBREP III LLC | 28851 |
| Cameron McKinney LLC a/c REPE LBREP III LLC | 28852 |
| PP III US SPY, L.P. | 28914 |
| PP III Non-US SPV, L.P. | 28915 |
| LBREP III PP (CAN), L.P. | 28916 |
| LBOREP III (CAN), L.P. | 28917 |
| Offshore Funds III Non-US SPV, L.P. | 28918 |
| Offshore Funds III US SPV, L.P. | 28919 |
| Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P. | 28926 |
| Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P. | 28927 |
| Commerces de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P. | 28928 |
| Commerces de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P. | 28929 |
| Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P. | 28930 |
| Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P. | 28931 |
| Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P. | 28932 |
| Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P. | 28933 |
| Commerces de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P. | 28934 |
| Commerces de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P. | 28935 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18508 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF WAL-MART LEASE BACKED | 18541 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AND | 18472 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| SUPPLEMENTAL | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AND SUPPLEMENTAL | 18473 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18474 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18475 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18476 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 65602 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18477 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18480 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18478 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18479 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUST | 18481 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANTOR TRUSTEE, | 18482 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, GRANTOR TRUSTEE AND | 18484 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS INDENTURE TRUSTEE AND CERTIFICATE | 18485 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18491 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18492 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18493 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18494 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18495 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18497 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18496 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18498 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18499 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18500 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18501 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18502 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18503 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18504 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18505 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18506 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18507 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18510 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18512 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF WAL-MART LEASE BACKED | 18541 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH RESPECT TO THE FIRST | 18540 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18523 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18524 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18529 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | 18533 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | 18534 |
| SHELL TRADING INTERNATIONAL LTD | 26243 |
| Skandinaviska Enskilda Banken AB | 26483 |
| Skandinaviska Enskilda Banken AB | 26485 |
| AECO Gas Storage Partnership | 15075 |
| American Municipal Power, Inc. | 23541 |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | 17585 |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | 17586 |
| GMAC Mortgage, LLC | 25913 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2005-1, LTD | 24640 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2005-1, LTD | 24641 |