WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                              :     **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :     **08-13555 (JMP)**
                                                   :
                    Debtors.                       :     **(Jointly Administered)**
                                                   :
                                                   :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE HUNDRED
AND EIGHTY SEVENTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED
CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred and Eighty Seventh Omnibus Objection to Claims (Misclassified Claims), that was scheduled for October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

US_ACTIVE:\43840553\01\58399.0008

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  October 21, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| West LB | 30100 |
| HSBC Bank PLC | 18218 |
| Lehman Brothers Real Estate Mezzanine Partners, L.P. | 26321 |
| Lehman Brothers Offshore Real Estate Mezzanine Partners (NorBan), L.P. | 26323 |
| Lehman Brothers Offshore Partners, Ltd. | 27448 |
| Lehman Brothers Real Estate Associates III L.P. | 27444 |
| Lehman Brothers Real Estate Associates II, L.P. | 27445 |
| Lehman Brothers Offshore Real Estate Associates II, L.P. | 27447 |
| LBREP III PP (CAN) GP LLC | 27449 |
| Lehman Brothers Offshore Real Estate Associates III, L.P. | 27459 |
| Lehman Brothers Offshore Real Estate Associates, L.P | 27461 |
| Lehman Brothers Real Estate Fund, L.P. | 27780 |
| Lehman Brothers Offshore Real Estate Partners III-B, L.P. | 27781 |
| Lehman Brothers Offshore Real Estate Partners III-A, L.P. | 27782 |
| Lehman Brothers Offshore Real Estate Partners III, L.P. | 27783 |
| Lehman Brothers Offshore Real Estate Fund III, L.P. | 27784 |
| Lehman Brothers Real Estate Pension Partners III, L.P. | 27785 |
| Lehman Brothers Real Estate Partners III (NYC), L.P. | 27786 |
| Lehman Brothers Real Estate Partners III, L.P. | 27787 |
| Lehman Brothers Offshore Real Estate Partners III-A, L.P. | 27796 |
| Lehman Brothers Offshore Real Estate Partners III, L.P. | 27797 |
| Lehman Brothers Offshore Real Estate Fund III, L.P. | 27798 |
| Lehman Brothers Real Estate Partners III (NYC), L.P. | 27799 |
| Lehman Brothers Real Estate Partners III (TRS), L.P. | 27800 |
| Lehman Brothers Real Estate Pension Partners III, L.P. | 27801 |
| Lehman Brothers Real Estate Partners III, L.P. | 27802 |
| Lehman Brothers Real Estate Fund III, L.P. | 27803 |
| Lehman Brothers Offshore Real Estate | 27804 |
| Lehman Brothers Real Estate Capital | 27805 |
| Lehman Brothers Offshore Real Estate | 27806 |
| Lehman Brothers Offshore Real Estate | 27807 |
| Lehman Brothers Offshore Real Estate Fund II, L.P. | 27808 |
| Lehman Brothers Offshore Real Estate Fund II, L.P. | 27809 |
| Lehman Brothers Real Estate Partners II, L.P. | 27810 |
| Lehman Brothers Real Estate Partners II, L.P. | 28021 |
| Lehman Brothers Offshore Real Estate Capital Partners I, L.P. | 28022 |
| Lehman Brothers Real Estate Capital Partners I, L.P. | 28023 |
| Lehman Brothers Offshore (Europe 4) Real Estate Partners, L.P. | 28024 |
| Lehman Brothers Offshore (Europe 3) Real Estate Partners, L.P. | 28025 |
| Lehman Brothers Offshore (Europe 1) Real Estate Partners, L.P. | 28026 |
| Lehman Brothers Real Estate Partners L.P. | 28027 |
| Lehman Brothers Offshore Real Estate Fund L.P. | 28028 |
| Lehman Brothers Real Estate Pension Partners, L.P. | 28030 |

| CLAIMANT NAME | CLAIM NO. |
|---|---:|
| Lehman Brothers Real Estate Partners L.P. | 28031 |
| Lehman Brothers Offshore Real Estate Fund III, L.P. | 28032 |
| Lehman Brothers Real Estate Partners L.P. | 28034 |
| Lehman Brothers Real Estate Pension Partners, L.P. | 28035 |
| Lehman Brothers Offshore Real Estate Fund, L.P. | 28037 |
| Lehman Brothers Offshore Real Estate Associates III, LLC | 28856 |
| Lehman Brothers Real Estate Associates III, L.P. | 28857 |
| Lehman Brothers Real Estate Associates, L.P. | 28858 |
| Lehman Brothers Offshore Real Estate Partners III-B, L.P | 28911 |
| Lehman Brothers Real Estate Capital Partners III, LP. | 28912 |
| Lehman Brothers Real Estate Offshore Capital Partners III, L.P. | 28913 |
| Lehman Brothers Real Estate Partners II, L.P. | 28922 |
| Lehman Brothers Real Estate Partners II, L.P. | 28923 |
| Lehman Brothers Real Estate Partners III, L.P. | 28924 |
| Lehman Brothers Real Estate Partners III, L.P. | 28925 |
| Lehman Brothers Real Estate Mezzanine Partners II, L.P. | 29186 |
| LBREM 11 ECI AIV, L.P. (US) | 29211 |
| Lehman Brothers Offshore Real Estate Mezzanine Associates, Ltd. | 29213 |
| Lehman Brothers Offshore Real Estate Mezzanine Associates II, L.P. | 29216 |
| LBREM II Offshore AIV, L.P. (UK LP) | 29218 |
| Lehman Brothers Real Estate Associates, L.P. | 29219 |
| Lehman Brothers Offshore Real Estate Associates II, Ltd. | 29222 |
| Lehman Brothers Offshore Real Estate Associates, Ltd. | 29224 |
| Lehman Brothers Real Estate Mezzanine Associates, L.P. | 29226 |
| Lehman Brothers Offshore Real Estate Mezzanine Associates II. Ltd. | 29280 |
| Lehman Brothers Offshore Real Estate Mezzanine Associates, LP. | 29281 |
| Lehman Brothers Real Estate Mezzanine Associates II, L.P. | 29284 |
| Lehman Brothers Real Estate Mezzanine Partners II, L.P. | 29762 |
| Lehman Brothers Real Estate Mezzanine Capital Partners, L.P. | 29763 |
| Lehman Brothers Real Estate Mezzanine Partners II, L.P. | 29764 |
| ITALEASE FINANCE S.P.A. | 28074 |
| ITALEASE FINANCE S.P.A. | 28075 |
| BANCA ITALEASE S.P.A | 30707 |
| BANCA ITALEASE S.P.A | 30708 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18486 |
| ERCOT | 16460 |
| SHELL TRADING (US) COMPANY | 15939 |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | 24182 |
| Skandinaviska Enskilda Banken AB | 26481 |
| Skandinaviska Enskilda Banken AB | 26482 |
| Robert A. Schoellhorn Trust | 30438 |
| Cory Wishengrad | 20183 |