# United States Bankruptcy Court

## Southern District of New York

In re **Lehman Brothers Commercial Corporation**      Case Nos. **08-13555**
**Jointly Administered**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | Dell Global B.V. (Singapore Branch) |
|---|---|
| _____ | _____ |
| Name of Transferee | Name of Transferor |

Court Claim #: 12919
Claim Amount: $25,400,000

Name and Address where notices to Transferee should be sent:

Merrill Lynch Credit Products, LLC
Bank of America Tower- 3rd Floor
One Bryant Park
New York, New York 10036
Attn: Jeffrey Benesh and Gary S. Cohen
Tel: 646-855-7450
Email: jeffrey.benesh@baml.com / g.cohen@baml.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____          Date: 10-21-2011
Name: Brian Callahan
Title: Vice President

EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

Dell Global B.V. (Singapore Branch), having a contact address at Dell Products L.P., One Dell Way – RR1 – Box 8050, Round Rock, Texas USA  78682 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Commercial Corporation (Claim No.: 12919) in the amount of $25,400,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the  21  day of October, 2011.

DELL GLOBAL B.V. (SINGAPORE BRANCH)

By: _____
Name: CHER HOCK, CHIA
Title: BRANCH MANAGER


MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: RONALD TOROK
Title: VICE PRESIDENT

| | | PROOF OF CLAIM |
|---|---|---|
| **United States Bankruptcy Court/Southern District of New York** Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13 555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)        0000012919 |
|---|---|---|
| Name of Debtor Against Which Claim is Held Lehman Brothers Commercial Corporation | Case No. of Debtor 08-13901 | |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities. (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

| | |
|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Dell Global B.V. (Singapore Branch) c/o Alston & Bird LLP Attn: William Sugden, Esq. 1201 West Peachtree Street Atlanta, GA, 30309 Telephone number: 404-881-4778      Email Address: will.sugden@alston.com | ☐ Check this box to indicate that this claim amends a previously filed claim. **Court Claim Number:** _____ (If known) Filed on: _____ |
| Name and address where payment should be sent (if different from above) Attn: Scott Depta, Esq. One Dell Way – RR1 – 33 Round Rock, Texas 78682 Telephone number: 512-723-2549      Email Address: Scott_Depta@Dell.com | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed: $** 34,098,043.75 plus other unliquidated amounts If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete Item 5. If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6. ☑ Check this box if all or part of your claim is based on a Derivative Contract.* ☐ Check this box if all or part of your claim is based on a Guarantee.* *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED. ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** Specify the priority of the claim: ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4). ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5). ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7). ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8). ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____ ) **Amount entitled to priority:** $_____ |
| **2.    Basis for Claim:** Termination payment under a swap agreement plus other unliquidated amounts (See instruction #2 on reverse side.) | |
| **3.        Last four digits of any number by which creditor identifies debtor:** _____ **3a. Debtor may have scheduled account as:** _____ (See instruction #3a on reverse side.) | |
| **4.    Secured Claim (See instruction #4 on reverse side.)** Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. Nature of property or right of setoff:      Real Estate      Motor Vehicle      Other Describe: _____ Value of Property: $_____      Annual Interest Rate _____ % Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____      Basis for perfection: _____ Amount of Secured Claim: $_____      Amount Unsecured: $_____ | |
| **6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____ (See instruction #6 on reverse side.) | |
| **7.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. **8.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary. **DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.** If the documents are not available, please explain: | **FOR COURT USE ONLY** **FILED / RECEIVED** **SEP 1 5 2009** **EPIQ BANKRUPTCY SOLUTIONS, LLC** |
| Date: September __, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. _[signature]_ Name and Title:    Stephen J. Felice, Director, Dell Global B.V. (Singapore Branch) | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.