UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    08-13555 (JMP)
                                                        :    (Jointly Administered)
            Debtors.                                    :
                                                        :
------------------------------------------------------------x

Ref. Docket Nos. 19610, 19611, 19834, 19835, 19847, 19848, 20235, 20243, 20244, 20264, 20279, 20280, 20381, 20385, 20396, 20405, 20418-20420, 20488, 20500, 20502, 20504, 20532, 20564, 20566, 20599, 20615-20617, 20642, 20645, 20648, 20653, 20676-20686, 20688, 20689, 20691-20693, 20702, 20709-20720, 20735, 20736, 20739, 20740, 20744, 20750, 20751, 20774, 20776, 20777-20779, 20784

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 14, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
21st day of October, 2011

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

08-13555-mg    Doc 21114    Filed 10/21/11    Entered 10/21/11 20:49:57    Main Document
Pg 3 of 9

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK OF AMERICA, NATIONAL ASSOCIATION
     SUCCESSOR BY MERGER TO LASALLE BANK, NA
     HUNTON & WILLIAMS LLP
     ATTN: JR SMITH, ESQ
     RIVERFRONT PLAZA, EAST TOWER, 951 E BYRD STREET
     RICHMOND VA 23219
```

Please note that your claim # 15998 in the above referenced case and in the amount of
    $0.00  Unliquidated, Undetermined    has been transferred **(unless previously expunged by court order)**

```
U.S. BANK NATIONAL ASSOCIATION
TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION
ATTN: SACHIKO NISHIDA
CORPORATE TRUST SERVICES
MAIL CODE: MK-IL-SL8
190 SOUTH LASALLE STREET
CHICAGO IL 60603
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 20739    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2011                                Vito Genna, Clerk of Court


                                                /s/ Lauren Rodriguez
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2011.

