Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Mass Mutual Life Insurance Company Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC.,                              :    Case No. 08-13555 (JMP)
                                                            :
Debtor.                                                     :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 14063

PLEASE TAKE NOTICE that Mass Mutual Life Insurance Company Limited, through the undersigned counsel, hereby withdraws Proof of Claim No. 14063 filed in the above matter, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 24, 2011
       New York, New York

**BINGHAM MCCUTCHEN LLP**

By: /s/ Joshua Dorchak
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Mass Mutual Life Insurance Company Limited*

A/74565167.1