WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                  :

**In re**                           :        **Chapter 11 Case No.**
                                    :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :       **08-13555 (JMP)**
                                    :

                 **Debtors.**      :        **(Jointly Administered)**
                                    :
                                    :

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY CMBS CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

        **PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred

Eighty-Third Omnibus Objection to Claims (No Liability CMBS Claims), that was

originally scheduled for October 5, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has**

**been adjourned, solely with respect to all claims of the Boilermakers-Blacksmiths**

**National Pension Trust Fund, to December 21, 2011, at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy

Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York,

Room 601, and such Hearing may be further adjourned from time to time without further

notice other than an announcement at the Hearing.

Dated:  October 24, 2011
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession