WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                            :
**In re**                                    :    **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    **08-13555 (JMP)**
                                            :
                              **Debtors.**   :    **(Jointly Administered)**
                                            :
                                            :
-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### DEBTORS' ONE HUNDRED EIGHTY-FOURTH OMNIBUS
### OBJECTION TO CLAIMS (CLAIMS OF WESTERNBANK PUERTO RICO)

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred

Eighty-Fourth Omnibus Objection to Claims (Claims of Westernbank Puerto Rico), that

was originally scheduled for October 5, 2011, at 10:00 a.m. (Prevailing Eastern Time),

**has been adjourned to November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time)**

(the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other

than an announcement at the Hearing.

US_ACTIVE:\43842079\01\58399.0008

Dated:  October 24, 2011
      New York, New York

        /s/ Robert J. Lemons
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession