# EXHIBIT C



Jefferies & Company, Inc.
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300



---

| Customer Account Number: 431-00460 | AE: PB2 | Statement Period: September 01, 2009 to September 30, 2009 | PAGE 1 of 4 |

## MARKET INDICES

| Index | As of 12/31/08 | As of 09/30/09 | % Change |
|---|---|---|---|
| Dow Jones | 8,776.39 | 9,712.28 | 10.66% |
| NASDAQ | 1,577.03 | 2,122.42 | 34.58% |
| S&P 500 | 903.25 | 1,057.08 | 17.03% |
| Russell 2000 | 499.45 | 604.28 | 20.99% |
| 30 Year Treasury | 2.69% | 4.05% | 50.56% |
| 10 Year Treasury | 2.24% | 3.31% | 47.77% |

WHITTIER  LONG  SHORT  FUND  LLC
C/O WHITTIER  TRUST  COMPANY
1600  HUNTINGTON  DRIVE
SOUTH  PASADENA   CA  91030-4709

## ACCOUNT VALUE SUMMARY

| Description | As of 06/30/09 | This Period |
|---|---|---|
| Equities - Long Positions | $0.00 | $0.00 |
| Equities - Short Positions | 0.00 | 0.00 |
| Fixed Income | 0.00 | 0.00 |
| Options | 0.00 | 0.00 |
| Mutual Funds | 0.00 | 0.00 |
| Certificates of Deposit | 0.00 | 0.00 |
| Money Market Funds | 0.00 | 0.00 |
| Other Securities | 0.00 | 0.00 |
| Non-Security Assets | 0.00 | 0.00 |
| **Subtotal** | **$0.00** | **$0.00** |
| **TOTAL** | **$0.00** | **$0.00** |

## DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY

| Description | This Statement | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Money Market Dividends | 0.00 | 0.00 |
| Substitute Payments | 0.00 | 0.00 |
| Corporate Bond Interest | 0.00 | 0.00 |
| Municipal Bond Interest | 0.00 | 0.00 |
| U.S. Government Bond Interest | 0.00 | 0.00 |
| Government Agency Interest | 0.00 | 0.00 |
| Credit Balance Interest | 0.00 | 0.00 |
| Return of Capital | 0.00 | 0.00 |
| Other Dividends | 0.00 | 0.00 |
| Non-Security Assets | 0.00 | 0.00 |
| **TOTAL  INCOME** | **$0.00** | **$0.00** |
| U.S. Tax Withheld | $0.00 | $0.00 |
| NRA Tax Withheld | 0.00 | 0.00 |
| Foreign Tax Withheld | 0.00 | 0.00 |
| Bond Purchase Interest | 0.00 | 0.00 |
| Short Dividends | 0.00 | 0.00 |
| Short Other Dividends | 0.00 | 0.00 |
| Short Interest Expense | 0.00 | 0.00 |
| Margin Interest Paid | 0.00 | 0.00 |
| **TOTAL  EXPENSES** | **$0.00** | **$0.00** |

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY.  IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

**Customer Account Number: 431-00460        AE: PB2        Statement Period: September 01, 2009 to September 30, 2009**                    **PAGE 2 of 4**

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies & Company Inc. ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquires and re-confirmations should be addressed to Jefferies & Company, Inc. Attn: Customer Reporting Group, Harborside Financial Center, 34 Exchange Place, Plaza 111, Suite 705, Jersey City, New Jersey 07311.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the securities and cash in your account up to $500,000 of which $100,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account, of which $100,000 may be in cash, with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held away are not in the custody or control of Jefferies nor are they covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com/SFC/ or call 1-888-JEFFERIES.

Rev 01/23/09 S 032BJG JEF

- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.
- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment. All short positions are liable for assignment at any time. A more detailed description of our random allocation procedure is available upon written request.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.



Jefferies & Company, Inc.
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300



---

| Customer Account Number: 431-00460 | AE: PB2 | Statement Period: September 01, 2009 to September 30, 2009 | PAGE 3 of 4 |
| --- | --- | --- | --- |

## PORTFOLIO SUMMARY

Bond ratings are provided by Moody s and Standard & Poor s, respectively.  For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

### CORPORATE BONDS

| Account Type | Quantity | Description | Bond Ratings | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
| --- | --- | --- | --- | --- | --- | --- | --- |
| MARGIN | 1,000,000 | LEHMAN BROS HLDGS INC<br>REV CONV NOTES ON MOT<br>DUE 10/15/2008<br>DATED DATE 04/15/08<br>DUE 10/15/2008<br>CUSIP - 5249085W6 | WR | $0.0000 | $0.00 | | |
| MARGIN | 2,000,000 | LEHMAN BROTHERS HOLDINGS INC<br>MOT K/I REV CONV NTS<br>DUE 9/28/2008<br>DATED DATE 03/28/08<br>DUE 09/28/2008<br>CUSIP - 524935AD5 | | 0.0000 | 0.00 | | |
| MARGIN | 1,000,000 | LEHMAN BROTHERS HOLDINGS INC<br>DF K/I REV CONV NTS<br>DUE 9/28/2008<br>DATED DATE 03/28/08<br>DUE 09/28/2008<br>CUSIP - 524935AE3 | | 0.0000 | 0.00 | | |
| MARGIN | 1,000,000 | LEHMAN BROTHERS HOLDINGS INC<br>REV CONV LKD TO OFFICE DEPOT<br>INC<br>DATED DATE 04/02/08<br>DUE 10/03/2008<br>CUSIP - 524935AF0 | | 0.0000 | 0.00 | | |
| MARGIN | 1,000,000 | LEHMAN BROS HLDGS INC<br>REV CONV LKD TO FORMFACTOR INC<br>DATED DATE 04/08/08<br>DUE 10/09/2008 11.000%<br>CUSIP - 524935AH6 | | 0.0000 | 0.00 | | |
| | | **MARKET VALUE OF CORPORATE BONDS** | | | **$0.00** | | |

**Customer Notice**
# IMPORTANT NOTICES

►Jefferies Group, Inc. and its operating subsidiaries have implemented an Identity Theft Prevention Program ("Program") to protect its customers and their accounts from identity theft.  Jefferies' Program is in compliance with the Federal Trade Commission's Identity Theft Red Flag Rules and Address Discrepancy Rules, which implement Sections 114 and 315 of the Fair and Accurate Credit Transactions Act of 2003 (the "FACT Act"), as codified in amendments to the Fair Credit Reporting Act of 1970.

The Program is designed to allow Jefferies to identify, detect and respond to "red flags", or patterns, practices or specific activities that could indicate a possible risk of identity theft related to new or existing cash and margin accounts.

Further information regarding the Identity Theft Red Flag and Address Discrepancy Rules, is available from the FTC's web site at http//:www.ftc.gov/redflagsrule.

*** END OF STATEMENT ***