Hearing Date: October 27, 2011 at 10:00 a.m.
Response Deadline: October 25, 2011 at 4:00 p.m.

Aaron R. Cahn
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Attorneys for Punjab National Bank (International) Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x
                                      :
In Re                                 :    Chapter 11
                                      :
LEHMAN BROTHERS HOLDINGS, INC.,       :
et. al.,                              :
                                      :    Case No. 08-13555 (JMP)
          Debtors.                    :    (Jointly Administered)
                                      :
                                      :
                                      :
                                      :
_____x

RESPONSE TO NOTICE OF PROPOSED ALLOWED
CLAIM AMOUNT (Doc. Nos. 16294 and 19120)

PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED ("Punjab"), by its undersigned counsel, responds to Debtors' Notice of Proposed Allowed Claim Amount as follows:

INTRODUCTION

1.      Punjab timely filed claim no. 63860. That claim is, as the instant notice notes, currently the subject of the debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS) (Doc. No. 14472) (the "Objection"). Due to the pendency of this claim objection, Debtors' have proposed to allow Punjab's claim at zero.

6875279.1

2.  Punjab has previously responded to the Objection (doc. No. 15074, filed March 16, 2011). Because the instant notice relies solely on the pendency of the claim objection, and does not raise any additional ground for disallowance of Punjab's claim, Punjab relies on its response to the claim objection and respectfully refers the court to that pleading.

WHEREFORE, Punjab respectfully requests that the Debtor's proposed allowed claim amount be rejected.

Dated: New York, New York
       October 24, 2011

CARTER LEDYARD & MILBURN LLP

By: ___/s/ Aaron R. Cahn___
    Aaron R. Cahn
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

To: Clerk, United States Bankruptcy Court
    Alexander Hamilton Custom House
    1 Bowling Green
    New York, New York 10004

    Office of the United States Trustee
    Att: Tracy Hope Davis, Elisabetta Gasparini and Andrea B. Schwartz
    33 Whitehall Street, 21st Floor
    New York, New York 10004

    Weil Gotshal & Manges LLP
    Att: Alfredo Perez, Esq. and Mark Bernstein, Esq.
    Attorneys for the Debtors and Debtors-in-Possession
    767 Fifth Avenue

6875279.1

New York, New York 10153

Milbank Tweed, Hadley & McCloy LLP
Att: Evan Fleck, Esq. and Matthew Brod, Esq.
Attorneys for the Official Committee of Unsecured Creditors
1 Chase Manhattan Plaza
New York, New York 10005

Lehman Brothers Holdings Inc.
Attn: Holly Clack and Tina Pederson
1271 Avenue of the Americas
New York, New York 10020

6875279.1