Hearing Date: October 27, 2011 at 10:00 a.m.
Response Deadline: October 25, 2011 at 4:00 p.m.

Aaron R. Cahn
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Attorneys for Punjab National Bank (International) Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et. al., | Case No. 08-13555 (JMP) (Jointly Administered) |
| Debtors. |  |

## CERTIFICATE OF SERVICE

I am over the age of eighteen years, am not party to this proceeding and am employed as an Assistant Managing Clerk with the law firm of Carter Ledyard & Milburn LLP. I hereby certify that on the 24th day of October, 2011, I caused true and correct copies of the Response to Notice of Proposed Allowed Claim Amount (Doc. Nos 16294 and 19120) to be served by mail upon the following:

Office of the United States Trustee
Att: Tracy Hope Davis, Elisabetta Gasparini and Andrea B. Schwartz
33 Whitehall Street, 21st Floor
New York, New York 10004

6884532.1

Weil Gotshal & Manges LLP
Att: Alfredo Perez, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank Tweed, Hadley & McCloy LLP
Att: Evan Fleck, Esq. and Matthew Brod, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Lehman Brothers Holdings Inc.
Attn: Holly Clack and Tina Pederson
1271 Avenue of the Americas
New York, New York 10020

/s/ Antonio Malaspina
Antonio Malaspina

6884532.1