WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
In re                                                                  :   Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :   08-13555 (JMP)
                                                                       :
Debtors.                                                          :   (Jointly Administered)
                                                                       :
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF SYMPHONY ASSET MANAGEMENT LLC'S**
**MOTIONS TO DEEM PROOF OF CLAIM TIMELY FILED**

**PLEASE TAKE NOTICE** that the hearing on Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely Filed **[Docket Nos. 12074, 12075, 12076, and 12078]** (collectively, the "Motions"), that were scheduled for October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time), **have been adjourned to November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43840980\01\58399.0008

Dated: October 24, 2011
      New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone:  (212) 310-8000
      Facsimile:   (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession