## EXHIBIT A

**(Ordinary Course Professional Declaration)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | : | |

---------------------------------------------------------------x

**DECLARATION AND DISCLOSURE STATEMENT OF CHRISTOPHER PARKER QC.**

CHRISTOPHER PARKER QC declares and says:

      1.    I am a Queen's Counsel, located at Maitland Chambers, 7 Stone Buildings, Lincolns Inn, London, WC2A 3SZ, United Kingdom.

      2.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that I provide legal advice to the Debtors, and I have consented to provide such services.

      3.    I may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of my customary practice, I am retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.  I do not perform services for any such person in connection with these chapter 11 cases.  In addition, I do not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.      I have not agreed to share and will not share any portion of the compensation to be received from the Debtors with any other person other than by discharging the regular expenses incurred in connection with the administration of the barristers' chambers of which I am a member.

5.      I do not holds or represent any interest adverse to the Debtors or their estates.

6.      The Debtors do not owe me anything in respect of prepetition services.

7.      If at any time during the period of my employment, I discover any facts bearing on the matters described herein, I will supplement the information contained in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: London, United Kingdom
       19    October 2011

_____
Christopher Parker QC

# EXHIBIT B

**(Retention Questionnaire)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:   Candace Arthur
>           Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

1.    Name and address of firm:

    Christopher Parker QC, Maitland Chambers, 7 Stone Buildings, Lincolns

    Inn, London, WC2A 3SZ, United Kingdom

2.    Date of retention:    21 March 2011

3.    Type of services provided (accounting, legal, etc.):

    Legal

4.      Brief description of services to be provided:

Advising with respect to certain funds recently held by the administrator of Lehman Brothers Liquidity Funds plc and paid into a segregated account or accounts in the name of LBHI to which LBHI laid claim in circumstances where the opposing claims of three limited partnerships fell to be considered.

5.      Arrangements for compensation (hourly, contingent, etc.)

<u>Hourly based on estimate</u>

(a)      Average hourly rate (if applicable):

<u>£450</u>

(b)      Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

6.      Prepetition claims against the Debtors held by the firm:

Amount of claim:        $NIL

Date claim arose:        _____

Source of Claim:        _____

7.      Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name:  NONE

Status: _____

Amount of Claim:  $_____

Date claim arose:  _____

Source of claim:  _____

4

_____

_____

8.     Stock of the Debtors currently held by the firm:

       Kind of shares: NONE

       No. of shares: _____

9.     Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

       Name:  NONE

       Status: _____

       _____

       Kind of shares: _____

       No. of shares: _____

10.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

       <u>NONE</u>

       _____

       _____

       _____

11.    Name of individual completing this form:

       <u>Christopher Parker QC</u>

5