WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                :    **08-13555 (JMP)**
                                                            :
                                 **Debtors.**               :    **(Jointly Administered)**
                                                            :
-------------------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS'
### ONE HUNDRED SIXTY-NINTH OMNIBUS OBJECTION
### TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

> **PLEASE TAKE NOTICE** that the hearing on the Debtors' One Hundred Sixty-Ninth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 19387]** will be held on <u>**October 27, 2011 at 10:00 a.m.** **(Prevailing Eastern Time)**</u> (the "<u>Hearing</u>"), <u>solely as to the claim listed on Exhibit A attached hereto</u>.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: October 24, 2011
      New York, New York

                  /s/ Robert J. Lemons
                  Robert J. Lemons

                  WEIL, GOTSHAL & MANGES LLP
                  767 Fifth Avenue
                  New York, New York 10153
                  Telephone:  (212) 310-8000
                  Facsimile:  (212) 310-8007

                  Attorneys for Debtors
                  and Debtors in Possession

**EXHIBIT A**

| **Claimant Name** | **Claim Number** |
|---|---|
| Banque Safdie SA | 33557 |