HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York NY 10012
Telephone: (212) 659-7300
Facsimile: (212) 884-8211
Jonathan Hook (NY Bar #4187449)

*Attorneys for Hayman Capital Master Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                           :
In re:                                               :   Chapter 11
                                                       :
Lehman Brothers Holdings Inc., *et al.*,      :   Case No. 08-13555 (JMP)
                                                       :
                                  Debtors.   :   (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE NOTICE OF TRANSFER
OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO
FED. R. BANKR. P. 3001(e)(2) WITH RESPECT TO CLAIM NUMBER 63654**

PLEASE TAKE NOTICE that Hayman Capital Master Fund, L.P., by and through its undersigned counsel, hereby withdraws the *Notice of Transfer of Claim Other Than for Security* [Docket No. 19835] with respect to the claim against the Debtors docketed as Claim Number 63654.

Dated: October 24, 2011
       New York, New York

                                                HAYNES AND BOONE, LLP

                                                *Attorneys for Hayman Capital Master Fund, L.P.*

                                                /s/ Jonathan Hook
                                              Jonathan Hook (NY Bar #4187449)
                                              30 Rockefeller Plaza, 26th Floor
                                              New York NY 10012
                                              Telephone: (212) 659-7300
                                              Facsimile: (212) 884-8211