# Perciballi & Williams LLC
### a division of STEVENS & LEE

429 Market Street
Williamsport, Pa. 17701

570-323-8506
Fax 570-323-1958

Email: office@perciballiandwilliams.com

Henry P. Perciballi
Scott T. Williams
Jason F. Poplaski *
* (Also NJ Bar)

October 6, 2011

United States Bankruptcy Court
Southern District of New York
Attention: Court Clerk
Courtroom 601
One Bowling Green
New York, NY 10004

    Re: Lehman Brothers Holdings Inc., et al.
         Chapter 11 Case No. 08-13555

Dear Court Clerk:

    Enclosed for filing is the Response of Woodtronics to One Hundred Ninety-Fifth Omnibus Objection to Claims with regard to the above.

    Thank you for your consideration and if you have any questions, please do not hesitate to contact me.

         Very truly yours,

         Perciballi & Williams,

         Scott T. Williams

STW/jkm
Enclosure
Pc: Judge James M. Peck
    Weil Gotshal & Manges LLP
    Office of U.S. Trustee for Region 2
    Milbank, Tweed, Hadley & McCloy LLP



RECEIVED OCT 11 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                           :
                                :   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS         :
INC., et al.,                   :   08-13555 (JMP)
                                :
         Debtors,               :   (Jointly Administered)

## RESPONSE OF WOODTRONICS TO ONE HUNDRED NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS

1. The objection requests the Court to disallow and expunge the claim of Woodtronics, 110 Reynolds Street, South Williamsport, in the amount of Twenty-one Thousand Seventy-two and 44/100 Dollars ($21,072.44).

2. The stated reason for the objection is that the claim of Woodtronics violates the Court's July 2, 2009 Order setting forth the procedures and deadlines for filing proofs of claim.

3. Woodtronics filed its Proof of Claim on August 3, 2009 in the amount of Twenty-one Thousand Seventy-two and 44/100 Dollars ($21,072.44) and attached thereto in support thereof, the Lehman Brothers' Purchase Order dated August 22, 2008 in the amount of Twenty-one Thousand Seventy-two and 44/100 Dollars ($21,072.44), attached hereto and incorporated herein by reference as Exhibits "A" and "B" respectively.

4.   Woodtronics contends that it has complied with the Order of July 2, 2009, contrary to the allegations set forth in the Debtors' Objection for the following reasons:

A.   The claim was submitted on the Proof of Claim form served on Woodtronics with the Order of July 2, 2009 and sets forth thereon, the Case No. 08-13555.

B.   The Proof of Claim sets forth the identity of the Debtor against who the claim is asserted - i.e. Lehman Brothers Holdings Inc., et al.

C.   The Proof of Claim was accompanied by the Purchase Order of the Debtor showing the name and address thereof.

D.   Debtor has not been prejudiced in any manner, whatsoever, by the Proof of Claim filed by Woodtronics.

WHEREFORE, Woodtronics prays this Honorable Court deny the Debtors' Omnibus Objection to Claim and permit Woodtronics' claim in the amount of Twenty-one Thousand Seventy-two and 44/100 Dollars ($21,072.44).

Respectfully submitted,

*Scott T. Williams*
Scott T. Williams - ID#32490
Perciballi & Williams, LLC
429 Market Street
Williamsport, PA 17701
Phone (570) 323-8506

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re : | |
| : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS : | |
| INC., et al., : | 08-13555 (JMP) |
| : | |
| Debtors, : | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

AND NOW, this 6th day of October, 2011, the undersigned, Scott T. Williams, Esquire, certifies and says that he served the foregoing Response to Debtors' One Hundred Ninety-fifth Omnibus Objection to Claims upon the Debtors by first class mail addressed as follows:

The Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, NY 10004

Robert J. Lemons, Esquire
Mark Bernstein, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Tracy Hope Davis, Esquire
Elisabetta Gasparini, Esquire
Andrea Schwartz, Esquire
Office of the U.S. Trustee for Region 2
33 Whitehall Street,
21st Floor
New York, NY 10004

Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan Fleck, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Respectfully submitted,

*Scott T. Williams*
Scott T. Williams - ID#32490
Perciballi & Williams, LLC
429 Market Street
Williamsport, PA 17701
Phone (570) 323-8506