10/7/2011

To whom it may concern:

Please be advised that this correspondence is in regards to Lehman Brothers Holding Inc, et al bankruptcy.

Name of Bankruptcy Court: United States Bankruptcy Court Southern District of New York

Name of Debtors: Lehman Brothers Holdings, et. al.

Case Number: 08-13555 (JMP)

Title of Objection: One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)

Name of Claimant: Lars Jacobson

Basis and amount of claim: Priority claim of $408,027.05 based on this money being in a Non-qualified deferred compensation plan. All supporting documents were included in my original claim. (Claim number: 24335)

Reason my claim should not be reclassified as set forth in the Objection: There is no denying that the monies in my claim were in a non-qualified deferred compensation plan. The Objection wants to reclassify my claim as an "Equity Interest". This determination is incorrect based on IRS Code (Section 409) which states that in order to allow the tax deferral, the plan must remain unfunded and unsecured and that the assets must remain the assets of the employer. The participants in the plan are nothing more than senior unsecured general creditors of the firm. The monies can no more be treated as equity than they could be treated as an asset that tripled in value. There were no assets in the plan...only a promise to pay...no different than any other creditor.

All documentation regarding the amount of my claim was provided with my claim (#24335).

Address for Debtor to reply: same as on file: Lars Jacobson, 909 15th St., Hermosa Beach, CA 90254   Phone number: 310-372-7203

Lars Jacobson

RECEIVED
OCT 11 2011
U.S. BANKRUPTCY COURT, SDNY
JMP