WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                  :    Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :    08-13555 (JMP)
                                                       :
            Debtors.                                   :    (Jointly Administered)
------------------------------------------------------------x

### NINTH NOTICE OF ESTABLISHMENT OF OMNIBUS HEARING DATES PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 (the "Second Amended Case Management Order") [Docket No. 9635], implementing certain notice and case management procedures, the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following omnibus hearing dates and times in the above-captioned cases:

**January 11, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

**February 15, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

**March 14, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

**April 18, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

**May 16, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

**June 13, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

US_ACTIVE:\43838399\01\58399.0008

PLEASE TAKE FURTHER NOTICE that except as otherwise ordered by the Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing omnibus hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held in Courtroom 601, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated: October 24, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession