United States Bankruptcy Court
Southern District of New York

In re                                                            Chapter 11 Case No. 08-13555 (JMP)
Lehman Brothers Holdings Inc.,
Debtors

RESPONSE TO ONE HUNDRED NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS
(NO DEBTOR CLAIMS) dated September 12, 2011

CLAIM No. 9589
CLAIMANT: Roger R. Nieman
           300 E. 40th Street 19B
           New York, NY 10016
           (212)867-5718

BASIS FOR AMOUNT OF CLAIM:
1. Monies due under the Lehman ESEP plan, $64,000 per year (approximate) for 2009 to 2016, for a total of $512,000;
2. Monies due under the Shearson SRP: $1,319.40 annually; and
3. Monies due under the Lehman Bros. Retirement Plan: $4,104 annually.

    I filed this claim on behalf of my disabled husband, for whom I have power of attorney. The claim involves continuing payments on my husband's ESEP plan, and continuing pension payments. I did not receive any notice that I had to file a claim until I received proof of claim forms in Summer, 2009, which were the first forms I received with regard to this matter. I promptly filled out those forms, which already had the caption with the court's name, the debtor's names, and the case number as part of the forms. I relied on that form, believed that my claim is against Lehman Brothers Holdings Inc., and that the case number was that printed on the form. I never received the Court's July 2, 2009 Order regarding procedures and deadlines, and followed the instructions on the proof of claim form to the best of my ability.

*Jacqueline G. Nieman*
Jacqueline G. Nieman, P/A
October 11, 2011

Respond to:   Jacqueline G. Nieman
              300 E. 40th Street 19B
              New York, NY 10016
              (212)867-5718

RECEIVED OCT 1 1 2011 U.S. BANKRUPTCY COURT, SDNY JMP

1

From:   Jacqueline G. Nieman
        300 E. 40th Street 19B
        New York, NY 10016
        (212)867-5718


TO:     The Honorable James M. Peck
        One Bowling Green - Courtroom 601
        New York, NY 10004


        Weil Gotshal & Manges LLP
        Attorneys for Debtors
        767 5th Ave.
        New York, NY 10153
                Attn: Robert J. Lemons, Esq.
                Mark Bernstein, Esq.


        Office of US Trustee/SDNY
        33 Whitehall St. 21st Floor
        New York, NY 10004
                Attn: Tracy Hope Davis, Esq.
                Elisabetta Gasparini, Esq.
                Andrea Schwartz, Esq.


        Milbank, Tweed, Hadley & McCloy, LLP
        Attorneys for Unsecured Creditors Committee
        1 Chase Manhattan Plaza
        New York, NY 10005
                Att'n: Dennis F. Dunne, Esq
                Dennis O'Donnell, Esq.
                Evan Fleck, Esq.