UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

# MONTHLY OPERATING REPORT

SEPTEMBER 2011
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS
SCHEDULE OF HEDGING TRANSACTIONS

DEBTORS' ADDRESS: LEHMAN BROTHERS HOLDINGS INC.
c/o WILLIAM J. FOX
1271 AVENUE OF THE AMERICAS
35th FLOOR
NEW YORK, NY 10020

DEBTORS' ATTORNEYS: WEIL, GOTSHAL & MANGES LLP
c/o HARVEY R. MILLER
767 FIFTH AVENUE
NEW YORK, NY 10153

REPORT PREPARER: LEHMAN BROTHERS HOLDINGS INC., A DEBTOR IN POSSESSION (IN THE SOUTHERN DISTRICT OF NEW YORK)

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

*Lehman Brothers Holdings Inc.*

Date: October 24, 2011          By: _____*/s/   William J. Fox*_____
William J. Fox
*Executive Vice President*

Indicate if this is an amended statement by checking here:     AMENDED STATEMENT ☐

**TABLE OF CONTENTS**

| | |
|---|---:|
| Schedule of Debtors................................................................................................................................... | 3 |
| Lehman Brothers Holdings Inc. ("LBHI") and Other Debtors and Other Controlled Subsidiaries | |
|     Basis of Presentation — Schedule of Cash Receipts and Disbursements............................................... | 4 |
|     Schedule of Cash Receipts and Disbursements ...................................................................................... | 5 |
| LBHI | |
|     Basis of Presentation – Schedule of Professional Fee and Expense Disbursements ............................. | 9 |
|     Schedule of Professional Fee and Expense Disbursements .................................................................. | 10 |
| LBHI | |
|     Quarterly Hedging Transactions Update ................................................................................................ | 11 |
|     Schedule of Hedging Transactions as of September 30, 2011................................................................ | 13 |

## SCHEDULE OF DEBTORS

The following entities have filed for bankruptcy in the Southern District of New York:

|  | Case No. | Date Filed |
|---|---|---|
| Lead Debtor: | | |
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| Related Debtors: | | |
| LB 745 LLC | 08-13600 | 9/16/2008 |
| PAMI Statler Arms LLC(1) | 08-13664 | 9/23/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc. ("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| CES Aviation LLC | 08-13905 | 10/5/2008 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |
| LB Somerset LLC | 09-17503 | 12/22/2009 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 |

(1) On May 26, 2009, PAMI Statler Arms LLC filed a motion seeking entry of an order pursuant to Section 1112(b) of the Bankruptcy Code to dismiss its Chapter 11 Case, with a hearing to be held on June 24, 2009. On June 19, 2009, the motion was adjourned without a date for a continuation hearing.

The Chapter 11 cases of Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior (Case No: 08-13903) and Lehman Brothers Finance SA (Case No: 08-13887) have been dismissed.

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND OTHER CONTROLLED ENTITIES**

BASIS OF PRESENTATION
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SEPTEMBER 1, 2011 TO SEPTEMBER 30, 2011

The information and data included in this Monthly Operating Report ("MOR") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI") and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly controlled by LBHI, including LAMCO LLC ("LAMCO"), and excludes, among others, those entities that are under separate administrations in the United States or abroad, including Lehman Brothers Inc., which is the subject of proceedings under the Securities Investor Protection Act, and Aurora Bank and Woodlands Commercial Bank, which are indirectly controlled by LBHI. LBHI and certain of its Controlled Entities have filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. The Debtors have prepared this MOR, as required by the Office of the United States Trustee, based on the information available to the Debtors at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This MOR is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. The Debtors reserve all rights to revise this report.

1. This MOR is not prepared in accordance with U.S. generally accepted accounting principles (GAAP). This MOR should be read in conjunction with the financial statements and accompanying notes in the Company's reports that were filed with the United States Securities and Exchange Commission.

2. This MOR is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

3. Beginning and ending balances include cash in demand-deposit accounts (DDA), money-market funds (MMF), treasury bills and other investments.

4. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

5. Beginning and ending cash and investment balances exclude the following:

    - Cash posted as collateral for hedging activity;
    - Cash related to LBHI's wholly-owned indirect subsidiaries Aurora Bank FSB and Woodlands Commercial Bank;
    - Cash held at real estate owned properties;
    - Cash transferred on or prior to September 15, 2008 by the Company in connection with certain documents executed by the Company and Citigroup Inc. and HSBC Bank PLC, currently recorded at $2 billion and $218 million, respectively; and
    - Approximately $500 million which was seized by Bank of America ("BOA") to offset derivatives claims against the Debtors. On October 19, 2011, the Bankruptcy Court approved a settlement agreement with BOA which provides for BOA to release approximately $356 million of these seized funds to LBHI within 10 days of any initial plan distribution to BOA from any Debtor. BOA may set off the remaining amount of seized funds, which is approximately $145 million.

6. Restricted cash balances are based on preliminary estimates of cash in co-mingled or segregated accounts associated with pledged assets, court ordered segregated accounts, funds administratively held by banks and other identified funds which may not belong to the Debtors or other Controlled Entities.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Summary Schedule of Cash Receipts and Disbursements**
**September 1, 2011 - September 30, 2011**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | Debtors | | | | | Other Controlled Entities | | | | | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | LBHI | LBSF | LCPI | Other | Total | LAMCO | LB1 Grp | PAMI | Other | Total | |
| **Beginning Free Cash and Investments (9/1/11)** | $ 2,124 | $ 9,005 | $ 3,893 | $ 3,660 | $ 18,682 | $ 1 | $ 1,489 | $ 1 | $ 2,548 | $ 4,038 | $ 22,720 |
| Restricted Cash | 1,982 | 681 | 48 | 53 | 2,765 | — | — | — | 9 | 9 | 2,774 |
| **Beginning Total Cash and Investments** | **4,106** | **9,686** | **3,941** | **3,713** | **21,447** | **1** | **1,489** | **1** | **2,557** | **4,047** | **25,494** |
| **Sources of Cash** | | | | | | | | | | | |
| Derivatives | — | 69 | — | 18 | **87** | — | — | — | — | — | **87** |
| Loans | 82 | — | 83 | — | **164** | — | — | — | — | — | **164** |
| Private Equity / Principal Investing | 6 | — | 1 | — | **6** | — | 15 | — | 31 | **45** | **52** |
| Real Estate | 38 | — | 160 | — | **198** | — | — | — | 41 | **41** | **239** |
| Other | 70 | 112 | 81 | 3 | **266** | — | 1 | — | 1 | **2** | **268** |
| Asia / South America | — | — | — | — | **—** | — | — | — | 23 | **23** | **23** |
| Inter-Company Transfers | 42 | — | — | — | **42** | 27 | 1 | — | 3 | **31** | **73** |
| **Total Sources of Cash** | **238** | **182** | **324** | **21** | **764** | **27** | **16** | **—** | **99** | **142** | **906** |
| **Uses of Cash** | | | | | | | | | | | |
| Non-Operating (Principally Preservation of Assets) | | | | | | | | | | | |
| Derivatives | — | (3) | — | — | **(3)** | — | — | — | — | — | **(3)** |
| Loans | — | — | (62) | — | **(62)** | — | — | — | — | — | **(62)** |
| Private Equity / Principal Investing | — | — | — | — | **—** | — | (16) | — | (3) | **(19)** | **(19)** |
| Real Estate | (25) | — | (127) | — | **(152)** | — | — | — | (1) | **(1)** | **(153)** |
| Other | (13) | (162) | (56) | (4) | **(235)** | — | — | — | (3) | **(3)** | **(238)** |
| Operating | (47) | (1) | (2) | — | **(50)** | (15) | — | — | (3) | **(18)** | **(67)** |
| Asia / South America | — | — | — | — | **—** | — | — | — | (16) | **(16)** | **(16)** |
| Inter-Company Transfers | (29) | (2) | — | — | **(31)** | — | — | — | (42) | **(42)** | **(73)** |
| **Total Uses of Cash** | **(114)** | **(168)** | **(247)** | **(4)** | **(533)** | **(15)** | **(16)** | **—** | **(67)** | **(98)** | **(630)** |
| **Net Cash Flow** | **124** | **13** | **78** | **17** | **231** | **12** | **1** | **—** | **31** | **44** | **275** |
| FX Fluctuation | (4) | — | (5) | (1) | **(10)** | — | — | — | (23) | **(23)** | **(33)** |
| **Ending Total Cash and Investments** | 4,225 | 9,700 | 4,014 | 3,729 | 21,668 | 13 | 1,489 | 1 | 2,565 | 4,069 | 25,737 |
| Restricted Cash | (1,977) | (683) | (46) | (52) | (2,758) | — | — | — | (8) | (8) | (2,765) |
| **Ending Free Cash and Investments (9/30/11)** | $ **2,248** | $ **9,017** | $ **3,969** | $ **3,676** | $ **18,911** | $ **13** | $ **1,489** | $ **1** | $ **2,558** | $ **4,061** | $ **22,972** |

Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**September 1, 2011 - September 30, 2011**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtors | | | | | Other Controlled Entities | | | | | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | LAMCO | LB1 Grp | PAMI | Other | Total | |
| **Beginning Free Cash and Investments (9/1/11)** | | $ 2,124 | $ 9,005 | $ 3,893 | $ 3,660 | $ 18,682 | $ 1 | $ 1,489 | $ 1 | $ 2,548 | $ 4,038 | $ 22,720 |
| Restricted Cash | | 1,982 | 681 | 48 | 53 | 2,765 | — | — | — | 9 | 9 | 2,774 |
| **Beginning Total Cash and Investments** | | 4,106 | 9,686 | 3,941 | 3,713 | 21,447 | 1 | 1,489 | 1 | 2,557 | 4,047 | 25,494 |
| **Sources of Cash** | | | | | | | | | | | | |
| Derivatives | | | | | | | | | | | | |
| Collections from Live / Terminated Trades | (a) | — | 69 | — | 18 | **87** | — | — | — | — | — | **87** |
| Loans | | | | | | | | | | | | |
| Agency Receipts | (b) | — | — | 51 | — | **51** | — | — | — | — | — | **51** |
| Principal | | 79 | — | 23 | — | **102** | — | — | — | — | — | **102** |
| Interest | | 3 | — | 9 | — | **11** | — | — | — | — | — | **11** |
| Private Equity / Principal Investing | | | | | | | | | | | | |
| Principal | | 2 | — | 1 | — | **3** | — | 15 | — | 24 | **39** | **41** |
| Interest | | 4 | — | — | — | **4** | — | — | — | 7 | **7** | **10** |
| Real Estate | | | | | | | | | | | | |
| Principal | (c) | 37 | — | 157 | — | **194** | — | — | — | 38 | **38** | **231** |
| Interest | | 2 | — | 3 | — | **4** | — | — | — | 3 | **3** | **7** |
| Other | | | | | | | | | | | | |
| Compensation and Benefits Reimbursements | | 2 | — | — | — | **2** | — | — | — | — | — | **2** |
| Interest | (d) | 4 | 5 | 3 | 3 | **14** | — | 1 | — | 1 | **2** | **16** |
| Return of Hedging Collateral | (e) | 9 | 107 | 78 | — | **194** | — | — | — | — | — | **194** |
| Other | (f) | 55 | — | 1 | — | **56** | — | — | — | — | — | **56** |
| Asia / South America | | — | — | — | — | — | — | — | — | 23 | **23** | **23** |
| Inter-Company Transfers | | 42 | — | — | — | **42** | 27 | 1 | — | 3 | **31** | **73** |
| **Total Sources of Cash** | | **238** | **182** | **324** | **21** | **764** | **27** | **16** | **—** | **99** | **142** | **906** |

Totals may not foot due to rounding.

