Response Deadline: October 25, 2011 at 4:00 p.m. Eastern

Kerry Moynihan (*pro hac vice* admission pending)
HOLME ROBERTS & OWEN LLP
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400
Email: kerry.moynihan@hro.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
In re:                                                     :   Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC.,                             :   08-13555 (JMP)
*et al.*,                                                  :
                                                           :   (Jointly Administered)
                          Debtors.                         :
                                                           :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE OF
## RESPONSE OF MILLENNIUM MARKETING & MANAGEMENT PTY, LTD. TO
## DEBTORS' NOTICE OF PROPOSED ALLOWED CLAIM AMOUNT

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 West Olympic Boulevard, 4th Floor, Los Angeles, California 90015. On October 24, 2011, I caused the following document to be served:

- Response of Millennium Marketing & Management Pty, Ltd. to Debtors' Notice of Proposed Allowed Claim Amount

by personal delivery (Federal Express) on the parties listed below at the addresses listed below:

| | |
|---|---|
| Chambers of the Hon. James M. Peck<br>United States Bankruptcy Court<br>Courtroom 601<br>One Bowling Green<br>New York, New York 10004-1408 | *Counsel for the Debtors*<br>Weil, Gotshal & Manges, LLP<br>Attn: Alfredo R. Perez, Esq. and<br>Mark Bernstein, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |

#27240 v2 lax

Office of the United States Trustee for Region 2
Attn: Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

*Counsel for the Creditors' Committee*
Milbank, Tweed, Hadley & McCloy LLP
Attn: Evan Fleck, Esq. and Matthew Brod, Esq.
One Chase Manhattan Plaza
New York, NY 10005

Lehman Brothers Holdings, Inc.
Attn: Holly Clack and Tina Pederson
1271 Avenue of the Americas
New York, NY 10020

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 24th day of October, 2011, at Los Angeles, California.

_/s/ Trisha Penn_
Trisha Penn

#27240 v2 lax