UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
        Debtors.                                               :    (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:            Fondo Immobili Pubblici
                    acting through Investire Immobiliare S.p.A. ("Transferor")
                    Palazzo Altieri
                    Piazza Del Gesu No 49
                    Rome 186
                    Italy

2.   Please take notice that the transfer of your claim against LEHMAN BROTHERS HOLDINGS INC., et al, Case No. 08-13555 (JMP) arising from and relating to Proof of Claim No. 14961 (attached as Exhibit A hereto), has been transferred to:

                    Barclays Bank PLC ("Transferee")
                    745 Seventh Avenue
                    New York, NY 10019
                    Telephone: (212) 412-2865
                    Email: daniel.crowley@barclayscapital.com
                           daniel.miranda@barclayscapital.com

     An executed "Evidence of Transfer of Claim" is attached as Exhibit B hereto. All distributions and notices regarding the claim should be sent to the Transferee as provided in Exhibit C hereto.

3.   No action is required *if you do not object* to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--   **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

     United States Bankruptcy Court
     Southern District of New York
     Attn: Clerk of Court
     Alexander Hamilton Custom House
     One Bowling Green
     New York, NY 10004-1408

--     SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

--     Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.     If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                               CLERK

-----

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.

INTERNAL CONTROL NO. _____

Copy: (check) Claims Agent__ Transferee__ Debtors' Attorney__

                                               Deputy Clerk

## EXHIBIT A

[Proof of Claim]

# PROOF OF CLAIM

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

UNIQUE IDENTIFICATION NUMBER: 1000195166

Name of Debtor Against Which Claim is Held: **LEHMAN BROTHERS HOLDINGS INC**
Case No. of Debtor: **08-13555**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000195166******
FIP - FONDO IMMOBILI PUBBLICI
INVESTIRE IMMOBILIARE SGR SPA
PALAZZO ALTIERI
PIAZZA DEL GESU NO 49
ROME 187
ITALY

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: _____ Email Address: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____ Email Address: _____

1. **Amount of Claim as of Date Case Filed:** $ **4,496,050.00**
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☒ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** **SETTLEMENT AGREEMENT DATED 14 SEPTEMBER 2009**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

   Amount entitled to priority:
   $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim...
8. Documents: Attach redacted copies of any documents, orders, invoices, itemized statements of running accounts. Attach redacted copies of documents providing evidence on reverse side.) If the documents are voluminous, attach redacted copies. DO NOT SEND ORIGINAL DOCUMENTS. A... SCANNING.
   If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000014961

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 17 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: **15 SEPT. 2009**
Signature: _signed_ **(DARIO VALENTINO)** **C.E.O**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

_____     9/17/09     _____
RECEIVED BY:                DATE        TIME

**HAND DELIVERY**

# EXHIBIT B

[Executed Evidence of Transfer of Claim]

CLAIM PURCHASE AGREEMENT

This CLAIM PURCHASE AGREEMENT (this "Agreement") dated as of May 28th, 2010 is made between FIP - Fondo Immobili Pubblici ("Seller"), acting through Investire Immobiliare S.p.A. with offices at Piazza del Gesù 49, 00186 Rome, Republic of Italy, and Barclays Bank PLC ("Buyer"), with offices at 200 Park Avenue, New York, NY, 10166. All capitalized terms used in the Agreement without definition shall have the respective meanings assigned to such terms in Section 2.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001(e) of the Bankruptcy Rules, and consents to the substitution of Seller by Buyer for all purposes in the Bankruptcy Cases, including, without limitation, for voting and distribution purposes with respect to the Claims and the Transferred Rights. Seller further stipulates that an order may be entered recognizing this purchase of claim as an unconditional assignment and the Buyer herein as the valid owner of the Claims. Seller agrees to execute the Evidences of Transfer of Claim attached hereto as Exhibit A. Buyer may file such Evidences of Transfer of Claim with the Bankruptcy Court on or after the Settlement Date.

For good and valuable consideration equal to the Purchase Price, the sufficiency of which is hereby acknowledged, the Seller hereby absolutely and unconditionally sells, transfers and assigns unto the Buyer all its rights, title and interest in and to (A) its claim (the "LBSF Claim") to the amount of $4,496,050.00 (the "Claim Amount") payable to it by Lehman Brothers Special Financing Inc. ("LBSF") as the result of the termination of the ISDA Master Agreement and acknowledged by the parties in the Settlement Agreement, and (B) its claim (the "LBHI Claim") equal to the Claim Amount against Lehman Brothers Holding, Inc. ("LBHI") as guarantor of the obligations of LBSF under the ISDA Master Agreement and acknowledged by the parties in the Settlement Agreement. LBSF is the debtor-in-possession in the chapter 11 reorganization case In re Lehman Brothers Special Financing Inc., Case No. 08-13888 (the "LBSF Bankruptcy Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court," which term shall also be construed to include any other court having jurisdiction over the Bankruptcy Cases) and LBHI is the debtor-in-possession in the chapter 11 reorganization case, In re Lehman Brothers Holdings Inc., Case No. 08-13555 (Jointly Administered) (the "LBHI Bankruptcy Case" and together with the LBSF Bankruptcy Case, the "Bankruptcy Cases") pending in the Bankruptcy Court. (The LBSF Claim and the LBHI Claim are sometimes collectively referred as the "Claims" and LBSF and LBHI are sometimes collectively referred to in this document as the "Debtors.")

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of May 28th, 2010.

SELLER:

FONDO IMMOBILI PUBBLICI, acting through
Investire Immobiliare S.p.A.

*[signature]*

Name: DARIO VALENTINO
Title: C.E.O.

BUYER:

BARCLAYS BANK PLC

*[signature]*

Name: DANIEL CROWLEY
Title: MANAGING DIRECTOR