UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 20018, 20136,
                                                                 20421, 20797, 20798, 20800, 20801,
                                                                 20806, 20808, 20809, 20811, 20818,
                                                                 20829, 20832, 20840

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 17, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ *Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
20th day of October, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 20018, 20136, 20421, 20797, 20798, 20800, 20801, 20806, 20808, 20809, 20811, 20818, 20829, 20832, 20840_AFF_10-17-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
            Debtors.                               | (Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BARCLAYS BANK PLC
              ATTN: DANIEL CROWLEY
              TRANSFEROR: NEUE AARGAUER BANK AG
              745 SEVENTH AVENUE
              NEW YORK NY 10019

Please note that your claim # 55814-09 in the above referenced case and in the amount of
            $0.00   Unliquidated, Undetermined     has been transferred **(unless previously expunged by court order)**

              THE VARDE FUND VI-A, L.P.
              ATTN: EDWINA P.J. STEFFER
              TRANSFEROR: BARCLAYS BANK PLC
              8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
              MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20421      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/17/2011                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 17, 2011.

**EXHIBIT B**

```
TIME: 17:40:12                                              LEHMAN BROTHERS HOLDING INC.                                                   PAGE:    1
DATE: 10/17/11                                                    CREDITOR LISTING

Name                                                   Address
ARAB BANKING CORPORATION (B.S.C)                       ABC TOWER, DIPLOMATIC AREA P.O. BOX 5698 ATTN JAWAD SACRE MANAMA   BAHRAIN
BANK JULIUS BAER & CO. LTD.                            TRANSFEROR: ST. GALLER KANTONALBANK PATRIK ROOS BAHNHOFSTRASSE 36 8010 ZURICH    SWITZERLAND
BARCLAYS BANK PLC                                      ATTN: DANIEL CROWLEY TRANSFEROR: NEUE AARGAUER BANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
CHENAVARI FINANCIAL ADVISORS LTD.                      TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON   SW1X 7JH UNITED KINGDOM
CITIBANK PRIVATKUNDEN AG & CO. KGAA                    PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA                    ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
CREDIT SUISSE (GUERNSEY) LIMITED                       ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE (GUERNSEY) LIMITED                       CRAVATH, SWAIN & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (GUERNSEY) LIMITED                       RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                        LONDON LOAN OPERATIONS ATTN: CONOR MCGOVERN 21ST FLOOR, 99 BISHOPSGATE LONDON   EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                        ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                        TRANSFEROR: CREDIT SUISSE (GUERNSEY) LIMITED ATTN: PHILIPP ROEVER; ROSS MILLER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                       LONDON  EC2N 2DB UNITED KINGDOM
HYPOSWISS PRIVATBANK AG                                SCHUTZENGASSE 4 ZURICH  CH-8021 SWITZERLAND
IBIC CORPORATION                                       TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: AKIRA IMANISHI 1-11 KITA 10 HIGASHI 1 HIGASHI-KU, SAPPORO-SHI HOKKAIDO   065-0010 JAPAN
ILLIQUIDX LTD                                          TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                          TRANSFEROR: LUZERNER KANTONALBANK AG 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                              TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                       NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                              TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                              TRANSFEROR: ORRINGTON PLUS FUND SPC, THE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                       NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                              TRANSFEROR: PNC BANK, NATIONAL ASSOCIATION ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                       NEW YORK NY 10005
KAMPE, MELANIE, MRS.                                   TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
LEHMAN BROTHERS JAPAN INC                              NOBUTAKA TANAKA KISHIMOTO BUILDING 2F, 2-1, MARUNOUCHI 2-CHOME, CHIYODA-KU, TOKYO, 100-0005   JAPAN
LEHMAN BROTHERS JAPAN INC                              LORENZO MARINUZZI, ESQ. MORRISON & FOERSTER LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104
LEHMAN BROTHERS JAPAN INC                              TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO
                                                       6-10-1 ROPPONGI, MINATO-KU TOKYO, 106-6137  JAPAN
LMA SPC FOR AND ON BEHALF OF THE MAP84                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAURA L. TORRADO, ESQ 623 5TH AVENUE, 29TH FLOOR NEW YORK NY 10022
  SEGREGATED PORTFOLIO
METZENMACHER, DANIELA, MRS.                            TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
ORRINGTON PLUS FUND SPC, THE                           SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
ORRINGTON PLUS FUND SPC, THE                           ON BEHALF OF THE ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO ATTN: SCOTT ZIMMERMAN C/O EVANSTON CAPITAL MANAGEMENT, LLC
                                                       1560 SHERMAN AVENUE, SUITE 960 EVANSTON IL 60201
PICTET & CIE                                           TRANSFEROR: HYPOSWISS PRIVATBANK AG ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 1211 GENEVA 73 GENEVA    SWITZERLAND
PNC BANK, NATIONAL ASSOCIATION                         249 FIFTH AVENUE PITTSBURGH PA 15258-0001
PNC BANK, NATIONAL ASSOCIATION                         JAMES D. NEWELL, ESQ. BUCHANAN INGERSOLL & ROONEY PC 301 GRANT STREET, 20TH FLOOR PITTSBURGH PA 15219
ST. GALLER KANTONALBANK                                ST. LEONHARDSTRASSE 25 ST. GALLEN  CH-9001 SWITZERLAND
THE ROYAL BANK OF SCOTLAND                             DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
THE ROYAL BANK OF SCOTLAND                             TRANSFEROR: ARAB BANKING CORPORATION (B.S.C) ATTN: FRANCESCA SENA 600 WASHINGTON BLVD STAMFORD CT 06901
THE VARDE FUND VI-A, L.P.                              ATTN: EDWINA P.J. STEFFER TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed                   35                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```