UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                        :      Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :      08-13555 (JMP)
                                                             :      (Jointly Administered)
                Debtors.                                     :
                                                             :
---------------------------------------------------------------x      Ref. Docket Nos. 19620, 20204,
                                                                      20206, 20207, 20218, 20422-20424,
                                                                      20441-20447, 20494, 20497, 20506,
                                                                      20541, 20576, 20641, 20792, 20793,
                                                                      20812, 20855

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 18, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
20th day of October, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                           |
In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
            Debtors.                       |
                                           |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

　　　　To:   AMERICAN NATIONAL INSURANCE COMPANY
            C/O FREDERICK BLACK & TARA B ANNWEILER
            GREER, HERZ & ADAMNS, LLP
            ONE MOODY PLAZA, 18TH FLOOR
            GALVESTON TX 77550

Please note that your claim # 31991-02 in the above referenced case and in the amount of
        $2,653,468.22   allowed at $2,350,000.00        has been transferred **(unless previously expunged by court order)**

            JPMORGAN CHASE BANK, N.A.
            TRANSFEROR: AMERICAN NATIONAL INSURANCE COMPANY
            ATTN: SUSAN MCNAMARA
            MAIL CODE: NY1-A436
            ONE CHASE MANHATTAN PLAZA, FLOOR 26
            NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20792       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/18/2011                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 18, 2011.

**EXHIBIT B**

```
TIME: 19:25:18                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 10/18/11                                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALANDSBANKEN SVERIGE AB (PUBL) | ATTN: OPERATIONS, STUREPLAN 19 STOCKHOLM 107 81 SWEDEN |
| ALANDSBANKEN SVERIGE AB (PUBL) | NINA E. ANDERSSON-WILLARD, ESQ. BROWN RUDNICK LLP ONE FINANCIAL CENTER BOSTON MA 02111 |
| AMERICAN NATIONAL INSURANCE COMPANY | C/O FREDERICK BLACK & TARA B ANNWEILER GREER, HERZ & ADAMS, LLP ONE MOODY PLAZA, 18TH FLOOR GALVESTON TX 77550 |
| AMERICAN NATIONAL INSURANCE COMPANY | C/O FREDERICK BLACK/TARA B. ANNWEILER GREER HERTZ & ADAMS, LLP ONE MOODY PLAZA, 18TH FLOOR GALVESTON TX 77550 |
| BANK HAPOALIM (SWITZERLAND) LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND) LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: DANIEL CROWLEY TRANSFEROR: NEUE AARGAUER BANK AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE HONG KONG BRANCH ATTN: DANIEL MIRANDA & DANIEL CROWLEY 745 SEVENTH AVE NEW YORK NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ADVISORY AND ORDER FULFILMENT (SEBL 4) 56, GRAND RUE PO BOX 40 LUXEMBOURG 2010 LUXEMBOURG |
| ZWEIGNIEDERLASSUNG OSTERREICH | |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| ZWEIGNIEDERLASSUNG OSTERREICH | |
| CREDIT SUISSE (LUXEMBOURG) S.A. | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| ZWEIGNIEDERLASSUNG OSTERREICH | |
| CREDIT SUISSE (LUXEMBOURG) S.A. | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| ZWEIGNIEDERLASSUNG OSTERREICH | |
| CREDIT SUISSE AG | ATTN: LAWRENCE YOUNG TRANSFEROR: NEUE AARGAUER BANK AG 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE HONG KONG BRANCH | LEVEL 88, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST, KOWLOON HONG KONG  HONG KONG |
| CREDIT SUISSE HONG KONG BRANCH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE HONG KONG BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE HONG KONG BRANCH | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: LOYOLA SYNFUELS, LLC C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| GOLDMAN, SACHS & CO. | ATTN: ANDREW CADITZ TRANSFEROR: NEUE AARGAUER BANK AG 30 HUDSON STREET, 30TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. ZWEIGNIEDERLASSUNG OSTERREICH ATTN: ANDREW CADITZ 30 HUDSON ST 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CREDIT SUISSE HONG KONG BRANCH ATTN: ANDREW CADITZ 30 HUDSON ST 36TH FL JERSEY CITY NJ 07302 |
| J.P. MORGAN SECURITIES LTD. | TRANSFEROR: JAMAICA MONEY MARKET BROKERS LIMITED C/O JPMORGAN CHASE BANK, N.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JAMAICA MONEY MARKET BROKERS LIMITED | ATTN: IRA A REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AMERICAN NATIONAL INSURANCE COMPANY ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. C/O SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| LOYOLA SYNFUELS, LLC | 1534 STARKS BUILDING LOUISVILLE KY 40202 |
| MIZUHO INVESTORS SECURITIES CO., LTD | STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN 180 MAIDEN LANE NEW YORK NY 10038 |
| MIZUHO INVESTORS SECURITIES CO., LTD | LEGAL DEPARTMENT ATTN: KEN HASHIMOTO 2-10-30, NIHONBASHI KAKIGARA-CHO, CHUO-KU TOKYO  103-8658 JAPAN |
| NEUE AARGAUER BANK AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | ATTN: JEFF ARNOLD TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| RBS SECURITIES INC. | TRANSFEROR: ALANDSBANKEN SVERIGE AB (PUBL) ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: VR GLOBAL PARTNERS, L.P. C/O SILVER POINT CAPITAL LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: VR GLOBAL PARTNERS, L.P. C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: VR GLOBAL PARTNERS, L.P. C/O SILVER POINT CAPITAL LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: VR GLOBAL PARTNERS, L.P. C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| THE VARDE FUND X (MASTER), L.P. | ATTN: EDWINA P.J. STEFFER TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| UBS AG LONDON BRANCH | TRANSFEROR: MIZUHO INVESTORS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA/MARIE MIYAZAWA (TOKYO OFFICE) 1 FINSBURY AVENUE LONDON  EC2M 2PP ENGLAND |
| VARDE FUND IX LP, THE | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 19:25:18                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    2
DATE: 10/18/11                                         CREDITOR LISTING

Name                                 Address
VARDE FUND LP, THE                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE        TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) ATTN: EDWINA P.J. STEFFER TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE) TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.      ATTN: EDWINA P.J. STEFFER TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP        TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VR GLOBAL PARTNERS, L.P.             ATTN: PETER CLATEMAN C/O VR CAPITAL GROUP AVRORA BUSINESS PARK 77 SADOVNICHESLCAYA NAB., BLD. 1 MOSCOW 115035 RUSSIAN FEDERATION

Total Number of Records Printed      49
```

EPIQ BANKRUPTCY SOLUTIONS, LLC