UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
-----------------------------------------------------------------x    Ref. Docket Nos. 20066, 20240,
20241, 20644, 20647, 20651, 20789,
20804, 20805, 20817, 20885, 20888,
20890, 20892, 20893, 20894, 20895,
20900, 20902, 20903, 20910, 20923,
20931, 20933

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 19, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
20th day of October, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  BARCLAYS BANK PLC
          ATTN: DANIEL CROWLEY
          TRANSFEROR: NEUE AARGAUER BANK AG
          745 SEVENTH AVENUE
          NEW YORK NY 10019
```

Please note that your claim # 55814-16 in the above referenced case and in the amount of
     $0.00   Unliquidated, Undetermined        has been transferred **(unless previously expunged by court order)**

```
          OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P.
          ATTN: JEFF ARNOLD
          TRANSFEROR: BARCLAYS BANK PLC
          C/O OAKTREE CAPITAL MANAGEMENT, L.P.
          333 SOUTH GRAND AVE, 28TH FLOOR
          LOS ANGELES CA 90071
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20644       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/19/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 19, 2011.

# EXHIBIT B

```
TIME: 18:03:09                                          LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 10/19/11                                              CREDITOR LISTING

Name                                              Address
AGUILERA MOLINA, RAFAEL                           BEGONIAS, 5  POZUELO DE ALARCON  28223  SPAIN
BANK COOP AG                                      ATTN: LEGAL DEPARTMENT DUFOURSTRASSE 50 BASEL  4002  SWITZERLAND
BARCLAYS BANK PLC                                 ATTN: DANIEL CROWLEY TRANSFEROR: NEUE AARGAUER BANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK AG ATTN: DANIEL CROWLEY; DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BAROS VAZ AMARAL, MARIA LAURA                     RUA DOS QUARTEIS, 96-3D50 LISBOA  1300-483 PORTUGAL
BAYERISCHE HYPO- UND VEREINSBANK AG               ATTN: DR. JOHANNES WODSAK ARABELLASTRASSE 12 MUNICH  D-81925 GERMANY
BAYERISCHE HYPO- UND VEREINSBANK AG               JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019
BORSBOOM-LUURDEEG, J.G.                           RAMK 21-01 LELYSTAD  8225 DV NETHERLANDS
CHEUNG WAI CHING                                  FLAT C 5/F BLOCK 5 JUNIPER MANSIONS WHAMPOA GARDEN SITE 1 HUNG HOM KLN   HONG KONG
CHIANG, CAM LING EMMA                             ROOM 16G BLOCK 4 OAK MANSIONS WHAMPOA GARDENS SITE 5 HUNGHOM, KLN   HONG KONG
CITIBANK, N.A.                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK, N.A.                                    ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022
CREDIT SUISSE (MONACO) SAM                        RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (MONACO) SAM                        ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (MONACO) SAM                        CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE SECURITIES (EUROPE) LIMITED         ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE SECURITIES (EUROPE) LIMITED         CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE SECURITIES (EUROPE) LIMITED         RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CVI GVF (LUX) MASTER S.A.R.L.                     ATTN: DAVID SHORT TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD. KNOWLE HILL PARK, FAIRMILE LANE
                                                  COBHAM, SURREY  KT11 2PD ENGLAND
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DIVERSIFIED EUROPEAN CREDIT S.A. ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: EUROPEAN CREDIT (LUXEMBOURG) S.A. ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: EUROPEAN CREDIT FUND SICAV ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: INVESTMENT GRADE EUROPE S. A. ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: RELATIVE EUROPEAN VALUE S.A. ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SABRETOOTH MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
GOLDMAN, SACHS & CO.                              TRANSFEROR: CITIBANK, N.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GUO YUJING                                        8/F 117 REPULSE BAY ROAD REPULSE BOY HONG KONG   HONG KONG
ILLIQUIDX LTD                                     TRANSFEROR: BANK COOP AG ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
IMMO-INVEST-ANSTALT                               AEULEGRABEN 30 TRIESEN  FL-9495 LIECHTENSTEIN
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: CITIBANK, N.A. ATTN: SUSAN MCNAMARA, MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA, 26TH FLOOR NEW YORK NY 10005
LAI BIK CHING                                     MEI FOO SUN CHUEN NO 93 BROADWAY LAI CHI KOK KLN   HONG KONG
