UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                             :
:
------------------------------------------------------------------x    Ref. Docket Nos. 19586, 20217,
20267, 20904-20906, 20928, 20932,
20933, 20937-20944, 20947-20950,
20952-20954, 20972, 20974

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 20, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
20th day of October, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BARCLAYS BANK PLC
         TRANSFEROR: CREDIT SUISSE (MONACO) SAM
         745 SEVENTH AVENUE
         NEW YORK NY 10019

Please note that your claim # 55817-06 in the above referenced case and in the amount of
       $63,000.00   Unliquidated        has been transferred **(unless previously expunged by court order)**

         THE VARDE FUND IX-A, L.P.
         TRANSFEROR: BARCLAYS BANK PLC
         ATTN: EDWINA P.J. STEFFER
         8500 NORMANDALE LAKE BOULEVARD
         SUITE 1500
         MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 20938     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/20/2011                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 20, 2011.

**EXHIBIT B**

```
TIME: 20:14:36                                              LEHMAN BROTHERS HOLDING INC.                                                PAGE:    1
DATE: 10/20/11                                                   CREDITOR LISTING

Name                                              Address
BARCLAYS BANK PLC                                 TRANSFEROR: CREDIT SUISSE (MONACO) SAM 745 SEVENTH AVENUE NEW YORK NY 10019
CITIBANK SINGAPORE LIMITED                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019-6064
CITIBANK SINGAPORE LIMITED                        ATTN: KH SUBRANANIAM 40A ORCHARD ROAD, 4TH FLOOR MACDONALD HOUSE, NRI BUSINESS CENTRE 238838 SINGAPORE
CREDIT SUISSE (MONACO) SAM                        ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (MONACO) SAM                        RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (MONACO) SAM                        CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CVI GVF (LUX) MASTER S.A.R.L.                     ATTN: DAVID SHORT TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD. KNOWLE HILL PARK, FAIRMILE LANE
                                                  COBHAM, SURREY KT11 2PD ENGLAND
DELBRUCK BETHMANN MAFFEI AG                       TRANSFEROR: KUHLMANN, ULRICH BETHMANNSTRABE 7-9 60311 AM MAIN FRANKFURT GERMANY
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CORPORATE CREDIT (EUROPE) S.A. ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DIVERSIFIED FINANCIALS EUROPE S.A. ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: EUROPEAN CREDIT (LUXEMBOURG) S.A. ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: FUNDAMENTAL EUROPEAN VALUE S. A. ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SERENGETI OPPORTUNITIES MM LP C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON ST 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON ST 36TH FL JERSEY CITY NJ 07302
ILLIQUIDX LTD                                     TRANSFEROR: BANK COOP AG ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
KUHLMANN, ULRICH                                  BARON-VOGHT-STRASSE 107 HAMBURG 22607 GERMANY
LAM LAI CHING                                     14/F 10A BROADWAY MEI FOO SUN CHUEN LAI CHI KOK KLN HONG KONG
LIU WEI                                           27H PO ON MANSION TAIKOO SHING QUARRY BAY HONG KONG
LO BICK WAN SHIRAN                                NO.54 & 56 SECTION D1 FAIRVIEW PARK YUEN LONG, NT HONG KONG
MIZUHO INVESTORS SECURITIES CO., LTD              STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN 180 MAIDEN LANE NEW YORK NY 10038
MIZUHO INVESTORS SECURITIES CO., LTD              LEGAL DEPARTMENT ATTN: KEN HASHIMOTO 2-10-30, NIHONBASHI KAKIGARA-CHO, CHUO-KU TOKYO 103-8658 JAPAN
NG MEI LING MAY                                   FLAT E 17/F TOWER 3 HARBOUR GREEN 8 SHAM MONG ROAD TAI KOK TSUI, KLN HONG KONG
ROYAL BANK OF CANADA (CHANNEL ISLANDS)            ATTN: LEON JOURNEAUX TRANSFEROR: CITIBANK SINGAPORE LIMITED 19-21 BROAD STREET ST. HELIER, JERSEY JE1 8PB CHANNEL ISLANDS
LIMITED
SERENGETI OPPORTUNITIES MM LP                     TRANSFEROR: SERENGETI RAPAX MM L.P. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: SHAKER CHOUDHURY
                                                  632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP               TRANSFEROR: SERENGETI RAPAX MM L.P. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: SHAKER CHOUDHURY
                                                  632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: NG MEI LING MAY 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               ATTN: LAWRENCE CHEONS TRANSFEROR: TONG, SUI KWAN ESTELA 17/F, STANDARD CHARTERED BUILDING 4-4A DES VOEUX RD CENTRAL HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LAM LAI CHING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LIU WEI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: LO BICK WAN SHIRAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: YIP LAI PING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
LIMITED
THE VARDE FUND IX, L.P.                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX, L.P.                           TRANSFEROR: BARCLAYS BANK PLC ATTN: P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                         TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                         TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER) L.P.                    TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
TONG, SUI KWAN ESTELA                             PO BOX 60373 TSAT TSZ MUI POST OFFICE NORTH POINT HONG KONG


                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 20:14:36                          LEHMAN BROTHERS HOLDING INC.
DATE: 10/20/11                              CREDITOR LISTING                                    PAGE:  2

Name                              Address
USB AG, LONDON BRANCH             TRANSFEROR: MIZUHO INVESTORS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIA MIYAZAWA (TOKYO OFFICE) 1 FINSBURY AVENUE
                                  LONDON  EC2M 2PP ENGLAND
VARDE INVESTMENT PARTNERS (OFFSHORE)  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
YIP LAI PING                      FLT 38B BLK 1 NAN FUNG PLAZA TSEUNG KWAN O, KLN   HONG KONG


Total Number of Records Printed    44
```

EPIQ BANKRUPTCY SOLUTIONS, LLC