**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                             :

In re                             :       **Chapter 11 Case No.**
                                             :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**
                                             :      **(Jointly Administered)**
         **Debtors.**                   :
                                             :      **Ref. Docket Nos. 21009-21012,**
-------------------------------------------------------------------------x    **21014 - 21027**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 19, 2011, I caused to be served the:

    a. "Notice of Adjournment of Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension Claims) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21009], (the "110th Omni NOA")

    b. "Notice of Adjournment of Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21010], (the "111th Omni NOA"),

    c. "Notice of Adjournment of Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21011], (the "117th Omni NOA"),

    d. "Notice of Adjournment of Debtors' One Hundred Twenty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as an Equity Interest) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21012], (the "121st Omni NOA"),

    e. "Notice of Adjournment of Debtors' One Hundred Thirtieth Omnibus Objection to Claims (to Reclassify Proofs of Claim as an Equity Interest) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21014], (the "130th Omni NOA"),

f.   "Notice of Adjournment of Debtors' One Hundred Thirty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as an Equity Interest) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21015], (the "131st Omni NOA"),

g.   "Notice of Adjournment of Debtors' One Hundred Thirty-Third Omnibus Objection to Claims (to Reclassify Proofs of Claim as an Equity Interest) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21016], (the "133rd Omni NOA"),

h.   "Notice of Adjournment of Debtors' One Hundred Thirty-Fourth Omnibus Objection to Claims (to Reclassify Proofs of Claim as an Equity Interest) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21017], (the "134th Omni NOA"),

i.   "Notice of Adjournment of Debtors' One Hundred Thirty-Fifth Omnibus Objection to Claims (to Reclassify Proofs of Claim as an Equity Interest) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21018], (the "135th Omni NOA"),

j.   "Notice of Adjournment of Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21019], (the "136th Omni NOA"),

k.   "Notice of Adjournment of Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21020], (the "173rd Omni NOA"),

l.   "Notice of Adjournment of Debtors' One Hundred Seventy-Fourth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21021], (the "174th Omni NOA"),

m.   "Notice of Adjournment of Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims (No Liability Pension Claims) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21022], (the "175th Omni NOA")

n.   "Notice of Adjournment of Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21023], (the "176th Omni NOA"),

o.   "Notice of Adjournment of Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21024], (the "177th Omni NOA"),

p.   "Notice of Adjournment of Debtors' One Hundred Seventy-Eighth Omnibus Objection to Claims (Misclassified Claims) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21025], (the "178th Omni NOA"),

q.   "Notice of Adjournment of Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21026], (the "185th Omni NOA"), and

-2-

r.   "Notice of Adjournment of Debtors' Two Hundred Fifth Omnibus Objection to Claims (Insufficient Documentation Claims) Solely as to Certain Claims," dated October 19, 2011 [Docket No. 21027], (the "205th Omni NOA"),

by causing true and correct copies of the:

i.   110th Omni NOA, 111th Omni NOA, 117th Omni NOA, 121st Omni NOA, 130th Omni NOA, 131st Omni NOA, 133rd Omni NOA, 134th Omni NOA,  135th Omni NOA, 136th Omni NOA, 173rd Omni NOA, 174th Omni NOA, 175th Omni NOA, 176th Omni NOA, 177th Omni NOA, 178th Omni NOA, 185th Omni NOA & 205th Omni NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.   110th Omni NOA, 111th Omni NOA, 117th Omni NOA, 121st Omni NOA, 130th Omni NOA, 131st Omni NOA, 133rd Omni NOA, 134th Omni NOA,  135th Omni NOA, 136th Omni NOA, 173rd Omni NOA, 174th Omni NOA, 175th Omni NOA, 176th Omni NOA, 177th Omni NOA, 178th Omni NOA, 185th Omni NOA & 205th Omni NOA, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>,

iii.   110th Omni NOA, 111th Omni NOA, 117th Omni NOA, 121st Omni NOA, 130th Omni NOA, 131st Omni NOA, 133rd Omni NOA, 134th Omni NOA,  135th Omni NOA, 136th Omni NOA, 173rd Omni NOA, 174th Omni NOA, 175th Omni NOA, 176th Omni NOA, 177th Omni NOA, 178th Omni NOA, 185th Omni NOA & 205th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed on the annexed <u>Exhibit C</u>,

iv.   110th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

v.   111th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>,

vi.   117th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>,

vii.   121st Omni NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit G</u>,

viii.   130th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.   131st Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>,

x.   133rd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.     134th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit K,

xii.    135th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit L,

xiii.   136th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit M,

xiv.    173rd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit N,

xv.     174th Omni NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit O,

xvi.    175th Omni NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit P,

xvii.   176th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit Q,

xviii.  177th Omni NOA, , to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit R,

xix.    178th Omni NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit S,

xx.     185th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit T, and

xxi.    205th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit U.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Kossivas
Pete Caris

