UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re                                           :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :
                                                :    Case No.: 08-13555 (JMP)
         Debtors.                               :
                                                :    (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF PARTIAL TRANSFER OF CLAIM
OTHER THAN FOR SECURITY PURSUANT TO FRBP RULE 3001(e)(2)**

1.  TO:  Taifook Securities Company Limited
         25/F New World Tower 1
         16-18 Queen's Road
         Central Hong Kong
         Attn: Poon Sunny Pak Hin

2.  Please take notice that $640,000.00 of your claim against Lehman Brothers Holdings Inc., identified by XS0384596515 arising from and relating to Proof of Claim No. 43045 (attached as <u>Exhibit A</u> hereto), has been transferred to:

    Silver Point Capital Offshore Master Fund, L.P. ("<u>Transferee</u>")
    c/o Silver Point Capital, L.P.
    Two Greenwich Plaza, First Floor
    Greenwich, CT  06830
    Attn: Brian Jarmain

    An executed "Evidence of Transfer of Claim" is attached as <u>Exhibit B</u> hereto. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the above address, with a copy to:

    Davis Polk & Wardwell LLP ("<u>Davis Polk</u>")
    450 Lexington Avenue
    New York, NY 10017-3904
    Fax: 212-701-5800
    Attn: Eric Ruiz

3.  No action is required <u>if you do not object</u> to the partial transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 21 DAYS** **OF THE DATE OF MAILING OF THIS NOTICE, YOU MUST**:

-- **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

> United States Bankruptcy Court
> Southern District of New York
> Attn: Clerk of Court
> Alexander Hamilton Custom House
> One Bowling Green
> New York, NY 10004-1408

-- **SEND YOUR OBJECTION TO THE TRANSFEREE WITH A COPY TO DAVIS POLK.**

-- Refer to **INTERNAL CONTROL NO. XS0384596515** in your objection and any further correspondence related to this transfer.

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING FOR THE TRANSFERRED PORTION OF THE CLAIM.**

CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the Transferor, by first class mail, postage prepaid on _____, 2011.

INTERNAL CONTROL NO. XS0384596515

Copy: (check) Claims Agent___ Transferee___ Debtors' Attorney___

Clerk of the Court

# **EXHIBIT A**

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000043045 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>TAIFOOK SECURITIES COMPANY LIMITED<br>25/F, NEW WORLD TOWER,<br>16-18 QUEEN'S ROAD, CENTRAL, HONG KONG.<br>ATTN: CONNIE KWAN / CHARLES CHIANG,<br>852-28484330    ckwan@taifook.com<br>Telephone number: 28012512/ Email Address: chchiang@taifook.com | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br>PAYABLE TO "TAIFOOK SECURITIES COMPANY LIMITED"<br><br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ USD 800,000 0% _____ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0384596515 _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: 6018410

(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: EUROCLEAR NUMBER 94686 IN NAME OF HONG KONG BANK - HSBC NOMINEES HK LTD.
(Required) SUB A/C NO. 500-113089 SUB A/C TAIFOOK SECURITIES CO. LTD

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br><br>OCT 2 1 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br>19 OCT 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>For and on behalf of<br>TAIFOOK SECURITIES COMPANY LIMITED | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

大福證券有限公司

# **EXHIBIT B**

Silver Point Capital
Two Greenwich Plaza
Greenwich, CT 06830
Tel: 203-542-4000
Fax: 203-542-4100

October 19, 2009

Mr. Sunny Poon

IB Fund SPC for the account of IB Global Strategies Fund Segregated Portfolio

25/F New World Tower 1

16-18 Queens Road

Central Hong Kong

Dear Mr. Poon:

The purpose of this letter is to confirm that Silver Point Capital (the "Buyer") will purchase the following Lehman debt instruments (the "Transferred Rights") from Taifook Securities Company Limited on behalf of IB Fund SPC with effect on 19th October 2009 for the account of IB Global Strategies Fund Segregated Portfolio (the "Seller") and both parties agreed the following terms and conditions:

1) Issue of AUD 1,000,000 Index Linked Notes due July 11, 2011 (ISIN XS0374132594) at a Purchase Rate of 15.50% for a Purchase Price of $155,000. The Purchase Price will be paid in AUD.

2) Issue of USD 800,000 Fund Linked Notes due September 3, 2010 (ISIN XS0384596515) at a Purchase Rate of 15.50% for a Purchase Price of $124,000. The Purchase Price will be paid in USD.

3) The Seller represents and warrants to the Buyer as of the date of this letter agreement (the "Agreement") that (i) a proof of claim in connection with the Transferred Rights (the "Proof of Claim") has been or will be duly and timely filed by the Seller in the Lehman Brothers Holdings Inc. bankruptcy case (the "Bankruptcy Proceeding") prior to any applicable bar date which may have been established in the Bankruptcy Proceeding for filing such proofs of claim in the amount of not less than AUD $1,000,000 and USD $800,000; (ii) to the best of the Seller's knowledge all statements in the Proof of Claim are or will be true and correct as of the date hereof and the date of transfer and the Seller reasonably believes that the Proof of Claim has not been and will not be revoked, withdrawn, amended or modified; and (iii) to the best of the Seller's knowledge, the

Silver Point Capital
Two Greenwich Plaza
Greenwich, CT 06830
Tel: 203-542-4000
Fax: 203-542-4100

Seller has not received any written notice that the Proof of Claim is void or voidable or subject to any impairment.

4) The Seller agrees to use its best endeavors to complete the filing of the Proof of Claim in the Bankruptcy Proceeding and provide true and correct statements (to the best of the Seller's knowledge) in the Proof of Claim so long as the Seller's creditor status in the "Transferred Rights" has not been revoked and is recognized by the relevant court where the Bankruptcy Proceeding is held. The Seller further undertakes to the Buyer as long as the relevant court requires the Seller to file the Proof of Claim, and the Seller will use its best endeavors to act on such filing upon requested by the applicable court

5 The trade settlement date will be arranged on October 21st, 2009 and the means of delivery is made by payment through Euroclear. Buyer's Euroclear instructions are Euroclear plc (Brussels, Belgium), A/C: J.P. Morgan Clearing Corp., A/C#: 90014.

Seller's Euroclear No: 20737 in name of Hong Kong Bank - HSBC Nominees HK Ltd., Sub A/C : Taifook Securities Co Ltd., Sub A/C : 500-113089-091

If you agree with the forgoing, please sign below and return to Brian Jarmain via e-mail at bjarmain@silverpointcapital.com. Thank you for doing business with Silver Point Capital.

Sincerely,

Silver Point Capital

Understood and Agreed:

IB Fund SPC for the account of IB Global Strategies Fund Segregated Portfolio

By: _____
Name: Poon Sunny Pak Hin
Title: Director