**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    08-13555 (JMP)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
-----------------------------------------------------------------x    Ref. Docket Nos. 20898, 20901
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 17, 2011, I caused to be served the:

   a. "Notice of Withdrawal of Proofs of Claim Numbered 29215 and 29227 Filed by Lehman Brothers Real Estate Mezzazine Partners, L.P.," dated October 17, 2011 [Docket No. 20898], and

   b. "Notice of Withdrawal of Proof of Claim Numbered 27450 Filed by Adams Mark Mezz Holdings LLC," dated October 17, 2011 [Docket No. 20901],

   by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   ii. enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                             Pete Caris

Sworn to before me this
20th day of October, 2011

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LBH\Affidavits\KAE - Notices of Withdrawal_DI 20898, 20901_AFF_10-17-11.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@ntexas-attorneys.com |
| aalfonso@willkie.com | bankruptcymatters@us.nomura.com |
| abeaumont@fklaw.com | barbra.parlin@hklaw.com |
| abraunstein@riemerlaw.com | bbisignani@postschell.com |
| acaton@kramerlevin.com | bcarlson@co.sanmateo.ca.us |
| acker@chapman.com | bdk@schlamstone.com |
| adam.brezine@hro.com | bguiney@pbwt.com |
| adarwin@nixonpeabody.com | bill.freeman@pillsburylaw.com |
| adiamond@diamondmccarthy.com | bkmail@prommis.com |
| aeckstein@blankrome.com | bmanne@tuckerlaw.com |
| aentwistle@entwistle-law.com | bmerrill@susmangodfrey.com |
| afriedman@irell.com | bmiller@mofo.com |
| agbanknewyork@ag.tn.gov | boneill@kramerlevin.com |
| aglenn@kasowitz.com | brian.corey@greentreecreditsolutions.com |
| agold@herrick.com | brosenblum@jonesday.com |
| ahammer@freebornpeters.com | broy@rltlawfirm.com |
| aisenberg@saul.com | bstrickland@wtplaw.com |
| akantesaria@oppenheimerfunds.com | btrust@mayerbrown.com |
| alum@ftportfolios.com | bturk@tishmanspeyer.com |
| amarder@msek.com | bwolfe@sheppardmullin.com |
| amcmullen@boultcummings.com | bzabarauskas@crowell.com |
| amenard@tishmanspeyer.com | cahn@clm.com |
| andrew.brozman@cliffordchance.com | calbert@reitlerlaw.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com |
| angelich.george@arentfox.com | carol.weinerlevy@bingham.com |
| ann.reynaud@shell.com | cbelisle@wfw.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com |
| aoberry@bermanesq.com | cbrotstein@bm.net |
| aostrow@beckerglynn.com | ceskridge@susmangodfrey.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com |
| aquale@sidley.com | chammerman@paulweiss.com |
| araboy@cov.com | chardman@klestadt.com |
| arahl@reedsmith.com | charles@filardi-law.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com |
| arwolf@wlrk.com | clarkb@sullcrom.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com |
| ashaffer@mayerbrown.com | cmontgomery@salans.com |
| ashmead@sewkis.com | cohenr@sewkis.com |
| asnow@ssbb.com | colea@gtlaw.com |
| asubramanian@susmangodfrey.com | cousinss@gtlaw.com |
| atrehan@mayerbrown.com | cp@stevenslee.com |
| aunger@sidley.com | cpappas@dilworthlaw.com |
| austin.bankruptcy@publicans.com | craig.goldblatt@wilmerhale.com |
| avenes@whitecase.com | crmomjian@attorneygeneral.gov |
| azylberberg@whitecase.com | cs@stevenslee.com |
| bankr@zuckerman.com | csalomon@beckerglynn.com |
| bankruptcy@goodwin.com | cschreiber@winston.com |
| bankruptcy@morrisoncohen.com | cshore@whitecase.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com

drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| guzzi@whitecase.com | jfreeberg@wfw.com |
| harrisjm@michigan.gov | jg5786@att.com |
| harveystrickon@paulhastings.com | jgarrity@shearman.com |
| hbeltzer@mayerbrown.com | jgenovese@gjb-law.com |
| heim.steve@dorsey.com | jguy@orrick.com |
| heiser@chapman.com | jherzog@gklaw.com |
| hollace.cohen@troutmansanders.com | jhiggins@fdlaw.com |
| holsen@stroock.com | jhorgan@phxa.com |
| howard.hawkins@cwt.com | jhuggett@margolisedelstein.com |
| hseife@chadbourne.com | jhuh@ffwplaw.com |
| hsnovikoff@wlrk.com | jim@atkinslawfirm.com |
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jaclyn.genchi@kayescholer.com | jlipson@crockerkuno.com |
| jacobsonn@sec.gov | jliu@dl.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmcginley@wilmingtontrust.com |
| jason.jurgens@cwt.com | jmelko@gardere.com |
| jay.hurst@oag.state.tx.us | jmerva@fult.com |
| jay@kleinsolomon.com | jmmurphy@stradley.com |
| jbecker@wilmingtontrust.com | jmr@msf-law.com |
| jbeemer@entwistle-law.com | jnm@mccallaraymer.com |
| jbeiers@co.sanmateo.ca.us | john.monaghan@hklaw.com |
| jbird@polsinelli.com | john.rapisardi@cwt.com |
| jbromley@cgsh.com | joli@crlpc.com |
| jcarberry@cl-law.com | jorbach@hahnhessen.com |
| jchristian@tobinlaw.com | joseph.cordaro@usdoj.gov |
| jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeanites@whiteandwilliams.com | joy.mathias@dubaiic.com |
| jeannette.boot@wilmerhale.com | jpintarelli@mofo.com |
| jeff.wittig@coair.com | jporter@entwistle-law.com |
| jeffrey.sabin@bingham.com | jprol@lowenstein.com |
| jeldredge@velaw.com | jrabinowitz@rltlawfirm.com |
| jen.premisler@cliffordchance.com | jrsmith@hunton.com |
| jennifer.demarco@cliffordchance.com | jschwartz@hahnhessen.com |
| jennifer.gore@shell.com | jsheerin@mcguirewoods.com |
| jeremy.eiden@state.mn.us | jshickich@riddellwilliams.com |
| jfalgowski@reedsmith.com | jsmairo@pbnlaw.com |
| jflaxer@golenbock.com | jstoll@mayerbrown.com |
| jfox@joefoxlaw.com | jsullivan@mosessinger.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| sara.tapinekis@cliffordchance.com | tdewey@dpklaw.com |
| scargill@lowenstein.com | tduffy@andersonkill.com |
| schannej@pepperlaw.com | teresa.oxford@invescoaim.com |
| schepis@pursuitpartners.com | tgoren@mofo.com |
| schnabel.eric@dorsey.com | thaler@thalergertler.com |
| schristianson@buchalter.com | thomas.califano@dlapiper.com |
| schwartzmatthew@sullcrom.com | thomas.ogden@dpw.com |
| scottshelley@quinnemanuel.com | thomas_noguerola@calpers.ca.gov |
| scousins@armstrongteasdale.com | timothy.brink@dlapiper.com |
| sdnyecf@dor.mo.gov | timothy.palmer@bipc.com |
| sehlers@armstrongteasdale.com | tjfreedman@pbnlaw.com |
| seichel@crowell.com | tkarcher@dl.com |
| sfelderstein@ffwplaw.com | tkiriakos@mayerbrown.com |
| sfineman@lchb.com | tlauria@whitecase.com |
| sfox@mcguirewoods.com | tmacwright@whitecase.com |
| sgordon@cahill.com | tmayer@kramerlevin.com |
| sgubner@ebg-law.com | tnixon@gklaw.com |
| shannon.nagle@friedfrank.com | toby.r.rosenberg@irscounsel.treas.gov |
| sharbeck@sipc.org | tony.davis@bakerbotts.com |
| shari.leventhal@ny.frb.org | tslome@msek.com |
| shgross5@yahoo.com | ttracy@crockerkuno.com |
| sidorsky@butzel.com | twheeler@lowenstein.com |
| slerner@ssd.com | ukreppel@whitecase.com |
| slevine@brownrudnick.com | vdagostino@lowenstein.com |
| sloden@diamondmccarthy.com | villa@streusandlandon.com |
| smayerson@ssd.com | vmilione@nixonpeabody.com |
| smillman@stroock.com | vrubinstein@loeb.com |
| smulligan@bsblawyers.com | walter.stuart@freshfields.com |
| snewman@katskykorins.com | wanda.goodloe@cbre.com |
| sory@fdlaw.com | wballaine@lcbf.com |
| spiotto@chapman.com | wbenzija@halperinlaw.net |
| splatzer@platzerlaw.com | wcurchack@loeb.com |
| squigley@lowenstein.com | wfoster@milbank.com |
| sree@lcbf.com | william.m.goldman@dlapiper.com |
| sselbst@herrick.com | wiltenburg@hugheshubbard.com |
| sshimshak@paulweiss.com | wisotska@pepperlaw.com |
| sskelly@teamtogut.com | wk@pwlawyers.com |
| ssusman@susmangodfrey.com | wmckenna@foley.com |
| steele@lowenstein.com | woconnor@crowell.com |
| stephen.cowan@dlapiper.com | wsilverm@oshr.com |
| steve.ginther@dor.mo.gov | wswearingen@llf-law.com |
| steven.troyer@commerzbank.com | wtaylor@mccarter.com |
| steven.wilamowsky@bingham.com | wweintraub@fklaw.com |
| streusand@streusandlandon.com | wzoberman@bermanesq.com |
| susan.schultz@newedgegroup.com | yamashiro@sumitomotrust.co.jp |
| susheelkirpalani@quinnemanuel.com | yuwatoko@mofo.com |
| swolowitz@mayerbrown.com | |
| szuch@wiggin.com | |
| tannweiler@greerherz.com | |
| tarbit@cftc.gov | |
| tbrock@ssbb.com | |

# EXHIBIT B

TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL,
ESQ., AND EVAN R. FLECK, ESQ.,

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ., ROBERT J. LEMONS, ESQ., AND
JACQUELINE MARCUS, ESQ.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004