UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re                                                         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      08-13555 (JMP)
                                                              (Jointly Administered)
                Debtors.

----------------------------------------------------------x

| Creditor Name and Address: | Claim Number: 19570 |
|---|---|
| JOINER, OWEN H. & LEATRICE<br>120 FINLEY STREET<br>GRIFFIN, GA 30224 | Date Filed: 9/19/2009<br>Debtor: 08-13555<br>Classification and Amount: Preferred Stock holder in Lehman itself |

## RESPONSE TO
## DEBTORS' TWO HUNDREDTH
## OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Comes now, Owen H. Joiner and Leatrice Joiner, 120 Finley Street, Griffin, GA, 30224, and claims

$25,278.50 for 1,015 shares, Series: L , Class: Trust Preferred Tr IV, CUSIP # 52520B206 Lehman Brothers Holdings Inc., CAPTRIVPFDSERL as proved by the attached documents:

1. Morgan Stanley Smith Barney brokerage statement of September 1 - September 30, 2009, proving we acquired 1,015 preferred shares in Lehman Brothers Holdings Inc at a cost of $25,278.50 on December 08, 2005. We never sold this preferred stock and this preferred stock is our basis of our claim in this bankruptcy. Contrary to the omnibus objection, the undersigned claimant/creditors own preferred stock in debtor Lehman Brothers Holdings Inc. .

2. The next attached document of September 26 - November 27, 2009, shows our preferred stock was transferred to Edward Jones subsequent to debtor Lehman Bros Holdings Inc. filing bankruptcy. We never sold our holdings in Lehman Brothers Holdings Inc. .

3. Attached statement of Edward Jones Summary of Assets as of November 27, 2009 brokerage statement showing our continued ownership of 1,015 shares of preferred stock in debtor Lehman Brothers Holdings Inc. .

4. To prove our continued ownership of the same 1,015 shares of debtor Lehman Bros Holdings Inc. acquired on December 08, 2005, attached is a letter from our broker Edward Jones stating that we still own preferred stock in debtor Lehman Brothers Holdings Inc. .

Our claim should not be disallowed and expunged.



Wherefore, Owen H. Joiner and Leatrice Joiner demand that DEBTORS' TWO HUNDREDTH OMNIBUS OBJECTION TO CLAIMS be dismissed and denied and that this claim against debtor Lehman Brothers Holdings Inc. based on preferred stock ownership be allowed and paid.

*/s/ Owen H. Joiner*
Owen H. Joiner

*/s/ Leatrice Joiner*
Leatrice Joiner

120 Finley Street Griffin, GA 30224
Telephone number: (770) 227-3195

## CERTIFICATE OF SERVICE

We certify that we have deposited a copy of the foregoing with all four attachments in RESPONSE TO DEBTORS' TWO HUNDREDTH OMNIBUS OBJECTION TO CLAIMS in the United States mail with proper postage affixed addressed to each of the following:

1. The Chambers of The Honorable James M. Peck
   One Bowling Green,
   New York, New York  10004
   Courtroom 601

2. Weil Gotshal & Manges LLP
   767 Fifth Avenue,
   New York, New York 10153
   (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.)

3. The Office of The United States Trustee for Region 2
   33 Whitehall Street
   21st Floor
   New York, New York 10004
   (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea Schwartz, Esq.)

4. Milbank, Tweed, Hadley & McCloy LLP,
   1 Chase Manhattan Plaza,
   New York, New York 10005
   (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

_____
Owen H. Joiner

_____
Leatrice Joiner

120 Finley Street, Griffin, GA 30224
Telephone number: (770) 227-3195

# MorganStanley SmithBarney

## Client Statement
### September 1 - September 30, 2009

Ref: 00012638 00086211

OWEN H JOINER AND

Account number 373-57714-16 133

## PORTFOLIO DETAILS

Your holdings are valued using the most current prices available to Citigroup Global Markets Inc. (CGMI). In most cases, these values are as of 09/30/09, but in some cases CGMI's sources are unable to provide timely information. To see the date of the most recent price update, please view your account online at www.smithbarney.com.

