UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re                                                    : CHAPTER 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,                   : 08-1355 (JMP)
                                                         :
    Debtors.                                             :
                                                         : (Jointly Administered)
----------------------------------------------------------x

Newhouse, Michelle M
420 East 54th Street
Apt 11C
New York, NY 10022-5151

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED
NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)**

---

**CLAIM TO BE DISALLOWED & EXPUNGED**

---

| Creditor Name and Address: | Claim Number: | 12081 |
|---|---|---|
| Newhouse, MICHELLE M.<br>420 EAST 54TH STREET<br>APT 11C<br>NEW YORK, NY 10022-5151 | Date Filed:<br>DEBTOR:    CASE NO. 08-1355 (JMP)<br>Classification and Amount: | 9/14/2009 |
| | | UNSECURED: $ 11,260.00<br>TOTAL: $11,260.00 |

1. Claimant (Michelle Newhouse) submitted proof of claim specifying a case number against whom the claim is asserted (see attachment) CASE NO. 08-1355 (JMP).

2. All proof of documentation and evidence of the claim, were previously filed with the Bankruptcy Court as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim.

Dated: New York, New York
Oct 10, 2011

*[signature]*
Creditor:
Michelle M. Newhouse
420 East 54th Street,
New York, NY 10022
Telephone: (917) 696 - 5477

RECEIVED
OCT 1 2 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

# PROOF OF CLAIM

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Michelle M. Newhouse
420 East 54th Street,
Apt 11C
New York, New York 10022-5151

Telephone number: 718 338 3200    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
2405 Avenue P
Brooklyn New York 11229

Telephone number: 718 338 3200    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 11,126.00 (see attachment)
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: investment made in employee sponsored fund
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 6279
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$ _____

FOR COURT USE ONLY

| Date: 09/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *[signature]* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
            Debtors.                                           :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

LBH OMNI195 09-12-2011 (MERGE2.TXNUM2) 4000058978 BAR(23) MAIL ID *** 000051542509 *** BSIUSE: 106

NEWHOUSE, MICHELLE M.
420 EAST 54TH STREET
APT 11C
NEW YORK, NY 10022-5151

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)

| CLAIM TO BE DISALLOWED AND EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>NEWHOUSE, MICHELLE M.<br>420 EAST 54TH STREET<br>APT 11C<br>NEW YORK, NY 10022-5151 | **Claim Number:** 12081<br>**Date Filed:** 9/14/2009<br>**Debtor:** No Case<br>**Classification and Amount:** UNSECURED: $ 11,126.00 |

PLEASE TAKE NOTICE that, on September 12, 2011, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Ninety-Fifth Omnibus Objection to Claims (No Debtor Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED AND EXPUNGED on the ground that it violates this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as it was submitted without specifying a case number or a Debtor against whom the claim is asserted. **Any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED AND EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED AND EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on October 13, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.