UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bennett G. Young, request admission, *pro hac vice*, to represent Samsung Fire & Marine Insurance Co., Ltd., an SPV Derivatives Counterparty, in the above-captioned chapter 11 case. I certify that I am a member in good standing of the bar of the State of California and the bar of the United States Bankruptcy Courts for the Northern, Eastern, Central, and Southern Districts of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 21, 2011

DEWEY & LeBOEUF LLP

_____
Bennett G. Young
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
Email: byoung@dl.com

*Attorneys for Samsung Fire & Marine Insurance Co., Ltd., an SPV Derivatives Counterparty*

[File stamp: S.D. OF N.Y. 2011 OCT 25 A 11:06 U.S. BANKRUPTCY COURT FILED]

US1 30592613.3