UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Danielle Kennedy, request admission, *pro hac vice*, to represent Samsung Fire & Marine Insurance Co., Ltd., an SPV Derivatives Counterparty, in the above-captioned chapter 11 case. I certify that I am a member in good standing of the bar of the State of California and the bar of the United States Bankruptcy Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 21, 2011

DEWEY & LeBOEUF LLP

_____
Danielle Kennedy
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
Email:    dkennedy@dl.com

*Attorneys for Samsung Fire & Marine Insurance Co., Ltd., an SPV Derivatives Counterparty*

[FILED U.S. BANKRUPTCY 2011 OCT 25 A 11:11 S.D.N.Y. stamp]

US1 30562512.1