Hearing Date and Time: October 27, 2011, at 10:00 a.m. ET
Objection Deadline: October 13, 2011 at 4:00 p.m. ET

TOBIN & TOBIN
JOHN P. CHRISTIAN, ESQ., SBN 111444
500 Sansome Street, 8th Floor
San Francisco, CA 94111-3211
Telephone:   (415) 433-1400
Facsimile:    (415) 433-3883

Attorneys for John Rosekrans

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
                                                            :         Chapter 11
                                                            :         Case No: 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC., et al.                      :
                                                            :
                                                            :         (Jointly Administered)
                                                            :
                                    Debtor                  :
                                                            :
------------------------------------------------------------x


## RESPONSE OF JOHN ROSEKRANS TO DEBTORS'
## TWO HUNDREDTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

John Rosekrans ("Rosekrans"), by and through his undersigned attorneys, hereby responds
to the Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims) ("Two
Hundredth Omnibus Objection") brought by Lehman Brothers Holdings, Inc ("LBHI") and its
affiliated debtors dated September 13, 2011, as follows:

1.     On September 22, 2009, Rosekrans timely filed a proof of claim (Claim No. 27265).

2.     Pursuant to Rule 3001(f) of the Federal Rules of Bankruptcy Procedure (the
"Bankruptcy Rules"), "a proof of claim executed and filed in accordance with the [bankruptcy]
rules shall constitute *prima facie* evidence of the validity and amount of the claim."

F.R.B.P.3001(f). See also In re DJK Residential LLC, 416 B.R. 100, 104 (Bankr. S.D.N.Y. 2009);

In re Alper Holdings USA, No. 07-12148, 2008 WL 160203, at *3 (Bankr. S.D.N.Y. 2008); In re

MarketXT Holdings Corp., No. 40-12078, 2007 WL 680763, at *4 (Bankr. S.D.N.Y. 2007). In

order to refute the validity or the amount of a properly filed proof of claim, the objecting party must

produce evidence sufficient to negate the *prima facie* validity of that claim. See In re Spiegel, Inc.,

Nos. 03-11540, 06-CV-13477, 2007 WL 2456626, at *15 (Bankr. S.D.N.Y. Aug. 22, 2007) (citing

In re Allegheny Int'l Inc., 954 F.2d 167, 173-74 (3d Cir. 1992)).

The Debtor filed its Fifteenth Omnibus Objection to Claims (Foreign Currency Claims) on

May 18, 2010. The Rosekrans Claim was one among several Claims discussed in the Fifteenth

Omnibus Objection. The Fifteenth Omnibus Objection did not contain evidence of any kind (just

allegations) to negate the *prima facie* validity of the Rosekrans claim. Therefore, the Rosekrans

claim remained presumptively valid pursuant to section 502 of the Bankruptcy Code and Rule

3001(f) of the Bankruptcy Rules. After Rosekrans filed his Response to the Fifteenth Omnibus

Objection (Document No. 9687 and Exhibit "A" to the accompanying Declaration of John P.

Christian filed herewith), and filed an amended Proof of Claim (i.e., Claim No. 66885), which

merely converted the Euro figure to Dollars, the Debtor withdrew its objection. See Docket No.

9688 and Exhibit "B" to the accompanying Declaration of John P. Christian. The Withdrawal of

Objection was further confirmed through an e-mail exchange on July 8, July 9, 2010 between the

undersigned and counsel for the Debtor. See Group Exhibit"C" to the Declaration of John P.

Christian.

3.    Now the Debtors have filed an objection to the Amended Rosekrans Claim. The

200th objection, like the 15th, does not contain evidence of any kind to negate the prima facie

validity of the Rosekrans Claim. Rosekrans admits that the face page of his filed Proof of Claim

(Claim No. 66885; item no. 92 in Exhibit A to the Two Hundredth Omnibus Objection) refers to the

2

captioned Debtor and the lead Debtor Lehman Brothers Holdings Inc., et. Al., while the boxes for

"Name of Debtor Against Which Claim is Held" and "Case No. of Debtor" are blank. The "proof"

of the claim, however is found among the documentation, which, in this case, was prepared by the

Debtor (Lehman) itself. Rosekrans respectfully refers the Court to the <u>entirety</u> of the Rosekrans

Proof of Claim, a true and correct copy of which is attached as Exhibit "D" to the accompanying

Declaration of John P. Christian filed and served herewith for the Court's ease of reference. In

essence, the Debtors' Two Hundredth Omnibus Objection attempts to trump "form" over

"substance".

    4.    The genesis of Rosekrans' Claim is a failed or misdirected wire which was in

process when the Debtor filed for bankruptcy. Despite the best efforts of both the Claimant's

counsel and Debtors' counsel, no clear picture has evolved as to <u>where</u> the wired funds reside today.

As a domestic client of Lehman, Rosekrans was permitted to invest his United States Dollars in

Euros as an asset class; Lehman required these investments to be held in a commodity account. The

multiple account statements (prepared by Lehman and later by Barclays Capital, Inc.) included in

the Proof of Claim prove the existence of Rosekrans' funds, but do not reveal who holds those

funds today. Epiq Systems, the claims administrator, recognizes the Rosekrans Claim, if allowed,

would be treated as a claim against the lead Debtor, Lehman Brothers Holding, Inc., Case No. 08-

1355. See Exhibit "E" to the Declaration of John P. Christian.

## AFFIRMATIVE DEFENSES

Without assuming any burden of proof where such burden properly rests with the Debtors,

and without waiving (and hereby expressly reserving) the right to assert any and all such defenses at

such time and to the extent discovery establishes a basis therefore, Rosekrans hereby asserts the

following affirmative defenses to the claims asserted in the Debtors' Two Hundredth Omnibus

Objection:

<u>First Affirmative Defense</u>
(Failure to State a Claim)

1.    The Two Hundredth Omnibus Objection fails to state a claim on which relief can be granted.

<u>Second Affirmative Defense</u>
(Estoppel)

2.    The Debtors' Two Hundredth Omnibus Objection is barred, in whole or in part, by the doctrine of estoppel.

<u>Third Affirmative Defense</u>
(Waiver)

3.    The Debtors' Two Hundredth Omnibus Objection is barred, in whole or in part, by the doctrine of waiver.

<u>Fourth Affirmative Defense</u>
(Laches)

4.    The Debtors' Two Hundredth Omnibus Objection is barred, in whole or in part, by the doctrine of laches.

<u>Fifth Affirmative Defense</u>
(In Pari delicto)

5.    The Debtors' Two Hundredth Omnibus Objection is barred, in whole or in part, by the doctrine of in pari delicto.

WHEREFORE, John Rosekrans asks that judgment be entered in his favor and that the Debtors' Two Hundredth Omnibus Objection, as it pertains to John Rosekrans, be overruled in its entirety, that the Court allow the Claim as requested herein, and grant such other relief as the Court deems just and proper.

Claimant has submitted his response to preserve his rights herein and prevent the reclassification or rejection of the Claim. Claimant fully reserves all rights he may have against all

non-Debtor affiliates and any other third parties. Nothing in this response is intended nor should be taken as Claimant's waiver of any claims against non-debtor affiliates or consent to jurisdiction of this Court to determine Claimant's rights as against any such affiliates.

Claimant joins in, to the extent not inconsistent herewith, other responses filed herein of similarly situated Claimants with respect to the Debtors' Two Hundredth Omnibus Objection to such Claims.

Dated: San Francisco, California
      October 13, 2011

                Respectfully submitted,

                TOBIN & TOBIN

                By: _____ /s/ John P. Christian _____
                    500 Sansome Street, Suite 800
                    San Francisco, CA 94111
                    Telephone: (415) 433-1400
                    Facsimile: (415) 433-3883

                    Attorneys for John Rosekrans

Hearing Date and Time:  Oct. 27, 2011, at 10:00 a.m. ET
Objection Deadline:  October 13, 2011 at 4:00 p.m. ET

TOBIN & TOBIN
JOHN P. CHRISTIAN, ESQ., SBN 111444
500 Sansome Street, 8th Floor
San Francisco, CA  94111-3211
Telephone:    (415) 433-1400
Facsimile:    (415) 433-3883

Attorneys for John Rosekrans

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
                                                           :
In re:                                                     :
                                                           :
                                                           :        **Chapter 11**
                                                           :        **Case No:  08-13555 (JMP)**
LEHMAN BROTHERS HOLDINGS, INC., et al.                     :
                                                           :        **(Jointly Administered)**
                                                           :
                 Debtor                                    :
                                                           :
-----------------------------------------------------------x

**DECLARATION OF JOHN P. CHRISTIAN IN SUPPORT OF RESPONSE**
**OF JOHN ROSEKRANS TO DEBTORS AND DEBTORS IN**
**POSSESSION TWO HUNDREDTH OMNIBUS OBJECTION TO CLAIMS**

I, John P. Christian, declare as follows:

1.      I am a shareholder in the law firm of Tobin & Tobin, attorneys for Claimant, John

Rosekrans.  The following facts are of my own personal knowledge, and if called upon to testify

as to such facts and would do so competently.

2.      The Debtors' Two Hundredth Omnibus Objection, as it pertains to John

Rosekrans, is premised upon the suggestion that the Proof of Claim is a No Liability Claim.  The

objection fails to offer any insight as to how the Rosekrans claim, replete with documentation generated by Lehman, falls short. Indeed, the current Rosekrans claim was filed as an amended claim in response to the Debtors' Fifteenth Omnibus Objection, which was subsequently withdrawn. A true and correct copy of Rosekrans' Response to the Fifteenth Omnibus Objection, is attached hereto as Exhibit "A" and is incorporated herein by reference. A true and correct copy of the Debtors' withdrawal of the Fifteenth Omnibus Objection is attached hereto as Exhibit "B". The Withdrawal of Objection was further confirmed through an e-mail exchange on July 8 and 9, 2010 between the undersigned and counsel for the Debtor, a true and correct copy of which is attached hereto as Group Exhibit "C". A true and correct copy of the Proof of Claim No. 66885 is attached hereto as Group Exhibit "D". The documentation included in the Proof of Claim demonstrates that Mr. Rosekrans' claim arises from a wire transfer around the time of the Lehman bankruptcy petition filing, directed by Mr. Rosekrans, which was never received by the intended recipient. Epiq Systems recognizes the Claim, if allowed, is a Claim against this estate. See Exhibit "E" attached hereto and incorporated by reference.

3.      I have attached hereto correspondence relating to the claims of John Rosekrans in both this bankruptcy case and the parallel SIPA proceedings, to provide context to the Court. There is nothing mysterious or elusive about the Rosekrans claim. Indeed, the exhibits to this Declaration evidence a certain familiarity with this claim among the professionals guiding this estate and the SIPA proceeding.

4.      Attached hereto as Exhibit "F" is a true and correct copy of my letter to Jared M. Goodman dated February 6, 2009.

5.      Attached hereto as Exhibit "G" is a true and correct copy of my letter to Daniel S. Lubell dated April 14, 2009.

6.      Attached hereto as Exhibit "H" is a true and correct copy of my letter to Rebecca

R. Zubaty dated June 2, 2009.

7.    Attached hereto as Exhibit "I" is a collection of email exchanges between the undersigned and legal representatives of this estate, the trustee, and/or the SIPA proceedings.

8.    Attached hereto as Exhibit "J" is a true and correct copy of the SIPA liquidation trustee's allowance of Mr. Rosekrans' claim in the amount of $921,904.30 based upon a claim filed in the amount of $641,190.92 Euros.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of October, 2011, at San Francisco, California.


Dated: San Francisco, California
       October 13, 2011


                              Respectfully submitted,

                              TOBIN & TOBIN


                              By: _____/s/ John P. Christian_____
                                  500 Sansome Street, Suite 800
                                  San Francisco, CA 94111
                                  Telephone: (415) 433-1400
                                  Facsimile: (415) 433-3883

                                  Attorneys for John Rosekrans


3

**EXHIBIT "A"**

Hearing Date and Time: June 29, 2010, at 11:00 a.m. ET
Objection Deadline: June 17, 2010 at 4:00 p.m. ET

TOBIN & TOBIN
JOHN P. CHRISTIAN, ESQ., SBN 111444
500 Sansome Street, 8th Floor
San Francisco, CA 94111-3211
Telephone:   (415) 433-1400
Facsimile:   (415) 433-3883

Attorneys for John Rosekrans

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x

In re:                                 :
                                       :
                                       :
LEHMAN BROTHERS HOLDINGS, INC., et al. :
                                       :
                                       :
                                       :
                        Debtor         :
                                       :
-------------------------------------------x



Chapter 11
Case No: 08-13555 (JMP)

(Jointly Administered)

## RESPONSE OF JOHN ROSEKRANS TO DEBTORS
## AND DEBTORS IN POSSESSION FIFTEENTH OMNIBUS OBJECTION TO CLAIMS

John Rosekrans ("Rosekrans"), by and through his undersigned attorneys, hereby

responds to the Debtors' Fifteenth Omnibus Objection to Claims (Foreign Currency Claims)

("Fifteenth Omnibus Objection") brought by Lehman Brothers Holdings, Inc ("LBHI") and its

affiliated debtors dated May 18, 2010, as follows:

1.      On September 22, 2009, Rosekrans timely filed a proof of claim (Claim No.
27265).

2.      Pursuant to Rule 3001(f) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), "a proof of claim executed and filed in accordance with the [bankruptcy]

rules shall constitute *prima facie* evidence of the validity and amount of the claim."

F.R.B.P.3001(f). See also In re DJK Residential LLC, 416 B.R. 100, 104 (Bankr. S.D.N.Y.

