**#12**

BARCLAYS CAPITAL INC.
200 PARK AVE
NEW YORK, NY 10166

JOHN S ROSEKRANS
68 LOCUST AVE
MILL VALLEY, CA 94941-2134

000212

**FUTURES/FOREIGN EXCHANGE CONFIRMATION**

OCT 06, 2008
IR NUMBER  ACCOUNT
678        ████054
Page   1

US NON-SEGREGATED ACCOUNT

- OPENING ACCOUNT BALANCES - - -

        OCR

- - - - - - - - - - - - - ITEMIZED CASH ACTIVITY - - - - - - - - - - - -

                                              10/06/08 EUR          948.45CR

3 INTEREST EARNED

CLOSING ACCOUNT BALANCES - - - -

        948.45CR*

#12



#13

BAR[...] CAPITAL, INC.
200 PARK AVE
NEW YORK, NY 10166

*FUTURES/FOREIGN EXCHANGE
DAILY STATEMENT*

DEC 08, 2008
IR NUMBER    ACCOUNT
015          [████]8054
Page  1

US NON-SEGREGATED ACCOUNT

JOHN S ROSEKRANS
68 LOCUST AVE
MILL VALLEY, CA  94941-2134

```
- - OPENING ACCOUNT BALANCES - - - -
                      952.42CR
- CLOSING ACCOUNT BALANCES - - - - -
                      952.42CRX
- - - - - - - -  M A R G I N   R E Q U I R E M E N T   S U M M A R Y - - - - - - - - - - - - - - -
- - - - Margin Requirement - - - - -       Equity              Margin
          Initial                       Excess/Deficit      Call/Excess
           0CR                             952.42CR           952.42CR
Value in Base Currency
           0CR                            1,233.93CR         1,233.93CR
- - - - - - - - - - - - - A C C O U N T   V A L U E   S U M M A R Y - - - - - - - - - - - - - - -
    Account       Unrealized G/L    Net Present Value    Net Option    Collateral    Net Liquidating
    Balance         on Futures         on Forwards          Value     Market Value      Value
    952.42CR           0CR                0CR               0CR           0CR           952.42CR
Value in Base Currency
    1,233.93CR         0CR                0CR               0CR           0CR          1,233.93CR
**** CURRENCY  CONVERSION  RATES ********
                                        X
:e Currency - USD                       X
    EURO          EUR        1.2955838  X
************************************
```

#13



### Papale, Stephen R.

**From:** ashanti.loggins@barclayswealth.com
**Sent:** Friday, December 19, 2008 11:47 AM
**To:** Papale, Stephen R.
**Cc:** jrose49er@sbcglobal.net
**Subject:** RE: Rosekrans Wire Transfer EUR 641,190.92 on September 16, 2008

Steve,

The issue is being investigated. I received the swift message yesterday and back up details of the wire and have sent it to the appropriate parties for further research. I will advise as soon as I hear back.

---

**From:** Spapale@wellsfargo.com [mailto:Spapale@wellsfargo.com]
**Sent:** Friday, December 19, 2008 11:43 AM
**To:** Loggins, Ashanti: Barclays Wealth
**Cc:** jrose49er@sbcglobal.net
**Subject:** Rosekrans Wire Transfer EUR 641,190.92 on September 16, 2008

Hi Ashanti,

<<Rosekrans EUR 641,190.92 September 16 08.doc>>

Hope all is well.

Have you been able to determine that these Euros were actually delivered out as per the September 16, 2008 LOA and the a/c 52518054 statement? Wells Fargo has not received them.

If you can confirm that they were delivered out can you advise where they currently reside? Or put a trace on the attached wire instructions.

Thanks for your help.

*Stephen Papale*

*Wells Fargo Investments LLC*

*420 Montgomery St., 7F*

*San Francisco, CA 94104*

*(415) 222 - 2208 Direct*

Investments and Insurance Products:

- Are Not insured by the FDIC or any other federal government agency

- Are Not deposits of or guaranteed by the bank or any bank affilia

- May Lose Value

08-13555-mg Doc 21220-1 Filed 10/13/11 Entered 10/25/11 11:42:24 Page 2 of 2
Rosekrans Wire Transfer EUR 641 0.92 on September 16, 2008 - Continuation of exhibits Pg 4 of 9

#14 82

Wells Fargo Investments, LLC (member SIPC) is a non-bank affiliate of Wells Fargo & Company.

The information in this e-mail is confidential. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action take or omitted to be taken in reliance to it is prohibited and my be unlawful.

Barclays Wealth is the wealth management division of Barclays Bank PLC, including Barclays Capital Inc. in the United States. This email may relate to or be sent from other members of the Barclays Group.

