UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                         :
                    Debtors.                                    :    (Jointly Administered)
                                                                         :
-------------------------------------------------------------------x

### ORDER DENYING MOTION OF DEUTSCHE BANK AG PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3013 TO ENFORCE SETTLEMENT APPROVAL ORDER AND TO RECLASSIFY CLAIMS

Upon the motion, dated September 27, 2011 [ECF No. 20321], of Deutsche Bank AG ("Deutsche Bank") pursuant to section 105 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3013 of the Federal Rules of Bankruptcy Procedure, to enforce settlement approval order and reclassify claims (the "Motion"); and upon the response and objection (the "Debtors' Objection") to the Motion filed by Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. [ECF No. 20767]; and the reply of Deutsche Bank in further support of the Motion [ECF No. 20896]; and a hearing having been held before the Court on October 19, 2011; and after consideration of the proceedings and the relevant pleadings; and after due deliberation, it is hereby

ORDERED that the Motion is denied without prejudice to Deutsche Bank's right to renew its request for the relief sought in the Motion and challenge its treatment as holder of the acquired Bankhaus Claims[1] in connection with the proposed confirmation of the Debtors'

---

[1] Capitalized terms that are used but not otherwise defined herein shall have the meaning ascribed to them in the Debtors' Objection.

Third Amended Joint Chapter 11 Plan (as it may be amended from time to time).

Dated:  New York, New York
        October 25, 2011

                                              *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE