# Exhibit C

## SCOR Reinsurance Account #327648 as of September 2009

SCOR REINSURANCE
Account # 327648
September 30, 2009

PAGE    17

| SHARES/PAR VALUE | | MKT PRICE | MARKET VALUE | ACCRUED INCOME | EST ANN INCOME | YLD-MK |
|---|---|---|---|---|---|---|
| 14,152,000 | LEHMAN BROTHERS HLDGS INC RESTR DFLT<br>LEHMAN BROTHERS HLDGS INC<br>SEC LKD NT<br>RATE: 0.00%   MATURITY: 07/26/16<br>CUS: 524908LZ1<br>AMRT-FACE        8,277,856.62 | 31.750 | 2,628,219.48 | .00 | .00 | |