UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re                                                                              :    Chapter 11 Case No.
                                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                                      :
　　　　　　　　　　　Debtors.                      :    (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING APPLICATION FOR
### ALLOWANCE OF INTERIM COMPENSATION FOR THE
### PERIOD OF JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010
### AND REIMBURSEMENT OF EXPENSES

Upon consideration of the application of Milbank, Tweed, Hadley & M$^c$Cloy LLP ("Milbank") for allowance of interim compensation for professional services performed and reimbursement of actual and necessary expense incurred during the period of June 1, 2010 through September 30, 2010 (the "Application Period"), pursuant to sections 330(a) and 331 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and Milbank having voluntarily reduced the amount of its requested compensation for the Application Period from $18,359,367.75 to $18,191,238.85, and its requested reimbursement of expenses from $792,924.64 to $787,642.86 (the "Amended Application") after discussions with the fee committee appointed in these chapter 11 cases; and upon consideration of the *Fee Committee's Summary Report – Fifth and Sixth Interim Period Applications for Fees and Expense Reimbursement*, filed on July 18, 2011 [ECF No. 18603]; and after due notice pursuant to the second amended order dated June 24, 2010 governing case management and administrative procedures [ECF No. 9635]; and there being no objections to the allowance of the amounts set forth on Schedule A; and after due consideration and upon all of the proceedings had before the Court, and sufficient cause appearing therefor, it is hereby

ORDERED, that the Amended Application is granted to the extent set forth in Schedule A.

Dated: New York, New York
October 25, 2011

*s/ James M. Peck*
Honorable James M. Peck
United States Bankruptcy Judge

## SCHEDULE A

### Current Interim Fee Period: June 1, 2010 to September 30, 2010

| Applicant | Date / Document No. of Application | Interim Fees Requested on Application | Fees Allowed | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | Total Fees to be Paid | Interim Expenses Requested | Expenses To be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Milbank, Tweed, Hadley & McCloy LLP | December 14, 2010 13493 | $18,359,367.75 | $18,191,238.85 | $3,503,744.65 | $0 | $3,503,744.65 | $792,924.64 | $787,642.86 |

Schedule A                    Date:  October 25, 2011                    Initials: *JMP*, USBJ

## SCHEDULE B

## Cumulative Fee Periods

| Applicant | Total Fees Requested | Total Fees Paid (including amounts paid pursuant to this Order) | Total Expenses Requested | Total Expenses Paid (including amounts paid pursuant to this Order) |
|---|---|---|---|---|
| Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP | $91,248,926.00 | $89,424,027.68 | $4,368,085.88 | $4,197,904.26 |

Schedule B                Date: October 25, 2011            Initials: *JMP*, USBJ