

United States Bankruptcy Court
Southern District of New York

In re

Lehman Brothers holdings Inc, et al, DEBTORS

Case No. 08-13555
Claim No. 12347

Re. Notice re. Claim to be Disallowed and Expunged

Claimant - Transwall Office Systems, Inc., Po Box 1930, 1220 Wilson Drive, West Chester, PA 19380

Transwall office Systems, Inc filed a Proof of Claim on 9/1/09 and included copies of invoices for services that Lehman Brothers requested and that we provided. This is a valid claim and should not be disallowed and expunged. The Debtor is Lehman Brothers Holdings, Inc. and the Case No. is 08-13555 (JMP). We oppose the disallowance and expungement of our claim.

Our Proof of Claim included copies of the unpaid invoices.

The Debtor should respond to;

    Transwall Office Systems, Inc
    PO Box 1930
    1220 Wilson drive
    West Chester, PA 19380

Authority to reconcile and settle this claim is;

    Jay Aikens, Principal
    Transwall Office Systems, Inc.
    (484) 887-7130
    jaikens@transwall.com

NOTICE - We prefer to participate in any hearing telephonically and do hereby provide the required notice.

Please contact our office if you require any additional information to proceed with and settle our claim.

*Jay Aikens*

Jay Aikens
Transwall Office Systems, Inc.

cc.
The chambers of The Honorable James M. Peck
Weil, Gotshal & Manges LLP
The Office of the United States Trustee for Region 2
Milbank, Tweed, Hadley & McCloy LLP



RECEIVED OCT 13 2011 U.S. BANKRUPTCY COURT, SDNY JMP

**Transwall Office Systems, Inc.**    1220 Wilson Drive    610.429.1400
PO Box 1930    610.429.1411 fax
West Chester PA 19380    www.transwall.com