October 10th, 2011

**Chambers of the Honorable James M. Peck**
One Bowling Green, New York
New York, 10004
Courtroom 601

---

**United States Bankruptcy Court**
**Southern District of New York**

Chapter 11 Case N°. 08-13555 (JMP)
In re
Lehman Brothers Holdings Inc., *et al.*,
                      Debtors.

---

**In ref: Notice of Hearing on Debtors' Two Hundred Fourteenth Omnibus Objection**

Hereby, I confirmed that I took notice through the "Bankrupcty Court" that the Debtors filed their Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge certain filed proofs of claim, on the ground that the Debtors have no liability for the claim.

Alberto Borrino, as Creditor that presented through Merrill Lynch my claim under the number 41133, filed as of October 19, 2009 for an amount of US$ 15,000 (American Dollars fifteen thousand), **I do oppose** to this disallowance and expungement filed by the Debtors.

I have acquired the following Corporate Bonds from Lehman Bros on the date of July 11th, 2007, in a quantity of 15,000 of nominal value, and paid through the investment broker named above on July 16th, 2007, on the belief that Lehman Brothers will repay these bonds as offered in the corresponding issuance prospectus:

        USD Lehman Bros Cap 6.900% perpetual

No documentation is accompanying this letter as it has already been filed at the Honorable Court. Any reply to this response must be done at my name and at the address presented in the claim filed, as follows:

Borrino, Alberto M
402-1416 Harwood Street
Vancouver. BC V6G JX5 CANADA
Phone number (00 54 9 11 5764-6640, or at, 0054 9 11 5764-6575)
alberto_borrino@yahoo.com



RECEIVED OCT 14 2011