Page 1

1

2   UNITED STATES BANKRUPTCY COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   Case No. 08-13555 (JMP)

5   - - - - - - - - - - - - - - - - - - - - -x

6   In the Matter of:

7

8   LEHMAN BROTHERS HOLDINGS INC., et al.,

9

10                  Debtors.

11

12   - - - - - - - - - - - - - - - - - - - - -x

13

14                  U.S. Bankruptcy Court

15                  One Bowling Green

16                  New York, New York

17

18                  October 5, 2011

19                  10:06 AM

20

21

22   B E F O R E:

23   HON. JAMES M. PECK

24   U.S. BANKRUPTCY JUDGE

25

1

2      HEARING re Debtors' One Hundred Seventy-Ninth Omnibus Objection

3      to Claims (No liability Derivatives Claims) [ECF No. 19378]

4

5      HEARING re Debtors' One Hundred Eightieth Omnibus Objection to

6      Claims (Invalid Blocking Number LPS Claims) [ECF No. 19396]

7

8      HEARING re Debtors' One Hundred Eighty-First Omnibus Objection

9      to Claims (Duplicative LPS Claims) [ECF No. 19397]

10

11     HEARING re Debtors' One Hundred Thirty-Sixth Omnibus Objection

12     to Claims (Misclassified Claims) [ECF No. 16867]

13

14     HEARING re Debtors' One Hundred Seventy-Third Omnibus Objection

15     to Claims (No Liability Employee Claims) [ECF No. 19399]

16

17     HEARING re Debtors' One Hundred Seventy-Fourth Omnibus

18     Objection to Claims (To Reclassify Proofs of Claim as Equity

19     Interests) [ECF No. 19390]

20

21     HEARING re:  Debtors' One Hundred Seventy-Fifth Omnibus

22     Objection to Claims (No Liability Pension Claims) [ECF No.

23     19391]

24

25

Page 3

1

2   HEARING re:  Debtors' One Hundred Seventy-Sixth Omnibus

3   Objection to Claims (To Reclassify Proofs of Claim as Equity

4   Interests) [ECF No. 19392]

5

6   HEARING re:  Debtors' One Hundred Seventy-Seventh Omnibus

7   Objection to Claims (No Liability Non-Debtor Employee Claims)

8   [ECF No. 19393]

9

10   HEARING re:  Debtors' One Hundred Seventy-Eighth Omnibus

11   Objection to Claims (Misclassified Claims) [ECF No. 19377]

12

13   HEARING re:  Debtors' One Hundred Eighty-Third Omnibus

14   Objection to Claims (No Liability CMBS Claims) [ECF No. 18407]

15

16   HEARING re:  Debtors' One Hundred Sixty-Seventh Omnibus

17   Objection to Claims (Valued Derivative Claims) [ECF No. 12533]

18

19   HEARING re:  Debtors' One Hundred Thirty-Seventh Omnibus

20   Objection to Claims (Valued Derivative Claims) [ECF No. 16860]

21

22   HEARING re:  Debtors' One Hundred Fifty-Fifth Omnibus Objection

23   to Claims (Valued Derivative Claims) [ECF No. 17468]

24

25

Page 4

1

2     HEARING re:  Debtors' One Hundred Eighty-Second Omnibus

3     Objection to Claims (Valued Derivative Claims) [ECF No. 19398]

4

5     HEARING re:  Debtors' Eighteenth Omnibus Objection to Claims

6     (Amended and Superseded Claims and Duplicative Claims) [ECF No.

7     9656]

8

9     HEARING re:  Debtors' One Hundred Sixtieth Omnibus Objection to

10    Claims (Settled Derivatives Claims) [ECF No. 18444]

11

12    HEARING re: Debtors' One Hundred Sixty-Fifth Omnibus Objection

13    to Claims (Inconsistent Debtor Claims) [ECF No. 19381]

14

15    HEARING re: Debtors' One Hundred Sixty-Sixth Omnibus Objection

16    to Claims (No Supporting Documentation Claims) [ECF No. 19383]

17

18    HEARING re: Debtors' One Hundred Sixty-Seventh Omnibus

19    Objection to Claims (Settled Derivative Claims) [ECF No. 19384]

20

21    HEARING re: Debtors' One Hundred Sixty-Eighth Omnibus Objection

22    to Claims (Settled Derivative Claims) [ECF No. 19386]

23

24

25

Page 5

1

2    HEARING re: Debtors' One Hundred Sixty-Ninth Omnibus Objection

3    to Claims (To Reclassify Proofs of Claim as Equity Interests)

4    [ECF No. 19387]

5

6    HEARING re: Debtors' One Hundred Seventieth Omnibus Objection

7    to Claims (No Blocking Number LPS Claims) [ECF No. 19388]

8

9    HEARING re: Debtors' One Hundred Seventy-First Omnibus

10   Objection to Claims (Duplicative of Indenture Trustee Claims)

11   [ECF No. 19400]

