B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.        Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Brooke Financial Services LTD_____         Portafolio de Inversiones C2-34, C.A._____
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 62727_____
should be sent:                                      Amount of Claim:  USD $15,427,500.00

                                                     Date Claim Filed: November 2, 2009_____

Brooke Financial Services LTD
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Dennise Calderon Barrera, Esq.

E-mail: dcalderon-barrera@chadbourne.com
Phone: _____              Phone: 212-408-1145_____
Last Four Digits of Acct. #: _____      Last Four Digits of Acct._____

With a copy to:
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Christy Rivera, Esq.

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _____     Date:_ 10\20\2011 _____

Transferee/Transferee's Agent
Fernando Antonio Lauria Romero
Attorney-in-fact

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.