**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                  :
In re                                             :        **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*      :        **08-13555 (JMP)**
                                                  :        **(Jointly Administered)**
        **Debtors.**                              :
                                                  :
-------------------------------------------------------------------------x     **Ref. Docket Nos. 21072-21076**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 20, 2011, I caused to be served the:

    a.  "Notice of Adjournment of Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) Solely as to Certain Claims," dated October 20, 2011 [Docket No. 21072], (the "NOA 96th Omni"),

    b.  "Notice of Adjournment of Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) Solely as to Certain Claim," dated October 20, 2011 [Docket No. 21073], (the "NOA 112th Omni"),

    c.  "Notice of Adjournment of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) Solely as to Certain Claim," dated October 20, 2011[Docket No. 21074], (the "NOA 120th Omni"),

    d.  "Notice of Adjournment of Debtors' One Hundred Eightieth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) Solely as to Certain Claims," dated October 20, 2011 [Docket No. 21075], (the "NOA 180th Omni"), and

    e.  "Notice of Adjournment of Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) Solely as to Certain Claims," dated October 20, 2011 [Docket No. 21076], (the "NOA 188th Omni"),

by causing true and correct copies of the:

    i. NOA 96th Omni, NOA 112th Omni, NOA 120th Omni, NOA 180th Omni, and NOA 188th Omni, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. NOA 96th Omni, NOA 112th Omni, NOA 120th Omni, NOA 180th Omni, and NOA 188th Omni, to be delivered via facsimile to the party listed on the annexed Exhibit B,

    iii. NOA 96th Omni, NOA 112th Omni, NOA 120th Omni, NOA 180th Omni, and NOA 188th Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

    iv. NOA 96th Omni, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit D,

    v. NOA 112th Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

    vi. NOA 120th Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

    vii. NOA 180th Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G, and

    viii. NOA 188th Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit H.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                       */s/ Panagiota Manatakis*
                                       Panagiota Manatakis

Sworn to before me this
25th day of October, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

**LBH Email Service List**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

Adiamond@DiamondMcCarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

AMcMullen@BoultCummings.com

amenard@tishmanspeyer.com

Andrew.Brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmerrill@susmangodfrey.com

BMiller@mofo.com

boneill@kramerlevin.com

Brian.Corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

ceskridge@susmangodfrey.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

**LBH Email Service List**

chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com

dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com

**LBH Email Service List**

echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com

harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com

## LBH Email Service List

| | |
|---|---|
| jeffrey.sabin@bingham.com | john.rapisardi@cwt.com |
| jeldredge@velaw.com | joli@crlpc.com |
| jen.premisler@cliffordchance.com | jorbach@hahnhessen.com |
| jennifer.demarco@cliffordchance.com | Joseph.Cordaro@usdoj.gov |
| jennifer.gore@shell.com | joshua.dorchak@bingham.com |
| jeremy.eiden@state.mn.us | jowen769@yahoo.com |
| jfalgowski@reedsmith.com | jowolf@law.nyc.gov |
| jflaxer@golenbock.com | joy.mathias@dubaiic.com |
| jfox@joefoxlaw.com | JPintarelli@mofo.com |
| jfreeberg@wfw.com | jporter@entwistle-law.com |
| jg5786@att.com | jprol@lowenstein.com |
| jgarrity@shearman.com | jrabinowitz@rltlawfirm.com |
| jgenovese@gjb-law.com | jrsmith@hunton.com |
| jguy@orrick.com | jschwartz@hahnhessen.com |
| jherzog@gklaw.com | jsheerin@mcguirewoods.com |
| jhiggins@fdlaw.com | jshickich@riddellwilliams.com |
| jhorgan@phxa.com | jsmairo@pbnlaw.com |
| jhuggett@margolisedelstein.com | jstoll@mayerbrown.com |
| jhuh@ffwplaw.com | jsullivan@mosessinger.com |
| jim@atkinslawfirm.com | jtimko@shutts.com |
| jjoyce@dresslerpeters.com | jtougas@mayerbrown.com |
| jjtancredi@daypitney.com | judy.morse@crowedunlevy.com |
| jjureller@klestadt.com | jwallack@goulstonstorrs.com |
| jkehoe@btkmc.com | jwang@sipc.org |
| jlamar@maynardcooper.com | jwcohen@daypitney.com |
| jlawlor@wmd-law.com | jweiss@gibsondunn.com |
| jlee@foley.com | jwest@velaw.com |
| jlevitin@cahill.com | jwh@njlawfirm.com |
| jlipson@crockerkuno.com | karen.wagner@dpw.com |
| jliu@dl.com | KDWBankruptcyDepartment@kelleydrye.com |
| jlovi@steptoe.com | keckhardt@hunton.com |
| jlscott@reedsmith.com | keith.simon@lw.com |
| jmaddock@mcguirewoods.com | Ken.Coleman@allenovery.com |
| jmazermarino@msek.com | ken.higman@hp.com |
| jmcginley@wilmingtontrust.com | kerry.moynihan@hro.com |
| jmelko@gardere.com | kgwynne@reedsmith.com |
| jmerva@fult.com | kiplok@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com |
| jmr@msf-law.com | kkolbi@mosessinger.com |
| jnm@mccallaraymer.com | klyman@irell.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com |

