WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                  Debtors.                  :    (Jointly Administered)
                                            :
                                            :
-------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**TWO HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(INSUFFICIENT DOCUMENTATION CLAIMS) AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their Two Hundred Fifth Omnibus

Objection to Claims (Insufficient Documentation Claims) [Docket No. 19936] solely with

<u>respect to the claims listed on Exhibit A annexed hereto</u>.  The Debtors reserve their rights to object to the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  October 25, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Cornejo, Emil | 25457 |
| Dunn, John J. | 17764 |
| Houlihan, Brenna | 25116 |
| Murphy, Pat | 17258 |
| Shannon, William | 30036 |
| Vasquez, Juan | 10023 |