Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA


Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 59259 and 59260**

We would like to inform you that Mr. Wilhelm and Mrs. Ingrid Bruns who filed the Claim Number 59259 on 10/30/2009 and Claim Number 59260 on 10/30/2009 have assigned the rights arising out of these claims corresponding with the following securities

50 Lehman Bros Treasury Co. B.V. EXPR.N. 06.01.14 Basket (WKN A0SUA9 / ISIN DE000A0SUA99) in the amount of a face value of USD 85,116.00 and

450 Lehman Bros Treasury Co. B.V. EXPR.N. 06.01.14 Basket (WKN A0SUA9 / ISIN DE000A0SUA99) in the amount of a face value of USD 624,184.00

to
**Bethmann Bank AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany.**

Bethmann Bank AG has agreed to this assignment. Both Mr. Wilhelm and Mrs. Ingrid Bruns and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 25/10/2011                             Lüneburg, 13.X.2011

Bethmann Bank AG                                  Wilhelm Bruns, Ingrid Bruns
(Assignee)                                        (Assignors)

(Jochen Weber)  (Oliver Körner)                   (Wilhelm Bruns) (Ingrid Bruns)