UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

|  |  |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (JMP) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Ref. Docket Nos. 21092-21096, |
| | 21105, 21107 & 21108 |

------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 21, 2011, I caused to be served the:

   a. "Notice of Adjournment of Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation)," dated October 21, 2011 [Docket No. 21092], (the "125th Omni NOA")

   b. "Notice of Adjournment of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims," dated October 21, 2011 [Docket No. 21093], (the "97th Omni NOA"),

   c. "Notice of Adjournment of Debtors' Objection to Proof of Claim No. 23713 Filed by PHH Mortgage Corporation," dated October 21, 2011 [Docket No. 21094], (the "PHH NOA"),

   d. "Notice of Adjournment of Debtors' Two Hundred Ninth Omnibus Objection to Portions of Claim Nos. 29883 and 29879 Filed by Citibank, N.A. and Citigroup Global Markets, Inc.," dated October 21, 2011 [Docket No. 21095], (the "209th Omni NOA"),

   e. "Notice of Adjournment of Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc.," dated October 21, 2011 [Docket No. 21096], (the "Syncora NOA"),

f.  "Notice of Adjournment of Debtors' Two Hundred Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated October 21, 2011 [Docket No. 21105], (the "204th Omni NOA"),

g.  "Notice of Adjournment of Debtors' One Hundred and Eighty Sixth Omnibus Objection to Claims (Misclassified Claims) Solely as to Certain Claims," dated October 21, 2011 [Docket No. 21107], (the "186th Omni NOA"), and

h.  "Notice of Adjournment of Debtors' One Hundred and Eighty Seventh Omnibus Objection to Claims (Misclassified Claims) Solely as to Certain Claims," dated October 21, 2011 [Docket No. 21108], (the "187th Omni NOA"),

by causing true and correct copies of the:

i.  125th Omni NOA, 97th Omni NOA, PHH NOA, 209th Omni NOA, Syncora NOA, 204th Omni NOA, 186th Omni NOA and 187th Omni NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  125th Omni NOA, 97th Omni NOA, PHH NOA, 209th Omni NOA, Syncora NOA, 204th Omni NOA, 186th Omni NOA and 187th Omni NOA, to be delivered via facsimile to those parties listed on the annexed Exhibit B,

iii.  125th Omni NOA, 97th Omni NOA, PHH NOA, 209th Omni NOA, Syncora NOA, 204th Omni NOA, 186th Omni NOA and 187th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed on the annexed Exhibit C,

iv.  125th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.  97th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.  PHH NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii.  209th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G,

viii.  Syncora NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit H,

ix.  204th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit I,

x.  186th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit J, and

xi.    187th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Kossivas*
Eleni Kossivas

Sworn to before me this
25th day of October, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Docket Nos. 21092-21096, 21105, 21107 & 21108_AFF_10-21-11.doc

**EXHIBIT A**

**_Email Addresses_**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
asubramanian@susmangodfrey.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com

cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com

drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com

gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com

jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com

jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com

lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallarayraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com

mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com

pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
Sally.Henry@skadden.com

sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com

tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tweeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

WILMINGTON TRUST COMPANY AS TRUSTEE
C/O ERWIN M. SORIANO
RODNEY SQUARE NORTH, MAIL CODE 1605
1100 NORTH MARKET STREET
WILMINGTON DE 19890

J. WILLIAM BOONE
ALSTON & BIRD LLP
(COUNSEL FOR WILMINGTON TRUST)
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA GA 30309-3424

**EXHIBIT E**

U.S. BANK NATIONAL ASSOCIATION
TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION
ATTN: WAYNE MILLER
CORPORATE TRUST SERVICES
540 WEST MADISON STREET, SUITE 1840
CHICAGO, IL 60661

U.S. BANK NATIONAL ASSOCIATION
TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION
ATTN: SACHIKO NISHIDA
CORPORATE TRUST SERVICES
MAIL CODE: MK-IL-SL8
190 SOUTH LASALLE STREET
CHICAGO, IL 60603

