# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re                                                         :        Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                      :        Case No. 08-13555 (JMP)
                                                              :
                              Debtors.                        :        (Jointly Administered)
                                                              :
------------------------------------------------------------- x

### ORDER GRANTING MOTION OF BANK OF TAIWAN, NEW YORK BRANCH FOR AN ORDER AUTHORIZING ASSIGNMENT OF CERTAIN INTERESTS IN A PROMISSORY NOTE AND ATTENDANT CLAIMS AGAINST LEHMAN BROTHERS HOLDINGS, INC.

Upon the Motion[1] of Bank of Taiwan, New York Branch, For an Order Authorizing Assignment of Certain Interests in a Promissory Note and Attendant Claims Against Lehman Brothers Holdings, Inc. (the "Motion"); and a hearing on the Motion having been held on November 16, 2011; and sufficient notice having been duly given; and due deliberation having been had; and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that the Lender shall be and hereby is authorized to freely assign or otherwise transfer its interest in the Promissory Note and attendant claims against LBHI free of any restrictions or requirements set forth in the Promissory Note without further order of this Court; provided that any such assignment or other transfer shall be (1) subject to (a) all applicable orders of this Court, including, but not limited to, the Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code Establishing Certain Restrictions and Procedures Applicable to Transfers of the Debtors Securities, entered on March 25, 2010 [Docket No. 7826], and (b) the

---

[1] All capitalized and undefined terms used in this Order shall have the meaning assigned to such terms in the Motion.

applicable requirements of Federal Rules of Bankruptcy Procedure; and (2) without prejudice to the Debtors' right to object to or challenge any of said claims.

Dated:   New York, New York
         _____, 2011

                                       United States Bankruptcy Judge