UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Transferee.

| Baupost Group Securities, L.L.C. | Morgan Stanley Capital Services LLC (f/k/a |
| Name of Transferee | Morgan Stanley Capital Services Inc.) |
| | Name of Transferor |

Court Claim # (if known): 11306
Amount of Claim: $31,624,071.97
Date Claim Filed: September 10, 2009
Debtor: Lehman Brothers Holdings Inc.

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE: Baupost Group Securities, L.L.C.
Address:    c/o Ropes & Gray LLP
            1211 Avenue of the Americas
            New York, NY 10036-8704
      Attn: Philip A. Wells

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

682945v.3 892/04241

By: _____     Date: __9/26/11__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
    Transferor/Transferor's Agent

By: _____          Date: _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____*[signature: John Ragusa]*_____
       Transferor/Transferor's Agent

**John Ragusa**
**Authorized Signatory**