Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Deutsche Bank AG, London Branch             Northwest Fund Limited

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch             Court Claim # (if known): 67038
Winchester House, 1 Great Winchester Street Amount of Claim: US$ 3,556,468.30
London EC2N 2DB                             Date Claim Filed: 25 Aug 2010 (amending claim
Tel: +44 20 7547 2400                       67004, which amended claim 1285)
Fax: +44 113 336 2010                       Portion of Claim Transferred: FULL TRANSFER
Attention: Michael Sutton
E-mail: michael.sutton@db.com               Tel: N/A

Last Four Digits of Acct. #:  N/A           Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]                         Date: 26/10/11
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 67038 **(full transfer)**

**NORTHWEST FUND LIMITED** ("Seller") hereby confirms that it has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) unconditionally and irrevocably unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

("Buyer") 100% of its rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the claim referenced above (the "Claim") as filed against the Debtor in the Bankruptcy Court in the principal amount of US$ 3,556,468.30 pursuant to an assignment agreement dated 22 April 2011.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26th day of October 2011.

For and on behalf of
NORTHWEST INVESTMENT MANAGEMENT
(HONG KONG) LIMITED for and on behalf of
**NORTHWEST FUND LIMITED**

Name: ANDREW HIGGINS
Title: DIRECTOR

For and on behalf of
**DEUTSCHE BANK AG, LONDON BRANCH**

Name: Michael Sutton / Ross M...
Title: Managing Director / Director

# EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings, Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) |
| CLAIM NO. | 67004 **(full transfer)** |

**NORTHWEST FUND LIMITED** ("Seller") hereby confirms that it has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) unconditionally and irrevocably unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

("Buyer") 100% of its rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the claim referenced above (the "Claim") as filed against the Debtor in the Bankruptcy Court in the principal amount of US$ 3,574,412.00 pursuant to an assignment agreement dated 22 April 2011.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26th day of October 2011.

| For and on behalf of | For and on behalf of |
|---|---|
| NORTHWEST INVESTMENT MANAGEMENT (HONG KONG) LIMITED for and on behalf of NORTHWEST FUND LIMITED | DEUTSCHE BANK AG, LONDON BRANCH |
| Name: ANDREW HIGGINS | Name: Michael Sutton / Ross Miller |
| Title: DIRECTOR | Title: Managing Director / Director |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                           Name of Transferor

Deutsche Bank AG, London Branch              Northwest China Opportunities Fund Limited

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch              Court Claim # (if known): 67039
Winchester House, 1 Great Winchester Street  Amount of Claim: US$ 2,097,549.55
London EC2N 2DB                              Date Claim Filed: 25 Aug 2010 (amending claim
Tel: +44 20 7547 2400                        67003, which amended claim 1284)
Fax: +44 113 336 2010                        Portion of Claim Transferred: FULL TRANSFER
Attention: Michael Sutton
E-mail: michael.sutton@db.com                Tel: N/A

Last Four Digits of Acct. #: N/A             Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 26/10/11
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Rule 3001(e) –Transfer of LBHI Claim # 67039

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 67039 **(full transfer)**

**NORTHWEST CHINA OPPORTUNITIES FUND LIMITED** ("Seller") hereby confirms that it has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) unconditionally and irrevocably unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

("Buyer") 100% of its rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the claim referenced above (the "Claim") as filed against the Debtor in the Bankruptcy Court in the principal amount of US$ 2,097,549.55 pursuant to an assignment agreement dated 22 April 2011.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26 day of October 2011.

For and on behalf of
NORTHWEST INVESTMENT MANAGEMENT
(HONG KONG) LIMITED for and on behalf of
**NORTHWEST CHINA OPPORTUNITIES FUND LIMITED**

Name: ANDREW HIGGINS
Title: DIRECTOR

For and on behalf of
**DEUTSCHE BANK AG, LONDON BRANCH**

Name: Michael Sutton / Ross Miller
Title: Managing Director / Director

Rule 3001(e) –Transfer of LBHI Claim # 67003

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 67003 **(full transfer)**

**NORTHWEST CHINA OPPORTUNITIES FUND LIMITED** ("Seller") hereby confirms that it has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) unconditionally and irrevocably unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

("Buyer") 100% of its rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the claim referenced above (the "Claim") as filed against the Debtor in the Bankruptcy Court in the principal amount of US$ 2,108,178.00 pursuant to an assignment agreement dated 22 April 2011.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26 day of October 2011.

For and on behalf of
NORTHWEST INVESTMENT MANAGEMENT
(HONG KONG) LIMITED for and on behalf of
**NORTHWEST CHINA OPPORTUNITIES FUND
LIMITED**

Name: ANDREW HIGGINS
Title: DIRECTOR

For and on behalf of
**DEUTSCHE BANK AG, LONDON BRANCH**

Name: Michael Sutton / Ross Miller
Title: Managing Director / Director