## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

DCI Asset Management Ireland Limited, Acting as Manager for and on behalf of DCI Long-Short Credit Fund, a Fund of DCI Funds Trust, with offices at Georges Court, 54-62 Townsend Street, Dublin 2, Ireland ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to CHASE LINCOLN FIRST COMMERCIAL CORPORATION, its successors and assigns, ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: 67595) in the amount of $21,146,424.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 23 day of September, 2011.

SELLER:
DCI Asset Management Ireland Limited,
Acting as Manager for and on behalf of DCI
Long-Short Credit Fund, a Fund of DCI
Funds Trust

By: _____
Name: Richard Daniels
Title: Director

BUYER:
CHASE LINCOLN FIRST COMMERCIAL
CORPORATION

By: _____
Name:
Title:

Samantha E. Hamerman
Authorized Signatory

A-1
AOC (LBIE-LBHI) DCI to Chase Lincoln [1471910] 9.12.11TD; S27M_IV.docx