**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                          :
In re                                                     :       **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :       **08-13555 (JMP)**
                                                          :       **(Jointly Administered)**
                          Debtors.                        :
                                                          :
------------------------------------------------------------------------x   **Ref. Docket No. 21088**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 21, 2011, I caused to be served the "Notice of Adjournment of Debtors' One Hundred Eighteenth Omnibus Objection to Claims (to  Reclassify  Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated October 21, 2011 [Docket No. 21008], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.  delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, and

    c.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Panagiota Manatakis*
                                                      Panagiota Manatakis

Sworn to before me this
26th day of October, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

LBH Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashaffer@mayerbrown.com |
| aalfonso@willkie.com | ashmead@sewkis.com |
| abeaumont@fklaw.com | asnow@ssbb.com |
| abraunstein@riemerlaw.com | atrehan@mayerbrown.com |
| acaton@kramerlevin.com | aunger@sidley.com |
| acker@chapman.com | austin.bankruptcy@publicans.com |
| adam.brezine@hro.com | avenes@whitecase.com |
| adarwin@nixonpeabody.com | azylberberg@whitecase.com |
| Adiamond@DiamondMcCarthy.com | bankr@zuckerman.com |
| aeckstein@blankrome.com | bankruptcy@goodwin.com |
| aentwistle@entwistle-law.com | bankruptcy@morrisoncohen.com |
| afriedman@irell.com | bankruptcy@ntexas-attorneys.com |
| agbanknewyork@ag.tn.gov | bankruptcymatters@us.nomura.com |
| aglenn@kasowitz.com | barbra.parlin@hklaw.com |
| agold@herrick.com | bbisignani@postschell.com |
| ahammer@freebornpeters.com | bcarlson@co.sanmateo.ca.us |
| aisenberg@saul.com | bdk@schlamstone.com |
| akantesaria@oppenheimerfunds.com | bguiney@pbwt.com |
| akolod@mosessinger.com | bill.freeman@pillsburylaw.com |
| alum@ftportfolios.com | bkmail@prommis.com |
| amarder@msek.com | bmanne@tuckerlaw.com |
| AMcMullen@BoultCummings.com | bmerrill@susmangodfrey.com |
| amenard@tishmanspeyer.com | BMiller@mofo.com |
| Andrew.Brozman@cliffordchance.com | boneill@kramerlevin.com |
| andrew.lourie@kobrekim.com | Brian.Corey@greentreecreditsolutions.com |
| angelich.george@arentfox.com | brosenblum@jonesday.com |
| ann.reynaud@shell.com | broy@rltlawfirm.com |
| anthony_boccanfuso@aporter.com | bstrickland@wtplaw.com |
| aoberry@bermanesq.com | btrust@mayerbrown.com |
| aostrow@beckerglynn.com | bturk@tishmanspeyer.com |
| apo@stevenslee.com | bwolfe@sheppardmullin.com |
| aquale@sidley.com | bzabarauskas@crowell.com |
| araboy@cov.com | cahn@clm.com |
| arahl@reedsmith.com | calbert@reitlerlaw.com |
| arheaume@riemerlaw.com | canelas@pursuitpartners.com |
| arlbank@pbfcm.com | carol.weinerlevy@bingham.com |
| arosenblatt@chadbourne.com | cbelisle@wfw.com |
| arthur.rosenberg@hklaw.com | cbelmonte@ssbb.com |
| arwolf@wlrk.com | cbrotstein@bm.net |
| aseuffert@lawpost-nyc.com | ceskridge@susmangodfrey.com |

LBH Email Service List

cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com

dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com

LBH Email Service List

dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com

gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net

LBH Email Service List

| | |
|---|---|
| jean-david.barnea@usdoj.gov | jmerva@fult.com |
| jeanites@whiteandwilliams.com | jmmurphy@stradley.com |
| jeannette.boot@wilmerhale.com | jmr@msf-law.com |
| jeff.wittig@coair.com | jnm@mccallaraymer.com |
| jeffrey.sabin@bingham.com | john.monaghan@hklaw.com |
| jeldredge@velaw.com | john.rapisardi@cwt.com |
| jen.premisler@cliffordchance.com | joli@crlpc.com |
| jennifer.demarco@cliffordchance.com | jorbach@hahnhessen.com |
| jennifer.gore@shell.com | Joseph.Cordaro@usdoj.gov |
| jeremy.eiden@state.mn.us | joshua.dorchak@bingham.com |
| jfalgowski@reedsmith.com | jowen769@yahoo.com |
| jflaxer@golenbock.com | jowolf@law.nyc.gov |
| jfox@joefoxlaw.com | joy.mathias@dubaiic.com |
| jfreeberg@wfw.com | JPintarelli@mofo.com |
| jg5786@att.com | jporter@entwistle-law.com |
| jgarrity@shearman.com | jprol@lowenstein.com |
| jgenovese@gjb-law.com | jrabinowitz@rltlawfirm.com |
| jguy@orrick.com | jrsmith@hunton.com |
| jherzog@gklaw.com | jschwartz@hahnhessen.com |
| jhiggins@fdlaw.com | jsheerin@mcguirewoods.com |
| jhorgan@phxa.com | jshickich@riddellwilliams.com |
| jhuggett@margolisedelstein.com | jsmairo@pbnlaw.com |
| jhuh@ffwplaw.com | jstoll@mayerbrown.com |
| jim@atkinslawfirm.com | jsullivan@mosessinger.com |
| jjoyce@dresslerpeters.com | jtimko@shutts.com |
| jjtancredi@daypitney.com | jtougas@mayerbrown.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com |
| jkehoe@btkmc.com | jwallack@goulstonstorrs.com |
| jlamar@maynardcooper.com | jwang@sipc.org |
| jlawlor@wmd-law.com | jwcohen@daypitney.com |
| jlee@foley.com | jweiss@gibsondunn.com |
| jlevitin@cahill.com | jwest@velaw.com |
| jlipson@crockerkuno.com | jwh@njlawfirm.com |
| jliu@dl.com | karen.wagner@dpw.com |
| jlovi@steptoe.com | KDWBankruptcyDepartment@kelleydrye.com |
| jlscott@reedsmith.com | keckhardt@hunton.com |
| jmaddock@mcguirewoods.com | keith.simon@lw.com |
| jmazermarino@msek.com | Ken.Coleman@allenovery.com |
| jmcginley@wilmingtontrust.com | ken.higman@hp.com |
| jmelko@gardere.com | kerry.moynihan@hro.com |

