# EXHIBIT L



| | |
|---|---|
| **David HC Brigstocke**<br><br>09/18/2008<br>10:15 AM | To: Donald McCree/JPMCHASE@JPMCHASE<br>cc: Brian Sankey/JPMCHASE@JPMCHASE, David A. Weisbrod/JPMCHASE@JPMCHASE, Jeff I Hack/JPMCHASE@JPMCHASE, john j. hogan/jpmchase@JPMCHASE, Joseph S. Bonocore/JPMCHASE@JPMCHASE, Karen L. Parkhill/JPMCHASE@JPMCHASE, Mark W O'Donovan/JPMCHASE@JPMCHASE, Michael P Santomassimo/JPMCHASE@JPMCHASE, Paul H Compton/JPMCHASE@JPMCHASE, Peter Weiland/IL/ONE@JPMCHASE, Raymond Fischer/NAEast/FirstUSA@Exchange, Richard Wade/MI/ONE@JPMCHASE, Robert J Izzo/IL/ONE@JPMCHASE, Robin A. Doyle/JPMCHASE@JPMCHASE, Rose O'Connor/JPMCHASE@JPMCHASE, Ryan M McInerney/JPMCHASE@JPMCHASE, Sally E Durdan/JPMCHASE@JPMCHASE, Theresa A. Schnepf/JPMCHASE@JPMCHASE, William R Kager/JPMCHASE@JPMCHASE<br>Subject: Re: |

Don
We have Highbridge exposures which we'll get you. Even though these are technically client assets not JPM assets I am including them.
D.

🖃 Donald McCree/JPMCHASE

| | |
|---|---|
| **Donald McCree/JPMCHASE**<br><br>09/18/2008 09:48 AM | To Joseph S. Bonocore/JPMCHASE@JPMCHASE<br>cc Brian Sankey/JPMCHASE@JPMCHASE, David A. Weisbrod/JPMCHASE@JPMCHASE, David HC Brigstocke/JPMCHASE@JPMCHASE, Jeff I Hack/JPMCHASE@JPMCHASE, john j. hogan/jpmchase@jpmchase, Karen L. Parkhill/JPMCHASE@JPMCHASE, Mark W O'Donovan/JPMCHASE@JPMCHASE, Michael P Santomassimo/JPMCHASE@JPMCHASE, Paul H Compton/JPMCHASE@JPMCHASE, Peter Weiland/IL/ONE@JPMCHASE, Raymond Fischer/NAEast/FirstUSA@Exchange, Richard Wade/MI/ONE@JPMCHASE, Robert J Izzo/IL/ONE@JPMCHASE, Robin A. Doyle/JPMCHASE@JPMCHASE, Rose O'Connor/JPMCHASE@JPMCHASE, Ryan M McInerney/JPMCHASE@JPMCHASE, Sally E Durdan/JPMCHASE@JPMCHASE, Theresa A. Schnepf/JPMCHASE@JPMCHASE, William R Kager/JPMCHASE@JPMCHASE<br>Subject Re: |

We have time but are trying to get the best list we can get today
---------------------------------
Sent from my BlackBerry Handheld.

🖃 Joseph S. Bonocore

----- Original Message -----

    From: Joseph S. Bonocore
    Sent: 09/18/2008 09:42 AM EDT
    To: Donald McCree
    Cc: Brian Sankey; David Weisbrod; David Brigstocke; Donald McCree; Jeff Hack; John
Hogan; Karen Parkhill; Mark O'Donovan; Michael Santomassimo; Paul Compton; Peter Weiland;
Raymond Fischer/NAEast/FirstUSA@Exchange; Richard Wade; Robert Izzo; Robin Doyle; Rose
O'Connor; Ryan McInerney; Sally Durdan; Theresa Schnepf; William Kager
    Subject: Re:

We were told we had until Monday to do this on all of the operations calls. There are some LOBs around that have not yet even finished replacement trades. Is this suppose to be a preliminary estimate? Thanks.

Donald McCree/JPMCHASE

| | |
|---|---|
| **Donald McCree/JPMCHASE**<br>Sent by: Rose O'Connor<br><br>09/18/2008 08:26 AM | To John J. Hogan/JPMCHASE@JPMCHASE, Brian Sankey/JPMCHASE@JPMCHASE, Robert J Izzo/IL/ONE@JPMCHASE, Richard Wade/MI/ONE@JPMCHASE, Theresa A. Schnepf/JPMCHASE@JPMCHASE, David A. Weisbrod/JPMCHASE@JPMCHASE, Ryan M McInerney/JPMCHASE@JPMCHASE, Robin A. Doyle/JPMCHASE@JPMCHASE, Peter Weiland/IL/ONE@JPMCHASE, David HC Brigstocke/JPMCHASE@JPMCHASE, Jeff I Hack/JPMCHASE@JPMCHASE, Joseph S. Bonocore/JPMCHASE@JPMCHASE, Karen L. Parkhill/JPMCHASE@JPMCHASE, Mark W O'Donovan/JPMCHASE@JPMCHASE, Michael P Santomassimo/JPMCHASE@JPMCHASE, Paul H Compton/JPMCHASE@JPMCHASE, Raymond Fischer/NAEast/FirstUSA@Exchange, Sally E Durdan/JPMCHASE@JPMCHASE, William R Kager/JPMCHASE@JPMCHASE<br>cc Donald McCree/JPMCHASE@JPMCHASE, Donald McCree/JPMCHASE@JPMCHASE<br>Subject |

All,

As you know we have a pool of collateral which we hold from LEH which supports all of JPM's exposures. If your division has exposure/loses on LEH please summarize them and forward that summary to myself and Donna Dellosso ASAP and no later than 2pm today.

Many thanks and feel free to call me with any questions.

JPM-LBHI00428192