**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (JMP)
                                                  :   (Jointly Administered)
              Debtors.                            :
                                                  :
------------------------------------------------------------------x   Ref. Docket No. 21208
```

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 24, 2011, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion for Authorization to Assume Amended Subordination, Non-Disturbance and Attornment Agreement with the Ritz-Carlton Hotel Company, L.L.C.," dated October 24, 2011 [Docket No. 21208], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

/s/ Pete Caris
Pete Caris

Sworn to before me this
26th day of October, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.

FAX SERVICE LIST

| NAME | FAX |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |
| MILBANK: DENNIS DUNNE, EVAN FLECK, DENNIS ODONNELL | (212) 530-5219 |
| MILBANK: PAUL ARONZO G BRAY | (213) 629-5063 |