UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                  :        Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :        08-13555 (JMP)
:        (Jointly Administered)
Debtors.                             :
:
------------------------------------------------------------------------x        Ref. Docket No. 21132-21134

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 24, 2011, I caused to be served the:

    a. "Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Claim No. 45223," dated October 24, 2011 [Docket No. 21132], (the "92nd Omni Notice"),

    b. "Notice of Withdrawal of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) as to Claim No. 34491," dated October 24, 2011 [Docket No. 21133], (the "41st Omni Notice"), and

    c. "Notice of Withdrawal of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) as to Claim No. 65266," dated October 24, 2011 [Docket No. 21134], (the "43rd Omni Notice"),

by causing true and correct copies of the:

  i. 92nd Omni Notice, 41st Omni Notice and 43rd Omni Notice, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

  ii. 92nd Omni Notice, 41st Omni Notice and 43rd Omni Notice, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

  iii. 92nd Omni Notice, 41st Omni Notice and 43rd Omni Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, and

  iv. 92nd Omni Notice, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>,

  v. 41st Omni Notice, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit E</u>, and

  vi. 43rd Omni Notice, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit F</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
27th day of October, 2011
<u>/s/ *Cassandra Murray*</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

LBH Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com

ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com

LBH Email Service List

chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com

dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com

LBH Email Service List

echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov

harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com

LBH Email Service List

jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com

jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com

LBH Email Service List

kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov

matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com

LBH Email Service List

| | |
|---|---|
| mmorreale@us.mufg.jp | pfeldman@oshr.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com |
| mparry@mosessinger.com | ppatterson@stradley.com |
| mprimoff@kayescholer.com | psp@njlawfirm.com |
| mpucillo@bermanesq.com | ptrostle@jenner.com |
| mrosenthal@gibsondunn.com | pwright@dl.com |
| mruetzel@whitecase.com | r.stahl@stahlzelloe.com |
| mschimel@sju.edu | raj.madan@bingham.com |
| mshiner@tuckerlaw.com | rajohnson@akingump.com |
| msiegel@brownrudnick.com | ramona.neal@hp.com |
| msolow@kayescholer.com | ranjit.mather@bnymellon.com |
| mspeiser@stroock.com | rbeacher@pryorcashman.com |
| mstamer@akingump.com | rbyman@jenner.com |
| mvenditto@reedsmith.com | rdaversa@orrick.com |
| mwarren@mtb.com | relgidely@gjb-law.com |
| ncoco@mwe.com | rfleischer@pryorcashman.com |
| neal.mann@oag.state.ny.us | rfrankel@orrick.com |
| ned.schodek@shearman.com | rfriedman@silvermanacampora.com |
| neilberger@teamtogut.com | rgmason@wlrk.com |
| newyork@sec.gov | rgraham@whitecase.com |
| nfurman@scottwoodcapital.com | rhett.campbell@tklaw.com |
| Nherman@morganlewis.com | richard.lear@hklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.levy@lw.com |
| nlepore@schnader.com | richard.tisdale@friedfrank.com |
| notice@bkcylaw.com | richard@rwmaplc.com |
| oipress@travelers.com | ritkin@steptoe.com |
| omeca.nedd@lovells.com | RJones@BoultCummings.com |
| otccorpactions@finra.org | rleek@HodgsonRuss.com |
| paronzon@milbank.com | RLevin@cravath.com |
| patrick.oh@freshfields.com | rmatzat@hahnhessen.com |
| paul.turner@sutherland.com | rnetzer@willkie.com |
| pbattista@gjb-law.com | robert.bailey@bnymellon.com |
| pbosswick@ssbb.com | robert.dombroff@bingham.com |
| pdublin@akingump.com | robert.henoch@kobrekim.com |
| peisenberg@lockelord.com | robert.malone@dbr.com |
| peter.gilhuly@lw.com | Robert.yalen@usdoj.gov |
| peter.macdonald@wilmerhale.com | robertdakis@quinnemanuel.com |
| peter.simmons@friedfrank.com | Robin.Keller@Lovells.com |
| peter@bankrupt.com | roger@rnagioff.com |

LBH Email Service List

| | |
|---|---|
| ronald.silverman@bingham.com | slevine@brownrudnick.com |
| rqureshi@reedsmith.com | SLoden@DiamondMcCarthy.com |
| rreid@sheppardmullin.com | smayerson@ssd.com |
| rrigolosi@smsm.com | smillman@stroock.com |
| rroupinian@outtengolden.com | smulligan@bsblawyers.com |
| rrussell@andrewskurth.com | snewman@katskykorins.com |
| rterenzi@stcwlaw.com | sory@fdlaw.com |
| RTrust@cravath.com | spiotto@chapman.com |
| russj4478@aol.com | splatzer@platzerlaw.com |
| rwasserman@cftc.gov | squigley@lowenstein.com |
| rwyron@orrick.com | SRee@lcbf.com |
| s.minehan@aozorabank.co.jp | sselbst@herrick.com |
| sabin.willett@bingham.com | sshimshak@paulweiss.com |
| sabramowitz@velaw.com | sskelly@teamtogut.com |
| sagolden@hhlaw.com | steele@lowenstein.com |
| sagrawal@susmangodfrey.com | stephen.cowan@dlapiper.com |
| Sally.Henry@skadden.com | steve.ginther@dor.mo.gov |
| sandyscafaria@eaton.com | steven.troyer@commerzbank.com |
| Sara.Tapinekis@cliffordchance.com | steven.wilamowsky@bingham.com |
| scargill@lowenstein.com | Streusand@StreusandLandon.com |
| schannej@pepperlaw.com | susan.schultz@newedgegroup.com |
| Schepis@pursuitpartners.com | susheelkirpalani@quinnemanuel.com |
| schnabel.eric@dorsey.com | swolowitz@mayerbrown.com |
| schristianson@buchalter.com | szuch@wiggin.com |
| schwartzmatthew@sullcrom.com | tannweiler@greerherz.com |
| scottshelley@quinnemanuel.com | tarbit@cftc.gov |
| scousins@armstrongteasdale.com | tbrock@ssbb.com |
| sdnyecf@dor.mo.gov | tdewey@dpklaw.com |
| sehlers@armstrongteasdale.com | tduffy@andersonkill.com |
| seichel@crowell.com | teresa.oxford@invescoaim.com |
| sfelderstein@ffwplaw.com | TGoren@mofo.com |
| sfineman@lchb.com | thaler@thalergertler.com |
| sfox@mcguirewoods.com | thomas.califano@dlapiper.com |
| sgordon@cahill.com | thomas.ogden@dpw.com |
| sgubner@ebg-law.com | Thomas_Noguerola@calpers.ca.gov |
| shannon.nagle@friedfrank.com | timothy.brink@dlapiper.com |
| sharbeck@sipc.org | timothy.palmer@bipc.com |
| shari.leventhal@ny.frb.org | tjfreedman@pbnlaw.com |
| shgross5@yahoo.com | tkarcher@dl.com |
| sidorsky@butzel.com | tkiriakos@mayerbrown.com |
| slerner@ssd.com | tlauria@whitecase.com |

LBH Email Service List

tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

RODRIGUEZ-COLON, ELIZABETH
URB. DOS PINOS
784 CALLE LINCE
SAN JUAN, PR 00923

**EXHIBIT E**

BANCO DI NAPOLI S.P.A.
ATTN: DOMENICO VACCARO
VIA TOLEDO, 177
NAPOLI 80132
ITALY

**EXHIBIT F**

ILDEFONSO LACASTA MARCH
C/MANILA N 51, 1, 2A
08034 BARCELONA
SPAIN