Form 210A

# United States Bankruptcy Court
Southern District Of New York

In re Lehman Brothers Holdings Inc.,et al.,                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | Société Générale, acting through its |
| Name of Transferee | London Branch |
| | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Elliott Associates, L.P.
c/o Elliott Management Corporation
40 West 57th Street
New York
NY 10019-4001

Attn: Michael Stephan
Telephone:    (212) 478-2310
Fax No.:      (212) 478-2311
Email:        MStephan@elliottmgmt.com

and

Attention:    Robert Ryan
Telephone:    (212) 974-6000
Fax No.:      (212) 478-2836
Email:        RRyan@elliottmgmt.com

Court Claim # (if known): 28256
Amount of Claim: $610,925.99*
Date Claim Filed: September 22, 2009

Phone: (212) 278-7854

*Plus additional amounts as set forth in the Proof of Claim

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: __27 October 2011__
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
    Elliot Greenberg, Vice President

## EVIDENCE OF TRANSFER OF CLAIM

TO: The Debtors and the Bankruptcy Court

**SOCIÉTÉ GÉNÉRALE** ("**Transferor**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **ELLIOTT ASSOCIATES, L.P.** ("**Transferee**"), all right, title and interest in and to Proof of Claim Number 28256 filed by or on behalf of Transferor (the "**Claim**") against Lehman Brothers Holdings Inc. (the "**Debtor**"), debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

For the avoidance of doubt, this transfer relates solely to the claim against the Debtor filed by Transferor having the claim number set out above and to no other claim of Transferor against the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to any applicable law, relating to the transfer of the Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim. Transferor further directs the Debtor, the Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, dated as of the 27 of October, 2011.

SOCIÉTÉ GÉNÉRALE, acting through its London Branch

By: _____

Name: _____
Title: **Christophe LEBLANC**
Tel.: **Chief Operating Officer**
    of Global Markets
    Tel: + 33 1 42 13 7678

ELLIOTT ASSOCIATES, L.P.

By: _____

Name: _____
Title: _____
Tel.: _____

## EVIDENCE OF TRANSFER OF CLAIM

TO: The Debtors and the Bankruptcy Court

SOCIÉTÉ GÉNÉRALE ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to ELLIOTT ASSOCIATES, L.P. ("Transferee"), all right, title and interest in and to Proof of Claim Number 28256 filed by or on behalf of Transferor (the "**Claim**") against Lehman Brothers Holdings Inc. (the "**Debtor**"), debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

For the avoidance of doubt, this transfer relates solely to the claim against the Debtor filed by Transferor having the claim number set out above and to no other claim of Transferor against the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to any applicable law, relating to the transfer of the Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim. Transferor further directs the Debtor, the Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, dated as of the 27 of October, 2011.

SOCIÉTÉ GÉNÉRALE, acting through its London Branch

By: _____

Name: _____
Title: _____
Tel.: _____

ELLIOTT ASSOCIATES, L.P.

By: _____

Name: _____
Title: _____
Tel.: _____

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
Elliot Greenberg, Vice President