Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA


Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 42331**

We would like to inform you that Mr. Frank Sachau who filed the claim Number 42331 on 10/20/2009 has assigned the rights arising out of this claim corresponding with the following securities

> Lehman Bros Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008 (14) (WKN A0TVK2 / ISIN DE000A0TVK20) in the amount of a face value (purchase date: May 29th 2008) of USD 313,516.00 (EUR 200,000.00)

to
**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany.**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Mr. Frank Sachau and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the aforementioned right.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 18.10.2011                                    Hamburg, 28.9.2011

Delbrück Bethmann Maffei AG                              Frank Sachau
(Assignee)                                               (Assignor)

(Jochen Weber)   (Oliver Körner)                         (Frank Sachau)

**Bethmann Bank AG**
Posteingang
13. Okt. 2011
Legal

**Ulrich Husack**
Rechtsanwalt
Fachanwalt für Miet- u. Wohnungseigentumsrecht
Tätigkeitsschwerpunkt Bank- und Kapitalanlagerecht

**Jochen Schnelle**
Rechtsanwalt
Fachanwalt für Versicherungsrecht
Fachanwalt für Verkehrsrecht

**Cornelia Beckmann**
Rechtsanwältin
Fachanwältin für Familienrecht
Tätigkeitsschwerpunkt Erbrecht

Rechtsanwälte Husack · Schnelle · Beckmann
Goetheallee 6 · 22765 Hamburg

CMS Hasche Sigle
Barckhausstr. 12-16
60325 Frankfurt

Goetheallee 6
22765 Hamburg
Telefon (040) 38 93 53 6
Telefax (040) 38 75 38
Internet www.adjur.de
e-mail  kontakt@adjur.de
Gerichtsfach 413

Hamburg           05.10.2011
                  H-Ko-509-09

Ihr Zeichen: fsst-fsub-2011/01838
Sachau ./. Delbrück Bethmann Maffei

Sehr geehrter Herr Kollege Staat,

vielen Dank für Ihr Schreiben vom 23.09.2011.

Beigefügt überreiche ich Ihnen die von Herrn Sachau unterschriebene Erklärung vom 28.09.2011 im Original.

Hinsichtlich der Vergleichszahlung bitte ich um Überweisung auf das Konto meines Mandantin in Ihrem Hause mit der Kontonummer: 990 54 64, BLZ: 501 203 83.

Mit freundlichen kollegialen Grüßen

Rechtsanwalt
Husack

European Lawyers Group
Mitglied in: Deutschland Belgien Frankreich Großbritannien Italien
Liechtenstein Luxemburg Niederlande Österreich Spanien