Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Frankfurt, 21st September 2011

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)
Claim Number: 63333**

we would like to inform you that Mrs. Sabine Odefey who filed the claim Number 63333 on Nov 02 2009 has assigned all his rights arising out of this claim to

**Delbrück Bethmann Maffei AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Germany**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Mrs. Sabine Odefey and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the aforementioned rights.

We kindly ask you to confirm the receipt of this letter.

Yours sincerely

Frankfurt, 21ª Sep. 2011                                  Hamburg, 27. 9. 2011

Delbrück Bethmann Maffei AG                                Sabine Odefey
(Assignee)                                                 (Assigner)


_____   _____                          _____
(Weber)           (Dr. Contrael)                           (Sabine Odefey)