# Exhibit A

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABNEY, LYNDA<br>721 EAST 104TH STREET<br>CHICAGO, IL 60628 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32092 | $1,959.00 | Insufficient Documentation Claim |
| 2 | ANDREWS, TESSA<br>11 CROMLIX CLOSE<br>CHISLEHURST<br>KENT, BR7 5SJ<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12973 | $5,672.00 | Insufficient Documentation Claim |
| 3 | BKK FUR HEILBERUFE<br>SCHIESS STRASSE 43<br>DUSSELDOLF, 40549<br>GERMANY | | Lehman No Case Asserted/All Cases Asserted | 07/06/2009 | 5141 | $1,148.92 | Insufficient Documentation Claim |
| 4 | BLAIR, MARC H.<br>330 WEST 72ND STREET<br>APARTMENT 4A<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/22/2009 | 5854 | $200,000.00 | Insufficient Documentation Claim |
| 5 | BOK, CATHLEEN<br>225 E 85TH ST<br>NEW YORK, NY 10028 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30037 | $65,045.00 | Insufficient Documentation Claim |
| 6 | BOYCHUK, THOMAS JOHN<br>8 DRIFTWOOD DR.<br>PARLIN, NJ 08859 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30410 | $2,680.00 | Insufficient Documentation Claim |
| 7 | BRACIAK, BASMA<br>3252 42ND STREET<br>ASTORIA, NY 11103 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27377 | Undetermined | Insufficient Documentation Claim |
| 8 | BROGAN, JAMES C.<br>27 HIGHLAND ROAD<br>GLEN ROCK, NJ 07452 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28668 | $91,338.00 | Insufficient Documentation Claim |
| 9 | BROWNSTEIN, KIMBERLY<br>201 EAST 69TH STREET<br>APT 11X<br>NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27399 | $5,000.00 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | CANTELLO, PAUL<br>37 SYLVESTRE AVENUE<br>HAWTHORNE, NJ 07506 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10960 | Undetermined | Insufficient Documentation Claim |
| 11 | CANTELLO, PAUL<br>37 SYLVESTER AVENUE<br>HAWTHORNE, NJ 07506 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10962 | Undetermined | Insufficient Documentation Claim |
| 12 | CHENG, HELEN<br>2220 63RD ST.<br>BROOKLYN, NY 11204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27383 | Undetermined | Insufficient Documentation Claim |
| 13 | CHENG,ELISA CHING C<br>FLAT C, 50TH FLOOR, TOWER 12<br>CARMEL COVE, CARIBBEAN COAST<br>1 MAN TUNG ROAD<br>TUNG CHUNG,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/23/2009 | 5982 | Undetermined | Insufficient Documentation Claim |
| 14 | CHOY, MAY B.<br>6021 SOUTHPARK<br>MORTON GROVE, IL 60053 | | Lehman No Case Asserted/All Cases Asserted | 09/03/2009 | 10253 | $25,000.00 | Insufficient Documentation Claim |
| 15 | COOK, DAVID<br>346 HAVERHILL STREET<br>NORTH READING, MA 01864 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27340 | $188,879.00 | Insufficient Documentation Claim |
| 16 | CRADER, MELANIE A.<br>3 MARIN COURT<br>MANHATTAN BEACH, CA 90266 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32769 | $35,950.00 | Insufficient Documentation Claim |
| 17 | CRUIKSHANK, DOUGLAS A.<br>376 NEW ROCHELLE RD<br>BRONXVILLE, NY 10708 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 19368 | $2,972,782.00 | Insufficient Documentation Claim |
| 18 | CURTIS, JENNIFER M.<br>2112 SUNSET AVE #2<br>UTICA, NY 13502-5519 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18821 | $4,775.00 | Insufficient Documentation Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | DAVIS, KIERAN<br>2 BISHOPSTHORPE RD<br>LONDON, SE26 4NY<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18781 | $102,019.00 | Insufficient Documentation Claim |
| 20 | DELEO, RUTH R.<br>86-23 89TH ST<br>WOODHAVEN, NY 11421 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13566 | $2,199.00 | Insufficient Documentation Claim |
| 21 | DUFF, TERE<br>197 OLD CENTER GROVE ROAD<br>RANDOLPH, NJ 07869 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27722 | $32,532.00 | Insufficient Documentation Claim |
| 22 | DUFFY, BRIDGET<br>86 W 12TH ST APT 1C<br>NEW YORK, NY 10011-8682 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 34268 | $10,950.00 | Insufficient Documentation Claim |
| 23 | EKEN, ONUR<br>1 COLUMBUS PL APT N43D<br>NEW YORK, NY 10019-8235 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27375 | Undetermined | Insufficient Documentation Claim |
