# EXHIBIT 1

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVE NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 57741 | $9,672,115.28 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 2 | BANK OF PANHSIN OFFSHORE BANKING BRANCH ATTN: JENNIE LIN 2F 358, SEC. 2 BADE ROAD SUNG SHAN DIST. TAIPEI, TAIWAN, PROVINCE OF CHINA | 11/21/2008 | 08-13555 (JMP) | 835 | $3,009,200.16 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON, E14 5LE UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,678,643,405.28* |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIM | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 | BOTTICELLI, L.L.C. TRANSFEREE: RBS SECURITIES INC. C/O ANGELO, GORDON & CO., L.P/CLO GROUP/ATTN: MICHAEL NICOLO 245 PARK AVENUE, 26TH FLOOR NEW YORK, NY 10167 | 11/19/2010 | 08-13555 (JMP) | 67200 | $85,800,000.00 | TRANSFERRED TO: BOTTICELLI, L.L.C. TRANSFEROR: RBS SECURITIES INC. C/O ANGELO GORDON & CO., L.P./CLO GROUP/ ATTN: MICHAEL NICOLO 245 PARK AVENUE, 26TH FLOOR NEW YORK, NY 10167 | 11/02/2009 | 08-13555 (JMP) | 62783 | $85,800,000.00 |
| | TRANSFERRED TO: AG SUPER FUND INTERNATIONAL PARTNERS, L.P. TRANSFEROR: RBS SECURITIES INC. C/O ANGELO, GORDON & CO., L.P/CLO GROUP/ATTN: MICHAEL NICOLO 245 PARK AVENUE, 26TH FLOOR NEW YORK, NY 10167 | | | | $14,200,000.00 | TRANSFERRED TO: AG SUPERFUND INTERNATIONAL PARTNERS, L.P. TRANSFEROR: RBS SECURITIES INC. C/O ANGELO, GORDON & CO., L.P./CLO GROUP/ ATTN: MICHAEL NICOLO 245 PARK AVENUE, 26TH FLOOR NEW YORK, NY 10167 | | | | $14,200,000.00 |
| 4 | CENTRAL REINSURANCE CORP CONTACT PERSON: VINCENT TING 12F 53 NANKING EAST RD. SEC 2 TAIPEI, 104 TAIWAN, PROVINCE OF CHINA | 09/22/2009 | 08-13555 (JMP) | 30664 | $38,214,750.00 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON, E14 5LE UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,678,643,405.28* |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | Name | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | E-CAPITAL PROFITS LIMITED C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/27/2009 | 08-13555 (JMP) | 50007 | $4,500,000.00 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON, E14 5LE UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,678,643,405.28* |
| 6 | FARGLORY LIFE INSURANCE CO., LTD 18 FL., NO. 200, KEELUNG RD., SEC. 1 TAIPEI TAIWAN, 110 CHINA | 11/05/2008 | 08-13555 (JMP) | 503 | $67,000,000.00 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON, E14 5LE UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,678,643,405.28* |
| 7 | GOLDMAN SACHS INTERNATIONAL C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | 03/30/2010 | 08-13555 (JMP) | 66434 | $1,865,671.64 | TRANSFERRED TO: GOLDMAN SACHS INTERNATIONAL TRANSFEROR: DAIWA SECURITIES CAPITAL MARKETS CO. LTD. C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,898,704.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | GOLDMAN, SACHS & CO. TRANSFEROR: MASTER TRUST BANK OF JAPAN, LTD, THE ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | 10/27/2009 | 08-13555 (JMP) | 49556 | $9,411,321.82 | TRANSFERRED TO: GOLDMAN, SACHS & CO. TRANSFEROR: THE MASTER TR BANK OF JAPAN LTD ACTING AS TTEE FOR FUND NO 400037066 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | 11/02/2009 | 08-13555 (JMP) | 62783 | $9,493,521.00 |
