# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | STONEHILL INSTITUTIONAL PARTNERS LP C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK 885 THIRD AVE, 30TH FLOOR NEW YORK, NY 10022 | 19920 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $32,908,453.94* | Lehman Brothers Special Financing Inc. | Unsecured | $9,545,000.00 |
| 2 | STONEHILL INSTITUTIONAL PARTNERS LP C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK, NY 10022 | 19890 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $53,076,766.30* | Lehman Brothers Holdings Inc. | Unsecured | $9,545,000.00 |
| 3 | STONEHILL OFFSHORE PARTNERS LIMITED C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK, NY 10022 | 19905 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $38,258,197.35* | Lehman Brothers Special Financing Inc. | Unsecured | $11,205,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

|   | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | STONEHILL OFFSHORE PARTNERS LIMITED C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK, NY 10022 | 19908 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $55,179,615.97* | Lehman Brothers Holdings Inc. | Unsecured | $11,205,000.00 |
|   |   |   |   |   | TOTAL | $179,423,033.56 |   | TOTAL | $41,500,000.00 |