# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 182: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PULSAR RE, LTD. CANON'S COURT 22 VICTORIA STREET ATTN: SUSAN FURMAN HAMILTON, HM 12 BERMUDA | 12711 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Secured | $1,175,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $450,000.00 |
| | | | | | TOTAL | $1,175,000.00 | | TOTAL | $450,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 1 of 1