# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 170: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANQUE SAFDIE SA<br>ATTN: MICHEL KISFALVDY<br>1, RUE DE LA TOUR-DE-L'ILE<br>PO BOX 5415-1211<br>GENEVA 11, 1204<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 65272[1] | $4,969,571.76 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $4,969,571.76 | |

---

[1] Claim 65272 is being expunged solely with respect to its asserted claim totaling $326,268.22 for securities with ISIN Nos. XS0264674549 and XS0271141565.  The remainder of Claim 65272 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to the remaining portions of Claim 65272 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts        Page 1 of 1