# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 194: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BASF CORPORATION DEFINED BENEFIT PLAN MASTER TRUST MELLON BANK, TTEE ONE MELLON CENTER, RM 151-1335 PITTSBURGH, PA 15258-0001 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 16222 | $2,343,572.72 | Settled Derivatives Claim |
| 2 | COMPASS BANK C/O W. CLARK WATSON BALCH & BINGHAM LLP 1901 SIXTH AVENUE NORTH, SUITE 1500 BIRMINGHAM, AL 35203 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14728 | $2,502,597.69* | Settled Derivatives Claim |
| 3 | HEBRON ACADEMY C/O MICHAEL A. FAGONE, ESQ. BERSTEIN SHUR 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14801 | Undetermined | Settled Derivatives Claim |
| 4 | HEBRON ACADEMY C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR 100 MIDDLE STREET, P.O. BOX 9729 PORTLAND, ME 04104-5029 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14861 | Undetermined | Settled Derivatives Claim |
| 5 | MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC LEGAL DEPARTMENT ATTN: RICHARD HOUSE, ESQ. HEAD OF LEGAL, CORPORATE AND PUBLIC AFFAIRS GEORGINA DAVIDSON, HEAD OF MASTER AGREEMENTS, LEGAL, CORPORATE AND PUBLIC AFFAIRS LONDON, EC2M 2AA UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20238 | $24,647,081.00 | Settled Derivatives Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 194: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | PENSIOENFONDS MEDEWERKERS APOTHEKEN NEUHUYSKADE 92 DEN HAAG, 2596 XM NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30706 | $48,581.82 | Settled Derivatives Claim |
| 7 | SAPHIR FINANCE PLC SERIES 2007-2 C/O BNY COPORATE TRUSTEE SERVICES LTD ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29724 | $64,515,128.00* | Settled Derivatives Claim |
| 8 | TREASURER OF THE STATE OF INDIANA C/O RICHARD MOURDOCK, TREASURER OF THE STATE OF INDIANA 200 WEST WASHINGTON STREET, SUITE 242 INDIANAPOLIS, IN 46204-2792 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22284 | Undetermined | Settled Derivatives Claim |
| 9 | TREASURER OF THE STATE OF INDIANA C/O RICHARD MURDOCK, TREASURER OF THE STATE OF INDIANA 200 WEST WASHINGTON STREET, SUITE 242 INDIANAPOLIS, IN 46204-2792 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26179 | Undetermined | Settled Derivatives Claim |
|  |  |  |  |  | TOTAL | $94,056,961.23 |  |

\* - Indicates claim contains unliquidated and/or undetermined amounts