# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 197: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | LACKS, BRIAN & JILL<br>36 JUNEAU BLVD<br>WOODBURY, NY 11797 |  | Lehman No Case Asserted/All Cases Asserted | 08/20/2009 | 8853[1] | Undetermined |
| 2 | MARSHALL & ILSLEY TRUST COMPANY N.A. AS CUSTODIAN<br>ATTN: GAYLE ROBINSON, GENERAL COUNSEL<br>111 EAST KILBOURN AVENUE, SUITE 200<br>MILWAUKEE, WI 53202 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32522[2] | Undetermined |
| 3 | MCLAREN, GAYLE P.<br>1749 CLYDE DRIVE<br>NAPERVILLE, IL 60563 |  | Lehman No Case Asserted/All Cases Asserted | 08/24/2009 | 9151 | $5,000.00 |
|   |   |   |   |   | TOTAL | $5,000.00 |

---

[1] Claim 8853 is being reclassified solely with respect to its asserted claim for securities identified as LEHMAN BROS HOLDING INC DELA with CUSIP No. 524908100. The remainder of Claim 8853 was previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671].

[2] Claim 32522 is being reclassified solely with respect to its asserted claim for securities with CUSIP Nos. 524908720, 524908639, 52523J453, and 524908100. The remainder of Claim 32522 is not being reclassified pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to the remaining portions of Claim 32522 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                 Page 1 of 1