# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ADULTS & CHILDREN WITH LEARNING & DEVELOPMENT DISABILITIES<br>807 SOUTH OYSTER BAY ROAD<br>BETHPAGE, NY 11714 | | 09/21/2009 | 25026 | $250.00 | No Liability Claim |
| 2 | AETNA<br>JOHANNA ANDERSON<br>AETNA. - U23S<br>1425 UNION MEETING ROAD<br>BLUE BELL, PA 19422 | 08-13555 (JMP) | 12/30/2008 | 1502 | $0.00 | No Liability Claim |
| 3 | AMERICAN CENTER PARTNERSHIP<br>903 NORTH 47TH STREET<br>C/O COOPER REALTY INVESTMENTS<br>ROGERS, AR 72756 | | 07/31/2009 | 6913 | $11,744.47 | No Liability Claim |
| 4 | ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM (""APERS"")<br>124 W. CAPITOL AVE, SUITE 400<br>LITTLE ROCK, AR 72201 | 08-13555 (JMP) | 09/21/2009 | 22680 | $49,334.38 | No Liability Claim |
| 5 | BEAR CREEK ASSET MANAGEMENT, LLC<br>1200 17TH ST., SUITE 970<br>DENVER, CO 80202 | 08-13555 (JMP) | 12/08/2008 | 1238 | $16,133.33 | No Liability Claim |
| 6 | BERGER, HELEN<br>52 JUDITH LANE<br>WESTBURY, NY 11590-1412 | 08-13555 (JMP) | 09/21/2009 | 22270 | $43,000.00 | No Liability Claim |
| 7 | BOWLES, BENNIE B<br>6428 STONE CREEK TRAIL<br>FORT WORTH, TX 76137 | | 10/07/2008 | 115 | $16,000.00 | No Liability Claim |
| 8 | CAPRA GLOBAL MANAGED ASSETS<br>ATTN:FRANK BONAVITA<br>555 THEODORE FREMD AVE<br>SUITE C204<br>RYE, NY 10580 | | 07/27/2009 | 6362 | $122,393.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 9 | CARNS, LEWIS<br>9862 E. SAN SALVADOR DRIVE<br>SCOTTSDALE, AZ 85258 | | 08/28/2009 | 9648 | Undetermined | No Liability Claim |
| 10 | CASEY CIKLIN LUBITZ MARTENS & O'CONNELL<br>515 N FLAGLER DR STE 2000<br>WEST PALM BCH, FL 33401-4330 | | 07/17/2009 | 5509 | $16,257.37 | No Liability Claim |
| 11 | CASPIAN ONE<br>MERCURY HOUSE<br>117 WATERLOO RD<br>LONDON, SE1 8UL<br>UNITED KINGDOM | | 09/21/2009 | 24134 | $32,444.06 | No Liability Claim |
| 12 | CESAR'S<br>71 HOWLANDS<br>WELWYN GARDEN CITY<br>HERTS, AL7 4RA<br>UNITED KINGDOM | | 09/11/2009 | 11546 | $1,003.69 | No Liability Claim |
| 13 | CGMA SPECIAL ACCOUNTS LLC<br>555 THEODORE FREMD AVE.<br>SUITE C204<br>RYE, NY 10580 | | 07/27/2009 | 6347 | $1,477,166.00 | No Liability Claim |
| 14 | CGMA SPECIAL ACCOUNTS LLC<br>555 THEODORE FREMD AVE.<br>SUITE C204<br>RYE, NY 10580 | | 07/27/2009 | 6423 | $1,736,552.12 | No Liability Claim |
| 15 | CHELSEA FRAMES<br>197 9TH AVENUE<br>NEW YORK, NY 10011 | 08-13555 (JMP) | 09/22/2009 | 27140 | $1,304.71 | No Liability Claim |
| 16 | CHRISTIAN & SMALL LLP<br>1800 FINANCIAL CENTER<br>505 NORTH 20TH STREET<br>BIRMINGHAM, AL 35203 | 08-13555 (JMP) | 02/10/2009 | 2694 | $68,554.29 | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 17 | CITY AND COUNTY OF SAN FRANCISCO<br>CITY & COUNTY OF SAN FRANCISCO TAX COLLECTOR<br>BUREAU OF DELINQUENT REVENUE/<br>BANKRUPTCY UNIT<br>PO BOX 7426<br>SAN FRANCISCO, CA 94120-7426 | 08-13555 (JMP) | 07/27/2009 | 6165 | $123,699.54 | No Liability Claim |
