UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    08-13555 (JMP)
                                                        :    (Jointly Administered)
                    Debtors.                            :
                                                        :
-----------------------------------------------------------------x    Ref. Docket No. 20935

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 21, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
25st day of September, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 20935_Aff 10-21-11.doc

08-13555-mg    Doc 21355    Filed 10/27/11    Entered 10/27/11 16:37:07    Main Document
Pg 2 of 5

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    DCI LONG-SHORT CREDIT FUND
               ATTN: KATHRYN WHEADON
               C/O DIVERSIFIED CREDIT INVESTMENTS, LLC
               201 SPEAR STREET
               SUITE 250
               SAN FRANCISCO CA 94105

Additional:    DCI LONG-SHORT CREDIT FUND
               SIDLEY AUSTIN LLP
               ATTN: MICHAEL G. BURKE, ESQ.
               787 SEVENTH AVENUE
               NEW YORK NY 10019

Transferee:    MAXIMILIAN PARTNERS, L.L.C.
               C/O ROPES & GRAY LLP
               ATTN: PHILIP WELLS
               1211 AVENUE OF THE AMERICAS
               10036-8704

**Your transfer   of claim #   67595   is defective for the reason(s) checked below:**

Other                                TRANSFEROR NAME DOES NOT MATCH.

Docket Number 20935              Date 10/18/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 21, 2011.

# EXHIBIT B

```
TIME: 12:57:53                                   LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 10/21/11                                        CREDITOR LISTING

Name                              Address
DCI LONG-SHORT CREDIT FUND        ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO CA 94105
DCI LONG-SHORT CREDIT FUND        SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
MAXIMILIAN PARTNERS, L.L.C.       C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS 10036-8704

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC