UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                          :       Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :       08-13555 (JMP)
:       (Jointly Administered)
Debtors.                               :
:
---------------------------------------------------------------x       Ref. Docket Nos. 20063, 20212-
20215, 20423, 20279, 20593, 20742,
20743, 20961, 20963-20966, 20970,
20985, 20986, 21000, 21001

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 21, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
25th day of October, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 21356    Filed 10/27/11    Entered 10/27/11 16:47:34    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                         BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER     PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                          1285 AVENUE OF THE AMERICAS
                                                NEW YORK NY 10019
```

Please note that your claim # 55854-18 in the above referenced case and in the amount of
        $360,000.00  Unliquidated         has been transferred **(unless previously expunged by court order)**

```
     BANK HAPOALIM (SWITZERLAND) LTD.
     TRANSFEROR: BANK HAPOALIM B.M.
     LUXEMBOURG BRANCH
     18 BOULEVARD ROYAL
     B.P. 703
     LUXEMBOURG     L-2017
     LUXEMBOURG
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20212      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/21/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 21, 2011.

# EXHIBIT B

```
TIME: 12:57:30                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 10/21/11                                        CREDITOR LISTING
```

| Name | Address |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC 245 PARK AVENUE NEW YORK NY 10167 |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | SIDLEY AUSTIN LLP ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BANK HAPOALIM (SWITZERLAND) LTD. | TRANSFEROR: BANK HAPOALIM B.M. LUXEMBOURG BRANCH 18 BOULEVARD ROYAL B.P. 703 LUXEMBOURG L-2017 LUXEMBOURG |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK JULIUS BAER & CO, LTD | TRANSFEROR: UBS AG PATRIK ROOS BAHNHOFSTRASSE 36 8010 ZURICH SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC 245 PARK AVENUE NEW YORK NY 10167 |
| CHEN KWOK WOON PETER | C/O FUBON BANK (HONG KONG) LIMITED ATTN: ESTEN YIM, FIRST VP (FINANCIAL MARKETS GROUP-MARKETING) 10/F CENTRAL TOWER 28 QUEEN'S ROAD CENTRAL HONG KONG |
| CREDIT SUISSE INTERNATIONAL | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | C/O ELLIOT MANAGEMENT CORPORATION 715 5TH AVENUE 35TH FLOOR NEW YORK NY 10019 |
| FUBON BANK (HONG KONG) LIMITED | TRANSFEROR: CHEN KWOK WOON PETER ATTN: MR. RICHARD YU - FIRST VICE PRESIDENT FUBON BANK BUILDING 38 DES VOEUX ROAD CENTRAL HONG KONG |
| FUBON BANK (HONG KONG) LIMITED | TRANSFEROR: LAW PUI YEE ATTN: MR. RICHARD YU - FIRST VICE PRESIDENT FUBON BANK BUILDING 38 DES VOEUX ROAD CENTRAL HONG KONG |
| FUBON BANK (HONG KONG) LIMITED | TRANSFEROR: LEE WAI KIN ATTN: MR. RICHARD YU - FIRST VICE PRESIDENT FUBON BANK BUILDING 38 DES VOEUX ROAD CENTRAL HONG KONG |
| GRF MASTER FUND II, L.P. | SIDLEY AUSTIN LLP ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND, L.P. | SIDLEY AUSTIN LLP ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| IRA FBO CARLA FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. ATTN: CARLA FELS 227 SUNSET AVE RIDGEWOOD NJ 07450 |
| LAW PUI YEE | C/O FUBON BANK (HONG KONG) LIMITED ATTN: ESTEN YIM, FIRST VP (FINANCIAL MARKETS GROUP-MARKETING) 10/F CENTRAL TOWER 28 QUEEN'S ROAD CENTRAL HONG KONG |
| LEE WAI KIN | C/O FUBON BANK (HONG KONG) LIMITED ATTN: ESTEN YIM, FIRST VP (FINANCIAL MARKETS GROUP-MARKETING) 10/F CENTRAL TOWER 28 QUEEN'S ROAD CENTRAL HONG KONG |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: FEDERAL HOME LOAN BANK OF PITTSBURGH ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVER POINT CAPITAL, L.P. TWO GREENWICH PLAZA, FIRST FLOOR ATTN: DAVID F. STEINMETZ GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVER POINT CAPITAL, L.P. TWO GREENWICH PLAZA, FIRST FLOOR ATTN: DAVID F. STEINMETZ GREENWICH CT 06830 |
| SUNSET PARTNERS | TRANSFEROR: BANK HAPOALIM B.M. 227 SUNSET AVE RIDGEWOOD NJ 07450 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed        38

EPIQ BANKRUPTCY SOLUTIONS, LLC