SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David M. Turetsky
Max S. Polonsky
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Counsel for SCOR Reinsurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
                                        :
In re                                   :  Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.,* :  Case No. 08-13555 (JMP)
                                        :
                         Debtors.       :  (Jointly Administered)
                                        :
------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

     I, Max Polonsky, hereby certify that I filed and served a true and correct copy of the *Response of SCOR Reinsurance Company to Notice of Proposed Claim Amount Regarding Claim Number 20293* via the Court's CM/ECF system on October 25, 2011. Notice of this filing was sent to those persons receiving electronic notice of filings in this case.

     Additionally, I caused the *Response of SCOR Reinsurance Company to Notice of Proposed Claim Amount Regarding Claim Number 20293* to be sent to the following recipients by hand on October 25, 2011:

| | |
|---|---|
| Lehman Brothers Holdings, Inc.<br>1271 Avenue of the Americas<br>New York, New York 10020<br>(Attn. Holly Clack and Tina Pederson) | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn. Alfredo R. Perez, Esq. and Mark Bernstein, Esq.) |
| Milbank, Tweed, Hadley, and McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(Attn. Evan R. Fleck, Esq. and Matthew Brod, Esq.) | |

Additionally, I caused the *Response of SCOR Reinsurance Company to Notice of Proposed Claim Amount Regarding Claim Number 20293* to be sent to the following recipients by hand on October 26, 2011:

United States Bankruptcy Court,  
Southern District of New York  
One Bowling Green  
New York, New York 10004  
(Attn. Hon. James M. Peck)

Office of the United States Trustee  
33 Whitehall Street, 21st Floor  
New York, New York 10004

Dated: New York, New York  
      October 27, 2011

*/s/ Max S. Polonsky*  
Max S. Polonsky

846836.01-New York Server 3A - MSW