UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :     08-13555 (JMP)
                                                               :     (Jointly Administered)
                     Debtors.                                  :
                                                               :
---------------------------------------------------------------x     Ref. Docket Nos. 20236, 20237,
                                                                     20280, 20305, 20392, 20492, 20916,
                                                                     20917, 20919-20921, 20967, 20969,
                                                                     20971, 20973, 20978, 20998, 21002-
                                                                     21004, 21006-21008, 21057, 21085,
                                                                     21091, 21112, 21113, 21150-21153

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 25, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
27th day of October, 2011

*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CLARIDEN LEU LTD                          CLARIDEN LEU LTD
     ATTN: ALLEN GAGE                          CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                             ATTN: RICHARD LEVIN
     NEW YORK NY 10010                         WORLDWIDE PLAZA
                                               825 EIGHTH AVENUE
                                               NEW YORK NY 10019
```

Please note that your claim # 55813-14 in the above referenced case and in the amount of
     $0.00   Unliquidated        has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS & CO.
     TRANSFEROR: CLARIDEN LEU LTD
     ATTN: ANDREW CADITZ
     30 HUDSON STREET, 36TH FLOOR
     JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20492    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/25/2011                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 25, 2011.

# EXHIBIT B

```
TIME: 21:42:23                                         LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 10/25/11                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS, LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | SIDLEY AUSTIN LLP ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE (GUERNSEY) LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC 245 PARK AVENUE, 6TH FLOOR NEW YORK NY 10167 |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD QUARRY BAY HONG KONG |
| CLARIDEN LEU LTD | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CLARIDEN LEU LTD | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (GUERNSEY) LIMITED | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (GUERNSEY) LIMITED | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE (GUERNSEY) LIMITED | CRAVATH, SWAIN & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DELL GLOBAL B.V. (SINGAPORE BRANCH) | TRANSFEROR: CREDIT SUISSE ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| DEUTSCHE BANK AG, LONDON BRANCH | C/O ALSTON & BIRD LLP WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| FREIGHT INVESTOR SERVICES PTE LIMITED | TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS & CO. | 6 BATTERY ROAD # 24-03 SINGAPORE 049909 SINGAPORE |
| GOLDMAN SACHS & CO. | TRANSFEROR: CLARIDEN LEU LTD ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES MM LP C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON ST 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON ST 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: SERENGETI RAPAX MM L.P. ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: SERENGETI RAPAX MM LP ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| HABIB BANK AG ZURICH | WEINBERGSTRASSE 59 ZURICH 8006 SWITZERLAND |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| J & A CO LTD. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| J & A CO LTD. | TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: AMY MAK FLAT/RM C BLK 7 3/F WHAMPOA GDN SITE 12 HUNG HOM, KLN, HONG KONG HONG KONG |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SHIN KONG LIFE INSURANCE 1 Chase Manhattan Plaza, Floor 26 ATTN: SUSAN MCNAMARA New York NY 10005-1401 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SHIN KONG LIFE INSURANCE COMPANY LIMITED 1 Chase Manhattan Plaza, Floor 26 ATTN: SUSAN MCNAMARA New York NY 10004 |
| LEE SO PING | PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LEE SO PING | TRANSFEROR: CITIBANK (HONG KONG) LIMITED FLT G 8/F BLK 6 CASTLELLO NO 69 SIU LEK YUEN RD SHA TIN NT, HONG KONG CHINA |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP ATTN: JAMIE SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA PER GLI PSICOLOGI C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING 125 WEST 55TH STREET NEW YORK NY 10019 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELL GLOBAL B.V. (SINGAPORE BRANCH) ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELL GLOBAL B.V. (SINGAPORE BRANCH) ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 21:42:23                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    2
DATE: 10/25/11                                         CREDITOR LISTING

Name                                     Address
MERRILL LYNCH CREDIT PRODUCTS, LLC       TRANSFEROR: FEDERAL HOME LOAN BANK OF PITTSBURGH ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK
                                         NEW YORK NY 10036
MORGAN STANLEY & CO. INTERNATIONAL PLC   CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC   C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC   CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC   RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC   F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY
                                         NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC   TRANSFEROR: HABIB BANK AG ZURICH 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND
MORGAN STANLEY CAPITAL SERVICES LLC      COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC      ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC      CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC      ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC      CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC      CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
PRIME CAPITAL MASTER SPC, GOT WAT MAC    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
SEGREGATED PORTFOLIO                     PLYMOUTH MN 55447
SC LOWY PRIMARY INVESTMENTS, LTD.        TRANSFEROR: FREIGHT INVESTOR SERVICES PTE LIMITED C/O SC LOWY ASSET MANAGEMENT (HK) LTD. SUITE 1403, 14/F NINE QUEEN'S ROAD CENTRAL
                                         HONG KONG
SERENGETI OPPORTUNITIES MM L.P.          TRANSFEROR: SERENGETI RAPAX MM L.P. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: SHAKER CHOUDHURY
                                         632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP      TRANSFEROR: SERENGETI RAPAX MM L.P. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: SHAKER CHOUDHURY
                                         632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                         NEW YORK NY 10012
SERENGETI RAPAX MM LP                    TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                         NEW YORK NY 10012
SILVER POINT CAPITAL FUND, L.P.          DAVID POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.          TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                         GREENWICH CT 06830
TACONIC CAPITAL PARTNERS 1.5 L.P.        TRANSFEROR: MACQUARIE BANK LIMITED C/O TACONIC CAPITAL ADVISORS L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC MARKET DISLOCATION FUND II L.P.  TRANSFEROR: MACQUARIE BANK LIMITED C/O TACONIC CAPITAL ADVISORS L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC MARKET DISLOCATION MASTER FUND   TRANSFEROR: MACQUARIE BANK LIMITED C/O TACONIC CAPITAL ADVISORS L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
II L.P.
TACONIC OPPORTUNITY FUND L.P.            TRANSFEROR: MACQUARIE BANK LIMITED C/O TACONIC CAPITAL ADVISORS, L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
WATERSTONE MARKET NEUTRAL MASTER FUND,   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY, 2 CARLSON PKWY, #260
LTD                                      PLYMOUTH MN 55447
WATERSTONE MARKET NEUTRAL MASTER FUND,   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY, 2 CARLSON PKWY, #260
LTD                                      PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY; 2 CARLSON PKWY, #260
                                         PLYMOUTH MN 55447

Total Number of Records Printed          72
```

EPIQ BANKRUPTCY SOLUTIONS, LLC