# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 204: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC1 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 1101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 16492 | Undetermined | No Liability Claim |
| 2 | AVIVA LIFE INSURANCE COMPANY N/K/A AVIVA LIFE AND ANNUITY COMPANY AVIVA INVESTORS NORTH AMERICAN, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES, IA 50309 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/05/2009 | 4221 | $780,660.00 | No Liability Claim |
| 3 | AVIVA LIFE INSURANCE COMPANY N/K/A AVIVA LIFE AND ANNUITY COMPANY C/O AVIVA INVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/16/2009 | 65961 | $696,900.00 | No Liability Claim |
| 4 | CHRISTIAN CARE HOLDING CO., INC. ATTN: JOHN NORRIS 2002 WEST SUNNYSIDE DRIVE PHOENIX, AZ 85029 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/14/2009 | 12275 | $327,890.00 | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 204: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-14<br>CTLA-STRUCTURED FINANCE<br>ATTN: FERNANDO ACEBEDO<br>10 EAST 40TH STREET, 14TH FLOOR<br>NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28530 | Undetermined | No Liability Claim |
| 6 | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br>C/O COLLEEN A MURPHY ESQ<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30547 | Undetermined | No Liability Claim |
| 7 | NJ HOUSING AND MORTGAGE FINANCE AGENCY<br>ATTN: TODD J. EVANS. DIRECTOR OF CAPITAL MARKETS<br>637 SOUTH CLINTON AVENUE<br>TRENTON, NJ 08611 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 23861 | Undetermined | No Liability Claim |
| 8 | NJ HOUSING AND MORTGAGE FINANCE AGENCY<br>ATTN: TODD J. EVANS. DIRECTOR OF CAPITAL MARKETS<br>637 SOUTH CLINTON AVENUE<br>TRENTON, NJ 08611 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 23862 | Undetermined | No Liability Claim |
| 9 | NJ HOUSING AND MORTGAGE FINANCE AGENCY<br>ATTN: TODD J. EVANS. DIRECTOR OF CAPITAL MARKETS<br>637 SOUTH CLINTON AVENUE<br>TRENTON, NJ 08611 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 23863 | Undetermined | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 204: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | NUVEEN ENHANCED MULTI-STRATEGY INCOME MANAGED ACCOUNTS PORTFOLIO C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO, IL 60606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24086 | $12,647.45* | No Liability Claim |
| 11 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31045 | Undetermined | No Liability Claim |
| 12 | URUGRAIN S.A. C/O SEWARD & KISSEL LLP ATTN: RONALD L COHEN ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 33308 | $115,793.04* | No Liability Claim |
| 13 | URUGRAIN S.A. C/O SEWARD & KISSEL LLP ATTN: RONALD L COHEN ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/18/2009 | 33316 | $115,793.04* | No Liability Claim |
| | | | | | TOTAL | $2,049,683.53 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 204: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-1 C/O RICHARD C. PEDONE, ESQ AND AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18470 | Undetermined | No Liability Claim |
| 2 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-1 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON, MA 02110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18471 | Undetermined | No Liability Claim |
| 3 | PENN MUTUAL LIFE INSURANCE COMPANY ATTN: JOSHUA MYERS 600 DRESHER ROAD, C1A HORSHAM, PA 19044 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23555 | $30,545,128.03* | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 204: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | WELLS FARGO BANK, NA AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004- 20 ATTN: MARY SOHLBERG MAC N9311- 161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25704 | $2,876.93* | No Liability Claim |
| | | | | | TOTAL | $30,548,004.96 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts