# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 189: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN HOME MORTGAGE INVESTMENT CORP.<br>C/O PATRICK A. JACKSON<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/18/2009 | 16292 | $18,000,000.00* | No Liability Claim |
| 2 | CSP II USIS HOLDINGS L.P.<br>C/O THE CARLYLE GROUP<br>ATTN: J. BECZAK<br>520 MADISON AVENUE, 39TH FLOOR<br>NEW YORK, NY 10022 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/18/2009 | 16197 | $14,629,908.16 | No Liability Claim |
| 3 | DRAKE LOW VOLATILITY MASTER FUND, LTD., THE<br>ATTN: STEVEN LUTTRELL<br>954 LEXINGTON AVE #149<br>NEW YORK, NY 10021-5055 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 07/09/2009 | 5232 | $2,039,100.70* | No Liability Claim |
| 4 | DRAKE OFFSHORE MASTER FUND, LTD, THE<br>ATTN: STEVEN LUTTRELL<br>954 LEXINGTON AVE #149<br>NEW YORK, NY 10021-5055 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 07/09/2009 | 5230 | $14,072,725.86* | No Liability Claim |
| 5 | LYXOR ASSET MANAGEMENT S.A. AS SUB-MANAGER OF THE LYXOR/ELLINGTON FUND LIMITED<br>ATTN: EMILIEN SIMOES<br>TOURS SOCIETE GENERALE<br>17 COURS VALMY<br>PARIS - LA DEFENSE CEDEX, 92987<br>FRANCE | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/21/2009 | 26240 | $11,227,001.80* | No Liability Claim |

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 189: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | POPULAR SECURITIES INC.<br>C/O K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ. AND<br>ERIC T. MOSER, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/21/2009 | 22161 | $146,739.20 | No Liability Claim |
| | | | | | TOTAL | $60,115,475.72 | |

# EXHIBIT 2

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 189: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL ROAD, SUITE 800 DALLAS, TX 75240 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 03/02/2009 | 3136 | $327,021.70 | No Liability Claim |
| 2 | ICP STRUCTURED CREDIT INCOME MASTER FUND LTD C/O INSTITUTIONAL CREDIT PARTNERS LLC ATTN: PETER W GAUDET, CHIEF OPERATING OFFICER 360 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10017 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 32518 | $7,843,471.56* | No Liability Claim |
| 3 | MARQUETTE FINANCIAL COMPANIES C/O KATHI ROGERS 60 SOUTH SIXTH STREET, SUITE 3900 MINNEAPOLIS, MN 55402 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/21/2009 | 22949 | $392,038.00 | No Liability Claim |
| | | | | | TOTAL | $8,562,531.26 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts