# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NORDIC INVESTMENT BANK<br>HEIKII CANTELL<br>GENERAL COUNSEL &<br>LARS EIBELHOLM, VP<br>FABIANINKATU 34<br>P.O. BOX 249<br>HELSINKI, FI-00171<br>FINLAND | 14272 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,608,049.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,650,000.00 |
| 2 | NORDIC INVESTMENT BANK<br>HEIKII CANTELL<br>GENERAL COUNSEL &<br>LARS EIBELHOLM, VP<br>FABIANINKATU 34<br>P.O. BOX 249<br>HELSINKI, FI-00171<br>FINLAND | 14273 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,611,947.96 | Lehman Brothers Special Financing Inc. | Unsecured | $1,650,000.00 |
| | | | | | TOTAL | $5,219,996.96 | | TOTAL | $3,300,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts