# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 162: EXHIBIT 1 – VALUED DERIVATIVES CLAIM**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK, NA AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007- 5 SUPPLEMENTAL INTEREST TRUST ATTN: MARY SOHLBERG MAC N9311- 161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 25702 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $203,329.93* | Lehman Brothers Special Financing Inc. | Unsecured | $202,399.43 |
| 2 | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2008-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS, MN 55479 | 24770 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $821,505.43 | Lehman Brothers Special Financing Inc. | Unsecured | $453,353.81 |
| | | | | | TOTAL | $1,024,835.36 | | TOTAL | $655,753.24 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1