# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 192: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM CLASS | ASSERTED CLAIM AMOUNT | ALLOWED PORTION OF CLAIM CLASS | ALLOWED PORTION OF CLAIM AMOUNT | UNRESOLVED PORTION OF CLAIM CLASS | UNRESOLVED PORTION OF CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CONSOLIDATED EDISON PENSION PLANS MASTER TRUST<br>CONSOLIDATE EDISON COMPANY OF NEW YORK, INC<br>ATTN: KRISTINA MATWIJEC<br>4 IRVING PLACE, 2ND FLOOR WEST<br>NEW YORK, NY 10003 | 15605 | Lehman Brothers Holdings Inc. | Unsecured | $256,258.23 | Unsecured | $51,219.67 | Unsecured | $205,038.56 |
| 2 | PIMCO CAYMAN GLOBAL HIGH INCOME FUND (#2764)<br>PIMCO CAYMAN TRUST<br>ATTN: SCOTT CARNACHAN<br>BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330<br>GEORGETOWN,<br>CAYMAN ISLANDS | 22271 | Lehman Brothers Holdings Inc. | Unsecured | $1,920,353.73 | Unsecured | $1,217,590.02 | Unsecured | $702,763.71 |
| 3 | STICHTING BEWAARDER ZORGFONDS UVIT<br>DE RUYTERKADE 6-I<br>AMSTERDAM, 1013 AA<br>NETHERLANDS | 43530 | Lehman Brothers Holdings Inc. | Unsecured | $140,029.00 | Unsecured | $6,089.33 | Unsecured | $133,939.67 |
| | TOTAL | | | | $2,316,640.96 | | $1,274,899.02 | | $1,041,741.94 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 192: EXHIBIT 2 – PARTIALLY SETTLED GUARANTEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 1 | RED RIVER HYPI, L.P. (#2603) ATTN: RICHARD LEBRUN 840 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 22276 | Lehman Brothers Holdings Inc. | Unsecured | $507,000.00 | Unsecured | $0.00 | Unsecured | $507,000.00 |
| | TRANSFERRED TO: JPMORGAN CHASE BANK, N.A. TRANSFEROR: RED RIVER HYPI, L.P. (#2603) ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAIL CODE: NY1-A436 NEW YORK, NY 10005 | | | Unsecured | $1,419,432.37 | Unsecured | $1,419,432.37 | Unsecured | $0.00 |
| | | | TOTAL | | $1,926,432.37 | | $1,419,432.37 | | $507,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1