Hearing Date and Time: December 6, 2011, at 10:00 a.m. (New York time)
Objection and Response Deadline: November 4, 2011, at 4:00 p.m. (New York time)

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
Walter Stuart
Patrick Oh

Attorneys for Deutsche Bundesbank

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,<br><br>Debtors. | **Chapter 11 Case No.**<br><br>**08-13555 (JMP)**<br><br>**(Jointly Administered)** |

**STATEMENT OF DEUTSCHE BUNDESBANK**
**IN SUPPORT OF CONFIRMATION**

Deutsche Bundesbank submits this statement (the "Statement") in support of the confirmation of the Third Amended Joint Chapter 11 Plan (the "Joint Plan") of Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliated debtors (the "Debtors") dated September 1, 2011, filed as an exhibit to Disclosure Statement filed September 1, 2011 [ECF No. 19629], as approved by Order of the Court dated September 1, 2011 [ECF No. 19631], as modified and further approved by Order of the Court dated September 15, 2011 [ECF No. 20016] (the "Disclosure Statement"), as follows:

**Statement Supporting Disclosure Statement Approval**

1.    Deutsche Bundesbank is an unsecured creditor of LBHI.  Deutsche Bundesbank and the Debtors have entered into a Settlement Agreement dated as of October 11, 2011 (the "Settlement Agreement").

2. The Settlement Agreement will be included in a Plan Supplement, as contemplated by Section 6.5(j) of the Joint Plan.

3. In accordance with Section 4.2(c) of the Settlement Agreement and subject to its terms and conditions, Deutsche Bundesbank supports confirmation of the Joint Plan and consummation in accordance with its terms. Deutsche Bundesbank reserves all rights and remedies under the Settlement Agreement.

## Conclusion

WHEREFORE, Deutsche Bundesbank respectfully requests that the Court confirm the Joint Plan.

Dated: New York, New York
October 28, 2011

FRESHFIELDS BRUCKHAUS DERINGER US LLP,

By: */s/ Walter Stuart*
Walter Stuart
Patrick Oh
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for Deutsche Bundesbank*