# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 3 TIER TECHNOLOGY INC<br>16 WEST 32ND ST SUITE 508<br>NEW YORK, NY 10001 | | | 09/29/2008 | 45 | $10,000.00 | No Debtor Claim |
| 2 | AGILE GROUP LLCA/C<br>AGILENEXUS MULTI<br>STRATEGYFUND L<br>ATTN: JOHN F NEAL<br>AGILE NEXUS MULTI-STRATEGY<br>FUND LP<br>4909 PEARL EAST CIRCLE<br>SUITE 100<br>BOULDER, CO 80301 | | | 09/21/2009 | 26276 | $3,301,617.65 | No Debtor Claim |
| 3 | ALTMAN-HINES CHAUFFEURED<br>LIMOUSINES &<br>SEDANS, INC.<br>2340 N. TALMAN AVE.<br>CHICAGO, IL 60647 | | | 01/12/2009 | 1678 | $1,169.10 | No Debtor Claim |
| 4 | ARCHON BAY CAPITAL, LLC<br>TRANSFEROR: COMPLETE COPY<br>SYSTEMS<br>ATTN: CLAIMS PROCESSING DEPT<br>PO BOX 14610<br>SURFSIDE BEACH, SC 29587 | | | 08/14/2009 | 8283 | $9,810.00 | No Debtor Claim |
| 5 | AUSTIN, RICHARD J<br>LYGON COTTAGE BUTE AVENUE<br>ICHMOND<br>SURREY, TW107AX<br>UNITED KINGDOM | | | 09/17/2009 | 15529 | $160,000.00* | No Debtor Claim |
| 6 | BENINCASA, RITA<br>69-10 108TH STREET<br>APT. 8B<br>FOREST HILLS, NY 11375 | | | 09/18/2009 | 18321 | $15,975.81 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BENNETT, HERBERT W. BENNETT TRUST W 6750 STATE ROAD 29 RIVER FALLS, WI 54022-4515 | | | 08/28/2009 | 9716 | Undetermined | No Debtor Claim |
| 8 | BROADBENT, WILLIAM 75 PECKSLAND ROAD GREENWICH, CT 06831 | | | 09/14/2009 | 12194 | $44,217.84 | No Debtor Claim |
| 9 | BURKE, WILLIAM 7 BLUE HERON DR STATEN ISLAND, NY 10312 | | | 09/22/2009 | 28574 | $94,350.00 | No Debtor Claim |
| 10 | BYNOE, HEATHER 278 STORER AVE NEW ROCHELLE, NY | | | 09/10/2009 | 11288 | $16,000.00 | No Debtor Claim |
| 11 | CACCAVELLI, MARC 507 STURBRIDGE COURT FLEMINGTON, NJ 08822 | | | 07/20/2009 | 5609 | $2,215.00 | No Debtor Claim |
| 12 | CAFFREY, BRIAN J. 11 JENNIFER DR HOLMDEL, NJ 07733 | | | 09/16/2009 | 13381 | $12,000.00 | No Debtor Claim |
| 13 | CARRON, ADAM 249 W 21ST ST APT 1R NEW YORK, NY 10011-3159 | | | 09/18/2009 | 17713 | $1,611.90 | No Debtor Claim |
| 14 | CASEY CONCRETE CO P.O. BOX 1815 RIFLE, CO 81650 | | | 09/22/2009 | 31761 | $103,472.24 | No Debtor Claim |
| 15 | CAUSEY DEMGEN & MOORE INC 1801 CALIFORNIA ST., STE#4650 DENVER, CO 80202 | | | 07/28/2009 | 6515 | $1,604.24 | No Debtor Claim |
| 16 | CELLULAR ACCESSORIES FOR LESS 2110 ARTESIA BLVD., SUITE B707 REDONDO BEACH, CA 90278 | | | 07/20/2009 | 5607 | $507.60 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | CHEESE PLEASE, INC.<br>211 12TH AVENUE<br>SAN MATEO, CA 94402 | | | 09/14/2009 | 12265 | $2,063.88 | No Debtor Claim |
| 18 | CIMAGLIA, ANTHONY M<br>9 HIGHLAND ROAD<br>STATEN ISLAND, NY 10308-2940 | | | 09/22/2009 | 31348 | $70,000.00 | No Debtor Claim |
| 19 | CIRCUS SPACE, THE<br>CORONET STREET<br>LONDON, N1 6HD<br>UNITED KINGDOM | | | 08/21/2009 | 8974 | $1,265.83 | No Debtor Claim |
| 20 | CITY OF OAKLAND AND<br>OAKLAND REDEVELOPMENT<br>AGENCY<br>ATTN: JOHN A RUSSO, CITY<br>ATTORNEY- SBN 129729<br>BARBARA J. PARKER, CHIEF<br>ASSIST. CITY ATTY- SBN 069722<br>SUSAN H. MOSK, DEPUTY CITY<br>ATTORNEY- SBN 148410<br>ONE FRANK H. OGAWA PLAZA,<br>6TH FLOOR<br>OAKLAND, CA 94612 | | | 09/18/2009 | 18674 | $13,404,000.00* | No Debtor Claim |
| 21 | CLASSIC TICKET SERVICE INC<br>111 W JACKSON BLVD.<br>CHICAGO, IL 60604 | | | 09/21/2009 | 24705 | $58,532.71 | No Debtor Claim |
| 22 | COLLACCHIO, BERNARD D. AND<br>GRACE J.<br>AS TRUSTEES OF THE<br>COLLARCHIO TRUST DATE 03/10/97<br>9316 JANUARY DRIVE<br>LAS VEGAS, NV 89134 | | | 08/03/2009 | 7203 | $147,698.32 | No Debtor Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | CONLEY, ELIZABETH A.<br>20 VINCENT STREET<br>CAMBRIDGE, MA 02140 | | | 07/20/2009 | 5599 | $2,000.00 | No Debtor Claim |
| 24 | COOPERHALL PRESS INC<br>C/O FREDERICK KANTOR &<br>COMPANY<br>1212 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-1602 | | | 09/04/2009 | 10469 | $25,000.00 | No Debtor Claim |
| 25 | COPIER PLUS<br>16830 OAKMONT AVENUE<br>GAITHERSBURG, MD 20877 | | | 09/21/2009 | 25514 | $570.94 | No Debtor Claim |
