# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 198: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | CABLE & WIRELESS PENSION TRUSTEE LIMITED<br>CONTACT: CHRIS KEATING<br>BUCKINGHAM ROAD<br>BLETCHLEY<br>MILTON KEYNES, MK3 5JL<br>UNITED KINGDOM | 08-13555 (JMP) | 09/24/2009 | 34748 | $220,899.15 | Late-Filed Claim |
| 2 | CONTRARIAN FUNDS, LLC<br>TRANSFEROR: SIIT EXTENDED DURATION FUND LIQUIDITING TRUST (MW# 764)<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | 08-13888 (JMP) | 10/22/2009 | 44185 | $7,568,232.39 | Late-Filed Claim |
| 3 | COUNTRYWIDE HOME LOANS, INC.<br>MICHAEL SCHLOESSMANN<br>4500 PARK GRANADA<br>CALABASAS, CA 91302 | 08-13555 (JMP) | 08/22/2011 | 67639 | Undetermined | Late-Filed Claim |
| 4 | GOLDMAN, STEVE - AT AZITA ETAATI<br>29150 CLIFFSIDE DRIVE<br>MALIBU, CA 90265 | | 11/02/2009 | 60881 | $716,019.00 | Late-Filed Claim |
| 5 | GOLDMAN, STEVE AND AZITA ETAATI<br>29150 CLIFFSIDE DRIVE<br>MALIBU, CA 90265 | 08-13555 (JMP) | 11/02/2009 | 60911 | $700,000.00 | Late-Filed Claim |
| 6 | KUSENBACH, PETER<br>RISPENWEG 12<br>KOLN, D-50933<br>GERMANY | 08-13555 (JMP) | 08/17/2011 | 67604 | $42,708.00 | Late-Filed Claim |
| 7 | LEVIN, MARVIN AND STEFANI<br>C/O DEBORAH GROSS, ESQ<br>LAW OFFICES BERNARD M. GROSS, PC<br>SUITE 450, 100 PENN SQUARE EAST<br>PHILADELPHIA, PA 19107 | 08-13555 (JMP) | 09/30/2009 | 36156 | Undetermined | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 198: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | MULLENS<br>DIESTERSTEENWEG 23<br>HALEN, 3545<br>BELGIUM | 08-13555 (JMP) | 11/13/2009 | 65497 | $28,467.93 | Late-Filed Claim |
| 9 | SAMUELI, EDITH KATHARINA<br>KUHBERGSTRASSE 52<br>SALZBURG, 5020<br>AUSTRIA | 08-13555 (JMP) | 08/02/2011 | 67592 | $10,000.00 | Late-Filed Claim |
| 10 | STANDARD PACIFIC CREDIT OPPORTUNITIES MASTER FUND<br>ATTN: GENERAL COUNSEL<br>C/O STANDARD PACIFIC CAPITAL LLC<br>101 CALIFORNIA STREET, 36TH FLOOR<br>SAN FRANCISCO, CA 94111 | 08-13888 (JMP) | 09/23/2009 | 34363 | $137,130.00 | Late-Filed Claim |
| 11 | TRINITY HEALTH PENSION PLAN (MW# 1611) # 888047970<br>865 S FIGUEROA ST STE 1800<br>LOS ANGELES, CA 90017-2593 | 08-13888 (JMP) | 10/22/2009 | 44183 | $1,457,405.23 | Late-Filed Claim |
| 12 | TRUSTEES OF THE PARLIAMENTARY CONTRIBUTORY PENSION FUND<br>HOUSE OF COMMONS<br>7 MILLBANK<br>LONDON, SW1A 0AA<br>UNITED KINGDOM | 08-13555 (JMP) | 09/23/2009 | 34466 | $63,132.76 | Late-Filed Claim |
| 13 | WEST GATE STRATEGIC INCOME FUND I MASTER FUND, LTD (MW# 1002)<br>865 S FIGUEROA ST STE 2100<br>LOS ANGELES, CA 90017-2588 | 08-13888 (JMP) | 10/22/2009 | 44184 | $201,873.02 | Late-Filed Claim |
| | | | | TOTAL | $11,145,867.48 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

## IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 198: EXHIBIT 2 – LATE-FILED CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | CONTRARIAN FUNDS, LLC<br>TRANSFEROR: TOTAL ALPHA INVESTMENT FUND MANAGEMENT COMPANY S.A.<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVE., STE. 425<br>GREENWICH, CT 06830 | 08-13555 (JMP) | 04/09/2010 | 66513 | $202,054.32 | **Late-Filed Claim** |
| | | | | TOTAL | $202,054.32 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 198: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | BUNEVICH, CAROL<br>PO BOX 445<br>SIASCONSET, MA 02564-0445 | 08-13555<br>(JMP) | 07/29/2011 | 67591 | $1,778,361.31 | Late-Filed Claim |
| 2 | PHILIPS PENSION TRUSTEES LTD,<br>AS TRUSTEE OF THE PHILIPS PENSION FUND<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555<br>(JMP) | 10/22/2009 | 43934 | $142,115.00 | Late-Filed Claim |
| 3 | PICTET & CIE<br>60 ROUTE DES ACACIAS<br>GENEVA 73, CH-1211<br>SWITZERLAND<br><br>TRANSFERRED TO: BANK JULIUS BAER & CO. LTD.<br>TRANSFEROR: PICTET & CIE<br>ATTN: PATRIK ROOS & MICHAEL GEMY<br>BAHNOFSTRASSE 36<br>POSTFACH<br>ZURICH, 8010<br>SWITZERLAND | 08-13555<br>(JMP) | 11/05/2009 | 64249 | $49,752,006.93 | Late-Filed Claim |
| | | | | TOTAL | $51,672,483.24 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts