# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 201: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AVQUAEST CAPITAL MASTER FUND, LTD. 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 12/16/2009 | 08-13888 (JMP) | 65958 | $1,037,687.94 | AVIVA INVESTORS NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST TO AVQUAEST CAPITAL MASTER FUND, LTD. ATTN: SHANI HATFIELD 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 08/19/2011 | 08-13888 (JMP) | 67636 | $0.00 |
| 2 | AVQUAEST CAPITAL MASTER FUND, LTD. 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 12/16/2009 | 08-13555 (JMP) | 65959 | $1,037,687.94 | AVIVA INVESTORS NORTH AMERICA, INC. AS SUCCESSOR IN INTEREST TO AVQUAEST CAPITAL MASTER FUND, LTD. ATTN: SHANI HATFIELD 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 08/19/2011 | 08-13555 (JMP) | 67637 | $1,037,687.94 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 201: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 | BLACKROCK PORTABLE ALPHA INVESTMENT STRATEGIES LP-STR PRTN A (BLK TICKER: PAS-STPA) C/O BLACKROCK INVESTMENT MANAGEMENT, LLC AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHN, ESQ. NEW YORK, NY 10022 | 09/21/2009 | 08-13555 (JMP) | 20682 | $2,131,260.00 | BP MASTER TRUST FOR EMPLOYEE PENSION PLANS BLACK ROCK INVESTMENT MANAGEMENT, LLC AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 05/18/2011 | 08-13555 (JMP) | 67491 | $1,972,122.00* |
| 4 | CONOCOPHILLIPS COMPANY RENITA D KING SENIOR COUNSEL 600 NORTH DAIRY ASHFORD ML-3178 HOUSTON, TX 77079-1100 | 09/10/2009 | 08-13555 (JMP) | 11333 | $15,930,947.83 | CONOCOPHILLIPS COMPANY CANDACE SCHIFFMAN, SENIOR COUNSEL 600 NORTH DAIRY ASHFORD ML-3158 HOUSTON, TX 77079 | 08/15/2011 | 08-13555 (JMP) | 67602 | $16,512,665.00 |
| 5 | CONOCOPHILLIPS COMPANY RENITA D. KING, SENIOR COUNSEL 600 NORTH DAIRY ASHFORD, ML-3178 HOUSTON, TX 77079 | 09/10/2009 | 08-13885 (JMP) | 11359 | $15,930,947.83 | CONOCOPHILLIPS COMPANY CANDACE SCHIFFMAN, SENIOR COUNSEL 600 NORTH DAIRY ASHFORD ML-3158 HOUSTON, TX 77079 | 08/15/2011 | 08-13885 (JMP) | 67603 | $16,512,665.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 201: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: CQS CONVERTIBLE AND QUANTITATIVE STRATEGIES MASTER FUND LIMITED; C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY, KT11 2PD UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 26478 | $30,093,997.00* | CQS CONVERTIBLE AND QUANTITATIVE STRATEGIES MASTER FUND LIMITED C/O CQS (UK) LLP ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON, SW1X 7HY UNITED KINGDOM | 08/24/2011 | 08-13555 (JMP) | 67642 | $26,088,018.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 201: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | DCI LONG-SHORT CREDIT FUND ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO, CA 94105 | 09/02/2009 | 08-13555 (JMP) | 10167 | $71,270,326.00* | DCI LONG-SHORT CREDIT FUND ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO, CA 94105 | 08/04/2011 | 08-13555 (JMP) | 67596 | $27,000,000.00 |
| | | | | | | DCI LONG-SHORT CREDIT FUND ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO, CA 94105 | 08/04/2011 | 08-13555 (JMP) | 67595 | $21,146,424.00* |
| 8 | GOLDMAN SACHS INTERNATIONAL TRANSFEROR: GOLDMAN, SACHS & CO C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 38TH FLOOR JERSEY CITY, NJ 07302 | 03/24/2010 | 08-13555 (JMP) | 66418 | $16,600.00* | GOLDMAN SACHS INTERNATIONAL C/O GOLDMAN, SACHS & CO. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | 08/05/2011 | 08-13555 (JMP) | 67635 | $5,011,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 201: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | HAXTER, LUDWIG & INGRID<br>ROEDERNSTR. 29<br>BERLIN, 13467<br>GERMANY | 08/16/2009 | 08-13555 (JMP) | 67638 | $21,301.50 | HAXTER, DR. LUDWIG & DR. INGRID<br>ROEDERNSTR. 29<br>BERLIN, 13467<br>GERMANY | 10/27/2009 | 08-13555 (JMP) | 48611 | $21,301.50 |
| 10 | KREISSPARKASSE HEINSBERG<br>ATTN: UDO MITSCH<br>HERMANN-JOSEF-GORMANNS-STR. 14-16<br>ERKELENZ, 41812<br>GERMANY | 10/30/2009 | 08-13555 (JMP) | 60569 | Undetermined | KREISSPARKASSE HEINSBERG<br>ATTN: UDO MITSCH<br>HERMANN-JOSEF-GORMANNS-STR. 14-16<br>ERKELENZ, 41812<br>GERMANY | 09/07/2011 | 08-13555 (JMP) | 67654 | $63,679.50 |
| 11 | NEW YORK LIFE INSURANCE COMPANY<br>ATTN: REBECCA STRUTTON<br>51 MADISON AVENUE<br>NEW YORK, NY 10010 | 09/21/2009 | 08-13555 (JMP) | 23686 | Undetermined | THE ROYAL BANK OF SCOTLAND PLC<br>TRANSFEROR: NEW YORK LIFE INSURANCE COMPANY<br>ATTN: FRANCESCA SENA<br>600 WASHINGTON BLVD.<br>STAMFORD, CT 06901 | 08/04/2011 | 08-13555 (JMP) | 67597 | $5,700,000.00 |
