# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | 1EE LLC<br>133 OLD GULPH ROAD<br>WYNNEWOOD, PA 19096 | Lehman Brothers Holdings Inc. | 09/21/2009 | 21409 | $83,998,440.00* | Undetermined | $83,998,440.00 |
| 2 | AMAT, RICHARD J.<br>49 MOUNT VIEW ROAD<br>LONDON, N44SS<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 25904 | $2,089,731.00 | $2,039,631.00 | $50,100.00 |
| 3 | APPLEGATE, AUSTIN L<br>154 W 74TH ST<br>APT 2B<br>NEW YORK, NY 10023 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30009 | $68,486.00 | $65,726.00 | $2,760.00 |
| 4 | ARAM, ROBERT G<br>7 MEADOW LAKE DR<br>HARDWICK, NJ 07825 | Lehman Brothers Holdings Inc. | 09/19/2009 | 19511 | $93,426.04 | $93,426.04 | |
| 5 | BACCAR, SLIM<br>FLAT 8, 55 QUEEN'S GATE<br>LONDON, SW75JW<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/22/2009 | 30448 | $2,000,000.00 | $2,000,000.00 | Undetermined |
| 6 | BAKER, LAURA<br>410 EVERNIA ST APT 404<br>WEST PALM BCH, FL 33401-5434 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31917 | $7,494.23 | $7,494.23 | |
| 7 | BERMAN, EDWARD L.<br>53 HIGH RIDGE ROAD<br>MOUNT KISCO, NY 10549 | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 23792 | $594,420.82 | $276,119.60 | $318,301.22 |
| 8 | BERNARD, MARY JOY<br>104 STANLEY AVE<br>6401<br>NUTLEY, NJ 07110 | Lehman Brothers Holdings Inc. | 09/22/2009 | 28450 | $3,601.74 | $3,601.74 | |
| 9 | BREINGAN, LARA PETTIT<br>7A LOCUST LANE<br>HUNTINGTON, NY 11743 | Lehman Brothers Holdings Inc. | 10/06/2008 | 99 | $2,547.93* | Undetermined | $2,547.93* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 10 | BRYAN, LANCE<br>1539 WOODRUFF AVE.<br>APARTMENT 106<br>LOS ANGELES, CA 90024 | Lehman Brothers Holdings Inc. | 09/21/2009 | 22476 | $2,023.00 | $2,023.00 | Undetermined |
| 11 | BURKE, KENNETH C.<br>ZOAR DEVENISH ROAD<br>ASCOT<br>BERKSHIRE, SL5 9QP<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 24957 | $348,921.00 | $270,655.00 | $78,266.00 |
| 12 | CALVERT, WILLIAM<br>3848 ETHEL AVENUE<br>STUDIO CITY, CA 91604 | Lehman Brothers Holdings Inc. | 09/18/2009 | 18686 | $927,112.00 | $823,330.00 | $103,782.00 |
| 13 | CALZADO CATALA, ANDRES<br>FLAT 37 LONDON HOUSE<br>7-9 AVENUE ROAD<br>LONDON, NW8 7PX<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/18/2009 | 18354 | $249,464.55 | $248,200.00 | $1,264.55 |
| 14 | CARDENAS THORLUND, CRISTINA<br>FLAT 7<br>204 REGENT'S PARK ROAD<br>LONDON, NW18AE<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 08/12/2009 | 8055 | $81,550.00 | Undetermined | $81,550.00* |
| 15 | CARNEVALE, TODD A<br>10 HILLBURY ROAD<br>ESSEX FELLS, NJ 07021-1414 | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 19366 | $10,893,964.00 | $10,893,964.00 | |
| 16 | CHAN, JOHNSON<br>5 YORK ROAD<br>H<br>KOWLOON TONG,<br>HONG KONG | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25235 | $1,051,873.06 | $413,407.77 | $ 638,465.29 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 17 | CHASE, CHRISTOPHER M<br>510 BROWNING CT<br>MILL VALLEY, CA 94941-3716 | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7645 | $70,300.00 | $21,000.00 | $49,300.00 |
| 18 | CLINE, LOLA B.<br>501 SCENIC VIEW LANE<br>CARROLLTON, GA 30116 | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24698 | $6,000.00* | $841.00 | $5,159.00* |
| 19 | COLOMBO, STEVEN J.<br>99 WILDWOOD RD<br>NEW ROCHELLE, NY 10804-4732 | Lehman Brothers Holdings Inc. | 08/19/2009 | 8733 | $4,034.29 | $4,034.29 | |
| 20 | CUMMINGS-MOORE, PATRICIA<br>3512 AVE K<br>BROOKLYN, NY 11210 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27926 | $7,280.00 | $637.00 | $7,280.00 |
| 21 | CUOMO, FRANK JR<br>125 NORTH DR<br>STATEN ISLAND, NY 103055111 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30035 | $40,000.00 | $40,000.00 | |
| 22 | D'ONOFRIO, PETE<br>405 E 56TH ST APT 2J<br>NEW YORK, NY 10022-2469 | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13363 | $10,000.00 | $2,341.00 | $12,257.20 |
| 23 | DALE, ROBERT<br>24 LINDORE ROAD<br>BATTERSEA<br>LONDON, SW11 1HJ<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18199 | $477,291.00 | $340,919.00 | $136,372.00 |
| 24 | DEWITT, GERALDINE A<br>545 LAKEVIEW DR.<br>OLDSMAR, FL 34677 | Lehman No Case Asserted/All Cases Asserted | 08/17/2009 | 8464 | $85,000.00* | | $85,000.00* |
| 25 | DOLAN, STEPHANIE E.<br>120 WINCHIP RD<br>SUMMIT, NJ 07901-4143 | Lehman Brothers Holdings Inc. | 09/21/2009 | 23797 | $653,115.00 | $653,115.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts        Page 3 of 14

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 26 | DONNELLY, MARY P.<br>16 DAHILL ROAD<br>OLD BETHPAGE, NY 11804 | Lehman Brothers Holdings Inc. | 09/22/2009 | 30695 | $36,500.00 | Undetermined | $36,500.00 |
| 27 | ELIAS, DAMIEN Q<br>117 STONEHEDGE DRIVE<br>CARLISLE, PA 17015 | Lehman Brothers Holdings Inc. | 09/16/2009 | 14359 | $2,500,000.00 | $2,000,000.00 | $500,000.00 |
| 28 | ELIZABETH DOWLING<br>93 NORTH MAIN STREET<br>PEARL RIVER, NY 10965 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29999 | $5,041.60 | $5,041.60 | |
| 29 | ESPINAL, ROSELIN<br>5223 SKILLMAN AVE APT 3R<br>WOODSIDE, NY 11377-4190 | Lehman Brothers Holdings Inc. | 09/22/2009 | 29101 | $6,575.25 | $1,794.00 | $4,781.25 |
| 30 | FERRARA, LAURA<br>43 POLLY WAY<br>MIDDLETOWN, NJ 07748 | Lehman No Case Asserted/All Cases Asserted | 09/19/2009 | 19591 | $69,609.58 | $69,609.58 | |
| 31 | FINK, HELGA V.<br>60 17 LINDEN ST<br>RIDGEWOOD, NY 11385 | Lehman Brothers Holdings Inc. | 09/21/2009 | 24350 | $81,334.58 | Undetermined | $81,334.58* |
| 32 | FULLER, LEONARD M.<br>C/O WARTMANN & MERKER<br>FRAUMUNSTERSTRASSE 29<br>ZURICH, CH 8022<br>SWITZERLAND | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16050 | $1,479,872.00 | $345,085.00 | $1,134,787.00 |
| 33 | GABRIEL, BEATRICE E.<br>1380 DIPLOMAT DRIVE<br>CUMMING, GA 30041 | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22296 | $66,752.19 | $2,336.19 | $64,416.00 |
| 34 | GALLO, HERVE<br>FLAT 58 CHARLES WORTH HOUSE<br>48 STANHOPE GARDENS<br>LONDON, SW7 5RD<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 25711 | $2,310,000.00 | $740,000.00 | $1,570,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 35 | GIACOMINO, STEFANO<br>FLAT E<br>28 REDCLIFFE GARDENS<br>LONDON, SW10 9HA<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/22/2009 | 31561 | $755,000.00* | Undetermined | $755,000.00 |
| 36 | GIACOMINO, STEFANO<br>FLAT E<br>28 REDCLIFFE GARDENS<br>LONDON, GT LON, SW10 9HA<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31562 | $755,000.00* | Undetermined | $755,000.00 |
| 37 | GOODMAN, JEFFREY<br>1370 PELHAMDALE AVE<br>PELHAM, NY 10803 | Lehman Brothers Holdings Inc. | 09/22/2009 | 30465 | Undetermined | Undetermined | Undetermined |
| 38 | GOURD, WILLIAM C<br>480 OLD POST ROAD<br>BEDFORD, NY 10506 | Lehman Brothers Holdings Inc. | 09/14/2009 | 12104[1] | $2,343,733.00 | $778,800.00 | $1,564,933.00 |
| 39 | GOVENDER, REUBEN<br>46 E 92ND ST APT 3<br>NEW YORK, NY 10128-1371 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27394 | $548,479.00 | $48,479.00 | $500,000.00 |
| 40 | GRIPPO, ANTHONY J.<br>15 S BRAXMAR DRIVE<br>HARRISON, NY 10528 | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25122 | $374,636.22 | $76,636.22 | $298,000.00 |
| 41 | GRIPPO, ANTHONY J.<br>15 S BRAXMAR DRIVE<br>HARRISON, NY 10528 | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25123 | $374,636.22 | $76,636.22 | $298,000.00 |

---

[1] A portion of claim number 12104 had been previously disallowed and expunged pursuant to the Order Granting Debtors' Ninety-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated March 31, 2011, ECF No. 15520.

\* - Indicates claim contains unliquidated and/or undetermined amounts          Page 5 of 14

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 42 | GUNTHER, SUZANNE<br>200 EAST 90TH STREET<br>APT. 20H<br>NEW YORK, NY 10128 | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12801 | Undetermined | Undetermined | |
| 43 | HAFF, JANE T.<br>14 CEDARHURST AVE<br>P O BOX 900<br>POINT LOOKOUT, NY 11569 | Lehman Brothers Holdings Inc. | 09/22/2009 | 27402 | $10,950.00 | $7,461.00 | $3,489.00 |
| 44 | HARROD, CHRISTOPHER<br>4-19-8-601<br>NISHI-AZABU<br>13<br>MINATO-KU, 106-0031<br>JAPAN | Lehman Brothers Holdings Inc. | 09/03/2009 | 10265 | $12,495.00* | $12,495.00* | |
| 45 | HART, LESLIE A.<br>9 KENSINGTON ROAD<br>MADISON, NJ 07940 | Lehman Brothers Holdings Inc. | 09/11/2009 | 11463 | $27,338.00 | $27,338.00 | $2,052.00 |
| 46 | HAVEY, JOSEPH P.<br>2555 SOUTH CODY WAY<br>LAKEWOOD, CO 80227-3107 | Lehman Brothers Holdings Inc. | 11/14/2008 | 621 | $75,911.54 | Undetermined | $75,911.54 |
| 47 | HODGE, ANDREW J.<br>75 WARRINGTON CRESCENT<br>LITTLE VENICE<br>LONDON, W91EH<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25578 | $557,536.00 | $363,663.00 | $193,873.00 |
| 48 | HU, ZHENGYUN<br>30 COURTNEY GARDENS<br>ESSEX UPMINISTER RM 141DD<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/08/2009 | 10804 | $1,269,765.00 | $1,259,670.00 | $10,095.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 49 | JUSTUS, KARL<br>WOLFSGANGSTRASSE 81<br>HE<br>FRANKFURT, 60322<br>GERMANY | Lehman No Case Asserted/All Cases Asserted | 08/10/2009 | 7947 | $300,000.00* | $300,000.00 | Undetermined |
| 50 | KAMEN, MICHAEL<br>181 EAST 65TH STREET - APT. 24B<br>NEW YORK, NY 10065 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28445 | $6,448,537.00 | Undetermined | $6,448,537.00* |
| 51 | KENNEDY, ROXANNA<br>38 RODWELL<br>EAST DULWICH, SE22 9LF<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 08/24/2009 | 9146 | $105,055.00 | $20,000.00 | $85,055.00 |
| 52 | KENNEDY, STEPHANIE FALBO<br>84 DEVOE ST<br>BROOKLYN, NY 11211 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30039 | $7,330.00* | 7,330.00 | Undetermined |
| 53 | KENWORTHY, MARY MATT<br>FOUR LOANTOWN ROAD<br>REDDING, CT 06896 | Lehman Brothers Holdings Inc. | 09/14/2009 | 12103[2] | $2,330,967.00 | $773,600.00 | $1,557,367.00 |
| 54 | KEYS, PAUL J<br>FLAT 10<br>THE MANOR<br>MANOR WAY<br>LONDON, SE23 3AT<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/01/2009 | 10045 | $73,858.00 | $44,620.00 | $29,238.00 |

---

[2] A portion of claim number 12103 had been previously disallowed and expunged pursuant to the Order Granting Debtors' Ninety-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated March 31, 2011, ECF No. 15520.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                    Page 7 of 14

## OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 55 | KHADEM, VARQA KIYYAN<br>2 PALM COURT<br>40-42 FITZJOHN'S AVENUE<br>LONDON, NW3 5LY<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10554 | $265,482.36 | $151,140.36 | $114,342.00 |
| 56 | KNAUS, ROBERT<br>13517 ARGO DRIVE<br>DAYTON, MD 21036 | Lehman Brothers Holdings Inc. | 09/17/2009 | 15389 | $22,451.39 | Undetermined | $22,451.39 |
| 57 | KOBIELSKI, CAROL<br>15 HOLIDAY LANE<br>ENFIELD, CT 06082 | Lehman No Case Asserted/All Cases Asserted | 01/29/2009 | 2148 | $132,030.53 | $132,030.53 | |
| 58 | KUANG, JENNIFER (YANG CHUN)<br>1642 W. 9TH STREET APT. 4A<br>BROOKLYN, NY 11223 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28903 | $4,751.00 | $523.00 | $4,228.00 |
| 59 | LADANYI, CHRISTOPH M<br>22 CHEYNE GARDENS<br>LONDON, SW3 5QT<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 25362 | $10,950.00* | Undetermined | $100,000.00 |
| 60 | LEVINE, RICHARD S.<br>85 CHESTNUT STREET, S<br>LIVINGSTON, NJ 07039 | Lehman Brothers Holdings Inc. | 09/22/2009 | 31657 | $10,950.00* | Undetermined | $10,950.00* |
| 61 | LIOTTI, FABIO<br>74 YORK MANSIONS<br>PRINCE OF WALES DRIVE<br>LONDON, GT LON, SW11 4BW<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 25897 | $1,914,315.00 | $970,800.63 | $943,514.37 |
| 62 | LUMPKINS, BRIGETTE<br>515 WEST 52ND ST, APT. 21E<br>NEW YORK, NY 10019 | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24704 | $10,275.87 | $10,275.87 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

|  | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 63 | MAIDMAN, DAGNY C<br>770 RHODE ISLAND ST.<br>SAN FRANCISCO, CA 94107 | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7644 | $550,117.64 | $260,117.64 | $290,000.00 |
| 64 | MALIN, MARK C.<br>240 CENTRE STREET, 2M<br>NEW YORK, NY 10013 | Lehman Brothers Holdings Inc. | 09/21/2009 | 22936 | $8,246,588.00 | $7,658,588.00 | $588,000.00 |
| 65 | MARSAN, LAURENT<br>FLAT 4 MONTAGU HOUSE<br>109-113 WHITFIELD STREET<br>LONDON, W1T 4HJ<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18993 | $92,241.26 | $58,304.99 | $33,936.27 |
| 66 | MAXWELL, KEVIN M.<br>17 GRANVILLE WAY<br>BASKING RIDGE, NJ 07920 | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10694 | $52,909.69 | Undetermined | $52,909.69 |
| 67 | MAZZIOTTI, MARIE<br>461 WEST 44TH STREET #2D<br>NEW YORK, NY 10036-4416 | Lehman Brothers Holdings Inc. | 09/21/2009 | 21910 | Undetermined | Undetermined | Undetermined |
| 68 | MCAULIFFE, JOHN<br>317 AVENUE OF THE AMERICAS APT 1<br>NEW YORK, NY 10014-4525 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28590 | $5,366.53 | $5,366.53 |  |
| 69 | MCGEARY, SEAN<br>51 ARTIMAGE ROAD<br>LONDON, NW11 8QT<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/18/2009 | 18667 | $3,647,872.97 | $3,637,599.00 | $10,273.97 |
| 70 | MCGINNIS, BRIAN<br>474 GREENWICH ST.<br>APT. 6N<br>NEW YORK, NY 10013 | Lehman Brothers Holdings Inc. | 09/18/2009 | 18146 | $70,681.95 | $13,181.95 | $57,500.00 |
| 71 | MEDINA, RUTH A.<br>218 MAGNOLIA PARK TRAIL<br>SANFORD, FL 32773 | Lehman Brothers Holdings Inc. | 09/11/2009 | 11374 | $74,112.00 | Undetermined | $74,112.00 |

## OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 72 | MIAU, AN CHI<br>58 OAKWOOD LANE<br>ENGLEWOOD CLIFFS, NJ 07632 | Lehman No Case Asserted/All Cases Asserted | 08/04/2009 | 7331 | $15,000.00 | $15,000.00 | |
| 73 | MITCHELL, STEVEN<br>156 E 79TH ST #6B<br>NEW YORK, NY 10075 | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22078 | $1,563,409.35* | $1,563,409.35 | Undetermined |
| 74 | MOORE, PATRICK HAMILTON<br>FLAT 54, RICHMOND HILL COURT<br>RICHMOND SURREY, TW10 6BE<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 24305 | $190,618.63 | $146,904.52 | $43,714.11 |
| 75 | MORGAN, JAMES<br>600 HARBOR LIGHTS DRIVE<br>SOUTHOLD, NY 11971 | Lehman Brothers Holdings Inc. | 09/22/2009 | 28655 | $230,320.52 | $154,166.67 | $76,153.85 |
| 76 | MULLEN, PETER D.<br>22 PRINCES PINE ROAD<br>NORWALK, CT 06850 | Lehman Brothers Holdings Inc. | 09/17/2009 | 14771 | $463,123.07 | $82,814.28 | $380,308.79 |
| 77 | NGU, DIANE TRAN<br>3720 DENTELLE DRIVE<br>PLANO, TX 75023 | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25573 | $63,447.20 | Undetermined | $63,447.20* |
| 78 | OLLQUIST, THOMAS A.<br>190 BEDELL AVENUE<br>WEST HEMPSTEAD, NY 11550 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 33564 | $334,316.40 | $264,000.00 | $70,316.40 |
| 79 | PALMERI, MARIA<br>188 BATHGATE STREET<br>STATEN ISLAND, NY 10312 | Lehman Brothers Holdings Inc. | 09/11/2009 | 19692 | $15,000.00 | Undetermined | $15,000.00* |
| 80 | PARULEKAR, SANTOSH S<br>37 CATHERINE COURT<br>CEDAR GROVE, NJ 07009 | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13349 | $22,862.55 | $22,862.55 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 81 | PERLINA, TATYANA<br>19 ELVIRA CT<br>STATEN ISLAND, NY 10306-1315 | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22893 | $86,622.20 | $86,622.20 | |
| 82 | PETTIT-BREINGAN, LARA A.<br>7A LOCUST LANE<br>HUNTINGTON, NY 11743 | Lehman Brothers Holdings Inc. | 09/22/2009 | 31718 | $1,100,000.00 | Undetermined | $1,100,000.00* |
| 83 | POLBENNIKOV, SIMON<br>31 CHARNWOOD GARDENS<br>LONDON, GT LON, E14 9WD<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13417 | $38,812.00 | | $38,812.00 |
| 84 | PULMAN, CHRIS<br>FLAT 7<br>53 QUEENS GARDENS<br>LONDON, W2 3AF<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18337 | $92,761.56 | $36,836.56 | $55,925.00 |
| 85 | QUAN, KEVIN JAY<br>407 CENTRAL PARK WEST, APT 7C<br>NEW YORK, NY 10025 | Lehman Brothers Holdings Inc. | 10/17/2008 | 211 | $108,979.16 | $89,707.60 | $19,271.56 |
| 86 | RAU, WILLIAM I.<br>4150 WHITEWATER CREEK RD, NW<br>ATLANTA, GA 30327 | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24142 | $119,227.54 | $119,227.54 | |
| 87 | RAUBACHER, JENNIE<br>A/K/A JENNIE CHEUNG<br>36 GRETEL COURT<br>REDWOOD CITY, CA 94061 | Lehman Brothers Holdings Inc. | 07/02/2009 | 5078 | $498,950.00 | $319,841.00 | $179,109.00 |
| 88 | RAYMAN, LOUIS<br>992 ALLAN COURT<br>TEANECK, NJ 07666 | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5757 | $10,950.00 | Undetermined | $10,950.00* |
| 89 | RAYMAN, LOUIS<br>992 ALLAN COURT<br>TEANECK, NJ 07666 | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5758 | $10,950.00 | Undetermined | $10,950.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 90 | REED, LISA H.<br>4734 VINETA AVENUE<br>LA CANADA FLINTRIDGE, CA 91011 | Lehman Brothers Holdings Inc. | 09/21/2009 | 24378 | $96,911.58* | $96,911.58 | Undetermined |
| 91 | RINKOV, JOSHUA<br>1730 N CLARK ST<br>APT 2102<br>CHICAGO, IL 60614-4863 | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 7197 | $100,000.00 | Undetermined | $100,000.00 |
| 92 | ROBSON-CANTY, GERALDINE D.<br>63 BEECHWOOD TERRACE<br>YONKERS, NY 10705 | Lehman Brothers Holdings Inc. | 09/21/2009 | 20287 | $10,000.00 | $10,000.00 | |
| 93 | ROSATI, CLAIRE<br>201 FALLBROOKE DR<br>KENNETT SQ, PA 19348-2688 | Lehman Brothers Holdings Inc. | 09/22/2009 | 31766 | $233,928.04 | $233,351.00 | $577.04 |
| 94 | RUBIN, HAROLD M.<br>66 LOCKWOOD ROAD<br>SCARSDALE, NY 10583 | Lehman Brothers Holdings Inc. | 09/21/2009 | 24415 | $1,325,147.00* | $1,325,147.00 | Undetermined |
| 95 | RUGGIERO, ANTHONY<br>17 WINCHESTER DRIVE<br>HOWELL, NJ 07731 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30034 | $75,000.00 | $75,000.00 | |
| 96 | RUSSO, ROSARIO<br>978 DAHILL ROAD<br>BROOKLYN, NY 11204 | Lehman Brothers Holdings Inc. | 07/20/2009 | 5640 | $76,557.00 | Undetermined | $76,557.00 |
| 97 | SALVATORE, JULIANNE<br>309 101ST STREET<br>BROOKLYN, NY 11209-8203 | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10630 | $776,889.00 | $160,000.00 | $616,889.00 |
| 98 | SCHAEFER, SHEILA M<br>117 WEST BAYBERRY ROAD<br>ISLIP, NY 11751-4914 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31877 | Undetermined | Undetermined | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 99 | SHERMAN, LINDA A.<br>8775 S. CRESTHILL LANE<br>HIGHLANDS RANCH, CO 80130 | Lehman Brothers Holdings Inc. | 02/02/2009 | 2420 | $57,021.53 | $57,021.53 | |
| 100 | SKOLNICK, WILLIAM<br>68 SEACORD RD<br>NEW ROCHELLE, NY 10804 | Lehman No Case Asserted/All Cases Asserted | 12/17/2009 | 65968 | $781,964.00 | $543,148.00 | $238,816.00 |
| 101 | SMITH, CARTER M.<br>477 BROOME STREET #43<br>NEW YORK, NY 10013 | Lehman Brothers Holdings Inc. | 09/22/2009 | 32446 | $89,451.46 | $81,540.00 | $7,911.46 |
| 102 | SULLIVAN, KIM S.<br>686 HERMITAGE CIR<br>PALM BEACH GARDENS, FL 33410 | Lehman Brothers Holdings Inc. | 09/21/2009 | 24180 | $4,007,994.01 | $4,007,994.01 | |
| 103 | TATTAN, DAVID EDWARD<br>106 GINGER APARTMENTS<br>CAYENNE COURT<br>LONDON<br>LONDON, SE1 2PA<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 34279 | $25,155.00 | $15,265.73 | $25,155.00 |
| 104 | THOMPSON, DEREK<br>6 BRANCH LANE<br>STAMFORD, CT 06903 | Lehman Brothers Holdings Inc. | 09/17/2009 | 14770 | $524,300.00 | $82,800.00 | $441,500.00 |
| 105 | VALDERRAMA, YAGO<br>41 THURLOE SQUARE<br>LONDON,ANT, SW7 2SR<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13473 | $784,472.80 | $725,772.00 | $58,700.80 |
| 106 | VULAKH, NATALIE SAVIC<br>HKPARKVIEW,BLDG 16 - APT 1187<br>88 TAI TAM<br>RESERVOIR,HAPPYVALLEY<br>HONG KONG,<br>HONG KONG | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31217 | $77,000.00 | $51,000.00 | $26,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 21382-1    Filed 10/28/11    Entered 10/28/11 11:06:38    Exhibits
Pg 15 of 17

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 185 EXHIBIT 1: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 107 | WAINWRIGHT, CHRISTINE<br>225 MOUNTAIN AVE<br>PRINCETON, NJ 08540 | Lehman No Case Asserted/All Cases Asserted | 08/05/2009 | 7361 | $395,696.32 | $395,696.32 | |
| 108 | WHITESTONE, RANDALL B<br>94 SPRAGUE ROAD<br>SCARSDALE, NY 10583 | Lehman Brothers Holdings Inc. | 09/17/2009 | 15703 | $39,584.00* | Undetermined | $39,584.00* |
| 109 | WILSON, THOMAS G.<br>219 BEACH 99TH STREET<br>ROCKAWAY PARK, NY 11694 | Lehman Brothers Holdings Inc. | 07/20/2009 | 5633 | $110,997.99 | $13,487.59 | $97,510.40 |
| 110 | WOLFE, SONDRA<br>117 STONEHENDGE<br>CARLISLE, PA 17015 | Lehman Brothers Holdings Inc. | 09/16/2009 | 14358 | $1,495,000.00 | $1,220,000.00 | $275,000.00 |
| | | | | TOTAL | $157,852,503.94* | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 185 - EXHIBIT 2: CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED – ADJOURNED CLAIMS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | BOUGHRUM, DONALD J.<br>247 MONMOUTH AVE<br>NAVESINK, NJ 07752-0808 | Lehman Brothers Holdings Inc. | 05/28/2009 | 4625 | $1,063,688.38 | $1,000,688.38 | $63,000.00 |
| 2 | KRIEGER, KAREN M. SIMON<br>19 MARSHALL COURT<br>GREAT NECK, NY 11021 | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18087 | $225,396.55 | $225,396.55 | |
| 3 | LISTER, JAMES G.<br>4 MAYFAIR ROAD<br>ST. LOUIS, MO 63124 | Lehman Brothers Holdings Inc. | 09/18/2009 | 17624 | $5,332,393.02 | $5,140,116.94 | $192,276.08 |
| 4 | MONAHAN, BRIAN W.<br>(LISTED IN ADDITIONAL NOTICING ADDRESS) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20774 | $1,648,973.70 | $169,591.31 | $1,479,382.39 |
| 5 | NAHUM, ANTHONY<br>56 NORTH GATE<br>PRINCE ALBERT ROAD<br>LONDON, NW8 7EH<br>UNITED KINGDOM | Lehman Brothers Holdings Inc. | 09/21/2009 | 24952 | $1,874,131.81 | $1,873,979.21 | $152.60 |
| 6 | O'SULLIVAN, THOMAS J.<br>336 NASSAU AVE<br>MANHASSET, NY 11030 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27300 | $650,000.00* | Undetermined | 650,000.00 |
| 7 | SERAYDAR, ROSE MRS<br>525 NEPTUNE AVE. APT 22B<br>BROOKLYN, NY 11224-4020 | Lehman Brothers Holdings Inc. | 02/20/2009 | 2927 | $3,117.72* | Undetermined | $3,117.72* |
| 8 | SHEFFER, SCOTT T.<br>601 LONGCHAMPS DRIVE<br>DEVON, PA 19333 | Lehman Brothers Holdings Inc. | 01/12/2009 | 1681 | $1,272,115.40 | Undetermined | $1,272,115.40 |
| 9 | SHI, ZHIYONG<br>9 ROSS AVE<br>CHESTNUTRIDGE, NY 10977 | Lehman Brothers Holdings Inc. | 05/27/2009 | 4618 | $336,605.00 | | $336,605.00 |
| | | | | TOTAL | $12,406,421.58* | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1