**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED NINETIETH OBJECTION TO CLAIMS (NO LIABILITY SECURITY CLAIMS)

Upon the one hundred ninetieth omnibus objection to claims, dated

September 12, 2011 (the "Debtors' One Hundred Ninetieth Omnibus Objection to

Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), pursuant to section 502 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of

claim [Docket No. 6664], seeking disallowance and expungement of the No Liability

Security Claims on the basis that the Debtors have no liability for such claims, all as

more fully described in the Debtors' One Hundred Ninetieth Omnibus Objection to

Claims; and due and proper notice of the Debtors' One Hundred Ninetieth Omnibus

Objection to Claims having been provided, and it appearing that no other or further notice

need be provided; and the Court having found and determined that the relief sought in the

Debtors' One Hundred Ninetieth Omnibus Objection to Claims is in the best interests of

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred Ninetieth Omnibus Objection to Claims.

the Debtors, their estates, creditors, and all parties in interest and that the legal and factual

bases set forth in the Debtors' One Hundred Ninetieth Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' One Hundred

Ninetieth Omnibus Objection to Claims is granted to the extent provided herein; and it is

further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Debtors have adjourned the hearing on the One

Hundred Ninetieth Omnibus Objection to Claims to November 30, 2011 with respect to

the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the

One Hundred Ninetieth Omnibus Objection to Claims that is not listed on Exhibit 1

annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: New York, New York
      October 28, 2011

                    *s/ James M. Peck*
                  Honorable James M. Peck
                  United States Bankruptcy Judge