# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS 190: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | AVCO CHEMICALS LTD. PO BOX 50377 TEL AVIV, 61503 ISRAEL | 08-13555 (JMP) | 03/10/2009 | 3267 | Undetermined | No Liability Claim |
| 2 | AVDINCO LTD. 2 KAUFMAN ST. TEL AVIV, 68012 ISRAEL | 08-13555 (JMP) | 03/10/2009 | 3266 | Undetermined | No Liability Claim |
| 3 | AVDINCO PROPERTIES LTD. PO BOX 50377 TEL AVIV, 61503 ISRAEL | 08-13555 (JMP) | 03/10/2009 | 3272 | Undetermined | No Liability Claim |
| 4 | BIALIK, LEON RECANATY ST # 4 APT. 60 TEL AVIV, 69494 ISRAEL | | 09/22/2009 | 33151 | $50,479.93 | No Liability Claim |
| 5 | CHAUDHRY, ANOOP C1, 8/F, UNIVERSITY HEIGHTS 42-44 KOTEWALL ROAD MID-LEVELS HONG KONG | | 08/28/2009 | 9603 | $64,516.13 | No Liability Claim |
| 6 | CLAVIN, LINDA 340 7TH STREET-APT. D BRIGANTINE, NJ 08203-6405 | | 09/22/2009 | 32481 | $15,000.00 | No Liability Claim |
| 7 | DAHAN, SIMON ISAAC MODAI 3 GUIVAT SHMUEL, ISRAEL | | 09/21/2009 | 26289 | $107,000.00 | No Liability Claim |
| 8 | DIBERNARDO, NINA 729 BYNNER DRIVE SAN PEDRO, CA 90732 | | 09/18/2009 | 19387 | $60,000.00 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS 190: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 9 | DREYFUS FAMILY LTD PARTNERSHIP<br>SANDY DREYFUS GP<br>21205 YACHT CLUB DRIVE # 1508<br>AVENTURA, FL 33180-4056 | | 10/17/2008 | 245 | $49,000.00 | No Liability Claim |
| 10 | EPILEPSY FOUNDATION GREATER LOS ANGELES<br>ATTN: DARLENE BARIS, VICE PRESIDENT, WELLS FARGO, TRUSTEE<br>5777 WEST CENTURY BLVD, STE 820<br>LOS ANGELES, CA 90045 | | 09/18/2009 | 16182 | $91,925.00 | No Liability Claim |
| 11 | EVEN-ZOHAR, REBECCA &<br>EVEN-ZOHAR, YEHUDA<br>81 IRVING PLACE / 9D<br>NEW YORK, NY 10003 | | 09/18/2009 | 17618 | Undetermined[1] | No Liability Claim |
| 12 | FARGLORY LIFE INSURANCE CO., LTD<br>18 FL., NO. 200, KEELUNG RD., SEC. 1<br>TAIPEI<br>TAIWAN, 110<br>CHINA | 08-13555 (JMP) | 11/05/2008 | 501 | $5,000,000.00[2] | No Liability Claim |
| 13 | HAMPTON JR, RUSSEL S & JANICE HAMPTON<br>6150 MALVERN AVENUE<br>ALTA LOMA, CA 91937-3736 | | 08/20/2009 | 8846 | $20,000.00 | No Liability Claim |

[1] The portion of Claim 17618 relating to CUSIP 52520X208 was previously expunged by Debtors' Ninety-Fourth Omnibus Objection to Claims.
[2] The portion of Claim 501 relating to CUSIP 5252M0FD4 in the amount of $5,000,000.00 has previously been expunged by the Debtors' Sixty-Sixth Omnibus Objection to Claims.

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS 190: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 14 | JEYDEL, PATRICIA K.<br>616 SOUTH ORANGE AVE APT 4L<br>MAPLEWOOD, NJ 07040-1040 | 08-13555 (JMP) | 09/15/2009 | 12738 | $77,000.00[3] | No Liability Claim |
| 15 | JOHNSON, RAY L. AND BETTY J. JOHNSON<br>1675 BENIK RD<br>LA HABRA HTS, CA 90631 | 08-13555 (JMP) | 08/07/2009 | 7653 | $50,000.00*[4] | No Liability Claim |
| 16 | LAKE, YVONNE<br>5830 KEAN ROAD<br>WESTERVILLE, OH 43082 | 08-13555 (JMP) | 05/04/2009 | 4115 | $10,000.00 | No Liability Claim |
| 17 | LONGCHAMP FINANCE CORP.<br>LUZ HELENA VILLALOBOS<br>PO BOX 5206-86<br>DEPT 0280<br>MIAMI, FL 33152 | 08-13555 (JMP) | 02/13/2009 | 2754 | $100,000.00[5] | No Liability Claim |
| 18 | MARSHALL & ILSLEY TRUST COMPANY N. A.<br>AS CUSTODIAN<br>ATTN: GAYLE ROBINSON, GENERAL COUNSEL<br>11 EAST KILBRON AVENUE, SUITE 200<br>MILWAUKEE, WI 53202 | 08-13555 (JMP) | 09/22/2009 | 32080 | Undetermined | No Liability Claim |

---

[3] The portion of Claim 12738 relating to CUSIP 52519Y209 in the amount of $15,005.00 has previously been expunged by the Debtors' Sixty-Sixth Omnibus Objection to Claims.

[4] The portion of Claim 7653 related to CUSIP 52519Y209 in the amount of $4,971.24 was previously expunged by the Debtors' Forty-Ninth Omnibus Objection to Claims.  The Debtors seek to expunge the amounts asserted by Claim 7653 under the issuance identified as Lehman Cmrcl CD.

[5] The Debtors seek to expunge the portion of Claim 2754 related to CUSIP US52519HW864 in the amount of $50,000.00. The portion of Claim 2754 relating to CUSIP 5252M0DK0 in the amount of $100,000.00 was previously expunged by the Debtors' Sixty-Sixth Omnibus Objection to Claims. The portion of Claim 2754 relating to ISIN XS0209198927 in the amount of $50,000.00 is not affected by this Objection and the Debtors reserve the right to object to the remaining portion of said claim in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts

US_ACTIVE:\43803539\01\58399.0003

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS 190: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 19 | MARSHALL & ILSLEY TRUST COMPANY N.A. AS CUSTODIAN ATTN: GAYLE ROBINSON, GENERAL COUNSEL 111 EAST KILBOURN AVENUE, SUITE 200 MILWAUKEE, WI 53202 | 08-13555 (JMP) | 09/22/2009 | 32522 | Undetermined[6] | No Liability Claim |
| 20 | MERCHANT CAPITAL, LLC LAKEVIEW CENTER, SUITE 400 2660 EASTCHASE LANE MONTGOMERY, AL 36117 | | 08/07/2009 | 7597 | $102,971.73 | No Liability Claim |
| 21 | MEREDITH EXEMPT TRUST C/O DAVID PENCE, VICE PRESIDENT, WELLS FARGO BANKS, TRUSTEE 433 N. CAMDEN DR., SUITE 1200 BEVERLY HILLS, CA 90210 | | 09/18/2009 | 16181 | $47,270.00 | No Liability Claim |
| 22 | MEREDITH MARITAL TRUST C/O DAVID PENCE, VICE PRESIDENT, WELLS FARGO BANKS, TRUSTEE 433 N. CAMDEN DR., SUITE 1200 BEVERLY HILLS, CA 90210 | | 09/18/2009 | 16180 | $94,540.00 | No Liability Claim |

---

[6] The Debtors seek to expunge the portions of Claim 32522 related to CUSIPs 464287226, 464288646, 57060U845 and S86228210, 2521EPX2, 51519HPH4, 52519C3U0, 52519C5B0, 52519CJ74, 52519CM21, 52519CM62, 52519CQ35, 52519CV70, 52519H3P0, 52519HAN7, 52519HD95, 52519HM95, 52519HM98, 52519HPX9, 52519HQA8, 52519HUG0, 52519HWA1, 52519HWS2, 52519HXG7, 52519HXY8, 52521ECJ7, 52521ECL2, 52521EHD95, 52521EHU7, 52521EJW1, 52521EKD1, 52521EKF6, 52521EMA5, 52521EPX2, 52521EQC7, 52521EQM5, 52521EQN3, 52521ERG7, 525178109, 52520KAD9, 52520KBM8, 52520KED5, 52520KGJ0, 52520KGZ4, 52520KNC7, 52520KNN3, 52520KNV5, 52520KQH3, 52520KQJ9, 52520KQL4, 52520KRQ2, 52520KSA6, 52520KTP2, 52520KVF1,52520KVV6, 52520KWZ6, 52520KXC6, 52520KYQ4, 52520KYT8, 52521EJP6, 2834564, 11433398G, 74347R297, 74347R313, 78464A417, 78464A516, 78464A649, 9657354G5, LI1021052, LI1034147, OP0000561, MA1189541, MA1238330, MA1238355, MA1238363, and NM1032405. The remainder of this claim is not affected by this Objection and the Debtors reserve the right to object to the remaining portions of said claim in the future.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS 190: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 23 | S. WEINSTEIN & H. WEINSTEIN, TRUSTEES CANDIDN PRINTING LIMITED DEFINED BENEFIT PENSION PLAN SATED 1/1/92 25-11 HUNTERS POINT AVENUE LONG ISLAND CITY, NY 11101 | 08-13893 (JMP) | 09/22/2009 | 29095 | $191,257.70* | No Liability Claim |
| 24 | SANTONI, FELIX A. BOX 34125 FORT BUCHANAN, PR 00934-0125 | 08-13555 (JMP) | 09/14/2009 | 12082[7] | $50,000.00 | No Liability Claim |
| 25 | SEMINARIO DIOCESANO DE AGUASCALIENTES AC C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 08-13555 (JMP) | 02/13/2009 | 2758 | $102,010.93 | No Liability Claim |
| 26 | SHIPKO, ROSLYN C. 19735 BOCA WEST DR. BOCA RATON, FL 33434 | 08-13555 (JMP) | 07/27/2009 | 6233 | $25,105.00* | No Liability Claim |
| 27 | SIDE WALK INTERNATIONAL LTD FLAT 7B, 38/F CABLE TV TOWER 9 HOI SHING ROAD TSUEN WAN, N.T., HONG KONG | 08-13555 (JMP) | 09/29/2009 | 35502 | $100,000.00 | No Liability Claim |
| 28 | SLKYER, ROBERT G. 220 BURLEIGH PL. DANVILLE, CA 94526 | 08-13555 (JMP) | 09/22/2009 | 30784 | $25,000.00 | No Liability Claim |

[7] The Debtors seek to expunge the portion of Claim 12082 related to CUSIP 524909BD9 in the amount of $25,000.00. CUSIP 524908HW3, in the amount of $25,000.00  is not affected by this Objection and the Debtors reserve the right to object to the remaining portion of said claim in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS 190: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 29 | SONG, SUI SEM LEW, TR FBO LEW SONG LIVING TRUST UA APR 16, 2007 PO BOX 220 SAN GABRIEL, CA 91778 | 08-13555 (JMP) | 09/14/2009 | 12307 | $32,000.00 | No Liability Claim |
| 30 | SOURAPAS, K. JOAN 2038 W. CORTLAND STREET CHICAGO, IL 60647 | | 08/03/2009 | 7140 | $8,530.09 | No Liability Claim |
| 31 | STATE BANK OF INDIA TLT LLP, ONE REDCLIFF STREET BRISTOL, BS1 6TP UNITED KINGDOM | 08-13555 (JMP) | 12/08/2008 | 1244 | $5,000,000.00 | No Liability Claim |
| 32 | STATE OF NEW JERSEY COMMON PENSION FUND A AND STATE OF NEW JERSEY COMMON PENSION FUND B NEW JERSEY DIVISION OF INVESTMENT ATTN: DIRECTOR 50 WEST STATE STREET, 9TH FLOOR TRENTON, NJ 08625 | 08-13555 (JMP) | 09/22/2009 | 30583 | $109,913,804.00* | No Liability Claim |
| 33 | STREET.COM, INC. 14 WALL STREET, 14TH FL. ACCOUNTS RECEIVABLE NEW YORK, NY 10005 | 08-13555 (JMP) | 08/14/2009 | 8323 | $1,900,000.00 | No Liability Claim |
| 34 | SYNTOCHEM TECHNOLOGIES LTD. PO BOX 50377 TEL AVIV, 61503 ISRAEL | 08-13555 (JMP) | 03/10/2009 | 3268 | Undetermined | No Liability Claim |
| 35 | UDELHOFEN, MARY F. 200 WYNDEMERE CIR APT #322W WHEATON, IL 60187-2449 | | 09/03/2009 | 10324 | Undetermined | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS 190: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 36 | UVINO, WENDY U. 50 E. 89 STREET # 22F NEW YORK, NY 10128 | | 09/17/2009 | 15680 | $20,003.85 | No Liability Claim |
| 37 | VERIGY LTD & VERIGY US, INC ATTN: GENERAL COUNSEL 10100 N. TANTAU AVENUE CUPERTINO, CA 95014 | 08-13555 (JMP) | 04/24/2009 | 3947 | $9,090,000.00 | No Liability Claim |
| 38 | WAGENSELLER, JANA W 9 BRETON PL DURHAM, NC 27707 | | 08/03/2009 | 7242 | $9,000.00 | No Liability Claim |
| 39 | WEINSTEIN, KENNETH J. PENSION TRUST 12 WHITNEY CIRCLE GLEN COVE, NY 11542 | 08-13555 (JMP) | 08/17/2009 | 8545 | $100,000.00[8] | No Liability Claim |
| 40 | WILLOUGHBY CITY COUNCIL PO BOX 57 CHATSWOOD NSW 2067 AUSTRALIA | | 09/18/2009 | 19328 | $451,438.16 | No Liability Claim |
| 41 | WOLFORD, K 14516 YUKON AVE HAWTHORNE, CA 90250 | | 07/31/2009 | 6914 | $27,109.00[9] | No Liability Claim |
| 42 | WOODS, GEORGE 930 CLINTON PLACE RIVER FOREST, IL 60305 | 08-13901 (JMP) | 08/06/2009 | 7565 | $85,000.00 | No Liability Claim |
| | | | TOTAL | | $133,069,961.45* | |

---

[8] The portions of Claim 8545 relating to CUSIPs 5252M0CZ8, 52522L566 and 52520W325 in the amounts of $100,000.00, $81,520.25, and $50,000.00, respectively, have been previously expunged by Debtors' Ninety-Fourth Omnibus Objection to Claims.
[9] The portion of Claim 6914 relating to CUSIP 52519Y209 in the amount of $17,170.22 has previously been expunged by Debtors' Ninety-Fourth Omnibus Objection to Claims.

* - Indicates claim contains unliquidated and/or undetermined amounts

US_ACTIVE:\43803539\01\58399.0003

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS 190: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | STASHOWER, SUSAN<br>300 WEST 72 STREET # 6F<br>NEW YORK, NY 10023 | 08-13555 (JMP) | 09/18/2009 | 33326 | $13,217.55 | No Liability Claim |
| | | | | TOTAL | $13,217.55 | |