# EXHIBIT 1

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 191: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANK SARASIN & CO LTD<br>C/O BAR & KARRER AG<br>ATTN: PETER HSU<br>BRANDSCHENKESTRASSE 90<br>8027 ZURICH, SWITZERLAND | 22958 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $260,123.69 | Lehman Brothers Special Financing Inc. | Unsecured | $259,368.00 |
| 2 | DEER PARK ROAD CORPORATION<br>ATTN: BRAD CRAIG<br>1875 SKI TIME SQUARE, SUITE 102<br>STEAMBOAT SPRING, CO 80477 | 32400 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $31,750.00 | Lehman Brothers Special Financing Inc. | Unsecured | $9,600.00 |
| 3 | NUVEEN ENHANCED MULTI-STRATEGY INCOME MANAGED ACCOUNTS PORTFOLIO<br>C/O NUVEEN ASSET MANAGEMENT<br>ATTN: KEVIN MCCARTHY - GENERAL COUNSEL<br>333 WEST WACKER DRIVE, 33RD FLOOR<br>CHICAGO, IL 60606 | 24092 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $12,647.45* | Lehman Brothers Special Financing Inc. | Unsecured | $22,647.45 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 191: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | RUBICON MASTER FUND<br>PO BOX 309<br>UGLAND HOUSE, GEORGE TOWN<br>GRAND CAYMAN, CAYMAN ISLANDS | 12697 | 09/15/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $190,254.25 | Lehman Brothers Commodity Services Inc. | Unsecured | $170,160.58 |
| 5 | RUBICON MASTER FUND<br>PO BOX 309<br>UGLAND HOUSE, GEORGE TOWN<br>GRAND CAYMAN, CAYMAN ISLANDS | 12698 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $190,254.25 | Lehman Brothers Holdings Inc. | Unsecured | $170,160.58 |
| 6 | SOUTHERN PACIFIC SECURITIES 05-3 PLC CAPITAL TRUST COMPANY LIMITED<br>ATTN: EMMA HAMLEY<br>7TH FLOOR, PHOENIX HOUSE<br>18 KING WILLIAM STREET<br>LONDON, EC4N 7HE<br>UNITED KINGDOM | 28829 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $149,082.72 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 191: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | SOUTHERN PACIFIC SECURITIES 05-3 PLC CAPITAL TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON, EC4N 7HE UNITED KINGDOM | 28830 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $149,082.72 |
| 8 | T.O. HOLDINGS, LLC ATTN: CRAIG ABOLT 850 THIRD AVENUE NEW YORK, NY 10022 | 29119 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,693,902.01 | Lehman Brothers Special Financing Inc. | Unsecured | $2,270,986.88 |
| | | | | | TOTAL | $3,378,931.65 | | TOTAL | $3,201,088.93 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 191: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE AS TRUSTEE FOR THE MICHIGAN TOBACCO SETTLEMENT ASSET-BACKED BONDS SERIES 2007 ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURGH, PA 15219 | 29721 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,772,320.00 | Lehman Brothers Holdings Inc. | Unsecured | $617,541.00 |
| 2 | BANK OF NEW YORK MELLON TRUST COMPANY, THE NA, AS TRUSTEE FOR THE MICHIGAN TOBACCO SETTLEMENT ASSET-BACKED BONDS SERIES 2007 ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE PITTSBURGH, PA 15219 | 29748 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,772,320.00 | Lehman Brothers Special Financing Inc. | Unsecured | $617,541.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                                     Page 1 of 4

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 191: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY, THE C/O THE OFFICE OF BUDGET AND MANAGEMENT ATTN: KURT KAUFFMAN, ASSISTANT SECRETARY 30 EAST BROAD ST., 34TH FLOOR COLUMBUS, OH 43215 | 22666 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $29,442,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $6,425,787.66 |
| 4 | BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY, THE C/O THE OFFICE OF BUDGET AND MANAGEMENT ATTN: KURT KAUFFMAN, ASSISTANT SECRETARY 30 EAST BROAD ST., 34TH FLOOR COLUMBUS, OH 43215 | 22667 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $29,442,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $6,425,787.66 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 191: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | COMMONWEALTH OF VIRGINIA TOBACCO SETTLEMENT FINANCING CORPORATION C/O SHAWN R. FOX MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 17406 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $35,952,062.50 | Lehman Brothers Holdings Inc. | Unsecured | $2,718,179.71 |
| 6 | COMMONWEALTH OF VIRGINIA TOBACCO SETTLEMENT FINANCING CORPORATION C/O SHAWN R. FOX MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK, NY 10105 | 17418 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $35,952,062.50 | Lehman Brothers Special Financing Inc. | Unsecured | $2,718,179.71 |
| 7 | WASHINGTON STATE TOBACCO SETTLEMENT AUTHORITY C/O K&L GATES LLP ATTN: MARC L. BARRECA, ESQ 925 FOURTH AVENUE, SUITE 2900 SEATTLE, WA 98104 | 37355 | 10/12/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $47,063,714.01 | Lehman Brothers Special Financing Inc. | Unsecured | $4,325,931.16 |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 191: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | WASHINGTON STATE TOBACCO SETTLEMENT AUTHORITY C/O K&L GATES LLP ATTN: MARC L. BARRECA, ESQ 925 FOURTH AVENUE, SUITE 2900 SEATTLE, WA 98104 | 37356 | 10/12/2009 | Lehman Brothers Holdings Inc. | Unsecured | $47,063,714.01 | Lehman Brothers Holdings Inc. | Unsecured | $4,325,931.16 |
| | | | | | TOTAL | $234,460,193.02 | | TOTAL | $28,174,879.06 |