# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 169: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BANQUE SAFDIE SA<br>1, RUE DE LA TOUR-DE-L'ILE<br>CASE POSTALE 5415<br>CH - 1211 GENEVE 11,<br>SWITZERLAND | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33557[1] | $3,131,753.00 |
| | | | | | TOTAL | $3,131,753.00 |

---

[1] Claim 33557 is being reclassified solely with respect to its asserted claim of $230,234.00 for securities with the ISIN No. US5249081002. The remainder of Claim 33557 is not being reclassified as an equity interest pursuant to this Objection, is not affected by this Objection, and is subject to the Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated May 16, 2011 [Docket No. 16853].