# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 193: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | COMPASS BANK C/O W. CLARK WATSON BALCH & BINGHAM LLP 1901 SIXTH AVENUE NORTH, SUITE 1500 BIRMINGHAM, AL 35203 | 14727 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,502,597.69* | Lehman Brothers Special Financing Inc. | Unsecured | $2,250,000.00 |
| 2 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: AMERICAN TRADING & PRODUCTION CO (ATAPCO) ATTN:JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK, NY 10036 | 19234 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $33,697,302.30* | Lehman Brothers Holdings Inc. | Unsecured | $26,375,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 193: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: AMERICAN TRADING AND PRODUCTION CORP. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK, NY 10036 | 19303 | 09/18/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $33,697,302.30* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $26,375,000.00 |
| 4 | MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC LEGAL DEPARTMENT ATTN: RICHARD HOUSE, ESQ. HEAD OF LEGAL, CORPORATE AND PUBLIC AFFAIRS GEORGINA DAVIDSON, HEAD OF MASTER AGREEMENTS, LEGAL, CORPORATE AND PUBLIC AFFAIRS LONDON, EC2M 2AA UNITED KINGDOM | 20240 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $24,647,081.00 | Lehman Brothers Special Financing Inc. | Unsecured | $21,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 193: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC LEGAL DEPARTMENT ATTN: RICHARD HOUSE, ESQ. HEAD OF LEGAL, CORPORATE AND PUBLIC AFFAIRS GEORGINA DAVIDSON, HEAD OF MASTER AGREEMENTS, LEGAL, CORPORATE AND PUBLIC AFFAIRS LONDON, EC2M 2AA UNITED KINGDOM | 20241 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $24,647,081.00 | Lehman Brothers Holdings Inc. | Unsecured | $21,000,000.00 |
| | | | | | TOTAL | $119,191,364.29 | | TOTAL | $97,000,000.00 |