# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 199: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 1051 PERIMETER DRIVE LLC<br>75 REMITTANCE DRIVE<br>SUITE 6717<br>CHICAGO, IL 60675 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7066 | $157,361.84 | No Liability Claim |
| 2 | DERWIN, FRANK Y & BARBARA A<br>216 ROCK RIDGE ROAD<br>MILLERSVILLE, MD 21108 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 28657 | $55,383.85 | No Liability Claim |
| 3 | KOSTI, ANDREAS<br>THERESIENGASSE 38/15<br>WIEN, 1180<br>AUSTRIA | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/24/2009 | 34837 | Undetermined | No Liability Claim |
| 4 | LIMAN, DOUG<br>C/O GERI JANSEN<br>521 WARREN AVE.<br>HAWTHORNE, NY 10532 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 29531 | $100,003.85 | No Liability Claim |
| 5 | LINDEMANN, ADAM<br>375 PARK AVE, #2603<br>NEW YORK, NY 10152-2604 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/18/2009 | 19388 | $459,130.10 | No Liability Claim |
| 6 | PLUZNIK, JUDITH<br>RENGGERSTR. 19<br>ZURICH, 8038<br>SWITZERLAND | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 10/13/2009 | 37676 | $19,253.57 | No Liability Claim |
| 7 | TEMPE FOUNTAINHEAD CORPORATE, LLC<br>NICOLAS B HOSKINS - FENNEMORE CRAIG PC<br>3003 N. CENTRAL AVE., SUITE 2600<br>PHOENIX, AZ 85012 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/29/2009 | 6579 | $264,016.48 | No Liability Claim |
| 8 | WESOKY, JOSHUA<br>165 PERRY ST APT 3B<br>NEW YORK, NY 10014-2387 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 29530 | $70,002.69 | No Liability Claim |
| | | | | | TOTAL | $1,125,152.38 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 199: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BURGER, MARTIN S.<br>10 CITY PLACE, TRUMP TOWER, 29D<br>WHITE PLAINS, NY 10601 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 01/14/2009 | 1702 | $50,000.00 | No Liability Claim |
| 2 | BURGER, MARTIN S.<br>10 CITY PLACE, TRUMP TOWER, 29D<br>WHITE PLAINS, NY 10601 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 01/14/2009 | 1703 | $183,307.80 | No Liability Claim |
| 3 | CARTER, B. GENE<br>4000 BRYN MAWR<br>DALLAS, TX 75225-7031 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 24901 | $229,349.90 | No Liability Claim |
| 4 | CARTER, B. GENE<br>4000 BRYN MAWR<br>DALLAS, TX 75225-7031 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 24902 | $166,855.00 | No Liability Claim |
| 5 | DAVID SCHWARTZ REVOCABLE TRUST<br>C/O DAVID SCHWARTZ<br>1255 W. DRAPER ST.<br>CHICAGO, IL 60614-2118 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 24455 | $91,653.90 | No Liability Claim |
| 6 | SHEPPARD, ERIC<br>180 BALCROSS DRIVE<br>BAL HARBOUR, FL 33154-3190 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/18/2009 | 19201 | $229,349.90 | No Liability Claim |
| 7 | SHEPPARD, ERIC<br>180 BALCROSS DRIVE<br>BAL HARBOUR, FL 33154 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/18/2009 | 19202 | $133,484.00 | No Liability Claim |
| 8 | SOBO, MICHAEL AND ELLEN<br>2 WASHINGTONS HEADQUARTERS<br>DOBBS FERRY, NY 10522 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/18/2009 | 18148 | $133,484.00 | No Liability Claim |
| 9 | SOBO, SCOTT AND HEIDI<br>28 NORTHDALE ROAD<br>WHITE PLAINS, NY 10605 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/18/2009 | 18147 | $133,484.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 199: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | SURYAN FAMILY TRUST<br>C/O FRANK SURYAN JR.<br>3821 SEASCAPE DRIVE<br>HUNTINGTON BEACH, CA 92649-2523 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/18/2009 | 19329 | $200,226.00 | No Liability Claim |
| 11 | SURYAN FAMILY TRUST<br>C/O FRANK SURYAN JR.<br>3821 SEASCAPE DRIVE<br>HUNTINGTON BEACH, CA 92649-2523 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/18/2009 | 19441 | $176,917.80 | No Liability Claim |
| 12 | THABIT FAMILY TRUST<br>C/O CORY THABIT<br>309 DIAMOND AVE.<br>BALBOA ISLAND, CA 92662-1117 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 24700 | $127,088.00 | No Liability Claim |
| 13 | THABIT FAMILY TRUST<br>C/O CORY THABIT<br>309 DIAMOND AVE.<br>BALBOA ISLAND, CA 92662-1117 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 24701 | $91,653.90 | No Liability Claim |
| 14 | THOMAS, JAMES & ROSEMARY<br>106 BEVERLY ROAD<br>RYE, NY 10580-1903 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/17/2009 | 15182 | $166,855.00 | No Liability Claim |
| 15 | THOMAS, JAMES & ROSEMARY<br>106 BEVERLY ROAD<br>RYE, NY 10580-1903 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/17/2009 | 15206 | $91,653.90 | No Liability Claim |
| 16 | WESTFAHL, CHRIS & EILEEN<br>52 EAST RIDGE ROAD<br>STAMFORD, CT 06903-4337 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 24130 | $91,653.90 | No Liability Claim |
| | | | | | TOTAL | $2,297,017.00 | |