# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: LISA BECKERMAN ONE BRYANT PARK NEW YORK, NY 10036 | 09/17/2009 | 08-13900 (JMP) | 14756 | $250,000.00 | AKIN, GUMP, STRAUSS, HAUER & FELD LLP ATTN: CHARLES R. GIBBS 1700 PACIFIC AVENUE, SUITE 4100 DALLAS, TX 75201 | 09/21/2009 | 08-13900 (JMP) | 24291 | $346,308.85 |
| 2 | AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: LISA BECKERMAN ONE BRYANT PARK NEW YORK, NY 10036 | 09/17/2009 | 08-13900 (JMP) | 14757 | $96,377.35 | AKIN, GUMP, STRAUSS, HAUER & FELD LLP ATTN: CHARLES R. GIBBS 1700 PACIFIC AVENUE, SUITE 4100 DALLAS, TX 75201 | 09/21/2009 | 08-13900 (JMP) | 24291 | $346,308.85 |
| 3 | ATRIUM III ATTN: LAWRENCE YOUNG 1 MADISON AVE, 9TH FLOOR NEW YORK, NY 10010 | 06/13/2011 | 08-13555 (JMP) | 67525 | $89,000.00 | ATRIUM III ATTN: ALLEN GAGE 1 MADISON AVE, 9TH FLOOR NEW YORK, NY 10010 | 09/21/2009 | 08-13555 (JMP) | 22825 | $89,000.00 |
| 4 | ATRIUM III ATTN: LAWRENCE YOUNG 1 MADISON AVE, 9TH FLOOR NEW YORK, NY 10010 | 06/13/2011 | 08-13888 (JMP) | 67526 | $89,000.00 | ATRIUM III ATTN: ALLEN GAGE 1 MADISON AVE, 9TH FLOOR NEW YORK, NY 10010 | 09/21/2009 | 08-13888 (JMP) | 22826 | $89,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | BBT FUND, L.P. ATTENTION: WILLIAM O. REIMANN C/O BBT GENPAR LP 201 MAIN STREET, SUITE 3200 FORT WORTH, TX 76102 | 12/28/2010 | 08-13888 (JMP) | 67278 | $9,991,271.16 | BBT FUND, L.P. C/O BBT GENPAR, L.P. ATTN: WILLIAM I. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH, TX 76102 | 09/21/2009 | 08-13888 (JMP) | 22277 | $9,991,271.16 |
| 6 | BGL (FORTIS LUXEMBOURG) ATTN: ANNEMARIE JUNG-GLOBAL HEAD RECOVERY 50, AVENUE JF KENNEDY LUXEMBOURG, L-2951 LUXEMBOURG | 09/21/2009 | 08-13888 (JMP) | 25003 | $1,534,568.00* | BGL (FORTIS LUXEMBOURG) ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY L-2951, LUXEMBOURG | 09/21/2009 | 08-13888 (JMP) | 34204 | $1,534,568.00* |
| 7 | BGL (FORTIS LUXEMBOURG) 50, AVENUE JF KENNEDY ATTN: ANNEMARIE JUNG - GLOBAL HEAD RECOVERY LUXEMBOURG, L-2951 LUXEMBOURG | 09/21/2009 | 08-13555 (JMP) | 25004 | $1,534,568.00* | BGL (FORTIS LUXEMBOURG) ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY L-2951, LUXEMBOURG | 09/21/2009 | 08-13555 (JMP) | 34205 | $1,534,568.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | BLACKPORT CAPITAL FUND, LTD C/O BLACKSTONE DISTRESSED SECURITIES ADVISORS L.P. ATTN: CHRIS SULLIVAN 280 PARK AVENUE, 11TH FLOOR NEW YORK, NY 10017 | 06/13/2011 | 08-13888 (JMP) | 67527 | $0.00 | BLACKPORT CAPITAL FUND, LTD C/O BLACKSTONE DISTRESSED SECURITIES ADVISORS, LP ATTN: CHRIS SULLIVAN 280 PARK AVENUE, 11TH FLOOR NEW YORK, NY 10017 | 09/22/2009 | 08-13888 (JMP) | 28391 | $0.00 |
| 9 | BP MASTER TRUST FOR EMPLOYEE PENSION PLANS BLACK ROCK INVESTMENT MANAGEMENT, LLC AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 05/18/2011 | 08-13888 (JMP) | 67490 | $1,972,122.00* | BLACKROCK PORTABLE ALPHA INVESTMENT STRATEGIES LP-STR PRTN A (BLK TICKER: PAS-STPA) C/O BLACKROCK INVESTMENT MANAGEMENT, LLC AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHN, ESQ. NEW YORK, NY 10022 | 09/21/2009 | 08-13888 (JMP) | 20683 | $1,972,122.00 |
| 10 | BURKE, JAMES K. 43 ELMWOOD AVE. RYE, NY 10580 | 09/21/2009 | 08-13555 (JMP) | 24672 | $32,850.00* | BURKE, JAMES K. 43 ELMWOOD AVENUE RYE, NY 10580 | 09/11/2009 | 08-13555 (JMP) | 11512 | $70,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | COMPUTERSHARE HONG KONG INVESTOR SERVICES LIMITED ATTN: NG YIP CHING JING 46/F HOPEWELL CENTRE 183 QUEEN'S ROAD EAST WANCHAI, HONG KONG | 07/06/2010 | 08-13555 (JMP) | 66922 | Undetermined | COMPUTERSHARE HONG KONG INVESTOR SERVICES LIMITED ATTN: NG YIP CHING JING 46/F HOPEWELL CENTRE 183 QUEEN'S ROAD EAST WANCHAI, HONG KONG | 03/19/2009 | 08-13555 (JMP) | 3395 | Undetermined |
| 12 | CONNORS, WILLIAM F. 105 DUANE STREET APT # 38C TRIBECA TOWER NEW YORK, NY 10007 | 09/17/2009 | 08-13555 (JMP) | 15185 | Undetermined | CONNORS, WILLIAM F. 105 DUANE STREET APT 38C TRIBECA TOWER NEW YORK, NY 10007 | 09/17/2009 | 08-13555 (JMP) | 15186 | $146,043.40 |
| 13 | DEMATTEIS, RICHARD 820 ELMONT ROAD ELMONT, NY 11003 | 09/18/2009 | 08-13555 (JMP) | 17400 | Undetermined | DEMATTEIS, RICHARD 820 ELMONT ROAD ELMONT, NY 11003 | 09/18/2009 | 08-13555 (JMP) | 17301 | Undetermined |
| 14 | DEMATTEIS, SCOTT L. 820 ELMONT ROAD ELMONT, NY 11003 | 09/18/2009 | 08-13555 (JMP) | 17399 | Undetermined | DEMATTEIS, SCOTT L. 820 ELMONT ROAD ELMONT, NY 11003 | 09/18/2009 | 08-13555 (JMP) | 17398 | Undetermined |
| 15 | DONTAMSETTY, VANI 9 HAGER STREET EAST BRUNSWICK, NJ 08816 | 09/04/2009 | 08-13555 (JMP) | 10386 | Undetermined | DONTAMSETTY, VANI 9 HAGER STREET EAST BRUNSWICK, NJ 08816 | 09/04/2009 | 08-13555 (JMP) | 10385 | $34,924.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | FERNANDEZ, JEFFREY<br>145 WYOMING AVENUE<br>MAPLEWOOD, NJ 07040 | 09/17/2009 | 08-13555 (JMP) | 15725 | $27,198.00 | FERNANDEZ, JEFFREY<br>145 WYOMING AVENUE<br>MAPLEWOOD, NJ 07040 | 09/25/2009 | 08-13555 (JMP) | 35014 | $27,198.02 |
| 17 | FU, ANTIEN<br>66 MADISON AVENUE<br>#4G<br>NEW YORK, NY 10016 | 07/17/2009 | 08-13555 (JMP) | 5506 | Undetermined | FU, ANTIEN<br>66 MADISON AVENUE<br>#4G<br>NEW YORK, NY 10016 | 07/17/2009 | 08-13555 (JMP) | 5508 | $27,197.86 |
| 18 | GALLATIN, RONALD L., TTEE<br>17061 BROOKWOOD DRIVE<br>BOCA RATON, FL 33496 | 09/18/2009 | 08-13555 (JMP) | 18620 | Undetermined | GALLATIN, RONALD L., TTEE<br>17061 BROOKWOOD DRIVE<br>BOCA RATON, FL 33496 | 09/18/2009 | 08-13555 (JMP) | 18619 | Undetermined |
| 19 | GREEN, LOUISE<br>44 EAST AVENUE<br>MIDDLETOWN, NY 10940 | 09/16/2009 | 08-13555 (JMP) | 14392 | Undetermined | GREEN, LOUISE<br>44 EAST AVENUE<br>MIDDLETOWN, NY 10940 | 09/21/2009 | 08-13555 (JMP) | 24265 | $44,186.12* |
| 20 | GREEN, LOUISE<br>44 EAST AVENUE<br>MIDDLETOWN, NY 10940 | 09/16/2009 | 08-13555 (JMP) | 14393 | Undetermined | GREEN, LOUISE<br>44 EAST AVENUE<br>MIDDLETOWN, NY 10940 | 09/21/2009 | 08-13555 (JMP) | 24265 | $44,186.12* |
| 21 | GREEN, LOUISE<br>44 EAST AVENUE<br>MIDDLETOWN, NY 10940 | 09/21/2009 | 08-13555 (JMP) | 24267 | Undetermined | GREEN, LOUISE<br>44 EAST AVENUE<br>MIDDLETOWN, NY 10940 | 09/21/2009 | 08-13555 (JMP) | 24265 | $44,186.12* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | \_\_ | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 22 | HENRY SCHEIN, INC. ATTN: JENNIFER FERRERO 135 DURYEA RD. MELVILLE, NY 11747 | 11/16/2010 | 08-13555 (JMP) | 67215 | $3,384,914.86 | HENRY SCHEIN, INC. 135 DURYEA RD. ATTN: JENNIFER FERRERO MELVILLE, NY 11747 | 08/14/2009 | 08-13555 (JMP) | 8321 | $3,384,914.89 |
| 23 | HENRY SCHEIN, INC. ATTN: JENNIFER FERRERO 135 DURYEA RD. MELVILLE, NY 11747 | 11/16/2010 | 08-13888 (JMP) | 67216 | $3,384,914.86 | HENRY SCHEIN, INC. 135 DURYEA RD. ATTN: JENNIFER FERRERO MELVILLE, NY 11747 | 08/14/2009 | 08-13888 (JMP) | 8320 | $3,384,914.89 |
| 24 | HOWARD, NICHOLAS P. 114 WEST ROAD NEW CANAAN, CT 06840 | 09/22/2009 | 08-13555 (JMP) | 28278 | $3,247,606.03 | HOWARD, NICHOLAS P. 114 WEST ROAD NEW CANAAN, CT 06840 | 09/22/2009 | 08-13555 (JMP) | 28279 | $3,247,606.03 |
| 25 | JEFFREY SAMBERG TRUST 10 IVY HILL ROAD CHAPPAQUA, NY 10514 | 09/18/2009 | 08-13555 (JMP) | 18660 | Undetermined | JEFFREY SAMBERG TRUST 10 IVY HILL ROAD CHAPPAQUA, NY 10514 | 09/18/2009 | 08-13555 (JMP) | 18659 | Undetermined |
| 26 | JT SERKO LP 7 WHITEGATE DRIVE OLD BROOKVILLE, NY 11545 | 09/18/2009 | 08-13555 (JMP) | 17396 | Undetermined | JT SERKO LP 7 WHITEGATE DRIVE OLD BROOKVILLE, NY 11545 | 09/18/2009 | 08-13555 (JMP) | 17395 | Undetermined |
| 27 | KASSON, MARK S. C/O SIG MANAGEMENT, LLC 26 JOURNAL SQUARE, SUITE 803 JERSEY CITY, NJ 07306 | 09/17/2009 | 08-13555 (JMP) | 15139 | Undetermined | KASSON, MARK S. C/O SIG MANAGEMENT, LLC 26 JOURNAL SQUARE, SUITE 803 JERSEY CITY, NJ 07306 | 09/17/2009 | 08-13555 (JMP) | 15138 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.   CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 28 | KLINGER, JEFFREY M<br>304 MELROSE AVE<br>MILL VALLEY, CA 94941 | 07/20/2009 | | 5736 | $500,000.00 | KLINGER, JEFFREY M.<br>304 MELROSE AVE<br>MILL VALLEY, CA 949413436 | 07/27/2009 | 08-13555 (JMP) | 6256 | $500,000.00 |
| 29 | KONIG, MARGRET<br>MONCKEBERGALLEE 15<br>HANNOVER, D-30453<br>GERMANY | 10/05/2009 | 08-13555 (JMP) | 36332 | $4,292.15 | KONIG, MARGRET<br>MONCKEBERGALLEE 15<br>HANNOVER, D-30453<br>GERMANY | 10/05/2009 | 08-13555 (JMP) | 36333 | $4,292.15 |
| 30 | LAWLESS, CONSUELA A.<br>1447 DEAN STREET<br>BROOKLYN, NY 11213 | 09/22/2009 | 08-13555 (JMP) | 31190 | $62,428.58 | LAWLESS, CONSUELA A.<br>1447 DEAN STREET<br>BROOKLTN, NY 11213 | 09/22/2009 | 08-13555 (JMP) | 31192 | $62,428.58 |
| 31 | LORENZO, RUBEN<br>875 G STREET, # 501<br>SAN DIEGO, CA 92101 | 07/20/2009 | | 5722 | $33,653.89 | LORENZO, RUBEN<br>875 G STREET, #501<br>SAN DIEGO, CA 92101 | 12/05/2008 | 08-13555 (JMP) | 1235 | $33,653.89 |
| 32 | LUKANG, MARY JANE G.<br>84 KATHERINE STREET<br>WYCKOFF, NJ 07481 | 09/22/2009 | 08-13555 (JMP) | 31377 | $42,697.77 | LUKANG,MARY JANE G.<br>84 KATHERINE STREET<br>WYCKOFF, NJ 07481 | 09/21/2009 | 08-13555 (JMP) | 25081 | $42,697.77 |
| 33 | MAGOULA, ANNA<br>7520 RIDGE BLVD<br>APT. 1C<br>BROOKLYN, NY 11209 | 09/18/2009 | 08-13555 (JMP) | 19394 | $15,714.29 | MAGOULA, ANNA<br>7520 RIDGE BLVD<br>APT. 1C<br>BROOKLYN, NY 11209 | 09/18/2009 | 08-13555 (JMP) | 19396 | $18,000.00 |
| 34 | MIKULICH, RAYMOND C.<br>15 CENTRAL PARK WEST, APT 15D<br>NEW YORK, NY 10023 | 09/21/2009 | 08-13555 (JMP) | 23841 | $454,827.00 | MIKULICH, RAYMOND C.<br>15 CENTRAL PARK WEST, APT 15D<br>NEW YORK, NY 10023 | 09/21/2009 | 08-13555 (JMP) | 23843 | $454,827.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 35 | MONTALVO, MIRIAM<br>1918 KIMBALL STREET<br>BROOKLYN, NY 11234 | 09/22/2009 | 08-13555 (JMP) | 30681 | Undetermined | MONTALVO, MIRIAM<br>1918 KIMBALL STREET<br>BROOKLYN, NY 11234 | 09/18/2009 | 08-13555 (JMP) | 19393 | $38,874.12 |
| 36 | NISCO, MARIE R.<br>16126 N 171ST DRIVE<br>SURPRISE, AZ 85388 | 09/17/2009 | 08-13555 (JMP) | 15263 | $5,331.00 | NISCO, MARIE R.<br>16126 N 171ST DRIVE<br>SURPRISE, AZ 85388 | 09/17/2009 | 08-13555 (JMP) | 15262 | $43,117.00 |
| 37 | OLYMPUS ALC CO-BORROWER NO.1, L.P.<br>C/O OLYMPUS MANAGEMENT, L.P.<br>ATTN: JEFFREY GLAT<br>485 MADISON AVENUE, 18TH FLOOR<br>NEW YORK, NY 10022 | 06/13/2011 | 08-13888 (JMP) | 67528 | $116,000.00 | OLYMPUS ALC CO-BORROWER NO.1, L.P.<br>C/O OLYMPUS MANAGEMENT, L.P.<br>ATTN: JEFFREY GLAT<br>485 MADISON AVENUE, 18TH FLOOR<br>NEW YORK, NY 10022 | 09/22/2009 | 08-13888 (JMP) | 28406 | $116,000.00 |
| 38 | PB CAPITAL CORPORATION<br>ATTN: GENERAL COUNSEL<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 10/21/2009 | 08-13555 (JMP) | 43003 | $272,025,430.55 | PB CAPITAL CORPORATION<br>ATTENTION: GENERAL COUNSEL<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 10/21/2009 | 08-13555 (JMP) | 43002 | $272,025,430.55 |
| 39 | PIEPER, RICHARD<br>5325 SPUR CROSS TRAIL<br>PARKER, CO 80134 | 09/14/2009 | 08-13885 (JMP) | 12006 | $782,179.10 | PIEPER, RICHARD<br>5325 SPUR CROSS TRAIL<br>PARKER, CO 80134 | 09/14/2009 | 08-13885 (JMP) | 12005 | $782,179.10 |
| 40 | PULIDO-CROWE, OLGA A.<br>45 CATALPA DRIVE<br>ATHERTON, CA 94027 | 09/18/2009 | 08-13555 (JMP) | 16214 | $359,686.85 | PULIDO-CROWE, OLGA A.<br>45 CATALPA DRIVE<br>ATHERTON, CA 94027 | 09/18/2009 | 08-13555 (JMP) | 16216 | $359,686.85 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 41 | RAYMOND, RICK<br>1209 EAST 55TH STREET<br>BROOKLYN, NY 11234 | 07/14/2009 | 08-13555 (JMP) | 5337 | $15,714.29 | RAYMOND, RICK<br>1209 EAST 55TH STREET<br>BROOKLYN, NY 11234 | 07/14/2009 | 08-13555 (JMP) | 5338 | $15,714.29 |
| 42 | REDDY, LAKSHMI<br>4720 CENTER BLVD APT. 2605<br>LONG ISLAND CITY, NY 11109 | 09/22/2009 | 08-13555 (JMP) | 29979 | $41,428.57 | REDDY,LAKSHMI<br>4720 CENTER BLVD APT 2605<br>LONG IS CITY, NY 111095640 | 09/22/2009 | 08-13555 (JMP) | 29976 | $41,428.57 |
| 43 | REDDY,LAKSHMI<br>4720 CENTER BLVD APT 2605<br>LONG IS CITY, NY 111095640 | 09/22/2009 | 08-13555 (JMP) | 29977 | $41,428.57 | REDDY,LAKSHMI<br>4720 CENTER BLVD APT 2605<br>LONG IS CITY, NY 111095640 | 09/22/2009 | 08-13555 (JMP) | 29976 | $41,428.57 |
| 44 | REDDY,LAKSHMI<br>4720 CENTER BLVD APT 2605<br>LONG IS CITY, NY 111095640 | 09/22/2009 | 08-13555 (JMP) | 29978 | $41,428.57 | REDDY,LAKSHMI<br>4720 CENTER BLVD APT 2605<br>LONG IS CITY, NY 111095640 | 09/22/2009 | 08-13555 (JMP) | 29976 | $41,428.57 |
| 45 | ROBINSON, RENEE<br>195 WILLOUGHBY AVENUEN NUMBER 1502<br>BROOKLYN, NY 11205 | 09/22/2009 | 08-13555 (JMP) | 32011 | $9,316.55 | ROBINSON, RENEE<br>195 WILLOUGHBY AVENUE #1502<br>BROOKLYN, NY 11205 | 09/22/2009 | 08-13555 (JMP) | 32191 | $9,316.55 |
| 46 | ROSS, MEREDITH H<br>2882 WEST 232ND STREET<br>TORRANCE, CA 90505 | 09/19/2009 | | 19589 | $10,000.00 | ROSS, MEREDITH H<br>2882 WEST 232ND STREET<br>TORRANCE, CA 90505 | 09/19/2009 | 08-13555 (JMP) | 19588 | $10,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 47 | SALMONSON, ARLENE<br>30 PARK AVENUE<br>APT. 6E<br>NEW YORK, NY 10016 | 09/21/2009 | 08-13555 (JMP) | 22321 | Undetermined | SALMONSON, ARLENE<br>30 PARK AVENUE<br>APT. 6E<br>NEW YORK, NY 10016 | 09/21/2009 | 08-13555 (JMP) | 22320 | $126,625.87 |
| 48 | SCENTI, LOUIS<br>81 COLONIAL AVE<br>LARCHMONT, NY 10538 | 09/17/2009 | 08-13555 (JMP) | 15240 | $79,327.05 | SCENTI, LOUIS<br>81 COLONIAL AVE<br>LARCHMONT, NY 10538 | 09/17/2009 | 08-13555 (JMP) | 15239 | $79,327.05 |
| 49 | SCHAEFFER, DONALD & JOAN<br>11 PAYNE CIRCLE<br>HEWLETT, NY 11557 | 09/18/2009 | 08-13555 (JMP) | 17393 | Undetermined | SCHAEFFER, DONALD & JOAN<br>11 PAYNE CIRCLE<br>HEWLETT, NY 11557 | 09/18/2009 | 08-13555 (JMP) | 17392 | Undetermined |
| 50 | SCHIPPERS, CHRISTINA M<br>55 W 26TH ST APT 10J<br>NEW YORK, NY 10010-1013 | 09/19/2009 | 08-13555 (JMP) | 19601 | Undetermined | SCHIPPERS, CHRISTINA M<br>44 WOODLAND RD<br>MILLER PLACE, NY 117641944 | 09/19/2009 | 08-13555 (JMP) | 19602 | $39,960.58 |
| 51 | SCHREIBER, RUSSELL<br>FLAT 5 CADOGAN COURT GARDENS<br>1 D'OYLEY STREET<br>LONDON, SW1X 9AQ<br>UNITED KINGDOM | 09/21/2009 | | 24400 | $240,098.00 | SCHREIBER, RUSSELL<br>500 WEST 53RD STREET, APT PH<br>NEW YORK, NY 10019 | 09/16/2009 | 08-13555 (JMP) | 13321 | $240,098.00 |
| 52 | SHAH, ASHISH C<br>1441 3RD AVE<br>APARTMENT 12C<br>NEW YORK, NY 10028 | 09/22/2009 | | 33027 | Undetermined | SHAH, ASHISH C<br>1441 THIRD AVENUE<br>APARTMENT 12C<br>NEW YORK, NY 10028 | 09/22/2009 | 08-13555 (JMP) | 33026 | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 53 | SHAH, ASHISH C<br>1441 3RD AVE<br>APT 12C<br>NEW YORK, NY 10028-1976 | 09/22/2009 | | 33028 | Undetermined | SHAH, ASHISH C<br>1441 THIRD AVENUE<br>APARTMENT 12C<br>NEW YORK, NY 10028 | 09/22/2009 | 08-13555 (JMP) | 33026 | Undetermined |
| 54 | SHAW, JEROME M. TTEE<br>JEROME M. SHAW REV TRUST<br>DTD 10/17/05<br>3 GROVE ISLE DRIVE<br>PENTHOUSE ONE<br>COCONUT GROVE, FL 33133-4118 | 09/17/2009 | 08-13555 (JMP) | 14745 | $688,480.00 | SHAW, JEROME M. TTEE<br>JEROME M. SHAW REV TRUST<br>DTD 10/17/05<br>3 GROVE ISLE DRIVE<br>PENTHOUSE ONE<br>COCONUT GROVE, FL 33133-4118 | 09/17/2009 | 08-13555 (JMP) | 14744 | $688,480.00 |
| 55 | VOGLIC, MERITA<br>127 GREEN VALLEY ROAD<br>STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23801 | $123,367.82* | VOGLIC, MERITA<br>127 GREEN VALLEY ROAD<br>STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23803 | $123,367.82 |
| 56 | VOGLIC, MERITA<br>127 GREEN VALLEY ROAD<br>STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23802 | $123,367.82* | VOGLIC, MERITA<br>127 GREEN VALLEY ROAD<br>STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23803 | $123,367.82 |
| 57 | VOGLIC, MERITA<br>127 GREEN VALLEY ROAD<br>STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23805 | $123,367.82 | VOGLIC, MERITA<br>127 GREEN VALLEY ROAD<br>STATEN ISLAND, NY 10312 | 09/21/2009 | 08-13555 (JMP) | 23803 | $123,367.82 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 202: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 58 | VOLPE, DARCY L.<br>825 KETCH DR APT 300<br>NAPLES, FL 34103-4183 | 08/31/2009 | 08-13555 (JMP) | 9843 | $10,950.00 | VOLPE, DARCY L.<br>825 KETCH DR APT 300<br>NAPLES, FL 34103-4183 | 08/31/2009 | 08-13555 (JMP) | 9842 | $127,982.91 |
| 59 | VOLPE, DARCY L.<br>825 KETCH DR APT 300<br>NAPLES, FL 34103-4183 | 08/31/2009 | | 9844 | $117,032.91 | VOLPE, DARCY L.<br>825 KETCH DR APT 300<br>NAPLES, FL 34103-4183 | 08/31/2009 | 08-13555 (JMP) | 9845 | $127,982.91 |
| 60 | VOLPE, DARCY L.<br>825 KETCH DR APT 300<br>NAPLES, FL 34103-4183 | 08/31/2009 | 08-13555 (JMP) | 9846 | $117,032.91 | VOLPE, DARCY L.<br>825 KETCH DR APT 300<br>NAPLES, FL 34103-4183 | 08/31/2009 | 08-13555 (JMP) | 9845 | $127,982.91 |
| 61 | WALESCH, JAY E<br>1665 ADAIR BLVD<br>CUMMING, GA 30040 | 09/22/2009 | 08-13555 (JMP) | 30580 | $80,258.46* | WALESCH, JAY E<br>1665 ADAIR BLVD<br>CUMMING, GA 30040 | 09/21/2009 | 08-13555 (JMP) | 23899 | $80,258.46 |
| 62 | WHITE & CASE<br>9TH FLOOR, CENTRAL TOWER<br>28 QUEEN'S ROAD CENTRAL<br>HONG KONG | 09/17/2009 | 08-13555 (JMP) | 15464 | $36,473.07 | WHITE & CASE<br>9TH FLOOR, CENTRAL TOWER<br>28 QUEEN'S ROAD CENTRAL<br>HONG KONG | 09/17/2009 | 08-13555 (JMP) | 15465 | $36,473.07 |
| 63 | WITOVER, M. KENNETH<br>12 SABINE ROAD<br>SYOSSET, NY 11791 | 09/17/2009 | 08-13555 (JMP) | 15146 | Undetermined | WITOVER, M. KENNETH<br>12 SABINE ROAD<br>SYOSSET, NY 11791 | 09/17/2009 | 08-13555 (JMP) | 15143 | Undetermined |
| | | | | TOTAL | $301,935,703.85* | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 202: EXHIBIT 2 – DUPLICATIVE CLAIMS – WITHDRAWN OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | CITADEL EQUITY FUND LTD.<br>C/O CITADEL INVESTMENT GROUP LLC<br>ATTN: SHELLANE M QUINN<br>131 SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 | 09/22/2009 | 08-13555 (JMP) | 33632 | $916,366,920.21 | CITADEL EQUITY FUND LTD.<br>C/O CITADEL INVESTMENT GROUP L.L.C.<br>ATTN: SHELLANE QUINN<br>131 SOUTH DEARBORN ST<br>CHICAGO, IL 60603<br><br>TRANSFERRED TO: CREDIT SUISSE LOAN FUNDING LLC<br>TRANSFEROR: CITADEL EQUITY FUND LTD.<br>ATTN: ASHWINEE SAWH<br>11 MADISON AVENUE, 2ND FLOOR<br>NEW YORK, NY 10010 | 09/22/2009 | 08-13555 (JMP) | 33633 | $56,316,519.34<br><br>$423,036,453.48 |
| 2 | COMMERZBANK AG, NEW YORK AND GRAND CAYMAN BRANCHES<br>ATTN: MICHAEL FRUCHTER<br>2 WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | 09/22/2009 | 08-13555 (JMP) | 27838 | $200,081,967.21* | COMMERZBANK AG, NEW YORK AND GRAND CAYMAN BRANCHES<br>ATTN: MICHAEL FRUCHTER<br>2 WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | 09/22/2009 | 08-13555 (JMP) | 27840 | $207,518,817.36* |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 202: EXHIBIT 2 – DUPLICATIVE CLAIMS – WITHDRAWN OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 10/05/2010 | 08-13555 (JMP) | 67123 | $14,500,000.00 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 09/16/2009 | 08-13555 (JMP) | 14293 | $14,500,000.00 |
| 4 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 10/05/2010 | 08-13888 (JMP) | 67124 | $14,500,000.00 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 09/16/2009 | 08-13888 (JMP) | 14291 | $14,500,000.00 |

TOTAL    $1,145,448,887.42*

\* - Indicates claim contains unliquidated and/or undetermined amounts