B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Altuned Holdings LLC | Deutsche Bank AG, London Branch |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):  66134 (amending 12615) |
| | Amount of Claim: $792,489.00 |
| Altuned Holdings LLC | Date Claim Filed: January 19, 2010 (12615 was |
| c/o Richards Kibbe & Orbe LLP | filed on September 14, 2009) |
| One World Financial Center | Debtor: Lehman Brothers Commercial Corporation |
| New York, NY 10281 | |
| Attn:  Larry Halperin | |

| | |
|---|---|
| Phone: (212) 530-1870 | Phone: _____ |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____          Date: __10/20/11_____
                Transferee/Transferee's Agent
        By: Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:   Lehman Brothers Commercial Corporation (the "Debtor")
          Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66134 (amending 12615)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66134 (amending 12615), in the principal amount of $792,489.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 20, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____    Philipp Roever
     Name:                        Vice President
     Title:

By: _____
     Name:
     Title:

**ALTUNED HOLDINGS LLC**

By:    Richards Kibbe & Orbe LLP, as authorized signatory and not in
       the capacity as legal counsel to Altuned Holdings LLC

By: _____
     Name:
     Title:

687703v.2 445/01440

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Commercial Corporation (the "Debtor")
           Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66134 (amending 12615)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66134 (amending 12615), in the principal amount of $792,489.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 2?, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:                                 Name:
    Title:                                Title:

**ALTUNED HOLDINGS LLC**

By:    Richards Kibbe & Orbe LLP, as authorized signatory and not in
       the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:
    Title:

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.　　　Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Altuned Holdings LLC | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Altuned Holdings LLC
c/o Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attn:  Larry Halperin

Court Claim # (if known):  66129 (amending 12603)
Amount of Claim: $111,556.00
Date Claim Filed: January 19, 2010 (12603 was filed on September 14, 2009)
Debtor: Lehman Brothers Commercial Corporation

Phone: (212) 530-1870
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____     Date: ___10/20/11_____
       Transferee/Transferee's Agent
By:  Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:       United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
          Attn: Clerk

AND TO:   Lehman Brothers Commercial Corporation (the "Debtor")
          Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66129 (amending 12603)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66129 (amending 12603), in the principal amount of $111,556.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 20, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____   Philipp Roever          By: _____
    Name:                       Vice President               Name:
    Title:                                                   Title:

**ALTUNED HOLDINGS LLC**

By:   Richards Kibbe & Orbe LLP, as authorized signatory and not in
      the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:
    Title:

687700v.2 445/01440

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn:  Clerk

AND TO:     Lehman Brothers Commercial Corporation (the "Debtor")
         Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66129 (amending 12603)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66129 (amending 12603), in the principal amount of $111,556.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 26, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____     By: _____
     Name:                                 Name:
     Title:                                   Title:

**ALTUNED HOLDINGS LLC**

By:     Richards Kibbe & Orbe LLP, as authorized signatory and not in
         the capacity as legal counsel to Altuned Holdings LLC

By: _____
     Name: Larry G. Halperin
     Title: Partner

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby
gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security,
of the claim referenced in this evidence and notice.

| <u>Altuned Holdings LLC</u> | <u>Deutsche Bank AG, London Branch</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Altuned Holdings LLC
c/o Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attn:  Larry Halperin

Court Claim # (if known): <u>66123 (amending</u>
<u>12609)</u>
Amount of Claim: <u>$80,404.00</u>
Date Claim Filed: <u>January 19, 2010 (12609 was</u>
<u>filed on September 14, 2009)</u>
Debtor: <u>Lehman Brothers Commercial Corporation</u>

Phone: <u>(212) 530-1870</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____           Date: _____10/20/11_____
           Transferee/Transferee's Agent
By:  Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

## EXHIBIT B

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:    Lehman Brothers Commercial Corporation (the "Debtor")
           Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66123 (amending 12609)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66123 (amending 12609), in the principal amount of $80,404.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 26, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____    **Philipp Roever**
    Name:                       **Vice President**
    Title:

By: _____
    Name:
    Title:

**ALTUNED HOLDINGS LLC**

By:    Richards Kibbe & Orbe LLP, as authorized signatory and not in
       the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:
    Title:

687699v.2 445/01440

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn:  Clerk

AND TO:   Lehman Brothers Commercial Corporation (the "Debtor")
          Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66123 (amending 12609)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66123 (amending 12609), in the principal amount of $80,404.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 26 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____        By: _____
    Name:                                       Name:
    Title:                                      Title:

**ALTUNED HOLDINGS LLC**

By:     Richards Kibbe & Orbe LLP, as authorized signatory and not in
        the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:  Larry G. Halperin
    Title:  Part.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Altuned Holdings LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

Altuned Holdings LLC
c/o Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attn:  Larry Halperin

Phone: <u>(212) 530-1870</u>
Last Four Digits of Acct #: _____

<u>Deutsche Bank AG, London Branch</u>
Name of Transferor

Court Claim # (if known): <u>66133 (amending 12614)</u>
Amount of Claim: <u>$54,993.00</u>
Date Claim Filed: <u>January 19, 2010 (12614 was filed on September 14, 2009)</u>
Debtor: <u>Lehman Brothers Commercial Corporation</u>

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____            Date: ___10/20/11_____
        Transferee/Transferee's Agent
By: Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO:    Lehman Brothers Commercial Corporation (the "Debtor")
           Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66133 (amending 12614)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66133 (amending 12614), in the principal amount of $54,993.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 20, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

                    Philipp Roever
                    Vice President
By: _____             By: _____
    Name:                                    Name:
    Title:                                   Title:


**ALTUNED HOLDINGS LLC**

By:    Richards Kibbe & Orbe LLP, as authorized signatory and not in
       the capacity as legal counsel to Altuned Holdings LLC



By: _____
    Name:
    Title:


687696v.2 445/01440

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO:     Lehman Brothers Commercial Corporation (the "Debtor")
            Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66133 (amending 12614)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66133 (amending 12614), in the principal amount of $54,993.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 20, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____     By: _____
    Name:                                   Name:
    Title:                                  Title:

**ALTUNED HOLDINGS LLC**

By:     Richards Kibbe & Orbe LLP, as authorized signatory and not in
        the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name: Larry G Halperin
    Title: Part

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Altuned Holdings LLC                          Deutsche Bank AG, London Branch
          Name of Transferee                            Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 66130 (amending
should be sent:                                  12616)
                                                 Amount of Claim: $2,817,196.00
Altuned Holdings LLC                             Date Claim Filed: January 19, 2010 (12616 was
c/o Richards Kibbe & Orbe LLP                    filed on September 14, 2009)
One World Financial Center                       Debtor: Lehman Brothers Commercial Corporation
New York, NY 10281
Attn: Larry Halperin


Phone: (212) 530-1870                            Phone: _____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____                    Date:  10/20/11 _____
            Transferee/Transferee's Agent
       By: Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Commercial Corporation (the "Debtor")
         Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66130 (amending 12616)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66130 (amending 12616), in the principal amount of $2,817,196.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 20, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____  Philipp Roever       By: _____
    Name:                       Vice President           Name:
    Title:                                               Title:

**ALTUNED HOLDINGS LLC**

By:    Richards Kibbe & Orbe LLP, as authorized signatory and not in
       the capacity as legal counsel to Altuned Holdings LLC


By: _____
    Name:
    Title:

687694v.2 445/01440

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Commercial Corporation (the "Debtor")
         Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66130 (amending 12616)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66130 (amending 12616), in the principal amount of $2,817,196.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 28 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____     By: _____
    Name:                                   Name:
    Title:                                  Title:

**ALTUNED HOLDINGS LLC**

By:   Richards Kibbe & Orbe LLP, as authorized signatory and not in
      the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name: Larry G. Halperin
    Title: Partner

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.       Case No. 08-13555 (JMP)
                                                             (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Altuned Holdings LLC | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Altuned Holdings LLC
c/o Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attn: Larry Halperin

Court Claim # (if known): 66126 (amending 12606)
Amount of Claim: $77,444.00
Date Claim Filed: January 19, 2010 (12606 was filed on September 14, 2009)
Debtor: Lehman Brothers Commercial Corporation

Phone: (212) 530-1870
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____    Date: ___10/20/11_____
              Transferee/Transferee's Agent
       By:  Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Commercial Corporation (the "Debtor")
        Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66126 (amending 12606)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66126 (amending 12606), in the principal amount of $77,444.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 28 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____     By: _____
Name: Philipp Roever                  Name:
Title: Vice President                 Title:

**ALTUNED HOLDINGS LLC**

By:     Richards Kibbe & Orbe LLP, as authorized signatory and not in
        the capacity as legal counsel to Altuned Holdings LLC

By: _____
Name:
Title:

687641v.2 445/01440

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Commercial Corporation (the "Debtor")
         Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66126 (amending 12606)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66126 (amending 12606), in the principal amount of $77,444.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 20, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
     Name:                                      Name:
     Title:                                      Title:

**ALTUNED HOLDINGS LLC**

By:      Richards Kibbe & Orbe LLP, as authorized signatory and not in
         the capacity as legal counsel to Altuned Holdings LLC

By: _____
     Name:
     Title:

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby
gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security,
of the claim referenced in this evidence and notice.

| | |
|---|---|
| Altuned Holdings LLC | Deutsche Bank AG, London Branch |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):  66124 (amending 12608) |
| | Amount of Claim: $1,045,873.00 |
| Altuned Holdings LLC | Date Claim Filed: January 19, 2010 (12608 was |
| c/o Richards Kibbe & Orbe LLP | filed on September 14, 2009) |
| One World Financial Center | Debtor: Lehman Brothers Commercial Corporation |
| New York, NY 10281 | |
| Attn:  Larry Halperin | |

| | |
|---|---|
| Phone: (212) 530-1870 | Phone: _____ |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____        Date:  10/20/11 _____

           Transferee/Transferee's Agent
     By:  Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Commercial Corporation (the "Debtor")
           Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66124 (amending 12608)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66124 (amending 12608), in the principal amount of $1,045,873.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 20, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By:                    Philipp Roever
   Name:               Vice President
   Title:

By:
   Name:
   Title:

**ALTUNED HOLDINGS LLC**

By:        Richards Kibbe & Orbe LLP, as authorized signatory and not in
           the capacity as legal counsel to Altuned Holdings LLC

By:
   Name:
   Title:

686820v.2 445/01440

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:   Lehman Brothers Commercial Corporation (the "Debtor")
          Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66124 (amending 12608)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66124 (amending 12608), in the principal amount of $1,045,873.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 2̲8̲, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:                                         Name:
    Title:                                        Title:


**ALTUNED HOLDINGS LLC**

By:      Richards Kibbe & Orbe LLP, as authorized signatory and not in
         the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:
    Title: