B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Altuned Holdings LLC | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Altuned Holdings LLC
c/o Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attn: Larry Halperin

Court Claim # (if known): 66131 (amending 12612)
Amount of Claim: $9,624.00
Date Claim Filed: January 19, 2010 (12612 was filed on September 14, 2009)
Debtor: Lehman Brothers Commercial Corporation

Phone: (212) 530-1870
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____     Date: ___10/20/11___

    Transferee/Transferee's Agent

By:  Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Commercial Corporation (the "Debtor")
           Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66131 (amending 12612)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66131 (amending 12612), in the principal amount of $9,624.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 26, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

Philipp Roever
Vice President

By: _____          By: _____
    Name:                                 Name:
    Title:                                Title:


**ALTUNED HOLDINGS LLC**

By:    Richards Kibbe & Orbe LLP, as authorized signatory and not in
       the capacity as legal counsel to Altuned Holdings LLC


By: _____
    Name:
    Title:

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Brothers Commercial Corporation (the "Debtor")
           Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66131 (amending 12612)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66131 (amending 12612), in the principal amount of $9,624.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 2̲0̲, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**


By: _____          By: _____
      Name:                                 Name:
      Title:                                 Title:


**ALTUNED HOLDINGS LLC**

By:    Richards Kibbe & Orbe LLP, as authorized signatory and not in
       the capacity as legal counsel to Altuned Holdings LLC

By: _____
      Name:  Larry G. Halpe
      Title:  Partner

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Altuned Holdings LLC | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Altuned Holdings LLC
c/o Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attn: Larry Halperin

Court Claim # (if known):  66127 (amending 12605)
Amount of Claim: $7,010,779.00
Date Claim Filed: January 19, 2010 (12605 was filed on September 14, 2009)
Debtor: Lehman Brothers Commercial Corporation

Phone: (212) 530-1870
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____          Date: _10/20/11_____
        Transferee/Transferee's Agent
By:  Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Commercial Corporation (the "Debtor")
         Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66127 (amending 12605)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66127 (amending 12605), in the principal amount of $7,010,779.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 20, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

Philipp Roever
Vice President

By: _____          By: _____
    Name:                                   Name:
    Title:                                  Title:

**ALTUNED HOLDINGS LLC**

By:      Richards Kibbe & Orbe LLP, as authorized signatory and not in
         the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:
    Title:

687733v.2 445/01440

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
   Attn: Clerk

AND TO: Lehman Brothers Commercial Corporation (the "Debtor")
    Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66127 (amending 12605)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66127 (amending 12605), in the principal amount of $7,010,779.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 2̲8̲ 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____   By: _____
  Name:                Name:
  Title:                Title:

**ALTUNED HOLDINGS LLC**

By: Richards Kibbe & Orbe LLP, as authorized signatory and not in
   the capacity as legal counsel to Altuned Holdings LLC

By: _____
  Name:
  Title:

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.       Case No. 08-13555 (JMP)
                                                            (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby
gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security,
of the claim referenced in this evidence and notice.

Altuned Holdings LLC                          Deutsche Bank AG, London Branch
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee  Court Claim # (if known):  66125 (amending
should be sent:                               12607)
                                              Amount of Claim: $335,892.00
Altuned Holdings LLC                          Date Claim Filed: January 19, 2010 (12607 was
c/o Richards Kibbe & Orbe LLP                 filed on September 14, 2009)
One World Financial Center                    Debtor: Lehman Brothers Commercial Corporation
New York, NY 10281
Attn:  Larry Halperin


Phone: (212) 530-1870                         Phone: _____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____          Date: _10/20/11_____
                Transferee/Transferee's Agent
By:  Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

## EXHIBIT B

EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Commercial Corporation (the "Debtor")
           Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66125 (amending 12607)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66125 (amending 12607), in the principal amount of $335,892.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 2?, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

Philipp Roever
Vice President

By: _____          By: _____
    Name:                                   Name:
    Title:                                  Title:

**ALTUNED HOLDINGS LLC**

By:    Richards Kibbe & Orbe LLP, as authorized signatory and not in
       the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:
    Title:

687749v.2 445/01440

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Commercial Corporation (the "Debtor")
         Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66125 (amending 12607)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66125 (amending 12607), in the principal amount of $335,892.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 2̲0̲, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:                                   Name:
    Title:                                  Title:

**ALTUNED HOLDINGS LLC**

By:   Richards Kibbe & Orbe LLP, as authorized signatory and not in
      the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:
    Title:

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Altuned Holdings LLC | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Altuned Holdings LLC
c/o Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attn:  Larry Halperin

Court Claim # (if known): 66122 (amending 12610)
Amount of Claim: $385,941.00
Date Claim Filed: January 19, 2010 (12610 was filed on September 14, 2009)
Debtor: Lehman Brothers Commercial Corporation

Phone: (212) 530-1870
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____        Date: ____10/20/11_____
                Transferee/Transferee's Agent
       By:  Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Commercial Corporation (the "Debtor")
         Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66122 (amending 12610)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66122 (amending 12610), in the principal amount of $385,941.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 20, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:   Philipp Roever                Name:
    Title:  Vice President                Title:

**ALTUNED HOLDINGS LLC**

By:   Richards Kibbe & Orbe LLP, as authorized signatory and not in
      the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:
    Title:

687744v.2 445/01440

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
          Attn: Clerk

AND TO:    Lehman Brothers Commercial Corporation (the "Debtor")
            Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66122 (amending 12610)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66122 (amending 12610), in the principal amount of $385,941.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 20, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____        By: _____
      Name:                               Name:
      Title:                                Title:

**ALTUNED HOLDINGS LLC**

By:    Richards Kibbe & Orbe LLP, as authorized signatory and not in
        the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:  Larry G. Halperin
    Title:  Partner

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Altuned Holdings LLC | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Altuned Holdings LLC
c/o Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attn:  Larry Halperin

Court Claim # (if known):  66128 (amending 12604)
Amount of Claim: $1,277,812.00
Date Claim Filed: January 19, 2010 (12604 was filed on September 14, 2009)
Debtor: Lehman Brothers Commercial Corporation

Phone: (212) 530-1870
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____          Date: __10/20/11_____
　　　　　Transferee/Transferee's Agent
　　By:  Larry Halperin, Partner

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO:     Lehman Brothers Commercial Corporation (the "Debtor")
            Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66128 (amending 12604)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66128 (amending 12604), in the principal amount of $1,277,812.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 2̲0̲, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

Philipp Roever
Vice President

By: _____          By: _____
    Name:                                 Name:
    Title:                                Title:

**ALTUNED HOLDINGS LLC**

By:     Richards Kibbe & Orbe LLP, as authorized signatory and not in
        the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:
    Title:

687738v.2 445/01440

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn:  Clerk

AND TO:  Lehman Brothers Commercial Corporation (the "Debtor")
         Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66128 (amending 12604)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66128 (amending 12604), in the principal amount of $1,277,812.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October ___, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
       Name:                                          Name:
       Title:                                         Title:

**ALTUNED HOLDINGS LLC**

By:      Richards Kibbe & Orbe LLP, as authorized signatory and not in
         the capacity as legal counsel to Altuned Holdings LLC

By: _____
       Name:
       Title:

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Altuned Holdings LLC
Name of Transferee

Deutsche Bank AG, London Branch
Name of Transferor

Name and Address where notices to transferee should be sent:

Altuned Holdings LLC
c/o Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attn: Larry Halperin

Court Claim # (if known): 66132 (amending 12613)
Amount of Claim: $286,912.00
Date Claim Filed: January 19, 2010 (12613 was filed on September 14, 2009)
Debtor: Lehman Brothers Commercial Corporation

Phone: (212) 530-1870
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Altuned Holdings LLC

By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Altuned Holdings LLC

By: _____        Date: ____10/20/11_____
              Transferee/Transferee's Agent
       By: Larry Halperin, Partner

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO:    Lehman Brothers Commercial Corporation (the "Debtor")
           Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66132 (amending 12613)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66132 (amending 12613), in the principal amount of $286,912.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 12, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____    **Philipp Roever**          By: _____
    Name:             **Vice President**                Name:
    Title:                                              Title:

**ALTUNED HOLDINGS LLC**

By:    Richards Kibbe & Orbe LLP, as authorized signatory and not in
        the capacity as legal counsel to Altuned Holdings LLC

By: _____
    Name:
    Title:

687736v.2 445/01440

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO:     Lehman Brothers Commercial Corporation (the "Debtor")
        Case No. 08-13901 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66132 (amending 12613)

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 66132 (amending 12613), in the principal amount of $286,912.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 2̲0̲, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____     By: _____
     Name:                          Name:
     Title:                          Title:

**ALTUNED HOLDINGS LLC**

By:     Richards Kibbe & Orbe LLP, as authorized signatory and not in
          the capacity as legal counsel to Altuned Holdings LLC

By: _____
     Name:
     Title: