**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDINGS INC.,
*et al.*,

                             Debtors.

------------------------------------------------------X

Case No. 08-13555 (JMP)

Chapter 11

Jointly Administered

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Daniel J. Bussel, Esq., a member in good standing of the bar of the State of California, of all federal courts in California, and of the United States Supreme Court, request admission, *pro hac vice*, before this Honorable Court to represent Perry Capital LLC, for on behalf Perry Partners International Inc. and Perry Partners LP, in the above-captioned cases. My contact information is as follows:

| | |
|---|---|
| Mailing address: | Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067 |
| Telephone: | (310) 407-4000 |
| Fax: | (310) 407-9090 |
| E-mail address: | dbussel@ktbslaw.com |

    I have paid the fee of $200 concurrently with the filing of this motion.

Dated:  October 28, 2011
             Los Angeles, California

                                                                */s/ Daniel J. Bussel*
                                                                DANIEL J. BUSSEL, a Member of KLEE,
                                                               TUCHIN, BOGDANOFF & STERN LLP

135842.1