**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDINGS INC.,
*et al.*,

Debtors.

------------------------------------------------------X

Case No. 08-13555 (JMP)

Chapter 11

Jointly Administered

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
### OF DANIEL J. BUSSEL

Upon the motion of Daniel J. Bussel dated October 28, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Daniel J. Bussel is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2011
         New York, New York

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

135842.1