**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP
Court ID (Court Use Only) ____________

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Dexia Private Bank (Switzerland) Ltd** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br>**Dexia Private Bank (Switzerland) Ltd**<br>Beethovenstrasse 48, CH-8022 Zürich<br>058 810 82 76<br>Attn: Sven Riva<br>sven.riva(at)dexia.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>**EUR 90'000.00 (face amount of securities)** | ***NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS*** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________ Date: 13. Okt. 2011

E. Furger, Auth Sign./ S. Riva, AVP
**Dexia Private Bank (Switzerland) Ltd**
Beethovenstrasse 48
8022 Zurich

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| **Cap.Prot.Cert.Lehman Bros Treasury BV 2007-5.11.2010** | **CH0027120879** | **Lehman Brothers Treasury BV** | **Lehman Brothers Holding Inc.** | **EUR 90'000.00 out of EUR 3'306'000.00** |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 12 and in paragraphs/lines 4 of the Addendum to the Proof of Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Dexia Private Bank (Switzerland) Ltd**
Beethovenstrasse 48
PO Box 2192
CH 8022 Zurich
Telephone: ++41 58 810 82 76
Fax: ++41 58 810 82 72
Attention: Sven Riva

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 12, 2011.

**UBS AG**
Transferor

By: ______________________________
Name: Hugo Koller
Title: Director

By: ______________________________
Name: Jean-Claude Besson
Title: Associate Director

ACKNOWLEDGED BY:

**Dexia Private Bank (Switzerland) Ltd**
Transferee

By: ______________________________
Name: Sven Riva
Title: Ass. Vice President

By: ______________________________
Name: Elvira Furger
Title: Authorized Signatory



Privatbank
(Schweiz)

**Hauptsitz Zürich**
*Beethovenstrasse 48*
*Postfach 2192*
*CH-8022 Zürich*
*Telefon +41 (0)58 810 82 92*
*Telefax +41 (0)58 810 82 71*
*Internet: www.dexia-pb.ch*

Epiq Bankruptcy Solutions LLC
757 Third Avenue 3rd Floor

New York, NY 10017

USA

Zurich, 10.24.2011 / SVR

**Notice of Transfer of Claims other than for Security**
**Pursuant to Bankruptcy Rule 3001(E)(2)**

Case No: 08-13555 (JMP)
Claim No: 59233
Issue: Nom 90'000 Lehman Bros. Treas. BV 05.11.2010 / ISIN CH0027120879

Dear Sirs

Enclosed please find the above mentioned Transfer Form between UBS, Zurich and ourselves for your records.

Please confirm receipt of the Form and send all future communication / distribution to the new adress mentioned.

For your co-operation we thank you very much in advance.

Yours sincerly

**Dexia Private Bank (Switzerland) Ltd.**

Elvira Furger
Authorized Signatory

Sven Riva
AVP

Enclosures:
Mentioned

# FRACHTBRIEF / WAYBILL
(nicht übertragbar) (Non-Negotiable)

H777 417 326 6

Frachtbrief Kontrollnummer
Waybill / Tracking Number

Zusteller / Delivery Driver

**UPS KUNDENNUMMER DES VERSENDERS / SHIPPER'S ACCOUNT NO.**

UPS Kundennummer Des Versenders Aus Feld [1] Angeben. Ist [1] Leer, Nummer Aus Dem Grau Schattierten Feld Darüber Angeben.

Record Shipper's UPS Account No. From Box [1]. If Box [1] Is Blank, Record Number From Shaded Box Above Box [1].

**VON / FROM**

Versender / Sender

Telefonnummer / Telephone No.

Postleitzahl / Postal Code

Staat / Country

UPS Kundennummer Des Empfängers / Receiver's UPS Account No.

Steuer-/Zollnummer Etc. Des Empfängers
Receiver's V.A.T. No./Identification No. For Customs Purposes

Kontaktperson / Contact

Telefonnummer / Telephone No.

**AN / TO**

Firmenname Und Adresse

Privatzustellung ☐

Epiq Bankruptcy Solutions LLC
757 Third Av. 3rd floor

OCT 25 2011

Postleitzahl / Postal Code: 10017 New York NY

Staat / Country: USA

**ZAHLUNG DER VERSANDKOSTEN / PAYMENT OF CHARGES**

*Versandkosten zu Lasten von: / Bill Shipping Charges To:*

☒ Versender / Shipper (Kundennummer in Abschnitt 1 / Account No. in Section 1)
☐ Empfänger / Receiver (Kundennummer in Abschnitt 2 / Account No. in Section 2)
☐ Dritten / Third Party

☐ Kreditkarte (nur Versender) / Credit Card (Shipper only)

Firmenname des Dritten / Third Party Company Name: ____

*Zoll und Steuern zu Lasten von: / Bill Duties & Taxes To:*

☐ Versender / Shipper (Kundennummer in Abschnitt 1 / Account No. in Section 1)
☐ Empfänger / Reciever (Kundennummer in Abschnitt 2 / Account No. in Section 2)
☐ Dritten / Third Party

Firmenname des Dritten / Third Party Company Name: ____

Geben Sie die UPS Kundennummer (Dritte) an / Enter UPS Account No. (Third Party)

Ländercode des Dritten / Third Party Country Code

02690104902 Rev. 01/08 EN

**SERVICEART / SERVICE LEVEL**

| Service | | Nur für UPS / UPS Use |
|---|---|---|
| Express Plus | ☐ | 1+ |
| Express | ☒ | 1 |
| Saver | ☐ | 1P |
| Expedited | ☐ | 2 |
| Standard | ☐ | ■ |

**ANGABEN ZUR SENDUNG / SHIPMENT INFORMATION**

| Anzahl Der Packstücke / Packages In Shipment | Tatsächliches Gesamtgewicht / Total Actual Weight | Gesamtes Volumengewicht / Total Dimensional Weight |
|---|---|---|
| 1 | kg<br>☒ UPS Express Envelope | kg |

Referenz-Nr. 1 / Reference No. 1

Referenz-Nr. 2 / Reference No. 2

Code Für Sonderangebote / Special Offer Code

Beschreibung Der Waren / Description Of Goods: Dokumente

Nur Dokumente / Documents Only ☒

Waren Unterliegen Nicht Dem Freien Verkehr Innerhalb Der EU. ☐ Goods Not In Free Circulation In The EU.

**ZUSATZLEISTUNGEN / OPTIONAL SERVICES**

☐ UPS NA1

☐ Samstagszustellung / Saturday Delivery

Besondere Anweisungen / Special Instructions

Der Versender ist mit den UPS Beförderungsbedingungen, die auf der Rückseite der Kopie des Versenders des Frachtbriefs dargelegt sind, einverstanden. Sofern nicht im Frachtbrief ein höherer Haftungswert eingetragen ist, gelten die Haftungsgrenzen des Warschauer oder Montrealer Abkommens bzw. das Übereinkommen über den Beförderungsvertrag im internationalen Straßengüterverkehr oder die unter Ziffer 9 der UPS Beförderungsbedingungen genannten. Der Versender bevollmächtigt UPS, als Beauftragter für Exportkontrolle und Zollangelegenheiten aufzutreten.

| Versanddatum / Date of Shipment (TT MM JJ) | Unterschrift des Versenders / Shipper's Signature |
|---|---|
| 24/10/11 | |

UPS Use Delivery: H777 417 326 6

UPS Use Export 2: H777 417 326 6

UPS Use Export 1: H777 417 326 6

3103