UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 20964, 20965,
                                                                       21102, 21103, 21117, 21119-21121,
                                                                       21126, 21127, 21130, 21163-21165,
                                                                       21167-21172, 21180, 21192, 21195,
                                                                       21196, 21204-21207, 21210, 21228,
                                                                       21229, 21232, 21233, 21235, 21236,
                                                                       21241, 21252

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 27, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
31st day of October, 2011

/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 20964, 20965, 21102...21236, 21241, 21252_AFF_10-27-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BANCO SANTANDER, S.A.
      ATTN: JAMES H. BATHON, ESQ., MANAGING DIRECTOR & CHIEF LEGAL OFFICER
      BANCO SANTANDER, S.A., NEW YORK BRANCH
      45 EAST 53RD STREET
      NEW YORK NY 10022

BANCO SANTANDER, S.A.
O'MELVENY & MYERS LLP
ATTN: GERALD C. BENDER, ESQ.
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK NY 10036

Please note that your claim # 22242 in the above referenced case and in the amount of
$72,605,342.00  allowed at $66,801,313.45         has been transferred **(unless previously expunged by court order)**

MERRILL LYNCH CREDIT PRODUCTS, LLC
TRANSFEROR: BANCO SANTANDER, S.A.
ATTN: JEFFREY BENESH AND GARY S. COHEN
BANK OF AMERICA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 21171      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/27/2011                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2011.

**EXHIBIT B**

```
TIME: 12:12:34                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 10/27/11                                             CREDITOR LISTING

Name                                           Address
ABSA BANK LIMITED                              CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
ABSA BANK LIMITED                              ATTN: PAUL CLIFTON 15 ALICE LANE SANDOWN SANDTON 2196 SOUTH AFRICA
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD         SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                               NEW YORK NY 10012
BANCO SANTANDER (MEXICO), S.A.                 ATTN: EDUARDO FERNANDEZ GARCIA TRAVESI INSTITUCION DE BANCA MULTIPLE, GROUPO FINANCIERO SANTANDER
                                               PROLONGACION PASEO DE LA REFORMA N 500 NIVEL 1, MODULO 111 COLONIA LOMAS DE SANTA FE DISTRO FEDERAL   01219 MEXICO
BANCO SANTANDER (MEXICO), S.A.                 O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
BANCO SANTANDER (MEXICO), S.A.                 O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
BANCO SANTANDER (MEXICO), S.A.                 INSTITUCION DE BANCA MULTIPLE, GROUPO FINANCIERO SANTANDER ATTN: EDUARDO FERNANDEZ GARCIA TRAVESI
                                               PROLONGACION PASEO DE LA REFORMA N 500 NIVEL 1, MODULO 111 COLONIA LOMAS DE SANTA FE DISTRITO FEDERAL   01219 MEXICO
BANCO SANTANDER - CHILE                        O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
BANCO SANTANDER - CHILE                        O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
BANCO SANTANDER - CHILE                        ATTN: HANS TRAUTMAN BUC ESTRUCTURACTION FINANCIERA BANDERA 140 SANTIAGO   CHILE
BANCO SANTANDER, S.A.                          O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
BANCO SANTANDER, S.A.                          ATTN: JAMES H. BATHON, ESQ., MANAGING DIRECTOR & CHIEF LEGAL OFFICER BANCO SANTANDER, S.A., NEW YORK BRANCH 45 EAST 53RD STREET
                                               NEW YORK NY 10022
BANK LEUMI LE-ISRAEL B.M.                      TRANSFEROR: INBAR, SIGAL, IDO & OMRI ATTN: PATRICIA ACHER FOREIGN SECURITIES TRADING 35 YEHUDA HALEVI STREET TEL AVIV   ISRAEL
BANK LEUMI LE-ISRAEL B.M.                      TRANSFEROR: URI INBAR - ENGINEERING AND PROJECTS LTD FOREIGN SECURITIES TRADING 35 YEHUDA HALEVI STREET TEL AVIV   ISREAL
BARCLAYS BANK PLC                              TRANSFEROR: ABSA BANK LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: FIP - FONDO IMMOBILI PUBBLICI 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: THE VARDE FUND X (MASTER) LP 745 SEVENTH AVENUE NEW YORK NY 10019
BAUPOST GROUP SECURITIES LLC                   TRANSFEROR: FRANKLIN INCOME FUND C/O ROPES & GRAY LLP ATTN: PHILIP A. WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
BAUPOST GROUP SECURITIES LLC                   TRANSFEROR: MORGAN STANLEY CAPITAL GROUP INC C/O ROPES & GRAY LLP ATTN: PHILIP A. WELLS 1211 AVENUE OF THE AMERICAS
                                               NEW YORK NY 10036-8704
BETHMANN BANK AG                               TRANSFEROR: BRUNS, INGRID BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN   60311 GERMANY
BETHMANN BANK AG                               TRANSFEROR: BRUNS, WILHELM & INGRID BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN   60311 GERMANY
BROOKE FINANCIAL SERVICES LTD                  CHADBOURNE & PARKE LLP ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112
BROOKE FINANCIAL SERVICES LTD                  TRANSFEROR: PORTAFOLIO DE INVERSIONES C2-34, C.A. C/O CHADBOURNE & PARKE LLP ATTN: DENNISE CALDERON BARRERA, ESQ.
                                               30 ROCKEFELLER PLAZA NEW YORK NY 10112
BRUNS, INGRID                                  AM KLOSTERGARTEN 5 LUNEBURG   21337 GERMANY
BRUNS, WILHELM & INGRID                        AM KLOSTERGARTEN 5 LUNEBURG   21337 GERMANY
CAJA DE AHORROS Y M.P. DE GUIPUZCOA Y          MIKEL EZERRA HERNANDEZ CAMINO PORTUETXE, N 10 DONOSTIA-SAN SEBASTIAN GUIPUZCOA   20018 SPAIN
SAN SEBASTIAN- KUTXA
CAJA DE AHORROS Y M.P. DE GUIPUZCOA Y          MIKEL EZERRA HERNANDEZ CALLE GETERIA 9-11 DONOSTIA-SAN SEBASTIAN GUIPUZCOA   20005 SPAIN
SAN SEBASTIAN- KUTXA
CFIP MASTER FUND, LTD.                         TRANSFEROR: DEUTSCHE BANK AG LONDON C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, SUITE 3495
                                               CHICAGO IL 60606
CFIP MASTER FUND, LTD.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, SUITE 3495
                                               CHICAGO IL 60606
CITIBANK, N.A.                                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK, N.A.                                 ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS INC.              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.              TRANSFEROR: SCOTTWOOD MASTER, LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, FOURTH FLOOR NEW YORK NY 10013
CVF LUX SECURITIES TRADING S.A.R.L.            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE
                                               COBHAM, SURREY  KT11 2PD UNITED KINGDOM
DE JONG, J.DE                                  VARENKAMP 13 BARNEVELD   NETHERLANDS
DEUTSCHE BANK AG LONDON                        TRANSFEROR: CFIP MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                               NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                       TRANSFEROR: CFIP MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                               NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                               LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: DEBEKA LEVENSVERSICHERUNGSVEREIN A.G. ATTN: PHILIPP ROEVER/MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                               LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:12:34                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    2
DATE: 10/27/11                                        CREDITOR LISTING

Name                                          Address
FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF       TRANSFEROR: DE JONG, J.DE ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
DE JONG, J. DE
FIP - FONDO IMMOBILI PUBBLICI                 INVESTIRE IMMOBILIARE SGR SPA PALAZZO ALTIERI PIAZZA DEL GESU NO 49 ROME    186  ITALY
FIP - FONDO IMMOBILI PUBBLICI                 INVESTIRE IMMOBILIARE SGR SPA PALAZZO ALTIERI PIAZZA DEL GESU NO 49 ROME    187  ITALY
FIR TREE CAPITAL OPPORTUNITY MASTER           TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: STEVEN SCARPULLA 505 FIFTH AVENUE, 21ST FLOOR NEW YORK NY 10017
FUND, L.P.
FRANKLIN INCOME FUND                          C/O RICHARD L. KUERSTEINER, ASSOCIATE GENERAL COUNSEL FRANKLIN ADVISERS, INC. ONE FRANKLIN PARKWAY SAN MATEO CA 94403
GOLDMAN SACHS & CO.                           TRANSFEROR: CITIBANK, N.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GRF MASTER FUND, L.P.                         SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
GRF MASTER FUND, L.P.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
HABIB BANK AG ZURICH                          WEINBERGSTRASSE 59 ZURICH    8006 SWITZERLAND
INBAR, SIGAL, IDO & OMRI                      10 BERKOVICH ST TEL-AVIV     ISRAEL
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10000
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: BANCO SANTANDER (MEXICO), S.A. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                              NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: BANCO SANTANDER (MEXICO), S.A. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                              NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: BANCO SANTANDER - CHILE ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                              NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: BANCO SANTANDER, S.A. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR
                                              ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: DELL GLOBAL B.V. (SINGAPORE BRANCH) ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR
                                              ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: DELL GLOBAL B.V. (SINGAPORE BRANCH) ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER, 3RD FLOOR
                                              ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                   TRANSFEROR: CAJA DE AHORROS Y M.P. DE GUIPUZCOA Y SAN SEBASTIAN- KUTXA ATTN: SIMON ORR 2 KING EDWARD STREET
                                              LONDON  EC1A 1HQ UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC        RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC        TRANSFEROR: HABIB BANK AG ZURICH 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND
MORGAN STANLEY CAPITAL GROUP INC              ATTN:CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036
MORGAN STANLEY CAPITAL GROUP INC              C/O MORGAN STANLEY CAPITAL GROUP INC. 1585 BROADWAY ATTN: CHIEF LEGAL OFFICER NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL GROUP INC              MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL GROUP INC              HOWARD HAWKINS, ESQ CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL GROUP INC              WILLIAM MCCOY MORGAN STANLEY CAPITAL GROUP INC 2000 WESTCHESTER AVENUE NEW YORK NY 10577
PORTAFOLIO DE INVERSIONES C2-34, C.A.         C/O CHADBOURNE & PARKE LLP ATTN: DENNISE CALDERON-BARRERA 30 ROCKEFELLER PLAZA NEW YORK NY 10112
PRIME CAPITAL MASTER SPC, GOT WAT MAC         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 26
SEGREGATED PORTFOLIO                          MINNEAPOLIS MN 55437
SILVER POINT CAPITAL FUND, LP                 ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
SILVER POINT CAPITAL FUND, LP                 ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                 TRANSFEROR: TAIFOOK SECURITIES COMPANY LIMITED ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER          ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER          TRANSFEROR: TAIFOOK SECURITIES COMPANY LIMITED ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
FUND, LP
STONE LION PORTFOLIO LP                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O STONE LION CAPITAL PARTNERS LP ATTN: CLAUDIA BORG 461 5TH AVE, 14TH FL
                                              NEW YORK NY 10017
TAIFOOK SECURITIES COMPANY LIMITED            ATTN: CONNIE KWAN & CHARLES CHIANG 25/F, NEW WORLD TOWER 16-18 QUEENS ROAD CENTRAL  HONG KONG
URI INBAR - ENGINEERING AND PROJECTS LTD      29 HAMERED ST TEL-AVIV  ISRAEL
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WATERSTONE MARKET NEUTRAL MASTER FUND         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 26
LTD.                                          MINNEAPOLIS MN 55447
WATERSTONE MF FUND LTD.                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 26
                                              MINNEAPOLIS MN 55447

Total Number of Records Printed      79                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```