Laurie Selber Silverstein, Esquire
R. Stephen McNeill, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
E-Mail: LSilverstein@potteranderson.com
RMcNeill@potteranderson.com

*Attorneys for West Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**ENTRY OF APPEARANCE**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the firm listed below hereby appears as counsel for West Corporation ("West"), a creditor and party of interest thereto, and under Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on:

Laurie Selber Silverstein, Esquire
R. Stephen McNeill, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19899
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
lsilverstein@potteranderson.com
rmcneill@potteranderson.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including West with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by West.

**PLEASE TAKE FURTHER NOTICE** that West intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of West to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the right of West to trial by jury in any proceeding so triable in this case or any case, ontroversy, or proceeding related to this case; (3) the right of West to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which West is or may be entitled under

agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments West expressly hereby preserve and assert in these cases.

Dated: October 31, 2011

POTTER ANDERSON & CORROON LLP

By: /s/ Laurie Selber Silverstein
Laurie Selber Silverstein (DE Bar 2396)
R. Stephen McNeill (DE Bar 5210)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
Telephone: (302) 984-6000

*Counsel for West Corporation*

PA&C-1031797

- 3 -