WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                   :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
:
Debtors.                                        :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS'
TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS
(SETTLED DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

    **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Two Hundred Twenty-Second Omnibus Objection to Claims (Settled Derivatives Claims) [Dkt. No. 20861] solely with respect to the claims listed on Exhibit A annexed hereto. Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

US_ACTIVE:\43847691\01\58399.0008

Dated: October 31, 2011
       New York, New York

        /s/ Robert J. Lemons
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession

# **Exhibit A**

## **Claims For Which Objection Is Withdrawn Without Prejudice:**

| **Claimant** | **Claim Number** |
|---|---|
| Commingled Pension Trust Fund (Intermediate Bond) of JP Morgan Chase Bank, N.A. | 22858 |
| Commingled Pension Trust Fund (Intermediate Credit) of JP Morgan Chase Bank, N.A. | 22861 |
| Commingled Pension Trust Fund (Intermediate Public Bond) of JP Morgan Chase Bank, N.A. | 22862 |
| Commingled Pension Trust Fund (Emerging Markets Opportunity Fixed Income) of JP Morgan Chase Bank, N.A. | 22872 |
| Commingled Pension Trust Fund (Corporate High Yield) of JP Morgan Chase Bank, N.A. | 23015 |
| Commingled Pension Trust Fund (Long Credit) of JP Morgan Chase Bank, N.A. | 23017 |
| Commingled Pension Trust Fund (Long Duration Investment Grade) of JP Morgan Chase Bank, N.A. | 23019 |
| Commingled Pension Trust Fund (Long Duration Plus) of JP Morgan Chase Bank, N.A. | 23021 |