B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | Lloyds TSB Bank PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim #: 17729
Amount of Claim: $1,249,188.94
Date Claim Filed: 9/18/09
Debtor: Lehman Bros. Commercial Corp.

Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
Bank of America Tower, 3rd Floor
One Bryant Park
New York, NY 10036

Phone: 646-855-7450
Facsimile: 646-736-5233

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 10-28-11
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lloyds TSB Bank plc

LLOYDS TSB BANK PLC, a public limited company, acting through its office located at 10 Gresham Street, London EC2V 7AE ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably assigned to Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMERCIAL CORPORATION (and its affiliates) in the amount of USD1,249,188.94, docketed as Claim No. 0000017729 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13901 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28th day of October, 2011.

LLOYDS TSB BANK PLC

WITNESS:

_____
(Signature)

By: _____
(Signature of authorized corporate officer)

Name: **Vivek Prashar**
Title: **Solicitor**
(Print name and title of witness)

Name: Peter Adams
Title: Director
       Complex Derivatives
Tel.: +44 207 158 8622

MERRILL LYNCH CREDIT PRODUCTS, LLC

WITNESS:

_____
(Signature)

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
(Print name and title of witness)

Name: _____
Title: _____
Tel.: _____

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lloyds TSB Bank plc

LLOYDS TSB BANK PLC, a public limited company, acting through its office located at 10 Gresham Street, London EC2V 7AE ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably assigned to Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036 ("**Buyer**"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMERCIAL CORPORATION (and its affiliates) in the amount of USD1,249,188.94, docketed as Claim No. 0000017729 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13901 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28th day of OCTOBER, 2011.

**LLOYDS TSB BANK PLC**

WITNESS:

_____          By: _____
(Signature)                         (Signature of authorized corporate officer)

Name: _____
Title: _____     Name: _____
(Print name and title of witness)    Title: _____
                                     Tel.: _____

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

WITNESS:
/s/ Gary A. Cohen                    By: /s/ Ronald Torok
(Signature)                          (Signature of authorized corporate officer)

Name: Gary S. Cohen                  Name: Ronald Torok
Title: _____     Title: Vice President
(Print name and title of witness)    Tel.: 646 855-7450