STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale
Daniel J. Harris
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Bank of Taiwan, New York Branch*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re                                                         :    Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                      :    Case No. 08-13555 (JMP)
                                                              :
                             Debtors.                         :    (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK       )

Mark R. Wojcik, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On October 26, 2011, affiant served true and correct copies of the *Motion of Bank of Taiwan, New York Branch, for an Order Authorizing Assignment of Certain Interests in a Promissory Note and Attendant Claims Against Lehman Brothers Holdings, Inc.* (Docket No. 21274), filed via the Court's ECF system on such date, via Hand Delivery and/or Overnight Mail upon the parties listed on the Service List.

/s/ Mark R. Wojcik
Mark R. Wojcik

Sworn to before me this
31st day of October, 2011

/s/ Jeffrey M. Negron
NOTARY PUBLIC

Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

## Service List

*Via Overnight Mail*
Attorney General of the State of New York
Attn: Neal S. Mann, Assistant Atty. General
120 Broadway, 24th Floor
New York, NY 10271

*Via Overnight Mail*
Securities and Exchange Commission
Attn: Bonnie L. Gauch
Division of Market Regulation
450 5th St., NW
Washington, DC 20549-1001

*Via Overnight Mail*
Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*Via Overnight Mail*
Harvey Miller, Esq.
Jacqueline Marcus, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Via Overnight Mail*
Patrick J. Trostle, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908

*Via Overnight Mail*
Office of The United States Attorney
Attn: Danna Drori
One St. Andrews Plaza
New York, NY 10007

*Via Overnight Mail*
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*Via Overnight Mail*
Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad St.
New York, NY 10004

*Via Overnight Mail*
Susheel Kirpalani, Esq.
James Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Via Hand Delivery*
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Rifkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004