Alex R. Rovira
Noam Besdin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Counsel For Penn Mutual Life Insurance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
Lehman Brothers Holdings Inc., *et al.*,                     :    Case No. 08-13555 (JMP)
                                                             :
                    Debtors,                                 :    (Jointly Administered)
                                                             :
                                                             :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            )   s.s.:
COUNTY OF NEW YORK          )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. On October 27, 2011 I caused to be served true and correct copy of the **RESPONSE AND RESERVATION OF RIGHTS OF PENN MUTUAL LIFE INSURANCE COMPANY TO THE DEBTORS' TWO HUNDRED FOURTH OMNIBUS OBJECTION TO CLAIMS** by email and first class mail, postage prepaid upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Robert Lemons,

NY1 7882653v.1

Esq.(robert.lemons@weil.com) and Lee Goldberg, Esq. (lee.goldberg@weil.com); (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com), Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq. (efleck@milbank.com); and by Federal Express for overnight delivery upon: (iii) Office of the U.S. Trustee, 33 Whitehall Street, 21st Fl., New York, NY 10004, Attn: Tracy Hope Davis, Esq., Andrea Schwartz, Esq. and Elisabetta Gasparini, Esq.

/s/ Eileen A. McDonnell
EILEEN A. MCDONNELL

Sworn to before me this
31st day of October 2011

/s/ Ricardo A. Murray
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 2014

NY1 7118012v.1