JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Aviva W. Sisitsky
Laura W. Sawyer

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :     Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :     Case No. 08-13555 (JMP)
                                                               :
                                                               :     (Jointly Administered)
                                                               :
                            Debtors.                           :
                                                               :
-------------------------------------------------------------- x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE
DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION
OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF
<u>PERSONS AND ENTITIES</u>**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination (attached hereto as Exhibit A); and (ii) a declaration of service (attached hereto as Exhibit B).

Dated: October 31, 2011  
      New York, NY

JONES DAY

*s/ Laura W. Sawyer*  
Aviva W. Sisitsky  
Laura W. Sawyer  
JONES DAY  
222 East 41st Street  
New York, New York 10017  
Telephone:   (212) 326-3939  
Facsimile:   (212) 755-7306

*Attorneys for Debtors and Debtors in Possession*

# EXHIBIT A

## NOTICE OF SUBPOENA

| | |
|---|---|
| Name of Witness: | Goldman Sachs Mortgage Credit Opportunities Offshore Fund, L.P. |
| Date of Service of Subpoena: | October 26, 2011 |
| Subject of Subpoena: | Production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination | Documents to be produced by November 28, 2011 at 5:00 P.M. (EST) at Jones Day, 222 East 41st Street, New York, NY 10017 ATTN: Laura W. Sawyer |

# EXHIBIT B

## **DECLARATION OF SERVICE**

I, Laura W. Sawyer, hereby certify that on October 26, 2011, I caused a true and correct copy of a SUBPOENA FOR RULE 2004 EXAMINATION, and exhibits thereto, to be served via electronic mail upon the following counsel for Goldman Sachs Mortgage Credit Opportunities Offshore Fund, L.P..:

>Melvin A. Brosterman
>Stroock & Stroock & Lavan LLP
>180 Maiden Lane
>New York, New York 10038-4982
>mbrosterman@stroock.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2011
       New York, NY

JONES DAY

*s/ Laura W. Sawyer*
Laura W. Sawyer
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939
Facsimile:   (212) 755-7306

Attorney for Debtors and Debtors in Possession