Alan Kolod
Mark N. Parry
**MOSES & SINGER LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7800
Fax: (212) 554-7700

*Attorneys for Deutsche Bank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### SUUPLEMTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

      Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP ("M&S"), and that on the 1st day of November, 2011, he caused copies of the:

**Objection to Confirmation of Plan as to LBHI and LCPI to the Extent it Fails to Properly Classify and Treat Deutsche Bank AG Claims and Renewed Motion to Treat Such Claims Like and Equal to General Unsecured Claims Against LBHI and LCPI as Required by Court Approved Settlement**

to be served by First Class Mail upon those parties listed on the Debtors' 2002 Master Service List dated as of October 13, 2011 and listed on attached Service List, who had been served via electronic transmission on October 31, 2011and had had that service returned to M&S as "Delivery Delayed" or "Undeliverable".

                                                                /s/ Don K. Kick
                                                                 Don K. Kick

Sworn to before me on November 1, 2011

      /s/ Marie S. Leybag
Notary Public

        Marie S. Leybag
   Notary Public, State of New York
        No. 01LE5060744
    Qualified in Queens County
Commission Expires: May 20, 2014

893501v4  086000.0100

## SERVICE LIST

| | |
|---|---|
| Contrarian Capital Management, LLC<br>Attn: Ethan Schwartz<br>411 Putnam Avenue, Suite 425<br>Greenwich, CT 06830 | Stempel Bennett Claman & Hochberg, P.C<br>Attn: Edmond P. O'Brien, Esq.<br>AT&T Services<br>675 Third Avenue, 31st Floor<br>New York, NY 10017 |
| Adorno & Yoss LLP<br>Attn: Charles M. Tatelbaum, Esq.<br>350 E. Las Olas Blvd., Suite1700<br>Fort Lauderdale, FL 33301 | Cohen Lifland Pearlman Herrmann<br>    & Knopf LLP<br>Attn: Peter Perlman and Jeffrey Herrmann<br>Park 80 Plaza West-One<br>Saddle Brook, NJ 07663 |
| Standard Chartered Bank<br>Attn: Marc Chait<br>1095 Avenue of the Americas<br>New York, NY 10036 | |

893501v4 086000.0100