WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77027
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
----------------------------------------------------------------x

**SUPPLEMENTAL DISCLOSURE WITH RESPECT TO
MOTION OF LEHMAN BROTHERS HOLDINGS INC.
AND LEHMAN COMMERCIAL PAPER INC. PURSUANT
TO SECTION 363 OF THE BANKRUPTCY CODE FOR AUTHORITY
TO SELL INTEREST IN ROSSLYN SYNDICATION PARTNERS JV LP**

On July 26, 2011 Lehman Brothers Holdings Inc ("LBHI") and its affiliate, Lehman Commercial Paper Inc. ("LCPI"), as debtors in possession (together with their affiliated debtors in the above referenced chapter 11 cases, the "Debtors," and together with its non-debtor affiliates, "Lehman"), filed their *Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority Sell Interest in Rosslyn Syndication Partners JV LP* [ECF No. 18794] (the "Rosslyn Motion"),[1] which sought Court authority to sell a 78.5% limited partner interest in Rosslyn Syndication

---

[1] Any capitalized term used, but not defined herein shall have the meaning ascribed to such term in the Innkeepers Motion.

Partners JV LP, which owns a 3,000,000 square foot, 10-property office building portfolio. An Order approving the Rosslyn Motion was entered by the Court on August 17, 2011 [ECF No. 19316].

On October 31, 2011, the sale transaction set forth in the Rosslyn Motion closed. In connection with the sale, Lehman received approximately $438 million. Further, Lehman expects to receive additional proceeds totaling at least $10 million as a result of a post-closing true up and escrow releases through 2015 for uncalled contingent liabilities.

Dated:  November 1, 2011
       New York, New York

/s/ Alfredo R. Pérez
Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77027
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Attorneys for Debtors
and Debtors in Possession