Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 62901 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 1st November 2011.

| | |
|---|---|
| **Societe Generale Bank & Trust** | **ILLIQUIDX LLP** |
| Name of Alleged Transferor | Name of Transferee |

| | |
|---|---|
| Address of Alleged Transferor: | Address of Transferee: |
| **One Raffles Quay** | **Illiquidx LLP** |
| **#35-01** | **80 Fleet Street** |
| **North Tower** | **London EC4Y 1EL** |
| **Singapore 048583** | **United Kingdom** |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                              CLERK OF THE COURT

B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re Lehman Brothers Holdings Inc.**                    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **ILLIQUIDX LLP** | **Societe Generale Bank & Trust** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): **62901**<br>Total Amount of Claim Filed:<br>USD $ 41,159,958.12<br>Amount of Claim Transferred:<br>USD $ 2,696,850.00 |
|---|---|
| **Celestino Amore**<br>**Managing Partner**<br>**Illiquidx LLP**<br>**80 Fleet Street**<br>**London EC4Y 1EL, UK**<br>**Phone: +44 207 832 0181**<br>**Email: amore@illiquidx.com** | ISIN/CUSIP: XS0317366689<br><br>Date Claim Filed: November 2, 2009 |

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____                    Date: November 1st 2011
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## SCHEDULE 1

### Transferred Claims

**Purchased Claim**

6.55% being US$ 2,696,850.00 of the total filed proof of claim amount of US$ 41,159,958.12 (the outstanding amount of the Proof of Claim as of 14 September, 2011) together with interest, fees, expenses and other recoveries due, transferred as set forth below.

Lehman Programs Securities to which Transfer of Claim Relates*

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Claim Amount (as Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| Issue of GBP 2,500,000 Equity Linked Notes due August 28, 2009 unconditionally and irrevocably guaranteed by LEHMAN BROTHERS HOLDINGS INC. under the U.S.$ 100,000,000,000 Euro Medium-Term Note Program | XS0317366689 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 6.55% of the ISIN/CUSIP XS0317366689 under the proof of claim, which is GBP 1,500,000, plus all accrued interest, fees and recoveries due. | 28/08/2009 | GBP 1,500,000 (U.S.$ 2,696,850.00 using an exchange rate of GBP/USD – 1.797), plus all accrued interest, fees and recoveries due. |

*The blocking reference number is 6048647

| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000062901 |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | THIS SPACE IS FOR COURT USE ONLY |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Societe Generale Bank & Trust Singapore Branch<br>1 Raffles Quay #35-01 North Tower Singapore 048583<br>Attention: Head of Operations | ☑ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: 1297 & 1298<br>(If known)<br><br>Filed on: 12Oct08 (Received on 12Dec08) |
|---|---|
| Telephone number: (65) 6303-3922    Email Address: sin-priv-corporate-actions@sgprivasia.com | |
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:   Email       Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 41,159,958.12    (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates

International Securities Identification Number (ISIN):    See attached    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See attached    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

See attached    (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br>RECEIVED<br>NOV 02 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| 28 October 2009 | Ng Kok Kheng (Regional Head of Operations) / Anne Lee (Director-Operations Back Office) |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| Series Number | ISIN | Issuer | Description | Maturity date | Currency | Nominal Holdings | Face value | Interest | Face value + interest | Claim amount (USD) | Basis of amount calculation | No. of Beneficial Owners | Safekeep with | Electronic Reference Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MTN1937 | XS0185940543 | LEHMAN BROTHERS HOLDINGS INC | 4.75% NOTE | 15/01/2014 | EUR | 250,000 | 250,000 | 7,864.22 | 257,864.22 | 368,155.51 | 16Jun08-15Sep08 (A/A) 243/365 days x 4.75% x 250,000 = 7,864.22 | 1 | The Bank of New York Mellon A/c 8C9015, in the name of Societe Generale Bank & Trust Singapore Branch | 6046257 |
| MTN0960 | XS0348395814 | LEHMAN BROTHERS HOLDINGS INC | SGD 250M 4.20% 5YR FIXED RATE NOTES DUE 2013 | 22/02/2013 | SGD | 2,000,000 | 2,000,000 | 5,523.29 | 2,005,523.29 | 1,400,406.78 | 22Aug08-15Sep08 (A/365) 24/365 days x 4.2% x 2,000,000 = 5,523.29 | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048631 |
|  | XS0295725260 | LEHMAN BROTHERS SECURITIES CO NV | LEHMAN BROTHERS SEC ZCP | 20/04/2010 | USD | 1,125,000 | 1,125,000 |  | 1,125,000.00 | 1,125,000.00 |  | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048632 |
|  | XS0313991359 | LEHMAN BROTHERS SECURITIES CO NV | LEHMAN BROTHERS SEC | 07/08/2009 | USD | 1,050,000 | 1,050,000 | to be determined | 1,050,000 | 1,050,000.00 | - | 5 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048633 |
| MTN2644 | XS0271851875 | LEHMAN BROTHERS TREASURY CO BV | 15NC3M CALLABLE ON INVERSION STEEPENER | 01/10/2020 | USD | 2,050,000 | 2,050,000 | to be determined | 2,050,000 | 2,050,000.00 | - | 3 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048634 |
| MTN5472 | XS0275721678 | LEHMAN BROTHERS TREASURY CO BV | 3 YR HSBC HOLD LEHMAN BROTHERS HOLDINGS PLC DLY ACC CALL ELN | 30/11/2009 | USD | 1,400,000 | 1,400,000 | to be determined | 1,400,000 | 1,400,000.00 | - | 7 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048635 |
| MTN5491 | XS0278154738 | LEHMAN BROTHERS TREASURY CO BV | 2 5YR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC DLY ACC CALL ELN | 01/06/2009 | USD | 600,000 | 600,000 | to be determined | 600,000 | 600,000.00 | - | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048636 |
| MTN5494 | XS0276285993 | LEHMAN BROTHERS TREASURY CO BV | 2YR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC DLY ACC CALL ELN | 01/12/2008 | HKD | 5,000,000 | 5,000,000 | to be determined | 5,000,000 | 641,565.00 | - | 3 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048637 |
| MTN5513 | XS0276437521 | LEHMAN BROTHERS TREASURY CO BV | 2YR HSBC HLDGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACC ELN | 04/12/2008 | USD | 2,800,000 | 2,800,000 | to be determined | 2,800,000 | 2,800,000.00 | - | 5 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048638 |
| MTN6540 | XS0291251956 | LEHMAN BROTHERS TREASURY CO BV | 2YR JAPAN BASKET DAILY ACC CALLABLE ELN | 23/03/2009 | JPY | 30,000,000 | 30,000,000 | to be determined | 30,000,000 | 286,710.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048639 |
| MTN7186 | XS0300152896 | LEHMAN BROTHERS TREASURY CO BV | 2 YR (CARR PA+LVMH PA) DAILY ACC CALLB ELN | 26/05/2009 | EUR | 2,500,000 | 2,500,000 | to be determined | 2,500,000 | 3,569,000.00 | - | 6 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048640 |
| MTN7354 | XS0303764129 | LEHMAN BROTHERS TREASURY CO BV | 2 75 YR HSBC HDGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACC CALL ELN | 06/03/2010 | USD | 3,600,000 | 3,600,000 | to be determined | 3,600,000 | 3,550,000.00 | - | 5 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048641 |
| MTN7528 | XS0309341956 | LEHMAN BROTHERS TREASURY CO BV | 2 75YR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACCRUAL CALLABLE | 25/03/2010 | USD | 2,900,000 | 2,900,000 | to be determined | 2,900,000 | 2,900,000.00 | - | 5 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048642 |
| MTN7932 | XS0312924334 | LEHMAN BROTHERS TREASURY CO BV | 5YR WORST OF JAPANESE BASKET AUTO CALLB ELN | 01/08/2012 | USD | 4,000,000 | 4,000,000 | to be determined | 4,000,000 | 2,793,100.00 | - | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048643 |
| MTN7939 | XS0312938045 | LEHMAN BROTHERS TREASURY CO BV | 5YR WORST OF JAPANESE BSKT AUTO CALL ELN | 01/08/2012 | SGD | 4,000,000 | 4,000,000 | to be determined | 4,000,000 | 2,793,100.00 | - | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048644 |
| MTN7946 | XS0313103003 | LEHMAN BROTHERS TREASURY CO BV | CORPORATE CREDIT LINKED NOTES | 27/07/2012 | USD | 4,100,000 | 4,100,000 | 60,133.33 | 4,160,133.33 | 4,160,133.33 | 27Jul08-15Sep08 (30/360) 48/360 days x 1.1% x 4,100,000 = 60,133.33 | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048645 |
| MTN7984 | XS0313786024 | LEHMAN BROTHERS TREASURY CO BV | 2YR EU BASKET DAILY ACCRUAL CALLABLE ELN | 07/08/2009 | USD | 1,500,000 | 1,500,000 | to be determined | 1,500,000 | 1,500,000.00 | - | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048646 |
| MTN8165 | XS0317366669 | LEHMAN BROTHERS TREASURY CO BV | 2 YEAR HSBC HOLDINGS DAILY ACCRUAL CALLABLE ELN | 20/08/2009 | GBP | 1,500,000 | 1,500,000 | to be determined | 1,500,000 | 2,696,850.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048647 |
| MTN9292 | XS0320033466 | LEHMAN BROTHERS TREASURY CO BV | 1 YEAR US BASKET DAILY ACCRUAL CALLABLE ELN | 15/09/2008 | USD | 230,000 | 5448 Citigroup shares |  |  | 32.50 | Resulting from redemption in shares | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048648 |
| MTN9014 | XS0321108221 | LEHMAN BROTHERS TREASURY CO BV | 10Y NC3M CALLABLE LIBOR RANGE ACCRUAL NOTE | 11/11/2017 | USD | 1,200,000 | 1,200,000 | to be determined | 1,200,000 | 1,200,000.00 | - | 4 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048649 |
| MTN9046 | XS0322763035 | LEHMAN BROTHERS TREASURY CO BV | 2YR HK BASKET DLY ACCRL CALLABLE ELN | 30/11/2009 | USD | 100,000 | 100,000 | to be determined | 100,000 | 100,000.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048650 |
| MTN9212 | XS0326240643 | LEHMAN BROTHERS TREASURY CO BV | 1 YEAR US BASKET | 22/12/2008 | USD | 400,000 | 400,000 | to be determined | 400,000 | 400,000.00 | - | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048651 |
| MTN9351 | XS0327553258 | LEHMAN BROTHERS TREASURY CO BV | 1 YR US BASKET DLY ACC CALLABEL ELN | 29/12/2008 | USD | 1,000,000 | 1,000,000 | to be determined | 1,000,000 | 1,000,000.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048652 |
| MTN9353 | XS0337553415 | LEHMAN BROTHERS TREASURY CO BV | 2 YEARS HK BASKET 0857 | 04/01/2010 | USD | 300,000 | 300,000 | to be determined | 300,000 | 300,000.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048653 |
| MTN9516 | XS0339480167 | LEHMAN BROTHERS TREASURY CO BV | 10Y NC3M CALLABLE LIBOR RANGE ACCRUAL NOTES | 24/01/2018 | USD | 100,000 | 100,000 | to be determined | 100,000 | 100,000.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048654 |
|  | XS0301813522 | LEHMAN BROTHERS UK CAPITAL FUNDING V | FIXED RATE ENHANCED CAPITAL ADVANTAGED PREFERRED SECURITIES |  | USD | 2,280,000 | 2,280,000 | 45,885.00 | 2,325,885.00 | 2,325,885.00 | 01Jun08-15Sep08 (30/360) 105/360 days x 6.9% x 2,280,000 = 45,885.00 | 7 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048655 |

Total: 41,159,058.12

| | |
|---|---|
| EUR/USD | 1.427600 |
| GBP/USD | 1.797900 |
| HKD/USD | 0.128317 |
| JPY/USD | 0.009557 |
| SGD/USD | 0.699275 |


**SG**
Private Banking

28 October 2009

Lehman Brothers Holdings, Inc. et. al.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
U.S.A

Attention : Lehman Brothers Holdings, Inc.
Claims Processing Center

Dear Sirs:

**Lehman Programs Securities**

Please find attached a proof of claim and detailed spreadsheet of all the securities that we hold for and on behalf of our customers.

If you have any queries, please do not hesitate to contact the undersigned at telephone
+65 6303-3922 / +65 6303-3913.

Yours faithfully,
**For and on behalf of**
**Société Générale Bank & Trust, Singapore Branch**

Ng Kok Kham
Regional Head of Operations

Anne Jee
Director-Operations Back Office

One Raffles Quay, #35-01
North Tower, Singapore 048583

Tel: +65 6303 3888
Fax: +65 6225 0187
www.sgprivasia.com

**Société Générale Bank & Trust**
Singapore Branch
ACRA Reg No. F00006732Z
Incorporated in Luxembourg with limited liability,
Head Office, 11 Avenue Emile Reuter
L-2420 Luxembourg

SOCIETE GENERALE GROUP




**SOCIETE GENERALE**
Private Banking

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Societe Generale Bank & Trust Singapore Branch** ("Seller") had on 14th September 2011 ("Trade Date"), unconditionally and irrevocably sold, transferred and assigned to Illiquidx LLP (the "Purchaser"), under the condition set out in clause 7 and Purchaser had purchased, as of Trade Date, (a) an undivided interest, to the extent of the portion of the Proof of Claim (as defined below) in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 62901 filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to or evidencing the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code"), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim and any and all of Seller's right, title and interest in, to and under any right or remedy of Seller or any prior seller against any prior seller in respect of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto (as "Lehman Programs Securities to which Transfer of Claim Relates") attached hereto together with all rights and claims of the Seller against the issuer in respect of each Purchased Security.

2. Seller hereby represents and warrants to Purchaser that as at the Trade Date: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors of the Debtor that are not entitled to priority under the Bankruptcy Code and are not subordinated; (g) the Seller had not executed any form consenting or agreeing to any acceleration with respect to the Purchased Security to Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holding Inc.; and (h) Seller is not a party to, or bound by, a Plan Support Agreement (as such term is defined in the Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors dated as of June 30, 2011).

3. As at Trade Date, the Seller had waived any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and had waived to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consented to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser had agreed to file a notice of transfer with

One Raffles Quay, #35-01
North Tower, Singapore 048583

Tel: +65 6303 3888
Fax: +65 6225 0187
http://privatebanking.societegenerale.asia

Société Générale Bank & Trust
Singapore Branch
UEN. T05FC6732C
Incorporated in Luxembourg with limited liability,
Head Office, 11 Avenue Emile Reuter
L-2420 Luxembourg

# SOCIETE GENERALE
## Private Banking

the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer of Claim supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. The Parties acknowledge that settlement shall be made on a delivery versus payment basis. For the avoidance of doubt, the parties acknowledge and agree that the transfer contemplated hereby shall not occur unless and until the Purchaser shall have paid the purchase price in full.

8. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 28th day of October, 2011.

Societe Generale Bank & Trust
Singapore Branch

By: _____
Name: Anne Jee/Cherry Lin
Title: Director/ Associate Director
(Back Office)

Address:
One Raffles Quay
#35-01
North Tower
Singapore 048583

Illiquidx LLP

By: _____
Name: Celestino Amore
Title: Managing Director

Address:
80 Fleet Street
London EC4Y 1EL
UNITED KINGDOM

2

One Raffles Quay,#35-01
North Tower, Singapore 048583

Tel: +65 6303 3888
Fax: +65 6225 0187
http://privatebanking.societegenerale.asia

Société Générale Bank & Trust
Singapore Branch
UEN. T05FC6732C
Incorporated in Luxembourg with limited liability,
Head Office, 11 Avenue Emile Reuter
L-2420 Luxembourg