UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re: LEHMAN BROTHERS HOLDINGS | ) | Case No. 08-13555-jmp |
| INC, et al | ) | Chapter 11 |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES AND PLEADINGS**

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the

appearance of Jennifer V. Doran, and the law firm of Hinckley, Allen & Snyder LLP, as counsel

for Wilmington Trust. The undersigned requests that notices of all matters be served as follows:

Jennifer V. Doran, Esq.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Telephone: (617) 345-9000
Facsimile: (617) 345-9020
Email: jdoran@haslaw.com

Request is hereby made for copies of all notices, papers and orders required to be given or

served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in

addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints

or demands, whether formal or informal, whether written or oral, and whether transmitted or

#50444690                                    1

conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the

Debtor or the property of the Debtor filed by any party in the above-captioned case.

<div style="margin-left: 50%;">

WILMINGTON TRUST

By their attorneys,

/s/ *Jennifer V. Doran*
Jennifer V. Doran (pro hac vice
admission pending)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000 (Phone)
(617) 345-9020 (Fax)
jdoran@haslaw.com

</div>

Dated: November 1, 2011

## CERTIFICATE OF SERVICE

I, Jennifer V. Doran, hereby certify that on this 1st day of November, 2011, I caused to be served a copy of the Notice of Appearance and Request for Service of All Notices and Pleadings filed herewith to be served by this Court's CM/ECF System.

/s/ *Jennifer V. Doran*
Jennifer V. Doran
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000 (Phone)