UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x   Chapter 11 Case No.
In re                                                         :
                                                              :   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :
                                                              :   (Jointly Administered)
                    Debtors.                                  :
------------------------------------------------------------- :

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Special Financing Inc. 08-13888 (JMP) |
| **Creditor Name and Address:** | Beryl Finance Limited Series 2006-15B c/o The Bank of New York Mellon – London Branch Attn: Sanjay Jobanputra – Vice President Global Corporate Trust Services – Default Group One Canada Square London E14 5AL England |
| **Court Claim Number:** | 17457 |
| **Date Claim Filed:** | 9/18/09 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNYM Corporate Trustee Services Limited *f/k/a* BNY Corporate Trustee Services Limited having filed the above-referenced proof of claim ("Claim") hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: New York, New York          Beryl Finance Limited Series 2006-15B
   _ day of August , 2011          By: BNYM Corporate Trustee Services Limited

                                   By: _____

                                   Authorised Signatory
                                   Mark Brescacin

US_ACTIVE-107033791.2 10/31/11 12:23 PM