UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                        :
In re                                                   :   Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,               :   Case No. 08-13555 (JMP)
                                                        :
                            Debtors.                    :   (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

**ORDER GRANTING MOTION OF INTERNATIONAL BANK FOR
RECONSTRUCTION AND DEVELOPMENT PURSUANT TO RULE
3018(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
FOR TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING
PURPOSES**

Upon the Motion[1] of International Bank for Reconstruction and Development for entry of an order, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, temporarily allowing the IBRD Claims for the purpose of voting to accept or reject the Plan; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] All capitalized terms shall have the meanings ascribed to them in the Motion of International Bank for Reconstruction and Development Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Temporary Allowance of Claims for Voting Purposes.

2. The LBSF Claim (Claim No. 18977) shall be and hereby is temporarily allowed in the amount of $11,757,799.75, for the purpose of voting to accept or reject the Plan.

3. The LBHI Claim (Claim No. 18976) shall be and hereby is temporarily allowed in the amount of $11,757,799.75, for the purpose of voting to accept or reject the Plan.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
      November 2, 2011

                                        *s/ James M. Peck*
                                        Honorable James M. Peck
                                        United States Bankruptcy Judge