UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,          Case No. 08-13555 (JMP)

                            Debtors.
-----------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DAVID M. GUESS

UPON the motion of David M. Guess dated October 28, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David M. Guess is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
            November 2, 2011

                                                        *s/ James M. Peck*
                                                        UNITED STATES BANKRUPTCY JUDGE