United States Bankruptcy Court
Southern District of New York
One Bowling Green New York
New York 10004, Courtroom 601
United States

Rotterdam, 9 October 2011

**Concerning: Claim number 52186, Debtor 08-13555, Amount $72.626,-**

Dear Sir/Madam,

Hereby I strongly object to the rejection of my claim with the above number It seems to me that your statement that the debtors have no liability to the claim is incorrect. To prove my point I hereby include proof from the depository bank that Lehman Brothers is indeed the debtor regarding this position. I also include proof that the bond was owned by me.

I hereby demand the admittance of my claim.

Kind regards,

Bitkid BV
A.van Woensel
Sinclair Lewisplaats 71
3068 EN Rotterdam
Netherlands



RECEIVED OCT 17 2011

```
                              Fonds gegevens

Fondsnummer    :  0015957
Isin           :  XS0282978666
Sorteer        :  LEHMAN
Fondsnaam      :  LEHMAN BROS UK CAP 07/
Ticker         :

Perc           :
Koers per      :  120210
Couran         :  3         Buitenland
Fondssoort     :  3         Binnenlandse obligatie
Valcop         :  EU
Coupure        :   1000
Coupon         :  2504
Notering       :  1         In procenten
Provisiecode   :  BIN       OBLIGATIE BINNENLAND
Klasse         :  OBL       Obligatie-achtigen

[F13]=Hulp
```

ITKID B.V. T.A.V. DE HEER A. VAN WOENSEL
ekening nr: 33.31.65.304
januari 2008

Rapportage per : 31 december 2007
Rapportagevaluta : EUR

| Fonds | | Nominaal bedrag/ Aantal | Valuta | Gemiddelde Kostprijs | Actuele Koers | Waarde | Ongereal. Winst/Verlies | Perc. W/V | Opgelopen Rente | Perc. Portf. |
|---|---|---|---|---|---|---|---|---|---|---|
| ING Bank Flrt | 04/Perp | 15.000 | EUR | 86,71 | 81,00 | 12.150 | -857 | -7% | | 1,0% |
| aupthing Bnk EMTN VRN | 05/45 | 44.000 | EUR | 67,50 | 63,13 | 30.369 | -1.925 | -6% | 2.594 | 2,5% |
| Landsbanki Flr. Em | 04 | 30.000 | EUR | 80,50 | 68,50 | 20.575 | -3.600 | -15% | 25 | 1,7% |
| Ikb Fd.Trst Flr | /perp. | 30.000 | EUR | 82,80 | 31,20 | 9.968 | -15.480 | -62% | 608 | 0,8% |
| % KFW EMTN | 06/09 | 11.000 | EUR | 99,40 | 99,40 | 10.934 | 0 | 0 | | 0,9% |
| % Kpn Kon. -Emtn | 05- /15 | 40.000 | EUR | 92,30 | 89,52 | 36.647 | -1.112 | -3% | 839 | 3,0% |
| 75% Lehman Bros UK Ga | 07/perp. | 50.000 | EUR | 99,13 | 78,63 | 41.276 | -10.250 | -21% | 1.964 | 3,4% |
| 5 % Merrill Lynch Emtn | 07/37 | 25.000 | EUR | 100,00 | 98,05 | 25.515 | -488 | -2% | 1.002 | 2,1% |
| Ned.Watersch.Bk.Em | 05/35 | 30.000 | EUR | 77,00 | 65,80 | 20.785 | -3.360 | -15% | 1.045 | 1,7% |
| Robeco Multi Mrkt B | 04/14 | 15.000 | EUR | 104,00 | 122,50 | 18.375 | 2.775 | 18% | | 1,5% |
| % Royal Bk Scot Perp | 04- | 40.000 | EUR | 98,52 | 94,00 | 37.600 | -1.806 | -5% | | 3,1% |
| 75 Unilever N | 05- /15 | 50.000 | EUR | 88,71 | 90,20 | 45.529 | 745 | 2% | 429 | 3,8% |
| R | | | | | | 36.615 | | | | 3,0% |
| ML Bond Universalis -B- | | 300 | | 125,54 | 122,05 | 36.615 | -1.047 | -3% | | 3,0% |
| uiditeiten | | | | | | 320.081 | | | | 26,6% |
| 304 EUR | | 319.992 | EUR | | | 319.992 | | 0% | | 26,5% |
| 304 NZD | | 168 | NZD | | | 88 | 3 | 3% | | 0,0% |
| aal portefeuille | | | | | | 1.205.814 | | | | 100% |

er bovengenoemde effecten daarvoor in aanmerking komen, worden zij gehouden door Theodoor Gilissen Global Custody N.V. met inachtneming van de daarvoor geldende bepalingen

Pagina 4 van 7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    08-13555 (JMP)
                                                   :
                        Debtors.                   :    (Jointly Administered)
                                                   :
------------------------------------------------------------x

## NOTICE OF (i) APPROVAL OF DISCLOSURE STATEMENT; (ii) ESTABLISHMENT OF RECORD DATE; (iii) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (iv) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

### Name of Debtors and Case Numbers

| Name | Case Number |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

PLEASE TAKE NOTICE that:

1. *Approval of Disclosure Statement.* On September 1, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an amended order (the "Order"), approving the Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (as approved, the "Disclosure Statement")[1] in the above-referenced chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"). The Order authorizes the Debtors to solicit votes to accept or reject the Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (as it may be further amended, the "Plan"), a copy of which is annexed as Exhibit A to the Disclosure Statement.

2. *Confirmation Hearing.* A hearing (the "Confirmation Hearing") to consider the confirmation of the Plan will be held at **10:00 a.m. (Prevailing Eastern Time) on December 6, 2011** before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Confirmation Hearing may be adjourned or continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court. The Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing.

3. *Record Date for Voting Purposes.* The following claimant/creditors who hold claims against the Debtors on **August 1, 2011** (the "Record Date") are entitled to vote on the Plan:

    a) holders, as of the Record Date, of claims listed on the Debtors' schedules of liabilities, to the extent that such claims (i) are listed in an amount greater than zero and are not identified as contingent, unliquidated or disputed, and (ii) have not been superseded by a timely filed proof of claim; and

    b) holders as of the Record Date, of claims, to the extent that such claims (i) are the subject of timely filed proofs of claim, (ii) are filed in an amount greater than zero, (iii) have not been disallowed, expunged, or disqualified by an order of the Bankruptcy Court prior to the Record Date, and (iv) are not the subject of any pending claim objection as of **September 16, 2011**, unless a Temporary Allowance Request Motion (as defined below) has been filed and granted by the Bankruptcy Court on or before **November 4, 2011** or as may be ordered by the Bankruptcy Court.

4. *Voting Deadline.* All votes to accept or reject the Plan must be actually received by the Debtors' voting and tabulation agent, Epiq Bankruptcy Solutions, LLC, by no later than **4:00 p.m. (Prevailing Eastern Time) on November 4, 2011** (the "Voting Deadline"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Disclosure Statement.

| If sent by mail: | If sent by hand delivery or courier: |
|---|---|
| Epiq Bankruptcy Solutions, LLC<br>Attn: Lehman Ballot Processing Center<br>FDR Station, P.O. Box 5014<br>New York, New York 10150-5014 | Epiq Bankruptcy Solutions, LLC<br>Attn: Lehman Ballot Processing Center<br>757 Third Avenue, 3rd Floor<br>New York, New York 10017 |

5. *Parties in Interest Not Entitled to Vote.* Holders of Subordinated Class 10A Claims, Subordinated Class 10B Claims, Subordinated Class 10C Claims, and Section 510(b) Claims against LBHI and holders of Equity Interests in the Debtors are not entitled to vote and will not receive a ballot. Holders of such claims and equity interests are deemed to reject the Plan and will receive a Notice of Non-Voting Status rather than a Ballot. If you have timely filed a proof of claim and disagree with the Debtors' classification of or objection to your claim and believe that you should be entitled to vote on the Plan, then you must serve on the parties identified in paragraph 6 below and file with the Bankruptcy Court (with a copy to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, Courtroom 601) a motion (a "Temporary Allowance Request Motion") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing your claim for purposes of voting to accept or reject the Plan. All Temporary Allowance Request Motions must be filed on or before the 14th day after the later of (i) service of this notice and (ii) service of notice of an objection, if any, as to your claim, but in no event later than **October 7, 2011**. As to any claimant/creditor filing a Temporary Allowance Request Motion, such claimant/creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court. Claimant/creditors may contact Epiq Bankruptcy Solutions, LLC at **1-866-879-0688 (domestic) or 1-503-597-7691 (international)**, to receive an appropriate Ballot for any claim for which a proof of claim has been timely filed and a Temporary Allowance Request Motion has been granted. Temporary Allowance Request Motions not compliant with the foregoing will not be considered by the Bankruptcy Court and deemed denied except as otherwise ordered by the Bankruptcy Court.

6. *Objections to Confirmation.*

The deadline to object or respond to confirmation of the Plan is **November 4, 2011 at 4:00 p.m. (Prevailing Eastern Time)** (the "Plan Objection Deadline").

Objections and responses, if any, to confirmation of the Plan, must (a) be in writing, (b) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 17, 2010 [ECF No. 9635], (c) set forth the name(s) of the objecting party/(ies), (d) set forth the nature and amount of the claim(s) or equity interest(s) held or asserted by the objecting party/(ies) against the Debtors, and (e) state with particularity the legal and factual bases relied upon for the objection or response.

Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their objections and responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly

to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, supra), in accordance with General Order M-182.

Any objections or responses must also be served upon the following parties so as to be received by no later than the Plan Objection Deadline: (i) the **chambers of the Honorable James M. Peck, United States Bankruptcy Judge**, supra; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., attorneys for the Debtors; (iii) the **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors.

**IF ANY OBJECTION OR RESPONSE TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.**

7. *Parties That Will Not Be Treated as Creditors.* Any holder of a claim that is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs and schedules of executory contracts and unexpired leases at $0.00, or in an unknown amount, or as disputed, contingent, or unliquidated, and that has not filed a timely proof of claim shall not be treated as a creditor with respect to such claim for purposes of receiving distributions under the Plan.

8. *Additional Information.* Any party in interest wishing to obtain a copy of the Disclosure Statement and the Plan may request such copy, in writing, from **Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Interested parties may also examine the Disclosure Statement and the Plan free of charge at www.lehman-docket.com. In addition, the Disclosure Statement and the Plan are on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

9. *Executory Contracts and Unexpired Leases.*

   a) *Cure of Defaults for Assumed Executory Contracts and Unexpired Leases*: Except to the extent that different treatment has been agreed to by the non-debtor party or parties to any executory contract or unexpired lease (each, a "Counterparty") listed on a schedule to the Plan Supplement as being assumed pursuant to Section 11.1 of the Plan, the Debtors will, within at least forty (40) days prior to the Confirmation Hearing, file with the Bankruptcy Court and serve by first class mail on each applicable Counterparty, a notice, which shall include the cure amount as to such Counterparty's executory contract or unexpired lease to be assumed as set forth on such schedule to the Plan Supplement (the "Cure Amount Notice"). **If you are a Counterparty to an executory contract or unexpired lease to be assumed or assumed and assigned by the Debtors, you must file and serve any objection to the assumption or the cure amounts listed by the Debtors on the above-referenced schedule by the later of (i) the Plan Objection Deadline or (ii) fourteen (14) days from service of the Cure Amount Notice.** If there are any such objections filed, the Bankruptcy Court will hold a hearing on a date to be set by the Bankruptcy Court. The Debtors retain their rights to

the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on November 30, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Jae Kim, Esq., at 212-310-8325. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: September 16, 2011
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION