James and Mary Kay Donahoe
1765 Royal Saint George Drive, Westlake Village, CA 91362
805 495 1515  mkdonahoe@gmail.com

Judge James M. Peck
One Bowling Green Courtroom 601
New York, New York 10004-1408
RE: Important Information for Lehman Bankruptcy

Dear Judge Peck,

We believe that your bankruptcy court might be interested in the following:

We have been trying for some time to modify a real estate loan #121626897 which originated with Countrywide and is now serviced by Bank of America. Aurora MSF Lehman is the investor. We believe that there is a breakdown in communications at Lehman possibly because of the bankruptcy. We own another home also financed through Countrywide/Bank of America and Aurora MSF Lehman is the investor on that loan also. That loan is now modified and all payments have been paid as agreed.

This home in question is worth about $850,000 and currently has a loan of around $1,400,000. We are trying to do the right thing here by modifying the loan instead of just walking away. It is rented for $4000 per month. This is not sustainable as our income has dropped substantially and the rent is much lower than it was. We are 76 and 66 years old and have exhausted our savings trying to keep up with this situation. We believe that the <u>investor would be better off to the tune of several hundred thousand dollars to work with us on a modification instead of a short sale or foreclosure</u>. We have been approved several times for a modification "subject to a second signature" which never comes from Lehman.

Will you please help us connect with the appropriate person at Lehman so that we can work out a mutually acceptable agreement? If you are not the appropriate person to review this situation will you please pass this letter on to the correct party.

Respectfully,

James E. and Mary Kay Donahoe

RECEIVED
OCT 18 2011
U.S. BANKRUPTCY COURT, SDNY
JMP