To the
Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York    Courtroom 601
New York 10004

Aguascalientes, Mexico, October 12, 2011

In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Filed Proofs of
Claim

Court: United States Bankruptcy Court
        Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

Creditor/Claimant: Orozco Covarrubias, Francisco
                   Circunvalacion Nte # 129
                   Colonia Norte
                   Aguascalientes, AGS, 20020, Mexico

Claim Number:    51092

Debtor:          Lehman Brothers Holdings Inc.
                 08-13555

Response to:     Objection requesting Claim to be Disallowed & Expunged

Basis of the Claim: LEHMAN BROTHERS
                    DUE 06/01/2049  INT  6.900%
                    ISIN: XS0301813522
                    With a Nominal Value of us$ 200,000.00

We herewith oppose the disallowance and expungement on the ground that the Debtors
have no liability for the claim. The purchase of the securities was legitimate and the claim
was filed on time.
I ask the Bankruptcy Court of Southern District of New York to formally fully recognize
my justified claim and put these on the formal list of Debtors.

FRANCISCO OROZCO COVARRUBIAS


RECEIVED
OCT 1 8 2011
U.S. BANKRUPTCY COURT, SDNY
JMP