**DR. KLAUS PETER SAUER**

1 Allee L'Opio
Les Hauts de Vaugrenier
06270 Villeneuve-Loubet
Tel. +33-492130150
   +33678761266
klauspetersauer@yahoo.de

Mr. James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

October 15, 2011

Lehman Brothers Holdings 08-13555 (JMP)
Claim Number 34579

Dir Sir,

I do oppose the disallowance and expungement of my claim. The bonds from Lehman Brothers I bought because I thought it is an A rated Bank which no doubt will honor all claims.

Sincerely,

Klaus Peter Sauer



RECEIVED
OCT 19 2011
U.S. BANKRUPTCY COURT, SDNY
JMP