UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :    (Jointly Administered)
                    Debtors.                                    :
                                                                :
---------------------------------------------------------------x    Ref. Docket No. 21224

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 26, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Pete Caris*
                                                Pete Caris

Sworn to before me this
1st day of November, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 21224_Aff 10-26-11.doc

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
:
Debtors.                               :    (Jointly Administered)
:
----------------------------------------------------------------x

## NOTICE OF DEFECTIVE TRANSFER

| | |
|---|---|
| Transferor: | GEO HIGH INCOME I LTD.<br>BY: EAST RIVER MGMT ITS INVESTMENT ADVISOR<br>41SCHERMERHORN ST SUITE # 218<br>BROOKLYN, NY 11201-4802 |
| w/ Notice to: | LAW OFFICE OF JOHN C DOHERTY<br>JOHN C DOHERTY<br>469 SEVENTH AVE, STE 204<br>NEW YORK, NY 10018 |
| Transferee: | DEUTSCHE BANK AG, LONDON BRANCH<br>C/O DEUTSCHE BANK SECURITIES, INC.<br>ATTN: MATT WEINSTEIN<br>60 WALL STREET, 3RD FLOOR<br>NEW YORK, NY 10005 |

**Your transfer of claim # 800002419 is defective for the reason(s) checked below:**

CLAIM ON TRANSFER AGREEMENT IS FOR LEHMAN BROTHERS INC. (SIPA PROCEEDING)

Refer to docket number 21224 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

*/s/ Craig Fallon*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:       This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 26, 2011.

# EXHIBIT B

TREASURY SERVICES SA
41 SCHERMERHORN ST, SUITE 218
BROOKLYN, NY 10080

GEO HIGH INCOME I LTD.
BY: EAST RIVER MGMT ITS INVESTMENT ADVISOR
41SCHERMERHORN ST SUITE # 218
BROOKLYN, NY 11201-4802

LAW OFFICE OF JOHN C DOHERTY
JOHN C DOHERTY
469 SEVENTH AVE, STE 204
NEW YORK, NY 10018

DEUTSCHE BANK AG, LONDON BRANCH
C/O DEUTSCHE BANK SECURITIES, INC.
ATTN: MATT WEINSTEIN
60 WALL STREET, 3RD FLOOR
NEW YORK, NY 10005