UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**OPPOSITION TO DEBTORS' OBJECTION TO CLAIM NO. 65949**

| CLAIM TO WHICH DEBTORS HAVE OBJECTED | | |
|---|---|---|
| **Creditor Name and Address:**<br>MCCULLY, MICHAEL K.<br>340 East 23rd Street<br>Apartment 5M<br>New York, NY 10010-4747 | **Claim Number:** | **65949** |
| | **Date Filed:** | **12/15/09** |
| | **Debtor:** | **08-13555** |
| | **Classification And Amount:** | **PRIORITY: $10,950.00**<br>**UNSECURED: $826,086.00**<br>**TOTAL: $837,036.00** |

**PLEASE TAKE NOTICE THAT** Creditor Michael K. McCully hereby enters his opposition to the objection of Debtors to his claim listed above for the following reasons:

1. The name of the claimant is Michael K. McCully. The amount of Mr. McCully's claim is $837,036.00.

2. The basis for Mr. McCully's claim is that he was provided with Restricted Stock Units as a form of deferred salary, for services rendered as an employee.

3. This claim was listed on Schedule G of Debtors' Petition, and Debtors instructed Mr. McCully to file a proof of claim in this proceeding.

4. The Debtors have stated that this claim should be reclassified as an equity interest.

5. Debtors' argument that the claim is an equity interest is incorrect. Mr. McCully never purchased the equity, he never had physical possession of certificates representing the equity, he never had a choice as to whether to accept the equity in lieu of salary, and he never had a transferable interest in the equity. Further, Mr. McCully was never required to pay tax on the value of the Restricted Stock Units, and the value of the Units was not a tax-deductible expense for Lehman. The Restricted Stock Units were not equity but deferred salary compensation. *See In re Enron Corp.*, 341 B.R. 141, 163 (S.D.N.Y. Ban'cy Ct. 2006); *Truelove v. Northeast Capital & Advisory*, 702 N.Y.S. 2d 147 (3d Dep't), aff'd 95 N.Y. 2d 220, 738 N.E.2d 770 (2000).

6. All documentation or other evidence of the claim was filed with the Proof of Claim in a timely manner.

7. The address to which Debtors must return any reply to this response is stated above.

8. The name, address and telephone number of Mr. McCully's legal representative, possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on Mr. McCully's behalf, is shown below.

By:________________________

Richard J. Schager, Jr., Esq.
STAMELL & SCHAGER LLP
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
Telephone: (212) 566-4057
Facsimile: (212) 566-4061
schager@ssnyc.com

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

Christine Bodei, being duly sworn, deposes and says:

1. I am not a party to this action and I am over eighteen years of age.

2. On May 17, 2011 I served an Opposition to Debtors' Objection to Claim No. 65949 in the matter of *Lehman Brothers Holdings Inc., et al.* by overnight courier to:

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 601
New York, New York 10004

Mark Bernstein, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Christine Bodei
Christine Bodei

Sworn to before me this
17th day of May, 2011.

Jeanne Godfrey
Notary Public

JEANNE GODFREY
Notary Public, State of New York
No. 01GO6153473
Qualified in Richmond County
Commission Expires October 2, 2014

FedEx Express US Airbill

FedEx Tracking Number 8671 2733 8518

0215 Sender's Copy

**From** Please print and press hard.

Date 5-17-11 Sender's FedEx Account Number 1223-4381-2

Sender's Name Richard J. Schager, Jr. Phone (212) 566-4047

Company STAMELL & SCHAGER LLP

Address 1 LIBERTY PLZ FL 35 Dept/Floor/Suite/Room

City NEW YORK State NY ZIP 10006-1459

**Your Internal Billing Reference** First 24 characters will appear on invoice. 221 OPTIONAL

**To**

Recipient's Name Honorable James M. Peck Phone ( )

United States Bankruptcy Judge

Company United States Bankruptcy Court

Southern District of New York

Recipient's Address One Bowling Green

We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept/Floor/Suite/Room

Address Courtroom 601

To request a package be held at a specific FedEx location, print FedEx address here.

City New York State NY ZIP 10004

0390139571

Schedule a pickup at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. *To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation: ** To most locations.

**5 Packaging**

- [ ] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [ ] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. / Credit Card No. Exp. Date

Total Packages Total Weight Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS


FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 20,2011

Dear Customer:

The following is the proof-of-delivery for tracking number **867127338518**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | May 18, 2011 09:12 |
| **Signed for by:** | K.SU | | |
| **Service type:** | Standard Overnight | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 867127338518 | **Ship date:** | May 17, 2011 |

**Recipient:**
NEW YORK CITY, NY US

**Shipper:**
NEW YORK, NY US

**Reference** 221

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

FedEx Express US Airbill FedEx Tracking Number 8671 2733 8529

0215 Sender's Copy

From Please print and press hard.

Date 5-17-11 Sender's FedEx Account Number 1223-4381-2

Sender's Name Richard J. Schager, Jr. Phone 212 ) 566-4047

Company STAMELL & SCHAGER LLP

Address 1 LIBERTY PLZ FL 35 Dept./Floor/Suite/Room

City NEW YORK State NY ZIP 10006-1459

Your Internal Billing Reference 221 OPTIONAL
First 24 characters will appear on invoice.

To
Recipient's Name Mark Bernstein, Esq. Phone ( )

Company Weil Gotshal & Manges LLP

Recipient's Address 767 Fifth Avenue
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City New York State NY ZIP 10153

0390139571

Store your addresses at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. *To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation. ** To most locations.

**5 Packaging**

- [ ] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** — Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [ ] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. Exp. Date

Total Packages | Total Weight | Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 20,2011

Dear Customer:

The following is the proof-of-delivery for tracking number **867127338529**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | May 18, 2011 09:17 |
| **Signed for by:** | R.DIXON | | |
| **Service type:** | Standard Overnight | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 867127338529 | **Ship date:** | May 17, 2011 |

**Recipient:**
NEW YORK CITY, NY US

**Shipper:**
NEW YORK, NY US

**Reference** 221

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

FedEx Express US Airbill

FedEx Tracking Number 8671 2733 7680

0215 Sender's Copy

**1 From** Please print and press hard.

Date 5-17-11 Sender's FedEx Account Number 1223-4381-2

Sender's Name Richard J. Schager, Jr. Phone 212 566-4047

Company STAMELL & SCHAGER LLP

Address 1 LIBERTY PLZ FL 35 Dept/Floor/Suite/Room

City NEW YORK State NY ZIP 10006-1459

**2 Your Internal Billing Reference** First 24 characters will appear on invoice. 221 OPTIONAL

**3 To**

Recipient's Name Tracy Hope Davis, Esq. Phone ( )

Company Office of the United States Trustee for Region 2

Recipient's Address We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept/Floor/Suite/Room

Address 33 Whitehall Street, 21st Floor

To request a package be held at a specific FedEx location, print FedEx address here.

City New York State NY ZIP 10004

0390139571

**Store your addresses at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. * To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation: ** To most locations.

**5 Packaging**

- [ ] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [ ] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. / Credit Card No. Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | | $ .00 |

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

FedEx Express
Customer Support Trade
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 20,2011

Dear Customer:

The following is the proof-of-delivery for tracking number **867127337680**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | May 18, 2011 09:29 |
| **Signed for by:** | L.RIFKIN | | |
| **Service type:** | Standard Overnight | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 867127337680 | **Ship date:** | May 17, 2011 |

**Recipient:**
NEW YORK CITY, NY US

**Shipper:**
NEW YORK, NY US

**Reference** 221

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

FedEx Express **US Airbill** FedEx Tracking Number 8671 2733 7691

0215 **Sender's Copy**

**From** Please print and press hard.

Date 5/17/11 Sender's FedEx Account Number 1223-4381-2

Sender's Name Richard J. Schager, Jr. Phone (212 )566-4047

Company STAMELL & SCHAGER LLP

Address 1 LIBERTY PLZ FL 35 Dept/Floor/Suite/Room

City NEW YORK State NY ZIP 10006-1459

**Your Internal Billing Reference** First 24 characters will appear on invoice. 221 OPTIONAL

**To**

Recipient's Name Dennis F. Dunne, Esq. Phone ( )

Company Milbank, Tweed, Hadley & McCloy LLP

Recipient's Address 1 Chase Manhattan Plaza
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept/Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City New York State NY ZIP 10005

0390139571

**4a Express Package Service** *Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. * To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation: ** To most locations.

**5 Packaging**

- [ ] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [ ] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. Exp. Date

Total Packages Total Weight Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

**Ship and track packages at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 20,2011

Dear Customer:

The following is the proof-of-delivery for tracking number **867127337691**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | May 18, 2011 09:49 |
| **Signed for by:** | .SANTIAGO | | |
| **Service type:** | Standard Overnight | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 867127337691 | **Ship date:** | May 17, 2011 |

**Recipient:**
NEW YORK CITY, NY US

**Shipper:**
NEW YORK, NY US

**Reference** 221

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339