## STAMELL & SCHAGER, LLP
### ATTORNEYS AT LAW
ONE LIBERTY PLAZA, 35TH FLOOR
NEW YORK, NEW YORK 10006-1404

WRITER'S E-MAIL:
schager@ssnyc.com

WRITER'S DIRECT DIAL:
(212) 566-4057

TELEPHONE (212) 566-4047
FACSIMILE (212) 566-4061

October 21, 2011

The Honorable James M. Peck, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Attn.: Mary Lopez, Case Administrator

Re:   In re Lehman Brothers Holdings Inc., et al.
      Chapter 11 Case No. 08-13555 (JMP)
      Response to Debtors' 130th Omnibus Motion, Docket #15363
      Claimant: Michael K. McCully
      Claim No.: 65949



RECEIVED OCT 24 2011 U.S. BANKRUPTCY COURT, SDNY

Dear Ms. Lopez:

    This firm represents Michael K. McCully, a claimant in the referenced proceeding whose claims are the subject of the Debtors' 117th and 130th Omnibus Objections. I write because Mr. McCully's Response and Opposition to the Debtors' 130th Omnibus Objection has not been properly filed in the docket.

    By notices dated October 19, 2011, both the 117th and 130th Omnibus Objections have been adjourned to December 21, 2011, so the request posed in this letter presents no prejudice to the Debtors.

    Attached to this letter is Mr. McCully's response and opposition to the Debtors' 130th Omnibus Objection, docketed as #15363 on March 25, 2011. As indicated by the attached Affidavit of Service, the response and opposition was filed with the Court by mailing to Judge Peck and was served on Weil Gotshal for Debtors, Milbank Tweed for the Unsecured Creditors' Committee, and the Office of the United States Trustee. This filing with the Court and service on the other service parties was done in accordance with the Notice of Hearing on Debtors' 130th Omnibus Objection dated April 18, 2011.

Honorable James M. Peck
Page 2
October 21, 2011

     All copies were timely delivered on May 18, 2011. I am enclosing copies of the Federal Express air bill for the delivery to Judge Peck and each of the other service parties. Attached to each air bill is a copy of the Proof of Delivery provided by Federal Express. The delivery to Judge Peck was signed for by "K. Su."

     I respectfully request that the enclosed response and opposition of claimant Michael K. McCully be entered on the docket in opposition to Debtors' 130th Omnibus Objection.

     Thank you for your consideration.

                               Respectfully submitted,

                               Richard J. Schager, Jr.

cc:  Mr. Michael K. McCully
      Erika Del Nido, Esq.
      Robert J. Lemons, Esq.
      Tracy Hope Davis, Esq.
      Dennis F. Dunne, Esq.

Enclosure
RJS/cb

AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK       )

Christine Bodei, being duly sworn, deposes and says:

1. I am not a party to this action and I am over eighteen years of age.

2. On October 21, 2011 I served the letter of Richard J. Schager, Jr. to the Hon. James M. Peck, (Attn.: Case Administrator Mary Lopez), the Opposition of claimant Michael K. McCully to Debtors' Objection to Claim No. 65946, and enclosures in the matter of *Lehman Brothers Holdings Inc., et al.* by overnight courier to:

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 601
New York, New York 10004

Attn.: Mary Lopez, Case Administrator

Tracy Hope Davis, Esq.
Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004

Erika Del Nido, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

_____
Christine Bodei

Sworn to before me this
21st day of October, 2011.

_____
Notary Public

RICHARD J. SCHAGER, JR.
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SC4834248
Qualified in Kings County
My Commission Expires March 30, 2015