Plan Confirmation Hearing Date and Time:  December 6, 2011 at 10:00 a.m. (prevailing Eastern time)
Plan Confirmation Objection Deadline Date and Time:  November 4, 2011 at 4:00 p.m. (prevailing Eastern time)

Mayer Brown LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910

Howard S. Beltzer (HSB-5721)

*Counsel to BNP Paribas*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**STATEMENT IN SUPPORT OF CONFIRMATION OF THIRD AMENDED
JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS
AFFILIATED DEBTORS**

BNP Paribas ("BNPP"), through its attorneys, files this statement in support of the confirmation of the Third Amended Joint Chapter 11 Plan (the "Plan") of Lehman Brothers Holdings Inc. and its Affiliated Debtors, and states as follows:

1.  BNPP entered into a Plan Support Agreement with Lehman Brothers Holdings Inc. and its affiliated Debtors as of June 30, 2011 (the "PSA"). The PSA provides that, subject to the terms and conditions of the PSA, BNPP shall file a statement in support of the confirmation and consummation of the Plan.

2.  BNPP therefore supports the confirmation and consummation of the Plan; provided, however, that BNPP reserves all of its rights in respect of the Plan and all other matters

in accordance with its right (under the circumstances set forth in the PSA) to terminate the PSA and its obligations thereunder; and provided further, however, that BNPP and its affiliates reserve all of their rights in respect of their respective claims against the various Lehman entities.

Dated: New York, New York
November 2, 2011

Respectfully submitted,

/s/      Howard S. Beltzer

Howard S. Beltzer (HSB-5721)

Mayer Brown LLP
1675 Broadway
New York, New York 10019
(212) 506-2500 (phone)
(212) 262-1910 (fax)

*Counsel to BNP Paribas*

2