October 17, 2011

To the
Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York    Courtroom 601
New York 10004

In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objections to Disallow and Expunge Filed Proofs of Claim

Court: United States Bankruptcy Court
      Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

RECEIVED OCT 20 2011 U.S. BANKRUPTCY COURT, SDNY

Creditor/Claimant:    ALICIA GONZALEZ /RUBEN & ENRIQUE GARCIA G.
                     OLIMPO 106 COL LA MARTINICA. LEON GUANAJUATO
                     LEON GUANAJUATO 37500 MEXICO

Claim Number:    51597

Debtor:    Lehman Brothers Holdings Inc.
           08-13555

Response to:    Objection requesting Claim to be Disallowed & Expunged

Basis of the Claim: LEHMAN BROTHERS
                    DUE 06/01/2049 INT 6.900%
                    ISIN: XS0301813522
                    With a Nominal Value of US$ 200,000

We herewith oppose the disallowance and expungement on the ground that the Debtors have no liability for the claim. The purchase of the securities was legitimate and the claim was filed on time.
I ask the Bankruptcy Court of Southern District of New York to formally fully recognize my justified claim and put these on the formal list of Debtors.

ALICIA GONZALEZ        RUBEN GARCIA GONZALEZ        ENRIQUE GARCIA G.