David W. Dykhouse
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                                              :ss.:
COUNTY OF NEW YORK     )

MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

1.    I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2.    On November 2, 2011, I electronically filed the following document:

*Limited Objection of Asbury Atlantic, Inc. and Asbury-Solomons, Inc. to Assumption by Debtors of Prepetition Derivative Contracts*

with the Clerk of the Court using the CM/ECF system, which caused notification of such filing to be sent to all parties of record.

3.  On November 2, 2011, I served the above document upon the following

via overnight courier (Federal Express), directed to them at the addresses below:

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.

4.  On November 2, 2011, I caused a true copy of the above document to be

served via hand delivery upon the following at the address indicated below:

OFFICE OF THE UNITED STATES TRUSTEE
 FOR THE SOUTHERN DISTRICT OF NEW YORK
33 Whitehall Street, 21st Floor
New York, New York 10004

MATTHEW M. FINNEGAN

Sworn to before me this 2nd
day of November, 2011

Notary Public

PATRICK FAY
Notary Public, State of New York
No. 01FA6188765
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 16, 2012

3448081v.1