October 12/11

To the
Honourable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York    Courtroom 601
New York 10004

```
R E C E I V E D
      OCT 2 0 2011
U.S. BANKRUPTCY COURT, SDNY
           JMP
```

In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objections to Disallow and Expunge Filed Proofs of Claim

Court: United States Bankruptcy Court
       Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

Creditor/Claimant:   OCTAVIO VELASCO RUVALCABA/ MARGARITA SEVILLA
                     OCTAVIO VELASCO SEVILLA
                     EFRAIN GONZALEZ LUNA 2565
                     COLONIA ARCOS
                     GUADALAJARA   JAL
                     4410 MEXICO

Claim Number:     50683
Debtor:           Lehman Brothers Holdings Inc.
                  08-13555

Response to:      Objection requesting Claim to be Disallowed & Expunged

Basis of the Claim:  LEHMAN BROTHERS
                     DUE 06/01/2049 INT 6.900%
                     ISIN: XS0301813522
                     With a Nominal Value of US$ 116,000

We herewith oppose the disallowance and expungement on the ground that the Debtors
have no liability for the claim. The purchase of the securities was legitimate and the claim
was filed on time.
I ask the Bankruptcy Court of Southern District of New York to formally fully recognize
my justified claim and put these on the formal list of Debtors.

OCTAVIO VELASCO R.   MARGARITA SEVILLA   OCTAVIO VELASCO S.