

# COMMUNITIES™

CAPITAL VENTURES • COMMUNITY DEVELOPMENT • PROPERTY MANAGEMENT

Frank T. Suryan, Jr.
*Chairman & Chief Executive Officer*

October 18, 2011

Honorable James Peck
One Bowling Green
New York, NY 10004
Courtroom 601

Re:   Case Number: 08-13893
      Claim Numbers: 19329 & 19441

To whom it may concern,

I was a retail client of Lehman and I believe I initially filed my claim
with Lehman Brothers OTC Derivatives, Inc. but I would also like to file
a claim with Lehman Brothers Holdings, Inc. just in case I need to do
so.

Thank you, in advance, for your attention to this matter.

Should you wish to contact me, please call me at (949) 838-1220.

Sincerely,

Frank T. Suryan, Jr.
Chairman & Chief Executive Officer



RECEIVED
OCT 20 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

4901 Birch Street • Newport Beach, California 92660 • 949-838-1220 *phone* • 949-838-1225 *fax* • LyonCommunities.com