October 12, 2011

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York
New York 10004



In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objections to Disallow and Expunge Filed Proofs of Claim

Court: United States Bankruptcy Court
Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

| | |
|---|---|
| Creditor/Claimant: | ESTHELA M. GUZMAN ALDANA<br>PROL.COLON #1605 JARDINES DE LA ASUNCION<br>AGUASCALIENTES, AGS<br>20270 MEXICO |
| Claim Number: | 51091 |
| Debtor: | Lehman Brothers Holdings Inc.<br>08-13555 |
| Response to: | Objection requesting Claim to be Disallowed & Expunged |
| Basis of the Claim: | LEHMAN BROTHERS<br>DUE 06/01/2049 INT 6.900%<br>ISIN: XS0301813522<br>With a Nominal Value of US$ 345,000 |

We herewith oppose the disallowance and expungement on the ground that the Debtors have no liability for the claim. The purchase of the securities was legitimate and the claim was filed on time.
I ask the Bankruptcy Court of Southern District of New York to formally fully recognize my justified claim and put these on the formal list of Debtors.

ESTHELA M. GUZMAN ALDANA