Michael D. Sobo
2 Washingtons Headquarters
Dobbs Ferry, New York  10522

October 19, 2011

RE:  Michael & Ellen Sobo
     Case # 08-13893
     Claim # 18148

Honorable James Peck
One Bowling Green
New York, New York  10004
Courtroom 601

To Whom It May Concern:

I was a retail client of Lehman Brothers and it is possible that I initially filed my claim incorrectly with Lehman Brothers OTC Derivatives and Company. In case that is true, I would also like to file a claim with Lehman Brothers Holdings, Inc.

Thank you in advance for your consideration.

Sincerely,

Michael Sobo
2 Washington's Headquarters
Dobbs Ferry, New York  10522
Mobile Phone:  914-610-0102

