SCOTT SOBO
28 NORTHDALE RD.
WHITE PLAINS, NEW YORK  10605

October 19, 2011

RE:  Scott and Heidi Sobo
     Case # 08-13893
     Claim # 18147

Honorable James Peck
One Bowling Green
New York, New York  10004
Courtroom 601

To Whom It May Concern:

I was a retail client of Lehman Brothers and it is possible that I initially filed my claim incorrectly with Lehman Brothers OTC Derivatives and Company. In case that is true, I would also like to file a claim with Lehman Brothers Holdings, Inc.

Thank you in advance for your consideration.

Sincerely,

Scott Sobo
28 Northdale Rd.
White Plains, N.Y.  10605
Mobile Phone: 914-649-2027
Business: 914 333-7400

RECEIVED
OCT 2 0 2011
U.S. BANKRUPTCY COURT, SDNY
JMP