Adventist Union Limited \
798 Thomson Road
Singapore 298186
Tel: 65-63552700
Fax: 65-63552703

5 October 2011

✓ The Honorable James M. Peck
One Bowling Green
New York, New York 10004, Courtroom 601
U S A

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
U S A
Attn: Robert J. Lemons Esq, and Mark Bernstein, Esq.

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
U S A
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
U S A
Attn: Dennis F. Dunne, Esq. Dennis O'Donnell, Esq., and Evan Fleck, Esq.

Dear Sirs

### RE: CLAIM TO BE DISALLOWED & EXPUNGED, IN ITS ENTIRETY

| | | |
|---|---|---|
| Name of Bankruptcy Court | : | United States Bankruptcy Court, Southern District of New York |
| Name of Debtor | : | Lehman Brothers Holdings Inc. |
| Case Number | : | 08-13555 |

RECEIVED
OCT 21 2011

Adventist Union Limited
5 October 2011
Page 2

| | | |
|---|---|---|
| Claim No. | : | 40232 |
| Title of Objection | : | Two Hundred Fourteen Omnibus Objection to Claims |
| Name of Claimant | : | Adventist Union Limited (This is a bond we have purchased for – USD1,069,000.00) |
| Reason why claim should not be disallowed & expunged | : | We are opposing and are not accepting for our claim to be disallowed and expunged |

Thank you.

Yours truly
**ADVENTIST UNION LIMITED**

_____
Authorized signature

_____
Authorized signature