

October 21, 2011


Honorable James Peck
One Bowling Green
New York, NY 10004
Courtroom 601

RE:    Case # 08-13893
       Claim 19201 & 19202

Dear Honorable James Peck,

I am a retail investor and initially I filed the claim with OTC Derivative.  I would like
to file a claim with Lehman Brothers Holding Inc. as well.

If you need any additional information do not hesitate to give me a call at
305.582.5529


Regards,

Eric Sheppard



400 ARTHUR GODFREY ROAD, SUITE 200 | MIAMI BEACH, FL 33140 | T: 305.673.3707 | F: 305.673.6711 | INFO@WSGDEVELOPMENT.NET | WWW.WSGDEVELOPMENT.NET