UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIT OF NEW YORK

|  |  |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC, et al | ) ) ) ) ) ) | Case No. 08-13555-jmp<br>Chapter 11 |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jennifer V. Doran, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Wilmington Trust, creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the Commonwealth of Massachusetts, the bar of the U.S. District for the District of Massachusetts, the bar of the State of Rhode Island and the bar of the United States District Court for the District of Rhode Island.

I have submitted the filing fee of $200.00 with this motion for ***pro hac vice*** admission.

Dated : November 2, 2011

Boston, Massachusetts            */s/ Jennifer V. Doran*_____
                                 Jennifer V. Doran

                                 *Mailing Address:*

                                 Jennifer V. Doran, Esq.
                                 Hinckley, Allen & Snyder LLP
                                 28 State Street
                                 Boston, MA 02109
                                 Email: jdoran@haslaw.com
                                 Tel. No.: 617-345-9000

#50445994

## CERTIFICATE OF SERVICE

I, Jennifer V. Doran, hereby certify that on this 2nd day of November, 2011, I caused to be served a copy of the *Motion For Admission To Practice, Pro Hac Vice* filed herewith to be served by this Court's CM/ECF System.

/s/ *Jennifer V. Doran*
Jennifer V. Doran
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000 (Phone)

#50445994