# EXHIBIT A

# EXHIBIT 2

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO SECTION 11.1 OF THE PLAN

## PLEASE NOTE THE FOLLOWING:

Pursuant to section 11.1 of the Plan, the Debtors reserve the right, on or prior to the Confirmation Date, to amend Exhibit 2 to remove or add any executory contract or unexpired lease.

The Debtors' determination to assume the executory contracts on the annexed list is subject to agreement of the relevant counterparty or, if necessary, adjudication by the Bankruptcy Court, as to the cure amounts or requirements for adequate assurance of future performance, required by the Bankruptcy Code in connection with assumption of the applicable contract. In the event that the cure amount or requirements for adequate assurance, as ultimately determined either before or after the Effective Date, are in excess of the amounts claimed by the Debtors, the Debtors reserve the right to amend Exhibit 2 to remove the applicable contract(s), in which case the applicable contract(s) shall be deemed rejected as of the Effective Date in accordance with Section 11.1 of the Plan.

In accordance with Section 11.1 of the Plan, the listing of an executory contract or unexpired lease on Exhibit 2 shall not constitute an admission by the Debtors that such document is or is not an executory contract or an unexpired lease or that the Debtors have any liability thereunder.

For the convenience of the Debtors and all parties in interest, the Debtors have grouped all of the executory contracts and unexpired leases into the following subject matter categories:

Part A – Derivatives Contracts
Part B – Commercial Loan Agreements
Part C – Commercial Real Estate Agreements
Part D – Residential Real Estate Agreements
Part E – Operational Agreements
Part F – Private Equity Agreements
Part G – Insurance Contracts

**Parties to executory contracts and unexpired leases should check all categories in order to determine the proposed treatment of their contracts and leases.**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Giants Stadium, LLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Meadowlands Sports Complex<br>50 State Route 120<br>cc. Financial Security Assurance Inc<br>East Rutherford, NJ , 07073<br><br>Attn: John K. Mara |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Meadowlands Sports Complex<br>50 State Route 120<br>cc. Financial Security Assurance Inc<br>East Rutherford, NJ , 07073<br><br>Attn: John K. Mara |
| GMAC Inv. Mgmt | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 200 Renaissance Center<br>Mail Code:  482-B12-C24<br>Detroit, MI , 48265-2000<br><br>Attn: Swaps Administration Group |
| | | | 767 Fifth Avenue<br>24th Floor<br>New York, NY, 10153<br><br>Attn: Swap Group |
| GMO/IBM Personal Pension PlanTrust | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MA - Multi-Currency Cross Border dated on 9/10/2001 | c/o Grantham, Mayo, Van Otterloo<br>40 Rowes Wharf<br>Boston, MA, 02110 |
| GOLDMAN SACHS AM LPA/C GOLDMAN SACHS CREDIT OPP | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o Goldman Sachs Asset Management, L.P.<br>32 Old Slip<br>New York, NY, 10005<br><br>Attn: Ken Topping |
| | | | Goldman Sachs Asset Management, L.P.<br>30 Hudson St.<br>Jersey City, NJ , 07302 |
| GOLDMAN SACHS AM LPA/C GOLDMAN SACHS LIP CREDIT | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o Goldman Sachs Asset Management, L.P.<br>30 Hudson St.<br>Jersey City, NJ , 07302 |
| | | | c/o Goldman Sachs Asset Management, L.P.<br>32 Old Slip<br>New York, NY, 10005<br><br>Attn: Ken Topping |
| GOLDMAN SACHS AM LPA/C Goldman Sachs Liq.2007 LP | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o Goldman Sachs Asset Management, L.P.<br>30 Hudson St.<br>Jersey City, NJ , 07302 |
| | | | c/o Goldman Sachs Asset Management, L.P.<br>32 Old Slip<br>New York, NY, 10005<br><br>Attn: Ken Topping |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| OSAKA GAS CO. LTD | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 4-1-2, Hiranomachi, Chuo-Ku<br>Osaka 541-0046<br>Japan |
| Otterbein Homes | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 580 North State Route 741<br>Lebanon, OH , 45036 |
| | | | 580 North State Route 741<br>Lebanon, OH , 45036 |
| OZ GLOBAL SPECIAL INVESTMENTSMASTER FUND LP | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o OZ Management, LP<br>9 West 57th Street, 39th Floor<br>New York, NY, 10019<br><br>Attn: Joel Frank, Chief Financial Officer, Legal |
| OZ Management LPA/C Gordel Holdings Limited | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Gordel Holdings Limited<br>c/o OZ Management LP<br>9 West 57th Street, 39th Floor<br>New York, NY, 10019<br><br>Attn: Joel Frank, Chief Financial Officer, Legal |
| OZ/Och-Ziff Capital StructureArbitrage Mst Fd Ltd | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 9 West 57th Street, 39th Floor<br>New York, NY, 10019 |
| P2633 / MeadWestvaco Corporation R | LEHMAN BROTHERS SPECIAL FINANCING INC. | | PIMCO<br>840 Newport Center Drive<br>Suite 100<br>Newport Beach, CA, 92660<br><br>Attn: Kevin M. Broadwater |
| p2642/IBM Personal Pension Plan Trust | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MA - Multi-Currency Cross Border dated on 4/16/1999 | PIMCO<br>840 Newport Center Drive<br>Suite 100<br>Newport Beach, CA, 92660<br><br>Attn: Kevin M. Broadwater |
| P7887 Lianhe Investments Pte Ltd. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | PIMCO<br>840 Newport Center Drive<br>Suite 100<br>Newport Beach, CA, 92660<br><br>Attn: Kevin M. Broadwater |
| Pacific Coast Bankers Bank | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 340 Pine Street, Suite 401<br>San Francisco, CA , 94104<br><br>Attn: Tracy Holcomb |
| | | | Pacific Coast Bankers#appos Bank<br>340 Pine Street, Suite 401<br>San Francisco, CA, 94104<br><br>Attn: Tracy Holcomb |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o HSBC Financial Services (Cayman) Limited<br>Strathvale House PO BOX 1109<br>North Street George Town<br>Grand Cayman, Cayman Islands<br>British West Indies<br>Attn: The Directors |