UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                     Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.,                            Case No. 08-13555

                Debtor.

## NOTICE OF APPEARANCE AND DEMAND
## FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Federal Home Loan Mortgage Corporation in Conservatorship ("Freddie Mac"), a creditor of the above-named debtors and party in interest in the captioned Chapter 11 case, by its undersigned counsel and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the captioned Chapter 11 case, and all papers served or required to be served in connection therewith, be given and served upon:

Anna Kornikova
LANDMAN CORSI BALLAINE & FORD, P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079
Telephone (212) 238-4800
Facsimile (212) 238-4848
E-Mail: AKornikova@lcbf.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the within Chapter 11 cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Freddie Mac. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Freddie Mac's substantive or procedural rights, including without limitation: (i) Freddie Mac's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Freddie Mac's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Freddie Mac's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, and recoupments Freddie Mac expressly reserves.

Dated: New York, New York
      November 2, 2011

LANDMAN CORSI BALLAINE & FORD, P.C.

By: _Anna A. Kornikova_
     Anna Kornikova
     Attorneys for Federal Home Loan Mortgage Corporation
       in Conservatorship
     120 Broadway, 27th Floor
     New York, NY  10271-0079
     (212) 238-4800 - Phone
     (212) 238-4848 - Fax
     E-Mail: AKornikova@lcbf.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:                                                   :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :              Chapter 11

                                                         :

                                                         :              Case No. 08-13555 (JMP)

                                                         :

           Debtors.                                      :              (Jointly Administered)

                                                         :

-----------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

      Ryan New, being duly sworn, deposes and says:

      1.    I am not a party to this action, I am over eighteen years of age and I am employed by the law firm of Landman Corsi Ballaine & Ford, P.C., 120 Broadway, 27th Floor, New York, New York 10271.

      2.    That on the 2nd day of November, 2011, I caused a true and correct copy of the NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS to be served by regular mail to the parties listed in the attached Exhibit A.

Dated: New York, New York
      November 2, 2011

                                         Ryan New

Sworn to before me this
2nd day of November, 2011

Notary Public

DAWN E. KONIGSBERG
Notary Public, State of New York
No. 02KO6236649
Qualified in New York County
Commission Expires March 7, 2015

473176.1 DocsNY

## EXHIBIT A

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Alfredo R. Perez, Esq.
         Robert L. Messineo, Esq.
         Sunny Singh, Esq.
Fax: (212) 310-8934

Milbank, Tweed, Hadley & McCoy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
         Dennis O'Donnell, Esq.
         Evan Fleck, Esq.
Fax: (212) 530 5219