WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                  :
In re                                             :    **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    **08-13555 (JMP)**
                                                  :
              Debtors.                            :    **(Jointly Administered)**
                                                  :
-------------------------------------------------------------------x

## NOTICE OF SERVICE OF CURE AMOUNT NOTICES

On October 25, 2011, Lehman Brothers Holdings ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors-in-possession (the "Debtors"), filed with the Court a Plan Supplement, ECF No. 21254 (the "Plan Supplement"), in connection with the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, dated August 31, 2011, ECF No. 19627 (the "Plan"). Exhibit 2 of the Plan Supplement is the Debtors' list of executory contracts and unexpired leases listed to be assumed under the Plan.

PLEASE TAKE NOTICE that on October 27, 2011, the Debtors served by first class mail a notice (the "Cure Amount Notice") on each non-Debtor party or parties to any executory contract or unexpired lease listed on Exhibit 2 (each, a "Counterparty"). The Cure Amount Notice advised each Counterparty that, pursuant to the terms of the Plan, the Debtors

currently propose to assume such Counterparty's executory contract or unexpired lease. The Cure Amount Notice also included, among other things, the cure amount to be paid by the applicable Debtor in connection with assumption of such contract.

Dated: November 2, 2011
      New York, New York

                        /s/ Jacqueline Marcus
                        Jacqueline Marcus

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession