**From:** Monahan, Brian W: Sales (NYK)
**Sent:** Wednesday, October 19, 2011 8:17 AM
**Subject:** Response to Debtors 185th Omni Objection.

Honorable James M Peck
One Bowling Green
New York, NY 10004
Court Room 601

I disagree with the classification of my claims by Weil. The Weil attorney initially told me they believed my claims were RSU related and would be treated as equity. I explained to the Weil attorney that my claim was not RSU related, but commissions / sales credits that were scheduled to be paid out over a 5-6 year period in an installment method. At that point, the attorney stated that they then planned to challenge my employment status. I worked for Lehman Brothers since 1986 without interruption. I dispute Weil's interpretation and treatment of my valid claim. I respectfully request that my claims be properly considered.

Best Regards,

Brian Monahan

Brian Monahan
2 Hancock Place
Irvington, NY 10533


RECEIVED OCT 21 2011 U.S. BANKRUPTCY COURT, SDNY JMP