**Chris and Eileen Westfahl**
**52 East Ridge Road**
**Stamford, CT 06903**
**(917) 741-7590**



October 20, 2011

Hon. James M. Peck
United States Bankruptcy Court
One Bowling Green, Courtroom 601
New York, NY 10004

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

Re: **Response to Debtors' One-Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims)**
**Chapter 11 Case No. 08-13555 (JMP)**

Dear Sir or Madam:

I am writing concerning the Debtors Objection to my Proof of Claim – Claim number 24130 (case number 08-13893). The Objection appears to ask the court to deny my Proof of Claim on the basis that I did not name the correct Lehman affiliate. I find this extremely disconcerting. Although my Proof of Claim did name the Lehman affiliate "Lehman Brothers OTC Derivatives, Inc.", the claim form on the court-sanctioned website already identified Lehman Brothers Holdings Inc. ("LBHI"). As a result, it was my understanding that LBHI was already a responsible party and that my identification of Lehman Brothers OTC Derivatives, Inc. was only intended to assist the court – not to stand as a basis to deny my Proof of Claim.

I also note that I am a retail investor, not an institutional investor. The time period during which my Proof of Claim was filed was extremely chaotic and it was impossible to reach Lehman employees for guidance with respect to the proof of claim filing or otherwise. As a result, I relied upon the advice of my personal investment

October 20, 2011
Page 2

relationship manager, who advised me that I should identify Lehman Brothers OTC Derivatives, Inc. on the Proof of Claim form. Given that he was a Lehman employee when my investment was originated, I believed I could rely upon his understanding and advice in this regard.

In conclusion, I ask that the Court reject the Debtor's request. The fact of the matter is that the form supplied by the Court led me to believe that LBHI was already deemed a responsible party by the Court. If the Court were to find otherwise and deny my Proof of Claim, my view is that it would be grossly inequitable.

Respectfully submitted,

Chris Westfahl

Chris Westfahl


cc:    Erin Eckols, Esq. (via e-mail: erin.eckols.@weil.com)