Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.           Case No.: 08-13555 (JMP)
                                                 Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
| --- | --- |
| JPMorgan Chase Bank, N.A. | UBS AG |
| Notices to Transferee should be sent to:<br>JPMorgan Chase Bank, N.A.<br>c/o J.P. Morgan Securities LLC<br>Mail Code: NY1-M138<br>383 Madison Avenue – Floor 37<br>New York, New York 10179<br>ATTN: Jeffrey L. Panzo<br>Jeffrey.L.Panzo@jpmorgan.com<br>Tel: 212-834-5857 | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>$2,650,000.00 of $2,850,000.00 (the outstanding amount of the Proof of Claim* as of October 28, 2011), together with interest, fees, expenses and other recoveries due<br>*with regard to ISIN XS0336320022 described at page 13, line 47 of the POC addendum | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                                  Date:   October 28, 2011
Name:   Peter Schoepe
Title:   Authorized Signatory
Address: c/o Susan McNamara, JPMorgan Legal Department, Mail Code: NY1-A436, One Chase Manhattan Plaza – Floor 26, New York, New York 10005-1401

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC044

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| Description of Security | ISIN | Issuer | Guarantor | Face Amount | Amount of Claim Being Transferred |
|---|---|---|---|---|---|
| Issue of USD 5,000,000 Index-Linked Notes due December 2012 relating to the Hang Seng Composite Property & Construction Index Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$100,000,000,000 Euro Medium-Term Note Program | XS0336320022 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $2,650,000 | $2,650,000.00 of $2,850,000.00 (the outstanding amount of the Proof of Claim* as of October 28, 2011), together with interest, fees, expenses and other recoveries due |

Blocking No. CA74884

The aggregate amount of the Transferred Claim is To Be Determined. *For the avoidance of doubt, these Lehman Programs Securities are described on page 13 and in line 47 of the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

JPMorgan Chase Bank, N.A.
c/o J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 37
New York, New York 10179
ATTN: Jeffrey L. Panzo
Jeffrey.L.Panzo@jpmorgan.com
Tel: 212-834-5857

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

TLC044

TOC 044

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 28, 2011.

UBS AG
Transferor

By: _____
Name: JEAN-CLAUDE BESSON
Title: ASSOCIATE DIRECTOR

By: _____
Name: STEPHAN GFELLER
Title: ASSOCIATE DIRECTOR

ACKNOWLEDGED BY:

JPMorgan Chase Bank, N.A.
Transferee

By: _____
Name: Peter Schoepe
Title: Authorized Signatory