


Privatbank
(Schweiz)

Hauptsitz Zürich
Beethovenstrasse 48
Postfach 2192
CH-8022 Zürich
Telefon +41 (0)58 810 82 92
Telefax +41 (0)58 810 82 71
Internet: www.dexia-pb.ch

U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, NY 10017

USA

Zurich, 10.24.2011 / SVR

**Notice of Transfer of Claims other than for Security Pursuant to Bankruptcy Rule 3001(E)(2)**

Case No: 08-13555 (JMP)
Claim No: 59233
Issue: Nom 90'000 Lehman Bros. Treas. BV 05.11.2010 / ISIN CH0027120879

Dear Sirs

Enclosed please find a copy of the above mentioned Transfer Form between UBS, Zurich and ourselves for your records. The original has been sent to Epiq Bankruptcy Solutions, New York.

Please confirm receipt and send any future communication to the new address mentioned in the form.

For your co-operation we thank you very much in advance.

Yours sincerly

**Dexia Private Bank (Switzerland) Ltd.**

Elvira Furger
Authorized Signatory

Sven Riva
AVP

Enclosures:
Mentioned

## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: **Dexia Private Bank (Switzerland) Ltd** | Name of Transferor: **UBS AG** |
|---|---|
| Notices to Transferee should be sent to: **Dexia Private Bank (Switzerland) Ltd** Beethovenstrasse 48, CH-8022 Zürich 058 810 82 76 Attn: Sven Riva sven.riva(at)dexia.ch | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor UBS AG Bahnhofstrasse 45 8001 Zurich, Switzerland Attn: Mr. Hugo Koller +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: **EUR 90'000.00 (face amount of securities)** | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
E. Furger/Auth Sign./ S. Riva, AVP
**Dexia Private Bank (Switzerland) Ltd**
Beethovenstrasse 48
8022 Zurich

Date: 13. Okt. 2011

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Cap.Prot.Cert.Lehman Bros Treasury BV 2007-5.11.2010 | CH0027120879 | Lehman Brothers Treasury BV | Lehman Brothers Holding Inc. | EUR 90'000.00 out of EUR 3'306'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 12 and in paragraphs/lines 4 of the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Dexia Private Bank (Switzerland) Ltd**
Beethovenstrasse 48
PO Box 2192
CH 8022 Zurich
Telephone: ++41 58 810 82 76
Fax: ++41 58 810 82 72
Attention: Sven Riva

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 12, 2011.

**UBS AG**
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

ACKNOWLEDGED BY:

**Dexia Private Bank (Switzerland) Ltd**
Transferee

By: _____
Name: Sven Riva
Title: Ass. Vice President

By: _____
Name: Elvira Furger
Title: Authorized Signatory