WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Two Hundred Twenty-Second Omnibus Objection to Claims (Settled Derivatives Claims) [ECF No. 20861] solely with respect to the claims listed on Exhibit A annexed hereto. Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: November 3, 2011
      New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

## Exhibit A

## Claims For Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Number |
|---|---|
| Commingled Pension Trust Fund (Emerging Markets Opportunity Fixed Income) of JP Morgan Chase Bank, N.A. | 22857 |
| Commingled Pension Trust Fund (Intermediate Bond) of JP Morgan Chase Bank, N.A. | 22859 |
| Commingled Pension Trust Fund (Intermediate Credit) of JP Morgan Chase Bank, N.A. | 22860 |
| Commingled Pension Trust Fund (Intermediate Public Bond) of JP Morgan Chase Bank, N.A. | 22863 |
| Commingled Pension Trust Fund (Long Credit) of JP Morgan Chase Bank, N.A. | 22864 |
| Commingled Pension Trust Fund (Corporate High Yield) of JP Morgan Chase Bank, N.A. | 23016 |
| Commingled Pension Trust Fund (Long Duration Investment Grade) of JP Morgan Chase Bank, N.A. | 23018 |
| Commingled Pension Trust Fund (Long Duration Plus) of JP Morgan Chase Bank, N.A. | 23020 |