UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    08-13555 (JMP)
                                                              :    (Jointly Administered)
                    **Debtors.**                              :
                                                              :
-----------------------------------------------------------------x    Ref. Docket Nos. 20381, 21256,
                                                                      21258-21260, 21266, 21267, 21269-
                                                                      21273, 21275, 21276, 21278, 21284

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      /s/ Lauren Rodriguez
                                                      Lauren Rodriguez

Sworn to before me this
31st day of October, 2011
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CREDIT SUISSE                           CREDIT SUISSE
      ATTN: ALLEN GAGE                        CRAVATH, SWAINE & MOORE LLP
      1 MADISON AVE                           ATTN: RICHARD LEVIN
      NEW YORK NY 10010                       WORLDWIDE PLAZA
                                              825 EIGHTH AVENUE
                                              NEW YORK NY 10019
```

Please note that your claim # 55829-88 in the above referenced case and in the amount of
        $0.00   Unliquidated        has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: CREDIT SUISSE
      ATTN: SIMON GLENNIE/KAIRI JAMES
      WINCHESTER HOUSE, 1 GREAT WINCHESTER STRET
      LONDON    EC2N 2DB
      ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20381    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/28/2011                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 28, 2011.

# EXHIBIT B

```
TIME: 15:34:29                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 10/28/11                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: BACKMAN, ARNE BOREHAUGEN 1 STAVANGER 40 06 NORWAY |
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: GRONSTEDT, EVA BOREHAUGEN 1 STAVANGER 40 06 NORWAY |
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: GYZANDER, ERIKA BOREHAUGEN 1 STAVANGER 40 06 NORWAY |
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: LINDBERG, KJELL BOREHAUGEN 1 STAVANGER 40 06 NORWAY |
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: RYDELEU, CECILIA BOREHAUGEN 1 STAVANGER 40 06 NORWAY |
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: SVEUSSON, LENNART BOREHAUGEN 1 STAVANGER 40 06 NORWAY |
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: THOMASSON, CHRISTER BOREHAUGEN 1 STAVANGER 40 06 NORWAY |
| BARCLAYS BANK PLC | TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SAMPSON DEALLIE 70 HUDSON STREET, 7TH FLOOR JERSEY CITY NJ 07302 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ROPES & GRAY LLP ATTN: PHILLIP A. WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O ROPES & GRAY LLP ATTN: PHILLIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STRET LONDON EC2N 2DB ENGLAND |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: NORTHWEST CHINA OPPORTUNITIES FUND LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| GALOSTIFTELSEN | TRANSFEROR: NORTHWEST FUND LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM C/O ERIK PENSER BANKAKTIEBOLAG BOX 7405 STOCKHOLM 10391 SWEDEN |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GALOSTIFTELSEN ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: IRISFONDEN, QUESADA ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: OSTERSJOSTIFTELSEN ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVE NEW YORK NY 10065 |
| IRISFONDEN, QUESADA | SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN |
| MORGAN STANLEY & CO INTERNATIONAL PLC | 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| NORTHWEST CHINA OPPORTUNITIES FUND LIMITED | C/O PROSKAUER ROSE LLP ATTN: PAUL POSSINGER THREE FIRST NATIONAL PLAZA 70 W. MADISON STREET, SUITE 3800 CHICAGO IL 60602 |
| NORTHWEST FUND LIMITED | C/O PROSKAUER ROSE LLP ATTN: PAUL POSSINGER THREE FIRST NATIONAL PLAZA 70 W. MADISON STREET, SUITE 3800 CHICAGO IL 60602 |
| OSTERSJOSTIFTELSEN | C/O ERIK PENSER BANKAKTIEBOLAG BOX 7405 STOCKHOLM 103 91 SWEDEN |

Total Number of Records Printed        38

EPIQ BANKRUPTCY SOLUTIONS, LLC