UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. : 
: Ref. Docket Nos. 20409, 20425,
: 21047, 21070, 21071, 21244, 21246,
: 21300-21316, 21318, 21339-21341,
: 21360-21362
------------------------------------------------------------x
: 
In re : 
: Chapter 11 Case No.
LEHMAN BROTHERS SPECIAL FINANCING : 
INC., : 08-13888 (JMP)
Debtors. : (Jointly Administered)
: 
: Ref. Docket No. 286
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 31, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
1st day of November, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019
```

Please note that your claim # 55854-24 in the above referenced case and in the amount of
     $2,880,000.00  Unliquidated        has been transferred **(unless previously expunged by court order)**

```
     YORVIK PARTNERS LLP
     TRANSFEROR: BANK HAPOALIM B.M.
     ATTN: LISA KING
     11 IRONMONGER LANE
     LONDON    EC2V 8EY
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 21047     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/31/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 31, 2011.

**EXHIBIT B**

```
TIME: 16:52:52                                    LEHMAN BROTHERS HOLDING INC.                                                      PAGE: 1
DATE: 10/31/11                                          CREDITOR LISTING

Name                                              Address
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: AMVALL, ANN-SOFIE BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: ARONSON, STEFAN BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: AXELSSON, EVA BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: BENGTSSON, PER BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: BOJECA AB BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: BRATT, GUNILLA BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: CLAESSON, ALF BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: DANSKE BANK BOREHAUGEN 1 STAVANGER 4006 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: ELMER, INGALILL BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: FRANSSON, PER BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: GLADER, MAUD BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: KAVARNMARK, HAKAN BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: ROGERS, JOHN BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: RYDELEN, ALF BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: TOSS, BARBRO BOREHAUGEN 1 STAVANGER  40 06 NORWAY
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: CREDIT SUISSE 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: DEXIA CREDIT LOCAL 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: DEXIA CREDIT LOCAL ATTN: DANILE CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: WHITE & CASE LLP 745 SEVENTH AVENUE NEW YORK NY 10019
CANYON BALANCED MASTER FUND, LTD.                 TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CANYON VALUE REALIZATION FUND, LP                 TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
DEXIA CREDIT LOCAL                                CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019
DEXIA CREDIT LOCAL                                TOUR DEXIA ATTN: VIRGINIE GUERIN-BAECHELEN, LEGAL DEPARTMENT 1 PASSERELLE DES REFLETS, LA DEFENSE 2, TSA 92202 LA DEFENSE CEDEX 92919 FRANCE
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: SOCIETE GENERALE ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019-4001
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: SOCIETE GENERALE ATTN: MICHAEL STEPHAN, ROBYERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019-4001
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: SOCIETE GENERALE, ACTING THROUGH ITS LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019-4001
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: YORVIK PARTNERS LLP ATTN: MICHAEL STEPHAN 40 W 57TH ST NEW YORK NY 10019
J.P. MORGAN SECURITIES LTD                        TRANSFEROR: YORVIK PARTNERS LLP ATTN: MICHAEL STEPHAN 40 W 57TH ST NEW YORK NY 10019
SAPHIR FINANCE PLC SERIES 2005-11                 TRANSFEROR: SAPHIR FINANCE PLC SERIES 2005-11 125 LONDON WALL LONDON EC2Y 5AJ UNITED KINGDOM
SAPHIR FINANCE PLC SERIES 2005-11                 C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM
SEA PORT GROUP SECURITIES, LLC                    MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
SOCIETE GENERALE                                  ATTN: NOMURA INTERNATIONAL PLC ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SOCIETE GENERALE                                  ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020
SOCIETE GENERALE, ACTING THROUGH ITS              BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
LONDON BRANCH
SOCIETE GENERALE, ACTING THROUGH ITS              ATTN: CAROL MORRISON C/O SOCIETE GENERALE 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020
LONDON BRANCH
THE CANYON VALUE REALIZATION MASTER               ATTN: BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
FUND, LP
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
WHITE & CASE LLP                                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
                                                  ATTN: RA MICHAEL RUETZEL BOCKENHEIMER LANDSTRASSE 20 FRANKFURT AM MAIN 60323 GERMANY
YORVIK PARTNERS LLP                               TRANSFEROR: BANK HAPOALIM B.M. ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     47                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```