UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC. et al,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP) |

## DECLARATION OF SERVICE

The undersigned declares that on October 31, 2011, the documents listed below (the "Filings") were filed electronically via the Court's CM/ECF System.

- **NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d) AND FED. R. BANKR. P. 4001 TO LIFT THE AUTOMATIC STAY TO PERMIT ASSERTION OF COUNTERCLAIMS AND THIRD-PARTY CLAIMS AGAINST DEBTOR LEHMAN BROTHERS HOLDING, INC., IN PENDING STATE COURT LITIGATION COMMENCED BY THE DEBTOR**

- **DECLARATION OF TODD E. SOLOWAY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d) AND FED. R. BANKR. P. 4001 TO LIFT THE AUTOMATIC STAY TO PERMIT ASSERTION OF COUNTERCLAIMS AND THIRD-PARTY CLAIMS AGAINST DEBTOR LEHMAN BROTHERS HOLDING, INC., IN PENDING STATE COURT LITIGATION COMMENCED BY THE DEBTOR**

Electronic notices of said Filings were provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filings. Such parties may access the Filings through the Court's CM/ECF System.

In addition, copies of the Filings were also served via FedEx overnight delivery on November 1, 2011, upon the parties listed on the attached service list.

In addition, copies of the Filings were distributed via email on November 3, 2011 to all parties identified on the Master Service List (Through Docket No. 20662), available on the website

for Debtors' case maintained by Epiq Bankruptcy Solutions, LLC at

www.http://chapter11.epiqsystems.com/LBH.

        I declare, under penalty of perjury, that the foregoing is true and correct. Executed on November 3, 2011.

        */s/ Robert M. Fleischer*
        Robert M. Fleischer

## SERVICE LIST:

Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, New York 10004,

Weil Gotshal & Manges LLP,
767 Fifth Avenue,
New York, New York 10153,
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq.,
Shai Y. Waisman, Esq., Jacqueline Marcus, Esq.,
attorneys for the Debtors

U.S. Trustee,
33 Whitehall Street, 21st Floor,
New York, New York 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.,
Brian Masumoto, Esq., Linda Riffkin, Esq., Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP,
1 Chase Manhattan Plaza,
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
Evan R. Fleck, Esq.,
attorneys for the Creditors' Committee

Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Attn: Joseph F. Donley, Esq., David P. Staubitz, Esq.
attorneys for Lehman Brothers Holdings, Inc.

Dechert LLP
90 State House Square, 12th Floor
Hartford, CT 06103
Attn: Katherine A. Burroughs, Esq.
attorneys for Lehman Brothers Holdings, Inc.