**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

-------------------------------------------------------------------------x    **Ref. Docket No. 21439**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 31, 2011, I caused to be served the "Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for Admission Pro Hac Vice," *related to Stephen Youngman*, dated October 31, 2011 [Docket No. 21439], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   b. delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, and

   c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Eleni Manners</u>
Eleni Manners

Sworn to before me this
1st day of November, 2011
<u>/s/ Cassandra Murray</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

### *LBH MSL Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abeaumont@fklaw.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | aostrow@beckerglynn.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adam.brezine@hro.com | araboy@cov.com |
| adarwin@nixonpeabody.com | arahl@reedsmith.com |
| Adiamond@DiamondMcCarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| ahammer@freebornpeters.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akantesaria@oppenheimerfunds.com | atrehan@mayerbrown.com |
| akolod@mosessinger.com | aunger@sidley.com |
| alum@ftportfolios.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| AMcMullen@BoultCummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| Andrew.Brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcy@ntexas-attorneys.com |

### LBH MSL Email Service List

| | |
|---|---|
| bankruptcymatters@us.nomura.com | cbrotstein@bm.net |
| barbra.parlin@hklaw.com | ceskridge@susmangodfrey.com |
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bcarlson@co.sanmateo.ca.us | chammerman@paulweiss.com |
| bdk@schlamstone.com | chardman@klestadt.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmerrill@susmangodfrey.com | christopher.schueller@bipc.com |
| BMiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| Brian.Corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| brosenblum@jonesday.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | colea@gtlaw.com |
| bstrickland@wtplaw.com | cousinss@gtlaw.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| bturk@tishmanspeyer.com | cpappas@dilworthlaw.com |
| bwolfe@sheppardmullin.com | craig.goldblatt@wilmerhale.com |
| bzabarauskas@crowell.com | crmomjian@attorneygeneral.gov |
| cahn@clm.com | cs@stevenslee.com |
| calbert@reitlerlaw.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carol.weinerlevy@bingham.com | cshore@whitecase.com |
| cbelisle@wfw.com | cshulman@sheppardmullin.com |
| cbelmonte@ssbb.com | ctatelbaum@adorno.com |

### *LBH MSL Email Service List*

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

### *LBH MSL Email Service List*

| | |
|---|---|
| dshaffer@wtplaw.com | etillinghast@sheppardmullin.com |
| dshemano@pwkllp.com | ezujkowski@emmetmarvin.com |
| dspelfogel@foley.com | ezweig@optonline.net |
| dtatge@ebglaw.com | fbp@ppgms.com |
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | fsosnick@shearman.com |
| ecohen@russell.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@fklaw.com | gbray@milbank.com |
| efriedman@friedumspring.com | george.davis@cwt.com |
| egeekie@schiffhardin.com | geraci@thalergertler.com |
| eglas@mccarter.com | ggitomer@mkbattorneys.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| elevin@lowenstein.com | glenn.siegel@dechert.com |
| eli.mattioli@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | gravert@mwe.com |
| emerberg@mayerbrown.com | gspilsbury@jsslaw.com |
| eobrien@sbchlaw.com | guzzi@whitecase.com |
| erin.mautner@bingham.com | harrisjm@michigan.gov |
| eschaffer@reedsmith.com | harveystrickon@paulhastings.com |
| eschwartz@contrariancapital.com | hbeltzer@mayerbrown.com |
| esmith@dl.com | heim.steve@dorsey.com |

_**LBH MSL Email Service List**_

| | |
|---|---|
| heiser@chapman.com | jbeiers@co.sanmateo.ca.us |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | Jdrucker@coleschotz.com |
| icatto@mwe.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jean-david.barnea@usdoj.gov |
| ilevee@lowenstein.com | jeanites@whiteandwilliams.com |
| info2@normandyhill.com | jeannette.boot@wilmerhale.com |
| ira.herman@tklaw.com | jeff.wittig@coair.com |
| isgreene@hhlaw.com | jeffrey.sabin@bingham.com |
| israel.dahan@cwt.com | jeldredge@velaw.com |
| iva.uroic@dechert.com | jen.premisler@cliffordchance.com |
| jaclyn.genchi@kayescholer.com | jennifer.demarco@cliffordchance.com |
| jacobsonn@sec.gov | jennifer.gore@shell.com |
| james.mcclammy@dpw.com | jeremy.eiden@ag.state.mn.us |
| james.sprayregen@kirkland.com | jfalgowski@reedsmith.com |
| jamestecce@quinnemanuel.com | jflaxer@golenbock.com |
| jamie.nelson@dubaiic.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgenovese@gjb-law.com |
| jay@kleinsolomon.com | jguy@orrick.com |
| Jbecker@wilmingtontrust.com | jherzog@gklaw.com |
| jbeemer@entwistle-law.com | jhiggins@fdlaw.com |

### LBH MSL Email Service List

| | |
|---|---|
| jhorgan@phxa.com | joli@crlpc.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmazermarino@msek.com | jsullivan@mosessinger.com |
| jmcginley@wilmingtontrust.com | jtimko@shutts.com |
| jmelko@gardere.com | jtougas@mayerbrown.com |
| jmerva@fult.com | judy.morse@crowedunlevy.com |
| jmmurphy@stradley.com | jwallack@goulstonstorrs.com |
| jmr@msf-law.com | jwang@sipc.org |
| jnm@mccallaraymer.com | jwcohen@daypitney.com |
| john.monaghan@hklaw.com | jweiss@gibsondunn.com |
| john.rapisardi@cwt.com | jwest@velaw.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| jwh@njlawfirm.com | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| KReynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | MAOFILING@CGSH.COM |
| lacyr@sullcrom.com | Marc.Chait@SC.com |
| Landon@StreusandLandon.com | margolin@hugheshubbard.com |
| lathompson@co.sanmateo.ca.us | mark.deveno@bingham.com |

### LBH MSL Email Service List

| | |
|---|---|
| mark.ellenberg@cwt.com | mharris@smsm.com |
| mark.houle@pillsburylaw.com | mhopkins@cov.com |
| mark.sherrill@sutherland.com | michael.frege@cms-hs.com |
| martin.davis@ots.treas.gov | michael.kelly@monarchlp.com |
| Marvin.Clements@ag.tn.gov | michael.kim@kobrekim.com |
| matt@willaw.com | michael.reilly@bingham.com |
| matthew.klepper@dlapiper.com | millee12@nationwide.com |
| maustin@orrick.com | miller@taftlaw.com |
| max.polonsky@skadden.com | mimi.m.wong@irscounsel.treas.gov |
| mbenner@tishmanspeyer.com | mitchell.ayer@tklaw.com |
| mberman@nixonpeabody.com | mjacobs@pryorcashman.com |
| mbienenstock@dl.com | mjedelman@vedderprice.com |
| mbossi@thompsoncoburn.com | MJR1@westchestergov.com |
| mcademartori@sheppardmullin.com | mkjaer@winston.com |
| mccombst@sullcrom.com | mlahaie@akingump.com |
| mcordone@stradley.com | MLandman@lcbf.com |
| mcto@debevoise.com | mlichtenstein@crowell.com |
| mdahlman@kayescholer.com | mlynch2@travelers.com |
| mdorval@stradley.com | mmendez@hunton.com |
| melorod@gtlaw.com | mmooney@deilylawfirm.com |
| meltzere@pepperlaw.com | mmorreale@us.mufg.jp |
| metkin@lowenstein.com | mneier@ibolaw.com |
| mfeldman@willkie.com | monica.lawless@brookfieldproperties.com |
| mgordon@briggs.com | mpage@kelleydrye.com |
| mgreger@allenmatkins.com | mparry@mosessinger.com |
| mh1@mccallaraymer.com | mprimoff@kayescholer.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| mpucillo@bermanesq.com | paul.turner@sutherland.com |
| mrosenthal@gibsondunn.com | pbattista@gjb-law.com |
| mruetzel@whitecase.com | pbosswick@ssbb.com |
| mschimel@sju.edu | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |
| msiegel@brownrudnick.com | peter.gilhuly@lw.com |
| msolow@kayescholer.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| neilberger@teamtogut.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwright@dl.com |
| Nherman@morganlewis.com | r.stahl@stahlzelloe.com |
| nissay_10259-0154@mhmjapan.com | raj.madan@bingham.com |
| nlepore@schnader.com | rajohnson@akingump.com |
| notice@bkcylaw.com | ramona.neal@hp.com |
| oipress@travelers.com | ranjit.mather@bnymellon.com |
| omeca.nedd@lovells.com | rbeacher@pryorcashman.com |
| otccorpactions@finra.org | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |

### LBH MSL Email Service List

| | |
|---|---|
| rfleischer@pryorcashman.com | rreid@sheppardmullin.com |
| rfrankel@orrick.com | rrigolosi@smsm.com |
| rfriedman@silvermanacampora.com | rroupinian@outtengolden.com |
| rgmason@wlrk.com | rrussell@andrewskurth.com |
| rgraham@whitecase.com | rterenzi@stcwlaw.com |
| rhett.campbell@tklaw.com | RTrust@cravath.com |
| richard.lear@hklaw.com | russj4478@aol.com |
| richard.levy@lw.com | rwasserman@cftc.gov |
| richard.tisdale@friedfrank.com | rwyron@orrick.com |
| richard@rwmaplc.com | s.minehan@aozorabank.co.jp |
| ritkin@steptoe.com | sabin.willett@bingham.com |
| RJones@BoultCummings.com | sabramowitz@velaw.com |
| rleek@HodgsonRuss.com | sagolden@hhlaw.com |
| RLevin@cravath.com | sagrawal@susmangodfrey.com |
| rmatzat@hahnhessen.com | Sally.Henry@skadden.com |
| rnetzer@willkie.com | sandyscafaria@eaton.com |
| robert.bailey@bnymellon.com | Sara.Tapinekis@cliffordchance.com |
| robert.dombroff@bingham.com | scargill@lowenstein.com |
| robert.henoch@kobrekim.com | schannej@pepperlaw.com |
| robert.malone@dbr.com | Schepis@pursuitpartners.com |
| Robert.yalen@usdoj.gov | schnabel.eric@dorsey.com |
| robertdakis@quinnemanuel.com | schristianson@buchalter.com |
| Robin.Keller@Lovells.com | schwartzmatthew@sullcrom.com |
| roger@rnagioff.com | scottshelley@quinnemanuel.com |
| ronald.silverman@bingham.com | scousins@armstrongteasdale.com |
| rqureshi@reedsmith.com | sdnyecf@dor.mo.gov |

### *LBH MSL Email Service List*

| | |
|---|---|
| sehlers@armstrongteasdale.com | sskelly@teamtogut.com |
| seichel@crowell.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.troyer@commerzbank.com |
| sgordon@cahill.com | steven.wilamowsky@bingham.com |
| sgubner@ebg-law.com | Streusand@StreusandLandon.com |
| shannon.nagle@friedfrank.com | susan.schultz@newedgegroup.com |
| sharbeck@sipc.org | susheelkirpalani@quinnemanuel.com |
| shari.leventhal@ny.frb.org | swolowitz@mayerbrown.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| sidorsky@butzel.com | tannweiler@greerherz.com |
| slerner@ssd.com | tarbit@cftc.gov |
| slevine@brownrudnick.com | tbrock@ssbb.com |
| SLoden@DiamondMcCarthy.com | tdewey@dpklaw.com |
| smayerson@ssd.com | tduffy@andersonkill.com |
| smillman@stroock.com | teresa.oxford@invescoaim.com |
| smulligan@bsblawyers.com | TGoren@mofo.com |
| snewman@katskykorins.com | thaler@thalergertler.com |
| sory@fdlaw.com | thomas.califano@dlapiper.com |
| spiotto@chapman.com | thomas.ogden@dpw.com |
| splatzer@platzerlaw.com | Thomas_Noguerola@calpers.ca.gov |
| squigley@lowenstein.com | timothy.brink@dlapiper.com |
| SRee@lcbf.com | timothy.palmer@bipc.com |
| sselbst@herrick.com | tjfreedman@pbnlaw.com |
| sshimshak@paulweiss.com | tkarcher@dl.com |

*__LBH MSL Email Service List__*

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|----------|---------|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007