UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

Claimant
Annetta F. Pugia

Vs,

Debtor in Bankruptcy
Lehman Brothers Holdings, Inc.

Chapter 11 Case
Number 08-13555 (JMP)

---

### CLAIMANT OBJECTIONS TO DEBTORS MOTION TO DISALLOW HER CLAIM

Now Comes Annetta F. Pugia a recorded claim holder (See exhibit attached marked 1.) against the debtor, LEHMAN BROTHERS HOLDING, INC and files this her counter motion PRO SE praying that this most honorable court does not disallow her claim against the debtor for the below listed reasons and any reason this honorable court may find has merit..

### ARGUMENT

1.) The claimant had invested what represents a great deal of money to her some $23,000 dollars subject to the verbal and printed guarantees and claims of the debtor that is was a longstanding, secure and financially sound company and her investment would pay her a return income, which she required being a senior.

2.) Within a short time after her investment the debtor was not only found to be financially unsound, but that it had performed certain financial acts that brought it before this most honorable court and said acts and its financial condition at the time it accepted her investment has now been well documented through independent accounting and Government audit reports that the debtor at the time it took her money was well aware it was having financial problems from the documented risk it had taken of hers and other investment.

1.



## *SUMMARY*

The claimant now stands before this most honorable court which has become her last court of recourse having file PRO SE this motion for her claim not to be disallowed.

The claimant can only hope that this most honorable court which must rule on the matters of what claims it must allow or not allow looks at this motion to allow her claim as a blow for all the small investors.

She based on assures both verbally and in writing that she was dealing with a longtime solid investment company, one that would give her large to her, a small piffle little investment to them the due care and up most attention gave them her money which without those assures and longevity of the debtor would not have.

When in fact at the time she entrusted her investment to their care they having had already taken extreme risks and were for all intent and purposes insolvent.

## *CLOSING*

By the allowing of this motion this most honorable court will have given at least one small investor of the many thousands who lose their savings through no fault of their own the opportunity to being brought back to square one from all the entanglements and financial maneuvering of Wall Street.

Praying that you find in her favor.


*[signature]*
Annetta Farber Pugia
Appearing PRO SE
3 Old Topsfield Road
Boxford Massachusetts  01921
(978) 887-2919
(978) 254-0032 fax

Dated:  /0 -20 -11    2011

## NOTICE OF SERVICE

I do here within certify under the pains and penalties of perjury I have on the date signed below mailed by first class pre paid United States airmail a copy of my motion to the United States Bankruptcy Court Of The Southern District Of New York to not disallow my claim against LEHMAN BROTHERS HOLDING, INC. to their Attorneys on record:

WEIL, GOTSHAL & MANGLES, LLP
ATTENTION ROBERT J. LEMONS, ESQ
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

*(signed)* Annetta F. Pugia                    10-30-11

Annetta F. Pugia
3 Old Topsfield Road
Boxford, Massachusetts 01921
978-887-2919
978-254-0032 fax



```
                                    P 646 282 2500  F 646 282 2501
                                    757 THIRD AVENUE, NEW YORK, NY 10017
                                    WWW.EPIQSYSTEMS.COM
```

**** LBH CLMLTR (MERGE2,TXNUM2) 4000125219 ****
PUGIA, ANNETTA F.
3 OLD TOPSFIELD ROAD
BOXFORD, MA 01921


October 12, 2011

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | Lehman Brothers Holdings Inc. |
| Case Number: | 08-13555 |
| Creditor: | PUGIA, ANNETTA F. |
| Date Received: | 10/03/2011 |
| Claim Number: | 67675 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU.** PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

**ANNETTA FARBER PUGIA**
**3 OLD TOPSFIELD ROAD**
**BOXFORD, MASSACHUSETTS 01921**

Dated October 20, 2011

United States Bankruptcy Court
For The Southern District of New York
Court Room 601
Ms. Lynda Caldernon, Courtroom Deputy
One Bowling Green
New York, New York 10004-1408

-----------------------------------

Claimant, Annetta F. Pugia

Vs,                                    Number 08-13555 (JMP)

Debtor, LEHMAN BROTHERS
        HOLDING, INC.

-----------------------------------

Dear Ms. Caldernon, Please find my motion of objection to dismiss my standing in the above titled matter, with my notice of service. Please once again do me a big favor and make sure this objection is ruled on by Judge Peck.

May I ask you a question? Isn't it time for someone like me a senior who has always done the right thing, paid her taxes and bills in a timely manner, raising three children working for the phone company for 35 years gets a break, in particular being a senior on a fixed income I can assure you $23,000 is a lot of money.

It sure would be nice, please likewise find a SASE enclosed to forward me Judge Peck's decision. I like to take this opportunity to thank you for this and your prior attention to my requests, May I wish you a very Happy Thanksgiving? I Remain,

Very Sincerely Yours,

*Annetta F. Pugia*
Annetta Farber Pugia