WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                    :
**In re**                                                    :    **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                                                    :
                                        **Debtors.**    :    **(Jointly Administered)**
                                                                    :
                                                                    :
-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**TWO HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO**
**DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their Two Hundred Seventeenth

Omnibus Objection to Claims to Disallow and Expunge Certain Filed Proofs of Claims [ECF.

No. 20106] solely with respect to the claim listed on Exhibit A annexed hereto.  The Debtors

reserve their rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: November 3, 2011
     New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Goldman Sachs International<br>Peterborough Court<br>133 Fleet Street<br>London, EC4A 2BB | 58796 |