Mayer Brown LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910

Brian Trust (BT-0347)

*Counsel to Société Générale, Société Générale Asset Management Banque and Société Générale Bank & Trust*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**STATEMENT IN SUPPORT OF CONFIRMATION AND CONSUMMATION OF DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

Société Générale ("SG"), Société Générale Asset Management Banque ("SGAM Banque") and Société Générale Bank and Trust ("SGBT"), through their attorneys, file this statement in support of confirmation and consummation of Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Modified Plan") [Docket 19627], filed by Lehman Brothers Holdings Inc. and its affiliated Debtors ("Debtors") on August 31, 2011.

1.  On June 30, 2011, each of SG, SGAM Banque and SGBT entered into Plan Support Agreements with the Debtors.

2. Each of the Plan Support Agreements provide that, subject to the terms of the Plan Support Agreements, each of SG, SGAM and SGBT shall support the confirmation and consummation of the Modified Plan.

3. Each of SG, SGAM Banque and SGBT support the confirmation and consummation of the Modified Plan.

4. SG, SGAM Banque and SGBT file this Statement pursuant to Section 1.02(i) of the Plan Support Agreements and reserve all of their respective rights under the Plan Support Agreements.

Dated: New York, New York
November 3, 2011

        Respectfully submitted,

        /s/ Brian Trust

        Brian Trust (BT-0347)

        **Mayer Brown LLP**
        1675 Broadway
        New York, New York 10019
        (212) 506-2500 (phone)
        (212) 262-1910 (fax)

        *Counsel to Société Générale, Société Générale Asset Management Banque and Société Générale Bank & Trust*

2