15201463.1

SUTHERLAND ASBILL & BRENNAN LLP
Mark D. Sherrill (*pro hac vice*)
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-0100

*Counsel for Access VP High Yield Fund,*
*Falling U.S. Dollar ProFund, Access Flex High*
*Yield Fund and Falling US Dollar ProFunds VP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **LEHMAN BROTHERS HOLDINGS** | § | Case No. 08-13555 (JMP) |
| **INC.,** *et al.*, | § | |
| | § | |
| Debtors. | § | |

## Certificate of Service

I hereby certify that on November 2, 2011, I caused the *Limited Objection of Access VP High Yield Fund, Falling U.S. Dollar ProFund, Access Flex High Yield Fund and Falling US Dollar ProFunds VP to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* to be delivered by electronic notice upon all parties who receive electronic notice of filings in the above-captioned case via the Court's ECF system and, on November 3, 2011, by hand delivery upon the parties listed below:

Weil Gotshal & Manges LLP              Milbank, Tweed, Hadley & McCloy LLP
767 Fifth Avenue                       1 Chase Manhattan Plaza
New York, New York 10153               New York, New York  10005
Attn:  Harvey R. Miller, Esq.          Attn:  Dennis F. Dunne, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn:  Elisabetta Gasparini, Esq.

/s/ Mark D. Sherrill
Mark D. Sherrill