TO THE USA BANKRUPTCY COURT

Southern district of New York

Debtors: LEHMAN BROTHERS HOLDINGS

Case No: 08-13555 (JMP)

Title of the objection; "The debtors have no liability for the claim".

Claimant: TAHRA holdings Inc.    200 000$.

I object ' the disallowance and expunge' of my claim of 200 000$ (two hundred thousand USD) since I only invested money on debtors hands and had no participation on the handling of the trust. Therefore I believe I must be involved in the distribution of the funds."

Oct 14-2011

TAHRA HOLDINGS

A. Papadopoulos, Director



RECEIVED
OCT 24 2011
U.S. BANKRUPTCY