Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collection Division
P. O. Box 12548
Austin, TX   78711-2548
Telephone: (512) 475-4861
jay.hurst@oag.state.tx.us

ATTORNEY FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | |
|---|---|
| | CHAPTER 11 |
| | |
| In re: | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Lehman Brothers Holdings Inc., et al. | |
| | Honorable James M. Peck |
| Debtors | |

-------------------------------------------------------------x

## OBJECTION OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS TO CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

The Texas Comptroller of Public Accounts ("Texas Comptroller"), through the Texas Attorney General's Office, objects to the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan").

1.    The Texas Comptroller has filed the following proofs of claims: (1) a priority tax claim against Lehman Brothers Holdings, Inc. for franchise taxes arising from an audit for the tax year 2008 in the amount of $15,000; (2) an administrative expense tax claim against Lehman Brothers Holdings, Inc. for franchise taxes arising from an audit for the tax year 2009 in the amount of $17,277.23; (3) a priority tax claim against BNC Mortgage LLC for franchise taxes arising from an audit of the tax years 2003 through 2006 in the amount of $66,446.66; and (4)

two priority and two administrative tax claims against Lehman Brothers Commodity Services, Inc. for fuels taxes totaling $4,180.64 relating to the tax return periods of September and October, 2008.

2.    Section 13.5(iv) of the Plan purports to enjoin the setoff rights of the Texas Comptroller.  Section 553 of the Bankruptcy Code provides that the Bankruptcy Code "does not affect any right of a creditor to offset a mutual debt owing by such a creditor to the debtor that arose before the commencement of the case under this title against a claim of such creditor against the debtor that arose before the commencement of the case..."   (Certain limited exceptions set forth in Section 553 are not applicable here.)   Section 553 creates a general rule that any right of setoff that a creditor possessed prior to the bankruptcy case is not affected by the Bankruptcy Code.  Citizen's Bank of Maryland v. Strumpf, 516 U.S. 16, 20, 116 S.Ct. 286, 289, 133 L.Ed. 2d 258, 263 (1995).  Pursuant to 11 U.S.C. § 553, setoff rights survive bankruptcy and are not affected by other sections of the Bankruptcy Code, including § 1141.  IRS v. Luongo (In re Luongo), 259 F.3d 323 (5th Cir. 2001);  Carolco Television, Inc. v. National Broadcasting Co. (In re De Laurentis Entertainment Group, Inc.), 963 F.2d 1269, 1276-78 (9th Cir. 1992), cert. denied, 506 U.S. 918, 113 S. Ct. 330, 121 L.Ed.2d 249 (1992); Davidovich v. Welton (In re Davidovich), 901 F.2d 1533, 1537 (10th Cir. 1990); Pettibone Corp. v. United States (In re Pettibone Corp.), 151 B.R. 960, 964 (N.D. Ill. 1993);   Womack v. United States (In re Womack), 188 B.R. 259 (Bankr. E.D. Ark. 1995).  The Third Circuit has emphasized the importance of raising this issue prior to confirmation in order to avoid an adverse or unintended consequence.  United States of America v. Continental Airlines (In re Continental Airlines), 134 F.3d 536 (3d Cir. 1998), cert. denied, 525 U.S. 929, 119 S.Ct. 336, 142 L.Ed.2d 277 (1998).

2

See, In re Alta+Cast, LLC, 2004 WL 484881 (Bankr. D. Del. 2004)(raising objection preserves rights of setoff). The Plan's prohibition against setoff is contrary to the requirements of 11 U.S.C. § 1123(b)(6) and § 1129(a)(1) because an anti-setoff injunction is inconsistent with the provisions of Title 11, namely Section 553, and therefore the Plan cannot be confirmed.

3.      More generally, however, Sections 13.4 and 13.5 of the Plan implement a discharge and injunction.   This is a liquidating plan.   Section 1141(d)(3) expressly provides that no discharge is granted in connection with confirmation of a liquidating plan.

4.      Section 15.4 purports to implement Section 1146 of the Bankruptcy Code but extends the Code language far beyond the types of transactions included in Section 1146 and extends the exemption beyond only "a stamp or similar tax" to include a real estate transfer tax, a mortgage recording tax and a sales and use tax.   This is an overly broad rendition of Section 1146 of the Code and is not authorized, and indeed, contrary to the statute.   The expansive proposed language is not supported by the Bankruptcy Code or case law.   See, e.g.  In re 995 Fifth Avenue Associates, L.P., 963 F.2d 503 (2nd Cir. 1992).   This provision cannot be confirmed pursuant to 11 U.S.C. § 1129(a)(1).

WHEREFORE, the Texas Comptroller respectfully requests that the Court deny confirmation and provide such other and further relief to which the Comptroller may be entitled.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB

3

Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jay W. Hurst*
JAY W. HURST
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX   78711-2548
Telephone:   (512) 475-4861
jay.hurst@oag.state.tx.us

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on November 4, 2011, a true copy of the foregoing was served to the following parties by the method indicated:

By Regular First Class Mail:

Harvey R. Miller, Esq.
Lori R. Fife, Esq
Alfredo R. Perez, Esq.
Weil Gotshoal   Manges LLP
767 Fifth Avenue
New York, NY 10153

Elisabetta Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza

4

New York, NY 10005

By Electronic Means as listed on the Court's ECF Noticing System:

- Anne Marie Aaronson        aaaronson@dilworthlaw.com

- Marc Abrams        maosbny@willkie.com, mabrams@willkie.com

- Ann E. Acker        acker@chapman.com

- David J. Adler        dadler@mccarter.com

- Suyash Agrawal        sagrawal@susmangodfrey.com

- Kathleen M. Aiello        kaiello@foxrothschild.com

- Craig J. Albert        calbert@reitlerlaw.com

- Ana M. Alfonso        maosbny@willkie.com, aalfonso@willkie.com

- Darryl J. Alvarado        dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com

- D. Sam Anderson        sanderson@bernsteinshur.com,
  acummings@bernsteinshur.com;lkubiak@bernsteinshur.com

- Carla O. Andres        candres@gklaw.com

- George Angelich        angelich.george@arentfox.com, lane.katie@arentfox.com

- Philip D. Anker        philip.anker@wilmerhale.com, ross.firsenbaum@wilmerhale.com

- Tara B. Annweiler        tannweiler@greerherz.com

- Bruce G. Arnold        barnold@whdlaw.com

- John R. Ashmead        ashmead@sewkis.com

- Douglas Bacon        chefiling@lw.com, beth.arnold@lw.com

- Herbert Baer        rjacobs@ecf.epiqsystems.com

- Ingrid Bagby        ingrid.bagby@cwt.com,
  betty.comerro@cwt.com;michele.maman@cwt.com;tianna.jackson@cwt.com;david.kron
  enberg@cwt.com;jill.kaylor@cwt.com;benjamin.riskin@cwt.com;kelly.sinclair@cwt.co
  m;jeffrey.taub@cwt.com;wendy.kane@cwt.com

- Katrina Lynne Baker        kbaker@kramerlevin.com, docketing@kramerlevin.com

- Helen Ball        mtaylor@ba-boult.com

5

- William G. Ballaine        wballaine@lcbf.com

- Andrew E. Balog        aeb@gtlaw.com

- Elizabeth Banda Calvo        rgleason@pbfcm.com, ebcalvo@pbfcm.com

- Duncan E. Barber        dbarber@bsblawyers.com

- Jean-David Barnea        jean-david.barnea@usdoj.gov

- David L. Barrack        dbarrack@fulbright.com

- Peter John Barrett        peter.barrett@kutakrock.com

- Lawrence Bass        lawrence.bass@hro.com

- Beatrice Hamza Bassey        bassey@hugheshubbard.com

- Paul M. Basta        pbasta@kirkland.com,
  jacob.goldfinger@kirkland.com;beth.friedman@kirkland.com

- Paul A. Batista        batista007@aol.com

- Arthur G. Baumeister        abaumeister@amigonesanchez.com

- Ronald Scott Beacher        rbeacher@pryorcashman.com, docketing@pryorcashman.com

- Anne E. Beaumont        abeaumont@fklaw.com,
  lehmanbros@fklaw.com;vgarvey@fklaw.com;spai@fklaw.com;thaggerty@fklaw.com

- Martin Beeler        mbeeler@cov.com

- T. Scott Belden        sbelden@kleinlaw.com,
  imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

- Christopher Robert Belmonte        cbelmonte@ssbb.com, pbosswick@ssbb.com

- Howard S. Beltzer        hbeltzer@mayerbrown.com

- Evan J. Benanti        evan.benanti@bingham.com

- Gregory M. Bentz        gbentz@polsinelli.com

- Walter Benzija        wbenzija@halperinlaw.net, lgu@halperinlaw.net

- Shaya M. Berger        bergers@dicksteinshapiro.com,
  nybankruptcydocketing@dicksteinshapiro.com

- Jed I. Bergman        jbergman@kasowitz.com, courtnotices@kasowitz.com

6

- Jed I. Bergman        jbergman@kasowitz.com,
  courtnotices@kasowitz.com;smoskowitz@kasowitz.com

- Leslie Ann Berkoff        lberkoff@moritthock.com

- Ronit J. Berkovich        ronit.berkovich@weil.com

- Mark N. Berman        mberman@nixonpeabody.com

- Richard J. Bernard        rbernard@foley.com

- Darren Elliot Bernstein        bernsted@lbitrustee.com

- Matthew R. Berry        mberry@susmangodfrey.com

- Gene R. Besen        gene.besen@snrdenton.com

- Daniel B. Besikof        dbesikof@loeb.com

- Riyaz G. Bhimani        rbhimani@eckertseamans.com

- Adam M. Bialek        abialek@wmd-law.com

- Martin J. Bienenstock        martin.bienenstock@dl.com,
  tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com

- Laurie R. Binder        binder@sewkis.com

- Robert Jeffery Black        jeffery.black@bingham.com, pat.wright@bingham.com

- Joshua R. Blackman        jBlackman@morganlewis.com

- Benjamin Blaustein        bblaustein@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com

- Daniel S. Bleck        dbleck@mintz.com

- Elliot J. Blumenthal        elliot.blumenthal@bipc.com, elliot.blumenthal@bipc.com

- Anthony D. Boccanfuso        Anthony_Boccanfuso@aporter.com

- Carmine Boccuzzi        maofiling@cgsh.com, cboccuzzi@cgsh.com

- Anna Boelitz        anna.boelitz@bingham.com

- James Nicholas Boeving        james.n.boeving@usdoj.gov

- Phillip W. Bohl        phillip.bohl@gpmlaw.com

- Hilary B. Bonial        notice@bkcylaw.com

- Mark V. Bossi      mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com

- Maria A. Bove      mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com

- Armen James Boyajian      jamesboyajian@gmail.com

- Jerrold Lyle Bregman      jbregman@curtis.com, ghertzberg@curtis.com;tsmith@curtis.com;sreisman@curtis.com;macohen@curtis.com;hsaydah@curtis.com

- Adam Brezine      adam.brezine@hro.com, Kerry.Moynihan@hro.com

- Timothy W. Brink      timothy.brink@dlapiper.com

- James L. Bromley      maofiling@cgsh.com

- Luke O. Brooks      lukeb@rgrdlaw.com

- Melvin A. Brosterman      mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com

- Mark A. Broude      mark.broude@lw.com, peter.gilhuly@lw.com

- Andrew P. Brozman      andrew.brozman@cliffordchance.com

- Robert W. Brundige      brundige@hugheshubbard.com

- Martin G. Bunin      marty.bunin@alston.com

- Michael P. Burke      mburke@wmd-law.com

- Spencer A. Burkholz      spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com

- Michael G. Busenkell      mbusenkell@wcsr.com, pgroff@wcsr.com

- Aaron R. Cahn      cahn@clm.com

- Daniel K. Cahn      dcahn@cahnlaw.com

- John M. Callagy      jcallagy@kelleydrye.com

- Carollynn H.G. Callari      ccallari@venable.com

- Donald F. Campbell      dcampbell@ghclaw.com

- Sarah Campbell      jdisanti@whitecase.com;mcosbny@whitecase.com

- David M. Capriotti      bkemail@harrisbeach.com

- John F. Carberry      jcarberry@cl-law.com, dsantos@cl-law.com

- Jeffrey Morgan Carbino      jcarbino@thorpreed.com, dlynch@thorpreed.com

- Scott Cargill      scargill@lowenstein.com, msavetsky@lowenstein.com

- Roy H. Carlin      carlin@thshlaw.com

- Lawrence F. Carnevale      bankruptcy@clm.com

- James S. Carr      KDWBankruptcyDepartment@kelleydrye.com

- Daniel J. Carragher      djcarragher@daypitney.com

- Timothy J. Carter      tcarter@goulstonstorrs.com

- Gerard Sylvester Catalanello      gcatalanello@duanemorris.com,
  gcatalanello@duanemorris.com

- Gabriel I. Chacon      gabriel.chacon@dol.lps.state.nj.us

- Shelley C. Chapman      maosbny@willkie.com

- Thomas E. Chase      tchase@rlrpclaw.com

- Omar-John C. Chavez      ochavez@smithstratton.com

- Pamela Rogers Chepiga      pamela.chepiga@newyork.allenovery.com,
  kurt.vellek@allenovery.com

- Ly S Chhay      ly.chhay@activfinancial.com

- Jonathan Chi-Shoong Cho      jonathan.cho@allenovery.com

- Dale C. Christensen      christensen@sewkis.com

- Jennifer A. Christian      jennifer.christian@tklaw.com

- Shawn M. Christianson      schristianson@buchalter.com, cmcintire@buchalter.com

- Robert N. H. Christmas      rchristmas@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com

- Bruce E. Clark      clarkb@sullcrom.com, s&cmanagingclerk@sullcrom.com

- Jared Riley Clark      jared.clark@bingham.com,
  david.marcus@bingham.com,pat.wright@bingham.com

- Marvin E. Clements      agbanknewyork@ag.tn.gov

- Hollace T. Cohen      hollace.cohen@troutmansanders.com

- Joshua W. Cohen        jwcohen@daypitney.com
- Ronald L. Cohen        cohenr@sewkis.com
- Joshua D. Cohn        choupt@mayerbrown.com;jmarsala@mayerbrown.com
- Michael H. Cohn        mcohn@cohnroth.com, scaba@cohnroth.com
- Adam D. Cole        colea@gtlaw.com
- Cassandra L. Coleman        ccoleman@garfield-county.com
- Jeffrey R. Coleman        coleman@hugheshubbard.com
- Kenneth P. Coleman        kurt.vellek@allenovery.com;jonathan.cho@allenovery.com
- Magdeline D. Coleman        donna.curcio@bipc.com
- Patrick Collins        pcollins@farrellfritz.com, ffbkmao@farrellfritz.com
- Christopher Combest        ccombest@quarles.com, fbf@quarles.com
- Jordan Connors        jconnors@susmangodfrey.com
- Dena Copulsky        dlcopulsky@hhlaw.com
- Joseph N. Cordaro        joseph.cordaro@usdoj.gov
- Kenneth Corey-Edstrom        kcoreyedstrom@larkinhoffman.com
- Patrick M. Costello        , clee@vectislawgroup.com
- Patrick M. Costello        pcostello@vectislawgroup.com, clee@vectislawgroup.com
- Steven Cousins        scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
- David N. Crapo        dcrapo@gibbonslaw.com
- David A. Crichlow        david.crichlow@pillsburylaw.com
- Maureen A. Cronin        mao-ecf@debevoise.com
- Nicholas P. Crowell        ncrowell@sidley.com
- Leo T. Crowley        leo.crowley@pillsburylaw.com
- Walter H. Curchack        wcurchack@loeb.com, vrubinstein@loeb.com
- Louis A. Curcio        lcurcio@sonnenschein.com

- Vincent D'Agostino       vdagostino@lowenstein.com, jbecht@lowenstein.com

- Raniero D'Aversa       rdaversa@orrick.com, lmetzger@orrick.com

- William F. Dahill       wdahill@wmd-law.com

- Marilee P. Dahlman       mdahlman@kayescholer.com,
  rcappiello@kayescholer.com;lschwall@kayescholer.com

- Robert K. Dakis       robertdakis@quinnemanuel.com

- Michael R. Dal Lago       , bankruptcy@morrisoncohen.com

- J. Patrick Darby       pdarby@babc.com

- Andrew Rhys Davies       andrew.rhys.davies@allenovery.com,
  kurt.vellek@allenovery.com

- Jason C. Davis       jdavis@rgrdlaw.com, ptiffith@rgrdlaw.com

- Paul R. DeFilippo       pdefilippo@wmd-law.com,
  gparascondola@wmd-law.com;jgiampolo@wmd-law.com

- Louis T. DeLucia       ldelucia@schiffhardin.com, lbonilla@schiffhardin.com

- Jennifer C. DeMarco       jennifer.demarco@cliffordchance.com

- Gabriel Del Virginia, Esq.       gabriel.delvirginia@verizon.net

- John Dellaportas       dellajo@duanemorris.com

- Bradford E. Dempsey       bdempsey@faegre.com, cwilds@faegre.com

- Christopher M. Desiderio       cdesiderio@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com

- Mark W. Deveno       mark.deveno@bingham.com, pat.wright@bingham.com

- Francesco Di Pietro       francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com

- Maria J. DiConza       diconzam@gtlaw.com,
  petermann@gtlaw.com;cusumanod@gtlaw.com

- Daryl L. Diesing       ddiesing@whdlaw.com, pbartoli@whdlaw.com

- Sara Discepolo       Sara_Discepolo@verizon.net

- Caroline R. Djang       cdjang@rutan.com

- Christopher R. Donoho       chris.donoho@lovells.com, scao@centerbridge.com

11

- Jennifer V. Doran      jdoran@haslaw.com, calirm@haslaw.com

- Joshua Dorchak      joshua.dorchak@bingham.com

- Mark J. Dorval      mdorval@stradley.com

- Amish R. Doshi      adoshi@magnozzikye.com

- Mary Joanne Dowd      dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

- Thomas Alan Draghi      tdraghi@westermanllp.com

- Dennis J. Drebsky      ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com

- Robert W. Dremluk      rdremluk@seyfarth.com,
  pbaisier@seyfarth.com,dchristian@seyfarth.com,

- Todd E. Duffy      tduffy@andersonkill.com, dnolan@andersonkill.com

- James C. Dugan      maosbny@willkie.com, jdugan@willkie.com

- Buce J. Duke      bruceduke@comcast.net

- David Dunn      ddunn@hhlaw.com;mferrara@hhlaw.com

- Matthew Dyer      BkMail@prommis.com

- David W. Dykhouse      dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

- Lawrence P. Eagel      eagel@bragarwexler.com

- Andrew B. Eckstein      aeckstein@blankrome.com, senese@blankrome.com

- Michael James Edelman      mjedelman@vedderprice.com,
  ecfnydocket@vedderprice.com

- Daniel Eggermann      deggermann@kramerlevin.com, edaniels@kramerlevin.com

- Devon Eggert      deggert@freebornpeters.com, bkdocketing@freebornpeters.com

- Susan K. Ehlers      sehlers@armstrongteasdale.com

- Steven B. Eichel      seichel@crowell.com

- Jeremy D. Eiden      jeremy.eiden@ag.state.mn.us

- Charles R. Ekberg      ekbergc@lanepowell.com

- Robert F. Elgidely       relgidely@gjb-law.com, gjbecf@gjb-law.com

- Erin L. Eliasen       eleliasen@stoel.com,
  basargent@stoel.com;dblevant@stoel.com;nmevans@stoel.com;vdelay@stoel.com;sea_d
  ocket@stoel.com;cejordan@stoel.com

- David S. Elkind       david.elkind@ropesgray.com

- Mark C. Ellenberg       mark.ellenberg@cwt.com,
  allison.dipasqua@cwt.com;betty.comerro@cwt.com

- Kristin Elliott       kelliott@kelleydrye.com,
  KDWBankruptcyDepartment@Kelleydrye.com

- David Elrod       delrod@elrodtrial.com,
  kwolfgram@elrodtrial.com;avance@elrodtrial.com;jdickerson@elrodtrial.com

- Bertin C. Emmons       bemmons@sovereignbank.com

- Michael R. Enright       menright@rc.com

- Andrew J. Entwistle       aentwistle@entwistle-law.com,
  mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.c
  om;jporter@entwistle-law.com

- Scott L. Esbin       bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

- Edward J. Estrada       eestrada@reedsmith.com

- Michael S. Etkin       metkin@lowenstein.com,
  mseymour@lowenstein.com;tdwatson@lowenstein.com

- William J. Factor       wfactor@wfactorlaw.com, slorber@wfactorlaw.com

- Michael A. Fagone       mfagone@bernsteinshur.com,
  astewart@bernsteinshur.com;lkubiak@bernsteinshur.com;sspizuoco@bernsteinshur.com

- Jessica Fainman       jessica.fainman@barclayscapital.com

- Robert Michael Farquhar       mfarquhar@winstead.com, whsu@winstead.com

- William L. Farris       farrisw@sullcrom.com, s&cmanagingclerk@sullcrom.com

- Gregg M. Ficks       gmf@cpdb.com

- Charles J. Filardi       charles@filardi-law.com, abothwell@filardi-law.com

- Steven E. Fineman       sfineman@lchb.com

- Steven J. Fink      sfink@orrick.com,
  nymao@orrick.com;tmitchell@orrick.com;jburke@orrick.com

- Harden Alexander Fisch      afisch@stutman.com

- Gabriel Fischbarg      fis123@yahoo.com

- Eric Fisher      fishere@dicksteinshapiro.com,
  nybankruptcydocketing@dicksteinshapiro.com

- James C. Fitzpatrick      fitzpat@hugheshubbard.com

- Steven B. Flancher      flanchers@michigan.gov

- Daniel J. Flanigan      dflanigan@polsinelli.com, tbackus@polsinelli.com

- Jonathan L. Flaxer      jflaxer@golenbock.com,
  eneuman@golenbock.com;mweinstein@golenbock.com

- Robert M. Fleischer      rfleischer@pryorcashman.com,
  docketing@pryorcashman.com;dstevens@pryorcashman.com

- Martin N. Flics      martin.flics@linklaters.com,
  shauin.wang@linklaters.com;casey.bell@linklaters.com

- Joseph L. Fox      jfox@joefoxlaw.com

- Shawn Randall Fox      sfox@mcguirewoods.com, tcollins@mcguirewoods.com

- Mark A. Frankel      mfrankel@bfklaw.com;mark_frankel@yahoo.com

- Jane M. Freeberg      jfreeberg@wfw.com

- Mark Freedlander      mfreedlander@mcquirewoods.com,
  hhickman@mcguirewoods.com

- Rachel Freeman      rfreeman@dealysilberstein.com

- Elise Scherr Frejka      efrejka@kramerlevin.com

- Anson Frelinghuysen      frelingh@hugheshubbard.com

- Ellen A. Friedman      jquiambao@friedumspring.com

- Jeff J. Friedman      jeff.friedman@kattenlaw.com

- Kenneth Friedman      kfriedman@manatt.com

14

- Michael Friedman       mfriedman@rkollp.com,
  mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com;ksambur@rkollp.com

- Andrew J Frisch       afrisch@andrewfrisch.com

- Joseph Froehlich       jfroehlich@lockelord.com

- Thomas M. Gaa       tgaa@bbslaw.com, catherine@bbslaw.com

- Amanda J. Gallagher       amanda.gallagher@linklaters.com

- Alan E. Gamza       Agamza@mosessinger.com,
  dkick@mosessinger.com;cgresh@mosessinger.com;kkolbig@mosessinger.com

- Michael Garcia       mgarcia@nixonpeabody.com

- R. Scott Garley       lduignan@gibbonslaw.com

- Barry S. Gedan       gedanman@gedanlaw.com

- Karl Geercken       kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com

- Lawrence V. Gelber       lawrence.gelber@srz.com

- Stuart P. Gelberg       spg@13trustee.net

- Jan B. Geller       jbgesq@bway.net

- Daniel F.X. Geoghan       bankfilings@ycst.com, dgeoghan@ycst.com

- Katherine Geraci       geraci@thalergertler.com

- Anthony I. Giacobbe       agiacobbe@zeklaw.com

- Steven A. Ginther       sdnyecf@dor.mo.gov

- Glenn S. Gitomer       ggitomer@mkbattorneys.com

- Joseph M. Gitto       jgitto@nixonpeabody.com

- Lara O. Glaesman       lara.glaesman@leonard.com, ma.xiong@leonard.com

- Eduardo J. Glas       eglas@mccarter.com

- John P. Gleason       jgleason@gleasonkoatz.com

- Andrew K. Glenn       aglenn@kasowitz.com, courtnotices@kasowitz.com

- Larry Ivan Glick       lglick@shutts.com

- Lindsey N. Godfrey      lngodfrey@susmangodfrey.com

- Jay M. Goffman      JGoffman@skadden.com, mmirkovi@skadden.com

- Andrew C. Gold      agold@herrick.com

- Matthew J. Gold      mgold@kkwc.com

- Adam J. Goldberg      adam.goldberg@lw.com,
  alice.burke@lw.com;Kamil.redmond@lw.com

- Thomas D. Goldberg      tdgoldberg@dbh.com

- Richard M. Goldman      anthony.grossi@kirkland.com

- Seth Goldman      seth.goldman@mto.com

- Irena M. Goldstein      igoldstein@dl.com, pabelson@dl.com;lsaal@dl.com

- Brett D. Goodman      brett.goodman@troutmansanders.com,
  harriet.cohen@troutmansanders.com

- Robert S. Goodman      rgoodman@moundcotton.com

- Todd M. Goren      tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

- Andrew R. Gottesman      agottesman@secondmarket.com,
  gsalamone@secondmarket.com

- Lawrence M. Gottlieb      lgesquire@lmgottlieb.com

- Christopher F. Graham      cgraham@mckennalong.com, jvargas@mckennalong.com

- Lindsee Paige Granfield      lgranfield@cgsh.com,
  maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;b
  morag@cgsh.com;jrietema@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com;jlanzkro
  n@cgsh.com

- Ira S. Greene      ira.greene@hoganlovells.com, david.spinley@hoganlovells.com

- Carl M. Greenfeld      cgreenfeld@lowenstein.com

- Michael E. Grenert      mgrenert@liddlerobinson.com

- Emanuel C. Grillo      egrillo@goodwinprocter.com

- Robert K. Gross      rgross@evw.com, slapriore@evw.com

- Stephen H. Gross      shgross5@yahoo.com

- Howard J. Grossman      howard.j.grossman@chase.com

- Edward P. Grosz      egrosz@reitlerlaw.com

- Steven T. Gubner      ecf@ebg-law.com

- David M. Guess      dguess@ktbslaw.com

- Philip M. Guess      philg@klgates.com, rhonda.hinman@klgates.com

- Paul C. Gunther      pgunther@salans.com, nkhalatova@salans.com

- Michael P. Guta      karlaortega@hill-law-offices.com

- Daniel J. Guyder      daniel.guyder@allenovery.com,
  kurt.vellek@allenovery.com;jonathan.cho@allenovery.com

- Richard F.
  Hahn      rfhahn@debevoise.com;jchung@debevoise.com;mao-bk-ecf@debevoise.com

- Robert R. Hall      robert.hall@azag.gov

- Terry E. Hall      tehall@bakerd.com

- Thomas J. Hall      thall@chadbourne.com

- Alan D. Halperin      ahalperin@halperinlaw.net,
  lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

- Heidi L Hamilton      heidi@crumbielaw.com

- Aaron Hammer      ahammer@freebornpeters.com, bkdocketing@freebornpeters.com

- Andrew Hammond      ahammond@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com

- William Hao      william.hao@alston.com

- Carrie V. Hardman      chardman@klestadt.com

- Lee Harrington      lharrington@nixonpeabody.com

- Adam Craig Harris      adam.harris@srz.com

- Christopher Harris      Christopher.harris@lw.com, rachel.feld@lw.com

- Juandisha Harris      harrisj12@michigan.gov, reardonv@michigan.gov

- Lynn P. Harrison    lharrison@curtis.com,
  jdrew@curtis.com;mlischin@curtis.com;cgiglio@curtis.com;jpizzurro@curtis.com;ndela
  ney@curtis.com;dching@curtis.com

- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

- Howard R. Hawkins    howard.hawkins@cwt.com,
  allison.dipasqua@cwt.com;anthony.moore@cwt.com

- Patrick L. Hayden    phayden@mcguirewoods.com

- Dion W. Hayes    dhayes@mcguirewoods.com,
  phayden@mcguirewoods.com;kcain@mcguirewoods.com

- Nava Hazan    nhazan@mwe.com

- Patricia H. Heer    phheer@duanemorris.com, odmclean@duanemorris.com

- Douglas S. Heffer    dheffer@foley.com

- Christopher R. Heinrich    cheinrich@hslegalfirm.com

- Jay Heinrich    jheinrich@mkbllp.com

- James M. Heiser    heiser@chapman.com

- Jay S. Hellman    jsh@spallp.com

- Larry D. Henin    lhenin@eapdlaw.com

- Robin A. Henry    rhenry@bsfllp.com

- Sally M. Henry    Sally.Henry@skadden.com

- Ira L. Herman    ira.herman@tklaw.com, orlando.salcedo@tklaw.com

- Neil E. Herman    Nherman@morganlewis.com

- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

- Paul S. Hessler    paul.hessler@linklaters.com, shauin.wang@linklaters.com

- William Heuer    wheuer@duanemorris.com

- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com

- David J. Hoffman    djhoffman@djhoffmanlaw.com

- Evan C. Hollander    ehollander@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com

- Pamela Smith Holleman        pholleman@sandw.com

- Robert Neil Holtzman        rholtzman@kramerlevin.com

- Jonathan Hook        jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com

- Christopher J. Houpt        choupt@mayerbrown.com, jmarsala@mayerbrown.com

- Casey B. Howard        choward@lockelord.com

- Hamish Hume        hhume@bsfllp.com, tbloomer@bsfllp.com;lsmith@bsfllp.com

- Stephen C. Hunt        shunt@arnstein.com,
  sch.ecfnotices@gmail.com;amroot@arnstein.com

- Frederick D. Hyman        fhyman@mayerbrownrowe.com

- Jeremiah Iadevaia        jiadevaia@vladeck.com

- Adam H. Isenberg        aisenberg@saul.com

- Robbin L. Itkin        ritkin@steptoe.com, kpiper@steptoe.com

- Jennifer M. Jackson        jacksonj5@michigan.gov

- Lawrence Evan Jacobs        lawrence.jacobs@davispolk.com

- Steve Jakubowski        sjakubowski@colemanlawfirm.com

- Sedgwick M. Jeanite        jeanites@whiteandwilliams.com,
  yoderj@whiteandwilliams.com

- Daniel S. Jo        djo@liddlerobinson.com

- Michael E. Johnson        michael.johnson@alston.com

- Robert Alan Johnson        rajohnson@akingump.com

- John J. Jolley        jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com

- Roger G. Jones        rjones@bccb.com

- Benay L. Josselson        josselson@sewkis.com

- John E. Jureller        jjureller@klestadt.com, jjureller@klestadt.com

- Gregory O. Kaden        gkaden@goulstonstorrs.com

- William Wade Kannel        wkannel@mintz.com

- Richard S. Kanowitz       rkanowitz@cooley.com

- Alex J. Kaplan       ajkaplan@sidley.com, emcdonnell@sidley.com

- Gary Kaplan       gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com

- Martin H. Kaplan       mkaplan@gkblaw.com

- Anjna R. Kapoor       akapoor@kelleydrye.com, docketing@kelleydrye.com

- Dimitri G. Karcazes       dimitri.karcazes@goldbergkohn.com

- David J. Karp       david.karp@srz.com, jonathan.blattmachr@srz.com

- Marc E Kasowitz       mkasowitz@kasowitz.com, courtnotices@kasowitz.com

- Diane J. Kasselman       dkasselman@kasselman-law.com

- Elyssa Suzanne Kates       ekates@bakerlaw.com

- Jordan Kaye       jkaye@kramerlevin.com

- Robert J. Keach       rkeach@bernsteinshur.com,
  acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com

- Robin Elizabeth Keller       robin.keller@lovells.com, omeca.nedd@lovells.com

- Craig I. Kelley       grace@kelleylawoffice.com

- J. Michael Kelly       kellyjm@cooley.com

- Kenneth J. Kelly       kkelly@ebglaw.com, nyma@ebglaw.com

- Elena Paras Ketchum       eketchum.ecf@srbp.com

- Christopher K. Kiplok       kiplok@hugheshubbard.com

- Edward J. Kirk       edward.kirk@clydeco.us

- Paul Kizel       pkizel@lowenstein.com

- Barry R. Kleiner       dkleiner@velaw.com

- Douglas Koff       douglaskoff@paulhastings.com

- Howard Koh       hkoh@meisterseelig.com

- Samuel S. Kohn       , dcunsolo@winston.com

- Claude F. Kolm        claude.kolm@acgov.org, jamartinez@acgov.org

- Alan Kolod        dkick@mosessinger.com

- Anna Kornikova        akornikova@lcbf.com

- Lawrence J. Kotler        ljkotler@duanemorris.com

- Deborah Kovsky-Apap        kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

- Lisa J.P. Kraidin        lisa.kraidin@allenovery.com, kurt.vellek@allenovery.com

- Bennette D. Kramer        bdk@schlamstone.com

- Richard P. Krasnow        richard.krasnow@weil.com,
  richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com

- Michael M. Krauss        mkrauss@faegre.com,
  charayda@faegre.com;cdougherty@faegre.com;mdoty@faegre.com

- Julia S. Kreher        rleek@hodgsonruss.com;jthoman@hodgsonruss.com

- J. Alex Kress        akress@riker.com

- Martin Krolewski        mkrolewski@kelleydrye.com,
  docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

- Justin A. Kuehn        kuehn@bragarwexler.com

- Greg T. Kupniewski        greg.kupniewski@flastergreenberg.com

- Paul J. Labov        plabov@eapdlaw.com

- Robinson B. Lacy        Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com

- Darryl S. Laddin        bkrfilings@agg.com

- Michael C. Lambert        mclambert@lawpost-nyc.com

- Mark Landman        mlandman@lcbf.com

- David P. Langlois        david.langlois@sablaw.com

- Robert Laplaca        rlaplaca@levettrockwood.com

- Kevin J. Larner        klarner@riker.com

- Francis J. Lawall        lawallf@pepperlaw.com,
  henrys@pepperlaw.com;matourj@pepperlaw.com

- James N. Lawlor        jlawlor@wmd-law.com, jgiampolo@wmd-law.com

- David M. LeMay        dlemay@chadbourne.com

- Michael C. Ledley        mledley@wmd-law.com

- Mark G. Ledwin        mark.ledwin@wilsonelser.com

- David H. Lee        dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

- Alexander B. Lees        ablees@wlrk.com, calert@wlrk.com

- David S. Leinwand        dleinwand@avenuecapital.com

- Robert R. Leinwand        rrl@robinsonbrog.com, rleinwand@yahoo.com

- Robert J. Lemons        robert.lemons@weil.com,
  andrew.lyon@weil.com;lee.goldberg@weil.com

- Stephen D. Lerner        stephen.lerner@ssd.com

- Ira M. Levee        ilevee@lowenstein.com, mseymour@lowenstein.com

- Shari D. Leventhal        shari.leventhal@ny.frb.org

- Erin S. Levin        elevin@lowenstein.com

- Richard B. Levin        rlevin@cravath.com,
  managing_attorneys_office@cravath.com;jmanning@cravath.com

- Eric B. Levine        levine@whafh.com

- Jonathan Levine        bankruptcy@andrewskurth.com

- Jeffrey W. Levitan        jlevitan@proskauer.com, srutsky@proskauer.com

- Joel H. Levitin        JLevitin@cahill.com,
  MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com

- Richard Levy        rlevy@pryorcashman.com

- Leo V. Leyva        lleyva@coleschotz.com

- Isabelle Liberman        iliberman@akingump.com

- Michael Liberman        mliberman@ebglaw.com, nyma@ebglaw.com

- Mark S. Lichtenstein        mlichtenstein@crowell.com, mlichtenstein@crowell.com

- Valdi Licul        vlicul@vladeck.com

- David Liebenstein        david.liebenstein@haynesboone.com

- Seth H. Lieberman        slieberman@pryorcashman.com

- David Liebov        liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com

- Demetra Liggins        demetra.liggins@tklaw.com

- Angelina E. Lim        angelinal@jpfirm.com,
  barbarab@jpfirm.com;minervag@jpfirm.com

- Douglas J. Lipke        dlipke@vedderprice.com, ecfdocket@vedderprice.com

- Alan Jay Lipkin        alipkin@willkie.com, maosbny@willkie.com

- Joanne K. Lipson        jlipson@crockerlaw.com,
  ttracy@crockerlaw.com;nancy@crockerlaw.com

- Judy G.Z. Liu        judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

- Stephen T. Loden        sloden@diamondmccarthy.com,
  adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com

- Joli A. Lofstedt        joli@crlpc.com

- Sarah K. Loomis Cave        cave@hugheshubbard.com

- Eric Lopez Schnabel        mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

- Sara E. Lorber        slorber@wfactorlaw.com

- Alexander S. Lorenzo        alexander.lorenzo@alston.com

- Daniel A. Lowenthal        dalowenthal@pbwt.com,
  mcobankruptcy@pbwt.com;bguiney@pbwt.com

- Mark L. Lubelsky        mark@mllassociates.com

- Donald K. Ludman        dludman@brownconnery.com

- Alan Lungen        alungen@kasowitz.com, alungen@kasowitz.com

- Kerri Anne Lyman        klyman@irell.com

- Michael C. Lynch        mlynch@kelleydrye.com, docketing@kelleydrye.com

- Bruce G. MacIntyre        bmacintyre@perkinscoie.com

- Kevin L. MacMillan        kmacmillan@abv.com

- John H. Maddock      jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

- Howard P. Magaliff      hmagaliff@dtmlawgroup.com

- Wendy Mager      wmager@smithstratton.com

- George E.B. Maguire      gebmaguire@debevoise.com, mao-bk-ecf@debevoise.com

- William R. Maguire      maguire@hugheshubbard.com

- William A Maher      wmaher@wmd-law.com

- John S. Mairo      jsmairo@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@p
  bnlaw.com;kdcurtin@pbnlaw.com

- Christopher J. Major      cjm@msf-law.com, nj@msf-law.com;bm@msf-law.com

- Robert K. Malone      robert.malone@dbr.com

- Michael J. Maloney      mmaloney@kelleydrye.com, docketing@kelleydrye.com

- Ray A. Mandlekar      e_file_sd@csgrr.com

- Beverly Weiss Manne      bmanne@tuckerlaw.com

- Julie A.
  Manning      bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein
  @goodwin.com

- Jacqueline Marcus      jacqueline.marcus@weil.com,
  jae.kim@weil.com;aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@weil.c
  om

- Alan E. Marder      lgomez@msek.com

- Jeffrey S. Margolin      margolin@hugheshubbard.com

- Lorenzo Marinuzzi      lmarinuzzi@mofo.com

- Scott S. Markowitz      smarkowitz@tarterkrinsky.com, kmenendez@tarterkrinsky.com

- D. Ross Martin      ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com

- Richard W. Martinez      claire@rwmaplc.com

- Rosanne Thomas
  Matzat      jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhesse

n.com;sthompson@hahnhessen.com;nrigano@hahnhessen.com;lschlussel@hahnhessen.com;kprimm@hahnhessen.com;jsmith@hahnhessen.com

- Laurence May     lmay@coleschotz.com

- Douglas Kirk Mayer     dkmayer@wlrk.com, calert@wlrk.com

- Sandra E. Mayerson     sandra.mayerson@ssd.com,
  wilfred.lancaster@ssd.com;rudy.green@ssd.com

- Kurt A. Mayr     kurt.mayr@bgllp.com

- Jil Mazer-Marino     jmazermarino@msek.com, kgiddens@msek.com

- James I. McClammy     james.mcclammy@davispolk.com

- Theodore McCombs     mccombst@sullcrom.com

- Richard J. McCord     RMcCord@CBAH.com,
  afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com

- Mark McDermott     Mark.McDermott@skadden.com

- Hugh M. McDonald     hmcdonald@sonnenschein.com,
  elsmith@sonnenschein.com;lcurcio@sonnenschein.com

- Frank McGinn     ffm@bostonbusinesslaw.com

- Lorraine S. McGowen     lmcgowen@orrick.com

- Mark E. McKane     mmckane@kirkland.com,
  adrienne.levin@kirkland.com;beth.friedman@kirkland.com

- William J. McKenna     wmckenna@foley.com

- Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com

- Austin L. McMullen     amcmullen@babc.com

- John P. McNicholas     vincent.roldan@dlapiper.com;jeremy.johnson@dlapiper.com

- Matthew S. Melamed     MMelamed@rgrdlaw.com

- John P. Melko     jmelko@gardere.com

- Richard G. Menaker     rmenaker@mhjur.com

- Michelle A. Mendez     mmendez@hunton.com

- William R.H. Merrill     bmerrill@susmangodfrey.com

- Michael T. Mervis        Mmervis@proskauer.com,
  Mmervis@proskauer.com;LSONYSB@proskauer.com

- Richard M. Meth        msteen@foxrothschild.com, mlsecf@gmail.com

- G. Christopher Meyer        cmeyer@ssd.com

- Jessica Mikhailevich        mikhailevich.jessica@dorsey.com

- Lisa Milas        lmilas@rosicki.com, ecfnotice@rosicki.com

- Paul Milbauer        paulmilbauer@msn.com

- Brett H. Miller        bmiller@mofo.com

- David Emanuel Miller        dmiller@rakowerlaw.com, mrakower@rakowerlaw.com

- Harvey R. Miller        harvey.miller@weil.com, garrett.fail@weil.com

- Ralph I. Miller        ralph.miller@weil.com

- W. Timothy Miller        miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com

- Anne Miller-Hulbert        rocbkcourt@logs.com

- Jeffrey A. Mitchell        dweinberger@gibbonslaw.com;mbrech@gibbonslaw.com

- Joseph Thomas Moldovan        bankruptcy@morrisoncohen.com

- Thomas J. Moloney        maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

- Christopher R. Momjian        crmomjian@attorneygeneral.gov

- John J. Monaghan        bos-bankruptcy@hklaw.com

- Claude D.
  Montgomery        cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

- Concepcion A. Montoya        cmontoya@hinshawlaw.com

- Martin A. Mooney        mmooney@deilylawfirm.com,
  tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com

- James C. Moore        jcmoore1939@gmail.com, cjohnson@hselaw.com

- William M. Moran        wmoran@mccarter.com

- Matthew P. Morris        matthew.morris@lovells.com,
  hugh.hill@lovells.com;daniel.lanigan@lovells.com

- Joshua D. Morse        jmorse@dl.com
- Judy Hamilton Morse        judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com
- Jeanne Morton        bkmail@prommis.com
- Eric T. Moser        eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com
- Michael L. Moskowitz        mlm@weltmosk.com
- Seth A. Moskowitz        smoskowitz@kasowitz.com, courtnotices@kasowitz.com
- Kerry Moynihan        kerry.moynihan@hro.com
- Monique J. Mulcare        mmulcare@mayerbrown.com
- Lance Mulhern        lmulhern@velaw.com
- Steven T. Mulligan        smulligan@bsblawyers.com
- Michael F. Murphy        murphym2@michigan.gov
- Jason A. Nagi        jnagi@polsinelli.com, tbackus@polsinelli.com
- David L. Neale        kjm@lnbyb.com, tma@lnbyb.com
- David Neier        dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier        mneier@ibolaw.com
- Laura E. Neish        lneish@zuckerman.com
- Justin A. Nelson        jnelson@susmangodfrey.com
- Roger David Netzer        maosbny@willkie.com, rnetzer@willkie.com
- Dave L. Neville        dave@ojai-lawyer.com
- Steven H. Newman        snewman@katskykorins.com
- Philip John Nichols        pnichols@philipjohnnichols.com
- Robert E. Nies        rnies@wolffsamson.com, ecf@wolffsamson.com
- Timothy F. Nixon        tnixon@gklaw.com, zraiche@gklaw.com;eseelig@gklaw.com
- Rebecca Northey        rnorthey-lbi@mhjur.com

- Richard P. Norton        rnorton@hunton.com

- Robert M. Novick        rnovick@kasowitz.com, courtnotices@kasowitz.com

- Harold S. Novikoff        hsnovikoff@wlrk.com, calert@wlrk.com

- Anne Faith O'Berry        jputnam@bermanesq.com

- Edmond P. O'Brien        eobrien@sbchlaw.com

- Brian Edward O'Connor        maosbny@willkie.com, boconnor@willkie.com

- Sean A. O'Neal        soneal@cgsh.com,
  maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com

- Paul B. O'Neill        boneill@kramerlevin.com, edaniels@kramerlevin.com

- Kalman Ochs        ochska@ffhsj.com

- Patrick D. Oh        patrick.oh@freshfields.com

- Sean A. Okeefe        sokeefe@winthropcouchot.com

- Jeffrey M. Olinsky        chad.valerio@db.com

- Juliana P. Oliveira        joliveira@kramerlevin.com

- Harold Olsen        holsen@stroock.com

- Matthew Olsen        molsen@morganlewis.com

- David H. Orozco        dorozco@susmangodfrey.com

- Jody Michelle Oster        ECF.Oster@huntington.com

- Alec P. Ostrow        aostrow@beckerglynn.com,
  lmueller@beckerglynn.com;shennessey@beckerglynn.com

- Neil J. Oxford        oxford@hugheshubbard.com

- Isaac M. Pachulski        ipachulski@stutman.com

- Anthony Paduano        ap@pwlawyers.com, lw@pwlawyers.com

- R. Stephen Painter        spainter@cftc.gov

- Charles Palella        cpalella@kurzman.com

- Deryck A. Palmer        deryck.palmer@cwt.com,
  david.moura@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.green
  berg@cwt.com

- Peter V. Pantaleo        managingclerk@stblaw.com

- Charles N. Panzer        cpanzer@sillscummis.com

- Merritt A.
  Pardini        dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@k
  attenlaw.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.com

- David W. Parham        david.w.parham@bakernet.com, julia.rogic@bakermckenzie.com

- Barbra R. Parlin        barbra.parlin@hklaw.com

- Peter S. Partee        ppartee@hunton.com

- Michael A. Paskin        mpaskin@cravath.com

- David S. Pegno        dpegno@dpklaw.com

- Alfredo R. Perez        alfredo.perez@weil.com,
  Michele.meises@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah
  @weil.com;michele.meises@weil.com;donald.etienne@weil.com;nicole.aliseo@weil.co
  m;aliza.reicher@weil.com

- Robert E. Pershes        rpershes@bdblaw.com,
  sweires@bdblaw.com;cedwards@bdblaw.com

- Anne M. Peterson        anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com

- David M. Peterson        dpeterson@susmangodfrey.com

- Gregory M. Petrick        gregory.petrick@cwt.com, allison.dipasqua@cwt.com

- Deborah J. Piazza        dpiazza@abramslaw.com,
  kmurray@abramslaw.com;dallen@abramslaw.com;tmarciano@abramslaw.com

- Douglas J. Pick        dpick@picklaw.net, ezabicki@picklaw.net

- Thomas Pietrantonio        pietrantoniolaw@optonline.net

- Andrea Pincus        apincus@reedsmith.com

- Leslie A. Plaskon        leslieplaskon@paulhastings.com

- Sydney G. Platzer        splatzer@platzerlaw.com

- Frederick B. Polak        lml@ppgms.com

- John Polich        john.polich@ventura.org

- John N. Poulos        poulos@hugheshubbard.com

- Kiyam J. Poulson        kpoulson@dlgnylaw.com

- Constantine Pourakis        cp@stevenslee.com

- Jennifer Premisler        Jen.Premisler@cliffordchance.com

- Patricia Williams Prewitt        pwp@pattiprewittlaw.com

- William C. Price        wprice@thorpreed.com

- Madlyn Gleich Primoff        mprimoff@kayescholer.com, maosbny@kayescholer.com

- Jeffrey D. Prol        jprol@lowenstein.com

- Jacob S. Pultman        jacob.pultman@allenovery.com, kurt.vellek@allenovery.com

- Deborah Quinn        dquinn@garfield-county.com, garcoatt@garfield-county.com

- Jonathan I. Rabinowitz        jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

- Amanda Raboy        araboy@cov.com

- Paul A. Rachmuth        prachmuth@gerstensavage.com

- Randall Rainer        rrainer@wmd-law.com

- Jack A. Raisner        jar@outtengolden.com

- Jennifer Rando Cristiano        ntreglia@logs.com, plamberti@logs.com

- Kiara L. Rankin        kiara.rankin@bingham.com, angela.owens@bingham.com

- John J. Rapisardi        john.rapisardi@cwt.com, betty.comerro@cwt.com;allison.dipasqua@cwt.com

- Craig V. Rasile        mmannering@hunton.com

- Paul L. Ratelle        pratelle@fwhtlaw.com

- Gary O. Ravert        gravert@mwe.com

- Sophia Ree        sree@lcbf.com

- Ira A. Reid        ira.reid@bakermckenzie.com

- Russell Lowell Reid        rreid@sheppardmullin.com, bwolfe@sheppardmullin.com

- Michael J. Reilly        michael.reilly@bingham.com

- Steven J. Reisman        sreisman@curtis.com,
  cgiglio@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com;mgiugliano@curtis.com;hsaydah@curtis.com;jzimmer@curtis.com

- Howard D. Ressler        hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

- Kenneth A. Reynolds        kreynolds@mklawnyc.com,
  jwalsh@mklawnyc.com;tcard@mklawnyc.com

- Alexander G. Rheaume        arheaume@riemerlaw.com, gmoss@riemerlaw.com

- Jeffrey N. Rich        jeff.rich@klgates.com, nathanael.meyers@klgates.com

- Robert A. Rich        rrich2@hunton.com

- Marc E. Richards        mrichards@blankrome.com

- Paul J. Ricotta        pricotta@mintz.com

- Michael J. Riela        michael.riela@lw.com

- Robert R. Rigolosi        rrigolosi@smsm.com

- Fred B. Ringel        fbr@robinsonbrog.com

- Christy Rivera        crivera@chadbourne.com

- Jennifer L. Rodburg        jennifer.rodburg@friedfrank.com,
  aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@friedfrank.com

- Theodore O. Rogers        rogerst@sullcrom.com, s&cmanagingclerk@sullcrom.com

- Vincent J. Roldan        vincent.roldan@dlapiper.com,
  maria.grabis@dlapiper.com;evelyn.rodriguez@dlapiper.com

- William J.F. Roll        wroll@shearman.com

- Michael A. Rollin        mrollin@rplaw.com, scoggins@rplaw.com;aromanelli@rplaw.com

- William A. Rome        warome@hpplegal.com

- Jorian L. Rose        jrose@bakerlaw.com

- Avrum J. Rosen      ajrlaw@aol.com,
  AJRLAW@aol.com;kberson@avrumrosenlaw.com;fkantrow@avrumrosenlaw.com;lstalker@avrumrosenlaw.com;dldobbin@avrumrosenlaw.com;gbara@avrumrosenlaw.com;emeade@avrumrosenlaw.com

- Arthur E. Rosenberg      arthur.rosenberg@hklaw.com

- Jeffrey M. Rosenberg      jeff@kleinsolomon.com

- Kermit A. Rosenberg      krosenberg@bltplaw.com

- Benjamin Rosenblum      brosenblum@jonesday.com

- Jeffrey A. Rosenthal      maofiling@cgsh.com

- Michael A. Rosenthal      mrosenthal@gibsondunn.com

- Wendy Rosenthal      wendy.rosenthal@cliffordchance.com

- David A. Rosenzweig      DRosenzweig@Fulbright.com

- David S. Rosner      dfliman@kasowitz.com;courtnotices@kasowitz.com

- Douglas B. Rosner      drosner@goulstonstorrs.com

- Melissa-Jean Rotini      mjr1@westchestergov.com

- Alex R. Rovira      arovira@sidley.com, emcdonnell@sidley.com

- Barry J Roy      broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

- Kenneth Rudd      krudd@zeklaw.com

- Samuel H. Rudman      srudman@rgrdlaw.com

- Abby Rudzin      arudzin@omm.com

- Eric Litman Ruiz      eric.ruiz@davispolk.com

- Scott K. Rutsky      srutsky@proskauer.com

- Herbert K. Ryder      hryder@daypitney.com

- Jeffrey S. Sabin      jeffrey.sabin@bingham.com

- Jay G. Safer      jsafer@lockelord.com

- Chester B. Salomon      csalomon@beckerglynn.com,
  shennessey@beckerglynn.com;lmueller@beckerglynn.com

- Michael E. Salzman        salzman@hugheshubbard.com

- Diane W. Sanders        austin.bankruptcy@publicans.com

- Jason Sanjana        jason.sanjana@lw.com

- Lori K. Sapir        lsapir@sillscummis.com

- Jeffrey L. Sapir-13        info@sapirch13tr.com

- Robert M. Sasloff        rms@robinsonbrog.com

- Paul A. Saso        psaso@gibbonslaw.com

- Joseph Cono Savino        savino@larypc.com,
  silvestro@larypc.com;ruda@larypc.com;fox@larypc.com;parvaneh@larypc.com;gardella
  @larypc.com

- Robert Scannell        rscannell@morganlewis.com

- Louis A. Scarcella        lscarcella@farrellfritz.com, ffbkmao@farrellfritz.com

- Eric A Schaffer        eschaffer@reedsmith.com, slucas@reedsmith.com

- Brian Schartz        bschartz@kirkland.com, bfriedman@kirkland.com

- Jonathan D. Schiller        jschiller@bsfllp.com, jkrisbergh@bsfllp.com

- William B. Schiller        wschiller@schillerknapp.com, lgadomski@schillerknapp.com

- Michael L. Schleich        mschleich@fslf.com

- Erik Schneider        erik.schneider@srz.com

- Edward L. Schnitzer        eschnitzer@hahnhessen.com,
  jzawadzki@hahnhessen.com;nrigano@hahnhessen.com;sthompson@hahnhessen.com;js
  mith@hahnhessen.com;kprimm@hahnhessen.com

- William H. Schorling        william.schorling@bipc.com, donna.curcio@bipc.com

- Carey D. Schreiber        cschreiber@winston.com

- Christopher P. Schueller        christopher.schueller@bipc.com,
  timothy.palmer@bipc.com;donna.curcio@bipc.com

- Dan Jeremy Schulman        dschulman@salans.com

- Andrea B. Schwartz        andrea.b.schwartz@usdoj.gov

- Jeffrey L. Schwartz    jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;jsmith@hahnhessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com

- Matthew A. Schwartz    schwartzmatthew@sullcrom.com, s&cmanagingclerk@sullcrom.com

- Richard Schwed    rschwed@shearman.com

- Lisa M. Schweitzer    lschweitzer@cgsh.com, maofiling@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com

- Brendan M. Scott    bscott@klestadt.com

- John Scott    jlscott@reedsmith.com

- Barry N. Seidel    seidelb@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

- Howard Seife    arosenblatt@chadbourne.com

- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com

- David R. Seligman    david.seligman@kirkland.com

- Andrew D. Shaffer    ashaffer@mayerbrown.com

- Joel M. Shafferman    joel@shafeldlaw.com

- Dan Shaked    dan@shakedandposner.com

- Daniel Shamah    dshamah@omm.com

- Nolan E. Shanahan    nshanahan@coleschotz.com

- David B. Shemano    dshemano@pwkllp.com

- James H. Shenwick    jshenwick@gmail.com

- Thomas I. Sheridan    tsheridan@hanlyconroy.com

- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

- Mark Sherrill    mark.sherrill@sablaw.com

- Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

- Michael A. Shiner    mshiner@tuckerlaw.com

34

- J. Christopher Shore        cshore@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com

- Carren B. Shulman        cshulman@sheppardmullin.com, jshah@sheppardmullin.com

- Motty Shulman        MSHULMAN@BSFLLP.COM

- Patrick Sibley        psibley@pryorcashman.com, dstevens@pryorcashman.com

- Paul H. Silverman        PSilverman@mclaughlinstern.com

- Laurie Selber Silverstein        bankruptcy@potteranderson.com

- Paul N. Silverstein        paulsilverstein@andrewskurth.com, jlevine@akllp.com

- Peter L. Simmons        peter.simmons@friedfrank.com

- Keith A. Simon        keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

- Leif T. Simonson        lsimonson@faegre.com

- Charles E. Simpson        csimpson@windelsmarx.com,
  detheridge@windelsmarx.com;mhudson@windelsmarx.com;mmartir@windelsmarx.com

- Howard G. Sloane        pfarren@cahill.com

- Thomas R. Slome        lgomez@msek.com

- Edward Smith        easmith@venable.com

- Elizabeth Page Smith        esmith@llgm.com

- John R. Smith        jrsmith@hunton.com

- Turner P. Smith        tsmith@cm-p.com, jclyne@cm-p.com

- Abigail Snow        asnow@ssbb.com

- Andrew T. Solomon        asolomon@sandw.com, rlombardo@sandw.com

- Jay B. Solomon        jay@kleinsolomon.com

- Lisa M. Solomon        lisa.solomon@worldnet.att.net

- John Wesley Spears        john.spears@alston.com

- Arthur J. Spector        aspector@bergersingerman.com,
  byglesia@bergersingerman.com;efile@bergersingerman.com

35

- Mark A. Speiser        mspeiser@stroock.com, insolvency2@stroock.com

- Douglas E. Spelfogel        dspelfogel@foley.com, bmjones@foley.com

- James H.M. Sprayregen        jsprayregen@kirkland.com, wguerrieri@kirkland.com

- Marvin E. Sprouse        msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

- J. Gregory St.Clair        Chris.Dickerson@skadden.com;Elise.OConnell@skadden.com

- Katherine Stadler        kstadler@gklaw.com, zraiche@gklaw.com

- Bonnie Steingart        steinbo@ffhsj.com,
  nydocketclrk@ffhsj.com,Matthew.Roose@friedfrank.com,cedrick.mendoza-tolentino@friedfrank.com

- Jack G. Stern        jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com

- Malani Sternstein        msternstein@sheppardmullin.com

- J. Robert Stoll        jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com

- Ralph M. Stone        rstone@lawssb.com

- Brent C. Strickland        bstrickland@wtplaw.com

- Harvey A. Strickon        harveystrickon@paulhastings.com

- Walter B. Stuart        walter.stuart@freshfields.com

- William S. Sugden        will.sugden@alston.com, heather.byrd@alston.com

- David A. Sullivan        david.sullivan@cliffordchance.com

- James M. Sullivan        jsullivan@mosessinger.com

- Walter E. Swearingen        wswearingen@llf-law.com

- Claude Szyfer        cszyfer@stroock.com,
  docketing@stroock.com;insolvency@stroock.com

- Matthew S. Tamasco        mtamasco@schnader.com

- Sara M. Tapinekis        sara.tapinekis@cliffordchance.com

- Robert E. Tarcza        bobt@tglaw.net

- Charles Martin Tatelbaum        ctatelbaum@hinshawlaw.com, smerrill@hinshawlaw.com

- James Tecce        jamestecce@quinnemanuel.com

36

- Samuel Jason Teele        jteele@lowenstein.com, lbonito@lowenstein.com

- Jay Teitelbaum        jteitelbaum@tblawllp.com

- H. Marc Tepper        marc.tepper@bipc.com, donna.curcio@bipc.com

- Ronald M. Terenzi        rterenzi@stcwlaw.com

- April J. Theis        april.theis@azag.gov

- Richard C. Tisdale        richard.tisdale@friedfrank.com

- My Chi To        mcto@debevoise.com, mao-bk-ecf@debevoise.com

- Jeffrey G. Tougas        jtougas@mayerbrown.com, JCDebaca@mayerbrown.com

- Amit K. Trehan        atrehan@mayerbrown.com, atrehan@mayerbrown.com

- Curtis V. Trinko        ctrinko@trinko.com

- Patrick J. Trostle        ptrostle@jenner.com

- Brian Trust        btrust@mayerbrown.com

- Tal Unrad        tunrad@burnslev.com

- Gerard Uzzi        guzzi@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com

- Jantra Van Roy        jvanroy@zeklaw.com

- Shmuel Vasser        shmuel.vasser@dechert.com

- Michael J. Venditto        mvenditto@reedsmith.com

- Raymond W. Verdi        rwvlaw@yahoo.com

- Paul Vizcarrondo        pvizcarrondo@wlrk.com, calert@wlrk.com

- Shai Waisman        shai.waisman@weil.com,
  amanda.hendy@weil.com;jae.kim@weil.com;victoria.vron@weil.com;julio.gurdian@we
  il.com;michele.meises@weil.com

- Shai Waisman1        shai.waisman@weil.com

- Shai Waisman2        shai.waisman@weil.com

- Adrienne Walker        awalker@mintz.com

- Lisa L. Wallace        lwallace@mwc-law.com

- Abbey Walsh        awalsh@kkwc.com

- Josephine Wang        jwang@sipc.org

- Mark W. Warren        mwarren@mtb.com

- W. Clark Watson        cwatson@balch.com

- Corey R. Weber        ecf@ebg-law.com

- Jeffrey T. Wegner        jeffrey.wegner@kutakrock.com

- Chaya F. Weinberg-Brodt        chaya.weinberg@withers.us.com

- Daniel S Weinberger        dweinberger@gibbonslaw.com

- Gregg L. Weiner        weinegr@friedfrank.com, docketclerks@friedfrank.com

- Stephen L. Weinstein        sweinstein@eisemanlevine.com

- William P. Weintraub        wweintraub@fklaw.com, vgarvey@fklaw.com;gfox@fklaw.com

- Rochelle R. Weisburg        rochellew@shiboleth.com

- John W. Weiss        john.weiss@alston.com

- Elizabeth Weller        dallas.bankruptcy@publicans.com

- Philip Anthony Wells        philip.wells@ropesgray.com

- Mark F. Werle        eag@rsclaw.com;dmc@rsclaw.com

- David B. Wheeler        davidwheeler@mvalaw.com

- Timothy Raymond Wheeler        twheeler@lowenstein.com, lbonito@lowenstein.com;klafiura@lowenstein.com

- Lee Papachristou Whidden        lwhidden@salans.com, nkhalatova@salans.com

- Dennis J. Wickham        wickham@scmv.com, havard@scmv.com

- Monika S. Wiener        mwiener@dl.com

- Michael E. Wiles        mewiles@debevoise.com, mao-bk-ecf@debevoise.com

- Brady C. Williamson        bwilliamson@gklaw.com, zraiche@gklaw.com

- Deborah D. Williamson        dwilliamson@coxsmith.com, aseifert@coxsmith.com

38

- Eric J. Wilson        zraiche@gklaw.com

- Eric R. Wilson        KDWBankruptcyDepartment@Kelleydrye.com

- L. Matt Wilson        efile@willaw.com

- Michael G. Wilson        mwilson@hunton.com,
  shislop@hunton.com;candonian@hunton.com

- Stephen P Wing        spwing@iabar.org

- Eric D. Winston        ericwinston@quinnemanuel.com

- Jane Rue Wittstein        jruewittstein@jonesday.com

- Amy R. Wolf        arwolf@wlrk.com, calert@wlrk.com

- Joshua Matthew Wolf        jowolf@law.nyc.gov

- Blanka K. Wolfe        bwolfe@sheppardmullin.com

- Steven Wolowitz        swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

- James Addison Wright        james.wright@ropesgray.com

- Karon Y. Wright        karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

- Thomas John Wright        wrightth@sullcrom.com

- Robert C. Yan        ryan@farrellfritz.com, ffbkmao@farrellfritz.com

- David Farrington Yates        farrington.yates@snrdenton.com

- Jack Yoskowitz        yoskowitz@sewkis.com

- Jerome Zamos        zamoslaw@aol.com

- Erin Zavalkoff        ecfnydocket@vedderprice.com

- Menachem O. Zelmanovitz        mzelmanovitz@morganlewis.com

- George A. Zimmerman        brian.mcdermott@skadden.com

- N. Theodore Zink        tzink@chadbourne.com,
  tzink@chadbourne.com;crivera@chadbourne.com

- Peter Alan Zisser        peter.zisser@ssd.com,
  wilfred.lancaster@ssd.com;rudy.green@ssd.com

- Scott A. Zuber        szuber@daypitney.com, jhahn@daypitney.com

39

- Edward P. Zujkowski      ezujkowski@emmetmarvin.com,
  ezujkowski@emmetmarvin.com

- Ellen Zweig      ezweig@optonline.net

- Abraham L. Zylberberg      azylberberg@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com


*/s/ Jay W. Hurst*
JAY W. HURST