Hearing Date and Time: December 6, 2011 at 10:00 a.m.<br>
Objection Deadline: November 4, 2011 at 4:00 p.m.

BUCHANAN INGERSOLL & ROONEY PC
620 Eighth Avenue, 23rd floor
New York, NY 10018-1669
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling
Christopher P. Schueller (CS9525)
Donald E. Malecki
Zakarij O. Thomas
Attorneys for Greenbrier Minerals Holdings, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, | : | |
| INC., *et al* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 4, 2011, I caused to be served the Objection of Greenbrier Minerals Holdings, LLC to Third Amended Joint Chapter 11 Plan upon the persons and entities listed on the attached service list as noted thereon.

2

New York, New York

Dated:  November 4, 2011  **BUCHANAN INGERSOLL & ROONEY PC**

/s/ Christopher P. Schueller
William H. Schorling, Esquire
Christopher P. Schueller (CS9525)
Donald E. Malecki, Esquire
Timothy P. Palmer, Esquire
Zakarij O. Thomas, Esquire
620 Eighth Ave., 23rd Floor
New York, NY 10018
 (212) 440-4400 - Telephone
 (212) 440-4401 - Facsimile

Counsel for Greenbrier Minerals Holdings, LLC

2

Service List

Via Hand Delivery:

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
Courtroom 601
New York, NY 10004-1408

**Counsel for Debtor**
Weil Gotshal & Manges LLP - **Plan**
767 Fifth Avenue
New York, NY  10153
Attn:   Harvey R. Miller
        Lori R. Fife
        Alfredo R. Perez

**Counsel for Debtor**
Weil Gotshal & Manges LLP-**Standard Party**
767 Fifth Avenue
New York, NY  10153
Attn:   Attn:   Richard P. Krasnow
        Lori R. Fife
        Shai Y. Waisman
        Jacqueline Marcus

Office of the United States Trustee -**Plan**
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Elisabetta Gasparini
        Andrea Schwartz

Office of the United States Trustee-**Standard Party**
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Andy Velez-Rivera
        Paul Schwartzberg
        Brian Masumoto
        Linda Riffkin
        Tracy Hope Davis

3

**Counsel for Official Committee of Unsecured Creditors**
Milbank, Tweed, Hadley & McCloy LLP-**Plan and Standard Party**
1 Chase Manhattan Plaza
New York, NY   10005
Attn:   Dennis F. Dunne
          Dennis O'Donnell
          Evan Fleck

**Counsel for Official Committee of Unsecured Creditors**
Quinn Emanuel Urquhart Oliver & Hedges, LLP- **Standard Party**
51 Madison Avenue, 22nd Floor
New York, NY   10010
Attn:   Susheel Kirpalani


All other interested parties served via ECF Notification.