

# WATERTON ASSOCIATES

Hon. James M. Peck
United States Bankruptcy Court
One Bowling Green, Courtroom 601
New York, NY 10004

October 21, 2011

    Re:    Response to Debtors' One-Hundred Ninety-Ninth Omnibus
            Objection to Claims (No Liability Claims)
            Chapter 11 Case No. 08-13555 (JMP)
            <u>Case No. 08-13893 (JMP) – Re: David R. Schwartz</u>

Dear Sir or Madam:

       As a follow up to yesterday's letter, I am writing concerning the Debtors Objection to my Proof of Claim – Claim number 08-13555 case # 08-13893. The Objection appears to ask the court to deny my Proof of Claim on the basis that I did not name the correct Lehman affiliate. I find this extremely disconcerting. Although my Proof of Claim did name the Lehman affiliate "Lehman Brothers OTC Derivatives, Inc.", the claim form on the court-sanctioned website already identified Lehman Brothers Holdings Inc. ("LBHI"). As a result, it was my understanding that LBHI was already a responsible party and that my identification of Lehman Brothers OTC Derivatives, Inc. was only intended to assist the court – not to stand as a basis to deny my Proof of Claim.

       I also note that I am a retail investor, not an institutional investor. The time period during which my Proof of Claim was filed was extremely chaotic and it was impossible to reach Lehman employees for guidance with respect to the proof of claim filing or otherwise. As a result, I relied upon the advice of my personal investment relationship manager, who advised me that I should identify Lehman Brothers OTC Derivatives, Inc. on the Proof of Claim form. Given that he was a Lehman employee when my investment was originated, I believed I could rely upon his understanding and advice in this regard.

Sincerely,

David R. Schwartz

RECEIVED OCT 24 2011 U.S. BANKRUPTCY COURT, SDNY JMP

30 SOUTH WACKER DRIVE ■ SUITE 3600 ■ CHICAGO, ILLINOIS 60606 ■ t 312-948-4500 ■ f 312-948-4501 ■ WWW.WATERTONASSOCIATES.COM