PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski
Dean A. Ziehl
Maria A. Bove
780 Third Avenue, 36th Floor
New York, NY  10017-2024
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777

*Special Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

  I, Richard C. Felix, certify that, on the 3rd of November 2011, I caused true and accurate copies of the *First Supplemental Declaration of Dean A. Ziehl in Support of the Retention by the Debtors, Pursuant to Section 327(e) and of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, of Pachulski Stang Ziehl & Jones LLP as Special Counsel*  to be served by First Class Mail, upon the parties on the attached service list.

                      */s/ Richard C. Felix*
                      Richard C. Felix

SWORN TO AND SUBSCRIBED before me this
4th day of November, 2011

 */s/ Thomas J. Brown*
Thomas J. Brown
Notary Public, State of New York
Registration No. 01BR6160813
Qualified in Rockland County
Commission Expires February 12, 2015

DOCS_NY:25834.1 52063-001

## SERVICE LIST

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York, 10020
(Attn: John Suckow )

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York, 10020
(Attn: David Coles)

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis O'Donnell, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Evan Fleck, Esq.)

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004
(Attn: Andrea B. Schwartz, Esq.)

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq.)

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Elisabetta Gasparini, Esq.)

Godfrey & Kahn S.C.
Attn: Katherine Stadler, Esq.
One East Main Street
Madison, WI 53073

Godfrey & Kahn S.C.
Attn: Brady C. Williamson, Esq.
One East Main Street
Madison, WI 53073

Godfrey & Kahn S.C.
Timothy Nixon, Esq.
780 N Water Street
Milwaukee, WI 53202-3512