

Honorable James Peck

One Bowling Green

New York, NY 10004

Courtroom 601

October 20, 2011

To Whom It May Concern:

I was a retail client of Lehman Brothers and I believe I initially filed my claim with Lehman Brothers OTC, Derivative but I would like to file with Lehman Brothers Holding Inc., just in case I need to do so.

I appreciate your attention to this matter. Case #08-13893 and Claim # 24455.

Sincerely,

David R. Schwartz

