Plan Confirmation Hearing Date and Time: December 6, 2011 at 10:00 a.m. (prevailing Eastern time)
Plan Confirmation Objection Deadline Date and Time: November 4, 2011 at 4:00 p.m. (prevailing Eastern time)

Mayer Brown LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910

Howard S. Beltzer (HSB-5721)

*Counsel to Fortis Bank NV/SA and affiliates*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

### LIMITED OBJECTION TO THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS, AND OBJECTION TO DEBTORS' PROPOSED ASSUMPTION OF CONTRACT

Fortis Bank NV/SA ("Fortis"), through its attorneys, files this Limited Objection to Third Amended Joint Chapter 11 Plan (the "Plan") of Lehman Brothers Holdings Inc. and its Affiliated Debtors, and this Objection to Debtors' Proposed Assumption of Contract, and states as follows:

1. Fortis objects to the inclusion of a contract as to which it is purportedly a counterparty in Exhibit 2, Part A (entitled "Derivative Contracts") to the Debtors' Plan Supplement, dated October 25, 2011. Such contract has been validly terminated by Fortis pursuant to its terms, and thus it is axiomatic that such contract cannot be assumed by the Debtors. Fortis's position in this regard is also consistent with the Debtors' Motion, dated October 26, 2011, to Establish Procedures for the Consensual Amendment and Assumption of

AMECURRENT 700673479.1

Certain <u>Non-Terminated</u> Prepetition Derivatives Contracts (emphasis added), which by its terms applies only to derivatives contracts which have not been terminated. Furthermore, the amount owing by LBSF and LBHI upon termination of such contract was $99,491,693, not $0 (the "cure amount" indicated by Lehman).

2.  Fortis and its affiliates reserve all of their rights in respect of their respective claims against the various Lehman entities.

Dated: New York, New York
November 4, 2011

           Respectfully submitted,

           /s/     Howard S. Beltzer

           Howard S. Beltzer (HSB-5721)

           Mayer Brown LLP
           1675 Broadway
           New York, New York 10019
           (212) 506-2500 (phone)
           (212) 262-1910 (fax)

           *Counsel to Fortis Bank NV/SA and affiliates*