**Confirmation Date and Time: December 6, 2011 at 10:00 a.m. (Prevailing Eastern Time)**
**Confirmation Objection Deadline Date and Time: November 4, 2011 at 4:00 p.m. (Prevailing Eastern Time)**

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Fredric Sosnick
William J.F. Roll III
Daniel H.R. Laguardia
Ned S. Schodek

Attorneys for Bank of America, N.A. and Merrill
Lynch International and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                                                :
                                                                :
                                                                :
In re:                                                          :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    Case No. 08 – 13555 (JMP)
                                                                :
                      Debtors.                           :    (Jointly Administered)
                                                                :
                                                                :
----------------------------------------------------------------x
```

**STATEMENT OF BANK OF AMERICA, N.A. AND MERRILL LYNCH
INTERNATIONAL AND CERTAIN OF ITS AFFILIATES IN SUPPORT OF
CONFIRMATION OF THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF
LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Bank of America, N.A., Merrill Lynch International, Merrill Lynch Capital

Services Inc., Merrill Lynch International Bank Limited, Merrill Lynch Bank & Trust Co. FSB,

Merrill Lynch Commodities Inc., Bank of America, N.A., as successor in interest to Merrill

Lynch Bank USA, and Merrill Lynch Commodities (Europe) Ltd. (collectively, the "BofAML

Entities") hereby submit this statement (this "Statement") in support of confirmation and

NYDOCS03/936792.1

consummation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc.

and its Affiliated Debtors [Docket No. 19627] (the "Plan"), and state as follows:

       1.      The BofAML Entities entered into a Plan Support Agreement with the

above-captioned debtors as of September 28, 2011 (the "PSA").  The PSA provides that, subject

to the terms and conditions of the PSA, the BofAML Entities shall file a statement in support in

support of confirmation and consummation of the Plan.

       2.      Pursuant to and subject to the terms and conditions of the PSA, the

BofAML Entities therefore support confirmation and consummation of the Plan and file this

Statement.  The BofAML Entities reserve all rights and remedies under the PSA.

Dated:  New York, New York
       November 4, 2011

                       SHEARMAN & STERLING LLP

                       By:    */s/ Fredric Sosnick*
                               Fredric Sosnick
                               William J.F. Roll, III
                               Daniel H.R. Laguardia
                               Ned S. Schodek

                       599 Lexington Avenue
                       New York, New York 10022
                       Telephone:  (212) 848-4000
                       Facsimile:  (212) 848-7179

                       Attorneys for Bank of America, N.A. and
                       Merrill Lynch International and Certain of
                       its Affiliates