**BROWN RUDNICK LLP**
Steven B. Levine
Peter J.M. Declercq
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Fax: (617) 856-8201
     -and-
**DEWEY & LEBOEUF LLP**
Bruce Bennett
Monika S. Wiener
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 621-6000
Fax: (213) 621-6100

*Counsel to the Undersigned Holders of Notes*
*Issued by Lehman Brothers Treasury Company B.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Lehman Brothers Holdings, Inc.,** *et al.*, | Case No. 08-13555 (JMP) |
| | **(Jointly Administered)** |
| **Debtors** | |

**JOINT STATEMENT IN SUPPORT OF CONFIRMATION
OF DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF
LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

    By and through their respective counsel,[1] the undersigned, who are holders (or investment advisors or managers for a fund or other entity which is a beneficial holder) of certain

---

[1] Brown Rudnick LLP and Dewey & LeBoeuf LLP represent the undersigned Noteholders appearing in their respective signature blocks below individually and solely in respect of their LBT-Issued Notes, and not in respect to any other claims such Noteholders may hold against the Debtors and their affiliates.

notes issued by Lehman Brothers Treasury Company B.V. ("LBT"), a non-Debtor that is subject to Dutch insolvency proceedings, and guaranteed by Lehman Brothers Holdings, Inc. ("LBHI"), hereby state that they support approval of the *Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*, filed by LBHI and its affiliated debtors on August 31, 2011 [Docket No. 19627].

The undersigned Noteholders file this statement pursuant to Section 1.02(iii) of their respective Plan Support Agreements with the Debtors (the "PSA"). Each Noteholder reserves all rights and remedies under their PSA.

Dated: November 4, 2011
New York, New York

Respectfully submitted,

***Certain funds and accounts managed by* :**

**CYRUS CAPITAL PARTNERS, LP**
**GLG ORE HILL, LLC**
**SILVER POINT CAPITAL, LP**
**YORK CAPITAL MANAGEMENT GLOBAL**
  **ADVISORS, LLC**

**By their Attorneys,**

**BROWN RUDNICK LLP**

By:    /s/ Steve B. Levine_____
Steven B. Levine
Peter J.M. Declercq
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 (fax)

*Counsel to the Identified Holders of Notes Issued By Lehman Brothers Treasury Company B.V.*

2

Dated: November 4, 2011
New York, New York

Respectfully submitted,

***Certain funds managed by:***

**ANGELO, GORDON & CO., LP
CONTRARIAN CAPITAL MANAGEMENT, LLC
GOLDENTREE ASSET MANAGEMENT, LP
HAYMAN CAPITAL MANAGEMENT, LP
KNIGHTHEAD CAPITAL MANAGEMENT, LLC
MOUNT KELLET CAPITAL MANAGEMENT
OAKTREE CAPITAL MANAGEMENT, L.P.**

**By their Attorneys,**

**DEWEY & LEBOEUF LLP**

By: __/s/_ Bruce Bennett_____
Bruce Bennett
Monika S. Wiener
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
(213) 621-6000
(213) 621-6100 (fax)

*Counsel to the Identified Holders of Notes Issued By Lehman Brothers Treasury Company B.V.*

# 1864384

3