**Derivatives Contracts**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ABERDEEN - AB1025 ARGOS-PF1025RE ABERDEEN ASSET MG | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/20/2008 (8233LL00200) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/20/2008 (8233LL00212) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/20/2008 (8233LL00240) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/4/2008 (8248LL00478) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| ABERDEEN / MEVGP-VERMOGENSPARAPLU BEHEER BV-MAI (ME) | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Brett Bunting |
| ABERDEEN- AB1625 M1SOW-SE1625RE ABERDEEN ASSET MGM | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH |
| ABERDEEN- AB9012 M3IFL-SE9012RE ABERDEEN ASSET MGM | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 7/28/2008 (8210LL00448) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/14/2008 (8227LL00825) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/14/2008 (8227LL00829) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ABERDEEN- ALCAN PACKAGINGPENSION PLANC/O ABERDEEN | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/20/2008 (8233LL00201) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/20/2008 (8233LL00213) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/20/2008 (8233LL00241) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/4/2008 (8248LL00477) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| ABERDEEN ASSET MANAGEMENT INVESTMENT SERVICES LIMITED | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| ABERDEEN DB1793C/O ABERDEEN ASSET MGMT PLC | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00022) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/8/2008 (8252LL00026) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| ABERDEEN DB2023RE ABERDEEN ASSET MGMT PLC | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 7/29/2008 (8211LL00770) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | Forward Puchase Agreement dated 9/8/2008 (8252LL00188) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| ABERDEEN FUND MANAGEMENT LIMIT ED | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00321) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/8/2008 (8252LL00323) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| Aberdeen Global II - Foreign Exchange Swap | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Field Fisher Waterhouse<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| ABERDEEN GLOBAL II - GLOBAL HIGH YIELD BOND FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/13/2008 (8226LL00147) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | Forward Puchase Agreement dated 8/13/2008 (8226LL00149) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/20/2008 (8233LL00776) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| ABERDEEN GLOBAL II- EURO CORPORATE BOND FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/4/2008 (8217LL00389) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| ABERDEEN GLOBAL II- GLOBAL BOND FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| ABERDEEN GLOBAL II- LONG DATED STERLING AGGREGATE BOND FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00307) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| ABERDEEN GLOBAL II- STERLING AGGREGATE BOND FUND (LX0473) | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00308) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/8/2008 (8253LL00386) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| ABERDEEN GLOBAL II- STERLING BOND FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00297) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| ABERDEEN GLOBAL IV- CORE PLUS INDEX LINKED BOND FUND (LX0488/AB0488) | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00312) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ABERDEEN ICVC CORPORATE BONDC/O ABERDEEN ASSET MGM | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00271) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/8/2008 (8252LL00319) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| ABERDEEN-NORTHAMPTONSHIREALPHA PORTFOLIOC/O ABERD | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| ABERDEEN- PHILIPS PENSION FUNDC/O ABERDEEN ASSET M | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| ABERDEEN PORTABLE ALPHA II EURHEDGED SHARE CLASS F | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00184) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| ABERDEEN PORTABLE ALPHA II GBPHEDGED SHARE CLASS F | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00186) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| ABERDEEN- RUSSELL INV CO PLC - SBZ EURO BD PORTFOLI | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00327) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/8/2008 (8252LL00344) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| ABERDEEN- S/P SCA HYGIENEPRODUCTS NEDERLANDC/O ABE | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ABERDEEN- SELECT GLOBALSOVEREIGN BOND FUND (AB9235 | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| AUSTRALIA CORE PLUS FUND (AUD) | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Legal Department |
| BRM ABERDEEN GLOBAL EQUITIES | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 7/29/2008 (8211LL00817) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| CHARITY SELECT UK BOND FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00298) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| COMP HOLDINGS INC | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/11/2008 (8224LL00052) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| DEUTSCHE ASSET MANAGEMENT (INTERNATIONAL) LTD | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/20/2008 (8233LL00194) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/20/2008 (8233LL00197) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/20/2008 (8233LL00210) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
|  | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00299) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
|  | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00303) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
|  | LEHMAN BROTHERS COMMERCIAL CORPORATION |  | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
|  | LEHMAN BROTHERS COMMERCIAL CORPORATION |  | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
|  | LEHMAN BROTHERS COMMERCIAL CORPORATION |  | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
|  | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/20/2008 (8233LL00198) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
|  |  | Forward Puchase Agreement dated 8/20/2008 (8233LL00211) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
|  |  | Forward Puchase Agreement dated 9/8/2008 (8252LL00294) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
|  |  | Forward Puchase Agreement dated 9/8/2008 (8252LL00311) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00300) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00295) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/11/2008 (8224LL00051) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| J SAINSBURY COMMON INVESTMENT FUND LIMITED | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/27/2008 (8240LL00026) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/8/2008 (8252LL00310) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/8/2008 (8252LL00346) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/8/2008 (8252LL00348) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| JAGUAR PENSION TRUSTEES LTD | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00270) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| KOREA INVESTMENT CORPORATION | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 7/28/2008 (8210LL00398) | 16F Seoul Finance Centre<br>84 Taepyungro 1-GA, Jung-gu<br>Seoul, 100-768<br>The Republic of Korea<br>Attn: Fixed Income Investment Team |
| | | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| LAND ROVER PENSION TRUSTEES LIMITED | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/19/2008 (8232LL00514) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/8/2008 (8252LL00268) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| MGIM A/C ABMEL A/C M03M1 (ME) | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/27/2008 (8240LL00016) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/27/2008 (8240LL00308) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/3/2008 (8247LL00575) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/4/2008 (8248LL00476) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| MGIM A/C BONY A/C M0EO3 | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/20/2008 (8233L00196) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | Forward Puchase Agreement dated 8/20/2008 (8233L00239) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/3/2008 (8247L00580) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/3/2008 (8247L00582) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/27/2008 (8240LL00309) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| MGIM A/C Chase A/C MEFUN (ME) | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/1/2008 (8245LL00094) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| MGIM A/C JPM A/C M3IFL | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| MGIM A/C KASS A/C MESCH | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| MGIM A/C MMC - DEUTSCHE ASSET MANAGEMENT LTD | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| MGIM A/C NT A/C M0GLL | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| MGIM A/C NT A/C M0WHL | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| MGIM A/C NT A/C THALES | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| MGIM A/C SS A/C M0RIB | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| MGIM A/C SS A/C M0SYS | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| MGIM A/C SS A/C M0TAT | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| MGIM A/C SS A/C STAFF (ME) | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/20/2008 (8233LL00195) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/20/2008 (8233LL00238) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/3/2008 (8247LL00583) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/9/2008 (8253LL00383) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 9/9/2008 (8253LL00389) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| MGIM A/C SS A/C UNI | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00272) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| MGIM AC NT/NCC | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| MORGAN GRENFELL INTERNATIONAL FUNDS MANAGEMENT LTD | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/8/2008 (8252LL00305) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| ROYAL BANK OF SCOTLAND ASSET MANAGEMENT | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/8/2008 (8221LL00057) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| SAUDI ARABIAN MONETARY AGENCY | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 7/28/2008 (8210LL00397) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| SOVEREIGN HIGH YIELD LOCAL CURRENCY FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| STICHTING BEWAAR ANWB | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |