

# Field Fisher Waterhouse

**By Hand**

Lehman Brothers Commercial Corporation
745 Seventh Avenue 30th Floor
New York, NY 10019
United States

Attention: Jonathan Williams

24 September 2008

Dear Sirs

1. We are instructed to issue and deliver this letter to you as agent for Aberdeen Fund Management Limited ("**Aberdeen**").

2. We refer to our letter (the "**Original Letter**") dated 23 September 2008, a copy of which is attached, requiring assurances from you of your intention and ability to settle the Transactions defined therein. In the absence of any such assurance from you, on behalf of each Principal, Aberdeen considers you to be in anticipatory breach of the Transactions with each such Principal, amounting to a renunciation of the same which Aberdeen hereby accepts.

3. Aberdeen reserves the rights of each Principal to damages in respect of such breach.

4. Terms defined in the Original Letter have the same meanings herein.

5. Any questions regarding this letter should be addressed to Lisa.Brown@aberdeen-asset.com at Aberdeen Fund Management Limited.

Yours faithfully

**Field Fisher Waterhouse LLP**

By: _Guy Usher_

**Field Fisher Waterhouse LLP** 35 Vine Street London EC3N 2AA
Tel +44 (0)20 7861 4000  Fax +44 (0)20 7488 0084  E-mail info@ffw.com  Web www.ffw.com  CDE 823

Field Fisher Waterhouse LLP is a limited liability partnership registered in England and Wales (registered number OC318472) and is regulated by the Solicitors Regulation Authority.
A list of its members and their professional qualifications is available at its registered office, 35 Vine Street, London, EC3N 2AA.
We use the term partner to refer to a member of Field Fisher Waterhouse LLP, or an employee or consultant with equivalent standing and qualifications

 **Field Fisher Waterhouse**

**By Hand**

Lehman Brothers Commercial Corporation
745 Seventh Avenue 30th Floor
New York, NY 10019
United States

Attention: Jonathan Williams

23 September 2008

Dear Sirs

1.  We are instructed to issue and deliver this letter to you as agent for Aberdeen Fund Management Limited ("**Aberdeen**").

2.  We refer to the FX and currency option transactions (the "**Transactions**") entered into between you, Lehman Brothers Commercial Corporation, through your agent Lehman Brothers International (Europe), and the various principals listed in the Schedule hereto (each a "**Principal**") for whom Aberdeen acts as agent and investment manager. In view of admission made by one of your Presidents, Jonathan Williams, to Aberdeen today by telephone that, since Friday 19 September 2008, you are no longer settling any FX or currency option transactions, Aberdeen requires you to provide them with written and adequate assurance that you intend to and can settle the Transactions.

3.  Such assurance should be provided to Aberdeen by 10 am (New York time) tomorrow, 24 September 2008, failing which Aberdeen will regard you as being in anticipatory breach of the Transactions with each Principal. Please communicate your assurance by e-mail to Lisa.Brown@aberdeen-asset.com.

4.  Any questions regarding this letter should be addressed to Lisa.Brown@aberdeen-asset.com at Aberdeen Fund Management Limited.

Yours faithfully

**Field Fisher Waterhouse LLP**

By: _____ Guy Usher

Field Fisher Waterhouse LLP 35 Vine Street London EC3N 2AA
Tel +44 (0)20 7861 4000  Fax +44 (0)20 7488 0084  E-mail info@ffw.com  Web www.ffw.com  CDE 823

Field Fisher Waterhouse LLP is a limited liability partnership registered in England and Wales (registered number OC318472) and is regulated by the Solicitors Regulation Authority. A list of its members and their professional qualifications is available at its registered office, 35 Vine Street, London, EC3N 2AA.
We use the term partner to refer to a member of Field Fisher Waterhouse LLP, or an employee or consultant with equivalent standing and qualifications.

**Schedule**

Names of Principals

| |
|---|
| ABDN PORTABLE ALPHA II EUR HEDGED SHARE CLASS FUND |
| ABDN PORTABLE ALPHA II GBP HEDGED SHARE CLASS |
| ABDN PORTABLE ALPHA II SEK HEDGED SHARE CLASS FUND |
| ALCAN3 - ALCAN PACKAGING PENSION PLAN UK OVERLAY A/C |
| ARGOS3 - ARGOS PENSION SCHEME OVERLAY A/C |
| BARDAG - BARKING & DAGENHAM (LON BGH) SUPER. FD. |
| DUMFRI - DUMFRIES&GALLOWAY COUNCIL PENSION |
| LANDR - LAND ROVER PENSION TRUSTEES LTD - MAIN |
| LLOY1 - LLOYD'S REGISTERED NO 1 A/C |
| LLOY3 - LLOYD'S REGISTERED NO 3 A/C |
| LLOYDS - LLOYD'S REGISTER |
| M03M3 - 3M PENSION & LIFE ASSURANCE SCHEME NO3 |
| M03M4 - 3M PENSION & LIFE ASSURANCE SCHEME NO 4 |
| M03MOP - 3M PENSION AND LIFE ASSURANCE SCHEME - OVERLAY PORT |
| M0ABF3 - ASSOCIATED BRITISH FOODS PEN SHC OVERLAY A/C |
| M0AON3 - CLOSE LONG DATED STERLING CREDIT - OVERLAY |
| M0ATT - MM UK BOND FUND - MAIN A/C |
| M0BED - BEDFORDSHIRE CC PENSION FUND |
| M0CBF - CANCER RESEARCH UK BOND FUND |
| M0CBG - CARDIFF C C PEN FD GLOB BD PTF |
| M0EO3 - E.ON UK GROUP OF THE ESPS - INTERNATIONAL PORTFOLIO |
| M0GLL3 - GALLAHER COMMON INVESTMENT FUND OVERLAY A/C |
| M0HEP - HEPWORTH PENSION SCHEME |
| M0HPT - HAYS PENSION TRUSTEES LIMITED |
| M0JPF - JAGUAR PENSION PLAN - MAIN |
| M0JPM - JPMC UK RETIREMENT PLAN - MAIN A/C |
| M0JSC - J SAINSBURY GLOBAL FIXED PORTFOLIO |
| M0MMC - MMC UK PENSION FUND - MAIN A/C |
| M0MMC3 - MMC UK PENSION PLAN OVERLAY A/C |
| M0NEC - NEI COMMON INVESTMENT FUND |
| M0RIB - RUSSELL INVESTMENT COMPANY - THE STERLING BOND FD |
| M0RWP - RAILWAY PENSION TRUSTEE BOND PORTFOLIO |
| M0SYS - UNISYS PENSION SCHEME |
| M0TAT - TATE AND LYLE GROUP PENSION SCHEME |
| M0TAT3 - TATE & LYLE GROUP PEN SCH - OVERLAY A/C |
| M0UPF - UNILEVER UK PENSION FUND - MAIN A/C |
| M0VIK - VICKERS GROUP PENSION SCHEME BOND P/F - MAIN A/C |
| M0VIK3 - VICKERS GRP PENSION SCHEME BOND PORTFOLIO OVERLAY A/C |
| M0VIR - VIRIDIAN GROUP PEN SCH - UK PORTFOLIO |
| M0VIR3 - VIRIDIAN GROUP PEN SCH - ACTIVE OVERLAY |
| M0WHL - THE WHEELS CIF - LONDON OTHER |
| M1BOI - BANK INDONESIA |
| M1BUN - THE BUNTING FAMILY II LTD LIABILITY CO. |
| M1GPA - GPSSA |
| M1KIC - KOREA INVESTMENT CORPORATION - MAIN |
| M1OMP - COMP HOLDINGS INC |
| M1RSA - SOUTH AFRICAN RESERVE BANK |

| |
|---|
| M1SGBF - DWS GLOBAL BOND FUND |
| M3ACP3 - AUSTRALIA CORE PLUS FUND (AUD) - OVERLAY PORTFOLIO |
| M5KNP - STICHTING PENSIONEFONDS CORPORATE EXPRESS |
| M6VOL - VOLVO - LONDON OTHER |
| MEBEW - STICHTING BEWAAR ANWB - MAIN ACCOUNT |
| MEFUD - FUNDACAO ORIENTE |
| MEFUN - FUNDACAO CALOUSTE GULBENKIAN |
| MEGLCR - FSP GLOBAL CREDIT FUND |
| MEREB - RHINE GLOBAL BOND PORTFOLIO MAIN A/C |
| MESBZ - RUSSELL INVESTMENT CO PLC - SBZ EURO BOND PORTFOLIO |
| MESBZ3 - RIC PLC - SBZ EURO BOND PORTFOLIO |
| MESC9 - STICHTING P/FONDS SCHUITEMA - GLOBAL SELECT FD |
| METAK3 - STICHTING P/F T'ANKER ACTIVE OVERLAY |
| MEVGP - VERMOGENSPARAPLU BEHEER BV - MAIN A/C |
| NCC - NORFOLK COUNTY COUNCIL |
| NORTHC - NORTHAMPTONSHIRE BOND PORTFOLIO |
| PORTABLE ALPHA II - FIXED INC ALPHA FD MAIN FUND |
| PORTABLE ALPHA II-FIXED INC ALPHA FD ACTIVE OVLY |
| PORTABLE ALPHA II-FIXED INC ALPHA FD LIAB MATCH |
| SENIOR - DB (UK) SENIOR GP PEN SCHEME - UK FIXED |
| SHROPB - SHROPSHIRE CC PENSION FUND UK BOND |
| STAFF - DB (UK) PENSION SCHEME - UK FIXED |
| THALES - THALES COMMON INVESTMENT FUND |
| UNI - UNITED BISCUITS PENSION PLAN - MAIN A/C |