VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile: (212) 307-5598
Edward A. Smith
Rishi Kapoor

*Counsel for Aberdeen Fund Management Limited,*
*Aberdeen Asset Management Investment Services*
*Limited, and Aberdeen Asset Managers Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
In re:                                          :
                                                :     Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,          :
                                                :     Case No. 08-13555 (JMP)
                              Debtors.          :
                                                :     (Jointly Administered)
------------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

      I, RISHI KAPOOR, an attorney admitted to practice in the State of New York,

hereby certify that on November 4, 2011, I caused the *Objection of Aberdeen Fund Management*

*Limited, Aberdeen Asset Management Investment Services Limited, and Aberdeen Asset*

*Managers Limited to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section*

*11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its*

*Affiliated Debtors* to be served electronically on the parties registered for ECF service and on the

parties and by the means indicated on the attached Service List.

                                                   */s/ Rishi Kapoor*
                                                   RISHI KAPOOR

## SERVICE LIST

### By Hand Delivery

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller
          Lori R. Fife
          Alfredo R. Pérez

The Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Elisabetta Gasparini
          Andrea B. Schwartz

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne
          Dennis O'Donnell
          Evan Fleck

### By E-Mail Transmission

Weil, Gotshal & Manges LLP
          Harvey R. Miller (harvey.miller@weil.com)
          Lori R. Fife (lori.fife@weil.com)
          Alfredo R. Pérez (alfredo.perez@weil.com)

Milbank, Tweed, Hadley & McCloy LLP
          Dennis F. Dunne (ddunne@milbank.com)
          Dennis O'Donnell (dodonnell@milbank.com)
          Evan Fleck (efleck@milbank.com)