UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2011, I caused the Limited Objection of State Street Bank and Trust Company to Assumption of Agreement As Set Forth in Plan Supplement to be electronically filed using the Court's ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities, and caused it be served by hand on the following:

Harvey R. Miller, Esq.
Lori R. Fife, Esq.
Alfredo R. Perez, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153-0119
Attorneys for the Debtors

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Elisabetta Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dated:   New York, New York
         November 4, 2011

David M. Marcus

A/74586094.1