## EXHIBIT G

IN THE HIGH COURT OF JUSTICE                    CLAIM NO: HC09C01931

CHANCERY DIVISION

BEFORE THE CHANCELLOR OF THE HIGH COURT

TUESDAY 28TH JULY 2009

BETWEEN:

BELMONT PARK INVESTMENTS PTY LIMITED & OTHERS

Claimants

– and –

(1) BNY CORPORATE TRUSTEE SERVICES LIMITED
(2) LEHMAN BROTHERS SPECIAL FINANCING INC

Defendants

ORDER

UPON the trial before the Chancellor of the High Court of this Part 8 Claim issued by the Claimants on 9 June 2009

AND UPON the Second Defendant's application dated 19 June 2009 to stay the proceedings pending the resolution of proceedings between the First and Second Defendants in the US Bankruptcy Court, Southern District of New York

AND UPON HEARING Leading Counsel for the Claimants (who are listed in Appendix 1 to this Order), Leading Counsel for the First Defendant and Leading Counsel for the Second Defendant

IT IS DECLARED THAT:

1.  In respect of each of the Swap Agreements listed in Appendix 2 (and contained in the ISDA Master Agreement, the Schedule to the ISDA Master Agreements and the Swap Confirmation there identified):

   (1)  Two events of Default, as defined in section 5(a)(vii)(4) of the ISDA Master Agreement identified in Appendix 2, have occurred namely:

      (a)  On 15 September 2008, the commencement of a case under Chapter 11 of the US Bankruptcy Code by Lehman Brothers Holdings Inc; and

      (b)  On 3 October 2008, the commencement of a case under Chapter 11 of the US Bankruptcy Code by the Second Defendant;

   (2)  In relation to such Events of Default, the Second Defendant is the Defaulting Party, as defined in section 6(a) of the said ISDA Master Agreement; and

   (3)  The Issuer has validly and effectively terminated the Swap Agreement pursuant to section 6(a) of the said ISDA Master Agreement.

2.  In respect of each Notes Series identified in Appendix 3 (other than, in respect of (1) and (2) below, the tenth such Series ("Beryl 2008-14 Series")):

   (1)  The Notes have become due and payable to the Claimants at their Early Redemption Amount (as defined in paragraph 44 of the Series Prospectus and/or Offering Circular Supplement identified in Appendix 3) together with accrued interest;

   (2)  The security constituted by the Principal Trust Deed and the Supplemental Trust Deed and Drawdown Agreement ("the

2

1/05

Supplemental Trust Deed) identified in Appendix 3 has become enforceable; and

(3)  Clause 6.2 of the Principal Trust Deed, clause 5.5 of the Supplemental Trust Deed and paragraph 44 of the Series Prospectus, (in each case as identified in Appendix 3) ar e valid, effective and enforceable under English law as the proper law of such contracts so as to give effect to Noteholder Priority (as defined therein).

AND IT IS ORDERED THAT:

3.  The Second Defendant shall have permission to appeal the declaration in paragraph 2(3) above and shall apply, when it files its Appellant's Notice, for the hearing of any such appeal to be expedited.

4.  All further issues in the action and in the Second Defendant's application (including all costs issues, save as provided for by paragraph 5 below) shall be adjourned until after the hearing of the appeal referred to in paragraph 3 above and any further appeal therefrom, with liberty to the parties to restore the matter in the meantime on 7 days' notice.

5.  The Second Defendant shall pay the Claimants' costs of and in connection with the declaration in paragraph 2(3) above (including the costs of the hearing attributable to that declaration), such costs to be assessed on the standard basis, if not agreed, with the issues of interest on costs and payment on account being adjourned to the hearing referred to in paragraph 4 above.

3

Appendix 1

## The Claimants

1.  Belmont Park Investments Pty Ltd (Australian Company Number 109 595 351) of Level 6, 241 Adelaide Street, Brisbane, Queensland 4000

2.  Ambulance Victoria of 375 Manningham Road, Doncaster, Victoria 3108

3.  Belreef Holdings Pty Ltd (Australian Company Number 081 207 927) of Level 17, 140 St Georges Terrace, Perth, Western Australia 6000

4.  Catholic Church Insurances Ltd (Australian Company Number 000 005 210) of Level 5, 324 St Kilda Road, Melbourne, Victoria 3004

5.  CCI Investment Management Limited (Australian Company Number 006 685 856) of Level 5, 324 St Kilda Road, Melbourne, Victoria 3135

6.  Clough Superannuation Pty Limited (Australian Company Number 008 872 124) of Level 6, 251 St Georges Terrace, Perth, Western Australia 6000

7.  Eurobodalla Shire Council of Administration Centre, Vulcan Street, Moruya, New South Wales 2537

8.  Fire and Emergency Services Superannuation Board of 242 Rokeby Road, Subiaco, Western Australia 6008

9.  G & F Yukich Superannuation Pty Ltd (Australian Company Number 128 881 783) of Level 17, 140 St Georges Terrace, Perth, Western Australia 6000

10. Gippsland Secured Investments Ltd (Australian Company Number 004 860 057) of 119 Main Street, Bairnsdale, Victoria 3875

11. G James Australia Pty Ltd (Australian Company Number 010 823 542) of 1084 Kingsford Smith Drive, Eagle Farm, Queensland 4009

12. G James Superannuation Pty Ltd (Australian Company Number 065 668 340) of 1084 Kingsford Smith Drive, Eagle Farm, Queensland 4009

13. Gosford City Council of Administration Building, 49 Mann Street, Gosford, New South Wales 2250

14. Indian Pacific Limited (Australian Company Number 009 178 894) of 250 Roberts Road, Subiaco, Western Australia 6008

15. Majorie Leigh O'Donnell of Level 17, 140 St Georges Terrace, Perth, Western Australia 6000

4

16.    Newcastle City Council of City Administration Centre, 282 King Street, Newcastle, New South Wales 2300

17.    Orient Holdings Pty Ltd (Australian Company Number 009 225 085) of Level 17, 140 St Georges Terrace, Perth, Western Australia 6000

18.    Panorama Ridge Pty Ltd (Australian Company Number 109 595 404) of Level 6, 241 Adelaide Street, Brisbane, Queensland 4000

19.    Samar Investments Pty Ltd (Australian Company Number 008 817 016) of Level 17, 140 St Georges Terrace, Perth, Western Australia 6000

20.    Sashimi Investments Pty Ltd (Australian Company Number 117 578 293) of Level 6, 241 Adelaide Street, Brisbane, Queensland 4000

21.    Southern Finance Limited (Australian Company Number 007 352 089) of 177 Koroit Street, Warrnambool, Victoria 3280

22.    Statewide Secured Investments Ltd (Australian Company Number 004 682 517) of 157 Fenaughty Street, Kyabram, Victoria 3620

23.    The Cootharinga Society of North Queensland (Australian Company Number 009 656 679) of 20 Keane Street, Currajong, Queensland 4812

24.    Armidale Dumaresq Council, of 135 Rusden Street, ARMIDALE, NSW 2350.

25.    Broken Hill City Council, of 240 Blende Street, BROKEN HILL, NSW 2880.

26.    City of Swan, of 2 Midland Square, MIDLAND PERTH, WA 6056.

27.    Guyra Shire Council, of 158 Bradley Street, GUYRA, NSW 2365.

28.    Parkes Shire Council, of 2 Cecile Street, PARKES, NSW 2870.

9.    Wingecarribee Shire Council, of Civic Centre Elizabeth Street, MOSS VALE, NSW 2577.

<u>Appendix 2</u>

<u>The Swap Agreements</u>

1.    The Swap Agreement between Zircon Finance Limited (as Issuer) and the
Second Defendant contained in the following documents:

    (1)    The ISDA Master Agreement including the Schedule thereto between
the Second Defendant and Dante Finance Public Limited Company
(acceded to by Zircon Finance Limited pursuant to Deeds of Accession
dated 20 March 2007, 20 July 2007 and 18 July 2008) dated as of 10
October 2002 as amended and restated on 21 July 2006, 20 July 2007
and 18 July 2008;

    (2)    The Swap Confirmation from the Second Defendant to Zircon Finance
Limited dated 20 March 2007 and in respect of the Credit Derivative
Transaction relating to Zircon Finance Limited Series 2007-1 Tranche A
AUD84,050,000 Synthetic Portfolio Notes due 2014.

2.    The Swap Agreement between Zircon Finance Limited (as Issuer) and the
Second Defendant contained in the following documents:

    (1)    The ISDA Master Agreement including the Schedule thereto between
the Second Defendant and Dante Finance Public Limited Company
(acceded to by Zircon Finance Limited pursuant to Deeds of Accession
dated 20 March 2007, 20 July 2007 and 18 July 2008) dated as of 10
October 2002 as amended and restated on 21 July 2006, 20 July 2007
and 18 July 2008;

    (2)    The Swap Confirmation from the Second Defendant to Zircon Finance
Limited dated 20 March 2007 and in respect of the Credit Derivative

6

Transaction relating to Zircon Finance Limited Series 2007-1 Tranche B AUD28,600,000 Synthetic Portfolio Notes due 2014.

3.    The Swap Agreement between Zircon Finance Limited (as Issuer) and the Second Defendant contained in the following documents:

(1)    The ISDA Master Agreement including the Schedule thereto between the Second Defendant and Dante Finance Public Limited Company (acceded to by Zircon Finance Limited pursuant to Deeds of Accession dated 20 March 2007, 20 July 2007 and 18 July 2008) dated as of 10 October 2002 as amended and restated on 21 July 2006, 20 July 2007 and 18 July 2008;

(2)    The Swap Confirmation from the Second Defendant to Zircon Finance Limited dated 4 April 2007 and in respect of the Credit Derivative Transaction relating to Zircon Finance Limited Series 2007-3 AUD14,800,000 Synthetic Portfolio Notes due 2017

4.    The Swap Agreement between Zircon Finance Limited (as Issuer) and the Second Defendant contained in the following documents:

(1)    The ISDA Master Agreement including the Schedule thereto between the Second Defendant and Dante Finance Public Limited Company (acceded to by Zircon Finance Limited pursuant to Deeds of Accession dated 20 March 2007, 20 July 2007 and 18 July 2008) dated as of 10 October 2002 as amended and restated on 21 July 2006, 20 July 2007 and 18 July 2008;

(2)    The Swap Confirmation from the Second Defendant to Zircon Finance Limited dated 6 June 2007 and in respect of the Credit Derivative

7

Transaction relating to Zircon Finance Limited Series 2007-9 Tranche A AUD30,000,000 Synthetic Portfolio Notes due 2013.

5.    The Swap Agreement between Zircon Finance Limited (as Issuer) and the Second Defendant contained in the following documents:

(1)    The ISDA Master Agreement including the Schedule thereto between the Second Defendant and Dante Finance Public Limited Company (acceded to by Zircon Finance Limited pursuant to Deeds of Accession dated 20 March 2007, 20 July 2007 and 18 July 2008) dated as of 10 October 2002 as amended and restated on 21 July 2006, 20 July 2007 and 18 July 2008;

(2)    The Swap Confirmation from the Second Defendant to Zircon Finance Limited dated 6 June 2007 and in respect of the Credit Derivative Transaction relating to Zircon Finance Limited Series 2007-9 Tranche B AUD10,000,000 Synthetic Portfolio Notes due 2013.

6.    The Swap Agreement between Saphir Finance Public Limited Company (as Issuer) and the Second Defendant contained in the following documents:

(1)    The ISDA Master Agreement including the Schedule thereto between the Second Defendant and Dante Finance Public Limited Company (acceded to by Saphir Finance Public Limited Company pursuant to Deeds of Accession dated 9 April 2003, 30 January 2004, 21 July 2006, 20 July 2007 and 18 July 2008) dated as of 10 October 2002 as amended and restated on 30 January 2004, 21 July 2006, 20 July 2007 and 18 July 2008;

(2)    The Swap Confirmation from the Second Defendant to Saphir Finance Public Limited Company dated 7 July 2004 as amended and restated on

8

4 August 2004 an in respect of the Credit Derivative Transaction relating to Saphir Series 2004-4 AUD70,000,000 Synthetic Portfolio Notes due 2011.

7.    The Swap Agreement between Beryl Finance Limited (as Issuer) and the Second Defendant contained in the following documents:

(1)    The ISDA Master Agreement including the Schedule thereto between the Second Defendant and Dante Finance Public Limited Company (acceded to by Beryl Finance Limited pursuant to Deeds of Accession dated 21 July 2006, 20 July 2007 and 29 July 2008) dated as of 10 October 2002 as amended and restated on 21 July 2006, 20 July 2007 and 18 July 2008;

(2)    The Swap Confirmation from the Second Defendant to Beryl Finance Limited dated 3 April 2007 and in respect of the Credit Derivative Transaction relating to Beryl Finance Limited Series 2007-7 AUD42,000,000 Second to Default Basket Callable Credit-Linked Notes due 2014.

8.    The Swap Agreement between Beryl Finance Limited (as Issuer) and the Second Defendant contained in the following documents:

(1)    The ISDA Master Agreement including the Schedule thereto between the Second Defendant and Dante Finance Public Limited Company (acceded to by Beryl Finance Limited pursuant to Deeds of Accession dated 20 July 2007 and 29 July 2008) dated as of 10 October 2002 as amended and restated on 20 July 2007 and 18 July 2008;

(2)    The Swap Confirmation from the Second Defendant to Beryl Finance Limited dated 7 April 2008 and in respect of the Credit Derivative

9

Transaction relating to Beryl Finance Limited Series 2008-4 AUD35,990,000 Synthetic Portfolio Notes due 2013.

9.    The Swap Agreement between Beryl Finance Limited (as Issuer) and the Second Defendant contained in the following documents:

(1)    The ISDA Master Agreement including the Schedule thereto between the Second Defendant and Dante Finance Public Limited Company (acceded to by Beryl Finance Limited pursuant to Deeds of Accession dated 20 July 2007 and 29 July 2008) dated as of 10 October 2002 as amended and restated on 20 July 2007 and 18 July 2008;

(2)    The Swap Confirmation from the Second Defendant to Beryl Finance Limited dated 23 May 2008 and in respect of the Credit Derivative Transaction relating to Beryl Finance Limited Series 2008-6 AUD26,250,000 Synthetic Portfolio Notes due 2015.

10.    The Swap Agreement between Beryl Finance Limited (as Issuer) and the Second Defendant contained in the following documents:

(1)    The ISDA Master Agreement including the Schedule thereto between the Second Defendant and Dante Finance Public Limited Company (acceded to by Beryl Finance Limited pursuant to a Deed of Accession dated 29 July 2008) dated as of 10 October 2002 as amended and restated on 18 July 2008;

(2)    The Swap Confirmation from the Second Defendant to Beryl Finance Limited dated 21 August 2008 and in respect of the Credit Derivative Transaction relating to Beryl Finance Limited Series 2008-14 AUD32,100,000 Synthetic Portfolio Notes due 2014.

10

**Appendix 3**

## The Notes Series

| Full title of the Notes Series | Principal Trust Deed | Supplemental Trust Deed and Drawdown Agreement | Base Prospectus / Offering Circular | Series Prospectus / Offer Circular Supplement |
|---|---|---|---|---|
| Zircon Finance Limited SERIES NO: 2007-1 Tranche A AUD 84,050,000 Synthetic Portfolio Notes due 2014 | Dated 10 October 2002 as amended and restated on 21 July 2006 and 20 July 2007 and made between Dante Finance Public Limited Company and the First Defendant to which Zircon Finance Limited acceded pursuant to deeds of accession dated 20 March 2007 and 20 July 2007 | Dated 20 March 2007 and between, amongst others, Zircon Finance Limited, the First Defendant and the Second Defendant | Dated 21 July 2006 as supplemented by an Issuer Disclosure Annex dated 20 March 2007 | Dated 20 March 2007 |
| Zircon Finance Limited SERIES NO: 2007-1 Tranche B AUD 28,600,000 Synthetic Portfolio Notes due 2014 | Dated 10 October 2002 as amended and restated on 21 July 2006 and 20 July 2007 and made between Dante Finance Public Limited Company and the First Defendant to which Zircon Finance Limited acceded pursuant to deeds of accession dated 20 March 2007 and 20 July 2007 | Dated 20 March 2007 and between, amongst others, Zircon Finance Limited, the First Defendant and the Second Defendant | Dated 21 July 2006 as supplemented by an Issuer Disclosure Annex dated 20 March 2007 | Dated 20 March 2007 |
| Zircon Finance Limited SERIES NO: 2007-3 AUD 14,800,000 Synthetic Portfolio Notes due 2017 | Dated 10 October 2002 as amended and restated on 21 July 2006 and 20 July 2007 and made between Dante Finance Public Limited Company and the First Defendant | Dated 4 April 2007 and between, amongst others, Zircon Finance Limited, the First Defendant and the Second Defendant | Dated 21 July 2006 as supplemented by an Issuer Disclosure Annex dated 20 March 2007 | Dated 4 April 2007 |

11

1/064

| | | | |
|---|---|---|---|
| | to which Zircon Finance Limited acceded pursuant to deeds of accession dated 20 March 2007 and 20 July 2007 | | | |
| Zircon Finance Limited SERIES NO: 2007-9 Tranche A AUD 30,000,000 Synthetic Portfolio Notes due 2013 | Dated 10 October 2002 as amended and restated on 21 July 2006 and 20 July 2007 and made between Dante Finance Public Limited Company and the First Defendant to which Zircon Finance Limited acceded pursuant to deeds of accession dated 20 March 2007 and 20 July 2007 | Dated 6 June 2007 and between, amongst others, Zircon Finance Limited, the First Defendant and the Second Defendant | Dated 21 July 2006 as supplemented by an Issuer Disclosure Annex dated 20 March 2007 | Dated 6 June 2007 |
| Zircon Finance Limited SERIES NO: 2007-9 Tranche B AUD 10,000,000 Synthetic Portfolio Notes due 2013 | Dated 10 October 2002 as amended and restated on 21 July 2006 and 20 July 2007 and made between Dante Finance Public Limited Company and the First Defendant to which Zircon Finance Limited acceded pursuant to deeds of accession dated 21 July 2006 and 20 July 2007 | Dated 6 June 2007 and between, amongst others, Zircon Finance Limited, the First Defendant and the Second Defendant | Dated 21 July 2006 as supplemented by an Issuer Disclosure Annex dated 20 March 2007 | Dated 6 June 2007 |
| Saphir Finance Public Limited Company SERIES NO: 2004-4 AUD 70,000,000 Synthetic Portfolio Notes due 2011 | Dated 10 October 2002 as amended and restated on 30 January 2004, 21 July 2006 and 20 July 2007 and made between Dante Finance Public Limited Company and the First Defendant to which Saphir Finance Public Limited Company | (1) Dated 7 July 2004 and between, amongst others, Saphir Finance Public Limited Company, the First Defendant and the Second Defendant (2) Dated 4 August 2004 and between, amongst others, Saphir Finance Public Limited Company, the First | Dated 11 February 2004 as supplemented by an Issuer Supplement date 1 March 2004 | Dated 7 July 2004 |

12

| | acceded pursuant to a deed of accession dated 30 January 2004, 21 July 2006 and 20 July 2007 | Defendant and the Second Defendant | | |
|---|---|---|---|---|
| Beryl Finance Limited SERIES NO: 2007-7 AUD 42,000,000 Second to Default Basket Callable Credit-Linked Notes due 2014 | Dated 10 October 2002 as amended and restated on 21 July 2006 and 20 July 2007 and made between Dante Finance Public Limited Company and the First Defendant to which Beryl Finance Limited acceded pursuant to a deed of accession dated 21 July 2006 and 20 July 2007 | Dated 3 April 2007 and between, amongst others, Beryl Finance Limited, the First Defendant and the Second Defendant | Dated 21 July 2006 as supplemented by an Issuer Disclosure Annex dated 27 July 2006 | Dated 3 April 2007 |
| Beryl Finance Limited SERIES NO: 2008-4 AUD 35,990,000 Synthetic Portfolio Notes due 2013 | Dated 10 October 2002 as amended and restated on 20 July 2007 and made between Dante Finance Public Limited Company and the First Defendant to which Beryl Finance Limited acceded pursuant to a deed of accession dated 20 July 2007 | Dated 7 April 2008 and between, amongst others, Beryl Finance Limited, the First Defendant and the Second Defendant | Dated 20 July 2007 as supplemented by an Issuer Disclosure Annex dated 20 July 2007 | Dated 7 April 2008 |
| Beryl Finance Limited SERIES NO: 2008-6 AUD 26,250,000 Synthetic Portfolio Notes due 2015 | Dated 10 October 2002 as amended and restated on 20 July 2007 and made between Dante Finance Public Limited Company and the First Defendant to which Beryl Finance Limited acceded pursuant to a deed of accession dated 20 July 2007 | Dated 23 May 2008 and between, amongst others, Beryl Finance Limited, the First Defendant and the Second Defendant | Dated 20 July 2007 as supplemented by an Issuer Disclosure Annex dated 20 July 2007 | Dated 23 May 2008 |
| Beryl Finance Limited SERIES NO: 2008-14 AUD 32,100,000 | Dated 10 October 2002 as amended and restated on | Dated 21 August 2008 and between, amongst others, Beryl | Dated 18 July 2008 as supplemented by an Issuer | Dated 21 August 2008 |

13

| Synthetic Portfolio Notes due 2014 | 18 July 2008 and made between Dante Finance Public Limited Company and the First Defendant to which Beryl Finance Limited acceded pursuant to a deed of accession dated 29 July 2008 | Finance Limited, the First Defendant and the Second Defendant | Disclosure Annex dated 29 July 2008 | |

1/067