Hearing Date and Time: December 6, 2011 at 10:00 a.m.
Objection Deadline: November 4, 2011 at 4:00 p.m.

**EDWARDS WILDMAN PALMER LLP**
**750 Lexington Avenue, 7th Floor**
**New York, NY 10022**
**New York, NY 10022**
**(212) 308-4411 - Telephone**
**(212) 308-4844 - Facsimile**
**Paul Labov**
**Larry D. Henin**
*Counsel for The Massachusetts Development Finance Agency*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
IN RE:                                                   :     CASE NO. 08-13555 (JMP)
                                                         :
**LEHMAN BROTHERS HOLDINGS,**                            :
**INC.,** *et al*                                        :     Chapter 11
                                                         :
         Debtors.                                        :     (Jointly Administered)
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2011, I caused to be served the Objection of The Massachusetts Development Finance Agency (the "MDFA"), to Third Amended Joint Chapter 11 Plan upon the persons and entities listed on the attached service list as noted thereon.

New York, New York
Dated: November 4, 2011

By:__/s/ Paul J. Labov_____
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
Fax: (212) 308-4844
Larry D. Henin
Paul J. Labov

*Counsel for Massachusetts Development Finance Agency*

NYC 406579.1                                    **1**

## Service List

**Via Hand Delivery:**

**Honorable James M. Peck**
**United States Bankruptcy Court**
**One Bowling Green**
**Courtroom 601**
**New York, NY 10004-1408**

**Counsel for Debtor**
**Weil Gotshal & Manges LLP - Plan**
**767 Fifth Avenue**
**New York, NY 10153**
**Attn: Harvey R. Miller**
  **Lori R. Fife**
  **Alfredo R. Perez**

**Counsel for Debtor**
**Weil Gotshal & Manges LLP-Standard Party**
**767 Fifth Avenue**
**New York, NY 10153**
**Attn: Attn: Richard P. Krasnow**
  **Lori R. Fife**
  **Shai Y. Waisman**
  **Jacqueline Marcus**

**Office of the United States Trustee –**
**Plan Southern District of New York**
**33 Whitehall Street, 21st Floor**
**New York, NY 10004**
**Attn: Elisabetta Gasparini**
  **Andrea Schwartz**

**Office of the United States Trustee-Standard Party**
**Southern District of New York**
**33 Whitehall Street, 21st Floor**
**New York, NY 10004**
**Attn: Andy Velez-Rivera**
  **Paul Schwartzberg**
  **Brian Masumoto**
  **Linda Riffkin**
  **Tracy Hope Davis**

**Counsel for Official Committee of Unsecured Creditors**
**Milbank, Tweed, Hadley & McCloy LLP-**
**Plan and Standard Party**
**1 Chase Manhattan Plaza**
**New York, NY 10005**
**Attn: Dennis F. Dunne**
     Dennis O'Donnell
     Evan Fleck

**Counsel for Official Committee of Unsecured Creditors**
**Quinn Emanuel Urquhart Oliver & Hedges, LLP-**
**Standard Party**
**51 Madison Avenue, 22nd Floor**
**New York, NY 10010**
**Attn: Susheel Kirpalani**


**All other interested parties served via ECF Notification.**