October 19, 2011

Honorable James Peck
One Bowling Green
New York, NY 10004
Courtroom 601

**Re: Lehman Brothers Bankruptcy**

**Case Number 08-13893**

**Claim Number 24700 and 24701**

Dear Honorable James Peck,

I was a retail client of Lehman Brothers and I initially filed my claim with Lehman Brothers OTC Derivatives Inc.

On the possibility that I filed the claim incorrectly, I would also like to file the claim with Lehman Brothers Holdings Inc.

Thank you for your attention to this matter.

If you have any questions or instructions for me to insure that I have done everything correctly, please contact me directly at the below contact information:

**Cory Thabit**

**309 Diamond Avenue**

**Balboa Island, CA 92662**

**Wk) 818-784-4700  Cell) 818-481-3541**

**Email: cory@imtreg.com**

Sincerely,

Cory Thabit

