Santiago de Chile, October 20th, 2011

Honorable James M. Peck,
One Bowling Green, New York
New York 10004, Courtroom 601
USA

Dear Sir:

In replay to the request of Lehmann Brothers Holdings Inc. claiming the disallowance of my right to participate in the bankruptcy, I disagree with the objection and in order to meet the requirements I am sending the requested information:

(i). -  UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK,

   CLAIM NUMBER: 36737

   DEBTOR: 08-13555

(ii). - HALEBY, HENRY MANZANO

   AMOUNT OF CLAIM: 200.000. - EUROS - ISIN # XS0282978666

(iii). - ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM BY EPIQ SYSTEMS.

   I DESAGREE WHITH THE OBJECTION DUE TO THE FACT THAT LEHMANN BROTHERS UK CAPITAL FUNDING II LP AS ISSUER AND LEHMANN BROTHERS HOLDINGS PLC AS GUARANTOR AND LEHMANN BROTHERS INTERNATIONAL AS LEAD MANAGER AND LEHMANN BROTHERS HOLDINGS INC. WERE ALL RELATED INSTITUTIONS. THAT IS WHY I BELIVE THAT ALL OF THEM ARE LIABLE AND I SHOULD BE INCLUDED IN THE BANKRUPTCY PROCESS.

(iv). - COPY OF SECURITIE PROGRAMS PROOF OF CLAIM.

   STATEMENT ISSUED BY MERRILL LYNCH ON JANUARY 2010 WHERE APPEARS THE POSITION OF "EUR LEHMAN BROS UK C 5.75% PERPETUAL" (PAGE 9)

(v). - ADDRESS FOR REPLY: AVDA. EL SALTO 4001, PISO 12, HUECHURABA, SANTIAGO DE CHILE

(vi). - HALEBY, HENRY MANZANO: AVDA. EL SALTO 4001, PISO 12, HUECHURABA, SANTIAGO DE CHILE, TELEPHONE NUMBER: +5622484999

Please consider my objection in the bankruptcy process,

Best regards

Haleby, Henry Manzano



RECEIVED
OCT 25 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM



MAILID *** 0004898217 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000084138 ****
HALEBY, HENRY MANZANO
CURICO 18
OFICINA 501
SANTIAGO, CHILE

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | HALEBY, HENRY MANZANO |
| Date Received: | 10/06/2009 |
| Claim Number: | 36737 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

HENRY MANZANO HALEBY
CURICO 18, OFICINA 501
SANTIAGO, CHILE

Telephone number: 562 2484999   Email Address: hmanzanoh@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 200,000** (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0282978666** (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: 6023525**

(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 93999**

(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date.   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



# FINAL TERMS

Lehman Brothers UK Capital Funding IV LP (the "Issuer")

€200,000,000 Fixed Rate Enhanced Capital Advantaged Preferred Securities (Euro ECAPS®)
(the "Preferred Securities")

having the benefit of a subordinated guarantee of

Lehman Brothers Holdings Inc. (the "Guarantor")

Terms used herein shall be deemed to be defined as such for the purposes of the Description of the Preferred Securities set forth in the Base Prospectus dated 4th January, 2007 which constitutes a base prospectus for the purposes of the Prospectus Directive (Directive 2003/71/EC) (the **Prospectus Directive**). This document constitutes the Final Terms of the Preferred Securities described herein for the purposes of Article 5.4 of the Prospectus Directive and must be read in conjunction with the Base Prospectus. Full information on the Issuer and the offer of the Preferred Securities is only available on the basis of the combination of these Final Terms and the Base Prospectus. The Base Prospectus is available for viewing at 25 Bank Street, Canary Wharf, London E14 5LE and copies may be obtained from 25 Bank Street, Canary Wharf, London E14 5LE.

| | |
|---|---|
| **Closing Date:** | 25th January, 2007 |
| **Issue Price and Offer Price per Preferred Security:** | €1,000 |
| **Distribution Rate:** | 5.75 per cent. per annum payable annually in arrear |
| **Distribution Payment Dates:** | 25th April in each year with the first Distribution Payment Date being on 25th April, 2008 (long first coupon). |
| | In respect of the first Distribution accruing from and including the Closing Date, the applicable day count fraction shall be Actual/Actual (ICMA) which, subject to paragraphs 2.3 and 2.4 of the "Description of the Preferred Securities", shall result in a Distribution of €71.68 in respect of each Preferred Security being payable on 25th April, 2008. On each Distribution Payment Date thereafter, subject to paragraphs 2.3 and 2.4 of the "Description of the Preferred Securities", a Distribution of €57.50 shall be payable in respect of each Preferred Security. |

ECAPS® is a registered trademark of Lehman Brothers

| | |
|---|---|
| **Aggregate Nominal Amount of the Preferred Securities:** | €200,000,000 |
| **First Call Date of Subordinated Notes:** | 25th April, 2012 |
| | In the event that the Subordinated Notes or the Replacement Affiliate Investments are redeemed at the option of LBHI (or the issuer of the Replacement Affiliate Investments, as the case may be) pursuant to their terms and the General Partner intends to redeem the Preferred Securities pursuant to paragraph 4.2 of the "Description of the Preferred Securities", the General Partner shall give not less than 30 nor more than 60 days' notice to the Holders. |
| **Net proceeds:** | €196,000,000 |
| **Names and addresses of Managers:** | **Lead Manager**<br>Lehman Brothers International (Europe)<br>25 Bank Street, Canary Wharf, London E14 4LE, United Kingdom<br><br>**Co-Managers**<br>Banco Bilbao Vizcaya Argentaria, S.A.<br>Via de los Poblados s/n, Madrid 28033, Spain<br><br>Banco Millennium bcp Investimento, SA<br>Avenida José Malhoa, 27, 1070-157 Lisbon, Portugal<br><br>DZ BANK AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main<br>Platz der Republik, D-60265 Frankfurt am Main, Germany<br><br>EFG Eurobank Ergasias S.A.<br>8 Othonos St., 105 57 Athens, Greece<br><br>Nordea Bank Danmark A/S<br>Christiansbro, Strandgade 3, PO Box 850, DK-0900 Copenhagen C, Denmark |
| **ISIN:** | XS0282978666 |
| **Common Code:** | 028297866 |
| **Fondscode:** | 15957 |
| **Combined selling, management and underwriting** | €20 per Preferred Security |

commission:

| | |
|---|---|
| **Total estimated expenses of the issue of the Preferred Securities (including the commission):** | The total amount of expenses is estimated to be €4,180,000, broken down as follows (all figures approximate): |

Commissions payable: €4,000,000
Legal fees: €170,000
Listing fees: €5,000
Other fees: €5,000

**Ratings:**  The Preferred Securities are expected to be assigned on issue the following ratings:

Moody's Investors Service:    A3

Fitch, Inc:    A

Standard & Poor's Rating Services, a division of The McGraw-Hill Companies Inc.:    A-

**Date of resolution of Chief Financial Officer of LBHI:**    11th January, 2007

**Other terms:**    Not Applicable

The above pricing gives a yield of 5.75 per cent. per annum. Such yield is calculated at the Closing Date on the basis of the Issue Price. It is not an indication of future yield.

If closing of the Preferred Securities does not take place on the Closing Date or at all, the offer of the Preferred Securities will be withdrawn, all subscriptions for the Preferred Securities will be disregarded, any allotments made will be deemed not to have been made and any subscription payments made will be annulled. All dealings in the Preferred Securities prior to settlement and delivery are at the sole risk of the parties concerned.

Euronext Amsterdam N.V. is not responsible or liable for any loss incurred by any person as a result of a withdrawal of the offer of the Preferred Securities and/or (the related) annulment of any transactions on Eurolist by Euronext Amsterdam N.V.

The date of these Final Terms is 23rd January 2007.

## LISTING AND ADMISSION TO TRADING APPLICATION

These Final Terms comprise the final terms required to list and have admitted to trading the issue by Lehman Brothers UK Capital Funding IV LP of the Preferred Securities described herein.

## RESPONSIBILITY

Each of the LB GP No. 1 Ltd. (the "**General Partner**"), acting on behalf of the Issuer, and the Guarantor accepts responsibility for the information contained in these Final Terms.

Signed by LB GP No. 1 Ltd.
as General Partner,
acting on behalf of the Issuer:

By: ..................................

*Duly authorised*

Signed on behalf of the Guarantor:

By: ..................................

*Duly authorised*


**Merrill Lynch**

MR HENRY MANZANO HALEBY,
MR HENRY MANZANO ZAHR AND
MRS ADRIANA ZAHR CHAMPY JTWROS
CURICO 18 OFICINA 501
SANTIAGO
CHILE

Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 1 de 9

¿Preguntas?
*Por favor comuníquese con su Asesor Financiero:*
*Tel: 562-370-7000*
*1015*

### Valor neto de la cartera al 29 Ene 2010:

| | |
|---|---:|
| Fondos en efectivo y equivalentes | 30,337 |
| Posiciones en la cartera | 386 |
| Pasivos | 0 |
| Valor neto de la cartera en USD | *30,723* |

### Indice de contenido

Extractos..................................................................................3
Posiciones ...............................................................................6
Actividad .................................................................................7

Presentado por: MERRILL LYNCH CHILE S.A.
Merrill Lynch no opera como una entidad bancaria en todas las jurisdicciones. Algunos servicios y productos no están disponibles en todas las jurisdicciones.
Sus transacciones con el Grupo de Banca Privada Internacional se conducen por medio de las cuentas siguientes:
Merrill Lynch, Pierce, Fenner & Smith Incorporated - 166-13C62; 916-166PT



**Merrill Lynch**

Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 2 de 9

Esta página debe quedar en blanco.



Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 3 de 9

## Resumen de valoración en Dólares de EE. UU.

| *Fondos en efectivo y equivalentes* | Valor período anterior | Valor este período | Cambio porcentual |
|---|---|---|---|
| ctivo y fondos monetarios CMA | 30,336 | 30,337 | |
| Js fondos del mercado monetario | 0 | 0 | |
| Depósitos a la vista | 0 | 0 | |
| Depósitos a plazo fijo | 0 | 0 | |
| Total | 30,336 | 30,337 | |
| *Posiciones en la cartera* | | | |
| Renta fija | 2,433 | 386 | |
| Acciones | 0 | 0 | |
| Instrumentos de inversión colectiva | 0 | 0 | |
| Otros | 0 | 0 | |
| Total | 2,433 | 386 | |
| *Pasivos* | | | |
| Saldo en débito | 0 | 0 | |
| Valor de mercado corto | 0 | 0 | |
| Préstamos a la vista | 0 | 0 | |
| Préstamos a plazo fijo | 0 | 0 | |
| Total | 0 | 0 | |
| **Valor neto de la cartera en USD** | 32,769 | 30,723 | -6.24% |

## Resumen de ingresos

| | Valor este período |
|---|---|
| Dividendos | 0 |
| Intereses | 1 |
| Total en USD | 1 |

## Resumen de la actividad del efectivo

| | Valor este período |
|---|---|
| Adiciones | 1 |
| Subtracciones | 0 |
| Cambio neto en efectivo en USD | 1 |

## Resumen de asignaciones de divisas

| | Valor en divisa de referencia |
|---|---|
| Dólares de EE. UU. | 30,337 |
| Euro | 386 |
| Total en USD | 30,723 |



Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 4 de 9

## Resumen de ingresos

| *Derivados de efectivo y equivalentes* | Dividendos este período | Dividendos del año a la fecha | Intereses este período | Intereses del año a la fecha |
|---|---|---|---|---|
| Dólares de EE. UU. | — | — | 1.08 | 1.08 |
| .i en USD | 0.00 | | 1.08 | |
| **Ingresos totales en USD** | **0.00** | | **1.08** | |

## Resumen de pérdidas y ganancias (Excluye valores que no reflejen costos de adquisición o precios de mercado)

| | Realizados este período | Realizados del año a la fecha | No realizados este período |
|---|---|---|---|
| Euro | — | — | -296,677.00 |

## Asignaciónes de divisas

| *Activos* | Fondos en efectivo y equivalentes | Renta fija | Acciones | Instrumentos de inversión colectiva | Otros | Total | Porcentaje de activos [1] | Valor en divisa de referencia |
|---|---|---|---|---|---|---|---|---|
| Dólares de EE. UU. | 30,337 | — | — | — | — | 30,337 | 98% | 30,337 |
| Euro | — | 278 | — | — | — | 278 | 1% | 386 |
| **Total en USD** | **30,337** | **386** | | | | | **100%** | **30,723** |

### *Tasas de cambio al 29 Ene 10*

| De | A | Valor | | De | A | Valor |
|---|---|---|---|---|---|---|
| Euro | Dólares de EE. UU. | ░░░░░░░░░ | | Dólares de EE. UU. | Euro | ░░░░░░░░░ |

 Merrill Lynch

Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 5 de 9

Asignación de activos'



| | |
|---|---|
| Acciones | 0% |
| Renta fija | 1% |
| Fondos en efectivo y equivalentes | 98% |
| Otros | 0% |

**Merrill Lynch**

Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 6 de 9

## Posiciones

### Efectivo y fondos monetarios CMA

Dólares de EE. UU.
res de EE. UU.

Dólares de EE. UU.[2]

| | MLPF&S Número de cuenta | Descripción | Saldo inicial en divisa de compraventa | Tasa de interés | Saldo al cierre en divisa de compraventa | Valor en divisa de referencia |
|---|---|---|---|---|---|---|
| | 166-13C62 | Cash | 0.40 | | 0.48 | |
| | 166-13C62 | Units of CMA Dollar Asset Port | 373.00 | 0.04%[3] | 373.00 | 373 |
| | | Total ML Bank Deposit Program[2] | 29,963.00 | | 29,964.00 | |
| | 166-13C62 | ML Bank Deposit Program - FIA | 29,963.00 | 0.05%[9] | 29,964.00 | 29,964 |

Total en USD

30,337

**Total fondos en efectivo & equivalentes en USD**
Crédito

30,337

### Renta fija
Euro

| | Fecha de adquisición | Cantidad | Base de costo total | Valor actual de mercado | Ganancia/pérdida no realizada | Intereses devengados | Ingresos anuales estimados | Valor de mercado actual en divisa de referencia |
|---|---|---|---|---|---|---|---|---|
| EUR Lehman Bros Cap 5.125% Perpetual | 13 Nov 06 | 100,000 | 96,937 | 259 | -96,678 | | | 360 |
| EUR Lehman Bros UK C 5.750% Perpetual | 12 Ene 07 | 200,000 | 200,018 | 19 | -199,999 | | | 26 |

Total

278 EUR

**Total inversiones en renta fija en USD**

USD 386

386

Todos los valores y otros activos, excepto donde se indice en el pie de página, se mantienen en una cuenta con Merrill Lynch, Pierce, Fenner & Smith Incorporated, y están protegidos por la SIPC (sujetos a las limitaciones impuestas por la SIPC) salvo se indique lo contrario. Por favor, véase la última página de este estado de cuenta para las excepciones y otras notas importantes. Para obtener información sobre la SIPC, incluido el Folleto de la SIPC, comuníquese con la SIPC a través de www.sipc.org o llamando al (202) 371-8300.

 **Merrill Lynch**

Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 7 de 9

| Actividad | | | | |
|---|---|---|---|---|
| *Ingresos* | Cantidad | Descripción | Cantidad en divisa de compraventa | Valor de mercado actual en divisa de referencia |
| Dólares de EE. UU. | | | | |
| ne 10 | Bank Interest | ML Bank Deposit Program | 1.00 | 1.00 |
| | | Bank Deposit Interest | .08 | .08 |
| **Total en USD** | | | | 1.08 |
| **Total de adiciones al efectivo en USD** | | | | **1.08** |



Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 8 de 9

*Información de CMA*

La Cuenta CMA 166-13C62 tenia un poder adquisitvo de $0 y capacidad de endeudamiento de $30,337 al final de este período.

*Notas a pie de pagina*

1 suma de estos porcentajes quiza no den 100%, ya que no se indican los decimales.

2 Este programa no esta bajo el amparo de la SIPC.

3 Rendimiento promedio - 01 Ene 2010 a 29 Ene 2010

Para transacciones con Merrill Lynch International Bank Limited, Singapore: La valuación del DCP (Dual Currency Product - Producto Bimonetario) presupone que el producto se mantendrá hasta su vencimiento. De ser así, se incluye el Monto principal, los Intereses y la Prima a la fecha a una tasa de rendimiento mínima garantizada. Remitase a la Confirmación del DCP donde se establecen los términos principales del DCP, incluidos los Intereses y Primas. Si se liquida un DCP antes de su fecha de vencimiento, se descontará un porcentaje considerable de intereses y/o del Monto principal.

Todas las valoraciones de este período fueron calculadas usando la tasa que aparece. El "valor periodo anterior" en página 3 de este estado de cuenta fue calculado con las tasas de cambio de divisa del mes pasado.

Los inversores en ciertos productos de inversión vinculados a capital generadores de renta adquiridos a través de una oficina situada en el Reino Unido recibirán información adicional cada 6 mese sobre su valor a la fecha de vencimiento a través de su oficina en el Reino Unido.

El resumen de pérdidas y ganancias que aparece en una página anterior no incluye información para valores por lo cual no tenemos precios actuales o costos de adquisicion.

Por favor, indique a su Jefe de Relaciones cualquier discrepancia en las transacciones con valores o en las inversiones realizadas, o cualquier cambio en su dirección. Tambien puede enviar su correspondencia - incluyendo sus reclamaciones - a la siguiente dirección o puede ponerse en contacto con la oficina llamando al número de teléfono que aparece en la primera página de esta informacion.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) es un corredor-intermediario registrado y una subsidiaria de propiedad absoluta de Bank of America Corporation.

Santiago, Chile
Sanchez Fontecilla 310 Piso 10
Las Condes Santiago Chile

Merrill Lynch, Pierce, Fenner & Smith Inc.
Member, Securities Investors Protection
Corporation (SIPC)



Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 9 de 9

### INFORMACION IMPORTANTE, RESPECTO A SU CUENTA DE VALORES EN MLPF&S

1. MLPF&S recibe una comisión de las instituciones participantes de hasta el 2% por año de los saldos diarios promedio en el programa ISA®. En el programa de depósitos de ML Bank, esta comisión es de hasta el 0,50% y la abonan nuestros bancos afiliados.
2. MLPF&S negocia por cuenta propia, como negociante en partidas menores de 100 acciones, inversionista en bloque y/o negociante de arbitrajes. A realizar cualquier transacción relativa a su cuenta, MLPF&S puede una posición alcista o bajista en el mismo valor, y su posición puede estar total o parcialmente asegurada.
3. Este extracto de cuenta, con los datos que en él constan, se tendrá por definitivo si no se objetare en diez (10) días. A fin de proteger sus derechos según la Ley de Protección al Inversionista de Valores, es importante que informe inmediatamente acerca de cualquier inexactitud en su extracto de cuenta a Merrill Lynch Client Services, al 800MERRILL (800-637-7455). Las comunicaciones verbales deben volverse a confirmar por escrito.
4. MLPF&S no es un banco y, a menos que se indique lo contrario, los TÍTULOS OFRECIDOS POR MLPF&S NO ESTÁN ASEGURADOS POR LA CORPORACIÓN FEDERAL DE SEGURO DE DEPÓSITOS (FEDERAL DEPOSIT INSURANCE CORPORATION), NO ESTÁN GARANTIZADOS POR NINGÚN BANCO Y PUEDEN PERDER VALOR.
5. MLPF&S puede utilizar el saldo crédito de cierre de usted en sus propios negocios, con sujeción a las limitaciones impuestas por el CFR, 17, Sección 240 15c3-3 de la Ley de Bolsas de 1934. Usted tiene el derecho absoluto de recibir, en el giro normal de los negocios, cualquier saldo crédito libre y cualesquiera valores totalmente pagados a los cuales tenga derecho, con sujeción a cualesquiera compromisos pendientes, en cualquiera de sus cuentas. Usted tiene el derecho de recibir los valores adquiridos a través del servicio de Margin Lending$^{SM}$, al pagar totalmente cualquier deuda.
6. Si este extracto corresponde a una cuenta con el servicio Margin Lending$^{SM}$, es un extracto combinado de su cuenta de margen y una cuenta especial de orden para usted, según de la Regulación T, emitida por la Junta de Directores de Federal Reserve System. Los datos permanentes sobre la cuenta independiente, se encuentran a su disposición para ser comprobados a petición suya de acuerdo con lo exigido por la Regulación T.
7. Usted debe conservar este extracto de cuenta, para utilizarlo junto con el próximo, para calcular los intereses cargados por el servicio Margin Lending$^{SM}$, si los hubiere, por el período abarcado por este extracto. El período de cobro de intereses será paralelo al del extracto, con la excepción de que los intereses por el último día del período del extracto, se trasladarán al mes siguiente y aparecerán en el extracto correspondiente a éste.
8. El Informe financiero de MLPF&S está a su disposición, para ser comprobado personalmente en sus oficinas, y se le enviará por correo una copia del mismo, si lo solicita por escrito.
9. El valor en el mercado de un título en cartera se calcula multiplicando la cantidad en cartera por el valor en el mercado, si se conoce. Los títulos de renta fija se negocian principalmente en ventanilla y se valoran al precio de la oferta más reciente o según el equivalente de rendimiento. Las emisiones menos negociadas pueden valorarse utilizando un rendimiento basado en un sistema matricial y pueden no reflejar un precio real en el mercado, sino una aproximación matemática, deducida por computadora. Aunque MLPF&S se esfuerza por proporcionar precios correctos, en algunos casos los precios pueden no reflejar exactamente el valor cual los títulos podrían venderse.
10. Los intereses devengados en relación con el servicio Margin Lending$^{SM}$, son exigibles y pagaderos el día laborable anterior a la fecha de cierre del extracto. Su asesor financiero puede informarle sobre la suma exacta. Si el interés no se paga en su totalidad al hacerse exigible, la suma pendiente de pago se cargará a su cuenta y se agregará al capital adeudado por usted, sobre el cual se cobrarán intereses.
11. Se han hecho todos los esfuerzos posibles para brindar datos exactos sobre costos y fechas de adquisición para los valores en sus cuentas con Merrill Lynch, Pierce, Fenner & Smith Inc. Se ruega, sin embargo, tener en cuenta que algunos datos han sido derivados de fuentes que consideramos fidedignas pero ello no se puede garantizar. Además, los datos de costos y las fechas de adquisición de valores no adquiridos en su cuenta se entran a mano a partir de datos que Vd. suministrará a su asesor financiero. Las cifras de costos se ajustan para tener en cuenta cambios de capital, que incluyen rendimiento identificable de capital. Le rogamos revise la exactitud de esta información ya que no podemos asumir responsabilidad alguna por datos omitidos o declarados erróneamente.
12. Precios, que no sean por transacciones efectuadas, y que son usados para determinar la valorización de la cartera se obtienen generalmente de fuentes que consideramos fidedignas. Si bien nos esforzamos por proveer precios exactos no siempre reflejan el valor en que se pueden comprar o vender los valores u obligaciones. Los activos que no están denominados en su moneda de base se valúan usando la tasa de cambio vigente el último día de este período.

### SIMBOLOS Y ABREVIATURAS
que pueden aparecer en su extracto MLPF&S

| | | | |
|---|---|---|---|
| | No se puede fijar el precio de estos activos ya que no existe un valor de mercado, una fuente de precios verificable en forma independiente o el título no se comercializa. | □ | Intereses comunicados a la Administración de Rentas Internas (IRS) por MLPF&S, por mandato de la ley de los EE.UU. |
| COL | Valor utilizado como garantía | * | Dividendos comunicados a la Administración de Rentas Internas (IRS) por MLPF&S, por mandato de la ley de los EE.UU. |
| DED | Escritura que verifica los derechos de propiedad | ~ | Merrill Lynch considera importante a esta compañía.. |
| DEF | Emisor que no puede efectuar el pago en tiempo | : | Transacciones informadas a la Administración de Rentas Internas (IRS). |
| FRC | Parte fraccionaria de un título completo | N/A | Valor no disponible, a efectos de la elaboración de este extracto. |
| LIQ | Activos en liquidación | NPC | Derechos sobre activos que no se encuentran registrados a nombre nuestro ni de nuestros representantes fiduciarios, y de los cuales ni nosotros ni dichos representantes somos tenedores, y de los que son tenedores ustedes o que se encuentran registrados a su nombre en los registros del emisor o del agente de este. Merrill Lynch, Pierce, Fenner & Smith Inc. no controla dichos activos financieros ni actúa como depositario de los mismos. |
| LON | Préstamo contra una cuenta de retiro | | |
| LP | Sociedad de personas de carácter limitado | | |
| NOT | Notarial, no tiene un agente de transferencia | | |
| TR | Título intransferible | | |
| PP | Colocación privada: no registrado con la SEC | | |
| PRN | Este activo es un pagaré | N/N | Títulos no negociables. |
| WOR | El título no tiene valor | N/N N/O | Títulos no negociables en cartera, registrados a su nombre. |
| | | N/O | En cartera registrada a su nombre. |
| | | NOCC | Options Clearing Corporation. |
| | | RD | Los bonos pueden convertirse de al Portador a nominativos y viceversa, en forma gratuita. |
| | | RG | Bonos nominativos, tanto respecto al capital como a los intereses. |

CMA® Y CASH MANAGEMENT ACCOUNT® SON MARCAS REGISTRADAS DE MERRILL LYNCH & CO., INC.

El presente contrato está redactado tanto en inglés como en español. En el supuesto de que existiera cualquier ambiguedad o discrepancia en la interpretación del contrato, la versión inglesa prevalecerá en todo caso.

#1166 #1A13C62 #2166 #31015 #44 #5C #600 #7