Hearing Date and Time:  December 6, 2011 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time:  November 4, 2011 at 4:00 p.m. (Prevailing Eastern Time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Kenneth S. Ziman
Max S. Polonsky
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Och-Ziff Capital Management Group LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re                                                                              :    Chapter 11
                                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                                                                         :
            Debtors.                                                         :    (Jointly Administered)
                                                                                         :
-------------------------------------------------------------------x

**STATEMENT IN SUPPORT OF CONFIRMATION OF THE THIRD AMENDED JOINT
CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS
AFFILIATED DEBTORS**

Och-Ziff Capital Management Group LLC ("Och-Ziff"), by and through its undersigned attorneys, hereby submits this statement in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Lehman Brothers Holdings Inc. and its affiliated debtors-in-possession (together, the "Debtors") in support of confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"), and respectfully represents as follows:

1. On September 15, 2008 and periodically thereafter, the Debtors commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court").

2. Och-Ziff entered into a Plan Support Agreement with the Debtors as of June 30, 2011 (as amended, the "PSA"). The PSA provides that, subject to the terms and conditions of the PSA, Och-Ziff shall file a statement in support of the approval of the confirmation and consummation of the Plan.

3. Och-Ziff further believes that it is in the best interests of the Debtors' estates that the Chapter 11 Cases proceed toward confirmation and prompt distributions to creditors.

4. Notwithstanding the foregoing, Och-Ziff reserves all of its rights in respect of the Plan and all other matters consistent with the terms of the PSA and its obligations thereunder.

Dated:  New York, New York
November 4, 2011

Respectfully submitted,

Skadden, Arps, Slate, Meagher & Flom LLP

By: */s/ Kenneth S. Ziman*
Kenneth S. Ziman
Max S. Polonsky
Four Times Square
New York, New York 10036
Telephone:  212-735-3000
Facsimile:  212-735-2000

*Attorneys for Och-Ziff Capital Management Group LLC*