**Hearing Date and Time:  December 6, 2011 at 10:00 a.m. (Eastern Time)**

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
551 Fifth Avenue
New York, NY 10176
(212) 986-6000
Abbey Walsh

Counsel for Elliott Management Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
                                                               :
In re:                                                         :        Chapter 11 Case
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        No. 08-13555 (JMP)
                                                               :
            Debtors.                                           :        (Jointly Administered)
                                                               :
-------------------------------------------------------------- x

### STATEMENT OF ELLIOTT MANAGEMENT CORP. IN SUPPORT OF THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATE DEBTORS

            Elliott Management Corp. ("Elliott")[1] (in its capacity as manager), Elliott

Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and

Alston Investments LLC (collectively, the "Elliott Entities"), through the undersigned

counsel, hereby file this statement in support of confirmation of the Debtors' "Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated

Debtors" (the "Plan"), filed by Lehman Brothers Holdings Inc. and its affiliated chapter

11 debtors (the "Debtors").

            The Plan is the result of intensive negotiations among the Debtors, the

Creditors' Committee, and numerous creditor constituencies.  The Elliott Entities support

---

[1]    Elliott is a member of the Official Committee of Unsecured Creditors (the "Committee").  Elliott has, with the Bankruptcy Court's approval, established a "screening wall" between Elliott personnel who are engaged in Committee activities and Elliott personnel who are not engaged in Committee activities and who have remained able to trade securities and claims ("Non-Committee Personnel") [*see* Docket

confirmation of the Plan, subject to the terms of Elliott's Plan Support Agreement with

the Debtors.  The Elliott Entities further believe that it is in the best interests of the estates

that these cases proceed toward confirmation and the prompt making of distributions to

creditors.


Dated:  November 4, 2011        Respectfully submitted,

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By:   /s/ Abbey Walsh
      Abbey Walsh

551 Fifth Avenue, 18th Floor
New York, NY 10176
(212) 986-6000

Counsel for Elliott Management Corp.

---

Nos. 7407 & 7690].  This Statement is filed through Non-Committee Personnel, solely in Elliott's
individual capacity, and not in Elliott's capacity as a member of the Committee.

556743v.1