# EXHIBIT A

**EXHIBIT A**

| Counterparty | Debtor |
|---|---|
| 801 Grand 2006-2 | LBSF |
| 801 GRAND CDO SPC SERIES 2006-1 | LBSF |
| AIRLIE CDO I | LBSF |
| AIRLIE LCDO I (AVIV LCDO 2006- 3, LIMITED) | LBSF |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | |
| ALTA CDO 2007-1 LTD | LBSF |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | LBSF |
| AVIV LCDO 2006-1 LIMITED | LBSF |
| AVIV LCDO 2006-2 LIMITED | LBSF |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | LBSF |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | LBSF |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | LBSF |
| CBTC 2004-6 | LBSF |
| CHERRY HILL CDO SPC, F/A/O THE SERIES 2007-1 SEG PORTF | LBSF |
| CHERRY HILL CDO SPC, F/A/OTHE SERIES 2007-2 SEG PORTF | LBSF |
| COPPER CREEK 2007-1 | LBSF |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | LBSF |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | LBSF |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | LBSF |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | LBSF |
| EMERALDS SERIES 2007-1 TRUST | LBSF |
| EXUM RIDGE CBO 2006-1 LTD | LBSF |
| EXUM RIDGE CBO 2006-2 LTD | LBSF |
| Exum Ridge CBO 2006-4, Ltd. | LBSF |
| EXUM RIDGE CBO 2006-5 LTD | LBSF |
| EXUM RIDGE CBO 2007-1, LTD | LBSF |
| EXUM RIDGE CBO 2007-2 LTD | LBSF |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | LBSF |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | LBSF |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | LBSF |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOLIO | LBSF |
| GULF STREAM - COMPASS CLO 2007 LTD | LBSF |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | LBSF |
| LAKEVIEW CDO 2007-2 | LBSF |
| LAKEVIEW CDO SPC 2007-1 | LBSF |
| LAKEVIEW CDO SPC 2007-3 | LBSF |
| LAKEVIEW 2007-4 | LBSF |
| LB COMMERCIAL TRUST 2007-C3 | LBSF |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | LBSF |

3099403.01.01.doc

| Counterparty | Debtor |
|---|---|
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | LBSF |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE TRUST 2007-2 | LBSF |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | LBSF |
| PEBBLE CREEK LCDO 2006-1 LTD | LBSF |
| Pebble Creek LCDO 2007-3, Ltd. | LBSF |
| PENNS LANDING CDO 2007-1 | LBSF |
| RACERS 2003-07-A CITI | LBSF |
| RACERS 2005-10-C | LBSF |
| RACERS 2005-13-C | LBSF |
| RACERS 2005-19-C | LBSF |
| RACERS 2005-21-C | LBSF |
| RACERS 2006-18-C ABX-A-06-1-I | LBSF |
| RACERS 2006-18-C ABX-A-06-1-II | LBSF |
| RACERS 2006-18-C ABX-A-06-1-III | LBSF |
| RACERS 2006-18-C ABX-A-06-2-I | LBSF |
| RACERS 2006-18-C ABX-A-06-2-II | LBSF |
| RACERS 2006-18-C ABX-A-06-2-III | LBSF |
| RACERS 2006-1-C | LBSF |
| RACERS 2006-20-AT | LBSF |
| RACERS 2007-4-C FTD | LBSF |
| RACERS 2007-7-MM | LBSF |
| RACERS 2008-2-C | LBSF |
| RACERS 2008-3-C | LBSF |
| REPACKAGED AMERICAN GENERAL FRTC 2003-1 | LBSF |
| RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2005-21-C TRUST | LBSF |
| RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2007-4-C TRUST | LBSF |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | LBSF |
| SOLAR V CDO SPC, F/A/O THE SERIES 2007-1 SEGR PORTF | LBSF |
| STOWE CDO SERIES 2006-1 LLC | LBSF |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | LBSF |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | LBSF |
| SUNSET PARK CDO SERIES 2005-6 LLC | LBSF |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | LBSF |
| WHITE MARLIN CDO 2007-1 LIMITED | LBSF |