UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
                         Debtors.                                  :    (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING APPLICATION FOR THE ALLOWANCE OF INTERIM COMPENSATION FOR THE PERIOD OF JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010 FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AND OTHER RELIEF

Upon consideration of the application (the "Application") of Curtis, Mallet-Prevost, Colt & Mosle LLP ("Curtis") for allowance of interim compensation for professional services performed and reimbursement of actual and necessary expenses incurred during the period of June 1, 2010 through September 30, 2010 (the "Application Period"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and Curtis having voluntarily reduced the amount of requested compensation for the Application Period from $4,727,258.00 to $4,634,376.17 and its requested reimbursement of expenses from $188,198.37 to $187,655.49 after discussions with the fee committee appointed in these chapter 11 cases with respect to the Application; and upon consideration of the *Fee Committee's Summary Report – Fifth and Sixth Interim Period Applications for Fees and Expense Reimbursement*, filed on July 18, 2011 [Docket No. 18603]; and after due notice pursuant to the second amended order dated June 17, 2010 governing case management and administrative procedures [Docket No. 9635]; and there being no objections to the allowance of the amounts set forth on Schedule A; and after due

consideration and upon all of the proceedings had before the Court, and sufficient cause appearing therefore, it is hereby

        ORDERED, that the Application is granted to the extent provided in Schedule A.

Dated: New York, New York
       November 4, 2011

                        *s/ James M. Peck*
                        UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE A

**08-13555 (JMP)**  Schedule A
**In re: Lehman Brothers Holdings Inc., et al.**

**CURRENT INTERIM FEE PERIOD**
**June 1, 2010 to September 30, 2010**

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP | December 14, 2010  13487 | $4,727,258.00 | $4,634,376.17 | $852,569.77 | N/A | $852,569.77 | $198,520.63 | 0.00[1] |

Date:  November 4, 2011                                Initials: *JMP*, USBJ

---

[1] In accordance with the Court's Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 4165], Curtis received payments of its requested reimbursement of expenses incurred in the Application Period.  After taking into account subsequent voluntary reductions, Curtis received $1,589.43 more than it should have for expenses for the Application Period.  In addition, Curtis and the Fee Committee have agreed to defer resolution of $34,103.60 in certain administrative expenses for the Application Period.  Accordingly, the Debtors will deduct the total amount of $35,693.03 from the above total of "Fees to be Paid for Current Fee Period" when making payment to Curtis pursuant to this Order.  Therefore, the net amount owed to Curtis with respect to the Application Period is $816,876.74.

**SCHEDULE B**

**08-13555 (JMP)**  Schedule B
**In re: Lehman Brothers Holdings Inc., et al.**

## FINAL FEE APPLICATION TOTALS
### September 15, 2008 to September 30, 2010

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Paid (including amounts paid pursuant to this Order) | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Paid (including amounts paid pursuant to this Order) |
|---|---|---|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP | $25,176,344.50 | $24,684,696.31 | $925,362.00 | $771,861.02 |

Date: November 4, 2011                                              Initials: *JMP*, USBJ