Kristin K. Going
Drinker Biddle & Reath LLP
1500 K. St., N.W., Suite 1100
Washington, DC 20005
(202) 230-5000

*Counsel to Richard Hayne*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- x
                                   :
In re:                             :
                                   :
                                   :  Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., et al.,  :  Case No. 08-13555-JMP
                                   :
       Debtors.                    :  (Jointly Administered)
                                   :
---------------------------------- x

## CERTIFICATE OF SERVICE

I, Kristin K. Going, hereby certify that on this 4th day of November 2011, I caused true and correct copies of the **Limited Objection and Reservation of Rights with Regard to Debtors' Third Amended Joint Plan of Lehman Brothers Holdings, Inc. and Its Affiliated Debtors** to be served by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "CM/ECF System") upon registered users of the CM/ECF System and by overnight delivery upon the parties listed below.

Dated: November 4, 2011

/s/ *Kristin K. Going*
Kristin K. Going
Drinker Biddle & Reath LLP
1500 K. St., N.W., Suite 1100
Washington, DC 20005
Tel: (202) 230-5000
Fax: (202) 842-8465

CH01/ 25841493.1

*Counsel to Richard Hayne*

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Harvey R. Miller, Lori R. Fife and Alfredo R. Perez | Office of the United States Trustee for Region 2<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Tracy Hope Davis, Elisabetta Gasparini, and Andrea B. Schwartz |
| Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck | |