Monika Leisse-Stankoweit
Sentruper Höhe 10
D-48149 Münster
Germany

Münster, October 23, 2011

By Airmail to:

US Bankruptcy Court Southern District of New York
The Chambers of the Honorable James M. Peck
One Bowling Green,
New York, New York 10004
Courtroom 601

Weil Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York
New York 10153
Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.

The office of the United States Trustees for Region 2,
33 Whitehall Street
21st Floor,
New York, New York 10004
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
Attorneys for the official committee of unsecured creditors appointed in these cases
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnel, Esq., and Evan Fleck, Esq)

Page 1


RECEIVED
OCT 26 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

## Subject

- Appeal against the decision " disallowance and expungement of my claim as listed, in its entirety on the ground that the debtor have no liability of the claim" as shown in the notice of the United States Bankruptcy Court Southern District of New York sent to me on September 16, 2011.

- Evidence that my claim of this unsecured security (Bond No ISIN XS0282978666) is fully justified

Ladies and Gentlemen,

With this letter I put my appeal against the "Notice of the hearing on Debtors two hundred thirteenth omnibus objection to disallow and expunge certain filed proofs of claim" dated from September 16, 2011.

The structure of this letter follows the requirements given in paragraph 5 (of that letter mentioned above).

I: **Name of the Bankruptcy Court: US Bankruptcy Court Southern District of New York**

Name of the Debtor: Lehman Brothers Holdings Inc.

Case Number: 08-13555 (JMP)

Title of the Objection to which the Response is directed:

TWO HUNDRED THIRTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

**II: Name of the Claiment:** Monika Leisse-Stankoweit

| Creditor, Name and Address<br>Leisse-Stankoweit, Monika<br>SENTRUPER HÖHE 10<br>Münster, 48149 Germany | Claim Number:<br>Date Filed:<br>Debtor.<br>Classification and Amount: | 65631<br>11/16/2009<br>08-13555<br>UNSECURED: 38,470.00 US$ |
|---|---|---|

**Description of the basis for the amount of the claim:**

- The respective unsecured security (Bond No ISIN XS0282978666) was issued in Europe by LBHI under the name of Lehman Brothers UK Capital Funding IV L.P.; the principal amount is 27,000.00 EURO and translated by an appropriate FX rate, US $ 38,470.00.

- In the original proof of claim to the United States Bankruptcy Court Southern District of New York all the attested documents were submitted.

**III: A concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection:**

With this letter I register my objection and request to remain in the list of creditors to Lehman Brothers Holdings Inc. for the following reasons:

- The acquisition of that security was done legally by me. The custodian has put this security into my deposit and that material was submitted with the documentation to the Proof of claim (Details: Bond No ISIN XS0282978666, housebank/cutodian: Sparkasse Münsterland Ost). All this documents proofs that I'm in the legal possession of that security.

- With the blocking-and account number (requested and correctly reported throughout the filing process), the lawful possession on this security by myself to the US Court got documented too.

- The Bond No. XS0282978666 was issued in Euro as an unsecured security (principal amount 27,000.00 Euro). However, the application form of the US-Court had requested the claim translated into US Dollars only by using an appropriate FX rate (from Euro to US-Dollars). Please note: The principle amount was only factored into the form. No interest got calculated on top of this amount.

- Lehman Brother Holdings Inc. provided a subordinary guarantee to this security, when issued it under the title Lehman Brothers UK Capital Funding IV L.P.. By this guarantee (see 213th omnibus objection exhibit B page 2, see enclosure) we believe that my claim is rightfully addressed to Lehman Brother Holdings Inc.

Page 3

Holds together, I note that there is a demand for rights with respect to Lehman Brothers Holdings Inc. that the title is booked into my lawful custodian, confirmed by my bank, attested by the right blocking and account number. Lehman Brother Holdings Inc. has to honor this obligaton that was issued on it's behalf.

For these reasons, I insist my claim being still in the list of creditors and has to be fully honoured.

IV: All documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009 establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271], upon which you rely in opposing the Objection:

Enclosure: 213th omnibus objection exhibit B, page 2

Sincerely Yours

Monika Leisse-Stankoweit
(Signature)

Enclosure: The US Bankruptcy Court Southern District of New York 213th omnibus objection exhibit B, page 2

Page 4

Exhibit B

# LEHMAN BROTHERS UK CAPITAL FUNDING IV LP
*(a limited partnership organised under the laws of England and Wales)*

## Euro Fixed Rate Enhanced Capital Advantaged Preferred Securities (Euro ECAPS$^{SM}$)

having the benefit of a subordinated guarantee of

# LEHMAN BROTHERS HOLDINGS INC.
*(incorporated with limited liability in the State of Delaware)*

The Euro Fixed Rate Enhanced Capital Advantaged Preferred Securities (the Euro ECAPS$^{SM}$ or the Preferred Securities), each with a liquidation preference of €1,000, will comprise limited partnership interests in Lehman Brothers UK Capital Funding IV LP (the Issuer).

<u>Holders of the Preferred Securities will receive (subject as described herein under "Description of the Preferred Securities") non-cumulative preferential cash distributions (the Distributions) payable annually in arrear on the date specified in the Final Terms referred to herein in each year at the fixed rate per annum specified in the Final Terms referred to herein, all as more fully described herein under "Description of the Preferred Securities".</u>

See "Risk Factors" for a discussion of certain factors that should be considered by prospective investors, including certain United States federal income tax conseqences.

<u>As an English limited partnership, the Issuer will not be a legal entity separate from its partners. The Preferred Securities will benefit from a subordinated guarantee to be dated the Closing Date (the Subordinated Guarantee) entered into by Lehman Brothers Holdings Inc. (LBHI) of declared dividends and redemption amounts, all as more fully described herein under "Subordinated Guarantee".</u>

Application has been made to the Financial Services Authority in its capacity as competent authority under the Financial Services and Markets Act 2000 (the UK Listing Authority) for the Preferred Securities to be admitted to the Official List of the UK Listing Authority (the Official List) and to the London Stock Exchange plc for the Preferred Securities to be admitted to trading on the London Stock Exchange plc's Gilt Edged and Fixed Interest Market.

Application will also be made to Euronext Amsterdam N.V. (Euronext Amsterdam) for the Preferred Securities to be admitted to trading on Eurolist by Euronext Amsterdam. The London Stock Exchange's Gilt Edged and Fixed Interest Market and Euronext Amsterdam are regulated markets for the purposes of Directive 93/22/EC (the Investment Services Directive).

This document has been approved by the UK Listing Authority as a base prospectus within the meaning of Directive 2003/71/EC (the Prospectus Directive). Certain information relating to the Preferred Securities will be contained in the Final Terms, see "Summary – Final Terms" and "Form of Final Terms" for details of such information.

Lead Manager

# LEHMAN BROTHERS

The date of this Base Prospectus is 4 January 2007

ECAPS$^{SM}$ is a service mark of Lehman Brothers