## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Banque Baring Brothers Sturdza SA** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br>Banque Baring Brothers Sturdza SA<br>112 rue du Rhône, PO BOX 3024,<br>1211 Geneva 3, Switzerland<br>+41 22 317 9822<br>Attn: Mrs. Joelle Polliand<br>EMAIL: j.polliand@bbbsa.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>**EUR 50'000.00 (face amount of securities)** | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____    Date: October 26, 2011
Marc Boryszewski & Geneviève Gugger
Banque Baring Brothers Sturdza SA
112 rue du Rhône, PO BOX 3024,
1211 Geneva 3, Switzerland

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| CPN Lehman Bros Treasury BV 2007-30.7.2010 | XS0309871019 | Lehman Brothers Treasury BV | Lehman Brothers Holding Inc. | EUR 50'000.00 out of EUR 3'120'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 12 and in paragraphs/lines 4 of the Addendum to the Proof of Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Banque Baring Brothers Sturdza SA
112 rue du Rhône, PO BOX 3024,
1211 Geneva 3, Switzerland
Telephone: +41 22 317 9822
Fax: + 41 22 310 38 80
Attention: Mrs. Joëlle Polliand

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 21, 2011.

UBS AG
Transferor

By: _____
    Name: Hugo Koller
    Title: Director

By: _____
    Name: Jean-Claude Besson
    Title: Associate Director

ACKNOWLEDGED BY:

Banque Baring Brothers Sturdza SA
Transferee

By: _____
    Marc Boryszewski & Geneviève Gugger
    Members of Management



Scotia Plaza, 11 Adelaide
Street West, 2nd floor
Toronto Ontario
M5H 1N1

Epiq Bankruptcy Solutions, LLC
Attn: LB Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York
New York 10017

**EXPRESS WORLDWIDE** DOX  DHL
EASYSHIP INT 5.3

FROM: BANK OF NOVA SCOTIA (GRP 06)
LENNY SQUIRES
44 KING ST WEST
CONCOURSE LEVEL (MAILROOM)

M5H 1H1 TORONTO
CANADA

Origin: YHM

TO: EPIQ BANKRUPTCY SOLUTIONS LLC
lb holdings, claims processing
757 THIRD AVENUE
3RD FLOOR
LEHMAN BROTHERS CLAIMS PROCESS
10017 NEW YORK, NY
UNITED STATES OF AMERICA

Contact:
Ph: 111-111-1111

US-ZYP

Day   Time

Shipment Ref: sm211-spcg-kay-11 adelaide-2nd
Shipment Weight: 1.00lb
Date: 2011-10-28
Piece: 1/1
Content: bank documents

WAYBILL 21 5510 4140

(2L)US10017+000000

(J) JD01 2951 4493 9000 0780

1-800-CALL-DHL
www.dhl.com

ENVELOPPE EXPRESS

Place Waybill Pouch or
Placer l'enveloppe de connaissements