UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                        :

In re                                     :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :         08-13555 (JMP)

Debtors.               :         (Jointly Administered)

---------------------------------------------------------------x  Ref. Docket No. 21476

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 1, 2011, I caused to be served the "Notice of Presentment of Supplemental Order Pursuant To Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties," dated November 1, 2011 [Docket No. 21476], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                      /s/ *Pete Caris*
                                                                      Pete Caris

Sworn to before me this
1st day of November, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# **Exhibit A**

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**LBH NTC RE SUPP ORDR 11/01/2011**

NIXON PEABODY LLP
Christopher M. Desiderio
David H. Lee
Counsel to Deutsche Bank Trust Company Americas
and Deutsche Bank National Trust Company
437 Madison Avenue
New York, NY 10022

**LBH NTC RE SUPP ORDR 11/01/2011**

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Counsel to Deutsche Bank Trust Company Americas
and Deutsche Bank National Trust Company
100 Summer Street
Boston, MA 02110

**LBH NTC RE SUPP ORDR 11/01/2011**

ORRICK, HERRINGTON & SUTCLIFFE LLP
Attn: Steven J. Fink; Thomas C. Mitchell
Attorneys for Ballyrock ABS CDO 2007-1 Limited
51 West 52nd Street
New York, NY 10019

**LBH NTC RE SUPP ORDR 11/01/2011**

CHAPMAN AND CUTLER LLP
Attn: James E. Spiotto; Ann E. Acker; Franklin H. Top, III
Counsel to US Bank National Association
111 West Monroe Street
Chicago, IL 60603

**LBH NTC RE SUPP ORDR 11/01/2011**

CHAPMAN AND CUTLER LLP
Attn: Craig M. Price
Counsel to US Bank National Association
330 Madison Avenue, 34th Floor
New York, NY 10017-5010

**LBH NTC RE SUPP ORDR 11/01/2011**

NIXON PEABODY LLP
Attn: Mark N. Berman
*Counsel to Wellington Management Company, LLP*
437 Madison Avenue
New York, NY 10022

**LBH NTC RE SUPP ORDR 11/01/2011**

PRYOR CASHMAN LLP
Attn: Tina N. Moss (TM-7907)
*Counsel to HSBC Bank USA, National Association, in its representative capacity*
7 Times Square
New York, NY 10036

**LBH NTC RE SUPP ORDR 11/01/2011**

ALSTON & BIRD LLP
Attn: Michael Johnson, Esq.
*Counsel for Bank of America, National Association*
90 Park Avenue
New York, NY 10016

**LBH NTC RE SUPP ORDR 11/01/2011**

ALSTON & BIRD LLP
Attn: John C. Weitnauer, Esq.
Counsel for Bank of America, National Association
1201 West Peachtree Street
Atlanta, GA 30309

**LBH NTC RE SUPP ORDR 11/01/2011**

SIDLEY AUSTIN LLP
Attn: Michael G. Burke
Counsel for Principal Global Investors (Europe)
And Principal Global Investors, LLC
787 Seventh Avenue
New York, NY 10019

**LBH NTC RE SUPP ORDR 11/01/2011**

SIDLEY AUSTIN LLP
Attn: Joel S. Feldman; Mark B. Blocker
Counsel for Principal Global Investors (Europe)
and Principal Global Investors, LLC
One South Dearborn
Chicago, IL 60603

**LBH NTC RE SUPP ORDR 11/01/2011**

Vintners Propco S.A.R.L.
20, Rue de Poste
L-2346 Luxembourg