## **CERTIFICATE OF SERVICE**

I, Joon P. Hong, hereby certify:

1.  That I am over the age of eighteen years, and am not a party to this action.

2.  That on the 4th day of November, 2011, I caused to be served a copy of the foregoing *Objection Of Farallon Capital Partners, L.P., Farallon Capital (AM) Investors LP, Farallon Capital Institutional Partners II, L.P., Farallon Capital Offshore Investors II, L.P., And Noonday Offshore, Inc. To The Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors* through the Court's electronic notification system to all registered counsel of record.


/s/ Joon P. Hong
Joon P. Hong