United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. 08-13555 |
|---|---|
| Creditor Name and Address: | The Master Trust Bank of Japan, Ltd. acting as trustee for Fund. No.509011 RIJ Japan Equity Mother Fund II<br>* Please kindly note that the above Creditor Name is true and correct, which corresponds with the Creditor Name specified in the Proof of Claim (See attached Exhibit A), and the Creditor Name shown in the search result by Court Claim No. 12466 on Epiq system (See attached Exhibit B) is incorrect.<br>11-3, Hamamatsu-cho, 2-chome<br>Minato-ku, Tokyo 105-8579 Japan |
| Court Claim Number (if known): | 12466 |
| Date Claim Filed: | 09/14/2009 |
| Total Amount of Claim Filed: | $2,272.77- |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:   10/31/2011

Print Name:   Noriyuki   Omura
Title (if applicable): General   Manager

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

FILED / RECEIVED
NOV 02 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

EXPRESS 12:00
DCON v3.2

TDT   DHL EXPRESS

From: Corporate Risk Management Division/Ph: 0354035116
The Master Trust Bank of Japan,Ltd.
2-11-3 Hamamatsu-cho,

Minato-ku, Tokyo 1058579
Japan

Origin:
TYO

To: Epiq Bankruptcy Solutions, LLC
LBHI Claims Processing Center
Attn: Lehman Brothers Holdings
Claims Processing Center
757 Third Avenue, 3rd Floor
NEW YORK NY 10017
United States Of America

Contact:
Ph: (646)282-25
00

US-ZYP
NOV 09 2011

Ref-Code: 12466
Account No: 586960783

Date:
2011-10-31

Piece Weight:
0.5kg

Day:
Time:
X12

Piece:
1/1

Contents:
Withdrawal of Claim (LBHI)


WAYBILL 7405876203


(2L)US10017+38002000


(J)JD01 1936 3795 4002 9665