United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>08-13555 |
| Creditor Name and Address: | The Master Trust Bank of Japan, Ltd.<br>acting as trustee for Fund. No. 125110240<br>11-3, Hamamatsu-cho, 2-chome<br>Minato-ku, Tokyo 105-8579 Japan |
| Court Claim Number (if known): | 12640 |
| Date Claim Filed: | 09/14/2009 |
| Total Amount of Claim Filed: | $7,544,097.48- |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____10/31/2011_____

Print Name: _____Noriyuki   Omura_____
Title (if applicable): _General   Manager_

FILED / RECEIVED
NOV 02 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

---

**DEFINITIONS**

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

| |
|---|
| This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding. |

EXPRESS
DCON v3.2

TDT | DHL EXPRESS

**From:** Corporate Risk Management Division/Ph: 0354035116
The Master Trust Bank of Japan,Ltd.
2-11-3 Hamamatsu-cho,
Minato-ku, Tokyo 1058579
Japan

**Origin:** TYO

**To:** Epiq Bankruptcy Solutions, LLC
LBHI Claims Processing Center
Attn: Lehman Brothers Holdings
Claims Processing Center
757 Third Avenue, 3rd Floor
NEW YORK NY 10017
United States Of America

**Contact:** Ph: (646)282-2500

## US-ZYP

Day:
Time: X12

Ref-Code: 12640
Account No: 586960783
Date: 2011-10-31
Piece Weight: 0.5kg
Piece: 1/1

**Contents:** Withdrawal of Claim (LBHI)


WAYBILL 7405876155


(2L)US10017+38002000


(J)JD01 1936 3795 4002 9660