**<u>EXHIBIT I</u>**

**ZIRCON FINANCE LIMITED**
**Walker House, 87 Mary Street**
**George Town, Grand Cayman, Cayman Islands**
**KY1-9002**

To:     The parties listed in the Schedule (*Addressees*)

22 December 2008

**Notice to terminate Swap Transaction**

Reference is made to the outstanding Transaction (the "**Swap Transaction**") under:

- the ISDA Master Agreement (including the schedule thereto) dated 10 October 2002 between Dante Finance Public Limited Company and the Counterparty as amended and restated on 20 July 2007 (the "**ISDA Master Agreement**");

- the Deed of Accession between, amongst others, the Counterparty and *Zircon Finance Limited*, a company incorporated with limited liability in the *Cayman Islands* ("*Zircon*") dated 20 July 2007 pursuant to which *Zircon* agreed to become and be treated as "Party B" for all purposes of the ISDA Master Agreement; and

- the Swap Confirmation dated 6 June 2007 between, amongst others, the Counterparty and *Zircon* in relation to a Credit Derivative Transaction relating to *Zircon* Series 2007-9B AUD10,000,000 Synthetic Portfolio Notes due 2013

(together, "the **Agreement**").

Terms defined in the Agreement have the same meaning in this notice.

In accordance with the Agreement the Counterparty's filing of a voluntary petition for relief under the provisions of Chapter 11 of the U.S. Bankruptcy Code on 3 October 2008 constitutes an Event of Default with respect to the Counterparty pursuant to Section 5(a)(vii) of the Agreement. In accordance with Section 6(a) of the Agreement, the Counterparty is the Defaulting Party and *Zircon* is the Non-defaulting Party.

*Zircon* hereby gives the Counterparty notice of the above Event of Default and designates 2 January 2009 as an Early Termination Date in respect of the Swap Transaction. In accordance with Sections 6(d) and 6(e) of the Agreement, *Zircon* will provide you with notice of the amount payable in respect of the Early Termination Date as soon as reasonably practicable following the occurrence of the Early Termination Date.

Additional Events of Default with respect to the Counterparty may have occurred. *Zircon* reserves all rights, claims and defences in relation to any Events of Default, the Swap Transaction and the Agreement.

Please direct any questions regarding this notice to BNY Corporate Trustee Services Limited by facsimile on +44 20 7964 2530 (for the attention of Sanjay Jobanputra) or by email to dagemea@bnymellon.com

Yours faithfully

Alasdair Foster
Director

**SCHEDULE**

**Addressees**

**PHYSICAL DELIVERY**

Lehman Brothers Special Financing Inc
745 Seventh Avenue
New York
NY 10019
U.S.A.

Lehman Brothers Special Financing Inc
Lehman Brothers Messenger Center
1217 Sixth Avenue
New York
NY 10019
U.S.A.

Lehman Brothers Special Financing Inc
1271 Avenue of the Americas
43rd Floor
New York
New York 10020
U.S.A.
Attention: Vincent DiMassimo
Telephone: (646) 333-6032
Facsimile: (646) 758-1811

Lehman Brothers Special Financing Inc
1271 Avenue of Americas
43rd Floor
New York
New York 10020
Attention: Locke McMurray, Esq.
Telephone: (212) 526-7186
Facsimile: (646) 758-2634

Lehman Brothers Special Financing Inc
1271 Avenue of the Americas
45th Floor
New York
New York 10020
Attention: Chief Financial Officer

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York
New York 10153
Attention: Harvey R. Miller, Esq.

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York
New York 10153
Attention: Robert J. Lemons, Esq.

Lehman Brothers Special Financing Inc
2711 Centreville Road
Suite 400
Wilmington
Delaware 19808
U.S.A.

Lehman Brothers Special Financing Inc
1000 West Street
The Brandywine Building
Suite 200
Wilmington
Delaware 19801
U.S.A.

Lehman Brothers International (Europe)
25 Bank Street
London
E14 5LE
Attention: General Counsel

BNY Corporate Trustee Services Limited
c/o The Bank of New York Mellon
One Canada Square
London
E14 5AL

**FACSIMILE DELIVERY**

Lehman Brothers Special Financing Inc
1271 Avenue of the Americas
43rd Floor
New York
New York 10020
U.S.A.
Attention: Vincent DiMassimo
Facsimile: (646) 758-1811

Lehman Brothers Special Financing Inc
1271 Avenue of Americas
43rd Floor
New York
New York 10020
Attention: Locke McMurray, Esq.
Facsimile: (646) 758-2634

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York
New York 10153
Attention: Harvey R. Miller, Esq.
Facsimile: (212) 310-8007

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York
New York 10153
Attention: Robert J. Lemons, Esq.
Facsimile: (212) 310-8007

Lehman Brothers International (Europe)
25 Bank Street
London
E14 5LE
Attention: General Counsel
Facsimile: +44 20 7067 8388

**EMAIL DELIVERY**

Lehman Brothers Special Financing Inc
LBHISPV@lehman.com