<u>**EXHIBIT J**</u>



## THE BANK OF NEW YORK MELLON

BNY Corporate Trustee Services Limited

**DANTE FINANCE PLC**
**MULTI-ISSUER SECURED OBLIGATION PROGRAMME**

**ZIRCON FINANCE LIMITED**
(the "**Issuer**")

Notice to the holders of the
**Series 2007-9A AUD 30,000,000**
**Synthetic Portfolio Notes due 2013**
(ISIN: AU3FN0002937) (the "**Notes**")
of the outcome of the meeting
convened for 12.50 pm (Sydney time) on Tuesday 24 March 2009
at the offices of Henry Davis York at 44 Martin Place, Sydney NSW 2000, Australia
(the "**Meeting**")

30 March 2009

### NOTICE OF OUTCOME OF MEETING

Reference is made to the principal trust deed (the "**Principal Trust Deed**") dated 10 October 2002 as amended and restated on 21 July 2006 and made between, among others, Dante Finance PLC and BNY Corporate Trustee Services Limited (previously named J. P. Morgan Corporate Trustee Services Limited) as trustee (the "**Trustee**"), to which the Issuer has acceded pursuant to a deed of accession dated 20 March 2007. We also refer to the supplemental trust deed and drawdown agreement dated 6 June 2007 and made between, among others, the Issuer and the Trustee (together with the Principal Trust Deed, the "**Trust Deed**") pursuant to the terms of which the Issuer issued the Notes.

Capitalised terms used in this letter and not defined in this letter shall have the meanings set out in the Trust Deed.

NOTICE IS HEREBY GIVEN to Austraclear Limited (ABN 94 002 060 773) as registered holder of the Notes ("**Austraclear**"), and to entities appearing in the records of Austraclear Limited (in its capacity as clearing system through which the Notices are held) as the beneficial holders of the Notes (the "**Austraclear Participants**") that, at the Meeting referred to in the notice dated 2 March 2009 to Austraclear Participants (the "**Notice**"), the following resolutions set out in the Notice and tabled at the Meeting were duly passed as Extraordinary Resolutions:

1.    **FIRST EXTRAORDINARY RESOLUTION ("EXTRAORDINARY RESOLUTION ONE")**

    **TERMINATION OF SWAP AND ADMINISTRATIVE MATTERS**

1.1    THE REGISTERED HOLDER RESOLVED THAT:

    *Ratification of Termination of Swap*: The termination of the Swap Agreement pursuant to instructions dated 28 November 2008 from the beneficial holders of the Notes holding not less than 20% of the principal amount outstanding of the Notes requesting and directing the Trustee to enforce its rights as Trustee in respect of the Mortgaged Property relating to the Notes pursuant to Clause 5.6 (*Trustee taking possession of Mortgaged Property*) of the Principal Trust Deed, by instructing the Issuer to deliver a swap termination notice to the Swap Counterparty terminating the Swap Agreement relating to the Notes is hereby ratified; or, if the Swap Agreement has not as at the date of the Meeting been terminated;

1.2    THE REGISTERED HOLDER RESOLVED THAT:

    (a)    *Termination of Swap*: Pursuant to clause 5.6 of the Principal Trust Deed, the Trustee is directed to instruct the Issuer to terminate the swap agreement, details of which are set out in Annex 2 (*Form of Swap Termination Notice*) hereto (the **"Swap Agreement"**), by instructing the Issuer to deliver a swap termination notice to the Swap Counterparty, terminating the Swap Agreement; and

    (b)    *Trustee Consent*: the Trustee is authorised and directed by the Noteholders to consent to the Issuer terminating the Swap Agreement in accordance with paragraph 1.2(a) of this Extraordinary Resolution.

2.    **SECOND EXTRAORDINARY RESOLUTION ("EXTRAORDINARY RESOLUTION TWO")**

**ACCELERATION OF NOTES AND ENFORCEMENT OF SECURITY**

THE REGISTERED HOLDER RESOLVED THAT:

2.1    *Acceleration*: the Trustee is directed, pursuant to Condition 10(a) (*Events of Default*) of the Notes, to give notice to the Issuer of the occurrence of an Event of Default following a failure to pay sums due in respect of the Notes on 22 September 2008 and following the expiry of the applicable grace period and that the Notes are immediately due and payable at their Early Redemption Amount (as defined in the paragraph 44 of the Final Terms relating to the Notes) (but provided that no such notice shall be made until the Early Termination Date has taken place pursuant to the terms of the Swap Agreement).

2.2    *Enforcement of Security*: the Trustee is directed, pursuant to Clause 5.6 (*Trustee taking possession of Mortgaged Property*) of the Principal Trust Deed, to enforce the security over the Mortgaged Property (the security over the Mortgaged Property having become enforceable pursuant to Clause 5.5 (*Enforcement*) of the Principal Trust Deed).

2.3    *Appointment of Receiver*: the Trustee is authorised, pursuant to Clause 5.8 (*Appointment of Receiver*) of the Principal Trust Deed, to appoint a receiver to take possession of the Mortgaged Property and to realise and deliver the same to the extent necessary to give effect to the matters set out in paragraph 2.2 of this Extraordinary Resolution Two.

3.    **THIRD EXTRAORDINARY RESOLUTION ("EXTRAORDINARY RESOLUTION THREE")**

**ADMINISTRATIVE MATTERS**

THE REGISTERED HOLDER RESOLVED THAT:

3.1    *Exculpatory Provision (Trustee)*: the Trustee is exonerated, discharged and held harmless from all liability to the beneficial holders of the Notes and any other person in connection with this Extraordinary Resolution (other than Austraclear) and any other Extraordinary Resolutions passed at this Meeting and in connection with the implementation of any Extraordinary Resolution passed at this Meeting, save where such is inconsistent with its duties under the Trust Deed or as a trustee generally, and without prejudice to the rights of the noteholders (whether past or future) to take proceedings in connection with the Trustee's failure to terminate the Swap Agreement in a timely manner;

3.2    *Further Acts*: the Trustee is authorised, directed, requested and empowered to concur in, and to execute and do, all such other deeds, instruments, acts and things and to take steps as may be necessary or desirable to carry out and give effect to any Extraordinary Resolutions passed at this Meeting.

- 3 -

4.    **FOURTH EXTRAORDINARY RESOLUTION ("EXTRAORDINARY RESOLUTION FOUR")**

**RETENTION OF SUMS NECESSARY TO EFFECT INDEMNIFICATION**

THE REGISTERED HOLDER RESOLVED AND ACKNOWLEDGES THAT:

4.1    *Retention of sums*: the Trustee may retain any Mortgaged Property (including, for the avoidance of doubt, any moneys derived from the conversion of Mortgaged Property into cash) in an amount which the Trustee (acting in accordance with applicable law concerning its right to be indemnified) considers to be sufficient (the "**Indemnity Fund**"), without prejudice to a noteholder's right to challenge such withholding.

Any retained funds will be distributed in accordance with the priority of payments from time to time to the extent the Trustee determines that such amounts are no longer required to be retained in the Indemnity Fund (in accordance with applicable law concerning its right to be indemnified).

4.2    *Issuer Indemnity*: the Trustee is entitled to be indemnified by the Issuer in accordance with clause 8.4 of the Principal Trust Deed.

5.    **FIFTH EXTRAORDINARY RESOLUTION ("EXTRAORDINARY RESOLUTION FIVE")**

**COLLECTION AND SALE OF MORTGAGED PROPERTY**

THE REGISTERED HOLDER RESOLVED AND ACKNOWLEDGES THAT

*Conversion of Mortgaged Property:* the Trustee may, at its discretion, take possession of all or part of the Mortgaged Property and may at its discretion (notwithstanding any requirement for the Early Redemption Amount to be paid in specie), sell, call in, collect and convert into money all or part of the Mortgaged Property in an amount which shall be sufficient to pay all amounts due to the Trustee to provide cash for the Indemnity Fund.

**Contact**: Holders with queries concerning anything mentioned in this notice may contact the Trustee at:

| | |
|---|---|
| **Address:** | BNY Corporate Trustee Services Limited<br>One Canada Square<br>London<br>E14 5AL |
| **Attention:** | Sanjay Jobanputra |
| **Telephone:** | + 44 20 7964 8781 |
| **Fax:** | + 44 20 7964 2530 (for the attention of: Sanjay Jobanputra) |
| **E-mail:** | dagemea@bnymellon.com |

This notice shall be construed and governed in accordance with the laws of England and Wales.

This notice is given by
**BNY Corporate Trustee Services Limited**
as Trustee