**EXHIBIT M**

**DANTE FINANCE PLC**
**MULTI-ISSUER SECURED OBLIGATION PROGRAMME**

**BERYL FINANCE LIMITED**
**SERIES 2008-14 AU$32,100,000 SYNTHETIC PORTFOLIO CREDIT NOTES DUE 2014**
ISIN: AU3CB0082907

27 September 2010

### Early Redemption of Notes

Reference is made to the principal trust deed (the "**Principal Trust Deed**") dated 10 October 2002 as amended and restated on 18 July 2008 and made between, amongst others, Dante Finance PLC and BNY Corporate Trustee Services Limited (previously named J. P. Morgan Corporate Trustee Services Limited) as trustee (the "**Trustee**"), pursuant to which a multi-issuer secured obligation programme was established. Reference is also made to the supplemental trust deed and drawdown agreement dated 21 August 2008 pursuant to the terms of which Beryl Finance Limited (the "**Issuer**") issued the Series 2008-14 AU$32,100,000 Synthetic Portfolio Credit Notes due 2014 (the "**Notes**").

Capitalised terms used in this notice and not defined in this notice shall have the meanings set out in the Principal Trust Deed.

*Meeting of Noteholders*: a meeting of Noteholders was held on 24 March 2009 pursuant to which the Noteholders resolved, among other things, to direct the Issuer to deliver a notice of termination in relation to the Swap Agreement to the Swap Counterparty and a notice of redemption to the trustee, the Noteholders and the Swap Counterparty in accordance with Condition 6(d)(ii) of the Notes (the "**Noteholder Resolution**").

*Termination of Swap*: a notice of termination in relation to the Swap Agreement was delivered to the Swap Counterparty on 17 April 2009 and designated 17 April 2009 as the Early Termination date in respect of the Swap Transaction.

*Early Redemption of Notes*: In accordance with the terms of the Noteholder Resolution and the terms of Condition 6(d)(ii) (as amended by paragraph 38 of the conditions of the Notes as set out in the Series Prospectus relating to the Beryl 2008-14 Notes) we hereby notify the Noteholders (and by copy of this notice we propose to notify the Trustee, S&P and the Swap Counterparty) of the termination of the Swap Agreement on 17 April 2009, and that in accordance with paragraph 38 of the conditions of the Notes (as set out in the Series Prospectus relating to the Beryl 2008-14 Notes) the Early Redemption Event Date for the Beryl 2008-14 Notes occurred on 17 April 2009. Accordingly, the date fixed for redemption of the Beryl 2008-14 Notes was 27 April 2009.

*Adverse Claims*: we have been unable to redeem the Beryl 2008-14 Notes as a result of adverse claims to the Collateral for the Beryl 2008-14 Notes. Such claims remain unresolved as of the date of this notice.

This notice is given by
**BERYL FINANCE LIMITED**
as Issuer

Rachael Rankin
Director