UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :   08-13555 (JMP)
                                                  :   (Jointly Administered)
         Debtors.                                 :
                                                  :   Ref. Docket No. 19120
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2011, I caused to be served:

    a. a *cover letter from Lehman Brothers Holdings Inc.*, dated October 28, 2011, a sample of which is annexed hereto as Exhibit A, (the "Cover Letter"), and

    b. the "Revised Notice of Proposed Allowed Claim Amount," dated October 22, 2011, related to the "Order Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Procedures for the Determination of the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.," dated August 10, 2011 [Docket No. 19120], a sample of which is annexed hereto as Exhibit B, (the "Revised Notice"),

by causing true and correct copies of the Cover Letter and Revised Notice, personalized to include the name, address and claim number of the creditor, as well as the proposed allowed claim amount, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
1st day of November, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.

October 28, 2011

Enclosed, please find a "Revised Notice of Proposed Allowed Claim Amount", dated October 28, 2011. The Revised Notice is being sent due to changes made as a result of additional information brought to our attention by various parties. Please note, changes are italicized in Exhibit A. This notice is being sent to replace the Notice of Proposed Allowed Claim Amount previously mailed. Please disregard the prior Notice.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          : Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       : 08-13555 (JMP)
                                                               :
               Debtors.                                        : (Jointly Administered)
                                                               :
---------------------------------------------------------------x

LBH REV_PSCNTC 10-05-2011 (MERGE2,TXNUM2) 4000109884 BAR(23) MAIL ID *** 000052031068 *** *** BSIUSE: 13
LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
ATTN: STEVEN ANTHONY PEARSON
25 BANK STREET
LONDON  E14 5LE
UNITED KINGDOM

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE PROPOSED ALLOWED CLAIM AMOUNT.**

**REVISED NOTICE OF PROPOSED ALLOWED CLAIM AMOUNT**

| **Creditor Name and Address:**<br>LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)<br>ATTN: STEVEN ANTHONY PEARSON<br>25 BANK STREET<br>LONDON  E14 5LE<br>UNITED KINGDOM | **Claim Number** | **Proposed Allowed Claim Amount** |
|---|---|---|
| | 62783 | $692,349,144.65 |

   PLEASE TAKE NOTICE that, on August 10, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Order Approving the Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.* [Docket No. 19120] (the "Order") which provides for procedures for the determination of the allowed amount of the portion of the claim referenced above (the "Claim") that is based on a structured security for purposes of voting and distributions under the debtors' (the "Debtors")[1] proposed chapter 11 plan (the "Plan") in the above-referenced case.

   Pursuant to the procedures approved in the Order, Lehman Brothers Holdings Inc. ("LBHI") proposes that the allowed amount of the portion of the Claim that is based on a structured security shall be the amount set forth above under the heading "PROPOSED ALLOWED CLAIM AMOUNT."  The Debtors calculated the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies, a copy of which is available for review on www.lehman-docket.com, and is also attached to the motion [Docket No. 18127] (the "Motion") related to the Order.  A detailed calculation of the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies is included on Exhibit A annexed hereto.  The Proposed Allowed Claim Amount does not have any affect on the portion of your claim that is not based on a structured security.

   The Official Committee of Unsecured Creditors of LBHI and its affiliated debtors filed a statement relating to the Motion.  The *Statement of Official Committee of Unsecured Creditors In Response to*

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

*Debtors' Amended Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures For Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc*, [Docket No. 19042] is available at www.lehman-docket.com on the "Case Information" page.

If you do NOT dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you do NOT need to file a written response and your claim will be allowed in such amount for the purposes of voting and distributions under the Plan.

**If you DO dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you MUST deliver a written response (a "Response") so that such Response is actually received no later than 4:00 p.m. October 25, 2011 (the "Response Deadline") by (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, New York, NY 10020 (Attn: Holly Clack and Tina Pederson), (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Alfredo R. Perez, Esq. and Mark Bernstein, Esq.) and (iii) Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Evan R. Fleck, Esq. and Matthew Brod, Esq.).**

Your Response, if any, must contain at a minimum the following: (i) the name of the claimant; (ii) the claim number that is the subject of the Response; (iii) a concise statement setting forth the grounds for such Response; (iv) the address(es) to which LBHI must return any reply to your Response, if different from that presented in the proof of claim; and (v) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

**IF YOU DO NOT DELIVER A RESPONSE BY THE RESPONSE DEADLINE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE PORTION OF YOUR CLAIM BASED ON A STRUCTURED SECURITY BEING ALLOWED FOR PURPOSES OF VOTING AND DISTRIBUTIONS UNDER THE PLAN IN THE PROPOSED ALLOWED CLAIM AMOUNT. THE MOTION DOES NOT HAVE ANY AFFECT ON THE PORTION OF YOUR CLAIM THAT IS NOT BASED ON A STRUCTURED SECURITY.**

**IF YOU SUBMIT A RESPONSE AND THE DEBTORS AND YOU ARE UNABLE TO RESOLVE ANY DISPUTES REGARDING THE PROPOSED ALLOWED CLAIM AMOUNT, THE MOTION WILL BE DEEMED AN OBJECTION TO YOUR CLAIM. THE DEBTORS MAY SEEK TO HAVE SUCH OBJECTION TO YOUR CLAIM RESOLVED EITHER BY THE COURT OR THROUGH THE COURT-APPROVED MEDIATION PROCEDURES.**

CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:      October 28, 2011
            New York, New York

Exhibit A

Calculation of Proposed Allowed Claim Amount

Claim # 62783 - LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| XS0178999537 | 6049030 | $5,290,244.30 | 100.0000% | $5,290,244.30 | 91.0256% | $4,815,478.78 |
| XS0186852728 | 6045488 | $8,420,766.67 | 100.0000% | $8,420,766.67 | 100.0000% | $8,420,766.67 |
| XS0207897199 | 6045493 | $3,987,383.61 | 100.0000% | $3,987,383.61 | 26.2467% | $1,046,557.38 |
| XS0243200143 | 6045490 | $0.00 | 100.0000% [3] | $0.00 | 46.6102% | $0.00 [4] |
| XS0253717986 | 6050165 | $2,933,117.52 | 100.0000% | $2,933,117.52 | 100.0000% | $2,933,117.52 |
| XS0256738757 | 6045494 | $6,229,070.77 | 100.0000% | $6,229,070.77 | 100.0000% | $6,229,070.77 |
| XS0257328392 | 6045503 | $6,284,230.88 | 100.0000% | $6,284,230.88 | 100.0000% | $6,284,230.88 |
| XS0258128247 | 6045504 | $6,145,370.49 | 100.0000% | $6,145,370.49 | 100.0000% | $6,145,370.49 |
| XS0260439210 | 6045502 | $2,244,674.17 | 100.0000% | $2,244,674.17 | 100.0000% | $2,244,674.17 |
| XS0261613474 | 6045501 | $2,245,713.38 | 100.0000% | $2,245,713.38 | 100.0000% | $2,245,713.38 |
| XS0262585374 | 6045500 | $1,862,971.18 | 100.0000% | $1,862,971.18 | 100.0000% | $1,862,971.18 |
| XS0263871674 | 6049031 | $52,648,824.12 | 100.0000% [3] | $52,648,824.12 | 44.3548% | $23,352,301.02 |
| XS0264130369 | 6045496 | $4,048,457.66 | 100.0000% | $4,048,457.66 | 100.0000% | $4,048,457.66 |
| XS0271188285 | 6045514 | $1,878,922.14 | 100.0000% | $1,878,922.14 | 100.0000% | $1,878,922.14 |
| XS0294244032 | 6045522 | $2,904,164.80 | 100.0000% | $2,904,164.80 | 100.0000% | $2,904,164.80 |
| XS0297127861 | 6045533 | $1,878,053.69 | 100.0000% | $1,878,053.69 | 100.0000% | $1,878,053.69 |
| XS0297908849 | 6045529 | $1,966,290.04 | 100.0000% | $1,966,290.04 | 100.0000% | $1,966,290.04 |
| XS0297915117 | 6045534 | $1,433,060.70 | 100.0000% | $1,433,060.70 | 100.0000% | $1,433,060.70 |
| XS0298612697 | 6045540 | $1,960,189.59 | 100.0000% | $1,960,189.59 | 100.0000% | $1,960,189.59 |
| XS0299369511 | 6045535 | $1,929,732.61 | 100.0000% | $1,929,732.61 | 100.0000% | $1,929,732.61 |
| XS0299661099 | 6045538 | $1,956,819.91 | 100.0000% | $1,956,819.91 | 100.0000% | $1,956,819.91 |
| XS0300349296 | 6045545 | $2,177,790.29 | 100.0000% | $2,177,790.29 | 100.0000% | $2,177,790.29 |
| XS0300351193 | 6045546 | $1,877,944.48 | 100.0000% | $1,877,944.48 | 100.0000% | $1,877,944.48 |
| XS0302821755 | 6045542 | $1,930,275.40 | 100.0000% | $1,930,275.40 | 100.0000% | $1,930,275.40 |
| XS0303178825 | 6045551 | $1,885,553.92 | 100.0000% | $1,885,553.92 | 100.0000% | $1,885,553.92 |
| XS0303864184 | 6045550 | $1,875,100.35 | 100.0000% | $1,875,100.35 | 100.0000% | $1,875,100.35 |
| XS0304473019 | 6045553 | $1,852,600.32 | 100.0000% | $1,852,600.32 | 100.0000% | $1,852,600.32 |
| XS0307093491 | 6045558 | $2,540,563.35 | 100.0000% | $2,540,563.35 | 100.0000% | $2,540,563.35 |
| XS0308102283 | 6045564 | $1,661,819.51 | 100.0000% | $1,661,819.51 | 100.0000% | $1,661,819.51 |

Claim # 62783 - LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| XS0309186145 | 6045563 | $1,840,000.00 | 100.0000% | $1,840,000.00 | 94.5652% | $1,740,000.00 |
| XS0309790797 | 6045561 | $2,610,000.00 | 100.0000% | $2,610,000.00 | 98.4674% | $2,570,000.00 |
| XS0310083950 | 6045576 | $2,879,421.35 | 100.0000% | $2,879,421.35 | 100.0000% | $2,879,421.35 |
| XS0310085062 | 6045575 | $1,230,000.00 | 100.0000% | $1,230,000.00 | 95.9350% | $1,180,000.00 |
| XS0311101652 | 6045570 | $2,920,000.00 | 100.0000% | $2,920,000.00 | 94.1781% | $2,750,000.00 |
| XS0311740582 | 6045573 | $5,667,840.72 | 100.0000% | $5,667,840.72 | 100.0000% | $5,667,840.72 |
| XS0312428609 | 6045577 | $2,198,855.07 | 100.0000% | $2,198,855.07 | 100.0000% | $2,198,855.07 |
| XS0312723272 | 6045578 | $3,731,856.63 | 100.0000% | $3,731,856.63 | 100.0000% | $3,731,856.63 |
| XS0313536962 | 6045581 | $3,360,000.00 | 100.0000% | $3,360,000.00 | 100.0000% | $3,360,000.00 |
| XS0313537184 | 6045585 | $3,590,000.00 | 100.0000% | $3,590,000.00 | 100.0000% | $3,590,000.00 |
| XS0313782814 | 6045586 | $4,500,000.00 | 100.0000% | $4,500,000.00 | 100.0000% | $4,500,000.00 |
| XS0313950031 | 6045584 | $3,140,000.00 | 100.0000% | $3,140,000.00 | 96.8153% | $3,040,000.00 |
| XS0314578310 | 6045589 | $2,685,578.78 | 100.0000% | $2,685,578.78 | 100.0000% | $2,685,578.78 |
| XS0316826733 | 6045595 | $2,197,700.12 | 100.0000% | $2,197,700.12 | 100.0000% | $2,197,700.12 |
| XS0319159454 | 6045599 | $4,450,000.00 | 100.0000% | $4,450,000.00 | 98.6517% | $4,390,000.00 |
| XS0319159702 | 6045606 | $3,880,000.00 | 100.0000% | $3,880,000.00 | 92.0103% | $3,570,000.00 |
| XS0319632575 | 6045600 | $2,024,963.30 | 100.0000% | $2,024,963.30 | 100.0000% | $2,024,963.30 |
| XS0319632732 | 6045605 | $1,916,996.20 | 100.0000% | $1,916,996.20 | 100.0000% | $1,916,996.20 |
| XS0320102295 | 6045609 | $3,903,554.37 | 100.0000% | $3,903,554.37 | 100.0000% | $3,903,554.37 |
| XS0320745028 | 6045608 | $2,136,237.38 | 100.0000% | $2,136,237.38 | 100.0000% | $2,136,237.38 |
| XS0321794280 | 6045611 | $3,525,109.73 | 100.0000% | $3,525,109.73 | 100.0000% | $3,525,109.73 |
| XS0321795840 | 6045615 | $3,588,826.10 | 100.0000% | $3,588,826.10 | 100.0000% | $3,588,826.10 |
| XS0322030940 | 6045617 | $2,278,863.28 | 100.0000% | $2,278,863.28 | 100.0000% | $2,278,863.28 |
| XS0322467969 | 6045613 | $2,185,688.60 | 100.0000% | $2,185,688.60 | 100.0000% | $2,185,688.60 |
| XS0322468777 | 6045612 | $3,207,353.49 | 100.0000% | $3,207,353.49 | 100.0000% | $3,207,353.49 |
| XS0323634823 | 6045621 | $7,275,907.88 | 100.0000% | $7,275,907.88 | 100.0000% | $7,275,907.88 |
| XS0323635473 | 6045622 | $1,766,232.91 | 100.0000% | $1,766,232.91 | 100.0000% | $1,766,232.91 |
| XS0323635713 | 6045624 | $3,093,108.05 | 100.0000% | $3,093,108.05 | 100.0000% | $3,093,108.05 |
| XS0324187839 | 6045623 | $4,242,288.93 | 100.0000% | $4,242,288.93 | 100.0000% | $4,242,288.93 |
| XS0324461911 | 6045618 | $2,235,945.79 | 100.0000% | $2,235,945.79 | 100.0000% | $2,235,945.79 |
| XS0324462133 | 6045619 | $2,335,872.00 | 100.0000% | $2,335,872.00 | 100.0000% | $2,335,872.00 |

Claim # 62783 - LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| XS0324583607 | 6045630 | $3,000,000.00 | 100.0000% | $3,000,000.00 | 100.0000% | $3,000,000.00 |
| XS0324983963 | 6045625 | $2,228,054.97 | 100.0000% | $2,228,054.97 | 100.0000% | $2,228,054.97 |
| XS0324984185 | 6045628 | $2,264,359.40 | 100.0000% | $2,264,359.40 | 100.0000% | $2,264,359.40 |
| XS0326486734 | 6045627 | $2,123,095.43 | 100.0000% | $2,123,095.43 | 100.0000% | $2,123,095.43 |
| XS0327275227 | 6045635 | $2,444,644.53 | 100.0000% | $2,444,644.53 | 100.0000% | $2,444,644.53 |
| XS0327275656 | 6045634 | $2,790,985.05 | 100.0000% | $2,790,985.05 | 100.0000% | $2,790,985.05 |
| XS0327291349 | 6045631 | $2,277,784.84 | 100.0000% | $2,277,784.84 | 100.0000% | $2,277,784.84 |
| XS0327465356 | 6045633 | $2,236,851.18 | 100.0000% | $2,236,851.18 | 100.0000% | $2,236,851.18 |
| XS0327847470 | 6045640 | $1,582,148.76 | 100.0000% | $1,582,148.76 | 100.0000% | $1,582,148.76 |
| XS0328210652 | 6045638 | $2,322,997.74 | 100.0000% | $2,322,997.74 | 100.0000% | $2,322,997.74 |
| XS0328587166 | 6045639 | $1,668,535.48 | 100.0000% | $1,668,535.48 | 100.0000% | $1,668,535.48 |
| XS0328865661 | 6045642 | $2,120,777.72 | 100.0000% | $2,120,777.72 | 100.0000% | $2,120,777.72 |
| XS0329337264 | 6045646 | $2,150,039.86 | 100.0000% | $2,150,039.86 | 100.0000% | $2,150,039.86 |
| XS0329337421 | 6045645 | $1,535,562.18 | 100.0000% | $1,535,562.18 | 100.0000% | $1,535,562.18 |
| XS0329429541 | 6045643 | $2,450,927.46 | 100.0000% | $2,450,927.46 | 100.0000% | $2,450,927.46 |
| XS0329877889 | 6045649 | $10,081,466.67 | 100.0000% | $10,081,466.67 | 100.0000% | $10,081,466.67 |
| XS0330204149 | 6045648 | $2,433,891.01 | 100.0000% | $2,433,891.01 | 100.0000% | $2,433,891.01 |
| XS0330867762 | 6045652 | $2,652,054.96 | 100.0000% | $2,652,054.96 | 100.0000% | $2,652,054.96 |
| XS0331037605 | 6045658 | $2,689,970.44 | 100.0000% | $2,689,970.44 | 100.0000% | $2,689,970.44 |
| XS0331044726 | 6045657 | $700,397.67 | 100.0000% | $700,397.67 | 100.0000% | $700,397.67 |
| XS0331044999 | 6045653 | $3,925,284.13 | 100.0000% | $3,925,284.13 | 82.3529% | $3,232,586.93 |
| XS0331045020 | 6045655 | $2,260,157.34 | 100.0000% | $2,260,157.34 | 82.3529% | $1,861,306.05 |
| XS0331048040 | 6045654 | $3,049,764.78 | 100.0000% | $3,049,764.78 | 82.3529% | $2,511,571.00 |
| XS0331048123 | 6045665 | $1,203,392.03 | 100.0000% | $1,203,392.03 | 80.0000% | $962,713.63 |
| XS0331504828 | 6045663 | $1,673,281.03 | 100.0000% | $1,673,281.03 | 100.0000% | $1,673,281.03 |
| XS0331505122 | 6045661 | $1,265,801.47 | 100.0000% | $1,265,801.47 | 100.0000% | $1,265,801.47 |
| XS0331880566 | 6045659 | $1,712,515.62 | 100.0000% | $1,712,515.62 | 100.0000% | $1,712,515.62 |
| XS0332108413 | 6045664 | $2,297,015.87 | 100.0000% | $2,297,015.87 | 100.0000% | $2,297,015.87 |
| XS0332136463 | 6045669 | $5,287,282.60 | 100.0000% | $5,287,282.60 | 100.0000% | $5,287,282.60 |
| XS0332764785 | 6045673 | $3,348,168.28 | 100.0000% | $3,348,168.28 | 100.0000% | $3,348,168.28 |
| XS0333831187 | 6045666 | $2,489,563.85 | 100.0000% | $2,489,563.85 | 100.0000% | $2,489,563.85 |

Claim # 62783 - LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| XS0334090445 | 6045672 | $2,468,922.54 | 100.0000% | $2,468,922.54 | 100.0000% | $2,468,922.54 |
| XS0334171799 | 6045679 | $13,764,756.05 | 100.0000% | $13,764,756.05 | 100.0000% | $13,764,756.05 |
| XS0334171872 | 6045678 | $26,719,820.56 | 100.0000% | $26,719,820.56 | 100.0000% | $26,719,820.56 |
| XS0334172094 | 6045680 | $13,764,756.05 | 100.0000% | $13,764,756.05 | 100.0000% | $13,764,756.05 |
| XS0334224317 | 6045677 | $1,158,279.44 | 100.0000% | $1,158,279.44 | 100.0000% | $1,158,279.44 |
| XS0334450326 | 6045676 | $2,860,448.24 | 100.0000% | $2,860,448.24 | 100.0000% | $2,860,448.24 |
| XS0334450599 | 6045674 | $3,444,494.85 | 100.0000% | $3,444,494.85 | 100.0000% | $3,444,494.85 |
| XS0334450912 | 6045675 | $2,872,807.99 | 100.0000% | $2,872,807.99 | 100.0000% | $2,872,807.99 |
| XS0334704524 | 6045688 | $2,806,089.26 | 100.0000% | $2,806,089.26 | 100.0000% | $2,806,089.26 |
| XS0335143284 | 6045689 | $2,884,771.14 | 100.0000% | $2,884,771.14 | 100.0000% | $2,884,771.14 |
| XS0335143441 | 6045683 | $2,787,764.57 | 100.0000% | $2,787,764.57 | 100.0000% | $2,787,764.57 |
| XS0335143524 | 6045682 | $1,276,575.62 | 100.0000% | $1,276,575.62 | 100.0000% | $1,276,575.62 |
| XS0335143797 | 6045686 | $2,158,099.26 | 100.0000% | $2,158,099.26 | 100.0000% | $2,158,099.26 |
| XS0335344932 | 6045681 | $2,664,924.34 | 100.0000% | $2,664,924.34 | 100.0000% | $2,664,924.34 |
| XS0335345665 | 6045685 | $1,117,957.97 | 100.0000% | $1,117,957.97 | 100.0000% | $1,117,957.97 |
| XS0335623731 | 6045692 | $1,223,156.67 | 100.0000% | $1,223,156.67 | 100.0000% | $1,223,156.67 |
| XS0335624036 | 6045691 | $2,874,210.09 | 100.0000% | $2,874,210.09 | 100.0000% | $2,874,210.09 |
| XS0335972070 | 6045690 | $2,540,973.63 | 100.0000% | $2,540,973.63 | 100.0000% | $2,540,973.63 |
| XS0336249569 | 6045697 | $2,625,415.08 | 100.0000% | $2,625,415.08 | 100.0000% | $2,625,415.08 |
| XS0336414866 | 6045694 | $1,105,915.03 | 100.0000% | $1,105,915.03 | 100.0000% | $1,105,915.03 |
| XS0336617203 | 6045701 | $3,525,744.87 | 100.0000% | $3,525,744.87 | 100.0000% | $3,525,744.87 |
| XS0336928113 | 6045696 | $346,810.92 | 100.0000% | $346,810.92 | 100.0000% | $346,810.92 |
| XS0336930440 | 6045695 | $352,351.08 | 100.0000% | $352,351.08 | 100.0000% | $352,351.08 |
| XS0337413917 | 6045699 | $3,155,157.62 | 100.0000% | $3,155,157.62 | 100.0000% | $3,155,157.62 |
| XS0337877582 | 6045698 | $3,037,931.83 | 100.0000% | $3,037,931.83 | 100.0000% | $3,037,931.83 |
| XS0338084378 | 6045700 | $2,419,843.69 | 100.0000% | $2,419,843.69 | 100.0000% | $2,419,843.69 |
| XS0338656787 | 6045704 | $16,008,359.51 | 100.0000% | $16,008,359.51 | 100.0000% | $16,008,359.51 |
| XS0338656860 | 6045707 | $12,006,268.56 | 100.0000% | $12,006,268.56 | 100.0000% | $12,006,268.56 |
| XS0338657082 | 6045705 | $16,008,359.51 | 100.0000% | $16,008,359.51 | 100.0000% | $16,008,359.51 |
| XS0338657165 | 6045706 | $16,008,359.51 | 100.0000% | $16,008,359.51 | 100.0000% | $16,008,359.51 |
| XS0338675811 | 6045711 | $4,936,079.10 | 100.0000% | $4,936,079.10 | 100.0000% | $4,936,079.10 |

Claim # 62783 - LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| XS0338675902 | 6045709 | $3,578,709.79 | 100.0000% | $3,578,709.79 | 100.0000% | $3,578,709.79 |
| XS0338676116 | 6045713 | $2,645,478.16 | 100.0000% | $2,645,478.16 | 100.0000% | $2,645,478.16 |
| XS0338801110 | 6045712 | $2,407,908.07 | 100.0000% | $2,407,908.07 | 100.0000% | $2,407,908.07 |
| XS0338845596 | 6045708 | $2,453,847.88 | 100.0000% | $2,453,847.88 | 100.0000% | $2,453,847.88 |
| XS0339222050 | 6045720 | $1,664,463.54 | 100.0000% | $1,664,463.54 | 100.0000% | $1,664,463.54 |
| XS0339559360 | 6045718 | $3,780,678.72 | 100.0000% | $3,780,678.72 | 100.0000% | $3,780,678.72 |
| XS0339559527 | 6045722 | $1,964,840.05 | 100.0000% | $1,964,840.05 | 100.0000% | $1,964,840.05 |
| XS0339561002 | 6045715 | $178,279.63 | 100.0000% | $178,279.63 | 100.0000% | $178,279.63 |
| XS0340647840 | 6045717 | $3,051,876.11 | 100.0000% | $3,051,876.11 | 100.0000% | $3,051,876.11 |
| XS0340649200 | 6045724 | $2,699,938.91 | 100.0000% | $2,699,938.91 | 100.0000% | $2,699,938.91 |
| XS0341159589 | 6045727 | $2,588,947.47 | 100.0000% | $2,588,947.47 | 100.0000% | $2,588,947.47 |
| XS0341168069 | 6045725 | $2,645,314.65 | 100.0000% | $2,645,314.65 | 100.0000% | $2,645,314.65 |
| XS0341223427 | 6045723 | $2,802,924.26 | 100.0000% | $2,802,924.26 | 100.0000% | $2,802,924.26 |
| XS0342120820 | 6045726 | $3,880,242.63 | 100.0000% | $3,880,242.63 | 100.0000% | $3,880,242.63 |
| XS0342945002 | 6045731 | $13,175,902.44 | 100.0000% | $13,175,902.44 | 100.0000% | $13,175,902.44 |
| XS0342989398 | 6045728 | $1,633,107.06 | 100.0000% | $1,633,107.06 | 100.0000% | $1,633,107.06 |
| XS0342989711 | 6045729 | $4,020,717.62 | 100.0000% | $4,020,717.62 | 100.0000% | $4,020,717.62 |
| XS0343642905 | 6045739 | $2,230,883.08 | 100.0000% | $2,230,883.08 | 100.0000% | $2,230,883.08 |
| XS0343798400 | 6045737 | $4,034,509.55 | 100.0000% | $4,034,509.55 | 100.0000% | $4,034,509.55 |
| XS0344086532 | 6045738 | $5,038,593.43 | 100.0000% | $5,038,593.43 | 100.0000% | $5,038,593.43 |
| XS0344101273 | 6045736 | $3,282,273.53 | 100.0000% | $3,282,273.53 | 100.0000% | $3,282,273.53 |
| XS0344101943 | 6045735 | $1,705,811.66 | 100.0000% | $1,705,811.66 | 100.0000% | $1,705,811.66 |
| XS0344549141 | 6045744 | $4,049,408.90 | 100.0000% | $4,049,408.90 | 100.0000% | $4,049,408.90 |
| XS0344899710 | 6045745 | $4,048,457.66 | 100.0000% | $4,048,457.66 | 100.0000% | $4,048,457.66 |
| XS0345213796 | 6045741 | $4,048,457.66 | 100.0000% | $4,048,457.66 | 100.0000% | $4,048,457.66 |
| XS0345814791 | 6045740 | $4,392,687.71 | 100.0000% | $4,392,687.71 | 100.0000% | $4,392,687.71 |
| XS0345815178 | 6045743 | $3,297,998.10 | 100.0000% | $3,297,998.10 | 100.0000% | $3,297,998.10 |
| XS0346123408 | 6045748 | $3,746,111.99 | 100.0000% | $3,746,111.99 | 100.0000% | $3,746,111.99 |
| XS0346124638 | 6045747 | $3,005,412.49 | 100.0000% | $3,005,412.49 | 100.0000% | $3,005,412.49 |
| XS0346124984 | 6045746 | $4,033,954.04 | 100.0000% | $4,033,954.04 | 100.0000% | $4,033,954.04 |
| XS0347694787 | 6049032 | $10,000,000.00 | 100.0000% | $10,000,000.00 | 5.0000% | $500,000.09 |

Claim # 62783 - LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| XS0349153931 | 6045754 | $3,380,809.46 | 100.0000% | $3,380,809.46 | 100.0000% | $3,380,809.46 |
| XS0350116926 | 6045753 | $3,287,003.91 | 100.0000% | $3,287,003.91 | 100.0000% | $3,287,003.91 |
| XS0350117064 | 6045758 | $4,685,747.53 | 100.0000% | $4,685,747.53 | 100.0000% | $4,685,747.53 |
| XS0350893904 | 6045755 | $2,133,321.31 | 100.0000% | $2,133,321.31 | 100.0000% | $2,133,321.31 |
| XS0351359103 | 6045756 | $2,100,993.18 | 100.0000% | $2,100,993.18 | 100.0000% | $2,100,993.18 |
| XS0351627806 | 6045759 | $4,627,712.33 | 100.0000% | $4,627,712.33 | 100.0000% | $4,627,712.33 |
| XS0351859094 | 6045757 | $2,593,214.94 | 100.0000% | $2,593,214.94 | 100.0000% | $2,593,214.94 |
| XS0352912371 | 6045768 | $7,380,000.00 | 100.0000% | $7,380,000.00 | 13.5501% | $1,000,000.00 |
| XS0357874451 | 6045770 | $3,719,497.35 | 100.0000% | $3,719,497.35 | 100.0000% | $3,719,497.35 |
| XS0358118189 | 6045773 | $5,046,938.78 | 100.0000% | $5,046,938.78 | 100.0000% | $5,046,938.78 |
| XS0358125630 | 6045781 | $2,336,528.71 | 100.0000% | $2,336,528.71 | 100.0000% | $2,336,528.71 |
| XS0359279998 | 6045779 | $3,242,813.65 | 100.0000% | $3,242,813.65 | 100.0000% | $3,242,813.65 |
| XS0359351938 | 6045778 | $2,032,432.52 | 100.0000% | $2,032,432.52 | 100.0000% | $2,032,432.52 |
| XS0359858759 | 6045783 | $3,067,531.11 | 100.0000% | $3,067,531.11 | 100.0000% | $3,067,531.11 |
| XS0360377765 | 6045785 | $3,571,810.42 | 100.0000% | $3,571,810.42 | 100.0000% | $3,571,810.42 |
| XS0360870306 | 6045782 | $2,817,040.48 | 100.0000% | $2,817,040.48 | 100.0000% | $2,817,040.48 |
| XS0360870488 | 6045784 | $3,551,763.69 | 100.0000% | $3,551,763.69 | 100.0000% | $3,551,763.69 |
| XS0361107674 | 6045789 | $2,194,425.91 | 100.0000% | $2,194,425.91 | 100.0000% | $2,194,425.91 |
| XS0363707695 | 6045794 | $3,823,512.96 | 100.0000% | $3,823,512.96 | 100.0000% | $3,823,512.96 |
| XS0364018340 | 6045792 | $3,995,884.03 | 100.0000% | $3,995,884.03 | 100.0000% | $3,995,884.03 |
| XS0364263227 | 6045790 | $184,267.62 | 100.0000% | $184,267.62 | 100.0000% | $184,267.62 |
| XS0364895614 | 6045797 | $4,071,419.63 | 100.0000% | $4,071,419.63 | 100.0000% | $4,071,419.63 |
| XS0364895887 | 6045796 | $3,853,369.67 | 100.0000% | $3,853,369.67 | 100.0000% | $3,853,369.67 |
| XS0365870830 | 6045798 | $3,330,025.00 | 100.0000% | $3,330,025.00 | 100.0000% | $3,330,025.00 |
| XS0365872968 | 6045805 | $4,148,109.79 | 100.0000% | $4,148,109.79 | 100.0000% | $4,148,109.79 |
| XS0365915874 | 6045808 | $4,713,623.71 | 100.0000% | $4,713,623.71 | 100.0000% | $4,713,623.71 |
| XS0365916096 | 6045801 | $1,283,084.32 | 100.0000% | $1,283,084.32 | 100.0000% | $1,283,084.32 |
| XS0365916179 | 6045807 | $3,606,650.48 | 100.0000% | $3,606,650.48 | 100.0000% | $3,606,650.48 |
| XS0366125929 | 6045806 | $4,451,574.54 | 100.0000% | $4,451,574.54 | 100.0000% | $4,451,574.54 |
| XS0366126224 | 6045803 | $3,025,829.53 | 100.0000% | $3,025,829.53 | 100.0000% | $3,025,829.53 |
| *XS0367279774* | *6045810* | *$3,358,422.84* | *100.0000%* | *$3,358,422.84* | *100.0000%* | *$3,358,422.84* |

Claim # 62783 - LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| XS0367279931 | 6045811 | $3,442,094.74 | 100.0000% | $3,442,094.74 | 100.0000% | $3,442,094.74 |
| *XS0367280277* | *6045815* | *$8,995,745.41* | *100.0000%* | *$8,995,745.41* | *100.0000%* | *$8,995,745.41* |
| XS0367282059 | 6045813 | $3,509,909.72 | 100.0000% | $3,509,909.72 | 100.0000% | $3,509,909.72 |
| XS0367648648 | 6045814 | $1,341,719.72 | 100.0000% | $1,341,719.72 | 100.0000% | $1,341,719.72 |
| XS0367648721 | 6045809 | $2,215,919.95 | 100.0000% | $2,215,919.95 | 100.0000% | $2,215,919.95 |
| XS0367930582 | 6045812 | $3,658,835.95 | 100.0000% | $3,658,835.95 | 100.0000% | $3,658,835.95 |
| XS0368098090 | 6045816 | $2,102,883.83 | 100.0000% | $2,102,883.83 | 100.0000% | $2,102,883.83 |
| XS0368698444 | 6045824 | $8,746,707.78 | 100.0000% | $8,746,707.78 | 99.8855% | $8,736,696.67 |
| XS0379485864 | 6045825 | $5,066,944.44 | 100.0000% | $5,066,944.44 | 100.0000% | $5,066,944.44 |
| XS0384072103 | 6045826 | $5,027,750.00 | 100.0000% | $5,027,750.00 | 100.0000% | $5,027,750.00 |
| | | | | | **Aggregate Proposed Allowed Claim Amount:** | $692,349,144.65 |
| | | | | | **Claim Amount, as filed (portion based on Structured Security only):** | $1,306,042,132.00 |

---

[2]  Calculated in accordance with the Structured Securities Valuation Methodologies.

[3]  Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies limited to 100 percent of LBHI's outstanding notional amount or position.

[4]  The Debtors intend to file an objection to this claim. Accordingly, no proposed claim amount has been allocated to your claim.

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| COMMINGLED PENSION TRUST FUND | (EMERGING MARKETS FIXED INCOME) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND | (EMERGING MARKETS FIXED INCOME) J.P MORGAN INVEST MNGNT INC.,C/O LEGAL DEPT FL 4P ATTN: SCOTT E. RICHTER,1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMINGLED PENSION TRUST FUND (EMERGING MARKETS | FIXED INCOME). WACHTELL, LIPTON, ROSEN & KATZ ATN: HAROLD S.NOVIKOFF&KATHRYN GETTLES-ATWA,ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (EMERGING; | MARKETS FIXED INCOME) BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ.&JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| DETOURNAY, PIERRE | 20A, BD EMMANUEL SERVAIS LUXEMBOURG L 2535 LUXEMBOURG |
| ETHIAS SA | PAUL HERMANT BIRD & BIRD LLP AVENUE LOUISE 235 BOX 1 1050 BRUSSELS BELGIUM |
| ETHIAS SA | ATTN: THE CFO; DEPARTEMENT FINANCES 1006 RUE DES CROISIER 24 LIEGE 4000 BELGIUM |
| JPMORGAN EMERGING MARKETS DEBT FUND, | A SERIES OF JPMORGAN TRUST I 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN EMERGING MARKETS DEBT FUND, | A SERIES OF JPMORGAN TRUST I,C/O J.P.MORGAN INVEST MNGNT,INC,LGL DEPT FL,4P-ATTN: SCOTT E. RICHTER 1111 POLARIS PKY COLUMBUS OH 43240-2050 |
| JPMORGAN EMERGING MARKETS DEBT FUND, A SERIES OF | JPMORGAN TRUST I. WACHTELL,LIPTON,ROSEN&KATZ ATN:HAROLD S. NOVIKOFF&KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN EMERGING MARKETS DEBT FUND, A; | SERIES OF JPMORGAN TRUST I. BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ.&JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| JPMPORGAN FUNDS- EMERGING MARKETS DEBT FUND | FINSBURY DIALS 20 FINSBURY STREET LONDON EC2Y 9AQ UNITED KINGDOM |
| JPMPORGAN FUNDS- EMERGING MARKETS DEBT FUND | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ., KATHRYN GETTLES-ATWA,ESQ.51 WEST 52ND ST NEW YORK NY 10019 |
| JPMPORGAN FUNDS- EMERGING MARKETS DEBT FUND | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| JPMPORGAN FUNDS- EMERGING MARKETS DEBT FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| LEHMAN BROTHERS INTERNATIONAL | (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL | (EUROPE) (IN ADMINISTRATION) PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON,PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION) LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| PAUL MEYERS-KASS, MR. & MRS. | 12 RUE DES ROSES L-2445 LUXEMBOURG |
| WHITTER LONG/ SHORT FUND LLC | 1600 HUNTINGTON DRIVE SOUTH PASADENA CA 91030 |
| WHITTIER LONG/SHORT FUND LLC | 1600 HUNTINGTON DRIVE SOUTH PASADENA CA 91030 |

**Total Creditor count  21**