To: United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors

Chapter 11 Case No: 08-13555(JMP) (Jointly Administered)

From: Atil Birol
Mimar Sinan Mah. 1400 Sokak No:11 D:30 Goktasi Apt. Konak Izmir Turkey

Claim Number: 10985
Date Filed: 9/9/2009
Debtor: 08-13555
Classification and Amount: UNSECURED: $61,196.00

I have purchased $ 60,000 nominal of Lehman Brothers Perpetual Bond with coupon 6.9% (ISIN Number: XS0301813522) through Merrill Lynch Global Wealth Management on 15/05/2007. At that time the total amount of principle and the unpaid coupon was $ 61,196.00. I have submitted previously my statement and again I am attaching the statement of that month showing clearly the amount and the date of the purchase and my current statement as well.

My transaction is genuine and the security that was purchased was issued by Lehman Brothers, also it is still being kept in my account without any fair value. I am struggling to understand the reasons behind the Debtors requests to disallow my claim and totally opposing to the debtors requests.

I enclose previous correspondence, my current and old statements to support my claim.

Kind Regards

Atil Birol
Mimar Sinan Mah. 1400 Sokak No:11 D:30 Goktasi Apt. Konak Izmir Turkey



RECEIVED
OCT 2 6 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

## Merrill Lynch
### Wealth Management

September 2011 Statement
Primary account: 15X-10D67
Page 1 of 14

MR ATIL BIROL
MRS MELIHA BIROL
MRS GUL SERMIN BIROL
PK:63 PASAPORT 35211
KONAK IZMIR
TURKEY

**Questions?**
*Please call your Financial Consultant:*
Tel: 44 207-628-1000
*Turkish Team*
1081

MR ATIL BIROL,
MRS MELIHA BIROL AND
MRS GUL SERMIN BIROL JTWROS
PK:63 PASAPORT 35211
KONAK IZMIR
TURKEY

### Net portfolio value as of 30 Sep 2011:

| | |
|---|---:|
| Cash and cash equivalents | 1,038,880 |
| Portfolio holdings | 28,949 |
| Liabilities | 0 |
| **Net portfolio value in USD** | ***1,067,829*** |

### Table of contents

Summaries......................................................3
Holdings........................................................6
Collateralized FX and Bullion contracts..............8
Activity..........................................................9

Introduced by: MERRILL LYNCH INTL BANK LTD (UK BRANCH)
Merrill Lynch does not operate as a banking entity in all jurisdictions. Some services and products may not be available in all jurisdictions.
Your transactions with the International Private Banking Group are conducted through these accounts:
Merrill Lynch, Pierce, Fenner & Smith Incorporated - 15X-10D67
Merrill Lynch International Bank Limited (London Branch) onshore for UK Tax purposes - L002-85007, L004-62037, L004-62683
Merrill Lynch International Bank Limited (Merchant Bank) onshore for Singapore Tax purposes - S005-36084

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation.
MLPF&S is a registered broker-dealer, member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment Products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

# Merrill Lynch
## Wealth Management

September 2011 Statement
Primary account: 15X-10D67
Page 6 of 14

## Holdings

### Cash and money accounts

| Description | MLPF&S account number | Opening balance in trading currency | Closing balance in trading currency | Value in base currency |
|---|---|---|---|---|
| Cash | 15X-10D67 | 1.32 | 2.03 | 2 |
| Total ML Bank Deposit Program[3] | | 991,355.00 | 991,584.00 | 991,584 |
| US Dollars[3] | 15X-10D67 | 499,208.00 | 499,492.00 | |
| US Dollars[3] | 15X-10D67 | 492,147.00 | 492,092.00 | |

**Total in USD**    991,586

### Call deposits and Bullion Rights[5]

| | Value date | Description | Opening balance | Interest | Interest rate | Closing balance | Value in base currency |
|---|---|---|---|---|---|---|---|
| US Dollars[6] | 22 Jul 11 | Call (Reference Number 9B9QW5) | 47,292.10 | | 0.0400% | 47,293.68 | 47,294 |

**Total in USD**    47,294

**Total cash & cash equivalents in USD Credit**    1,038,880

### Fixed Income

#### US Dollars

| | Date acquired | Quantity | Total cost basis | Current market value | Unrealized gain/loss | Accrued interest | Estimated annual income | Current market value in base currency |
|---|---|---|---|---|---|---|---|---|
| USD Lehman Bros Cap 6.900% Perpetual | 15 May 07 | 60,000 | 60,020 | 81 | -59,939 | | | 81 |
| Escrow Gm Corp Sr[7] Conv Bonds Zero% Jul 15 2023 | 21 Apr 11 | 150,000 | N/A | N/A | N/A | | | |

**Total**    81 USD

**Total Convertible Securities (included in Equities asset allocation)**    USD 0

**Total fixed income in USD**    USD 81    81

All securities and other assets, except where indicated by footnotes, are held in accounts with Merrill Lynch, Pierce, Fenner & Smith Incorporated and protected by SIPC (subject to SIPC coverage limits) unless otherwise noted. Please see the last page of this statement for exceptions and other important footnotes. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at www.sipc.org or (202) 371-8300.



# Merrill Lynch

MR ATIL BIROL AND
MRS MELIHA BIROL JTWROS
PK:63 PASAPORT 35212
IZMIR
TURKEY

June 2007 Statement
Primary account: 15X-10D67
Page 1 of 20

**Questions?**
*Please call your Financial Consultant:*
*Tel: 44 207-628-1000*
*Turkish Team*
*1081*

## Net portfolio value as of 29 Jun 2007:

| | |
|---|---:|
| Cash and cash equivalents | 703,193 |
| Portfolio holdings | 955,678 |
| Liabilities | 0 |
| **Net portfolio value in USD** | **1,658,871** |

### Table of contents

| | |
|---|---:|
| Summaries | 3 |
| Holdings | 6 |
| Collateralized foreign exchange contracts | 8 |
| Activity | 11 |

Merrill Lynch does not operate as a banking entity in all jurisdictions. Some services and products may not be available in all jurisdictions.
Your transactions with the International Private Banking Group are conducted through these accounts:
Merrill Lynch, Pierce, Fenner & Smith Incorporated - 15X-10D67
Merrill Lynch International Bank Limited - L002-85007; L004-62037; L004-62683

08-13555-mg    Doc 21659    Filed 10/26/11    Entered 11/04/11 16:47:20    Main Document    Pg 5 of 8



# Merrill Lynch

June 2007 Statement
Primary account: 15X-10D67
Page 6 of 20

## Holdings

### Cash and CMA money accounts

| | MLPF&S account number | Description | Opening balance in trading currency | Interest rate | Accrued interest | Closing balance in trading currency | Value in base currency |
|---|---|---|---|---|---|---|---|
| US Dollars | 15X-10D67 | Cash | 1.29 | | | 305.14 | 305 |
| | | Total ML Bank Deposit Program[3] | 80,967.00 | | | 885.00 | 885 |
| US Dollars[3] | 15X-10D67 | ML Bank Deposit Program - MLBUSA | 80,967.00 | 4.00%[4] | | 860.00 | |
| US Dollars[3] | 15X-10D67 | ML Bank Deposit Program - MLFSB | 0.00 | 4.00%[4] | | 25.00 | |

**Total in USD**     1,190

### Fixed deposits[5]

| | | Date deposited | Maturity date | Interest rate | Accrued interest | Closing balance in trading currency | Value in base currency |
|---|---|---|---|---|---|---|---|
| US Dollars[6] | | 21 Jun 07 | 23 Jul 07 | 5.0100% | 879 | 702,002.72 | 702,003 |

**Total in USD**     702,003

**Total cash & cash equivalents in USD** (does not include accrued interest of 879)   **Credit**   703,193

### Fixed Income

| | | Date acquired | Quantity | Total cost basis | Current market value | Unrealized gain/loss | Accrued interest | Estimated annual income | Current market value in base currency |
|---|---|---|---|---|---|---|---|---|---|
| **US Dollars** | | | | | | | | | |
| USD Lehman Bros Cap 6.900% Perpetual | 15X-10D67 FMME7 | 15 May 07 | 60,000 | 60,020 | 58,800 | -1,220 | 321 | 4,140 | 58,800 |
| USD Intl Securities 9.000% Perpetual | FMSG8 | 04 Jun 07 | 174,000 | 174,020 | 172,016 | -2,004 | 652 | 15,653 | 172,016 |
| Ford Motor Credit Co Notes Glb 07.000% Oct 01 2013 | B7PD4 | 01 Feb 07<br>24 Apr 07<br>Total | 100,000<br>18,000<br>118,000 | 96,520<br>17,147<br>113,667 | 92,650<br>16,677<br>109,327 | -3,870<br>-470<br>-4,340 | 1,711<br>307<br>2,018 | 6,995<br>1,259<br>8,254 | 109,327 |
| USD Centercrdt Intl Reg S 8.625% Jan 30 2014 | FLUB4 | 05 Jun 07 | 150,000 | 148,145 | 147,976 | -169 | 5,354 | 12,933 | 147,976 |
| USD Turanalem Fin Bv | FET64 | 19 Apr 07 | 100,000 | 100,020 | 95,500 | -4,520 | 2,111 | 7,993 | |

All securities and other assets, except where indicated by footnotes, are held in account with Merrill Lynch, Pierce, Fenner & Smith Incorporated and protected by SIPC (subject to SIPC coverage limits) unless otherwise noted.
Please see the last page of this statement for exceptions and other important footnotes.



# Merrill Lynch

June 2007 Statement
Primary account: 15X-10D67
Page 13 of 20

## Activity

### Withdrawals, Transfers and Adjustments

| | Quantity | | Description | Price | Amount in trading currency | Amount in base currency |
|---|---|---|---|---|---|---|
| from your account | | | | | | |
| US Dollars | | | CFX Loss | | 272.04 | 272.04 |
| 07 Jun 07 | | 418 Journal Entry | CFX Loss | | 1,093.28 | 1,093.28 |
| 21 Jun 07 | | 418 Journal Entry | | | | |
| **Total in USD** | | | | | **1,365.32** | |

**Total subtractions to cash in USD**    **486,925.88**

## Chronological activity

| | Quantity | | Description | Price | Amount in trading currency | Amount in base currency |
|---|---|---|---|---|---|---|
| US Dollars | | | | | | |
| 01 Jun 07 | 60,000 | 000 Purchase | USD Lehman Bros Cap 6.900% Perpetual Callable-May Affect Yiel First Coupon 06/01/08 Interest From 06/01/07 | 60000.00 | -60,020.00 | -60,020.00 |
| 04 Jun 07 | -100,000 | 090 Sale | CFX Profit USD Aberdeen Asset 7.900% Perpetual Callable-May Affect Yiel First Coupon 08/29/07 Interest From 05/29/07 | 101100.00 | 1,223.07 101,189.72 | 1,223.07 101,189.72 |
| 04 Jun 07 | | 418 Journal Entry | | | | |
| 06 Jun 07 | -200,000 | 090 Sale | USD Atf Bank Unsolicited Order Reg S 9.000% May 11 2016 | 201000.00 | 202,230.00 | 202,230.00 |
| 07 Jun 07 | 150,000 | 000 Purchase | CFX Loss USD Centercrdt Intl Reg S 8.625% Jan 30 2014 Interest From 01/30/07 First Coupon 07/30/07 Partial Repay Of Fixed D | 148125.00 | -272.04 -152,745.00 | -272.04 -152,745.00 |
| 08 Jun 07 | | 418 Journal Entry | | | | |
| 13 Jun 07 | | 418 Journal Entry | | | 101,000.00 | 101,000.00 |

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000010985 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | |

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
**Mr. ATIL BIROL**
**MIMAR SINAN MAH. 1400 SOKAK No=11**
**D=30 GÖKTASI APT. KONAK/IZMIR TURKEY**
Telephone number: **00905322726659**  Email Address: **atilbirol@hotmail.com**

☐ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: _____
(If known)
Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____  Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ **6196** (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): **XS0301813522** (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: **Euroclear Bank Electronic Instruction Reference Number = 6001610** (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: **Euroclear Bank Account Number = 93999** (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

Date: **01 SEPTEMBER 2009**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. **[signed]**

FOR COURT USE ONLY
**FILED / RECEIVED**
**SEP 09 2009**
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

(RECEIVER)

UNITED STATES BANKRUPTCY COURT / SOUTHERN DISTRICT OF NEW YORK
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076



RECEIVED
SEP 09 2009



