Hearing Date and Time: December 6, 2011 at 10:00 a.m. (Prevailing Eastern Time)

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Irena Goldstein

Attorneys for The Royal Bank of Scotland plc

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                       :

**In re**                                                         :         **Chapter 11 Case No.**
                                                              :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :         **08-13555 (JMP)**
                                                              :
              **Debtors.**                                  :         **(Jointly Administered)**
------------------------------------------------------------------x

**STATEMENT OF THE ROYAL BANK OF SCOTLAND PLC**
**IN SUPPORT OF CONFIRMATION OF THIRD AMENDED JOINT CHAPTER 11**
**PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

      The Royal Bank of Scotland plc ("RBS"), through its undersigned counsel, hereby states its support for the confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the "Debtors"), filed on August 31, 2011 [Docket no. 19627]. RBS files this statement pursuant to section 1.02(i) of the Plan Support Agreement, dated June 30, 2011, among RBS and the Debtors and hereby reserves all of its

rights and remedies under the PSA.

| | |
|---|---|
| New York, New York<br>November 4, 2011 | DEWEY & LEBOEUF LLP<br><br>/s/ Irena Goldstein<br>Irena Goldstein, Esq.<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: 212-259-8000<br>Facsimile: 212-259-6333<br><br>Attorneys for The Royal Bank of Scotland plc |

US1 31204029.1