Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Deutsche Bank AG
and DB Energy Trading LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                 :

In re                                    :         Chapter 11
                                       :
LEHMAN BROTHERS HOLDINGS INC.,      :         Case No. 08-13555 (JMP)
                                       :
Debtor.                              :         (Jointly Administered)
                                       :
---------------------------------------------------------------x

**STATEMENT OF DEUTSCHE BANK AG AND DB ENERGY TRADING LLC
IN SUPPORT OF THIRD AMENDED JOINT CHAPTER 11 PLAN**

      Deutsche Bank AG and DB Energy Trading LLC, through their undersigned counsel, hereby file this statement in support of confirmation of the Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code [Docket No. 19627] (the "Plan"), filed by Lehman Brothers Holdings Inc. and its affiliated chapter 11 debtors (collectively, the "Debtors") on August 31, 2011 in the above-captioned case.

      Deutsche Bank AG and DB Energy Trading LLC are parties to separate Plan Support Agreements (the "PSAs") with the Debtors. Subject to the terms and conditions of the PSAs, Deutsche Bank AG and DB Energy Trading LLC support the confirmation of the Plan, except as noted below.

For the avoidance of doubt, Deutsche Bank AG makes this statement without prejudice to its rights and remedies in the dispute referenced at page 4-9 of Exhibit 4 of the Disclosure Statement for the Plan concerning the Debtors' proposed re-classification of certain allowed claims initially held by Lehman Brothers Bankhaus AG, and Deutsche Bank AG reserves its rights to object to confirmation of the Plan solely with respect to such re-classification, and otherwise to defend its interests in connection therewith.

Dated: November 4, 2011
     New York, New York

**BINGHAM MCCUTCHEN LLP**

/s/ Joshua Dorchak
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Deutsche Bank AG
and DB Energy Trading LLC*

A/74585992.1