WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                            :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :    **08-13555 (JMP)**
:
**Debtors.**                         :    **(Jointly Administered)**
:
---------------------------------------------------------------x

## AMENDMENT NO. 1 TO THE PLAN SUPPLEMENT

On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement, ECF No. 21254 (the "Plan Supplement"), containing documents and schedules in connection with the Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, dated August 31, 2011, ECF No. 19627 (the "Plan").[1]  In accordance with section 11.1 of the Plan, this Amendment No. 1 to the Plan Supplement removes certain executory contracts from and adds certain executory contracts to Exhibit 2 of the Plan Supplement.

Pursuant to section 11.1 of the Plan, the Debtors reserve the right to alter, amend, update, supplement, or modify the Plan Supplement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Pursuant to Section 15.5 of the Plan, the Plan Supplement may be obtained on the Debtors' independent website at [www.lehman-docket.com](www.lehman-docket.com) or by request to the Debtors in accordance with section 15.12 of the Plan.

Dated: November 4, 2011
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

## CONTRACTS TO BE REMOVED FROM EXHIBIT 2 TO THE PLAN SUPPLEMENT

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART A – DERIVATIVES CONTRACTS – ARE HEREBY REMOVED FROM EXHIBIT 2 AND ARE NO LONGER SCHEDULED FOR ASSUMPTION**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ABN AMRO Bank N.V. | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 540 W. Madison Street, Suite 2202 Chicago, IL, 60661<br><br>Attn: Daniel Bley/Frederick P. Engler |
| ABN AMRO Bank N.V. | | | ABN AMRO Bank N.V. Amsterdam Head Office<br>P.O. Box 283<br>1000 EA Amsterdam<br>The Netherlands<br>Attn: OFM/Swaps Department |
| ABN AMRO Bank N.V. | | | ABN AMRO Bank N.V., Chicago Branch<br>181 West Madison Street, 30th Floor<br>Chicago, IL, 60662<br>Attn: Treasury Operations |
| ABN AMRO Bank N.V. | | | ABN AMRO Bank N.V., London Branch<br>199 Bishopsgate<br>London EC2M 3TY<br>United Kingdom<br>Attn: Loan Administration Department |
| ABN AMRO Bank N.V. | | | ABN AMRO Bank N.V., Singapore Branch<br>OCBC Centre East, Level 9<br>63 Chulia Street<br>0459514,<br>Singapore |
| ABN AMRO Bank N.V. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | ABN AMRO Bank N.V<br>Corporate Communications (HQ9142)<br>P.O. Box 283<br>1000 EA Amsterdam<br>The Netherlands |
| AMP Capital Enhanced Yield FdC/O AMP Capital Inves | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 50 Bridge Street<br>Sydney NSW 2008<br>Australia |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| AMP Capital Enhanced Yield FdC/O AMP Capital Inves | | | BNP Fund Sevices Australasia Limited<br>Level 6, BNP Paribas Centre<br>60 Castlereagh Street<br>Sydney, 2000<br>Australia<br>Attn: Manager - Derivative |
| AMP Capital Enhanced Yield FdC/O AMP Capital Inves | | | PO Box R227<br>Royal Exhange<br>Sydney NSW 1225<br>Australia |
| AMP CAPITAL INVESTORS LTDA/C Aus Corporate Bond | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 50 Bridge Streeet<br>Sydney NSW 2008<br>Australia |
| AMP CAPITAL INVESTORS LTDA/C Aus Corporate Bond | | | BNP Fund Sevices Australasia Limited<br>Level 6, BNP Paribas Centre<br>60 Castlereagh Street<br>Sydney, 2000<br>Australia<br>Attn: Manager - Derivative |
| AMP CAPITAL INVESTORS LTDA/C Aus Corporate Bond | | | PO Box R227<br>Royal Exchange<br>Sydney NSW 1225<br>Australia |
| Bank of America, National Association | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 26 Elmfield Road<br>Bromley, Kent<br>BR1 1WA<br>United Kingdom<br>Attn: Global Derivative Operations |
| BARCLAYS BANK PLC | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 200 Park Avenue<br>New York, NY, 10166 |
| BBVA 5X5 FI | LEHMAN BROTHERS OTC DERIVATIVES INC. | | Banco Bilbao Vizcaya Argentaria, S.A.<br>Plaza San Nicolas #4<br>Bilbao, Vizcaya<br>28005<br>Spain |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| BLUEBAY | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o BlueBay Asset Management Limited, Attn: Melanie Davison<br>Times Place<br>45 Pall Mall<br>London, SW1Y5JG<br>UK |
| Deutsche Bank AG | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 60 Wall Street, 36th Floor<br>New York, NY, 10005-2858 |
| Deutsche Bank AG | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 60 Wall Street, 36th Floor<br>New York, NY, 10005-2858 |
| FEDERAL HOME LOAN BANK BOSTONA/C FHLB BOSTON | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 111 Huntington Avenue<br>Boston, MA , 02199 |
| FEDERAL HOME LOAN BANK BOSTONA/C FHLB BOSTON | | | 111 Huntington Avenue<br>Boston, MA , 02199 |
| Federal Home Loan Bank of Topeka | LEHMAN BROTHERS FINANCIAL PRODUCTS INC. | | 120 SE 6th Street<br>Topeka KS , 66603-0000<br><br>Attn: Investments |
| Federal Home Loan Bank of Topeka | | | 120 SE 6th Street<br>Topeka, KS , 66603<br><br>Attn: Investments |
| Federal Home Loan Bank of Topeka | | | P.O. Box 176<br>One Security Benefit Pl, Suite 100<br>Topeka, KS,  66601-0176<br><br>Attn: Matthew D. Boatwright |
| GOLDMAN SACHS BANK USA (ME) | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Goldman Sachs & Co<br>200 West Street<br>New York, NY<br>10282<br>USA<br>Darren Thomas |
| Goldman, Sachs & Co | | | Goldman, Sachs<br>85 Broad Street<br>New York, NY, 10004<br><br>Attn: FX Operations |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Goldman, Sachs & Co. | LEHMAN BROTHERS OTC DERIVATIVES INC. | | c/o Cleary Gottleib Steen<br>One Liberty Plaza<br>New York, NY,  1470 |
| IMPAC CMB TRUST SERIES 2004-04 | LEHMAN BROTHERS DERIVATIVE PRODUCTS INC. | | 1761 E. Saint Andrew Place<br>Santa Ana, CA, 92705<br>Deutsche Bank National Trust |
| IMPAC CMB TRUST SERIES 2004-04 | | | Deutsch Bank National Trust Company<br>1761 E Saint Andrew Place<br>Santa Ana, CA, 92705<br><br>Attn: Trust Administration |
| IMPAC CMB TRUST SERIES 2004-04 | | | Thacher Proffitt & Wood LLP<br>Two World Financial Center, 28th Floor<br>New York, NY, 10281 |
| J. ARON & COMPANY | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 85 Broad Street<br>New York, NY, 10004<br><br>Attn:  J. Aron |
| LB ASIA HOLDINGS LIMITED | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Level 38, One Pacific Place<br>88 Queensway<br>Hong Kong |
| LB ASIA HOLDINGS LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Level 38, One Pacific Place<br>88 Queensway<br>Hong Kong |
| LB BANKHAUS AG SEOUL BRANCH | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 12th floor Hanhwa Building<br>110, Sokong-Dong<br>Jung-Ku, Seoul, 100-755<br>Korea |
| LB BANKHAUS AG SEOUL BRANCH | | | c/o CMS Hasche Sigle<br>Barckhausstraße 12-16<br>Frankfurt A.M., 60325<br>Germany<br>Attn: Dr. Michael Frege |
| LB BANKHAUS AG SEOUL BRANCH | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 12th floor Hanhwa Building<br>110, Sokong-Dong<br>Jung-Ku, Seoul, 100-755<br>Korea |
| LB BANKHAUS AG SEOUL BRANCH | | | c/o CMS Hasche Sigle<br>Barckhausstraße 12-16<br>Frankfurt A.M., 60325<br>Germany<br>Attn: Dr. Michael Frege |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| LB BANKHAUS LONDON BRANCH | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 25 Bank Street<br>London, E14 5LE<br>England |
| LB BANKHAUS LONDON BRANCH | | | c/o CMS Hasche Sigle<br>Barckhausstraße 12-16<br>Frankfurt A.M., 60325<br>Germany<br>Attn: Dr. Michael Frege |
| LB BANKHAUS LONDON BRANCH | | | One Broadgate<br>London, EC2M 7HA<br>England |
| LB BANKHAUS LONDON BRANCH | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 25 Bank Street<br>London, E14 5LE<br>England |
| LB BANKHAUS LONDON BRANCH | | | c/o CMS Hasche Sigle<br>Barckhausstraße 12-16<br>Frankfurt A.M., 60325<br>Germany<br>Attn: Dr. Michael Frege |
| LB BANKHAUS LONDON BRANCH | | | One Broadgate<br>London, EC2M 7HA<br>England |
| LB COMMERCIAL MORTGAGE K.K. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Kishimoto Bldg, 9th Floor<br>2-2-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-0005<br>Japan |
| LB SECURITIES ASIA LIMITED | LEHMAN BROTHERS COMMERCIAL CORPORATION | | KPMG 8th floor, Prince's Building<br>10 Chater Road<br>Central, Hong Kong |
| LB SECURITIES ASIA LIMITED | | | Level 38, One Pacific Place<br>88 Queensway<br>Hong Kong |
| LB SECURITIES ASIA LIMITED | | | Two International Finance Centre, 26 th floor<br>8 Finance Street<br>Central, Hong Kong |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| LEHMAN BROTHERS BANKHAUS A.G. | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Gruneburgweg 18<br>60322<br>Frankfurt am main, Germany |
| LEHMAN BROTHERS BANKHAUS A.G. | LEHMAN BROTHERS COMMODITY SERVICES INC. | | Gruneburgweg 18<br>60322<br>Frankfurt am main, Germany |
| LEHMAN BROTHERS BANKHAUS A.G. | | | Rathenauplatz I<br>60322<br>Frankfurt am main, Germany |
| LEHMAN BROTHERS BANKHAUS A.G. | LEHMAN BROTHERS HOLDINGS INC. | | Gruneburgweg 18<br>60322<br>Frankfurt am main, Germany |
| LEHMAN BROTHERS BANKHAUS A.G. | | | Rathenauplatz I<br>60322<br>Frankfurt am main, Germany |
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Kishimoto Bldg, 9th Floor<br>2-2-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-0005<br>Japan |
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS COMMODITY SERVICES INC. | | Kishimoto Bldg, 9th Floor<br>2-2-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-0005<br>Japan |
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Kishimoto Bldg, 9th Floor<br>2-2-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-0005<br>Japan |
| LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 25 Bank Street<br>London, E14 5LE<br>England |
| LEHMAN BROTHERS TREASURY CO BV | | | Houthoff Buruma N.V.<br>P.O. Box 75505<br>NL-1070 AM Amsterdam, The Netherlands |
| LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 25 Bank Street<br>London, E14 5LE<br>England |
| LEHMAN BROTHERS TREASURY CO BV | | | Houthoff Buruma N.V.<br>P.O. Box 75505<br>NL-1070 AM Amsterdam, The Netherlands |
| LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 25 Bank Street<br>London, E14 5LE<br>England |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO BV | | | Houthoff Buruma N.V. P.O. Box 75505 NL-1070 AM Amsterdam, The Netherlands |
| LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS HOLDINGS INC. | | 25 Bank Street London, England |
| LEHMAN BROTHERS TREASURY CO BV | | | Houthoff Buruma N.V. P.O. Box 75505 NL-1070 AM Amsterdam, The Netherlands |
| LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 25 Bank Street London, E14 5LE England |
| LEHMAN BROTHERS TREASURY CO BV | | | Houthoff Buruma N.V. P.O. Box 75505 NL-1070 AM Amsterdam, The Netherlands |
| Merrill Lynch Bank USA | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 4 world Financial Center 12th floor New York, NY, 10080 |
| Merrill Lynch Bank USA | | | 4 world Financial Center 12th floor New York, NY, 10080 |
| Merrill Lynch Bank USA | | | 800 Scudders Mill Road 111 Plainsboro NJ , 08536  Attn: Joseph Sandford |
| MERRILL LYNCH CAPITAL SERVICES INC | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 4 World Financial Center, 12th Floor New York NY 10080 |
| Merrill Lynch Commodities (Europe) Limited | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 2 King Street London EC1A 1HQ United Kingdom Attn: Merrill Lynch Commodities Legal Group |
| Merrill Lynch Commodities (Europe) Limited | | | Merrill Lynch Financial Centre 2 King Edward Street London, EC1A 1HQ United Kingdom Attn: Merrill Lynch commodities Legal Group |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Merrill Lynch International Bank Limited | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 4 World Financial Center, 12th Floor, 16th Floor<br>4 World Financial Center, 12th Floor, 16th Floor<br>New York, NY, 10281-1315<br><br>Attn:  FX Operations Manager |
| Merrill Lynch International Bank Limited | | | Ropemaker Place<br>25 Ropemaker Street<br>London, EC2 9LY<br>United Kingdom<br>Attn:  Foreign Exchange Business Support |
| MORGAN STANLEY CAPITAL GROUP, INC | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 1585 Broadway, 3rd Floor<br>New York, NY, 10036-8293<br><br>Attn:FX Transactions, Currency Obligations/Options |
| MORGAN STANLEY CAPITAL GROUP, INC | | | 2000 Westchester Avenue<br>Purchase, NY , 10577<br><br>Attn: Commodities, Swap Group |
| MORGAN STANLEY CAPITAL GROUP, INC | | | Transaction Mangement Group<br>1585 Broadway, 19th Floor<br>New York, NY, 10036-8293<br><br>Attn: Chief Legal Officer |
| MORGAN STANLEY CAPITAL GROUP, INC | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 2000 Westchester Avenue, First Floor<br>Purchase, NY , 10577<br><br>Attn: Commodities - Swap Group |
| MORGAN STANLEY CAPITAL GROUP, INC | | | Transaction Management Group<br>1585 Broadway, 10th Floor<br>New York, NY, 10036-8293<br>Attn:Chief Legal Officer |
| Nebraska Investment Finance Authority | LEHMAN BROTHERS FINANCIAL PRODUCTS INC. | | 1230 O ST<br>Suite 200<br>Lincoln, NE , 68508 |
| Nebraska Investment Finance Authority | | | 200 Commerce Court<br>1230 O Street<br>Lincoln, NE , 68508<br>Attn: Executive Director |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| New York Life Insurance Company | LEHMAN BROTHERS SPECIAL FINANCING INC. | | NY Life Investment Management<br>51 Madison Avenue<br>New York, NY, 00101<br><br>Attn: Tom Mahon |
| NEVADA HOUSING DIVISION | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1802 North Carson St, Ste 154<br>Carson City, NV, 89701<br>Attn: CFO |
| NEVADA HOUSING DIVISION | | | Nevada Housing Division Offices<br>7220 Bermuda Road, Ste. B<br>Las Vegas, NV , 89119<br><br>Attn: Lon DeWeese |
| Otterbein Homes | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 580 North State Route 741<br>Lebanon, OH<br>45036 |
| P7887 Lianhe Investments Pte Ltd. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | PIMCO<br>840 Newport Center Drive<br>Suite 100<br>Newport Beach, CA, 92660<br><br>Attn: Kevin M. Broadwater |
| Pickersgill, Inc. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 615 Chestnut Avenue<br>Towson , 21204 |
| Royal Bank of Scotland PLC | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 600 Steamboat Road<br>Greenwich, CT , 06830<br><br>Attn: Legal Dept. - Derivatives Documentation |
| Royal Bank of Scotland PLC | | | RBS Global Banking & Markets<br>Level 4, 135 Bishopgate<br>London, EC2M 3UR<br>United Kingdom<br>Attn: Swaps Administration |
| SOUTHERN CALIFORNIA EDISON (EEI) | LEHMAN BROTHERS COMMODITY SERVICES INC. | EEI dated on 4/7/2008 | 2244 Walnut Grove Ave.<br>Rosemead, CA , 91770<br><br>Attn: Kevin Cini |
| TRI-CITY BAPTIST CHURCH | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 2150 E. Southern Avenue<br>Tempe<br>AZ<br>85282<br><br>CFO |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| TRI-CITY BAPTIST CHURCH 10/1/2012 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1409 NC Highway North<br>PO Box 40<br>Conover, NC, 28613<br><br>Attn: Walter Raines |
| UBS AG | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 677 Washington Boulevard<br>Stamford, CT , 06912-0300<br><br>Attn: James Fuqua, David Kelly |

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART C – COMMERCIAL REAL ESTATE AGREEMENTS – ARE HEREBY REMOVED FROM EXHIBIT 2 AND ARE NO LONGER SCHEDULED FOR ASSUMPTION**

| Debtor | Counterparty | Title of Agreement | Description[1] | Notice Address |
|---|---|---|---|---|
| LB Rose Ranch LLC | A.D.R.A. LLC | Membership Agreement | Membership Agreement | 3329 Diablo Way, Castle Rock, CO 80108 |
| LB Rose Ranch LLC | Garfield County | Government Agreement | Zone District / Comprehensive Plan Map Amendment | c/o Building & Planning Director, 108 8th Street, Suite 401, Glennwood Springs, CO 81601 |
| LB Rose Ranch LLC | Toro | Vendor Contract, dated September 12, 2007 | Service Agreement - Irrigation Computer Lease | P.O. Box 3339, Abilene, TX 79604 |

---

[1] This description is provided for informational purposes only. To the extent there is an inconsistency between this description and the contract, the contract governs.

# EXHIBIT B

# CONTRACTS TO BE ADDED TO EXHIBIT 2 TO THE PLAN SUPPLEMENT

**THE FOLLOWING CONTRACT IS HEREBY ADDED TO THE PLAN SUPPLEMENT ON EXHIBIT 2, PART A – DERIVATIVES CONTRACTS – AND IS SCHEDULED FOR ASSUMPTION**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| WGZ Bank AG Westdeutsche Genossenschafts-Zentralbank | LEHMAN BROTHERS COMMERCIAL CORPORATION | FX Forward Purchase Agreement dated 11/21/2008 (DBE506598-080519) | WGZ Bank AG Legal Department Ludwig-Erhard-Allee 20 Dusseldorf, D-40227 Germany |

**THE FOLLOWING CONTRACT IS HEREBY ADDED TO THE PLAN SUPPLEMENT ON EXHIBIT 2, PART C – COMMERCIAL REAL ESTATE AGREEMENTS – AND IS SCHEDULED FOR ASSUMPTION**

| Deal ID | Debtor[1] | Counterparty | Date | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|---|
| R08D44 | LBHI/LCPI | TUXEDO RESERVE OWNER LLC, TUXEDO TPA OWNER LLC | 05/26/2010 | OMNIBUS AMENDMENT TO SENIOR LOAN AGREEMENT, PROJECT LOAN AGREEMENT AND OTHER LOAN DOCUMENTS, by and among TUXEDO RESERVE OWNER LLC, TUXEDO TPA OWNER LLC, THE RELATED COMPANIES, L.P., TUXEDO RESERVE INVESTMENT PARTNERS, L.P., , R-H TPA HOLDINGS L.P., TRIP BORROWER CO-MEMBER LLC,  TPA BORROWER CO-MEMBER LLC,  LEHMAN COMMERCIAL PAPER INC., and LEHMAN BROTHERS HOLDINGS INC. | Omnibus Amendment to Loan Agreements | C/O The Related Companies, L.P. 60 Columbus Circle New York, NY 10023 Attn: Michael Brenner, Executive VP and CFO<br><br>c/o The Related Companies, L.P. New York, NY 10023 Attn: David Speiser, VP<br><br>c/o The Related Companies, L.P. New York, NY 10023 Attn: Randolph Amengual, Esq. |

---

[1] LBHI – Lehman Brothers Holdings Inc.
   LCPI – Lehman Commercial Paper Inc.
   LCPUK – Lehman Commercial Paper Inc., UK Branch
   LBSF – Lehman Brothers Special Financing Inc.

[2] This description is provided for informational purposes only. To the extent there is an inconsistency between this description and the contract, the contract governs.

US_ACTIVE:\43850747\06\58399.0008