**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022
212.262.6700 (Telephone)
212.262.7402 (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to Andorra Banc Agricol REIG, S.A.*

## IN THE UNITED STATES BANKRUPTCY
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**Kimberly M. Adams**, being of full age, hereby certifies as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler, PC, counsel to *Andorra Banc Agricol REIG, S.A.* in the above-referenced matter. As such, I have knowledge of the facts set forth herein.

2. I hereby certify that on November 4, 2011 I caused the following document to be e-filed with the United States Bankruptcy Court for the Southern District of New York and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice:

> a. *Objection of Andorra Banc Agricol REIG, S.A. To Third Amended Joint Plan of Lehman Brothers Holding Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code. [Docket No. 21664]*

23721/3
11/04/2011 **18872556**.1

        3.     I further certify that on November 4, 2011, I caused a true and correct copy of the forgoing document(s) to be served upon the parties indicated on Exhibit A attached hereto.

        I certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                        */s/ Kimberly M. Adams*
                                                        Kimberly M. Adams, Paralegal

Dated: November 4, 2011

# EXHIBIT A TO CERTIFICATE OF SERVICE

**Attorneys for the Debtors**

Harvey R. Miller., Esq.
Lori R. Fife Esq.
Alfredo R. Pérez, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
lori.fife@weil.com
alfredo.perez@weil.com

(via e-mail and first class mail)

**Attorneys for the Official Committee of Unsecured Creditors**

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

(via e-mail and first class mail)

**Office of the United States Trustee for Region 2**

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004
212-668-2255 (Facsimile)

(via facsimile and first class mail)