David W. Dykhouse
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK   )

MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On November 4, 2011, I electronically filed the following document:

*Statement of Asbury Atlantic, Inc. and Asbury-Solomons, Inc. With Respect to Motion Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code to Establish Procedures for the Consensual Amendement and Assumption of Certain Non-Terminated Prepetition Derivatives Contracts*

with the Clerk of the Court using the CM/ECF system, which caused notification of such filing to be sent to all parties of record.

3448081v.1

3. On November 4, 2011, I served the above document upon the following via overnight courier (Federal Express), directed to them at the addresses below:

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.

4. On November 4, 2011, I caused a true copy of the above document to be served via hand delivery upon the following at the address indicated below:

OFFICE OF THE UNITED STATES TRUSTEE
 FOR THE SOUTHERN DISTRICT OF NEW YORK
33 Whitehall Street, 21st Floor
New York, New York 10004

_____
MATTHEW M. FINNEGAN

Sworn to before me this 4th
day of November, 2011

_____
Notary Public

EDWIN J. VALLEJO
Notary Public, State of New York
No. 02VA6169270
Qualified in New York County
Commission Expires June 25, 2015

3448081v.1