UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., et al ) ) ) ) ) | Case No. 08-13555-jmp<br>Chapter 11 |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Thomas S. Marrion, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent United Church of Christ Retirement Community, Inc. d/b/a Havenwood-Heritage Heights, a party in interest in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the State of Connecticut and the bar of the U.S. District for the District of Connecticut.

I have submitted the filing fee of $200.00 with this motion for ***pro hac vice*** admission.

Dated : November 7, 2011

Hartford, Connecticut                              */s/ Thomas S. Marrion*
                                                                   Thomas S. Marrion

                                                                   *Mailing Address:*

                                                                   Thomas S. Marrion, Esq.
                                                                   Hinckley, Allen & Snyder LLP
                                                                   20 Church Street
                                                                   Hartford, CT  06103
                                                                   Email:  tmarrion@haslaw.com
                                                                   Tel. No.: 860-331-2660

50447203

## CERTIFICATE OF SERVICE

  I, Thomas S. Marrion, hereby certify that on this 7th day of November, 2011, I caused to be served a copy of the *Motion For Admission To Practice, Pro Hac Vice* filed herewith to be served by this Court's CM/ECF System.

               */s/ Thomas S. Marrion*
               Thomas S. Marrion, Esq.
               Hinckley, Allen & Snyder LLP
               20 Church Street
               Hartford, CT  06103
               Tel. No.: 860-331-2660

50447203