UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., et al | ) ) ) ) ) Case No. 08-13555-jmp<br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES AND PLEADINGS**

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of Thomas S. Marrion, and the law firm of Hinckley, Allen & Snyder LLP, as counsel for United Church of Christ Retirement Community, Inc. d/b/a Havenwood-Heritage Heights. The undersigned requests that notices of all matters be served as follows:

> Thomas S. Marrion, Esq.
> Hinckley, Allen & Snyder LLP
> 20 Church Street
> Hartford, CT  06103
> Telephone: (860) 331-2660
> Facsimile: (860) 331-2661
> Email: tmarrion@haslaw.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or

#50447190                                                                 1

conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the

Debtor or the property of the Debtor filed by any party in the above-captioned case.

        UNITED CHURCH OF CHRIST
RETIREMENT COMMUNITY, INC.
D/B/A HAVENWOOD-HERITAGE
HEIGHTS

By their attorneys,

*/s/ Thomas S. Marrion*
Thomas S. Marrion, Esq. (pro hac vice admission pending)
Hinckley, Allen & Snyder LLP
20 Church Street
Hartford, CT  06103
Telephone: (860) 331-2660
Facsimile: (860) 331-2661
Email: tmarrion@haslaw.com

Dated: November 7, 2011

#50447190    2

## CERTIFICATE OF SERVICE

  I, Thomas S. Marrion, hereby certify that on this 7th day of November, 2011, I caused to be served a copy of the Notice of Appearance and Request for Service of All Notices and Pleadings filed herewith to be served by this Court's CM/ECF System.

                */s/ Thomas S. Marrion*
                Thomas S. Marrion, Esq.
                Hinckley, Allen & Snyder LLP
                20 Church Street
                Hartford, CT  06103
                Telephone: (860) 331-2660