October 12/11

To the
Honourable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York   Courtroom 601
New York 10004

In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objections to Disallow and Expunge Filed Proofs of
Claim

Court: United States Bankruptcy Court
        Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

RECEIVED
OCT 27 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Creditor/Claimant:   HERMINIA CASTAÑEDA SANROMAN/
                     SILVIA H. RAMIREZ CASTAÑEDA
                     CALLE VIZCAYNAS 305, COLONIA CARRETAS
                     QUERETARO, QRO 76050 MEXICO

Claim Number:   50842
Debtor:         Lehman Brothers Holdings Inc.
                08-13555

Response to:    Objection requesting Claim to be Disallowed & Expunged

Basis of the Claim:   LEHMAN BROTHERS
                      DUE 06/01/2049 INT 6.900%
                      ISIN: XS0301813522
                      With a Nominal Value of US$ 100,000

We herewith oppose the disallowance and expungement on the ground that the Debtors
have no liability for the claim. The purchase of the securities was legitimate and the claim
was filed on time.
I ask the Bankruptcy Court of Southern District of New York to formally fully recognize
my justified claim and put these on the formal list of Debtors.

HERMINIA CASTAÑEDA SANROMAN       SILVIA H. RAMIREZ CASTAÑEDA