WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: 212.937.7232
Facsimile: 212.230.8888
Philip D. Anker

Attorneys for Värde Partners, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                          :     Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS, INC., et al.,        :     08-13555 (JMP)
                                               :
                 Debtors.                      :     (Jointly Administered)
                                               :
-----------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2011, a true and correct copy of *Värde Partners, L.P.'s Statement in Support of Confirmation of Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* was served via hand delivery upon the parties listed on the attached Service List and was also served electronically upon all interested parties using the Court's CM/ECF system.

Dated: November 7, 2011
       New York, New York

      /s/ Philip D. Anker
Philip D. Anker
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 230-8800
Fax: (212) 230-8888
philip.anker@wilmerhale.com

*Attorneys for Värde Partners, L.P.*

**SERVICE LIST**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller, Esq.
        Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
        Alfredo R. Pérez, Esq.
*(Attorneys for the Debtors)*

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York, 10004
Attn:   Tracy Hope Davis, Esq.
        Elisabetta G. Gasparini, Esq.
        Andrea B. Schwartz, Esq.
        Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Matsumoto, Esq.
        Linda Riffkin, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
*(Attorneys to the Official Committee of Unsecured Creditors)*

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Attn:   Gerard Uzzi, Esq.
        J. Christopher Shore, Esq.
*(Attorneys for the Ad Hoc Group of Lehman Brothers Creditors)*