

To the
Honourable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York   Courtroom 601
New York 10004

In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objections to Disallow and Expunge Filed Proofs of Claim

Court: United States Bankruptcy Court
      Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

Creditor/Claimant:  DAVID JESUS ALPIZAR CARRILLO/
                    MARISSA NAVARRETE SIERRA
                    CALLE 3 #380X8Y8B  COL.LA GUERRERO
                    97118 MEXICO

Claim Number:   49481
Debtor:         Lehman Brothers Holdings Inc.
                08-13555

Response to:    Objection requesting Claim to be Disallowed & Expunged

Basis of the Claim:  LEHMAN BROTHERS
                     DUE 06/01/2049 INT 6.900%
                     ISIN: XS0301813522
                     With a Nominal Value of US$ 200,000

We herewith oppose the disallowance and expungement on the ground that the Debtors have no liability for the claim. The purchase of the securities was legitimate and the claim was filed on time.
We ask the Bankruptcy Court of Southern District of New York to formally fully recognize our justified claim and put us back on the formal list of Creditors.

DAVID JESUS ALPIZAR CARRILLO      MARISSA NAVARRETE SIERRA

To the
Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Ney York Courtroom 601
New York 10004

I, David Jesus Alpizar Carrillo, 54, citizen of Mexico and my wife Marissa Navarrete Sierra consider ourselves legal and legitimate creditors of the Bankruptcy of Lehman Brothers Holdings Inc. and also consider the intention of the debtor to disallow end expunge our claim a violation of our human international rights.
In 2007 we were convinced by a branch of Scotia Bank in Merida Mexico, to deposit all of our lifetime savings in an account in another branch of Scotia Bank in Canada, where our money would be safe and we would gain good dividends for our future retirement.
In September 2008, we were notified by Scotia Capital, that our money was involved in the Lehman Brothers bankruptcy and that the possibility to lose a big part of it or all was high.
From that time on we have always followed Scotia Bank's instructions about the steps to take to be part of the creditors group.
On the Bank's advice we placed several claims always assuming that each one was an amendment to the previous one and never with the intention to take advantage of any situation
We just recently received a notice from your courtroom that our last claim has been requested to be disallowed and expunged by the debtor and we think this is an attempt from the debtor to eliminate small savers who cannot defend themselves because we live in a different country or because we don't have the means to defend ourselves, even requesting that we personally appear at a hearing to be held in a different country and thousands of miles away from our hometowns.
We have always admired the United States of America legal system and we trust the fact that justice will prevail and we will at least recover part of our money as our claim is truly legitimate as proven by all the documents that are enclosed with this letter.
Sincerely

DAVID JESUS ALPIZAR CARRILLO

MARISSA NAVARRETE SIERRA.

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)   0000049481

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

DAVID JESUS ALPIZAR CARRILLO AND MARISSA NAVARRETE SIERRA

CALLE 3 #380X8Y8B COL. LA GUERRERO

MERIDA, YUC.

97118 MEXICO
Telephone number: +52 999 9441556   Email Address: david.alpizar@sybroudental.com

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 2569
(If known)

Filed on: 2/4/2009

**Name and address where payment should be sent (if different from above)**
DAVID JESUS ALPIZAR CARRILLO C/O SCOTIA PRIVATE CLIENT GROUP

SCOTIA PLAZA 11 ADELAIDE STREET WEST 2nd FLOOR TORONTO -

ONTARIO CANADA M5H -1N1
Telephone number: 416-350-5748   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ 200,000 (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0301813522 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
ID: CA37573
(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
CLEARSTREAM :84046 Scotia Capital Inc.
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. 10-26-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signatures] DAVID JESUS ALPIZAR CARRILLO   MARISSA NAVARRETE SIERRA |
|---|---|

FOR COURT USE ONLY
**FILED / RECEIVED**
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                        Debtors.               :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

LBH OMNI 215 09-16-2011 (MERGE2,TXNUM2) 4000097389 BAR(23) MAIL ID *** 000051600202 *** BSIUSE: 142

DAVID JESUS ALPIZAR CARRILLO &
MARISSA NAVARRETE SIERRA
CALLE 3 # 380X8Y8B COL.LA GUERRERO
MERIDA, YUC., 97118 MEXICO

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JAE KIM, ESQ., AT 212-310-8325.

### NOTICE OF HEARING ON DEBTORS' TWO HUNDRED FIFTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>DAVID JESUS ALPIZAR CARRILLO &<br>MARISSA NAVARRETE SIERRA<br>CALLE 3 # 380X8Y8B COL.LA GUERRERO<br>MERIDA, YUC., 97118 MEXICO | **Claim Number:** | 49481 |
| | **Date Filed:** | 10/27/2009 |
| | **Debtor:** | 08-13555 |
| | **Classification and Amount:** | UNSECURED: $ 200,000.00 |

PLEASE TAKE NOTICE that, on September 16, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, IN ITS ENTIRETY on the ground that the Debtors have no liability for the claim. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 11, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

<u>As required according to your letter our paper has been sent to the following addresses:</u>

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York
New York 10004


Weil, Gotshal & Manges LLP
Shai Y. Waisman
Attorney for debtors and debtors in possession
767 Fifth Avenue
New York
New York 10153


The Office of the United States Trustee for Region 2
(Attn. Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.)
33 Whitehall Street
21st Floor
New York
New York 10004


Attorneys for the official committee of unsecured creditors appointed in the cases
Milbank, Tweed, Hadley & MacCloy LLP,
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)
1 Chase Manhattan Plaza,
New York
New York 10005


Epiq Bankruptcy Solutions, LLC
Attn: LB Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York
New York 10017

PASAPORTE / Passport / Passeport       Estados Unidos Mexicanos

Tipo / Type: P
Clave del país de expedición / Code: MEX
Pasaporte No / Passport No: 05310004859
Apellidos / Surname: ALPIZAR CARRILLO
Nombres / Given names: DAVID JESUS
Nacionalidad / Nationality: MEXICANA
Fecha de nacimiento / Date of birth: 21 10 1957
CURP / Personal No: AICD571021HYNLRV03
Sexo / Sex: M
Lugar de nacimiento / Place of birth: MERIDA YUC
Fecha expedición / Issue date: 18 03 2005
Fecha caducidad / Date of expiry: 18 03 2015
Autoridad / Authority: YUCATAN

P<MEXALPIZAR<CARRILLO<<DAVID<JESUS<<<<<<<<<
3100048598MEX5710214M1503184<<<<<<<<<<<<08

# ScotiaMcLeod*

MAY 31 2007

AS PRINCIPAL, WE TODAY CONFIRM THE FOLLOWING SALE TO YOU

200,000 BOUGHT   LEHMAN BROTHERS 06.900% JUN 01 a 101.
                 DUE 06/01/2049
                 TID#0100314939# SOLICITED
                 BY CLAUDIA MONTOYA
                 4227286418

| ACCOUNT NO./N° DE COMPTE | TYPE |
|---|---|
| 422-7286418-CASH | |

INVESTMENT EXECUTIVE/REPRÉSENTANT EN PLACEMENTS
C MONTOYA
53L
416-350-5736

DAVID JESUS ALPIZAR CARRILLO
MARISSA NAVARRETE SIERRA
CALLE 3 #380X8Y8B
COL. LA GUERRERO
MERIDA, YUC.
97118 MEXICO

FOR SETTLEMENT IN THIS OFFICE
U$ FUNDS
SETTLEMENT DATE
JUNE 05 2007

| | |
|---|---|
| GROSS AMOUNT | 202,000.00 |
| INTEREST | 153.33 |
| SUB TOTAL | 202,153.33 |
| NET AMOUNT | $202,153.33 U$ |

INTERNAL CODE/CODES INTERNES
X5030181322
5BBPT06
311868
V1868

R.R. NO.  N° R.A.
TEL NO./TÉL.

061 422 A

CUSIP
SECURITY NO.  TITRE N°
ORDER NO.  ORDRE N°
REFERENCE  RÉFÉRENCE

Please include your Scotia account number on all cheques and correspondence. ScotiaMcLeod is a division of Scotia Capital Inc. Member CIPF.
Veuillez inscrire votre numéro de compte ScotiaMcLeod sur tous vos chèques et toute votre correspondance. ScotiaMcLeod est une division de Scotia Capitaux Inc. membre FCPE.
See reverse side for conditions to which this transaction is subject. / Voir au verso les conditions de cette opération.

# Scotia Private Client Group

Branch Information
Scotia Private Client Group
11 Adelaide Street West
2nd Floor
Toronto, Ontario M5H 1N1

Telephone: (416) 350-5500
Web Site: www.scotiabank.com
Branch Manager: Edan Howell

## Investment Account Statement

1 of 2

ICSPO - 491
SCMCL12000_4657883_001    00299
DAVID JESUS ALPIZAR CARRILLO
MARISSA NAVARRETE SIERRA
CALLE 3 #380X8Y8B
COL.LA GUERRERO
MERIDA, YUC.
97118 MEXICO

Your Account Number: 422-72864
Account Type: Regular Account
Statement Date: March, 2011
Last Statement Date: January 31, 2011

---

**Investment Advisors**
Martin Kantor    (416) 350-5554
Rodolfo Tellez   (416) 350-5736

**Investment Team**
Miriam Kay    (416) 350-5748

---

## AMERICAN PORTFOLIO OVERVIEW

Currency: United States Dollar

### ACCOUNT SUMMARY

Net Asset Value

DAVID JESUS ALPIZAR CARRILLO
MARISSA NAVARRETE SIERRA

| January 31, 2011 | March 31, 2011 |
|---|---|
| $94,489 | $96,686 |

### CASH BALANCES

|  | Opening | Closing |
|---|---|---|
| Total | $ 0 | $ 0 |

### INCOME SUMMARY

|  | This Period | Year to Date |
|---|---|---|
| Total | $ 0 | $ 0 |

### ASSET CLASS SUMMARY

|  | Mar 31, 2011 Market Value | % of Total Assets |
|---|---|---|
| Fixed Income | $ 96,686 | 100.00% |
| Total | $ 96,686 |  |

*over*

*Trademark of The Bank of Nova Scotia, used under licence (where applicable).
Scotia Private Client Group - International Investment Advisory is composed of the Scotiabank group of companies that provide private client services, including Scotia Capital Inc., a Member CIPF.
If you are a Canadian resident, Canada Revenue Agency requires investment dealers to report to them all dispositions of securities in non-trust accounts that are shown on your statements. They remind

# Scotia Private Client Group

Your Account Number 422-72864

## Investment Account Statement 2 of 2

### NEW ACTIVITY IN YOUR ACCOUNT

| Date | Type | Activity | Quantity | Description | Price/Rate$ | Credit/Debit- |
|---|---|---|---|---|---|---|
| | | | | Opening Balance | | 0.41 |
| | | | | No transactions in your account | | |
| | | | | Closing Balance | | $0.41 |

### YOUR ACCOUNT HOLDINGS

| Type | Security Description | Quantity | Adjusted Average Cost$ | Adjusted Book Value$ | Mar 31, 2011 Price$ | Mar 31, 2011 Market Value$ |
|---|---|---|---|---|---|---|
| **Fixed Income** | | | | | | |
| CASH | TEMPLETON GLOBAL BOND FUND CLASS N ACC (0735) | 515.168 | 25.170 | 12,967 | 25.760 | 13,271 |
| CASH | LEHMAN BROTHERS DUE 06/01/2049 6.900% | 200,000 | 101.000 | 202,000 | UNPRICED | UNPRICED |
| CASH | SPRINT NEXTEL CORP DUE 12/01/2016 6.000% JD 01 | 83,000 | 98.000 | 81,340 | 100.500 | 83,415 |
| Total Value of Priced Securities including cash | | | | $296,307 | | $96,686 |

*The adjusted cost and book value displayed on this statement incorporates the original cost of your investment as well as any re-invested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.*

## A Note From Scotia Private Client Group

At Scotia Private Client Group we are committed to meeting your financial needs. If you have any questions or concerns about your investment account that your advisor is unable to resolve, please call collect the Branch Manager, Edan Howell at 416-350-5511. Following your discussions with the Branch Manager, if you are still not satisfied please email spcg.international@scotiabank.com or call collect 416-866-4355 to speak with Laurie Stang, Vice President & Head, International Private Client Services. / En Scotia Private Client Group estamos comprometidos a satisfacer sus necesidades financieras. Si desea formular preguntas o comunicar inquietudes sobre su cuenta de inversión que su asesor no puede resolver, sírvase llamar con cobro revertido al Gerente de Sucursal, Edan Howell al 416-350-5511. Si luego de su diálogo con el Gerente de Sucursal, usted aún no está satisfecho, por favor envie un mensaje electrónico a spcg.international@scotiabank.com o llame con cobro revertido al 416-866-4355 para hablar con Laurie Stang, Vicepresidente y Jefe de Servicios de Banca Privada Internacional a los Clientes.

# ScotiaMcLeod

Your Account Number 422-72864

## Investment Account Statement — 4 of 4

## NEW ACTIVITY IN YOUR ACCOUNT

| Date | Type | Activity | Quantity | Description | Price/Rate$ | Credit/Debit- |
|---|---|---|---|---|---|---|
| | | | | Opening Balance | | 59.38 |
| Jun 05 | CASH | SELL | -11,527 | FRANKLIN TEMPLETON INV GLOBAL BOND FUND CLASS N(735) PLUS FRACTIONS OF 0.378 SOLICITED AS OF 05/31/07 | 17.3500 | 200,000.00 |
| Jun 05 | CASH | BUY | 200,000 | LEHMAN BROTHERS | 101.0000 | -202,000.00 |
| | | | | DUE 06/01/2049 06.900% JUN 01 TID#0100314939# SOLICITED BY CLAUDIA MONTOYA 4227286418 | Accr Int. | -153.33 |
| Jun 06 | CASH | SELL | -120 | FRANKLIN TEMPLETON INV GLOBAL BOND FUND CLASS N(735) PLUS FRACTIONS OF 0.495 SOLICITED AS OF 06/01/07 | 17.3700 | 2,093.00 |
| | | | | Closing Balance | | $-0.95 |

## YOUR ACCOUNT HOLDINGS

| Type | Security Description | Quantity | Adjusted Average Cost$ | Adjusted Book Value$ | Jun 29, 2007 Price$ | Jun 29, 2007 Market Value$ |
|---|---|---|---|---|---|---|
| **Fixed Income** | | | | | | |
| CASH | FRANKLIN TEMPLETON INV GLOBAL BOND FUND CLASS N(735) | 4,930.926 | 16.553 | 81,622 | 17.260 | 85,108 |
| CASH | LEHMAN BROTHERS DUE 06/01/2049 6.900% (199998 SEG) | 200,000 | 101.000 | 202,000 | 98.628 | 197,258 |
| Total Value of Priced Securities including cash | | | | $283,622 | | $282,365 |

*The adjusted cost and book value displayed on this statement incorporates the original cost of your investment as well as any re-invested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.*

ACQIE-1786  8678

over...