Chambers of the

Honorable James M. Peck

One Bowling Green

New York, New York 10004

United States of America

Courtroom 601



Dear Sir:

This letter is about Leheman Brothers Holding Inc., Chapter 11 Case № 08-1355 (JMP), Deptors, United States Bankruptcy Court Southern District of New York. Hearing on Deptors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Proofs of Claim.

We, as the family we are, present this letter jointly to avoid multiplying the amount of letters you receive with the same arguments. The claimants are as follow:

| Claim | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|
| 36815 | Garcia Pastori, Sylvia | 10/7/2009 | $80,000.00 | *Sylvia Garcia Pastori* |
| 36808 | Llovet Garcia, Juan Enrique | 10/7/2009 | $60,000.00 | *JLlovet* |
| 36807 | Llovet Garcia, Maria Dolores | 10/7/2009 | $60,000.00 | *LolaLlovet* |
| 36810 | Llovet Garcia, Maria Isabel | 10/7/2009 | $60,000.00 | *MILlovet* |
| 36806 | Llovet Garcia, Maria Sylvia | 10/7/2009 | $60,000.00 | *MsLlovet* |
| 36809 | Llovet Rubio, Juan Enrique | 10/7/2009 | $80,000.00 | *JuanLlovet* |

The reason we chose to invest in Leheman Brothers was because in the first place, our confidence and trust in the honour of United States of America and its legal system was the foremost in the world to safekeep our savings, and in the second place the name and honorability of the Leheman Brothers was known world wide and respected. This is why we find it astonishing that two years after we placed the Claims, in September 16, 2011 the Debtors try to Disallow and Expunge our above stated Claims. To us and surely to other claimants similar to us, this is clearly a measure to reduce the number and consequently the total amount claimed to favor other claimants more favourlarly considered by the Deptors representatives. This is unjust in any light you want to look at it. All claimants should be treated similarly, because we are all equal under the same law, as it is universally known and

Chambers of the

Honorable James M. Peck

One Bowling Green

New York, New York 10004

United States of America

Courtroom 601

respected. This is why we ask the Bankruptcy Court not to agree to the Debtors Objection in the principle of equality before the law.

All documentation are included with the proofs of claim previously filed with the Bankruptcy Court.

The addresses to which the Debtors must return any reply remains the same as presented in the proof of claim.

The name and address of the person possessing ultimate authority to reconcile, settle, or otherwise resolve the claims stated above is: Llovet Rubio, Juan Enrique. Address: Rincon 454 of 503, Montevideo, Uruguay, South America. Telephone Number :0059829156145.

Dated October 21, 2011

Montevideo, Uruguay

Yours respectfully

Juan E. Llovet Rubio

Climant

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 36815 | | GARCIA PASTORI, SYLVIA | 10/7/2009 | | |
| 36808 | | LLOVET GARCIA, JUAN ENRIQUE | 10/7/2009 | $80,000.00 | Image |
| 36807 | | LLOVET GARCIA, MARIA DOLORES | 10/7/2009 | $60,000.00 | Image |
| 36810 | | LLOVET GARCIA, MARIA ISABEL | 10/7/2009 | $60,000.00 | Image |
| 36806 | | LLOVET GARCIA, MARIA SYLVIA | 10/7/2009 | $60,000.00 | Image |
| 36809 | | LLOVET RUBIO, JUAN ENRIQUE | 10/7/2009 | $80,000.00 | Image |

[1] Page 1 of 1 - 06 total items