October 13, 2011

To the
**Honourable James M. Peck**
**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green, New York   Courtroom 601**
**New York 10004**

In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objections to Disallow and Expunge Filed Proofs of Claim

Court: United States Bankruptcy Court
        Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

| | |
|---|---|
| Creditor/Claimant: | JOSE FRANCISCO D'LUNA CANTON<br>LILIANA ASCENCIO DE LUNA/ VERONICA V./JACQUELINE I./<br>CYNTHIA P. D'LUNA ASCENCIO<br>RAYON #237 COL. OBRERA, ENSENADA B.C<br>22830, MEXICO |
| Claim Number: | 65592 |
| Debtor: | Lehman Brothers Holdings Inc.<br>08-13555 |
| Response to: | Objection requesting Claim to be Disallowed & Expunged |
| Basis of the Claim: | LEHMAN BROTHERS<br>DUE 06/01/2049 INT 6.900%<br>ISIN: XS0301813522<br>With a Nominal Value of US$ 50,000 |

We herewith oppose the disallowance and expungement on the ground that the Debtors have no liability for the claim. The purchase of the securities was legitimate and the claim was filed on time.
I ask the Bankruptcy Court of Southern District of New York to formally fully recognize my justified claim and put these on the formal list of Debtors.

JOSE FRANCISCO D'LUNA CANTON          LILIANA ASCENCIO DE LUNA

VERONICA V. D'LUNA ASCENCIO           JACQUELINE I. D'LUNA ASCENCIO

CYNTHIA P. D'LUNA ASCENCIO

RECEIVED OCT 27 2011 U.S. BANKRUPTCY COURT, SDNY JMP