WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                           :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                                           :    **(Jointly Administered)**
:
:
----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS'
### ONE HUNDRED EIGHTY SIXTH OMNIBUS OBJECTION TO
### CLAIMS (MISCLASSIFIED CLAIMS) AS TO CERTAIN CLAIMANTS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their One Hundred and Eighty Sixth Omnibus Objection to Claims (Misclassified Claims) [ECF No. 19816] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: November 7, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| **AECO GAS STORAGE PARTNERSHIP** | 15075 |
| **CAMERON MCKINNEY LLC C/O LEHMAN BROTHERS REAL ESTATE PARTNERS II LP** | 28851 |
| **CAMERON MCKINNEY LLC A/C REPE LBREP III LLC** | 28852 |

US_ACTIVE:\43852947\01\58399.0008