Joli A. Lofstedt, Esq. Colo. Atty. #21946
Connolly Rosania & Lofstedt, P.C.
950 Spruce Street, Suite 1C
Louisville, CO 80027
(303) 661-9292 - phone
(303) 661-9555 - fax

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                         :    Case No. 08-13555 (JMP)
                                                                 :
        Debtors.                                                 :    Jointly Administered
-----------------------------------------------------------------x

## WITHDRAWAL OF ENTRY OF APPEARANCE AND
## REQUEST TO TERMINATE COURT E-MAIL NOTIFICATION

Connolly Rosania & Lofstedt, P.C., hereby withdraws its entry of appearance on behalf of Ironbridge Property Owners Association in this case and hereby requests termination of all electronic notification of actions and events docketed in the above matter. The undersigned understands that upon processing of this request by the clerk, service of orders and notices from the court via email notification will cease and the undersigned will not receive service of orders and notices by conventional mailing from the Court.

DATED this 20th day of October, 2011.

**CONNOLLY, ROSANIA & LOFSTEDT, P.C.**

By: */s/ Joli A. Lofstedt*
    Joli A. Lofstedt, Esq. #21946
    950 Spruce Street, Suite 1C
    Louisville, CO 80027
    Tel: (303) 661-9292
    Fax: (303) 661-9555
    E-mail: joli@crlpc.com