ALSTON & BIRD LLP
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Sandra Lechmacher (née Sandra Anita Pötscher)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

**NOTICE OF CHANGE OF NAME AND ADDRESS FOR PROOF OF CLAIM NO. 50134**

PLEASE TAKE NOTICE that creditor Sandra Anita Pötscher is now known as <u>Sandra Lechmacher</u> and that all notices, correspondence, or payments related to Proof of Claim No. 50134 filed against Lehman Brothers Holdings Inc. on or about October 27, 2009, should be sent to both:

| | |
|---|---|
| Sandra Lechmacher | Alston & Bird LLP |
| Chemin des Tournsols 2 | Attn: Karl Geercken |
| 1182 Gilly | 90 Park Avenue |
| Switzerland | New York, New York 10016 |
| | rnwbank-lehman@alston.com |

Sandra Lechmacher respectfully requests that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced debtors and debtors in possession be updated accordingly.

LEGAL02/32952816v1

- 2 -

Dated: November 7, 2011          Respectfully submitted,

ALSTON & BIRD LLP

By:   /s/ William S. Sugden
William S. Sugden, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Sandra Lechmacher (née Sandra Anita Pötscher)*

LEGAL02/32952816v1