BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
Michael A. Fagone, Esq.
*Counsel for Citibank, N.A. and Wilmington Trust Company
in their respective capacities as indenture trustees*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,*<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 08-13555(JMP)**<br><br>**Jointly Administered** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
<u>REQUEST FOR REMOVAL FROM SERVICE LISTS</u>**

  PLEASE TAKE NOTICE that the undersigned attorney, as counsel of record for Citibank, N.A. and Wilmington Trust Company, in their respective capacities as trustees and otherwise. Successor counsel, Jennifer V. Doran, Esq., of Hinckley, Allen & Snyder, LLP entered her appearance on behalf of Citibank, N.A. and Wilmington Trust Company in said capacities on November 1, 2011.

Dated: November 7, 2011

        Respectfully submitted,

        BERNSTEIN, SHUR, SAWYER & NELSON, P.A.

        /s/ *Michael A. Fagone*
        Michael A. Fagone, Esq.
        100 Middle Street, P.O. Box 9729
        Portland, Maine 04104-5029
        Telephone: (207) 774-1200
        Facsimile: (207) 774-1127
        mfagone@bernsteinshur.com

        *Counsel for Citibank, N.A. and Wilmington Trust Company
        in their respective capacities as indenture trustees*

## **CERTIFICATE OF SERVICE**

      I, Michael A. Fagone, hereby certify that on this 7th day of November, 2011, I caused to be served a copy of the *Notice of Withdrawal of Appearance and Request for Removal from Service Lists* filed herewith to be served by this Court's CM/ECF System.

Dated: November 7, 2011

                                    /s/ *Michael A. Fagone*
                                    Michael A. Fagone, Esq.