ALSTON & BIRD LLP
J. William Boone, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777
*Counsel for Sandra Lechmacher (née Sandra Anita Pötscher)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On the 7th of November 2011, I caused a true and correct copy of the Notice of Change of Name and Address for Proof of Claim No. 50134, to be served upon

LEGAL02/32958562v1

    the parties as indicated on the attached service list

                                                                       /s/ Leslie Salcedo
                                                                       Leslie Salcedo

Sworn to before me this
7th November, 2011

/s/ Louis P. Costanzo
Louis P. Costanzo
Notary Public, State of New York
No. 01CO5013639
Qualified in New York County
Commission Expires July 15, 2015

## SERVICE LIST

**VIA FIRST CLASS MAIL**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn: Harvey R. Miller
      Richard P. Krasnow

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076