

620 8TH AVENUE • NEW YORK, NY 10018




creditor filing a Temporary Allowance Request Motion, such claimant/creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court. Claimant/creditors may contact Epiq Bankruptcy Solutions, LLC at **1-866-879-0688** (domestic) or **1-503-597-7691** (international), to receive an appropriate Ballot for any claim for which a proof of claim has been timely filed and a Temporary Allowance Request Motion has been granted. Temporary Allowance Request Motions not compliant with the foregoing will not be considered by the Bankruptcy Court and deemed denied except as otherwise ordered by the Bankruptcy Court.

6. ***Objections to Confirmation.***
The deadline to object or respond to confirmation of the Plan is **November 4, 2011 at 4:00 p.m. (Prevailing Eastern Time)** (the "Plan Objection Deadline"). Objections and responses, if any, to confirmation of the Plan, must (a) be in writing, (b) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 17, 2010 [ECF No. 9635], (c) set forth the name(s) of the objecting party/(ies), (d) set forth the nature and amount of the claim(s) or equity interest(s) held or asserted by the objecting party/(ies) against the Debtors, and (e) state with particularity the legal and factual bases relied upon for the objection or response.
Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their objections and responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, supra), in accordance with General Order M-182.
Any objections or responses must also be served upon the following parties so as to be received by no later than the Plan Objection Deadline: (i) the **chambers of the Honorable James M. Peck, United States Bankruptcy Judge**, supra; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., attorneys for the Debtors; (iii) the **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq., (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors.
**IF ANY OBJECTION OR RESPONSE TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.**

7. ***Parties That Will Not Be Treated as Creditors***. Any holder of a claim that is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs and schedules of executory contracts and unexpired leases at $0.00, or in an unknown amount, or as disputed, contingent, or unliquidated, and that has not filed a timely proof of claim shall not be treated as a creditor with respect to such claim for purposes of receiving distributions under the Plan.

8. ***Additional Information***. Any party in interest wishing to obtain a copy of the Disclosure Statement and the Plan may request such copy, in writing, from **Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Interested parties may also examine the Disclosure Statement and the Plan free of

## CERTIFICATION OF PUBLICATION

SEP 16 2011 ______ 20 ____

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

SEP 16 2011 ______ 20 ____

Alice Weber

Approved:

Maria Pannullo

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

In re
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
Debtors.

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN**

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

**Name of Debtors and Case Numbers**

| Name of Debtor | Case Number |
| --- | --- |
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

PLEASE TAKE NOTICE that:

1. ***Approval of Disclosure Statement***. On September 1, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an amended order (the "Order"), approving the Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (as approved, the "Disclosure Statement")[1] in the above-referenced chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"). The Order authorizes the Debtors to solicit votes to accept or reject the Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (as it may be further amended, the "Plan"), a copy of which is annexed as Exhibit A to the Disclosure Statement.

2. ***Confirmation Hearing***. A hearing (the "Confirmation Hearing") to consider the confirmation of the Plan will be held at **10:00 a.m. (Prevailing Eastern Time) on December 6, 2011** before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Confirmation Hearing may be adjourned or continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court. The Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing.

3. ***Record Date for Voting Purposes***. The following claimant/creditors who hold claims against the Debtors on **August 1, 2011** (the "Record Date") are entitled to vote on the Plan:

a) holders, as of the Record Date, of claims listed on the Debtors' schedules of liabilities, to the extent that such claims (i) are listed in an amount greater than zero and are not identified as contingent, unliquidated or disputed, and (ii) have not been superseded by a timely filed proof of claim; and

b) holders as of the Record Date, of claims, to the extent that such claims (i) are the subject of timely filed proofs of claim, (ii) are filed in an amount greater than zero, (iii) have not been disallowed, expunged, or disqualified by an order of the Bankruptcy Court prior to the Record Date, and (iv) are not the subject of any pending claim objection as of **September 16, 2011**, , unless a Temporary Allowance Request Motion (as defined below) has been filed and granted by the Bankruptcy Court on or before **November 4, 2011** or as may be ordered by the Bankruptcy Court.

4. ***Voting Deadline***. All votes to accept or reject the Plan must be actually received by the Debtors' voting and tabulation agent, Epiq Bankruptcy Solutions, LLC, by no later than **4:00 p.m. (Prevailing Eastern Time) on November 4, 2011** (the "Voting Deadline"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote. If sent by mail: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014. If sent by hand delivery or courier: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.

5. ***Parties in Interest Not Entitled to Vote***. Holders of Subordinated Class 10A Claims, Subordinated Class 10B Claims, Subordinated Class 10C Claims, and Section 510(b) Claims against LBHI and holders of Equity Interests in the Debtors are not entitled to vote and will not receive a ballot. Holders of such claims and equity interests are deemed to reject the Plan and will receive a Notice of Non-Voting Status rather than a Ballot. If you have timely filed a proof of claim and disagree with the Debtors' classification of or objection to your claim and believe that you should be entitled to vote on the Plan, then you must serve on the parties identified in paragraph 6 below and file with the Bankruptcy Court (with a copy to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, Courtroom 601) a motion (a "Temporary Allowance Request Motion") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing your claim for purposes of voting to accept or reject the Plan. All Temporary Allowance Request Motions must be filed on or before the 14th day after the later of (i) service of this notice and (ii) service of notice of an objection, if any, as to your claim, but in no event later than **October 7, 2011**. As to any claimant/creditor filing a Temporary Allowance Request Motion, such claimant/creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court. Claimant/creditors may contact Epiq Bankruptcy Solutions, LLC at **1-866-879-0688 (domestic)** or **1-503-597-7691 (international)**, to receive an appropriate Ballot for any claim for which a proof of claim has been timely filed and a Temporary Allowance Request Motion has been granted. Temporary Allowance Request Motions not compliant with the foregoing will not be considered by the Bankruptcy Court and deemed denied except as otherwise ordered by the Bankruptcy Court.

6. ***Objections to Confirmation***.
The deadline to object or respond to confirmation of the Plan is **November 4, 2011 at 4:00 p.m. (Prevailing Eastern Time)** (the "Plan Objection Deadline"). Objections and responses, if any, to confirmation of the Plan, must (a) be in writing, (b) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 17, 2010 [ECF No. 9635], (c) set forth the name(s) of the objecting party/(ies), (d) set forth the nature and amount of the claim(s) or equity interest(s) held or asserted by the objecting party/(ies) against the Debtors, and (e) state with particularity the legal and factual bases relied upon for the objection or response.

Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their objections and responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, supra), in accordance with General Order M-182.

Any objections or responses must also be served upon the following parties so as to be received by no later than the Plan Objection Deadline: (i) the **chambers of the Honorable James M. Peck, United States Bankruptcy Judge**, supra; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., attorneys for the Debtors; (iii) the **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors.

**IF ANY OBJECTION OR RESPONSE TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.**

7. ***Parties That Will Not Be Treated as Creditors***. Any holder of a claim that is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs and schedules of executory contracts and unexpired leases at $0.00, or in an unknown amount, or as disputed, contingent, or unliquidated, and that has not filed a timely proof of claim shall not be treated as a creditor with respect to such claim for purposes of receiving distributions under the Plan.

8. ***Additional Information***. Any party in interest wishing to obtain a copy of the Disclosure Statement and the Plan may request such copy, in writing, from **Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Interested parties may also examine the Disclosure Statement and the Plan free of charge at www.lehman-docket.com. In addition, the Disclosure Statement and the Plan are on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

9. ***Executory Contracts and Unexpired Leases***.

a) ***Cure of Defaults for Assumed Executory Contracts and Unexpired Leases***: Except to the extent that different treatment has been agreed to by the non-debtor party or parties to any executory contract or unexpired lease (each, a "Counterparty") listed on a schedule to the Plan Supplement as being assumed pursuant to Section 11.1 of the Plan, the Debtors will, within at least forty (40) days prior to the Confirmation Hearing, file with the Bankruptcy Court and serve by first class mail on each applicable Counterparty, a notice, which shall include the cure amount as to such Counterparty's executory contract or unexpired lease to be assumed as set forth on such schedule to the Plan Supplement (the "Cure Amount Notice"). **If you are a Counterparty to an executory contract or unexpired lease to be assumed or assumed and assigned by the Debtors, you must file and serve any objection to the assumption or the cure amounts listed by the Debtors on the above-referenced schedule by the later of (i) the Plan Objection Deadline or (ii) fourteen (14) days from service of the Cure Amount Notice.** If there are any such objections filed, the Bankruptcy Court will hold a hearing on a date to be set by the Bankruptcy Court. The Debtors retain their rights to reject any of their executory contracts or unexpired leases that are subject to a dispute concerning the amounts necessary to cure any defaults as of the Effective Date.

b) ***Bar Date for Filing Proofs of Claim Relating to Executory Contracts and Unexpired Leases Rejected Pursuant to the Plan***: Proofs of claim for damages arising out of the rejection of an executory contract or unexpired lease pursuant to Section 11.4 of the Plan must be filed with the Bankruptcy Court and served upon the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., no later than forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease, (b) notice of entry of any order confirming the Plan, or (c) notice of an amendment to the schedules to the Plan Supplement (solely with respect to the party directly affected by such modification). **All such proofs of claim not filed within such time will be forever barred from assertion against the Debtors and their estates or the Liquidating Trust and their property.**

DATED: September 9, 2011, New York, New York
WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153,
Telephone: (212) 310-8000, Facsimile: (212) 310-8007
*Attorneys for Debtors and Debtors in Possession*

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Disclosure Statement.

# AFFIDAVIT

**STATE OF TEXAS )**
**)**
**CITY AND COUNTY OF DALLAS)**

I, Albert Fox, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, Asia and Europe, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for Global distribution for

1 insertion(s) on the following date(s):

SEP-16-2011;

ADVERTISER: Lehman Brothers Holdings Inc., et al;

and that the foregoing statements are true and correct to the best of my knowledge.

[signature]

Sworn to before me this
16 day of September 2011

[signature]
Notary Public

DONNA HESTER
Notary Public, State of Texas
My Commission Expires
October 29, 2014

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| In re LEHMAN BROTHERS HOLDINGS INC., *et al.*, Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) ESTABLISHMENT OF RECORD DATE, (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN, AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN**

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

**Name of Debtors and Case Numbers**

| Debtor | Case Number |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

PLEASE TAKE NOTICE that:

1. ***Approval of Disclosure Statement***. On September 1, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an amended order (the "Order"), approving the Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (as approved, the "Disclosure Statement")[1] in the above-referenced chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"). The Order authorizes the Debtors to solicit votes to accept or reject the Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (as it may be further amended, the "Plan"), a copy of which is annexed as Exhibit A to the Disclosure Statement.

2. ***Confirmation Hearing***. A hearing (the "Confirmation Hearing") to consider the confirmation of the Plan will be held at **10:00 a.m. (Prevailing Eastern Time) on December 6, 2011** before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Confirmation Hearing may be adjourned or continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court. The Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing.

3. ***Record Date for Voting Purposes***. The following claimant/creditors who hold claims against the Debtors on **August 1, 2011** (the "Record Date") are entitled to vote on the Plan:

a) holders, as of the Record Date, of claims listed on the Debtors' schedules of liabilities, to the extent that such claims (i) are listed in an amount greater than zero and are not identified as contingent, unliquidated or disputed, and (ii) have not been superseded by a timely filed proof of claim; and

b) holders as of the Record Date, of claims, to the extent that such claims (i) are the subject of timely filed proofs of claim, (ii) are filed in an amount greater than zero, (iii) have not been disallowed, expunged, or disqualified by an order of the Bankruptcy Court prior to the Record Date, and (iv) are not the subject of any pending claim objection as of **September 16, 2011**, , unless a Temporary Allowance Request Motion (as defined below) has been filed and granted by the Bankruptcy Court on or before **November 4, 2011** or as may be ordered by the Bankruptcy Court.

4. ***Voting Deadline***. All votes to accept or reject the Plan must be actually received by the Debtors' voting and tabulation agent, Epiq Bankruptcy Solutions, LLC, by no later than **4:00 p.m. (Prevailing Eastern Time) on November 4, 2011** (the "Voting Deadline"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote. If sent by mail: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014. If sent by hand delivery or courier: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.

5. ***Parties in Interest Not Entitled to Vote***. Holders of Subordinated Class 10A Claims, Subordinated Class 10B Claims, Subordinated Class 10C Claims, and Section 510(b) Claims against LBHI and holders of Equity Interests in the Debtors are not entitled to vote and will not receive a ballot. Holders of such claims and equity interests are deemed to reject the Plan and will receive a Notice of Non-Voting Status rather than a Ballot. If you have timely filed a proof of claim and disagree with the Debtors' classification of or objection to your claim and believe that you should be entitled to vote on the Plan, then you must serve on the parties identified in paragraph 6 below and file with the Bankruptcy Court (with a copy to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, Courtroom 601) a motion (a "Temporary Allowance Request Motion") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing your claim for purposes of voting to accept or reject the Plan. All Temporary Allowance Request Motions must be filed on or before the 14th day after the later of (i) service of this notice and (ii) service of notice of an objection, if any, as to your claim, but in no event later than **October 7, 2011**. As to any claimant/creditor filing a Temporary Allowance Request Motion, such claimant/creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court. Claimant/creditors may contact Epiq Bankruptcy Solutions, LLC at **1-866-879-0688 (domestic) or 1-503-597-7691 (international)**, to receive an appropriate Ballot for any claim for which a proof of claim has been timely filed and a Temporary Allowance Request Motion has been granted. Temporary Allowance Request Motions not compliant with the foregoing will not be considered by the Bankruptcy Court and deemed denied except as otherwise ordered by the Bankruptcy Court.

6. ***Objections to Confirmation***.

The deadline to object or respond to confirmation of the Plan is **November 4, 2011 at 4:00 p.m. (Prevailing Eastern Time)** (the "Plan Objection Deadline").

Objections and responses, if any, to confirmation of the Plan, must (a) be in writing, (b) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 17, 2010 [ECF No. 9635], (c) set forth the name(s) of the objecting party/(ies), (d) set forth the nature and amount of the claim(s) or equity interest(s) held or asserted by the objecting party/(ies) against the Debtors, and (e) state with particularity the legal and factual bases relied upon for the objection or response.

Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their objections and responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, supra), in accordance with General Order M-182.

Any objections or responses must also be served upon the following parties so as to be received by no later than the Plan Objection Deadline: (i) the **chambers of the Honorable James M. Peck, United States Bankruptcy Judge**, supra; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., attorneys for the Debtors; (iii) the **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors.

**IF ANY OBJECTION OR RESPONSE TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.**

7. ***Parties That Will Not Be Treated as Creditors***. Any holder of a claim that is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs and schedules of executory contracts and unexpired leases at $0.00, or in an unknown amount, or as disputed, contingent, or unliquidated, and that has not filed a timely proof of claim shall not be treated as a creditor with respect to such claim for purposes of receiving distributions under the Plan.

8. ***Additional Information***. Any party in interest wishing to obtain a copy of the Disclosure Statement and the Plan may request such copy, in writing, from **Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Interested parties may also examine the Disclosure Statement and the Plan free of charge at www.lehman-docket.com. In addition, the Disclosure Statement and the Plan are on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

9. ***Executory Contracts and Unexpired Leases***.

a) ***Cure of Defaults for Assumed Executory Contracts and Unexpired Leases***. Except to the extent that different treatment has been agreed to by the non-debtor party or parties to any executory contract or unexpired lease (each, a "Counterparty") listed on a schedule to the Plan Supplement as being assumed pursuant to Section 11.1 of the Plan, the Debtors will, within at least forty (40) days prior to the Confirmation Hearing, file with the Bankruptcy Court and serve by first class mail on each applicable Counterparty, a notice, which shall include the cure amount as to such Counterparty's executory contract or unexpired lease to be assumed as set forth on such schedule to the Plan Supplement (the "Cure Amount Notice"). **If you are a Counterparty to an executory contract or unexpired lease to be assumed or assumed and assigned by the Debtors, you must file and serve any objection to the assumption or the cure amounts listed by the Debtors on the above-referenced schedule by the later of (i) the Plan Objection Deadline or (ii) fourteen (14) days from service of the Cure Amount Notice.** If there are any such objections filed, the Bankruptcy Court will hold a hearing on a date to be set by the Bankruptcy Court. The Debtors retain their rights to reject any of their executory contracts or unexpired leases that are subject to a dispute concerning the amounts necessary to cure any defaults as of the Effective Date.

b) ***Bar Date for Filing Proofs of Claim Relating to Executory Contracts and Unexpired Leases Rejected Pursuant to the Plan***. Proofs of claim for damages arising out of the rejection of an executory contract or unexpired lease pursuant to Section 11.4 of the Plan must be filed with the Bankruptcy Court and served upon the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., no later than forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease, (b) notice of entry of any order confirming the Plan, or (c) notice of an amendment to the schedules to the Plan Supplement (solely with respect to the party directly affected by such modification). **All such proofs of claim not filed within such time will be forever barred from assertion against the Debtors and their estates or the Liquidating Trust and their property.**

DATED: September 9, 2011, New York, New York

WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Disclosure Statement.

# AFFIDAVITS

**IN THE MATTER**
**OF:** LEHMAN BROTHERS HOLDINGS
**STATE OF NEW YORK:**

**ss:**

**COUNTY OF NEW YORK:**

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper published and of general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in ALL EDITIONS OF THE FINANCIAL TIMES ON THE 16TH DAY OF SEPTEMBER 2011.

**TIM HART VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

**SWORN TO BEFORE ME THIS:**

HOPE KAYE
Notary Public, State of New York
No. 31-4944197
Qualified in New York County
Commission Expires 3/26/15

Hope Kaye

**NOTARY PUBLIC**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
Debtors.

Chapter 11 Case No. 08-13555 (JMP)
(Jointly Administered)

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN**

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

**Name of Debtors and Case Numbers**

| Debtor | Case No. |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

PLEASE TAKE NOTICE that:

1. ***Approval of Disclosure Statement***. On September 1, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an amended order (the "Order"), approving the Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (as approved, the "Disclosure Statement")[1] in the above-referenced chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"). The Order authorizes the Debtors to solicit votes to accept or reject the Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (as it may be further amended, the "Plan"), a copy of which is annexed as Exhibit A to the Disclosure Statement.

2. ***Confirmation Hearing***. A hearing (the "Confirmation Hearing") to consider the confirmation of the Plan will be held at **10:00 a.m. (Prevailing Eastern Time) on December 6, 2011** before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Confirmation Hearing may be adjourned or continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court. The Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing.

3. ***Record Date for Voting Purposes***. The following claimant/creditors who hold claims against the Debtors on **August 1, 2011** (the "Record Date") are entitled to vote on the Plan:

a) holders, as of the Record Date, of claims listed on the Debtors' schedules of liabilities, to the extent that such claims (i) are listed in an amount greater than zero and are not identified as contingent, unliquidated or disputed, and (ii) have not been superseded by a timely filed proof of claim; and

b) holders as of the Record Date, of claims, to the extent that such claims (i) are the subject of timely filed proofs of claim, (ii) are filed in an amount greater than zero, (iii) have not been disallowed, expunged, or disqualified by an order of the Bankruptcy Court prior to the Record Date, and (iv) are not the subject of any pending claim objection as of **September 16, 2011**, , unless a Temporary Allowance Request Motion (as defined below) has been filed and granted by the Bankruptcy Court on or before **November 4, 2011** or as may be ordered by the Bankruptcy Court.

4. ***Voting Deadline***. All votes to accept or reject the Plan must be actually received by the Debtors' voting and tabulation agent, Epiq Bankruptcy Solutions, LLC, by no later than **4:00 p.m. (Prevailing Eastern Time) on November 4, 2011** (the "Voting Deadline"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote. If sent by mail: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014. If sent by hand delivery or courier: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.

5. ***Parties in Interest Not Entitled to Vote***. Holders of Subordinated Class 10A Claims, Subordinated Class 10B Claims, Subordinated Class 10C Claims, and Section 510(b) Claims against LBHI and holders of Equity Interests in the Debtors are not entitled to vote and will not receive a ballot. Holders of such claims and equity interests are deemed to reject the Plan and will receive a Notice of Non-Voting Status rather than a Ballot. If you have timely filed a proof of claim and disagree with the Debtors' classification of or objection to your claim and believe that you should be entitled to vote on the Plan, then you must serve on the parties identified in paragraph 6 below and file with the Bankruptcy Court (with a copy to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, Courtroom 601) a motion (a "Temporary Allowance Request Motion") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing your claim for purposes of voting to accept or reject the Plan. All Temporary Allowance Request Motions must be filed on or before the 14th day after the later of (i) service of this notice and (ii) service of notice of an objection, if any, as to your claim, but in no event later than **October 7, 2011**. As to any claimant/creditor filing a Temporary Allowance Request Motion, such claimant/creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court. Claimant/creditors may contact Epiq Bankruptcy Solutions, LLC at **1-866-879-0688 (domestic)** or **1-503-597-7691 (international)**, to receive an appropriate Ballot for any claim for which a proof of claim has been timely filed and a Temporary Allowance Request Motion has been granted. Temporary Allowance Request Motions not compliant with the foregoing will not be considered by the Bankruptcy Court and deemed denied except as otherwise ordered by the Bankruptcy Court.

6. ***Objections to Confirmation***. The deadline to object or respond to confirmation of the Plan is **November 4, 2011 at 4:00 p.m. (Prevailing Eastern Time)** (the "Plan Objection Deadline").

Objections and responses, if any, to confirmation of the Plan, must (a) be in writing, (b) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 17, 2010 [ECF No. 9635], (c) set forth the name(s) of the objecting party/(ies), (d) set forth the nature and amount of the claim(s) or equity interest(s) held or asserted by the objecting party/(ies) against the Debtors, and (e) state with particularity the legal and factual bases relied upon for the objection or response.

Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their objections and responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, supra), in accordance with General Order M-182.

Any objections or responses must also be served upon the following parties so as to be received by no later than the Plan Objection Deadline: (i) the **chambers of the Honorable James M. Peck, United States Bankruptcy Judge**, supra, (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., attorneys for the Debtors; (iii) the **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors.

**IF ANY OBJECTION OR RESPONSE TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.**

7. ***Parties That Will Not Be Treated as Creditors***. Any holder of a claim that is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs and schedules of executory contracts and unexpired leases at $0.00, or in an unknown amount, or as disputed, contingent, or unliquidated, and that has not filed a timely proof of claim shall not be treated as a creditor with respect to such claim for purposes of receiving distributions under the Plan.

8. ***Additional Information***. Any party in interest wishing to obtain a copy of the Disclosure Statement and the Plan may request such copy, in writing, from **Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Interested parties may also examine the Disclosure Statement and the Plan free of charge at www.lehman-docket.com. In addition, the Disclosure Statement and the Plan are on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

9. ***Executory Contracts and Unexpired Leases***.

a) ***Cure of Defaults for Assumed Executory Contracts and Unexpired Leases***: Except to the extent that different treatment has been agreed to by the non-debtor party or parties to any executory contract or unexpired lease (each, a "Counterparty") listed on a schedule to the Plan Supplement as being assumed pursuant to Section 11.1 of the Plan, the Debtors will, within at least forty (40) days prior to the Confirmation Hearing, file with the Bankruptcy Court and serve by first class mail on each applicable Counterparty, a notice, which shall include the cure amount as to such Counterparty's executory contract or unexpired lease to be assumed as set forth on such schedule to the Plan Supplement (the "Cure Amount Notice"). **If you are a Counterparty to an executory contract or unexpired lease to be assumed or assumed and assigned by the Debtors, you must file and serve any objection to the assumption or the cure amounts listed by the Debtors on the above-referenced schedule by the later of (i) the Plan Objection Deadline or (ii) fourteen (14) days from service of the Cure Amount Notice.** If there are any such objections filed, the Bankruptcy Court will hold a hearing on a date to be set by the Bankruptcy Court. The Debtors retain their rights to reject any of their executory contracts or unexpired leases that are subject to a dispute concerning the amounts necessary to cure any defaults as of the Effective Date.

b) ***Bar Date for Filing Proofs of Claim Relating to Executory Contracts and Unexpired Leases Rejected Pursuant to the Plan***: Proofs of claim for damages arising out of the rejection of an executory contract or unexpired lease pursuant to Section 11.4 of the Plan must be filed with the Bankruptcy Court and served upon the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., no later than forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease, (b) notice of entry of any order confirming the Plan, or (c) notice of an amendment to the schedules to the Plan Supplement (solely with respect to the party directly affected by such modification). **All such proofs of claim not filed within such time will be forever barred from assertion against the Debtors and their estates or the Liquidating Trust and their property.**

DATED: September 9, 2011, New York, New York
WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007
*Attorneys for Debtors and Debtors in Possession*

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Disclosure Statement.

WorldMedia

World Media, Inc.
19 West 36th Street
7th Floor
New York, NY 10018

Tel: 212.244.5610
Fax: 212.244.5321

September 21, 2011

Epiq Systems Class Action & Claim Solutions
10300 SW Allen Boulevard
Beaverton, OR 97005

To whom it may concern:

Re: Weil, Gotshal & Manges LLP – Affidavit of Publication

As the exclusive U.S. sales representatives of ***THE TIMES OF LONDON*** **(UK)**, we confirm the notice entitled ***Notice of approval if disclosure statement...*** was published on September 16, 2011 on behalf of the above listed client.

Sincerely,

Melissa Worrell
Senior Vice President

Sworn before me on this 22nd
day of Sept. 2011

JONIL ROMAN
Notary Public, State of New York
Qualified in Bronx County
Reg. No. 01RO614277
My Commission Expires 03-20-2014

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re LEHMAN BROTHERS HOLDINGS INC., *et al.*, Debtors.

Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN**

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

**Name of Debtors and Case Numbers**

| Debtor | Case No. |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

PLEASE TAKE NOTICE that:

1. ***Approval of Disclosure Statement***. On September 1, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an amended order (the "Order"), approving the Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (as approved, the "Disclosure Statement")[1] in the above-referenced chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"). The Order authorizes the Debtors to solicit votes to accept or reject the Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (as it may be further amended, the "Plan"), a copy of which is annexed as Exhibit A to the Disclosure Statement.

2. ***Confirmation Hearing***. A hearing (the "Confirmation Hearing") to consider the confirmation of the Plan will be held at **10:00 a.m. (Prevailing Eastern Time) on December 6, 2011** before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Confirmation Hearing may be adjourned or continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court. The Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing.

3. ***Record Date for Voting Purposes***. The following claimant/creditors who hold claims against the Debtors on **August 1, 2011** (the "Record Date") are entitled to vote on the Plan:

a) holders, as of the Record Date, of claims listed on the Debtors' schedules of liabilities, to the extent that such claims (i) are listed in an amount greater than zero and are not identified as contingent, unliquidated or disputed, and (ii) have not been superseded by a timely filed proof of claim; and

b) holders as of the Record Date, of claims, to the extent that such claims (i) are the subject of timely filed proofs of claim, (ii) are filed in an amount greater than zero, (iii) have not been disallowed, expunged, or disqualified by an order of the Bankruptcy Court prior to the Record Date, and (iv) are not the subject of any pending claim objection as of **September 16, 2011**, , unless a Temporary Allowance Request Motion (as defined below) has been filed and granted by the Bankruptcy Court on or before **November 4, 2011** or as may be ordered by the Bankruptcy Court.

4. ***Voting Deadline***. All votes to accept or reject the Plan must be actually received by the Debtors' voting and tabulation agent, Epiq Bankruptcy Solutions, LLC, by no later than **4:00 p.m. (Prevailing Eastern Time) on November 4, 2011** (the "Voting Deadline"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote. If sent by mail: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014. If sent by hand delivery or courier: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.

5. ***Parties in Interest Not Entitled to Vote***. Holders of Subordinated Class 10A Claims, Subordinated Class 10B Claims, Subordinated Class 10C Claims, and Section 510(b) Claims against LBHI and holders of Equity Interests in the Debtors are not entitled to vote and will not receive a ballot. Holders of such claims and equity interests are deemed to reject the Plan and will receive a Notice of Non-Voting Status rather than a Ballot. If you have timely filed a proof of claim and disagree with the Debtors' classification of or objection to your claim and believe that you should be entitled to vote on the Plan, then you must serve on the parties identified in paragraph 6 below and file with the Bankruptcy Court (with a copy to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, Courtroom 601) a motion (a "Temporary Allowance Request Motion") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing your claim for purposes of voting to accept or reject the Plan. All Temporary Allowance Request Motions must be filed on or before the 14th day after the later of (i) service of this notice and (ii) service of notice of an objection, if any, as to your claim, but in no event later than **October 7, 2011**. As to any claimant/creditor filing a Temporary Allowance Request Motion, such claimant/creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court. Claimant/creditors may contact Epiq Bankruptcy Solutions, LLC at **1-866-879-0688 (domestic) or 1-503-597-7691 (international)**, to receive an appropriate Ballot for any claim for which a proof of claim has been timely filed and a Temporary Allowance Request Motion has been granted. Temporary Allowance Request Motions not compliant with the foregoing will not be considered by the Bankruptcy Court and deemed denied except as otherwise ordered by the Bankruptcy Court.

6. ***Objections to Confirmation***.

The deadline to object or respond to confirmation of the Plan is **November 4, 2011 at 4:00 p.m. (Prevailing Eastern Time)** (the "Plan Objection Deadline").

Objections and responses, if any, to confirmation of the Plan, must (a) be in writing, (b) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 17, 2010 [ECF No. 9635], (c) set forth the name(s) of the objecting party/(ies), (d) set forth the nature and amount of the claim(s) or equity interest(s) held or asserted by the objecting party/(ies) against the Debtors, and (e) state with particularity the legal and factual bases relied upon for the objection or response.

Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their objections and responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, supra), in accordance with General Order M-182.

Any objections or responses must also be served upon the following parties so as to be received by no later than the Plan Objection Deadline: (i) the **chambers of the Honorable James M. Peck, United States Bankruptcy Judge**, supra; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., attorneys for the Debtors; (iii) the **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors.

**IF ANY OBJECTION OR RESPONSE TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.**

7. ***Parties That Will Not Be Treated as Creditors***. Any holder of a claim that is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs and schedules of executory contracts and unexpired leases at $0.00, or in an unknown amount, or as disputed, contingent, or unliquidated, and that has not filed a timely proof of claim shall not be treated as a creditor with respect to such claim for purposes of receiving distributions under the Plan.

8. ***Additional Information***. Any party in interest wishing to obtain a copy of the Disclosure Statement and the Plan may request such copy, in writing, from **Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Interested parties may also examine the Disclosure Statement and the Plan free of charge at www.lehman-docket.com. In addition, the Disclosure Statement and the Plan are on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

9. ***Executory Contracts and Unexpired Leases***.

a) ***Cure of Defaults for Assumed Executory Contracts and Unexpired Leases***: Except to the extent that different treatment has been agreed to by the non-debtor party or parties to any executory contract or unexpired lease (each, a "Counterparty") listed on a schedule to the Plan Supplement as being assumed pursuant to Section 11.1 of the Plan, the Debtors will, within at least forty (40) days prior to the Confirmation Hearing, file with the Bankruptcy Court and serve by first class mail on each applicable Counterparty, a notice, which shall include the cure amount as to such Counterparty's executory contract or unexpired lease to be assumed as set forth on such schedule to the Plan Supplement (the "Cure Amount Notice"). **If you are a Counterparty to an executory contract or unexpired lease to be assumed or assumed and assigned by the Debtors, you must file and serve any objection to the assumption or the cure amounts listed by the Debtors on the above-referenced schedule by the later of (i) the Plan Objection Deadline or (ii) fourteen (14) days from service of the Cure Amount Notice.** If there are any such objections filed, the Bankruptcy Court will hold a hearing on a date to be set by the Bankruptcy Court. The Debtors retain their rights to reject any of their executory contracts or unexpired leases that are subject to a dispute concerning the amounts necessary to cure any defaults as of the Effective Date.

b) ***Bar Date for Filing Proofs of Claim Relating to Executory Contracts and Unexpired Leases Rejected Pursuant to the Plan***: Proofs of claim for damages arising out of the rejection of an executory contract or unexpired lease pursuant to Section 11.4 of the Plan must be filed with the Bankruptcy Court and served upon the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., no later than forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease, (b) notice of entry of any order confirming the Plan, or (c) notice of an amendment to the schedules to the Plan Supplement (solely with respect to the party directly affected by such modification). **All such proofs of claim not filed within such time will be forever barred from assertion against the Debtors and their estates or the Liquidating Trust and their property.**

DATED: September 9, 2011, New York, New York

WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Disclosure Statement.

***PUBLICITAS NORTH AMERICA***
***330 Seventh Avenue, 5TH Floor***
***New York, NY 10001***
***Tel. (212) 599-5057 Fax (212) 599-8298***

***October 24, 2011***

***Epiq Systems Class Action & Claims Solutions***
***Brandon Schwartz***
***Legal Noticing Group***
***10300 SW Allen Blvd.***
***Beaverton, OR 97205***

***RE: WEIL, GOTSHAL & MANGES LLP***
***(LEHMAN BROTHERS)***

*To whom it may concern:*

*In our capacity as exclusive U.S. representative for the publication,* ***CORRIERE DEL TICINO,*** *we confirm the insertion on* ***7 OCT 11*** *of the advertisement entitled* ***"NOTICE OF (i) APPROVAL…."*** *on behalf of the above listed client.*

***PUBLICITAS/NORTH AMERICA***

*James Allen*
*Traffic Coordinator*

Publicitas North America, Inc.
330 Seventh Avenue, 5th floor
New York, NY 10001

[ FINANZA ]

**CORTE FALLIMENTARE DEGLI STATI UNITI
PER IL DISTRETTO SUD DI NEW YORK**

| | |
|---|---|
| In riferimento a<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>Debitori. | Chapter 11 Caso N.<br>08-13555 (JMP)<br>(Ad amministrazione congiunta) |

**NOTIFICA DI (I) APPROVAZIONE DI DICHIARAZIONE DIVULGATIVA; (II) DEFINIZIONE DELLA DATA D'ISCRIZIONE; (III) UDIENZA SULLA CONFERMA DEL PIANO E PROCEDURE PEROBIETTARE ALLA CONFERMA DEL PIANO; E (IV) PROCEDURE E SCADENZA DI VOTAZIONE DEL PIANO**

ALLE PARTI INTERESSATE NEI SEGUENTI CASI DEL CHAPTER 11:

**Nomi dei Debitori e numeri dei casi**

| | |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

SI PREGA DI NOTARE che:

1. ***Approvazione della Dichiarazione divulgativa.*** In data 1 settembre 2011, la Corte Fallimentare per il distretto sud di New York (la "Corte fallimentare") ha registrato un ordine emendato (l'"Ordine") per l'approvazione della Dichiarazione divulgativa dei Debitori in merito al Terzo Joint Chapter 11 Plan emendato di Lehman Brothers Holdings Inc. e dei suoi Debitori affiliati in conformità con la Sezione 1125 del Codice fallimentare (la "Dichiarazione divulgativa", come approvata)[1] nei casi del Chapter 11 di cui sopra di Lehman Brothers Holdings Inc. ("LBHI") e dei suoi debitori affiliati, quali debitori e debitori in possesso (collettivamente, i "Debitori"). L'Ordine autorizza i Debitori a sollecitare i voti di accettazione o rifiuto del Joint Chapter 11 Plan di Lehman Brothers Holdings Inc. e dei suoi Debitori affiliati (e sue eventuali successive modifiche, il "Piano"), una copia del quale è allegata come Allegato A alla Dichiarazione divulgativa.

2. ***Udienza di conferma.*** Un'udienza (l'"Udienza di conferma") per prendere in esame la conferma del Piano si terrà alle ore **10:00 (Prevailing Eastern Time) del 6 dicembre 2011** dinanzi al Giudice James M. Peck, Giudice delegato degli Stati Uniti, presso l'Aula 601 della Corte Fallimentare degli Stati Uniti per il distretto sud di New York, One Bowling Green, New York, New York 10004. L'Udienza di conferma potrà essere aggiornata o proseguita di volta in volta senza ulteriore notifica, fatto salvo per l'annuncio della data aggiornata a opera dei Debitori nel corso dell'Udienza di conferma o udienza di prosecuzione, o come indicato negli ordini del giorno relativi agli argomenti da trattare durante l'udienza presentati dai Debitori presso il Tribunale per i fallimenti. Il Piano potrà essere modificato, se necessario, prima, durante o in seguito all'Udienza di conferma.

3. ***Data di iscrizione ai fini della votazione.*** I seguenti attori/creditori titolari di crediti nei confronti dei Debitori in data **1 agosto 2011** (la "Data di iscrizione") hanno diritto di esprimere il proprio voto sul Piano:
a) titolari, alla Data di iscrizione, di crediti elencati negli elenchi delle passività dei Debitori, nel grado in cui tali crediti (i) siano pari a un importo superiore a zero e non siano identificati come eventuali, non liquidati o contestati, e (ii) non siano stati sostituiti da una prova documentaria di credito presentata tempestivamente; e
b) titolari, alla Data di iscrizione, di crediti, nel grado in cui tali crediti (i) siano l'oggetto di prove documentarie di credito presentate tempestivamente, (ii) siano presentati per un importo superiore a zero, (iii) non siano stati giudicati non riconosciuti, cancellati o squalificati da un ordine della Corte Fallimentare prima della Data di iscrizione, e (iv) non siano soggetti a obiezioni in corso al **16 settembre 2011**, a meno che una Mozione di richiesta di ammissione temporanea (come definita qui di seguito) sia stata presentata e venga approvata dalla Corte Fallimentare entro il **4 novembre 2011** o come sancito dalla Corte Fallimentare.

4. ***Scadenza per la votazione.*** Tutti i voti di accettazione o rifiuto del Piano devono essere ricevuti dall'agente per la votazione e tabulazione dei Debitori, Epiq Bankruptcy Solutions, LLC, entro le ore **16:00 (Prevailing Eastern Time) del 4 novembre 2011** (la "***Scadenza per la votazione***"). Il mancato rispetto delle istruzioni per la votazione incluse nella Scheda di votazione può causare l'invalidazione della suddetta e del voto. Se inviato per posta: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing *Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014.* Se consegnato a mano o tramite corriere: Epiq *Bankruptcy Solutions, LLC, Attn: Lehman Ballot* Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.

5. ***Parti interessate non aventi diritto di voto.*** I titolari di Crediti subordinati di Classe 10A, Classe 10B, Classe 10C e i Crediti di Sezione 510(b) nei confronti di LBHI e i titolari di Interessi effettivi nei Debitori non hanno diritto di voto e non riceveranno una scheda di votazione. I titolari di tali crediti e interessi effettivi sono considerati come rifiutanti il Piano e riceveranno una Notifica di stato di non votazione al posto di una Scheda di votazione. Se si ha provveduto a presentare tempestivamente una prova documentaria di credito, non si concorda con la classificazione o l'obiezione al proprio credito dei Debitori e si ritiene di aver diritto di voto sul Piano, occorre inviare una notifica alle parti indicate al paragrafo 6 qui di seguito e presentare alla Corte Fallimentare (di cui una copia all'ufficio del Giudice James M. Peck, Giudice delegato degli Stati Uniti, One Bowling Green, New York, New York 10004, Sala 601) una mozione (una "Mozione di richiesta di ammissione temporanea") di ordine ai sensi della Normativa 3018(a) delle Disposizioni federali sulle procedure fallimentari (le "Disposizioni fallimentari") che consenta temporaneamente di far rientrare il proprio credito ai fini della votazione sull'accettazione o il rifiuto del Piano. Le Mozioni di richiesta di ammissione temporanea devono essere presentate entro il 14° giorno dalla (i) presentazione della presente notifica e (ii) presentazione di notifica di un eventuale obiezione al credito, qualunque si verifichi per ultima, ma in ogni caso non oltre il **7 ottobre 2011**. In caso di presentazione di una Mozione di richiesta di ammissione temporanea da parte di un attore/creditore, la Scheda di votazione del suddetto non sarà contata, fatto salvo per quanto diversamente disposto dalla Corte Fallimentare. Gli attori/creditori possono contattare Epiq Bankruptcy Solutions, LLC al numero **1-866-879-0688 (nazionale) o 1-503-597-7691 (internazionale)**, per ricevere una Scheda di votazione appropriata per i crediti per cui sia stata presentata tempestivamente una prova documentaria e sia stata concessa una Mozione di richiesta di ammissione temporanea. Le Mozioni di richiesta di ammissione temporanea non conformi con le disposizioni di cui sopra non saranno prese in considerazione dalla Corte Fallimentare e saranno ritenute rifiutate, fatto salvo per quanto diversamente disposto dalla Corte Fallimentare.

6. ***Obiezioni alla conferma.*** La scadenza per obiettare o rispondere alla conferma del Piano è il ***4 novembre 2011 alle ore 16:00 (Prevailing Eastern Time)*** (la "Scadenza per l'obiezione del piano"). Le eventuali obiezioni e risposte alla conferma del Piano devono (a) essere svolte per iscritto, (b) essere conformi alle Disposizioni fallimentari, alle Disposizioni fallimentari locali della Corte Fallimentare degli Stati Uniti per il distretto sud di New York, al *Secondo ordine emendato conforme alla Sezione 105(a) del Codice fallimentare e alle Disposizioni fallimentari 1015(c) e 9007 di implementazione di determinate procedure di gestione delle notifiche e dei casi*, datate 17 giugno 2010 [ECF N. 9635], (c) indicare il nome delle parti obiettanti, (d) indicare la natura e l'importo o gli interessi effettivi detenuti o asseriti dalle parti obiettanti nei confronti dei Debitori e (e) indicare in maniera dettagliata le basi legali e fattuali su cui si fondano l'obiezione o la risposta. Gli utenti registrati del sistema di archiviazione dei casi della Corte Fallimentare devono presentare le loro obiezioni e risposte in formato elettronico. Tutte le parti interessate devono presentare le proprie obiezioni e risposte su un floppy disk da 3,5 pollici o un'unità flash drive, preferibilmente in formato Portable Document Format (PDF), Microsoft Word o altro formato di elaborazione testi basato su Windows (con una copia cartacea consegnata direttamente all'ufficio del Giudice James M. Peck, Giudice delegato degli Stati Uniti, supra) in conformità con l'Ordine generale M-182. Le obiezioni o le risposte devono, inoltre, essere presentate alle seguenti parti, in modo da essere ricevute entro la Scadenza per l'obiezione del piano: (i) **l'ufficio del Giudice James M. Peck, Giudice delegato degli Stati Uniti**, supra; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Att. Harvey R. Miller, Avv., Lori R. Fife, Avv. e Alfredo R. Pérez, Avv., legali dei Debitori; (iii) **l'Ufficio dell'Amministratore fiduciario degli Stati Uniti** per la Regione 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Att: Elisabetta Gasparini, Avv. e Andrea Schwartz, Avv., (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Att: Dennis F. Dunne, Avv., Dennis O'Donnell, Avv. e Evan Fleck, Avv., legali del comitato ufficiale di creditori chirografari.

**NEL CASO IN CUI LE OBIEZIONI O LE RISPOSTE ALLE CONFERME DEL PIANO NON VENISSERO INOLTRATE E PRESENTATE COME PREVISTO DAL PRESENTE, LA PARTE OBIETTANTE POTRÀ ESSERE ESCLUSA DALLA POSSIBILITÀ DI OBIETTARE ALLA CONFERMA DEL PIANO E POTRÀ NON ESSERE ASCOLTATA ALL'UDIENZA DI CONFERMA.**

7. ***Parti che non saranno trattate come creditori.*** I titolari di crediti inseriti nel programma di attivi e passivi di Debitori, dichiarazioni di affari finanziari e programmi di contratti futuri e contratti di locazione non scaduti a $0,00 o per un importo sconosciuto, contestato, contingente o non liquidato e che non abbiano presentato tempestivamente una prova documentaria di credito non saranno trattati come creditori in merito a tali crediti nell'ambito della ricezione delle ripartizioni previste dal Piano.

8. ***Informazioni aggiuntive.*** Le parti interessate a ottenere una copia della Dichiarazione divulgativa e del Piano potranno farne richiesta per iscritto a **Epiq Bankruptcy Solutions, LLC, Att: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Gli interessati possono anche prendere visione gratuitamente della Dichiarazione divulgativa e del Piano sul sito www.lehman-docket.com. Inoltre, la Dichiarazione divulgativa e il Piano sono disponibili presso la Corte Fallimentare e possono essere presi in visione accedendo al sito web della Corte Fallimentare: www.nysb.uscourts.gov. Si prega di notare che sono necessari una password e un login PACER per accedere ai documenti presenti sul sito della Corte Fallimentare. È possibile ottenere una password PACER su: www.pacer.psc.uscourts.gov.

9. ***Contratti futuri e contratti di locazione non scaduti.***
a) ***Rimedio alle inadempienze per i contratti futuri presenti e i contratti di locazione non scaduti:*** Fatto salvo per la misura in cui un trattamento differente sia stato concordato dalle parti non debitrici per i contratti futuri o i contratti di locazione non scaduti (ognuna delle quali costituisce una "Controparte") indicati in un allegato al Supplemento del piano come assunti, ai sensi della Sezione 11.1 del Piano, i Debitori, entro quaranta (40) giorni dall'Udienza di conferma, presenteranno presso la Corte Fallimentare e invieranno per posta di prima classe a ogni Controparte una notifica che comprenderà l'importo del rimedio ai contratti futuri o contratti di locazione non scaduti delle Controparti da assumere come indicato nell'allegato al Supplemento del piano (la "Notifica dell'importo di rimedio"). **Se si è la Controparte di un contratto futuro o di un contratto di locazione non scaduto da assumere o assunto e assegnato dai Debitori, occorre presentare le obiezioni all'assunzione o gli importi di rimedio elencati dai Debitori nell'allegato di cui sopra entro (i) la Scadenza per l'obiezione del piano o (ii) quattordici (14) giorni dalla presentazione della Notifica dell'importo di rimedio, qualunque si verifichi più tardi.** Se verranno presentate tali obiezioni, la Corte Fallimentare terrà un'udienza in una data stabilita dalla Corte Fallimentare. I Debitori mantengono i propri diritti di rifiutare i loro contratti futuri o contratti di locazione non scaduti soggetti a vertenze sugli importi necessari a rimediare alle inadempienze a partire dalla Data di entrata in vigore.
b) ***Data ultima per la presentazione delle prove documentarie di credito relative ai contratti futuri e ai contratti di locazione non scaduti rifiutati ai sensi del Piano:*** Le prove documentarie di credito per danni ascrivibili al rifiuto di un contratto futuro o contratto di locazione non scaduto ai sensi della Sezione 11.4 del Piano devono essere presentate alla Corte Fallimentare e inviate ai legali dei Debitori, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Att: Harvey R. Miller, Avv., Lori R. Fife, Avv. e Alfredo R. Pérez, Avv., entro quarantacinque (45) giorni dalla (a) notifica dell'emissione di un ordine di approvazione del rifiuto del contratto futuro o contratto di locazione non scaduto, (b) notifica dell'emissione di un ordine di conferma del Piano, o (c) notifica di una modifica degli allegati al Supplemento del Piano (esclusivamente in merito alla parte direttamente interessata da tale modifica), qualunque si verifichi per ultima. **Le prove di credito non presentate entro tale scadenza saranno bandite per sempre dalle rivendicazioni nei confronti dei Debitori e le loro proprietà o il Fondo di liquidazione e la sua proprietà.**

DATA: 7 Ottobre 2011, New York, New York
WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153,
Telefono: +1 (212) 310-8000, Fax: +1 (212) 310-8007
*Avvocati per i debitori e Debitori in possesso*

[1] I termini in maiuscolo non definiti nel presente avranno il significato loro ascritto nella Dichiarazione divulgativa.

**PUBLICITAS NORTH AMERICA**
*330 Seventh Avenue, 5TH Floor*
*New York, NY 10001*
*Tel. (212) 599-5057 Fax (212) 599-8298*

*October 24, 2011*

***Epiq Systems Class Action & Claims Solutions***
***Brandon Schwartz***
***Legal Noticing Group***
***10300 SW Allen Blvd.***
***Beaverton, OR 97205***

***RE: WEIL, GOTSHAL & MANGES LLP***
***(LEHMAN BROTHERS)***

*To whom it may concern:*

*In our capacity as exclusive U.S. representative for the publication,* **DE TELEGRAAF,** *we confirm the insertion on* ***7 OCT 11*** *of the advertisement entitled* ***"NOTICE OF (i) APPROVAL...."*** *on behalf of the above listed client.*

***PUBLICITAS/NORTH AMERICA***

*James Allen*
*Traffic Coordinator*

Publicitas North America, Inc.
330 Seventh Avenue, 5th floor
New York, NY 10001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN**

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

**Name of Debtors and Case Numbers**

| Name of Debtor | Case Number |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

PLEASE TAKE NOTICE that:

1. ***Approval of Disclosure Statement.*** On September 1, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an amended order (the "Order"), approving the Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (as approved, the "Disclosure Statement")[1] in the above-referenced chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"). The Order authorizes the Debtors to solicit votes to accept or reject the Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (as it may be further amended, the "Plan"), a copy of which is annexed as Exhibit A to the Disclosure Statement.

2. ***Confirmation Hearing.*** A hearing (the "Confirmation Hearing") to consider the confirmation of the Plan will be held at **10:00 a.m. (Prevailing Eastern Time)** on **December 6, 2011** before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Confirmation Hearing may be adjourned or continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court. The Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing.

3. ***Record Date for Voting Purposes.*** The following claimant/creditors who hold claims against the Debtors on **August 1, 2011** (the "Record Date") are entitled to vote on the Plan:

a) holders, as of the Record Date, of claims listed on the Debtors' schedules of liabilities, to the extent that such claims (i) are listed in an amount greater than zero and are not identified as contingent, unliquidated or disputed, and (ii) have not been superseded by a timely filed proof of claim; and

b) holders as of the Record Date, of claims, to the extent that such claims (i) are the subject of timely filed proofs of claim, (ii) are filed in an amount greater than zero, (iii) have not been disallowed, expunged, or disqualified by an order of the Bankruptcy Court prior to the Record Date, and (iv) are not the subject of any pending claim objection as of **September 16, 2011**, unless a Temporary Allowance Request Motion (as defined below) has been filed and granted by the Bankruptcy Court on or before **November 4, 2011** or as may be ordered by the Bankruptcy Court.

4. ***Voting Deadline.*** All votes to accept or reject the Plan must be actually received by the Debtors' voting and tabulation agent, Epiq Bankruptcy Solutions, LLC, by no later than **4:00 p.m. (Prevailing Eastern Time) on November 4, 2011** (the "Voting Deadline"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote. If sent by mail: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014. If sent by hand delivery or courier: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.

5. ***Parties in Interest Not Entitled to Vote.*** Holders of Subordinated Class 10A Claims, Subordinated Class 10B Claims, Subordinated Class 10C Claims, and Section 510(b) Claims against LBHI and holders of Equity Interests in the Debtors are not entitled to vote and will not receive a ballot. Holders of such claims and equity interests are deemed to reject the Plan and will receive a Notice of Non-Voting Status rather than a Ballot. If you have timely filed a proof of claim and disagree with the Debtors' classification of or objection to your claim and believe that you should be entitled to vote on the Plan, then you must serve on the parties identified in paragraph 6 below and file with the Bankruptcy Court (with a copy to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, Courtroom 601) a motion (a "Temporary Allowance Request Motion") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing your claim for purposes of voting to accept or reject the Plan. All Temporary Allowance Request Motions must be filed on or before the 14th day after the later of (i) service of this notice and (ii) service of notice of an objection, if any, as to your claim, but in no event later than **October 7, 2011**. As to any claimant/creditor filing a Temporary Allowance Request Motion, such claimant/creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court. Claimant/creditors may contact Epiq Bankruptcy Solutions, LLC at **1-866-879-0688 (domestic) or 1-503-597-7691 (international)**, to receive an appropriate Ballot for any claim for which a proof of claim has been timely filed and a Temporary Allowance Request Motion has been granted. Temporary Allowance Request Motions not compliant with the foregoing will not be considered by the Bankruptcy Court and deemed denied except as otherwise ordered by the Bankruptcy Court.

6. ***Objections to Confirmation.*** The deadline to object or respond to confirmation of the Plan is **November 4, 2011 at 4:00 p.m. (Prevailing Eastern Time)** (the "Plan Objection Deadline"). Objections and responses, if any, to confirmation of the Plan, must (a) be in writing, (b) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 17, 2010 [ECF No. 9635], (c) set forth the name(s) of the objecting party/ies), (d) set forth the nature and amount of the claim(s) or equity interest(s) held or asserted by the objecting party/(ies) against the Debtors, and (e) state with particularity the legal and factual bases relied upon for the objection or response.

Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their objections and responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, supra), in accordance with General Order M-182.

Any objections or responses must also be served upon the following parties so as to be received by no later than the Plan Objection Deadline: (i) **the chambers of the Honorable James M. Peck, United States Bankruptcy Judge,** supra; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., attorneys for the Debtors; (iii) the **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors.

**IF ANY OBJECTION OR RESPONSE TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.**

7. ***Parties That Will Not Be Treated as Creditors.*** Any holder of a claim that is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs and schedules of executory contracts and unexpired leases at $0.00, or in an unknown amount, or as disputed, contingent, or unliquidated, and that has not filed a timely proof of claim shall not be treated as a creditor with respect to such claim for purposes of receiving distributions under the Plan.

8. ***Additional Information.*** Any party in interest wishing to obtain a copy of the Disclosure Statement and the Plan may request such copy, in writing, from **Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Interested parties may also examine the Disclosure Statement and the Plan free of charge at www.lehman-docket.com. In addition, the Disclosure Statement and the Plan are on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

9. ***Executory Contracts and Unexpired Leases.***

a) ***Cure of Defaults for Assumed Executory Contracts and Unexpired Leases***: Except to the extent that different treatment has been agreed to by the non-debtor party or parties to any executory contract or unexpired lease (each, a "Counterparty") listed on a schedule to the Plan Supplement as being assumed pursuant to Section 11.1 of the Plan, the Debtors will, within at least forty (40) days prior to the Confirmation Hearing, file with the Bankruptcy Court and serve by first class mail on each applicable Counterparty, a notice, which shall include the cure amount as to such Counterparty's executory contract or unexpired lease to be assumed as set forth on such schedule to the Plan Supplement (the "Cure Amount Notice"). **If you are a Counterparty to an executory contract or unexpired lease to be assumed or assumed and assigned by the Debtors, you must file and serve any objection to the assumption or the cure amounts listed by the Debtors on the above-referenced schedule by the later of (i) the Plan Objection Deadline or (ii) fourteen (14) days from service of the Cure Amount Notice.** If there are any such objections filed, the Bankruptcy Court will hold a hearing on a date to be set by the Bankruptcy Court. The Debtors retain their rights to reject any of their executory contracts or unexpired leases that are subject to a dispute concerning the amounts necessary to cure any defaults as of the Effective Date.

b) ***Bar Date for Filing Proofs of Claim Relating to Executory Contracts and Unexpired Leases Rejected Pursuant to the Plan***: Proofs of claim for damages arising out of the rejection of an executory contract or unexpired lease pursuant to Section 11.4 of the Plan must be filed with the Bankruptcy Court and served upon the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., no later than forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease, (b) notice of entry of any order confirming the Plan, or (c) notice of an amendment to the schedules to the Plan Supplement (solely with respect to the party directly effected by such modification). **All such proofs of claim not filed within such time will be forever barred from assertion against the Debtors and their estates or the Liquidating Trust and their property.**

DATED: October 7, 2011, New York, New York

WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Disclosure Statement.

**PUBLICITAS NORTH AMERICA**
330 Seventh Avenue, 5TH Floor
New York, NY 10001
Tel. (212) 599-5057 Fax (212) 599-8298

*October 24, 2011*

**Epiq Systems Class Action & Claims Solutions**
**Brandon Schwartz**
**Legal Noticing Group**
**10300 SW Allen Blvd.**
**Beaverton, OR 97205**

**RE: WEIL, GOTSHAL & MANGES LLP**
**(LEHMAN BROTHERS)**

*To whom it may concern:*

*In our capacity as exclusive U.S. representative for the publication,* **TRIBUNE DE GENEVE,** *we confirm the insertion on* **7 OCT 11** *of the advertisement entitled* **"NOTICE OF (i) APPROVAL…."** *on behalf of the above listed client.*

**PUBLICITAS/NORTH AMERICA**

*James Allen*
*Traffic Coordinator*

Publicitas North America, Inc.
330 Seventh Avenue, 5th floor
New York, NY 10001

**TRIBUNAL DE FAILLITE DES ÉTATS-UNIS**
**DISTRICT SUD DE NEW YORK**

| | |
|---|---|
| Concernant<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>ci-après, les « Débiteurs ». | Affaire relevant du Chapitre 11 n° 08-13555 (JMP)<br>(administrés conjointement) |

**AVIS (I) D'APPROBATION DE LA DÉCLARATION DE DIVULGATION ; (II) DE DÉTERMINATION DE LA DATE DE RÉFÉRENCE, (III) D'AUDIENCE DE LA CONFIRMATION DU PLAN DE RESTRUCTURATION ET DES PROCÉDURES DE CONTESTATION DE LA CONFIRMATION DU PLAN, ET (IV) DES PROCÉDURES ET DE LA DATE LIMITE RELATIVES AU VOTE DU PLAN**

POUR LES PARTIES INTÉRESSÉES DANS LES AFFAIRES RELEVANT DU CHAPITRE 11 SUIVANTES :

**Nom des Débiteurs et numéros des dossiers**

| Nom des Débiteurs | Numéro du dossier |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

NOUS VOUS INVITONS PAR LES PRÉSENTES À PRENDRE EN CONSIDÉRATION LES POINTS SUIVANTS :

1. ***Approbation de la Déclaration de divulgation.*** Le 1er septembre 2011, le Tribunal des faillites des États-Unis pour le district sud de New York (ci-après l'« le « Tribunal des faillites ») a prononcé une ordonnance modifiée (ci-après l'« Ordonnance »), approuvant la Déclaration de divulgation des Débiteurs relative au Troisième Plan conjoint de restructuration amendé, relevant du Chapitre 11, de la banque d'affaires américaine « Lehman Brothers » (Lehman Brothers Holdings Inc.) et de ses Débiteurs affiliés, conformément à l'Article 1125 du Code des faillites (telle qu'approuvée et ci-après dénommée « Déclaration de divulgation »)[1] dans le cadre des affaires régies par le Chapitre 11 énumérées ci-dessus et relatives à Lehman Brothers Holdings Inc. (« LBHI ») et à ses Débiteurs affiliés, en tant que débiteurs et débiteurs en possession (collectivement dénommés les « Débiteurs »). L'Ordonnance autorise les Débiteurs à solliciter des votes aux fins d'accepter ou de rejeter le Plan conjoint en vertu du Chapitre 11 de Lehman Brothers Holdings Inc. et de ses Débiteurs affiliés (ci-après, le « Plan », y compris ses modifications ultérieures éventuelles), dont une copie est annexée à la Déclaration sous le libellé Pièce A.

2. ***Audience de confirmation.*** Une audience (dénommée « Audience de confirmation »), dont l'objet sera d'examiner la confirmation du Plan, se tiendra à **10 h 00 (heure de l'Est en vigueur) le 6 décembre 2011** devant l'honorable James M. Peck, le juge de faillite des États-Unis, dans la salle d'audience 601 du Tribunal des faillites des États-Unis pour le District Sud de New York, sis à One Bowling Green, New York, New York 10004. L'Audience de confirmation pourra être ajournée ou poursuivie sans préavis autre que l'annonce par les Débiteurs de la date ou des dates ajournées lors de l'Audience de confirmation ou de toute audience poursuivie ou tel qu'indiqué dans tout ordre du jour contenu dans une convocation déposée par les Débiteurs auprès du Tribunal de faillite, précisant les différents points qui seront abordés à l'audience. Le Plan pourra être modifié, selon les besoins, avant, pendant ou à l'issue de l'Audience de confirmation.

3. ***Date de référence pour fins de vote.*** Le demandeur ou les créanciers suivants qui détiennent des créances à l'encontre des Débiteurs au **1er août 2011** (ci-après, la « Date de référence ») seront habilités à voter sur le Plan :

a) les détenteurs, à la Date de référence, de créances inscrites sur la Liste des passifs des Débiteurs, dans la mesure où ces créances (i) sont d'un montant supérieur à zéro et ne sont pas identifiées comme étant conditionnelles, non réglées ou contestées, et (ii) n'ont pas été remplacées par une preuve de créance déposée en temps opportun, et

b) les détenteurs, à la Date de référence, de créances, dans la mesure où ces créances (i) font l'objet de preuves de créances déposées en temps opportun, (ii) sont d'un montant supérieur à zéro, (iii) n'ont pas été refusées, annulées ou disqualifiées par une ordonnance quelconque du Tribunal des faillites antérieurement à la Date de référence, et (iv) ne font pas l'objet d'une contestation de créance en souffrance à la date du **16 septembre 2011**, sauf si une Requête de conservation provisoire (telle que définie ci-dessous) a été déposée et accordée par le Tribunal des faillites le ou avant le **4 novembre 2011** ou sauf si ce dernier en exige autrement.

4. ***Date limite de vote.*** Tous les votes ayant pour objet d'accepter ou de rejeter le Plan devront être effectivement reçus par l'agent chargé de leur dépouillement et de l'enregistrement des résultats agissant pour le compte des Débiteurs, à savoir Epiq Bankruptcy Solutions, LLC, au plus tard, à **16 h 00 (heure de l'Est en vigueur) le 4 novembre 2011** (ci-après, la « Date limite de vote »). Tout manquement à suivre les instructions de vote accompagnant votre Bulletin pourra aboutir au rejet de ce dernier et à l'annulation de votre vote.

Si votre vote est envoyé par voie postale : Epiq Bankruptcy Solutions, LLC, À l'attention de : Lehman Ballot Processing Center, FDR Station, PO Box 5014, New York, New York 10150-5014. Si votre vote est délivré en mains propres ou par l'entremise d'un service de messagerie : Epiq Bankruptcy Solutions, LLC, À l'attention de : Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017

5. ***Parties intéressées sans droit de vote.*** Les détenteurs de créances subordonnées de catégorie 10A, de créances subordonnées de catégorie 10B, de créances subordonnées de catégorie 10C et de créances relevant de la section 510(b) à l'encontre de LBHI ainsi que les titulaires de titres de participation au capital des Débiteurs ne seront pas habilités à voter ni à recevoir un Bulletin de vote. Les détenteurs de telles créances et ces titulaires de titres de participation seront réputés rejeter le Plan et recevront une convocation les invitant à participer sans prendre part au vote plutôt qu'un Bulletin de vote. Si vous avez déposé en temps opportun une preuve de créance et êtes en désaccord avec la classification de votre créance par les Débiteurs ou avec leur opposition à votre créance et estimez être en droit de voter sur le Plan, vous devrez alors le signifier aux parties visées au paragraphe 6 ci-dessous et déposer auprès du Tribunal des faillites (avec un exemplaire envoyé à la chambre de l'honorable James M. Peck, juge de faillite des États-Unis, sise à One Bowling Green, New York, New York 10004, salle d'audience 601) une requête (ci-après, la « Requête de conservation provisoire ») aux fins de solliciter une ordonnance en vertu de la Règle 3018(a) des Règles fédérales de procédure en matière de faillite (ci-après les « Règles sur la faillite ») autorisant temporairement votre créance aux fins de participation au vote pour accepter ou rejeter le Plan. Toutes les Requêtes de conservation provisoire devront être déposées au plus tard le 14e jour après la plus tardive des échéances suivantes : (i) la signification du présent avis, ou (ii) la signification d'un avis de contestation de votre créance, le cas échéant, mais en aucun cas après le **7 octobre 2011**. Si un quelconque demandeur ou créancier dépose une Requête de conservation provisoire, le Bulletin d'un tel demandeur ou créancier ne sera pas compté sauf s'il en est autrement ordonné par le Tribunal des faillites. Le demandeur ou les créanciers pourront contacter Epiq Bankruptcy Solutions, LLC au **1-866-879-0688 (appels nationaux) ou 1-503-597-7691 (appels internationaux)**, afin de recevoir un Bulletin de vote approprié pour toute créance pour laquelle une preuve de créance aura été déposée en temps opportun et une Requête de conservation aura été accordée. Les Requêtes de conservation provisoire qui ne se conformeront pas aux stipulations énoncées ci-dessus ne seront pas examinées par le Tribunal de la faillite et seront réputées refusées sauf si le Tribunal des faillites en exige autrement.

6. ***Contestations de la confirmation.***

La date limite pour contester ou pour répondre à la confirmation du Plan est le **4 novembre 2011 à 16 h 00 (heure de l'Est en vigueur)** (ci-après, la « Date limite de contestation du Plan »).

Les contestations et réponses, le cas échéant, relatives à la confirmation du Plan, devront (a) se faire à l'écrit, (b) se conformer aux Règles sur la faillite, aux Règles locales en matière de faillite du Tribunal des faillites pour le district sud de New York et à la *Deuxième Ordonnance modifiée en vertu de l'Article 105(a) du Code des faillites et des Règles sur la faillite 1015(c) et 9007 mettant en œuvre certaines procédures de notification et de traitement des affaires*, en date du 17 juin 2010 [dossier électronique n° 9635], (c) faire mention du ou des noms de la partie ou des parties opposantes, (d) exposer la nature et le montant de la ou des créances ou du ou des titres de participation détenus ou revendiqués par la ou les parties opposantes à l'encontre des Débiteurs, et (e) indiquer avec précision les fondements juridiques et factuels invoqués pour ladite contestation ou réponse.

Les utilisateurs enregistrés du système de dépôt électronique des requêtes du Tribunal de faillites devront déposer leurs contestations et leurs réponses par voie électronique. Toutes les autres parties intéressées devront déposer leurs contestations et leurs réponses sur disquette de 3,5 pouces ou clé USB, de préférence en format de document portable (PDF), Microsoft Word ou autre format de traitement de texte quelconque compatible avec Windows (avec une copie imprimée livrée directement à la chambre de l'honorable James M. Peck, le juge des faillites des États-Unis précité), conformément à l'Ordonnance générale M-182.

Toutes les contestations ou réponses devront également être signifiées aux parties suivantes de façon à être reçues au plus tard à la Date limite de contestation du Plan : (i) la chambre de l'honorable James M. Peck, le juge des faillites des États-Unis précité (**chambers of the Honorable James M. Peck, United States Bankruptcy Judge** ) (ii) **les avocats des Débiteurs, à savoir : Weil Gotshal & Manges LLP**, sis à 767 Fifth Avenue, New York, New York 10153, À l'attention de : Harvey R. Miller, Esq., Lori R. Fife, Esq. et Alfredo R. Pérez, Esq. ; (iii) le Bureau du curateur des États-Unis pour la Région 2 (**Office of the United States Trustee for Region 2**), sis à 33 Whitehall Street, 21st Floor, New York, New York 10004, À l'attention de : Elisabetta Gasparini, Esq. et Andrea Schwartz, Esq. et (iv) **les avocats pour le Comité officiel des créanciers non garantis (Official Committee of Unsecured Creditors), à savoir : Milbank, Tweed, Hadley & McCloy LLP**, sis à 1 Chase Manhattan Plaza, New York, New York 10005, À l'attention de : Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. et Evan Fleck, Esq.

**SI UNE CONTESTATION OU UNE RÉPONSE EN REGARD DE LA CONFIRMATION DU PLAN N'EST PAS DÉPOSÉE ET SIGNIFIÉE STRICTEMENT SELON LES DISPOSITIONS PRESCRITES AUX PRÉSENTES, LA PARTIE OPPOSANTE POURRA SE VOIR EMPÊCHÉE DE CONTESTER LADITE CONFIRMATION ET D'ÊTRE ENTENDUE À L'AUDIENCE DE CONFIRMATION.**

7. ***Les Parties qui ne seront pas considérées comme des créanciers.*** Tout titulaire d'une créance inscrite sur les listes des actifs et des passifs des Débiteurs, sur le dépôt de bilan et les listes de contrats exécutoires et de baux non échus d'une valeur de 0 USD, ou d'un montant inconnu, ou identifiée comme étant contestée, conditionnelle ou non réglée, et qui n'aura pas déposé une preuve de créance en temps opportun ne sera pas considéré comme un créancier, eu égard à ladite créance, aux fins d'être habilité à recevoir des recouvrements en vertu dudit Plan.

8. ***Renseignements complémentaires.*** Toute partie intéressée désirant obtenir une copie de la Déclaration et du Plan pourra en faire la demande, par écrit, auprès du cabinet **Epiq Bankruptcy Solutions, LLC, À l'attention de : Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Les parties intéressées pourront également consulter la Déclaration et le Plan gratuitement sur www.lehman-docket.com. En outre, les dossiers renfermant la Déclaration et le Plan auront été déposés auprès du Tribunal des faillites et pourront être consultés moyennant le site de ce dernier : www.nysb.uscourts.gov. Veuillez noter qu'il vous faudra être muni d'un mot de passe PACER et d'un identifiant pour pouvoir accéder aux documents présents sur le site Internet du Tribunal des faillites. Un mot de passe PACER pourra être obtenu sur : www.pacer.psc.uscourts.gov.

9. ***Contrats exécutoires et baux non échus.***

a) ***Recouvrement des impayés relatifs aux contrats exécutoires et baux non échus endossés :*** Sauf dans la mesure où un traitement différent aura été accepté par la ou les parties non débitrices en regard d'un contrat exécutoire ou bail non échu quelconque (chacune de ces parties étant dénommées une « Contrepartie ») figurant sur l'une des annexes du Supplément au Plan comme étant endossé en vertu de l'Article 11.1 de ce dernier, les Débiteurs seront tenus de déposer auprès du Tribunal des faillites, dans un délai minimum de quarante (40) jours avant l'Audience de confirmation, et de signifier à chaque Contrepartie concernée, par courrier prioritaire, un avis, qui devra inclure le montant des impayés relatifs audit contrat exécutoire ou bail non échu de la Contrepartie à endosser, tel qu'indiqué dans ladite annexe du Supplément au Plan (ci-après, l'« Avis des impayés à recouvrer »). **Si vous êtes une Contrepartie à un contrat exécutoire ou bail non échu devant être endossé, ou endossé et cédé par les Débiteurs, il vous faudra déposer et signifier toute contestation relative à l'endossement ou aux impayés à recouvrer cités par les Débiteurs dans l'annexe susmentionnée avant la plus tardive des échéances suivantes : (i) la date limite de contestation du Plan ou (ii) quatorze (14) jours à compter de la signification de l'Avis des impayés à recouvrer.** Si de telles contestations sont déposées, le Tribunal des faillites tiendra une audience à une date qui sera fixée par ses soins. Les Débiteurs conserveront leurs droits de rejeter l'un quelconque de leurs contrats exécutoires ou baux non échus qui feront l'objet d'un différend concernant les montants nécessaires pour remédier à tout manquement à compter de la Date d'effet.

b) ***Date limite de dépôt des preuves de créances relatives aux contrats exécutoires et baux non échus rejetés en application du Plan :*** Les preuves de créances pour les dommages résultant du rejet d'un contrat exécutoire ou d'un bail non échu conformément à l'Article 11.4 du Plan devront être déposées auprès du Tribunal des faillites et signifiées aux avocats représentant les Débiteurs, à savoir : Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, À l'attention de : Harvey R. Miller, Esq., Lori R. Fife, Esq. et Alfredo R. Pérez, Esq., au plus tard quarante-cinq (45) jours après la plus tardive des échéances suivantes : (a) un avis de prononcement d'une ordonnance approuvant le rejet du contrat exécutoire ou du bail non échu, (b) un avis de prononcement d'une ordonnance quelconque confirmant le Plan, ou (c) un avis d'apport d'une modification aux annexes du Supplément au Plan (uniquement en ce qui concerne les parties directement touchées par une telle modification). **Toutes preuves de créances de cette nature qui ne seront pas déposées dans les délais impartis ci-dessus feront l'objet d'une interdiction définitive d'être formulées à l'encontre des Débiteurs et de leur patrimoine personnel ou du Fiduciaire de liquidation et de son patrimoine personnel.**

FAIT : le 7 octobre 2011, à New York, New York
WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153,
Téléphone : (212) 310-8000, Télécopie : (212) 310-8007
*Avocats représentant les Débiteurs et Débiteurs en possession*

[1] Les termes en majuscules non définis aux présentes ont le sens qui leur est attribué dans ladite Déclaration.

**The Media Company L.L.C.**
36 Mill Plain Road; Suite 205, Danbury, CT -06811, USA
Tel : +1-203-702-0916 ; e-mail : bryan@tmcglobal.net

## AFFIDAVIT OF INSERTION

State Of Connecticut, County Of Fairfield
I Bryan D'Souza , International Media Director for The Media Company certify that the Epiq Class Action & Claims Solutions,Inc; Lehman- Conference Hearing ads ran in the following publications in the Countries mentioned, on the indicated dates. All additional details are for informational purposes only.

Bryan D'Souza, International Media Director.

Ad Headline: (1) Approval of Disclosure Statement(2) Establishment of Record Date.

| COUNTRY | PUBLICATION | INVOICE NUMBER | INVOICE DATE | SIZE( WXH) | PUBLISHING STATUS | PUBLISHING DATE |
|---|---|---|---|---|---|---|
| AUSTRALIA | SYDNEY MORNING HERALD | ES/1046/11 | Oct 18,2011. | 5.39" X 9.44" | Page 2. | October 7. |
| HONG KONG | APPLE DAILY | ES/1046/11 | Oct 18,2011. | 8.66" x 15.0" | Section B Page 7. | October 7. |
| SWITZERLAND | TAGES ANZEIGER | ES/1046/11 | Oct 18,2011. | 9.29" X 11" | Page 46. | October 7. |

Subscribed and sworn to before me on the 18th day of October 2011

Margaret M. Cugell

MARGARET M. CUGELL
*Notary Public*
*My Commission Expires APRIL 30, 2015*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN**

**TO** PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

**Name of Debtors and Case Numbers**

| Debtor | Case No. |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

PLEASE TAKE NOTICE that:

1. ***Approval of Disclosure Statement***. On September 1, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an amended order (the "Order"), approving the Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (as approved, the "Disclosure Statement")[1] in the above-referenced chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"). The Order authorizes the Debtors to solicit votes to accept or reject the Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (as it may be further amended, the "Plan"), a copy of which is annexed as Exhibit A to the Disclosure Statement.

2. ***Confirmation Hearing***. A hearing (the "Confirmation Hearing") to consider the confirmation of the Plan will be held at **10:00 a.m. (Prevailing Eastern Time) on December 6, 2011** before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Confirmation Hearing may be adjourned or continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court. The Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing.

3. ***Record Date for Voting Purposes***. The following claimant/creditors who hold claims against the Debtors on **August 1, 2011** (the "Record Date") are entitled to vote on the Plan:

a) holders, as of the Record Date, of claims listed on the Debtors' schedules of liabilities, to the extent that such claims (i) are listed in an amount greater than zero and are not identified as contingent, unliquidated or disputed, and (ii) have not been superseded by a timely filed proof of claim; and

b) holders as of the Record Date, of claims, to the extent that such claims (i) are the subject of timely filed proofs of claim, (ii) are filed in an amount greater than zero, (iii) have not been disallowed, expunged, or disqualified by an order of the Bankruptcy Court prior to the Record Date, and (iv) are not the subject of any pending claim objection as of **September 16, 2011**, unless a Temporary Allowance Request Motion (as defined below) has been filed and granted by the Bankruptcy Court on or before **November 4, 2011** or as may be ordered by the Bankruptcy Court.

4. ***Voting Deadline***. All votes to accept or reject the Plan must be actually received by the Debtors' voting and tabulation agent, Epiq Bankruptcy Solutions, LLC, by no later than **4:00 p.m. (Prevailing Eastern Time) on November 4, 2011** (the "Voting Deadline"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote. If sent by mail: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014. If sent by hand delivery or courier: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.

5. ***Parties in Interest Not Entitled to Vote***. Holders of Subordinated Class 10A Claims, Subordinated Class 10B Claims, Subordinated Class 10C Claims, and Section 510(b) Claims against LBHI and holders of Equity Interests in the Debtors are not entitled to vote and will not receive a ballot. Holders of such claims and equity interests are deemed to reject the Plan and will receive a Notice of Non-Voting Status rather than a Ballot. If you have timely filed a proof of claim and disagree with the Debtors' classification of or objection to your claim and believe that you should be entitled to vote on the Plan, then you must serve on the parties identified in paragraph 6 below and file with the Bankruptcy Court (with a copy to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, Courtroom 601) a motion (a "Temporary Allowance Request Motion") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing your claim for purposes of voting to accept or reject the Plan. All Temporary Allowance Request Motions must be filed on or before the 14th day after the later of (i) service of this notice and (ii) service of notice of an objection, if any, as to your claim, but in no event later than **October 7, 2011**. As to any claimant/creditor filing a Temporary Allowance Request Motion, such claimant/creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court. Claimant/creditors may contact Epiq Bankruptcy Solutions, LLC at **1-866-879-0688 (domestic) or 1-503-597-7691 (international)**, to receive an appropriate Ballot for any claim for which a proof of claim has been timely filed and a Temporary Allowance Request Motion has been granted. Temporary Allowance Request Motions not compliant with the foregoing will not be considered by the Bankruptcy Court and deemed denied except as otherwise ordered by the Bankruptcy Court.

6. ***Objections to Confirmation***.

The deadline to object or respond to confirmation of the Plan is **November 4, 2011 at 4:00 p.m. (Prevailing Eastern Time)** (the "Plan Objection Deadline").

Objections and responses, if any, to confirmation of the Plan, must (a) be in writing, (b) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 17, 2010 [ECF No. 9635], (c) set forth the name(s) of the objecting party/(ies), (d) set forth the nature and amount of the claim(s) or equity interest(s) held or asserted by the objecting party/(ies) against the Debtors, and (e) state with particularity the legal and factual bases relied upon for the objection or response.

Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their objections and responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, supra), in accordance with General Order M-182.

Any objections or responses must also be served upon the following parties so as to be received by no later than the Plan Objection Deadline: (i) the **chambers of the Honorable James M. Peck, United States Bankruptcy Judge**, supra; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., attorneys for the Debtors; (iii) the **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors.

**IF ANY OBJECTION OR RESPONSE TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.**

7. ***Parties That Will Not Be Treated as Creditors***. Any holder of a claim that is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs and schedules of executory contracts and unexpired leases at $0.00, or in an unknown amount, or as disputed, contingent, or unliquidated, and that has not filed a timely proof of claim shall not be treated as a creditor with respect to such claim for purposes of receiving distributions under the Plan.

8. ***Additional Information***. Any party in interest wishing to obtain a copy of the Disclosure Statement and the Plan may request such copy, in writing, from **Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Interested parties may also examine the Disclosure Statement and the Plan free of charge at www.lehman-docket.com. In addition, the Disclosure Statement and the Plan are on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

9. ***Executory Contracts and Unexpired Leases***.

a) ***Cure of Defaults for Assumed Executory Contracts and Unexpired Leases***: Except to the extent that different treatment has been agreed to by the non-debtor party or parties to any executory contract or unexpired lease (each, a "Counterparty") listed on a schedule to the Plan Supplement as being assumed pursuant to Section 11.1 of the Plan, the Debtors will, within at least forty (40) days prior to the Confirmation Hearing, file with the Bankruptcy Court and serve by first class mail on each applicable Counterparty, a notice, which shall include the cure amount as to such Counterparty's executory contract or unexpired lease to be assumed as set forth on such schedule to the Plan Supplement (the "Cure Amount Notice"). **If you are a Counterparty to an executory contract or unexpired lease to be assumed or assumed and assigned by the Debtors, you must file and serve any objection to the assumption or the cure amounts listed by the Debtors on the above-referenced schedule by the later of (i) the Plan Objection Deadline or (ii) fourteen (14) days from service of the Cure Amount Notice.** If there are any such objections filed, the Bankruptcy Court will hold a hearing on a date to be set by the Bankruptcy Court. The Debtors retain their rights to reject any of their executory contracts or unexpired leases that are subject to a dispute concerning the amounts necessary to cure any defaults as of the Effective Date.

b) ***Bar Date for Filing Proofs of Claim Relating to Executory Contracts and Unexpired Leases Rejected Pursuant to the Plan***: Proofs of claim for damages arising out of the rejection of an executory contract or unexpired lease pursuant to Section 11.4 of the Plan must be filed with the Bankruptcy Court and served upon the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., no later than forty-five (45) days after the later of (a) notice of entry of an order approving the rejection of such executory contract or unexpired lease, (b) notice of entry of any order confirming the Plan, or (c) notice of an amendment to the schedules to the Plan Supplement (solely with respect to the party directly affected by such modification). **All such proofs of claim not filed within such time will be forever barred from assertion against the Debtors and their estates or the Liquidating Trust and their property.**

DATED: October 7, 2011, New York, New York

WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Disclosure Statement.

3HERSA1 A002

Sidney

紐約南區美國破產法院

| 關於雷曼兄弟控股公司 (LEHMAN BROTHERS HOLDINGS INC.) 等 債務人。 | 第 11 章案件編號 08-13555 (JMP) (受聯合管理) |
|---|---|

**有關 (i) 披露聲明書的批准；(ii) 記錄日期的確立；(iii) 計劃確認書相關聆訊及反對計劃確認書的程序；及 (iv) 就計劃投票的程序及截止時間之通知**

致以下第 11 章案件中的利益關係人:

**債務人名稱及案件編號**

| | |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

請注意:

1. ***披露聲明書的批准***。2011 年 9 月 1 日，紐約南區美國破產法院（「破產法院」）簽署一項裁令（「裁令」），批准上述的雷曼兄弟控股公司（「LBHI」）及其聯屬債務人（作為債務人及擁有資產所有權的債務人，統稱「債務人」）之第 11 章案件中，債務人根據破產法第 1125 款所作的雷曼兄弟控股公司及其聯屬債務人的第三次修訂聯合第 11 章計劃之披露聲明書（經批准，「披露聲明書」）[1]。裁令授權債務人徵求接受或拒絕雷曼兄弟控股公司及其聯屬債務人的聯合第 11 章計劃（可能進一步修訂，「計劃」）之投票，計劃副本作為證物 A 隨附於披露聲明書。

2. ***確認書聆訊***。考慮計劃確認書的聆訊（「確認書聆訊」）將於 **2011 年 12 月 6 日上午 10:00（通用的美國東部時間）**在尊敬的美國破產法官 James M. Peck 席前召開，地點為 Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004。確認書聆訊或會不時押後或延續，而除債務人在確認書聆訊或任何延續聆訊上公佈押後日期，或債務人向破產法院提交的聆訊之任何計劃事宜議程通知中所指示者外，不發出進一步通知。若必要，計劃或在確認書聆訊之前、期間或因確認書聆訊而作出修訂。

3. ***就投票而言的記錄日期***。於 **2011 年 8 月 1 日**（「記錄日期」）持有針對債務人之索賠的以下索賠人／債權人有權就計劃投票：

a) 截至記錄日期債務人的負債表上所列索賠的持有人，惟以該等索賠 (i) 以大於零的金額列出且未確認為或然、未經算定或受爭議金額，且 (ii) 未被及時提交的索賠證明取代為限；

b) 截至記錄日期的索賠持有人，惟以該等索賠 (i) 為及時提交的索賠證明之對象，(ii) 以大於零的金額提交，(iii) 未在記錄日期之前被破產法院的裁令駁回、撤銷或取消資格，且 (iv) 截至 **2011 年 9 月 16 日**並非任何待決索賠反對事宜的對象，除非已於 **2011 年 11 月 4 日或之前抑或按破產法院所裁令者提交且破產法院已授出**臨時允許請求動議（定義見下文）為限。

4. ***投票截止時間***。所有接受或拒絕計劃的投票必須不遲於 **2011 年 11 月 4 日下午 4:00（通用的美國東部時間）**（「投票截止時間」），由債務人的投票及製表代理 Epiq Bankruptcy Solutions, LLC 實際接收。您的選票中若包含任何不遵從投票指示的情況，可能令您的選票及投票失效。若透過郵件寄送：Epiq Bankruptcy Solutions, LLC，收件人：Lehman Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150- 5014。若親自遞送或透過快遞寄送：Epiq Bankruptcy Solutions, LLC，收件人：Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017。

5. ***利益關係人無權投票***。針對 LBHI 的附屬 10A 類索賠、附屬 10B 類索賠、附屬 10C 類索賠及第 510(b) 款索賠之持有人，及債務人股本權益的持有人無權投票，且將不會獲得選票。該等索賠及股本權益的持有人被視為拒絕計劃，且將收到無投票權地位通知而非選票。若您已及時提交索賠的證明及不同意債務人對您索賠的分類或反對，且認為您應有權就計劃投票，則您必須向下文第 6 段中確定的各方送達及向破產法院提交（送交一份副本至尊敬的美國破產法官 James M. Peck 辦事處，地址為 One Bowling Green, New York, New York 10004, Courtroom 601）一份動議（「臨時允許請求動議」），以根據聯邦破產程序規則（Federal Rules of Bankruptcy Procedure，「破產規則」）第 3018(a) 條，尋求一項臨時允許您的索賠可進行投票接受或拒絕計劃目的之裁令。所有臨時允許請求動議必須在 (i) 送達本通知及 (ii) 送達有關您的索賠的反對通知（如有）日期的較遲者後 14 天或之前提交，但無論如何不得遲於 **2011 年 11 月 4 日**。就提交臨時允許請求動議的任何索賠人／債權人而言，除破產法院另行裁定者外，該索賠人／債權人的選票將不計。索賠人／債權人可撥打 **1-866-879-0688（國內）或 1-503-597-7691（國際）**聯絡 Epiq Bankruptcy Solutions, LLC，以獲取任何已及時提交索賠證明及已授出臨時允許請求動議的索賠之恰當選票。不符合上述條件的臨時允許請求動議將不被破產法院考慮，且被視為遭拒絕，破產法院另行裁定者除外。

6. ***對確認書的反對書***。對計劃的確認書提出反對或作出回覆的截止時間是 **2011 年 11 月 4 日下午 4:00（通用的美國東部時間）**（「反對計劃截止時間」）。對計劃確認書的反對書及回覆（如有）必須 (a) 為書面形式，(b) 符合破產規則、紐約南區美國破產法院的地方破產規則，及*根據破產法第 105(a) 款和破產規則 1015(c) 及 9007 執行若干通知及案件管理程序*，於 2010 年 6 月 17 日的*第二次修訂裁令* [ECF 編號 9635]，(c) 載列反對方的姓名，(d) 載列反對方針對債務人持有或主張的索賠或股本權益的性質及金額，及 (e) 特別列明有關反對書或回覆所倚賴的法律和事實基準。

破產法院的案件存檔系統之註冊使用者必須以電子方式提交其反對書及回覆。所有其他利益關係人必須根據一般裁令 M-182，以 3.5 英吋磁碟片或快閃磁碟機提交其反對書及回覆，最好為可攜式文件格式 (PDF)、Microsoft Word 或任何其他基於 Windows 的文字處理格式（複本直接遞送至尊敬的美國破產法官 James M. Peck 辦事處，地址見上文）。

任何反對書或回覆亦必須送達以下各方，以令他們不遲於反對計劃截止時間收到：(i) **尊敬的美國破產法官 James M. Peck 辦事處**，見上文；(ii) **Weil Gotshal & Manges LLP**，地址為 767 Fifth Avenue, New York, New York 10153，收件人：Harvey R. Miller 先生、Lori R. Fife 先生及 Alfredo R. Pérez 先生（債務人的代理律師）；(iii) 區域 2 的**美國受託人辦公室**，地址為 33 Whitehall Street, 21st Floor, New York, New York 10004，收件人：Elisabetta Gasparini 先生及 Andrea Schwartz 先生；(iv) **Milbank, Tweed, Hadley & McCloy LLP**，地址為 1 Chase Manhattan Plaza, New York, New York 10005，收件人：Dennis F. Dunne 先生、Dennis O'Donnell 先生及 Evan Fleck 先生（無擔保債權人官方委員會的代理律師）。

**若任何對計劃確認書的反對書或回覆未按本文所規定者提交及嚴格送達，則反對方可能被禁止對計劃的確認書進行反對，及在確認聆訊中可不予聆訊。**

7. ***將不被視作債權人的各方***。債務人的資產及負債表、財務事宜報表及未來有效的合約和未屆滿租約內，持有按 0.00 美元或未知金額列明，抑或受爭議、或然或未經算定的索賠，且未及時提交索賠證明之任何人士，就接收計劃下的分派而言，不得被視作該索賠的債權人。

8. ***其他資訊***。任何希望獲得披露聲明書及計劃副本的利益關係人可以書面方式，向 **Epiq Bankruptcy Solutions, LLC** 索取該副本，**收件人：Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**。利益關係人亦可於 www.lehman-docket.com 免費核查披露聲明書及計劃。此外，披露聲明書及計劃存檔於破產法院，可透過接達破產法院的網站 www.nysb.uscourts.gov 核查。請注意，存取破產法院網站上的文件需要PACER密碼並登入。PACER密碼可於 www.pacer.psc.uscourts.gov 獲得。

9. ***未來有效的合約及未屆滿租約***。

a) ***對承擔的未來有效合約及未屆滿租約的違約糾正***：除根據計劃第 11.1 款承擔的計劃增補附表內列明的任何未來有效合約或未屆滿租約的非債務人一方或多方（均稱為「對手方」）已同意不同處理方式外，債務人將在確認書聆訊前至少四十 (40) 天內，向破產法院提交及以一類郵件向各適用的對手方送達一份通知，其中須包含關於按相關計劃增補附表內載列者所承擔的該對手方之未來有效合約或未屆滿租約之糾正金額（「糾正金額通知」）。**若您是債務人待承擔或已承擔及指派的未來有效合約或未屆滿租約之對手方，則必須不遲於 (i) 反對計劃截止時間或 (ii) 送達糾正金額通知後十四 (14) 日（以較遲者為準），提交及送達對債務人在上述附表內所列承擔或糾正金額的任何反對書。**若已提交任何該等反對書，破產法院將舉行一次聆訊，日期待破產法院設定。債務人對於其任何受一項關於截至有效日期糾正任何違約所必要金額的爭議規限之未來有效合約或未屆滿租約，保留拒絕的權利。

b) ***就根據計劃拒絕的未來有效合約及未屆滿租約提交索賠證明之禁止日期***：根據計劃第 11.4 款拒絕未來有效合約或未屆滿租約所產生的損害賠償之索賠證明，必須不遲於 (a) 通知簽署一項批准拒絕該未來有效合約或未屆滿租約的裁令，(b) 通知簽署任何確認計劃的裁令，或 (c) 通知修訂計劃增補的附表（僅與直接受該修訂影響的人士有關）（以較遲者為準）之後四十五 (45) 日，提交破產法院並送達債務人的代理律師 Weil, Gotshal & Manges LLP，地址為 767 Fifth Avenue, New York, New York 10153，收件人：Harvey R. Miller 先生、Lori R. Fife 先生及 Alfredo R. Pérez 先生。**任何未在上述時間內提交的索賠證明將被永久禁止針對債務人及其產業或清算信託及其財產發起主張。**

日期：2011 年 10 月 7 日，New York, New York

WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153，電話：(212) 310-8000，傳真：(212) 310-8007

*債務人及擁有資產所有權的債務人的代理律師*

[1] 本文內未定義的大寫詞彙須具有披露聲明書內所賦予者相同的含義。

Apple Daily

**UNITED STATES BANKRUPTCY COURT (KONKURSGERICHT)**
**BEZIRK NEW YORK SÜD**

| | |
|---|---|
| In der Sache<br>LEHMAN BROTHERS HOLDINGS INC., *u. a.*,<br>Schuldner. | „Chapter 11" Fall-Nr.<br>08-13555 (JMP)<br>(gemeinsam verwaltet) |

**BESCHEID ÜBER (i) GENEHMIGUNG DER OFFENLEGUNGSERKLÄRUNG;(ii) FESTLEGUNG EINES STICHTAGS; (iii) ANHÖRUNG ZURBESTÄTIGUNG DES PLANS UND VERFAHREN BEI EINSPRUCH GEGEN BESTÄTIGUNG DES PLANS UND (iv) VERFAHREN UND FRIST FÜR ABSTIMMUNG ÜBER DEN PLAN**

AN DIE BETEILIGTEN PARTEIEN AN FOLGENDEN KONKURSSACHEN GEMÄSS „CHAPTER 11":

**Namen der Schuldner und Fallnummern**

| | |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

BITTE BEACHTEN SIE DAS FOLGENDE:

1. ***Genehmigung der Offenlegungserklärung.*** Am 1. September 2011 wurde vom United States Bankruptcy Court für den Bezirk New York Süd (dem „Konkursgericht") ein geänderter Beschluss (der „Beschluss") ins Register eingetragen, mit dem die Offenlegungserklärung der Schuldner bezüglich des gemeinsamen dritten geänderten Vergleichsplans nach Chapter 11 der Lehman Brothers Holdings Inc. und deren verbundenen Schuldnern gemäss Abschnitt 1125 des Konkursgesetzes genehmigt wird (wie genehmigt, die „Offenlegungserklärung")[1], und zwar in den oben genannten Chapter-11-Fällen der Lehman Brothers Holdings Inc. („LBHI") und deren verbundenen Schuldnern als Schuldner und Inhaberschuldner (zusammen die „Schuldner" genannt). Der Beschluss ermächtigt die Schuldner, um Stimmen zur Annahme oder Ablehnung des gemeinsamen Vergleichsplans nach Chapter 11 der Lehman Brothers Holdings Inc. und deren verbundenen Schuldnern zu werben (der „Plan" in der jeweils gültigen Fassung). Eine Kopie des Plans ist der Offenlegungserklärung als Anlage A angehängt.

2. ***Bestätigungsanhörung.*** Am **6. Dezember 2011 um 10:00 Uhr (EST)** findet eine Anhörung zur Bestätigung des Plans (die „Bestätigungsanhörung"), und zwar vor dem ehrenwerten Richter am United States Bankruptcy Court James M. Peck, Gerichtssaal 601 im United States Bankruptcy Court für den Bezirk New York Süd, One Bowling Green, New York, New York 10004 statt. Die Bestätigungsanhörung kann jederzeit vertagt oder fortgeführt werden, ohne dass eine weitere Benachrichtigung erforderlich ist, ausser der Ankündigung durch die Schuldner des/der vertagten Termins/Termine bei der Bestätigungsanhörung oder einer fortgeführten Anhörung oder gemäss einer Anzeige geplanter Verhandlungspunkte, die von den Schuldnern beim Konkursgericht eingereicht wurden. Der Plan kann gegebenenfalls während oder in Folge der Bestätigungsanhörung abgeändert werden.

3. ***Stichtag zum Zwecke der Abstimmung.*** Die folgenden Anspruchsteller/Gläubiger, die zum **1. August 2011** (dem „Stichtag") Ansprüche gegenüber den Schuldnern haben, sind berechtigt, über den Plan abzustimmen:

a) Anspruchsteller, die zum Stichtag Ansprüche haben, die auf der Liste der Verbindlichkeiten der Schuldner aufgeführt sind und insoweit diese Ansprüche (i) im Betrag grösser als Null sind und nicht als bedingt, unbeglichen oder strittig gekennzeichnet sind und (ii) nicht von einem rechtzeitig eingereichten Anspruchsnachweis abgelöst worden sind, und

b) Anspruchsteller, die zum Stichtag Ansprüche haben und insoweit diese Ansprüche (i) Gegenstand rechtzeitig eingereichter Anspruchsnachweise sind, (ii) deren Betrag grösser Null ist, (iii) die nicht durch einen Beschluss des Konkursgerichts vor dem Stichtag aberkannt, gelöscht oder ausgeschlossen worden sind und (iv) nicht Gegenstand eines laufenden Einspruchs gegen einen Anspruch zum **16. September 2011** sind, es sei denn, es wurde ein Antrag auf vorläufige Zulassung (gemäss unten stehender Definition) eingereicht und bis spätestens **4. November 2011**, oder gemäss Beschluss des Konkursgerichts, vom Konkursgericht gewährt.

4. ***Frist für die Stimmabgabe.*** Alle Stimmen zur Annahme oder Ablehnung des Plans müssen bis spätestens **16:00 Uhr (EST) am 4. November 2011** beim Abstimmungs- und Auswertungsbevollmächtigten Epiq Bankruptcy Solutions, LLC der Schuldner eingegangen sein (die „Frist für die Stimmabgabe"). Wenn Sie die in Ihrem Wahlzettel enthaltenen Abstimmungsanweisungen nicht genau befolgen, dann kann dies dazu führen, dass Ihr Stimmzettel und Ihre Stimmabgabe ungültig sind.

Bei Postversand: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014. Bei eigenhändiger Übergabe oder Kurierdienst: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.

5. ***Nicht stimmberechtigte beteiligte Parteien.*** Anspruchsberechtigte der untergeordneten Klasse 10A, der untergeordneten Klasse 10B, der untergeordneten Klasse 10C und Ansprüche unter Abschnitt 510(b) gegenüber LBHI und Anteilseigner der Schuldner sind nicht stimmberechtigt und erhalten keinen Stimmzettel. Von Anspruchsberechtigten dieser Art und Anteilseignern wird angenommen, dass sie den Plan ablehnen. Sie erhalten einen Bescheid über den Status der Stimmrechtslosigkeit anstelle des Stimmzettels. Wenn Sie rechtzeitig einen Anspruchsnachweis eingereicht haben und mit der Klassifizierung Ihres Anspruchs durch die Schuldner oder dessen Widerspruch gegen Ihren Anspruch nicht einverstanden sind und glauben, dass Sie stimmberechtigt in Bezug auf den Plan sein sollten, dann müssen Sie den in Absatz 6 unten genannten Parteien einen Antrag (einen „Antrag auf vorläufige Zulassung"), und zwar auf einen Beschluss gemäss Rechtsvorschrift 3018(a) der Bundeskonkursverfahrensvorschriften (die „Konkursvorschriften"), gemäss dem Ihr Anspruch zwecks Stimmabgabe zur Annahme oder Ablehnung des Plans vorläufig zugelassen wird, zustellen und diesen beim Konkursgericht einreichen (mit Kopie an das Dienstzimmer des ehrenwerten Richters am United States Bankruptcy Court James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601). Alle Anträge auf vorläufige Zulassung müssen bis spätestens am 14. Tag nach (i) Zustellung dieser Benachrichtigung oder, gegebenenfalls, (ii) Zustellung der Benachrichtigung über einen Widerspruch in Bezug auf Ihren Anspruch, wobei der spätere der beiden Termine massgeblich ist, jedoch nicht später als am **7. Oktober 2011**, eingereicht werden. Bezüglich des Einreichens eines Antrags auf vorläufige Zulassung durch einen Anspruchsteller/Gläubiger wird der Stimmzettel eines solchen Anspruchstellers/Gläubigers nicht gezählt, wenn kein anderweitiger Beschluss des Konkursgerichts ergehen sollte. Anspruchsteller/Gläubiger können sich an Epiq Bankruptcy Solutions, LLC unter **1-866-879-0688 (Inland) oder +1-503-597-7691 (International)** wenden, um einen entsprechenden Stimmzettel für einen Anspruch anzufordern, für den rechtzeitig ein Anspruchsnachweis eingereicht worden ist und ein Antrag auf vorläufige Zulassung gewährt worden ist. Anträge auf vorläufige Zulassung, die den obigen Anforderungen nicht entsprechen, werden vom Konkursgericht nicht berücksichtigt und gelten als abgelehnt, wenn kein anderweitiger Beschluss vom Konkursgericht ergangen sein sollte.

6. ***Einspruch gegen Bestätigung.*** Die Einspruchs- oder Antwortfrist für die Bestätigung des Plans ist der **4. November 2011 um 16:00 Uhr (EST)** (die „Plan-Einspruchsfrist").

Einsprüche und Antworten zur Bestätigung des Plans müssen gegebenenfalls (a) schriftlich erfolgen, (b) den Konkursvorschriften, den lokalen Konkursvorschriften des United States Bankruptcy Court für den Bezirk New York Süd und dem *zweiten geänderten Beschluss gemäss Absatz 105(a) des Konkursgesetzes und den Konkursvorschriften 1015(c) und 9007 zur Umsetzung bestimmter Benachrichtigungs- und Fallmanagementverfahren* vom 17. Juni 2010 [ECF No. 9635] entsprechen, (c) den/die Namen der Einspruch einlegenden Partei(en) angeben, (d) die Art und den Betrag des Anspruchs/der Ansprüche oder des Anteils/der Anteile darlegen, die die Einspruch erhebende Partei/Parteien gegen die Schuldner hat oder geltend macht und (e) die genauen, detaillierten rechtlichen und sachlichen Grundlagen des Einspruchs oder der Antwort erläutern.

Registrierte Benutzer des Falleinreichungssystems des Konkursgerichtes müssen ihre Einsprüche und Antworten elektronisch einreichen. Alle anderen beteiligten Parteien müssen ihre Einsprüche und Antworten auf einer 3,5" Diskette oder einem Speicherstick, vorzugsweise im PDF-Format (Portable Document Format), in Microsoft Word oder einem anderen Textverarbeitungsformat auf Basis von Windows einreichen (wobei ein Ausdruck direkt an das Dienstzimmer des ehrenwerten Richters am United States Bankruptcy Court James M. Peck zu senden ist, siehe oben), gemäss der allgemeinen Anweisung M-182.

Alle Einsprüche oder Antworten müssen auch den folgenden Parteien zugestellt werden, wobei das Eingangsdatum nicht nach der Plan-Einspruchsfrist liegen darf: (i) dem **Dienstzimmer des ehrenwerten Richters am United States Bankruptcy Court James M. Peck**, siehe oben; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. und Alfredo R. Pérez, Esq., Rechtsanwälte der Schuldner; (iii) dem **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. und Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. und Evan Fleck, Esq., Rechtsanwälte des offiziellen Komitees der ungesicherten Gläubiger.

**FALLS EIN EINSPRUCH ODER EINE ANTWORT ZUR BESTÄTIGUNG DES PLANS NICHT STRENG NACH DEN VORSCHRIFTEN IN DIESEM DOKUMENT EINGEREICHT UND ZUGESTELLT WIRD, KANN ES SEIN, DASS DIE EINSPRUCH EINLEGENDE PARTEI VOM EINSPRUCH GEGEN DIE BESTÄTIGUNG DES PLAN AUSGESCHLOSSEN UND IN DER ANHÖRUNG ZUR BESTÄTIGUNG NICHT GEHÖRT WIRD.**

7. ***Parteien, die nicht als Gläubiger behandelt werden.*** Alle Anspruchsberechtigten, deren Ansprüche in der Aufstellung von Vermögen und Schulden der Schuldner und in den Bilanzen und Abschlüssen und in der Aufstellung der schwebenden Geschäfte und nicht abgelaufenen Mietverträge mit USD 0,00 oder mit einem unbekannten Betrag, als strittig, bedingt oder unbeglichen angegeben sind und die nicht rechtzeitig einen Anspruchsnachweis eingereicht haben, werden nicht als Gläubiger in Bezug auf einen solchen Anspruch zum Zwecke der Verteilung gemäss Plan behandelt.

8. ***Weitere Informationen.*** Alle beteiligten Parteien, die eine Kopie der Offenlegungserklärung und des Plans haben möchten, können diese schriftlich unter folgender Adresse anfordern: **Epiq Bankruptcy Solutions, LLC, Attn.: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.** Die beteiligten Parteien können die Offenlegungserklärung und den Plan auch kostenlos unter www.lehman-docket.com prüfen. Ausserdem liegen die Offenlegungserklärung und der Plan beim Konkursgericht vor, wo diese über die Webseite des Konkursgerichts abgerufen und geprüft werden können: www.nysb.uscourts.gov. Bitte beachten Sie, dass Sie ein PACER-Kennwort und Anmeldeinformationen benötigen, um die Dokumente auf der Webseite des Konkursgerichts abrufen zu können. Ein PACER-Kennwort erhalten Sie bei: www.pacer.psc.uscourts.gov.

9. ***Schwebende Geschäfte und nicht abgelaufene Mietverträge.***

a) ***Wiedergutmachung eines Verzugs bei angenommenen schwebenden Geschäften und nicht abgelaufenen Mietverträgen.*** Ausser und insoweit die nicht schuldnerische/n Partei/en eines schwebenden Geschäfts oder eines nicht abgelaufenen Mietvertrags eine andere Behandlung vereinbart haben (jeweils eine „Gegenpartei") und das schwebende Geschäft oder der nicht abgelaufene Mietvertrag in einer Aufstellung zur Planergänzung als angenommen gemäss Absatz 11.1 des Plans angegeben sind, werden die Schuldner innerhalb von mindestens vierzig (40) Tagen vor der Bestätigungsanhörung eine Mitteilung beim Konkursgericht einreichen und jeder betroffenen Gegenpartei per Post erster Klasse zustellen lassen, worin der Wiedergutmachungsbetrag bezüglich eines solchen schwebenden Geschäfts oder nicht abgelaufenen Mietvertrags enthalten ist, der in einer solchen Aufstellung zur Planergänzung als festgelegt angenommen gilt (der „Mitteilung zum Wiedergutmachungsbetrag"). **Wenn Sie eine Gegenpartei eines schwebenden Geschäfts oder eines nicht abgelaufenen Mietvertrags sind, der von den Schuldnern anzunehmen oder angenommen und abgetreten ist, dann müssen Sie einen Einspruch gegen die Annahme- oder Wiedergutmachungsbeträge einreichen und zustellen, die von den Schuldnern in den oben genannten Aufstellungen angegeben sind, und zwar (i) bis zum Ablauf der Plan-Einspruchsfrist oder (ii) innerhalb von vierzehn (14) Tagen ab Zustellung der Mitteilung zum Wiedergutmachungsbetrag, wobei der spätere Termin massgeblich ist.** Falls solche Einsprüche eingelegt wurden, hält das Konkursgericht eine Anhörung an einem vom Konkursgericht festzulegenden Termin. Die Schuldner behalten ihr Recht auf Ablehnung aller schwebenden Geschäfte oder nicht abgelaufenen Mietverträge, die bezüglich des Betrags strittig sind, der zur Wiedergutmachung eines Verzugs zum Datum des Inkrafttretens erforderlich ist.

b) ***Ausschlusstermin zur Einreichung von Anspruchsnachweisen bezüglich schwebender Geschäfte und nicht abgelaufener Mietverträge gemäss dem Plan:*** Anspruchsnachweise für Schadenersatz aufgrund der Ablehnung eines schwebenden Geschäfts oder nicht abgelaufenen Mietvertrags gemäss Absatz 11.4 des Plans müssen beim Konkursgericht eingereicht werden und den folgenden Anwälten der Schuldner zugestellt werden: Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. und Alfredo R. Pérez, Esq., und zwar spätestens fünfundvierzig (45) Tage nach entweder (a) der Mitteilung über die Registrierung eines Beschlusses über die Genehmigung der Ablehnung eines solchen schwebenden Geschäfts oder nicht abgelaufenen Mietvertrags, (b) Mitteilung über die Registrierung eines Beschlusses zur Bestätigung des Plans oder (c) Mitteilung über die Änderung der Aufstellungen zur Planergänzung (nur in Bezug auf die direkt von einer solchen Änderung betroffenen Partei), wobei der späteste Zeitpunkt massgeblich ist. **Alle diese Anspruchsnachweise, die nicht innerhalb dieser Frist eingereicht werden, sind für immer von der Geltendmachung gegen die Schuldner und deren Vermögen oder den Liquidations-Trust und dessen Vermögen ausgeschlossen.**

DATUM: 7. Oktober 2011, New York, New York

WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telefon: +1(212) 310-8000, Fax: +1 (212) 310-8007
*Rechtsanwälte der Schuldner und Inhaberschuldner*

[1] Gross geschriebene Begriffe [im englischen Original], die in diesem Dokument nicht definiert sind, haben die Bedeutung, die ihnen in der Offenlegungserklärung gegeben wird.

# Affidavit of Publication

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

Anthony Molina is hereby being duly sworn says that he is an Account Manager of *Yomiuri Shimbun*, a daily newspaper with general circulation in Japan, and that the Notice referred to in this document has been regularly published in *Japan* for distribution for one insertion on Friday October 7th, 2011, advertisement for **Lehman Bros**, hereto annexed and that the foregoing statements are true and accurate to the best of my knowledge.

Anthony Molina
Huson International Media
212-268-3344

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

On the 24th day of October, before me, the undersigned notary public, personally appeared Anthony Molina, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

**KERVINS YEYE**
**Notary Public - State of New York**
**No. 01YE6238130**
**Qualified in Kings County**
**My Commission Expires Mar. 28, 2015**

Notary Public

**米国ニューヨーク州南部連邦破産裁判所**

| リーマン・ブラザーズ・ホールディングス社(LEHMAN BROTHERS HOLDINGS INC.)および、その他の債務者に関して | 第11章（チャプター11）<br>事件番号08-13555<br>(JMP)（連帯管理） |
|---|---|

**(i) 開示説明書の承認、(ii) 記録日付の決定、(iii) 計画の承認に関するヒアリングと計画の承認に反対するための手続き、および(iv) 計画に関する議決の手続きおよび期限に関する通知**

下記チャプター11事件の関係者各位

**債務者の名称と事件番号**

| 債務者の名称 | 事件番号 |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

下記に留意してください

1. ***開示説明書の承認***。2011年9月1日に、米国ニューヨーク州南部連邦破産裁判所（以下「破産裁判所」）は、リーマン・ブラザーズ・ホールディングス社（以下「LBHI」）とその関連債務者を債務者および占有継続債務者（以下、総括して「債務者」と称す）[1] とする上記チャプター11事件における、破産法セクション1125に基づくLBHIとその関連債務者の合同チャプター11計画第三修正版の債務者による開示説明書（以下、承認されたものを「開示説明書」と称す）1を承認する修正命令（以下、「該命令」）を発行しました。該命令は、債務者に、LBHIとその関連債務者の合同チャプター11計画(以下、その後の修正を含めて「計画」と称す)の承認または不承認に関する議決を求める権限を付与するものであり、同計画のコピーが開示説明書の付属書類Aとして添付されています。

2. ***承認に関するヒヤリング***。計画の承認について検討するためのヒヤリング（以下、「承認ヒヤリング」）が**2011年12月6日、午前10:00 a.m.（東部標準時間）に**、米国ニューヨーク州南部連邦破産裁判所(One Bowling Green, New York, New York 10004) 第601法廷において、James M. Peck米国連邦破産裁判所判事の立会の下で開催されます。承認ヒヤリングは、改めて通知されることなく随時休会または継続されることがあります。ただし、債務者による承認ヒヤリングまたは継続ヒヤリングにおける休会期日の発表、または債務者が破産裁判所に対して提出したヒヤリングの予定議題に関する告知の中で示された通知は行われます。計画は承認ヒヤリングの前、承認ヒヤリングの中、または承認ヒヤリングの結果として、必要に応じて修正されることがあります。

3. ***議決の基準となる記録日付***。**2011年8月1日**。(以下、「記録日付」)時点で債務者に対する債権を保有していて、以下の条件に適合する債権者は、計画に関する議決権を付与されます。

a) 記録日付時点で債務者の債務一覧に記載されている債権の保有者であり、その債権が (i) 金額が0より大きく、偶発的、不確定または係争中とされていない、(ii) 期限内に提出された債権の証拠によって効力を失っていない、および、

b) 記録日付時点で債務者の債務一覧に記載されている債権の保有者であり、その債権が (i) 期限内に提出された債権の証拠がある、(ii) 金額が0より大きい、(iii) 記録日付以前に破産裁判所の命令によって却下、削除、失効されていない、(iv) **2011年9月16日**時点で債権に対するいかなる係争中の異議申し立ても存在しない（但し、2011年11月4日または破産裁判所が指示する日付もしくはそれ以前に暫定許可請求申請(下記で定義されています)が破産裁判所に提出され、承認された場合はこの限りではありません)。

4. ***投票期限*** 計画を承認または却下するためのすべての投票は、**2011年11月4日午後4:00 p.m.（東部標準時間）**(以下、「投票期限」)までに、債務者の投票および集計業務代理人であるEpiq Bankruptcy Solutions, LLCに実際に受領される必要があります。投票用紙に含まれている投票に関する指示に従わない場合、投票用紙および投票は無効となります。郵便での送付先: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014。直接の手渡しまたは宅配便の宛先: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017。

5. ***議決権を付与されない関係者***。LBHIに対する劣後クラス10A債権、劣後クラス10B債権、劣後クラス10C債権、およびセクション510(b)債権の保有者、および債務者の株式資本の保有者は議決権を付与されず、投票用紙を配布されません。上記の債権および株式資本の保有者は計画を拒否したものとみなされ、投票用紙の代わりに「議決権なしの通知」が送付されます。あなたが期限までに債権の証明を提出し、債務者によるあなたの債権の分類、またはあなたの債権に対する異議に同意せず、計画に関する議決権を付与されるべきだと考える場合は、下記第6項に規定する関係者に通知し、連邦破産手続き規則(以下、「破産規則」)の規則3018(a)に基づいて、あなたの債権に対して計画の承認または不承認の議決権を暫定的に許可するための申請(以下、「暫定許可請求申請」)を破産裁判所に提出する必要があります（コピーをOne Bowling Green, New York, New York 10004, Courtroom 601のJames M. Peck 米国連邦破産裁判所判事に送付してください)。すべての暫定許可請求申請は、(i) 本通知の発行、または(ii)あなたの債権に対する異議(もしあれば)の発行の遅い方の日付から14日目またはそれ以前、但しいかなる場合も**2011年10月7日**までに提出する必要があります。債権者が提出した暫定許可請求申請に関して、当該債権者の投票は、破産裁判所によって別途の命令が発行された場合を除いて、投票には含まれません。債権者は、債権の証拠が期限までに提出され、暫定許可請求申請が受理された債権に対して該当する投票用紙を受け取るために、Epiq Bankruptcy Solutions, LLC **(1-866-879-0688 (米国内) または1-503-597-7691 (国際電話))**に連絡することができます。上記に適合しない暫定許可請求申請は破産裁判所では審理されず、破産裁判所によって別途の命令が発行された場合を除いて、却下されたものとみなされます。

**6. 承認への異議**

計画の承認に異議を表明する、または反論する期限は**2011年11月4日午後4:00(東部標準時)** (以下、「計画への異議の期限」)です。

計画の承認への異議または反論がもしあれば、(a) 書面によるもので、(b) 破産規則、米国ニューヨーク州南部連邦破産裁判所の破産規則、および2010年6月17日付の、*破産法セクション105(a)ならびに破産規則1015(c)および9007 いくつかの通知および事件処理手続きの実施」に基づく第二修正命令* [ECF No. 9635]に適合しており、(c)異議を表明する当事者の名称(複数も可)が明記されており、(d)異議を表明する当事者が債務者に対して保有または主張している債権または株式資本の性質および数量が明記されており、(e) 異議または反論が依拠している法律上および現実的根拠の詳細が記述されている必要があります。

破産裁判所の事件ファイリング・システムの登録ユーザーが異議および反論を提出する場合は、電子的手段でそれを提出する必要があります。それ以外の関係者が異議および反論を提出する場合は、それを3.5インチ・フロッピー・ディスクまたはフラッシュ・ドライブで、可能ならPDF、Microsoft Word、またはその他Windowsベースのワードフロセッシング形式で、M-182 General Orderに従って提出し、ハードコピーをJames M. Peck米国連邦破産裁判所判事の執務室に直接に提出してください。

異議または反論は、下記の当事者に対しても、計画への異議の期限までに送付する必要があります: (i) the **chambers of the Honorable James M. Peck, United States Bankruptcy Judge**, supra; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153. Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., (債務者の法律顧問); (iii) the **Office of the United States Trustee for Region 2**, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., (無担保債権者委員会の法律顧問).

**計画の承認に対する異議または反論が上記の指示に厳格に従って提出されない場合、その異議を唱える当事者は承認ヒヤリングにおいて計画の承認に異議を唱えることを禁止され、発言できないことがあります。**

7. ***債権者として扱われない当事者***。債務者の資産および負債一覧、財務状態報告書、未履行契約および未経過リース一覧に$0.00、または金額不明、もしくは係争中、偶発、不確定として記載されている債権の保有者が期限までに債権の証拠を提出しなかった場合、その保有者は計画の下の分配の受領において、当該債権の債権者とみなされないものとします。

8. ***追加的情報***。開示説明書および計画のコピーの入手を希望する関係者は、下記に書面によって請求してください。**Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**。関係者はまた、開示説明書および計画を www.lehman-docket.com で閲覧することができます(無料)。また、開示説明書および計画は破産裁判所のファイルに保管されており、破産裁判所のウェブサイト(www.nysb.uscourts.gov)からアクセスできます。破産裁判所のウェブサイトの文書にアクセスするためにはPACERのパスワードとログインが必要です。PACERのパスワードは、 www.pacer.psc.uscourts.govで取得できます。

9. ***未履行契約と未経過リース***。

a) ***継承された未履行契約と未経過 リースの不履行の解決金***: 計画の補足書類に、計画のセクション11.1に従って継承されたものとして記載されている未履行契約または未経過リースの非債務当事者（複数の場合もある）(以下、それぞれを「相手側」と称す)によって別途の処理方法が合意された場合を除いて、債務者は承認ヒアリングの少なくとも40日前までに、そのような相手側の未履行契約および未経過リースについて、計画の補足書類の一覧における記載に従って引き受けるべき解決金の金額を記載した通知(以下、「解決金額の通知」)を破産裁判所に提出し、該当する各相手側に第一種郵便で送付するものとします。**あなたが債務者によって継承される、または継承され譲渡された未履行契約または未経過リースの相手側である場合、債務者によって上記の一覧に記載された継承または解決金に対する異議があれば、それを(i) 計画への異議の期限、または (ii) 解決金額の通知の発行から14日以内のいずれか遅い方の日付までに提出および送付する必要があります。**そのような異議が提出された場合、破産裁判所は破産裁判所が設定する日付にヒアリングを開催するものとします。債務者は、発効日時点において、契約不履行の解決に必要な解決金の金額に関して係争がある未履行契約または未経過リースを拒否する権利を有します。

b) ***計画の下で拒否された未履行契約および未経過リースに関連する債権の証拠の提出期限***: 計画のセクション11.4に基づく未履行契約および未経過リースの拒否によって発生する損害に対する請求権の証拠は破産裁判所に提出され、債務者の法律顧問であるWeil, Gotshal & Manges LLP (767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq) に送付される必要があり、その期限は、(a) 当該未履行契約または未経過リースの拒否を支持する命令が発行された旨の通知、(b) 計画を承認する命令が発行された旨の通知、または (c) 計画の補足書類の一覧の修正の通知（そのような修正の直接の影響を受ける当事者の場合のみ)のうちの遅い方の日付から45日とします。**この期限内に提出されなかった請求権の証拠はすべて、債務者およびその資産、または清算人もしくはその資産に対して主張することを永久的に禁止されます。**

日付: 2011年10月7日。New York, New York WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153。電話: (212) 310-8000。ファックス: (212) 310-8007。
債務者および占有継続債務者の法律顧問

[1] 本通知において定義されていない大文字表記用語は開示説明書において用いられているのと同じ意味で用いられています。



WorldMedia

World Media, Inc.
19 West 36th Street
7th Floor
New York, NY 10018

Tel: 212.244.5610
Fax: 212.244.5321

October 20, 2011

Epiq Systems Class Action & Claim Solutions
10300 SW Allen Boulevard
Beaverton, OR 97005

To whom it may concern:

Re: Weil, Gotshal & Manges LLP – Affidavit of Publication

As the exclusive U.S. sales representatives of ***FRANKFURTER ALLGEMEINE ZEITUNG*** **(Germany)**, we confirm the notice entitled ***Bescheid uber (I) genehmigung der …*** was published on October 7, 2011 on behalf of the above listed client.

Sincerely,

[signature]

Melissa Worrell
Senior Vice President

Sworn before me on this 24th
day of October 2011

[signature]

JONIL ROMAN
Notary Public, State of New York
Qualified in Bronx County
Reg. No. 01RO6142772
My Commission Expires 03-20-2014

**UNITED STATES BANKRUPTCY COURT**
**BEZIRK NEW YORK SÜD**

| | |
|---|---|
| In der Sache<br>LEHMAN BROTHERS HOLDINGS INC., *u. a.*,<br>Schuldner. | „Chapter 11" Fall-Nr.<br>08-13555 (JMP)<br>(gemeinsam verwaltet) |

**BESCHEID ÜBER (I) GENEHMIGUNG DER OFFENLEGUNGSERKLÄRUNG; (II) FESTLEGUNG EINES STICHTAGS; (III) ANHÖRUNG ZUR BESTÄTIGUNG DES PLANS UND VERFAHREN BEI EINSPRUCH GEGEN BESTÄTIGUNG DES PLANS UND (IV) VERFAHREN UND FRIST FÜR ABSTIMMUNG ÜBER DEN PLAN**

AN DIE BETEILIGTEN PARTEIEN AN FOLGENDEN KONKURSSACHEN GEMÄSS „CHAPTER 11":

**Namen der Schuldner und Fallnummern**

| Name | Fallnummer |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

BITTE BEACHTEN SIE FOLGENDES:

1. ***Genehmigung der Offenlegungserklärung.*** Am 1. September 2011 wurde vom United States Bankruptcy Court für den Bezirk New York Süd (dem „Konkursgericht") ein geänderter Beschluss (der „Beschluss") in das Register eingetragen, mit dem die Offenlegungserklärung der Schuldner bezüglich des gemeinsamen dritten geänderten Vergleichsplans nach Chapter 11 der Lehman Brothers Holdings Inc. und deren verbundenen Schuldnern gemäß Abschnitt 1125 des Konkursgesetzes genehmigt wird (wie genehmigt, die „Offenlegungserklärung")[1], und zwar in den oben genannten Chapter-11-Fällen der Lehman Brothers Holdings Inc. („LBHI") und deren verbundenen Schuldnern als Schuldner und Inhaberschuldner (nachfolgend die „Schuldner"). Der Beschluss ermächtigt die Schuldner, um Stimmen zur Annahme oder Ablehnung des gemeinsamen Vergleichsplans nach Chapter 11 der Lehman Brothers Holdings Inc. und deren verbundenen Schuldnern zu werben (der „Plan" in der jeweils gültigen Fassung). Eine Kopie des Plans ist der Offenlegungserklärung als Anlage A angelegt.

2. ***Bestätigungsanhörung.*** Am **6. Dezember 2011 um 10:00 Uhr (EST)** findet eine Anhörung zur Bestätigung des Plans (die „Bestätigungsanhörung") vor dem ehrenwerten Richter am United States Bankruptcy Court James M. Peck, Gerichtssaal 601 im United States Bankruptcy Court für den Bezirk New York Süd, One Bowling Green, New York, New York 10004 statt. Die Bestätigungsanhörung kann jederzeit vertagt oder fortgeführt werden, ohne dass eine weitere Benachrichtigung erforderlich ist, außer der Ankündigung durch die Schuldner des/der vertagten Termins/Termine bei der Bestätigungsanhörung oder einer fortgeführten Anhörung oder gemäß einer Anzeige geplanter Verhandlungspunkte, die von den Schuldnern beim Konkursgericht eingereicht wurden. Der Plan kann gegebenenfalls während oder in Folge der Bestätigungsanhörung abgeändert werden.

3. ***Stichtag zum Zwecke der Abstimmung.*** Die folgenden Anspruchsteller/Gläubiger, die zum **1. August 2011** (dem „Stichtag") Ansprüche gegenüber den Schuldnern haben, sind berechtigt, über den Plan abzustimmen:

a) Anspruchsteller, die zum Stichtag Ansprüche haben, die auf der Liste der Verbindlichkeiten der Schuldner aufgeführt sind und insoweit diese Ansprüche (i) im Betrag größer als Null sind und nicht als bedingt, unbeglichen oder strittig gekennzeichnet sind und (ii) nicht von einem rechtzeitig eingereichten Anspruchsnachweis abgelöst worden sind, und

b) Anspruchsteller, die zum Stichtag Ansprüche haben und insoweit diese Ansprüche (i) Gegenstand rechtzeitig eingereichter Anspruchsnachweise sind, (ii) einen Betrag größer als Null haben, (iii) nicht durch einen Beschluss des Konkursgerichts vor dem Stichtag aberkannt, gelöscht oder ausgeschlossen worden sind und (iv) nicht Gegenstand eines laufenden Einspruchs gegen einen Anspruch zum **16. September 2011** sind, es sei denn, es wurde ein Antrag auf vorläufige Zulassung (gemäß unten stehender Definition) eingereicht und bis spätestens **4. November 2011**, oder gemäß Beschluss des Konkursgerichts, vom Konkursgericht gewährt.

4. ***Frist für die Stimmabgabe.*** Alle Stimmen zur Annahme oder Ablehnung des Plans müssen bis spätestens **16:00 Uhr (EST) am 4. November 2011** beim Abstimmungs- und Auswertungsbevollmächtigten Epiq Bankruptcy Solutions, LLC der Schuldner eingegangen sein (die „Frist für die Stimmabgabe"). Wenn Sie die in Ihrem Wahlzettel enthaltenen Abstimmungsanweisungen nicht genau befolgen, dann kann dies dazu führen, dass Ihr Stimmzettel und Ihre Stimmabgabe ungültig sind.

Bei Postversand: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014. Bei eigenhändiger Übergabe oder Kurierdienst: Epiq Bankruptcy Solutions, LLC, Attn.: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.

5. ***Nicht stimmberechtigte beteiligte Parteien.*** Anspruchsberechtigte der untergeordneten Klasse 10A, der untergeordneten Klasse 10B, der untergeordneten Klasse 10C und Ansprüche unter Abschnitt 510(b) gegenüber LBHI und Anteilseigner der Schuldner sind nicht stimmberechtigt und erhalten keinen Stimmzettel. Von Anspruchsberechtigten dieser Art und Anteilseignern wird angenommen, dass sie den Plan ablehnen, und sie erhalten einen Bescheid über den Status der Stimmrechtslosigkeit anstelle des Stimmzettels. Wenn Sie rechtzeitig einen Anspruchsnachweis eingereicht haben und mit der Klassifizierung Ihres Anspruchs durch die Schuldner oder dessen Widerspruch gegen Ihren Anspruch nicht einverstanden sind und glauben, dass Sie stimmberechtigt in Bezug auf den Plan sein sollten, dann müssen Sie den in Absatz 6 unten genannten Parteien einen Antrag (einen „Antrag auf vorläufige Zulassung") auf einen Beschluss gemäß Rechtsvorschrift 3018(a) der Bundeskonkursverfahrensvorschriften (der „Konkursvorschriften"), gemäß dem Ihr Anspruch zwecks Stimmabgabe zur Annahme oder Ablehnung des Plans vorläufig zugelassen wird, zustellen und diesen beim Konkursgericht einreichen (mit Kopie an das Dienstzimmer des ehrenwerten Richters am United States Bankruptcy Court James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601). Alle Anträge auf vorläufige Zulassung müssen bis spätestens am 14. Tag nach (i) Zustellung dieser Benachrichtigung oder, gegebenenfalls, (ii) Zustellung der Benachrichtigung über einen Widerspruch in Bezug auf Ihren Anspruch eingereicht werden, wobei der spätere der beiden Termine maßgeblich ist, jedoch nicht später als am **7. Oktober 2011**. Bezüglich des Einreichens eines Antrags auf vorläufige Zulassung durch einen Anspruchsteller/Gläubiger wird der Stimmzettel eines solchen Anspruchstellers/Gläubigers nicht gezählt, wenn kein anderweitiger Beschluss des Konkursgerichts ergehen sollte. Anspruchsteller/Gläubiger können sich an Epiq Bankruptcy Solutions, LLC unter **1-866-879-0688 (Inland) oder +1-503-597-7691 (international)** wenden, um einen entsprechenden Stimmzettel für einen Anspruch anzufordern, für den rechtzeitig ein Anspruchsnachweis eingereicht worden ist und ein Antrag auf vorläufige Zulassung gewährt worden ist. Anträge auf vorläufige Zulassung, die den obigen Anforderungen nicht entsprechen, werden vom Konkursgericht nicht berücksichtigt und gelten als abgelehnt, wenn kein anderweitiger Beschluss vom Konkursgericht ergangen sein sollte.

6. ***Einspruch gegen Bestätigung.***

Die Einspruchs- oder Antwortfrist für die Bestätigung des Plans endet am **4. November 2011 um 16:00 Uhr (EST)** (die „Plan-Einspruchsfrist").

Einsprüche und Antworten zur Bestätigung des Plans müssen gegebenenfalls (a) schriftlich erfolgen, (b) den Konkursvorschriften, den lokalen Konkursvorschriften des United States Bankruptcy Court für den Bezirk New York Süd und dem *zweiten geänderten Beschluss gemäß Absatz 105(a) des Konkursgesetzes und den Konkursvorschriften 1015(c) und 9007 zur Umsetzung bestimmter Benachrichtigungs- und Fallmanagementverfahren* vom 17. Juni 2010 [ECF No. 9635] entsprechen, (c) den/die Namen der Einspruch einlegenden Partei(en) angeben, (d) die Art und den Betrag des Anspruchs/der Ansprüche oder des Anteils/der Anteile darlegen, die die Einspruch einlegende Partei/Parteien gegen die Schuldner hat oder geltend macht und (e) die genauen, detaillierten rechtlichen und sachlichen Grundlagen des Einspruchs oder der Antwort erläutern.

Registrierte Benutzer des Falleinreichungssystems des Konkursgerichtes müssen ihre Einsprüche und Antworten elektronisch einreichen. Alle anderen beteiligten Parteien müssen ihre Einsprüche und Antworten auf einer 3,5" Floppy-Disk oder einem Speicherstick, vorzugsweise im PDF-Format (Portable Document Format), in Microsoft Word oder einem anderen Textverarbeitungsformat auf Basis von Windows einreichen (wobei ein Ausdruck direkt an das Dienstzimmer des ehrenwerten Richters am United States Bankruptcy Court James M. Peck zu senden ist, siehe oben), gemäß der allgemeinen Anweisung M-182.

Alle Einsprüche oder Antworten müssen auch den folgenden Parteien zugestellt werden, wobei das Eingangsdatum nicht nach Ende der Plan-Einspruchsfrist liegen darf: (i) dem **Dienstzimmer des ehrenwerten Richters am United States Bankruptcy Court James M. Peck**, siehe oben; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. und Alfredo R. Pérez, Esq., Rechtsanwälte der Schuldner; (iii) dem **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. und Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. und Evan Fleck, Esq., Rechtsanwälte des offiziellen Komitees der ungesicherten Gläubiger.

**FALLS EIN EINSPRUCH ODER EINE ANTWORT ZUR BESTÄTIGUNG DES PLANS NICHT STRENG NACH DEN VORSCHRIFTEN IN DIESEM DOKUMENT EINGEREICHT UND ZUGESTELLT WIRD, KANN ES SEIN, DASS DIE EINSPRUCH EINLEGENDE PARTEI VOM EINSPRUCH GEGEN DIE BESTÄTIGUNG DES PLAN AUSGESCHLOSSEN WIRD UND IN DER ANHÖRUNG ZUR BESTÄTIGUNG NICHT GEHÖRT WIRD.**

7. ***Parteien, die nicht als Gläubiger behandelt werden.*** Alle Anspruchsberechtigten, deren Ansprüche in der Aufstellung von Vermögen und Schulden der Schuldner und in den Bilanzen und Abschlüssen und in der Aufstellung der schwebenden Geschäfte und nicht abgelaufenen Mietverträge mit USD 0,00 oder mit einem unbekannten Betrag, als strittig, bedingt oder unbeglichen angegeben sind und die nicht rechtzeitig einen Anspruchsnachweis eingereicht haben, werden nicht als Gläubiger in Bezug auf einen solchen Anspruch zum Zwecke der Verteilung gemäß Plan behandelt.

8. ***Weitere Informationen.*** Alle beteiligten Parteien, die eine Kopie der Offenlegungserklärung und des Plans erhalten möchten, können diese schriftlich unter folgender Adresse anfordern: **Epiq Bankruptcy Solutions, LLC, Attn.: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.** Die beteiligten Parteien können die Offenlegungserklärung und den Plan auch kostenlos unter www.lehman-docket.com prüfen. Außerdem liegen die Offenlegungserklärung und der Plan beim Konkursgericht vor, wo diese über die Webseite des Konkursgerichts abgerufen und geprüft werden können: www.nysb.uscourts.gov. Bitte beachten Sie, dass Sie ein PACER-Kennwort und Anmeldeinformationen benötigen, um die Dokumente auf der Webseite des Konkursgerichts abrufen zu können. Ein PACER-Kennwort erhalten Sie bei: www.pacer.psc.uscourts.gov.

9. ***Schwebende Geschäfte und nicht abgelaufene Mietverträge.***

a) ***Heilen von Verzug bei angenommenen schwebenden Geschäften und nicht abgelaufenen Mietverträgen:*** Außer und insoweit die nicht schuldnerische/n Partei/en eines schwebenden Geschäfts oder eines nicht abgelaufenen Mietvertrags eine andere Behandlung vereinbart haben (jeweils eine „Gegenpartei") und das schwebende Geschäft oder der nicht abgelaufene Mietvertrag in einer Aufstellung zur Planergänzung als angenommen gemäß Absatz 11.1 des Plans angegeben sind, werden die Schuldner innerhalb von mindestens vierzig (40) Tagen vor der Bestätigungsanhörung eine Mitteilung beim Konkursgericht einreichen und jeder betroffenen Gegenpartei per Post erster Klasse zustellen lassen, worin der Heilungsbetrag bezüglich eines solchen schwebenden Geschäfts oder nicht abgelaufenen Mietvertrags enthalten ist, der in einer solchen Aufstellung zur Planergänzung als festgelegt angenommen gilt (der „Mitteilung zum Heilungsbetrag"). **Wenn Sie eine Gegenpartei eines schwebenden Geschäfts oder eines nicht abgelaufenen Mietvertrags sind, der von den Schuldnern anzunehmen oder angenommen und abgetreten ist, dann müssen Sie einen Einspruch gegen die Annahme- oder Heilungsbeträge einreichen und zustellen, die von den Schuldnern in den oben genannten Aufstellungen angegeben sind, und zwar (i) bis zum Ablauf der Plan-Einspruchsfrist oder (ii) innerhalb von vierzehn (14) Tagen ab Zustellung der Mitteilung zum Heilungsbetrag, wobei der spätere Termin maßgeblich ist.** Wenn solche Einsprüche eingelegt wurden, dann hält das Konkursgericht eine Anhörung an einem vom Konkursgericht festzulegenden Termin. Die Schuldner behalten ihr Recht auf Ablehnung aller schwebenden Geschäfte oder nicht abgelaufenen Mietverträge, die bezüglich des Betrags strittig sind, der zur Heilung eines Verzugs zum Datum des Inkrafttretens erforderlich ist.

b) ***Ausschlusstermin zur Einreichung von Anspruchsnachweisen bezüglich schwebender Geschäfte und nicht abgelaufener Mietverträge gemäß dem Plan:*** Anspruchsnachweise für Schadenersatz aufgrund der Ablehnung eines schwebenden Geschäfts oder nicht abgelaufenen Mietvertrags gemäß Absatz 11.4 des Plans müssen beim Konkursgericht eingereicht werden und den folgenden Anwälten der Schuldner zugestellt werden: Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. und Alfredo R. Pérez, Esq., und zwar spätestens fünfundvierzig (45) Tage nach entweder (a) der Mitteilung über die Registrierung eines Beschlusses über die Genehmigung der Ablehnung eines solchen schwebenden Geschäfts oder nicht abgelaufenen Mietvertrags, (b) Mitteilung über die Registrierung eines Beschlusses zur Bestätigung des Plans oder (c) Mitteilung über die Änderung der Aufstellungen zur Planergänzung (nur in Bezug auf die direkt von einer solchen Änderung betroffenen Partei), wobei der späteste Zeitpunkt maßgeblich ist. **Alle diese Anspruchsnachweise, die nicht innerhalb dieser Frist eingereicht werden, sind für immer von der Geltendmachung gegen die Schuldner und deren Vermögen oder den Liquidations-Trust und dessen Vermögen ausgeschlossen.**

DATUM: 7. Oktober 2011, New York, New York

WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telefon: +1 (212) 310-8000, Fax: +1 (212) 310-8007

*Rechtsanwälte der Schuldner und Inhaberschuldner*

[1] Groß geschriebene Begriffe [im englischen Original], die in diesem Dokument nicht definiert sind, haben die Bedeutung, die ihnen in der Offenlegungserklärung gegeben wird.

***PUBLICITAS NORTH AMERICA***
*330 Seventh Avenue, 5TH Floor*
*New York, NY 10001*
*Tel. (212) 599-5057 Fax (212) 599-8298*

*October 24, 2011*

*Epiq Systems Class Action & Claims Solutions*
*Brandon Schwartz*
*Legal Noticing Group*
*10300 SW Allen Blvd.*
*Beaverton, OR 97205*

***RE: WEIL, GOTSHAL & MANGES LLP***
***(LEHMAN BROTHERS)***

*To whom it may concern:*

*In our capacity as exclusive U.S. representative for the publication,* ***LUXEMBUGER WORT,*** *we confirm the insertion on* ***7 OCT 11*** *of the advertisement entitled* ***"NOTICE OF (i) APPROVAL…."*** *on behalf of the above listed client.*

***PUBLICITAS/NORTH AMERICA***

*James Allen*
*Traffic Coordinator*

Publicitas North America, Inc.
330 Seventh Avenue, 5th floor
New York, NY 10001

In der Sache
LEHMAN BROTHERS HOLDINGS INC., *u. a.,*
Schuldner.

„Chapter 11" Fall-Nr.
08-13555 (JMP)
(gemeinsam verwaltet)

**BESCHEID ÜBER (I) GENEHMIGUNG DER OFFENLEGUNGSERKLÄRUNG; (II) FESTLEGUNG EINES STICHTAGS; (III) ANHÖRUNG ZURBESTÄTIGUNG DES PLANS UND VERFAHREN BEI EINSPRUCH GEGEN BESTÄTIGUNG DES PLANS UND (IV) VERFAHREN UND FRIST FÜR ABSTIMMUNG ÜBER DEN PLAN**

AN DIE BETEILIGTEN PARTEIEN AN FOLGENDEN KONKURSSACHEN GEMÄSS „CHAPTER 11":

**Namen der Schuldner und Fallnummern**

| | |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

BITTE BEACHTEN SIE DAS FOLGENDE:

1. ***Genehmigung der Offenlegungserklärung.*** Am 1. September 2011 wurde vom United States Bankruptcy Court für den Bezirk New York Süd (dem „Konkursgericht") ein geänderter Beschluss (der „Beschluss") ins Register eingetragen, mit dem die Offenlegungserklärung der Schuldner bezüglich des gemeinsamen dritten geänderten Vergleichsplans nach Chapter 11 der Lehman Brothers Holdings Inc. und deren verbundenen Schuldnern gemäss Abschnitt 1125 des Konkursgesetzes genehmigt wird (wie genehmigt, die „Offenlegungserklärung")[1], und zwar in den oben genannten Chapter-11-Fällen der Lehman Brothers Holdings Inc. („LBHI") und deren verbundenen Schuldnern als Schuldner und Inhaberschuldner (zusammen die „Schuldner" genannt). Der Beschluss ermächtigt die Schuldner, um Stimmen zur Annahme oder Ablehnung des gemeinsamen Vergleichsplans nach Chapter 11 der Lehman Brothers Holdings Inc. und deren verbundenen Schuldnern zu werben (der „Plan" in der jeweils gültigen Fassung). Eine Kopie des Plans ist der Offenlegungserklärung als Anlage A angehängt.

2. ***Bestätigungsanhörung.*** Am **6. Dezember 2011 um 10:00 Uhr (EST)** findet eine Anhörung zur Bestätigung des Plans (die „Bestätigungsanhörung"), und zwar vor dem ehrenwerten Richter am United States Bankruptcy Court James M. Peck, Gerichtssaal 601 im United States Bankruptcy Court für den Bezirk New York Süd, One Bowling Green, New York, New York 10004 statt. Die Bestätigungsanhörung kann jederzeit vertagt oder fortgeführt werden, ohne dass eine weitere Benachrichtigung erforderlich ist, ausser der Ankündigung durch die Schuldner des/der vertagten Termins/Termine bei der Bestätigungsanhörung oder einer fortgeführten Anhörung oder gemäss einer Anzeige geplanter Verhandlungspunkte, die von den Schuldnern beim Konkursgericht eingereicht wurden. Der Plan kann gegebenenfalls während oder in Folge der Bestätigungsanhörung abgeändert werden.

3. ***Stichtag zum Zwecke der Abstimmung.*** Die folgenden Anspruchsteller/Gläubiger, die zum **1. August 2011** (dem „Stichtag") Ansprüche gegenüber den Schuldnern haben, sind berechtigt, über den Plan abzustimmen:

a) Anspruchsteller, die zum Stichtag Ansprüche haben, die auf der Liste der Verbindlichkeiten der Schuldner aufgeführt sind und insoweit diese Ansprüche (i) im Betrag grösser als Null sind und nicht als bedingt, unbeglichen oder strittig gekennzeichnet sind und (ii) nicht von einem rechtzeitig eingereichten Anspruchsnachweis abgelöst worden sind, und

b) Anspruchsteller, die zum Stichtag Ansprüche haben und insoweit diese Ansprüche (i) Gegenstand rechtzeitig eingereichter Anspruchsnachweise sind, (ii) deren Betrag grösser Null ist, (iii) die nicht durch einen Beschluss des Konkursgerichts vor dem Stichtag aberkannt, gelöscht oder ausgeschlossen worden sind und (iv) nicht Gegenstand eines laufenden Einspruchs gegen einen Anspruch zum **16. September 2011** sind, es sei denn, es wurde ein Antrag auf vorläufige Zulassung (gemäss unten stehender Definition) eingereicht und bis spätestens **4. November 2011**, oder gemäss Beschluss des Konkursgerichts, vom Konkursgericht gewährt.

4. ***Frist für die Stimmabgabe.*** Alle Stimmen zur Annahme oder Ablehnung des Plans müssen bis spätestens **16:00 Uhr (EST) am 4. November 2011** beim Abstimmungs- und Auswertungsbevollmächtigten Epiq Bankruptcy Solutions, LLC der Schuldner eingegangen sein (die „Frist für die Stimmabgabe"). Wenn Sie die in Ihrem Wahlzettel enthaltenen Abstimmungsanweisungen nicht genau befolgen, dann kann dies dazu führen, dass Ihr Stimmzettel und Ihre Stimmabgabe ungültig sind.

Bei Postversand: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014. Bei eigenhändiger Übergabe oder Kurierdienst: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.

5. ***Nicht stimmberechtigte beteiligte Parteien.*** Anspruchsberechtigte der untergeordneten Klasse 10A, der untergeordneten Klasse 10B, der untergeordneten Klasse 10C und Ansprüche unter Abschnitt 510(b) gegenüber LBHI und Anteilseigner der Schuldner sind nicht stimmberechtigt und erhalten keinen Stimmzettel. Von Anspruchsberechtigten dieser Art und Anteilseignern wird angenommen, dass sie den Plan ablehnen. Sie erhalten einen Bescheid über den Status der Stimmrechtslosigkeit anstelle des Stimmzettels. Wenn Sie rechtzeitig einen Anspruchsnachweis eingereicht haben und mit der Klassifizierung Ihres Anspruchs durch die Schuldner oder dessen Widerspruch gegen Ihren Anspruch nicht einverstanden sind und glauben, dass Sie stimmberechtigt in Bezug auf den Plan sein sollten, dann müssen Sie den in Absatz 6 unten genannten Parteien einen Antrag (einen „Antrag auf vorläufige Zulassung"), und zwar auf einen Beschluss gemäss Rechtsvorschrift 3018(a) der Bundeskonkursverfahrensvorschriften (die „Konkursvorschriften"), gemäss dem Ihr Anspruch zwecks Stimmabgabe zur Annahme oder Ablehnung des Plans vorläufig zugelassen wird, zustellen und diesen beim Konkursgericht einreichen (mit Kopie an das Dienstzimmer des ehrenwerten Richters am United States Bankruptcy Court James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601). Alle Anträge auf vorläufige Zulassung müssen bis spätestens am 14. Tag nach (i) Zustellung dieser Benachrichtigung oder, gegebenenfalls, (ii) Zustellung der Benachrichtigung über einen Widerspruch in Bezug auf Ihren Anspruch, wobei der spätere der beiden Termine massgeblich ist, jedoch nicht später als am **7. Oktober 2011**, eingereicht werden. Bezüglich des Einreichens eines Antrags auf vorläufige Zulassung durch einen Anspruchsteller/Gläubiger wird dessen Stimmzettel ein solchen Anspruchstellers/Gläubigers nicht gezählt, wenn kein anderweitiger Beschluss d Konkursgerichts ergehen sollte. Anspruchsteller/Gläubiger können sich an Epiq Bankrupt Solutions, LLC unter **1-866-879-0688 (Inland) oder +1-503-597-7691 (internation** wenden, um einen entsprechenden Stimmzettel für einen Anspruch anzufordern, für d rechtzeitig ein Anspruchsnachweis eingereicht worden ist und ein Antrag auf vorläufi Zulassung gewährt worden ist. Anträge auf vorläufige Zulassung, die den obig Anforderungen nicht entsprechen, werden vom Konkursgericht nicht berücksichtigt u gelten als abgelehnt, wenn kein anderweitiger Beschluss vom Konkursgericht ergangen se sollte.

6. ***Einspruch gegen Bestätigung.*** Die Einspruchs- oder Antwortfrist für die Bestätigung des Plans ist der **4. November 20 um 16:00 Uhr (EST)** (die „Plan-Einspruchsfrist"). Einsprüche und Antworten zur Bestätigung des Plans müssen gegebenenfalls (a) schriftli erfolgen, (b) den Konkursvorschriften, den lokalen Konkursvorschriften des United Stat Bankruptcy Court für den Bezirk New York Süd und dem *zweiten geänderten Beschlu gemäss Absatz 105(a) des Konkursgesetzes und den Konkursvorschriften 1015(c) und 90 zur Umsetzung bestimmter Benachrichtigungs- und Fallmanagementverfahren* vom 17. J 2010 [ECF No. 9635] entsprechen, (c) den/die Namen der Einspruch einlegenden Partei(e angeben, (d) die Art und den Betrag des Anspruchs/der Ansprüche oder des Anteils/d Anteile darlegen, die die Einspruch erhebende Partei/Parteien gegen die Schuldner hat od geltend macht und (e) die genauen, detaillierten rechtlichen und sachlichen Grundlagen d Einspruchs oder der Antwort erläutern.

Registrierte Benutzer des Falleinreichungssystems des Konkursgerichtes müssen ih Einsprüche und Antworten elektronisch einreichen. Alle anderen beteiligten Partei müssen ihre Einsprüche und Antworten auf einer 3,5" Diskette oder einem Speicherstic vorzugsweise im PDF-Format (Portable Document Format), in Microsoft Word oder eine anderen Textverarbeitungsformat auf Basis von Windows einreichen (wobei ein Ausdru direkt an das Dienstzimmer des ehrenwerten Richters am United States Bankruptcy Cou James M. Peck zu senden ist, siehe oben), gemäss der allgemeinen Anweisung M-182.

Alle Einsprüche oder Antworten müssen auch den folgenden Parteien zugestellt werde wobei das Eingangsdatum nicht nach der Plan-Einspruchsfrist liegen darf: (i) de **Dienstzimmer des ehrenwerten Richters am United States Bankruptcy Court James Peck**, siehe oben; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New Yo 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. und Alfredo R. Pérez, Esq., Rechtsanwä der Schuldner; (iii) dem **Office of the United States Trustee** for Region 2, 33 Whitehall Stree 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq. und Andrea Schwar Esq., (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, Ne York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. und Evan Fleck, Es Rechtsanwälte des offiziellen Komitees der ungesicherten Gläubiger.

**FALLS EIN EINSPRUCH ODER EINE ANTWORT ZUR BESTÄTIGUNG DES PLANS NICHT STREN NACH DEN VORSCHRIFTEN IN DIESEM DOKUMENT EINGEREICHT UND ZUGESTELLT WIR KANN ES SEIN, DASS DIE EINSPRUCH EINLEGENDE PARTEI VOM EINSPRUCH GEGEN D BESTÄTIGUNG DES PLAN AUSGESCHLOSSEN UND IN DER ANHÖRUNG ZUR BESTÄTIGUN NICHT GEHÖRT WIRD.**

7. ***Parteien, die nicht als Gläubiger behandelt werden.*** Alle Anspruchsberechtigten, dere Ansprüche in der Aufstellung von Vermögen und Schulden der Schuldner und in den Bilanze und Abschlüssen und in der Aufstellung der schwebenden Geschäfte und nicht abgelaufene Mietverträge mit USD 0,00 oder mit einem unbekannten Betrag, als strittig, bedingt od unbeglichen angegeben sind und die nicht rechtzeitig einen Anspruchsnachweis eingereic haben, werden nicht als Gläubiger in Bezug auf einen solchen Anspruch zum Zwecke d Verteilung gemäss Plan behandelt.

8. ***Weitere Informationen.*** Alle beteiligten Parteien, die eine Kopie der Offenlegungserklärur und des Plans haben möchten, können diese schriftlich unter folgender Adress anfordern: **Epiq Bankruptcy Solutions, LLC, Attn.: Lehman Ballot Processing Center, 75 Third Avenue, 3rd Floor, New York, New York 10017.** Die beteiligten Parteien könne die Offenlegungserklärung und den Plan auch kostenlos unter www.lehman-docket.co prüfen. Ausserdem liegen die Offenlegungserklärung und der Plan beim Konkursgericht vo wo diese über die Webseite des Konkursgerichts abgerufen und geprüft werden könne www.nysb.uscourts.gov. Bitte beachten Sie, dass Sie ein PACER-Kennwort u Anmeldeinformationen benötigen, um die Dokumente auf der Webseite des Konkursgerich abrufen zu können. Ein PACER-Kennwort erhalten Sie bei: www.pacer.psc.uscourts.gov.

9. ***Schwebende Geschäfte und nicht abgelaufene Mietverträge.***

a) ***Wiedergutmachung eines Verzugs bei angenommenen schwebenden Geschäfte und nicht abgelaufenen Mietverträgen.*** Ausser und insoweit die nicht schuldnerische/ Partei/en eines schwebenden Geschäfts oder eines nicht abgelaufenen Mietvertrags ei andere Behandlung vereinbart haben (jeweils eine „Gegenpartei") und das schwebend Geschäft oder der nicht abgelaufene Mietvertrag in einer Aufstellung zur Planergänzur als angenommen gemäss Absatz 11.1 des Plans angegeben sind, werden die Schuldne innerhalb von mindestens vierzig (40) Tagen vor der Bestätigungsanhörung eine Mitteilun beim Konkursgericht einreichen und jeder betroffenen Gegenpartei per Post erste Klasse zustellen lassen, worin der Wiedergutmachungsbetrag bezüglich eines solche schwebenden Geschäfts oder nicht abgelaufenen Mietvertrags enthalten ist, der in eine solchen Aufstellung zur Planergänzung als festgelegt angenommen gilt (der „Mitteilung zu Wiedergutmachungbetrag"). **Wenn Sie eine Gegenpartei eines schwebenden Geschäf oder eines nicht abgelaufenen Mietvertrags sind, der von den Schuldnern anzunehme oder angenommen und abgetreten ist, dann müssen Sie einen Einspruch gegen d Annahme- oder Wiedergutmachungsbeträge einreichen und zustellen, die von de Schuldnern in den oben genannten Aufstellungen angegeben sind, und zwar (i) bis zu Ablauf der Plan-Einspruchsfrist oder (ii) innerhalb von vierzehn (14) Tagen ab Zustellun der Mitteilung zum Wiedergutmachungsbetrag, wobei der spätere Termin massgebli ist.** Falls solche Einsprüche eingelegt wurden, hält das Konkursgericht eine Anhörung a einem vom Konkursgericht festzulegenden Termin. Die Schuldner behalten ihr Rech auf Ablehnung aller schwebenden Geschäfte oder nicht abgelaufenen Mietverträge, d bezüglich des Betrags strittig sind, der zur Wiedergutmachung eines Verzugs zum Datu des Inkrafttretens erforderlich ist.

b) ***Ausschlusstermin zur Einreichung von Anspruchsnachweisen bezüglich schwebende Geschäfte und nicht abgelaufener Mietverträge gemäss dem Plan:*** Anspruchsnachweis für Schadenersatz aufgrund der Ablehnung eines schwebenden Geschäfts oder nich abgelaufenen Mietvertrags gemäss Absatz 11.4 des Plans müssen beim Konkursgeric eingereicht werden und den folgenden Anwälten der Schuldner zugestellt werden: We Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Mill Esq., Lori R. Fife, Esq. und Alfredo R. Pérez, Esq., und zwar spätestens fünfundvierzig (45 Tage nach entweder (a) der Mitteilung über die Registrierung eines Beschlusses über d Genehmigung der Ablehnung eines solchen schwebenden Geschäfts oder nicht abgelaufene Mietvertrags, (b) Mitteilung über die Registrierung eines Beschlusses zur Bestätigung d Plans oder (c) Mitteilung über die Änderung der Aufstellungen zur Planergänzung (nur Bezug auf die direkt von einer solchen Änderung betroffenen Partei), wobei der spätest Zeitpunkt massgeblich ist. **Alle diese Ansprüchsnachweise, die nicht innerhalb dieser Fri eingereicht werden, sind für immer von der Geltendmachung gegen die Schuldner u deren Vermögen oder den Liquidations-Trust und dessen Vermögen ausgeschlossen.**

DATUM: 7. Oktober 2011, New York, New York

WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telefo +1 (212) 310-8000, Fax: +1 (212) 310-8007
*Rechtsanwälte der Schuldner und Inhaberschuldner*

[1] Gross geschriebene Begriffe [im englischen Original], die in diesem Dokument nicht definiert sind, haben die Bedeutung, die ihnen in der Offenlegungserklärung gegeben wird.