October 13, 2011

To the
Honourable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York    Courtroom 601
New York 10004



RECEIVED
OCT 27 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objections to Disallow and Expunge Filed Proofs of
Claim

Court: United States Bankruptcy Court
       Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

Creditor/Claimant:    GEORGINA MARGARITA GONZALEZ
                      CALLE DEL CRESTON #1542
                      SECCION JARDINES,
                      PLAYAS DE TIJUANA, BC
                      22206, MEXICO

Claim Number:    49490

Debtor:    Lehman Brothers Holdings Inc.
           08-13555

Response to:    Objection requesting Claim to be Disallowed & Expunged

Basis of the Claim:    LEHMAN BROTHERS
                       DUE 06/01/2049 INT 6.900%
                       ISIN: XS0301813522
                       With a Nominal Value of US$ 150,000

We herewith oppose the disallowance and expungement on the ground that the Debtors
have no liability for the claim. The purchase of the securities was legitimate and the claim
was filed on time.
I ask the Bankruptcy Court of Southern District of New York to formally fully recognize
my justified claim and put these on the formal list of Debtors.

GEORGINA MARGARITA GONZALEZ