Hearing Date and Time: December 6, 2011 at 10:00 a.m. (New York time)

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
Adam C. Harris, Esq. (4641)

Attorneys for Davidson Kempner Capital
Management LLC, as investment advisor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
In re                                                        :   **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et*                      :   **08-13555 (JMP)**
*al.*,                                                       :
                                                             :
                    **Debtors**                              :   **(Jointly Administered)**
------------------------------------------------------------ X

**STATEMENT OF DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC,
AS INVESTMENT ADVISOR, IN SUPPORT OF CONFIRMATION AND
CONSUMMATION OF THE THIRD AMENDED JOINT
CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC.
AND ITS AFFILIATED DEBTORS PURSUANT TO SECTION 1125
OF THE BANKRUPTCY CODE [DOCKET NO. 19627]**

Davidson Kempner Capital Management LLC ("Davidson Kempner"), as investment advisor for certain funds which beneficially own claims against various Debtors, by and through its counsel, Schulte Roth & Zabel LLP, hereby submits this statement in support of confirmation and consummation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code [Docket No. 19627], as amended as of the date hereof (the "Plan"), and respectfully states as follows:

**Statement Supporting Confirmation of the Plan**

1.      Davidson Kempner is the investment advisor for certain that beneficially own unsecured claims against various Debtors. In such capacity, on or about June 30, 2011,

DOC ID-17665964.1

                                                Hearing Date and Time: December 6, 2011 at 10:00 a.m. (New York time)

Davidson Kempner and the Debtors entered into a plan support agreement (the "PSA") with respect to the Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors dated June 30, 2011 (the "Prior Plan"). Davidson Kempner has reviewed the modifications from the Prior Plan that are now reflected in the Plan, and continues to support the Plan.

2.  Davidson Kempner, as the investment advisor for certain funds, supports confirmation of the Plan and believes it is in the best interests of all parties-in-interest that consummation of the Plan occur as soon as practicable thereafter.[1]

### Conclusion

WHEREFORE, Davidson Kempner respectfully requests that the Court confirm the Plan.

Dated:  November 7, 2011                    Respectfully Submitted,

                                            SCHULTE ROTH & ZABEL LLP

                                            By:  /s/ Adam C. Harris
                                                 Adam C. Harris (4641)
                                                 919 Third Avenue
                                                 New York, NY  10022
                                                 Telephone: (212) 756-2000
                                                 Facsimile (212) 593-5955
                                                 adam.harris@srz.com
                                                 Attorneys for Davidson Kempner Capital
                                                 Management LLC, as investment advisor

---

[1]  Davidson Kempner submits this Statement subject to the terms and conditions of, and their rights and remedies under, the PSA. Nothing contained in this Statement shall limit, abridge, or otherwise modify Davidson Kempner's rights and remedies under the PSA and applicable law or with respect to other matters in these cases, all of which are reserved.

DOC ID-17665964.1