Wallace G. Smith
4370 Park Milano
Calabasas, CA 91302
Tel. 818. 222. 7891

October 25th, 2011

Honorable James M. Peck
United States Bankruptcy Judge

Subject:   Lehman Bros. Hdgs. Inc. Series J
           !,000 shares @ $25K

This is to object to the proposal outlined in case no. 08-13555
(JMP)because:

>           It is SENIOR SECURED DEBT;
>
>           Secured by the Lehman REAL ESTATE purchased by
>           BARCLAY'S BANK;
>
>           The bondholders are more senior and take
>           precedence over all other creditors.

We are senior citizens, without pensions, who depended on
Moody's and S&P and the Bank of America for their HIGH RATINGS
and recommendation for income.

It would be unjust to allow institutions and lawyers to receive
reimbursement and fees while shunning individuals such as
ourselves.

Respectfully,

WALLACE G. SMITH, Trustee
Smith Family Trust

RECEIVED
OCT 2 7 2011
U.S. BANKRUPTCY COURT, SDNY
JMP