

Attention Mr. James M. Peck
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY10004
United States of America

        K. Norimatsu
        14 – 10 – 306　Suzurandai –
        Higashimachi　9–Chome、
        Kitaku,Kobe–City、
        Hyogo–Pref.、651–1112
        Japan
        TEL 0+11( your National No.) +81
        –90–1594–6136
        October 21, 2011

Attn :　Mr. Peck

Re :　Lehman Brothers Holdings Inc.、et al. (08–13555 (JMP) )

If the plan is not the leaflet stating the confirmation hearing, please send me a copy of the plan in writing soonest possible.
Because my personal computer is not still on line to internet.

Would please give me the answer so as to my several questions hereunder ?

① To whom is this notice of non–voting status explained ?
   Would please issue the above sheet on my name at the same time ?

② Would please confirm the equity interest to totally 23 companies again ?
   Are the 23 companies on the list of top page of your notice all ?

③ Concerning myself, would't be a debtor in possession ?

④ How will go on as under this situation in the future ?

1

⑤ Concerning Lehman Brothers Special Financing Inc., please resent your letter to me according to my guide from my letter to Mr. Shai Y. Waisman of Weil, Gotshal & Manges LLP of New York and Mr. Sam Garcia of Epic Bankruptcy Solutions, LLC of New York.

⑥ In the near future, can I add the another case about Lehman Brothers company?   I've told little to Mr. Peck in hand writing memo recently.

And up to result, please introduce the contact way to these companies. and the companies' details—telephone number(international), person in charge, staffs number, address in mail (if there).

And if I could receive the rest money about these companies, I would give you my information of the remittance of money to me.

Meanwhile all my US dollars & other currencies should be exchanged to Japanese Yen as requested on my "SECOND NOTE" to Epiq Bankruptcy Solutions, LLC of New York on October 15, 2009. (having sent)

Would you please refer my account information hereunder?

In case of Japanese Yen : SUMITOMO MITSUI BANKING CORPORATION, Japan

Swift Code : SMBCJPJT

Account Number : 0009-348-4590112
　　　　　　　　　　shop   A/C no.

Name : 則松 和道    (NORIMATSU KAZUMICHI)

In case of US dollars : same bank

Account Number : 0009-348-0115067

2

Ordinary Deposit

Name : Kazumichi Norimatsu

Others same as above.

TEL : 01181－78－591－2291

Suzurandai Branch, Kobe－city, Hyougo－pref. Japan

Beforehand please let me know the total amount of remittance by telephone and by letter of registered absolutely.

Would you please issue the proof of remittance and balance resting each company ?

Would you please inform to all staffs of Lehman Brothers companies about the possibility of the purchase of all company and keep them staffs list.

   Your kind attention will be highly appreciated.

                                                                             Best regards.

Thanking for your long kind attention.

_____*K. Norimatsu*_____ signature

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                                   Debtors.        :    (Jointly Administered)
                                                   :
------------------------------------------------------------x

RECEIVED ON Oct. 6, 2011

## NOTICE OF NON-VOTING STATUS TO
## LBHI CLASS 10A CLAIMS, LBHI CLASS 10B CLAIMS, LBHI CLASS 10C CLAIMS, LBHI CLASS 11 CLAIMS, LBHI CLASS 12 EQUITY INTERESTS, PARTICIPATING SUBSIDIARY DEBTOR CLASS 6 EQUITY INTERESTS, AND NON-PARTICIPATING SUBSIDIARY DEBTOR CLASS 5 EQUITY INTERESTS

PLEASE TAKE NOTICE THAT on September 1, 2011, the United States Bankruptcy Court for the Southern District of New York approved the Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code, dated August 31, 2011 (as it may be amended or modified, the "Disclosure Statement"), filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"). The Debtors are soliciting votes with respect to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, dated August 31, 2011 (as it may be further amended or modified, the "Plan"), from holders of claims and equity interests who are (or may be) entitled to receive distributions under the Plan.

**UNDER THE TERMS OF THE PLAN, YOU ARE NOT ENTITLED TO RECEIVE OR RETAIN ANY PROPERTY ON ACCOUNT OF YOUR CLAIM(S) AGAINST, OR EQUITY INTEREST(S) IN, THE DEBTORS. THEREFORE, PURSUANT TO SECTION 1126(g) OF TITLE 11 OF THE UNITED STATES CODE, YOU ARE (i) DEEMED TO HAVE REJECTED THE PLAN AND (ii) NOT ENTITLED TO VOTE ON THE PLAN. IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR EQUITY INTEREST(S), OR IF YOU WISH TO OBTAIN A COPY OF THE PLAN AND DISCLOSURE STATEMENT, YOU MAY REQUEST SUCH COPY, IN WRITING, FROM THE DEBTORS' VOTING AGENT, EPIQ BANKRUPTCY SOLUTIONS, LLC, ATTN: LEHMAN BALLOT PROCESSING CENTER, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NEW YORK 10017, OR BY TELEPHONE AT 1-866-879-0688 (DOMESTIC) OR 1-503-597-7691 (INTERNATIONAL), OR YOU MAY VIEW THE PLAN AND DISCLOSURE STATEMENT BY ACCESSING EITHER WWW.LEHMAN-DOCKET.COM, OR THE COURT'S WEBSITE: WWW.NYSB.USCOURTS.GOV. NOTE THAT A PACER PASSWORD AND LOGIN ARE NEEDED TO ACCESS DOCUMENTS ON THE COURT'S WEBSITE (HTTP://WWW.PACER.PSC.USCOURTS.GOV).**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                                        : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     : 08-13555 (JMP)
:
Debtors.                                       : (Jointly Administered)
:
------------------------------------------------------------x

RECEIVED ON Oct. 6, 2011

NOTICE OF (i) APPROVAL OF DISCLOSURE STATEMENT;
(ii) ESTABLISHMENT OF RECORD DATE; (iii) HEARING ON
CONFIRMATION OF THE PLAN AND PROCEDURES FOR
OBJECTING TO CONFIRMATION OF THE PLAN; AND
<u>(iv) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN</u>

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

<u>Name of Debtors and Case Numbers</u>

| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| --- | --- |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |