James M. Sullivan
**MOSES & SINGER LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7800
Fax: (212) 554-7700

*Attorneys for China Development Industrial Bank
and Dotson Investment Ltd*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 4th day of November, 2011, he caused copies of the:

**Objection of China Development Industrial Bank and Dotson Investments Ltd to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code**

to be served by electronic transmission upon those parties listed on the Debtors' 2002 Master Service List dated as of October 13, 2011 and upon those parties listed on the attached Service List as indicated thereon.

                                                               /s/ Don K. Kick
                                                               Don K. Kick

Sworn to before me on November 7, 2011

    /s/ Marie S. Leybag
Notary Public

      Marie S. Leybag
Notary Public, State of New York
     No. 01LE5060744
  Qualified in Queens County
Commission Expires: May 20, 2014

897005v1 013364.0101

## SERVICE LIST

**VIA FEDERAL EXPRESS**
Alfredo R. Perez, Esq.
Weil Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002

**BY HAND**

| | |
|---|---|
| Harvey R. Miller, Esq.<br>Lori R. Fife, Esq.<br>Garrett Fail, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq.<br>Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 | |

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Monica Lawless<br>Brookfield Properties One WFC Co. LLC<br>Three World Financial Center<br>200 Vesey Street<br>New York, NY 10281 | AT&T Services-James W. Gordon<br>AT&T Services<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 |
| District Director<br>IRS-Special Procedures Branch<br>290 Broadway<br>New York, NY 10007 | Mr. Masaya Yamashiro<br>The Sumitomo Trust & Banking Co. Ltd.<br>Grantokyo South Tower<br>1-9-2 Marunouchi<br>Chiyoda-Ky<br>Tokyo, Japan 100-661 |
| Contrarian Capital Management, LLC<br>Attn: Ethan Schwartz<br>411 Putnam Avenue, Suite 425<br>Greenwich, CT 06830 | Stempel Bennett Claman & Hochberg, P.C<br>Attn: Edmond P. O'Brien, Esq.<br>AT&T Services<br>675 Third Avenue, 31st Floor<br>New York, NY 10017 |
| Adorno & Yoss LLP<br>Attn: Charles M. Tatelbaum, Esq.<br>350 E. Las Olas Blvd., Suite1700<br>Fort Lauderdale, FL 33301 | Cohen Lifland Pearlman Herrmann<br>    & Knopf LLP<br>Attn: Peter Perlman and Jeffrey Herrmann<br>Park 80 Plaza West-One<br>Saddle Brook, NJ 07663 |
| Standard Chartered Bank<br>Attn: Marc Chait<br>1095 Avenue of the Americas<br>New York, NY 10036 | |

897005v1  013364.0101