October 12, 2011

To the
Honourable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York   Courtroom 601
New York 10004

In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objections to Disallow and Expunge Filed Proofs of Claim

Court: United States Bankruptcy Court
       Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

| | |
|---|---|
| Creditor/Claimant: | JOSE RICARDO ALCALA LUNA/ ANA MARIA OCAMPO F<br>CENTAURO #3056 COL. RINC. DE LA CALMA<br>ZAPOPAN, JALISCO  45082 MEXICO |
| Claim Number: | 56480 |
| Debtor: | Lehman Brothers Holdings Inc.<br>08-13555 |
| Response to: | Objection requesting Claim to be Disallowed & Expunged |
| Basis of the Claim: | LEHMAN BROTHERS<br>DUE 06/01/2049 INT 6.900%<br>ISIN: XS0301813522<br>With a Nominal Value of US$ 105,000 |

We herewith oppose the disallowance and expungement on the ground that the Debtors have no liability for the claim. The purchase of the securities was legitimate and the claim was filed on time.
I ask the Bankruptcy Court of Southern District of New York to formally fully recognize my justified claim and put these on the formal list of Debtors.

_____            _____
JOSE RICARDO ALCALA LUNA            ANA MARIA OCAMPO FLORES

RECEIVED
OCT 28 2011
U.S. BANKRUPTCY COURT, SDNY
JMP