# LOUISE ROBERTO
## 134 Buel Avenue, Staten Island, NY 10305

Clerk of the Court							October 27, 2011
United States Bankruptcy Court
Alexander Hamilton Customs House
One Bowling Green, Courtroom 601
New York, NY 10004

To Whom It May Concern:

I am a Lehman Retiree receiving a Pension from PBGC as well as being an active enrollee in the Aetna Medicare POS Plan provided through the Lehman VEBA program.

I just recently received a letter from Epiq indicating that the VEBA Trust and Lehman Brothers Holdings has filed a motion regarding Lehman Health Care Services.

***Please be aware that I strongly and vociferously object to this motion.***

For your information I was a First Vice President and provided nearly Twenty Seven years of impeccable service to LBI and nearly one year of service to LBHI. Additionally, as a result of the bankruptcy, I lost over 75% of my life savings which included nearly 10k shares of LBI stock as well as participating in the LBI Non Qualified Deferred Plan (approx $700k). My claims have been denied and at this point I believe that enough is enough. Hasn't the bankruptcy taken enough from retirees? We need something to remain stable and if the motion is approved I believe that the remaining funds will be depleted sometime in 2012.

We former Lehman employees implore your consideration to leave well enough alone. The economic condition of this country does not afford us the luxury of maintaining the status quo without exorbitant medical premiums which many of us cannot afford.

I am not sure what proof of service evidence is required, but will gladly provide any evidence at your request.

Basic information that may be of use to you is as follows:

| | |
|---|---|
| **Name** | Louise Roberto |
| **Date of Hire** | 07-07-1981 |
| **Last Date Worked** | 02-28-2008 |
| **Employee ID** | 100017248 |

I eagerly await a response from you.

Regards,

*Louise Roberto*

Louise Roberto

RECEIVED OCT 28 2011 U.S. BANKRUPTCY COURT, SDNY JMP

Copies:    Honorable James M Peck, United States Bankruptcy Judge
           Weil, Gotshal & Manges LLP, Attorneys for the Debtors
           Hughes Hubbard & Reed LLP, Attorneys for the SIPA Trust