Kenneth A. Kopelman
Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for UBS AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :   Case No. 08-13555 (JMP)
                                                                 :
Debtors.                                                         :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## STATEMENT OF UBS AG IN SUPPORT OF
## DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN

UBS AG, through its undersigned counsel, hereby files this statement in support of the Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code [Docket No. 19627] (the "Plan"), filed by Lehman Brothers Holdings Inc. and its affiliated chapter 11 debtors (collectively, the "Debtors") on August 31, 2011 in the above-captioned case.

A/74586565.1

UBS AG is party to a Plan Support Agreement (the "PSA") with the Debtors. Subject to the terms and conditions of the PSA, UBS AG supports the confirmation of the Plan.

Dated: November 7, 2011
      New York, New York

**BINGHAM MCCUTCHEN LLP**

/s/ Joshua Dorchak
Kenneth A. Kopelman
ken.kopelman@bingham.com
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for UBS AG*

A/74586565.1