UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                    :

In re                   :        Chapter 11 Case No.
                    :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                    :        (Jointly Administered)

        Debtors.          :
                    :

------------------------------------------------------------------x      Ref. Docket Nos. 19034, 20427,
                           20430, 20432, 20434, 20435, 20437,
                           20490, 20508, 20509, 21159, 21279,
                           21280, 21283, 21291, 21332-21335,
                           21342, 21343, 21368, 21384-21388,
                           21390-21393, 21403, 21424-21426,
                           21432-21436

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 2, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
7th day of November, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 19034, 20427, 20430...21426,21432-21436_AFF_11-02-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BARCLAYS BANK PLC
              TRANSFEROR: CREDIT SUISSE
              745 SEVENTH AVENUE
              NEW YORK NY 10019

Please note that your claim # 55829-91 in the above referenced case and in the amount of
        $0.00  Unliquidated        has been transferred **(unless previously expunged by court order)**

              THE VARDE FUND IX, L.P.
              TRANSFEROR: BARCLAYS BANK PLC
              ATTN: EDWINA P.J. STEFFER
              8500 NORMANDALE LAKE BOULEVARD
              SUITE 1500
              MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 20427    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/02/2011                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 2, 2011.

**EXHIBIT B**

TIME: 13:26:26
DATE: 11/02/11

PAGE: 1

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
| --- | --- |
| BANK OF SCOTLAND PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANK OF SCOTLAND PLC | ATTN: OLIVER BASI 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| BANK OF SCOTLAND PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SWISS RE FUNDS (LUX) I ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVE NEW YORK NY 10019 |
| BAUPOST GROUP SECURITIES LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BAUPOST GROUP SECURITIES LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ROPES & GRAY LLP ATTN: PHILIP A WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BAUPOST GROUP SECURITIES LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O ROPES & GRAY LLP ATTN: PHILIP A WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| CLARIDEN LEU LTD. | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CLARIDEN LEU LTD. | ATTN: CREDIT SUISSE AG ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CLINTON MADISON MASTER FUND, LTD. | ATTN: JOHN HALL C/O THE CLINTON GROUP, INC. 9 WEST 57TH ST., 26TH FLOOR NEW YORK NY 10019 |
| CLINTON MAGNOLIA MASTER FUND LTD | C/O CLINTON GROUP, INC. ATTN: JOHN HALL 9 WEST 57TH ST., 26TH FLOOR NEW YORK NY 10019 |
| CLINTON MULTISTRATEGY MASTER FUND, LTD. | C/O THE CLINTON GROUP, INC. ATTN: JOHN HALL 9 WEST 57TH. ST. 26TH FLOOR NEW YORK NY 10019 |
| CLINTON MULTISTRATEGY MASTER FUND, LTD. | C/O THE CLINTON GROUP, INC. ATTN: JOHN HALL 9 WEST 57TH. ST. 26TH FLOOR NEW YORK NY 10019 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DAM, J.H. | OUDE TUMSINGWEG 8 MARLE 7447 RJ NETHERLANDS |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: ODEFY, SABINE BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: SACHAU, FRANK BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CLINTON MADISON MASTER FUND, LTD. ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CLINTON MAGNOLIA MASTER FUND, LTD. ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CLINTON MULTISTRATEGY MASTER FUND LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CLINTON MULTISTRATEGY MASTER FUND, LTD. ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DLJKGMAAF, L. | STAVERDENSEWEG 70 ELSPEET 8075 AS NETHERLANDS |
| GIRARDI, MARINA & KAZAZIWAN, SABAH | KALYXONGI BLD, 1ST FLOOR WADDAH EL YAMAN ST ALEPPO SYRIAN ARAB REPUBLIC |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CLARIDEN LEU LTD. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CREDIT SUISSE ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: NEUE AARGAUER BANK AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDSTEIN, ROSE AND MARK HARDY | 175 ETON CRESCENT HAMPSTEAD QB H3X 3X4 CANADA |
| HENDRIX, MARIA - VARTEST BM | ROZENLAAN, 41 SCHILDE 2970 BELGIUM |
| INCORE BANK AG | SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH 8022 SWITZERLAND |
| LINDEN J.H.L. VAN DER | PARK CRAIJENSTEIN 31 VUGHT 4263 ER NETHERLANDS |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DAM, J.H. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DIJKGMAAF, L. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: GIRARDI, MARINA & KAZAZIWAN, SABAH ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: GOLDSTEIN, ROSE AND MARK HARDY ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: HENDRIX, MARIA - VARTEST BM ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: INCORE BANK AG ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: LINDEN J.H.L. VAN DER ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: REPOS-JOIE-SANTE ASBL ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: VAN ELK, W.A.M. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LLOYDS TSB BANK PLC | ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA, SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO SANTANDER (MEXICO), S.A. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 13:26:26
DATE: 11/02/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING.

PAGE: 2

| Name | Address |
|---|---|
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO SANTANDER, S.A. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANK OF SCOTLAND PLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANK OF SCOTLAND PLC V/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: LLOYDS TSB BANK PLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CREDIT INDUSTRIEL ET COMMERCIAL ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY CAPITAL SERVICES LLC | COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES LLC | F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| M257, L.L.C. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED PO BOX 8301 NEW YORK NY 10150 |
| M257, L.L.C. | JAMES H. MILLAR WILMERHALE 399 PARK AVENUE NEW YORK NY 10022 |
| NEUE AARGAUER BANK AG | TRANSFEROR: CREDIT SUISSE ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010 |
| ODEFEY, SABINE | GERTIGSTRASSE 1 HAMBURG D-22303 GERMANY |
| RAAS, ANTON | TRANSFEROR: CREDIT SUISSE AKAZIENWEG 6 FRAUENFELD CH-8500 SWITZERLAND |
| REPOS-JOIE-SANTE ASBL | RUE FEYERH, 114 LAHESTRE 7170 BELGIUM |
| SACHAU, FRANK | ANNA-HOLLMANN-WEG 3 HAMBURG 22587 GERMANY |
| SWISS RE FUNDS (LUX) I | ATTN: ADRIAN SPIELER & PASCAL ZBINDEN 6C, ROUTE DE TREVES SENNINGERBERG L-2633 LUXEMBOURG |
| SWISS RE FUNDS (LUX) I | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| SWISS RE FUNDS (LUX) I | SWISS RE CAPITAL MARKETS LIMITED ATTN: NICHOLAS RAYMOND 30 ST MARY AXE LONDON EC3A 8EP UNITED KINGDOM |
| THE VARDE FUND IX, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| UNIONE DI BANCHE ITALIANE S.C.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: FABIO BOSCHIAN PIAZZA VITTORIO VENETO, 8 BERGAMO 24100 ITALY |
| VAN ELK, W.A.M. | APOLLAAN 2 RC ROZENDAAL 6891 NETHERLANDS |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O YORK CAPITAL MGT LP/MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed          82

EPIQ BANKRUPTCY SOLUTIONS, LLC