HEARING DATE AND TIME: December 21, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE:  December 7, 2011 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO REVALUE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF TWO HUNDRED THIRTIETH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, MATTHIAS KLEINSASSER, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
                      Debtors.           :    (Jointly Administered)
-----------------------------------------------------------------x
```

**NOTICE OF HEARING ON DEBTORS' TWO HUNDRED THIRTIETH**
**OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)**

    **PLEASE TAKE NOTICE** that on November 7, 2011, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their two hundred thirtieth omnibus

objection to claims (the "Debtors' Two Hundred Thirtieth Omnibus Objection to Claims"), and

US_ACTIVE:\43851089\03\58399.0008

that a hearing (the "Hearing") to consider the Debtors' Two Hundred Thirtieth Omnibus

Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy

Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, New York, New York 10004, on **December 21, 2011 at 10:00 a.m.**

**(Eastern Time),** or as soon thereafter as counsel may be heard.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Two

Hundred Thirtieth Omnibus Objection to Claims must be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed

with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which

can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing

system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.), so as to be so filed and received by no later than **December 7, 2011 at 4:00**

**p.m. (Eastern Time)** (the "Response Deadline").

      **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Two Hundred Thirtieth Omnibus Objection to Claims or any

claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' Two Hundred Thirtieth Omnibus Objection to Claims, which order may be entered with

no further notice or opportunity to be heard offered to any party.

Dated: November 7, 2011
      New York, New York

                      /s/ Robert J. Lemons
                      Robert J. Lemons

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Debtors
                      and Debtors in Possession

US_ACTIVE:\43851089\03\58399.0008

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                        :      **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :      **08-13555 (JMP)**
                                                             :
                     **Debtors.**                            :      **(Jointly Administered)**
------------------------------------------------------------------x

**DEBTORS' TWO HUNDRED THIRTIETH OMNIBUS**
**OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)**

---

**THIS OBJECTION SEEKS TO REVALUE, RECLASSIFY, MODIFY,
AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES
RECEIVING THIS NOTICE OF TWO HUNDRED THIRTIETH
OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE
OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR
CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION
AND/OR IN THE EXHIBIT ATTACHED THERETO TO
DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR
CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS'
COUNSEL, MATTHIAS KLEINSASSER, AT 214-746-7700.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent as follows:

### **Relief Requested**

1.      The Debtors file this two hundred thirtieth omnibus objection to

claims (the "Two Hundred Thirtieth Omnibus Objection to Claims"), pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order

approving procedures for the filing of omnibus objections to proofs of claim filed in these

chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking to revalue,

reclassify (in certain instances), modify the Debtor entity (in certain instances), and allow

the claims listed on Exhibit A annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed on Exhibit A (collectively,

the "Settled Derivatives Claims") should be revalued, reclassified (in certain instances),

modified (in certain instances), and allowed.  Pursuant to this Court's order approving

procedures for the settlement or assumption and assignment of prepetition derivatives

contracts (the "December Order") [Docket No. 2257], claimants and the Debtors have

negotiated settlements of disputes related to derivatives claims.  These settlements

---

[1] Not all claims listed on Exhibit A require reclassification or modification of the Debtor entity.  Exhibit A,
however, sets forth which specific claims will be reclassified as non-priority, general unsecured claims
pursuant to the parties' agreement as well as against which Debtor the claim shall be allowed.

US_ACTIVE:\43851089\03\58399.0008

include agreements regarding the claim amounts and identity of the correct Debtor entity against whom the claim is properly asserted. The settlements are reflected in executed termination agreements among the relevant parties or have been agreed to by the relevant parties in other writings or oral agreements. The proofs of claim being objected to are not consistent with the terms of such settlements. The Debtors, therefore, request that the Court revalue, reclassify, and/or modify, as appropriate, each such claim to reflect (a) the Debtor listed on <u>Exhibit A</u> under the column heading *"Modified Debtor,"* (b) the amount listed under the column heading *"Modified Amount,"* and (c) the classification listed under the column heading *"Modified Class."* The Debtors further request that the Court allow each such claim only to the extent of such Modified Amount and Modified Class and only as to the Modified Debtor.

### Jurisdiction

3.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4.    Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3

5.      On September 17, 2008, the United States Trustee for Region 2
(the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to
section 1102 of the Bankruptcy Code (the "Creditors' Committee").

6.      On December 16, 2008, the Court entered the December Order,
which approved and established specific procedures by which the Debtors could settle
claims arising from the termination of prepetition derivatives contracts.

7.      On January 14, 2010, the Court entered the Procedures Order,
which authorizes the Debtors, among other things, to file omnibus objections to no more
than 500 claims at a time, on various grounds, including those set forth in Bankruptcy
Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Settled Derivatives Claims**
**Should Be Revalued, Reclassified, Modified, and Allowed**

8.      In their review of the claims filed on the claims register in these
cases, the Debtors have identified the claims on Exhibit A as being claims for which the
Debtors have specifically negotiated a settlement with the claimants for a total claim
amount and (in certain instances) a classification and Debtor entity that is not the amount,
classification, and/or Debtor that is reflected on such claimants' proof of claim.

9.      A filed proof of claim is "deemed allowed, unless a party in
interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the
claim's essential allegations is asserted, the claimant has the burden to demonstrate the
validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009);
*In re Adelphia Commc'ns Corp.*, No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15

4

(Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539

(Bankr. S.D.N.Y. 2000).

        10.     Pursuant to the December Order, the Debtors engaged in

negotiations with certain claimants that had filed proofs of claim against the Debtors

asserting obligations based on prepetition derivatives contracts.  The Debtors and these

claimants negotiated and agreed to claim amounts and (in certain instances)

classifications and Debtor entities against which the claims are to be asserted that are not

reflected on the proof of claim forms filed by these claimants.  The agreements regarding

the claim amounts, classification, and designation as to appropriate Debtor counterparty

are reflected either in an executed termination agreement or other writing or oral

agreement.

        11.     The holders of the Settled Derivatives Claims agreed that their

claims are properly asserted against the Debtor counterparty that is reflected on Exhibit A

under the column heading *"Modified Debtor,"* and in the amounts and classifications that

are reflected under the column headings *"Modified Amount"* and *"Modified Class."*  The

Debtors are seeking only to reclassify claims or modify the Debtor where the claimant's

proof of claim is not consistent with the Debtors' settlement with the claimant.

Accordingly, in order to properly reflect the Debtors' and claimants' agreements with

respect to the Debtor entity, amount, and classification of these claims, the Debtors

request that the Court revalue, reclassify, and/or modify (as appropriate) each Settled

Derivatives Claim to reflect (a) the Debtor entity listed on Exhibit A under the column

heading *"Modified Debtor,"* (b) the amount listed under the column heading *"Modified

Amount,"* and (c) the classification under the column heading *"Modified Class."*  The

5

Debtors further request that the Court allow each such Settled Derivatives Claim only to the extent of such modified amount and classification listed on Exhibit A under the column headings *"Modified Amount"* and *"Modified Class,"* and only as to the *"Modified Debtor"* set forth therein.

### Notice

12.     No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this Two Hundred Thirtieth Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no other or further notice need be provided.

13.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

US_ACTIVE:\43851089\03\58399.0008

WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated: November 7, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

7

# EXHIBIT A

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONAVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 34902 | 09/24/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,310,157.00* | Lehman Brothers Holdings Inc. | Unsecured | $5,200,000.00 |
| 2 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANGEMENT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK, NY 10022 | 34903 | 09/24/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,310,157.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $5,200,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| 3 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O M.H. DAVIDSON & CO. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 5584 | 07/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,318,289.01* | Lehman Brothers Special Financing Inc. | Unsecured | $3,100,000.00 |
| 4 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: JENNIFER DONOVAN, C/O M.H. DAVIDSON & CO. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 5585 | 07/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,318,289.01* | Lehman Brothers Holdings Inc. | Unsecured | $3,100,000.00 |
| 5 | BLUE ANGEL CLAIMS LLC TRANSFEROR: JYSKE BANK A/S ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 6631 | 07/29/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,760,469.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,600,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 6 | BLUE ANGEL CLAIMS LLC TRANSFEROR: JYSKE BANK A/S ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 6632 | 07/29/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,760,469.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,600,000.00 |
| 7 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: ORANJE-NASSAU ENERGIE BV C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 11423 | 09/11/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,520,834.50 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,000,000.00 |
| 8 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: ORANJE-NASSAU ENERGIE BV C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 11424 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,520,834.50 | Lehman Brothers Holdings Inc. | Unsecured | $3,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 30090 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $11,880,752.01* | Lehman Brothers Holdings Inc. | Unsecured | $10,850,000.00 |
| 10 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 30092 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,378,238.79* | Lehman Brothers Holdings Inc. | Unsecured | $750,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 35431 | 09/28/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $11,880,752.01* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $10,850,000.00 |
| 12 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 35432 | 09/28/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,378,238.79* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $750,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 21369 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,226,337.00 | Lehman Brothers Holdings Inc. | Unsecured | $12,500,000.00 |
| 14 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: HARTFIELD FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3634 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,758,653.92 | Lehman Brothers Holdings Inc. | Unsecured | $2,450,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: WATERSTONE MARKET NETURAL MAC 51 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3635 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,094,080.49 | Lehman Brothers Special Financing Inc. | Unsecured | $1,900,000.00 |
| 16 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3640 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $510,599.00 | Lehman Brothers Special Financing Inc. | Unsecured | $200,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 17 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3642 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,094,080.49 | Lehman Brothers Holdings Inc. | Unsecured | $1,900,000.00 |
| 18 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3647 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $510,599.00 | Lehman Brothers Holdings Inc. | Unsecured | $200,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3649 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $622,082.00 | Lehman Brothers Holdings Inc. | Unsecured | $600,000.00 |
| 20 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3650 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $622,082.00 | Lehman Brothers Special Financing Inc. | Unsecured | $600,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 21 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: HARTFIELD FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3652 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,758,653.92 | Lehman Brothers Special Financing Inc. | Unsecured | $2,450,000.00 |
| 22 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED) C/0 CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3653 | 03/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $946,113.09 | Lehman Brothers Holdings Inc. | Unsecured | $700,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 9289 | 08/24/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $16,226,337.00 | Lehman Brothers Special Financing Inc. | Unsecured | $12,500,000.00 |
| 24 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED) c/o CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3638 | 03/31/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $946,113.09 | Lehman Brothers Special Financing Inc. | Unsecured | $700,000.00 |
| 25 | CARGILL, INCORPORATED ATTN: PHILIP M. FANTLE, ESQ. PO BOX 5624 MINNEAPOLIS, MN 55440-5624 | 33135 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Secured Unsecured Subtotal | $4,861,431.17 $2,071,555.90 $6,932,987.07 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,411,417.60 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 26 | CARGILL, INCORPORATED ATTN: PHILIP M. FANTLE, ESQ. PO BOX 5624 MINNEAPOLIS, MN 55440-5624 | 33137 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,923,724.66 | Lehman Brothers Holdings Inc. | Unsecured | $3,411,417.60 |
| 27 | CASTLERIGG MASTER INVESTMENTS LTD C/O SANDELL ASSET MANAGEMENT CORP. ATTN: LEGAL DEPARTMENT ATTN: LAURA STRACHE, MANAGING DIRECTOR ATTN: TIM O'BRIEN NEW YORK, NY 10019 | 27311 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $13,904,506.00* | Lehman Brothers Holdings Inc. | Unsecured | $9,055,734.84 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK, NY 10152 | 15160 | 09/17/2009 | Lehman Commercial Paper Inc. | Unsecured | $5,712,681.20* | Lehman Commercial Paper Inc. | Unsecured | $5,298,750.00 |
| | TRANSFERRED TO: C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | | | | | $21,158,078.50* | | | $19,625,000.00 |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: CCP CREDIT ACQUISITION HOLDINGS, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK, NY 10152 | | | | | $15,445,397.30* | | | $14,326,250.00 |
| 29 CITIZENS NATIONAL BANK ATTN: ANN BOWERS P.O. BOX 4610 SEVIERVILLE, TN 37864 | 11364 | 09/10/2009 | CES Aviation LLC | Unsecured | $781,438.00 | Lehman Brothers Holdings Inc. | Unsecured | $703,294.20 |
| 30 CITIZENS NATIONAL BANK ANN BOWERS PO BOX 4610 SEVIERVILLE, TN 37864 | 11365 | 09/10/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $781,438.00 | Lehman Brothers Special Financing Inc. | Unsecured | $703,294.20 |
| 31 CVI GVF (LUX) MASTER S.A.R.L. C/O BRETT STENBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA, MN 55343 | 18279 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $24,507,401.70 | Lehman Brothers Special Financing Inc. | Unsecured | $22,500,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 32 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TRUSTEE ON BEHALF OF GENIE II FUND C/O CARVAL INVESTORS UK LIMITED - KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 3353 | 03/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,227,803.99 | Lehman Brothers Special Financing Inc. | Unsecured | $2,000,000.00 |
| 33 | DEUTSCHE BANK AG ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 14865 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $77,292,982.55* | Lehman Brothers Special Financing Inc. | Unsecured | $50,500,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|------------|-----------------|----------------|-----------------|-----------------|----------------|-----------------|
| 34 | DEUTSCHE BANK AG LONDON BRANCH ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 14870 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $77,292,982.55* | Lehman Brothers Holdings Inc. | Unsecured | $50,500,000.00 |
| 35 | ENEL S.P.A. ATTN: LEGAL DEPARTMENT CINZIA BONFANTONI VIALE REGINA MARGHERITA 137 ROME, 00198 ITALY | 23594 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $22,115,160.41* | Lehman Brothers Holdings Inc. | Unsecured | $20,650,000.00 |
| 36 | ENEL S.P.A. ATTN: LEGAL DEPARTMENT CINZIA BONFANTONI VIALE REGINA MARGHERITA 137 ROME, 00198 ITALY | 23595 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $22,115,160.41* | Lehman Brothers Special Financing Inc. | Unsecured | $20,650,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 16 of 19

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 37 | FEDERAL HOME LOAN MORTGAGE CORPORATION ATTN: MARK LANDMAN LANDMAN CORSI BALLAINE & FORD P.C. 120 BROADWAY - 27TH FLOOR NEW YORK, NY 10271 | 33569 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $17,239,087.33 | Lehman Brothers Special Financing Inc. | Unsecured | $16,394,310.08 |
| 38 | FEDERAL HOME LOAN MORTGAGE CORPORATION ATTN:  MARK LANDMAN LANDMAND, CORSI, BALLAINE & FORD P.C. 120 BROADWAY NEW YORK, NY 10271 | 33576 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,239,087.33[1] | Lehman Brothers Holdings Inc. | Unsecured | $16,100,024.63 |
| 39 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 23947 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $25,635.77 | Lehman Brothers Holdings Inc. | Unsecured | $115,434.40 |

[1] Claim 33567 has been asserted in the amount of $885,839,087.33.  Pursuant to the Two Hundred Thirtieth Omnibus Objection to Claims, only the portion of Claim 33576 asserting a claim totaling $17,239,087.33 in connection with that certain ISDA Master Agreement dated as of February 4, 1993 and related Schedule, Credit Support Annex and related documents and amendments is being reduced to $16,100,024.33 and allowed.  The portion of Claim 33576 that is asserting a claim totaling $868,600,000.00 in connection with that certain Master Commitment dated as of April 26, 2005 is not being reduced and allowed pursuant to, or being affected by, the Two Hundred Thirtieth Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 33576 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 40 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 24593 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $103,187.74 | Lehman Brothers Special Financing Inc. | Unsecured | $105,378.80 |
| 41 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 24974 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $25,635.77 | Lehman Brothers Special Financing Inc. | Unsecured | $115,434.40 |
| 42 | NATIONAL AUSTRALIA BANK LIMITED ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK, NY 10167 | 24632 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured<br><br>Subtotal | Undetermined $52,943,691.00*<br><br>$52,943,691.00 | Lehman Brothers Holdings Inc. | Unsecured | $40,000,000.00 |
| 43 | TELEFONICA, S.A. ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C, EDIFICIO CENTRAL PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID, 28050 SPAIN | 67514 | 06/01/2011 | Lehman Brothers Commercial Corporation | Unsecured | $5,547,007.62 | Lehman Brothers Commercial Corporation | Unsecured | $5,132,502.04 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 230: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 44 | WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS- ZENTRALBANK BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD- ALLEE 20 DUSSELDORF, D- 40227 GERMANY | 27836 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,581,852.40* | Lehman Brothers Holdings Inc. | Unsecured | $83,194.65 |
| | | | | | TOTAL | $499,550,138.92 | | TOTAL | $387,081,437.44 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x
In re                                             :        Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :        08-13555 (JMP)
                                                  :
                              Debtors.            :        (Jointly Administered)
--------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED THIRTIETH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred thirtieth omnibus objection to claims, dated November 7, 2011 (the "Two Hundred Thirtieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to revalue, reclassify (in certain instances), modify the Debtor entity (in certain instances), and allow the Settled Derivatives Claims on the grounds that the Debtors and claimants have agreed upon a claim amount and, in certain instances, a classification and Debtor counterparty that is not currently reflected on claimants' proofs of claim, all as more fully described in the Two Hundred Thirtieth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Thirtieth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Thirtieth Omnibus Objection to Claims.

to the Two Hundred Thirtieth Omnibus Objection to Claims; and (vii) all other parties entitled to

notice in accordance with the procedures set forth in the second amended order entered on June

17, 2010 governing case management and administrative procedures for these cases [Docket No.

9635]; and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Two Hundred Thirtieth Omnibus Objection to

Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and

that the legal and factual bases set forth in the Two Hundred Thirtieth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Thirtieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivatives Claim listed on Exhibit 1 annexed

hereto is hereby modified and allowed in the amount and classification and against the Debtor

that is set forth on Exhibit 1 under the column headings *"Modified Amount," "Modified Class,"*

and *"Modified Debtor,"* respectively, *provided that*, the holder of a Settled Derivatives Claim

against both (i) a Debtor based on a derivatives contract and (ii) LBHI based on its guarantee

relating to that derivatives contract may not receive an aggregate recovery in respect of the

Settled Derivatives Claim greater than the applicable *"Modified Amount"*; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that (i) the *"Modified Amount"* includes the total amount due to the

claimant under, in respect of, or related to the applicable derivatives contract and (ii) the Settled

Derivatives Claims shall represent the sole right of the claimant to any distributions from the

2

applicable Modified Debtor under, in respect of, or related to the applicable derivatives

contracts; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on <u>Exhibit A</u> to the Two Hundred Thirtieth

Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
     New York, New York

                                            _____
                                            UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43851547\02\58399.0008