UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :     08-13555 (JMP)
                                                   :     (Jointly Administered)
                     Debtors.                      :
                                                   :
-----------------------------------------------------------------x     Ref. Docket Nos. 14999, 20518,
                                                         20519, 20601, 21277, 21287, 21294,
                                                         21296, 21408, 21469, 21488-21493

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 3, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
7th day of November, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
    C/O ANCHORAGE ADVISORS, L.L.C.
    610 BROADWAY, 6TH FLOOR
    ATTENTION: KATHRYN PRUESS
    NEW YORK NY 10012
```

Please note that your claim # 22217-01 in the above referenced case and in the amount of
$73,665,350.39   Unliquidated        has been transferred **(unless previously expunged by court order)**

```
DEUTSCHE BANK AG, LONDON BRANCH (UK)
TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
ATTN: PHILIPP ROEVER
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON    EC2N 2DB
UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14999       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 3, 2011.

**EXHIBIT B**

08-13555-mg    Doc 21723    Filed 11/07/11    Entered 11/07/11 17:23:26    Main Document
Pg 4 of 5

TIME: 19:12:27
DATE: 11/03/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR ATTENTION: KATHRYN PRUESS NEW YORK NY 10012 |
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO) 12051 ITALY |
| BAUPOST GROUP SECURITIES LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: HERB WAGNER 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O ROPES & GRAY LLP ATTN: PHILIP A. WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LTD | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL LIMITED | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER PARTNERS | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CREDIT SUISSE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| ELLIOT ASSOCIATES, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: MICHAEL STEPHAN 40 W. 57TH STREET NEW YORK NY 10019 |
| ELLIOT INTERNATIONAL, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| M.H. DAVIDSON & CO. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: HABIB BANK AG ZURICH 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: SAF BTP VIE 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY CAPITAL SERVICES LLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| RBS SECURITIES INC. | TRANSFEROR: CONTRARIAN FUNDS, LLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SILVER POINT CAPITAL FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P. | DAVID POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| UBS AG | TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE, S.C.P.A. | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO SCPA ATTN: MRS. ROSA DUNIA BRAMBILLA BERGAMO 24100 ITALY |

Total Number of Records Printed    34

EPIQ BANKRUPTCY SOLUTIONS, LLC