UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                          :
In re                                     :     Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (JMP)
                                          :     (Jointly Administered)
                          Debtors.        :
                                          :
-------------------------------------------------------------------x   Ref. Docket Nos. 21288, 21295

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 3, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
7th day of November, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 21288, 21295_Aff 11-03-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                              |          Chapter 11 Case No.
                                                   |
                                                   |          08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                   |          (Jointly Administered)
                    Debtors.                       |
                                                   |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:     DCI LONG-SHORT CREDIT FUND
                ATTN: KATHRYN WHEADON
                C/O DIVERSIFIED CREDIT INVESTMENTS, LLC
                201 SPEAR STREET
                SUITE 250
                SAN FRANCISCO CA 94105


Additional:     DCI LONG-SHORT CREDIT FUND
                SIDLEY AUSTIN LLP
                ATTN: MICHAEL G. BURKE, ESQ.
                787 SEVENTH AVENUE
                NEW YORK NY 10019


Transferee:     1 MILE WEST LLP ET AL
                C/O THE FEDDER COMPANY
                514 N RAIO HWY
                GLEN BURNIE MD 21061


**Your transfer   of claim #   67595   is defective for the reason(s) checked below:**

Other                                    TRANSFEROR NAME DOES NOT MATCH.
Address Missing


Docket Number 21288              Date 10/26/11


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 3, 2011.

**EXHIBIT B**

TIME: 19:13:36
DATE: 11/03/11

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| 1 MILE WEST LLP ET AL | C/O THE FEDDER COMPANY 514 N RAIO HWY GLEN BURNIE MD 21061 |
| DCI LONG-SHORT CREDIT FUND | ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO CA 94105 |
| DCI LONG-SHORT CREDIT FUND | SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAXIMILIAN PARTNERS, L.L.C. | C/O ROPES & GRAY L.L.P. ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |

Total Number of Records Printed    4

EPIQ BANKRUPTCY SOLUTIONS, LLC