SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022
Telephone:  (212) 756-2000
Facsimile:  (212) 593-5955
Adam C. Harris

Attorneys for Davidson Kempner
Capital Management LLC, as
investment advisor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK    ) | |
|                                          )   ss.: | |
| COUNTY OF NEW YORK  ) | |

I, Kevin Bell duly sworn, depose and say:

I am not a party to this action, am over 18 years of age and employed by Schulte Roth & Zabel LLP.

On Monday November 7, 2011, I served a true and correct copy of the Statement of Davidson Kempner Capital Management LLC, As Investment Advisor, in Support of Confirmation and Consummation of The Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of The Bankruptcy

Code upon the parties listed on the attached Service List by Federal Express.

/s/: Kevin Bell
Kevin Bell

SWORN TO AND SUBSCRIBED
before me this 7th day of November, 2011

/s/: Sean Lustig
Sean Lustig
Notary Public, State of New York
No. 01LU6226883
Qualified in Nassau County
Commission Expires Aug. 16, 2014

DOC ID-17667102.1

## Service List

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Gerard Uzzi, Esq.
J. Christopher Shore, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Andrew D. Velez - Rivera, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Harvey R. Miller, Esq.
Lori R. Fife, Esq.
Alfredo R. Perez, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

DOC ID-17667102.1