

COLONNADE PROPERTIES LLC
777 S. FLAGLER DRIVE, SUITE 1205 EAST TOWER, WEST PALM BEACH, FL 33401
TELEPHONE (561) 833-7337  FACSIMILE (561) 832-2726

JOSEPH S. SAMBUCO                                 October 27, 2011
PRESIDENT & CEO
                        *By Hand Delivery*

The Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Dear Honorable James M. Peck:

   I was a retail client of Lehman Brothers. Below are the securities that I owned in my children and my wife's accounts. I am also attaching a copy of each of their Lehman Brothers Statements. I assumed that because there is a CUISIP and/or ISIN number that the funds from the bankruptcy would be paid out to my brokerage account at Barclay's Bank. It would be very disconcerting if my children and wife did not receive the appropriate funds being a senior unsecured creditor of Lehman Brothers Holdings Inc.

**Account 831-51581**
Caroline Sambuco Trust Dated 12/12/1996
38,000 shares of ISIN: US524908MY32
Description: LBH "SPX Index-Plus Notes #2" Index-Plus Notes on S&P 500 60% Threshold Mar10-Mat Due 03 MAR 2010

**Account 831-72190**
Sloane C. Sambuco Trust U/A/D 01/25/1999
25,000 shares of ISIN: US524908MY32
Description: LBH "SPX Index-Plus Notes #2" Index-Plus Notes on S&P 500 60% Threshold Mar10-Mat Due 03 MAR 2010

**Account 831-31525**
Joseph Connors Sambuco Trust U/A/D 06/04/2003
22,000 shares of ISIN: US524908MY32
Description: LBH "SPX Index-Plus Notes #2" Index-Plus Notes on S&P 500 60% Threshold Mar10-Mat Due 03 MAR 2010

**Account 831-24545**
Nancy Connors Sambuco
65,000 shares of ISIN: US524908MY32
Description: LBH "SPX Index-Plus Notes #2" Index-Plus Notes on S&P 500 60% Threshold Mar10-Mat Due 03 MAR 2010

Continued on next page...


RECEIVED
OCT 28 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

I hope you will take this into strong consideration.  Thank you for your attention to this matter.

Very truly yours,

Joseph S. Sambuco

JSS:tg
Enclosures

# LEHMAN BROTHERS

**Brokerage account**
**831-51581**

NANCY LYNN CONNORS TRUSTEE
July 1 - July 31, 2008

page 1 of 12

**Your investment representative:**
R. PERLMAN
LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK NY, 10022
TEL: 800-392-5000

Member SIPC

LBF 8155D2W (10-06)

### GO PAPERLESS

Sign up for electronic delivery of account statements and trade confirmations and we will plant a tree on your behalf.

Visit www.lehmanlive.com for details. If you currently do not have online access, please contact your Investment Representative.

**Valuation summary: USD**

| | |
|---|---|
| Last period account value | 221,628.38 |
| This period account value | 223,535.16 |

3  Portfolio summary
   Account asset allocation
   Change in account value
4  Settlement date cash
   Tax spotlight
   Bulletin board
   Anticipated income
5  Equities summary
6  Fixed income summary
7  Holdings
10  Activity
11  Cash investment summary
12  Tax lots

All transaction dates appearing on this statement are trade dates, unless otherwise labeled.

NANCY LYNN CONNORS TRUSTEE
CAROLINE SAMBUCO TRUST
DTD 12/12/98
C/O COLONADE PROPERTIES LLC
380 LEXINGTON AVE SUITE 710
NEW YORK NY 10168-0602

### Bulletin board *(continued on pg. 4)*

Lehman Brothers is committed to complying with various customer identification and verification obligations. We may ask you to provide documentation or additional information, as necessary, to enable Lehman Brothers to comply with these requirements. We may also screen your name against various databases to verify your identity. This verification applies to both new accounts and when changes are made to existing accounts. Please be assured that this information and documentation will be treated with the highest regard to your personal privacy.

Business Continuity at Lehman Brothers: For a summary of how Lehman Brothers would respond to a significant business disruption, please go to www.lehman.com/bcp.htm.

Additional information about your investment representative or your representative's brokerage firm may be available by accessing FINRA's BrokerCheck program. Please visit www.nasdbrokercheck.com or call 1-800-289-9999 for more information.

The Multi-zone area of this document changes gradually from light to dark. Heat sensitive "SECURITY MARK" on front of the document turns from Grey to Clear when heat is applied.



# LEHMAN BROTHERS

**Brokerage account**
**831-51581**

**NANCY LYNN CONNORS TRUSTEE**
**July 1 - July 31, 2008**

## Stock Rating

| Rating | |
|---|---|
| 1 - Overweight: | The stock is expected to outperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| 2 - Equal weight: | The stock is expected to perform in line with the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| 3 - Underweight: | The stock is expected to underperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| RS Rating Suspended: | The rating and target price have been suspended temporarily to comply with applicable regulations and/or firm policies in certain circumstances including when Lehman Brothers is acting in an advisory capacity in a merger or strategic transaction involving the company. |

### Sector View

| Rating | |
|---|---|
| 1 - Positive: | sector coverage universe fundamentals/valuations are improving. |
| 2 - Neutral: | sector coverage universe fundamentals/valuations are steady, neither improving nor deteriorating. |
| 3 - Negative: | sector coverage universe fundamentals/valuations are deteriorating. |

# LEHMAN BROTHERS

| Brokerage account
| 831-51581

NANCY LYNN CONNORS TRUSTEE
July 1 - July 31, 2008

page 3 of 12

## Account asset allocation

Asset allocation includes derivative instruments classified based upon the corresponding underlying security and does not represent a comprehensive risk assessment of your account.

| | Last period | This period | % change | Asset allocation Jul. 31 |
|---|---|---|---|---|
| Equities | $179,422.10 | $180,991.80 | 0.8% | 81.0% |
| Fixed income | 40,755.00 | 40,994.40 | 0.5 | 18.3 |
| Cash, cash equivalents & other | 1,451.28 | 1,548.96. | 6.7 | 0.7 |
| Total account value | $221,628.38 | $223,535.16 | 0.8% | |

## Change in account value

Interest and dividends for this year include all income received in 2008. Please see the Tax Spotlight section for a summary of income that may be reportable in 2008.

| | This period | This year |
|---|---|---|
| Opening portfolio value | $221,628.38 | $243,093.16 |
| Interest | 0.30 | 49.67 |
| Dividends | 97.38 | 2,254.51 |
| Change in value* | 1,809.10 | -21,862.48 |
| Closing portfolio value | $223,535.16 | |

*May include changes in market value, changes in accrued interest of securities transferred in or out of your account.

## Settlement date cash balance

| | Amount |
|---|---|
| Cash | $97.38 |
| | $97.38 |

THE BUCHNM (GWG)

# LEHMAN BROTHERS

**Brokerage account
831-51581**

NANCY LYNN CONNORS TRUSTEE
July 1 - July 31, 2008

page    4 of    12

## Tax spotlight

*This is not a tax document. This information is being provided for your convenience and is for informational purposes only. Information on hedge funds, limited partnerships, private equity, and private offerings are excluded from this section. For tax reporting, you should rely on your official tax documents. Transactions requiring tax consideration should be reviewed with your accountant or tax advisor.*

| Reportable income | This period | This year |
|---|---|---|
| Dividends | $ 97.38 | $ 2,254.51 |
| Interest | 0.30 | 49.67 |
| **Total** | **$ 97.68** | **$ 2,304.18** |

| Unrealized capital gains and losses | | To date |
|---|---|---|
| Short-term gains and losses | | $ 3,049.25 |
| Long-term gains and losses | | -45,699.70 |
| **Total** | | **-$ 42,650.45\*** |

*\*Cost basis information is incomplete. Please see Tax Lots section for further details.*

*Cash in Lieu (CIL) proceeds from fractional shares are not included in this section. The IRS does not require reporting on CIL under $20. Higher amounts will appear on your year-end tax form based on your tax reporting status.*

*Gain/Loss information excludes cash, cash equivalents, and other, alternative investments, and commodity & commodities equivalents - private offerings.*

## Bulletin board *(continued from pg. 1)*

Lehman Brothers provides 24 hour online access to your account information. You will have access to your account summary, holdings, activity statements, trade confirmations and year-end tax reports. Contact your Investment Representative if you do not currently have online access or need assistance in accessing your account information at www.Lehmanlive.com.

## Anticipated income

*This reflects the total of all anticipated income reported herein. The anticipated income from certain products (e.g. Mortgage and asset backed securities) is included*

# LEHMAN BROTHERS | Brokerage account 831-51581

## Equities

**Common stock by industry sector**

| | Market value long | % of common stock Jul. 31 |
|---|---|---|
| Energy | 7,468.20 | 14.2 |
| Materials | | |
| Industrials | | |
| Consumer Discretionary | | |
| Consumer Staples | | |
| Healthcare | 33,333.20 | 63.6 |
| Financials | | |
| Information Tech. | 11,538.40 | 22.0 |
| Telecom Services | | |
| Utilities | | |
| Unclassified | | |
| **Total** | **$ 52,340.00** | |

*Industry sector values provided by Standard & Poor's.*

**Equities indices:**

**DJIA**

| Jul. 31 | 11650.00 |
|---|---|
| 11378.02 | 11510.00 |
| 0.25% | 11370.00 |
| | 11230.00 |
| | 11090.00 |
| | 10950.00 |

% change

06/30   07/31

**S&P 500**

| Jul. 31 | 1288.00 |
|---|---|
| 1267.38 | 1273.00 |
| -0.99 | 1258.00 |
| % change | 1243.00 |
| | 1228.00 |
| | 1213.00 |

06/30   07/31

**World Indices**

| | Last month | This month | % change |
|---|---|---|---|
| DJIA | 11350.01 | 11378.02 | 0.25% |
| S&P 500 | 1280.00 | 1267.38 | -0.99 |
| NASDAQ | 2292.98 | 2325.55 | 1.42 |
| FTSE 100 | 5625.90 | 5411.90 | -3.80 |
| DAX | 6418.32 | 6479.56 | 0.95 |
| CAC | 4434.85 | 4392.36 | -0.96 |
| Nikkei | 13481.38 | 13376.81 | -0.78 |
| HKSENG | 22102.01 | 22731.10 | 2.85 |

LEF 8135D2W (10-06)



038148   000000   010950

# LEHMAN BROTHERS

**Brokerage account**
**831-51581**

NANCY LYNN CONNORS TRUSTEE
July 1 - July 31, 2008

page    6 of    12

## Fixed Income

| Maturity (exclusive of calls) | % of total portfolio % | Market value | % of bonds Jul 31 % |
|---|---|---|---|
| 0 - 3 months | | | |
| 3 - 12 months | | | |
| 1 - 2 years | 18.3 | 40,994.40 | 100.0 |
| 2 - 5 years | | | |
| 5 - 10 years | | | |
| Over 10 years | | | |
| **Total** | **18.3%** | **$ 40,994.40** | **100.0** |

| Type | % of total portfolio | Market value | % of fixed income Jul 31 |
|---|---|---|---|
| CORPORATE | 18.3% | $ 40,994.40 | 100.0 % |
| GOVERNMENTS AND AGENCIES | | | |
| MUNICIPAL | | | |
| INTERNATIONAL | | | |
| MORTGAGE AND ASSET-BACKED | | | |
| MUTUAL FUND | | | |
| OTHER | 18.3% | $ 40,994.40 | |
| **Total** | **18.3%** | **$ 40,994.40** | **100.0** |

| Coupon rate | % of total portfolio | Market value | % of bonds Jul 31 |
|---|---|---|---|
| Under 2% | | | |
| 2 - 4% | 18.3% | $ 40,994.40 | 100.0 % |
| 4 - 6% | | | |
| 6 - 8% | | | |
| 8 - 10% | | | |
| Over 10% | | | |
| **Total** | **18.3%** | **$ 40,994.40** | **100.0** |

| Credit Quality | % of total portfolio | Market value |
|---|---|---|
| Moody's A2 | 18.3% | $ 40,994.40 |

### Bond Indices

**Lehman U.S. Aggregate Bond Index**

Jul. 31  1,296.10
% change 1297.80
-0.08%

1309.00
1303.40
1292.20
1296.60
1281.00

06/30    07/31

**Lehman Municipal Bond Index**

Jul. 31  657.95
% change 0.1%

668.00
665.90
662.00
659.00
656.00
653.00

06/30    07/31



COPY COPY COPY COPY COPY COPY COPY COPY

# LEHMAN BROTHERS

| Brokerage account | NANCY LYNN CONNORS TRUSTEE |
|---|---|
| 831-51581 | July 1 - July 31, 2008 |
| | page    7 of  12 |

## HOLDINGS

### Equities

Your statement contains research ratings for companies covered by Lehman Brothers Equity Research. The ratings reflect both the Lehman Brothers rating and, where applicable, the ratings of an independent third party research provider. You may obtain a copy of any independent research report, at no cost to you, where such research is available. Clients may access Lehman Brothers or independent research at www.lehmanlive.com or by calling 1-800-2-LEHMAN. A complete description of Lehman Brothers and independent research providers and ratings may be found on Page 2 of your statement.

In instances where prices of securities are not readily available, securities have no values, securities have not been actively traded or where other factors prevent the pricing of securities, "n.a." appears in the market price column, the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that total may differ from the sum on individual components due to rounding.

Unrealized gain/loss total reflects all positions for which a cost basis is available. Please review the Tax Lot section for details regarding cost basis.

| Common stocks (Symbol) | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Est. ann. yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| COLONIAL PROPERTIES TRUST (CLP) | 1,670 | $47.33 | $79,032.90 | $19.36 | $32,333.20 | -$45,699.70 | 10.020 | 3,240.00 | in cash account |
| INTELCORE (INTC) | 520 | Not available | | 22.19 | 11,538.80 | | 2.526 | 291.20 | Lehman: 3-UNEU |
| PFIZER INC (PFE) | 400 | Not available | | 18.67 | 7,468.00 | | 6.856 | 512.00 | in cash account / Lehman: 1-OPOS |
| **Total USD Common stocks** | | | | | **$51,340.00** | **-$45,699.70** | | **$4,143.20** | Lehman: 2-EPOS |

| | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Est. ann. yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| POWERSHARES QQQ TRUST (QQQQ) SERIES 1 | 2,830 | Not available | | $45.46 | $128,651.80 | | .0304 | 390.54 | in cash account |
| **Total Equities** | | | | | | **-$43,550.15** | | **$4,533.74** | |

THE BLACKROW COMPANY
038149   000000   010950

# LEHMAN BROTHERS

**Brokerage account**
**831-51581**

NANCY LYNN CONNORS TRUSTEE

July 1 - July 31, 2008

page   8 of   12

## Fixed income

*Yield information is provided for informational purposes only. Lehman Brothers makes reasonable efforts to ensure its accuracy but should not be held responsible for errors or omissions.*

| Corporate bonds | Par | Unit cost / Adj. unit cost | Total cost / Adj. total cost | Market price | Market value / Accrued interest | Unrealized gain/loss | Yield-to-maturity(%) | Comment |
|---|---|---|---|---|---|---|---|---|
| LBH "SPX INDEX+PLUS'NOTES #2" INDEX-PLUS NOTES ON S&P 500 60% THRESHOLD, MAR10-MAT DUE 03-MAR 2010 ISIN: US52490BAY32 DATED DATE 03-MAR 2005 | 38,000 | 101.510 101.510 | $38,573.85 38,573.85 | 107.88 | $40,994.40 | N/A | | In cash account Moody's A2 S&P A |

| Total Fixed Income | | | | | Market value (USD) $40,994.40 Accrued Int. (USD) $ 0.00 $ | | | |

## Cash, cash equivalents & other

*Money Market Preferred, SAVRs and other Auction Rate Securities are included in the Cash, Cash Equivalents and Other category. The interest rate on these securities generally is reset on a periodic basis in an auction process. Investors should be aware that these securities may have a final legal maturity date that is of a long-term nature and that under certain circumstances the rate paid or the mechanism for setting the rate paid on these securities could change. Please consult your investment representative with any questions.*

*Gain/loss information also excludes cash, cash equivalents, and other.*

| Cash balance | | Value |
|---|---|---|
| CASH ACCOUNT | | $ 97.38 |

| Cash investments | Quantity | Market value / Accrued income | Comment |
|---|---|---|---|
| LEHMAN BANK CASH DEPOSIT ACCT | 1,451.54 | $ 1,451.54 0.06 | |

*Funds on deposit with Lehman Brothers Bank Cash Deposit Account are not covered by SIPC or the firm's supplemental insurance policies. These funds will be insured by the FDIC up to $100,000 per depositor in each insurable capacity (e.g. individual joint account, IRA, etc.) when aggregated with other deposits held in the same capacity at Lehman Brothers Bank. Funds in excess of the applicable deposit insurance limit will not be insured by FDIC.*



# LEHMAN BROTHERS

**Brokerage account**
**831-51581**

NANCY LYNN CONNORS TRUSTEE
July 1 - July 31, 2008

page 9 of 12

| | Market value (USD) | Accrued income (USD) |
|---|---|---|
| Cash, cash equivalents & other | | |
| Total Cash, cash equivalents & other | $ 1548.32 | $ 0.04 |

LBF 8115SD2W (10-06)



038150 000000 010950

# LEHMAN BROTHERS

| Brokerage account
| 831-51581

NANCY LYNN CONNORS TRUSTEE
July 1 - July 31, 2008

page    10 of    12

## ACTIVITY

**Interest**

| | Date | Taxable amt: | Non-taxable amt: | Amount | Comment: |
|---|---|---|---|---|---|
| LEHMAN BANK CASH DEPOSIT ACCT | 28 Jul 2008 | $ 0.30 | | $ 0.30 | MONTHLY INTEREST FOR 06/26/2008 - 07/27/2008 32 DAYS YLD 0.23% |

The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

**Dividends**

| | Date | Taxable amt: | Non-taxable amt: | Amount | Comment: |
|---|---|---|---|---|---|
| POWERSHARES QQQ TRUST SERIES 1 | 31 Jul 2008 | $ 97.38 | | $ 97.38 | CASH DIV ON    2880 SHS REC 06/24/08 PAY 07/31/08 |

The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.



# LEHMAN BROTHERS

**Brokerage account**
**831-51581**

NANCY LYNN CONNORS TRUSTEE
July 1 - July 31, 2008

page    11 of    12

## Cash investment summary

| | Type | Date | Amount | Comment |
|---|---|---|---|---|
| Opening balance | | | $ 1,451.24 | |
| LEHMAN BANK CASH DEPOSIT ACCT | Transfer-in | 28 Jul 2008 | 0.30 | REINVEST |
| Closing balance | | | $ 1,451.54 | |

TRB 81VCDTNW (10/04)

038151  000000  010950

# LEHMAN BROTHERS

| Brokerage account
| 831-51581

NANCY LYNN CONNORS TRUSTEE
July 1 - July 31, 2008

page  12 of  12

## TAX LOTS

** Days held: Either # of days if held one year or less or L if held for more than one year or S/L for Index-Options.
# Please contact your Representative to find out how to update your cost basis information.

## Equities

**Common stocks - long (Symbol)**

| | Quantity or Par | Trade date | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|
| COLONIAL PROPERTIES TRUST (CLP) | 1,030 | | $ 47.50 | $ 48,925.00 | $ 19.96 | $ 20,558.80 | $ 28,366.20 | L |
| | 320 | 26 Feb 2007 | 47.50 | 15,200.65 | 19.96 | 6,387.20 | -8,813.45 | L |
| | 320 | 27 Feb 2007 | 46.59 | 14,907.25 | 19.96 | 6,387.20 | -8,520.05 | L |
| INTEL CORP (INTC) | 520 | | Not available # | | 22.19 | 11,538.80 | | L |
| PFIZER INC (PFE) | 400 | | Not available # | | 18.67 | 7,468.00 | | L |

**Index tracking stocks - long**

| | Quantity or Par | Trade date | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|
| POWERSHARES QQQ TRUST SERIES 1 | 2,000 | | Not available # | | $ 45.46 | $ 90,920.00 | | L |
| | 830 | 17 Mar 2008 | 41.29 | 34,682.55 | 45.46 | 37,731.80 | 3,049.25 | 137 |

## Fixed income

Unrealized gain/loss is calculated using adjusted unit cost. Please consult your tax advisor to determine if your situation requires that you use unit cost for your unrealized gain/loss.

**Corporate bonds - long**

| | Quantity or Par | Trade date | Adj. Unit cost | Adj. total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|
| LBH "SPX INDEX-PLUS NOTES #2" INDEX-PLUS NOTES ON S&P 500 60% THRESHOLD-MAR10-MAT RAMD0000 03/03/2010 | 38,000 | 02 Aug 2005 | $ 101.51 | $ 38,573.85 | $ 107.88 | $ 40,994.40 | N/A | |

COPY • COPY • COPY • COPY • COPY • COPY • COPY • COPY • COPY • COPY • COPY

# LEHMAN BROTHERS

**Brokerage account**
831-72190

NANCY CONNORS SAMBUCO TTEE

July 1 - July 31, 2008

page 1 of 12

## Your investment representative:
R PERLMAN
LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK NY 10022
TEL: 800-392-5000

3  Portfolio summary
3  Account asset allocation
3  Change in account value
4  Settlement date cash
4  Tax spotlight
   Bulletin board
5  Anticipated income
5  Equities summary
6  Fixed income summary
7  Holdings
10  Activity
11  Cash investment summary
12  Tax lots



**GO PAPERLESS**

Sign up for electronic delivery of account statements and trade confirmations and we will plant a tree on your behalf.
Visit www.lehmanlive.com for details. If you currently do not have online access, please contact your Investment Representative.

### Valuation summary, USD:
Last period account value       771,825.54
This period account value       173,049.32

*All transaction dates appearing on this statement are trade dates, unless otherwise labeled.*

010953 33 AP 0.596 00074 LEBD50001
NANCY CONNORS SAMBUCO TTEE
FBO SLOAN C. SAMBUCO TRUST
U/A/D 01/25/98
C/O COLONNADE PROPERTIES LLC
380 LEXINGTON AVE SUITE 710
NEW YORK NY 10168-0802

## Bulletin board *(continued on pg 4)*

Lehman Brothers is committed to complying with various customer identification and verification obligations. We may ask you to provide documentation or additional information, as necessary, to enable Lehman Brothers to comply with these requirements. We may also screen your name against various databases to verify your identity. This verification applies to both new accounts and when changes are made to existing accounts. Please be assured that this information and documentation will be treated with the highest regard to your personal privacy.

Business Continuity at Lehman Brothers: For a summary of how Lehman Brothers would respond to a significant business disruption, please go to www.lehman.com/bcp.htm.

Additional information about your investment representative or your representative's brokerage firm may be available by accessing FINRA's BrokerCheck program. Please visit www.nasdbrokercheck.com or call 1-800-289-9999 for more information.

Member SIPC
LBF 815502W (10-06)
The Multi-tone area of this document changes gradually from light to dark, least sensitive "SECURITY MARK" on front of the document turns from Grey to Clear when heat is applied.

# LEHMAN BROTHERS

**Brokerage account**
**831-72190**

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

## Understanding your portfolio statement

**Client Services Department.** Within the U.S. 800-253-4626

Please contact us immediately to report any errors, opinions or discrepancies you find on your statement. Any oral communications should be re-confirmed in writing. Please send written inquiries to:

Lehman Brothers
399 Park Avenue, Floor
New York, NY 10022-3762

If you have any questions about your statement or you have a material change in your investment objectives or financial situation, please call us. A financial statement of Lehman Brothers Inc. is available for your personal inspection at our offices, or a copy of it will be mailed upon your request.

**Transaction charges.** Details of transaction charges and commissions are displayed on transaction confirmations, which have been mailed separately to you. We will mail you this information upon request.

**Client order.** You may route client orders to us other than where we believe clients receive the best execution, taking into account price, reliability, market depth, quality of service, speed and efficiency of directing certain orders. But these benefits will generally not be sufficient to offset the cost of directing orders to such broker/dealers. Ordinarily, we will route orders only to markets where there is an opportunity for them to be executed at better prices than the quoted price.

**Delivery instructions.** When requesting delivery of securities forwarding customer orders to particular broker/dealers or market centers. However, as we may receive discounts, rebates, reductions of fees or credits as a result of the overall volume of our trading activity. If you do not notify your designated representative, you must notify your branch office received within three weeks, you must notify your branch office immediately. If you do not notify your branch office within 5 months of the statement/delivery date, Lehman Brothers Inc. will not be responsible for cost of posting a replacement bond.

**Pricing and foreign exchange rates.** We obtain pricing and foreign exchange rates from various outside sources and do not guarantee the accuracy, reliability, completeness or attainability of this information. The prices of the securities appearing herein have not necessarily been adjusted to reflect the close of the market. These prices may differ from the prices appearing on other customer statements, and may not represent the prices at which you could buy or sell a security (such as an illiquidity discount) that may apply or an adjustment to a particular security. The prices reflect a market value of a particular security or a similar type of security that is not readily available in the hands of the client. You or your service provider should make sure that you believe are appropriate for the reporting requirements and should not make this reporting responsibility on the prices and rates in this statement or indicate values as of the close of business on the last business day of the month only.

**Reporting purposes.** You should verify cost basis and corresponding gain/loss information against your own records when calculating reportable for the accuracy of cost basis and gain/loss information reported to federal, state and other taxing authorities.

**Funds and securities.** Client funds and securities are held at Lehman Brothers. We will pay you a free credit balance in any account, except for regulated commodity accounts, on demand. These funds may be used for our business purposes and are properly accounted for on our records book.

**Guide to Lehman Brothers Equity Research Rating System.** Our coverage analysts use a rating system in which they are stocks as 1-Overweight, 2-Equal-weight or 3-Underweight (see definitions below) relative to the other companies covered by the analyst or a team of analysts that are deemed to be in the same industry sector ("the sector coverage universe").

In addition to the stock rating, we provide sector views which rate the outlook for the sector coverage universe as 1-Positive, 2-Neutral or 3-Negative. A rating system using three categories such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

### Stock Rating

| | |
|---|---|
| 1-Overweight: | The stock is expected to outperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| 2-Equal-weight: | The stock is expected to perform in line with the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| 3-Underweight: | The stock is expected to underperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| RS Rating Suspended: | The rating and target price have been suspended temporarily to comply with applicable regulations and/or firm policies in certain circumstances including when Lehman Brothers is acting in an advisory capacity in a merger or strategic transaction involving the company. |

### Sector View

| | |
|---|---|
| 1-Positive: | sector coverage universe fundamentals/valuations are improving. |
| 2-Neutral: | sector coverage universe fundamentals/valuations are steady, neither improving nor deteriorating. |
| 3-Negative: | sector coverage universe fundamentals/valuations are deteriorating. |

**Taxes.** For tax reporting purposes, you should rely on the official tax forms we send you after the end of the year.

Late charge. If you purchase securities in your cash account and do not make payment by the settlement day, you may have to pay a late charge.

Interest charges. Any interest you are charged is generally calculated from the 21st day of each month through the 20th day of the following month. When the 20th day falls on a weekend or holiday, the interest charge to that weekend or holiday, and the net business day is charged as interest period.

To calculate interest charges, we use the following:
- We average daily balance of interest rate x number of days that debit was outstanding / 1/360

We charge you interest on the debit balance in your account. Interest charges below are not a credit to the audit to the opening balance debit balance in your account to the next interest period.

Credit balances in accordance with New York Stock Exchange Rule 426. It is our understanding that any free credit balances in your account are being maintained for the purpose of investing those amounts through us.

**General information.** All transactions are subject to the constitutions, rules, regulations, customs, usages, rulings and interpretations of the pertinent exchanges, markets, self-regulatory organizations and clearinghouses, as well as the firms and conditions set forth on the reverse side of, Lehman's trade confirmations. All balances are subject to verification. Post-settlement and other differences may appear on subsequent statements. We and our affiliates trade for our own accounts, including as odd lot dealers, block positioners or arbitrageurs. At the time of any transaction in your account, we or our affiliates may hold a position in the securities or options hedged in your account. Post-settlement and other differences may be completely or partially hedged. This statement should be preserved, as it may be necessary for the preparation and subsequent examination of your income tax return and to verify any interest charges that may appear on your next statement.

You are required by law to report to the Internal Revenue Service certain dividends, bond interest and the net proceeds of certain transactions. For tax reporting purposes, you should rely on the 1099 forms that you will receive from us after the end of the year.

Member of SIPC. Lehman Brothers Inc. is a member of the Securities Investor Protection Corporation (SIPC). Under SIPC regulations, Lehman Brothers Inc. must protect the securities and cash held in client accounts up to $500,000 per client (including up to $100,000 for claims for cash). In addition to the coverage required by SIPC, Lehman Brothers Inc. carries coverage from certain insurers. Asset Protection Company. Thus, the securities and cash held for clients by Lehman Brothers Inc. are protected up to each client's net equity. This coverage does not protect against changes in market value. Securities-lending, borrowing transactions (including repurchase and reverse repurchase agreements), and private equity investments are also not covered by SIPC. For further details, contact your Lehman Brothers representative.

Independent Research Providers provide ratings from Independent Research Providers (IRP) for certain companies. For any ratings of companies, SIRP, Reprisk, Inc. an intermediary, may show individual IRP ratings or compare IRP ratings to standard ratings (1-Buy, 2-Hold, 3-Sell) which are referenced on your statement.

To obtain information about SIPC, including the SIPC brochure, visit www.sipc.org or by calling 202-371-8300.

# LEHMAN BROTHERS

| Brokerage account
831-72190

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page 3 of 12

## Account asset allocation

Asset allocation includes derivative instruments classified based upon the corresponding underlying security and does not represent a comprehensive risk assessment of your account.

| | Last period | This period | % change | Asset allocation Jul 31 |
|---|---|---|---|---|
| Equities | $ 143,438.90 | $ 144,425.70 | 0.6% | ■ 83.5% |
| Fixed income | 26,812.50 | 26,970.00 | 0.5 | ■ 15.6 |
| Cash cash equivalents & other | 1,574.14 | 1,653.62 | 5.0 | ■ 1.0 |
| **Total account value** | **$ 171,825.54** | **$ 173,049.32** | **0.7%** | |

## Change in account value

Interest and dividends for this year include all income received in 2008. Please see the Tax Spotlight section for a summary of income that may be reportable in 2008.

| | This period | This year |
|---|---|---|
| Opening portfolio value | $ 171,825.54 | $ 185,734.70 |
| Interest | 0.33 | 136.93 |
| Dividends | 79.14 | 2,047.94 |
| Change in value | 1,144.31 | - 14,869.65 |
| **Closing portfolio value** | **$173,049.32** | |

* May include changes in market value, changes in accrued interest or securities transferred in or out of your account.

## Settlement date cash balance

| | Amount |
|---|---|
| Cash | $ 79.14 |

COPY

LBP 810-00790 / 00 (AX)

# LEHMAN BROTHERS

**Brokerage account**
831-72190

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page   4 of 12

## Tax spotlight

This is not a tax document. This information is being provided for your convenience and is for informational purposes only. Information on hedge funds, limited partnerships, private equity, and private offerings are excluded from this section. For tax reporting, you should rely on your official tax documents. Transactions requiring tax consideration should be reviewed with your accountant or tax advisor.

| Reportable income | This period | This year |
|---|---|---|
| Dividends | $ 79.14 | $ 2,007.54 |
| Interest | 0.33 | 136.53 |
| **Total** | **$79.47** | **$2,184.07** |

| Unrealized capital gains and losses | | To date |
|---|---|---|
| Short-term gains and losses | | $ 2,938.85 |
| Long-term gains and losses | | -48,986.65 |
| **Total** | | **-$46,047.80\*** |

*Cost basis information is incomplete. Please see Tax Lots section for further details.

Cash-in-Lieu ( CcIL) proceeds from fractional shares are not included in this section. The IRS does not require reporting on C-I-L under $20. Higher amounts will appear on your year end tax form based on your tax reporting status.

Gain/Loss information excludes cash, cash equivalents, and other, alternative investments, and commodity & commodities equivalents - private offerings.

## Bulletin board (continued from pg. 1)

Lehman Brothers provides 24 hour online access to your account information. You will have access to your account summary, holdings, activity, statements, trade confirmations and year-end tax reports.

Contact your Investment Representative if you do not currently have online access or need assistance in accessing your account information at www.lehmanlive.com.

## Anticipated income

This reflects the total of all anticipated income reported herein. The anticipated income from certain product (e.g. Mortgage and asset-backed securities) is not included.

Equities:                                    Anticipated total $4,165.06

# LEHMAN BROTHERS

**Brokerage account**
**831-72190**

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page 5 of 12

## Equities

### Common stock by industry sector
*Industry sector values provided by Standard & Poor's*

| | Market value long | % of common stock Jul. 31 |
|---|---|---|
| Energy | | |
| Materials | | |
| Industrials | | |
| Consumer Discretionary | | |
| Consumer Staples | 6,534.50 | 16.3 |
| Healthcare | | |
| Financials | 33,333.20 | 83.6 |
| Information Tech | | |
| Telecom Services | | |
| Utilities | | |
| Unclassified | | |
| **Total** | **$ 39,867.70** | |

### Equities indices

**DJIA**

| | |
|---|---|
| Jul. 31 | 11378.02 |
| % change | 0.25 |



11650.00
11510.00
11370.00
11230.00
11090.00
10950.00
06/30     07/31

**S&P 500**

| | |
|---|---|
| Jul. 31 | 1267.38 |
| % change | -0.99 |



1280.00
1273.00
1258.00
1243.00
1228.00
1213.00
06/30     07/31

### World indices

| | Last month | This month | % change |
|---|---|---|---|
| DJIA | 11350.01 | 11378.02 | 0.25% |
| S&P 500 | 1280.00 | 1267.38 | -0.99 |
| NASDAQ | 2292.98 | 2325.55 | 1.42 |
| FTSE 100 | 5625.90 | 5411.90 | -3.80 |
| DAX | 6418.32 | 6479.56 | 0.95 |
| CAC | 4434.85 | 4392.36 | -0.96 |
| Nikkei | 13481.38 | 13376.81 | -0.78 |
| HSENG | 22102.01 | 22731.10 | 2.85 |

### Equity highlights

**Concentrated positions - long**

| | Market value | % of long equities |
|---|---|---|
| COLONIAL PROPERTIES TRUST | $ 33,333.20 | 23.0 |

LEF 815SD2W (10-06)

038154  000000  010951

# LEHMAN BROTHERS

| Brokerage account
| 831-72190

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page    6 of    12

## Fixed Income

| Maturity (exclusive of calls) | % of total portfolio % | Market value | % of bonds Jul. 31 % |
|---|---|---|---|
| 0 - 3 months | | | |
| 3 - 12 months | | | |
| 1 - 2 years | 15.6 | 26,970.00 | 100.0 |
| 2 - 3 years | | | |
| 3 - 5 years | | | |
| 5 - 10 years | | | |
| Over 10 years | | | |
| **Total** | **15.6%** | **$ 26,970.00** | |

| Type | % of total portfolio | Market value | % of fixed income Jul. 31 % |
|---|---|---|---|
| CORPORATE | 15.6% | $ 26,970.00 | 100.0% |
| GOVERNMENTS AND AGENCIES | | | |
| MUNICIPAL | | | |
| INTERNATIONAL | | | |
| MORTGAGE AND ASSET-BACKED | | | |
| MUTUAL FUND | | | |
| OTHER | | | |
| **Total** | **15.6%** | **$ 26,970.00** | |

| Credit Quality | % of total portfolio | Market value |
|---|---|---|
| Moody's A2 | 15.6% | $ 26,970.00 |

| Coupon rate | % of total portfolio | Market value | % of bonds Jul. 31 % |
|---|---|---|---|
| Under 2% | | | |
| 2 - 4% | | | |
| 4 - 6% | | | |
| 6 - 8% | 15.6% | $ 26,970.00 | 100.0% |
| 8 - 10% | | | |
| Over 10% | | | |
| **Total** | **15.6%** | **$ 26,970.00** | |

## Bond Indices

**Lehman U.S. Aggregate Bond Index**

Jul. 31    1,296.10
% change    -0.08

1308.00
1303.40
1297.80
1292.20
1286.60
1281.00

06/30    07/31

**Lehman Municipal Bond Index**

Jul. 31    657.95
% change    0.38

669.00
665.00
662.00
659.00
656.00
653.00

06/30    07/31



# LEHMAN BROTHERS

**Brokerage account**
**831-72190**

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page 7 of 12

## HOLDINGS

*In instances where prices of securities are not readily available, securities have no values, securities have not been actively traded or where other factors prevent the pricing of securities, "**" appears in the market price column, the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that total may differ from the sum on individual component due to rounding.*
*Unrealized gain/loss total reflects all positions for which a cost basis is available. Please review the Tax Lot section for details regarding cost basis.*

## Equities

*Your statement contains research ratings for companies covered by Lehman Brothers Equity Research. The ratings reflect both the Lehman Brothers rating and, where applicable, the ratings of an independent, third party research provider. You may obtain a copy of any independent research report, at no cost to you, where such research is available. Clients may access Lehman Brothers or independent research at www.LehmanLive.com or by calling 1-800-2-LEHMAN. A complete description of Lehman Brothers and independent research providers and ratings may be found on Page 2 of your statement.*

| Common stocks (symbol) | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss ($) | Est. ann. income yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| COLONIAL PROPERTIES TRUST (CLP) | 1,670 | $47.34 | $79,057.50 | $19.96 | $33,333.20 | -$45,724.30 | 10.020 | $3,340.00 | In cash account / Lehman 3-UNEU |
| PFIZER INC (PFE) | 350 | 27.99 | 9,796.85 | 18.67 | 6,534.50 | -3,262.35 | 6.856 | 448.00 | In cash account / Lehman 2-EQ/OS |
| **Total USD Common stocks** | | | | | | -$48,986.65 | | $3,788.00 | |

| Index tracking stocks (symbol) | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss (%) | Est. ann. income yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| POWERSHARES QQQ TRUST (QQQQ) SERIES 1 | 2,300 | Not available | | $45.46 | $104,558.00 | | 0.304 | 317.40 | In cash account |

| | | Market value | Est annual income ($) |
|---|---|---|---|
| **Total Equities** | | $ | $4,105.40 |



038155  000000  010951

# LEHMAN BROTHERS

| Brokerage account | NANCY CONNORS SAMBUCO TTEE |
| 831-72190 | July 1 - July 31, 2008 |
| | page   8 of 12 |

## Fixed income

*Yield information is provided for informational purposes only. Lehman Brothers makes reasonable efforts to ensure its accuracy but should not be held responsible for errors or omissions.*

| Corporate bonds | Par | Unit cost / Adj. unit cost | Total cost / Adj. total cost | Market price | Market value / Accrued interest | Unrealized gain/loss | Yield-to-maturity(%) | Comment |
|---|---|---|---|---|---|---|---|---|
| LBHT "SPX INDEX-PLUS NOTES #2" INDEX-PLUS NOTES ON S&P 500 60% THRESHOLD/MAR10-MAT DUE 03 MAR 2010 ISIN: US52490BAY32 DATED DATE 03 MAR 2005 | 25,000 | 101.515 / 101.515 | 25,378.85 / 25,378.85 | 107.88 | $26,970.00 | N/A | | In cash account Moody's A2 S&P A |

| TOTAL FIXED INCOME | | |
|---|---|---|
| | Market value (USD) | $26,970.00 |
| | Accrued Int. (USD) | $0.00 |

## Cash, cash equivalents & other

*Money Market Preferred, SAIVRs and other Auction Rate Securities are included in the Cash, Cash Equivalents and Other category. The interest rate on these securities generally is reset on a periodic basis in an auction process. Investors should be aware that these securities may have a final legal maturity date that is of a long-term nature and that under certain circumstances the rate paid or the mechanism for setting the rate paid on these securities could change. Please consult your investment representative with any questions.*

*Gain/Loss information also excludes cash, cash equivalents, and other.*

| Cash balance | Value |
|---|---|
| CASH ACCOUNT | $79.14 |

| Cash investments | Quantity | Market value / Accrued income | Comment |
|---|---|---|---|
| LEHMAN BANK CASH DEPOSIT ACCT | 1,574.43 | $1,574.43 / 0.05 | |

Funds on deposit with Lehman Brothers Bank Cash Deposit Account are not covered by SIPC or the Firm's supplemental insurance policies. These funds will be insured by the FDIC up to $100,000 per depositor in each insurable capacity (e.g., individual, joint account, IRA, etc.) when aggregated with other deposits held in the same capacity at Lehman Brothers Bank. Funds in excess of the applicable deposit insurance limit will not be insured by FDIC.

# LEHMAN BROTHERS

**Brokerage account**
**831-72190**

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page 9 of 12

**Cash, cash equivalents & other**

Total cash, cash equivalents & other

| | Market value (USD) | Accrued income (USD) |
|---|---|---|
| | $1,453.57 | $0.05 |

LBF 81SSD2W (10-06)



# LEHMAN BROTHERS

**Brokerage account**
831-72190

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page    10 of  12

## ACTIVITY

**Interest**

| LEHMAN BANK CASH DEPOSIT ACCT | Date | Taxable amt. | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|
| | 28 Jul 2008 | $ 0.33 | | $ 0.33 | MONTHLY INTEREST FOR 06/26/2008 - 07/27/2008 32 DAYS YLD 0.23% |

The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

**Dividends**

| POWERSHARES QQQQ TRUST SERIES 1 | Date | Taxable amt. | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|
| | 31 Jul 2008 | $ 79.14 | | $ 79.14 | CASH DIV ON  2300 SHS REC 06/24/08 PAY 07/31/08 |

The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

COPY COPY COPY COPY COPY COPY

# LEHMAN BROTHERS

**Brokerage account
831-72190**

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page   11 of   12

## Cash investment summary

| | Type | Date | Amount | Comment |
|---|---|---|---|---|
| Opening balance | | | $ 1,574.10 | |
| LEHMAN BANK CASH DEPOSIT ACCT | Transfer-in | 28 Jul 2008 | 0.33 | REINVEST |
| Closing balance | | | $ 1,574.43 | |

# LEHMAN BROTHERS

**Brokerage account**
831-72190

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page 12 of 12

## TAX LOTS

** Days Held: Either # of days if held for more than one year or S/L for Index Options.
# Please contact your Investment Representative to find out how to update your cost basis information.

## Equities

| Common stocks- long (symbol) | Quantity or Par | Trade date | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|
| COLONIAL PROPERTIES TRUST (CLP) | 1,030 | 26 Feb 2007 | $ 47.50 | $ 48,925.00 | $ 19.96 | $ 20,558.80 | -$ 28,366.20 | L |
| | 320 | 26 Feb 2007 | 47.52 | 15,207.05 | 19.96 | 6,387.20 | - 8,819.85 | L |
| | 320 | 27 Feb 2007 | 46.64 | 14,925.45 | 19.96 | 6,387.20 | - 8,538.25 | L |
| PFIZER INC (PFE) | 350 | 29 Nov 2004 | 27.99 | 9,796.85 | 18.67 | 6,534.50 | - 3,262.35 | L |

| Index tracking stocks - long | Quantity or Par | Trade date | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|
| POWERSHARES QQQ TRUST SERIES 1 | 1,500 | Not available # | | | | $ 68,190.00 | | L |
| | 800 | 17 Mar 2008 | 41.79 | 33,429.15 | 45.46 | 36,368.00 | 2,938.85 | 137 |

## Fixed income

*Unrealized gain/loss is calculated using adjusted unit cost. Please consult your tax advisor to determine if your situation requires that you use unit cost for your unrealized gain/loss.*

| Corporate bonds - long | Quantity or Par | Trade date | Unit cost | Adj. Unit cost | Total cost | Adj. total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|---|---|
| LBH "SPX INDEX-PLUS NOTES #2" INDEX-PLUS NOTES ON S&P 500 60% THRESHOLD MAR10-MAT M/M/D0000: 03/03/2010 | 25,000 | 02 Aug 2005 | $ 101.52 | 101.51 | $ 25,378.85 | 25,378.85 | $ 107.88 | $ 26,970.00 | N/A | |

# LEHMAN BROTHERS

**Your Investment Representative:**
R PERLMAN
LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK NY 10022
TEL 800-392-5000

LBF 815SDZW (10-06)
Member SIPC



## GO PAPERLESS

Sign up for electronic delivery of account statements and trade confirmations and we will plant a tree on your behalf.

Visit www.lehman.com for details. If you currently do not have online access, please contact your Investment Representative.

**Brokerage account**
831-31525

3. Portfolio summary
4. Account asset allocation
   Change in account value
5. Tax spotlight
   Bulletin board
   Anticipated income
6. Equities summary
7. Fixed income summary
8. Holdings
9. Activity
10. Activity
11. Cash investment summary
12. Tax lots

Valuation summary (USD)
Last period account value
93,055.43
This period account value
93,343.46

All transaction dates
appearing on this statement
are settlement dates, unless
otherwise labeled.

## Bulletin board (continued on pg.4)

Lehman Brothers is committed to complying with various customer identification and verification obligations. We may ask you to provide documentation or additional information, as necessary, to enable Lehman Brothers to comply with these requirements. We may also screen your name against various databases to verify your identity. This verification applies to both new accounts and when changes are made to existing accounts. Please be assured that this information and documentation will be treated with the highest regard to your personal privacy.

Business Continuity at Lehman Brothers: for a summary of how Lehman Brothers would respond to a significant business disruption, please go to www.lehman.com/bcp.htm.

Additional information about your investment representative or your representative's brokerage firm may be available by accessing FINRA's BrokerCheck program. Please visit www.nasdbrokercheck.com or call 1-800-289-9999 for more information.

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page 1 of 12

010949 03 AT 0.396 00074 LBRDB8001
NANCY CONNORS SAMBUCO TTEE
FBO JOSEPH CONNORS SAMBUCO TR
UAD 06/04/2003
C/O COLONNADE PROPERTIES LLC
380 LEXINGTON AVE SUITE 710
NEW YORK NY 10168-0802

The Multi-tone area of this document changes gradually from light to dark. Heat sensitive "SECURITY MARK" on front of the document turns from Grey to Clear when heat is applied.

038140 000000 010949

# LEHMAN BROTHERS

**Brokerage account
831-31525**

**NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008**

## Understanding your portfolio statement

**Client Service Department:** Within the U.S. 800-253-4626
International 212-526-0600

If you have any questions about your statement, or should be re-confirmed on it, please immediately to report any errors, opinions or discrepancies to Lehman Brothers' securities or should be re-confirmed via voice. Please send written inquiries to:

Lehman Brothers
Compliance Division
399 Park Avenue, 9th floor
New York, NY 10022-3769
212-526-3769

If you fail to report any errors or discrepancies in your statement or if you have a material change in your investment objectives or financial situation, please call us. A financial statement of Lehman Brothers is available for your personal inspection at our offices, or a copy of it will be mailed upon your written request.

**Transaction charges:** Details of transaction charges and commissions are disclosed on transaction slips, which have been mailed separately to you. We will also send you this information upon request.

**Client order policy:** We route client orders to the market where we believe you will receive the best price, taking into account price, reliability, market depth, quality of service, speed of execution, and other factors. But these benefits will generally not be sufficient to offset the cost of directing orders to such broker/dealers. Ordinarily, we will route orders only to marketplaces where there is an opportunity for them to be executed at better prices than the quoted bid or offer. Lehman Brothers does not accept hard-dollar payment for directing order flow.

**Pricing and foreign exchange rates:** We obtain pricing and foreign exchange rates from various outside sources, and do not guarantee the accuracy, reliability, completeness or actuality of this information. The prices of the securities appearing herein have not been adjusted from the closing market prices to reflect any adjustment (such as an illiquidity discount) that may apply on the appropriate to a particular security or position that is a restricted security.

Prices of certain securities appearing herein have not been adjusted from the closing market prices to reflect the prevailing values as of the close of business on the last business day of the month.

**reporting purposes.** You should verify cost basis when corresponding firms we send you after the end of the year.

**Late charges:** If you purchase securities in your cash account and do not make payment by the settlement day, you may have to pay a late charge.

**Interest charges:** Any interest you are charged is generally calculated from the 21st day of each month through the last business day following that month. When the 20th day falls on a weekend or holiday, the next business day is the start of the next interest period.

To calculate interest charges, we do the following:
• We multiply your average debit balance by the interest rate x number of days the debit was outstanding by 1/360.

We charge you interest on the debit balance in your account. Interest charges that are not paid will be added to the opening balance debit balance in your account for the next interest period.

**Credit balances** in accordance with New York Stock Exchange Rule 436, it is our policy for temporarily free credit balances in your account are being maintained for the purpose of investing those amounts through us.

**General Information** All transactions are subject to the conditions, rules, regulations, customs, usages, rulings and interpretations of the pertinent exchange, markets, self-regulatory organizations and clearing houses, as well as the terms and conditions set forth on the reverse side of Lehman's trade confirmation. All balances are subject to verification. Post-settlement and other differences may appear on accounts, including as odd-lot dealers, block positioners or our own cleared positions. At the time of any transaction in your account, we or our affiliates may have a long or short position in the same security and/or positions may be completely or partially hedged. This statement should be preserved, as it may be necessary for your return and to verify interest charges that may appear on your next statement.

We are required by law to report to the Internal Revenue Service certain dividends, bond interest and the net proceeds of certain transactions. For tax reporting purposes, you should rely on the 1099 forms that you will receive from us after the end of the year.

**Member of SIPC** Lehman Brothers Inc. is a member of the Securities Investor Protection Corporation (SIPC). Under SIPC regulations, client accounts up to $500,000 per client (including up to $100,000 for claims for cash) in addition to the firm policies in Lehman Brothers Inc. carries coverage protection from the Customer Asset Protection Company. Thus, the securities and cash held for security, they are protected up to each client's net worth. This coverage does not protect against changes in market value of securities. You may obtain details of Securities Investor Protection from the Customer Asset Protection Company by contacting us. If you have questions about SIPC, including SIPC coverage, you may obtain information about SIPC by calling 202-371-8300 or visiting www.sipc.org.

### Stock Rating

| | |
|---|---|
| 1 – Overweight: | The stock is expected to outperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| 2 – Equalweight: | The stock is expected to perform in line with the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| 3 – Underweight: | The stock is expected to underperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| RS Rating Suspended: | The rating and target price have been suspended temporarily to comply with applicable regulations and/or firm policies in certain circumstances including when Lehman Brothers is acting in an advisory capacity in a merger or strategic transaction involving the company. |

### Sector View

| | |
|---|---|
| 1 – Positive: | "Sector coverage universe" fundamentals/valuations are improving. |
| 2 – Neutral: | "Sector coverage universe" fundamentals/valuations are steady, neither improving nor deteriorating. |
| 3 – Negative: | "Sector coverage universe" fundamentals/valuations are deteriorating. |

**Funds and securities:** Client funds and securities are held at Lehman Brothers. We will pay you a free credit balance in any account, except for regulated commodity accounts, on demand. These funds may be used for our business purposes and are properly accounted for on our record book.

**Guide to Lehman Brothers Equity Research Rating System:** Our coverage analysts use a relative rating system in which they rate stocks as 1-Overweight, 2-Equalweight or 3-Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry sector (the "sector coverage universe").

In addition to the stock rating, we provide sector views which rate the outlook for the sector coverage universe as 1-Positive, 2-Neutral or 3-Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report, including the definitions of all ratings and not infer its contents from ratings alone.

**Taxes:** For tax reporting purposes, you should rely on the official tax reportable information against your own records when reconciling reportable gain or loss resulting from a sale. You are solely responsible for the accuracy of cost basis and gain/loss information reported to federal, state and other taxing authorities.

**Independent Research:** We provide ratings from independent Research Providers (IRPs) for certain companies. Any Jaywalk, IRPs, or intermediary sales uses individual IRP ratings on your statement (1-Buy, 2-Hold, 3-Sell) which are referenced on your statement.

# LEHMAN BROTHERS

**Brokerage account**
**831-31525**

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

## Account asset allocation

Asset allocation includes derivative instruments classified based upon the corresponding underlying security and does not represent a comprehensive risk assessment of your account.

| | Last period | This period | % change | Asset allocation, Jul. 31 |
|---|---|---|---|---|
| Equities | $68,440.15 | $68,564.70 | 0.1% | 73.5% |
| Fixed income | 23,595.00 | 23,733.60 | 0.5 | 25.4 |
| Cash, cash equivalents & other | 1,018.28 | 1,045.16 | 2.6 | 1.1 |
| **Total account value** | **$93,053.43** | **$93,343.46** | **0.3%** | |

## Change in account value

Interest and dividends for this year include all income received in 2008. Please see the Tax Spotlight section for a summary of income that may be reportable in 2008.

| | This period | This year |
|---|---|---|
| Opening portfolio value | $93,053.43 | $95,962.57 |
| Interest | -0.21 | 130.14 |
| Dividends | 26.67 | 1,721.87 |
| Change in value* | 263.15 | -4,471.09 |
| **Closing portfolio value** | **$93,343.46** | |

*May include changes in market value, changes in accrued interest or securities transferred in or out of your account.

THIS IS A COPY / 10 /01
FILE COPY FILE COPY FILE COPY FILE COPY FILE COPY FILE COPY

# LEHMAN BROTHERS

| Brokerage account
| 831-31525

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page 4 of 12

## Tax spotlight

*This is not a tax document. This information is being provided for your convenience and is for informational purposes only. Information on hedge funds, limited partnerships, private equity, and private offerings are excluded from this section. For tax reporting, you should rely on your official tax document. Transactions requiring tax consideration should be reviewed with your accountant or tax advisor.*

| Reportable income | This period | This year |
|---|---|---|
| Dividends | $ 26.67 | $ 1721.87 |
| Interest | 0.21 | 130.11 |
| **Total** | **$ 26.88** | **$ 1,851.98** |

| Unrealized capital gains and losses | | To date |
|---|---|---|
| Short-term gains and losses | | $ 2,856.70 |
| Long-term gains and losses | | -17,414.70 |
| **Total** | | **-$14,558.00*** |

*Cost basis information is incomplete. Please see Tax Lots section for further details.

*Cash in Lieu ( CIL) proceeds from fractional shares are not included in this section. The IRS does not require reporting on CIL under $20. Higher amounts will appear on your year end tax form based on your tax reporting status.*

*Gain/Loss information excludes cash, cash equivalents, and other, alternative investments, and commodity & commodities equivalents - private offerings.*

## Bulletin board *(continued from pg. 1)*

Lehman Brothers provides 24 hour online access to your account information. You will have access to your account summary, holdings, activity, statements, trade confirmations and year-end tax reports. Contact your Investment Representative if you do not currently have online access or need assistance in accessing your account information at www.LehmanLive.com.

## Anticipated income

*This reflects the total of all anticipated income reported herein. The anticipated income from certain products (e.g. Mortgage and asset backed securities) is not included.*

| Equities | Annualized total |
|---|---|
| | $1,746.99 |

# LEHMAN BROTHERS

**Brokerage account**
**831-31525**

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page   5 of   12

## Equities

### Common stock by industry sector

| | Market value long | % of common stock Jul. 31 |
|---|---|---|
| Energy | | |
| Materials | | |
| Industrials | | |
| Consumer Discretionary | | |
| Consumer Staples | | |
| Healthcare | | |
| Financial | 33,333.20 | 100.0 |
| Information Tech | | |
| Telecom Services | | |
| Utilities | | |
| Unclassified | | |
| **Total** | **$ 33,333.20** | |

*Industry sector values provided by Standard & Poor's.*

### Equities indices



**DJIA**

| Jul. 31 | 11376.02 |
|---|---|
| % change | 0.25 |

**S&P 500**

| Jul. 31 | 1267.38 |
|---|---|
| % change | -0.99 |

### World indices

| | Last month | This month | % change |
|---|---|---|---|
| DJIA | 11350.01 | 11378.02 | 0.25% |
| S&P 500 | 1280.00 | 1267.38 | -0.99 |
| NASDAQ | 2292.98 | 2325.55 | 1.42 |
| FTSE 100 | 5625.90 | 5411.90 | -3.80 |
| DAX | 6418.32 | 6479.56 | 0.95 |
| CAC | 4434.85 | 4392.36 | -0.96 |
| Nikkei | 13481.38 | 13376.81 | -0.78 |
| HSENG | 22102.01 | 22731.10 | 2.85 |

### Equity highlights

| Concentrated positions - long | Market value | % of long equities |
|---|---|---|
| COLONIAL PROPERTIES TRUST | $ 33,333.20 | 48.6 |

LBF 81-5513025W (10.06)

038142   000000   010949

# LEHMAN BROTHERS

**Brokerage account**
831-31525

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page    6 of 12

## Fixed income

| Maturity (exclusive of calls) | % of total portfolio % | Market value | % of bonds Jul 31 % |
|---|---|---|---|
| 0 - 3 months | | | |
| 3 - 12 months | | | |
| 1 - 2 years | | | |
| 2 - 5 years | 25.4 | 23,733.60 | 100.0 |
| 5 - 10 years | | | |
| Over 10 years | | | |
| **Total** | **25.4%** | **$ 23,733.60** | **100.0%** |

| Type | % of total portfolio | Market value |
|---|---|---|
| CORPORATE | 25.4% | $ 23,733.60 |
| GOVERNMENTS AND AGENCIES | | |
| MUNICIPAL | | |
| INTERNATIONAL | | |
| MORTGAGE AND ASSET-BACKED | | |
| MUTUAL FUND | | |
| OTHER | | |
| **TOTAL** | **25.4%** | **$ 23,733.60** |

| Credit Quality | % of total portfolio | Market value |
|---|---|---|
| Moody's A2 | 25.4% | $ 23,733.60 |

| Coupon rate | % of total portfolio | Market value | % of bonds Jul 31 % |
|---|---|---|---|
| Under 2% | | | |
| 2 - 4% | | | |
| 4 - 6% | 25.4% | $ 23,733.60 | 100.0% |
| 6 - 8% | | | |
| 8 - 10% | | | |
| Over 10% | | | |
| **Total** | **25.4%** | **$ 23,733.60** | **100.0%** |

### Bond indices

Lehman U.S. Aggregate Bond Index

| | Jul. 31 | % change |
|---|---|---|
| | 1,296.10 | -0.08 |

Lehman Municipal Bond Index

| | Jul. 31 | % change |
|---|---|---|
| | 657.95 | 0.38 |



# LEHMAN BROTHERS

| Brokerage account | NANCY CONNORS SAMBUCO TTEE |
| 831-31525 | July 1 - July 31, 2008 |

page    7 of    12

## HOLDINGS

In instances where prices of securities are not readily available, securities have no values, securities have not been actively traded or where other factors prevent the pricing of securities, "**" appears in the market price column, the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that totals may differ from the sum on individual components due to rounding.
Unrealized gain/loss total reflects all positions for which a cost basis is available. Please review the Tax Lot section for details regarding cost basis.

## Equities

Your statement contains research ratings for companies covered by Lehman Brothers Equity Research. The ratings reflect both the Lehman Brothers rating and, where applicable, the ratings of an independent third party research provider. You may obtain a copy of any independent research report, at no cost to you, where such research is available. Clients may access Lehman Brothers or independent research at www.LehmanLive.com or by calling 1-800-2-LEHMAN. A complete description of Lehman Brothers and independent research providers and ratings may be found on Page 2 of your statement.

| Common stocks (symbol) | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Est. ann. yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| COLONIAL PROPERTIES TRUST (CLP) | 1,670 | Not available | | $19.96 | $33,333.20 | | 10.020 | 3,340.00 | In cash account. Lehman 3-UNEU REIT Growth & Income; Z-HOLD |

| Index tracking stocks (symbol) | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Est. ann. yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| POWERSHARES QQQ TRUST (QQQQ) SERIES 1 | 775 | $41.77 | $32,375.40 | $45.36 | $35,231.50 | $2,856.10 | 0.304 | 106.95 | In cash account. |
| TOTAL Equities | | | | | | ~$14,558.60 | | $3,246.95 | |



038143   000000   010949

LBHI RJ45TPW (10-06)

# LEHMAN BROTHERS

**Brokerage account**
**831-31525**

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page    8 of    12

## Fixed income

*Yield information is provided for informational purposes only. Lehman Brothers makes reasonable efforts to ensure its accuracy but should not be held responsible for errors or omissions.*

| Corporate bonds | Par | Unit cost Adj. unit cost | Total cost Adj. total cost | Market price | Market value Accrued interest | Unrealized gain/loss | Yield-to-maturity(%) | Comment |
|---|---|---|---|---|---|---|---|---|
| LBH "SPX INDEX-PLUS-NOTES #2" INDEX-PLUS-NOTES ON S&P 500 60% THRESHOLD.MAR10-MAT DUE 03.MAR.2010 ISIN: US52490BM732 DATED DATE 03 MAR 2005 | 22,000 | $ 99.518 99.518 | $21,893.85 21,893.85 | 107.88 | $ 23,733.60 | N/A | | In cash account Moody's A2 S&P A |

### Total Fixed Income

Market value (USD) $23,733.60
Accrued Int. (USD) $ 0.00
▓▓▓▓▓▓▓

## Cash, cash equivalents & other

*Money Market Preferred, SAVRs and other Auction Rate Securities are included in the Cash, Cash Equivalents and Other category. The interest rate on these securities generally is reset on a periodic basis in an auction process. Investors should be aware that these securities may have a final legal maturity date that is of a long-term nature and that under certain circumstances the rate paid or the mechanism for setting the rate paid on these securities could change. Please consult your investment representative with any questions.*

*Gains/Loss information also excludes cash, cash equivalents, and other.*

| Cash balance | Value |
|---|---|
| CASH ACCOUNT | $ 26.67 |

| Cash investments | Quantity | Market value Accrued income | Comment |
|---|---|---|---|
| LEHMAN BANK CASH DEPOSIT ACCT | 1,018.46 | $ 1,018.46 | |
| | | 0.03 | |

*Funds on deposit with Lehman Brothers Bank, Cash Deposit Account are not covered by SIPC or the Firm's supplemental insurance policies. These funds will be insured by the FDIC up to $100,000 per depositor in each insurable capacity (e.g. individual, joint account, IRA, etc.), when aggregated with other deposits held in the same capacity at Lehman Brothers Bank. Funds in excess of the applicable deposit insurance limit will not be insured by FDIC.*

COPY



# LEHMAN BROTHERS

**Brokerage account**
**831-31525**

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page 9 of 12

Cash, cash equivalents & other

Total Cash, cash equivalents & other

| | Market Value (USD) | Accrued Income (USD) |
|---|---|---|
| | $ 1,045.13 | $ 0.03 |

LBF 83155ZW (10-06)

038144  000000  010949

# LEHMAN BROTHERS

| Brokerage account | NANCY CONNORS SAMBUCO TTEE |
|---|---|
| **831-31525** | July 1 - July 31, 2008 |

page 10 of 12

## ACTIVITY

**Interest**

| | Date | Taxable amt. | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|
| LEHMAN BANK CASH DEPOSIT ACCT | 28 Jul 2008 | $ 0.21 | | $ 0.21 | MONTHLY INTEREST FOR 06/26/2008 - 07/25/2008 32 DAYS YLD 0.23% |

*The taxable and non-taxable designations provided above refer to the US Income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.*

**Dividends**

| | Date | Taxable amt. | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|
| POWERSHARES/QQQ TRUST SERIES 1 | 31 Jul 2008 | $ 26.67 | | $ 26.67 | CASH DIV ON 775 SHS REC 06/24/08 PAY 07/31/08 |

*The taxable and non-taxable designations provided above refer to the US Income tax treatment of distributions from your securities. The designations are accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.*

# LEHMAN BROTHERS

**Brokerage account**
**831-31525**

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page 11 of 12

## Cash investment summary

| | Type | Date | Amount | Comment |
|---|---|---|---|---|
| Opening balance | | | $ 1,018.25 | |
| LEHMAN BANK/CASH DEPOSIT ACCT | Transfer-in | 28 Jul 2008 | 0.21 | REINVEST |
| Closing balance | | | $ 1,018.46 | |

# LEHMAN BROTHERS

**Brokerage account**
**831-31525**

NANCY CONNORS SAMBUCO TTEE
July 1 - July 31, 2008

page    12 of    12

## TAX LOTS

*** Days Held: Either # of days if held one year or less or L if held for more than one year or SA for Index Options.
\# Please contact your Investment Representative to find out how to update your cost basis information.

## Equities

| | Quantity or Par | Settle date | Unit cost | Adj. Unit cost | Total cost | Adj. total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|---|---|
| **Common stocks - long (Symbol)** | | | | | | | | | | |
| COLONIAL PROPERTIES TRUST (CLP) | 1,030 | 01 Mar 2007 | Not available # | | | | $ 19.96 | $ 20,558.80 | | L |
| | 320 | 01 Mar 2007 | 47.50 | | 15,200.65 | | 19.96 | 6,387.20 | - 8,813.45 | L |
| | 320 | 02 Mar 2007 | 46.84 | | 14,988.45 | | 19.96 | 6,387.20 | - 8,601.25 | L |
| **Index tracking stocks - long** | Quantity or Par | Settle date | Unit cost | | Total cost | | Market price | Market value | Unrealized gain/loss | Days held ** |
| POWERSHARES QQQ TRUST SERIES 1 | 775 | 20 Mar 2008 | $ 41.77 | | $ 32,375.40 | | $ 45.46 | $ 35,231.50 | $ 2,856.10 | 137 |

## Fixed income

*Unrealized gain/loss is calculated using adjusted unit cost. Please consult your tax advisor to determine if your situation requires that you use unit cost for your unrealized gain/loss.*

| | Quantity or Par | Settle date | Unit cost | Adj. Unit cost | Total cost | Adj. total cost | Market price | Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|---|---|
| **Corporate bonds - long** | | | | | | | | | | |
| EBH "SPX (INDEX-PLUS NOTES #2" INDEX-PLUS NOTES ON S&P 500 60% THRESHOLD MAR10-MAT RMD0000 03/03/2010 | 22,000 | 05 Aug 2005 | $ 99.52 | 99.51 | $ 21,893.85 | 21,893.85 | $ 107.88 | $ 23,733.60 | N/A | N/A |

# LEHMAN BROTHERS

**Brokerage account**
831-24545

NANCY CONNORS SAMBUCO
April 1 - June 30, 2008

page   1 of   10

Your investment
representative:
R. PERLMAN
LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK, NY 10022
Tel: 800-392-5000

Member SIPC

LBF 81552DW (10-06)

## Portfolio summary

| | page |
|---|---|
| Account asset allocation | 2 |
| Change in account value | 3 |
| Bulletin board | |
| Tax spotlight | 4 |
| Fixed income summary | 5 |
| Holdings | 6 |
| Activity | 8 |
| Cash investment summary | 9 |
| Tax lots | 10 |

**Valuation currency:** USD

**Valuation tips summary:**
Last period account value
**71,626.83**

This period account value
**69,839.69**

All transaction dates
appearing on this statement
are trade dates, unless
otherwise labeled.

### GO PAPERLESS

Sign up for electronic delivery of account
statements and trade confirmations and
we will plant a tree on your behalf.

You will no longer receive paper
statements and trade confirmations and
do not have online access, please contact your
investment Representative.

## Bulletin board (continued on page 4)

(continued on page 4)

Beginning with the June 2008 expiration, effective Saturday, June
21, 2008, equity and ETF options will be exercised automatically
if they are in-the-money by $0.01 or more.

An Expiring Exercise Declaration (EED) would be required in the
following circumstances:

- Not exercising an equity option that was in-the-money by $0.01.
- Exercising an equity option that is at or out-of-the-money.

Please contact your Investment Representative for further
information.

Lehman Brothers provides 24 hour online access to your account
information. You will have access to your account summary, holdings,
activity, statements, trade confirmations and year-end tax reports.
Contact your Investment Representative if you do not currently have
online access or need assistance in accessing your account information
at www.LehmanLive.com.

NANCY CONNORS SAMBUCO
COLONNADE PROPERTIES LLC
380 LEXINGTON AVENUE
SUITE 710
NEW YORK, NY 10168-0602

The Multi-zone area of this document changes gradually from light to dark. Heat sensitive "SECURITY MARK" on front of the document turns from Grey to Clear when heat is applied.



018637   000111   016407

# LEHMAN BROTHERS

**Brokerage account**
**831-24545**

**NANCY CONNORS SAMBUCO**
April 1 - June 30, 2008

## Understanding your portfolio statement

Client Services Department
International 212-526-0490
Please contact us immediately to report any errors, omissions or discrepancies in your statement. Any oral communications should be re-confirmed in writing. Please send written inquiries to:

Cashiers Division
Lehman Brothers
399 Park Avenue, 9th Floor
New York, NY 10022-3763

If you have any questions about your statement or you have a material change in your investment objectives or financial situation, please call us. A financial statement of Lehman Brothers Inc. is available for your personal inspection at our offices, or a copy of it will be mailed upon your written request.

Transaction charges. Details of transaction charges and commissions are displayed on transaction confirmations, which have been itemized separately to you. We will also send you this information upon request.

Client credit policy. We may extend credit to the extent where we believe clients receive the best execution, taking into account service, reliability, market depth, quality of service, speed and efficiency. Ordinarily, we will route orders only to markets where there is an opportunity for them to be executed at better prices than the quoted price ...

In addition to the stock rating, we provide a sector view which rate the outlook for the sector coverage universe as 1-Positive, 2-Neutral, or 3-Negative (see definitions below). A rating system using terms such as Overweight, Equal weight, and Underweight, is also provided. Investors should carefully read the entire research report (including the definitions of all ratings) and not infer its contents from ratings alone.

| Stock Rating | |
|---|---|
| 1 - Overweight: | The stock is expected to outperform the sector coverage universe over a 12-month investment horizon. |
| 2 - Equal weight: | The stock is expected to perform in line with the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| 3 - Underweight: | The stock is expected to underperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon. |
| IS Rating Suspended: | The rating and target price have been suspended temporarily to comply with applicable regulations and/or firm policies in certain circumstances including when Lehman Brothers is acting in an advisory capacity in a merger or strategic transaction involving the company. |

| Sector View | |
|---|---|
| 1 - Positive: | sector coverage universe fundamentals/valuations are improving. |
| 2 - Neutral: | sector coverage universe fundamentals/valuations are steady, neither improving nor deteriorating. |
| 3 - Neg / Negative: | sector coverage universe fundamentals/valuations are deteriorating. |

Member of SIPC. Lehman Brothers Inc. is a member of the Securities Investor Protection Corporation (SIPC). Under SIPC regulations, client accounts up to $500,000 per client (including up to $100,000 for claims for cash). In addition to the coverage required by SIPC, Lehman Brothers Inc. carries coverage protection from the Customer Asset Protection Company. Thus, the securities and cash held for clients by Lehman Brothers Inc. are protected up to each client's net equity. ...

Independent Research. We provide ratings from Independent sector coverage universe. ... Ratings to standard ratings an intermediary, make individual judgments (1-Buy, 2-Hold, 3-Sell) which are referenced on your statement.

# LEHMAN BROTHERS

**Brokerage account**
831-24545

NANCY CONNORS SAMBUCO
April 1 - June 30, 2008

page 3 of 10

## Account asset allocation

Asset allocation includes derivative instruments classified based upon the corresponding underlying security and does not represent a comprehensive risk assessment of your account.

| | Last period | | This period | | |
|---|---|---|---|---|---|
| | $ | % | $ | % change | Asset allocation Jun. 30 |
| Fixed income | $71,500.00 | | $69,712.50 | -2.5% | |
| Cash, cash equivalents & other | 126.83 | | 127.19 | 0.2 | 0.2 |
| Total account value | $71,626.83 | | $69,839.69 | -2.4% | 99.8% |

## Change in account value

Interest and dividends for this year include all income received in 2008. Please see the Tax spotlight section for a summary of income that may be reportable in 2008.

| | This period | This year |
|---|---|---|
| Opening portfolio value | $71,626.83 | $78,698.34 |
| Interest | 0.37 | 0.38 |
| Change in value* | −1,787.51 | −8,859.53 |
| Closing portfolio value | $69,839.69 | $69,839.69 |

*May include changes in market value, changes in accrued interest or securities transferred in to or out of your account.

LBF 8155D2W (10-06)



016638   000111   016407

# LEHMAN BROTHERS

**Brokerage account 831-24545**

NANCY CONNORS SAMBUCO
April 1 - June 30, 2008

## Tax spotlight

*This is not a tax document. This information is being provided for your convenience and is for informational purposes only. Information on hedge funds, limited partnerships, private equity, and private offerings are excluded from this section. For tax reporting, you should rely on your official tax document. Transactions requiring tax consideration should be reviewed with your accountant or tax advisor*

| Reportable Income | This period | This year |
|---|---|---|
| Interest | 0.37 | 0.88 |
| Total | $ 0.37 | $ 0.88 |

*Cash In Lieu (CnL) proceeds from fractional shares are not included in this section. The IRS does not require reporting on CnL under $20. Higher amounts will appear on your year end tax form based on your tax reporting status.*

*Gain/loss information excludes cash, cash equivalents, and other, alternative investments, and commodity & commodities equivalents - private offerings.*

## Bulletin board *(continued from pg. 1)*

Lehman Brothers is committed to complying with various customer identification and verification obligations. We may ask you to provide documentation or additional information, as necessary, to enable Lehman Brothers to comply with these requirements. We may also screen your name against various databases to verify your identity. This verification applies to both new accounts and when changes are made to existing accounts. Please be assured that this information and documentation will be treated with the highest regard to your personal privacy.

Business Continuity at Lehman Brothers. For a summary of how Lehman Brothers would respond to a significant business disruption, please go to www.lehman.com/bcp.htm.

Additional information about your investment representative or your representative's brokerage firm may be available by accessing FINRA's BrokerCheck program. Please visit www.nasdbrokercheck.com or call 1-800-289-9999 for more information.

Lehman Brothers would like to remind you about the importance of

## Bulletin board *(continued from pg. 1)*

diversifying your portfolio. Diversification is an investment strategy for spreading your principal among different markets, sectors, industries, and securities. The goal is to protect the value of your overall portfolio in case a single security or market sector is adversely affected and drops in value. Maintaining concentrated positions in your portfolio may present a higher degree of risk. Please consult your investment Representative to discuss ways of ensuring your portfolio is sufficiently diversified.

# LEHMAN BROTHERS

| Brokerage account
831-24545 | NANCY CONNORS SAMBUCO
April 1 - June 30, 2008

page   5 of   10

## Fixed income

**Maturity (exclusive of calls)**

| | % of total portfolio % | Market value | % of bonds Jun. 30 % |
|---|---|---|---|
| 0 - 3 months | | | |
| 3 - 12 months | 99.8 | $ 69,712.50 | 100.0 |
| 1 - 2 years | | | |
| 2 - 5 years | | | |
| 5 - 10 years | | | |
| Over 10 years | | | |
| **Total** | 99.8% | $ 69,712.50 | 100.0% |

**Type**

| | % of total portfolio % | Market value | % of fixed income Jun. 30 % |
|---|---|---|---|
| CORPORATE | | | |
| GOVERNMENTS AND AGENCIES | 99.8 | $ 69,712.50 | 100.0 |
| MUNICIPAL | | | |
| INTERNATIONAL | | | |
| MORTGAGE AND ASSET-BACKED | | | |
| MUTUAL FUND | | | |
| OTHER | | | |
| **Total** | 99.8% | $ 69,712.50 | 100.0% |

**Credit Quality**

| | % of total portfolio | Market value |
|---|---|---|
| Moody's AA | 99.8% | $ 69,712.50 |

**Coupon rate**

| | % of total portfolio | Market value | % of bonds Jun. 30 |
|---|---|---|---|
| Under 2% | | | |
| 2 - 4% | 99.8 | $ 69,712.50 | 100.0 |
| 4 - 6% | | | |
| 6 - 8% | | | |
| 8 - 10% | | | |
| Over 10% | | | |
| **Total** | 99.8% | $ 69,712.50 | 100.0% |

## Bond indices

**Lehman U.S. Aggregate Bond Index**

| | |
|---|---|
| Jun. 30 | 1,307.00 |
| | 1,297.25 |
| % change | 0.08 |



**Lehman Municipal Bond Index**

| | |
|---|---|
| Jun. 30 | 667.00 |
| | 655.08 |
| % change | 1.13 |



LBF 8155D2W (10-06)

# LEHMAN BROTHERS

| Brokerage account | NANCY CONNORS SAMBUCO |
| 831-24545 | April 1 - June 30, 2008 |

page   6 of  10

## HOLDINGS

In instances where prices of securities are not readily available, securities have no values, securities have not been actively traded or where other factors prevent the pricing of securities, or appears in the market price column, the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that totals may differ from the sum on individual components due to rounding.
Unrealized gain/loss total reflects all positions for which a cost basis is available. Please review the Tax Lot section for details regarding cost basis.

## Fixed Income

Yield information is provided for informational purposes only. Lehman Brothers makes reasonable efforts to ensure its accuracy but should not be held responsible for errors or omissions.

| | Par | Unit cost Adj. unit cost | Total cost Adj. total cost | Market price Accrued interest | Market value Accrued int. (USD) | Unrealized gain/loss | Yield-to-maturity(%) | Comment |
|---|---|---|---|---|---|---|---|---|
| **Corporate bonds** | | | | | | | | |
| LEH 1SPX INDEX-PLUS NOTES R2* INDEX-PLUS NOTES ON S&P 500 60%*THRESHOLD,MAT10-MAT DUE 03 MAR 2010 ISIN-US52299MMY32 DATED DATE 03 MAR 2005 | 65,000 | $ 101.506 101.506 | $ 65,978.85 65,978.85 | 107.25 | $ 69,712.50 $ 69,712.50 | N/A | | In cash account Moody's A1 S&P A |
| **Total Fixed Income** | | | | | $ 69,712.50 $ 0.00 | | | |

COPY COPY COPY COPY COPY COPY COPY COPY COPY COPY COPY

# LEHMAN BROTHERS

Brokerage account
831-24545

NANCY CONNORS SAM&CO
April 1 - June 30, 2008

page 7 of 10

## Cash, cash equivalents & other

*Money Market Preferred, SAVRs and other Auction Rate Securities are included in the Cash, Cash Equivalents and Other Categories. The interest rate on these securities generally is reset on a periodic basis in an auction process. Investors should be aware that these securities may have a final legal maturity that is of a long-term nature, and that under certain circumstances the rate paid, or the mechanism for setting the rate paid on these securities, could change. Please consult your investment representative with any questions.*
*Gain/Loss information also excludes cash, cash equivalents, and other.*

| Cash investments | Quantity | Market value | | Comment |
| --- | --- | --- | --- | --- |
| | | | Accrued Income | |
| LEHMAN BANK CASH DEPOSIT ACCT | | $ 127.19 | $ 127.19 | |

*Funds on deposit with Lehman Brothers Bank Cash Deposit Account are not covered by SIPC or the firm's supplemental insurance policies. These funds will be insured by the FDIC up to $100,000 per depositor, in each insurable capacity (e.g., individual, joint account, IRA, etc.) when aggregated with other deposits held in the same capacity at Lehman Brothers Bank. Funds in excess of the applicable deposit insurance limit will not be insured by FDIC.*

| total cash, cash equivalents & other | Market value (USD) | Accrued Income (USD) | |
| --- | --- | --- | --- |
| | $ 127.19 | $ 0.00 | $ 127.19 |

L3F 8155D2W (10-06)

# LEHMAN BROTHERS

| Brokerage account
| 831-24545

NANCY CONNORS SAMBUCO
April 1 - June 30, 2008

page 8 of 10

## ACTIVITY

**Interest**

| | Date | Taxable amt. | Non-taxable amt. | | Amount | Comment |
|---|---|---|---|---|---|---|
| LEHMAN BANK CASH DEPOSIT ACCT | 28 Apr 2008 | $ 0.09 | | | $ 0.09 | MONTHLY INTEREST FOR 03/26/2008 - 04/27/2008 33 DAYS YLD 0.77% |
| LEHMAN BANK CASH DEPOSIT ACCT | 28 May 2008 | 0.15 | | | 0.15 | MONTHLY INTEREST FOR 04/28/2008 - 05/27/2008 30 DAYS YLD 1.41% |
| LEHMAN BANK CASH DEPOSIT ACCT | 26 Jun 2008 | 0.13 | | | 0.13 | MONTHLY INTEREST FOR 05/28/2008 - 06/25/2008 29 DAYS YLD 1.27% |
| **Total USD interest** | | **$ 0.37** | | | **$ 0.37** | |
| **Total USD Interest - 2008** | | **$ 0.37** | | | | |

The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities. The designations are
accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.



# LEHMAN BROTHERS

**Brokerage account**
**831-24545**

NANCY CONNORS SAMBUCO
April 1 - June 30, 2008

page    9 of    10

## Cash investment summary

| Type | | Date | Amount | Comment |
|---|---|---|---|---|
| Opening balance | | | $126.82 | |
| LEHMAN BANK CASH DEPOSIT ACCT | Transfer-in | 28 Apr 2008 | 0.09 | REINVEST |
| LEHMAN BANK CASH DEPOSIT ACCT | Transfer-in | 28 May 2008 | 0.15 | REINVEST |
| LEHMAN BANK CASH DEPOSIT ACCT | Transfer-in | 26 Jun 2008 | 0.13 | REINVEST |
| Closing balance | | | $127.19 | |

13F 8155D2WV (10-06)

# LEHMAN BROTHERS

**Brokerage account**
**831-24545**

NANCY CONNORS SAMBUCO
April 1 - June 30, 2008

page    10 of    10

## TAX LOTS

** Days held. Either # of days if held one year or less or -1 if held for more than one year or S/L for Index Options.

## Fixed income

*Unrealized gain/loss is calculated using adjusted unit cost. Please consult your tax advisor to determine if your situation requires that you use unit cost for your unrealized gain/loss.*

| | Quantity or Par | Trade date | Unit cost / Adj. Unit cost | Total cost / Adj. Total cost | Market price | Unrealized Market value | Unrealized gain/loss | Days held ** |
|---|---|---|---|---|---|---|---|---|
| **Corporate bonds - long** | | | | | | | | |
| LBH "SPX INDEX-PLUS NOTES #2" INDEX-PLUS NOTES ON S&P 500 60% THRESHOLD MAT10-MAT RM50000 02/03/2010 | 65,000 | 02 Aug 2005 | $101.51 / 101.50 | $ 65,978.85 / 65,978.85 | $ 107.25 | $ 69,712.50 | N/A | |