Brian E. Foont
The Foont Law Firm, LLC
11909 Reynolds Avenue
Potomac, MD 20854
202-236-4851

*Counsel for Claimant AFCO Cargo PIT LLC*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that THE FOONT LAW FIRM, LLC, as counsel, hereby appears in the above captioned Chapter 11 case as counsel to AFCO Cargo PIT LLC (herein, "AFCO Cargo PIT"), a claimant in the captioned matter, pursuant to 11 U.S.C. § 1109(b) and request, pursuant to, applicable, the Federal Rules of the Bankruptcy Procedure 2002, 3017, 9007, and 9010, that copies of all notices given or required to be given in this case, all documents filed with the Court, and all notices which the Court and/or any other parties provide, be served upon the persons set forth below at the following address:

Brian E. Foont, Esq.
The Foont Law Firm, LLC
11909 Reynolds Avenue
Potomac, MD 20854
Tel. 202-236-4851
Fax. 202-318-9195
Foont@FoontLaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by AFCO Cargo PIT: (1) to the personal jurisdiction of the bankruptcy court; (2) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (3) of the right to trial by jury in any proceeding that may be so tried in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupments to which the AFCO Cargo PIT is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments that AFCO Cargo PIT expressly reserves.

Dated: Potomac, Maryland
November 8, 2011

                          THE FOONT LAW FIRM, LLC

                          By:    /s/ Brian E. Foont
                                  Brian E. Foont
                                  11909 Reynolds Avenue
                                  Potomac, MD 20854
                                  Tel. 202-236-4851
                                  Fax. 202-318-9195
                                  Foont@FoontLaw.com

                          *Attorney for AFCO Cargo PIT LLC*