SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Kenneth S. Ziman
Max S. Polonsky
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Och-Ziff Capital Management Group LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re:                               : Chapter 11
                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*  : Case No. 08-13555 (JMP)
                                     :
            Debtors.                 : (Jointly Administered)
------------------------------------- x

## **CERTIFICATE OF SERVICE**

      I, Max S. Polonsky, hereby certify that I filed and served a true and correct copy of the Statement in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors via the Court's CM/ECF system on November 4, 2011. Notice of this filing was sent to those persons receiving electronic notice of filings in this case.

      Additionally, I sent the Statement in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to the following recipients via regular mail on November 4, 2011:

| | |
|---|---|
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>(Attn: Elisabetta G. Gasparini, Esq. and Andrea B. Schwartz, Esq.) | Chambers of the Hon. James M. Peck<br>United States Bankruptcy Court,<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408 |
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq.) | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.) |

   Additionally, I sent the Statement in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to the following recipients via electronic mail on November 4, 2011:

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq.) | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.) |

| | |
|---|---|
| Dated: New York, New York<br>   November 4, 2011 | */s/ Max S. Polonsky*<br>Max S. Polonsky |