UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                :
In re                              :
                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*   :   Case No. 08 – 13555 (JMP)
                                :
             **Debtors.**            :
                                :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 27662 OF THE TUDOR BVI GLOBAL PORTFOLIO L.P. AGAINST LEHMAN BROTHERS HOLDINGS INC.

| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc. Case No. 08-13555 (JMP) |
|---|---|
| **Creditor Name and Address:** | The Tudor BVI Global Portfolio Inc. Tudor Investment Corporation, Process Agent 1275 King Street Greenwich, CT 06831 Attn: Stephen N. Waldman |
| **Claim Number:** | 27662 |
| **Date Claim Filed:** | 9/22/2009 |
| **Total Amount of Claim:** | |

       The Tudor BVI Global Portfolio L.P. ("**BVI**") hereby withdraws, pursuant to Federal Rule of Bankruptcy Procedure 3006, Proof of Claim No. 27662 (the "**Claim**") filed against Lehman Brothers Holdings Inc. ("**LBHI**"). The Claim has not been objected to, no adversary proceeding has been filed against BVI, and BVI has not voted on the plan or otherwise participated significantly in this case.

       This Notice serves as BVI's withdrawal of the Claim and authorization to the Clerk of this Court, or LBHI's duly appointed claims agent, to reflect this withdrawal on the official claims register for LBHI.

Dated: New York, NY
November 8, 2011

                                              **THE TUDOR BVI GLOBAL PORTFOLIO L.P.**
By: Tudor BVI GP Ltd
Its: General Partner

By: Tudor Investment Corporation
Trading Advisor

s/ Steven D. F. Miller
Name: Steven D. F. Miller
Title: Vice President and Associate General Counsel