SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Bank of America, N.A. and
Merrill Lynch International and its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08 – 13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) s.s.:
NEW YORK COUNTY      )

Richard Facundo, being duly sworn, deposes and states:

1) I am employed by Shearman & Sterling LLP at 599 Lexington Avenue, in New York, New York.  I am over the age of eighteen and I am not a party to this proceeding.

2) On the 4th day of November, 2011, I caused to be served via hand delivery, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the Statement of Bank of America, N.A. and Merrill Lynch International and Certain of its Affiliates in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its affiliated Debtors.

Richard Facundo

Sworn to before me the 4th day of November, 2011

Christine Dionne

CHRISTINE ANN DIONNE
Notary Public, State of New York
No. 01DI4992660
Qualified in Bronx County
Commission Expires March 2, 20 14

NYDOCS03/936927.1

## Exhibit A

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.)

The United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
(Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.)

Milbank, Tweed, Hadley and McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq.)