**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                       :

In re                                      :         **Chapter 11 Case No.**
                                                    :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :         **08-13555 (JMP)**
                                                    :

          Debtors.                        :         **(Jointly Administered)**
                                                      :

------------------------------------------------------------------------x    **Ref. Docket No. 21665**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2011, I caused to be served the "Amendment No. 1 to the Plan Supplement," dated November 4, 2011 [Docket No. 21665], by causing true and correct copies to be:

      i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

      ii. delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

     iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, and

     iv. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Eleni Manners*
                                            Eleni Manners

Sworn to before me this
7th day of November, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

### *LBH MSL Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | angelich.george@arentfox.com |
| aalfonso@willkie.com | ann.reynaud@shell.com |
| abeaumont@fklaw.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | aostrow@beckerglynn.com |
| acker@chapman.com | apo@stevenslee.com |
| adam.brezine@hro.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| Adiamond@DiamondMcCarthy.com | arahl@reedsmith.com |
| aeckstein@blankrome.com | arheaume@riemerlaw.com |
| aentwistle@entwistle-law.com | arlbank@pbfcm.com |
| afriedman@irell.com | arosenblatt@chadbourne.com |
| agbanknewyork@ag.tn.gov | arthur.rosenberg@hklaw.com |
| aglenn@kasowitz.com | arwolf@wlrk.com |
| agold@herrick.com | aseuffert@lawpost-nyc.com |
| ahammer@freebornpeters.com | ashaffer@mayerbrown.com |
| aisenberg@saul.com | ashmead@sewkis.com |
| akantesaria@oppenheimerfunds.com | asnow@ssbb.com |
| akolod@mosessinger.com | atrehan@mayerbrown.com |
| akornikova@lcbf.com | aunger@sidley.com |
| alum@ftportfolios.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| AMcMullen@BoultCummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| Andrew.Brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| bankruptcy@ntexas-attorneys.com | cbelmonte@ssbb.com |
| bankruptcymatters@us.nomura.com | cbrotstein@bm.net |
| barbra.parlin@hklaw.com | ceskridge@susmangodfrey.com |
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bcarlson@co.sanmateo.ca.us | chammerman@paulweiss.com |
| bdk@schlamstone.com | chardman@klestadt.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmerrill@susmangodfrey.com | christopher.schueller@bipc.com |
| BMiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| Brian.Corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| brosenblum@jonesday.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | colea@gtlaw.com |
| bstrickland@wtplaw.com | cousinss@gtlaw.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| bturk@tishmanspeyer.com | cpappas@dilworthlaw.com |
| bwolfe@sheppardmullin.com | craig.goldblatt@wilmerhale.com |
| bzabarauskas@crowell.com | crmomjian@attorneygeneral.gov |
| cahn@clm.com | cs@stevenslee.com |
| calbert@reitlerlaw.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carol.weinerlevy@bingham.com | cshore@whitecase.com |
| cbelisle@wfw.com | cshulman@sheppardmullin.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| ctatelbaum@adorno.com | demetra.liggins@tklaw.com |
| cwalsh@mayerbrown.com | deryck.palmer@cwt.com |
| cward@polsinelli.com | dfelder@orrick.com |
| cweber@ebg-law.com | dflanigan@polsinelli.com |
| cweiss@ingramllp.com | dgrimes@reedsmith.com |
| dallas.bankruptcy@publicans.com | dhayes@mcguirewoods.com |
| daniel.guyder@allenovery.com | dheffer@foley.com |
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | djoseph@stradley.com |
| david.crichlow@pillsburylaw.com | dkleiner@velaw.com |
| david.heller@lw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| drosner@kasowitz.com | esmith@dl.com |
| dshaffer@wtplaw.com | etillinghast@sheppardmullin.com |
| dshemano@pwkllp.com | ezujkowski@emmetmarvin.com |
| dspelfogel@foley.com | ezweig@optonline.net |
| dtatge@ebglaw.com | fbp@ppgms.com |
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | fsosnick@shearman.com |
| ecohen@russell.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@fklaw.com | gbray@milbank.com |
| efriedman@friedumspring.com | george.davis@cwt.com |
| egeekie@schiffhardin.com | geraci@thalergertler.com |
| eglas@mccarter.com | ggitomer@mkbattorneys.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| elevin@lowenstein.com | glenn.siegel@dechert.com |
| eli.mattioli@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | gravert@mwe.com |
| emerberg@mayerbrown.com | gspilsbury@jsslaw.com |
| eobrien@sbchlaw.com | guzzi@whitecase.com |
| erin.mautner@bingham.com | harrisjm@michigan.gov |
| eschaffer@reedsmith.com | harveystrickon@paulhastings.com |
| eschwartz@contrariancapital.com | hbeltzer@mayerbrown.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| heim.steve@dorsey.com | jbeemer@entwistle-law.com |
| heiser@chapman.com | jbeiers@co.sanmateo.ca.us |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdoran@haslaw.com |
| icatto@mwe.com | Jdrucker@coleschotz.com |
| igoldstein@dl.com | jdyas@halperinlaw.net |
| ilevee@lowenstein.com | jean-david.barnea@usdoj.gov |
| info2@normandyhill.com | jeanites@whiteandwilliams.com |
| ira.herman@tklaw.com | jeannette.boot@wilmerhale.com |
| isgreene@hhlaw.com | jeff.wittig@coair.com |
| israel.dahan@cwt.com | jeffrey.sabin@bingham.com |
| iva.uroic@dechert.com | jeldredge@velaw.com |
| jaclyn.genchi@kayescholer.com | jen.premisler@cliffordchance.com |
| jacobsonn@sec.gov | jennifer.demarco@cliffordchance.com |
| james.mcclammy@dpw.com | jennifer.gore@shell.com |
| james.sprayregen@kirkland.com | jeremy.eiden@ag.state.mn.us |
| jamestecce@quinnemanuel.com | jfalgowski@reedsmith.com |
| jamie.nelson@dubaiic.com | jflaxer@golenbock.com |
| jar@outtengolden.com | jfox@joefoxlaw.com |
| jason.jurgens@cwt.com | jfreeberg@wfw.com |
| jay.hurst@oag.state.tx.us | jg5786@att.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |
| Jbecker@wilmingtontrust.com | jguy@orrick.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| jherzog@gklaw.com | jnm@mccallaraymer.com |
| jhiggins@fdlaw.com | john.monaghan@hklaw.com |
| jhorgan@phxa.com | john.rapisardi@cwt.com |
| jhuggett@margolisedelstein.com | joli@crlpc.com |
| jhuh@ffwplaw.com | jorbach@hahnhessen.com |
| jim@atkinslawfirm.com | Joseph.Cordaro@usdoj.gov |
| jjoyce@dresslerpeters.com | joshua.dorchak@bingham.com |
| jjtancredi@daypitney.com | jowen769@yahoo.com |
| jjureller@klestadt.com | jowolf@law.nyc.gov |
| jkehoe@btkmc.com | joy.mathias@dubaiic.com |
| jlamar@maynardcooper.com | JPintarelli@mofo.com |
| jlawlor@wmd-law.com | jporter@entwistle-law.com |
| jlee@foley.com | jprol@lowenstein.com |
| jlevitin@cahill.com | jrabinowitz@rltlawfirm.com |
| jlipson@crockerkuno.com | jrsmith@hunton.com |
| jliu@dl.com | jschwartz@hahnhessen.com |
| jlovi@steptoe.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jshickich@riddellwilliams.com |
| jmaddock@mcguirewoods.com | jsmairo@pbnlaw.com |
| jmazermarino@msek.com | jstoll@mayerbrown.com |
| jmcginley@wilmingtontrust.com | jsullivan@mosessinger.com |
| jmelko@gardere.com | jtimko@shutts.com |
| jmerva@fult.com | jtougas@mayerbrown.com |
| jmmurphy@stradley.com | judy.morse@crowedunlevy.com |
| jmr@msf-law.com | jwallack@goulstonstorrs.com |
| jnadritch@olshanlaw.com | jwang@sipc.org |

*__LBH MSL Email Service List__*

| | |
|---|---|
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | Landon@StreusandLandon.com |
| jwest@velaw.com | lathompson@co.sanmateo.ca.us |
| jwh@njlawfirm.com | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lsilverstein@potteranderson.com |
| KReynolds@mklawnyc.com | lthompson@whitecase.com |
| krosen@lowenstein.com | lubell@hugheshubbard.com |
| kuehn@bragarwexler.com | lwhidden@salans.com |
| kurt.mayr@bgllp.com | mabrams@willkie.com |

*LBH MSL Email Service List*

| | |
|---|---|
| MAOFILING@CGSH.COM | mfeldman@willkie.com |
| Marc.Chait@SC.com | mgordon@briggs.com |
| margolin@hugheshubbard.com | mgreger@allenmatkins.com |
| mark.deveno@bingham.com | mh1@mccallaraymer.com |
| mark.ellenberg@cwt.com | mharris@smsm.com |
| mark.houle@pillsburylaw.com | mhopkins@cov.com |
| mark.sherrill@sutherland.com | michael.frege@cms-hs.com |
| martin.davis@ots.treas.gov | michael.kelly@monarchlp.com |
| Marvin.Clements@ag.tn.gov | michael.kim@kobrekim.com |
| matt@willaw.com | michael.reilly@bingham.com |
| matthew.klepper@dlapiper.com | millee12@nationwide.com |
| maustin@orrick.com | miller@taftlaw.com |
| max.polonsky@skadden.com | mimi.m.wong@irscounsel.treas.gov |
| mbenner@tishmanspeyer.com | mitchell.ayer@tklaw.com |
| mberman@nixonpeabody.com | mjacobs@pryorcashman.com |
| mbienenstock@dl.com | mjedelman@vedderprice.com |
| mbossi@thompsoncoburn.com | MJR1@westchestergov.com |
| mcademartori@sheppardmullin.com | mkjaer@winston.com |
| mccombst@sullcrom.com | mlahaie@akingump.com |
| mcordone@stradley.com | MLandman@lcbf.com |
| mcto@debevoise.com | mlichtenstein@crowell.com |
| mdahlman@kayescholer.com | mlynch2@travelers.com |
| mdorval@stradley.com | mmendez@hunton.com |
| melorod@gtlaw.com | mmooney@deilylawfirm.com |
| meltzere@pepperlaw.com | mmorreale@us.mufg.jp |
| metkin@lowenstein.com | mneier@ibolaw.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | omeca.nedd@lovells.com |
| mpage@kelleydrye.com | otccorpactions@finra.org |
| mparry@mosessinger.com | paronzon@milbank.com |
| mprimoff@kayescholer.com | patrick.oh@freshfields.com |
| mpucillo@bermanesq.com | paul.turner@sutherland.com |
| mrosenthal@gibsondunn.com | pbattista@gjb-law.com |
| mruetzel@whitecase.com | pbosswick@ssbb.com |
| mschimel@sju.edu | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |
| msiegel@brownrudnick.com | peter.gilhuly@lw.com |
| msolow@kayescholer.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| neilberger@teamtogut.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwright@dl.com |
| Nherman@morganlewis.com | r.stahl@stahlzelloe.com |
| nissay_10259-0154@mhmjapan.com | raj.madan@bingham.com |
| nlepore@schnader.com | rajohnson@akingump.com |
| notice@bkcylaw.com | ramona.neal@hp.com |
| oipress@travelers.com | ranjit.mather@bnymellon.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| rbeacher@pryorcashman.com | robertdakis@quinnemanuel.com |
| rbyman@jenner.com | Robin.Keller@Lovells.com |
| rdaversa@orrick.com | roger@rnagioff.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rrigolosi@smsm.com |
| rgmason@wlrk.com | rroupinian@outtengolden.com |
| rgraham@whitecase.com | rrussell@andrewskurth.com |
| rhett.campbell@tklaw.com | rterenzi@stcwlaw.com |
| richard.lear@hklaw.com | RTrust@cravath.com |
| richard.levy@lw.com | russj4478@aol.com |
| richard.tisdale@friedfrank.com | rwasserman@cftc.gov |
| richard@rwmaplc.com | rwyron@orrick.com |
| ritkin@steptoe.com | s.minehan@aozorabank.co.jp |
| RJones@BoultCummings.com | sabin.willett@bingham.com |
| rleek@HodgsonRuss.com | sabramowitz@velaw.com |
| RLevin@cravath.com | sagolden@hhlaw.com |
| rmatzat@hahnhessen.com | sagrawal@susmangodfrey.com |
| rmcneill@potteranderson.com | Sally.Henry@skadden.com |
| rnetzer@willkie.com | sandyscafaria@eaton.com |
| robert.bailey@bnymellon.com | Sara.Tapinekis@cliffordchance.com |
| robert.dombroff@bingham.com | scargill@lowenstein.com |
| robert.henoch@kobrekim.com | schannej@pepperlaw.com |
| robert.malone@dbr.com | Schepis@pursuitpartners.com |
| Robert.yalen@usdoj.gov | schnabel.eric@dorsey.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| schwartzmatthew@sullcrom.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | SRee@lcbf.com |
| scousins@armstrongteasdale.com | sselbst@herrick.com |
| sdnyecf@dor.mo.gov | sshimshak@paulweiss.com |
| sehlers@armstrongteasdale.com | sskelly@teamtogut.com |
| seichel@crowell.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.troyer@commerzbank.com |
| sgordon@cahill.com | steven.wilamowsky@bingham.com |
| sgubner@ebg-law.com | Streusand@StreusandLandon.com |
| shannon.nagle@friedfrank.com | susan.schultz@newedgegroup.com |
| sharbeck@sipc.org | susheelkirpalani@quinnemanuel.com |
| shari.leventhal@ny.frb.org | swolowitz@mayerbrown.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| sidorsky@butzel.com | tannweiler@greerherz.com |
| slerner@ssd.com | tarbit@cftc.gov |
| slevine@brownrudnick.com | tbrock@ssbb.com |
| SLoden@DiamondMcCarthy.com | tdewey@dpklaw.com |
| smayerson@ssd.com | tduffy@andersonkill.com |
| smillman@stroock.com | teresa.oxford@invescoaim.com |
| smulligan@bsblawyers.com | TGoren@mofo.com |
| snewman@katskykorins.com | thaler@thalergertler.com |
| sory@fdlaw.com | thomas.califano@dlapiper.com |
| spiotto@chapman.com | thomas.ogden@dpw.com |

### *LBH MSL Email Service List*

Thomas_Noguerola@calpers.ca.gov

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| A.D.R.A. LLC | 3329 DIABLO WAY, CASTLE ROCK CO 80108 |
| ABN AMRO BANK N.V | CORPORATE COMMUNICATIONS (HQ9142) P.O. BOX 283 1000 EA AMSTERDAM THE NETHERLANDS |
| ABN AMRO BANK N.V. LEHMAN BROTHERS | COMMERCIAL CORPORATION 540 W. MADISON STREET, SUITE 2202 ATTN: DANIEL BLEY/FREDERICK P. ENGLER CHICAGO IL 60661 |
| ABN AMRO BANK N.V., CHICAGO BRANCH | 181 WEST MADISON STREET, 30TH FLOOR ATTN: TREASURY OPERATIONS CHICAGO IL 60662 |
| ABN AMRO BANK N.V., LONDON BRANCH | 199 BISHOPSGATE ATTN: LOAN ADMINISTRATION DEPARTMENT LONDON EC2M 3TY UNITED KINGDOM |
| ABN AMRO BANK N.V., SINGAPORE BRANCH | OCBC CENTRE EAST, LEVEL 9 63 CHULIA STREET 0459514 SINGAPORE |
| AMP CAPITAL ENHANCED YIELD FDC/O | AMP CAPITAL INVES 50 BRIDGE STREET SYDNEY NSW 2008 AUSTRALIA |
| AMP CAPITAL ENHANCED YIELD FDC/O | AMP CAPITAL INVES PO BOX R227 ROYAL EXHANGE SYDNEY NSW 1225 AUSTRALIA |
| AMP CAPITAL ENHANCED YIELD FDC/O AMP CAPITAL INVES | BNP FUND SEVICES AUSTRALASIA LIMITED LEVEL 6, BNP PARIBAS CENTRE 60 CASTLEREAGH STREET ATTN: MANAGER - DERIVATIVE SYDNEY, 2000 AUSTRALIA |
| AMP CAPITAL INVESTORS LTDA/C | AUS CORPORATE BOND BNP FUND SEVICES AUSTRALASIA LIMITED LEVEL 6, BNP PARIBAS CENTRE 60 CASTLEREAGH STREET ATTN: MANAGER - DERIVATIVE SYDNEY, 2000 AUSTRALIA |
| AMP CAPITAL INVESTORS LTDA/CAUS CORPORATE BOND | 50 BRIDGE STREET SYDNEY NSW 2008 AUSTRALIA |
| AMP CAPITAL INVESTORS LTDA/CAUS CORPORATE BOND | PO BOX R227 ROYAL EXCHANGE SYDNEY NSW 1225 AUSTRALIA |
| BANK OF AMERICA, | NATIONAL ASSOCIATION 26 ELMFIELD ROAD ATTN: GLOBAL DERIVATIVE OPERATIONS BROMLEY, KENT BR1 1WA UNITED KINGDOM |
| BARCLAYS BANK PLC | 200 PARK AVENUE NEW YORK NY 10166 |
| BBVA 5X5 FI | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. PLAZA SAN NICOLAS #4 BILBAO, VIZCAYA 28005 SPAIN |
| BLUEBAY LEHMAN BROTHERS | C/O BLUEBAY ASSET MANAGEMENT LIMITED, ATTN: MELANIE DAVISON TIMES PLACE 45 PALL MALL LONDON, SW1Y5JG UNITED KINGDOM |
| DEUTSCHE BANK AG | 60 WALL STREET, 36TH FLOOR NEW YORK NY 10005-2858 |
| FEDERAL HOME LOAN | BANK OF TOPEKA 120 SE 6TH STREET ATTN: INVESTMENTS TOPEKA KS KS 66603-0000 |
| FEDERAL HOME LOAN BANK BOSTONA/C | FHLB BOSTON 111 HUNTINGTON AVENUE BOSTON, MA MA 02199 |
| FEDERAL HOME LOAN BANK OF TOPEKA | P.O. BOX 176 ONE SECURITY BENEFIT PL, SUITE 100 ATTN: MATTHEW D. BOATWRIGHT TOPEKA, K KS 66601-0176 |
| FEDERAL HOME LOAN BANK OF TOPEKA | 120 SE 6TH STREET ATTN: INVESTMENTS TOPEKA, KS KS 66603 |
| GARFIELD COUNTY | C/O BUILDING & PLANNING DIRECTOR, 108 8TH STREET, SUITE 401, GLENNWOOD SPRINGS CO 81601 |
| GOLDMAN SACHS BANK USA (ME) | GOLDMAN SACHS & CO 200 WEST STREET DARREN THOMAS NEW YORK NY 10282 |
| GOLDMAN, SACHS & CO GOLDMAN, SACHS | 85 BROAD STREET ATTN: FX OPERATIONS NEW YORK NY 10004 |
| GOLDMAN, SACHS & CO. | C/O CLEARY GOTTLEIB STEEN ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GROUP MERRILL LYNCH COMMODITIES | (EUROPE) LIMITED MERRILL LYNCH FINANCIAL CENTRE 2 KING EDWARD STREET ATTN: MERRILL LYNCH COMMODITIES LEGAL GROUP LONDON, EC1A 1HQ UNITED KINGDOM |
| IMPAC CMB TRUST SERIES 2004-04 | THACHER PROFFITT & WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2004-04 | DEUTSCHE BANK NATIONAL TRUST 1761 E SAINT ANDREW PLACE ATTN: TRUST ADMINISTRATION SANTA ANA CA 92705 |
| J. ARON & COMPANY | 85 BROAD STREET ATTN: J. ARON NEW YORK NY 10004 |
| LB ASIA HOLDINGS LIMITED | LEVEL 38, ONE PACIFIC PLACE 88 QUEENSWAY HONG KONG |
| LB BANKHAUS AG SEOUL BRANCH | C/O CMS HASCHE SIGLE BARCKHAUSSTRAßE 12-16 FRANKFURT A.M., 60325 ATTN: DR. MICHAEL FREGE GERMANY |
| LB BANKHAUS AG SEOUL BRANCH | 12TH FLOOR HANHWA BUILDING 110, SOKONG-DONG JUNG-KU, SEOUL, 100-755 KOREA |
| LB BANKHAUS LONDON BRANCH | 25 BANK STREET LONDON, E14 5LE ENGLAND |
| LB BANKHAUS LONDON BRANCH | ONE BROADGATE LONDON, EC2M 7HA ENGLAND |
| LB BANKHAUS LONDON BRANCH | C/O CMS HASCHE SIGLE BARCKHAUSSTRAßE 12-16 FRANKFURT A.M., 60325 ATTN: DR. MICHAEL FREGE GERMANY |

| Claim Name | Address Information |
|---|---|
| LB COMMERCIAL MORTGAGE K.K. | KISHIMOTO BLDG, 9TH FLOOR 2-2-1 MARUNOUCHI, CHIYODA-KU TOKYO, 100-0005 JAPAN |
| LB SECURITIES ASIA LIMITED | KPMG 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL HONG KONG |
| LB SECURITIES ASIA LIMITED | LEVEL 38, ONE PACIFIC PLACE 88 QUEENSWAY HONG KONG |
| LB SECURITIES ASIA LIMITED | TWO INTERNATIONAL FINANCE CENTRE, 26TH FLOOR 8 FINANCE STREET CENTRAL HONG KONG |
| LEHMAN BROTHERS BANKHAUS A.G. | GRUNEBURGWEG 18 60322 FRANKFURT AM MAIN GERMANY |
| LEHMAN BROTHERS BANKHAUS A.G. | RATHENAUPLATZ I 60322 FRANKFURT AM MAIN GERMANY |
| LEHMAN BROTHERS JAPAN INC. | KISHIMOTO BLDG, 9TH FLOOR 2-2-1 MARUNOUCHI, CHIYODA-KU TOKYO, 100-0005 100-0005 JAPAN |
| LEHMAN BROTHERS TREASURY CO BV | 25 BANK STREET LONDON ENGLAND |
| LEHMAN BROTHERS TREASURY CO BV | 25 BANK STREET LONDON, E14 5LE ENGLAND |
| LEHMAN BROTHERS TREASURY CO BV | SERVICES INC. 25 BANK STREET LONDON E14 5LE ENGLAND |
| LEHMAN BROTHERS TREASURY CO BV | HOUTHOFF BURUMA N.V. P.O. BOX 75505 NL-1070 AM AMSTERDAM THE NETHERLANDS |
| MERRILL LYNCH | INTERNATIONAL BANK LIMITED LEHMAN BROTHERS COMMERCIAL CORPORATION 4 WORLD FINANCIAL CENTER, 12TH FLOOR, 16TH ATTN: FX OPERATIONS MANAGER NEW YORK NY 10281-1315 |
| MERRILL LYNCH BANK USA | 800 SCUDDERS MILL ROAD ATTN: JOSEPH SANDFORD 111 PLAINSBORO NJ NJ 08536 |
| MERRILL LYNCH BANK USA | 4 WORLD FINANCIAL CENTER 12TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH CAPITAL SERVICES INC | 4 WORLD FINANCIAL CENTER, 12TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH COMMODITIES | (EUROPE) LIMITED 2 KING STREET ATTN: MERRILL LYNCH COMMODITIES LEGAL LONDON, EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | ROPEMAKER PLACE 25 ROPEMAKER STREET ATTN: FOREIGN EXCHANGE BUSINESS SUPPORT LONDON, EC2 9LY UNITED KINGDOM |
| MORGAN STANLEY | CAPITAL GROUP, INC 2000 WESTCHESTER AVENUE, FIRST FLOOR ATTN: COMMODITIES - SWAP GROUP PURCHASE NY 10577 |
| MORGAN STANLEY CAPITAL GROUP, INC | 1585 BROADWAY, 3RD FLOOR ATTN:FX TRANSACTIONS, CURRENCY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP, INC | TRANSACTION MANGEMENT GROUP 1585 BROADWAY, 19TH FLOOR ATTN: CHIEF LEGAL OFFICER NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP, INC | TRANSACTION MANAGEMENT GROUP 1585 BROADWAY, 10TH FLOOR ATTN:CHIEF LEGAL OFFICER NEW YORK NY 10036-8293 |
| N.V. ABN AMRO BANK N.V. AMSTERDAM HEAD | OFFICE P.O. BOX 283 ATTN: OFM/SWAPS DEPARTMENT 1000 EA AMSTERDAM THE NETHERLANDS |
| NEBRASKA INVESTMENT | FINANCE AUTHORITY 1230 O ST SUITE 200 LINCOLN NE 68508 |
| NEBRASKA INVESTMENT | FINANCE AUTHORITY 200 COMMERCE COURT 1230 O STREET ATTN: EXECUTIVE DIRECTOR LINCOLN NE 68508 |
| NEVADA HOUSING DIVISION | NEVADA HOUSING DIVISION OFFICES 7220 BERMUDA ROAD, STE. B ATTN: LON DEWEESE LAS VEGAS NV 89119 |
| NEVADA HOUSING DIVISION | LEHMAN BROTHERS SPECIAL FINANCING INC. 1802 NORTH CARSON ST, STE 154 ATTN: CFO CARSON CITY, N NV 89701 |
| NEW YORK LIFE INSURANCE COMPANY | NY LIFE INVESTMENT MANAGEMENT 51 MADISON AVENUE ATTN: TOM MAHON NEW YORK NY 00101 |
| OBLIGATIONS/OPTIONS MORGAN STANLEY | CAPITAL GROUP, INC 2000 WESTCHESTER AVENUE ATTN: COMMODITIES, SWAP GROUP PURCHASE NY 10577 |
| OTTERBEIN HOMES LEHMAN BROTHERS | SPECIAL FINANCING INC. 580 NORTH STATE ROUTE 741 LEBANON OH 45036 |
| P7887 LIANHE | INVESTMENTS PTE LTD. PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 ATTN: KEVIN M. BROADWATER NEWPORT BEACH CA 92660 |
| PICKERSGILL, INC. | 615 CHESTNUT AVENUE TOWSON MD 21204 |
| ROYAL BANK OF SCOTLAND PLC | RBS GLOBAL BANKING & MARKETS LEVEL 4, 135 BISHOPGATE ATTN: SWAPS ADMINISTRATION LONDON, EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC | CORPORATION 600 STEAMBOAT ROAD ATTN: LEGAL DEPT. - DERIVATIVES DOCUMENTATION GREENWICH CT 06830 |
| SOUTHERN CALIFORNIA EDISON (EEI) | EEI DATED ON 4/7/2008 2244 WALNUT GROVE AVE. ATTN: KEVIN CINI ROSEMEAD CA |

| Claim Name | Address Information |
|---|---|
| SOUTHERN CALIFORNIA EDISON (EEI) | 91770 |
| TORO VENDOR | P.O. BOX 3339 ABILENE TX 79604 |
| TRI-CITY BAPTIST CHURCH | 2150 E. SOUTHERN AVENUE ATTN: CFO TEMPE AZ 85282 |
| TRI-CITY BAPTIST CHURCH 10/1/2012 | 1409 NC HIGHWAY NORTH PO BOX 40 ATTN: WALTER RAINES CONOVER NC 28613 |
| TUXEDO RESERVE OWNER LLC, | TUXEDO TPA OWNER LLC C/O THE RELATED COMPANIES, L.P. 60 COLUMBUS CIRCLE ATTN: MICHAEL BRENNER, EXECUTIVE VP AND CFO NEW YORK NY 10023 |
| TUXEDO RESERVE OWNER LLC, | TUXEDO TPA OWNER LLC C/O THE RELATED COMPANIES, L.P. ATTN: DAVID SPEISER, VP NEW YORK NY 10023 |
| TUXEDO RESERVE OWNER LLC, | TUXEDO TPA OWNER LLC C/O THE RELATED COMPANIES, L.P. 60 COLUMBUS CIRCLE ATTN: RANDOLPH AMENGUAL, ESQ. NEW YORK NY 10023 |
| UBS AG LEHMAN BROTHERS | COMMERCIAL CORPORATION 677 WASHINGTON BOULEVARD ATTN: JAMES FUQUA, DAVID KELLY STAMFORD CT 06912-0300 |
| WGZ BANK AG | WESTDEUTSCHE GENOSSENSCHAFTS- ZENTRALBANK GERMANY |
| WGZ BANK AG | LEGAL DEPARTMENT LUDWIG-ERHARD-ALLEE 20 DUSSELDORF, D-40227 GERMANY |

**Total Creditor count  78**