STROOCK & STROOCK & LAVAN LLP
Claude Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel to Basso Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | ) ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF CLAIM FILED BY BASSO FUND LTD.**

**PLEASE TAKE NOTICE** that Basso Fund Ltd. ("Basso Fund"), through its undersigned counsel, hereby withdraws Proof of Claim No. 14094 against Lehman Brothers Holdings Inc. in the above-captioned matter, and requests that the claims registry maintained by Epiq Bankruptcy Solutions LLC be updated accordingly. No other claim of Basso Fund shall be affected hereby.

Dated:    November 8, 2011

STROOCK & STROOCK & LAVAN LLP

/s/ Claude Szyfer
Claude Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

*Counsel to Basso Fund Ltd.*