STROOCK & STROOCK & LAVAN LLP
Claude Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel to Basso Holdings Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF CLAIM FILED BY BASSO HOLDINGS LTD.**

**PLEASE TAKE NOTICE** that Basso Holdings Ltd. ("Basso Holdings"), through its undersigned counsel, hereby withdraws Proof of Claim No. 14099 against Lehman Brothers Holdings Inc. in the above-captioned matter, and requests that the claims registry maintained by Epiq Bankruptcy Solutions LLC be updated accordingly. No other claim of Basso Holdings shall be affected hereby.

Dated:    November 8, 2011

                                                          STROOCK & STROOCK & LAVAN LLP

                                                          /s/ Claude Szyfer
                                                          Claude Szyfer
                                                          Francis C. Healy
                                                          180 Maiden Lane
                                                          New York, New York 10038
                                                          Tel: (212) 806-5400
                                                          Fax: (212) 806-6006

                                                          *Counsel to Basso Holdings Ltd.*