**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                                                               Case No.: 08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS, INC., et al.,             Chapter 11

                                              Debtors.              Jointly Administered
------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David J. Theising, request admission, ***pro hac vice,*** before the Honorable James M. Peck, to represent the Bell Trace Obligated Group in the above-referenced case.

***I certify that I am a member in good standing*** of the bars in the States of Indiana, Pennsylvania, Maryland, Virginia, North Carolina, Texas, Colorado and the District of Columbia, the federal district courts in those States and the District of Columbia as well as the Northern District of Illinois (Trial Bar), the U.S. Court of Claims, the U.S. Tax Court, the United States Courts of Appeal for the Third, Fourth, Fifth, Seventh, Tenth, District of Columbia and Federal Circuits, and the United States Supreme Court.

I have submitted the filing fee of $200 contemporaneously with the filing of this motion.

Dated: November 2, 2011
Indianapolis, Indiana                                        /s/ David J. Theising

                                                                       *Mailing Address:*
                                                                       HARRISON & MOBERLY, LLP
                                                                       10 West Market Street, Suite 700
                                                                       Indianapolis, Indiana   46204
                                                                       *E-mail address:* dtheising@harrisonmoberly.com
                                                                       *Telephone:* (317) 639-4511
                                                                       *Facsimile:* (317) 639-9565