Michelle Dunne
Senior Counsel
**ConocoPhillips (U.K.) Limited**
Portman House
2 Portman Street
London W1H 6DU England
+44 207 408 6439

*Attorney for ConocoPhillips (U.K.) Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    Case No. 08-13555 (JMP)
:
Debtors.                                                         :    (Jointly Administered)
:
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NOS. 11360 AND 11334

PLEASE TAKE NOTICE that ConocoPhillips (U.K.) Limited hereby withdraws Proof of Claim Nos. 11360 and 11334 filed in the above-referenced chapter 11 cases and requests that the claims registry maintained by Epiq Bankruptcy Solutions, LLC be updated accordingly.

Dated: October 31, 2011                        CONOCOPHILLIPS (U.K.) LIMITED
London, England
By: _____
Michelle Dunne
Senior Counsel
ConocoPhillips (U.K.) Limited
Portman House
2 Portman Street
London W1H 6DU England
+44 207 408 6439



Jo Ann W. Miller
Legal Analyst
Corporate Legal Services

McLean 3180
600 North Dairy Ashford
Houston, TX 77079-1175
Phone    281.293-1554
Facsimile 281-293-1051
Jo-Ann.W.Miller@ConocoPhillips.com

November 7, 2011

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

    RE: **LEHMAN BROTHERS HOLDINGS, INC., et al.; Chapter 11 - Case No. 08-13555 (Jointly Administered); U.S. Bankruptcy Court, Southern District of New York**

Dear Sir/Madam:

Enclosed for filing in the jointly administered bankruptcy action are the original and one copy of ConocoPhillips Company's Notice of Withdrawal of Claim Nos. 1136 and 11334. Please return a file-stamped copy of the attached document in the enclosed self addressed stamped envelope.

Sincerely,

Jo Ann W. Miller
Bankruptcy Analyst

/jam
Enclosure (original POCs with attachments and copy of POCs with attachments)

**UPS CampusShip: View/Print Label**

1. **Print the label(s):**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE



https://www.campusship.ups.com/cship/create?ActionOriginPair=default...    Print    11/7/2011