UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                              Debtors.             :    (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF RESPONSES TO PROPOSED ALLOWED CLAIM AMOUNTS PURSUANT TO THE ORDER APPROVING PROCEDURES FOR THE DETERMINATION OF THE ALLOWED AMOUNT OF CLAIMS FILED BASED ON STRUCTURED SECURITIES ISSUED OR GUARANTEED BY LEHMAN BROTHERS HOLDINGS INC.

Pursuant to the Order Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Procedures For the Determination of the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. [Docket No. 19120] (the "Order"), Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), are required to file a notice identifying (i) each Structured Securities Claim[1] and Structured Security for which timely Responses were received by the Debtors and (ii) a list of Structured Securities Claims for which the Response Deadline has been extended.

Attached hereto as Exhibit A is a list of Structured Securities Claims, identified by proof of claim number, for which timely Responses were received by the Debtors. Attached hereto as Exhibit B is a list of Structured Securities, identified by International Securities Identification Number, for which Responses were received by the Debtors.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Order.

Attached hereto as Exhibit C is a list of Structured Securities Claims, identified by proof of claim number, for which the Response Deadline was extended.

Dated: November 8, 2011
      New York, New York

/s/ Alfredo R. Perez
Alfredo R. Perez

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

## Structured Securities Claims For Which Timely Responses Were Received, Identified by Proof of Claim Number

| | | | | | |
|---|---|---|---|---|---|
| 1638 | 30265 | 41225 | 48329 | 55829.7 | 58524 |
| 4703 | 30266 | 41754 | 48386 | 55834 | 58525 |
| 5712 | 30267 | 41902 | 48458 | 55848 | 58526 |
| 10707 | 30268 | 41903 | 48475 | 56123 | 58527 |
| 12277 | 30269 | 41904 | 48679 | 56755 | 58528 |
| 12458 | 30270 | 41905 | 49278 | 56820 | 58529 |
| 12551 | 30271 | 41906 | 49591 | 57069 | 58530 |
| 12563 | 30272 | 41907 | 49592 | 58221 | 58531 |
| 15716 | 30273 | 41910 | 49593 | 58222 | 58536 |
| 17805 | 30274 | 41911 | 49594 | 58494 | 58537 |
| 19384 | 34659 | 41912 | 49595 | 58495 | 58538 |
| 19385 | 36153 | 42129 | 50055 | 58496 | 58539 |
| 20293 | 36196 | 42130 | 50375 | 58497 | 58540 |
| 21597 | 36422 | 42139 | 50375.02 | 58498 | 58541 |
| 21598 | 36442 | 42147 | 50375.03 | 58499 | 58542 |
| 21846 | 36917 | 42161 | 50375.04 | 58500 | 58543 |
| 21847 | 37206 | 42534 | 50375.05 | 58501 | 58544 |
| 21848 | 37290 | 43368 | 50547 | 58502 | 58545 |
| 21903 | 37441 | 44261 | 50549 | 58504 | 58546 |
| 21904 | 37691 | 44562 | 50571 | 58505 | 58547 |
| 21912 | 38272 | 44566 | 50776 | 58506 | 58548 |
| 22061 | 38402 | 44570 | 50944 | 58507 | 58549 |
| 22062 | 38638 | 44594 | 51366 | 58508 | 58550 |
| 23611 | 38707 | 44715 | 51608 | 58509 | 58551 |
| 27146 | 38795 | 45130 | 51609 | 58510 | 58552 |
| 27147 | 38825 | 45297 | 51632 | 58511 | 58553 |
| 27939 | 38964 | 45833 | 51633 | 58512 | 58554 |
| 27940 | 38981 | 46890 | 55072 | 58513 | 58555 |
| 30143 | 39229 | 47176 | 55153 | 58514 | 58556 |
| 30144 | 39642 | 47330 | 55191 | 58515 | 58557 |
| 30145 | 39679 | 47331 | 55272 | 58516 | 58570 |
| 30146 | 39681 | 47583 | 55396 | 58517 | 58602 |
| 30147 | 39704 | 47674 | 55396 | 58518 | 58603 |
| 30148 | 39705 | 47682 | 55744.17 | 58519 | 58604 |
| 30149 | 39712 | 47846 | 55744.18 | 58520 | 58605 |
| 30150 | 40034 | 48005 | 55825.04 | 58521 | 58701 |
| 30151 | 40531 | 48114 | 55829.31 | 58522 | 58890.01 |
| 30264 | 41143 | 48176 | 55829.67 | 58523 | 58890.02 |

2

| | |
|---|---|
| 58980 | 64657 |
| 58981 | 65952 |
| 58982 | 66106 |
| 59037 | 67504 |
| 59098 | 67505 |
| 59150 | 67531 |
| 59247 | 67532 |
| 59253 | 67533 |
| 59305 | 67591 |
| 59370 | |
| 59431 | |
| 59527 | |
| 59743 | |
| 59793 | |
| 59794 | |
| 59796 | |
| 59848 | |
| 60352 | |
| 60399 | |
| 60401 | |
| 60403 | |
| 60406 | |
| 60423 | |
| 60427 | |
| 60702 | |
| 60718.01 | |
| 60718.02 | |
| 61010 | |
| 61109 | |
| 61280 | |
| 61308 | |
| 62723 | |
| 62724 | |
| 62725 | |
| 62727 | |
| 62728 | |
| 62746 | |
| 62783 | |
| 62783.44 | |
| 63441 | |
| 63441.02 | |
| 63441.03 | |
| 63442 | |
| 63849 | |
| 63860 | |

# EXHIBIT B

## Structured Securities For Which Timely Responses Were Received, Identified by International Securities Identification Number

| | | | |
|---|---|---|---|
| 524908JC5 | DE000A0TQG23 | XS0272635185 | XS0302821755 |
| 524908K58 | DE000A0TVK20 | XS0272783530 | XS0303178825 |
| 524908LZ1 | DK0030068242 | XS0276154738 | XS0303862998 |
| 524908MA5 | DK0030106190 | XS0276444147 | XS0303864184 |
| 524935AD5 | IT0006578600 | XS0277470943 | XS0304473019 |
| 524935AF0 | US52522M2263 | XS0278638258 | XS0305158031 |
| 524935AH6 | US52522M2594 | XS0282806537 | XS0307093491 |
| ANN521331267 | US52523J9A74 | XS0283497005 | XS0307903830 |
| ANN521334238 | XS0159166056 | XS0286531156 | XS0308102283 |
| ANN521338783 | XS0169022091 | XS0286897219 | XS0309156668 |
| ANN5214T3592 | XS0178969209 | XS0286900708 | XS0310083950 |
| ANN5214T3675 | XS0186243118 | XS0287569924 | XS0310885933 |
| ANN5214R2547 | XS0189294225 | XS0288215220 | XS0311484561 |
| CH0016059864 | XS0200265709 | XS0288216111 | XS0311740582 |
| CH0027120671 | XS0200284247 | XS0288291593 | XS0312428609 |
| CH0027120812 | XS0204335409 | XS0288781502 | XS0312723272 |
| CH0027120820 | XS0210433206 | XS0289151879 | XS0313664459 |
| CH0027120853 | XS0213416141 | XS0291131141 | XS0313950031 |
| CH0027120994 | XS0213899510 | XS0292502514 | XS0314578310 |
| CH0034783651 | XS0218304458 | XS0294106314 | XS0314871293 |
| CH0036891080 | XS0229584296 | XS0294244032 | XS0315799709 |
| DE000A0G4LS9 | XS0229584296 | XS0297127861 | XS0316826733 |
| DE000A0KQYR7 | XS0231442046 | XS0297907791 | XS0318599056 |
| DE000A0LJV62 | XS0232364868 | XS0297908849 | XS0319632575 |
| DE000A0LU6X5 | XS0235648747 | XS0297915117 | XS0319632732 |
| DE000A0MGTT0 | XS0236536644 | XS0298612697 | XS0320102295 |
| DE000A0MGTU8 | XS0248620899 | XS0299103084 | XS0320745028 |
| DE000A0MHVV0 | XS0251180906 | XS0299369511 | XS0321794280 |
| DE000A0MJH02 | XS0255101353 | XS0299641224 | XS0321795840 |
| DE000A0MJHE1 | XS0260439210 | XS0299642628 | XS0322030940 |
| DE000A0MJHZ6 | XS0261613474 | XS0299661099 | XS0322467969 |
| DE000A0NMXZ5 | XS0262585374 | XS0299929165 | XS0322468777 |
| DE000A0SHLW6 | XS0264130369 | XS0300349296 | XS0323634823 |
| DE000A0SHPH8 | XS0270328858 | XS0300351193 | XS0323635473 |
| DE000A0SUA81 | XS0270926081 | XS0302350888 | XS0323635713 |
| DE000A0SUA99 | XS0271188285 | XS0302370308 | XS0323848977 |
| DE000A0SUEV6 | XS0272617951 | XS0302504948 | XS0324187839 |
| DE000A0TLL96 | XS0272634535 | XS0302821086 | XS0324445807 |

| | | | |
|---|---|---|---|
| XS0324461911 | XS0331504828 | XS0338675811 | XS0349153931 |
| XS0324462133 | XS0331505122 | XS0338675902 | XS0349511872 |
| XS0324618676 | XS0331880566 | XS0338676116 | XS0349757368 |
| XS0324983963 | XS0332108413 | XS0338765307 | XS0350109475 |
| XS0324984185 | XS0332136463 | XS0338801110 | XS0350116926 |
| XS0325886116 | XS0332764785 | XS0338845596 | XS0350117064 |
| XS0326476693 | XS0333831187 | XS0339222050 | XS0350893904 |
| XS0326486734 | XS0334090445 | XS0339239294 | XS0351261127 |
| XS0326539797 | XS0334224317 | XS0339559360 | XS0351359103 |
| XS0326608279 | XS0334450326 | XS0339559527 | XS0351627806 |
| XS0326865911 | XS0334450599 | XS0339559790 | XS0351630347 |
| XS0326866307 | XS0334450912 | XS0339561002 | XS0351859094 |
| XS0327082854 | XS0334704524 | XS0340076321 | XS0352483746 |
| XS0327236914 | XS0335143284 | XS0340461150 | XS0353212177 |
| XS0327275227 | XS0335143441 | XS0340647840 | XS0353499790 |
| XS0327275656 | XS0335143524 | XS0340649200 | XS0354645227 |
| XS0327291349 | XS0335143797 | XS0340950608 | XS0356126705 |
| XS0327465356 | XS0335344932 | XS0341159589 | XS0356376300 |
| XS0327847470 | XS0335345665 | XS0341160249 | XS0357874451 |
| XS0327859301 | XS0335623731 | XS0341168069 | XS0358125630 |
| XS0328210652 | XS0335624036 | XS0341223427 | XS0359279998 |
| XS0328587166 | XS0335972070 | XS0341721453 | XS0359351938 |
| XS0328865232 | XS0336129589 | XS0342120820 | XS0359858759 |
| XS0328865661 | XS0336130835 | XS0342236295 | XS0360377765 |
| XS0329337264 | XS0336249569 | XS0342412284 | XS0360599665 |
| XS0329337348 | XS0336336531 | XS0342489316 | XS0360870306 |
| XS0329337421 | XS0336336960 | XS0342803128 | XS0360870488 |
| XS0329429541 | XS0336414866 | XS0342989398 | XS0361107674 |
| XS0329670946 | XS0336415913 | XS0342989711 | XS0362376435 |
| XS0329714405 | XS0336617203 | XS0343642905 | XS0362745654 |
| XS0329878267 | XS0336927909 | XS0343798400 | XS0362745811 |
| XS0330074344 | XS0336928113 | XS0343832605 | XS0362891631 |
| XS0330204149 | XS0336930440 | XS0343872494 | XS0363707695 |
| XS0330724229 | XS0336943427 | XS0344101273 | XS0364018340 |
| XS0330867762 | XS0337413917 | XS0344101943 | XS0364263227 |
| XS0331032044 | XS0337877582 | XS0344549141 | XS0364895614 |
| XS0331037605 | XS0338084378 | XS0344835078 | XS0364895887 |
| XS0331044726 | XS0338330672 | XS0345814791 | XS0365870830 |
| XS0331044999 | XS0338465098 | XS0345815178 | XS0365872968 |
| XS0331045020 | XS0338518045 | XS0346123408 | XS0365915874 |
| XS0331048040 | XS0338544041 | XS0346124638 | XS0365916096 |
| XS0331048123 | XS0338656787 | XS0346124984 | XS0365916179 |
| XS0331333160 | XS0338656860 | XS0346508616 | XS0366125929 |
| XS0331400530 | XS0338657082 | XS0346689499 | XS0366126224 |
| XS0331488014 | XS0338657165 | XS0348324988 | XS0366314226 |

3

XS0366401031
XS0367280277
XS0367648648
XS0367648721
XS0367930582
XS0368098090
XS0368576848
XS0368698444
XS0368926506
XS0369337711
XS0370964073
XS0374062528
XS0374191251
XS0378452303
XS0379987372
XS0384072103
XS0386289929

# EXHIBIT C

## Structured Securities Claims For Which The Response Deadline Was Extended, Identified by Proof of Claim Number

Except as otherwise indicated, the Response Deadline for the claims listed below has passed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2768 | 30171 | 30208 | 46194 | 58092 | 59796 | 62819 |
| 2774 | 30172 | 41773 | 46973 | 58751 | 59801 | 62820† |
| 2779 | 30173 | 42244† | 48734 | 58781† | 59837 | 62821 |
| 2790 | 30174 | 42895.03† | 48817 | 58792† | 60337 | 63595.17 |
| 2803 | 30175 | 42895.04† | 50315 | 58832 | 62722†† | 63849.01 |
| 2811 | 30176 | 43046† | 50316 | 58895.01 | 62723 | 63910 |
| 2825 | 30177 | 43046.01† | 55409 | 59685 | 62724 | 63911 |
| 11041 | 30178 | 43154 | 55728 | 59686 | 62725 | 64062.01† |
| 15068 | 30179 | 44569 | 55812† | 59690 | 62726†† | 64111 |
| 19541 | 30199 | 44571 | 55814 | 59722 | 62727 | 66501† |
| 22271 | 30200 | 44575 | 55829 | 59778†† | 62728 | 66803 |
| 22499 | 30201 | 44583 | 55829.03† | 59779 | 62783 | 66804 |
| 22878 | 30202 | 44605 | 55829.21 | 59783 | 62813 | |
| 22879 | 30203 | 44606 | 55837 | 59784 | 62814 | |
| 23008 | 30204 | 44616 | 55855 | 59785 | 62815 | |
| 24417 | 30205 | 45214 | 58081 | 59789* | 62816 | |
| 25626 | 30206 | 46185 | 58083 | 59793 | 62817 | |
| 30170 | 30207 | 46192 | 58084 | 59794 | 62818 | |

\* Response Deadline extended to November 9, 2011.
† Response Deadline extended to November 22, 2011.
†† Response Deadline extended to November 11, 2011.