UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                   Debtors.                                       :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 20584, 20640,
                                                                       20643, 20646, 20650, 20961, 20963-
                                                                       20965, 21423, 21471, 21477, 21478,
                                                                       21480, 21499, 21526, 21528

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
8th day of November, 2011

*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 20584, 20640, 20643, 20646, 20650, 20961, 20963-20965, 21423, 21471, 21477, 21478, 21480, 21499, 21526, 21528_AFF_11-04-11.doc

**EXHIBIT A**

08-13555-mg   Doc 21784   Filed 11/08/11   Entered 11/08/11 21:16:20   Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BARCLAYS BANK PLC
          TRANSFEROR: CREDIT SUISSE
          745 SEVENTH AVENUE
          NEW YORK NY 10019

Please note that your claim # 555829-03 in the above referenced case and in the amount of
        $0.00   Unliquidated       has been transferred **(unless previously expunged by court order)**

          OAKTREE OPPORTUNITIES FUND VIII, L.P.
          TRANSFEROR: BARCLAYS BANK PLC
          C/O OAKTREE CAPITAL MANAEMENT, L.P.
          ATTN: JEFF ARNOLD
          333 SOUTH GRAND AVE, 28TH FLOOR
          LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 20640    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/04/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 4, 2011.

# EXHIBIT B

08-13555-mg    Doc 21784    Filed 11/08/11    Entered 11/08/11 21:16:20    Main Document
Pg 4 of 5

```
TIME: 20:14:57                                          LEHMAN BROTHERS HOLDING INC.                                                PAGE:    1
DATE: 11/04/11                                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BANK COOP AG | ATTN: LEGAL DEPARTMENT DUFOURSTRASSE 50 BASEL 4002 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CITIBANK, N.A. | ATTN: KEN SUMMERS 390 GREENWICH ST 5TH FL NEW YORK NY 10013 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. | ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB ENGLAND |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HIGHLAND CREDIT STRATEGIES MASTER FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: REGIMENT CAPITAL LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEXIA PRIVATE BANK (SWITZERLAND) LTD | TRANSFEROR: UBS AG ATTN: SVEN RIVA BEETHOVENSTRASSE 48 CH-8022 ZURICH SWITZERLAND |
| GRF MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND, L.P. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| HBK MASTER FUND L.P. | EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVE., SUITE 700 DALLAS TX 75219 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND | TRANSFEROR: WEMBLEY NATIONAL STADIUM LTD C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND | SCOTT EVERETT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| ILLIQUIDX LLP | TRANSFEROR: BANK COOP AG ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: VOLKSBANK HELMSTEDT EG ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: CITIBANK, N.A. C/O SUSAN MCNAMARA JPMORGAN LEGAL DEPARTMENT MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401 |
| J.P. MORGAN SECURITIES LTD | TRANSFEROR: SAPHIR FINANCE PLC SERIES 2005-11 125 LONDON WALL LONDON EC2Y 5AJ UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: J.P. MORGAN SECURITIES LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE HUNTINGTON INVESTMENT FUND, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| REGIMENT CAPITAL LTD. | C/O REGIMENT CAPITAL ADVISORS, LP ATTN: DEREK MEISNER 222 BERKELEY STREET, 12TH FLOOR BOSTON MA 02116 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| VOLKSBANK HELMSTEDT EG | KORNSTR. 2 HELMSTEDT 38350 GERMANY |
| WEMBLEY NATIONAL STADIUM LTD | ATTN MANAGING DIRECTOR WEMBLEY STATIUM WEMBLEY LONDON HA9 0WS UNITED KINGDOM |

Total Number of Records Printed      39

EPIQ BANKRUPTCY SOLUTIONS, LLC