## CERTIFICATE OF SERVICE

I, Christopher S. Chow, Esquire, do hereby certify that, on this 9th day of November, 2011, I caused a true and correct copy of the Limited Objection and Reservation of Rights of Mountain States Properties Inc. to Proposed Assumption of Executory Contracts to be electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities, and also caused it to be served on the addressees listed on the attached service list in the manner indicated.

/s/ Christopher S. Chow
Christopher S. Chow (CC-4172)
BALLARD SPAHR LLP

Dated:  November 9, 2011
Wilmington, Delaware

# SERVICE LIST

## VIA OVERNIGHT MAIL and E-MAIL:

WEIL, GOTSHAL & MANGES LLP
Attention: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153
E-mail: jacqueline.marcus@weil.com

MILBANK, TWEED, HADLEY
McCLOY LLP
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
E-mail: ddunne@milbank.com
        dodonnell@milbank.com
        efleck@milbank.com

## VIA OVERNIGHT MAIL ONLY:

Chambers of the Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

Office of the United States Trustee for
Region 2
Attn:   Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
        Andrea Schwartz, Esq.
33 Whitehall Street
21st Floor
New York, New York10004