**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Defendant
Lehman Brothers Special Financing Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL**
**RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE**

Robert J. Lemons ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a member of Weil, Gotshal & Manges LLP ("WG&M"), hereby moves this Honorable Court to enter an order permitting Matthias Kleinsasser, an Associate at WG&M, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York, and, in support thereof, avers as follows:

    1.    Mr. Kleinsasser is a member in good standing of the Bar of the State of Texas.

2. In support of the relief requested in this Motion, attached as Exhibit A is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

3. Movant requests that this Court approve this Motion so that Mr. Kleinsasser may file pleadings and appear and be heard in these proceedings.

4. No previous request for the relief sought herein has been made to this or any other court.

## REQUESTED RELIEF

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting Matthias Kleinsasser, to appear *pro hac vice* in association with Movant as counsel to Lehman Brothers Holdings Inc. in the above-captioned proceedings.

Dated: New York, New York
November 9, 2011

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Defendant
Lehman Brothers Holdings Inc.

2

## **EXHIBIT A**

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdictions specified in the Motion, and am in good standing in such jurisdictions; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

| | |
|---|---|
| Mailing Address: | Matthias Kleinsasser<br>Weil, Gotshal & Manges LLP<br>200 Crescent Court<br>Room 3332<br>Dallas, TX 75201 |
| E-mail: | matthias.kleinsasser@weil.com |
| Telephone: | (214) 746-8253 |
| Facsimile: | (214) 746-7777 |

I have agreed to pay the fee of $200 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  New York, New York
        November 8, 2011

                                                    /s/ Matthias Kleinsasser
                                                    Matthias Kleinsasser

                                                    WEIL, GOTSHAL & MANGES LLP
                                                    200 Crescent Court
                                                    Suite 300
                                                    Dallas, TX 75201

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE
LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE**

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for Admission Pro Hac Vice (the "Motion") seeking admission *pro hac vice* of Matthias Kleinsasser, to represent Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, before the United States Bankruptcy Court for the Southern District of New York as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all proceedings had before the Court; and after due deliberation and it appearing that there is sufficient cause to grant the Motion;

IT IS HEREBY ORDERED that Matthias Kleinsasser is permitted to appear *pro hac vice* as counsel to Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, subject to the payment of the filing fee.

Dated: November __, 2011
New York, New York

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE