Brian E. Foont
The Foont Law Firm, LLC
11909 Reynolds Avenue
Potomac, MD 20854
202-236-4851

*Counsel for Claimant AFCO Cargo PIT LLC*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I, Brian E. Foont, hereby certify that I filed and served a true and correct copy of the Objection of AFCO Cargo PIT LLC to Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtor's Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code ("Document") via the Court's CM/ECF system on November 9, 2011. Notice of this filing was sent to those persons receiving electronic notice of filings in this case.

      Additionally, I sent the Document to the following recipients via U.S.P.S. Express Mail on November 9, 2011:

Chambers of the Honorable James M. Peck
United States Bankruptcy Court,
Southern District of New York
Courtroom 601
One Bowling Green
New York, New York 10004-1408

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Jacqueline Marcus, Esq.)

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.)

Dated: Potomac, Maryland
November 9, 2011

                                              THE FOONT LAW FIRM, LLC

By:    /s/ Brian E. Foont
       Brian E. Foont
       11909 Reynolds Avenue
       Potomac, MD 20854
       Tel. 202-236-4851
       Fax. 202-318-9195
       Foont@FoontLaw.com

*Counsel for AFCO Cargo PIT LLC*