Denis M. Forster
Law Offices of Denis M. Forster
230 Park Avenue, Suite 1000
New York, New York 10169
Telephone: 212-808-3060
Facsimile: 212-599-2639
Attorney for Contract Counterparty
Kline Galland Center

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS INC, *et al.*,

Debtors.

No. 08-13555 (JMP)

## RESPONSE OF KLINE GALLAND TO NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE

Kline Galland Center ("Kline Galland") herein responds to the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code ("Assumption Notice"), a copy of which is attached hereto as Exhibit A.

Pursuant to the Assumption Notice, the above captioned Debtors propose to assume the derivative contract between Kline Galland Center and Lehman Brothers Special Financing Inc. ("Kline Galland Derivative Contract").

Kline Galland exercised its rights under the Kline Galland Derivative Contract to terminate the contract on November 10, 2008. See Exhibit B.

1

The parties have been proceeding through the ADR process pursuant to the Alternative Dispute Procedures Order for Affirmative Claims of Debtors Under Derivative Contracts, Docket No. 5207. <u>See</u> Exhibit C. Debtors' asserted claim is premised upon the prior termination of the Kline Galland Derivative Contract. <u>Id</u>.

Kline Galland objects to the proposed assumption on the ground that the Kline Galland Derivative Contract has been terminated.

Dated:  November 8, 2011
        New York, New York

*/s/ Denis M. Forster*

Denis M. Forster

Law Offices of Denis M. Forster
230 Park Avenue, Suite 1000
New York, New York 10169
Tel. no. 212-808-3060

Attorney for Kline Galland Center