Brian E. Foont
The Foont Law Firm, LLC
11909 Reynolds Avenue
Potomac, MD 20854
202-236-4851

*Counsel for Claimant AFCO Cargo PIT LLC*

## UNITED STATES BANKRUPTCY COURT
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Brian E. Foont, hereby certify that I filed and served a true and correct copy of the Objection of AFCO Cargo PIT LLC to Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivative Claims) ("Document") via the Court's CM/ECF system on November 9, 2011. Notice of this filing was sent to those persons receiving electronic notice of filings in this case.

      Additionally, I sent the Document to the following recipients via U.S.P.S. Express Mail on November 9, 2011:

Chambers of the Honorable James M. Peck
United States Bankruptcy Court,
Southern District of New York
Courtroom 601
One Bowling Green
New York, New York 10004-1408

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Robert J. Lemons, Esq. and Lee J. Goldberg, Esq.)

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.)

Dated: Potomac, Maryland
November 9, 2011

                    THE FOONT LAW FIRM, LLC

By:    /s/ Brian E. Foont
        Brian E. Foont
        11909 Reynolds Avenue
        Potomac, MD 20854
        Tel. 202-236-4851
        Fax. 202-318-9195
        Foont@FoontLaw.com

*Counsel for AFCO Cargo PIT LLC*