HEARING DATE AND TIME: December 6, 2011 at 10:00 a.m. (Eastern Time)

PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6569
Seth H. Lieberman
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
slieberman@pryorcashman.com

- and -

LAW OFFICES OF JEREMY D. WEINSTEIN, P.C.
1512 Bonanza Street
(The Old Fire Station)
Walnut Creek, California 94596
Jeremy D. Weinstein (admitted *pro hac vice*)
Telephone: (925) 943-3103
Facsimile: (925) 943-3105
jweinstein@prodigy.net

Attorneys for Objecting Party Iberdrola Renewables Energies USA, Ltd.
and Objecting Party's manager Iberdrola Renewables, Inc., fka PPM Energy, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
**In re:**                                                    : Chapter 11
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  : Case No. 08-13555 (JMP)
                                                              :
**Debtors.**                                                  : (Jointly Administered)
------------------------------------------------------------------x

**OBJECTION TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT
TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN
<u>PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE</u>**

Debtors, in the above-referenced Notice, seek to "assume the executory contract … listed on Exhibit A hereto (the "Contract")." On Exhibit A to the Notice, Debtors do not indicate a specific derivatives contract and state that "unless a specific derivatives contract is noted [and

1

none are], the Debtors intend to assume all derivatives contracts with you." The Notice states that "the Debtors shall pay the cure amount set forth on Exhibit A … . Payment of such cure amount shall satisfy, in full, the Debtors' obligations pursuant to section 365(b)(1) of the Bankruptcy Code."

The "cure amount" set forth on Exhibit A to said Notice is $0.00. Section 365(b)(1) of the Bankruptcy Code provides that "[i]f there has been a default in an executory contract … of the debtor, the trustee may not assume such contract … unless, at the time of assumption of such contract …, the trustee- (A) cures … such default … ."

The Contract is a swap agreement, by which the parties agreed to exchange cash flows based on notional quantities and indices set forth in the Contract, a copy of which has been filed with these claims:

| Claim numbers | 67558 | Debtor 08-13555 | $12,047,865.00 |
| | 67559 | Debtor 08-13885 | $12,047,865.00 |

Attachment A hereto sets forth the payments under the Contract that the Debtors did not pay. The Debtors should have paid these amounts were they performing under the Contract. These amounts are past due and bear interest at the rates set forth in the Contract. Such amount ($5,470,354) plus interest thereon as set forth in the Contract constitutes the cure amount. Therefore, the Debtors may not assume the Contract without first paying the sum of $5,470,354, plus interest thereon as set forth in the Contract. Accordingly, the $0.00 alleged by the Debtors in the Notice is approximately five million dollars less than what is required to cure Debtors' defaults under the Contract, and therefore not compliant with Section 365(b)(1). Accordingly, Objecting Party objects to the Notice and its substance, including the cure amount set forth in the Notice.

Dated: November 9, 2011

                    PRYOR CASHMAN LLP

                    By: /s/ *Seth H. Lieberman*
                    7 Times Square
                    New York, New York 10036-6569
                    Seth H. Lieberman
                    Telephone: (212) 421-4100
                    Facsimile: (212) 326-0806
                    slieberman@pryorcashman.com

                        - and -

                    LAW OFFICES OF JEREMY D. WEINSTEIN, P.C.

                    1512 Bonanza Street
                    (The Old Fire Station)
                    Walnut Creek, California 94596
                    Jeremy D. Weinstein (admitted *pro hac vice*)
                    Telephone: (925) 943-3103
                    Facsimile: (925) 943-3105
                    jweinstein@prodigy.net

                    Attorneys for Objecting Party Iberdrola Renewables Energies USA, Ltd.
                    and Objecting Party's manager Iberdrola Renewables, Inc., fka PPM Energy, Inc.

Attachment A

**Settlement Costs for Aug 1 2008 - Nov 7 2011**

| Row Labels | Values Average of MWs | Sum of MWs | Average of NI-Hub RT | Sum of IBR CF |
|---|---|---|---|---|
| Aug-08 | 3 | 2,232 | $52.66 | ($10,409) |
| Sep-08 | 7 | 5,040 | $43.08 | $24,820 |
| Oct-08 | 14 | 10,430 | $35.28 | $132,624 |
| Nov-08 | 15 | 10,800 | $38.37 | $103,969 |
| Dec-08 | 15 | 11,160 | $40.43 | $84,536 |
| Jan-09 | 21 | 15,624 | $42.10 | $92,128 |
| Feb-09 | 17 | 11,407 | $33.33 | $167,469 |
| Mar-09 | 16 | 11,904 | $26.75 | $252,631 |
| Apr-09 | 19 | 13,680 | $26.93 | $288,226 |
| May-09 | 13 | 9,672 | $25.81 | $214,649 |
| Jun-09 | 8 | 5,760 | $25.59 | $129,096 |
| Jul-09 | 5 | 3,720 | $24.87 | $86,036 |
| Aug-09 | 3 | 2,232 | $27.62 | $45,485 |
| Sep-09 | 7 | 5,040 | $24.56 | $118,146 |
| Oct-09 | 14 | 10,430 | $27.77 | $210,961 |
| Nov-09 | 15 | 10,800 | $26.35 | $233,816 |
| Dec-09 | 15 | 11,160 | $34.62 | $149,344 |
| Jan-10 | 21 | 15,624 | $38.31 | $151,471 |
| Feb-10 | 17 | 11,407 | $36.70 | $128,751 |
| Mar-10 | 16 | 11,904 | $28.61 | $230,516 |
| Apr-10 | 19 | 13,680 | $26.13 | $299,243 |
| May-10 | 13 | 9,672 | $32.26 | $152,208 |
| Jun-10 | 8 | 5,760 | $38.64 | $53,899 |
| Jul-10 | 5 | 3,720 | $45.75 | $8,362 |
| Aug-10 | 3 | 2,232 | $43.44 | $10,171 |
| Sep-10 | 7 | 5,040 | $25.33 | $114,280 |
| Oct-10 | 14 | 10,430 | $25.88 | $230,684 |
| Nov-10 | 15 | 10,800 | $25.36 | $244,555 |
| Dec-10 | 15 | 11,160 | $30.43 | $196,121 |
| Jan-11 | 21 | 15,624 | $35.74 | $191,494 |
| Feb-11 | 17 | 11,407 | $33.64 | $163,710 |
| Mar-11 | 16 | 11,904 | $32.88 | $179,779 |
| Apr-11 | 19 | 13,680 | $33.48 | $198,654 |
| May-11 | 13 | 9,672 | $37.90 | $97,705 |
| Jun-11 | 8 | 5,760 | $33.33 | $84,501 |
| Jul-11 | 5 | 3,720 | $46.94 | $3,962 |
| Aug-11 | 3 | 2,232 | $37.71 | $22,967 |
| Sep-11 | 7 | 5,040 | $26.92 | $106,233 |
| Oct-11 | 14 | 10,416 | $26.21 | $227,013 |
| Nov-11 | 15 | 2,520 | $27.94 | $50,550 |
| **Grand Total** | **12** | **354,495** | **$33.27** | **$5,470,354** |