UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., et al | ) ) ) ) ) Case No. 08-13555-jmp<br>Chapter 11 |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stephen E. Weyl, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent United Church of Christ Retirement Community, Inc. d/b/a Havenwood-Heritage Heights, a party in interest in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the State of New Hampshire, the bar of the First Circuit Court of Appeals, the bar of the United States Supreme Court and the bar of the United States District Court for the District of New Hampshire.

I have submitted the filing fee of $200.00 with this motion for ***pro hac vice*** admission.

Dated: November 9, 2011

Hartford, Connecticut            */s/ Stephen E. Weyl*
                                 Stephen E. Weyl

                                 *Mailing Address:*

                                 Stephen E. Weyl, Esq.
                                 Hinckley, Allen & Snyder LLP
                                 11 South Main Street
                                 Concord, NH  03301
                                 Telephone: (603) 225-4334
                                 Email: sweyl@haslaw.com

#50447616

## CERTIFICATE OF SERVICE

I, Thomas S. Marrion, hereby certify that on this 9th day of November, 2011, I caused to be served a copy of the *Motion For Admission To Practice, Pro Hac Vice* filed herewith to be served by this Court's CM/ECF System.

*/s/ Stephen E. Weyl*
Stephen E. Weyl, Esq.
Hinckley, Allen & Snyder LLP
11 South Main Street
Concord, NH  03301
Telephone: (603) 225-4334

#50447616