**HEARING DATE AND TIME: December 6, 2011 at 10:00 a.m. (Eastern Time)**

PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6569
Seth H. Lieberman
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
slieberman@pryorcashman.com

- and -

LAW OFFICES OF JEREMY D. WEINSTEIN, P.C.
1512 Bonanza Street
(The Old Fire Station)
Walnut Creek, California 94596
Jeremy D. Weinstein (admitted *pro hac vice*)
Telephone: (925) 943-3103
Facsimile: (925) 943-3105
jweinstein@prodigy.net

Attorneys for Objecting Party Iberdrola Renewables Energies USA, Ltd.
and Objecting Party's manager Iberdrola Renewables, Inc., fka PPM Energy, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

-----------------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the below listed document was duly served on all parties

receiving electronic notification in these cases from the Court ECF system as well as by Federal

Express, overnight delivery, upon the parties listed on the attached service list on this 9th day of

November, 2011.

1

- OBJECTION TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE

*/s/ Seth H. Lieberman*
Seth H. Lieberman

**<u>SERVICE LIST</u>:**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jacqueline Marcus, Esq.

Office of the United States Trustee for Region 2
33 Whitehall St., 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.