Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,        Case No. 08-13555 (JMP)
                                                    (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                  Name of Transferor

Landesbank Baden-Württemberg                        Kirchliche Zusatzversorgungskasse des Verbandes
                                                    der Diözesen Deutschlands

Name and Address where notices to transferee should be sent:

Landesbank Baden-Württemberg                        Court Claim # (if known): 22648
Am Hauptbahnhof 2                                   Amount of Claim: $29,808,604.98
70713 Stuttgart                                     Date Claim Filed: September 21, 2009
Germany
Tel: +49 711 127-79127                              Tel: N/A
Fax: +49 711 127-75068
Attention: Department 4042 H
E-mail:
4042S_Back_Office_Schuldscheine@LBBW.de

Last Four Digits of Acct. #: N/A                    Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +49 711 127-79127
Last Four Digits of Acct #: N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____              Date: October 31, 2011
Transferee/Transferee's Agent
Landesbank Baden-Württemberg, Stuttgart
Sandra Lämmle        Janina Kehl

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
CASE NAME: In re Lehman Brothers Holdings Inc., et al.,
CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)
CLAIM NO. 22648

It is hereby certified that Kirchliche Zusatzversorgungskasse des Verbandes der Diözesen Deutschlands, Am Römerturm 8, 50667 Köln ("Seller") has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Seller´s claim in the principal amount of US $ 29,808,604.98 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) to:

Landesbank Baden Württemberg
Am Hauptbahnhof 2
70173 Stuttgart

its successors and assigns ("Buyer") by assignment agreement dated October 25, 2011

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED
THIS 28th day of October, 2011.

KZVK

Name: Bernd Franken    Dr. Claudia Leimkühler
Title: Mitglied des Vorstandes    Mitglied des Vorstandes

0 2. 11. 11

Landesbank Baden-Württemberg

Name:
Title: Peter Endras    Sandra Lämmle