UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                    Case No. 08-13555(JMP)
LEHMAN BROTHERS HOLDINGS, INC.,


-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby withdraws its appearance in this case on behalf of PT Bank Negara Indonesia, New York Agency, and requests that the undersigned be removed from the ECF and any other service list in this case. Please remove the name, mailing address and email address listed below from the mailing lists and the Court's ECF system for this case:

Roy H. Carlin, Esq.
Breslow & Walker, LLP
767 Third Avenue
New York, NY 10017
rcarlin@breslowwalker.com

and

Roy H. Carlin, Esq.
Roy H. Carlin, P.C.
900 Third Avenue, 13th Floor
New York, NY 10022
rcarlin@carlinlawoffices.com

Dated: New York, New York
       November 9, 2011

ROY H. CARLIN, P.C.

By: *S/ Roy H. Carlin /*
Roy H. Carlin
900 Third Avenue, 13th Floor
New York, New York 10022
(212) 508-7545
rcarlin@carlinlawoffices.com