**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
:
In re                                                        :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :        **08-13555 (JMP)**
:        **(Jointly Administered)**
Debtors.                                            :
:
------------------------------------------------------------------------x        **Ref. Docket Nos. 21700, 21721,**
                                                                        **21727**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 7, 2011, I caused to be served the:

    a.  "Notice of Hearing on Debtors' Two Hundred Thirty-First Omnibus Objection to Claims (Settled Derivatives Claims)," dated November 7, 2011, to which was attached the "Debtors' Two Hundred Thirty-First Omnibus Objection to Claims (Settled Derivatives Claims)," dated November 7, 2011 [Docket No. 21700], (the "231st Omnibus Objection"),

    b.  "Notice of Hearing on Debtors' Two Hundred Thirtieth Omnibus Objection to Claims (Settled Derivatives Claims)," dated November 7, 2011, to which was attached the "Debtors' Two Hundred Thirtieth Omnibus Objection to Claims (Settled Derivatives Claims)," dated November 7, 2011 [Docket No. 21721], (the "230th Omnibus Objection"),

    c.  "Notice of Hearing on Debtors' Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims)," dated November 7, 2011, to which was attached the "Debtors' Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims)," dated November 7, 2011 [Docket No. 21727], (the "232nd Omnibus Objection"),

by causing:

i.    true and correct copies of the 231st Omnibus Objection, 230th Omnibus Objection and 232nd Omnibus Objection, to be delivered by electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.    true and correct copies of the 231st Omnibus Objection, 230th Omnibus Objection and 232nd Omnibus Objection, to be delivered by facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii.    true and correct copies of the 231st Omnibus Objection, 230th Omnibus Objection and 232nd Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.    true and correct copies of the 231st Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v.    true and correct copies of the 230th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>, and

vi.    true and correct copies of 232nd Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ <i>Pete Caris</i>
Pete Caris

Sworn to before me this
8th day of November, 2011
<u>/s/ Cassandra Murray</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@morrisoncohen.com |
| aalfonso@willkie.com | bankruptcy@ntexas-attorneys.com |
| abeaumont@fklaw.com | bankruptcymatters@us.nomura.com |
| abraunstein@riemerlaw.com | barbra.parlin@hklaw.com |
| acaton@kramerlevin.com | bbisignani@postschell.com |
| acker@chapman.com | bcarlson@co.sanmateo.ca.us |
| adam.brezine@hro.com | bdk@schlamstone.com |
| adarwin@nixonpeabody.com | bguiney@pbwt.com |
| adiamond@diamondmccarthy.com | bill.freeman@pillsburylaw.com |
| aeckstein@blankrome.com | bkmail@prommis.com |
| aentwistle@entwistle-law.com | bmanne@tuckerlaw.com |
| afriedman@irell.com | bmerrill@susmangodfrey.com |
| agbanknewyork@ag.tn.gov | bmiller@mofo.com |
| aglenn@kasowitz.com | boneill@kramerlevin.com |
| agold@herrick.com | brian.corey@greentreecreditsolutions.com |
| ahammer@freebornpeters.com | brosenblum@jonesday.com |
| aisenberg@saul.com | broy@rltlawfirm.com |
| akantesaria@oppenheimerfunds.com | bstrickland@wtplaw.com |
| akolod@mosessinger.com | btrust@mayerbrown.com |
| akornikova@lcbf.com | bturk@tishmanspeyer.com |
| alum@ftportfolios.com | bwolfe@sheppardmullin.com |
| amarder@msek.com | bzabarauskas@crowell.com |
| amcmullen@boultcummings.com | cahn@clm.com |
| amenard@tishmanspeyer.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | ceskridge@susmangodfrey.com |
| aostrow@beckerglynn.com | cgoldstein@stcwlaw.com |
| apo@stevenslee.com | chammerman@paulweiss.com |
| aquale@sidley.com | chardman@klestadt.com |
| araboy@cov.com | charles@filardi-law.com |
| arahl@reedsmith.com | charles_malloy@aporter.com |
| arheaume@riemerlaw.com | chipford@parkerpoe.com |
| arlbank@pbfcm.com | chris.donoho@lovells.com |
| arosenblatt@chadbourne.com | christopher.schueller@bipc.com |
| arthur.rosenberg@hklaw.com | clarkb@sullcrom.com |
| arwolf@wlrk.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cmontgomery@salans.com |
| ashaffer@mayerbrown.com | cohenr@sewkis.com |
| ashmead@sewkis.com | colea@gtlaw.com |
| asnow@ssbb.com | cousinss@gtlaw.com |
| atrehan@mayerbrown.com | cp@stevenslee.com |
| aunger@sidley.com | cpappas@dilworthlaw.com |
| austin.bankruptcy@publicans.com | craig.goldblatt@wilmerhale.com |
| avenes@whitecase.com | crmomjian@attorneygeneral.gov |
| azylberberg@whitecase.com | cs@stevenslee.com |
| bankr@zuckerman.com | csalomon@beckerglynn.com |
| bankruptcy@goodwin.com | cschreiber@winston.com |

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com

drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com

jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| jsullivan@mosessinger.com | lscarcella@farrellfritz.com |
| jtimko@shutts.com | lschweitzer@cgsh.com |
| jtougas@mayerbrown.com | lsilverstein@potteranderson.com |
| judy.morse@crowedunlevy.com | lthompson@whitecase.com |
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@sc.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| karen.wagner@dpw.com | mark.deveno@bingham.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.ellenberg@cwt.com |
| keckhardt@hunton.com | mark.houle@pillsburylaw.com |
| keith.simon@lw.com | mark.sherrill@sutherland.com |
| ken.coleman@allenovery.com | martin.davis@ots.treas.gov |
| ken.higman@hp.com | marvin.clements@ag.tn.gov |
| kerry.moynihan@hro.com | matt@willaw.com |
| kgwynne@reedsmith.com | matthew.klepper@dlapiper.com |
| kiplok@hugheshubbard.com | maustin@orrick.com |
| kkelly@ebglaw.com | max.polonsky@skadden.com |
| kkolbig@mosessinger.com | mbenner@tishmanspeyer.com |
| klyman@irell.com | mberman@nixonpeabody.com |
| kmayer@mccarter.com | mbienenstock@dl.com |
| kobak@hugheshubbard.com | mbossi@thompsoncoburn.com |
| korr@orrick.com | mcademartori@sheppardmullin.com |
| kovskyd@pepperlaw.com | mccombst@sullcrom.com |
| kpiper@steptoe.com | mcordone@stradley.com |
| kressk@pepperlaw.com | mcto@debevoise.com |
| kreynolds@mklawnyc.com | mdahlman@kayescholer.com |
| krosen@lowenstein.com | mdorval@stradley.com |
| kuehn@bragarwexler.com | melorod@gtlaw.com |
| kurt.mayr@bgllp.com | meltzere@pepperlaw.com |
| lacyr@sullcrom.com | metkin@lowenstein.com |
| landon@streusandlandon.com | mfeldman@willkie.com |
| lathompson@co.sanmateo.ca.us | mgordon@briggs.com |
| lawallf@pepperlaw.com | mgreger@allenmatkins.com |
| lberkoff@moritthock.com | mh1@mccallaraymer.com |
| lee.stremba@troutmansanders.com | mharris@smsm.com |
| lgranfield@cgsh.com | mhopkins@cov.com |
| lhandelsman@stroock.com | michael.frege@cms-hs.com |
| linda.boyle@twtelecom.com | michael.kelly@monarchlp.com |
| lisa.ewart@wilmerhale.com | michael.kim@kobrekim.com |
| lisa.kraidin@allenovery.com | michael.reilly@bingham.com |
| ljkotler@duanemorris.com | millee12@nationwide.com |
| lmarinuzzi@mofo.com | miller@taftlaw.com |
| lmay@coleschotz.com | mimi.m.wong@irscounsel.treas.gov |
| lmcgowen@orrick.com | mitchell.ayer@tklaw.com |
| lml@ppgms.com | mjacobs@pryorcashman.com |
| lnashelsky@mofo.com | mjedelman@vedderprice.com |
| loizides@loizides.com | mjr1@westchestergov.com |
| lromansic@steptoe.com | mkjaer@winston.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com

ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com

szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2005-2 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON, LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2005-2 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH COPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2005-2 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2005-2 | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-16A | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-16A | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-16B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-16B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-16B | REED SMITH LLP 599 LEXINGTON AVE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-16B | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-17 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-17 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-17 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD., A BE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE OF ZAIS ZEPHYR A-3 C/O RICHARD C PEDONE AMANDA D. DARWIN NIXON PEABODY 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE OF ZAIS ZEPHYR A-3 C/O RICHARD C. PEDONE AMANDA D. DARWIN NIXON PEABOND LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | ATTN: CDO BUSINESS UNIT-ZAIS ZEPHYR A-3 STEPHEN T. HESSLER, DIRECTOR 1761 EAST SAINT ANDREW PLACE SANTA ANA CA 92705-4934 |
| LANDESBANK HESSEN-THURINGEN GIROZENTRAL | TRANSFEROR: UBS AG, LONDON BRANCH ATTN: FLORIAN JOSEPH/UDO KOLPIN BONIFACIUSSTRASSE 16 ERFURT 99084 GERMANY |
| LUTHERAN SENIOR SERVICES | KARL E. HOLDERLE THE SOLAR PARTNERSHIP 911 WASHINGTON AVE., 7TH FLOOR SAINT LOUIS MO 63101 |
| LUTHERAN SENIOR SERVICES | THE STOLAR PARTNERSHIP, LLP ATTN: KARL E. HOLDERLE 911 WASHINGTON AVE 7TH FLOOR SAINT LOUIS MO 63101 |
| LUTHERAN SENIOR SERVICES | 1150 HANLEY INDUSTRIAL COURT BRENTWOOD MO 63144 |
| MERCHANTIL COMMERCEBANK, N.A. | 3105 NW 107TH AVE., 6TH FLOOR MIAMI FL 33172-2136 |
| MSMM FUNDS PLC GLOBAL BOND (EURO HEDGED) FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| ONYX FUNDING LIMITED – SERIES 2008-1 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:  SANAJAY JOBANPUTRA – VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED |

| Claim Name | Address Information |
|---|---|
| ONYX FUNDING LIMITED - SERIES 2008-1 | KINGDOM |
| ONYX FUNDING LIMITED - SERIES 2008-1 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 129 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| POLARIS INVESTMENT SA | POLARIS FUND GED GLOBAL BOND TOTAL REF. III ATTN: FRANCESCO GENTILONI SKVERI, MANAGING DIRECTOR 5, ALLEE SCHEFFER L-2520 LUXEMBOURG |
| POLARIS INVESTMENT SA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ROSSLYN INVESTORS I LLC | ATTN: NICHOLAS BIENSTOCK AND THOMAS FARRELL 10 E. 53RD ST., 37TH FLOOR NEW YORK NY 10022 |
| ROSSLYN INVESTORS I, LLC | ATTN: JAMES M. RINGER, ESQ MEISTER SEELIG & FEIN, LLP 140 E. 45TH ST NEW YORK NY 10017 |
| ROSSLYN INVESTORS I, LLC | ATTN: NICHOLAS BIENSTOCK AND THOMAS FARRELL 10 E. 53RD, 37TH FLOOR NEW YORK NY 10022 |
| SAPHIR FINANCE PLC SERIES 2005-11 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC SERIES 2005-11 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ST JOSEPH'S/CANDLER HEALTH SYSTEM, INC | RADIAN ASSET ASSURANCE INC. ATTN: CHIEF RISK OFFICER 335 MADISON AVENUE NEW YORK NY 10017 |
| ST JOSEPH'S/CANDLER HEALTH SYSTEM, INC | WACHOVIA BANK, NATIONAL ASSOCIATION ATTN: SABRINA FULLER, CORPORATE TRUST DEPARTMENT 191 PEACHTREE STREET, 23RD FLOOR ATLANTA GA 30303 |
| ST JOSEPH'S/CANDLER HEALTH SYSTEM, INC | ATTN: VICE PRESIDENT AND CHIEF FINANCIAL OFFICER 5353 REYNOLDS STREET SAVANNAH GA 31405 |
| TACONIC OPPORTUNITY FUND LP | C/O TACONIC CAPITAL ADVISORS LP ATTN: CAROL LEE 450 PARK AVENUE NEW YORK NY 10022 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCE CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL EN UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: MICHAEL J VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor count  42**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: JYSKE BANK A/S ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANGEMENT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONAVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O M.H. DAVIDSON & CO. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: JENNIFER DONOVAN, C/O M.H. DAVIDSON & CO. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: ORANJE-NASSAU ENERGIE BV C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED) C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: HARTFIELD FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: WATERSTONE MARKET NETURAL MAC 51 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED) C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CARGILL, INCORPORATED | CARGILL, INCORPORATED ATTN: CREDIT/ENERGY ADMINISTRATION 12700 WHITEWATER DRIVE MINNETONKA MN 55343-9439 |
| CARGILL, INCORPORATED | ATTN: PHILIP M. FANTLE, ESQ. PO BOX 5624 MINNEAPOLIS MN 55440-5624 |
| CASTLERIGG MASTER INVESTMENTS LTD | C/O SANDELL ASSET MANAGEMENT CORP. ATTN: LEGAL DEPARTMENT ATTN: LAURA STRACHE, MANAGING DIRECTOR ATTN: TIM O'BRIEN 40 WEST 57TH STREET, 26TH FLOOR NEW YORK NY 10019 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CITIZENS NATIONAL BANK | ATTN: ANN BOWERS P.O. BOX 4610 SEVIERVILLE TN 37864 |
| CITIZENS NATIONAL BANK | ANN BOWERS PO BOX 4610 SEVIERVILLE TN 37864 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TRUSTEE ON BEHALF OF GENIE II FUND C/O CARVAL INVESTORS UK LIMITED - KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O BRETT STENBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343 |

| Claim Name | Address Information |
|---|---|
| CVI GVF (LUX) MASTER S.A.R.L. | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| DEUTSCHE BANK AG | DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR 99 BISHOPSGATE ATTN: CONOR MCGOVERN LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG | ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG LONDON BRANCH | ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| ENEL S.P.A. | ATTN: LEGAL DEPARTMENT CINZIA BONFANTONI VIALE REGINA MARGHERITA 137 ROME 00198 ITALY |
| ENEL S.P.A. | C/O HOGAN & HARTSON LLP ATTN: IRA S. GREENE & DENA C. KAUFMAN 875 THIRD AVENUE NEW YORK NY 10022 |
| ENEL S.P.A. | C/O HOGAN & HARTSON LLP ATTN: IRA S. GREEN & SENA C. KAUFMAN 875 THIRD AVENUE NEW YORK NY 10022 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ATTN: MARK LANDMAN LANDMAND, CORSI, BALLAINE & FORD P.C. 120 BROADWAY NEW YORK NY 10271 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ATTN: MARK LANDMAN LANDMAN CORSI BALLAINE & FORD P.C. 120 BROADWAY – 27TH FLOOR NEW YORK NY 10271 |
| LUTHERAN SENIOR SERVICES | KARL E. HOLDERLE THE SOLAR PARTNERSHIP 911 WASHINGTON AVE., 7TH FLOOR SAINT LOUIS MO 63101 |
| LUTHERAN SENIOR SERVICES | THE STOLAR PARTNERSHIP, LLP ATTN: KARL E. HOLDERLE 911 WASHINGTON AVENUE 7TH FLOOR SAINT LOUIS MO 63101 |
| LUTHERAN SENIOR SERVICES | 1150 HANLEY INDUSTRIAL COURT BRENTWOOD MO 63144 |
| NATIONAL AUSTRALIA BANK LIMITED | ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LIMITED | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| TELEFONICA, S.A. | ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C, EDIFICIO CENTRAL PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID 28050 SPAIN |
| TELEFONICA, S.A. | DEWEY & LEBOEUF LLP ATTN: EILEEN BANNON, ESQ. & IRENA GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS- ZENTRAL | BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD- ALLEE 20 DUSSELDORF D- 40227 GERMANY |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS- ZENTRAL | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |

**Total Creditor count  45**

**EXHIBIT F**

| Claim Name | Address Information |
| --- | --- |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| ITALEASE FINANCE S.P.A. | C/O LOVELLS STUDIO LEGALE ATTN: MR. FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| ITALEASE FINANCE S.P.A. | C/O BLANK ROME LLP ATTN: ANDREW B ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| SOLA LTD. | ATTN: JOSEPH LONETTO, ESQ. 430 PARK AVENUE, 12TH FLOOR NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022 |
| ZWINGER OPCO 6 BV | C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJESSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLANN 1161 AMSTERDAM 1077 NETHERLANDS |
| ZWINGER OPCO 6 BV | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |

**Total Creditor count  9**