UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,           :
                                                 :    (Jointly Administered)
                        Debtors.                 :
------------------------------------------------------------x    **AFFIDAVIT OF MAILING**

STATE OF NEW YORK   )
COUNTY OF ONONDAGA) ss:

Kelly C. Collins, being duly sworn, deposes and says:

1. That I am employed as a legal assistant with Harris Beach PLLC, located at One Park Place, 4th Floor, 300 South State Street, Syracuse, New York 13202. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Response to Debtors' Notice of Proposed Assumption of Executory Contracts with F.F. Thompson Foundation Inc. And The Frederick Ferris Thompson Hospital And Objection To Plan Supplement", dated November 9, 2011, by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed as cm/ecf participants on November 9, 2011;

   ii. enclosed securely in separate postage-prepaid Federal Express envelopes and delivered via priority overnight mail to those parties listed on Exhibit "A" annexed hereto on November 9, 2011.

                                                                    Kelly C. Collins

Sworn to before me this
9th day of November, 2011.

Notary Public

KATHARINE H. FAHEY
Notary Public, State of New York
Qual. in Onondaga Co. No. 01FA6128504
Commission Expires June 13, 2009 2013

060108 1693803v1

# EXHIBIT "A"

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for Region 2
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,
    Esq., and Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Haldey & McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis
    O'Donnell, Esq., and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005