UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**        :    08-13555 (JMP)
                                                        :
         Debtors.                                       :    (Jointly Administered)
                                                        :
------------------------------------------------------------------------x    Ref. Docket No. 21722

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 7, 2011, I caused to be served the "Notice of Filing of Updated Master Service List," dated November 7, 2011 [Docket No. 21722], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   b. delivered via facsimile to the party listed on the annexed Exhibit B, and

   c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ *Eleni Manners*
                                                        Eleni Manners

Sworn to before me this
8th day of November, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

*LBH MSL Email Service List*

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

Adiamond@DiamondMcCarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

akornikova@lcbf.com

alum@ftportfolios.com

amarder@msek.com

AMcMullen@BoultCummings.com

amenard@tishmanspeyer.com

Andrew.Brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

## *LBH MSL Email Service List*

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmerrill@susmangodfrey.com

BMiller@mofo.com

boneill@kramerlevin.com

Brian.Corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

ceskridge@susmangodfrey.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cousinss@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

*LBH MSL Email Service List*

*LBH MSL Email Service List*

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

*LBH MSL Email Service List*

| | |
|---|---|
| drosner@kasowitz.com | esmith@dl.com |
| dshaffer@wtplaw.com | etillinghast@sheppardmullin.com |
| dshemano@pwkllp.com | ezujkowski@emmetmarvin.com |
| dspelfogel@foley.com | ezweig@optonline.net |
| dtatge@ebglaw.com | fbp@ppgms.com |
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | fsosnick@shearman.com |
| ecohen@russell.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@fklaw.com | gbray@milbank.com |
| efriedman@friedumspring.com | george.davis@cwt.com |
| egeekie@schiffhardin.com | geraci@thalergertler.com |
| eglas@mccarter.com | ggitomer@mkbattorneys.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| elevin@lowenstein.com | glenn.siegel@dechert.com |
| eli.mattioli@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | gravert@mwe.com |
| emerberg@mayerbrown.com | gspilsbury@jsslaw.com |
| eobrien@sbchlaw.com | guzzi@whitecase.com |
| erin.mautner@bingham.com | harrisjm@michigan.gov |
| eschaffer@reedsmith.com | harveystrickon@paulhastings.com |
| eschwartz@contrariancapital.com | hbeltzer@mayerbrown.com |

*LBH MSL Email Service List*

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jaclyn.genchi@kayescholer.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

Jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

08-13555-mg    Doc 21826    Filed 11/09/11    Entered 11/09/11 15:14:24    Main Document
                                     Pg 8 of 18

*LBH MSL Email Service List*

| | |
|---|---|
| jherzog@gklaw.com | jnm@mccallaraymer.com |
| jhiggins@fdlaw.com | john.monaghan@hklaw.com |
| jhorgan@phxa.com | john.rapisardi@cwt.com |
| jhuggett@margolisedelstein.com | joli@crlpc.com |
| jhuh@ffwplaw.com | jorbach@hahnhessen.com |
| jim@atkinslawfirm.com | Joseph.Cordaro@usdoj.gov |
| jjoyce@dresslerpeters.com | joshua.dorchak@bingham.com |
| jjtancredi@daypitney.com | jowen769@yahoo.com |
| jjureller@klestadt.com | jowolf@law.nyc.gov |
| jkehoe@btkmc.com | joy.mathias@dubaiic.com |
| jlamar@maynardcooper.com | JPintarelli@mofo.com |
| jlawlor@wmd-law.com | jporter@entwistle-law.com |
| jlee@foley.com | jprol@lowenstein.com |
| jlevitin@cahill.com | jrabinowitz@rltlawfirm.com |
| jlipson@crockerkuno.com | jrsmith@hunton.com |
| jliu@dl.com | jschwartz@hahnhessen.com |
| jlovi@steptoe.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jshickich@riddellwilliams.com |
| jmaddock@mcguirewoods.com | jsmairo@pbnlaw.com |
| jmazermarino@msek.com | jstoll@mayerbrown.com |
| jmcginley@wilmingtontrust.com | jsullivan@mosessinger.com |
| jmelko@gardere.com | jtimko@shutts.com |
| jmerva@fult.com | jtougas@mayerbrown.com |
| jmmurphy@stradley.com | judy.morse@crowedunlevy.com |
| jmr@msf-law.com | jwallack@goulstonstorrs.com |
| jnadritch@olshanlaw.com | jwang@sipc.org |

*LBH MSL Email Service List*

*LBH MSL Email Service List*

| | |
|---|---|
| jwcohen@daypitney.com | lacyr@sullcrom.com |
| jweiss@gibsondunn.com | Landon@StreusandLandon.com |
| jwest@velaw.com | lathompson@co.sanmateo.ca.us |
| jwh@njlawfirm.com | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lml@ppgms.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lsilverstein@potteranderson.com |
| KReynolds@mklawnyc.com | lthompson@whitecase.com |
| krosen@lowenstein.com | lubell@hugheshubbard.com |
| kuehn@bragarwexler.com | lwhidden@salans.com |
| kurt.mayr@bgllp.com | mabrams@willkie.com |

*LBH MSL Email Service List*

| | |
|---|---|
| MAOFILING@CGSH.COM | mfeldman@willkie.com |
| Marc.Chait@SC.com | mgordon@briggs.com |
| margolin@hugheshubbard.com | mgreger@allenmatkins.com |
| mark.deveno@bingham.com | mh1@mccallaraymer.com |
| mark.ellenberg@cwt.com | mharris@smsm.com |
| mark.houle@pillsburylaw.com | mhopkins@cov.com |
| mark.sherrill@sutherland.com | michael.frege@cms-hs.com |
| martin.davis@ots.treas.gov | michael.kelly@monarchlp.com |
| Marvin.Clements@ag.tn.gov | michael.kim@kobrekim.com |
| matt@willaw.com | michael.reilly@bingham.com |
| matthew.klepper@dlapiper.com | millee12@nationwide.com |
| maustin@orrick.com | miller@taftlaw.com |
| max.polonsky@skadden.com | mimi.m.wong@irscounsel.treas.gov |
| mbenner@tishmanspeyer.com | mitchell.ayer@tklaw.com |
| mberman@nixonpeabody.com | mjacobs@pryorcashman.com |
| mbienenstock@dl.com | mjedelman@vedderprice.com |
| mbossi@thompsoncoburn.com | MJR1@westchestergov.com |
| mcademartori@sheppardmullin.com | mkjaer@winston.com |
| mccombst@sullcrom.com | mlahaie@akingump.com |
| mcordone@stradley.com | MLandman@lcbf.com |
| mcto@debevoise.com | mlichtenstein@crowell.com |
| mdahlman@kayescholer.com | mlynch2@travelers.com |
| mdorval@stradley.com | mmendez@hunton.com |
| melorod@gtlaw.com | mmooney@deilylawfirm.com |
| meltzere@pepperlaw.com | mmorreale@us.mufg.jp |
| metkin@lowenstein.com | mneier@ibolaw.com |

*LBH MSL Email Service List*

### *LBH MSL Email Service List*

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

newyork@sec.gov

nfurman@scottwoodcapital.com

Nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

omeca.nedd@lovells.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

pwright@dl.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

rajohnson@akingump.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

## *LBH MSL Email Service List*

| | |
|---|---|
| rbeacher@pryorcashman.com | robertdakis@quinnemanuel.com |
| rbyman@jenner.com | Robin.Keller@Lovells.com |
| rdaversa@orrick.com | roger@rnagioff.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rrigolosi@smsm.com |
| rgmason@wlrk.com | rroupinian@outtengolden.com |
| rgraham@whitecase.com | rrussell@andrewskurth.com |
| rhett.campbell@tklaw.com | rterenzi@stcwlaw.com |
| richard.lear@hklaw.com | RTrust@cravath.com |
| richard.levy@lw.com | russj4478@aol.com |
| richard.tisdale@friedfrank.com | rwasserman@cftc.gov |
| richard@rwmaplc.com | rwyron@orrick.com |
| ritkin@steptoe.com | s.minehan@aozorabank.co.jp |
| RJones@BoultCummings.com | sabin.willett@bingham.com |
| rleek@HodgsonRuss.com | sabramowitz@velaw.com |
| RLevin@cravath.com | sagolden@hhlaw.com |
| rmatzat@hahnhessen.com | sagrawal@susmangodfrey.com |
| rmcneill@potteranderson.com | Sally.Henry@skadden.com |
| rnetzer@willkie.com | sandyscafaria@eaton.com |
| robert.bailey@bnymellon.com | Sara.Tapinekis@cliffordchance.com |
| robert.dombroff@bingham.com | scargill@lowenstein.com |
| robert.henoch@kobrekim.com | schannej@pepperlaw.com |
| robert.malone@dbr.com | Schepis@pursuitpartners.com |
| Robert.yalen@usdoj.gov | schnabel.eric@dorsey.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| schwartzmatthew@sullcrom.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | SRee@lcbf.com |
| scousins@armstrongteasdale.com | sselbst@herrick.com |
| sdnyecf@dor.mo.gov | sshimshak@paulweiss.com |
| sehlers@armstrongteasdale.com | sskelly@teamtogut.com |
| seichel@crowell.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.troyer@commerzbank.com |
| sgordon@cahill.com | steven.wilamowsky@bingham.com |
| sgubner@ebg-law.com | Streusand@StreusandLandon.com |
| shannon.nagle@friedfrank.com | susan.schultz@newedgegroup.com |
| sharbeck@sipc.org | susheelkirpalani@quinnemanuel.com |
| shari.leventhal@ny.frb.org | swolowitz@mayerbrown.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| sidorsky@butzel.com | tannweiler@greerherz.com |
| slerner@ssd.com | tarbit@cftc.gov |
| slevine@brownrudnick.com | tbrock@ssbb.com |
| SLoden@DiamondMcCarthy.com | tdewey@dpklaw.com |
| smayerson@ssd.com | tduffy@andersonkill.com |
| smillman@stroock.com | teresa.oxford@invescoaim.com |
| smulligan@bsblawyers.com | TGoren@mofo.com |
| snewman@katskykorins.com | thaler@thalergertler.com |
| sory@fdlaw.com | thomas.califano@dlapiper.com |
| spiotto@chapman.com | thomas.ogden@dpw.com |

*LBH MSL Email Service List*

### *LBH MSL Email Service List*

Thomas_Noguerola@calpers.ca.gov

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007