# Exhibit A



&lt;robert.taylor1@barclayscapital.com&gt;

10/14/2008 12:34 PM

To &lt;scott@gkbaum.com&gt;, &lt;Allyson.Carine@barclayscapital.com&gt;
cc &lt;anatoly.zelikoff@lehman.com&gt;
bcc

Subject  RE: Fuller Theological Seminary swap unwind

History:          🗩 This message has been replied to.

I think Allyson can help you answer these questions.

Allyson's direct dial is (212) 526-7187

Please revert if you are not successful with Allyson.

Thanks

Rob

**From:** Elizabeth Scott [mailto:scott@gkbaum.com]
**Sent:** Tuesday, October 14, 2008 12:26 PM
**To:** rtaylor@lehman.com
**Cc:** Anatoly Zelikoff
**Subject:** Fuller Theological Seminary swap unwind

All --
We are acting as agent on behalf of the Fuller Theological Seminary to facilitate unwinding their swaps with Lehman Brothers Special Financing, Inc.

Fuller sent a notice to Lehman on Friday, October 10 designating October 16, 2008, as the Early Termination Date. We will be collecting quotes from Reference Market-makers to determine the Settlement Amount.

To whom should we provide evidence of those quotes and the resulting Settlement Amount? We are planning to collect the quotes via email and will provide evidence of those quotes electronically. Is this sufficient?

Please let me know the appropriate person that I should send this information to.

Thanks,
Liz

Elizabeth Scott
George K. Baum & Company
phone: 303-391-5599
fax: 303-391-5696
scott@gkbaum.com

This communication constitutes an electronic communication within the meaning of the Electronic Communications Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, please contact sender by return electronic mail and delete all copies of this communication. Similar laws in other countries where any recipient of this e-mail resides also apply.

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.



<allyson.carine@barclayscapital.com>
10/14/2008 04:11 PM

To <scott@gkbaum.com>
cc
bcc
Subject RE: Fuller Theological Seminary swap unwind

History: This message has been forwarded.

Elizabeth – You can send the valuations to my attention at the address below. Regards, A

Allyson Carine
Barclays Capital
1271 Avenue of the Americas, 43rd Floor
New York, NY 10020
allyson.carine@barclayscapital.com
212 526 7187 (t)
646 758 4124 (f)

**From:** Elizabeth Scott [mailto:scott@gkbaum.com]
**Sent:** Tuesday, October 14, 2008 12:50 PM
**To:** Taylor, Robert M.
**Cc:** Carine, Allyson; anatoly.zelikoff@lehman.com
**Subject:** RE: Fuller Theological Seminary swap unwind

Thanks. Allyson – I will call shortly.

Elizabeth Scott
George K. Baum & Company
phone: 303-391-5599
fax: 303-391-5696
scott@gkbaum.com

| | |
|---|---|
| From: | <robert.taylor1@barclayscapital.com> |
| To: | <scott@gkbaum.com>, <Allyson.Carine@barclayscapital.com> |
| Cc: | <anatoly.zelikoff@lehman.com> |
| Date: | 10/14/2008 10:34 AM |
| Subject: | RE: Fuller Theological Seminary swap unwind |

I think Allyson can help you answer these questions.

Allyson's direct dial is (212) 526-7187

Please revert if you are not successful with Allyson.

Thanks

Rob

**From:** Elizabeth Scott [mailto:scott@gkbaum.com]
**Sent:** Tuesday, October 14, 2008 12:26 PM
**To:** rtaylor@lehman.com
**Cc:** Anatoly Zelikoff
**Subject:** Fuller Theological Seminary swap unwind

---

All --
We are acting as agent on behalf of the Fuller Theological Seminary to facilitate unwinding their swaps with Lehman Brothers Special Financing, Inc.

Fuller sent a notice to Lehman on Friday, October 10 designating October 16, 2008, as the Early Termination Date. We will be collecting quotes from Reference Market-makers to determine the Settlement Amount.

To whom should we provide evidence of those quotes and the resulting Settlement Amount? We are planning to collect the quotes via email and will provide evidence of those quotes electronically. Is this sufficient?

Please let me know the appropriate person that I should send this information to.

Thanks,
Liz

Elizabeth Scott
George K. Baum & Company
phone: 303-391-5599
fax: 303-391-5696
scott@gkbaum.com

This communication constitutes an electronic communication within the meaning of the Electronic Communications Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the

intended recipient or an employee or agent responsible for delivering this message to the intended recipient, please contact sender by return electronic mail and delete all copies of this communication. Similar laws in other countries where any recipient of this e-mail resides also apply.

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

---

This communication constitutes an electronic communication within the meaning of the Electronic Communications Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, please contact sender by return electronic mail and delete all copies of this communication. Similar laws in other countries where any recipient of this e-mail resides also apply.

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.



&lt;allyson.carine@barclayscapital.com&gt;

10/16/2008 01:41 PM

To &lt;scott@gkbaum.com&gt;

cc &lt;merritt@fuller.edu&gt;, &lt;kcveio@kvfirm.com&gt;, &lt;gjohnson@pattonboggs.com&gt;, &lt;WhiteML@gkbaum.com&gt;, &lt;millerj@gkbaum.com&gt;, &lt;lehrer@gkbaum.com&gt;,

bcc

Subject RE: Fuller Theological Seminary swaps

History:  🗨 This message has been forwarded.

1 attachment



Wiretransferwithpreservationlang.pdf

**From:** Elizabeth Scott [mailto:scott@gkbaum.com]
**Sent:** Thursday, October 16, 2008 1:33 PM
**To:** Carine, Allyson
**Cc:** merritt@fuller.edu; kcveio@kvfirm.com; gjohnson@pattonboggs.com; Lee White; Jeremiah Miller; Alec Lehrer; Cody Higginbottom
**Subject:** Fuller Theological Seminary swaps
**Importance:** High

Allyson --
George K. Baum & Company is acting as swap advisor on behalf of Fuller Theological Seminary ("Fuller") to assist in terminating the two interest rate swaps between Lehman Brothers Special Financing, Inc. and Fuller Theological Seminary as a result of the bankruptcy of Lehman Brothers Holdings.

The two swaps are Global ID 433669 and Global ID 2136895.

George K. Baum & Company determined the termination amounts on behalf of Fuller using the Market Quotation methodology outlined in the ISDA Master Agreement.

We received quotes from Reference Market-makers as following:

For Global ID 433669: -$616,000; -$710,000; -$893,909

For Global ID 2136895: -$410,000; -$415,000; -$618,323

Based on the Market Quotation methodology, Fuller will owe Lehman $710,000 to terminate Global ID 433669 and will owe Lehman $415,000 to terminate Global ID 2136895.

The termination amounts will be wired to Lehman on 10/23/08. Please provide the wiring instructions.

Please confirm your receipt of this email.

Thanks,

Liz

Elizabeth Scott
George K. Baum & Company
phone: 303-391-5599
fax: 303-391-5696
scott@gkbaum.com

This communication constitutes an electronic communication within the meaning of the Electronic Communications Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, please contact sender by return electronic mail and delete all copies of this communication. Similar laws in other countries where any recipient of this e-mail resides also apply.

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

Elizabeth Scott/GKBAUM  
10/14/2008 02:59 PM

To: allyson.carine@barclayscapital.com  
cc:  
bcc:  
Subject: Fuller Theological Seminary swaps

Allyson --

Rob Taylor indicated that I should speak to you regarding the unwind of the swaps between Fuller Theological Seminary and Lehman Brothers Special Financing ("LBSF") as a result of the LBSF bankruptcy.

Lee Merritt at Fuller sent a notice of designation of Early Termination Date to the attention of Municipal Financial Products - Middle Office at fax number: 646.758.2988. The Early Termination Date will be October 16, 2008. We will determine the Settlement Amount on this date.

George K. Baum & Company, on behalf of Fuller, will collect market quotations from Reference Market-makers and provide evidence of such quotations to determine the Settlement Amount. Is this sufficient? Should I provide the quotations and records to you?

Thanks for your attention.

Thanks,  
Liz

Elizabeth Scott  
George K. Baum & Company  
phone: 303-391-5599  
fax: 303-391-5696  
scott@gkbaum.com

Elizabeth Scott/GKBAUM  
10/16/2008 12:40 PM

To allyson.carine@barclayscapital.com  
cc  
bcc  
Subject Fuller Theological Seminary swap unwinds

Allyson --  
I will send you the unwind amounts based on the Market Quotation methodology. Fuller Theological Seminary will make the termination payment on 10/23/08. What else do you need from Fuller to evidence this unwind?

Elizabeth Scott  
George K. Baum & Company  
phone: 303-391-5599  
fax: 303-391-5696  
scott@gkbaum.com

| | |
|---|---|
| Elizabeth Scott/GKBAUM | To allyson.carine@barclayscapital.com |
| 10/16/2008 01:34 PM | cc merritt@fuller.edu, kcveio@kvfirm.com, gjohnson@pattonboggs.com, Lee White/GKBAUM@gkbdom1, Jeremiah |
| | bcc |
| | Subject Fuller Theological Seminary swaps |

Allyson --

George K. Baum & Company is acting as swap advisor on behalf of Fuller Theological Seminary ("Fuller") to assist in terminating the two interest rate swaps between Lehman Brothers Special Financing, Inc. and Fuller Theological Seminary as a result of the bankruptcy of Lehman Brothers Holdings.

The two swaps are Global ID 433669 and Global ID 2136895.

George K. Baum & Company determined the termination amounts on behalf of Fuller using the Market Quotation methodology outlined in the ISDA Master Agreement.

We received quotes from Reference Market-makers as following:

For Global ID 433669: -$616,000; -$710,000; -$893,909

For Global ID 2136895: -$410,000; -$415,000; -$618,323

Based on the Market Quotation methodology, Fuller will owe Lehman $710,000 to terminate Global ID 433669 and will owe Lehman $415,000 to terminate Global ID 2136895.

The termination amounts will be wired to Lehman on 10/23/08. Please provide the wiring instructions.

Please confirm your receipt of this email.

Thanks,
Liz

Elizabeth Scott
George K. Baum & Company
phone: 303-391-5599
fax: 303-391-5696
scott@gkbaum.com

**Exhibit B**

FW: Fuller Theological Seminary - LBSF re: Verification of a Termina...

**Subject:** FW: Fuller Theological Seminary - LBSF re: Verification of a Termination Notice
**From:** "Koyama, Satoko S" <satoko.koyama@lehman.com>
**Date:** Mon, 4 May 2009 17:20:48 -0400
**To:** <merritt@fuller.edu>

I am resending this message to you.

Thanks,

Satoko S. Koyama


**From:** Koyama, Satoko S
**Sent:** Monday, May 04, 2009 5:08 PM
**To:** 'tamara@fuller.edu'; 'hmerritt@fuller.edu'
**Cc:** Liang, Mengnu (CORP); Jenkins, Courtney
**Subject:** Fuller Theological Seminary - LBSF re: Verification of a Termination Notice

Dear Tammi and Lee,

I am an in-house counsel at Derivatives Legal of Lehman Brothers Holdings Inc., helping Cherry to unwind various derivative transactions.

Our records seem to indicate that we received your Notice of Early Termination due to Event of Default dated October 10, 2008 (the "Termination Notice") only by either email or facsimile transmission. As you are aware, Section 10(a) of the ISDA Master Agreement (Local Currency - Single Jurisdiction) dated December 19, 2003 (the "Master Agreement") specifically provides that a notice or other communication under Section 5 (Event of Default) or Section 6 (Early Termination) "may not be given by facsimile transmission or electronic messaging system" (underline added). Unless you can provide any evidence (such as tracking numbers) that the Termination Notice was delivered to us by mail, courier or a person, please note that we may be obliged to disregard your designation of October 16, 2008 as the Early Termination Date. If so, Fuller will need to redesignate an Early Termination Date that will not be earlier than the date that a new notice will be received by Lehman and not later than 20 days from the date of such notice pursuant to Section 6(a) of the Master Agreement. Fuller will also need to reevaluate the terminated Transaction on the redesignated Early Termination Date or as soon as reasonably practicable thereafter. Please let us know whether or not Fuller sent these notices by valid delivery methods.

Without prejudice to the foregoing, please note that our records does not indicate that we received any statement of calculation from you. Please provide us a statement of calculation, including explanations as to how you came up with $1,125,000.00. As you know, Section 6(d)(i) of the Master Agreement requires the Non-defaulting Party to deliver a statement showing "in reasonable detail, such calculation (including all relevant quotations)". Thus, we need any and all evidence that support your calculation, including a bid solicitation form and actual quotations/rejections from the Reference Market-makers. We also need to know what time of day and date that Fuller solicited quotations from Reference Market-makers and how many Reference Market-makers Fuller solicited. We need all these pieces of evidence so that we can present your termination to our internal adjudication committee and the external Official Creditors' Committee for a final release. We would appreciate your full cooperation with the process.

In addition, we would like to know whether or not the Transactions were replaced with another Reference Market-maker. If so, please let us know the terms of such replaced Transactions and when they were replaced.

FW: Fuller Theological Seminary - LBSF re: Verification of a Termina...

Thank you very much for your cooperation. We look forward to hearing from you.

Kind regards,

Satoko S. Koyama
Vice President - Derivatives Legal
Lehman Brothers Holdings Inc.
1271 Sixth Avenue, 40th Floor
New York, New York 10020
Tel: 646.333.8406


**From:** Tammi Anderson [mailto:tamara@fuller.edu]
**Sent:** Thursday, April 30, 2009 12:23 PM
**To:** H. Lee Merritt
**Cc:** Liang, Mengnu (CORP)
**Subject:** Re: confirmation of address

Dear Cherry Liang,

Attached you will find two documents:

1. October 10, 2008 Notice of Early Termination Due to Event of Default
2. Supporting paperwork of wire history summary report showing wire to Lehman Brothers on October 23, 2008 for $1,125,000.

Thank you, Tammi Anderson

H. Lee Merritt wrote:

> Ms Cherry Liang,
>
> Please confirm receipt of this note -- attachments to follow will be the NOTICE OF EARLY TERMINATION DUE TO EVENT OF DEFAULT dated October 10, 2008 and the fed wire confirmation for settlement.
>
> Lee Merritt

--
Tammi Anderson
Assistant to Vice President for Finance

135 N. Oakland Ave.
Pasadena, CA 91182

Email: tamara@fuller.edu

FW: Fuller Theological Seminary - LBSF re: Verification of a Termina...

Phone: 626.584.5461
Fax: 626.584.5399

-------------------------------------------------- This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.