UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    08-13555 (JMP)
                                                                        :    (Jointly Administered)
          Debtors.                                                      :
                                                                        :    Ref. Docket No. 19120
                                                                        :
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 8, 2011, I caused to be served:

   a. a *cover letter from Lehman Brothers Holdings Inc.*, dated November 8, 2011, a sample of which is annexed hereto as Exhibit A, (the "Cover Letter"), and

   b. the "Revised Notice of Proposed Allowed Claim Amount," dated November 8, 2011, related to the "Order Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Procedures for the Determination of the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.," dated August 10, 2011 [Docket No. 19120], a sample of which is annexed hereto as Exhibit B, (the "Revised Notice"),

   by causing true and correct copies of:

   i. the Cover Letter and Revised Notice, personalized to include the name, address and claim number of the creditor, as well as the proposed allowed claim amount, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                /s/ *Eleni Kossivas*
                Eleni Kossivas

Sworn to before me this
9th day of November, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

Pg 4 of 20

# LEHMAN BROTHERS HOLDINGS INC.

November 8, 2011

Enclosed, please find a "Revised Notice of Proposed Allowed Claim Amount", dated November 8, 2011. The Revised Notice is being sent due to changes made as a result of additional information brought to our attention by various parties. Please note, changes are italicized in Exhibit A. This notice is being sent to replace the Notice of Proposed Allowed Claim Amount previously mailed. Please disregard the prior Notice.

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    08-13555 (JMP)
:
Debtors.                                  :    (Jointly Administered)
:
---------------------------------------------------------------x

LBH LPS NTC SIMPLE 11-08-2011 (MERGE2,TXNUM2) 4000121597 BAR(23) MAIL ID *** 000053365922 *** *** BSIUSE: 1
PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC
ATTN: RICHARD LEBRUN
WALKERS FUND SERVICES LIMITED
87 MARY STREET
GEORGE TOWN, GRAND CAYMAN  KYI-9002
CAYMAN ISLANDS

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE PROPOSED ALLOWED CLAIM AMOUNT.**

**REVISED NOTICE OF PROPOSED ALLOWED CLAIM AMOUNT**

| **Creditor Name and Address:**<br>PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC<br>ATTN: RICHARD LEBRUN<br>WALKERS FUND SERVICES LIMITED<br>87 MARY STREET<br>GEORGE TOWN, GRAND CAYMAN  KYI-9002<br>CAYMAN ISLANDS | **Claim Number** | **Proposed Allowed Claim Amount** |
|---|---|---|
| | 25626.01 | $273,660.44 |

      PLEASE TAKE NOTICE that, on August 10, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Order Approving the Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.* [Docket No. 19120] (the "Order") which provides for procedures for the determination of the allowed amount of the portion of the claim referenced above (the "Claim") that is based on a structured security for purposes of voting and distributions under the debtors' (the "Debtors")[1] proposed chapter 11 plan (the "Plan") in the above-referenced case.

      Pursuant to the procedures approved in the Order, Lehman Brothers Holdings Inc. ("LBHI") proposes that the allowed amount of the portion of the Claim that is based on a structured security shall be the amount set forth above under the heading "PROPOSED ALLOWED CLAIM AMOUNT."   The Debtors calculated the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies, a copy of which is available for review on www.lehman-docket.com, and is also attached to the motion [Docket No. 18127] (the "Motion") related to the Order.  A detailed calculation of the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies is included on Exhibit A annexed hereto.  The Proposed Allowed Claim Amount does not have any affect on the portion of your claim that is not based on a structured security.

      The Official Committee of Unsecured Creditors of LBHI and its affiliated debtors filed a statement relating to the Motion.  The *Statement of Official Committee of Unsecured Creditors In Response to*

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

[1]

*Debtors' Amended Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures For Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc*, [Docket No. 19042] is available at www.lehman-docket.com on the "Case Information" page.

If you do NOT dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you do NOT need to file a written response and your claim will be allowed in such amount for the purposes of voting and distributions under the Plan.

**If you DO dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you MUST deliver a written response (a "Response") so that such Response is actually received no later than 4:00 p.m. October 25, 2011 (the "Response Deadline") by (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, New York, NY 10020 (Attn: Holly Clack and Tina Pederson), (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Alfredo R. Perez, Esq. and Mark Bernstein, Esq.) and (iii) Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Evan R. Fleck, Esq. and Matthew Brod, Esq.).**

Your Response, if any, must contain at a minimum the following: (i) the name of the claimant; (ii) the claim number that is the subject of the Response; (iii) a concise statement setting forth the grounds for such Response; (iv) the address(es) to which LBHI must return any reply to your Response, if different from that presented in the proof of claim; and (v) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

**IF YOU DO NOT DELIVER A RESPONSE BY THE RESPONSE DEADLINE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE PORTION OF YOUR CLAIM BASED ON A STRUCTURED SECURITY BEING ALLOWED FOR PURPOSES OF VOTING AND DISTRIBUTIONS UNDER THE PLAN IN THE PROPOSED ALLOWED CLAIM AMOUNT. THE MOTION DOES NOT HAVE ANY AFFECT ON THE PORTION OF YOUR CLAIM THAT IS NOT BASED ON A STRUCTURED SECURITY.**

**IF YOU SUBMIT A RESPONSE AND THE DEBTORS AND YOU ARE UNABLE TO RESOLVE ANY DISPUTES REGARDING THE PROPOSED ALLOWED CLAIM AMOUNT, THE MOTION WILL BE DEEMED AN OBJECTION TO YOUR CLAIM. THE DEBTORS MAY SEEK TO HAVE SUCH OBJECTION TO YOUR CLAIM RESOLVED EITHER BY THE COURT OR THROUGH THE COURT-APPROVED MEDIATION PROCEDURES.**

CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:    November 8, 2011
                New York, New York

Exhibit A

Calculation of Proposed Allowed Claim Amount

Claim # 25626.01 - PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| *52523J289* | *N/A* | *$5,481,966.00* | *100.0000%* [3] | *$5,481,966.00* | *4.9920%* [4] | *$273,660.44* [5] |
| | | | | | **Aggregate Proposed Allowed Claim Amount:** | $273,660.44 |
| | | | | | **Claim Amount, as filed (portion based on Structured Security only):** | $253,500.00 |

[2] Calculated in accordance with the Structured Securities Valuation Methodologies.

[3] This claim is for a non-Lehman Program Security note, so blocking numbers were not required. Instead, this figure represents the total sum of the claims' notional value for this note as a percentage of LBHI's September 14, 2008 outstanding notional amount or position.

[4] This claim is for a non-Lehman Program Security note, so blocking numbers were not required. Instead, this figure represents the claimant's percentage of notional amount.

[5] Previously, your claim contained a note that was classified as a To Be Determined Note as reflected in the list of each Structured Security by Issuer and the corresponding Proposed Allowed Claim Amount published on www.lehman-docket.com on August 15, 2011. To date, the Debtors do not have enough information to determine whether the note is a Fair Market Value Note, Par Par Note or Zero Coupon Note (as such terms are defined in the Structured Securities Valuation Methodologies), which is necessary to enable the Debtors to provide the amount of your claim. In lieu of the previously proposed allowed claim amount of $0, the Debtors have calculated the Maximum Allowable Amount of the note to be the lesser of Par Par or FMV in order to provide the proposed allowed claim amount now reflected.

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | ATTN: JEFFREY R. KATZ C/O ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 2, | ATTN: JEFFREY R. KATZ C/O ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON |

| Claim Name | Address Information |
|---|---|
| AGGREGATING TRUST 2, LLC | STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | ATTN: JEFFREY R. KATZ C/O ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | ATTN: JEFFREY R. KATZ C/O ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |

| Claim Name | Address Information |
|---|---|
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | ATTN: JEFFREY R. KATZ C/O ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 7, L.L.C. | ATTN: JEFFREY R. KATZ C/O ROPES & GRAY 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| AGGREGATING TRUST 7, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 7, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 7, LLC | ATTN: JEFFREY R. KATZ C/O ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| AGGREGATING TRUST 7, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 7, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 7, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 7, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 7, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BORON MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON |

| Claim Name | Address Information |
|---|---|
| AGGREGATING TRUST 8, LLC | STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | ATTN: JEFFREY R. KATZ C/O ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BANK SARASIN & CO LTD | C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT BUNDESPLATZ 8 BERNE 3011 SWITZERLAND |
| BRANDAU, CHRISTIAN | ANNASTR. 25 BOCHUM 44793 GERMANY |
| BUEHLMANN, ALICE | TSCHAEDIGENWEG 1 MEGGEN 6045 SWITZERLAND |
| CITIGROUP GLOBAL MARKETS LTD | CITIGROUP CENTRE, CANADA SQUARE ATTENTION: PETER FISHER-JONES CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS LTD | CITIGROUP CENTRE, CANADA SQUARE ATTENTION: PETER FISHER-JONES CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CNP UNICREDIT VITA S.P.A. | ATTN: BRUNO FAURE, MANAGING DIRECTOR PIAZZA DURANTE, N. 11, MILANO 20131 ITALY |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNIES FUND LP | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN SUZANNE GIBBONS 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNIES FUND LP | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNIES INTERNATIO | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN SUZANNE GIBBONS 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNIES INTERNATIO | BINGHAM MCCUTCHEN LLP ATTN STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET ATTENTION: SUZANNA GIBBONS NEW YORK NY 10022 |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL, LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN SUZANNE GIBBONS 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL, LTD. | BINGHAM MCCUTCHEN LLP ATTN STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER PARTNERS | C/O DAVIDSON KEMPNER CAPITAL MANARGEMENT LLC ATTN SUZANNE GIBBONS 65 EAST 55TH STREET NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| DAVIDSON KEMPNER PARTNERS | BINGHAM MCCUTCHEN LLP ATTN STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| HAGEN, MAGDALENA | LANDLIHOHE 16 KUSSNACHT AM RIGI 6403 SWITZERLAND |
| HEYER, CLAUDIUS | MATHILDE PARAVICINISTR. 5 BASEL 4052 SWITZERLAND |
| HEYER, CLAUDIUS | STRAFIN AG STERNENGASSE 6 BASEL 4010 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH CH-8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH CH-8022 SWITZERLAND |
| J.P. MORGAN SECURITIES LTD | 125 LONDON WALL LONDON EC2Y 5AJ UNITED KINGDOM |
| J.P. MORGAN SECURITIES LTD | 125 LONDON WALL LONDON EC2Y 5AJ UNITED KINGDOM |
| J.P. MORGAN SECURITIES LTD | 125 LONDON WALL LONDON EC2Y 5AJ UNITED KINGDOM |
| J.P. MORGAN SECURITIES LTD. | C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| J.P. MORGAN SECURITIES LTD. | C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| J.P. MORGAN SECURITIES LTD. | C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| J.P. MORGAN SECURITIES LTD. | C/O SUSAN MCNAMARA JPMORGAN CHASE BANK, N.A. MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KAMM GERTRUD HEIRS, REPRESENTED BY KAMM RUDOLF | BOSSIKON/ FORHOLZLIWEG 5 HINWIL 8340 SWITZERLAND |
| KAMM GERTRUD HEIRS, REPRESENTED BY KAMM RUDOLF | CLIENTIS ZURCHER REGIONALBANK ATTN: KARIN LEIMGRUBER BAHNHOFSTRASSE 3 WETZIKON 8620 SWITZERLAND |
| KELLENBERGER, MAX AND ELIANE | STUFENWEG 4 KUSSNACHT AM RIGI 6403 SWITZERLAND |
| LUGO, ORESTES | 3802 NE 207 STREET # 1104 AVENTURA FL 33180 |
| M.H. DAVIDSON & CO. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN SUZANNE GIBBONS 65 EAST 55TH STREET NEW YORK NY 10022 |
| M.H. DAVIDSON & CO. | BINGHAM MCCUTCHEN LLP ATTN STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER FUND LP | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER FUND LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MONARCH CAPITAL MASTER FUND LP | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER FUND LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| PANGERC, SCHELLENBERG & PARTNERS | ASSET MANAGEMENT AG TALACKER 50 ZURICH 8001 SWITZERLAND |
| PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KYI-9002 CAYMAN ISLANDS |
| PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| QUANTUM PARTNERS LP. | TRANSFEROR: GOLDMAN SACHS & CO. C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106 |
| ROHRBACH, SUSANNE | ROMERSTR. 53 THERWIL 4106 SWITZERLAND |
| ROHRBACH, SUSANNE | STRAFIN AG STERAEUGASSE 6 BASEL 4010 SWITZERLAND |
| SCHULZ, THOMAS JORN | 373 ONAN ROAD; 05 # 06 MALVERN SPRINGS; 424775 SINGAPORE |
| SCHULZ, THOMAS JORN | STRAFIN AG STERNENGASSE 6 BASEL 4010 SWITZERLAND |
| SPYGLASS MARKETEERING GMBH | PETER BAUER, CEO HUSACHERSTRASSE 25 UITIKON-WALDEGG CH-8142 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25 ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25 ST. GALLEN CH-9001 SWITZERLAND |
| ZURCHER KANTONALBANK | BAHNHOFSTRASSE 9 ZURICH 8001 SWITZERLAND |
| ZURCHER KANTONALBANK | ARNOLD & PORTER, LLP ATTN: MICHAEL J. CANNING 399 PARK AVE., 34TH FLOOR NEW YORK NY 10022 |

**Total Creditor count  152**

| Claim Name | Address Information |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS LP | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS LP | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| BARCLAYS BANK PLC | ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166 |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | ALAN KAPLAN, DEPUTY GENERAL COUNSEL AMERICAS 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC | TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK AG 745 SEVENTH AVENUE ATTN: DAN CROWLEY NEW YORK NY 10019 |
| BOTTICELLI LLC | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| BOTTICELLI LLC | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| BOTTICELLI, LLC | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | C/O FIR TREE, INC. ATTN: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FIR TREE VALUE MASTER FUND LP | C/O FIR TREE, INC. ATTENTION: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND LP | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GOLDENTREE ENTRUST MASTER FUND SPC | TRANSFEROR: GOLDENTREE MASTER FUND, LTD ON BEHALF OF AND ACCOUNT FOR SEGREGATED PORTFOLIO I ATTN: JOHN DE MARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC ON BEHALF OF AN | SEGREGATED PORTFOLIO I TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEG | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEG | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: FIR TREE VALUE MASTER FUND LP 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER |

| Claim Name | Address Information |
|---|---|
| GOLDMAN, SACHS & CO. | NEW YORK NY 10281 |
| HAYMAN CAPITAL MASTER FUND LP | TRANSFEROR: SEA PORT GROUP SECURITIES LLC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| JPMORGAN SECURITIES LTD | TRANSFEROR: CONDUIT CAPITAL MARKETS LTD 125 LONDON WALL LONDON EC2Y KAJ UNITED KINGDOM |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | BAKER & MCKENZIE ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: YIU SHU C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: YI SHU C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM. L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: YI SHU C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND,L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND,L.P. | XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FL NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN D NELSON C/O STONEHILL CAPITAL MANAGEMENT, LLC 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FL NEW YORK NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| THE VARDE FUND IX LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE |

| Claim Name | Address Information |
|---|---|
| THE VARDE FUND IX-A LP | BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND V-B LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND V-B LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND V-B, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND V-B, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VII-B, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VII-B, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VII-B, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VII-B, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VIII LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VIII LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VIII, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VIII, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER) LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER) LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |

| Claim Name | Address Information |
|---|---|
| THE VARDE FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

**Total Creditor count  102**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH 8002 SWITZERLAND |
| CLARIDEN LEU LTD | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CLARIDEN LEU LTD | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CLARIDEN LEU LTD | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| NEUE AARGAUER BANK AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| VARDE FUND IX, LP, THE | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND IX-A, L.P. | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND V-B, L.P. , THE | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND VII-B, LP, THE | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND VIII, L.P. | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND, L.P. | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE INVESTMENT PARTNERS, L.P | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| WEGELIN & CO, PRIVATBANKIERS | BOHL 17 ST. GALLEN 9004 SWITZERLAND |

**Total Creditor count  22**