UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,      Case No. 08-13555 (JMP)

                           Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DAVID J. THEISING

UPON the motion of David J. Theising dated November 8, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David J. Theising is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       November 9, 2011

                                   s/ James M. Peck
                                   UNITED STATES BANKRUPTCY JUDGE