# CERTIFICATE OF SERVICE

I, Michael J. Reynolds, do hereby certify that on this 9th day of November, 2011, I caused to be served a copy of the foregoing by this Court's CM/ECF System and via Federal Express to the following:

                                                          */s/ Michael J. Reynolds*
                                                          Michael J. Reynolds (DA-0048)

| | |
|---|---|
| Chambers of the Honorable James M. Peck<br>US. Bankruptcy Court<br>Court Room 601<br>One Bowling Green<br>New York, NY 10004 | Attorneys for the Debtors<br>Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Office of the United States Trustee,<br>Region 2<br>Tracy Hope Davis, Esq.<br>Elisabetta Gasparini, Esq.<br>Andrea Schwartz, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Attorneys for the Official Committee of<br>Unsecured Creditors<br>Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |

ME1 12516061v.1