UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| IN RE | Chapter 11 Case No.: 08-13555-jmp |
| LEHMAN BROTHERS HOLDING INC., *et al.* | (Jointly Administered) |
| Debtors. | Docket No. 21109 |

-----------------------------------------------------------X
       -and-
-----------------------------------------------------------X

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-01420 (JMP) (SIPA) |
| Debtor. | Docket No. 21109 |

-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF SUFFOLK    )

      Everlyn Meade, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Central Islip, New York;

      That on the 9th day of November, 2011 deponent served an OBJECTION OF WENDY UVINO TO NOTICE OF JOINT MOTION OF LEHMAN BROTHERS INC. AND JAMES W. GIDDENS, AS TRUSTEE FOR LEHMAN BROTHERS INC., PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY PROCEDURE (I) FOR AUTHORIZATION AND APPROVAL OF A STOCK PURCHASE AGREEMENT REGARDING THE VEBA AND (II) FOR AUTHORIZATION AND APPROVAL OF A SETTLEMENT REGARDING THE SAME DATED OCTOBER 21, 2011, by email upon:

Weil, Gotshal & Manges LLP
richard.krashow@weil.com

Hughes Hubbard & Reed LLP
margolin@hugheshubbard.com

Office of the Unites States Trustee
andrea.b.schwartz@usdoj.gov

Millbank Tweed Hadley & McCloy LLP
ddunne@milbank.com

S/Everlyn Meade
Everlyn Meade

Sworn to before me this
9th day of November, 2011

s/ Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2014