Hearing Date and Time: November 16, 2011 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: November 9, 2011 at 4:00 p.m. (Prevailing Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDING INC., *et al.*,

                                                Chapter 11 Case No.
                                                08-13555 (JMP)
                                                (Jointly Administered)

                     Debtors.
----------------------------------------------------------------X    Case No.
In re                                                             08-04120 (JMP) (SIPA)

LEHMAN BROTHERS INC.,

                   Debtor.
----------------------------------------------------------------X

## ATTORNEY'S CERTIFICATE OF SERVICE

   I am an attorney for the United States Department of Labor. I hereby certify that on November 9, 2011 I caused a true and correct copy of Secretary of Labor's Limited Objection to the Motion of Lehman Brothers Holding Inc. and James W. Gidden, the SIPA Trustee for the Liquidation of Lehman Brothers Inc., for Authorization and Approval of a Stock Purchase Agreement Regarding the VEBA (Dkt. No. 21809) to be served by personal delivery on those parties identified on the annexed Exhibit A.

Dated: Washington, D.C.
         November 10, 2011

                                                             S/Leonard H. Gerson
                                                             LEONARD H. GERSON
                                                             Trial Attorney
                                                              U.S. Department of Labor
                                                              Office of the Solicitor
                                                              Plan Benefits Security Division
                                                              P.O. Box 1914
                                                              Washington, D.C. 20013
                                                              (202) 693-5615

**EXHIBIT A**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Richard P. Krasnow, Esq.
Sunny Singh, Esq.

The Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street
21st Floor
New York, NY  10004
Attn: Tracy Hope Davis, Esq.,
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.

Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:  Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

Hughes Hubbard & Reed lLP
One Battery Park Plaza
New York, NY  10004
Attn:  James B. Kobak, Jr., Esq.
Jeffrey S. Margolin, Esq.