UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
In re:                                                              :  Chapter 11
                                                                    :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                             :  Case No. 08-13555(JMP)
                                                                    :
              Debtors.                                              :
                                                                    :
------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )ss:
COUNTY OF NEW YORK         )

Marie A. Siena, being duly sworn, deposes and says:

I am not a party to this action and am over 18 years of age.

On November 9, 2011, I caused a copy of the **Objection of Federal Home Loan Bank of New York to the Assumption of ISDA Master Agreement by Lehman Brothers Special Financing, Inc.** in the above captioned matter to be served upon the parties listed on Exhibit A attached hereto by Federal Express Overnight Mail.

_____
Marie A. Siena

Sworn to before me this
16th day of November 2011

_____
Notary Public

JEFF FRIEDMAN
NOTARY PUBLIC, State of New York
No. 02FR4952054
Qualified in New York County
Commission Expires June 12, 20 15

84567877v1

# EXHIBIT A

## Service List

Chambers
Hon. James M. Peck
U.S. Bankruptcy Court for the
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004-1415

U.S. Trustee
United States Trustee, Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004-2122
Attn:  Tracy Hope Davis, Esq.
       Elisabetta Gasparini, Esq.
       Andrea Schwartz, Esq.

Attorneys for the Debtor
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Attorneys for the Official Committe of Unsecured Creditors
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005