UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :    Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                            :    Case No. 08-13555(JMP)
                                                                   :
                Debtors.                                           :
                                                                   :
------------------------------------------------------------------ x


### AFFIDAVIT OF SERVICE


STATE OF NEW YORK          )
                           )ss:
COUNTY OF NEW YORK         )


Marie A. Siena, being duly sworn, deposes and says:

I am not a party to this action and am over 18 years of age.

On November 9, 2011, I caused a copy of the **Objection of Royal Bank of Canada to the Assumption of ISDA Master Agreements by Lehman Brothers Commercial Corporation and Lehman Brothers Special Financing, Inc.** in the above captioned matter to be served upon the parties listed on Exhibit A attached hereto by Federal Express Overnight Mail.

_____
Marie A. Siena

Sworn to before me this
10th day of November 2011

_____
Notary Public

DEBORAH E. FERRARO
Notary Public, State of New York
No. 01FE4929665
Qualified in Suffolk County
Commission Expires May 2, 2014

84567883v1

# EXHIBIT A

## Service List

Chambers
Hon. James M. Peck
U.S. Bankruptcy Court for the
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004-1415

U.S. Trustee
United States Trustee, Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004-2122
Attn:  Tracy Hope Davis, Esq.
       Elisabetta Gasparini, Esq.
       Andrea Schwartz, Esq.

Attorneys for the Debtor
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Attorneys for the Official Committee of Unsecured Creditors
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

84567883v1