**HAYNES AND BOONE, LLP**
Jonathan Hook – NY Bar #4187449
1221 Avenue of the Americas, 26th Floor
New York, NY 10020
Telephone: (212) 659-7300
Facsimile:  (212) 918-8989

and

Robert D. Albergotti – Texas Bar #00969800
Autumn D. Highsmith – Texas Bar #24048806
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  (214) 561-5000
Facsimile:  (214) 651-5940

*Counsel for the Steven G. Holder Living Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
In re                                              :
                                                   :     Chapter 11
                                                   :
Lehman Brothers Holdings Inc., *et al*.            :     Case No.  08-13555 (JMP)
                                                   :
                                                   :     (Jointly Administered)
                          Debtors                  :
-------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Autumn D. Highsmith, request admission, *pro hac vice,* before the Honorable James M. Peck, to represent the Steven G. Holder Living Trust, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and the bars of the U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 10, 2011
Dallas, Texas

**HAYNES AND BOONE, LLP**

*/s/ Autumn Highsmith*

Jonathan Hook – NY Bar #4187449
1221 Avenue of the Americas, 26th Floor
New York, NY 10020
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
Email: jonathan.hook@haynesboone.com

and

Robert D. Albergotti – Texas Bar #00969800
Autumn D. Highsmith – Texas Bar #24048806
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email: robert.albergotti@haynesboone.com
Email: autumn.highsmith@haynesboone.com

***Counsel for the Steven G. Holder Living Trust***