**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| : | |
| Lehman Brothers Holdings Inc., *et al*. : | Case No. 08-13555 (JMP) |
| : | |
| : | (Jointly Administered) |
| Debtors : | |

------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF AUTUMN D. HIGHSMITH

UPON the motion of Autumn D. Highsmith dated November 10, 2011, for admission pro hac vice in this bankruptcy proceeding; it is hereby

**ORDERED,** that Autumn D. Highsmith is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
     New York, New York

                    /s/ _____
                         UNITED STATES BANKRUPTCY JUDGE