**HAYNES AND BOONE, LLP**
Jonathan Hook – NY Bar #4187449
1221 Avenue of the Americas, 26th Floor
New York, NY 10020
Telephone: (212) 659-7300
Facsimile: (212) 918-8989

and

Robert D. Albergotti – Texas Bar #00969800
Autumn D. Highsmith – Texas Bar #24048806
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 561-5000
Facsimile: (214) 651-5940

*Counsel for the Steven G. Holder Living Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
In re                                              :
                                                   :     Chapter 11
                                                   :
Lehman Brothers Holdings Inc., *et al*.            :     Case No. 08-13555 (JMP)
                                                   :
                                                   :     (Jointly Administered)
                         Debtors                   :
-------------------------------------------------------X

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Robert D. Albergotti, request admission, ***pro hac vice,*** before the Honorable James M. Peck, to represent the Steven G. Holder Living Trust, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bars in the States of Texas and North Carolina, and the bars of the U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas and the District of Colorado.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 10, 2011
       Dallas, Texas

**HAYNES AND BOONE, LLP**

*/s/ Robert D. Albergotti*

Jonathan Hook – NY Bar #4187449
1221 Avenue of the Americas, 26th Floor
New York, NY 10020
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
Email: jonathan.hook@haynesboone.com

and

Robert D. Albergotti – Texas Bar #00969800
Autumn D. Highsmith – Texas Bar #24048806
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email: robert.albergotti@haynesboone.com
Email: autumn.highsmith@haynesboone.com

***Counsel for the Steven G. Holder Living Trust***