**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al*. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors | : | |

-------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ROBERT D. ALBERGOTTI

UPON the motion of Robert D. Albergotti dated November 10, 2011, for admission pro hac vice in this bankruptcy proceeding; it is hereby

**ORDERED,** that Robert D. Albergotti is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
  New York, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

Order Authorizing Admission *Pro Hac Vice*                                                                   Solo Page
d-1995030