**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| Lehman Brothers Holdings, Inc., *et al.*, | (Jointly Administered) |
| | |
| Debtors | |

-----------------------------------------------------------X

## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT DATED OCTOBER 12, 2011, (Doc.# 20782), DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**Exhibits to Motion to Assume Amended Subordination, Non-Disturbance and Attornment Agreement with the Ritz-Carlton Hotel Company, L.L.C. Under Seal**