Michiel A. Bloemsma
Albena Petrakov
MENAKER & HERRMANN LLP
10 East 40th Street
New York, NY  10016
Telephone:  212-545-1900
Facsimile:   212-545-1656

Attorneys for Stibbe N.V.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                :

In re                                  :

                                  :  Chapter 11

 LEHMAN BROTHERS HOLDINGS INC.,  :
 *et al.,*                                :  Case No. 08-13555(JMP)
                           Debtors.  :  (Jointly Administered)
                                  :
-------------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

       PLEASE TAKE NOTICE that Menaker & Herrmann LLP hereby enters its appearance as counsel for Stibbe N.V., in the above-captioned case, pursuant to 11 U.S.C. §1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case and all papers served in this case be delivered to and served upon the undersigned at the following address:

        Michiel A. Bloemsma, Esq.
        Albena Petrakov, Esq.
        Menaker & Herrmann LLP
        10 East 40th Street
        New York, New York 10016
        Telephone: (212) 545-1900
        Facsimile:  (212) 545-1656
        E-Mail: mbloemsma@mhjur.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, plans, disclosure statements, schedules of assets and liabilities and statements of financial affairs.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in this case.

Dated:  New York, New York
November 10, 2011

                MENAKER & HERRMANN LLP

                By: /s/ Michiel Bloemsma

                Michiel A. Bloemsma
                Albena Petrakov
                Attorneys for Stibbe N.V.
                10 East 40th Street
                New York, New York 10016
                Telephone: (212) 545-1900
                Facsimile: (212) 545-1656