**Certificate of Service**

       I hereby certify that on November 10, 2011, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities, and caused it to be mailed by the United States Postal Service, first class mail, to the following parties:

        Jacqueline Marcus, Esq.
        Weil Gotshal & Manges LLP
        767 Fifth Avenue
        New York, New York 10153
        Attorneys for the Debtors

        Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
        Andrea Schwartz, Esq.
        Office of the United States Trustee for Region 2
        33 Whitehall Street, 21st Floor
        New York, New York 10004

        Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
        Milbank, Tweed, Hadley & McCloy LLP
        1 Chase Manhattan Plaza
        New York, New York 10005
        Attorneys for the official committee of unsecured creditors

Dated: New York, New York
       November 10, 2011

        SCHLAM STONE & DOLAN LLP

        *Attorneys for JR Moore, LP*

        By:    /s/ Bennette D. Kramer

        Bennette D. Kramer (BK-1269)
        Schlam Stone & Dolan LLP
        26 Broadway
        New York, NY 10004
        (212) 344-5400
        bdk@schlamstone.com