**Certificate of Service**

      I hereby certify that on November 10, 2011, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities, and caused it to be mailed by the United States Postal Service, first class mail, to the following parties:

      Jacqueline Marcus, Esq.
      Weil Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attorneys for the Debtors

      Tracy Hope Davis, Esq.
      Elisabetta Gasparini, Esq.
      Andrea Schwartz, Esq.
      Office of the United States Trustee for Region 2
      33 Whitehall Street, 21st Floor
      New York, New York 10004

      Dennis F. Dunne, Esq.
      Dennis O'Donnell, Esq.
      Evan Fleck, Esq.
      Milbank, Tweed, Hadley & McCloy LLP
      1 Chase Manhattan Plaza
      New York, New York 10005
      Attorneys for the official committee of unsecured creditors

Dated: New York, New York
       November 10, 2011

                         SCHLAM STONE & DOLAN LLP

                         *Attorneys for Moore Macro Markets Fund (Master), LP*

                         By:    /s/ Bennette D. Kramer

                         Bennette D. Kramer (BK-1269)
                         Schlam Stone & Dolan LLP
                         26 Broadway
                         New York, NY 10004
                         (212) 344-5400
                         bdk@schlamstone.com