## Certificate of Service

       I hereby certify that on November 10, 2011, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities, and caused it to be mailed by the United States Postal Service, first class mail, to the following parties:

       Jacqueline Marcus, Esq.
       Weil Gotshal & Manges LLP
       767 Fifth Avenue
       New York, New York 10153
       Attorneys for the Debtors

       Tracy Hope Davis, Esq.
       Elisabetta Gasparini, Esq.
       Andrea Schwartz, Esq.
       Office of the United States Trustee for Region 2
       33 Whitehall Street, 21st Floor
       New York, New York 10004

       Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.
       Milbank, Tweed, Hadley & McCloy LLP
       1 Chase Manhattan Plaza
       New York, New York 10005
       Attorneys for the official committee of unsecured creditors

Dated: New York, New York
       November 10, 2011

       SCHLAM STONE & DOLAN LLP

       *Attorneys for SJL Moore, Ltd*

       By:    /s/ Bennette D. Kramer

       Bennette D. Kramer (BK-1269)
       Schlam Stone & Dolan LLP
       26 Broadway
       New York, NY 10004
       (212) 344-5400
       bdk@schlamstone.com