## Certificate of Service

I hereby certify that on November 10, 2011, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities, and caused it to be mailed by the United States Postal Service, first class mail, to the following parties:

> Jacqueline Marcus, Esq.
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attorneys for the Debtors
>
> Tracy Hope Davis, Esq.
> Elisabetta Gasparini, Esq.
> Andrea Schwartz, Esq.
> Office of the United States Trustee for Region 2
> 33 Whitehall Street, 21st Floor
> New York, New York 10004
>
> Dennis F. Dunne, Esq.
> Dennis O'Donnell, Esq.
> Evan Fleck, Esq.
> Milbank, Tweed, Hadley & McCloy LLP
> 1 Chase Manhattan Plaza
> New York, New York 10005
> Attorneys for the official committee of unsecured creditors

Dated: New York, New York
       November 9, 2011

SCHLAM STONE & DOLAN LLP
*Attorneys for Citadel Equity Fund Ltd.*


By:    /s/ Bennette D. Kramer

Bennette D. Kramer (BK-1269)
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com