# **EXHIBIT A**

RECEIVED SEP 2 4 2008
HAND



**BUCK
INSTITUTE**

September 23, 2008, 4:00pm PST

<u>Via Fedex and Facsimile to (646) 758-2988</u>

Lehman Brothers Special Financing Inc.
745 Seventh Avenue, 5th Floor
New York, NY 10019
Attn: Municipal Financial Products – Middle Office

120803 BcRA

Re: Notice of Event of Default and Designation of Early Termination
<u>Date Under ISDA Master Agreement</u>

Ladies and Gentlemen:

Reference is made to the ISDA Master Agreement dated as of December 8, 2004 entered into between you and us, including the Schedule thereto (as amended to date, the "Master Agreement") and the associated Confirmation dated April 8, 2004. Terms used but not defined herein are used as defined in the Master Agreement.

We hereby give notice that an Event of Default has occurred and is continuing under Section 5(a)(vii) of the Master Agreement as a result of the institution of a proceeding under Chapter 11 of the United States Bankruptcy Code by your guarantor, Lehman Brothers Holdings Inc., on September 15, 2008 in the United States Bankruptcy Court in the Southern District of New York. Accordingly, pursuant to Section 6(a) of the Master Agreement, we hereby designate October 14, 2008 as the Early Termination Date with respect to all Transactions between you and us. In the event that this notice is not effective on such date, then we designate the next Local Business Day on which this notice is effective as the Early Termination Date in respect of all Transactions under the Master Agreement. We will follow shortly with our notice of the amount owing pursuant to Section 6(e)(i)(3) of the Master Agreement.

Nothing in this letter shall be construed as a waiver of any rights the undersigned may have with respect to the Master Agreement. Without limiting the generality of the foregoing, nothing herein shall be deemed to constitute a waiver of any Event of Default, or other default or termination event, and the undersigned hereby reserves, on behalf of itself and its Affiliates, all other rights and remedies it may have at law, in equity, under the Master Agreement or the Transactions, including rights of setoff and recoupment and any rights or remedies that may arise as a result of any intervening event.

8001 Redwood Blvd.
Novato, CA 94945
Tel: (415) 209 2000
Fax: (415) 899 1810
www.buckinstitute.org

      This notice shall be governed by and construed in accordance with the applicable law governing the Master Agreement.

      Very truly yours,

      Buck Institute for Age Research

      */s/ James J. Kovach*

      By: James J. Kovach, MD, JD
      Title: President and Chief Operating Officer