**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Michael K. McCrory

and

**BARNES & THORNBURG LLP**
1000 North West Street, Suite 1200
Wilmington, DE  19803
Telephone: (302) 888-4536
Facsimile: (302) 888-0246
David M. Powlen

*Attorneys for Grace Village*
*Health Care Facilities, Inc. and*
*National Fellowship Brethren*
*Retirement Homes, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as counsel for NB Coatings, Inc. in the above-captioned cases and request that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be served upon them at the following address, and that they be added to any service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

Michael K. McCrory
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: michael.mccrory@btlaw.com

and

David M. Powlen (NY Bar No. 4171419)
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 888-4536
Facsimile:  (302) 888-0246
E-mail: david.powlen@btlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise, and encompasses all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010.

PLEASE TAKE FURTHER NOTICE that neither this Appearance nor any subsequent pleading, or other writing or conduct, shall constitute a consent by the party for which this Appearance has been made to jurisdiction or otherwise to the maintenance of this proceeding, or a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d)

other rights, claims, defenses, setoffs, or other matters. All such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this proceeding.

Dated: November 10, 2011

/s/ *David M. Powlen*
David M. Powlen (NY Bar No. 4171419)
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 888-4536
Facsimile: (302) 888-0246
E-mail: david.powlen@btlaw.com

and

/s/ *Michael K. McCrory*
Michael K. McCrory
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: michael.mccrory@btlaw.com

*Counsel for Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc.*