## CERTIFICATE OF SERVICE

I, Kathleen A. Senese, certify that on November 10, 2011, a copy of this *Objection and Reservation of Rights by Jenner's Pond to Debtors' Notice of Proposed Assumption of Executory Contracts* was served on counsel of record registered to receive service through the Court's ECF system and additionally served via first class mail on the following parties per the instructions contained in the Notice of Proposed Assumption of Executory Contracts:

Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee for Region 2
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

Office of the United States Trustee for Region 2
Attn: Elisabetta Gasparini, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

Office of the United States Trustee for Region 2
Attn: Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

_/s/ Kathleen A. Senese_
Kathleen A. Senese, Paralegal

132728.01601/22077156v.1