SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
George A. Zimmerman
Max S. Polonsky
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for NextEra Energy Power Marketing, LLC*
*f/k/a FPL Energy Power Marketing Inc. and*
*Florida Power & Light Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

      I, Ari M. Selman, hereby certify that I caused to be filed and served a true and correct copy of the Limited Objection of Florida Power & Light Company and NextEra Energy Power Marketing, LLC to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors via the Court's CM/ECF system on November 10, 2011. Notice of this filing was sent to those persons receiving electronic notice of filings in this case.

      Additionally, I caused to be delivered by hand the Limited Objection of Florida Power & Light Company and NextEra Energy Power Marketing, LLC to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to the following recipients on November 10, 2011:

| | |
|---|---|
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>(Attn: Elisabetta G. Gasparini, Esq. and Andrea B. Schwartz, Esq.) | Chambers of the Hon. James M. Peck<br>United States Bankruptcy Court,<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408 |
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq., Peter Gruenberger, Esq., and Alfredo R. Pérez, Esq.) | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan R. Fleck, Esq., and Adrian C. Azer, Esq.) |

      Additionally, I sent the Limited Objection of Florida Power & Light Company and NextEra Energy Power Marketing, LLC to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to the following recipients via electronic mail on November 10, 2011:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq., Peter Gruenberger, Esq., and Alfredo R. Pérez, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan R. Fleck, Esq., and Adrian C. Azer, Esq.)

Dated: New York, New York
       November 10, 2011

*/s/ Ari M. Selman*
Ari M. Selman