UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
                                                                   :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*                            :
                                                                   :   Jointly Administered
                        Debtors.                                   :
                                                                   :
------------------------------------------------------------------ x

## **CERTIFICATE OF SERVICE**

I, JASON SMITH, hereby certify that on the 10th day of November 2011, I caused true and correct copies of the *Limited Objection Of Commerzbank Ag, As Successor To Dresdner Bank Ag, To Assumption Of Derivatives Contracts As Set Forth In The Plan Supplement* to be served (a) by e-mail notification upon all the parties that receive electronic notice in this case pursuant to the Court's ECF system; and (b) upon the parties on the attached Service List in the manner described therein.

**SERVICE LIST:  Via Hand Delivery:**

| | |
|---|---|
| United States Bankruptcy Judge | Jacqueline Marcus, Esq. |
| Honorable James M. Peck | Weil, Gotshal & Manges LLP |
| United States Bankruptcy Court | 767 Fifth Avenue |
| Southern District of New York | New York, New York 10153 |
| One Bowling Green | |
| New York, NY 10004-1408 | |
| | |
| Office of the United States Trustee | Dennis F. Dunne, Esq. |
| Tracy Hope Davis, Esq. | Dennis O'Donnell, Esq. |
| Elisabetta Gasparini, Esq. | Evan Fleck, Esq. |
| Andrea B. Schwartz, Esq. | Milbank, Tweed, Hadley & McCloy LLP |
| 33 Whitehall Street, 21st Floor | 1 Chase Manhattan Plaza |
| New York, New York 10004 | New York, New York 10005 |

New York, New York                    /s/ Jason Smith
November 10, 2011                     Jason Smith