ALSTON & BIRD LLP
Michael E. Johnson, Esq.
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 881-7777

and

ALSTON & BIRD LLP
John C. Weitnauer, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for SunTrust Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
Lehman Brothers Holdings Inc., *et al.*,           :    Case No. 08-13555 (JMP)
                                                   :
                Debtors.                           :    (Jointly Administered)
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Louis Costanzo, being duly sworn, hereby deposes and says:

1.  I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

LEGAL02/32965372v1

2. On the 10th day of November 2011, I caused a true and correct copy of the Objection of Suntrust Bank to (i) the Plan Supplement [ECF No. 21252] (the "Plan Supplement") to the Third Amended Joint Chapter 11 Plan [ECF No. 19627] (the "Modified Plan"), filed by Lehman Brothers Holdings Inc. and its affiliated Debtors ("Debtors") and (ii) the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code which was received by Suntrust (the "Notice") to be served via UPS Overnight upon the parties as indicated on the attached service list

/s/ Louis Costanzo
Louis Costanzo

Sworn to before me this
10th November, 2011

/s/ Kim Fitzgerald
Kim Fitzgerald
Notary Public, State of New York
No. 0FI6029313
Qualified in Kings County
Commission Expires August 9, 2013

## SERVICE LIST

**VIA UPS OVERNIGHT MAIL**

Honorable James M. Peck
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller
　　　Richard P. Krasnow
　　　Jacqueline Marcus

Office of the United States Trustee
Region 2
33 Whitehall Street
21st Floor
New York, New York 10004

Attn: Tracy Hope Davis, Esq.
　　　Elisabetta Gasparini, Esq.
　　　Andrea Schwartz, Esq.

Milbank Tweed Hadley & McCloy LLP
1Chase Manhattan Plaza
New York, New York 10005

Attn: Dennis F. Dunne, Esq.
　　　Dennis O'Donnell, Esq.
　　　Evan Fleck, Esq.