# **Exhibit A**

**The Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant To Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code To Which Objection Is Taken are dated October 27, 2011 addressed to:**

(i)　　　　Saphir Finance Public Limited Co., series 2004-4;

(ii)　　　　Zircon Finance Limited ("**Zircon**"), series 2007-1;

(iii)　　　Zircon, series 2007-3;

(iv)　　　Beryl Finance Limited ("**Beryl**"), series 2007-7;

(v)　　　　Beryl, series 2007-10.