# Exhibit D

| | | FAX COVER PAGE |
|---|---|---|

**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

FAX NUMBER
VOICE NUMBER

Date: September 18, 2008

| FROM: | SENDER'S NUMBER(S) | |
|---|---|---|
| Julia Geykhman | ☎ (212) 558-4636 | |
| | 📠 (212) 558-3823 | |

| TO: | | COMPANY | NUMBER(S) |
|---|---|---|---|
| 1. | Lehman Brothers Special Financing, Inc. Municipal Financial Products - Middle Office | Lehman Brothers Special Financing, Inc. | 📠 646-758-2988 ☎ 212-526-2240 |

*Message:*

Re:   Termination Notice Pursuant to Section 6(a) of the ISDA Master Agreement (FSA-Insured), dated as of July 27, 2007, by and between Giants Stadium LLC and Lehman Brothers Special Financing Inc.

Number of pages sent (including cover sheet(s))  4

If there are any problems with this facsimile, please call Fax Department at this number: (212) 558-3586.

**Confidentiality Note:** The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.

---

Message Confirmation Report

SEP-18-2008 03:21 PM THU

Workcentre M201 Series
Machine ID          : 3687
Serial Number       : RYU42698S........
Fax Number          : 12125583823

| Name/Number | : | 9164675B2988 |
|---|---|---|
| Page | : | 4 |
| Start Time | : | SEP-18-2008 03:20PM THU |
| Elapsed Time | : | 00'56" |
| Mode | : | STD G3 |
| Results | : | O.K |

**FAX COVER PAGE**

# SULLIVAN & CROMWELL LLP

125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

FAX NUMBER
VOICE NUMBER

Date: September 18, 2008

| FROM: | | SENDER'S NUMBER(S) | |
|---|---|---|---|
| | Julia Ceykhman | ☏ (212) 558-4636 | |
| | | 🖷 (212) 558-3823 | |

| TO: | | COMPANY | NUMBER(S) |
|---|---|---|---|
| 1. | Robert Taylor | Lehman Brothers Special Financing, Inc. | 🖷 646-758-2152 |
| | | | ☏ 212-526-2240 |

*Message:*

Re:    Termination Notice Pursuant to Section 6(a) of the ISDA Master Agreement (FGIC-Insured), dated as of July 27, 2007, by and between Giants Stadium LLC and Lehman Brothers Special Financing Inc.

Number of pages sent (including cover sheet(s))    4

If there are any problems with this facsimile, please call Fax Department at this number: (212) 558-3586.

**Confidentiality Note:** The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.

---

Message Confirmation Report

SEP-18-2008 03:22 PM THU

Workcentre M201 Series
Machine ID            :    3687
Serial Number         :    RXU426985........
Fax Number            :    12125583823

| Name/Number | : | 916467582152 |
| Page | : | 4 |
| Start Time | : | SEP-18-2008 03:21PM THU |
| Elapsed Time | : | 00'58" |
| Mode | : | STD G3 |
| Results | : | O.K |

**FAX COVER PAGE**

# SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

📠 FAX NUMBER
📞 VOICE NUMBER

Date: September 18, 2008

| FROM: | SENDER'S NUMBER(S) | |
|---|---|---|
| Julia Geykhman | 📞 (212) 558-4636 | |
| | 📠 (212) 558-3823 | |

| TO: | COMPANY | NUMBER(S) |
|---|---|---|
| 1. Robert Taylor | Lehman Brothers Special Financing, Inc. | 📠 646 758 2152 |
| | | 📞 212-526-2240 |

*Message:*

Re: Termination Notice Pursuant to Section 6(a) of the ISDA Master Agreement (FSA-Insured), dated as of July 27, 2007, by and between Giants Stadium LLC and Lehman Brothers Special Financing Inc.

Number of pages sent (including cover sheet[s]): **4**

If there are any problems with this facsimile, please call Fax Department at this number: (212) 558-3586.

Confidentiality Note: The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you

---

Message Confirmation Report

SEP-18-2008 03:24 PM THU

WorkCentre M20i Series
Machine ID : 3687
Serial Number : RYU426985........
Fax Number : 12125583823

| Name/Number | : | 9164675821S2 |
| Page | : | 4 |
| Start Time | : | SEP-18-2008 03:23PM THU |
| Elapsed Time | : | 01'02" |
| Mode | : | STD G3 |
| Results | : | O.K |

# Message Confirmation Report

SEP-18-2008 03:25 PM THU

WorkCentre M20i Series

| | | |
|---|---|---|
| Machine ID | : | 3687 |
| Serial Number | : | RYU426985....... |
| Fax Number | : | 12125583823 |

| | | |
|---|---|---|
| Name/Number | : | 916467582988 |
| Page | : | 4 |
| Start Time | : | SEP-18-2008 03:24PM THU |
| Elapsed Time | : | 00'38" |
| Mode | : | STD G3 |
| Results | : | O.K |