# Exhibit E

**Loyd, Lara J.**

| | |
|---|---|
| **From:** | Hannay, Evan B. |
| **Sent:** | Thursday, September 18, 2008 5:24 PM |
| **To:** | O'Reilly, Brian P.; Geykhman, Julia |
| **Subject:** | RE: Giants Stadium LLC |
| **Attachments:** | confirmation-fsa insured.pdf; confirmation-fgic insured.pdf |

Lehman confirmations.

> -----Original Message-----
> **From:** O'Reilly, Brian P.
> **Sent:** Thursday, September 18, 2008 3:07 PM
> **To:** Hannay, Evan B.; Geykhman, Julia
> **Subject:** RE: Giants Stadium LLC
>
> Should get someone to sign for it.
>
>> -----Original Message-----
>> **From:** Hannay, Evan B.
>> **Sent:** Thursday, September 18, 2008 2:41 PM
>> **To:** Geykhman, Julia; O'Reilly, Brian P.
>> **Subject:** RE: Giants Stadium LLC
>>
>> I can go now.
>>
>>> -----Original Message-----
>>> **From:** Geykhman, Julia
>>> **Sent:** Thursday, September 18, 2008 2:41 PM
>>> **To:** O'Reilly, Brian P.; Hannay, Evan B.
>>> **Subject:** RE: Giants Stadium LLC
>>>
>>> Ok. Evan can you go now. I will call for a car for you ASAP
>>>
>>>
>>> **Julia Geykhman**
>>> **Sullivan & Cromwell LLP**
>>> **125 Broad Street, New York, NY 10004**
>>>
>>> **Phone** (212) 558-4636| **Fax** (212) 558-3588
>>> ✉ geykhmanj@sullcrom.com

## REDACTED

1

REDACTED

REDACTED

3