HARRISON & MOBERLY, LLP
David J. Theising
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone: (317) 639-4511
Facsimile: (317) 639-9565

*Attorney for Bell Trace Obligated Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David J. Theising of the law firm HARRISON & MOBERLY, LLP, pursuant to Fed.R.Bankr.P. 9010, hereby enters his Appearance on behalf of the Bell Trace Obligated Group in the above-captioned proceeding. In accordance with Fed.R.Bankr.P. 9010, counsel provides the following identifying information:

>David J. Theising
>HARRISON & MOBERLY, LLP
>10 West Market Street, Suite 700
>Indianapolis, Indiana 46204
>Telephone:    (317) 639-4511
>Facsimile:    (317) 639-9565
>Email: dtheising@harrisonmoberly.com

Counsel authorizes service by e-mail to the e-mail address set forth above.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, and any subsequent appearance, pleading, claim or suit, is not intended, and shall not be deemed, to waive the Bell Trace Obligated Group's (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (ii) right to trial by jury in any

proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) right to have any matter litigated in state court or federal District Court, (iv) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal, or (v) other rights, claims, actions, defenses, setoffs or recoupments to which the Bell Trace Obligated Group is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby reserved.

HARRISON & MOBERLY, LLP

/s/ David J. Theising
David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone:    (317) 639-4511
Facsimile:    (317) 639-9565
Email: dtheising@harrisonmoberly.com

Attorney for Bell Trace Obligated Group