08-13555-mg    Doc 21908    Filed 11/10/11    Entered 11/10/11 15:17:46    Main Document
                                            Pg 1 of 2

Hearing Date and Time: December 6, 2011 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: November 10, 2011

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer
Michael J. Venditto

*Counsel for BNY Mellon Corporate*
*Trustee Services Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **08-13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

**JOINDER OF BNY MELLON CORPORATE TRUSTEE SERVICES LIMITED IN RESPONSE AND RESERVATION OF RIGHTS OF ETHIAS SA WITH RESPECT TO NOTICES OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

BNY Mellon Corporate Trustee Services Limited ("BNYM"), by its undersigned counsel, hereby files this Joinder of BNY Mellon Corporate Trustee Services Limited in Response and Reservation of Rights of Ethias SA with Respect to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, and states as follows:

1. BNYM is successor trustee under a certain Principal Trust Deed, dated 10 October 2002, between Dante Finance Public Limited Company and J.P. Morgan Corporate Trustee Services Limited (as amended and restated, the "Principal Trust Deed") and certain

Supplemental Trust Deeds entered into in accordance with the Principal Trust Deed (collectively, the "Trust Deed"), including those referenced specifically in the Ethias Response (as defined below).[1]

2. On or about November 9, 2011, Ethias SA submitted its response and reservation of rights (the "Ethias Response") [Docket No. 21838] with respect to the Plan Supplement [Docket No. 21254], filed on October 25, 2011, by Lehman Brothers Holdings Inc. and its affiliated debtors solely with respect to the proposed assumption of certain contracts, as described therein. As more fully set forth in the Ethias Response, Ethias SA reserves all rights, claims, defenses, and remedies in connection with the proposed assumption of the Contracts.

3. At the direction of Ethias SA, given in accordance with the Trust Deed, the Trustee joins in the Ethias Response and reserves all rights, claims, defenses, and remedies in connection with the proposed assumption of the Contracts, including, without limitation, the right to amend, modify, or supplement this Joinder, dispute the treatment of the Contracts as executory contracts, seek discovery, seek full cure and compensation pursuant to Section 365 of the Bankruptcy Code, and otherwise.

Dated: November 10, 2011
      New York, New York

Respectfully submitted,

REED SMITH LLP

By: */s/ Michael J. Venditto*
Michael J. Venditto
Eric A. Schaffer
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: mvenditto@reedsmith.com
      eschaffer@reedsmith.com

*Counsel for BNY Mellon Corporate Trustee Services Limited*

---

[1] BNYM incorporates by reference the definitions used in the Ethias Response.