REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer
Michael J. Venditto

*Counsel for BNY Mellon Corporate
Trustee Services Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) |
| | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

I, Anne Suffern, being duly sworn, deposes and says:

1.  I am not a party to this action, am over eighteen years of age and employed by Reed Smith LLP, located at 599 Lexington Avenue, New York, NY 10022.

2.  On November 4, 2011, I served a true and correct copy of the *Joinder of BNY Mellon Corporate Trustee Services Limited in Response and Reservation of Rights of Ethias SA with Respect to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases*

*Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code* upon the attached service list by method indicated.

[signature]

Sworn to me this
10th day of November, 2011.

_____
Notary Public

EVAN F. JAFFE
Notary Public, State of New York
No. 01JA6196006
Commission Expires 11/03/2012

## SERVICE LIST

**VIA HAND DELIVERY**

Chambers of the Honorable James M. Peck
United States Bankruptcy Judge
Courtroom 601
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey R. Miller, Esq.
        Lori R. Fife, Esq.
        Alfredo R. Pérez, Esq.
        Jacqueline Marcus, Esq.
*Attorneys for the Debtors*

The Office of the United States Trustee
for Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Elisabetta Gasparini, Esq.
        Andrea Schwartz, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
*Attorneys for the Official Committee of Unsecured Creditors*