UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                         :
                    Debtors.                         :    (Jointly Administered)
                                                         :
                                                         :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                        )ss.:
COUNTY OF NEW YORK    )

Daniel Pina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of SNR Denton US LLP.

On November 10, 2011, I caused a true and correct copy of the **ANTHRACITE BALANCED COMPANY (R-26) LTD'S OBJECTION TO THE DEBTORS' PROPOSED ASSUMPTION OF DERIVATIVE CONTRACTS PURSUANT TO THE CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT PLAN (Docket No. 21907)** to be served electronically through the Court's ECF System on parties requesting electronic service and upon the parties listed on the Service List attached hereto in the manner indicated therein.

*/s/      Daniel Pina*
Daniel Pina

Subscribed and sworn to before
me this 10th day of November, 2011

*/s/      Neil R. Toro*
Notary Public

**Neil R. Toro**
**Notary Public, State of New York**
**No. 01TO6012986**
**Qualified in Kings County**
**Commission Expires October 21, 2011**

**Service List**

*By Electronic Mail and Regular Mail*
WEIL GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
harvey.miller@weil.com
Lori R. Fife, Esq.
lori.fife@weil.com
Alfredo R. Perez, Esq.
alfredo.perez@weil.com
767 Fifth Avenue
New York, New Cork 10153

*By Electronic Mail and Regular Mail*
MILBANK TWEED HADLEY & MCCLOY LLP
Dennis F. Dunne, Esq.
ddunne@milbank.com
Dennis O'Donnell, Esq.
dodonnell@milbank.com
Evan Fleck, Esq.
efleck@milbank.com
1 Chase Manhattan Plaza
New York, New York 10005

*By Facsimile and Regular Mail*
OFFICE OF THE UNITED STATES TRUSTEE
Elisabetta Gasparini, Esq.
Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York  10004
Fax:  (212) 668-2255

*By Overnight Mail*
Hon. James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004