## CERTIFICATE OF SERVICE

I, Jeremy Schreiber, an attorney, hereby certify that prior to 4:00 pm EST on the 10th day of November 2011, I caused a true and correct copy of the **Objection of U.S. Bank National Association, Not Individually But As Trustee, to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>　Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |
| Holly Clark<br>Tina Pederson<br>LEHMAN BROTHERS HOLDINGS, INC.<br>1271 Avenue of the Americas<br>New York, NY  10020 | Alfredo R. Perez, Esq.<br>Mark Bernstein, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Evan R. Fleck, Esq.<br>Matthew Brod, Esq.<br>MILBANK, TWEED, HADLEY AND MCCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeremy Schreiber
　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeremy Schreiber