REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer
Michael J. Venditto

*Counsel for The Bank of New York Mellon,
as Trustee*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) |
| | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

I, Anne Suffern, being duly sworn, depose and say:

1.    I am not a party to this action, am over eighteen years of age and employed by

Reed Smith LLP, located at 599 Lexington Avenue, New York, NY 10022.

2.    On November 10, 2011, I served a true and correct copy of the *Objection of Bank*

*of New York Mellon, as Trustee for the Peru 1998 Trust, to Notice of Proposed Assumption of*

*Executory Contracts and unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter*

US_ACTIVE-107743477.1

*11 Plan Pursuant to Section 1121 of the Bankruptcy Code* upon the attached service list by method indicated.

Sworn to me this
10th day of November, 2011.

Notary Public

**DEIRDRE N. QUINN**
Notary Public, State of New York
No. 01QU6111171
Qualified in New York County
Commission Expires: June 7, 2012

-2-

## SERVICE LIST

### VIA HAND DELIVERY

Chambers of the Honorable James M. Peck
United States Bankruptcy Judge
Courtroom 601
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY  10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Jacqueline Marcus, Esq.
        Harvey R. Miller, Esq.
        Lori R. Fife, Esq.
        Alfredo R. Pérez, Esq.
*Attorneys for the Debtors*

The Office of the United States Trustee
for Region 2
33 Whitehall Street
21st Floor
New York, NY  10004
Attn:   Elisabetta Gasparini, Esq.
        Andrea Schwartz, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
*Attorneys for the Official Committee of Unsecured Creditors*

US_ACTIVE-107743477.1