## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Thursday, November 10, 2011, I served the accompanying Objection by Eskaton Properties, Incorporated to Debtors' Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code upon all those having appeared in this matter, and in accordance with the rules of this Court. In addition, I caused the parties listed below to be served by hand delivery to the following addresses:

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 601
New York, New York 10004

Weil Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for Region 2
Attn: Tracey Hope Davis, Esq., Elisabetta Gasparini, Esq., Andrea Schwartz, Esq.
33 Whitehall Street
21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McClory LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Dated: New York, New York
November 10, 2011

_____
Amelia J. Crowley