**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Michael K. McCrory

*Attorney for Grace Village*
*Health Care Facilities, Inc. and*
*National Fellowship Brethren*
*Retirement Homes, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Michael McCrory, hereby certify that I filed and served a true and correct copy of the *Limited Objection of Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc. to the Proposed Assumption of a Certain Swap Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* via the Court's CM/ECF system on November 10, 2011. Notice of this filing was sent to those persons receiving electronic notice of filings in this case.

Additionally, I caused the *Limited Objection of Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc. to the Proposed Assumption of a Certain Swap Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* to be sent to the following recipients by U.S. mail on November 10, 2011:

1

| | |
|---|---|
| Chambers of the Honorable James M. Peck<br>United States Bankruptcy Court,<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn. Jacqueline Marcus, Esq.) |
| Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>(Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.) | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.) |

Dated: November 10, 2011

/s/ *Michael K. McCrory*
Michael K. McCrory
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

*Attorney for Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc.*

2