STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018
Phone: 215-564-8000
Fax:    215-564-8120
Michael J. Cordone, Esquire
Mark J. Dorval, Esquire
Email: MCordone@stradley.com
Email: MDorval@stradley.com

*Attorneys for Delaware Investment Advisers, a series of Delaware Management Business Trust, in its capacity as portfolio manager and attorney-in-fact for Penn's Landing CDO SPC, for the account of the Series 2007-1 Segregated Portfolio*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**LIMITED JOINDER OF PENN'S LANDING CDO SPC IN OBJECTION OF THE
LINCOLN NATIONAL LIFE INSURANCE COMPANY
TO ASSUMPTION OF AGREEMENT**

Penn's Landing CDO SPC, for the account of the Series 2007-1 Segregated Portfolio ("Penn's Landing"), files this limited joinder in the Objection of the Lincoln National Life Insurance Company to Assumption of Agreement [Docket No. 21923 ] (the "Objection") and joins only in such Objection to the extent that it objects to the assumption of derivative contracts that were terminated on September 16, 2008, and which are no longer executory or capable of assumption.

WHEREFORE, for the foregoing reasons, Penn's Landing respectfully requests that the Court (i) strike the Assumption Notice, (ii) remove the Agreement from Exhibit 2 of the Plan Supplement, and (iii) grant such other and further relief as the Court deems just and proper.

                STRADLEY, RONON, STEVENS & YOUNG, LLP

Dated: November 10, 2011    By: /s/ Mark J. Dorval
                                        Michael J. Cordone, Esquire
                                        Mark J. Dorval, Esquire
                                        2600 One Commerce Square
                                        Philadelphia, PA 19103-7098
                                        Phone: (215) 564-8000
                                        Fax: (215) 564-8120

*Attorneys for Delaware Investment Advisers, a series of Delaware Management Business Trust, in its capacity as portfolio manager and attorney-in-fact for Penn's Landing CDO SPC, for the account of the Series 2007-1 Segregated Portfolio*