08-13555-jmp Doc 21254 Filed 10/25/11 Entered 10/25/11 23:31:47 Main Document Pg 2 of 1005

Derivatives Contracts

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| 801 Grand 2006-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 801 Grand CDO SPC, for the account of the Series 2006-1 Segregated Portfolio<br>c/o Maples Finance Limited, PO Box 1093GT<br>Queensgate House, South Church St, Grand Cayman, Cayman Islands |
| | | | C/O DONALD J. PUGLISI<br>850 LIBRARY AVENUE, SUITE 204<br>NEWARK, DE, 19711 |
| | | | C/O MAPLES FINANCE LIMITED<br>PO BOX 1093GT<br>QUEENSGATE HOUSE SOUTH CHURCH STREET<br>GEORGE TOWN GRAND CAYMAN, CAYMAN ISLANDS |
| | | | Maples<br>PO Box 309 GT<br>Ugland House, South Church St, Grand Cayman<br>Cayman Islands<br>Attn: Dale Crowley |
| | | | Principal Global Investors, LLC<br>801 Grand Avenue<br>Des Moines, Iowa , 50392<br><br>Attn: Alan Kress |
| | | | U.S. Bank National Association<br>1 Federal Street, 3rd Fl. Mail Station EX-MA-FED<br>Boston, MA, 02110<br><br>Attn: Mark Glenn |
| 801 GRAND CDO SPC SERIES 2006-1 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | C/O DONALD J. PUGLISI<br>850 LIBRARY AVENUE, SUITE 204<br>NEWARK, DE, 19711 |
| | | | C/O MAPLES FINANCE LIMITED<br>PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET<br>GEORGE TOWN GRAND CAYMAN, CAYMAN ISLANDS |
| Abbey National Treasury Services PLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | | PO Box 545<br>St Helier<br>Jersey , JE4 8XG<br>Channel Islands<br>Attn: Manager Settlements |
| | | | Santander Global Bankinig<br>2 Triton Square, Regents Place<br>London, NW1 3AN<br>United Kingdom<br>Attn: Andrew Marsland |
| ABERDEEN - AB1025 ARGOS-PF1025RE ABERDEEN ASSET MG | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 8/20/2008 (8233LL00200) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | Forward Puchase Agreement dated 8/20/2008 (8233LL00212) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |