# **EXHIBIT E**



**Delaware Investments®**
A member of Lincoln Financial Group

September 15, 2008

**VIA HAND DELIVERY**

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Collateralized Debt Obligation
745 Seventh Avenue
New York, NY 10019
Attention Documentation Manager
Fax: (212) 885-9476
Phone: (212) 526-5410

2005 Market Street
Philadelphia, PA 19103-7094

Re:   **Notice of Event of Default/Designation of Early Termination Date –
Penn's Landing CDO SPC, for the account of the Series 2007-1 Segregated Portfolio**

Reference is made to the 1992 ISDA Master Agreement dated as of April 10, 2007 (as the same has been amended or supplemented from time to time, the "**Master Agreement**"), by and between Lehman Brothers Special Financing Inc. ("**Party A**") and Penn's Landing CDO SPC, for the account of the Series 2007-1 Segregated Portfolio ("**Party B**"). Capitalized terms used herein and not otherwise defined herein shall have the meanings specified in the Master Agreement.

As a result of the filing of a voluntary petition for relief under the United States Bankruptcy Code by Party A's Credit Support Provider on September 15, 2008, an Event of Default has occurred and is continuing under Section 5(a)(vii) of the Master Agreement (*Bankruptcy*), with respect to which Party A is the Defaulting Party. Party B hereby designates an Early Termination Date in respect to all outstanding Transactions under the Master Agreement between Party A and each such Party B, and the date designated as such Early Termination Date shall be September 16, 2008.

Notwithstanding this notice, Party B hereby reserves all of its respective rights, powers and privileges with respect to the Master Agreement and the Transactions thereunder, and this notice shall not be presumed to preclude any subsequent or further exercise, of those rights, powers or privileges or the exercise of any other right power or privilege, including, without, limitation, with respect to any other Event of Default or Termination Event the may now or hereafter exist under the Master Agreement, and whether or not Party B has notice thereof.

Sincerely,

PENN'S LANDING CDO SPC, for the account of the Series 2007-1 Segregated Portfolio

By: Delaware Investment Advisers, a series of Delaware Management Business Trust, as Portfolio Manager and attorney-in-fact

By: _____
Name: Philip Obazee
Title: Senior Vice President

www.delawareinvestments.com

Delaware Investments is the marketing name for Delaware Management Holdings, Inc. and its subsidiaries.

B # 835437 v.1