HARRISON & MOBERLY, LLP
David J. Theising
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone: (317) 639-4511
Facsimile:  (317) 639-9565

*Attorney for Bell Trace Obligated Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 10, 2011, a Notice of Appearance on behalf of the Bell Trace Obligated Group was electronically filed, and a copy of the Notice of Electronic Filing generated by operation of the Court's electronic filing system as a result of said filing has been emailed to the following counsel of record:

| | |
|---|---|
| Jacqueline Marcus, Esq.<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>jacqueline.marcus@weil.com | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>ddunne@milbank.com<br>dodonnell@milbank.com<br>efleck@milbank.com |
| Tracy Hope Davis, Esq.<br>Elisabetta Gasparini, Esq.<br>Andrea Schwartz, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>andrea.b.schwartz@usdoj.com | |

                                              HARRISON & MOBERLY, LLP

                                              */s/ David J. Theising*
                                              David J. Theising
                                              HARRISON & MOBERLY, LLP
                                              10 West Market Street, Suite 700
                                              Indianapolis, Indiana 46204
                                              Telephone:    (317) 639-4511
                                              Facsimile:     (317) 639-9565
                                              Email: dtheising@harrisonmoberly.com

                                              Attorney for Bell Trace Obligated Group