**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (JMP)
                                                  :
                    Debtors.                      :   (Jointly Administered)
                                                  :
------------------------------------------------------------x
```

**SUPPLEMENTAL ORDER
PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND
GENERAL ORDER M-390 FOR AUTHORIZATION TO IMPLEMENT
ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE
CLAIMS OF DEBTORS UNDER DERIVATIVES TRANSACTIONS WITH
<u>SPECIAL PURPOSE VEHICLE COUNTERPARTIES</u>**

Upon the motion, dated November 24, 2010, of Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "<u>Debtors</u>" and, together with their non-debtor affiliates, "<u>Lehman</u>"), for an order approving alternative dispute resolution procedures for affirmative claims of Debtors under derivatives contracts with special purpose vehicle counterparties [Docket No. 13009] (the "<u>Motion</u>,"), all as more fully described in the Motion; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and a hearing having been held on February 16, 2011 to consider the relief requested in the Motion; and an order having been entered on March 3, 2011 [Docket No. 14789] granting the relief requested in the Motion (the "<u>SPV ADR Order</u>"), the Debtors file this supplemental order to modify the scope of the term "SPV" as used in the SPV ADR Order to exclude one

specific counterparty; and the Court having previously found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that counterparty Vintners Propco S.A.R.L. ("Vintners") is excluded from the SPV ADR Order; and it is further

      ORDERED that, for the avoidance of doubt, Vintners remains subject to the original Derivatives ADR Order; and it further

      ORDERED that all terms of the SPV ADR Order shall otherwise continue to apply and remain in full force and effect without modification.

Dated: New York, New York
       November 10, 2011

                                      *s/ James M. Peck*
                                   UNITED STATES BANKRUPTCY JUDGE