Hearing Date and Time: December 6, 2011 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: November 10, 2011

REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer
Michael J. Venditto

*Counsel for BNY Mellon Corporate Trustee Services Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | :    **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : |
| | :    **Case No. 08-13555 (JMP)** |
| Debtors. | : |
| | :    **(Jointly Administered)** |

**LIMITED OBJECTION AND JOINDER OF BNY MELLON CORPORATE TRUSTEE SERVICES LIMITED IN OBJECTION OF LBBW LUXEMBURG S.A. AND LANDESBANK BANDEN WÜRTTEMBERG TO THE DEBTORS' ASSUMPTION OF CERTAIN DERIVATIVES CONTRACTS**

BNY Mellon Corporate Trustee Services Limited ("BNYM"), by its undersigned counsel, hereby files its Limited Objection and Joinder of BNY Mellon Corporate Trustee Services Limited in the Objection of LBBW Luxemburg S.A. ("LBBWL") and Landesbank Baden-Württemberg ("LBBW" and, together with LBBWL, the "Noteholders"), to the Debtors' Assumption of Certain Derivative Contracts, and states as follows:

1. BNYM is a successor trustee under a certain Principal Trust Deed, dated October 10, 2002, between Dante Finance Public Limited Company and J.P. Morgan Corporate Trustee Services Limited (as amended and restated, the "Principal Trust Deed") and certain

Supplemental Trust Deeds entered into in accordance with the Principal Trust Deed (collectively, the "Trust Deed"), including those referenced specifically in the Noteholders' Objection (as defined below).

2.  On or about November 10, 2011, Landesbank filed the *Objection of LBBW Luxemburg S.A. and Landesbank Baden-Württemberg to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* (the "Noteholders' Objection") [Docket No. 21911], in which they objected to the assumption of certain derivatives contracts.

3.  At the direction of the Noteholders given in accordance with the Trust Deed, BNYM joins in the Noteholders' Objection and objects to the assumption of those contracts for the reasons set forth therein.

Dated: November 10, 2011
      New York, New York

Respectfully submitted,

REED SMITH LLP

By: /s/ Michael J. Venditto
Michael J. Venditto
Eric A. Schaffer
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: mvenditto@reedsmith.com
Email: eschaffer@reedsmith.com

*Counsel for BNY Mellon Corporate Trustee Services Limited*