Alissa M. Nann
**FOLEY & LARDNER LLP**
90 Park Avenue, 36th Floor
New York, NY 10016
Tel:    (212) 682-7474
Fax:   (212) 687-2329

- and -

Geoffrey S. Goodman
Lars A. Peterson
**FOLEY & LARDNER LLP**
321 N. Clark Street, Ste. 2800
Chicago, IL 60654
Tel:    (312) 832-4500
Fax:   (312) 832-4700

*Counsel for Access Group, Inc.*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that Access Group, Inc. ("Access Group"), an interested party in the above-referenced Chapter 11 proceedings, hereby appears pursuant to 11 U.S.C. § 1109(b), and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned proceedings be served upon the persons listed below at the following addresses:

4843-7106-7917.1

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue, 36th Floor
New York, NY 10016-1314
Tel:    (212) 682-7474
Fax:    (212) 687-2329
anann@foley.com

Geoffrey S. Goodman
Lars A. Peterson
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel:    (312) 832-4500
Fax:    (312) 832-4700
Email: ggoodman@foley.com
Email: lapeterson@foley.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above captioned-case and the proceedings therein.

This appearance and demand for service is neither intended as nor is it a consent of Access Group to jurisdiction of the Bankruptcy Court; nor is it a waiver of (i) Access Group's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Access Group's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) Access Group's right to have reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Access Group is or maybe entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Access Group expressly reserves.

Dated: November 10, 2011
New York, New York

Respectfully submitted,

By: __/s/ Alissa M. Nann_____
Alissa M. Nann, Esq. (4520508)
**FOLEY & LARDNER LLP**
90 Park Ave., 36th Floor
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329

and

Geoffrey S. Goodman
Lars A. Peterson
**FOLEY & LARDNER LLP**
321 N. Clark Street, Ste. 2800
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700

*Counsel for Access Group, Inc.*

4843-7106-7917.1            3