HARRISON & MOBERLY, LLP
David J. Theising
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone: (317) 639-4511
Facsimile:  (317) 639-9565

*Attorney for Bell Trace Obligated Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 10, 2011, an Objection and Reservation of Rights of the Bell Trace Obligated Group to Debtors' Proposed Assumption of Prepetition Derivatives Contract was electronically filed, and a copy of the Notice of Electronic Filing generated by operation of the Court's electronic filing system as a result of said filing has been emailed to the following counsel of record:

Jacqueline Marcus, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
jacqueline.marcus@weil.com

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
MILBANK, TWEED, HADLEY &
MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York  10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea Schwartz, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
     FOR REGION 2
33 Whitehall Street, 21st Floor
New York, New York  10004
andrea.b.schwartz@usdoj.com

and a copy of the Objection and Reservation of Rights of the Bell Trace Obligated Group to

Debtors' Proposed Assumption of Prepetition Derivatives Contract has delivered by overnight

courier to:

Chambers of the Honorable James M. Peck, Judge
UNITED STATES BANKRUPTCY COURT
Courtroom 601
One Bowling Green
New York, New York  10004

 

HARRISON & MOBERLY, LLP

/s/ David J. Theising
David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:   (317) 639-4511
Facsimile:   (317) 639-9565
Email: dtheising@harrisonmoberly.com

Attorney for Bell Trace Obligated Group