**Access Group Inc**
**2005-A and 2005-B**
**Swap Impact**

Exhibit A

| | | | | | 2005-A | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Notional | Prior Quarterly Payment Date | Current Quarterly Payment Date | Days In Period | | 3 Month LIBOR / (91 Day T-Bill) | Spread | AGI Swap Receive / (Pay) Rate | | AGI Receive / (Pay) |
| 112,000,000 | 07/25/08 | 10/27/08 | 94 | | -1.41843% | -0.48000% | -1.89843% | | (546,083.91) |
| | | | | | 2.80000% | | 2.80000% | | 818,844.44 |
| | | | | | | | Swap Benefit / (Loss) | | **272,760.53** |
| 108,800,000 | 10/27/08 | 01/26/09 | 91 | | -0.21015% | -0.48000% | -0.69015% | | (186,695.00) |
| | | | | | 3.53500% | | 3.53500% | | 972,203.56 |
| | | | | | | | Swap Benefit / (Loss) | | **785,508.56** |
| 105,500,000 | 01/26/09 | 04/27/09 | 91 | | -0.24115% | -0.48000% | -0.72115% | | (189,682.21) |
| | | | | | 1.15938% | | 1.15938% | | 309,184.10 |
| | | | | | | | Swap Benefit / (Loss) | | **119,501.89** |
| 102,400,000 | 04/27/09 | 07/27/09 | 91 | | -0.18200% | -0.48000% | -0.66200% | | (169,007.69) |
| | | | | | 1.09188% | | 1.09188% | | 282,627.07 |
| | | | | | | | Swap Benefit / (Loss) | | **113,619.38** |
| 99,300,000 | 07/27/09 | 10/26/09 | 91 | | -0.13738% | -0.48000% | -0.61738% | | (152,844.68) |
| | | | | | 0.50375% | | 0.50375% | | 126,445.45 |
| | | | | | | | Swap Benefit / (Loss) | | **(26,399.23)** |
| 96,200,000 | 10/26/09 | 01/25/10 | 91 | | -0.06377% | -0.48000% | -0.54377% | | (130,418.39) |
| | | | | | 0.28219% | | 0.28219% | | 68,620.77 |
| | | | | | | | Swap Benefit / (Loss) | | **(61,797.62)** |
| 93,200,000 | 01/25/10 | 04/26/10 | 91 | | -0.13062% | -0.48000% | -0.61062% | | (141,884.67) |
| | | | | | 0.24888% | | 0.24888% | | 58,633.36 |
| | | | | | | | Swap Benefit / (Loss) | | **(83,251.31)** |
| 90,300,000 | 04/26/10 | 07/26/10 | 91 | | -0.14769% | -0.48000% | -0.62769% | | (141,312.80) |
| | | | | | 0.31578% | | 0.31578% | | 72,079.42 |
| | | | | | | | Swap Benefit / (Loss) | | **(69,233.38)** |
| 87,400,000 | 07/26/10 | 10/25/10 | 91 | | -0.14738% | -0.48000% | -0.62738% | | (136,706.96) |
| | | | | | 0.49781% | | 0.49781% | | 109,980.06 |
| | | | | | | | Swap Benefit / (Loss) | | **(26,726.90)** |
| 84,600,000 | 10/25/10 | 01/25/11 | 92 | | -0.14750% | -0.48000% | -0.62750% | | (133,807.07) |
| | | | | | 0.28844% | | 0.28844% | | 62,360.73 |
| | | | | | | | Swap Benefit / (Loss) | | **(71,446.34)** |
| 81,900,000 | 01/25/11 | 04/25/11 | 90 | | -0.10208% | -0.48000% | -0.58208% | | (117,548.27) |
| | | | | | 0.30313% | | 0.30313% | | 62,065.87 |
| | | | | | | | Swap Benefit / (Loss) | | **(55,482.40)** |
| 79,100,000 | 04/25/11 | 07/25/11 | 91 | | -0.03992% | -0.48000% | -0.51992% | | (102,532.50) |
| | | | | | 0.27375% | | 0.27375% | | 54,735.55 |
| | | | | | | | Swap Benefit / (Loss) | | **(47,796.95)** |
| 76,500,000 | 07/25/11 | 10/25/11 | **92** | | -0.02969% | -0.48000% | -0.50969% | | (98,279.40) |
| | | | | | 0.41833% | | 0.41833% | | 81,783.52 |
| | | | | | | | Swap Benefit / (Loss) | | **(16,495.88)** |
| | | | | | | | **2005-A Swap Benefit / (Loss)** | | **832,760.35** |

**Access Group Inc**
**2005-A and 2005-B**
**Swap Impact**

Exhibit A

| | | | | | 2005-B | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Notional | Prior Quarterly Payment Date | Current Quarterly Payment Date | Days In Period | | 3 Month LIBOR / (91 Day T-Bill) | Spread | AGI Swap Receive / (Pay) Rate | | AGI Receive / (Pay) |
| 107,253,886 | 07/25/08 | 10/27/08 | 94 | | -1.41843% | -0.55000% | -1.96843% | | (542,225.30) |
| | | | | | 2.80000% | | 2.80000% | | 784,145.08 |
| | | | | | | Swap Benefit / (Loss) | | | **241,919.78** |
| 104,189,489 | 10/27/08 | 01/26/09 | 91 | | -0.21015% | -0.55000% | -0.76015% | | (196,917.14) |
| | | | | | 3.53500% | | 3.53500% | | 931,005.44 |
| | | | | | | Swap Benefit / (Loss) | | | **734,088.30** |
| 101,227,239 | 01/26/09 | 04/27/09 | 91 | | -0.24115% | -0.55000% | -0.79115% | | (199,666.29) |
| | | | | | 1.15938% | | 1.15938% | | 296,662.11 |
| | | | | | | Swap Benefit / (Loss) | | | **96,995.82** |
| 98,264,989 | 04/27/09 | 07/27/09 | 91 | | -0.18200% | -0.55000% | -0.73200% | | (179,332.26) |
| | | | | | 1.09188% | | 1.09188% | | 271,214.32 |
| | | | | | | Swap Benefit / (Loss) | | | **91,882.06** |
| 95,404,885 | 07/27/09 | 10/26/09 | 91 | | -0.13738% | -0.55000% | -0.68738% | | (163,499.35) |
| | | | | | 0.50375% | | 0.50375% | | 121,485.53 |
| | | | | | | Swap Benefit / (Loss) | | | **(42,013.82)** |
| 92,544,782 | 10/26/09 | 01/25/10 | 91 | | -0.06377% | -0.55000% | -0.61377% | | (141,613.98) |
| | | | | | 0.28219% | | 0.28219% | | 66,013.45 |
| | | | | | | Swap Benefit / (Loss) | | | **(75,600.53)** |
| 89,786,825 | 01/25/10 | 04/26/10 | 91 | | -0.13062% | -0.55000% | -0.68062% | | (152,358.21) |
| | | | | | 0.24888% | | 0.24888% | | 56,486.09 |
| | | | | | | Swap Benefit / (Loss) | | | **(95,872.12)** |
| 87,131,014 | 04/26/10 | 07/26/10 | 91 | | -0.14769% | -0.55000% | -0.69769% | | (151,559.72) |
| | | | | | 0.31578% | | 0.31578% | | 69,549.86 |
| | | | | | | Swap Benefit / (Loss) | | | **(82,009.86)** |
| 84,373,057 | 07/26/10 | 10/25/10 | 91 | | -0.14738% | -0.55000% | -0.69738% | | (146,697.19) |
| | | | | | 0.49781% | | 0.49781% | | 106,171.09 |
| | | | | | | Swap Benefit / (Loss) | | | **(40,526.10)** |
| 81,717,246 | 10/25/10 | 01/25/11 | 92 | | -0.14750% | -0.55000% | -0.69750% | | (143,665.63) |
| | | | | | 0.28844% | | 0.28844% | | 60,235.78 |
| | | | | | | Swap Benefit / (Loss) | | | **(83,429.85)** |
| 79,265,729 | 01/25/11 | 04/25/11 | 90 | | -0.10208% | -0.55000% | -0.65208% | | (127,448.87) |
| | | | | | 0.30313% | | 0.30313% | | 60,069.55 |
| | | | | | | Swap Benefit / (Loss) | | | **(67,379.32)** |
| 76,712,065 | 04/25/11 | 07/25/11 | 91 | | -0.03992% | -0.55000% | -0.58992% | | (112,824.99) |
| | | | | | 0.27375% | | 0.27375% | | 53,083.15 |
| | | | | | | Swap Benefit / (Loss) | | | **(59,741.84)** |
| 74,260,548 | 07/25/11 | 10/25/11 | 92 | | -0.02969% | -0.55000% | -0.57969% | | (108,504.79) |
| | | | | | 0.41833% | | 0.41833% | | 79,389.39 |
| | | | | | | Swap Benefit / (Loss) | | | **(29,115.40)** |
| | | | | | | 2005-B Swap Benefit / (Loss) | | | **589,197.12** |