**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x
In re                                             :          Chapter 11
                                                  :
LEHMAN BROTHERS HOLDINGS, INC. *et al.,*          :          Case No. 08-13555 (JMP)
                                                  :
                              Debtors.            :          (Jointly Administered)
-------------------------------------------------- x

# ORDER GRANTING APPLICATIONS
## FOR THE ALLOWANCE OF INTERIM COMPENSATION
## FOR THE SIXTH INTERIM PERIOD
## (JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010)
## FOR PROFESSIONAL SERVICES PERFORMED AND
## REIMBURSEMENT OF ACTUAL AND NECESSARY
## <u>EXPENSES INCURRED AND OTHER RELIEF</u>

Upon consideration of the applications (collectively, the "**<u>Sixth Interim Applications</u>**")

for allowance of interim compensation for professional services performed and reimbursement of

actual and necessary expenses incurred during the period from June 1, 2010 through

September 30, 2010 (the "**<u>Application Period</u>**"), pursuant to sections 330(a) and 331 of title 11

of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, filed by the professionals listed on **<u>Schedule A</u>** annexed hereto (the

"Retained Professionals"), and upon consideration of the recommended deductions (the

"**<u>Recommended Deductions</u>**") from fees and expenses made by the Fee Committee in these

Chapter 11 cases ("**<u>Fee Committee</u>**"), rendered after the Fee Committee  received and reviewed

written comments and/or conferred with Retained Professionals that responded to the issues

raised by the Fee Committee's initial recommended deductions distributed to the Retained

Professionals during the period from on or about April 8 to May 31, 2011; and after due notice

pursuant to the second amended order entered on June 17, 2010 governing case management and

administrative procedures [Docket No. 9635]; and there being no objections to the allowance of

the amounts set forth on **Schedule A,** incorporating the Fee Committee's Recommended

Deductions as stipulated; and, after due consideration and upon all of the proceedings had before

the Court, and sufficient cause appearing therefor, it is hereby

**ORDERED**:

1. The Sixth Interim Applications of the Retained Professionals are granted to the
   extent provided in <u>Schedule A</u>.

2. Interim compensation to the Retained Professionals for professional services
   performed during the Application Period is allowed and awarded in the amounts
   set forth on <u>Schedule A</u> in the column entitled "Fees Allowed" pursuant to section
   331 of the Bankruptcy Code.

3. Reimbursement to the Retained Professionals for expenses incurred during the
   Application Period is allowed and awarded in the amounts set forth on <u>Schedule</u>
   <u>A</u> in the column entitled "Expenses to be Paid for Current Fee Period."

4. Pursuant to this order, the Debtors are authorized and directed to pay the "Fees
   Allowed" and the "Expenses to be Paid for Current Fee Period," which amounts
   are totaled in <u>Schedule B</u> in the columns entitled "Total Fees Paid" and "Total
   Expenses Paid," to the respective Retained Professionals, but only to the extent
   not previously paid pursuant to the order dated April 14, 2011 governing interim
   compensation in these cases [Docket No. 15997].

5.    Neither the Retained Professionals nor the Fee Committee in stipulating to the

entry of this Order waive any right to maintain their respective positions in

connection with any prior applications for interim compensation or any final

application.

Dated:  New York, New York
        November 9, 2011

                                            _____*s/ James M. Peck*_____
                                            HONORABLE JAMES M. PECK
                                            UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE A

### CURRENT INTERIM FEE PERIOD
**June 1, 2010 through September 30, 2010**
**(Sixth Fee Period)**

Case No.:  08-13555 (JMP) (Chapter 11)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Date/ Document Number of Application | Interim Fees Requested on Application | Fees Allowed | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Fee Period(s) (if any) (Including Fees Held Back) | Total Fees to be Paid | Interim Expenses Requested | Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Lazard Frères & Co., LLC | 12/14/2010 [13471] | 800,000.00 | 800,000.00 | 160,000.00 | 0.00 | 160,000.00 | 1,851.82 | 1,851.82 |
| Momo-o, Matsuo & Namba | 12/14/2010 [13456] | 87,156.82 | 87,156.82 | 17,431.36 | 0.00 | 17,431.36 | 700.46 | 700.46 |
| Pricewaterhouse Coopers LLP | 12/14/2010 [13491] | 157,753.00 | 157,753.00 | 31,550.60 | 0.00 | 31,550.60 | 2,484.23 | 2,484.23 |
| Richard Sheldon QC | 12/14/2010 [13492] | 5,107.70 | 5,107.70 | 1,021.54 | 0.00 | 1,021.54 | 0.00 | 0.00 |

**Schedule A**                    Dated:  **November 9, 2011**                    **INITIALS: *JMP*, USBJ**

## SCHEDULE B

## CUMULATIVE FEE APPLICATIONS
### (September 15, 2008 Through and Including September 30, 2010)

Case No.:  08-13555 (JMP) (Chapter 11)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Total Fees Requested | Total Fees Paid (including amounts to be paid pursuant to this Order) | Total Expenses Requested | Total Expenses Paid (including amounts to be paid pursuant to this Order) |
|---|---|---|---|---|
| Lazard Frères & Co., LLC | 27,600,000.00 | 27,600,000.00 | 702,285.25 | 700,569.16 |
| Momo-o, Matsuo & Namba | 194,777.42 | 194,777.42 | 6,329.29 | 6,329.29 |
| PricewaterhouseCoopers LLC | 967,151.65 | 886,953.89 | 14,321.61 | 7,008.41 |
| Richard Sheldon QC | 156,887.02 | 156,887.02 | 19.83 | 19.83 |

**Schedule A**　　　　　　　　　　　**Dated:  November 9, 2011**　　　　　　　**INITIALS: *JMP*, USBJ**