UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | § Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al.. | § Case No. 08-13555 (JMP) |
| Debtors. | § (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 10th day of November, 2011, I caused to be served by hand delivery a true copy of the (i) **Objection of The Lincoln National Life Insurance Company to Assumption of Agreement,** (ii) **Declaration of R. Jeffery Black in Support of Objection of The Lincoln National Life Insurance Company to Assumption of Agreement,** (ii) **Notice of Appearance and Request for Service of Papers** and (iv) **Limited Joinder of Penn's Landing CDO SPC in Objection of the Lincoln National Life Insurance Company to Assumption of Agreement** upon those parties listed on the annexed Service List.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Patricia A. Wright
　　　　　　　　　　　　　　　　　　　　　　　　Patricia. A. Wright

Sworn to before me this
10th day of November, 2011

/s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2014

A/74591778.1

# SERVICE LIST

Hon. James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
Attn: Tracy Hope Davis
     Elisabetta Gasparini
     Andrea Schwartz
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne
     Dennis O'Donnell
     Evan Fleck
1 Chase Manhattan Plaza
New York, NY 10005

A/74591778.1