KLESTADT & WINTERS, LLP
Tracy L. Klestadt, Esq.
John. E. Jureller, Jr., Esq.
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel: (212) 972-3000

FOSTER PEPPER PLLC
Jane Pearson, Esq.
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Tel: (206) 447-4705

Attorneys for Yakima-Tieton Irrigation District

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In Re:                                                             :   Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS, INC. et al.,                             :   Case No. 08-13555 (JMP)
                                                                   :
                              Debtors.                             :   (Jointly Administered)
-------------------------------------------------------------------x
                                                                   :
LEHMAN BROTHERS SPECIAL                                            :   08-13888
FINANCING, INC., et al.,                                           :
                                                                   :   SIPA
                              Debtor.                              :
-------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

Renea Gargiulo, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

2. On the 11th day of November, 2011, I served copies of:

- Yakima-Tieton Irrigation District's Response to Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Value Derivative Claims).

- Declaration of Richard Dieker in Support of Yakima-Tieton Irrigation District's Response to Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims).

by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon the attached service list.

/s/Renea Gargiulo
Renea Gargiulo

Sworn to and subscribed before me this
11th day of November, 2011

/s/Joseph C. Corneau
Notary Public

## SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Robert Lemons, Esq.
     Penny Reid, Esq,
     Ralph Miller, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Elizabeth Gasparini, Esq.
     Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
     Dennis O'Donnell, Esq,
     Evan Fleck, Esq.