REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer
Michael J. Venditto

*Counsel for BNY Mellon Corporate*
*Trustee Services Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) |
| | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

I, Anne Suffern, being duly sworn, depose and say:

1. I am not a party to this action, am over eighteen years of age and employed by Reed Smith LLP, located at 599 Lexington Avenue, New York, NY 10022.

2. On November 10, 2011, I served a true and correct copy of the *Limited Objection and Joinder by BNY Mellon Corporate Trustee Services Limited in the Objection of UniCredit Bank AG, London Branch,*[3] *("UniCredit") with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames Eur 25,000,000 Credit-Linked Synthetic Portfolio Notes Due 2043 to the Debtors' Proposed Assumption of an ISDA Master Agreement and the*

---

[3] UniCredit acquired the Quartz Notes and remains an economically interested party in the transactions described in the UniCredit Objection.

-2-

*Transaction Thereunder Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan* upon the attached service list by method indicated.

Sworn to me this
10th day of November, 2011.

_____
Notary Public

**EVAN F. JAFFE**
**Notary Public, State of New York**
**No. 01JA6196006**
**Commission Expires 11/03/2012**

## SERVICE LIST

**VIA HAND DELIVERY**

Chambers of the Honorable James M. Peck
United States Bankruptcy Judge
Courtroom 601
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Jacqueline Marcus, Esq.
        Harvey R. Miller, Esq.
        Lori R. Fife, Esq.
        Alfredo R. Pérez, Esq.
*Attorneys for the Debtors*

The Office of the United States Trustee
for Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Elisabetta Gasparini, Esq.
        Andrea Schwartz, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
*Attorneys for the Official Committee of Unsecured Creditors*

US_ACTIVE-107756964.1