WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                    :    **Chapter 11 Case No.**
                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                              :
Debtors.                                                           :    **(Jointly Administered)**
                                                                              :
                                                                              :
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' TWO
### HUNDRED THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 21741] **solely as to the claims listed on Exhibit A attached hereto**.  The Debtors reserve their rights to object to

the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  November 10, 2011
       New York, New York

                        <u>/s/ Robert J. Lemons</u>
                        Robert J. Lemons

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | ECF No. |
| --- | --- | --- |
| GRANITE FINANCE LIMITED | 27871 | N/A |
| GRANITE FINANCE LIMITED | 27882 | N/A |