MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Brian Trust (BT-0347)
Jeffrey G. Tougas (JT-5533)
Christine A. Walsh (CW-2727)

*Counsel to FirstCaribbean International Bank (Bahamas) Limited*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on November 10, 2011, I caused copies of the Objection of FirstCaribbean International Bank (Bahamas) Limited in Connection with Debtors' Plan Supplement and Notice of Proposed Assumption of Executory Contracts (the "Objection") to be served by United Parcel Service Next Day Air upon: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Andrea B. Schwartz, Esq., and Elisabetta Gasparini, Esq.), (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Jacqueline Marcus, Esq.), and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

700741861

I further certify that on November 10, 2011, upon electronic filing of the Objection, electronic mail filing notifications of the Objection were caused to be sent to all attorneys of record registered to receive electronic mail notices of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: New York, New York
November 10, 2011

/s/ James Hennessey<br>James Hennessey