**SEWARD & KISSEL LLP**
Jack Yoskowitz (JY-3935)
Benay L. Josselson (1278)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Liberty Square CDO I, Ltd. and Liberty Square CDO II, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**Certificate of Service**

   I, Carolyn Frederick, an attorney duly admitted, hereby certify that on November 10, 2011 I caused a copy of the Limited Objection of Liberty Square CDO I, Ltd. and Liberty Square CDO II, Ltd. to The Debtors' Proposed Assumption of Contracts Set Forth in The Plan Supplement to be served by the manner indicated upon the parties listed on the annexed Service List.

                  /S/ Carolyn Frederick
                    Carolyn Frederick

## **SERVICE LIST**

Honorable James M. Peck ( by hand)
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004


Jacqueline Marcus, Esq. (e-mail and facsimile)
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Jacqueline.Marcus@weil.com


Dennis F.Dunne, Esq. (e-mail and facsimile)
Dennis O'Donnell, Esq.(e-mail and facsimile)
Evan Fleck, Esq. (e-mail and facsimile)
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com


Tracy Hope Davis, Esq (facsimile)
Elisabetta Gasparini, Esq.(facsimile)
Andrea Schwartz, Esq.(facsimile)
Office of the United states Trustee
for the Southern District of New York
33 Whitehall Street
New York, New York 10004


SK 27462 0001 1242122