# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Objection of HBK Investments L.P., As Collateral Manager, On Behalf Of Gemstone CDO VI and Gemstone CDO VI Corp., To The Assumption Of Executory Contracts And Unexpired Leases Pursuant To Debtors' Third Amended Joint Chapter 11 Plan, to be served on counsel for Debtors and counsel for the Official Committee of Unsecured Creditors via Electronic Mail and Overnight Service:

>Jacqueline Marcus, Esq.
>Weil Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY 10153
>jacqueline.marcus@weil.com
>
>*Attorney for Debtors*
>
>Dennis F. Dunne, Esq.
>Dennis O'Donnell, Esq.
>Evan Fleck, Esq.
>Milbank, Tweed, Hadley & McCloy LLP
>One Chase Manhattan Plaza
>New York, NY 10005
>ddunne@milbank.com
>dodonnell@milbank.com
>efleck@milbank.com
>
>*Attorneys for Official Committee of Unsecured Creditors*

I further certify that I caused the aforementioned Objection to be served via Overnight Service on:

>Honorable James M. Peck
>U.S. Bankruptcy Court for the Southern District of New York
>One Bowling Green
>Courtroom 601
>New York, NY 10004-1415

- 2 -

      United States Trustee, Region 2
      33 Whitehall Street, 21st Floor
      New York, NY 10004-2122
      Attn:   Tracy Hope Davis, Esq.
              Elisabetta Gasparini, Esq.
              Andrea Schwartz, Esq.

Dated: New York, New York
       November 10, 2011

                                                        /s/ Michael B. Kruse
                                                        Michael B. Kruse, Esq.