BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Phone: (205) 521-8000
Fax: (205) 521-8800
Patrick Darby, Esq.

Counsel for Wellmont Health System

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------x
                                           :
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (JMP)
                                           :
                      Debtors.             :    (Jointly Administered)
                                           :
                                           :
------------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Patrick Darby, hereby certify that I filed and served a true and correct copy of the *Objection of Wellmont Health System to Debtors' Proposed Assumption of Certain Executory Contracts* via the Court's CM/ECF system on November 10, 2011.  In addition, I caused a true and correct copy of the *Objection of Wellmont Health System to Debtors' Proposed Assumption of Certain Executory Contracts* to be sent to the following recipients via overnight courier on November 10, 2011:

Hon. James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Jacqueline Marcus, Esq.
WEIL, GOTSHAL, & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Andrea Schwartz
Elisabetta Gasparini, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE U.S. TRUSTEE for Region 2
33 Whitehall Street
21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005


Dated:  November 10, 2011

                                             /s/Patrick Darby_____
                                             Patrick Darby (*Admitted Pro Hac Vice*)
                                             BRADLEY ARANT BOULT CUMMINGS LLP
                                             One Federal Place
                                             1819 Fifth Avenue North
                                             Birmingham, AL 35203-2104
                                             Telephone: 205.521.8000
                                             Facsimile: 205.521.8800

                                             Counsel for Wellmont HealthSystem