Craig Goldblatt
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: 202-663-6000
Facsimile: 202-663-6363

Jeannette K. Boot
Peter K. Vigeland
Lipi M. Shah
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: 212-230-8800
Facsimile: 212-230-8888

*Attorneys for Federal Home Loan Bank of Dallas*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2011, a true and correct copy of the *Objection of Federal Home Loan Bank of Dallas to Debtors' Proposed Cure Amount, to Proposed Procedures Governing Assumption of Executory Contracts, and to Proposed Limitations on the Right of Setoff* was served via hand delivery upon the parties listed on the attached Service List and was also served electronically upon all counsel of record using the Court's CM/ECF system.

Dated: November 10, 2011

        WILMER CUTLER PICKERING HALE AND DORR LLP

        /s/ Craig Goldblatt
Craig Goldblatt
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  202-663-6000
Facsimile:  202-663-6363

Jeannette K. Boot
Peter K. Vigeland
Lipi M. Shah
399 Park Avenue
New York, NY  10022
Telephone:  212-230-8800
Facsimile:  212-230-8888

*Attorneys for Federal Home Loan Bank of Dallas*

**SERVICE LIST**

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408


Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Jacqueline Marcus, Esq.
*(Attorneys for the Debtors)*


Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
        Andrea Schwartz, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
*(Attorneys for the Official Committee of Unsecured Creditors)*