**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
                                   :

In re                               :         **Chapter 11 Case No.**
                                   :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :         **08-13555 (JMP)**
                                   :         **(Jointly Administered)**

               **Debtors.**         :
                                   :

--------------------------------------------------------------------x    **Ref. Docket No. 21563**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 7, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
10th day of November, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  RBS SECURITIES INC.
         TRANSFEROR: CONTRARIAN FUNDS, LLC
         ATTN: MATTHEW ROSENCRANS
         600 WASHINGTON BLVD
         STAMFORD CT 06901

Please note that your claim # 36769-10 in the above referenced case and in the amount of
          $3,925,386.88  Unliquidated      has been transferred **(unless previously expunged by court order)**


    THE ROYAL BANK OF SCOTLAND PLC            THE ROYAL BANK OF SCOTLAND PLC
    TRANSFEROR: RBS SECURITIES INC.           DEWEY & LEBOEUF LLP
    ATTN: JOHN KATSIKOUMBAS                    ATTN: IRENA M. GOLDSTEIN
    135 BISHOPSGATE                            1301 AVENUE OF THE AMERICAS
    LONDON     EC2M 3UR                        NEW YORK NY 10019
    UNITED KINGDOM


No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 21563      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/07/2011                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 7, 2011.

**EXHIBIT B**

```
TIME: 19:31:16
DATE: 11/07/11                                                                      PAGE:  1

                        LEHMAN BROTHERS HOLDING INC.
                              CREDITOR LISTING

Name                                    Address
RBS SECURITIES INC.                     TRANSFEROR: CONTRARIAN FUNDS, LLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND PLC          DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
THE ROYAL BANK OF SCOTLAND PLC          TRANSFEROR: RBS SECURITIES INC. ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON  EC2M 3UR UNITED KINGDOM


Total Number of Records Printed         3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC