## SCHEDULE C

### NOTICE TO THE GUARANTOR

### PART 1 - FORM OF NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

Form 210A (10/06)

### United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC, Case No. 08 - 13555 (JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CVF Lux Master S.a.r.l | Barclays Bank PLC |
| Name of Transferee | Name of Transferor |

Court Claim # (if known):    20092 and 20078

Amount of Claim:    USD 349,463.53 and USD 143,960.93

Date Claim Filed:    21st September 2009

Name and Address where notices to transferee should be sent:

CVF Lux Master S.á.r.l.
C/O Carval Investors UK Limited
Knowle Hill Park, Fairmile Lane
Cobham, Surrey
KT11 2PD, UK
Attn: Annemarie Jacobsen
Email: Annemarie.jacobsen@carval.com

Phone: 00 44 1932 86 1594                                                                       Phone:
Last Four Digits of Acct #:                                                                      Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:

1

Last Four Digits of Acct #:



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: SIGNED BY CARVAL INVESTORS UK LTD ON BEHALF OF CVF LUX MASTER SARL            Date: 25 October 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S C. §1152 & 3571.

## PART 2 - EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **CVF Lux Master S.a.r.l.** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been allocated GAC codes 1699240 and 1699242) given claim numbers 20092 and 20078 (the "Claims") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __25__ day of October, 2011.

| Barclays Bank PLC | CVF Lux Master S.a.r.l. |
|---|---|
| **SELLER** | **BUYER**  BY CARVAL INVESTORS UK LIMITED |
| *[signature]* | *[signature]* |
| Name: S BARNETT | Name: DAVID SHORT |
| Title: VICE PRESIDENT | Title: OPERATIONS MANAGER |

3