UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Lehman Brothers Holdings Inc., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF ILLINOIS        )
                          ) ss:
COUNTY OF COOK       )

Mark Young, being duly sworn, deposes and says:

I am not a party to this action and am over 18 years of age.

On November 10, 2011, I served true and correct copies of the following documents:

**Limited Objection And Reservation of Rights of Longwood at Oakmont to Proposed Assumption of Purported Executory Contract;**
**and**
**Limited Objection And Reservation of Rights of Presbyterian SeniorCare to Proposed Assumption of Purported Executory Contract**

upon the parties listed on the Service List attached hereto by the Court's ECF system and by U.S. Mail.

/s/ *Mark A. Young*
Mark A. Young

Sworn, to before me this
__10th__ of November 2011
/s/ *Maribel D. Romero*
Notary Public

Notary Public

"OFFICIAL SEAL"
MARIBEL D ROMERO
Notary Public, State of Illinois
My Commission Expires May 25, 2013

CHIDMS1/2956397.1

## Service List

<u>Chambers</u>
Hon. James M. Peck
U.S. Bankruptcy Court for the Southern
   District of New York
One Bowling Green, Courtroom 601
New York, NY 10004-1415

<u>U. S. Trustee</u>
United States Trustee, Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004-2122
Attn:  Tracy Hope Davis, Esq.
       Elisabetta Gasparini, Esq.
       Andrea Schwartz, Esq.

<u>Attorneys for the Debtor</u>
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

<u>Attorneys for the Official Committee of
Unsecured Creditors</u>
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

CHIDMS1/2956397.1