# EXHIBIT B

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| BANCAPERTA S.P.A. | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: CINZIA GERNA VIA RAGAZZI DEL 99, 12 SONDRIO (SO) 23100 ITALY |
| BANK OF AMERICA, NATIONAL ASSOCIATION | SUCCESSOR BY MERGER TO LASALLE BANK, N.A. HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER, 951 E. BYRD STREET RICHMOND VA 23219 |
| BANK OF AMERICA, NATIONAL ASSOCIATION | SUCCESSOR BY MERGER TO LASALLE BANK, NA HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ RIVERFRONT PLAZA, EAST TOWER, 951 E BYRD STREET RICHMOND VA 23219 |
| BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE | BANK NA HUNTON & WILLIAMS, LLP ATTENTION: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER, 951 E. BYRD STREET RICHMOND VA 23219 |
| BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE | BANK NA HUNTON & WILLIAMS, LLP ATTENTION: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER, 951 E. BYRD STREET RICHMOND VA 23219 |
| BANKINTER GESTION DE ACTIVOS, S.A. | ACTING FOR & ON BEHALF OF BANKINTER INCENTIVO EUROPA II GARANTIZADO FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID 28010 SPAIN |
| BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. | ACTING FOR AND ON BEHALF OF BK GARANTIA CUPON MEMORIA II, FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID 28010 SPAIN |
| BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. | ACTING FOR AND ON BEHALF OF BK GARANTIA CUPON MEMORIA, FL ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID 28010 SPAIN |
| BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. | ACTING FOR AND ON BEHALF OF BK GARANTIA CUPON MEMORIA, II FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID 28010 SPAIN |
| BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. | ACTING FOR AND ON BEHALF OF BK MEMORIA 6 POR 4 GARANTIZADO II, FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID 28010 SPAIN |
| BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. | ACTING FOR AND ON BEHALF OF BK MEMORIA 6X4 GARANTIZADO, FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID 28010 SPAIN |
| BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: DANIEL CROWLEY TRANSFEROR: NEUE AARGAUER BANK AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CLARIDEN LEU LTD 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CNP ASSURANCES 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE (GIBRALTAR) LIMITED ATTN: DANIEL CROWLEY; DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. ATTN: DANIEL CROWLEY; DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: EFG BANK AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: HIROSHIMA BANK LTD., THE 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MOORE MACRO FUND, L.P. ATTN: D CROWLEY, J FEINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI PARTNERS LP 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI RAPAX MM L.P. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE | C/O THE BOEING COMPANY ATTN: LISA HAAG 100 N. RIVERSIDE, MC5003-3015 CHICAGO IL 60606-1596 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE | PRINCIPAL GLOBAL INVESTORS, LLC CURRENCY ACCOUNT 087839 ("BOEING CERPMT") 100 N. RIVERSIDE DRIVE CHICAGO IL 60606-1596 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE | MICHAEL P. O'BRIEN WINSTON & STRAWN LLP 35 W. WACKER DRIVE CHICAGO IL 60601 |
| CAPITAL BANK - GRAWE GRUPPE AG | ATTN: MICHAEL NINDL BRANDHOFGASSE 22 GRAZ 8010 AUSTRIA |
| CAPITAL BANK - GRAWE GRUPPE AG | HARVEY DYCHIAO FRESHFIELDS BRICKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| CAPITAL BANK - GRAWE GRUPPE AG | JEROME RANAWAKE FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| CASPIAN ALPHA LONG CREDIT FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVE HARRISON NY 10528 |
| CASPIAN ALPHA LONG CREDIT FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN ALPHA LONG CREDIT FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN ALPHA LONG CREDIT FUND, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |

```
TIME: 11:54:13                                                                                               PAGE:    2
DATE: 10/14/11
                                        LEHMAN BROTHERS HOLDING INC.
                                             CREDITOR LISTING

Name                                              Address
CASPIAN SELECT CREDIT MASTER FUND, LTD.           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN SELECT CREDITI MASTER FUND, LTD.          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CENTERBRIDGE CREDIT PARTNERS MASTER,              375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152
  L.P.
CENTERBRIDGE CREDIT PARTNERS MASTER,              LOVELLS LLP ATTN: MATTHEW P. MORRIS, ESQ. 590 MADISON AVE. NEW YORK NY 10022
  L.P.
CENTERBRIDGE CREDIT PARTNERS, L.P.                375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152
CENTERBRIDGE CREDIT PARTNERS, L.P.                LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222
CITIGROUP FINANCIAL PRODUCTS INC.                 C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: ALTMA FUND SICAV PLC IN RESPECT OF ROWAN SUB-FUND 390 GREENWICH STREET, 4TH FL ATTN: ROHIT BANSAL NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: SCOTTWOOD MASTER LTD 390 GREENWICH STREET, 4TH FL ATTN: ROHIT BANSAL NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: VR-LIW GMBH ATTN: CARL MEYER 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS LTD                      CITIGROUP CENTRE, CANADA SQUARE ATTENTION: PETER FISHER-JONES CANARY WHARF LONDON  E14 5LB UNITED KINGDOM
CITIGROUP GLOBAL MARKETS LTD                      DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CLARIDEN LEU LTD                                  ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CLARIDEN LEU LTD                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT FONCIER DE FRANCE                          DIRECTION GENERALE ATTN: FRANCOIS BLANCARD 19 RUE DES CAPUCINES 75001 PARIS  FRANCE
CREDIT FONCIER DE FRANCE                          VANESSA TOLLIS, ESQ. GIDE LOYRETTE NOUEL LLP 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036
CREDIT SUISSE (DEUTSCHLAND) AG                    ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (DEUTSCHLAND) AG                    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (GIBRALTAR) LIMITED                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (GIBRALTAR) LIMITED                 CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (LUXEMBOURG) S.A.                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (LUXEMBOURG) S.A.                   CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE INTERNATIONAL                       TRANSFEROR: CREDIT SUISSE ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
DELBRUCK BETHMANN MAFFEI AG                       TRANSFEROR: JEPPESEN, TAGE OR ILSE BETHMANNSTRABE 7-9 60311 FRANKFURT AM MAIN  GERMANY
DEUTSCH BANK AG, LONDON BRANCH                    TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. ATTN: SIMON GLENNIE/KAIRI JAMES EINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG LONDON                           TRANSFEROR: GLG MARKET NEUTRAL FUND C/O DEUTSCHE BANK SECURITIES INC/ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   LONDON LOAN OPERATIONS ATTN: CONOR MCGOVERN 21ST FLOOR, 99 BISHOPSGATE LONDON  EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   ATTN: SIMON GLENNIE & KAIRI JAMES TRANSFEROR: NEUE AARGAUER BANK AG WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CREDIT FONCIER DE FRANCE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CREDIT SUISSE (GIBRALTAR) LIMITED ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: O'CONNOR GLOBAL CONVERTIBLE ARBITRAGE MASTER LIMITED ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEXIA BANQUE INTERNATIONALE A LUXEMBOURG          ATTN: LEGAL TFM PLM + 218 D LEGAL DEPT 69, ROUTE D'ESCH LUXEMBOURG  L-2953 LUXEMBOURG
  SA
DYLAN CREEK, L.L.C.                               TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
EFG BANK AG                                       GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                       BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH  8022 SWITZERLAND
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: UBS AG, STAMFORD BRANCH ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019
GOLDMAN, SACHS & CO.                              TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CREDIT SUISSE (GIBRALTAR) LIMITED ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GSS MASTER SPC - HAYMAN SEGREGATED                TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT LP ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
  PORTFOLIO                                       DALLAS TX 75201
HAYMAN CAPITAL MASTER FUND, L.P                   TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201

                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:54:13                                          LEHMAN BROTHERS HOLDING INC.                                    PAGE: 3
DATE: 10/14/11                                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| HAYMAN CAPITAL MASTER FUND, L.P | TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT, LP; ATTN: DEBBIE LAMOY 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG LONDON C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HUIZINK, LIESBETH | 02 BP 707 PARAKOU BENIN   WEST AFRICA |
| ICEBERG FINANCE N.V. | P.O. BOX 624 CURACAO   NETHERLANDS ANTILLES |
| INCORE BANK AG | SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH   8022 SWITZERLAND |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO   20121 ITALY |
| JEPPESEN, TAGE OR ILSE | |
| JPMORGAN CHASE BANK, N.A. | FRIEDRICHSGABER WEG 84 NORDERSTEDT   D 22848 GERMANY |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: CARNEGIE BANK A/S ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAURA L. TORRADO, ESQ. 623 5TH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: HUIZINK, LIESBETH ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ICEBERG FINANCE N.V. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: INCORE BANK AG ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| MARINER LDC | TRANSFEROR: RICURA HOLDINGS N.V. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| MARINER LDC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVE HARRISON NY 10528 |
| MARINER LDC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| | TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| NEUE AARGAUER BANK AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| O'CONNOR GLOBAL CONVERTIBLE ARBITRAGE MASTER LIMITED | UBS O'CONNER LLC 299 PARK AVE ATTN: NICOLE TORTAROLO NEW YORK NY 10171 |
| O'CONNOR GLOBAL CONVERTIBLE ARBITRAGE MASTER LIMITED | UBS O'CONNOR LLC ATTN: NICOLE TORTAROLO 299 PARK AVENUE NEW YORK NY 10171 |
| O'CONNOR GLOBAL CONVERTIBLE ARBITRAGE MASTER LIMITED | C/O WALKER SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGETOWN GRAND CAYMAN   KY1-9002 CAYMAN ISLANDS |
| O'CONNOR GLOBAL CONVERTIBLE ARBITRAGE MASTER LIMITED | C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGETOWN GRAND CAYMAN   KY1-9002 CAYMAN ISLANDS |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| ORE HILL HUB FUND LTD. | |
| PMT CREDIT OPPORTUNITIES FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: KATE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| RICURA HOLDINGS N.V. | TRANSFEROR: BARCLAYS BANK PLC ATTN: KATE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 P.O. BOX 624 CURACAO   NETHERLANDS ANTILLES |
| ROYAL BANK OF SCOTLAND PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | TRANSFEROR: EFG BANK AG ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SILVER POINT CAPITAL FUND, L.P. | DAVID POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: CAPITAL BANK - GRAWE GRUPPE AG ATTN: DAVID F STEINMETZ 2 GREENWICH PLAZA, ST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P | DAVID POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:54:13                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:   4
DATE: 10/14/11                                           CREDITOR LISTING

Name                                        Address
SILVER POINT CAPITAL OFFSHORE MASTER        TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P                                   GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER        DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017
FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER        DAVIS POLK & WARDWELL LLP ATTN: XIU YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.
SIIVER POINT CAPITAL OFFSHORE MASTER        TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P                                   GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER         ATTN: ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, LP
SILVERPOINT CAPITAL OFFSHORE MASTER         TRANSFEROR: CAPITAL BANK - GRAWE GRUPPE AG ATTN: DAVID F STEINMETZ 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
FUND, LP
THE VARDE FUND IX, L.P.                     ATTN: EDWINA P.J. STEFFER TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                   ATTN: EDWINA P.J. STEFFER TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                        ATTN: EDWINA P.J. STEFFER TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
U.S. BANK NATIONAL ASSOCIATION              TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8
                                            190 SOUTH LASALLE STREET CHICAGO IL 60603
U.S. BANK NATIONAL ASSOCIATION              TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8
                                            190 SOUTH LASALLE STREET CHICAGO IL 60603
U.S. BANK NATIONAL ASSOCIATION              TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8
                                            190 SOUTH LASALLE STSREET CHICAGO IL 60603
U.S. BANK NATIONAL ASSOCIATION              TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8
                                            1900 SOUTH LASALLE STREET CHICAGO IL 60603
U.S. BANK NATIONAL ASSOCIATION              TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NA
                                            ATTN: SACHIKO MISHIDA, CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8 190 SOUTH LASALLE STREET CHICAGO IL 60603
U.S. BANK NATIONAL ASSOCIATION              TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NA
                                            ATTN: SACHIKO NISHIDA, CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8 190 SOUTH LASALLE STREET CHICAGO IL 60603
UBS AG                                      TRANSFEROR: CLARIDEN LEU LTD ATTN: JEAN-CLAUDE BESSON BADENERSTRASSE 574/D P.O. BOX, CH8098 ZURICH GERMANY
UBS AG, STAMFORD BRANCH                     TRANSFEROR: D.E. SHAW CLAIMS SPV, L.L.C. 677 WASHINGTON BLVD. STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                     TRANSFEROR: D.E. SHAW VALENCE PORTFOLIOS, L.L.C. 677 WASHINGTON BLVD. STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                     TRANSFEROR: GSW GRUNDBESITZ GMBH & CO. KG ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901


Total Number of Records Printed    149                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```