6

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
Schedule of Cash Receipts and Disbursements
**September 1, 2011 - September 30, 2011**
Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtors | | | | | Other Controlled Entities | | | | | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | LAMCO | LB1 Grp | PAMI | Other | Total | |
| **Uses of Cash** | | | | | | | | | | | | |
| Non-Operating (Principally Preservation of Assets) | | | | | | | | | | | | |
|   Derivatives | | | | | | | | | | | | |
|     Payments on Live Trades... | | — | (1) | — | — | **(1)** | — | — | — | — | — | **(1)** |
|     Other | (g) | — | (2) | — | — | **(2)** | — | — | — | — | — | **(2)** |
|   Loans | | | | | | | | | | | | |
|     Agency Disbursements | (b) | — | — | (52) | — | **(52)** | — | — | — | — | — | **(52)** |
|     Preservation of Assets | | — | — | (1) | — | **(1)** | — | — | — | — | — | **(1)** |
|     Other | | — | — | (9) | — | **(9)** | — | — | — | — | — | **(9)** |
|   Private Equity / Principal Investing | | | | | | | | | | | | |
|     Capital Calls | | — | — | — | — | — | — | (16) | — | (3) | **(19)** | **(19)** |
|   Real Estate | | | | | | | | | | | | |
|     Preservation of Assets | | (25) | — | (29) | — | **(54)** | — | — | — | (1) | **(1)** | **(55)** |
|     Other | (h) | — | — | (98) | — | **(98)** | — | — | — | — | — | **(98)** |
|   Other | | | | | | | | | | | | |
|     Hedging Collateral | (i) | (10) | (161) | (24) | (4) | **(199)** | — | — | — | — | — | **(199)** |
|     Other | | (3) | (1) | (32) | — | **(36)** | — | — | — | (3) | **(3)** | **(39)** |
| Operating | (j) | | | | | | | | | | | |
|   Compensation and Benefits | (k) | (11) | — | — | — | **(11)** | (5) | — | — | (1) | **(7)** | **(18)** |
|   Professional Fees | | (29) | — | (2) | — | **(31)** | — | — | — | — | — | **(31)** |
|   Other | (l) | (6) | (1) | — | — | **(7)** | (10) | — | — | (2) | **(11)** | **(18)** |
| Asia / South America | | — | — | — | — | — | — | — | — | (16) | **(16)** | **(16)** |
| Inter-Company Transfers | | (29) | (2) | — | — | **(31)** | — | — | — | (42) | **(42)** | **(73)** |
| **Total Uses of Cash** | | **(114)** | **(168)** | **(247)** | **(4)** | **(533)** | **(15)** | **(16)** | — | **(67)** | **(98)** | **(630)** |
| **Net Cash Flow** | | 124 | 13 | 78 | 17 | 231 | 12 | 1 | — | 31 | 44 | 275 |
| FX Fluctuation | (m) | (4) | — | (5) | (1) | (10) | — | — | — | (23) | (23) | (33) |
| **Ending Total Cash and Investments** | | 4,225 | 9,700 | 4,014 | 3,729 | 21,668 | 13 | 1,489 | 1 | 2,565 | 4,069 | 25,737 |
| Restricted Cash | | (1,977) | (683) | (46) | (52) | (2,758) | — | — | — | (8) | (8) | (2,765) |
| **Ending Free Cash and Investments (9/30/11)** | | $ 2,248 | $ 9,017 | $ 3,969 | $ 3,676 | $ 18,911 | $ 13 | $ 1,489 | $ 1 | $ 2,558 | $ 4,061 | $ 22,972 |

Totals may not foot due to rounding.

Notes:

(a) Includes collections from Live / Terminated Trades. Other Debtors reflect collections for LBFP.
(b) Reflects the collection and subsequent distribution of principal and interest to syndicated loan participants.
(c) $98 million in principal receipts were subsequently disbursed to the Spruce and Verano trustees for assets that were participated to these CDO structures (see footnote h).
(d) Reflects interest collected on cash investments.
(e) Reflects the gross return of cash collateral posted to hedge foreign currency and interest rate risk.
(f) Reflects $50 million received from Lehman Brothers Asia Holdings Limited related to creditor distributions for the benefit of 19 LBHI controlled entities.
(g) Reflects the purchase of SPV notes to facilitate the unwinding of derivative contracts.
(h) Reflects $98 million in disbursements to the Spruce and Verano trustees for funds received on assets that were participated to these CDO structures.
(i) Reflects cash collateral posted to hedge foreign currency and interest rate risk.
(j) A portion of the Operating costs for LBHI and LAMCO will be subject to future cost allocation to various Lehman legal entities.
(k) Compensation and Benefits includes Lehman employees as well as fees paid to Alvarez & Marsal as interim management.
(l) Primarily reflects expenses related to occupancy, taxes, insurance and infrastructure costs.
(m) Reflects fluctuation in value of foreign currency bank accounts.

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND OTHER CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS**
**DATED FROM SEPTEMBER 15, 2008 TO SEPTEMBER 30, 2011**

The information and data included in this Monthly Operating Report ("MOR") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI") and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, including LAMCO LLC ("LAMCO"), and excludes, among others, those entities that are under separate administrations in the United States or abroad, including Lehman Brothers Inc., which is the subject of proceedings under the Securities Investor Protection Act, and Aurora Bank and Woodlands Commercial Bank, which are indirectly controlled by LBHI. LBHI and certain of its Controlled Entities have filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. The Debtors have prepared this MOR, as required by the Office of the United States Trustee, based on the information available to the Debtors at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This MOR is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. The Debtors reserve all rights to revise this report.

1. This MOR is not prepared in accordance with U.S. generally accepted accounting principles (GAAP). This MOR should be read in conjunction with the financial statements and accompanying notes in the Company's reports that were filed with the United States Securities and Exchange Commission.

2. This MOR is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

3. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers. The Debtors have incurred additional professional fee expenses during the reporting period that will be reflected in future MORs as cash payments are made to providers.

4. The professional fee disbursements presented in this report have been paid by LBHI; however, a portion will be charged back to debtor and non-debtor subsidiaries based on the direct costs associated with each entity and an allocation methodology. The professional fees exclude services rendered on behalf of non-debtor entities which are invoiced separately.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Professional Fee and Expense Disbursements**
**September 2011**
**Unaudited ($ in thousands)**

| | | September-2011 | Sept-2008 Through Sept-2011 |
|---|---|---:|---:|
| **Debtors - Claims and Noticing Agent** | | | |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | $ 738 | $ 15,068 |
| **Debtors - Section 363 Professionals** | | | |
| Alvarez & Marsal LLC | Interim Management | 8,570 | 478,248 |
| Kelly Matthew Wright | Art Consultant and Auctioneer | — | 91 |
| Natixis Capital Markets Inc. | Derivatives Consultant | — | 14,590 |
| **Debtors - Section 327 Professionals** | | | |
| Bingham McCutchen LLP | Special Counsel - Tax | 314 | 19,635 |
| Bortstein Legal LLC | Special Counsel - IT and Other Vendor Contracts | 18 | 3,989 |
| Clyde Click, P.C. | Special Counsel - Real Estate | 22 | 195 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Special Counsel - Conflicts | — | 33,025 |
| Dechert LLP | Special Counsel - Real Estate | 447 | 3,556 |
| Deloitte LLP | Tax Services | — | 244 |
| Discover Ready LLC | eDiscovery Services | 244 | 14,031 |
| Ernst & Young LLP | Audit and Tax Services | — | 1,606 |
| Gibson Dunn & Crutcher LLP | Special Counsel - Real Estate | 207 | 2,702 |
| Hudson Global Resources | Contract Attorneys | 95 | 11,014 |
| Huron Consulting | Tax Services | — | 2,145 |
| Jones Day | Special Counsel - Asia and Domestic Litigation | 677 | 57,260 |
| Kasowitz, Benson, Torres & Friedman | Special Counsel - Litigation | 249 | 1,509 |
| Kleyr Grasso Associes | Special Counsel - UK | 42 | 629 |
| Kramer Levin Naftalis and Frankel LLP | Special Counsel - Employee Matters | 121 | 121 |
| Latham & Watkins LLP | Special Counsel - Real Estate | — | 542 |
| Lazard Freres & Co. | Investment Banking Advisor | 322 | 30,310 |
| Locke Lord Bissell & Liddell LLP | Special Counsel - Mortgage Litigation and Claims | 67 | 1,168 |
| McKenna Long & Aldridge LLP | Special Counsel - Commercial Real Estate Lending | 239 | 5,536 |
| MMOR Consulting | Tax Services | 39 | 571 |
| Momo-o, Matsuo & Namba | Special Counsel - Asia | 25 | 373 |
| O'Neil Group | Tax Services | 191 | 2,129 |
| Pachulski Stang Ziehl & Jones | Special Counsel - Real Estate | — | 2,276 |
| Paul, Hastings, Janofsky & Walker LLP | Special Counsel - Real Estate | 260 | 2,266 |
| Pricewaterhouse Coopers LLP | Tax Services | 62 | 1,871 |
| Reed Smith LLP | Special Counsel - Insurance | — | 738 |
| Reilly Pozner LLP | Special Counsel - Mortgage Litigation and Claims | 281 | 7,293 |
| Simpson Thacher & Bartlett LLP | Special Counsel - SEC Reporting, Asset Sales, and Congressional Testimony | — | 2,639 |
| SNR Denton LLP | Special Counsel - Real Estate | — | 1,467 |
| Sutherland LLP | Special Counsel - Tax | 20 | 647 |
| Weil Gotshal & Manges LLP | Lead Counsel | 8,545 | 343,317 |
| Windels Marx Lane & Mittendorf, LLP | Special Counsel - Real Estate | — | 2,848 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives | 78 | 1,161 |
| **Creditors - Section 327 Professionals** | | | |
| FTI Consulting Inc. | Financial Advisor | 2,099 | 72,651 |
| Houlihan Lokey Howard & Zukin Capital Inc. | Investment Banking Advisor | 337 | 13,460 |
| Milbank Tweed Hadley & McCloy LLP | Lead Counsel | 6,621 | 114,677 |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Special Counsel - Conflicts | 2,687 | 23,324 |
| Richard Sheldon, Q.C. | Special Counsel - UK | 47 | 312 |
| **Examiner - Section 327 Professionals** | | | |
| Duff & Phelps LLC | Financial Advisor | — | 42,502 |
| Jenner & Block LLP | Examiner | 2 | 58,437 |
| **Fee Examiner** | | | |
| Godfrey & Kahn, S.C. | Fee Examiner (Current) | 509 | |
| Feinberg Rozen LLP | Fee Examiner (Previous) | — | 3,158 |
| Brown Greer Plc | Fee and Expense Analyst | — | 690 |
| **Total Non-Ordinary Course Professionals** | | **34,175** | **1,398,141** |
| **Debtors - Ordinary Course Professionals** | | **1,031** | **43,039** |
| **US Trustee Quarterly Fees** | | **—** | **1,478** |
| **Total Professional Fees and UST Fees** | | **$ 35,206** | **$ 1,442,658** |

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND OTHER CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**QUARTERLY HEDGING TRANSACTIONS UPDATE**
**AS OF SEPTEMBER 30, 2011**

The information and data included in this report are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI") and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among other things, those entities that are under separate administrations in the United States or abroad, including Lehman Brothers Inc., which is the subject of proceedings under the Securities Investor Protection Act. LBHI and certain of its Controlled Entities have filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

On March 11, 2009, the United States Bankruptcy Court for the Southern District of New York overseeing the Debtors' Chapter 11 cases (the "Court") entered an "Order Pursuant to Sections 105 and 364 of the Bankruptcy Code Authorizing the Debtors to Grant First Priority Liens in Cash Collateral Posted in Connection With the Hedging Transactions the Debtors Enter Into Through Certain Futures and Prime Brokerage Accounts" [Docket No. 3047] (the "Derivatives Hedging Order").

On July 16, 2009 the Court entered a separate "Order Pursuant to Sections 105 and 364 of the Bankruptcy Code Authorizing the Debtors to Grant First Priority Liens in Collateral Posted in Connection With the Hedging Transactions" [Docket No. 4423] (the "Residential Loan Order").

On January 14, 2010 the Court entered a separate "Order Granting LBHI's Motion for Authorization, Pursuant to Sections 105, 363 and 364 of the Bankruptcy Code, to Sell Certain Asset Backed-Securities and Related Relief" [Docket No. 6659], which authorized the Company to enter into hedging transactions to hedge against loss of value from fluctuations in foreign exchange rates (the "Asset Backed-Securities Hedging Order").

On November 18, 2010 the Court entered a separate "Order Pursuant to Sections 105 and 364 of the Bankruptcy Code Authorizing the Debtors to Grant First Priority Liens in Collateral Posted in Connection with Foreign Exchange Hedging Transactions" [Docket No. 12891] (the "Macro FX Hedging Order").

Terms used and not otherwise defined herein shall have the meanings ascribed thereto in the Derivatives Hedging Order, the Residential Loan Order, the Asset Backed-Securities Hedging Order or the Macro FX Hedging Order, as the case may be.

The Debtors have prepared this Quarterly Hedging Transactions Update, as required by the Derivatives Hedging Order, the Residential Loan Order, the Asset Backed-Securities Hedging Order and the Macro FX Hedging Order, based on the information available to the Debtors at this time, but note that such information is partially based on market pricing which is subject to day-to-day fluctuations. The Debtors reserve all rights to revise this report.

Derivatives Hedging Order. Between the entry of the Derivatives Hedging Order and September 30, 2011 (the "Report Date"), the Debtors have executed 12 Hedging Transactions and the current liquidation value of collateral posted approximates $251 million. The Open Derivative Positions correspond to 29 non-terminated derivative contracts with an estimated recovery value of approximately $420 million as of the Report Date. The expected recovery amounts are determined using various models, data sources, and certain assumptions regarding contract provisions. The Company expects to adjust the amounts recorded for the Open Derivatives Positions in the future; such adjustments (including write-downs and write-offs) may be material. For further description regarding derivative recovery values, please refer to the March 2011 Supplemental Monthly Operating Report filed on July 21, 2011.

As of the Report Date, the Hedging Transactions were allocated to the individual Debtors as set forth on page 13.

Residential Loan Order. Between the entry of the Residential Loan Order and the Report Date, there were no Residential Hedging Transactions.

Asset Backed-Securities Hedging Order. Between the entry of the Asset Backed-Securities Hedging Order and the Report Date, the Debtors have executed 1 Hedging Transaction. The current liquidation value of the collateral posted approximates $5 million. The estimated recovery value of the Asset Backed-Securities portfolio as of the Report Date approximates $70 million. The expected recovery amounts for the underlying assets are subject to market fluctuations (obligor performance, interest rate environment, etc.) and are subject to change.

As of the Report Date, the Hedging Transactions were allocated to the individual Debtor as set forth on the following page.

<u>Macro FX Hedging Order.</u> Between the entry of the Macro FX Hedging Order and the Report Date, the Debtors have proposed and executed 4 Hedging Transactions. The current liquidation value of the collateral posted approximates $103 million. The estimated recovery value of the underlying assets being hedged approximates $1.1 billion as of the Report Date. The expected recovery amounts for the underlying assets are subject to market fluctuations (obligor performance, interest rate environment, etc.) and are subject to change.

As of the Report Date, the Hedging Transactions were allocated to the individual Debtors as set forth on the following page.

Lehman Brothers Holdings Inc.
As of September 30, 2011
Quarterly Hedging Report

Derivatives Hedging Order

| Debtor | Current Liquidation Value of Collateral Posted for Hedging Transactions (a) | Estimated Recovery Value of Receivables Being Hedged |
|---|---:|---:|
| Lehman Brothers Special Financing Inc. ("LBSF") | $ 242,182,836 | $ 395,988,520 |
| Lehman Brothers Financial Products Inc. ("LBFP") | 9,211,723 | 24,093,457 |
| Total | $ 251,394,558 | $ 420,081,977 |

Asset Backed-Securities Hedging Order

| Debtor | Current Liquidation Value of Collateral Posted for Hedging Transactions (a) | Estimated Recovery Value of Receivables Being Hedged |
|---|---:|---:|
| Lehman Brothers Holdings Inc. ("LBHI") | $ 4,527,683 | $ 70,257,271 |
| Total | $ 4,527,683 | $ 70,257,271 |

Macro FX Hedging Order

| Debtor | Current Liquidation Value of Collateral Posted for Hedging Transactions (a) | Estimated Recovery Value of Receivables Being Hedged |
|---|---:|---:|
| Lehman Brothers Holdings Inc. ("LBHI") | $ 11,195,693 | $ 173,726,579 |
| Lehman Commercial Paper Inc. ("LCPI") | 92,238,394 | 968,060,139 |
| Total | $ 103,434,087 | $ 1,141,786,718 |

(a) Value of collateral represents initial margin posted, net of any gains or losses on hedging transactions. Liquidation value excludes any subsequent variation margin posted or returned for LBHI and LCPI under the Asset Backed-Securities and Macro FX Hedging Orders.