LING, CHING SANG & TAN, JOO KIAW                  16 SPEARWOOD PLACE KENMORE HILLS QUEENSLAND  4069 AUSTRALIA
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: AGUILERA MOLINA, RAFAEL ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: BAROS VAZ AMARAL, MARIA LAURA ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: BORSBOOM-LUURDEEG, J.G. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: IMMO-INVEST-ANSTALT ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: PANGERC, SCHELLENBERG & PARTNERS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: PLOUMEN, H.H.E. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: WIBER INVESTMENTS BV ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: WOLFENSBERGER - VAN PAASSEN, B. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LO WAI YIN                                        ROOM 717 CHI TAK HOUSE LUNG TAK COURT STANLEY   HONG KONG
MATLINPATTERSON DISTRESSED OPPORTUNITIES          TRANSFEROR: RAPH POSNER TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P.
   MASTER ACCOUNT, L.P.                           520 MADISON AVENUE, 35TH FLOOR NEW YORK NY 10022-4213
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.          ATTN: JEFF ARNOLD TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR
                                                  LOS ANGELES CA 90071

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:03:09                                              LEHMAN BROTHERS HOLDING INC.                                                        PAGE:   2
DATE: 10/19/11                                                     CREDITOR LISTING

Name                                          Address
OAKTREE OPPORTUNITIES FUND VIII               ATTN: JEFF ARNOLD TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR
 (PARALLEL 2), L.P.                           LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII               ATTN: JEFF ARNOLD TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR
 (PARALLEL), L.P.                             LOS ANGELES CA 90071
PANGERC, SCHELLENBERG & PARTNERS              ASSET MANAGEMENT AG TALACKER 50 ZURICH  8001 SWITZERLAND
PLOUMEN, H.H.E.                               BENZENRADE 37C HEERLEN  6419 PH NETHERLANDS
SILVER POINT CAPITAL FUND, L.P.               DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017
SILVER POINT CAPITAL FUND, L.P.               TRANSFEROR: CREDIT SUISSE SECURITIES(EUROPE) LIMITED C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ
                                              TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, L.P.               TRANSFEROR: CREDIT SUISSE SECURITIES(EUROPE) LIMITED C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ
                                              TWO GREENWICH PLAZA, FIRST FLOOR NEW YORK NY 10017
SILVER POINT CAPITAL OFFSHORE MASTER          DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017
 FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER          TRANSFEROR: CREDIT SUISSE SECURITIES(EUROPE) LIMITED C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ
 FUND, L.P.                                   TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SO SAU MUI VIVIAN                             1/F 3 SAI KUNG RD SAI KUNG KLN  HONG KONG
SO WAI MAN                                    ROOM 3102 31/F BLOCK H OI YUE HOUSE TSZ OI COURT PHASE 3 TSZ WAN SHAN KLN  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHEUNG WAI CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: CHIANG, CAM LING EMMA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: GUO YUJING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LAI BIK CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LING, CHING SANG & TAN, JOO KIAW 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LO WAI YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: SO SAU MUI VIVIAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: SO WAI MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: WANG SUIFAN MAY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: WONG YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
WANG SUIFAN MAY                               UNIT 115/F TOWER A NEW MANDARIN PLAZA NO. 14 SCIENCE MUSEUM ROAD TSIM SHA TSUI KOWLOON  HONG KONG
WATERSTONE MF FUND, LTD.                      ATTN: VINCENT CONLEY TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP 2 CARLSON PARKWAY, SUITE 260
                                              PLYMOUTH MN 55447
WIBER INVESTMENTS BV                          OUDE MAASSTRAAT 12 UDEN  5404 LG NETHERLANDS
WOLFENSBERGER - VAN PAASSEN, B.               W. BANNINGLAAN 9 DRIEBERGEN  3972 DJ NETHERLANDS
WONG YIN                                      FLAT D 16/F BLOCK 19 LAGUNA VERDE NO. 8 LAGUNA VERDE AVENUE HUNG HOM KLN  HONG KONG


Total Number of Records Printed               71


                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```