Sworn to before me this
24th day of October, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

**_Email Addresses_**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com

cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com

drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com

gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com

jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com

jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbi@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com

lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com

MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com

psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com

sagrawal@susmangodfrey.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com

tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
| --- | --- |
| GATTUSO, MARGARET E. | 101 WARREN STREET APT 1120 NEW YORK NY 10007 |
| LILL,EDWARD J. | 415 L'AMBIANCE DRIVE UNIT 404 LONGBOAT KEY FL 34228 |
| LOCKE, RICHARD S. | 145 HAWTHORNE AVENUE LARKSPUR CA 94939 |
| PHILLIPS, DORIS M | 374 HAMILTON ROAD RIDGEWOOD NJ 07450 |

**Total Creditor count  4**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BANCO INTERIOR DE S.A., THROUGH ALCICDES ROBERTO | DE OLIVEIRA CHAVES, AS LIQUIDATOR OF BANCO INTERIOR DE SAO PAOLO, S.A RUA MAJOR EMIDIO DE CASTRO STREET, NUMBER 74 SAO JOSE DO RIO PRETO SP 15014-420 BRAZIL |
| BANCO INTERIOR DE S.A., THROUGH ALCICDES ROBERTO | DE OLIVEIRA CHAVES, EDWARD DAVIS, ARNOLDO LACAYO, ASTIGARRAGA DAVIS 701BRICKWELL AVENUE, 16TH FLOOR MIAMI FL 33131 |
| CERADYNE, INC. | C/O SILVERMANACAMPORA LLP 100 JERICHO QUADRANGLE, SUITE 300 ATTN: JAY S. HELLMAN JERICHO NY 11753 |
| ESSEX EQUITY HOLDINGS USA, LLC | ATTN: MICHAEL S. KIM KOBRE & KIM LLP 800 THIRD AVENUE NEW YORK NY 10022 |
| MOORE, CHARLES E. | SCOTT R. LOVERNICK, ESQ. SCHWARTZ & CERA, LLP 44 MONTGOMERY STREET, SUITE 3850 SAN FRANCISCO CA 94104 |
| US AIRWAYS, INC. | C/O STEPTOE & JOHNSON LLP ATTN: STEVEN DAVIDSON ESQ & EMILY NESTLER ESQ 1330 CONNECTICUT AVENUE, NW WASHINGTON DC 20036 |
| US AIRWAYS, INC. | C/O STEPTOE & JOHNSON LLP ATTN: KATHERINE C PIPER ESQ 2121 AVENUE OF THE STARS, STE 2800 LOS ANGELES CA 90067 |
| WESTERN DIGITAL CORP. | C/O SILVERMANACAMPORA LLP 100 JERICHO QUADRANGLE, SUITE 300 ATTN: JAY S HELLMAN JERICHO NY 11753 |

**Total Creditor count  8**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ABERNATHY, GREGG | 2515 GOUGH ST SAN FRANCISCO CA 94123-5012 |
| ADAIR, JOHN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ADDINGTON, ERIK R. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| AGRAWAL, SHASHANK | 205 HUDSON STREET 511 HOBOKEN NJ 07030 |
| ANTONELLI, CHRISTOPHER G. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BALLENTINE, JAMES M., III | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BARICEVIC, JOANNA M. | 238 N RAILROAD AVE STATEN ISLAND NY 10304 |
| BARONE, HEATHER | 2406 SW 15TH STREET DEERFIELD BEACH FL 33442 |
| BEST, BARBARA J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BHATTAL, JASJIT S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BOBB, JANICE | 313 PLYMOUTH ROAD NORTH BRUNSWICK NJ 08902 |
| BRAMHAM, SHAUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BRAUN, KONSTANTIN | 26 WINTERBOTTOM LN POUND RIDGE NY 10576 |
| BUSH, JAMES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CAROL, CLAYTON | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHAN, KENT | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHETTY, NOEL ROYAPPAN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHIN, RUSSELL | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHO, KUNHO | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CONNORS, WILLIAM F. | 105 DUANE STREET APT 38C TRIBECA TOWER NEW YORK NY 10007 |
| CORSALINI, ENRICO J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DEXTER, DARRIN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DOE, JOCELYN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DORFMAN, DAVID A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FELDKAMP, GEOFFREY F | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FIG LLC | TRANSFEROR: WAIT, JARETT 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| FLANAGAN, CHRISTOPHER | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FUCHS, BENJAMIN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GABBAY, MARK | HOUSE 11 51-55 DEEP WATER BAY ROAD HONG KONG |
| GABBAY, MARK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GENNA, MICHAEL | 482 ATLANTIC AVE MASSAPEQUA PARK NY 11762 |

| Claim Name | Address Information |
|---|---|
| GLAVAN, JEFFREY L. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GOULD, JAMES P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GREENWALD, ANDREW J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HAR-EVEN, ITAMAR | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HOWE, CHRISTIAN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUANG, KANGLIN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUGO-LANCELOT ROBERT GABRIEL MARTY | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUNT, ROBIN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HURLEY, JEFFREY D. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| IMPERATO, JASON | 148 WEAVER STREET GREENWICH CT 06831 |
| JOTWANI, TARUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KAYE, PATRICK J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KEAY, STEPHANIE | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KOLLYDAS, PETER | 28 COLERIDGE DR MARLBORO NJ 07746 |
| KOLLYDAS, PETER G. | 28 COLERIDGE DRIVE MARLBORO NJ 07746 |
| KONHEIM, SETH L. | 10 LYNDALE PARK WESTPORT CT 06880 |
| LAIBLE, ROBERT K. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LAX, STEPHEN | 324 AUTUMN HILL DRIVE MORGANVILLE NJ 07751-2043 |
| LUCOCQ, SIMON B. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MCCULLY, MICHAEL K. | 340 EAST 23RD STREET APARTMENT 5M NEW YORK NY 10010-4747 |
| MCGARRY, PATRICK J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MILLEA, TIMOTHY E. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MORRIS, JASON P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MURRAY, THOMSON C JR. | 220 CLEFT ROAD MILL NECK NY 11765-1001 |
| NEWHOUSE, MICHELLE M. | 420 EAST 54TH STREET APT 11C NEW YORK NY 10022-5151 |
| O'CONNOR, BRIAN M. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| OH, MIRIAM Y. | 76 GLEN DRIVE NEW CANAAN CT 06840 |
| PAPADAKIS, SPYROS N. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PEARSON, THOMAS M. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PIASIO, WAYNE RICHARD | SUITE 259 28 OLD BROMPTON ROAD LONDON SW7 355 UNITED KINGDOM |
| QUISMORIO, JAMES P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO |

| Claim Name | Address Information |
|---|---|
| QUISMORIO, JAMES P. | 107-6029 JAPAN |
| RASNER, TIMOTHY D. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ROPNER, HENRY | 14 DUNCANNON 26 LINDSAY SQUARE LONDON SW1V 2HT UNITED KINGDOM |
| RUBIN, CHARLES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| RUBINSTEIN, MARC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SANTORO,VITO | 130 AREGOOD LANE ISLAMORADA FL 33036 |
| SCHIFFMAN, GLENN H. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SCHREIBER, RUSSELL | FLAT 5 CADOGAN COURT GARDENS 1 D'OYLEY STREET LONDON SW1X 9AQ UNITED KINGDOM |
| SCOTT, ERIC A. | 48A GREEN ST MEDFIELD MA 02052 |
| SHAH, NIRAJ | 107 WEST PASSAIC AVENUE BLOOMFIELD NJ 07003 |
| SIEGMUND, THOMAS | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SKOLNICK, FRED J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SOWINSKI, JOHN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| STEIN, JEFFREY A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| TOLCHINSKY, ANDREA | 119 CHESTNUT HILL ROAD WILTON CT 06897 |
| TSEKOV, GEORGI I. | 213 S. SCOTCH PLAINS AVE WESTFIELD NJ 07090 |
| TUNG, SHARON W. | TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| TWITCHELL, DARYL M. | 11 SILVER RIDGE ROAD NEW CANAAN CT 06840 |
| UMLAUF, ERIK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VAISH, PANKAJ | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VULAKH, NATALIE SAVIC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WARDELL, JEFFERY K. | 2255 BUSH STREET # 1 SAN FRANCISCO CA 94115 |
| WEISS, AARON J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WENDEL, CHRISTOPHER | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WHEELER, KEITH | 13 PALOMINO CIRCLE NOVATO CA 94947 |
| YEE, JACK S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| YUHN, PHIL | 83 MCKINLEY AVE APT A3-1 WHITE PLAINS NY 10606 |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO MI 20095 ITALY |
| ZOLAD, BRYAN C. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

Total Creditor count  91

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |

**Total Creditor count  1**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| ADLER, JENNIFER S. | 166 EAST 61ST STREET # 17G NEW YORK NY 10065 |
| BECKER, JENNIFER | 611 BUCHANAN BLVD RED BANK NJ 07701 |
| BROADBENT, WILLIAM S | 75 PECKSLAND ROAD GREENWICH CT 06831-3647 |
| DAS, NACHIKETA | 301 EAST 69TH STREET APARTMENT 19B NEW YORK NY 10021 |
| DUFOURNIER, PHILIPPE | 5 MOORHOUSE ROAD LONDON W25DH UNITED KINGDOM |
| FRASER-JENKINS,INIGO L | 10 WYNDHAM STREET 33 PADDINGTON STREET LONDON W1H 1DB UNITED KINGDOM |
| HOAR, NICK JOHN | 48A WINCHESTER STREET LONDON SW1V 4NF UNITED KINGDOM |
| KETTLER, R. KYLE | 154 PLANTATION HOUSTON TX 77024 |
| LAWRENCE, NICOLE S. | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LENG, MANHUA | 391 CLINTON STREET, APT 1A BROOKLYN NY 11231 |
| LEVY, STEWART F. | 420 EAST 72ND STREET APT. # 20E NEW YORK NY 10021 |
| MARCUS, LISA | 131 DEVRIESE COURT TENAFLY NJ 07670 |
| MISCHLER, VINCENT | 48 THURLEIGH ROAD LONDON SW12 8UD UNITED KINGDOM |
| O'MARA, MICHAEL J. | 10 HURST VIEW ROAD SURREY SOUTH CROYDON CR2 7AG UNITED KINGDOM |
| PORTER, BARRY | 22 DOVE PARK CHORLEY WOOD WD3 5NY UNITED KINGDOM |
| WALKER, MATTHEW | 30 DUNSTAN ROAD LONDON UNITED KINGDOM |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |

**Total Creditor count  17**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| BOGERT, LISA R | 13311 LOST CREEK RD. TOMBALL TX 77375 |
| CARANGO, ANTHONY T. | #601 HILLVIEW 21-23 MACDONNELL ROAD MIDLEVELS HONG KONG |
| CREMIN, PATRICK G. | 12 LAUDERDALE MANSIONS LAUDERDALE ROAD MAIDA VALE LONDON W91NE UNITED KINGDOM |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| GATTUSO, MARGARET E. | 101 WARREN STREET APT 1120 NEW YORK NY 10007 |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| LUDWIG, LINDA | 15 BELVEDERE DRIVE LIVINGSTON NJ 07039 |
| LUDWIG, LINDA | ARNOLD LUDWIG 26 COURT STREET, SUITE 400 BROOKLYN NY 11242 |
| MARSHALL, NIKKI A. | 12 THOMAS ROAD WESTPORT CT 06880 |
| MENZIES, FIONA M. | 4 MILLHURST MEWS SHEERING ROAD OLD HARLOW ESSEX CM17 0GY UNITED KINGDOM |
| MEYER, JAMES P. | 1530 N DEARBORN #14N CHICAGO IL 60610 |
| NEDEV, BORIS | 4TH FLOOR FLAT 59 COURTFIELD GARDENS LONDON SW5 ONF UNITED KINGDOM |
| TESCHNER, STEFAN | BAHNHOFSALLEE 2 BAD NAUHEIM 61231 GERMANY |
| WHAMOND, CHRISTIAN | 35 MIDBROOK LANE OLD GREENWICH CT 06870 |
| WILSON, ROBERT W. | 37 UPLAND ROAD ESSEX BILLERICAY CM120JP UNITED KINGDOM |

**Total Creditor count  16**

**EXHIBIT J**

| Claim Name | Address Information |
| --- | --- |
| BARDEHLE, CHRISTIAN | VOLTASTRASSE 70 FRANKFURT 60486 GERMANY |
| FALLTRICK, BARRY J | 51 COUNTY PLACE ESSEX CHELMSFORD CM2 0RF UNITED KINGDOM |
| JUDD, IAN | HOLLY HEDGE ST JOHNS HILL ROAD ST JOHNS SURREY WOKING GU21 7RG UNITED KINGDOM |
| LATIFA, DEBBARH | FLAT 20 41 MILLHARBOUR LONDON E14 9NA UNITED KINGDOM |

**Total Creditor count  4**

**EXHIBIT K**

| Claim Name | Address Information |
| --- | --- |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| VELEBA, MILAN | FLAT 13 / CAPSTAN COURT 24 WAPPING WALL LONDON E1W 3SE UNITED KINGDOM |

**Total Creditor count  2**

**EXHIBIT L**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DAY, GEMMA | 61A KENTISH TOWN ROAD LONDON NW1 8RX UNITED KINGDOM |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON STE 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| SCHUSTER, CHRISTIANE | FLAT 5 25 ELVASTON PLACE LONDON SW7 5NL UNITED KINGDOM |

**Total Creditor count  5**

**EXHIBIT M**

| Claim Name | Address Information |
| --- | --- |
| ARROWOOD INDEMNITY COMPANY | F/K/A ROYAL INDEMNITY COMPANY CARRUTHERS & ROTH, P.A., C/O JOHN FLYNN 235 N. EDGEWORTH STREET GREENSBORO NC 27401 |
| COTTEN, TIMOTHY A., ET AL. | 9543 NORTH SIDE DRIVE OWINGS MD 20736 |
| DEPOSITORY TRUST CLEARING CORPORATION | AND RELATED ENTITIES SHELDON I. HISHON, ESQ. PROSKAUER ROSE LLP 1585 BROADWAY NEW YORK NY 10036 |
| DEPOSITORY TRUST CLEARING CORPORATION | AND RELATED ENTITIES 55 WATER STREET, 22ND FLOOR NEW YORK NY 10041 |
| DIAMONDBACK MASTER FUND LTD | C/O DIAMONDBACK ADVISORS CT, LLC ATTN: J.R. LEDERER ONE LANDMARK SQUARE STAMFORD CT 06901 |
| DIAMONDBACK MASTER FUND LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LMA SPC ON BEHALF OF MAP I | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LMA SPC ON BEHALF OF MAP I | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| OLIVANT INVESTMENTS SWITZERLAND S.A. | C/O O'MELVENY & MEYERS LLP ATTN: SUZZANE UHLAND TWO EMBARCADERO CENTER, 28TH FLOOR SAN FRANCISCO CA 94111-3823 |
| PJM INTERCONNECTION, LLC | SCHNADER HARRISON SEGAL & LEWIS LLP C/O NICHOLAS J. LEPORE, III 1600 MARKET STREET, SUITE 3600 PHILADELPHIA PA 19103 |
| PSEG ENERGY RESOURCES & TRADE LLC | ATTN: SUZANNE M. KLAR, ESQ. 80 PARK PLAZA, T5D NEWARK NJ 07101 |
| STADT SCHWAEBISCH HALL | ATTN: MR. UWE GOETZELMANN AM MARKT 4 SCHWAEBISCH HALL DE-74523 GERMANY |
| TRONOX INCORPORATED ET AL. | ATTN: MICHAEL J. FOSTER, VICE PRESIDENT 3301 NM 150 ST ORKLAHOMA CITY OK 73134-2009 |
| TROUT, ROGER | C/O SENDER & WASSERMAN, P. C. ATTN: KENNETH J. BUECHLER, ESQ. 1660 LINCOLN STREET, SUITE 2200 DENVER CO 80264 |
| XANADU MEZZ HOLDINGS LLC | ATTN: YON CHO AND JOHN RANDALL 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| XANADU MEZZ HOLDINGS LLC | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor count  16**

**EXHIBIT N**

| Claim Name | Address Information |
|---|---|
| BARR, EDWIN C. | PO BOX 423 HADDONFIELD NJ 08033 |
| CANDILLIER, JOHN | 63 CHIPSTEAD STREET LONDON SW6 35R UNITED KINGDOM |
| COLLINS, MICHAEL | 19 BURR RD HULL MA 02045-3205 |
| DYBECK, DONALD | 50 NANTUCKET PORT TOWNSEND WA 98368 |
| DYBECK, DONALD C. | 50 NANTUCKET PORT TOWNSEND WA 98368 |
| ESTATE OF PETER H. VANDENBERG | ATTN: NANCY T. VANDENBERG, BENEFICIARY 5835 N. SHORE DRIVE MILWAUKEE WI 53217 |
| FINDER, EDMUND | 120 QUAYSIDE DRIVE JUPITER FL 33477 |
| FORFIA, ROBERT | 136 DAY COURT MAHWAH NJ 07430 |
| FORSTER, DENNIS E | 5352 2B CALLE REAL SANTA BARBARA CA 93111-1688 |
| FRITTS, DONALD N. | 7885 LANDOWNE DR ATLANTA GA 30350 |
| GABELMAN, RICK L | 1228 EVERGREEN DR LINCOLN NE 68510 |
| GARDNER, JAMES | 6714 NORTH OCEAN BLVD OCEAN RIDGE FL 33435 |
| HEIN, MARK W. | 1944 LEVINE LANE CLEARWATER FL 33760 |
| HLAVEK, RUDOLPH | PO BOX 2086 WINTER PARK FL 32790 |
| HOLT, GERALD | 11313 E. SAN RAPHAEL DRIVEWAY SAN DIEGO CA 92130 |
| JOSEPH, WILLIAM | 241 CENTRAL PARK W APT 13G NEW YORK NY 10024-4567 |
| KUYKENDALL, CHARLES L | 6573 EAGLE RIDGE DRIVE BETTENDORF IA 52722 |
| MAHONCHAK, JOHN | 198 BREWSTER ROAD WYCKOFF NJ 07481 |
| MAJOR JR., CHARLES E | 1232 GLASGOW BATON ROUGE LA 70808 |
| MC GUINN, EDWIN JR. | 20 COBB ISLAND DR. GREENWICH CT 06830 |
| MORRISON, ROBERT D. | 905 HOLIDAY C.T.S SALEM OR 97302 |
| MOUNTFORD, ROBERT C | AMITY FARM 314 GOAT HILL RD. LAMBERTVILLE NJ 08530 |
| RUBIN, ALLAN | 429 EAST 80TH STREET NEW YORK NY 10021 |
| SMITH, WILLIAM C | 1110 WHEATFIELD CT. CENTERVILLE OH 45458 |
| SPRING, BURKHARD R | 8 WINTERGREEN DR WEST MELVILLE NY 11747-1808 |
| STANTON, EDWARD III | 1220 HAROLD STREET HOUSTON TX 77006 |
| STIPO, MICHAEL | 31 SHORE DRIVE WEST COPIAGUE NY 11726 |
| WAGNER, WILLIAM A | 5555 ANNAMARIE COURT CINCINNATI OH 45247 |
| WHALEN, JOHN A | 300 OAKWOOD DR HAMILTON OH 45013 |

**Total Creditor count  29**

**EXHIBIT O**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| TAKANO, NAO | 8080 S. SAN JUAN RANGE RD. LITTLETON CO 80127 |

**Total Creditor count  1**

**EXHIBIT P**

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| TAKANO, NAO | 8080 S. SAN JUAN RANGE RD. LITTLETON CO 80127 |

<br>

**Total Creditor count  1**

**EXHIBIT Q**

| Claim Name | Address Information |
|------------|---------------------|
| CALHOUN, JOHN W. III | 532 PEACHTREE BATTLE AVE, NW ATLANTA GA 30305 |
| CALLIES, GUILLEMETTE | 16 BIS, RUE SOYER NEUILLY-SUR-SEINE F92200 FRANCE |
| COHEN, DARIAN J. | 5035 WAGNER WAY OAK PARK CA 91377 |
| FORTUNE, JANICE K | 4500 PARK COURT BELLAIRE TX 77401 |
| JACOBSON, LARS P. | 909 15TH ST. HERMOSA BEACH CA 90254 |
| LIOTTI, FABIO | 74 YORK MANSIONS PRINCE OF WALES DRIVE LONDON SW11 4BW UNITED KINGDOM |
| MARCUS, LISA | 131 DEVRIESE COURT TENAFLY NJ 07670 |
| MARCUS, LISA | STEVEN ABRAMOWITZ VINSON & ELKINS LLP 666 5TH AVE. NEW YORK NY 10103 |
| MCCOOEY, KEVIN C. | 315 EAST 68TH STREET APT 8T NEW YORK NY 10021 |
| PLASKETT, RODNEY A. | 40 BIRCHWOOD LANE HARTSDALE NY 10530 |
| SAKS, ROGER | 64 TWIN BROOKS RD SADDLE RIVER NJ 07458 |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| TUIL, LAURENT | FLAT 4 FORDIE HOUSE 82 SLOANE STREET LONDON SW1X 9PA UNITED KINGDOM |
| WARDELL, JEFFERY K. | 2255 BUSH STREET #1 SAN FRANCISCO CA 94115 |

**Total Creditor count  14**

**EXHIBIT R**

| Claim Name | Address Information |
|---|---|
| BUTLER-MCLAUGHLIN, CECELIA E. | 2 LANGDON ROAD CARLE PLACE NY 11514 |
| CARPENTER, THERESA J. | 72 NORTH STATE ROAD # 170 BRIARCLIFF MANOR NY 10510 |
| CRAMER, REBEKAH W. | 2670 MANOR PL ELLENWOOD GA 30294-2544 |
| FRIEDMAN, STEPHEN J. | 857 FIFTH AVENUE NEW YORK NY 10065 |
| HAYKIN, DANIEL S. | 16234 E PRENTICE PL CENTENNIAL CO 80015-4174 |
| RIESSEN, NATALIE S. | 205 EAST 59TH STREET, #19A NEW YORK NY 10022 |
| ROBSON-CANTY, GERALDINE D. | 61 BEECHWOOD TERRACE YONKERS NY 10705 |
| SPITAL, SAUL H. | 10 JEANINE COURT MANALAPAN NJ 07226 |
| SPITAL, SAUL H. | 10 JEANINE COURT MANALAPAN NJ 07726 |

**Total Creditor count  9**

# EXHIBIT S

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DOUGLAS,DOROTHEA | 177-11 136TH AVE APT PH JAMAICA NY 11434-4013 |

**Total Creditor count  1**

**EXHIBIT T**

| Claim Name | Address Information |
|---|---|
| BOUGHRUM, DONALD J. | 247 MONMOUTH AVE NAVESINK NJ 07752-0808 |
| KRIEGER, KAREN M. SIMON | 19 MARSHALL COURT GREAT NECK NY 11021 |
| LISTER, JAMES G. | 4 MAYFAIR ROAD ST. LOUIS MO 63124 |
| MONAHAN, BRIAN W. | (LISTED IN ADDITIONAL NOTICING ADDRESS) |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| NAHUM, ANTHONY | 56 NORTH GATE PRINCE ALBERT ROAD LONDON NW8 7EH UNITED KINGDOM |
| O'SULLIVAN, THOMAS J. | 336 NASSAU AVE MANHASSET NY 11030 |
| SERAYDAR, ROSE MRS | 525 NEPTUNE AVE. APT 22B BROOKLYN NY 11224-4020 |
| SHEFFER, SCOTT T. | 601 LONGCHAMPS DRIVE DEVON PA 19333 |
| SHI, ZHIYONG | 9 ROSS AVE CHESTNUTRIDGE NY 10977 |

**Total Creditor count  10**

**EXHIBIT U**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CORNEJO, EMIL | 420 EAST 58TH STREET NEW YORK NY 10022 |
| DUNN, JOHN J. | 232 PARK AVE HUNTINGTON NY 11743-2703 |
| HOULIHAN, BRENNA A. | 546 LOCUST ST MOUNT VERNON NY 10552-2607 |
| VASQUEZ, JUAN | 76 VESEY ST NEWARK NJ 07105-1023 |

**Total Creditor count  4**