Securities purchased or sold are included or excluded in this section as of the trade-date. This section may include securities that have not settled as of this statement closing date. Please see the "Unsettled Purchases/Sales" section for more information. Dividend yield is the estimated annual income, assuming the current dividend, divided by the security's market price at the end of the statement period. We do not guarantee the accuracy of the prices reflected on the statement nor do these prices represent levels at which securities can be bought or sold. *Please Note: unrealized gain/(loss) is being shown for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor.*

Citi Investment Research & Analysis (CIRA) ratings may be shown for certain securities. In addition, Standard & Poor's research ratings may be shown for certain securities. CIRA is not the author of, does not take responsibility for, and does not guarantee the accuracy, completeness, or timeliness of research prepared by Standard & Poor's. All research ratings represent the "opinions" of the research provider and are not representations or guarantees of performance. CIRA stock recommendations include an investment rating and risk rating. The Investment Rating Code (1, 2 or 3) is a function of CIRA's expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and a Risk Rating. The Risk Rating (L, M, H or S) represents the stock's expected risk, taking into account price volatility and fundamental criteria. Please refer to the end of this statement for a guide describing CIRA ratings.

## Preferred stocks

| Quantity | Description | Symbol | Date acquired | Cost | Share cost | Current price | Current value | Unrealized gain/(loss) | Average % yield | Anticipated Income (annualized) |
|---|---|---|---|---|---|---|---|---|---|---|
| 860 | BANK OF AMERICA CORP 8.20%<br>REP 1/1,000TH OWNERSHIP INT<br>NON-CUM PREFERRED STOCK SER H<br>Rated B<br>Next call on 05/01/13 | BACPRH | 05/20/08 | $21,500.00 | $25.00 | $23.376 | $20,103.36 | ($1,396.64) LT | 8.769% | $1,763.00 |
| 565 | FANNIE MAE PFD 5.50%<br>Rated C<br>Next call on 9/30/09 | FNMPRN | 12/08/05 | 25,204.00 | 44.10 | 2.66 | 1,502.90 | (23,701.10) LT | | |
| 1,730 | JPMORGAN CHASE CAP XXIV 6.875%<br>EXPECTED MATURITY 08/01/2047<br>Rated BBB +<br>Next call on 08/01/12 | JPMPRW | 07/25/07 | 43,250.00 | 25.00 | 24.55 | 42,471.50 | (778.50) LT | 7.001 | 2,973.44 |
| 1,015 | LEHMAN CAP TR IV 6.375%<br>Rated D | LEHLQ | 12/08/05 | 25,278.50 | 24.90 | .35 | 355.25 | (24,923.25) LT | | |
| Total preferred stocks | | | | $115,232.50 | | | $64,433.01 | ($50,799.49) LT<br>$0.00 ST | 7.35 | $4,736.44 |
| Total portfolio value | | | | $115,232.50 | | | $64,433.01 | ($50,799.49) LT<br>$0.00 ST | 7.35 | $4,736.44 |



**Account Holder(s)** Leatrice Joiner & Owen H Joiner
**Account Number** 398-14040-1-9

**Financial Advisor** Floyd J. Gantt, 770-461-2991
P O Box 1716, Fayetteville, GA 30214

**Statement Date** Sep 26 - Nov 27, 2009



Page 2 of 4

## Summary of Other Products and Services

| Loans and Credit | Account Number | Balance | Approved Credit | Available Credit | Rate |
|---|---|---|---|---|---|
| Amount of money you can borrow for Leatrice Joiner & Owen H Joiner | 398-14040-1-9 | $0.00 | $32,427* | $32,427 | 6.00% |

* Your approved credit is not a commitment to loan funds. It is based on the value of your investment account which could change daily. The amount you may be eligible to borrow may differ from your approved credit. Borrowing against securities has its risks and is not appropriate for everyone. If the value of your collateral declines, you may be required to deposit cash or additional securities, or the securities in your account may be sold to meet the margin call. The interest rate will vary depending on the amount borrowed and will begin to accrue from the date of the loan and be charged to the account. A minimum account value is required if you have loan features on your account. Call your financial advisor today.

## Investment and Other Activity

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/06 | Transfer Bank of America Corp Citigroup Glo | 860 | |
| 11/06 | Transfer Fannie Mae Non Cum Perp Pfd N Citigroup Glo | 565 | |
| 11/06 | Transfer JPMorgan Chase Cap Xxiv Citigroup Glo | 1,730 | |
| 11/06 | Transfer Lehman Bros Hldgs Cap Tr IV L Citigroup Glo | 1,015 | |
| 11/06 | Transfer from Citigroup Glo | | -95.00 |

# Edward Jones
MAKING SENSE OF INVESTING

**Account Holder(s)** Leatrice Joiner & Owen H Joiner
**Account Number** 398-14040-1-9

**Financial Advisor** Floyd J. Gantt, 770-461-2991
P O Box 1716, Fayetteville, GA 30214

**Statement Date** Sep 26 - Nov 27, 2009



Page 1 of 4

LEATRICE JOINER &
OWEN H JOINER
120 FINLEY STREET
GRIFFIN  GA  30224-5009

### Give a gift with a future.

Looking for a gift that has real meaning? Give your child or grandchild a head start on his or her future by gifting to an education savings plan. Edward Jones offers many different ways to save for education that may provide tax benefits for you, the student and other family members. To make your college savings gift in time for the holidays, call your financial advisor today.

### Total Account Value

**$113,695.85**

Value on Sep 26
$52,449.50

Value One Year Ago
$45,136.22

### Value Summary

|  | This Period | This Year |
|---|---|---|
| Beginning value | $52,449.50 | $44,549.50 |
| Assets added to account | 63,122.13 | 63,122.13 |
| Income | 0.00 | 2,500.00 |
| Assets withdrawn from account | 0.00 | -1,750.00 |
| Change in value | -1,875.78 | 5,274.22 |
| **Ending Value** | **$113,695.85** | |

### Summary of Assets (as of Nov 27, 2009)

additional details at www.edwardjones.com/accountlink

| Cash & Money Market | | | | | Ending Balance |
|---|---|---|---|---|---|
| Cash | | | | | $655.00 |

| Municipal Bonds | Maturity Date | Maturity Value | Amount Invested Since Inception | Amount Withdrawn Since Inception | Value |
|---|---|---|---|---|---|
| Walton Cnty GA Wtr & Sew Auth 5.00% | 2/1/2038 | 50,000.00 | 53,299.00 | — | 49,888.00 |

| Bonds with par value other than $1000 | Price | Maturity Value | Amount Invested Since Inception | Amount Withdrawn Since Inception | Value |
|---|---|---|---|---|---|
| Fannie Mae Non Cum Perp Pfd N | 1.20 | 28,250.00 | 25,204.00 | — | 678.00 |
| JPMorgan Chase Cap Xxiv | 24.95 | 43,250.00 | 43,250.00 | — | 43,163.50 |
| Lehman Bros Hldgs Cap Tr IV L | 0.25 | 25,375.00 | 25,278.50 | — | 253.75 |

| Preferred Stocks | Price | Quantity | Amount Invested Since Inception | Amount Withdrawn Since Inception | Value |
|---|---|---|---|---|---|
| Bank of America Corp | 22.16 | 860 | 21,500.00 | — | 19,057.60 |

| Total Account Value | | | | | $113,695.85 |

**Floyd J Gantt**
Financial Advisor

150 Hwy 314
Fayetteville, GA 30214
Bus. 770-461-2991

**EdwardJones**
MAKING SENSE OF INVESTING

October 10, 2011

Leatrice Joiner &
Owen H. Joiner
120 Finley Street
Griffin, GA 30224-5009

Dear Leatrice & Owen:

Account Number: 39814040
Re: No Market Letter

We show that you hold shares of Lehman Brothers in your account. I wanted to inform you that the security is now valueless as a result of bankruptcy effective September 15, 2008.

If I may be of additional assistance, please feel free to call me. My office number is (770) 461-2991.

Sincerely,

Floyd J Gantt
Financial Advisor