2009); In re Alper Holdings USA, No. 07-12148, 2008 WL 160203, at *3 (Bankr. S.D.N.Y.

2008); In re MarketXT Holdings Corp., No. 40-12078, 2007 WL 680763, at *4 (Bankr. S.D.N.Y.

2007). In order to refute the validity or the amount of a properly filed proof of claim, the

objecting party must produce evidence sufficient to negate the *prima facie* validity of that claim.

See In re Spiegel, Inc., Nos. 03-11540, 06-CV-13477, 2007 WL 2456626, at *15 (Bankr.

S.D.N.Y. Aug. 22, 2007) (citing In re Allegheny Int'l Inc., 954 F.2d 167, 173-74 (3d Cir. 1992)).

The Fifteenth Omnibus Objection does not contain evidence of any kind (just allegations) to

negate the *prima facie* validity of the Rosekrans claim. Therefore, the Rosekrans claim remains

presumptively valid pursuant to section 502 of the Bankruptcy Code and Rule 3001(f) of the

Bankruptcy Rules.

3.      Rosekrans admits the allegation set forth in Paragraph 11 of the Fifteenth

Omnibus Objection, i.e., that the face page of his filed Proof of Claim (Claim No. 27265; item

no. 91 in Exhibit A to the Fifteenth Omnibus Objection) references a foreign currency,

specifically, Euros. However, the analysis does not end there, as the attachments to the Proof of

Claim, which are incorporated into the Proof of Claim, include account documentation prepared

by Lehman which speaks of both Euros and a United States Dollar amount, based upon then-

current conversion rates. The "proof" of the claim is found among the documentation, which, in

this case, was prepared by the Debtor (Lehman) itself. Rosekrans respectfully refers the Court to

the entirety of the Rosekrans Proof of Claim, a true and correct copy of which is attached as

Exhibit "A" to the accompanying Declaration of John P. Christian filed and served herewith for

the Court's ease of reference. In essence, the Debtors' Fifteenth Omnibus Objection attempts to

trump "form" over "substance".

2

4.      Parenthetically, Rosekrans notes that the overwhelming majority of the claims which are included in Exhibit A to the Fifteenth Omnibus Objection are from claimants based in foreign countries. Of the 135 claims which are the subject of the Fifteenth Omnibus Objection, 130 of the claims are from outside the United States. By contrast, the Rosekrans claim is the only claim in the Fifteenth Omnibus Objection which involves a domestic client of Lehman who invested dollars in Euros. As a domestic client of Lehman, Rosekrans was permitted to invest his United States Dollars in Euros as an asset class; Lehman required these investments to be held in a commodity account. The multiple account statements (prepared by Lehman and later by Barclays Capital, Inc.) included in the Proof of Claim reflect opening account balances and closing account balances in *Euros*. These same statements then apply a "Currency Conversion Rate"[1] to arrive at "value in base currency." Thus, the Rosekrans claim, as filed, incorporates both currencies and reflects the conversion fluctuation inherent in such investment vehicles. The dollar amount reflected in the Proof of Claim ("USD 950,894.35")[2] is an interesting benchmark when compared to the conversion value today, but that is all that it is.[3]

## AFFIRMATIVE DEFENSES

Without assuming any burden of proof where such burden properly rests with the Debtors, and without waiving (and hereby expressly reserving) the right to assert any and all such defenses at such time and to the extent discovery establishes a basis therefore, Rosekrans

---

[1] Precisely who determines that conversion rate is not disclosed in the account statements, but it nevertheless is clear such conversion rate is fluctuating and market driven.

[2] The Lehman's Bankruptcy Petition was filed on September 15, 2008. The Lehman Brothers Futures/Foreign Exchange Daily Statement dated August 31, 2008, which is included among the exhibits to the Rosekrans Proof of Claim, reflects a Euro balance of 639,170.34 and a Value in Base Currency of $950,894.35, based upon a conversion rate of 1.4877010 utilized by Lehman. Two weeks later, on September 16, 2008, Lehman sent to Mr. Rosekrans a Futures/Foreign Exchange Confirmation regarding a wire (never received, and, hence, the basis of Mr. Rosekrans' claim) in the amount of 641,190.92 Euro. Applying the conversion rate of 1.4877010 from the August 31 Statement, this translates to $953,900.34. The burden should be on the Debtor, whose statements are the basis of Mr. Rosekrans' claim, to clarify the precise dollar value at issue.

[3] As shown in the attached Declaration of John P. Christian, the SIPA Liquidation Trustee had no difficulty converting the filed claim of 641,190.92 Euros into an allowed claim of $921,904.30.

3

hereby asserts the following affirmative defenses to the claims asserted in the Debtors' Fifteenth

Omnibus Objection:

### First Affirmative Defense
### (Failure to State a Claim)

1.     The Fifteenth Omnibus Objection fails to state a claim on which relief can be

granted.

### Second Affirmative Defense
### (Estoppel)

2.     The Debtors' Fifteenth Omnibus Objection is barred, in whole or in part, by the

doctrine of estoppel.

### Third Affirmative Defense
### (Waiver)

3.     The Debtors' Fifteenth Omnibus Objection is barred, in whole or in part, by the
doctrine of waiver.

### Fourth Affirmative Defense
### (Laches)

4.     The Debtors' Fifteenth Omnibus Objection is barred, in whole or in part, by the
doctrine of laches.

### Fifth Affirmative Defense
### (In Pari delicto)

5.     The Debtors' Fifteenth Omnibus Objection is barred, in whole or in part, by the

doctrine of in pari delicto.

WHEREFORE, John Rosekrans asks that judgment be entered in his favor and that the

Debtors' Fifteenth Omnibus Objection, as it pertains to John Rosekrans, be overruled in its

entirety.

Dated: San Francisco, California
      June 16, 2010

Respectfully submitted,

TOBIN & TOBIN

By: _____ /s/ John P. Christian _____
    500 Sansome Street, Suite 800
    San Francisco, CA 94111
    Telephone: (415) 433-1400
    Facsimile: (415) 433-3883

    Attorneys for John Rosekrans

**EXHIBIT "B"**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :        Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :        08-13555 (JMP)
                                                            :
                              Debtors.                      :        (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS) AS TO CERTAIN CLAIMANTS

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their Fifteenth Omnibus Objection

to Claims (Foreign Currency Claims) [Dkt. No. 9099] solely with respect to the claims listed on

Exhibit A annexed hereto. The Debtors reserve their rights to object to the claim listed on

Exhibit A on any grounds in the future.

Dated: February 23, 2011
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

**Claims for Which Objection Is Withdrawn Without Prejudice:**

| Claimant Name | Claim Number |
|---|---|
| Bowman Gilfillan Inc | 17761 |
| Floe Ejendomme APS | 8023 |
| Gil Puig, Maria Desamparados | 9016 |
| Rosekrans, John | 27265 |

**EXHIBIT "C"**

## John Christian

**From:** John Christian [jchristian@tobinlaw.com]
**Sent:** Friday, July 09, 2010 8:37 AM
**To:** 'Blanchard, Aimee'
**Subject:** RE: Lehman Brothers -- John Rosekrans' claim

Very good . Thank you.

John P. Christian, Esq.
Tobin & Tobin
500 Sansome Street, 8th Floor
San Francisco, CA 94111
415-433-1400
415-772-9615 (direct dial)
415-433-3883 (fax)
www.tobinlaw.com (website
jchristian@tobinlaw.com (e-mail)

**From:** Blanchard, Aimee [mailto:aimee.blanchard@weil.com]
**Sent:** Friday, July 09, 2010 6:32 AM
**To:** John Christian
**Subject:** RE: Lehman Brothers -- John Rosekrans' claim

Thank you very much, Mr. Christian.

I will inform Epiq of this conversion so they can update the claims registry accordingly. In turn, we will
withdraw without prejudice our objection to your client's claim as set forth in the Fifteenth Omnibus
Objection. We believe this resolves your response filed with the Court [docket no. 9687, among
others]. If you disagree, please let us know immediately.

Have a lovely holiday.

Best,
aimee

Aimée Blanchard Peliafone
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
214.746.8151 (direct)
214.746.7777 (fax)

**From:** John Christian [mailto:jchristian@tobinlaw.com]
**Sent:** Thursday, July 08, 2010 5:21 PM
**To:** Blanchard, Aimee
**Subject:** RE: Lehman Brothers -- John Rosekrans' claim

Aimee- as set forth in Footnote 2 of our response, on September 16, 2008, Lehman sent to Mr.
Rosekrans a Futures/Foreign Exchange Confirmation regarding a wire (never received, and, hence, the
basis of Mr. Rosekrans' claim) in the amount of 641,190.92 Euro. Applying the conversion rate of
1.4877010 from the August 31 account statement (the statement closest in time to the petition date), this
translates to $953,900.34. All of these referenced documents are included in the Proof of Claim form.

**Subject:** Lehman Brothers -- John Rosekrans' claim

As promised, Mr. Christian, below is my contact information, and you can simply reply to this email pursuant to our discussion this afternoon.

Best,
aimee

Aimée Blanchard Pellafone
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
214.746.8151 (direct)
214.746.7777 (fax)

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

EXHIBIT "D"

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

# PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)         0000086865

THIS SPACE IS FOR COURT USE ONLY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Program Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

John Rosekrans
c/o John P. Christian
Tobin & Tobin
500 Sansome Street, Suite 800
San Francisco, CA 94111
415-433-1400      jchristian@tobinlaw.com
Telephone number:            Email Address:

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 27265
(If known)

Filed on: 9/22/2009

Name and address where payment should be sent (if different from above)

As Above

Telephone number:            Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ USD $950,894.35

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: A USD Dollar Cash Balance
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 8054
3a. Debtor may have scheduled account as: 8054
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Describe:

Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____

Amount of Secured Claim $_____ Amount Unsecured: $ USD $950,894.35

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED

JUN 2 8 2010

EPIQ BANKRUPTCY SOLUTIONS

Date: 06/22/2010

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

John P. Christian, Attorney for John Rosekrans

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

 

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE THE NAME OF THE DEBTOR AND THIS RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation-V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You may also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

# DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Secured Claim Under 11 U.S.C. §506(a):**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some 'debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

---

# INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), and any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.



**CUSTOMER CLAIM FORM**
**LEHMAN BROTHERS INC.**

John S. Rosekrans
Account# 83318054
68 Locust Ave.
Mill Valley, CA 94941-2134

Daytime Phone: 415-388-6160.
Email: JROSE@49ER.com.
Contact Person: JOHN ROSEKRANS.
Taxpayer I.D. Number
(Social Security No.): 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.

# PLEASE NOTE

- A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.

- TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.

- THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.

- ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.

- YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

- IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.

- LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:



If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

## 1. CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:

a.  LBI owes me a credit or cash in the amount of:          *Euros 641,190.92*

b.  I owe LBI a debit or cash in the amount of:             $ _____ *∅*

c.  If you wish to repay the debit balance listed in point b. above please insert the amount you wish to repay and attach a check payable to "James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc." If you wish to make a payment, **it must be enclosed** with this claim form.

$ _____

## 2. CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:

### Please Do Not Claim Any Securities You Have In Your Possession

|  |  | YES | NO |
|---|---|---|---|
|  |  | (Circle Y or N) | |
| a. | LBI owes me securities: | Y | N |
| b. | I owe LBI securities: | Y | N |

c.  If yes to either, please list below (or in additional pages as necessary):

| Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|---|
| | | | LBI Owes Me (Long) | I Owe LBI (Short) |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

If additional space is needed, attach additional pages providing the information in the exact format above.



2

3. **COMMODITY FUTURES CLAIMS**

Do you have a claim based on a commodity futures account?

<u>YES</u>         NO
(Circle Y or N)
Y               N

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary.

Amount of Claim: EUR € 641,190.92.

Basis for Claim: LEHMAN/BARCLAYS CAN NOT LOCATE A WIRE TRANSFER ON SEPT. 16 2008. THE FUNDS WERE "DEBITED" FROM ACCOUNT, ALTHOUGH NOT RECEIVED FROM/BY MY BANK. THE EURO'S WERE NOT REDEPOSITED INTO MY LEHMAN/BARCLAYS ACCT NOR CREDITED TO MY WELLS FARGO INVESTMENTS ACCT.

## WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.
- Proper documentation can speed the review, allowance, and satisfaction of your claim.
- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.
- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.
- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

## PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

**NOTE:** IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

<u>YES</u>         <u>NO</u>
(Circle Y or N)

4. Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)?

Y               N

5. Has there been any change in your account since September 19, 2008?

Y               N

3

6.  Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?     Y     N

7.  Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).     Y     N

8.  Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?     Y     N

9.  Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.     Y     N

10. Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.     Y     N

11. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.     Y     N

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: _____STEPHEN PAPALE._____

Address: _____457 PARKER AVE._____

_____SAN FRANCISCO, CA  94118._____

Phone number: _____415 - 412 - 1413_____

Email address: _____SRPAPALE @ PACBELL. NET_____

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____12-29-08_____     Signature _____

Date _____     Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)



4

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | Southern District of New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: Lehman Brothers, Inc. | Case Number: 08-01420 (JMP) SIPA |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | □ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: 1000973027 LBI 12/1/2008 890052 John S. Rosekrans 68 Locust Ave. Mill Valley, CA 94941-2134 Telephone number: 415-388-6160 | Court Claim Number: _____ (If known) Filed on: _____ |
| Name and address where payment should be sent (if different from above): AS ABOVE. Telephone number: | □ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. □ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed:  $ EURO $ 641,190.92. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. Specify the priority of the claim. |
|---|---|
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. | |
| If all or part of your claim is entitled to priority, complete item 5. | |
| □ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | □ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim:  A EURO DOLLAR CASH BALANCE. (See instruction #2 on reverse side.) | □ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor: XXX-X8054 | |
| 3a. Debtor may have scheduled account as: XXX-X8054. (See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.) Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. | □ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| Nature of property or right of setoff:  □ Real Estate  □ Motor Vehicle  □ Other Describe: | □ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). |
| Value of Property:$_____  Annual Interest Rate____% | |
| Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____  Basis for perfection: _____ | □ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| Amount of Secured Claim: $_____  Amount Unsecured: $ EUR$ 641,190.92. | □ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | Amount entitled to priority: $_____ |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| Date: 12-29-08 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

If you would like to file your claim online please go to www.lehmantrustee.com and select the link for the online claim form.  You will need the tracking number and mail id listed below to complete your claim online.

P0008L 0000** -P01300 20877245311 1615 A

Tracking Number: 892696 Mail ID: 890052

John S. Rosekrans
68 Locust Ave.
Mill Valley, CA 94941-2134

**Question #5. Page 3**

<u>Has there been any change in your account since September 19, 2008?</u>

Yes. I did not receive the EURO$641,190.92 requested in my Letter of Authorization to wire funds submitted to Lehman Brothers/Barclays for action on September 16, 2008.

The Euro$ were never received at my Wells Fargo Investments account nor were the Eurodollars re-deposited into my Lehman Barclays account XXX-X8054.

Several requests for tracing or status made to Lehman/Barclay's has not resulted in finding the EURO$641,190.92.

Please see the attached spreadsheet "John Rosekrans Euro Cash Balance" Timeline and the referenced and numbered attachments.



**John RoseKrans Euro Cash Balance**
**XXX-X8054**

| Ref # | | Activity | Activity | Euro balance | Comments |
|---|---|---|---|---|---|
| #1 | 28-Mar-08 | Sell USD $1,000,000 / Buy EUR$ 631,592.24 | 631,592.24 | 631,592.24 | Initial EURO purchase/Trade Confirmation Report |
| #2 | 31-Mar-08 | | | | Lehman March 2008 statement w/commodity transaction |
| | Apr-08 | Interest earned | | | |
| #3 | May-08 | interest earned | | 633,597.96 | June 08 monthly statement reflects May 08 closing balance |
| #3 | Jun-08 | interest earned | 1,840.16 | 635,438.12 | June 08 monthly statement reflects cash account balance in Euros |
| #4 | 2-Jul-08 | interest earned | 1,781.70 | 637,219.82 | July 02 08 statement reflects Euro$ balance & interest earned on 7/02/08 |
| #5 | 21-Aug-08 | interest earned | | 638,170.34 | Aug 21' 08 statement reflects EUR$639,170.34 Euro$ balance |
| #6 | 15-Sep-08 | wire instructions | | | wire instructions delivered to Lehman Brothers via fax. |
| #7 | 16-Sep-08 | currency delivered out | 641,190.92 | | transaction #144134950 shows currency delivered out |
| #8 | 16-Sep-08 | currency delivered out | 641,190.92 | | Sept 08 monthly statement reflects currency delivered out |
| #9 | 3-Sep-08 | interest earned | 2,020.58 | | Sept 08 monthly statement reflects EURO $ and 9/03/08 interest earned |
| #10 | 18-Sep-08 | Notified Lehman Euros via email Euros not received | | | Requesting Confirmation of Payment |
| #11 | 22-Sep-08 | Lehman/Barclay's will trace Euros not received | | | Email from Lehman/Barclay's Ops Mgr to trace funds |
| #12 | 6-Oct-08 | Interest earned | 948.45 | 948.45 | Oct 08 statement DOES NOT reflect REDEPOSITED EURO$ |
| #13 | 8-Dec-08 | interest earned | 952.48 | 952.48 | |
| #14 | 19-Dec-08 | Lehman/Barclay's Ops Mgr to trace wire transfer | | | Second request to Trace Wired Funds |



LEHMAN BROTHERS INC.
745 7TH AVE
NEW YORK, NY   10019

*FUTURES/FOREIGN EXCHANGE*
*CONFIRMATION*

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA   94941-2134

| MAR 28, 2008 | |
| --- | --- |
| IR NUMBER | ACCOUNT |
| 347 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

- - - - OPENING  ACCOUNT  BALANCES - - - -

RO                                    0CR
DOLLAR                                0CR

- - - - - - - - - - - - - - F O R E I G N    E X C H A N G E    S E T T L E M E N T S - - - - - - - - - - - -
Date  B/S      Base Currency Maturity Currency Pair      Counter Amount      Rate      Net Present Value

* settlement amounts shown below are reflected in the closing cash balance for each currency.

'26/08 B          631,592.24CR 28MAR08 EUR/USD          1,000,000.00B TYPE  1.5833000

- - - - - - - - - - - - - - - I T E M I Z E D    C A S H    A C T I V I T Y - - - - - - - - - - - - - - - -

'28/08 FROM STK      8054 TO CHDY      8054                        3/28/08 USD     1,000,100.00CR

- - CLOSING  ACCOUNT  BALANCES - - - - -

0                                     631,592.24CR*
DOLLAR                                0CR*

#1



# LEHMAN BROTHERS

| | Brokerage account |
| | 8054 |

JOHN S ROSEKRANS
March 1 - March 31, 2008

page 17 of 26

#2

## ACTIVITY

| | Date | Trading code | Reference No. | Amount | Comment |
|---|---|---|---|---|---|
| **Withdrawals** | | | | | |
| REF | 14 Mar 2008 | | | -$ 142,826.93 | |
| 119901519 | | | | | |
| AMERICAN NATIONAL BANK | | | | | |
| REPUBLIC TITLE OF TEXAS, IN | | | | | |
| FROM STK 833-18054 TO CHDY | | | | | |
| **Total USD withdrawals** | 28 Mar 2008 | | | -1,000,000.00 | |
| | | | | -$ 1,142,826.93 | |

| | Date | Taxable amt. | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|
| **Interest** | | | | | |
| LEHMAN BANK CASH DEPOSIT ACCT | 26 Mar 2008 | $ 1,676.27 | | $ 1,676.27 | MONTHLY INTEREST FOR 02/26/2008 - 03/25/2008 29 DAYS YLD 1.21% |

The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

| **Dividends** | Date | Taxable amt. | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|
| LEHMAN BROTHERS TAX-FREE MONEY FUND RESERVE CLASS | 03 Mar 2008 | | $ 3,331.33 | $ 3,331.33 | MONTHLY DIVIDEND FOR PERIOD 02/01/08 - 02/28/08 29 DAYS 7 DAY YIELD 2.24% |
| NORTHROP GRUMMAN CORP | 17 Mar 2008 | 428.46 | | 428.46 | CASH DIV ON 1158 SHS REC 02/03/08 PAY 03/15/08 |
| FREDDIE MAC 8.375% NON-CUMULATIVE PERPETUAL PREFERRED STOCK | 31 Mar 2008 | 674.65 | | 674.65 | CASH DIV ON 1000 SHS REC 03/17/08 PAY 03/31/08 |
| **Total USD dividends - 2008** | | $ 1,103.11 | $ 3,331.33 | $ 4,434.44 | |
| **Total USD dividends** | | $ 1,103.11 | $ 3,331.33 | | |

The taxable and non-taxable designations of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

| **Other activity** | Type | Date | Quantity | | |
|---|---|---|---|---|---|
| LB ADVISOR SERIES - INTERNATIONAL GROWTH EQUITY LP | Journal | 04 Mar 2008 | -9,149.967 | | |
| EXCHANGE TO 9N397130 | | | | | |
| LEHMAN BROTHERS ADVISOR SERIES INTL GROWTH EQUITY LP CLASS E SERIES 1 | Journal | 04 Mar 2008 | 9,149.967 | | |
| EXCHANGE FROM 9N392770 | | | | | |

#2

LEHMAN BROTHERS INC.
15 7TH AVE
NEW YORK, NY 10019

Monthly Statement for: JUN 01, 2008 through JUN 30, 2008

JOHN S ROSENGRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

Salesman Account
42525347 0054

Page   1

US NON-SEGREGATED ACCOUNT

O P E N I N G   A C C O U N T   B A L A N C E S
635,597.96CR

6/05/08 INTEREST EARNED

C L O S I N G   A C C O U N T   B A L A N C E S  — I T E M I Z E D   C A S H   A C T I V I T Y :
635,438.12CRm

6/03/08 EUR      1,840.16CR
Total Cash  EUR  1,840.160CRm

M A R G I N   R E Q U I R E M E N T   S U M M A R Y
Margin Requirement                Margin            Margin
Initial       635,438.12CR        Excess/Deficit    Call/Excess
OCR           635,438.12CR        Equity            635,438.12CR
OCR                               Excess/Deficit    635,438.12CR

Total Value in Base Currency
OCR

A C C O U N T   V A L U E   S U M M A R Y
Account            Net Present Value       Net Option          Collateral   Net Liquidating
Balance                                                                     Value
Unrealized G/L     1,000,851.25CR          1,000,851.25CR      Market Value
on Futures         Net Present Value       Value               OCR          Value
OCR                on Forwards             OCR                  OCR          635,438.12CR
                   OCR
Total Value in Base Currency                                                1,000,851.25CR
1,000,851.25CR

P R O F I T   &   L O S S   S U M M A R Y
Futures            OCR                     OCR                  OCR          Fees
Options            P R O F I T   &   L O S S   S U M M A R Y
Profit and Loss    Long Premium            Short Premium        Commission

# EHMAN BROTHERS 



EHMAN BROTHERS INC.
TH AVE
YORK, NY   10019

JOHN J ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA   94941-2134

***FUTURES/FOREIGN EXCHANGE
CONFIRMATION***

| JUL 02, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 347 | 8054 |
| Page   1 | |

US NON-SEGREGATED ACCOUNT

- - OPENING  ACCOUNT  BALANCES - - - -

635,438.12CR

- - - - - - - - - - - - - - - ITEMIZED  CASH  ACTIVITY - - - - - - - - - - - - - - - - - -

'08 INTEREST EARNED                          7/02/08 EUR        1,781.70CR

- CLOSING  ACCOUNT  BALANCES - - - - -

637,219.82CR

# LEHMAN BROTHERS

LEHMAN BROTHERS INC.
7TH AVE
NEW YORK, NY  10019

**#5**

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

*FUTURES/FOREIGN EXCHANGE
DAILY STATEMENT*

| AUG 21, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 347 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

- - OPENING  ACCOUNT  BALANCES - - - -

639,170.34CR

- - CLOSING  ACCOUNT  BALANCES - - - - -

639,170.34CR*

- - - - - - - MARGIN  REQUIREMENT  SUMMARY - - - - - - - - - - - - - - - -

| Margin Requirement Initial | Equity Excess/Deficit | Margin Call/Excess |
|---|---|---|
| 0CR | 639,170.34CR | 639,170.34CR |

Value in Base Currency

| 0CR | 950,894.35CR | 950,894.35CR |

- - - - - ACCOUNT  VALUE  SUMMARY - - - - - - - - - - - - - - -

| Account Balance | Unrealized C/L on Futures | Net Present Value on Forwards | Net Option Value | Collateral Market Value | Net Liquidating Value |
|---|---|---|---|---|---|
| 639,170.34CR | 0CR | 0CR | 0CR | 0CR | 639,170.34CR |

Value in Base Currency

| 950,894.35CR | 0CR | 0CR | 0CR | 0CR | 950,894.35CR |

**** CURRENCY  CONVERSION  RATES ************
se Currency - USD

| EURO | EUR | 1.4877010 |

(***********************************************





ATTN: JOHN ███ (FINXED)    #██71 - 6516

# #6

Date: _Sept 15 2008_

Lehman Brothers Inc.
555 California St., 30th Floor
San Francisco, California 94104

Re:    Future/Foreign Exchang Account ██ 8054
       Remittance of Euro (EUR) wire payments

Dear Account Representative,

Please accept this authorization to wire the full balance of my account, account ██ 8054.
Please instruct the initiating bank to route the payment as follows:

*Intermediary Bank:*                    Deutsche Bank AF Frankfurt AM Main
*Intermediary Bank SWIFT BIC:*          DEUTDEFF

*Beneficiary's Bank:*                   Wells Fargo Bank, N.A.
*Beneficiary's Bank SWIFT BIC:*         WFBIUS6S

*Beneficiary's Account Number:*         ████ 2753
*Beneficiary's Name:*                   John S. Rosekrans Trust Dtd 6/6/08
*Benefificary's Address:*               68 Locust Ave.
(Swift Field 59)                        Mill Valley, CA 94941
Attention:                              FX Department / Chris Jackson

Please note: Subject to agreement between remitter and beneficiary, fees resulting from this wire
should be processed using one of the following SWIFT standards:

OUR:    Remitter pays all fees
SHA:    Remitter pays initiating bank fees and first intermediary bank fees.  Beneficiary
        pays any additional fees
BEN:    Remitter pays initiating bank fees.  Beneficiary pays first intermediary bank and
        any additional fees.

Thank you for your assistance to this request.  Please call me if you
information.

Sincerely,

*John S. Rosekrans*
(415) 388-6160

#6

OCT-16-1900  23:01                                                                P.01

# 7

7TH AVE
NEW YORK, NY  10019

JOHN S ROSEKRANS
68 LOCUST AVE
MILL VALLEY, CA  94941-2134

00036

**FUTURES/FOREIGN EXCHANGE CONFIRMATION**

| SEP 16, 2008 | |
|---|---|
| TR NUMBER | ACCOUNT |
| 678 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

- - OPENING  ACCOUNT  BALANCES - - - -

641,190.92CR

- - - - - - - - - - - - - - ITEMIZED  CASH  ACTIVITY - - - - - - - - - - - - - - - -

EUR/US CURRENCY DELIVERED

144134950                                          9/16/08 EUR       641,190.92DR

- - CLOSING  ACCOUNT  BALANCES - - - - -

0CKx

# 7.



OCT-16-1900  23:01                                                          P.02

#8

00 PARK AVE
NEW YORK, NY  10166

llulullhlulululllulullullllulululululull
JOHN S ROSEKRANS
68 LOCUST AVE
MILL VALLEY, CA   94941-2134

590200

*FUTURES/FOREIGN EXCHANGE
MONTHLY STATEMENT*

| SEP 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 678 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

- - - - OPENING  ACCOUNT  BALANCES - - - -
URO                          639,170.34CR

- - - - - - - - - - I T E M I Z E D   C A S H   A C T I V I T Y - - - - - - -
9/03/08 INTEREST EARNED                              9/03/08 EUR          2,020.56CR
9/16/08 CURRENCY DELIVERED                           9/16/08 EUR        641,190.92DR
                                                     Total Cash  EUR   639,170.34DRxx
- - - - CLOSING  ACCOUNT  BALANCES - - - -
URO                          DCR#

- - - - - - - - - - P R O F I T   &   L O S S   S U M M A R Y - - - - - - - - -
         Futures              Options              Options
      Profit and Loss      Long Premium         Short Premium        Commission              Fees

#8

OCT~16~1900  23:01

P.02

#9

PARK AVE
NEW YORK, NY  10166

## FUTURES/FOREIGN EXCHANGE MONTHLY STATEMENT

|||
|---|---|
| SEP 2008 ||
| HR NUMBER | ACCOUNT |
| 678 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

lldudalldadadadadadatddaddadadta
JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

000200

- - - - OPENING ACCOUNT BALANCES - - - -
                    639,170.34CR
- - - - - - I T E M I Z E D  C A S H  A C T I V I T Y - - - - - - - - -
'03/08 INTEREST EARNED                          9/03/08 EUR        2,020.56CR
16/08 CURRENCY DELIVERED                        9/16/08 EUR      641,190.92DB
CLOSING ACCOUNT BALANCES - - - -            Total Cash EUR      639,170.34DR**
                              0CR*
- - - - - - - P R O F I T  &  L O S S  S U M M A R Y - - - - - - - - -

| Futures Profit and Loss | Options Long Premium | Options Short Premium | Commission | Fees |
|---|---|---|---|---|

#9

**Clark, Nerissa R.**

# 10

| | |
|---|---|
| From: | Pages, Cindy C [cynthia.pages@lehman.com] |
| Sent: | Thursday, September 18, 2008 9:04 AM |
| To: | Clark, Nerissa R. |
| Subject: | FW: Confirmation of Payment |

# 10

> Here is the wire ref number along with the Swift Message of the wire.
>
> FX144134950
>
> /S/GCCMOUT 0695T
> /ST/481095SW    N
> /AV/46F94F2F
> /AO/SLIIGB2LSLIIGB2LXXX
> /AS/          NNormal
> /AX/SLIIGB2LXXX
> /AM/FRWE
> {1:F01SLHIUS3XXXXX0000000000}{2:I103CITIGB2LXXXXN}{4:
> :20:FX144134950
> :23B:CRED
> :32A:080916EUR641190,92
> :50K:/10000014DUSE
> LEHMAN BROTHERS INC.
> 745 7TH AVENEW YORK US
> :53B:/10640409
> :56A:DEUTDEFFXXX
> :57A:WFBIUS6SXXX
> :59:/79542753
> JOHN S. ROSEKRANS TRUST DTD 6-6-08
> :71A:OUR
> :72:/BNF/ATTN FX DEPARTMENT
> //CHRIS JACKSON
> -}
>
>
>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.



1

**Papale, Stephen R.**

# #11

| | |
|---|---|
| **From:** | Loggins, Ashanti [ALoggins@LEHMAN.COM] |
| **Sent:** | Monday, September 22, 2008 12:05 PM |
| **To:** | Papale, Stephen R. |
| **Subject:** | RE: Confirmation of Payment (John S. Rosekrans) EUR 641,190.92 |

Unfortunately, we haven't been able to get confirmation of any outgoing payments since we are in the middle of a conversion.  I will send confirmation to you once I have it and when I find out more information.

-----Original Message-----
From: Spapale@wellsfargo.com [mailto:Spapale@wellsfargo.com]
Sent: Monday, September 22, 2008 11:29 AM
To: Loggins, Ashanti
Cc: cindy.pages@lehman.com; Dower, Harriet
Subject: FW: Confirmation of Payment (John S. Rosekrans) EUR 641,190.92
Importance: High

Hi Ashanti,

Is there anything I can do from this end to reverse trace the EUR transfer?

Thanks,

Steve Papale

-----Original Message-----
From: Papale, Stephen R.
Sent: Friday, September 19, 2008 8:33 AM
To: 'hdower@lehman.com'
Cc: Clark, Nerissa R.; Jackson, Christopher S. (FX INTL)
Subject: FW: Confirmation of Payment (John S. Rosekrans)
Importance: High

Hi Harriet,

Thanks for your help and let's talk.

Below are the wire details that Cindy sent to us. The wire out from Lehman on September 16 for EUR641,190.92.

On line 20 in the instructions there should be a " TRN ref #" and if Wells had that we might reverse inquiry from our side.

Wells FX contact is Chris Jackson 415-371-6641.

Thanks

Stephen Papale
Wells Fargo Investments LLC
papale@wellsfargo.com
415) 222-2208

# #11

-----Original Message-----
From: Clark, Nerissa R.
Sent: Thursday, September 18, 2008 9:07 AM
To: Jackson, Christopher S. (FX INTL)

1

[*]

Cc: Papale, Stephen R.
Subject: FW: Confirmation of Payment (John S. Rosekrans)
Importance: High

# 11

Hi Chris,

P 2

Below is information received from Lehman regarding the wire transfer.
Please let me know if you will need more information.

Nerissa

-----Original Message-----
From: Pages, Cindy C [mailto:cynthia.pages@lehman.com]
Sent: Thursday, September 18, 2008 9:04 AM
To: Clark, Nerissa R.
Subject: FW: Confirmation of Payment

> Here is the wire ref number along with the Swift Message of the wire.
>
> FX144134950
>
> /S/GCCMOUT 0695T
> /ST/481095SW        N
> /AV/46F94F2F
> /AO/SLIIGB2LSLIIGB2LXXX
> /AS/              NNormal
> /AX/SLIIGB2LXXX
> /AM/FRWE
> (1:F01SLHIUS3XXXXX0000000000)(2:I103CITIGB2LXXXXN)(4:
> :20:FX144134950
> :23B:CRED
> :32A:080916EUR641190,92
> :50K:/10000014DUSE
> LEHMAN BROTHERS INC.
> 745 7TH AVENEW YORK US
> :53B:/10640409
> :56A:DEUTDEFFXXX
> :57A:WFBIUS6SXXX
> :59:/79542753
> JOHN S. ROSEKRANS TRUST DTD 6-6-08
> :71A:OUR
> :72:/BNF/ATTN FX DEPARTMENT
> //CHRIS JACKSON
> -}
>
>
>
- - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated
recipient(s) named above. If you are not the intended recipient of this message you are
hereby notified that any review, dissemination, distribution or copying of this message is
strictly prohibited. This communication is for information purposes only and should not
be regarded as an offer to sell or as a solicitation of an offer to buy any financial
product, an official confirmation of any transaction, or as an official statement of
Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free.
Therefore, we do not represent that this information is complete or accurate and it should
not be relied upon as such. All information is subject to change without notice.


- - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated
recipient(s) named above. If you are not the intended recipient of this message you are
hereby notified that any review, dissemination, distribution or copying of this message is

[Z]

strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.





3

# #12

BARCLAYS CAPITAL INC.
200 PARK AVE
NEW YORK, NY  10166

Ilulululululululululululululululululululululululul
JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

000212

## FUTURES/FOREIGN EXCHANGE CONFIRMATION

| OCT 06, 2008 | |
| --- | --- |
| IR NUMBER | ACCOUNT |
| 678 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

- - OPENING  ACCOUNT  BALANCES - . - -
                                    OCR

- - - - - - - - - - - ITEMIZED  CASH  ACTIVITY - - - - - - - - - -
/08 INTEREST EARNED                              10/06/08 EUR            948.45CR

- CLOSING  ACCOUNT  BALANCES - - - - -
                    948.45CR

# #12

# #13

BARCLAYS CAPITAL INC.
200 PARK AVE
NEW YORK, NY  10166

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

**FUTURES/FOREIGN EXCHANGE
DAILY STATEMENT**

DEC 08, 2008

IR NUMBER    ACCOUNT
015              8054

Page  1

US NON-SEGREGATED ACCOUNT

- - - OPENING  ACCOUNT  BALANCES - - - -
952.42CR
- - CLOSING  ACCOUNT  BALANCES - - - -
952.42CR
- - - - - - - - M A R G I N   R E Q U I R E M E N T   S U M M A R Y - - - - - - -

| | Margin Requirement Initial | Equity Excess/Deficit | Margin Call/Excess |
|---|---|---|---|
| | OCR | 952.42CR | 952.42CR |
| l Value In Base Currency | OCR | 1,233.93CR | 1,233.93CR |

- - - - - - - A C C O U N T   V A L U E   S U M M A R Y - - - - - -

| | Account Balance | Unrealized C/L on Futures | Net Present Value on Forwards | Net Option Value | Collateral Market Value | Net Liquidating Value |
|---|---|---|---|---|---|---|
| | 952.42CR | OCR | OCR | OCR | OCR | 952.42CR |
| l Value In Base Currency | 1,233.93CR | OCR | OCR | OCR | OCR | 1,233.93CR |

CURRENCY CONVERSION RATES xxxxxxxxx

ase Currency - USD
EURO          EUR        1.2955838
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

#13

Rosekrans Wire Transfer EUR 641,190.92 on September 16, 2008



Page 1 of 2

# Papale, Stephen R.

| | |
|---|---|
| **From:** | ashanti.loggins@barclayswealth.com |
| **Sent:** | Friday, December 19, 2008 11:47 AM |
| **To:** | Papale, Stephen R. |
| **Cc:** | jrose49er@sbcglobal.net |
| **Subject:** | RE: Rosekrans Wire Transfer EUR 641,190.92 on September 16, 2008 |

Steve,

The issue is being investigated. I received the swift message yesterday and back up details of the wire and have sent it to the appropriate parties for further research. I will advise as soon as I hear back.

---

**From:** Spapale@wellsfargo.com [mailto:Spapale@wellsfargo.com]
**Sent:** Friday, December 19, 2008 11:43 AM
**To:** Loggins, Ashanti: Barclays Wealth
**Cc:** jrose49er@sbcglobal.net
**Subject:** Rosekrans Wire Transfer EUR 641,190.92 on September 16, 2008

Hi Ashanti,

<<Rosekrans EUR 641,190.92 September 16 08.doc>>

Hope all is well.

Have you been able to determine that these Euros were actually delivered out as per the September 16, 2008 LOA and the a/c 52518054 statement? Wells Fargo has not received them.

If you can confirm that they were delivered out can you advise where they currently reside? Or put a trace on the attached wire instructions.

Thanks for your help.

**Stephen Papale**

*Wells Fargo Investments LLC*

*420 Montgomery St., 7F*

*San Francisco, CA 94104*

*(415) 222 - 2208 Direct*

Investments and Insurance Products:

- Are Not Insured by the FDIC or any other federal government agency

- Are Not deposits of or guaranteed by the bank or any bank affiliat

- May Lose Value

Rosekrans Wire Transfer EUR 641██0.92 on September 16, 2008



Page 2 of 2

*Wells Fargo Investments, LLC (member SIPC) is a non-bank affiliate of Wells Fargo & Company.*

*The information in this e-mail is confidential. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure,copying, distribution or any action taken or omitted to be taken in reliance to it is prohibited and may be unlawful.*

Barclays Wealth is the wealth management division of Barclays Bank PLC, including Barclays Capital Inc. in the United States. This email may relate to or be sent from other members of the Barclays Group.

This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of The Barclays Group. The availability of products and services may be limited by the applicable laws and regulations in certain jurisdictions. The Barclays Group does not normally accept or offer business instructions via internet email. Any action that you might take upon this message might be at your own risk.
This email and any attachments are confidential and intended solely for the addressee and may also be privileged or exempt from disclosure under applicable law. If you are not the addressee, or have received this email in error, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email or its attachments.
Internet communications are not guaranteed to be secure or without viruses. The Barclays Group does not accept responsibility for any loss arising from unauthorised access to, or interference with, any Internet communications by any third party, or from the transmission of any viruses. This email and replies to this email may be monitored and archived by the Barclays Group.
Any opinion or other information in this email or its attachments that does not relate to the business of the Barclays Group is personal to the sender and is not given or endorsed by the Barclays Group. The Barclays Group has no obligation to update its opinions or the information in this material.
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
Barclays Bank PLC. Registered in England and Wales (registered no. 1026167). Registered Office: 1 Churchill Place, London, E14 5HP, United Kingdom. Barclays Bank PLC is authorised and regulated by the Financial Services Authority. The registered office of Barclays Capital Inc. is 200 Park Avenue, New York, NY 10166. (c) 2008 Barclays Bank PLC. All rights reserved. Barclays and Barclays Wealth are trademarks of Barclays Bank PLC and its affiliates.



01/13/2009   13:14

NO.553   D01

DAILY MARGIN EQUITY REPORT
LEHMAN BROS
LEHMAN BROTHERS INC
FOR 1/12/09

LOCATION: 6363

1/12/09 22:00:28
PAGE 9136

SLSPRV/ACCTNO/RECCD1( 6163615 / 52518064 / 52 ) JOHN S ROSENIANS

CLOSING   ACCOUNT   BALANCES ---
642,143.34CR

EURO

EUR
Total Value In Base Currency
USD

MARGIN REQUIREMENT
Margin Requirement
Initial

. . . ACCOUNT   REQUIREMENT   SUMMARY . . . .
Equity
Excess/Deficit          Margin
642,143.34CR          Call/Excess

Account
Balance         Unrealized P/L
on Futures

ACCOUNT   VALUE   SUMMARY
Net Present Value         Net Option
on Forwards              Value
642,143.34CR          860,144.90CR

EUR
Total Value In Base Currency
USD

Collateral         Net Liquidating
Market Value         Value
642,143.34CR

Account
Balance
642,143.34CR

. . . ACCOUNT   REG   CODE   SUMMARY . . . .
860,144.90CR

EUR Converted To Base Currency
Account Balance
860,144.90CR   USD

SLSPRV/ACCTNO/RECCD1( 6163615 / 52518064 /   ) JOHN S ROSENIANS

CURRENCY   CONVERSION   RATES
Base Currency - USD
EUR            EUR            1.3594945

FedEx Express · US Airbill

Sender's Copy

866 ● 1335 6578

12/30/08

Sender's FedEx Account Number   SENDER'S FEDEX ACCOUNT NUMBER ONLY

ROSEKRANS | BATDALE   Phone 415, 412 1413

457 PARKER AVE
SF   State CA   ZIP 94118

Internal Billing Reference   OPTIONAL

LEHMAN BROS. CLAIM PROCESSING: Phone 415, 412 1413

EPIQ BANKRUPTCY SOLUTIONS INC
10 300 SW ALLEN BLVD

BEAVERTON   State OR   ZIP 97005

Schedule a pickup at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

520

---

FedEx Kinko's
Office and Print Center

555 California St
SAN FRANCISCO, CA 94104

Location:          JCCKO
Device ID:         JCCKO-POS1
Employee:          1880105
Transaction:       09027135161

STANDARD OVERNIGHT
8684133556578   0.35 lb ($)          22.77

Shipment subtotal:                   22.77

Total Due:                           22.77

(Y) Credit Card:                     22.77
****************4132

M = Weight entered manually
S = Weight read from scale
i = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

December 30, 2008 2:33:15 PM



EXHIBIT "E"



## John Christian

**From:**      Glenda Broome [gbroome@tobinlaw.com]
**Sent:**      Wednesday, October 05, 2011 3:07 PM
**To:**        'John Christian'
**Subject:**   FW: Lehman Brothers Holdings, Inc., et al.

FYI

**From:** Baer, Herb [mailto:hbaer@epiqsystems.com]
**Sent:** Wednesday, October 05, 2011 3:03 PM
**To:** 'Glenda Broome'; DL-lehman
**Subject:** RE: Lehman Brothers Holdings, Inc., et al.

Thank you for the correspondence, Glenda.

Claim 27265 is currently expunged pursuant to court order as having been amended by 66885. We have claim 66885 recorded as not having specified the debtor against which it is asserted based on that portion of the claim form being left blank. Claim 66885 is currently pending the 200th omnibus objection, for being a no liability claim. Even though we have it recorded as not having specified the debtor on the claim form, I do not believe that is the basis of the objection. The objection states:

11. In their review of the claims filed on the claims register in these chapter 11 cases and maintained by the Court-appointed claims agent, the Debtors have identified the claims on Exhibit A as claims against entities that are not debtors in these chapter 11 cases. A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000). Moreover, section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

12. The No Liability Claims state on their face and/or the supporting documentation establishes that they are claims against a non-Debtor entity. They include claims against foreign and domestic affiliates of the Debtors that are not Debtors in these jointly administered chapter 11 cases. The No Liability Claims do not set forth any legal justification for asserting a claim against a Debtor in these cases, and if the No Liability Claims remain on the claims register, the potential exists for recoveries by parties who do not hold valid claims against the Debtors' estates. Accordingly, the Debtors respectfully request that the Court disallow and expunge the No Liability Claims listed on Exhibit A attached hereto.

Regardless, our role in the case as claims and noticing agent limits our role to recording the claims as they were filed, reflecting the objection raised by the debtor, and sending the creditor notice of that objection. We do not assess the merits of the claim. If you object to the objection to the claim raised by the debtor, you need to respond to the debtor as outlined in the notice.

With respect to the asserted debtor, should the objection be resolved and the claim be ultimately allowed, it would be treated as a claim against the lead debtor, LBHI 08-13555.

Regards,

**Herb Baer**
Eplq Systems
Bankruptcy Solutions
Phone: 646-282-2525

**From:** Glenda Broome [mailto:gbroome@tobinlaw.com]
**Sent:** Wednesday, October 05, 2011 5:08 PM
**To:** DL-lehman
**Subject:** Lehman Brothers Holdings, Inc., et al.

On behalf of our client, John Rosekrans, we submitted two Proof of Claims, Claim No. 27265 and Claim No. 66885. The name of Debtor against which claim is held should have been Lehman Brothers Holdings, Inc, Case No. 08-13555, for both Claims. Please email me back and let me know if the changes were made. Thank you for your cooperation.

**EXHIBIT "F-J"**

# TOBIN & TOBIN

A PROFESSIONAL CORPORATION

500 SANSOME STREET

EIGHTH FLOOR

SAN FRANCISCO, CALIFORNIA 94111-3214

FACSIMILE (415) 433-3883

(415) 433-1400

JOHN P. CHRISTIAN
jchristian@tobinlaw.com

RICHARD TOBIN (1852-1887)
ROBERT TOBIN (1875-1869)
CYRIL R. TOBIN (1905-1977)

February 6, 2009

Jared M. Goodman, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482

Via Email: Goodman@hugheshubbard.com

Re:   John S. Rosekrans – Account No. 83318054

Dear Mr. Goodman:

Thank you for so promptly returning my telephone call to you of earlier today. As we discussed, I represent John S. Rosekrans with respect to his Lehman/Barclays Account No. XXX-X8054. As you know from our discussion, and from your familiarity with other account holders similarly-situated, Mr. Rosekrans has yet to receive the funds or the beneficial use of funds which belong to him, notwithstanding his wire authorization of September 16 2008. This five-month delay truly stretches the meaning of "administrative freeze." The amount involved is not insignificant, and I would appreciate your taking an interest in moving this matter towards resolution as expeditiously as possible.

Per your request, I enclose a copy of the SIPC Customer Claim Form submitted on behalf of Mr. Rosekrans in December. This should provide you with the necessary background information. If you need anything further, please do not hesitate to contact me.

My direct dial is 415-772-9615. I look forward to hearing from you.

Very truly yours,

TOBIN & TOBIN

John P. Christian

Encl.
cc:   John S. Rosekrans
jpc\Goodman020609ltr

# EXHIBIT "C"

# TOBIN & TOBIN

A PROFESSIONAL CORPORATION
500 SANSOME STREET
EIGHTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
FACSIMILE (415) 433-3883
(415) 433-1400

JOHN P. CHRISTIAN
jchristian@tobinlaw.com

RICHARD TOBIN (1852-1937)
ROBERT TOBIN (1875-1869)
CYRIL R. TOBIN (1905-1977)

April 14, 2009

**Via Email**

Daniel S. Lubell, Esq.
Partner
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 1004-1482

Re:    **Lehman Brothers Inc.**

Dear Mr. Lubell:

Thank you for taking my call today. As I mentioned, we represent John Rosekrans in this matter. For your ease of reference, and to facilitate discussions at your upcoming meeting with representatives of Citibank, I enclose a copy of the SIPC Claim filed on behalf of Mr. Rosekrans, and related correspondence.

I look forward to hearing from you.

Very truly yours,

TOBIN & TOBIN

John P. Christian

JPC/gb
Enclosures

H:\JPC\Lubell041409ltr.doc

# EXHIBIT "D"

# TOBIN & TOBIN

A PROFESSIONAL CORPORATION

500 SANSOME STREET

EIGHTH FLOOR

SAN FRANCISCO, CALIFORNIA 94111-3214

FACSIMILE (415) 433-3883

(415) 433-1400

JOHN P. CHRISTIAN
jchristian@tobinlaw.com

RICHARD TOBIN (1852-1937)
ROBERT TOBIN (1875-1889)
CYRIL R. TOBIN (1905-1977)

June 2, 2009

Rebecca R. Zubaty, Esq..                    Via Email: rzubaty@paulweiss.com
PAUL WEISS
1285 Avenue of the Americas
New York, NY 10019-6064

        Re:    John S. Rosekrans – Account No. 83318054

Dear Ms. Zubaty:

        It was a pleasure speaking with you today. I'm sorry I wasn't at my desk last night at
7:15 p.m. when you left your message! As we discussed, I represent John S. Rosekrans with
respect to his Lehman/Barclays Account No. XXX-X8054. As you know from our discussion,
and from your familiarity with other account holders similarly-situated, Mr. Rosekrans has yet to
receive the funds or the beneficial use of funds which belong to him, notwithstanding his wire
authorization of September 16 2008. This nine-month delay truly stretches the meaning of
"administrative freeze". Thank you for confirming that the funds are sitting in a non-segregated
account of LBI in London against which Citibank continues to evaluate its potential set-off
rights. I acknowledge that the final decision does not rest with you, that you are in discussions
with English counsel, and that you expressed hope that a resolution may be near. As I shared
with you, we have been hearing that "a resolution may be near" for many months. When I asked
you the patently unfair question -- "what would you do if you were in Mr. Rosekrans'
position?"-- you deftly (and not surprisingly) responded that you could not respond. The amount
involved is not insignificant, and I would appreciate your taking an interest in moving this matter
towards resolution as expeditiously as possible.

        Per our discussion, I enclose a copy of the SIPC Customer Claim Form submitted on
behalf of Mr. Rosekrans in December. As we agreed, we will talk again on Thursday.

## TOBIN & TOBIN

Rebecca R. Zubaty, Esq.
PAUL WEISS
June 2, 2009
Page 2

     I look forward to speaking with you then.

               Very truly yours,

               TOBIN & TOBIN

               John P. Christian

JPC/gfb
Enclosure

cc:  John S. Rosekrans (via email)

# EXHIBIT "E"

# John Christian

**From:**    Goodman, Jared [goodman@HughesHubbard.COM]
**Sent:**    Tuesday, February 10, 2009 2:31 PM
**To:**    John Christian
**Subject:** RE: John Rosekrans

John,

Yes we reviewed what you have sent and it appears that the funds are in a Citibank London account. We are supposed to meet with Citibank the week of the 23rd regarding the Citibank London account where the funds are residing. We expect that we should have internal agreement on the treatment of that account a couple of weeks afterward. In the meanwhile, if you filed a customer claim, then your claim is on a dual track. If not, please file a general claim. The deadline for customer claims has passed. Please let me know if you have any questions.

**From:** John Christian [mailto:jchristian@tobinlaw.com]
**Sent:** Tuesday, February 10, 2009 5:21 PM
**To:** Goodman, Jared
**Subject:** John Rosekrans

Jared – given the magnitude of funds suspended in transit somewhere, it should not surprise you that my client is most anxious to get this matter resolved. Have you had an opportunity to review the claim materials I emailed to you last Friday? Wondering where we go from here. Thanks.

John P. Christian, Esq.
Tobin & Tobin
500 Sansome Street, 8th Floor
San Francisco, CA 94111
415-433-1400
415-772-9615 (direct dial)
415-433-3883 (fax)
www.tobinlaw.com (website
jchristian@tobinlaw.com (e-mail)

*******************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*******************************************************************

6/16/2010

## John Christian

| | |
|---|---|
| **From:** | Rebecca Zubaty [RZubaty@paulweiss.com] |
| **Sent:** | Friday, June 05, 2009 3:54 PM |
| **To:** | jchristian@tobinlaw.com |
| **Subject:** | John Rosekrans |

Mr. Christian,

Please see the attached letter.

Regards,
Rebecca

Rebecca Zubaty | Associate
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3633 (Direct Phone) | (212) 492-0633 (Direct Fax)
rzubaty@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may
contain information that is privileged and confidential.  If you are not the
intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited.  If you have received this communication
in error, please erase all copies of the message and its attachments and
notify us immediately.

6/16/2010

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS      (1927-1950)
JOHN F. WHARTON     (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3633

WRITER'S DIRECT FACSIMILE
(212) 492-0633

WRITER'S DIRECT E-MAIL ADDRESS
rzubaty@paulweiss.com

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

MATTHEW W. ABBOTT
MARK H. ALCOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
HENK BRANDS
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
JAMES M. DUBIN
ANDREW J. EHRLICH
LESLIE GORDON FAGEN
MARC FALCONE
PETER L. FELCHER
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
PAUL D. GINSBERG
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
JOYCE S. HUANG
MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP
JOHN C. KENNEDY
ALAN W. KORNBERG
DANIEL J. KRAMER

DAVID M. LAKHDHIR
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
JULIA TARVER MASON
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
TOBY S. MYERSON
JOHN E. NATHAN
CATHERINE NYARADY
ALEX YOUNG K. OH
JOHN J. O'NEIL
KELLEY D. PARKER
ROBERT P. PARKER*
MARC E. PERLMUTTER
MARK F. POMERANTZ
VALERIE E. RADWANER
CAREY R. RAMOS
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
PETER J. ROTHENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
DANIEL J. TOAL
MARK A. UNDERBERG
LIZA M. VELAZQUEZ
MARIA T. VULLO
LAWRENCE G. WEE
THEODORE V. WELLS, JR
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

June 5, 2009

**Via Email & Federal Express**

John P. Christian
Tobin & Tobin
500 Sansome Street
Eighth Floor
San Francisco, CA 94111-3214

Re: John Rosekrans

Dear Mr. Christian:

We have received your letter dated June 2, 2009 and copy of Mr. Rosekrans's proof of claim against Lehman Brothers Inc. ("LBI"). I also understand that you tried reaching me yesterday and today by telephone.

We have recently become aware through discussions with Hughes, Hubbard & Reed ("Hughes Hubbard") of certain alleged third party claims to funds in a general proprietary LBI deposit account held at Citibank. We are reviewing information that Hughes Hubbard has provided with respect to these claims, and will also review the information you have provided. However, I am not in a position to confirm that Mr. Rosekrans's funds were transferred to any proprietary account of LBI and did not purport to issue any such confirmation on Tuesday's call.

We anticipate having further discussions with Hughes Hubbard about these alleged third party claims against LBI's accounts in the coming weeks. Because we are not at liberty

John P. Christian                                                                    2
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

to discuss accounts of Citibank customers with third parties, we suggest that you direct further inquires into the status of your client's alleged claims against LBI to Hughes Hubbard.

In addition, on Wednesday I received a voice mail from Mr. Rosekrans. Please understand that I am unable to return his call given that he is represented by counsel.

Very truly yours,

Rebecca Zubaty

## John Christian

| | |
|---|---|
| **From:** | Lubell, Daniel S. [lubell@hugheshubbard.com] |
| **Sent:** | Monday, June 08, 2009 3:54 PM |
| **To:** | jchristian@tobinlaw.com |
| **Subject:** | Re: John Rosekrans |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

John, I've been out of the office on trial. We made a proposal to Citi regarding constructive trust type claims like Rosekrans in the context of global settlement negotiations. We're waiting to hear back. We are trying to get to a global settlement before July 15. I am back in the office Wed and Thurs, but will be in a better olace to speak next week if you'd like to discuss. Dan

**From:** John Christian
**To:** Lubell, Daniel S.
**Sent:** Mon Jun 08 17:58:06 2009
**Subject:** John Rosekrans

Mr. Lubell – Citibank's counsel is pushing back on this matter, on the basis that my client, John Rosekrans, is a Lehman customer, not a Citibank customer.  Nine months have transpired since Mr. Rosekrans attempted to access his funds.  Can you please advise where matters stand?

John P. Christian, Esq.
Tobin & Tobin
500 Sansome Street, 8th Floor
San Francisco, CA  94111
415-433-1400
415-772-9615 (direct dial)
415-433-3883 (fax)
www.tobinlaw.com (website
jchristian@tobinlaw.com (e-mail)

**From:** Glenda Broome [mailto:gbroome@tobinlaw.com]
**Sent:** Monday, June 08, 2009 2:22 PM
**To:** John Christian
**Subject:** John Rosekrans


*****************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*****************************************************************

## John Christian

| | |
|---|---|
| **From:** | Lubell, Daniel S. [lubell@hugheshubbard.com] |
| **Sent:** | Friday, October 30, 2009 4:06 PM |
| **To:** | jchristian@tobinlaw.com |
| **Subject:** | Re: John Rosekrans |

John,

I am not presently in the office to refamiliarize myself with the specifics of Rosekrans' wire into LBI's Citi UK account and the status of his LBI account. Did the LBI account go over to Barclays in the Lehman sale and is he now still a Barclays customer. If yes, there is one set of people I need to contact and prospects for a faster recovery are greater. If not, I will likely refer you to another law firm that is handling Citi issues. (I assume I am correct about Rosekrans funds being caught in a Citi-UK acct). There is also the people handling his customer claim (which I assume was filed before the bar date). I will get back to you again early next week, but you should let me know as soon as you know the status of the transfer of Rosekrans acct from LBI to Barclays or elsewhere.

Regards,

Dan

**From:** John Christian
**To:** Lubell, Daniel S.
**Sent:** Fri Oct 30 18:20:34 2009
**Subject:** RE: John Rosekrans

Dan – it seems we were hearing all the right kind of noises towards resolution over the summer months.   Lately, not so much.  My client is serious now about pursuing a Rule 2004 examination to get to the bottom of this – where are his funds, and what is the status of getting them freed.  I would appreciate your suggestion as to who would be the person most knowledgeable about Rosekrans' account history, post-petition, so we can schedule a convenient date.  Flights to NYC have never been cheaper, but we will want to be efficient about all of this; it's been over a year since our client had access to his money.   Could you please get back to me on this?   Thanks.

John P. Christian, Esq.
Tobin & Tobin
500 Sansome Street, 8th Floor
San Francisco, CA  94111
415-433-1400
415-772-9615 (direct dial)
415-433-3883 (fax)
www.tobinlaw.com (website
jchristian@tobinlaw.com (e-mail)

**From:** Lubell, Daniel S. [mailto:lubell@hugheshubbard.com]
**Sent:** Monday, June 08, 2009 3:54 PM
**To:** jchristian@tobinlaw.com
**Subject:** Re: John Rosekrans

John, I've been out of the office on trial. We made a proposal to Citi regarding constructive trust type claims like Rosekrans in the context of global settlement negotiations. We're waiting to hear back. We are trying to get to a global settlement before July 15. I am back in the office Wed and Thurs, but will be in a better place to speak next week if you'd like to discuss. Dan

**From:** John Christian
**To:** Lubell, Daniel S.
**Sent:** Mon Jun 08 17:58:06 2009
**Subject:** John Rosekrans
Mr. Lubell – Citibank's counsel is pushing back on this matter, on the basis that my client, John Rosekrans, is a Lehman customer, not a Citibank customer. Nine months have transpired since Mr. Rosekrans attempted to access his funds. Can you please advise where matters stand?


John P. Christian, Esq.
Tobin & Tobin
500 Sansome Street, 8th Floor
San Francisco, CA 94111
415-433-1400
415-772-9615 (direct dial)
415-433-3883 (fax)
www.tobinlaw.com (website
jchristian@tobinlaw.com (e-mail)

**From:** Glenda Broome [mailto:gbroome@tobinlaw.com]
**Sent:** Monday, June 08, 2009 2:22 PM
**To:** John Christian
**Subject:** John Rosekrans

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# EXHIBIT "F"

**James W. Giddens**
Trustee for the SIPA Liquidation of Lehman Brothers Inc.
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

*In re* Lehman Brothers Inc.

Case No. 08-01420 (JMP) SIPA

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

March 29, 2010

**VIA UPS OVERNIGHT**

JOHN S ROSEKRANS
C/O STEPHEN PAPALE
457 PARKER AVE
SAN FRANCISCO, CA 94118

Re:  Claim Number(s):    900000690
                         591 (Duplicate of claim 900000690)
     Account Number(s):  83318054, 52518054

Dear Claimant:

### PLEASE READ THIS NOTICE CAREFULLY

The liquidation of the business of Lehman Brothers Inc. ("LBI") is being conducted by James W. Giddens (the "Trustee") under the Securities Investor Protection Act of 1970, as amended ("SIPA"), pursuant to an order entered on September 19, 2008 by the United States District Court for the Southern District of New York. You have submitted the above-referenced claim(s) (the "Claim") as a customer claim in this proceeding. This Notice is applicable only to the claim(s) and/or accounts identified above. If you filed other claims, additional notices will be issued.

The Trustee has made the following determination regarding your Claim:

Your Claim is ALLOWED as a net equity claim for cash in account 52518054 in the amount of $921,904.30, which reflects activity through September 19, 2008 (the "Allowed Cash").

Your Claim for account 83318054 is DENIED. LBI records indicate that the above-referenced account(s) (the "Account") and all cash and securities related to the Account have been transferred to Barclays Capital Inc. ("BCI"). To the extent securities related to the Account were unavailable and could not be purchased for replacement, the Trustee has provided BCI with cash instead. An order approving the transfer of accounts to BCI was entered by the United States Bankruptcy Court, Southern District of New York, on December 14, 2009.

**RECEIPT BY THE TRUSTEE OF A DULY EXECUTED DECLARATION, RELEASE AND ASSIGNMENT IN THE FORM ATTACHED HERETO (the "Release") IS REQUIRED FOR RECEIVING DISTRIBUTIONS OF ALLOWED CLAIMS WHEN THEY BEGIN.** Distributions will be made in proportion to a claimant's share of available customer property and will be made based on the Trustee's best estimate of available customer property at the time of distribution, and may in some instances include cash in lieu of securities in accordance with SIPA. Distribution may take place in multiple installments over time and will require coordination with and cooperation from various third party custodians, which may delay some or all transfers. Distribution of customer name securities will be made in accordance with SIPA. Please note, no determination is being made as to the validity or allowed amount of any amounts you may have claimed for cash and/or securities, if any, received by the Trustee after September 19, 2008. Such property is not part of the net equity calculation, and the determination of any such claim will be dealt with separately in the Trustee's continuing administration of the estate. Depending on your contractual arrangements with Lehman Brothers Inc. or other Lehman entities, or by operation of law based on those relationships, distributions on your allowed amount as set forth above may be subject to liens or security interests held by another Lehman entity.

If you accept the Trustee's determination, please sign, date, and have notarized the enclosed Release, and return it to us at your earliest convenience. We recommend that you retain a copy for your records. **PLEASE NOTE THAT THE RELEASE REQUIRES YOU TO CONFIRM TO THE TRUSTEE, UNDER PENALTY OF PERJURY, THAT YOU HAVE NOT RECEIVED ANY PAYMENTS OR TRANSFERS OF THE ALLOWED SECURITIES AND/OR THE ALLOWED CASH THROUGH THE DATE OF THE RELEASE.** Kindly provide instructions for the transfer of securities and cash on the form provided. To expedite the distribution process, we recommend that you provide email addresses for you and your broker dealer. Upon receipt of the duly executed Release, a Trustee representative will contact you and your new broker to facilitate the transfer of the Allowed Securities and the Allowed Cash to your new brokerage account. Completed releases must be sent to the following address:

2

Epiq Bankruptcy Solutions LLC
757 Third Avenue, Ste. 302
New York, New York 10017-2063

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge James M. Peck, you MUST file your written opposition, setting forth (i) the claim number; (ii) a detailed statement of the reasons for your objection to the Trustee's determination; (iii) copies of any document or other writing upon which you rely; and (iv) mailing, phone, and email contact information, with the United States Bankruptcy Court and the Trustee within THIRTY DAYS of the date of this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must file your opposition in accordance with the above procedure electronically with the Court on the docket of *In re* Lehman Brothers Inc., Case No. 08-01420 (JMP) SIPA in accordance with General Order M-242 (available at www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format.

If you do not have means to file your opposition electronically, you may mail your opposition to:

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

3

**PLEASE TAKE FURTHER NOTICE:**  You must serve your opposition upon the Trustee's counsel by mailing a copy to:

> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, NY 10004
> Attn:  LBI Hearing Request
>
> Attorneys for James W. Giddens, Trustee for
> the SIPA Liquidation of Lehman Brothers Inc.

> Very Truly Yours,
>
>
> James W. Giddens
> Trustee for the SIPA Liquidation of
> Lehman Brothers Inc.

4

*In re* Lehman Brothers Inc.

Case No. 08-01420 (JMP) SIPA

DECLARATION, RELEASE AND ASSIGNMENT

**CLAIMANT:**      **JOHN S ROSEKRANS**

**CLAIM NO.:**      **900000690**
                   **591 (Duplicate of claim 900000690)**

**ACCOUNT NO.:**    **83318054, 52518054**

The above-named claimant ("Claimant"), having submitted the above-referenced claim(s) (the "Claim") to James W. Giddens (the "Trustee"), as Trustee for the Liquidation of Lehman Brothers Inc. ("LBI"), hereby declares to the Trustee, under penalty of perjury, that Claimant did not receive any payment or other transfer of the Allowed Cash and/or Securities as described in the Notice of Trustee's Determination of Claim dated March 29, 2010 for the above-referenced claim(s) and account number(s) (the "Notice") from LBI, or any entity or other person affiliated with LBI through the date of this declaration.

Claimant, on behalf of Claimant and his, her or their heirs, successors and assigns, contingent only upon receipt of the Allowed Cash and/or Securities as described in and pursuant to the terms of the Notice (the "Consideration") from the Trustee after receipt by the Trustee of this signed Declaration, Release and Assignment, hereby remises, releases, and forever discharges the Trustee and his agents, employees, professionals, successors and assigns, the Securities Investor Protection Corporation ("SIPC") and its agents, employees, officers, directors, professionals, successors and assigns, and the LBI estate (all of the foregoing, collectively, the "Released Persons") of and from any and all claims or causes of action arising out of or relating to the Claim, the circumstances that gave rise to the Claim, any account(s) Claimant had with LBI, and any other transactions or dealings with LBI or any entity or other person affiliated with LBI relating to the Claim, which the Claimant now has, or hereafter can, shall, or may have, for or by any reason of any cause, matter, or thing whatsoever, prior to and including the date of execution hereof. Claimant represents and warrants that it is aware of no liens or claims against the above-referenced account(s) (the "Account") or its contents, and acknowledges and agrees that, to the extent the Account or property contained therein may be subject to any liens or claim, delivery of the Consideration will be subject to any such liens or claims.

Notwithstanding any rights or remedies available to Claimant under applicable law, Claimant acknowledges and agrees to return immediately any property to the LBI estate that is later found by the Trustee or determined by a court (i) to have been distributed in error, (ii) to exceed claimant's proportional share of customer property, or (iii) to be subject to liens or claims of the LBI estate or any other entity or other person and will indemnify and hold harmless the Released Persons from and against any damages, costs or losses that may result from any assertion by any such other entity or other person of any such liens or claims.

Further, Claimant hereby assigns and transfers to the Trustee and SIPC all rights, including any and all claims and causes of action, and any proceeds derived therefrom, that Claimant may have against any party, arising out of or relating to the Claim, the circumstances that gave rise to the Claim and any account(s) Claimant had with LBI, to the extent of the Consideration.

Notwithstanding anything else herein to the contrary, claims for cash and/or securities, if any, received by the Trustee after September 19, 2008 are not deemed released hereby and the determination of any such claim will be dealt with separately in the Trustee's continuing administration of the estate.

Claimant further acknowledges the sufficiency of the Consideration and that Trustee may deliver such Consideration in multiple installments. Notwithstanding anything to the contrary herein, to the extent the Consideration is delivered in multiple installments, the releases set forth herein shall take effect only with respect to the portion of the Claim which has been satisfied by such portion of the Consideration.

WITNESS the due execution hereof, intending to be legally bound hereby, this _____ day of _____ 2010.

By: _____

Title: _____

Sworn to before me this
_____ day of _____, 2010.


_____
Notary Public
My commission expires:

Instructions for the transfer of cash for:

JOHN S ROSEKRANS
C/O STEPHEN PAPALE
457 PARKER AVE
SAN FRANCISCO, CA  94118

         Re:    Claim Number(s):      900000690
                                      591 (Duplicate of claim 900000690)
                Account Number(s):    83318054, 52518054

To:    The Trustee for the SIPA Liquidation of Lehman Brothers Inc.

       Please deliver the cash to satisfy my claim to:

Name of brokerage firm:    _WELLS FARGO INVESTMENTS LLC._

Address:  _420 MONTGOMERY ST. 7F    MAC A0101-077._

City/State/ZIP:  _SAN FRANCISCO ,    CA    94104._

For my account (number):  _# 7954-2753._

Account executive (name):  _STEPHEN PAPALE_

Account executive telephone number:  _415- 222- 2208._

Account executive fax (or e-mail):  _SPAPALE @ WELLSFARGO.COM._

       Signature(s)  _____
                          _JOHN S. ROSEKRANS_
                     _____

Please complete and return this form with the Release.



**CUSTOMER CLAIM FORM**
**LEHMAN BROTHERS INC.**

COPY

John S. Rosekrans
Account# 83318054
68 Locust Ave.
Mill Valley, CA 94941-2134

Daytime Phone: 415-388-6160

Email: JROSE@49ER.com

Contact Person: JOHN ROSEKRANS

Taxpayer I.D. Number
(Social Security No.): 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

# PLEASE NOTE

- A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.

- TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.

- THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. <u>NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.</u>

- ALL CLAIMS ARE DATED AS OF THE DATE <u>RECEIVED</u> BY THE TRUSTEE.

- YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT <u>WWW.LEHMANTRUSTEE.COM</u> OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

- IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.

- LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:



If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

   a.   LBI owes me a credit or cash in the amount of:   *Euros* $ 641,190.92

   b.   I owe LBI a debit or cash in the amount of:   $ _____ Ø

   c.   If you wish to repay the debit balance listed in point b. above please insert the amount you wish to repay and attach a check payable to "James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc." If you wish to make a payment, **it must be enclosed** with this claim form.

   $ _____

2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

   **Please Do Not Claim Any Securities You Have In Your Possession**

   |  |  | YES | NO |
   |---|---|---|---|
   |  |  | (Circle Y or N) |  |
   | a. | LBI owes me securities: | Y | N |
   | b. | I owe LBI securities: | Y | N |

   c.   If yes to either, please list below (or in additional pages as necessary):

   |  |  |  | Number of Shares or Face Amount of Bonds | |
   |---|---|---|---|---|
   | Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | LBI Owes Me (Long) | I Owe LBI (Short) |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |

If additional space is needed, attach additional pages providing the information in the exact format above.



3.  **COMMODITY FUTURES CLAIMS**

                                                              YES      NO
                                                          (Circle Y or N)

Do you have a claim based on a commodity futures account?    (Y)      N

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

Amount of Claim: EUR @ 641,190.92

Basis for Claim: LEHMAN/BARCLAYS CAN NOT LOCATE A WIRE TRANSFER ON SEPT. 16 2008. THE FUNDS WERE "DEBITED" FROM ACCOUNT, ALTHOUGH NOT RECEIVED FROM/BY MY BANK. THE EURO'S WERE NOT REDEPOSITED INTO MY LEHMAN/BARCLAYS ACCT NOR CREDITED TO MY WELLS FARGO INVESTMENTS ACCT.

## WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.
- Proper documentation can speed the review, allowance, and satisfaction of your claim.
- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.
- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.
- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

## PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

NOTE:   IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

                                                              YES      NO
                                                          (Circle Y or N)

4.  Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)?     Y      

5.  Has there been any change in your account since September 19, 2008?           N

3

6.  Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?   Y   N

7.  Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).   Y   N

8.  Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?   Y   N

9.  Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.   Y   N

10. Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.   Y   N

11. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.   Y   N

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: ___STEPHEN PAPALE___

Address: ___457 PARKER AVE.___

___SAN FRANCISCO, CA 94118___

Phone number: ___415-412-1413___

Email address: ___SRPAPALE @ PACBELL. NET___

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___12-29-08___   Signature _____

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

4

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Lehman Brothers, Inc. | Case Number: 08-01420 (JMP) SIPA |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:   1000973027 LBI 12/1/2008 890052
John S. Rosekrans
68 Locust Ave.
Mill Valley, CA 94941-2134

Telephone number: 415-388-6160

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

AS ABOVE

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:   $ EURO # 641,190.92

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: _A EURO DOLLAR CASH BALANCE_
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: XXX-X8054

3a. Debtor may have scheduled account as: XXX-X8054
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information:

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____   Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $ EURO # 641,190.92

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 12-29-08 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

If you would like to file your claim online please go to www.lehmantrustee.com and select the link for the online claim form.  You will need the tracking number and mail id listed below to complete your claim online.

P0000L 0000**-P01300 Z0C7742S311 1613 A

Tracking Number: 892696 Mail ID: 890052

John S. Rosekrans
68 Locust Ave.
Mill Valley, CA 94941-2134

**Question #5.  Page 3**

<u>Has there been any change in your account since September 19, 2008?</u>

Yes.  I did not receive the EURO$641,190.92 requested in my Letter of Authorization to wire funds submitted to Lehman Brothers/Barclays for action on September 16, 2008.

The Euro$ were never received at my Wells Fargo Investments account nor were the Eurodollars re-deposited into my Lehman Barclays account XXX-X8054.

Several requests for tracing or status made to Lehman/Barclay's has not resulted in finding the EURO$641,190.92.

Please see the attached spreadsheet "John Rosekrans Euro Cash Balance" Timeline and the referenced and numbered attachments..



**John Rosekrans Euro Cash Balance**
**XXX-X8054**

| Ref # | | Activity | Activity | Euro balance | Comments |
|---|---|---|---|---|---|
| #1 | 28-Mar-08 | Sell USD $1,000,000 / Buy EUR$ 631,592.24 | 631,592.24 | 631,592.24 | Initial EURO purchase/Trade Confirmation Report |
| #2 | 31-Mar-08 | Interest earned | | | Lehman March 2008 statement w/commodity transaction |
| #3 | Apr-08 | Interest earned | | | |
| #3 | May-08 | Interest earned | | 633,597.96 | June 08 monthly statement reflects May 08 closing balance |
| #3 | Jun-08 | Interest earned | 1,840.16 | 635,438.12 | June 08 monthly statement reflects cash account balance in Euros |
| #4 | 2-Jul-08 | Interest earned | 1,781.70 | 637,219.82 | July 02 08 statement reflects Euro$ balance & Interest earned on 7/02/08 |
| #5 | 21-Aug-08 | Interest earned | | 639,170.34 | Aug 21' 08 statement reflects EUR$639,170.34 Euro$ balance |
| #6 | 15-Sep-08 | wire instructions | | | wire instructions delivered to Lehman Brothers via fax. |
| #7 | 16-Sep-08 | currency delivered out | 641,190.92 | | transaction #14413495O shows currency delivered out |
| #8 | 16-Sep-08 | currency delivered out | 641,190.92 | | Sept 08 monthly statement reflects currency delivered out |
| #9 | 3-Sep-08 | interest earned | 2,020.58 | | Sept 08 monthly statement reflects EURO $ and 9/03/08 interest earned |
| #10 | 18-Sep-08 | Notified Lehman Euros via email Euros not received | | | Requesting Confirmation of Payment |
| #11 | 22-Sep-08 | Lehman/Barclay's will trace Euros not received | | | Email from Lehman/Barclay's Ops Mgr re trace funds |
| #12 | 6-Oct-08 | Interest earned | 948.45 | 948.45 | Oct 08 statement DOES NOT reflect REDEPOSITED EURO$ |
| #13 | 8-Dec-08 | interest earned | 952.48 | 952.48 | |
| #14 | 19-Dec-08 | Lehman/Barclay's Ops Mgr to trace wire transfer | | | Second request to Trace Wired Funds |

#1

LE___ BROTHERS INC.
745 ___ AVE
NEW YORK, NY  10019

**FUTURES/FOREIGN EXCHANGE
CONFIRMATION**

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

| MAR 28, 2008 | |
| --- | --- |
| IR NUMBER | ACCOUNT |
| 347 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

- - - OPENING  ACCOUNT  BALANCES - - - -

```
                              OCR
OLLAR                         OCR
```

- - - - - - - - - - - - - -F O R E I G N   E X C H A N G E   S E T T L E M E N T S- - - - - - - - - - - - -
to  B/S     Base Currency Maturity Currency Pair      Counter Amount      Rate      Net Present Value

settlement amounts shown below are reflected in the closing cash balance for each currency.

3/08 B       631,592.24CR 28MAR08 EUR/USD        1,000,000.00DB TYPE  1.5833000

- - - - - - - - - - - - - -I T E M I Z E D   C A S H   A C T I V I T Y- - - - - - - - - - - - - - -
3/08 FROM STK ____8054 TO CHDY ____8054                    3/28/08 USD     1,000,100.00CR

- -  CLOSING  ACCOUNT  BALANCES - - - - -

```
          631,592.24CR*
ILLAR                         OCR*
```

#1



# LEHMAN BROTHERS

Brokerage account
8054

JOHN S ROSEKRANS
March 1 - March 31, 2008

page 17 of 26

## ACTIVITY

### Withdrawals

| | Date | Tracking code | Reference No. | Amount | Comment |
|---|---|---|---|---|---|
| REF 111901519 AMERICAN NATIONAL BANK REPUBLIC TITLE OF TEXAS, IN | 14 Mar 2008 | | | -$142,626.53 | |
| FROM STK 833-18054 TO CMDY | 28 Mar 2008 | | | -1,000,000.00 | |
| **Total USD withdrawals** | | | | **-$1,142,626.53** | |

### Interest

| | Date | Taxable amt. | | Amount | Comment |
|---|---|---|---|---|---|
| LEHMAN BANK CASH DEPOSIT ACCT | 28 Mar 2008 | $1,626.27 | | $1,626.27 | MONTHLY INTEREST FOR 02/26/2008 - 03/25/2008 28 DAYS YLD 2.21% |
| **Total USD interest** | | | | **$1,626.27** | |

The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

### Dividends

| | Date | Taxable amt. | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|
| LEHMAN BROTHERS TAX-FREE MONEY FUND RESERVE CLASS | 03 Mar 2008 | | $3,331.33 | $3,331.33 | MONTHLY DIVIDEND FOR PERIOD 02/01/08 - 02/29/08 29 DAYS / DAY YIELD 2.24% |
| NORTHROP GRUMMAN CORP | 17 Mar 2008 | 428.46 | | 428.46 | CASH DIV DI 1158 SHS REC 03/03/08 PAY 03/13/08 |
| FREDDIE MAC 8.375% NON-CUMULATIVE PERPETUAL PREFERRED STOCK | 31 Mar 2008 | 674.85 | | 674.85 | CASH DIV ON 1000 SHS REC 03/17/08 PAY 03/31/08 |
| **Total USD dividends** | | | | **$4,434.44** | |

| **Total USD dividends - 2008** | | $1,103.11 | $3,331.33 | **$4,434.44** | |

The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

### Other activity

| | Type | Date | Quantity | | |
|---|---|---|---|---|---|
| LB ADVISOR SERIES - INTERNATIONAL GROWTH EQUITY LP EXCHANGE TO SN397130 | Journal | 04 Mar 2008 | -9,149,967 | | |
| LEHMAN BROTHERS ADVISOR SERIES INTL GROWTH EQUITY LP CLASS E SERIES Y EXCHANGE FROM 8N382770 | Journal | 04 Mar 2008 | 9,149,967 | | |



LEHMAN BROTHERS INC.
745 7TH AVE
NEW YORK, NY    10019

Monthly Statement for: JUN 01, 2008 through JUN 30, 2008

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA    94941-2134

Salesman Account
62525347   0084

Page   1

···· 'US NON-SEGREGATED ACCOUNT

···· - OPENING ACCOUNT BALANCES - · ·
635,597.96CR

·· /08 INTEREST EARNED   · · - · · I T E M I Z E D   C A S H   A C T I V I T Y · · · · 6/03/08   EUR
Total Cash   EUR   1,840.16CR
1,840.16CR**

···· CLOSING   ACCOUNT BALANCES · · · · ·
635,438.12CR**

···· - - M A R G I N   R E Q U I R E M E N T   S U M M A R Y · · · · · ·
Margin Requirement       Equity       Excess/Deficit       Margin       Call/Excess
Initial           635,438.12CR       635,438.12CR
OCR

···· Value In Base Currency
OCR

···· - - - A C C O U N T   V A L U E   S U M M A R Y · · · · · · · · · · · · · · · ·
Account       Unrealized O/L       Net Present Value       Net Option       Collateral   Net Liquidating
Balance       on Futures       on Forwards       Value       Market Value       Value
635,438.12CR       OCR       OCR       OCR       OCR       635,438.12CR
Value In Base Currency
1,000,851.25CR       1,000,851.25CR       1,000,851.25CR       1,000,851.25CR

···· - - - P R O F I T   &   L O S S   S U M M A R Y · · · · · · · · · · · · · · · ·
OCR   Options Long Premium       OCR   Options Short Premium       OCR   Commission       OCR   Fees
Futures
Profit and Loss



#3

HMAN BROTHERS

**#4**

LEHMAN BROTHERS INC.
7. ~H AVE
N. 'RK, NY  10019

JOHN ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

*FUTURES/FOREIGN EXCHANGE
CONFIRMATION*

| JUL 02, 2008 | |
| --- | --- |
| IR NUMBER | ACCOUNT |
| 347 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

~ OPENING ACCOUNT BALANCES - - - -

635,438.12CR

- - - - - - - - - - - - - - -I T E M I Z E D   C A S H   A C T I V I T Y- - - - - - - - - - - - - - - - - -

INTEREST EARNED                    7/02/08 EUR        1,781.70CR

CLOSING ACCOUNT BALANCES - - - - -

637,219.82CR*

**#4**

# EHMAN BROTHERS

MAN BROTHERS INC.
TH AVE
N  ORK, NY  10019

**#5**

*FUTURES/FOREIGN EXCHANGE
DAILY STATEMENT*

| AUG 21, 2008 | |
| --- | --- |
| IR NUMBER | ACCOUNT |
| 347 | 8054 |
| Page    1 | |

US NON-SEGREGATED ACCOUNT

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

- - OPENING ACCOUNT BALANCES - - - -

639,170.34CR

- CLOSING ACCOUNT BALANCES - - - - -

639,170.34CRx

- - - - - - MARGIN REQUIREMENT SUMMARY - - - - - - - - - - -
- - - - Margin Requirement - - - - - -         Equity              Margin
          Initial                          Excess/Deficit        Call/Excess

          0CR                            639,170.34CR        639,170.34CR

Value in Base Currency

          0CR                            950,894.35CR        950,894.35CR

- - - - - - - - ACCOUNT VALUE SUMMARY - - - - - - - - - - -

| Account Balance | Unrealized C/L on Futures | Net Present Value on Forwards | Net Option Value | Collateral Market Value | Net Liquidating Value |
| --- | --- | --- | --- | --- | --- |
| 639,170.34CR | 0CR | 0CR | 0CR | 0CR | 639,170.34CR |

Value in Base Currency

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 950,894.35CR | 0CR | 0CR | 0CR | 0CR | 950,894.35CR |

!xx CURRENCY CONVERSION RATES xxxxxxxx
                                                      x
 Currency - USD                                x

EURO          EUR  :   1.4877010 x
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx





*ATTN: SUAT     (FEES 5100)     #211-6516*

**#6**

Date: _Sept 15 2008_

Lehman Brothers Inc.
555California St., 30th Floor
San Francisco, California 94104

Re:     Future/Foreign Exchang Account ▮▮▮8054
        Remittance of Euro (EUR) wire payments

Dear Account Representative,

Please accept this authorization to wire the full balance of my account, account ▮▮▮8054.
Please instruct the initiating bank to route the payment as follows:

*Intermediary Bank:*                 Deutsche Bank AF Frankfurt AM Main
*Intermediary Bank SWIFT BIC:*       DEUTDEFF

*Beneficiary's Bank:*                Wells Fargo Bank, N.A.
*Beneficiary's Bank SWIFT BIC:*      WFBIUS6S

*Beneficiary's Account Number:*      ▮▮▮2753
*Beneficiary's Name:*                John S. Rosekrans Trust Dtd 6/6/08
*Beneficiary's Address:*             68 Locust Ave.
(Swift Field 59)                     Mill Valley, CA 94941
Attention:                           FX Department / Chris Jackson

Please note: Subject to agreement between remitter and beneficiary, fees resulting from this wire
should be processed using one of the following SWIFT standards:

OUR:    Remitter pays all fees
SHA:    Remitter pays initiating bank fees and first intermediary bank fees.  Beneficiary
        pays any additional fees
BEN:    Remitter pays initiating bank fees.  Beneficiary pays first intermediary bank and
        any additional fees.

Thank you for your assistance to this request.  Please call me if you
information.

Sincerely.

*[signature]*                                    # 6

John S. Rosekrans
(415) 388-6160

**#7**

TH AVE
YORK, NY 10019

IIIıIııIıIIIıIıIıIıIıIIıIıIıIıIIıIıIıIIIıIıIIIıIıIıIıI
JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA 94941-2134

000346

### FUTURES/FOREIGN EXCHANGE CONFIRMATION

| SEP 16, 2008 | |
|---|---|
| HR NUMBER | ACCOUNT |
| 678 | ████ 8054 |
| Page 1 | |

US NON-SEGREGATED ACCOUNT

- - OPENING ACCOUNT BALANCES - - -

641,190.92CR

- - - - - - - - - - - - - - - - - - ITEMIZED CASH ACTIVITY - - - - - - - - - - - - - - -

/08 CURRENCY DELIVERED

144134960                          9/16/08 EUR        641,190.9208

- CLOSING ACCOUNT BALANCES - - - -

0CRX

#7.



1 1C   0003-2

**#8**

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA   94941-2134

**FUTURES/FOREIGN EXCHANGE
MONTHLY STATEMENT**

| SEP 2008 | |
|---|---|
| HR NUMBER | ACCOUNT |
| 678 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

```
- - - OPENING  ACCOUNT  BALANCES - - - -
0                   639,170.39CR
- - - - - - - - - - - - I T E M I Z E D   C A S H   A C T I V I T Y - - - - - - - - - - - - - - - - -
03/08 INTEREST EARNED                               9/03/08 EUR          2,020.58CR
16/08 CURRENCY DELIVERED                            9/16/08 EUR        641,190.92DB
                                              Total Cash  EUR        639,170.34DBxx
- - CLOSING  ACCOUNT  BALANCES - - - - -
0                     0CR
- - - - - - - - - - - - - - P R O F I T  &  L O S S  S U M M A R Y - - - - - - - - - - - - -
        Futures          Options         Options
    Profit and Loss    Long Premium    Short Premium      Commission           Fees
```

**#8**

# 9



PARK AVE
YORK. NY. 10166

**FUTURES/FOREIGN EXCHANGE
MONTHLY STATEMENT**

| SEP 2008 | |
|---|---|
| HR NUMBER | ACCOUNT |
| 678 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

Illallalllaadaadaallaldaallallaldadadllaladladlal
JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY. CA  94941-2134

590200

- - - OPENING  ACCOUNT  BALANCES - - - -
                    639,170.34CR
- - - - - - - - - - - - - I T E M I Z E D   C A S H   A C T I V I T Y - - - - - - - - - - - - - - - -

| | | | | |
|---|---|---|---|---|
| 9/08 INTEREST EARNED | | 9/03/08 EUR | | 2,020.58CR |
| 9/08 CURRENCY DELIVERED | | 9/16/08 EUR | | 641,190.92DB |
| | | Total Cash  EUR | | 639,170.34DB** |

- - - CLOSING  ACCOUNT  BALANCES - - - -
                    0CR#
- - - - - - - - - - - - P R O F I T  &  L O S S  S U M M A R Y - - - - - - - - - - - - - - - -

| Futures Profit and Loss | Options Long Premium | Options Short Premium | Commission | Fees |
|---|---|---|---|---|

# 9

Clark, Nerissa R.

From:          Pages, Cindy C [cynthia.pages@lehman.com]
Sent:          Thursday, September 18, 2008 9:04 AM
To:            Clark, Nerissa R.
Subject:       FW: Confirmation of Payment

Here is the wire ref number along with the Swift Message of the wire.

FX144134950

/S/GCCMOUT 0695T
/ST/481095SW     N
/AV/46F94F2F
/AO/SLIIGB2LSLIIGB2LXXX
/AS/          NNormal
/AX/SLIIGB2LXXX
/AM/FRWE
{1:F01SLHIUS3XXXXX0000000000}{2:I103CITIGB2LXXXXN}{4:
:20:FX144134950
:23B:CRED
:32A:080916EUR641190,92
:50K:/10000014DUSE
LEHMAN BROTHERS INC.
745 7TH AVENEW YORK US
:53B:/10640409
:56A:DEUTDEFFXXX
:57A:WFBIUS6SXXX
:59:/79542753
JOHN S. ROSEKRANS TRUST DTD 6-6-08
:71A:OUR
:72:/BNF/ATTN FX DEPARTMENT
//CHRIS JACKSON
-}

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

'apale, Stephen R.

**# 11**

rom:                     Loggins, Ashanti [ALoggins@LEHMAN.COM]
ent:                     Monday, September 22, 2008 12:05 PM
o:                       Papale, Stephen R.
ubject:                  RE: Confirmation of Payment (John S. Rosekrans) EUR 641,190.92

nfortunately, we haven't been able to get confirmation of any outgoing payments since we
re in the middle of a conversion. I will send confirmation to you once I have it and
hen I find out more information.

----Original Message-----
rom: Spapale@wellsfargo.com [mailto:Spapale@wellsfargo.com]
ent: Monday, September 22, 2008 11:29 AM
o: Loggins, Ashanti
c: cindy.pages@lehman.com; Dower, Harriet
ubject: FW: Confirmation of Payment (John S. Rosekrans) EUR 641,190.92
mportance: High

i Ashanti,

s there anything I can do from this end to reverse trace the EUR transfer?

hanks,

teve Papale

----Original Message-----
rom: Papale, Stephen R.
ent: Friday, September 19, 2008 8:33 AM
o: 'hdower@lehman.com'
c: Clark, Nerissa R.; Jackson, Christopher S. (FX INTL)
ubject: FW: Confirmation of Payment (John S. Rosekrans)
mportance: High

  Harriet,

hanks for your help and let's talk.

elow are the wire details that Cindy sent to us. The wire out from Lehman on September 16
or EUR641,190.92.

 line 20 in the instructions there should be a " TRN ref #" and if Wells had that we
ght reverse inquiry from our side.

lls FX contact is Chris Jackson 415-371-6641.

anks

ephen Papale
lls Fargo Investments LLC
apale@wellsfargo.com
15) 222-2208

---Original Message-----
om: Clark, Nerissa R.
nt: Thursday, September 18, 2008 9:07 AM
: Jackson, Christopher S. (FX INTL)

1

c: Papale, Stephen R.
ubject: FW: Confirmation of Payment (John S. Rosekrans)
mportance: High

i Chris,

elow is information received from Lehman regarding the wire transfer.
lease let me know if you will need more information.

erissa

-----Original Message-----
rom: Pages, Cindy C [mailto:cynthia.pages@lehman.com]
ent: Thursday, September 18, 2008 9:04 AM
o: Clark, Nerissa R.
ubject: FW: Confirmation of Payment

Here is the wire ref number along with the Swift Message of the wire.

FX144134950

/S/GCCMOUT 0695T
/ST/481095SW          N
/AV/46F94F2F
/AO/SLIIGB2LSLIIGB2LXXX
/AS/              NNormal
/AX/SLIIGB2LXXX
/AM/FRWE
{1:F01SLHIOS3XXXXX0000000000}{2:I103CITIGB2LXXXXN}{4:
:20:FX144134950
:23B:CRED
:32A:080916EUR641190,92
:50K:/10000014DUSE
LEHMAN BROTHERS INC.
745 7TH AVENEW YORK US
:53B:/10640409
:56A:DEUTDEFFXXX
:57A:WFBIUS6SXXX
:59:/79542753
JOHN S. ROSEKRANS TRUST DTD 6-6-08
:71A:OUR
:72:/BNF/ATTN FX DEPARTMENT
//CHRIS JACKSON
-}

his message is intended only for the personal and confidential use of the designated
ecipient(s) named above.  If you are not the intended recipient of this message you are
ereby notified that any review, dissemination, distribution or copying of this message is
trictly prohibited.  This communication is for information purposes only and should not
e regarded as an offer to sell or as a solicitation of an offer to buy any financial
roduct, an official confirmation of any transaction, or as an official statement of
ehman Brothers. Email transmission cannot be guaranteed to be secure or error-free.
herefore, we do not represent that this information is complete or accurate and it should
ot be relied upon as such.  All information is subject to change without notice.

his message is intended only for the personal and confidential use of the designated
ecipient(s) named above.  If you are not the intended recipient of this message you are
ereby notified that any review, dissemination, distribution or copying of this message is

ictly prohibited.  This communication is for information purposes only and should not
regarded as an offer to sell or as a solicitation of an offer to buy any financial
duct, an official confirmation of any transaction, or as an official statement of
man Brothers.  Email transmission cannot be guaranteed to be secure or error-free.
refore, we do not represent that this information is complete or accurate and it should
be relied upon as such.  All information is subject to change without notice.





3