This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of The Barclays Group. The availability of products and services may be limited by the applicable laws and regulations in certain jurisdictions. The Barclays Group does not normally accept or offer business instructions via internet email. Any action that you might take upon this message might be at your own risk.
This email and any attachments are confidential and intended solely for the addressee and may also be privileged or exempt from disclosure under applicable law. If you are not the addressee, or have received this email in error, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email or its attachments.
Internet communications are not guaranteed to be secure or without viruses. The Barclays Group does not accept responsibility for any loss arising from unauthorised access to, or interference with, any Internet communications by any third party, or from the transmission of any viruses. This email and replies to this email may be monitored and archived by the Barclays Group.
Any opinion or other information in this email or its attachments that does not relate to the business of the Barclays Group is personal to the sender and is not given or endorsed by the Barclays Group. The Barclays Group has no obligation to update its opinions or the information in this material.
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
Barclays Bank PLC. Registered in England and Wales (registered no. 1026167). Registered Office: 1 Churchill Place, London, E14 5HP, United Kingdom. Barclays Bank PLC is authorised and regulated by the Financial Services Authority. The registered office of Barclays Capital Inc. is 200 Park Avenue, New York, NY 10166. (c) 2008 Barclays Bank PLC. All rights reserved. Barclays and Barclays Wealth are trademarks of Barclays Bank PLC and its affiliates.





# FedEx US Airbill

Sender's Copy

FedEx Tracking Number: 8664 1335 6578

Date: 12/30/08

Sender: Rozeklaus / Bipale
Phone: (415) 412-1413
457 Parker Ave
SF, CA 94118

Internal Billing Reference:
Lehman Bros. Claim Processing
Phone: (415) 412-1413

Recipient: EPIQ Bankruptcy Solutions Inc
10300 SW Allen Blvd
Beaverton, OR 97005

**4a Express Package Service:** FedEx Standard Overnight
**5 Packaging:** FedEx Envelope
**6 Special Handling:** No dangerous goods
**7 Payment:** Credit Card
**8 Residential Delivery Signature Options:** No Signature Required

520

---

**FedEx Kinko's**
Office and Print Center
555 California St
San Francisco, CA 94104

Location: JCCKO
Device ID: JCCKO-POS1
Employee: 1880105
Transaction: 6902713516

STANDARD OVERNIGHT
8664 1335 6578   0.35 lb (S)   22.77

Shipment subtotal: 22.77
Total Due: 22.77
(V) CreditCard: ************4132   22.77

W = Weight entered manually
S = Weight read from scale
t = taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

September 30, 2008 2:33:15 PM

Hearing Date and Time: October 27, at 11:00 a.m. ET
Objection Deadline: October 13, 2011 at 4:00 p.m. ET

TOBIN & TOBIN
JOHN P. CHRISTIAN, ESQ., SBN 111444
500 Sansome Street, 8th Floor
San Francisco, CA 94111-3211
Telephone: (415) 433-1400
Facsimile: (415) 433-3883

Attorneys for John Rosekrans

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
                                                      :
In re:                                                :
                                                      :
                                                      :    **Chapter 11**
                                                      :    **Case No: 08-13555 (JMP)**
LEHMAN BROTHERS HOLDINGS, INC., et al.                :
                                                      :    (Jointly Administered)
                                                      :
                                                      :
                                  Debtor              :
                                                      :
------------------------------------------------------x

## PROOF OF SERVICE

I, Glenda Broome, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by the law firm of Tobin & Tobin, 500 Sansome Street, 8th Floor, San Francisco, California 94111-3214.

On October 13, 2011, I served the documents described as: **RESPONSE OF JOHN ROSEKRANS TO DEBTORS TWO HUNDREDTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) AND DECLARATION OF JOHN P. CHRISTIAN IN SUPPORT OF RESPONSE OF JOHN ROSEKRANS TO DEBTORS AND DEBTORS IN POSSESSION TWO HUNDREDTH OMNIBUS OBJECTION OT CLAIMS** on the

interested parties in this matter by addressed as follows:

Weil, Gotshal & Manges LLP
Attn: Shai Waisman, Esq.
767 Fifth Avenue
New York, New York 10153
**Attorneys for the Debtors**

**The Office of the United States Trustee
for the Southern District of New York**
Attn: Andy Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

**The Office of the United States Trustee
for the Southern District of New York**
Attn: Paul Schwartzberg, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

**The Office of the United States Trustee
for the Southern District of New York**
Attn: Brian Masumoto, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

**The Office of the United States Trustee
for the Southern District of New York**
Attn: Linda Riffkin, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

**The Office of the United States Trustee
for the Southern District of New York**
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
**Attorney for the Official Committee of
Unsecured Creditors**

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
**Attorney for the Official Committee of
Unsecured Creditors**

2

Milbank, Tweed, Hadley & McCloy LLP
Attn: Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
**Attorney for the Official Committee of
Unsecured Creditors**

Service of the above document(s) was effectuated by the following means of service:

      **By First Class Mail** -- I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

_  _    **By Personal Service** -- By personally delivering a true copy thereof in a sealed envelope(s).

_X_    **By Federal Express Delivery Service** -- I caused such envelope(s) to be deposited in a box or other facility regularly maintained by the Federal Express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. The envelope was deposited with the express service carrier with delivery fees paid or provided for.

_  _    **Facsimile Transmission** -- I served the documents in this matter via facsimile transmission. True and correct copies of written confirmation of the parties' agreement to permit service by facsimile transmission, the facsimile transmission coversheet and transmission report, indicating the transmission and receipt of said documents are attached hereto collectively as Exhibit "A" and incorporated herein by reference.

_  _    **State Court** -- I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that service was made under the direction of an active member of the State Bar of California and who is not a party to the cause.

_X_    **Federal Court** -- I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

Executed this 13th day of October, 2011, at San Francisco, California.

                                  /s/
                         Glenda Broome

3