12

13   HEARING re: Debtors' One Hundred Seventy-Second Omnibus

14   Objection to Claims (Amended and Superseded Claims) [ECF No.

15   19401]

16

17

18

19

20

21

22

23

24

25   Transcribed By:  Aliza Chodoff

Page 6

1

2  A P P E A R A N C E S:

3  WEIL, GOTSHAL & MANGES LLP

4         Attorneys for Debtors

5         767 Fifth Avenue

6         New York, NY 10153

7

8  BY:   MARK BERSTEIN, ESQ.

9         NADYA SALCEDO, ESQ.

10

11  WEIL, GOTSHAL & MANGES LLP

12         Attorneys for Debtors

13         700 Louisiana

14         Suite 1600

15         Houston, TX  77002

16

17  BY:   ERIN D. ECKOLS, ESQ.

18

19  MILBANK, TWEED, HADLEY & MCCLOY LLP

20         Attorneys for Official Committee

21         One Chase Manhattan Plaza

22         New York, NY  10005

23

24  BY:   DENNIS C. O'DONNELL, ESQ.

25         MATTHEW BROD, ESQ.

**Page 7**

```
 1

 2   STUTMAN, TREISTER & GLATT

 3        Attorneys for Perry Capital

 4        1901 Avenue of the Starts

 5        Los Angeles, CA  90067

 6

 7   BY:   MARINA FINEMAN, ESQ. (TELEPHONICALLY)

 8         MICHAEL NEUMEISTER, ESQ. (TELEPHONICALLY)

 9

10   ALSO:

11   ANTOLY BUSHLER, FARALLON CAPITAL MANAGEMENT

12     (TELEPONICALLY)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

08-13555-mg   Doc 21240   Filed 10/21/11   Entered 10/25/11 16:06:11   Main Document
LEHMAN BROTHERS HOLDINGS INC., et al.
Pg 8 of 34

Page 8

1                    P R O C E E D I N G S

2              THE COURT:  Be seated, please.  Good morning.

3              MR. BERNSTEIN:  Good morning, Your Honor.  Mark

4    Bernstein from Weil Gotshal on behalf of Lehman Brothers

5    Holdings, Inc. and its affiliated Chapter 11 debtors.

6              We're here this morning for a claims hearing, and we

7    have before you an entirely uncontested agenda this morning.

8              THE COURT:  Fine.

9              MR. BERNSTEIN:  Unless Your Honor has any questions,

10   we can just take the agenda in order and just jump right in.

11             THE COURT:  Just as a preliminary administrative

12   matter, in the future, just for purposes of our preparing for

13   the claims agenda, as it comes up on a periodic basis, chambers

14   would greatly appreciate more timely notice from Weil Gotshal

15   regarding the status of these matters, and the updated agenda

16   didn't arrive yesterday until after two o'clock in the

17   afternoon.  And in the future, we would like more timely notice

18   as to what's going on.

19             MR. BERNSTEIN:  Sure.  Happy to provide that.

20             THE COURT:  And I would suggest that as a model, you

21   follow the very effective job that is done in managing the

22   omnibus docket.  We would expect at least that from the claims

23   docket.

24             MR. BERNSTEIN:  We will do so going forward.

25             THE COURT:  Okay.  Thank you.

08-13555-mg    Doc 21240    Filed 10/21/11    Entered 10/25/11 16:06:11    Main Document
LEHMAN BROTHERS HOLDINGS INC., et al.
Pg 9 of 34

                                                                    Page 9

1           MR. BERNSTEIN:  Okay.  The first item on the agenda is

2    the 179th omnibus objection to claims.  This objection seeks to

3    disallow claims filed based on derivative contracts.  The

4    debtors have reviewed these derivative contracts, and

5    determined that the amounts -- that no amounts are owed by the

6    debtors on these contracts, or in fact, amounts may be owed to

7    the debtors.  Any responses that the debtors have been

8    received, have been adjourned, and this is going forward on an

9    uncontested basis, and we respectfully request Your Honor grant

10   the one hundred ninety-seventh omnibus objection.

11           THE COURT:  That objection is granted on an

12   uncontested basis.

13           MR. BERNSTEIN:  Thank you.

14           The next item is the one hundred eighteenth (sic)

15   omnibus objection.  This is a carryover item from a prior

16   hearing.  There are two -- for two claims, the objection

17   deadline was extended.  Those parties have not responded and

18   this is going forward on an uncontested basis to those claims

19   as well.

20           THE COURT:  The one hundred eightieth --

21           MR. BERNSTEIN:  We respectfully request Your Honor

22   grant that.

23           THE COURT:  The one hundred eightieth omnibus

24   objection to claims is granted on an uncontested basis.

25           MR. BERNSTEIN:  Thank you.

Page 10

1        The next item is the one hundred eighty-first omnibus

2    objection.  This relates to claims filed based on Lehman

3    program securities that are duplicative of other claims on the

4    docket, either because both the beneficial holder and their

5    bank or broker filed the claim, or because the beneficial

6    holder filed two claims.

7        As these claims are duplicative, only one claim is

8    entitled to recovery.  This item is also going forward on an

9    uncontested basis today.  Any responses received have been

10   adjourned, and we respectfully request Your Honor grant the one

11   hundred eighty-first omnibus objection.

12       THE COURT:  The one hundred eighty-first omnibus

13   objection to claims is granted on an uncontested basis.

14       MR. BERNSTEIN:  Thank you.

15       The next item is the one hundred thirty-sixth omnibus

16   objection.  This is also a carryover item.  This relates to two

17   claims, for which the debtors have worked on some slightly

18   revised language to the prior order, with two claimants,

19   subject to the inclusion of that language in the order, those

20   claimants do no longer contest this objection, and are willing

21   to allow this to go forward on an uncontested basis.

22       The language just makes clear that the objection has

23   no effect on the validity of these claims, other than whether

24   or not -- other than their classification.  I have a blackline

25   if Your Honor would like to see the order.  I can hand it up to

LEHMAN BROTHERS HOLDINGS INC., et al.

Page 11

1    you.

2              THE CORUT:  I'll take a look at that.

3              MR. BERNSTEIN:  May I approach?

4              THE COURT:  Yes.

5              MR. BERNSTEIN:  The blackline also reflects that the

6    debtors are withdrawing the objection, with respect to two

7    claims as well.

8              THE COURT:  The order references Exhibit A and --

9    Exhibit A to the one hundred thirty-sixth omnibus objection and

10   Exhibit 1 annexed to the order, but I don't see Exhibit 1

11   annexed to the order.

12             MR. BERNSTEIN:  Give me one second.  I have them

13   attached to a clean copy.

14             THE COURT:  Okay.  It's granted in accordance with the

15   order that you've presented to me.

16             MR. BERNSTEIN:  Thank you.

17             The next item is the one hundred seventy-third omnibus

18   objection.  This relates to claims that were filed by former

19   employees of the Lehman enterprise based on deferred

20   compensation plans.

21             The debtors have reviewed these deferred compensation

22   plans, and determined that there is no liability for LBHI or

23   any of the other debtors in these cases, but rather their

24   obligations of LBI or some other non-debtors, which makes sense

25   in this case, being that most of the employees were actually

08-13555-mg  Doc 21240  Filed 10/21/11  Entered 10/25/11 16:06:11  Main Document
Pg 12 of 34
LEHMAN BROTHERS HOLDINGS INC., et al.

Page 12

1    employees of LBI, and not of any of the debtors.

2        The debtors did receive certain responses.  We've

3    adjourned those to another day, and we're going forward on an

4    uncontested basis today, and respectfully request Your Honor

5    grant the one hundred and seventy-third omnibus objection.

6        THE COURT:  The one hundred seventy-third omnibus

7    objection to claims is granted on an uncontested basis.

8        MR. BERNSTEIN:  Thank you, Your Honor.

9        The next item is the one hundred seventy-fourth

10   omnibus objection.  This objection seeks to reclassify as

11   equity certain claims that were filed based on holdings of LBHI

12   common stock, preferred stock, or the reduction value of such

13   stock by such holders.

14       These claims are properly classified equity and not

15   claims, and therefore, the debtors are seeking to reclassify

16   them pursuant to this objection.  We did receive one response,

17   we have adjourned that to another day, but we are going forward

18   on an uncontested for all other claims on this objection, and

19   respectfully request Your Honor grant the one hundred seventy-

20   fourth omnibus objection.

21       THE COURT:  The one hundred seventy-fourth omnibus

22   objection to claims is granted on an uncontested basis.

23       MR. BERNSTEIN:  Thank you, Your Honor.

24       The next item is the one hundred seventy-fifth omnibus

25   objection.  This relates to claims filed by former employees

Page 13

1  based on their rights to receive certain payments under pension

2  plans that Lehman had sponsored prior to the commencement of

3  these cases.

4         Pursuant to a settlement between Lehman, LBHI, and the

5  PGBC approved by this Court earlier in this case, the pension

6  plan was terminated, and the PGBC assumes full responsibility

7  for payments thereunder.  And LBHI was only liable to the PGBC

8  pursuant to that settlement agreement.

9         There was one response that has been adjourned, but

10  otherwise, this is going forward on an uncontested basis.

11  These parties are not entitled at this point pursuant to that

12  agreement to recover from LBHI.  Therefore, we request Your

13  Honor request the one hundred and seventy-fifth omnibus

14  objection.

15         THE COURT:  The one hundred and seventy-fifth omnibus

16  objection to claims is granted on an uncontested basis.

17         MR. BERNSTEIN:  Thank you, Your Honor.

18         The next item is the one hundred seventy-sixth omnibus

19  objection.  This relates to claims filed by former employees

20  based on restricted stock units, or similar equity awards that

21  they received from Lehman.

22         These equity awards entitle these holders to exchange

23  these units for common stock in LBHI at some point in the

24  future, and therefore, properly classified as equity claims or

25  equity interest in LBHI.

LEHMAN BROTHERS HOLDINGS INC., et al.

Page 14

1          Your Honor, any responses we received have been

2    adjourned, and we're going forward on an uncontested basis, and

3    we respectfully request Your Honor grant the one hundred

4    seventy-sixth omnibus objection.

5          THE COURT:  The one hundred seventy-sixth omnibus

6    objection to claims is granted on an uncontested basis.

7          MR. BERNSTEIN:  Thank you, Your Honor.

8          The one hundred seventy-seventh omnibus objection

9    relates to various types of compensation related claims filed

10   by former employees of a Lehman enterprise, including claims

11   based on commissions, wages, bonuses, unpaid vacation days, and

12   similar claims.

13         For this, the debtors have reviewed their records and

14   determined that these employees were not employees of any of

15   the debtors, and they don't have any records of these parties

16   having any claim against LBHI, or LBHI being liable for these

17   payments.

18         We've just received one response, and we've adjourned

19   that, and we're going forward on an uncontested basis with

20   respect to all other, and respectfully request Your Honor grant

21   the one hundred seventy-seventh omnibus objection to claims.

22         THE COURT:  The one hundred seventy-seventh omnibus

23   objection to claims is granted on an uncontested basis.

24         MR. BERNSTEIN:  Thank you, Your Honor.

25         The next item is the one hundred seventy-eighth

1    omnibus objection.  These relate to claims that were filed for

2    the reduction in value of the 401K accounts of various former

3    Lehman employees, which include stocks and bonds that are not

4    issued by these debtors, or not related to these cases, and the

5    debtors are not liable for any diminution in value of those

6    accounts.

7            As a result, the debtors have objected to these

8    claims, seeking to disallow them, and respectfully request Your

9    Honor grant the one hundred seventy-eighth omnibus objection to

10   claims.

11           THE COURT:  The one hundred seventy-eighth omnibus

12   objection to claims is granted on an uncontested basis.

13           MR. BERNSTEIN:  Thank you, Your Honor.

14           The one hundred eighty-third omnibus objection to

15   claims relates to claims filed by holders of commercial

16   mortgage-backed securities.  The issuers of these securities

17   are special purpose vehicles formed to hold commercial mortgage

18   loans and issue these securities.

19           The debtors did not guarantee the payments on these

20   bonds, and are not liable for the obligations on these bonds.

21   As a result, the debtors have filed its objection and seek to

22   disallow these claims, and respectfully requests Your Honor

23   grant the one hundred eighty-third omnibus objection to claims.

24           THE COURT:  The one hundred eighty-third omnibus

25   objection to claims is granted, with the exception of those

08-13555-mg   Doc 21240   Filed 10/21/11   Entered 10/25/11 16:06:11   Main Document
LEHMAN BROTHERS HOLDINGS INC., et al.
Pg 16 of 34

Page 16

1     claims listed on Exhibit 13.

2             MR. BERNSTEIN:  Yes, thank you, Your Honor.

3             At this point, I'll turn the podium over to my

4     colleague, Nadya Salcedo to handle the next portion of the

5     agenda.

6             THE COURT:  All right.

7             MS. SALCEDO:  Good morning, Your Honor.  My name is

8     Nadya Salcedo here on behalf of the debtors.  I will be

9     addressing uncontested agenda items 12 through 15.  Each of

10    these omnibus objection items seek to reduce an allowed value

11    derivative claims on a nonconsensual basis.  They are all going

12    forward today uncontested.

13            Going to agenda item number 12, the sixty-seventh

14    omnibus objection, this objection was filed in November of last

15    year, objecting to 128 claims.  Debtors have resolved more than

16    half of these claims, and continue efforts to settle the rest.

17            Debtors have successfully settled six additional

18    claims from the sixty-seventh omnibus objection filed by the

19    counter parties, Owl Creek Overseas Fund, Owl Creek I and Owl

20    Creek II.  Counsel for the Owl Creek entities has agreed that

21    debtors should proceed with these settled claims on an

22    uncontested basis at today's hearings.

23            We, therefore, respectfully request that Your Honor

24    grant the proposed seventh supplemental order reducing and

25    allowing the Owl Creek entities' claims to the modified

LEHMAN BROTHERS HOLDINGS INC., et al.

Page 17

1    settlement amounts as set out in the proposed order.

2         THE COURT:  As described, the settlements with Owl

3    Creek will be entered in accordance with the seventh order.

4         MS. SALCEDO:  Thank you, Your Honor.

5         Your Honor, regarding the agenda item number 13, the

6    estate recently settled four claims on the one hundred thirty-

7    seventh omnibus objection with the counter parties, Stonehill

8    Institutional Partners and Stonehill Offshore Partners Limited.

9         The parties agreed that these matters would go forward

10   at today's hearing on an uncontested basis, and that these four

11   claims would be reduced and allowed to the settled amounts.

12        Unfortunately, the parties were unable to finalize the

13   termination agreement before this morning's hearing.

14   Therefore, the parties have agreed to further adjourn these

15   claims to the next claims hearing on October 27th, 2011.

16        There are no more claims going forward on the one

17   hundred thirty-seventh omnibus objection today, and as such the

18   debtors respectfully request this agenda item be adjourned.

19        THE COURT:  It will be adjourned.

20        MS. SALCEDO:  Thank you, Your Honor.

21        With respect to agenda item 14, the one hundred fifty-

22   fifth omnibus objection, debtors have settled two additional

23   claims pertaining to Eneco Energy Trade BV.  Counsel for the

24   counter party has agreed the debtors should proceed today on an

25   uncontested basis.

1          We, therefore, respectfully request that Your Honor

2    grant the proposed second supplemental order, reducing and

3    allowing Eneco Energy's claim numbers 10 -- 109279 and 19280 to

4    their modified settled amount as set out in the proposed order.

5          THE COURT:  A second supplemental order will be

6    entered with respect to the Eneco Energy Trade claim.

7          MS. SALCEDO:  Thank you, Your Honor.

8          Turning now to the one hundred eighty-second omnibus

9    objection, the debtors are seeking to reduce, reclassify in

10   some instances and allow fourteen claims relating to nine

11   counter parties, all of which did not file a response to the

12   one hundred eighty-second omnibus objection.

13         There are eleven remaining claims named in the one

14   hundred second omnibus -- one hundred eighty-second, sorry,

15   omnibus objection which belonged to nine counter parties.

16   These counter parties either filed timely responses or were

17   granted extensions to the response deadline by the debtors.

18   Settlement discussions have begun with a number of these

19   counter parties.

20         Debtors respectfully request that this Court adjourn

21   the hearing as to these eleven counter parties to October 27th,

22   2011, so that debtors may try to resolve these claims with the

23   counter parties.  We have a proposed order for both the

24   reductions and the adjournments for Your Honor and respectfully

25   request that Your Honor grant the debtors' one hundred eighty-

Page 19

1    second omnibus objection, reducing, reclassifying in some

2    instances, and allowing the fourteen claims for which debtors

3    received no response, and adjourning the balance of the claims.

4         THE COURT:  The one hundred eighty-second omnibus

5    objection to claims will be treated in the manner in which

6    you've just described.

7         MS. SALCEDO:  Thank you, Your Honor.

8         If there are no questions, I will turn the podium to

9    my colleague, Erin Eckols.

10        THE COURT:  Fine.

11        MS. ECKOLS:  Good morning, Your Honor, Erin Eckols

12   here on behalf of the debtors.

13        I will be covering agenda items 16 through 25.  Taking

14   up agenda item 16 first, this is a carryover item from the

15   eighteenth omnibus objection, that sought to disallow and

16   expunge individual noteholder claims as being duplicative of

17   claims filed by Wilmington Trust or Bank of New York Melon as

18   indenture trustee.

19        Today we are proceeding as to two claims, claim 1481

20   filed by Howard Terry and claim 1482 filed by the Terry

21   Foundation.  I'll refer to these two claims collectively as the

22   Terry claims and these claimants, the Terry claimants.

23        The Terry claimants filed a response that has been

24   resolved via stipulation, and Your Honor, if I may approach, I

25   have a copy of that stipulation for your review.

08-13555-mg    Doc 21240    Filed 10/21/11    Entered 10/25/11 16:06:11    Main Document
LEHMAN BROTHERS HOLDINGS INC., et al.
Pg 20 of 34

Page 20

1            THE COURT:  Yes, you may approach.

2            MS. ECKOLS:  Thank you.

3            THE COURT:  Thank you.

4            MS. ECKOLS:  There was no dispute between the parties,

5    that the Terry claims and the Wilmington Trust claim 10082 were

6    seeking to recover on the same notes.  The Terry claimants'

7    concern was that the Terry claims would be disallowed and

8    expunged, and subsequently that the Wilmington Trust claim

9    would be disallowed and expunged, and then the Terry claimants

10   would be left with no claim.

11           The stipulation addresses this concern by providing

12   that if the Wilmington Trust claim is disallowed and expunged

13   without the consent of the indenture trustee then the Terry

14   claims will be reinstated.

15           Your Honor, having resolved the Terry claimants'

16   response to the eighteenth omnibus objection, the debtors

17   respectfully request that the Court approve the parties'

18   stipulation.

19           THE COURT:  I will approve the parties' stipulation.

20           MS. ECKOLS:  Thank you, Your Honor.

21           Moving to agenda item 17, this is the debtors' one

22   hundred sixtieth omnibus objection.  Your Honor, this is a

23   carryover item from the one hundred sixtieth omni that was

24   heard at the August 25th claims' hearing.

25           The one hundred sixtieth omni seeks to reduce and

Page 21

1    allow certain derivative claims that have been settled between

2    the debtors and the relevant counter party.  Today we are

3    proceeding as to claim 17563 submitted by Caja de Ahorros y

4    Pensiones of Barcelona and are seeking to reduce it to the

5    dollar value agreed upon by the parties.

6         The debtors confirm that Caja de Ahorros y Pensiones

7    of Barcelona does not oppose the requested relief, and

8    accordingly the debtors respectfully request that the Court

9    grant the one hundred sixtieth omnibus objection as to claim

10   17563.

11        THE COURT:  It's objected (sic) as to claim 17563, and

12   I will not attempt to pronounce the name of the claimant.

13        MS. ECKOLS:  I'm pretty sure I mangled it a little

14   bit.

15        THE COURT:  I think you mangled it, yes, you did.

16        MS. ECKOLS:  Moving to agenda item 18, that is the

17   debtors' one hundred sixty-fifth omnibus objection.  This seeks

18   to modify claims to clarify that Lehman Brothers Holding, Inc.

19   is the debtor against which the claims are being asserted.

20        The claims subject to the one hundred sixty-fifth omni

21   failed to appropriately identify the debtor entity against

22   which the claim is being asserted.  For example, some of the

23   claims were submitted with debtor names and case numbers that

24   do not match.  Others appear to be guarantee claims against

25   LBHI for alleged obligations of a non-debtor entity, but the

Page 22

1   claimant wrote in the name of the non-debtor entity on the

2   claim form.

3          This objection merely seeks to remedy these

4   inconsistencies and have the claims docketed as asserted

5   against LBHI, which appears to be the debtor that the claimant

6   intended to file against.

7          The debtors did not receive any responses to the one

8   hundred sixty-fifth omnibus objection, and respectfully request

9   that the Court grant said objection.

10          THE COURT:  That objection is granted.

11          MS. ECKOLS:  Thank you, Your Honor.

12          Moving to agenda item 19, the debtors' one hundred

13   sixty-sixth omnibus objection to claims, this omni seeks to

14   disallow and expunge claims that violate this Court's bar date

15   order, as they were submitted without the required supporting

16   documentation.

17          The debtors did not receive any responses, and

18   respectfully request that the Court grant the one hundred

19   sixty-sixth omnibus objection.

20          THE COURT:  The one hundred sixty-sixth omnibus

21   objection is granted.

22          MS. ECKOLS:  Moving to agenda item 20, the debtors'

23   one hundred sixty-seventh omnibus objection, it seeks the

24   modification of allowance of claims for which the parties have

25   reached an agreement with respect to the claim amount

Page 23

1   classification and/or debtor entity that is not reflected on

2   the claimant's proof of claim.

3        The omnibus objection is seeking to modify those

4   claims to conform to the parties' agreement.  The debtors are

5   proceeding on an uncontested basis as to all claims on the

6   objection, and respectfully request that the Court grant the

7   one hundred sixty-seventh omnibus objection.

8        THE COURT:  The one hundred sixty-seventh omnibus

9   objection to claims is granted.

10        MS. ECKOLS:  Moving to agenda item 21, this is the

11   debtors' one hundred sixty-eighth omnibus objection to claims.

12   It seeks the disallowance and expungement of derivative claims

13   that have been settled between the parties, such that the

14   debtors have no liability for those claims.

15        The omnibus objection is seeking to expunge those

16   derivative claims to effectuate the parties' agreement.  The

17   debtors did not receive any responses to the objection, and are

18   moving on an uncontested basis as to all the claims on said

19   objection.

20        Accordingly, the debtors respectfully request that the

21   Court grant the debtors' one hundred sixty-eighth omnibus

22   objection.

23        THE COURT:  The one hundred sixty-eighth omnibus

24   objection to claims is granted.

25        MS. ECKOLS:  Moving to agenda item 22, which is the

LEHMAN BROTHERS HOLDINGS INC., et al.

Page 24

1    debtors' one hundred sixty-ninth omnibus objection to claims,

2    it seeks to reclassify its equity interest proofs of claim that

3    are based on the ownership of stock and the debtors, and/or the

4    loss of value of that stock.  A stock is an equity security

5    under the Bankruptcy Code, the holders of the stock claims are

6    equity security holders with interest, but not claims against

7    the debtors.

8            Counsel for two of the claimants on this objection

9    reached out to the debtors, and requested a change to the

10   language of the proposed order.  And, Your Honor, if I may

11   approach, I have a blackline copy showing the revised language.

12           THE COURT:  Yes, you may approach.  Thank you.

13           MS. ECKOLS:  And, Your Honor, that blackline also

14   references the addition of an Exhibit 2, and if you would like

15   a clean copy with the exhibit, I can --

16           THE COURT:  Please.

17           MS. ECKOLS:  Okay.  Thank you.  May I approach?

18           THE COURT:  Yes.

19           MS. ECKOLS:  Counsel's clients hold both preferred and

20   common stock in the debtors, and accordingly counsel requested

21   that the order specify that holders of preferred stock maintain

22   their respective priority over the holders of common stock.

23           After negotiation, the parties agreed upon the

24   language reflected in the blackline to clarify that the order

25   did not affect the relative priority of preferred stockholders,

LEHMAN BROTHERS HOLDINGS INC., et al.

Page 25

1   as to common stockholders.

2          In addition to the requested language change, the

3   debtors did receive a request for an adjournment as to one

4   claim, which the debtors agreed to.

5          With the exception of the adjourned claim, the debtors

6   are proceeding uncontested today as to all other claims on the

7   objection, and respectfully request that the Court grant the

8   one hundred sixty-ninth omnibus objection.

9          THE COURT:  The one hundred sixty-ninth omnibus

10  objection to claims is granted, with the observation that based

11  upon knowledge of my case, preserving the priority within the

12  equity of Lehman is a pointless exercise.  But I recognize that

13  lawyers will be lawyers.

14         MS. ECKOLS:  Thank you, Your Honor.  Moving to --

15         THE COURT:  There's absolutely no need to comment with

16  reference to what I just said.

17         MS. ECKOLS:  I was just going to move along, sir.

18         THE COURT:  Fine, moving along is probably a good

19  idea.

20         MS. ECKOLS:  Moving to agenda item 23, the debtors'

21  one hundred seventieth omnibus objection to claim.  It seeks to

22  disallow and expunge claims for Lehman program securities that

23  did not include the required blocking number.

24         As Your Honor is aware, the bar date order required

25  claimants seeking to recover from Lehman program securities, to

LEHMAN BROTHERS HOLDINGS INC., et al.

Page 26

1    obtain a block number from the applicable clearing agency,

2    Euroclear or Clear Stream (ph).

3            The holders of the one hundred seventieth omnibus

4    objection have not provided the required blocking number.  The

5    debtors have withdrawn the objection as to two claims, and are

6    proceeding uncontested as to the balance of the claims on the

7    objection.

8            Accordingly, the debtors respectfully request that the

9    Court grant the one hundred seventieth omnibus objection.

10           THE COURT:  The one hundred seventieth omnibus

11   objection to claims is granted.

12           MS. ECKOLS:  Thank you, Your Honor.

13           Taking up agenda item 24, this is the debtors' one

14   hundred seventy-first omnibus objection, it seeks to disallow

15   and expunge individual noteholder claims that are duplicative

16   of the claims filed by Wilmington Trust, Bank of New York

17   Melon, and/or U.S. Bank National Association as indenture

18   trustees for certain notes and debentures.

19           The debtors did not receive any responses to the

20   objection and respectfully request that the Court grant the

21   debtors' one hundred seventy-first omnibus objection.

22           THE COURT:  The one hundred seventy-first omnibus

23   objection to claims is granted.

24           MS. ECKOLS:  Moving to agenda item 25, which is the

25   debtors' one hundred seventy-second omnibus objection, it seeks

Page 27

1   to disallow and expunge claims that were omitted and superseded

2   by subsequently filed claims.  The debtors have withdrawn the

3   objection as to one claim, and are proceeding today as to all

4   other claims on the objection.

5           Accordingly, the debtors respectfully request that the

6   Court grant the debtors' one hundred seventy-second omnibus

7   objection.

8           THE COURT:  The debtors' one hundred seventy-second

9   omnibus objection to claims is granted.

10          MS. ECKOLS:  Thank you, Your Honor, and that concludes

11  today's agenda.

12          THE COURT:  Very well, we're adjourned then.  Thank

13  you.

14   (Whereupon these proceedings were concluded at 10:30 AM)

15

16

17

18

19

20

21

22

23

24

25

Page 28

1

2                          **I N D E X**

3

4                        **R U L I N G S**

5    DESCRIPTION                              PAGE      LINE

6

7    Debtors' One Hundred Seventy-Ninth        9        11

8    Omnibus Objection to Claims (No liability

9    Derivatives Claims) [ECF No. 19378] - GRANTED

10

11   Debtors' One Hundred Eightieth Omnibus    9        23

12   Objection to Claims (Invalid Blocking

13   Number LPS Claims) [ECF No. 19396]

14   - GRANTED

15

16   Debtors' One Hundred Eighty-First Omnibus  10       12

17   Objection to Claims (Duplicative LPS Claims)

18   [ECF No. 19397] - GRANTED

19

20   Debtors' One Hundred Thirty-Sixth Omnibus  11       14

21   Objection to Claims (Misclassified Claims)

22   [ECF No. 16867] - GRANTED

23

24

25

Page 29

```
 1                    I N D E X

 2

 3                  R U L I N G S

 4   DESCRIPTION                          PAGE      LINE

 5

 6   Debtors' One Hundred Seventy-Third Omnibus    12        6

 7   Objection to Claims (No Liability Employee

 8   Claims) [ECF No. 19399] - GRANTED

 9

10   Debtors' One Hundred Seventy-Fourth Omnibus   12       21

11   Objection to Claims (To Reclassify Proofs

12   of Claim as Equity Interests) [ECF No. 19390]

13   - GRANTED

14

15   Debtors' One Hundred Seventy-Fifth Omnibus    13       15

16   Objection to Claims (No Liability Pension

17   Claims) [ECF No. 19391] - GRANTED

18

19   Debtors' One Hundred Seventy-Sixth Omnibus    14        5

20   Objection to Claims (To Reclassify Proofs

21   of Claim as Equity Interests) [ECF No. 19392]

22   - GRANTED

23

24

25
```

1                    I N D E X

2

3                R U L I N G S

4    DESCRIPTION                              PAGE       LINE

5

6    Debtors' One Hundred Seventy-Seventh Omnibus     14         22

7    Objection to Claims (No Liability Non-Debtor

8    Employee Claims) [ECF No. 19393] - GRANTED

9

10   Debtors' One Hundred Seventy-Eighth Omnibus      15         11

11   Objection to Claims (Misclassified Claims)

12   [ECF No. 19377] - GRANTED

13

14   Debtors' One Hundred Eighty-Third Omnibus        15         24

15   Objection to Claims (No Liability CMBS Claims)

16   [ECF No. 18407] - GRANTED WITH EXCEPTION

17

18   Debtors' One Hundred Sixty-Seventh Omnibus       17         2

19   Objection to Claims (Valued Derivative Claims)

20   [ECF No. 12533] - ALLOWED

21

22   Debtors' One Hundred Thirty-Seventh Omnibus      17         19

23   Objection to Claims (Valued Derivative Claims)

24   [ECF No. 16860] - ADJOURNED

25

Page 31

1                          I N D E X

2

3                        R U L I N G S

4    DESCRIPTION                              PAGE     LINE

5

6    Debtors' One Hundred Fifty-Fifth Omnibus       18        6

7    Objection to Claims (Valued Derivative

8    Claims) [ECF No. 17468] - ALLOWED

9

10   Debtors' One Hundred Eighty-Second Omnibus     19        4

11   Objection to Claims (Valued Derivative

12   Claims) [ECF No. 19398] - ALLOWED

13

14   Debtors' Eighteenth Omnibus Objection          20        19

15   to Claims (Amended and Superseded

16   Claims and Duplicative Claims)

17   [ECF No. 9656] - APPROVED

18

19   Debtors' One Hundred Sixtieth Omnibus          21        11

20   Objection to Claims (Settled Derivatives

21   Claims) [ECF No. 18444] - GRANTED

22

23   Debtors' One Hundred Sixty-Fifth Omnibus       22        10

24   Objection to Claims (Inconsistent Debtor

25   Claims) [ECF No. 19381] - GRANTED

1                           I N D E X

2

3                         R U L I N G S

4    DESCRIPTION                              PAGE      LINE

5

6    Debtors' One Hundred Sixty-Sixth Omnibus      22        20

7    Objection to Claims (No Supporting

8    Documentation Claims) [ECF No. 19383]

9    - GRANTED

10

11   Debtors' One Hundred Sixty-Seventh Omnibus    23        8

12   Objection to Claims (Settled Derivative Claims)

13   [ECF No. 19384] - GRANTED

14

15   Debtors' One Hundred Sixty-Eighth Omnibus     23        23

16   Objection to Claims (Settled Derivative Claims)

17   [ECF No. 19386] - GRANTED

18

19   Debtors' One Hundred Sixty-Ninth Omnibus      25        9

20   Objection to Claims (To Reclassify

21   Proofs of Claim as Equity Interests)

22   [ECF No. 19387] - GRANTED

23

24

25

Page 33

1                           I N D E X

2

3                         R U L I N G S

4       DESCRIPTION                                    PAGE        LINE

5

6       Debtors' One Hundred Seventieth Omnibus         26          10

7       Objection to Claims (No Blocking Number

8       LPS Claims) [ECF No. 19388] - GRANTED

9

10      Debtors' One Hundred Seventy-First Omnibus      26          22

11      Objection to Claims (Duplicative of

12      Indenture Trustee Claims) [ECF No. 19400]

13      - GRANTED

14

15      Debtors' One Hundred Seventy-Second             27           8

16      Omnibus Objection to Claims

17      (Amended and Superseded Claims)

18      [ECF No. 19401]- GRANTED

19

20

21

22

23

24

25

Page 34

1

2                              C E R T I F I C A T I O N

3

4    I, Aliza Chodoff, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6                                      Digitally signed by Aliza Chodoff
     Aliza Chodoff               DN: cn=Aliza Chodoff,
                                      o=Veritext, c=US
7    _____   Date: 2011.10.21 15:24:46 -04'00'

8    ALIZA CHODOFF

9

10   Veritext

11   200 Old Country Road

12   Suite 580

13   Mineola, NY 11501

14

15   Date: October 21, 2011

16

17

18

19

20

21

22

23

24

25