## LBH Email Service List

kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com

martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com

## LBH Email Service List

mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com

## LBH Email Service List

Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com

sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com

**LBH Email Service List**

tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|----------|---------|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| SCHWABMUELLER, EVA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |

**Total Creditor count  1**

**EXHIBIT E**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANQUE CANTONALE DU VALAIS | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DEL CAMPO, LUCIA | LIORNA 6523 APTO 201 MONTEVIDEO 11500 URUGUAY |
| INVESTERINGSSELSKABET AL 11.12.1990 APS | KONGGEVEIEN 495C HOLTE 2840 DENMARK |
| KEVIN LIEU, CAM-QUE | PFAUENWEG 9C HAMBURG 22305 GERMANY |

**Total Creditor count  4**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| GELDARD, CHRISTINE L. | CL CUENCA 23 TORRELAMATA ALICANTE 03188 ESPAÑA |
| MILLENNIUM MARKETING & MANAGEMENT PTY LTD | 80 LANG ROAD CENTENNIAL PARK NSW AUSTRALIA |
| MILLENNIUM MARKETING & MANAGEMENT PTY LTD | ADAM BREZINE HOLME ROBERTS & OWEN LLP 560 MISSION STREET, 25TH FLOOR SAN FRANCISCO CA 94105-2994 |
| OPTIQUE PTY LTD ATF OPTIQUE SUPER | PENSION FUND KEITH MASNICK 1 ROSLYNDALE AVE WOOLLAHRA, N.S.W. 2025 AUSTRALIA |

**Total Creditor count  4**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| CENTRAL BANCO UNIVERSAL | ATTN: ALEJANDRO GOMEZ SIGALA EDIFICIO CENTRAL E.A.P. AVE. SAN FELIPE, ENTRE 1A AND 2A TRANSVERSAL, LA CASTELLANA CARACAS VENEZUELA |
| CENTRAL BANCO UNIVERSAL | ATTN: DAVID LEMAY & CHRISTY RIVERA CHADBOURNE & PARKE 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| INVERELL SHIRE COUNCIL | PO BOX 138 INVERELL NSW 2360 AUSTRALIA |

**Total Creditor count  3**

**EXHIBIT H**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| AGRICULTURAL BANK OF TAIWAN | ATTN: SUN-CHYI LAI (MGR, DEPT OF TREASURE) 2F, NO.71, GUANCIAN RD. TAIPEI CITY TAIWAN, PROVINCE OF CHINA |
| HORIZON II INTERNATIONAL LIMITED | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA NATIONAL ASSOCIATION ATTN: SANDRA E. HORWITX CORPORATE TRUST & LOAN AGENCY 452 5TH AVE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL LIMITED | ATTN: DAVID LEMAY, ESQ & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKFELLER PLAZA NEW YORK NY 10112 |
| MITSUI SECURITIES, CO., LTD. | ATTN: GENERAL AFFAIRS DEPARTMENT 21-1 1 CHOME JUNKA FUKUI 910-0023 JAPAN |
| MITSUI SECURITIES, CO., LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN, ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |

Total Creditor count  6