DEUTSCHE BANK NATIONAL TRUST CO.
AS TRUSTEE OF STRUCTURED ASSET
INVESTMENT LOAN TRUST
C/O RICHARD C. PEDONE, AMANDA D. DARWIN
NIXON PEABODY LLP
100 SUMMER STREET
BOSTON, MA 02110

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: STRUCTURED ASSET INVESTMENT LOAN TRUST, 2004-1-LH0401
MELISSA WILMAN, VICE PRESIDENT
1761 EAST ST. ANDREW PLACE
SANTA ANA CA 92705

BANK OF AMERICA, NATIONAL ASSOCIATION
SUCCESSOR BY MERGER TO LASALLE BANK, NA
HUNTON & WILLIAMS LLP
ATTN: JR SMITH, ESQ, KENT BROMLEY
RIVERFRONT PLAZA, EAST TOWER, 951 E BYRD STREET
RICHMOND VA 23219

BANK OF AMERICA, N.A.
SUCCESSOR BY MERGER TO LASALLE BANK, N.A.
ATTN: VANESSA DANNER
135 S. LASALLE ST., SUITE 1716
REF: SASCO SERIES 2004-9XS NIM 2
CHICAGO IL 60603

**EXHIBIT F**

PHH MORTGAGE CORPORATION
ATTN: FRED KINKLER, ASSISTANT GENERAL COUNSEL
MAILSTOP LGL
3000 LEADENHALL ROAD
MOUNT LAUREL NJ 08054

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: E. LEE SMITH, ESQ.
1221 AVE OF THE AMERICAS
NEW YORK, NY 10020

**EXHIBIT G**

CITIGROUP GLOBAL MARKETS, INC.
ATTN: EDWARD G. TURAN
388 GREENWICH STREET
NEW YORK, NY 10013-2375

CITIGROUP N.A.
ATTN: EDWARD G. TURAN
388 GREENWICH STREET
NEW YORK, NY 10013-2375

DOUGLAS R DAVIS
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

**EXHIBIT H**

SYNCORA GUARANTEE INC
ATTN: DAVID W. DYKHOUSE
C/O PATTERSON BELKNAP WEBB & TYLER LLP
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

SYNCORA GUARANTEE INC.
ATTN: JAMES W. LUNDY, JR., ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10021

# EXHIBIT I

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF | INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-1 C/O RICHARD C. PEDONE, ESQ AND AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: STRUCTURED ASSET INVESTMENT LOAN TRUST, 2004-1 - LH0401 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| PENN MUTUAL LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PENN MUTUAL LIFE INSURANCE COMPANY | ATTN: JOSHUA MYERS 600 DRESHER ROAD, C1A HORSHAM PA 19044 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP ATTN: MICHAEL M. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-20 ATTN: MARY SOHLBERG MAC N9311- 161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |

**Total Creditor count  6**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| AECO GAS STORAGE PARTNERSHIP | JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY AB T2P 0A7 CANADA |
| AECO GAS STORAGE PARTNERSHIP | STEVEN ABRAMOWITZ JAMES DAY VINSON & ELKINS, LLP 666 FIFTH AVENUE, 25TH FLOOR NEW YORK NY 10103 |
| AIG MARKETS INC. FKA AIG CDS, INC | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| AIG MARKETS INC. FKA AIG CDS, INC | C/O AIG GLOBAL INVESTMENT CORP. ATTN: ALAN STEWART 70 PINE STREET 13TH FLOOR NEW YORK NY 10270 |
| AIG MARKETS INC. FKA AIG CDS, INC | LEGAL DEPARTMENT ATTN: ED HOLMES 70 PINE STREET 10TH FLOOR NEW YORK NY 10270 |
| AMERICAN MUNICIPAL POWER, INC. | SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| AMERICAN MUNICIPAL POWER, INC. | CHESTER WILCOX & SAXBE LLP ATTN: J. ANTHONY KINGTON 65 E. STATE ST., SUITE 1000 COLUMBUS OH 43215-4215 |
| AMERICAN MUNICIPAL POWER, INC. | F/K/A AMERICAN MUNICIPAL POWER-OHIO, INC. ATTN: MACK THOMPSON 1111 SCHROCK ROAD, SUITE 100 COLUMBUS OH 43229 |
| CAMERON MCKINNEY LLC | C/O LEHMAN BROTHERS REAL EASTATE PARTNERS II LP ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| CAMERON MCKINNEY LLC | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| CAMERON MCKINNEY LLC A/C | REPE LBREP III LLC ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| CAMERON MCKINNEY LLC A/C | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| COMMERCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL | L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| COMMERCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG LONDON BRANCH | TRANSFEROR: ELEKTRIZITATS- GESELLSCHAFT ATTN: JEFF OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ELEKTRIZITATS- GESELLSCHAFT ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS INDENTURE TRUS | TRUSTEE C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS INDENTURE TRUS | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC HOME EQUITY LOAN TRUST 2004-2 - IN04H3 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF WAL | COMMERICIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 1991-3 FIXED PASS-THROUGH RATE C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF WAL | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: WALMART LEASE BACKED COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1991-3-LH913 MELISSA WILMAN, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH R | RESPECT TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET-BACKED CERTIFICATES, SERIES 2006-8 C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH R | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8-GC06Z8 MELISSA WILMAN, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANT | CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANT | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 - IN06AE 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-4, COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-10 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-4, COLLATERIZED ASSET-BACKED BONDS, SERIES 2005-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET0 BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-11 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS SUPPLEMENTAL INTEREST TRUST TRUSTEE RELATING TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET BACKED CERTIFICATES SERIES 2006-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2005-8 - IM0508 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2005-5 - IM0505 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2005-4 - IM0504 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-10 - IM0410 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-8 - IM0408 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: IMPAC CMB TRUST SERIES 2004-8 - IM0408 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-5 - IM0405 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-4 - IM0404 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2003-11 - IM0311 1761 EAST ST. ANDREW PLACE SANTA |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2003-8 - IM0308 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 - GC06Z8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AN | INTEREST TRUSTEE OF RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ASSET SECURITIZATION TRUST 1761 EAST ST. ANDREWS PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15 - IN0615 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | CORRIDOR TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 - IN06A8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE OF ZAIS ZEPHYR A-3 C/O RICHARD C. PEDONE AMANDA D. DARWIN NIXON PEABOND LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE OF GEMSTONE CDO VI C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS,INC SERIES 2006-QO8 MORTGAGE ASSET - BACKED PASS THROUGH CERTIFICATES C/O RICHARD D. PEDONE, ESQ AND AMANDA D. DARWIN, ESQ. 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: CDO BUSINESS UNIT - GEMSTONE CDO VI 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | MELISSA WILMAN DEUTSCHE BANK TRUST COMPANY AMERICAS RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08-RF0608 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | ATTN: CDO BUSINESS UNIT-ZAIS ZEPHYR A-3 STEPHEN T. HESSLER, DIRECTOR 1761 EAST SAINT ANDREW PLACE SANTA ANA CA 92705-4934 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC., SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE TRUST COMPANY AMERICAS ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO9 - RF0609 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08 - RF0608 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08 - RF0608 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705. |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: JENNA KAUFMANN, DIRECTOR 60 WALL STREET, 26TH FLOOR MAIL STOP NYC60-2606 NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: JENNA KAUFMAN, DIRECTOR 60 WALL STREET, 26TH FLOOR MAIL STOP NYC60-2606 NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | SERIES 2005-A, PRIVATE STUDENT LOAN ASSET BACKED FLOATING RATE NOTES C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, | SWAP TRUSTEE OF INDY MAC INDX MORTGAGE LOAD TRUST 2006-AR14 C/O RICHARD C. |

| Claim Name | Address Information |
|---|---|
| GRANTOR TRUS | PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUS | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 – IN06AE 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | C/O DIAMOND MCCARTHY LLP ATTN: HOWARD D RESSLER, ESQ 620 EIGHTH AVE NEW YORK NY 10018 |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO CA 94105 |
| GMAC MORTGAGE, LLC | SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR, ESQ. 4 TIMES SQUARE NEW YORK NY 10036 |
| GMAC MORTGAGE, LLC | 1100 VIRGINIA DRIVE ATTN: JOSEPH PENSABENE FORT WASHINGTON PA 19034 |
| HOLLAND HOME | C/O DAVID TIESENGA 2100 RAYBROOK STREET SE SUITE 300 GRAND RAPIDS MI 49546 |
| KAUPTHING BANK HF | ATTN: THORUNN HELGA THORDARDOTTIR, LEGAL COUNSEL BORGARTUN 19 REYKJAVIK ICELAND |
| KAUPTHING BANK HF | ATTN: THORUNN HELGA THORDARDOTTIR BORGARTUN 19 REYKJAVIK ICELAND |
| KAUPTHING BANK HF | NIXON PEABODY LLP ATTN: RICHARD C. PEDONE, ESQ 100 SUMMER STREET BOSTON MA 02110 |
| LBOREP III (CAN), L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LBOREP III (CAN), L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LBREP III PP (CAN), L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LBREP III PP (CAN), L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LBREP LAKESIDE SC MASTER I, LLC | C/O LBPREP II, LP ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LBREP LAKESIDE SC MASTER I, LLC | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LBREP LAKESIDE SC MASTER, LLC | C/O LBPREP II, LP ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LBREP LAKESIDE SC MASTER, LLC | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| OFFSHORE FUNDS III NONUS SPV,, L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| OFFSHORE FUNDS III NONUS SPV,, L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| OFFSHORE FUNDS III US SPV, L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| OFFSHORE FUNDS III US SPV, L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| PP III NON-US SPV, L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| PP III NON-US SPV, L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| PP III US SPV, L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| PP III US SPV, L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| RESIDENCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL | L.P. – ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| RESIDENCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SHELL TRADING INTERNATIONAL LTD | ATTN JEREMY HUTCHINSON / MIKE OAKLEY 80 STRAND LONDON WC2R 0ZA UNITED KINGDOM |
| SHELL TRADING INTERNATIONAL LTD | CRAVATH SWAINE & MOORE LLP ATTN RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | ATTN: HELENE HELLNERS S-106 40 STOCKHOLM SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | SIDLEY AUSTIN LLP LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2005-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2006-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |

Total Creditor count  103

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| BANCA ITALEASE S.P.A | C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| BANCA ITALEASE S.P.A | ANDREW B. ECKSTEIN BANCA ITALEASE S.P.A C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE AND CERTIFICATE TRUSTEE C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: INDYMAC HOME EQUITY LOAN TRUST 2004-2 – IN04H3 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. | C/O SHAD ROBINSON HALEY & OLSON, P.C. 510 N. VALLEY MILLS DR., STE. 600 WACO TX 76710 |
| HSBC BANK PLC | C/O MARTIN HOLCOMBE/ROSS MACKENZIE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| ITALEASE FINANCE S.P.A. | C/O LOVELLS STUDIO LEGALE ATTN: MR. FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| ITALEASE FINANCE S.P.A. | C/O BLANK ROME LLP ATTN: ANDREW B ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| LBREM II ECI AIV, LP (US) | ATTN: JUDY TURCHIN JI YEONG CHU 1271 AVENUE OF THE  AMERICIAS, 38TH FLOOR NEW YORK NY 10020 |
| LBREM II ECI AIV, LP (US) | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LBREM II OFFSHORE AIV,L.P. (UK LP) | ATTN: JUDY TURCHIN JI YEUNG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LBREM II OFFSHORE AIV,L.P. (UK LP) | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LBREP III PP (CAN) GP LLC | ATTN JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LBREP III PP (CAN) GP LLC | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 1) REAL ESTATE PA | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 1) REAL ESTATE PA | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 3) REAL ESTATE PA | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 3) REAL ESTATE PA | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 4) REAL ESTATE PA | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10010 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 4) REAL ESTATE PA | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE PARTNERS, LTD. | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS OFFSHORE PARTNERS, LTD. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE | ASSOCIATES III, LLC ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE | ASOCIATES III, LP ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE | KIRKLAND & ELLIS LLP ATTN: PAUL BASTA 601 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| ASSOCIATES | KIRKLAND & ELLIS LLP ATTN: PAUL BASTA 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | ATTN JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FL NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES, L | ATTN JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FL NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES, L | ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES, L | KIRKLAND & ELLIS LLP ATTN: PAUL BASTA 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES, L | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTN | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTN | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTN | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTN | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND II LP | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND II LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III LP | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND, L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND, L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASS | JOHN A. PRETE, VICE PRESIDENT PCCP, LLC 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASS | JOHN A. PRETE, VICE PRESIDENT PCCP, LLC 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASS | JOHN A. PRETE, VICE PRESIDENT PCCP, LLC 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASS | ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASS | ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASS | ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASS | ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASS | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASS | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASS | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASS | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE PAR | JOHN A. PRETE, VICE PRESIDENT PCCP, LLC 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE PAR | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE PAR | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS (NOR | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS (NOR | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS II, | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS II, | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III– | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III– | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III– | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III– | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS, L.P | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS, L.P | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESATATE PARTNERS, III L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESATATE PARTNERS, III L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES II, L.P. | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES II, L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL BASTA 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III | KIRKLAND & ELLIS LLP ATTN PAUL BASTA 601 LEXINGTON AVE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE ASSOCITES , LP | ATTN: JUDY TURCHIN AMERICAS, 38TH FLOOR JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE ASSOCITES , LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW |

| Claim Name | Address Information |
|---|---|
| PARTNERS I, L. | YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS I, L. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS II LP | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS II LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS III L | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS III L | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE FUND II, L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE FUND II, L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE FUND III, LP | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE FUND III, LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE FUND, L.P. | ATTN : JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE FUND, L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE | ATTN: JUDY TURCHIN & JI YEONG CHU CAPITAL PARTNERS, L.P. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSCOCIATES | JOHN A. PRETE, VICE PRESIDENT PCCP, LLC 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSCOCIATES | ATTN: JUDY TURCHIN JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSCOCIATES | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSOCIATES I | ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSOCIATES I | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, | ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS LP | JOHN A. PRETE, VICE PRESIDENT PCCP, LLC 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS LP | ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE OFFSHORE CAPITAL PARTN | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE OFFSHORE CAPITAL PARTN | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
| --- | --- |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II LP | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III (NYC) LP | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III (NYC) LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III (TRS) LP | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III (TRS) LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III LP | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. | ATTN : JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS II LP | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS II LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III L | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III L | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS, L.P. | ATTN: JUDY TURCHIN AND JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS, L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| ROBERT A SCHOELLHORN TRUST | 77 WEST WACKER DRIVE, SUITE 4800 ATTN: STEVEN JAKUBOWSKI CHICAGO IL 60601-1812 |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | ATTN: VINAY LAJMI 83 CLEMENCEAU AVENUE PO BOX 643, SINGAPORE 901243 SINGAPORE 239920 SINGAPORE |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| SHELL TRADING (US) COMPANY | PAUL B. TURNER, ESQ. 1001 FANNIN ST STE 3700 HOUSTON TX 77002-6785 |
| SHELL TRADING (US) COMPANY | ATTN: JENNIFER M. GORE, ESQ. 909 FANNIN, PLAZA LEVEL I HOUSTON TX 77010 |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | ATTN: HELENE HELLNERS S-106 40 STOCKHOLM SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | SIDLEY AUSTIN LLP LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WESTLB AG | ATTN: LEGAL DEPARTMENT 250 GREENWICH ST NEW YORK NY 10007-2140 |
| WESTLB AG | WEST LB AG, NEW YORK BRANCH 250 GREENWICH ST NEW YORK NY 10007-2140 |
| WESTLB AG | MARC C. ELLENBERG, ESQ. CADWALADER, WICKERSHAM & TAFT 1201 F. STREET, N.W. WASHINGTON DC 20004 |
| WISHENGRAD, CORY | 299 RIVERSIDE DRIVE APARTMENT 2B NEW YORK NY 10025 |

<div style="border:1px solid">

**Total Creditor count  133**

</div>