LBH Email Service List

| | |
|---|---|
| kgwynne@reedsmith.com | MAOFILING@CGSH.COM |
| kiplok@hugheshubbard.com | Marc.Chait@SC.com |
| kkelly@ebglaw.com | margolin@hugheshubbard.com |
| kkolbig@mosessinger.com | mark.deveno@bingham.com |
| klyman@irell.com | mark.ellenberg@cwt.com |
| kmayer@mccarter.com | mark.houle@pillsburylaw.com |
| kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| korr@orrick.com | martin.davis@ots.treas.gov |
| kovskyd@pepperlaw.com | Marvin.Clements@ag.tn.gov |
| kpiper@steptoe.com | matt@willaw.com |
| kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| KReynolds@mklawnyc.com | maustin@orrick.com |
| krosen@lowenstein.com | max.polonsky@skadden.com |
| kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| lacyr@sullcrom.com | mbienenstock@dl.com |
| Landon@StreusandLandon.com | mbossi@thompsoncoburn.com |
| lathompson@co.sanmateo.ca.us | mcademartori@sheppardmullin.com |
| lawallf@pepperlaw.com | mccombst@sullcrom.com |
| lberkoff@moritthock.com | mcordone@stradley.com |
| Lee.Stremba@troutmansanders.com | mcto@debevoise.com |
| lgranfield@cgsh.com | mdahlman@kayescholer.com |
| lhandelsman@stroock.com | mdorval@stradley.com |
| linda.boyle@twtelecom.com | melorod@gtlaw.com |
| lisa.ewart@wilmerhale.com | meltzere@pepperlaw.com |
| lisa.kraidin@allenovery.com | metkin@lowenstein.com |
| LJKotler@duanemorris.com | mfeldman@willkie.com |
| lmarinuzzi@mofo.com | mgordon@briggs.com |
| Lmay@coleschotz.com | mgreger@allenmatkins.com |
| lmcgowen@orrick.com | mh1@mccallaraymer.com |
| lml@ppgms.com | mharris@smsm.com |
| lnashelsky@mofo.com | mhopkins@cov.com |
| loizides@loizides.com | michael.frege@cms-hs.com |
| lromansic@steptoe.com | michael.kelly@monarchlp.com |
| lscarcella@farrellfritz.com | michael.kim@kobrekim.com |
| lschweitzer@cgsh.com | michael.reilly@bingham.com |
| lthompson@whitecase.com | millee12@nationwide.com |
| lubell@hugheshubbard.com | miller@taftlaw.com |
| lwhidden@salans.com | mimi.m.wong@irscounsel.treas.gov |
| mabrams@willkie.com | mitchell.ayer@tklaw.com |

LBH Email Service List

| | |
|---|---|
| mjacobs@pryorcashman.com | paronzon@milbank.com |
| mjedelman@vedderprice.com | patrick.oh@freshfields.com |
| MJR1@westchestergov.com | paul.turner@sutherland.com |
| mkjaer@winston.com | pbattista@gjb-law.com |
| mlahaie@akingump.com | pbosswick@ssbb.com |
| MLandman@lcbf.com | pdublin@akingump.com |
| mlichtenstein@crowell.com | peisenberg@lockelord.com |
| mlynch2@travelers.com | peter.gilhuly@lw.com |
| mmendez@hunton.com | peter.macdonald@wilmerhale.com |
| mmooney@deilylawfirm.com | peter.simmons@friedfrank.com |
| mmorreale@us.mufg.jp | peter@bankrupt.com |
| mneier@ibolaw.com | pfeldman@oshr.com |
| monica.lawless@brookfieldproperties.com | phayden@mcguirewoods.com |
| mpage@kelleydrye.com | pmaxcy@sonnenschein.com |
| mparry@mosessinger.com | ppascuzzi@ffwplaw.com |
| mprimoff@kayescholer.com | ppatterson@stradley.com |
| mpucillo@bermanesq.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrostle@jenner.com |
| mruetzel@whitecase.com | pwright@dl.com |
| mschimel@sju.edu | r.stahl@stahlzelloe.com |
| mshiner@tuckerlaw.com | raj.madan@bingham.com |
| msiegel@brownrudnick.com | rajohnson@akingump.com |
| msolow@kayescholer.com | ramona.neal@hp.com |
| mspeiser@stroock.com | ranjit.mather@bnymellon.com |
| mstamer@akingump.com | rbeacher@pryorcashman.com |
| mvenditto@reedsmith.com | rbyman@jenner.com |
| mwarren@mtb.com | rdaversa@orrick.com |
| ncoco@mwe.com | relgidely@gjb-law.com |
| neal.mann@oag.state.ny.us | rfleischer@pryorcashman.com |
| ned.schodek@shearman.com | rfrankel@orrick.com |
| neilberger@teamtogut.com | rfriedman@silvermanacampora.com |
| newyork@sec.gov | rgmason@wlrk.com |
| nfurman@scottwoodcapital.com | rgraham@whitecase.com |
| Nherman@morganlewis.com | rhett.campbell@tklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.lear@hklaw.com |
| nlepore@schnader.com | richard.levy@lw.com |
| notice@bkcylaw.com | richard.tisdale@friedfrank.com |
| oipress@travelers.com | richard@rwmaplc.com |
| omeca.nedd@lovells.com | ritkin@steptoe.com |
| otccorpactions@finra.org | RJones@BoultCummings.com |

LBH Email Service List

rleek@HodgsonRuss.com

RLevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

Robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

Robin.Keller@Lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

rqureshi@reedsmith.com

rreid@sheppardmullin.com

rrigolosi@smsm.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

RTrust@cravath.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

sagrawal@susmangodfrey.com

Sally.Henry@skadden.com

sandyscafaria@eaton.com

Sara.Tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

Schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerner@ssd.com

slevine@brownrudnick.com

SLoden@DiamondMcCarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

squigley@lowenstein.com

SRee@lcbf.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.wilamowsky@bingham.com

Streusand@StreusandLandon.com

susan.schultz@newedgegroup.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

LBH Email Service List

tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com

wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| *Name* | *Fax* |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| ANDRIOLA, ROCCO F. | 45 MOREWOOD OAKS PORT WASHINGTON NY 11050 |
| ANTONCIC, MADELYN | 350 EAST 57TH STREET APARTMENT 13A NEW YORK NY 10022 |
| BANCHETTI, RICCARDO | FORO BUONAPARTE 24 MILANO 20121 ITALY |
| BAZYLEVSKY, BO | 51 EAST 93RD ST. NEW YORK NY 10128 |
| BOWYER, MICHAEL L. | 26 OAK LANE SCARSDALE NY 10583 |
| CATALAO MAIA, ALEXANDRE | 200 EAST 94TH STREET APT 514 NEW YORK NY 10128 |
| FLEISCHMAN RICHMAN, SANDY | 25 CENTRAL PARK WEST APT #6E NEW YORK NY 10023 |
| GLASEBROOK, RICHARD J., II | 515 NORTH STREET GREENWICH CT 06830 |
| GOLDBERG, JASON | 745 7TH AVENUE, 17TH FLOOR NEW YORK NY 10019 |
| HUTTON, RANDALL J. | 22 HILLSIDE LANE NEW HOPE PA 18938 |
| LAWRENCE, HENRY MORGAN III | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LIOTTI, FABIO | 74 YORK MANSIONS PRINCE OF WALES DRIVE LONDON SW11 4BW UNITED KINGDOM |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| NACKENSON, RICHARD | 254 E 68TH ST  APT 31D NEW YORK NY 10065-6000 |
| PARR, ANKE | 15 DANEHURST STREET LONDON SW6 6 UNITED KINGDOM |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| RAMALLO, HENRY | 27 DAVENPORT WAY HILLSBOROUGH NJ 08844 |
| REINER, BRETT S. | 26 BURR FARMS ROAD WESTPORT CT 06880 |
| REYNOLDS, CHRISTIAN F. | 151 EAST 31ST STREET, #28E NEW YORK NY 10016 |
| SARONNE, GIANCARLO | 100 OAKWOOD COURT LONDON W14 8JZ UNITED KINGDOM |
| SCHWARTZ, MARVIN C | 2 EAST 88TH STREET NEW YORK NY 10128 |
| SHAH, HARSH | FLAT 2 3 PEMBRIDGE PLACE LONDON WS 4XB UNITED KINGDOM |
| STIEFEL, STEPHANIE J | 1 BEEKMAN PL APT 11A NEW YORK NY 10022-8069 |
| WALSH, W. PHILLIP | 20 PINE STREET, APARTMENT #1906 NEW YORK NY 10005 |
| WEINER, DAVID I. | 173 RIVERSIDE DR. NEW YORK NY 10024 |

**Total Creditor count  27**