| 24 | GOING, KENNETH JR<br>620 BREAD AND CHEESE HOLLOW RD<br>NORTHPORT, NY 11768 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32515 | $22,212.00 | Insufficient Documentation Claim |
| 25 | GORMAN, LESLIE D.<br>305 EAST 63RD STREET<br>APT 17-B<br>NEW YORK, NY 10065 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12729 | $500,000.00* | Insufficient Documentation Claim |
| 26 | GREENE, AMY H.<br>3524 BREMEN ST<br>DALLAS, TX 75206-5702 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 19800 | Undetermined | Insufficient Documentation Claim |
| 27 | HANSEN, KERRIE<br>77-05 86 STREET<br>GLENDALE, NY 11385 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27708 | $2,835.00 | Insufficient Documentation Claim |
| 28 | HEALY, KRISTIN<br>176 BROADWAY # 15F<br>NEW YORK, NY 10038 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27381 | Undetermined | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 29 | HERRMANN, DAVID L. 804 MAPLE GLEN LANE WAYNE, PA 19087 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33213 | Undetermined | Insufficient Documentation Claim |
| 30 | JONES, BRIAN 605 THIRD AVENUE, 39TH FLOOR NEW YORK, NY 10158 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28385 | $66,322.93 | Insufficient Documentation Claim |
| 31 | KATZ, BENJAMIN 114 EAST 1ST STREET APT. 17 NEW YORK, NY 10009 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25486 | $4,000.00 | Insufficient Documentation Claim |
| 32 | KENNELLY, FIONA 5 LAIRD AVENUE GRAYS, ESSEX, RM16 2NL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15718 | $2,000.00 | Insufficient Documentation Claim |
| 33 | KNAPP, RONALD 8785 N AWL RD PARKER, CO 80138 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13995 | Undetermined | Insufficient Documentation Claim |
| 34 | LATESSA, LINNAE 7 CLUB LANE ELMSFORD, NY 10523 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32436 | $86,684.77 | Insufficient Documentation Claim |
| 35 | LEUNG, PHILIP I 20 CONFUCIUS PLAZA APT. 40G NEW YORK, NY 10002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27557 | $16,000.00 | Insufficient Documentation Claim |
| 36 | LIANG, MANDY 32 JACKSON ST. # 3E NEW YORK, NY 10002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27378 | Undetermined | Insufficient Documentation Claim |
| 37 | LUNNIE, CHRISTOPHER 26 POPLAR AVENUE BRONX, NY 10465 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28387 | Undetermined | Insufficient Documentation Claim |
| 38 | MARSAN, DEAN K 253-11 BRATTLE AVENUE LITTLE NECK, NY 11362 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12164 | Undetermined | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | MATTESICH, VICTORIA<br>60 NORTHGATE PARK<br>RINGWOOD, NJ 07456 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28390 | Undetermined | Insufficient Documentation Claim |
| 40 | MORSE, DAVID H.<br>6 CHESTNUT AVENUE<br>BRONXVILLE, NY 10708 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25143 | Undetermined | Insufficient Documentation Claim |
| 41 | MURPHY, GEORGE<br>80 WOODLAND AVE<br>SUMMIT, NJ 07901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27382 | Undetermined | Insufficient Documentation Claim |
| 42 | MYERS-HENRY, KAREN<br>102 BARTHOLDI AVE<br>JERSEY CITY, NJ 07305 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27721 | $3,774.00 | Insufficient Documentation Claim |
| 43 | PRUSINSKI, THOMAS<br>72 CANTERBURY GATE<br>LYNBROOK, NY 11563 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33575 | $10,000.00 | Insufficient Documentation Claim |
| 44 | RAHAVY, SEAN<br>171 THOMPSON ST<br>#19<br>NEW YORK, NY 10012 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6836 | $10,000.00* | Insufficient Documentation Claim |
| 45 | RAIMONDI, RAYMOND R., JR<br>301 EAST 79, 7J<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27376 | Undetermined | Insufficient Documentation Claim |
| 46 | REES, MATTHEW D.<br>155 PRINCE STREET, APT. 2<br>NEW YORK, NY 10012 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25148 | Undetermined | Insufficient Documentation Claim |
| 47 | REILLY, FLINT<br>98 INDIAN HILL ROAD<br>WINNETKA, IL 60093 | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5598 | $3,600.00 | Insufficient Documentation Claim |
| 48 | RONCAGLIOLO, JACQUELINE S.<br>454 RIVER ROAD<br>APARTMENT G<br>NUTLEY, NJ 07110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/14/2009 | 5327 | Undetermined | Insufficient Documentation Claim |

## OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 49 | ROSENBERG, ADAM S. 4 HILLVIEW CIRCLE HOCKESSIN, DE 19707 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33212 | Undetermined | Insufficient Documentation Claim |
| 50 | ROWLEY, BETH L 65 RIDGEFIELD ROAD WILTON, CT 06897-3006 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29463 | Undetermined | Insufficient Documentation Claim |
| 51 | RYAN, MAUREEN 96 COLONIAL STREET EAST NORTHPORT, NY 11731 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31175 | $10,950.00 | Insufficient Documentation Claim |
| 52 | SABIA, DZINTRA I. 43 MAIN STREET FARMINGDALE, NY 11735 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19198 | Undetermined | Insufficient Documentation Claim |
| 53 | SAVIO, VICTORIA E. 12 MCKESSON HILL RD. CHAPPAQUA, NY 10514 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15702 | $4,000.00 | Insufficient Documentation Claim |
| 54 | SCLAFANI, JOSEPH 4705 CENTER BLVD APT 1411 LONG IS CITY, NY 11109-5679 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30367 | $450,000.00 | Insufficient Documentation Claim |
| 55 | SCOTLAND, PAULA AKA PAPP, PAULA 420 ARLENE MARIE LN GARDNERVILLE, NV 89460-6567 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18948 | Undetermined | Insufficient Documentation Claim |
| 56 | SHEA, DEBORAH 615 EAST 14TH STREET APT. 10F NEW YORK, NY 10009 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10959 | Undetermined | Insufficient Documentation Claim |
| 57 | SINGER, JOSEPH P P.O. BOX 140498 STATEN ISLAND, NY 10314 | | Lehman No Case Asserted/All Cases Asserted | 08/18/2009 | 8638 | $14,000.00 | Insufficient Documentation Claim |
| 58 | SMEJKAL, FRANK 1305 BEVERLY STREET HOUSTON, TX 77008 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34673 | $250,000.00 | Insufficient Documentation Claim |

**OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 59 | SOMERVILLE, LAURA<br>25 BANK STREET<br>LONDON, E14 SLS<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25643 | $21,401.62 | Insufficient Documentation Claim |
| 60 | SOMERVILLE, ROBEN L.<br>107 CLARK STREET<br>GLEN RIDGE, NJ 07028 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5727 | Undetermined | Insufficient Documentation Claim |
| 61 | STANCIU, ELENA<br>10 CAXTON STREET<br>FLAT 7<br>LONDON, SW1H 0AQ<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22913 | $2,000.00 | Insufficient Documentation Claim |
| 62 | TANAKA, TRACY C.<br>30 HILLSIDE AVE<br>CEDAR GROVE, NJ 07009-1415 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27353 | $5,000.00 | Insufficient Documentation Claim |
| 63 | TASSAN, LUCA<br>28 NEW ATLAS WHARF<br>3 ARNHEM PLACE<br>LONDON, E14 3SS<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10812 | $700,000.00 | Insufficient Documentation Claim |
| 64 | TILSON, SUSAN N<br>172 EDINBURGH CT<br>MATAWAN, NJ 07747-1868 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28284 | Undetermined | Insufficient Documentation Claim |
| 65 | TIOMKIN, TAMARA<br>205 E 78TH STREET<br>APT 12B<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30362 | $5,000.00 | Insufficient Documentation Claim |
| 66 | TRANCHINA, ERNEST V<br>235 BARLOW AVE<br>STATEN ISLAND, NY 10308-1510 | | Lehman No Case Asserted/All Cases Asserted | 07/13/2009 | 5291 | $338.70* | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 205 – EXHIBIT A: INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 67 | VALENTI, ROSEMARY<br>7752 76TH STREET<br>GLENDALE, NY 11385 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28653 | Undetermined | Insufficient Documentation Claim |
| 68 | WASHINGTON, JANET T.<br>151-47 136 AVENUE<br>JAMAICA, NY 11434 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18922 | $4,000.00 | Insufficient Documentation Claim |
| 69 | WEINSTEIN, DANA<br>330 WEST 72ND ST. 13C<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27380 | Undetermined | Insufficient Documentation Claim |
| 70 | ZUCCONI, LAWRENCE<br>65 CORSO ITALIA UNIT B<br>FREEHOLD, NJ 07728-9469 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24877 | Undetermined | Insufficient Documentation Claim |
| | | | | | TOTAL | $5,942,047.94 | |