| 9 | HACHIJUNI SECURITIES CO., LTD. ATTN: NORIO AIKAWA UEDA-SHI TOKIDA 2-3-3 NAGANO, 386-0018 JAPAN | 10/30/2009 | 08-13555 (JMP) | 59199 | $946,431.95* | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 10 | HALEWOOD COMPANY LIMITED ATTN: COLIN LAM C/O MOSSACK FONSECA & CO (BVI) LTD PO BOX 3136 ROAD TOWN TORTOLA, VIRGIN ISLANDS (BRITISH) | 11/02/2009 | 08-13555 (JMP) | 62735 | $2,131,894.93* | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON, E14 5LE UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,678,643,405.28* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIM** | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **Name** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 11 | HANADA SHOKAI CO., LTD. ATTN: YOSHIKI SHIMONO 7-12 I-CHOME, FUKAEKITA, HIGASHIMARI-KU OSAKA, 537-0001 JAPAN | 10/30/2009 | 08-13555 (JMP) | 60530 | $10,488,176.96 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 12 | HIMFIELD LIMITED C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 10/27/2009 | 08-13555 (JMP) | 50006 | $20,000,000.00 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON, E14 5LE UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,678,643,405.28* |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIM** | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **Name** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 13 ITOCHU CAPITAL SECURITIES, LTD. AOYAMA KUMANOJINJA BUILDING 4F 2-2-22, JINGUMAE, SHIBUYA-KU TOKYO, 150-0001 JAPAN | 10/26/2009 | 08-13555 (JMP) | 47376 | $7,699,903.66 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 14 IYONADA GYOGYOU SHINKOU KYOUKAI (FOUNDATION) 4-6-2 NIBANCHOU MATSUYAMA CITY EHIME , 790-0002 JAPAN | 12/26/2008 | 08-13555 (JMP) | 1447 | Undetermined | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON, E14 5LE UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,678,643,405.28* |
| 15 KATSUMI YOSHIDA 275 HAYAKITA-GENBU ABIRA-CHO YUFUTSU-GUN HOKKAIDO, 059-1432 JAPAN | 11/02/2009 | 08-13555 (JMP) | 61147 | $1,430,205.94 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **Name** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 16 | KIMURA SECURITIES CO., LTD. ATTN: KAZUYUKI HORI NAGOYA-SHI NAKA-KU SAKAE 3-8-21 AICHI, 460-0008 JAPAN | 10/30/2009 | 08-13555 (JMP) | 59200 | $1,892,863.90* | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 17 | KING'S TOWN BANK CHUNG-PING LIU JONES DAY 6F, 2 TUN HWA S. ROAD, SEC. 2 TAIPEI, 106 TAIWAN, PROVINCE OF CHINA | 11/04/2009 | 08-13555 (JMP) | 64657 | $8,747,666.33* | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON, E14 5LE UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,678,643,405.28* |
| 18 | KOSEI SECURITIES CO., LTD., THE 2-1-10 KITAHAMA, CHUO-KU OSAKA CITY OSAKA, 541-0041 JAPAN | 10/26/2009 | 08-13555 (JMP) | 46848 | $832,297.00 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIM** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **Name** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 19 | **LOVELY QUEEN CO, LTD 2-5 KANO KOTOBUKI-CHO GIFU-CITY GIFU, 500-8535 JAPAN** | 10/23/2009 | 08-13555 (JMP) | 45655 | $1,853,226.33 | **TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137,** | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 20 | **MAEDA SECURITIES CO LTD ATTN: YOSHIAKI TAKAKURA FUKUOKA-SHI CHUO-KU TENJIN 2-13-1 FUKUOKA BANK HEAD OFFICE BUILDING 9TH FL FUKUOKA, 810-0001 JAPAN** | 04/27/2010 | 08-13555 (JMP) | 66580 | $8,044,671.56 | **TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137,** | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | MARY CHOCOLATE CO. LTD ATTN: MITSUGU FUTUHASHI 7-1-14 OMORI-NISHI, OTA-KU TOKYO, JAPAN | 10/23/2009 | 08-13555 (JMP) | 44992 | $953,470.63 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 22 | MARY CHOCOLATE CO., LTD. ATTN: MITSUGU FURUHASHI KO ANADA, ATTORNEY AT LAW ARK MORI BLDG. 36F 12-32 AKASAKA I-CHOME TOKYO, 107-6036 JAPAN | 10/23/2009 | 08-13555 (JMP) | 45097 | $953,470.63 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 23 | MERRILL LYNCH INTERNATIONAL TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET LONDON, EC1A 1HQ UNITED KINGDOM | 10/29/2009 | 08-13555 (JMP) | 56114 | $3,957,017.09 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 24 | MERRILL LYNCH INTERNATIONAL TRANSFEROR: ASAHI SHINKIN BANK, THE ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET LONDON, EC1A 1HQ UNITED KINGDOM | 05/25/2010 | 08-13555 (JMP) | 66693 | $4,725,655.22 | TRANSFERRED TO: MERRILL LYNCH INTERNATIONAL TRANSFEROR: THE ASAHI SHINKIN BANK ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON, EC1A 1HQ | 11/02/2009 | 08-13555 (JMP) | 62783 | $4,746,760.00 |
| 25 | MERRILL LYNCH INTERNATIONAL TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET LONDON, EC1A 1HQ UNITED KINGDOM | 08/12/2010 | 08-13555 (JMP) | 67014 | $4,744,283.00 | TRANSFERRED TO: MERRILL LYNCH INTERNATIONAL TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON, EC1A 1HQ | 11/02/2009 | 08-13555 (JMP) | 62783 | $4,746,760.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIM** | | | | |
| 26 | **MERRILL LYNCH INTERNATIONAL TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD WARWICK COURT 2 KING EDWARD STREET ATTN: JAMES RUSSELL LONDON, EC1A 1HQ UNITED KINGDOM** | 10/11/2010 | 08-13555 (JMP) | 67126 | $954,717.42 | **TRANSFERRED TO: MERRILL LYNCH INTERNATIONAL TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO., LTD. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON, EC1A 1HQ** | 11/02/2009 | 08-13555 (JMP) | 62783 | $949,352.00 |
| 27 | **MORGAN STANLEY & CO INTERNATIONAL PLC TRANSFEROR: YAMAGATA BANK LTD., THE 25 CABOT SQUARE CANARY WHARF LONDON, E14 4QA UNITED KINGDOM** | 10/28/2009 | 08-13555 (JMP) | 51780 | $9,562,057.75 | **TRANSFERRED TO: MORGAN STANLEY & CO. INTERNATIONAL PLC TRANSFEROR: THE YAMAGATA BANK LTD 25 CABOT SQUARE CANARY WHARF LONDON, E14 4QA** | 11/02/2009 | 08-13555 (JMP) | 62783 | $9,493,521.00 |
| 28 | **MORGAN STANLEY & CO. INTERNATIONAL PLC TRANSFEROR: ETOILE KAITO & CO., INC. 25, CABOT SQUARE CANARY WHARF LONDON, E14 4QA UNITED KINGDOM** | 07/06/2010 | 08-13555 (JMP) | 66921 | $1,892,684.70 | **TRANSFERRED TO: MORGAN STANLEY & CO. INTERNATIONAL PLC TRANSFEROR: ETOILE KAITO & CO., INC. 25, CABOT SQUARE CANARY WHARF LONDON, E14 4QA** | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,898,704.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIM** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **Name** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 29 | NIHON TOKUSAN NOUSAKUMOTSU SHUBYO KYOUKAI HAKUA BUILDING, 2-4-1 AKASAKA, MINATO-KU TOKYO, 107-0052 JAPAN | 10/22/2009 | 08-13555 (JMP) | 44517 | $1,088,294.00 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 30 | NISHIMURA SECURITIES CO., LTD. ATTN: DAISETSU MUSO KYOTO-SHI SHIMOGYO-KU SHIJO-DORI TAKAKURA NISHIIRU TACHIURI NISHIMACHI 65 KYOTO, 600-8007 JAPAN | 10/30/2009 | 08-13555 (JMP) | 59197 | $3,851,978.05* | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |

# IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 31 | QUANTUM PARTNERS LP. TRANSFEROR: GOLDMAN SACHS & CO. C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10106 | 03/30/2010 | 08-13555 (JMP) | 66433 | $4,740,519.55 | TRANSFERRED TO: QUANTUM PARTNERS LDC TRANSFEROR: GOLDMAN, SACHS & CO. C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK, NY 10106 | 11/02/2009 | 08-13555 (JMP) | 62783 | $4,746,760.00 |
| 32 | SATO PHARMACEUTICAL CO., LTD. ATTN: HIROO YASUMA, EXECUTIVE OFFICER 5-27, 1-CHOME, MOTOAKASAKA MINATO-KU TOKYO, 107-0051 JAPAN | 10/28/2009 | 08-13555 (JMP) | 50846 | $38,045,270.33 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 33 | SHINKONG FINANCE (HK) LIMITED DAVID W. PARHAM, BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS, TX 75201 | 04/28/2009 | 08-13555 (JMP) | 3996 | $6,000,000.00 | TRANSFERRED TO: SC LOWY PRIMARY INVESTMENTS, LTD. TRANSFEROR: SC LOWY FINANCIAL (HK) LTD. C/O SC LOWY ASSET MANAGEMENT (HK) LTD.; ATTN: STEVE LYONS SUITE 1403, 14/F NINE QUEEN'S ROAD, CENTRAL HONG KONG, | 11/02/2009 | 08-13555 (JMP) | 62783 | $6,027,650.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 34 | SHOIN GAKUEN 1-16-10 KITAZAWA, SETAGAYAKU TOKOY, 155-8611 JAPAN | 10/27/2009 | 08-13555 (JMP) | 47764 | $1,941,579.12 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 35 | STRATEGIC VALUE MASTER FUND, LTD. C/O STRATEGIC VALUE PARTNERS, LLC ATTENTION: ALAN J. CARR 100 WEST PUTNAM AVENUE GREENWICH, CT 06830 | 06/09/2010 | 08-13555 (JMP) | 66806 | $5,691,092.82 | TRANSFERRED TO: STRATEGIC VALUE MASTER FUND, LTD. TRANSFEROR: HSBC SECURITIES JAPAN LIMITED C/O STRATEGIC VALUE PARTNERS, LLC 100 WEST PUTNAM AVENUE GREENWICH, CT 06830 | 11/02/2009 | 08-13555 (JMP) | 62783 | $5,708,138.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 36 | TAKAGI SECURIIES CO., LTD. 1-8-3, NIHONBASHI-MUROMACHI CHUO-KU, TOKYO, 103-0022 JAPAN | 10/28/2009 | 08-13555 (JMP) | 50282 | $6,879,419.07 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 37 | TAKAMIYA CO, LTD 1-1 MAEDA KIGYO DANCHI, YAHATA HIGASHI-KU KITAKYUSHU-CITY FUKUOKA, 805-8539 JAPAN | 11/02/2009 | 08-13555 (JMP) | 61048 | $2,860,411.90 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 38 | TAKEDA GENERAL HOSPITAL 3-27 YAMAGAMACHI AIZUWAKAMATSUSHI FUKUSHIMAKEN, 965-8585 JAPAN | 10/28/2009 | 08-13555 (JMP) | 50554 | $926,613.16 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 39 | THE SAIKYO SHINKIN BANK SHINJUKU 4-3-20 SHINJUKU-KU TOKYO, 160-0022 JAPAN | 10/27/2009 | 08-13555 (JMP) | 48564[1] | $33,033,032.43 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |

---

[1] Claim 48564 is being expunged solely with respect to its asserted claim of $18,993,257.41 for the securities with ISINs XS0317981081, XS0343216809, XS0343217104, and XS0343584602. The remainder of Claim 48564 asserting a claim totaling $14,039,775.02 for other securities is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to those portions of Claim 48564 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIM | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 40 | TODAKA MINING CO., LTD. 6-7 GONOMOTO-MACHI TSUKUMI CITY OITA PREF, JAPAN | 12/16/2010 | 08-13555 (JMP) | 67254[2] | $10,571,653.12 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 41 | TODAKA RYUKEISHA CO., LTD 6-7 GOUNOMOTO-MACHI TSUKUMI-OITA, JAPAN | 06/21/2010 | 08-13555 (JMP) | 66876 | $3,705,762.48 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |

---

[2] Claim 67254 is being expunged solely with respect to its asserted claim of $8,337,965.54 for the securities with ISINs XS0309186731, XS0318538930, XS0319359039, XS0327713359, and XS0365822781. The remainder of Claim 67254 asserting a claim totaling $2,233,687.58 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' rights to object to that portion of Claim 67254 in the future.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIM** | | | |
| 42 | TOWA PHARMACEUTICAL CO., LTD. 2-11, SHINBASHI-CHO, KADOMA OSAKA, JAPAN | 10/30/2009 | 08-13555 (JMP) | 59027 | Undetermined | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |
| 43 | TV ASAHI CORPORATION 6-9-1, ROPPONGI, MINATO-KU TOKYO, 106-8001 JAPAN | 10/30/2009 | 08-13555 (JMP) | 59205 | $9,463,424.00 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | | |
| 44 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS, MN 55437 | 09/29/2010 | 08-13555 (JMP) | 67109 | $199,694.90* | TRANSFERRED TO: VARDE INVESTMENT PARTNERS, LP TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA P.J. STEFFER8500 NORMAN DALE LAKE BLVD., SUITE 1500 MINNEAPOLIS, MN 55437 | 11/02/2009 | 08-13555 (JMP) | 62783 | $198,832.28 |
| | TRANSFERRED TO: THE VARDE FUND LP TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $91,256.67 | TRANSFERRED TO: THE VARDE FUND LP TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMAN DALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $90,862.48 |
| | TRANSFERRED TO: THE VARDE FUND V-B LP TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $20,261.25 | TRANSFERRED TO: THE VARDE FUND V-B LP TRANSFEROR: GOLDMAN, SACHS & CO.ATTN: EDWINA PJ STEFFER8500 NORMANDALE LAKE BLVD, STE 1500MINNEAPOLIS, MN 55437 | | | | $20,173.73 |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| TRANSFERRED TO: THE VARDE FUND VIII LP TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, ST E 1500 MINNEAPOLIS, MN 55437 | | | | $162,090.01 | TRANSFERRED TO: THE VARDE FUND VIII LP TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMAN DALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | 11/02/2009 | 08-13555 (JMP) | 62783 | $161,389.84 |
| TRANSFERRED TO: THE VARDE FUND IX LP TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $653,384.82 | TRANSFERRED TO: THE VARDE FUND IX LP TRANSFEROR: GOLDMAN, SACHS & CO.ATTN: EDWINA PJ STEFFER8500 NORMANDALE LAKE BLVD, STE 1500MINNEAPOLIS, MN 55437 | | | | $650,562.45 |
| TRANSFERRED TO: THE VARDE FUND IX-A LP TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $84,286.80 | TRANSFERRED TO: THE VARDE FUND IX-A LP TRANSFEROR: GOLDMAN, SACHS & CO.ATTN: EDWINA PJ STEFFER8500 NORMANDALE LAKE BLVD, STE 1500MINNEAPOLIS, MN 55437 | | | | $83,922.71 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| TRANSFERRED TO: THE VARDE FUND X (MASTER) LP TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $602,927.15 | TRANSFERRED TO: THE VARDE FUND X (MASTER) LP TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMAN DALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | 11/02/2009 | 08-13555 (JMP) | 62783 | $600,322.74 |
| TRANSFERRED TO: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $93,039.66 | TRANSFERRED TO: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMAN DALE LAKE BLVD, STE 1500 MINNEAPOLIS, MN 55437 | | | | $92,637.77 |
| | | | TOTAL | $456,189,745.19 | | | | | |

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 188: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS – ADJOURNED OBJECTIONS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AGRICULTURAL BANK OF TAIWAN ATTN: SUN-CHYI LAI (MGR, DEPT OF TREASURE) 2F, NO.71, GUANCIAN RD. TAIPEI CITY, TAIWAN, PROVINCE OF CHINA | 12/16/2009 | 08-13555 (JMP) | 65952 | $150,177,083.33* | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON, E14 5LE UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,678,643,405.28* |
| 2 | HORIZON II INTERNATIONAL LIMITED HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 11/02/2009 | 08-13555 (JMP) | 62720[1] | $36,646,491.68 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON, E14 5LE UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62783 | $1,678,643,405.28* |

---

[1] Claim 62720 is being expunged solely with respect to its asserted claim of $8,420,766.67 for the security with ISIN XS0186852728. The remainder of Claim 62720 asserting a claim totaling $28,225,725.01 for other securities is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to those portions of Claim 62720 in the future.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 188: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS – ADJOURNED OBJECTIONS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | Name | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 | MITSUI SECURITIES, CO., LTD. ATTN: GENERAL AFFAIRS DEPARTMENT 21-1 1 CHOME JUNKA FUKUI, 910-0023 JAPAN | 11/02/2009 | 08-13555 (JMP) | 62852 | $2,561,326.94 | TRANSFERRED TO: LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO6-10-1 ROPPONGI, MINATO-KUTOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783 | $234,592,453.62 |

|  | TOTAL | $189,384,901.95 |
|---|---|---|