| 18 | CITY AND COUNTY OF SAN FRANCISCO<br>CITY & COUNTY OF SAN FRANCISCO TAX COLLECTOR<br>BUREAU OF DELINQUENT REVENUE/<br>BANKRUPTCY UNIT<br>PO BOX 7426<br>SAN FRANCISCO, CA 94120-7426 | 08-13555 (JMP) | 07/27/2009 | 6166 | $535.00 | No Liability Claim |
| 19 | CLIQBOOK<br>CHIEF LEGAL OFFICER<br>CONCUR TECHNOLOGIES, INC.<br>18400 NE UNION HILL ROAD<br>REDMOND, WA 98052 | | 09/16/2009 | 14278 | $22,247.98 | No Liability Claim |
| 20 | CMS LONDON LIMITED<br>CMS INNOVATIVE CONSULTANTS<br>8 FLETCHER PLACE<br>MELVILLE, NY 11747 | 08-13555 (JMP) | 10/02/2008 | 74 | $125,858.00 | No Liability Claim |
| 21 | CONNING ASSET MANAGEMENT COMPANY<br>C/O PENNSYLVANIA INSURANCE COMPANY<br>C/O ROBERT PEARCE<br>ONE FINANCIAL PLAZA<br>HARTFORD, CT 06103 | 08-13555 (JMP) | 10/09/2008 | 126 | $123,540.00 | No Liability Claim |
| 22 | CROWN BUSINESS COMMUNICATIONS LTD<br>SHEPHERDS STUDIOS WEST<br>ROCKLEY ROAD<br>LONDON, W14 0EH<br>UNITED KINGDOM | | 07/31/2009 | 6852 | $2,100.79 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

|    | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|----|------|-------------|------------|---------|---------------------|----------------------------------|
| 23 | DALKIA ENERGIA Y SERVICIOS S.A<br>JUAN IGNACIO LUCA DE TENA<br>MADRID, 28027<br>SPAIN | | 08/14/2009 | 8305 | $1,536.31 | No Liability Claim |
| 24 | DE BRAUW BLACKSTONE WESTBROEK<br>PO BOX 75084<br>AMSTERDAM, 1070 AB<br>NETHERLANDS | | 09/14/2009 | 12132 | $63,634.00 | No Liability Claim |
| 25 | DEPHILLIPPO GROUP INC<br>211 CORAL CAYTER<br>PALM BCH GDNS, FL 33418-4002 | | 08/25/2009 | 9361 | $30,811.48 | No Liability Claim |
| 26 | DERIVATIVE PARTNERS MEDIA AG<br>SPL#GENSTRASSE 10<br>ZURICH, 8002<br>SWITZERLAND | | 08/10/2009 | 7952 | $71,962.80 | No Liability Claim |
| 27 | DRRT FBO GEN RE CAPITAL GMBH<br>100 SE 2ND STREET SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32543 | $1,679,385.01 | No Liability Claim |
| 28 | ECZACIBASI ILAC SANAYI TICARET A.S.<br>MALI ISLER MNDNRLNGN<br>BNYNKDERE CAD.<br>ALI KAYA SOK. NO.7<br>ISTANBUL, 34394<br>TURKEY | | 07/10/2009 | 11065 | $5,922.62 | No Liability Claim |
| 29 | EDUCATING MATTERS<br>60 MAIDA VALE<br>LONDON, W9 1PP<br>UNITED KINGDOM | | 09/16/2009 | 13399 | $4,304.00 | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 30 | EMERGING MARKETS ECONOMIC DATA LIMITED<br>SUITE B, 6/F, DAH SING LIFE BUILIDING<br>99-105 DES VOEUX ROAD CENTRAL<br>CENTRAL  HONG KONG,<br>HONG KONG | | 08/14/2009 | 8298 | $7,308.00 | No Liability Claim |
| 31 | ERNST & YOUNG LLP<br>ZEELANDIA OFFICE PARK<br>P.O. BOX 3626<br>CURACAO,<br>NETHERLANDS ANTILLES | | 08/14/2009 | 8322 | $6,050.00 | No Liability Claim |
| 32 | ESD GMBH<br>BERNER STREET 17<br>FRANKFURT AM MAIN, D-60437<br>GERMANY | | 08/19/2009 | 8732 | $12,149.10 | No Liability Claim |
| 33 | FINANCIAL PLANNING ASSOCIATION<br>PO BOX 150608<br>NASHVILLE, TN 37215 | | 08/24/2009 | 9062 | $500.00 | No Liability Claim |
| 34 | FISHER INVESTMENTS<br>13100 SKYLINE BLVD<br>WOODSIDE, CA 94062 | | 09/15/2009 | 12673 | $513,158.00 | No Liability Claim |
| 35 | FLAKTWOODS LIMITED<br>AXIAL WAY<br>COLCHESTER, ESSEX, CO4 5ZD<br>UNITED KINGDOM | 08-13555 (JMP) | 09/22/2009 | 32056 | $21,827.76 | No Liability Claim |
| 36 | FOLEY & LARDNER LLP<br>DAVID J. WEISS<br>3000 K STREET NW, SUITE 500<br>WASHINGTON, DC 20007 | 08-13555 (JMP) | 04/23/2009 | 3928 | $34,976.66 | No Liability Claim |
| 37 | FORUM FOR THE FUTURE OF HIGHER<br>MIT E-48<br>238 MAIN STREET -402<br>CAMBRIDGE, MA 02142 | | 09/02/2009 | 10140 | $85,000.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 38 | FOSTER PEPPER PLLC<br>DEBORAH WINTER<br>1111 3RD AVE #3400<br>SEATTLE, WA 98101 | 08-13555 (JMP) | 10/27/2008 | 379 | $25,000.00 | No Liability Claim |
| 39 | GLOBAL CREDIT SECURITIES LLP<br>ARTILLERY HOUSE<br>35 ARTILLERY LANE<br>LONDON, E1 7LP<br>UNITED KINGDOM | | 06/15/2009 | 4877 | $119,368.30 | No Liability Claim |
| 40 | GLOCAP SEARCH, LLC<br>156 WEST 56TH STREET<br>4TH FLOOR<br>NEW YORK, NY 10019 | | 08/04/2009 | 7330 | $30,000.00 | No Liability Claim |
| 41 | GRAND HOTEL ET DE MILAN<br>GESTIONE VEGA S.P.A. VIA MANZONI, 29<br>MILAN, 20121<br>ITALY | | 09/17/2009 | 15709 | $2,270.00 | No Liability Claim |
| 42 | GREAT ORMOND STREET TRUSTEES DEPOSIT AC<br>GREAT ORMOND STREET HOSPITAL<br>40 BERNARD STREET<br>LONDON, WC1N1 1LE<br>UNITED KINGDOM | | 07/28/2009 | 6478 | $74,244.00 | No Liability Claim |
| 43 | GREYLOCK CAPITAL MGMA/C GREYLOCK GLOBAL OPPORTUNI<br>ATTN: MICHAEL MORRILL/DOLINDA MEEKER<br>GREYLOCK GLOBAL OPPORTUNITY MASTER FUND, LTD.<br>C/O GREYLOCK CAPITAL MANAGEMENT LLC<br>99 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10016 | | 07/10/2009 | 5253 | $123,160.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 44 | GULF HOUSING & CONSTRACTION CO. W.L.L<br>P.O BOX 3886<br>217 ""C"" RING ROAD, AL EMADI BUILDING<br>AREA NO. 41, AL HILAL WEST<br>DOHA,<br>QATAR | | 09/03/2009 | 10219 | $67,984.71 | No Liability Claim |
| 45 | HEVER CASTLE LTD<br>HEVER<br>EDENBRIDGE, TN8 7NG<br>UNITED KINGDOM | | 10/02/2009 | 36113 | $5,372.10 | No Liability Claim |
| 46 | HOTEL FOUQUET'S BARRIERE PARIS<br>46, AVENURE GEORGE V<br>PARIS, 75008<br>FRANCE | | 08/19/2009 | 8681 | $5,690.00 | No Liability Claim |
| 47 | HOTEL PLAZA ATHENEEPARIS<br>25 AVENUE MONTAIGNE<br>PARIS, 75008<br>FRANCE | | 07/27/2009 | 6263 | $5,691.00 | No Liability Claim |
| 48 | IFONLINE LIMITED<br>22A OLD COURT PLACE<br>KENSINGTON<br>LONDON, W8 4PL<br>UNITED KINGDOM | | 07/20/2009 | 5763 | $12,643.00 | No Liability Claim |
| 49 | INCORE BANK AG<br>POSTFACH<br>DREIKONIGSTRASSE 8<br>ZURICH, CH-8022<br>SWITZERLAND | | 09/18/2009 | 18625 | $1,791.15 | No Liability Claim |
| 50 | INFOSPECTRUM LTD<br>59 ST ALDATES<br>OXFORD, OXON, OX1 1ST<br>UNITED KINGDOM | | 07/17/2009 | 5515 | $7,086.00 | No Liability Claim |

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 51 | INSTITUTE FOR FINANCIAL MKTS DUPLICATE-SEE V# 0000052706 2001 PENNSYLVANIA AVE NW#600 WASHINGTON, DC 20006 | | 08/17/2009 | 8583 | $24,000.00 | No Liability Claim |
| 52 | INTERNATIONAL SWAPS DERIVATIVES ASSOC 360 MADISON AVENUE 16TH FLOOR NEW YORK, NY 10017-3124 | | 09/18/2009 | 18222 | $40,000.00 | No Liability Claim |
| 53 | IPOXSCHUTER L.L.C. 141 W. JACKSON SUITE 1340A CHICAGO, IL 60604 | | 08/07/2009 | 7676 | $95,869.20 | No Liability Claim |
| 54 | K INTERNATIONAL CARINA BUILDING EAST SUNRISE PARKWAY, LINFORD WOOD MILTON KEYNES, MK14 6PW UNITED KINGDOM | | 07/17/2009 | 5572 | $947.25 | No Liability Claim |
| 55 | KAK DOMA, LIKE HOME LTD. RAIFFEIZENBANK ZAO BRANCH TVERSKAYA, 10 MOSCOW, RUSSIAN FEDERATION | | 08/05/2009 | 7374 | $16,945.20 | No Liability Claim |
| 56 | KEYBANK NATIONAL ASSOCIATION CUSTODIAN FOR CLEVELAND BAKERS & TEAMSTERS HEALTH AND WELFARE FUND 4900 TIEDEMAN RD. BROOKLYN, OH 44144 | 08-13555 (JMP) | 09/22/2009 | 30826 | $2,687.50 | No Liability Claim |
| 57 | KEYBANK NATIONAL ASSOCIATION CUSTODIAN FOR CLEVELAND BAKERS & TEAMSTERS PENSION FUND 4900 TIEDERMAN RD. BROOKLYN, OH 44144 | 08-13888 (JMP) | 09/22/2009 | 31086 | $9,406.25 | No Liability Claim |

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 58 | KINKEL, KLAUS DR. RECHTSANWALT<br>SONNENRAIN 46<br>ST. AUGUSTIN, 53757<br>GERMANY | | 09/09/2009 | 10984 | $51,710.68 | No Liability Claim |
| 59 | KORN CONSULTING GROUP INC<br>ATTN: DONNA BOUDREAUX<br>28 WEST 44TH STREET<br>SUITE 1011<br>NEW YORK, NY 10036 | | 07/20/2009 | 5683 | $8,846.50 | No Liability Claim |
| 60 | LANSDOWNE RESORT<br>44050 WOODRIDGE PARKWAY<br>LANSDOWNE, VA 20176 | | 07/20/2009 | 5631 | $11,998.11 | No Liability Claim |
| 61 | LEVINE, BLASZAK, BLOCK & BOTOHBY, LLP<br>2001 L STREET, NW, SUITE 900<br>WASHINGTON, DC 20036 | 08-13555<br>(JMP) | 11/05/2008 | 505 | $26,074.75 | No Liability Claim |
| 62 | LEX LAW OFFICES<br>BORGARTUN 26<br>REYKJAVIK, 105<br>ICELAND | | 08/27/2009 | 9522 | $32,546.33 | No Liability Claim |
| 63 | LOGICSCOPE REALISATIONS LTD.<br>ROYAL LONDON HOUSE<br>22-25 FINSBURY SQUARE<br>LONDON, EC2A 1DX<br>UNITED KINGDOM | | 07/16/2009 | 5451 | $35,038.50 | No Liability Claim |
| 64 | LONE STAR HOLDINGS LLC<br>P.O. BOX 973767<br>AUSTIN, TX 78714-9225 | | 07/27/2009 | 6414 | $76.77 | No Liability Claim |
| 65 | MAIDAN, MARIANNA<br>37 WILFRED RD<br>MANCHESTER, CT 06040 | 08-13555<br>(JMP) | 06/17/2009 | 4925 | $37,500.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 66 | MALLESONS STEPHEN JAQUES<br>LEVEL 60 GOVERNOR PHILLIP TOWER<br>1 FARRER PLACE<br>SYDNEY, NSW2000<br>AUSTRALIA | 08-13555<br>(JMP) | 07/24/2009 | 6078 | $21,811.06 | No Liability Claim |
| 67 | MANDARIN ORIENTAL<br>ATTN: COURTNEY LINDSAY, CREDIT MANAGER<br>1330 MARYLAND AVE S.W.<br>WASHINGTON, DC 20024 | | 07/24/2009 | 6047 | $126,130.60 | No Liability Claim |
| 68 | MCCONNELL, JERRY<br>36 WARWICK AVENUE<br>LONDON, GT LON, W9 2PT<br>UNITED KINGDOM | | 09/18/2009 | 16255 | $77,231.38 | No Liability Claim |
| 69 | MCDONALD, WINSOME E.<br>8318 RUSSELL DR<br>ROWLETT, TX 75089 | | 08/03/2009 | 7163 | $894.92 | No Liability Claim |
| 70 | MICHAEL DALITZ TAXI SERVICE<br>VANASGATAN 93<br>MALMOE, 21620<br>SWEDEN | | 09/03/2009 | 10270 | $2,000.00 | No Liability Claim |
| 71 | MICHAEL GERSON LIMITED<br>DOWNLAND CLOSE<br>WHETSTONE<br>LONDON, N20 9LB<br>UNITED KINGDOM | | 07/23/2009 | 5938 | $34,496.77 | No Liability Claim |
| 72 | MICHAEL GERSON RELOCATION<br>BRINKWORTH HOUSE<br>BRINKWORTH, SN15 5DF<br>UNITED KINGDOM | | 07/23/2009 | 5937 | $6,662.89 | No Liability Claim |
| 73 | MICHELANGELO HOTEL<br>152 WEST 51ST<br>NEW YORK, NY 10019 | | 07/27/2009 | 6450 | $6,294.99 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 74 | MILLER AND SMITH AT OLD DOMINION, LLC<br>8401 GREENSBORO DRIVE<br>SUITE 300<br>MC LEAN, VA 22102 | 08-13555 (JMP) | 08/17/2009 | 8547 | $4,237,047.57* | No Liability Claim |
| 75 | MIRABAUD SECURITIES LTD<br>21 ST JAMES'S SQUARE<br>LONDON, SW1Y 4JP<br>UNITED KINGDOM | 08-13555 (JMP) | 09/21/2009 | 21412 | $634,332.28 | No Liability Claim |
| 76 | MORLEY, JAMES T., JR.<br>54 HUNTINGTON ROAD<br>NEWTOWN, CT 06470-2615 | 08-13555 (JMP) | 01/21/2009 | 4307 | $450,000.00 | No Liability Claim |
| 77 | NISHIMACHI INTERNATIONAL SCHOOL<br>2-14-7<br>MOTOAZABU<br>MINATO-KU<br>TOKYO, 13 106-0046<br>JAPAN | | 08/31/2009 | 9897 | $47,317.00 | No Liability Claim |
| 78 | OLSWANG SOLICITORS<br>90 HIGH HOLBORN<br>LONDON, WC1V 6XX<br>UNITED KINGDOM | 08-13555 (JMP) | 12/30/2008 | 1507 | $17,711.25 | No Liability Claim |
| 79 | ONEILL, ATHY & CASEY P.C.<br>1310 19TH ST NW<br>WASHINGTON, DC 20036 | | 07/21/2009 | 5805 | $16,067.54 | No Liability Claim |
| 80 | PEELMAN, ESTHER M.<br>CGM SEP IRA CUSTODIAN<br>5491 LANG RD<br>POSEYVILLE, IN 47633 | 08-13555 (JMP) | 08/07/2009 | 7673 | $15,000.00 | No Liability Claim |
| 81 | POSITIVE EAST<br>159 MILE END ROAD<br>LONDON, E1 4AQ<br>UNITED KINGDOM | | 07/20/2009 | 5600 | $5,032.00 | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 82 | POWERPLAN LIMITED<br>THE RED HOUSE<br>SELWYN DRIVE<br>BROADSTAIRS, CT10 2SW<br>UNITED KINGDOM | | 09/16/2009 | 19695 | $99,865.60 | No Liability Claim |
| 83 | PT. HILL KONSULTAN INDONESIA<br>PLAZA KUNINGAN,ANNEX BUILDING<br>7/F JI.H.R. RASUNA SAID KAV<br>C11-14,<br>JAKARTA, 12940<br>INDONESIA | | 08/18/2009 | 8640 | $5,651.72 | No Liability Claim |
| 84 | RBS COMMERCIAL SERVICES<br>SMITH HOUSE PO BOX NO 50<br>ELMWOOD AVENUE<br>FELTHAM, TW13 7QD<br>UNITED KINGDOM | | 07/27/2009 | 6312 | Undetermined | No Liability Claim |
| 85 | REBELO DE SOUSA AND ASSOCIADOS<br>RUE D FRANCISCO MANUEL DE MELO 21<br>LISBOA, 1070 085<br>PORTUGAL | | 09/16/2009 | 14401 | $27,488.00 | No Liability Claim |
| 86 | RICHARD ROBINSON & ASSOCIATES, INC.<br>1121 L STREET SUITE# 310<br>SACRAMENTO, CA 95814 | | 07/20/2009 | 5586 | $2,803.26 | No Liability Claim |
| 87 | ROBERT WALTERS JAPAN KK<br>34TH FLOOR,ONE EXCHANGE SQUARE,<br>8 CONNAUGHT PLACE,<br>CENTRAL<br>HONG KONG | | 07/30/2009 | 6729 | $52,500.00 | No Liability Claim |
| 88 | SCOPE<br>EMPLOYMENT SUPPORT SERVICES, SUITE 1A<br>KINGS HALL, ST IVES BUSINESS PARK<br>PARSONS GREEN, PE27 4WY<br>UNITED KINGDOM | | 08/10/2009 | 7741 | $86,327.79 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 89 | SECFIN SDN BHD<br>SUITE 16-10,LEVEL 16(LOBBY B),<br>WISMA UOA II,21 JALAN PINANG,<br>P.O. BOX 12624,<br>KUALA LUMPUR, 50784<br>MALAYSIA | | 07/29/2009 | 6635 | $8,262.60 | No Liability Claim |
| 90 | SECUREWORKS, INC<br>ONE CONCOURSE PARKWAY, SUITE 500<br>ATLANTA, GA 30328 | | 09/22/2008 | 3 | $24,242.32 | No Liability Claim |
| 91 | SEVEN BRIDGES GOLF CLUB<br>C/O DAVID NOVICK, ESQ.<br>WILLIAM HARRIS INVESTORS, INC.<br>191 N. WACKER DR., SUITE 1500<br>CHICAGO, IL 60606 | | 09/14/2009 | 12069 | $2,025.76 | No Liability Claim |
| 92 | SIEW WAH KAM, ALVIN<br>BLOCK 662<br>JALAN DAMAI 03-131<br>, 410662<br>SINGAPORE | | 09/16/2009 | 13395 | $110,000.00 | No Liability Claim |
| 93 | SINCLAIR KNIGHT MERZ<br>ALBERTON HOUSE<br>ST MARY'S PARSONAGE<br>MANCHESTER, M3 7WG<br>UNITED KINGDOM | | 07/17/2009 | 5554 | $2,407.39 | No Liability Claim |
| 94 | STADTVERWALTUNG FRIEDRICHSHAFEN<br>FRIEDRICHSTRABE 63<br>FRIEDRICHSHAFEN, D-88045<br>GERMANY | | 07/28/2009 | 6488 | $123,589.63 | No Liability Claim |
| 95 | STARKEY AND HENRICKS<br>121 VARICK STREET<br>NEW YORK, NY 10013 | | 08/19/2009 | 8729 | $3,291.89 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 96 | STATE STREET CUSTODIAL SERVICES IRELAND LIMITED - GOLDMAN SACH G40A<br>GUILD HOUSE, IFSC<br>ATTN: MR JOHN MAGUIRE<br>DUBLIN 6,<br>IRELAND | | 03/16/2009 | 3356 | Undetermined | No Liability Claim |
| 97 | SUN MICROSYSTEMS<br>ATTN: MERAV BEN NUN GOODOVITCH<br>9 HAMENOFIRM STREET<br>PO BOX 2116 IND AREA<br>HERSELIA, 46120<br>ISRAEL | | 09/09/2009 | 10936 | $4,342.14 | No Liability Claim |
| 98 | SUSSMAN & FRANKEL, LLP<br>805 THIRD AVENUE<br>11TH FLOOR<br>NEW YORK, NY 10022 | | 07/13/2009 | 5288 | $14,531.12 | No Liability Claim |
| 99 | TALEO CORPORATION<br>4140 DUBLIN BLVD, STE 400<br>DUBLIN, CA 94568 | | 08/06/2009 | 7541 | $10,044.99 | No Liability Claim |
| 100 | US POSTAGE METER CENTER<br>28231 AVENUE CROCKER #120<br>VALENCIA, CA 91355 | | 07/17/2009 | 5537 | $631.76 | No Liability Claim |
| 101 | VAUGHN CONSULTING SERVICES<br>2060 RICHTON DR<br>ATTN: CHARLES R. VAUGHN<br>WHEATON, IL 60187 | | 09/21/2009 | 24397 | $18,000.00 | No Liability Claim |
| 102 | VCLD OF TCI, LTD.<br>ASHLEY WILSON<br>VALLEYCREST COMPANIES<br>24151 VENTURA BLVD<br>CALABASAS, CA 91302 | 08-13555 (JMP) | 05/26/2009 | 4750 | $450,505.10 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 103 | VIANOVO LP<br>327 CONGRESS AVE.  SUITE 450<br>AUSTIN, TX 78701 | | 07/27/2009 | 6169 | $50,000.00 | No Liability Claim |
| 104 | WATERFORD PROJECTS LIMITED<br>UNIT G 21/F SEABRIGHT PLAZA<br>9-23 SHELL STREET NORTH POINT<br>HONG KONG | | 09/08/2009 | 10724 | $70,262.19 | No Liability Claim |
| 105 | WEST END CONSULTING GROUP INC<br>590 WEST END AVENUE<br>PENTHOUSE A<br>NEW YORK, NY 10024 | | 07/17/2009 | 5565 | $50,800.08 | No Liability Claim |
| 106 | WESTERN MESSENGER SERVICE INC<br>75 COLUMBIA SQUARE<br>SAN FRANCISCO, CA 94103 | | 09/14/2009 | 12178 | $2,960.94 | No Liability Claim |
| 107 | ZEE MEDICAL SERVICE<br>PO BOX 58627<br>378 UPLAND AVE<br>SEATTLE, WA 98138 | | 07/20/2009 | 5781 | $13.73 | No Liability Claim |
| 108 | ZENTRUM FUR BERUFSPLANUNG MARKETING<br>NORDBERGSTRASSE 15<br>WIEN, A1090<br>AUSTRIA | | 08/10/2009 | 7827 | $1,202.00 | No Liability Claim |
| | | | TOTAL | | $14,322,372.03* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 200: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | A.M. BEST COMPANY, INC.<br>AMBEST ROAD<br>OLDWICK, NJ 08858 | | 09/04/2009 | 10424 | $150,000.00 | No Liability Claim |
| 2 | JOINER, OWEN H. & LEATRICE<br>120 FINLEY STREET<br>GRIFFIN, GA 30224 | 08-13555 (JMP) | 09/19/2009 | 19570 | $25,000.00 | No Liability Claim |
| 3 | MUNICIPAL SECURITIES RULEMAKING<br>1900 DUKE STREET<br>SUITE 600<br>ALEXANDRIA, VA 22314-3412 | | 09/22/2009 | 30588 | $204,286.31 | No Liability Claim |
| 4 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>STEPHEN J. SHIMSHAK<br>NEW YORK, NY 10019-6064 | 08-13555 (JMP) | 09/16/2009 | 14176 | $2,420,778.80* | No Liability Claim |
| 5 | ROSEKRANS, JOHN<br>C/O JOHN P. CHRISTIAN<br>TOBIN & TOBIN<br>500 SANSOME STREET, SUITE 800<br>SAN FRANCISCO, CA 94111 | | 06/23/2010 | 66885 | $950,894.35 | No Liability Claim |
| | | | | TOTAL | $3,750,959.46 | |