| 26 | COR-O-VAN<br>DEPARTMENT 2638<br>LOS ANGELES, CA 90084-2638 | | | 08/17/2009 | 8493 | $249.82 | No Debtor Claim |
| 27 | COWEN AND COMPANY, LLC<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | | | 09/15/2009 | 12840 | $94,280.00 | No Debtor Claim |
| 28 | CREATING OPPORTUNITIES FOR<br>WOMEN INC<br>405 94TH STREET<br>SUITE 712<br>OAKLAND, CA 94612 | | | 09/22/2009 | 31380 | $250.00 | No Debtor Claim |
| 29 | CREATING OPPORTUNITIES FOR<br>WOMEN INC<br>405 14TH STREET<br>SUITE 712<br>OAKLAND, CA 94612 | | | 09/22/2009 | 31381 | $375.00 | No Debtor Claim |
| 30 | CSW ASSOCIATES INC<br>74 STONY HILL RD UNIT 2<br>BETHEL, CT 06801-3036 | | | 08/06/2009 | 7531 | $26,818.75 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | DAICHI JAPAN CORPORATION ROOM 212 2/F METRO CENTRE 1 32 LAM KING STREET KOWLOON BAY KOWLOON, HONG KONG | | | 09/22/2009 | 33218 | $1,050,000.00 | No Debtor Claim |
| 32 | DALLARIS, EMILY 62 LINCOLN ROAD MONROE, NY 10950 | | | 09/22/2009 | 29893 | Undetermined | No Debtor Claim |
| 33 | DANNY THOMPSON MEMORIAL LEUKEMIA FOUNDATION PO BOX 232 SUN VALLEY, ID 83353 | | | 09/15/2009 | 12954 | $4,000.00 | No Debtor Claim |
| 34 | DE GAGLIA, THOMAS 34 CEDAR LANE BELLE MEAD, NJ 08502 | | | 09/22/2009 | 31659 | Undetermined | No Debtor Claim |
| 35 | DEFLIN, BRADFORD A. 4600 N OCEAN DR APT 1003 SINGER ISLAND, FL 33404-2677 | | | 09/22/2009 | 30725 | $131,384.00 | No Debtor Claim |
| 36 | DERIVATIVE SERVICES LLP ATTN: KEN PLAYFORD ONE BISHOPS SQUARE LONDON, E1 6AO UNITED KINGDOM | | | 09/18/2009 | 18641 | $258,279.28 | No Debtor Claim |
| 37 | DERRICH, JONATHAN 19 LINDEN STREET GARDEN CITY, NY 11530 | | | 09/22/2009 | 27627 | $7,654.00 | No Debtor Claim |
| 38 | DIAMOND CARPETS INC DBA ABBEY CARPET 2571 HWY 6& 50 GRAND JUNCTION, CO 81501 | | | 09/17/2009 | 15242 | $40,433.76 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | DIMOULAS, LISA<br>233 MADISON ROAD<br>SCARSDALE, NY 10583 | | | 09/22/2009 | 30628 | $204,010.00 | No Debtor Claim |
| 40 | DOLBY, JACQUELINE<br>18 MULBERRY HILL<br>SHENFIELD<br>ESSEX<br>BRENTWOOD, CM15 8JS<br>UNITED KINGDOM | | | 09/16/2009 | 13978 | $118,800.00 | No Debtor Claim |
| 41 | DOLBY,JACQUELINE<br>18 MULBERRY HILL<br>SHENFIELD<br>BRENTWOOD, ESSEX, CM15 8JS<br>UNITED KINGDOM | | | 09/16/2009 | 13977 | $87,615.00 | No Debtor Claim |
| 42 | DRAKE, JAMES R JR.<br>20 TRACEY DRIVE<br>LAWRENCEVILLE, NJ 08648 | | | 09/14/2009 | 12161 | $36,639.00 | No Debtor Claim |
| 43 | DURRANT, SHARON<br>14 WHITMORE CRESCENT<br>CHELMSFORD, ESSEX, CM26YN<br>UNITED KINGDOM | | | 09/08/2009 | 10637 | $3,045.00 | No Debtor Claim |
| 44 | ECHTERMANN, HEIDEMARIE U.<br>203 HEIGHTS LN<br>TENAFLY, NJ 07670-2333 | | | 09/22/2009 | 28586 | $200,000.00 | No Debtor Claim |
| 45 | ESTAPHAN, CHRISTOPHER S.<br>FARADAY HOUSE<br>FLAT 11<br>20 BLANDFORD ST<br>LONDON, GT LON, W1U 4BY<br>UNITED KINGDOM | | | 09/14/2009 | 12051 | $84,492.92 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|------|------|------|------|------|------|
| 46  EXPAND CONSULTING, INC. ATTN RAZA HUSSAIN & MICHAEL ALDRIDGE 330 MADISON AVE 6TH FL NEW YORK, NY 10017 | | | 09/25/2008 | 22 | $66,000.00 | No Debtor Claim |
| 47  F&G MECHANICAL CORP 348 NEW COUNTRY ROAD SECAUCUS, NJ 07094 | | | 07/16/2009 | 5407 | $5,258.47 | No Debtor Claim |
| 48  FADELICI, JOANN 57 THIRD AVENUE NEPTUNE, NJ 07753 | | | 09/18/2009 | 18664 | $47,727.00 | No Debtor Claim |
| 49  FANG, CYNTHIA T 400 BEALE STREET APT 1106 SAN FRANCISCO, CA 94105 | | | 07/16/2009 | 5464 | $180.58 | No Debtor Claim |
| 50  FASTSIGNS 1424 N. BATTLEFIELD BLVD. CHESAPEAKE, VA 23320 | | | 07/23/2009 | 5958 | $2,748.81 | No Debtor Claim |
| 51  FBN SECURITIES, INC. 14 WALL STREET, 30TH FLOOR NEW YORK, NY 10005 | | | 07/30/2009 | 7305 | $10,500.00 | No Debtor Claim |
| 52  FINANCIAL INVESTMENTS ASSOCIATES LP 44 COCOANUT ROW SUITE T1-T2 PALM BEACH, FL 33480-4069 | | | 09/21/2009 | 24127 | $1,200,000.00 | No Debtor Claim |
| 53  FISERV LENDING SOLUTIONS ATTN KEVIN BEDNARZ 27 INWOOD RD ROCKY HILL, CT 06067 | | | 10/23/2008 | 348 | $14,145.00 | No Debtor Claim |
| 54  FISHER HARRIS SHAPIRO INC 880 THIRD AVENUE NEW YORK, NY 10022 | | | 08/20/2009 | 8797 | $7,692.45 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | GARLINGTON, LOHN & ROBINSON, PLLP 199 WEST PINE P.O. BOX 7909 MISSOULA, MT 59807-7909 | | | 07/31/2009 | 6918 | $3,005.41 | No Debtor Claim |
| 56 | GENIRS, KEVIN R. 411 WEST END AVE APARTMENT 7A NEW YORK, NY 10024 | | | 09/22/2009 | 28479 | $155,069.00 | No Debtor Claim |
| 57 | GEOMACRO CONSULTING 89 HEADQUARTERS PLZ, STE 313 MORRISTOWN, NJ 079606834 | | | 07/27/2009 | 6455 | $93,079.37 | No Debtor Claim |
| 58 | GLOBAL CROSSING COMMUNICACOES DO BRASIL AV EID MANSUR 666-CEP06708-070 PQ SAO CNPJ:72843212000141 GEORGE COTIA SP BRAZIL, BRAZIL | | | 09/04/2009 | 10397 | $46,000.70 | No Debtor Claim |
| 59 | GLOBAL REALTY OUTSOURCING, INC. P.O. BOX 18932 NEWARK, NJ 07191-8932 | | | 07/27/2009 | 6271 | $6,700.00 | No Debtor Claim |
| 60 | GOAL FINANCIAL, LLC 1229 KING STEET SUITE 300 ALEXANDRIA, VA 22314 | | | 09/21/2009 | 33492 | $8,295.03 | No Debtor Claim |
| 61 | GREEN THUMB INTERIORS 924 AUSSIE AVENUE SANTA ROSA, CA 95407 | | | 07/27/2009 | 6444 | $1,183.00 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | GST TRUST U/ART 4TH U/W RICHARD H. DARSKY C/O JUDITH H. DARSKY, TRUSTEE 4 BRIAR DELL CIRCLE LARCHMONT, NY 10538 | | | 09/22/2009 | 34321 | Undetermined | No Debtor Claim |
| 63 | GST TRUST U/ART 4TH U/W RICHARD H. DARSKY C/O JUDITH H. DARSKY, TRUSTEE 4 BRIAR DELL CIRCLE LARCHMONT, NY 10538 | | | 09/22/2009 | 34322 | Undetermined | No Debtor Claim |
| 64 | GST TRUST U/ART 4TH U/W RICHARD H. DARSKY C/O JUDITH H. DARSKY, TRUSTEE 4 BRIAR DELL CIRCLE LARCHMONT, NY 10538 | | | 09/22/2009 | 34323 | Undetermined | No Debtor Claim |
| 65 | GST TRUST U/ART 4TH U/W RICHARD H. DARSKY C/O JUDITH H. DARSKY, TRUSTEE 4 BRIAR DELL CIRCLE LARCHMONT, NY 10538 | | | 09/22/2009 | 34324 | Undetermined | No Debtor Claim |
| 66 | HAIN CAPITAL HOLDINGS, LTD TRANSFEROR: ROUBINI GLOBAL ECONOMICS ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ 07070 | | | 07/17/2009 | 5501 | $67,931.25 | No Debtor Claim |
| 67 | HART, PATRICK J. 624 8TH AVENUE NEW HYDE PARK, NY 11040 | | | 09/22/2009 | 27626 | $7,462.00 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | HASAN, TAMARA<br>96 LOUDOUN ROAD<br>ST JOHNS WOOD<br>LONDON, NW8 ONP<br>UNITED KINGDOM | | | 09/21/2009 | 24325 | Undetermined | No Debtor Claim |
| 69 | HOCHFELD INDEPENDENT RESEARCH GROUP<br>245 PARK AVENUE- 24TH FLOOR<br>ATTN: MARTIN SCHUTZ<br>NEW YORK, NY 10167 | | | 09/14/2009 | 12339 | $5,000.00 | No Debtor Claim |
| 70 | HOMER & BONNER PA<br>1441 BRICKWELL AVENUE, SUITE 1200<br>MIAMI, FL 33131 | | | 09/22/2009 | 29660 | $2,507,526.00 | No Debtor Claim |
| 71 | HONG, JOONKEE<br>38C, TOWER 2, CENTRESTAGE<br>108 HOLLYWOOD ROAD<br>SHEUNG WAN<br>HONG KONG,<br>CHINA | | | 05/21/2009 | 4477 | $47,600.00 | No Debtor Claim |
| 72 | IKEMORI, TAKEO<br>3-12-16-402<br>TAKANAWA<br>13<br>MINATO-KU, 108-0074<br>JAPAN | | | 09/17/2009 | 15082 | $6,364.00 | No Debtor Claim |
| 73 | INDIAN INSTITUTE OF MANAGEMENT, AHMEDABAD<br>VASTRAPUR<br>AHMEDABAD<br>, GJ 380015<br>INDIA | | | 08/10/2009 | 8244 | $63,202.00 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 74 | J DAVIS MARKING SYSTEMS ATTN: ANNE AND MICHAEL HAWKS P.O. BOX 669 MAQUOKETA, IA 52060 | | | 08/24/2009 | 9056 | $2,099.85 | No Debtor Claim |
| 75 | JACKSON LEWIS SCHNITZLER & KRUPMAN ATTN: ANNE KRUPMAN 1 NORTH BROADWAY WHITE PLAINS, NY 10601 | | | 07/22/2009 | 6156 | $6,008.03 | No Debtor Claim |
| 76 | JONES LANG LASALLE SP. Z O.O. UL. KROLEWSKA 16 WARSZAWA, 00103 POLAND | | | 07/17/2009 | 5514 | $9,709.96 | No Debtor Claim |
| 77 | KELLYS THE FLOWER & GIFT SHOP 175 W JACKSON INSURANCE EXCHANGE BLDG CHICAGO, IL 60604 | | | 08/10/2009 | 7881 | $764.19 | No Debtor Claim |
| 78 | KETTLE, GRAHAM F. 17 MORDEN CLOSE BERKS BRACKNELL, RG12 9RZ UNITED KINGDOM | | | 09/15/2009 | 12814 | $6,187.50 | No Debtor Claim |
| 79 | KOGAN, SPENCER 7 KNOLL ROAD PORT WASHINGTON, NY 11050 | | | 09/21/2009 | 24395 | $258,448.00 | No Debtor Claim |
| 80 | KRAVETZ, LARRY J 181 HAVILAND RD STAMFORD, CT 06903 | | | 09/22/2009 | 27318 | $28,005.00 | No Debtor Claim |
| 81 | KRAVETZ, LARRY J 181 HAVILAND RD STAMFORD, CT 06903 | | | 09/22/2009 | 27320 | $620,274.00 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 82 KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14333 | $28.00 | No Debtor Claim |
| 83 KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14334 | $67,650.00 | No Debtor Claim |
| 84 KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14335 | $181,451.00 | No Debtor Claim |
| 85 KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14336 | $103,812.00 | No Debtor Claim |
| 86 KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14337 | $3,202.00 | No Debtor Claim |
| 87 KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14338 | $1,016.00 | No Debtor Claim |
| 88 KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14339 | $5,122.00 | No Debtor Claim |
| 89 KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14340 | $35,542.00 | No Debtor Claim |
| 90 KRUEGER, HARVEY M.<br>150 E. 69TH STREET, # 4K<br>NEW YORK, NY 10021 | | | 09/16/2009 | 14341 | $15,917.00 | No Debtor Claim |
| 91 KRUGEL, ROBERT J.<br>79 VALLEY LANE<br>CHAPPAQUA, NY 10514 | | | 09/16/2009 | 13971 | $75,000.00 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 92 LAZARD & CO. LTD.<br>50 STRATTON STREET,<br>LONDON, W1J 8LL<br>UNITED KINGDOM | | | 07/24/2009 | 6046 | $4,540.38 | No Debtor Claim |
| 93 LECEWICZ, JOANNA<br>305 W 28TH ST APT 12D<br>NEW YORK, NY 10001 | | | 09/22/2009 | 28620 | $52,500.00 | No Debtor Claim |
| 94 LEHMAN III, JACK H.<br>535 PARK AVENUE<br>NEW YORK, NY 10065 | | | 09/15/2009 | 12730 | $962.00* | No Debtor Claim |
| 95 LEHMAN, JACK<br>535 PARK AVENUE<br>NEW YORK, NY 10065 | | | 09/15/2009 | 12731 | $5,500.00* | No Debtor Claim |
| 96 LEO, DOUGLAS S<br>19 BEAUMONT DR.<br>PLAINVIEW, NY 11803-2507 | | | 09/18/2009 | 19213 | $106,952.00 | No Debtor Claim |
| 97 LESTER, HOWARD & PATRICIA<br>7 VIA LOS INCAS<br>PALM BEACH, FL 33480 | | | 09/21/2009 | 24128 | $625,000.00 | No Debtor Claim |
| 98 LINKS OF LONDON<br>295 MADISON AVENUE<br>41ST FLOOR<br>NEW YORK, NY 10017 | | | 08/13/2009 | 8185 | $13,200.08 | No Debtor Claim |
| 99 LOEWS CORPORATION<br>655 MADISON AVENUE<br>NEW YORK, NY 10021 | | | 07/16/2009 | 5452 | $30,631.72 | No Debtor Claim |
| 100 LUCAS,ROSE<br>17 MAINRIDGE ROAD<br>CHISLEHURST, KENT, BR7 6DN<br>UNITED KINGDOM | | | 07/17/2009 | 5573 | Undetermined | No Debtor Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 101 MAGNO SOUND, INC.<br>729 SEVENTH AVENUE<br>2ND FLOOR<br>NEW YORK, NY 10019 | | | 07/14/2009 | 5325 | $596.06 | No Debtor Claim |
| 102 MAY, MR. SIEGFRIED<br>KATHE-VOLLATH-WEG 3<br>EICHENAU, 82223<br>GERMANY | | | 09/18/2009 | 19321 | $1,100.00* | No Debtor Claim |
| 103 MAYER, JUDITH<br>39 PARK ST.<br>TENAFLY, NJ 07670 | | | 01/30/2009 | 2216 | $20,098.00 | No Debtor Claim |
| 104 MC GUINN, EDWIN JR.<br>20 COBB ISLAND DR.<br>GREENWICH, CT 06830 | | | 09/16/2009 | 13287 | $3,202.00 | No Debtor Claim |
| 105 MCGIBBON, DR. SHAUNA<br>32 RUTLAND ROAD<br>WEST BRIDGEFORD,<br>NOTTINGHILL, NG2 SDG<br>UNITED KINGDOM | | | 06/26/2009 | 5000 | $0.00 | No Debtor Claim |
| 106 MCGUINN, EDWIN J. JR.<br>20 COBB ISLAND DR.<br>GREENWICH, CT 06830 | | | 09/16/2009 | 13285 | $1,016.00 | No Debtor Claim |
| 107 MCLAGAN PARTNERS INC<br>LLOYDS CHAMBERS<br>1 PORTSOKEN STREET, 5TH FLOOR<br>LONDON, E1 8BT<br>UNITED KINGDOM | | | 07/22/2009 | 5882 | $65,000.00 | No Debtor Claim |
| 108 MEDEA CREEK MIDDLE SCHOOL<br>PTA<br>1002 DOUBLETREET ROAD<br>OAK PARK, CA 91377 | | | 09/08/2009 | 10833 | $250.00 | No Debtor Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 109 MERGENT INC<br>477 MADISON AVE STE 410<br>NEW YORK, NY 100225818 | | | 08/17/2009 | 8372 | $1,074.00 | No Debtor Claim |
| 110 MEYERS, MICHAEL<br>10 NORTHERN AVENUE<br>BRONXVILLE, NY 10708 | | | 09/22/2009 | 29198 | $100,000.00 | No Debtor Claim |
| 111 MILLBROOK SCHOOL<br>131 MILLBROOK SCHOOL ROAD<br>MILLBROOK, NY 12545 | | | 08/12/2009 | 8070 | $300.00 | No Debtor Claim |
| 112 MINKEY,STEFAN<br>28 HARPER CLOSE<br>CHAFFORD HUNDRED<br>GRAYS, ESSEX, RM16 6DA<br>UNITED KINGDOM | | | 08/12/2009 | 8078 | $887.88* | No Debtor Claim |
| 113 MISCHLER, VINCENT<br>48 THURLEIGH ROAD<br>LONDON, SW12 8UD<br>UNITED KINGDOM | | | 09/22/2009 | 32555 | $25,918.46 | No Debtor Claim |
| 114 MISCHLER, VINCENT<br>48 THURLEIGH ROAD<br>LONDON, SW12 8UD<br>UNITED KINGDOM | | | 09/22/2009 | 32556 | $158,312.17 | No Debtor Claim |
| 115 MISCHLER, VINCENT<br>48 THURLEIGH ROAD<br>LONDON, SW12 8UD<br>UNITED KINGDOM | | | 09/22/2009 | 32558 | $5,000.00 | No Debtor Claim |
| 116 MONRAD, EDWARD<br>1818 1ST ST.<br>SEATTLE, WA 98119 | | | 07/17/2009 | 5528 | $148.07 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 117 | MORDESOVICH, RICHARD<br>268 BUSH STREET<br>#3820<br>SAN FRANCISCO, CA 94104 | | | 08/10/2009 | 7766 | $95,000.00 | No Debtor Claim |
| 118 | MORICE, CHRIS<br>1862 KILMORY DRIVE<br>FLORISSANT, MO 63031 | | | 09/21/2009 | 33118 | $18,707.24 | No Debtor Claim |
| 119 | MOTLEY, SEAN P.<br>18 SHAW DRIVE<br>MERRICK, NY 11566 | | | 09/22/2009 | 34269 | $608.65 | No Debtor Claim |
| 120 | NADIG, BALU S.<br>38 PONDEROSA LANE<br>OLD BRIDGE, NJ 08857 | | | 09/22/2009 | 28559 | $70,000.00 | No Debtor Claim |
| 121 | NAGY-KOPPANY UGYVEDI IRODA<br>K&P ATTORNEYS AT LAW<br>ÜGYVÉDI IRODA<br>VIGADÓ U. 2. MAHART HÁZ 6.EM<br>BUDAPEST, 1051<br>HUNGARY | | | 08/10/2009 | 7803 | $3,933.50 | No Debtor Claim |
| 122 | NETHERLAND SEWELL &<br>ASSOCIATES INC<br>4500 THANKSGIVING TOWER<br>1601 ELM STREET, SUITE 4500<br>DALLAS, TX 75201 | | | 07/30/2009 | 6693 | $7,159.69 | No Debtor Claim |
| 123 | NETZEL,GAVIN R<br>17 DEFIANT CLOSE<br>CHATHAM, KENT, ME5 7QS<br>UNITED KINGDOM | | | 09/15/2009 | 12808 | $4,084.00 | No Debtor Claim |
| 124 | NEW YORK ROAD RUNNERS FND<br>ATTN: ROBERT L. LAUFER, VP -<br>LEGAL<br>9 EAST 89TH STREET<br>NEW YORK, NY 10128 | | | 09/21/2009 | 21402 | $550.00 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 125 | NEWMAN, RICHARD J. NEW YORK STOCK EXCHANGE 50 BROADWAY, SUITE 1600 NEW YORK, NY | | | 09/18/2009 | 17327 | $70,000.00 | No Debtor Claim |
| 126 | NICKLAS, RICHARD P. 16 STRATFORD ROAD SCARSDALE, NY 10583 | | | 09/22/2009 | 31871 | $126,805.00 | No Debtor Claim |
| 127 | NOLAN, MARTIN J. THREE CHIMNEYS GRAVELLY HILL CATERHAM SURREY, CR3 6ES UNITED KINGDOM | | | 09/15/2009 | 12818 | $5,562.43 | No Debtor Claim |
| 128 | OCALLAGHAN, COLLEEN A. 45 EAST 80TH STREET APARTMENT 17A NEW YORK, NY 10075 | | | 09/22/2009 | 33031 | $51,690.00 | No Debtor Claim |
| 129 | OFFICE OF THE SECRETARY OF STATE, SECURITIES DEPARTMENT 69 W. WASHINGTON STREET, SUITE 1220 CHICAGO, IL | | | 07/30/2009 | 6682 | $14,766.28 | No Debtor Claim |
| 130 | OPTIMA MUHENDISLIK TAAHHUT FULYA MAHALLESI ALI SAMI YEN SOKAK MUHADDISOGLU IS HANI NO 2 KAT 6 GAYRETTEPE ISTANBUL, TURKEY | | | 08/19/2009 | 8724 | $13,437.77 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 131 | PANAGEAS, SOTIRIOS S. A/K/A SAM<br>126 SILVER SPRING RD.<br>RIDGEFIELD, CT 06877 | | | 02/02/2009 | 2458 | $150,000.00 | No Debtor Claim |
| 132 | PEDLEY, DANIELA<br>454 IRIS ST<br>REDWOOD CITY, CA 94062 | | | 09/22/2009 | 31773 | $182,000.00 | No Debtor Claim |
| 133 | PEEQ MEDIA LLC<br>P.O. BOX 823323<br>PHILADELPHIA, PA 19182-3323 | | | 07/21/2009 | 5804 | $23,871.53 | No Debtor Claim |
| 134 | PHILLIPS MCDOUGALL<br>SUITE 2<br>VINYARD BUSINESS CENTRE<br>SAUGHLAND<br>PATHHEAD, EH37 5XP<br>UNITED KINGDOM | | | 07/15/2009 | 5372 | $9,900.00 | No Debtor Claim |
| 135 | PLUMERI II, JOSEPH<br>455 LONG AVE.<br>FAR HILLS, NJ 07931 | | | 09/21/2009 | 22657 | $1,310.00 | No Debtor Claim |
| 136 | PLUMERI II, JOSEPH<br>455 LONG AVE.<br>FAR HILLS, NJ 07931 | | | 09/21/2009 | 22658 | $962.00 | No Debtor Claim |
| 137 | PM ASSOCIATES LP / PARKER MERIDIEN HOTEL<br>118 W 57ST<br>NEW YORK, NY 10019 | | | 07/30/2009 | 6712 | $2,806.03 | No Debtor Claim |
| 138 | POLISHCHUK, ALEXANDER<br>155, BAY 20TH STREET, APT 1C<br>BROOKLYN, NY 11214 | | | 08/06/2009 | 7463 | $4,000.00 | No Debtor Claim |
| 139 | POSTERNACK, GARY J<br>101 CENTRAL PARK WEST<br>APT # 18-A<br>NEW YORK, NY 10023 | | | 09/21/2009 | 25016 | $140,719.00 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 140  PREZIOSO, FRANK C<br>10 CITY PLACE<br>NUMBER 7B<br>WHITE PLAINS, NY 10601 | | | 09/22/2009 | 27433 | $200,000.00 | No Debtor Claim |
| 141  PRIMERICA LIFE INSURANCE CO.<br>ATTN: ALISON RAND, CFO<br>3120 BRECKINRIDGE BLVD<br>DULUTH, GA 30099 | | | 09/15/2009 | 12833 | $4,000,000.00 | No Debtor Claim |
| 142  PRINCIPAL SEARCH LTD<br>62 CORNHILL<br>LONDON, EC3V 3NH<br>UNITED KINGDOM | | | 09/10/2009 | 11362 | $200,000.00 | No Debtor Claim |
| 143  PROJECTS GROUP PLC, THE<br>TPG ACADEMY WINDSOR HOUSE<br>LODGE PLACE<br>SUTTON, SM1 4AU<br>UNITED KINGDOM | | | 07/17/2009 | 5499 | $6,904.86 | No Debtor Claim |
| 144  PURA FLO CORPORATION<br>PO BOX 690447<br>HOUSTON, TX 77269-0447 | | | 07/20/2009 | 5674 | $189.45 | No Debtor Claim |
| 145  RAMCHAND, CHULANI MADAN<br>MOHAN AND MOHAN, CHULANI<br>SUNITA MADAN<br>3 CONDUIT ROAD, BOTANI<br>TERRACE, 61<br>FL 1-2<br><br>HONG KONG | | | 09/22/2009 | 31216 | $100,000.00 | No Debtor Claim |
| 146  REILLY, BRIAN M<br>3 WESTGATE BLVD.<br>PLANDOME, NY 11030 | | | 09/21/2009 | 24972 | $47,069.00 | No Debtor Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 147  REILLY, BRIAN M<br>3 WESTGATE BLVD.<br>PLANDOME, NY 11030 | | | 09/21/2009 | 24973 | $55,632.00 | No Debtor Claim |
| 148  ROE EQUITY RESEARCH<br>PO BOX 626<br>DORSET, VT 05251 | | | 09/22/2009 | 32044 | $7,500.00 | No Debtor Claim |
| 149  ROSE, ANDREW<br>8760 WITTENWOOD COVE<br>ORLANDO, FL 32836 | | | 07/20/2009 | 5706 | $175.78 | No Debtor Claim |
| 150  SALANITRO DAVID<br>722 PINE ST<br>OMAHA, NE 68108-3739 | | | 08/06/2009 | 7559 | $2,750.00 | No Debtor Claim |
| 151  SANCIAUME, ANNE<br>CHEMIN DE BERMOUCHE 1733<br>1997 HAUTE-NENDAZ,<br>SWITZERLAND | | | 01/26/2009 | 1963 | $67.00 | No Debtor Claim |
| 152  SCHMIDT, SUSAN C.<br>10217 SORIANO STREET<br>DENTON, TX 76207 | | | 07/27/2009 | 6268 | $10,950.00 | No Debtor Claim |
| 153  SCHOOL CHOICE INTERNATIONAL INC<br>222 BLOOMINGDALE RD<br>STE 308<br>WHITE PLAINS, NY 10605-1517 | | | 08/17/2009 | 8483 | $1,500.00 | No Debtor Claim |
| 154  SCHOOL OF THE HOLY CHILD<br>2225 WESTCHESTER AVE<br>RYE, NY 10580 | | | 07/20/2009 | 5606 | $250.00 | No Debtor Claim |
| 155  SCOTT, PETRA<br>66 EAST PARK ST<br>EAST ORANGE, NJ 07017 | | | 09/22/2009 | 32276 | Undetermined | No Debtor Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 156 | SHANAHAN, JAMES M., JR. 660 BIRKDALE DRIVE FAYETTEVILLE, GA 30215-2789 | | | 09/16/2009 | 14031 | $287,811.00 | No Debtor Claim |
| 157 | SHERMAN,JOHN P. 95 EVERGREEN AVENUE RYE, NY 10580 | | | 09/22/2009 | 32033 | $1,310.00 | No Debtor Claim |
| 158 | SHRED WORKS 1601 BAYSHORE HIGHWAY, SUITE 211 BURLINGAME, CA 94010 | | | 07/16/2009 | 5463 | $739.00 | No Debtor Claim |
| 159 | SINGH, RAJ FLAT 30 ANCHORAGE POINT 42 CUBA STREET LONDON, GT LON, E14 8NE UNITED KINGDOM | | | 09/15/2009 | 12820 | $5,026.50 | No Debtor Claim |
| 160 | SIU, KIU SAKURA-ZAKA RESIDENCE #803 6-16-6 ROPPONGI, MINATO-KU TOKYO, 13 106-0032 JAPAN | | | 08/31/2009 | 9792 | $20,620.00 | No Debtor Claim |
| 161 | SIU, KIU SAKURA-ZAKA RESIDENCE #803 6-16-6 ROPPONGI, MINATO-KU 13 TOKYO, 106-0032 JAPAN | | | 08/31/2009 | 9793 | $78,881.89 | No Debtor Claim |
| 162 | SLATTERY, PADRAIG AND ITA WRENSBURY 4 BLACKHEATH GROVE CLONTARF DUBLIN 3, IRELAND | | | 10/22/2009 | 44186 | $467.29 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 163 | SOIL HORIZONS, INC. 865 CATALPA PLACE MARYSVILLE, OH 43040 | | | 08/03/2009 | 7209 | $960.00 | No Debtor Claim |
| 164 | SOLID COLOR, INC 155 AVENUE OF THE AMERICAS NEW YORK, NY 10013 | | | 07/24/2009 | 6117 | $10,943.34 | No Debtor Claim |
| 165 | STALOFF, ARNOLD 1605 MAYFLOWER LANE CHERRY HILL, NJ 08003 | | | 07/13/2009 | 5297 | $10,500.00 | No Debtor Claim |
| 166 | STERICYCLE, INC PO BOX 660168 INDIANAPOLIS, IN 46266 | | | 09/22/2009 | 33246 | $18,988.88 | No Debtor Claim |
| 167 | STRATTON, BEN 13 COLEMERNE MEWS LONDON, SW109DZ UNITED KINGDOM | | | 09/21/2009 | 24309 | $55,000.00 | No Debtor Claim |
| 168 | STUDENT SPONSOR PARTNERS 286 MADISON AVENUE SUITE 1601 NEW YORK, NY 10017 | | | 08/20/2009 | 8800 | $975.00 | No Debtor Claim |
| 169 | SUNDERWALD, DELANIE 25 BANK ST LONDON, E14 5LE UNITED KINGDOM | | | 09/21/2009 | 24176 | $10,000.00 | No Debtor Claim |
| 170 | TABENSHLAK, NELLI 3337 SEAWANE DR MERRICK, NY 11566 | | | 09/21/2009 | 24716 | $10,000.00 | No Debtor Claim |
| 171 | TAX DATA PROVIDERS 11922 S. DATE AVE JENKS, OK 74037 | | | 09/03/2009 | 10210 | $43,450.00 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 172 | TEE, YOK LEE AND JOOK KIAN BIIC 1 MARINE VISTA #06-81 NEPTUNE COURT SINGAPORE, 449025 SINGAPORE | | | 09/18/2009 | 18566 | $99,000.00 | No Debtor Claim |
| 173 | TEXAS PUBLIC POWER ASSOCIATION 701 BRAZOS SUITE 1005 AUSTIN, TX 78701 | | | 07/17/2009 | 5567 | $500.00 | No Debtor Claim |
| 174 | TIDWELL JEFF PO BOX 287 - 6357 HWY 140 MIDPINES, CA 95345 | | | 07/31/2009 | 6827 | $400.00 | No Debtor Claim |
| 175 | TMP SOLICITORS LLP 29TH FLOOR CANADA SQUARE LONDON, E14 5DY UNITED KINGDOM | | | 09/04/2009 | 10425 | $669.72 | No Debtor Claim |
| 176 | TOBRON OFFICE FURNITURE CORP 135 WEST 18TH STREET NEW YORK, NY 10011 | | | 07/10/2009 | 5579 | $7,205.40 | No Debtor Claim |
| 177 | TOPOL, CLIFFORD 92 MUCHMORE RD HARRISON, NY 10528 | | | 09/17/2009 | 15071 | $1,310.00 | No Debtor Claim |
| 178 | TOTAL FIRE PROTECTION 5322 AVE N BROOKLYN, NY 11234 | | | 07/16/2009 | 5409 | Undetermined | No Debtor Claim |
| 179 | TOTAL FIRE PROTECTION 5322 AVE N BROOKLYN, NY 11234 | | | 10/02/2008 | 82 | $203.53 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 180 TSOZIK, VADIM<br>202 AVENUE F<br>APT. F3<br>BROOKLYN, NY 11218 | | | 07/24/2009 | 6083 | $2,953.92 | No Debtor Claim |
| 181 TU, SUSAN<br>378 BLAUVELT ROAD<br>PEARL RIVER, NY 10965 | | | 09/21/2009 | 23775 | Undetermined | No Debtor Claim |
| 182 UTAH STATE TREASURER'S OFFICE<br>PO BOX 140530<br>SALT LAKE CTY, UT 84114-0530 | | | 07/20/2009 | 5721 | Undetermined | No Debtor Claim |
| 183 VILLAGE COPIER, INC.<br>C/O LAW OFFICE OF MORRIS<br>HARARY<br>16 EAST 34TH STREET, 16TH FLOOR<br>NEW YORK, NY | | | 09/22/2009 | 31211 | $29,888.95 | No Debtor Claim |
| 184 VISENTINI, JACOPO<br>1115 GRAND ST.<br>APARTMENT 5A<br>HOBOKEN, NJ 07030 | | | 09/22/2009 | 27623 | $8,000.00 | No Debtor Claim |
| 185 VOLLRATH, JANET KAY<br>259 PONY GHOST TRAIL<br>BLUE RIDGE, GA 30513 | | | 08/03/2009 | 7285 | Undetermined | No Debtor Claim |
| 186 WEBER, SETH L<br>310 TIMBER HILL DRIVE<br>MORGANVILLE, NJ 07751-1677 | | | 09/21/2009 | 21335 | $171,324.00 | No Debtor Claim |
| 187 WEST CONN MEAT CO<br>HUNTS POINT COOPERATIVE<br>BRONX, NY 10474 | | | 07/13/2009 | 5290 | $3,706.71 | No Debtor Claim |
| 188 WHEELER, KEITH<br>13 PALOMINO CIRCLE<br>NOVATO, CA 94947 | | | 09/21/2009 | 24172 | $3,938.46 | No Debtor Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 1 – NO DEBTOR CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 189 | WHITNEY, MARY<br>122 PARKVIEW AVENUE<br>WEEHAWKEN, NJ 07086 | | | 09/22/2009 | 31366 | $47,727.00 | No Debtor Claim |
| 190 | WINCHESTER, JUDITH A.<br>3929 IVY TERRACE COURT, NW<br>WASHINGTON, DC 20007 | | | 09/18/2009 | 19299 | Undetermined | No Debtor Claim |
| 191 | WINE & SPIRIT EDUCATION TRUST<br>INTERNATIONAL WINE & SPIRIT<br>CENTRE<br>39 - 45 BERMONDSEY STREET<br>SOUTHWARK<br>LONDON, SE1 3XF<br>UNITED KINGDOM | | | 07/20/2009 | 5697 | Undetermined | No Debtor Claim |
| 192 | YACOUBI-SOUSSANE, MERYEM<br>87 OAKLEY STREET, FLAT 2<br>LONDON, SW3 5NP<br>UNITED KINGDOM | | | 09/22/2009 | 31319 | $39,365.52 | No Debtor Claim |
| 193 | YOO, RONALD J.<br>850 PARK AVENUE # 3C<br>NEW YORK, NY 10075 | | | 07/20/2009 | 5779 | $22,500.00* | No Debtor Claim |
| 194 | YORK, MARILYN PUDER, PHD<br>7 BROOKSIDE PARK<br>OLD GREENWICH, CT 06870 | | | 07/15/2009 | 5390 | $12,000.00 | No Debtor Claim |
| 195 | ZITOUNE, JOSEPH MICHAEL<br>12075 GLENMORE DRIVE<br>CORAL SPRINGS, FL 33071 | | | 09/22/2009 | 27620 | $4,000.00 | No Debtor Claim |
| | | | | | **TOTAL** | $33,490,332.33 | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 2 – NO DEBTOR CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BELLANTONI, JOHN P<br>54 BLOOMER RD<br>BREWSTER, NY 10509 | | | 09/18/2009 | 19382 | $3,162.29 | No Debtor Claim |
| 2 | BORIS, LADD A.<br>607 SE 47TH STREET<br>#7<br>CAPE CORAL, FL 33904 | | | 08/06/2009 | 7509 | $900.00 | No Debtor Claim |
| 3 | CONTRARIAN FUNDS, LLC<br>TRANSFEROR: NATIONAL<br>ECONOMIC RESEARCH<br>ASSOCIATES<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | | 08/20/2009 | 8767 | $72,256.73 | No Debtor Claim |
| 4 | CURRENT COMMUNICATIONS &<br>2600 W. 23RD STREET<br>BROADVIEW, IL 60155 | | | 07/27/2009 | 6182 | $43,797.94 | No Debtor Claim |
| 5 | GARCIA, MIGUEL<br>918 FLORIENCIA ST<br>SUGAR LAND, TX 774792757 | | | 08/04/2009 | 7332 | $120,000.00 | No Debtor Claim |
| 6 | HALIFAX EES TRUSTEES LTD.<br>HBOS EMPLOYEE EQUITY<br>SOLUTIONS<br>P.O. BOX 5017<br>WOLVERHAMPTON, WV 1 9GP<br>UNITED KINGDOM | | | 09/17/2009 | 15118 | $146,174.00 | No Debtor Claim |
| 7 | HAMM, WILLIAM A. & RUTH<br>4736 BRAMBLE ST<br>HOPE MILLS, NC 28348 | | | 08/03/2009 | 7200 | $12,000.00 | No Debtor Claim |
| 8 | MAINE, JOHN DAVENPORT<br>63 WEST SHORE ROAD<br>BELVEDERE, CA 94920 | | | 03/30/2009 | 3553 | $99,922.55 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 2 – NO DEBTOR CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | MCELREATH, ALEXANDER<br>3430 MARION CIRCLE<br>MISSOURI CITY, TX 77459 | | | 08/17/2009 | 8408 | $180,000.00 | No Debtor Claim |
| 10 | NEW YORK PUBLIC LIBRARY<br>5TH AVENUE & 42ND STREET<br>RM 67<br>NEW YORK, NY 07028 | | | 07/31/2009 | 6828 | $25,000.00 | No Debtor Claim |
| 11 | NEWHOUSE, MICHELLE M.<br>420 EAST 54TH STREET<br>APT 11C<br>NEW YORK, NY 10022-5151 | | | 09/14/2009 | 12081 | $11,126.00 | No Debtor Claim |
| 12 | NIEMAN, ROGER R.<br>300 EAST 40TH ST<br>NEW YORK, NY 10016-2188 | | | 08/28/2009 | 9589 | $69,423.40* | No Debtor Claim |
| 13 | PLANTS INC<br>2457 MONTROSE<br>CHICAGO, IL 60618 | | | 07/20/2009 | 5762 | $423.00 | No Debtor Claim |
| 14 | ROWE, DOUGLAS B.<br>423 ESSEX RD<br>KENILWORTH, IL 60043 | | | 09/22/2009 | 33189 | $1,500,000.00 | No Debtor Claim |
| 15 | SMOKOSKI, R. SCOTT<br>3916 W 4TH STREET<br>FORT WORTH, TX 76107 | | | 09/14/2009 | 12319 | $100,000.00 | No Debtor Claim |
| 16 | TARRYTOWN HOUSE<br>49 EAST SUNNYSIDE LANE<br>PO BOX 222<br>TARRYTOWN, NY 10591 | | | 08/27/2009 | 9559 | $50,711.49 | No Debtor Claim |
| 17 | TRANSWALL OFFICE SYSTEMS, INC<br>ATTN: JAY AIKENS<br>PO BOX 1930<br>WEST CHESTER, PA 19380 | | | 09/14/2009 | 12347 | $10,030.98 | No Debtor Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 195: EXHIBIT 2 – NO DEBTOR CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | TROMBETTA, SANTO<br>279 MCBAINE AVE<br>STATEN ISLAND, NY 10309 | | | 09/14/2009 | 12592 | $25,873.00 | No Debtor Claim |
| 19 | UNIMAC FINANCIAL<br>350 MICHELA PLACE<br>CARLSTADT, NJ 07072 | | | 08/13/2009 | 8151 | $105,767.68 | No Debtor Claim |
| 20 | VAUGHN, ANNE M<br>1 CRESCENT PLACE<br>HO HO KUS, NJ 07423 | | | 09/08/2009 | 10525 | $4,000.00 | No Debtor Claim |
| 21 | VOYTEK, SPENCER<br>6826 SEINFELD CT<br>HOUSTON, TX 77069 | | | 08/24/2009 | 9142 | $105,000.00 | No Debtor Claim |
| 22 | WERBER M.D., JOHN C.<br>36 PLAZA STREET<br>SUITE 8E<br>BROOKLYN, NY 11238 | | | 09/21/2009 | 23736 | $18,750.00 | No Debtor Claim |
| 23 | WOOD, JEREMY K.<br>43 OAKDENE ROAD<br>SEVENOAKS, KENT, TN13 3HJ<br>UNITED KINGDOM | | | 09/22/2009 | 31289 | $6,364.00 | No Debtor Claim |
| 24 | WOODTRONICS<br>110 REYNOLDS STREET<br>SOUTH WILLIAMSPORT, PA 17702 | | | 08/10/2009 | 7885 | $21,072.44 | No Debtor Claim |
| 25 | YEAR UP, INC.<br>ATTN: COLLEEN O'CONNELL<br>93 SUMMER STREET, 5TH FLOOR<br>BOSTON, MA 02110 | | | 07/17/2009 | 5569 | $31,060.00 | No Debtor Claim |
| 26 | ZIELINSKI, JIMMY<br>23 LINDEN AVENUE<br>BELLEVILLE, NJ 07109 | | | 08/05/2009 | 7442 | $3,000.00 | No Debtor Claim |
| | | | | | TOTAL | $2,765,815.50 | |