| 12 | NEW YORK LIFE INSURANCE COMPANY<br>ATTN: REBECCA STRUTTON<br>51 MADISON AVENUE<br>NEW YORK, NY 10010 | 09/21/2009 | 08-13888 (JMP) | 23687 | $10,319.25* | THE ROYAL BANK OF SCOTLAND PLC<br>TRANSFEROR: NEW YORK LIFE INSURANCE COMPANY<br>ATTN: FRANCESCA SENA<br>600 WASHINGTON BLVD<br>STAMFORD, CT 06901 | 08/04/2011 | 08-13888 (JMP) | 67598 | $5,700,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 201: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT KOLLINGASSE 19 VIENNA, A-1090 AUSTRIA | 10/30/2009 | 08-13555 (JMP) | 58686 | Undetermined | OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT KOLLINGASSE 19 VIENNA, A-1090 AUSTRIA | 08/12/2011 | 08-13555 (JMP) | 67601 | Undetermined |
| 14 | SAPHIR FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE ATTN: THE DIRECTORS INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1, IRELAND | 09/21/2009 | 08-13555 (JMP) | 19942 | $12,009,537.15* | SAPHIR FINANCE PUBLIC LIMITED COMPANY ATTN: DIRECTORS AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN, 1 IRELAND | 08/31/2011 | 08-13555 (JMP) | 67645 | $7,000,000.00 |
| 15 | SAPHIR FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE ATTN: THE DIRECTORS INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1, IRELAND | 09/21/2009 | 08-13888 (JMP) | 19943 | $12,009,537.15* | SAPHIR FINANCE PUBLIC LIMITED COMPANY ATTN: DIRECTORS AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1, IRELAND | 08/31/2011 | 08-13888 (JMP) | 67646 | $7,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 201: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | SAPHIR FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE ATTN: THE DIRECTORS INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1, IRELAND | 09/21/2009 | 08-13555 (JMP) | 19944 | $137,777,877.93* | SAPHIR FINANCE PUBLIC LIMITED COMPANY ATTN: DIRECTORS AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1, IRELAND | 08/31/2011 | 08-13555 (JMP) | 67647 | $137,000,000.00 |
| 17 | SAPHIR FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE ATTN: THE DIRECTORS INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1, IRELAND | 09/21/2009 | 08-13888 (JMP) | 19945 | $137,777,877.93* | SAPHIR FINANCE PUBLIC LIMITED COMPANY ATTN: DIRECTORS AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1, IRELAND | 08/31/2011 | 08-13888 (JMP) | 67648 | $137,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 201: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 18 | SAPHIR FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE ATTN: THE DIRECTORS INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1, IRELAND | 09/21/2009 | 08-13555 (JMP) | 19946 | $75,395,299.16* | SAPHIR FINANCE PUBLIC LIMITED COMPANY ATTN: DIRECTORS AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1, IRELAND | 08/31/2011 | 08-13555 (JMP) | 67649 | $31,000,000.00 |
| 19 | SAPHIR FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE ATTN: THE DIRECTORS INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1, IRELAND | 09/21/2009 | 08-13888 (JMP) | 19948 | $75,395,299.16* | SAPHIR FINANCE PUBLIC LIMITED COMPANY ATTN: DIRECTORS AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1, IRELAND | 08/31/2011 | 08-13888 (JMP) | 67650 | $31,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 201: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 20 | SOLAR INVESTMENT GRADE CBO I, LTD THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE ATTN: GLOBAL CORP. TRUST - SOLAR INVESTMENT GRADE CBO I, LTD 601 TRAVIS STREET, 16TH FLOOR HOUSTON, TX 77002 | 09/23/2009 | 08-13888 (JMP) | 34637 | $10,089,187.00 | SOLAR INVESTMENT GRADE CBO I, LTD THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE ATTN: GLOBAL CORPORATE TRUST-SOLAR INVESTMENT GRADE CBO I, LTD 601 TRAVIS, 16TH FLOOR HOUSTON, TX 77002 | 07/02/2010 | 08-13888 (JMP) | 66917 | $10,175,302.66 |
| | | | TOTAL | | $597,935,690.77* | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

## IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 201: EXHIBIT 2 – AMENDED AND SUPERSEDED CLAIMS – WITHDRAWN OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 12/22/2010 | 08-13885 (JMP) | 67290 | $2,180,499,223.61 | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 08/15/2011 | 08-13885 (JMP) | 67634 | $1,356,984,304.18 |
| | | | | TOTAL | $2,180,499,223.61 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts