**Exhibit A – Claim No. 64249**

| United States Bankruptcy Court/Southern District of New York | | LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)    0000064249 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**PICTET & CIE**
**60 Route des Acacias**
**CH-1211 Geneva 73, Switzerland**

Telephone number: **+41583231326**  Email Address: **asalamolard@pictet.com**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:    Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ **49,752,006.93** (Required)   **Please see attached schedule**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): **Please see attached schedule** (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

**Please see attached schedule** (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

**Please see attached schedule** (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date: **10/28/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY **FILED / RECEIVED** **NOV 03 2009** EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Antoine SALAMOLARD      Thomas Keller



PICTET & CIE



| ISIN | Money | Quantity | Blocking Code | Participant Account | Exchange rate USD 15. septembre 2008 | Amount of Claim in USD (Included accrued interest) |
|---|---|---|---|---|---|---|
| XS0345288459 | USD | 35'000 | 6037116 | EOC 26177 | 1 | 35336.20 |
| XS0331249531 | USD | 12'225'000 | 6037118 | EOC 93010 | 1 | 12'229'869.27 |
| XS0187966949 | USD | 100'000 | 6039715 | EOC 93010 | 1 | 101'201.39 |
| XS0322152462 | USD | 1'000'000 | 6037112 | EOC 93010 | 1 | 1'000'000.00 |
| XS0276600292 | USD | 300'000 | 6037114 | EOC 93010 | 1 | 300966.67 |
| XS0340756898 | USD | 200'000 | 6042580 | EOC 93010 | 1 | 200'000.00 |
| XS0275726007 | USD | 700'000 | 6042584 | EOC 93010 | 1 | 700'000.00 |
| ANN521338783 | USD | 300'000 | 6045274 | EOC 93010 | 1 | 300'000.00 |
| XS0207884379 | USD | 250'000 | 6045273 | EOC 93010 | 1 | 250'000.00 |
| XS0333012358 | USD | 100'000 | 6048177 | EOC 93010 | 1 | 100'000.00 |
| XS0326482402 | USD | 30'000 | 6048176 | EOC 93010 | 1 | 30'000.00 |
| XS0301813522 | USD | 1'055'000 | 6052666 | EOC 93010 | 1 | 1'076'029.67 |
| XS0327165550 | USD | 75'000 | 6052667 | EOC 93010 | 1 | 79025.00 |
| XS0366304854 | USD | 20'000'000 | 6052669 | EOC 93010 | 1 | 20'000'000.00 |
| XS0221564387 | USD | 80'000 | 6054032 | EOC 93010 | 1 | 80'000.00 |
| XS0337685670 | USD | 20'000 | 6055190 | EOC 93010 | 1 | 20425.00 |
| XS0328064810 | USD | 75'000 | 6055189 | EOC 93010 | 1 | 76111.67 |
| XS0328064810 | USD | 75'000 | 6054031 | EOC 11383 | 1 | 76111.67 |
| XS0250113841 | USD | 64'000 | 6037120 | EOC 93010 | 1 | 57094.43 |
| CH0029197156 | CHF | 1'550'000 | 31215953241141910 | SIX SIS 20152015 | 1.12095 | 1'402743.24 |
| CH0026915527 | CHF | 500'000 | 42879542101122010 | SIX SIS 20152015 | 1.12095 | 448793.12 |
| CH0036891411 | CHF | 100'000 | O167265304082210 | SIX SIS 20152015 | 1.12095 | 93546.64 |
| XS0351272322 | EUR | 577'000 | 6037119 | EOC 93010 | 1.41895 | 818734.15 |
| XS0349282151 | EUR | 25'000 | 6040672 | EOC 93010 | 1.41895 | 35473.75 |
| XS0205185456 | EUR | 100'000 | 6039713 | EOC 93010 | 1.41895 | 142'614.85 |
| XS0307992676 | EUR | 100'000 | 6039183 | EOC 93010 | 1.41895 | 141'895.00 |
| XS0252835110 | EUR | 120'000 | 6037115 | EOC 93010 | 1.41895 | 171'300.64 |
| XS0176153350 | EUR | 50'000 | 6042581 | EOC 93010 | 1.41895 | 72970.24 |
| XS0189741001 | EUR | 130'000 | 6042582 | EOC 93010 | 1.41895 | 186'370.24 |
| CH0027120895 | EUR | 50'000 | 6042583 | EOC 93010 | 1.41895 | 74654.51 |
| XS0324192243 | EUR | 4'520'000 | 6047881 | EOC 93010 | 1.41895 | 7'464'068.01 |
| XS0349852433 | EUR | 5'510'000 | 6047882 | EOC 93010 | 1.41895 | 8'321'127.71 |
| CH0027120978 | EUR | 30'000 | 85876642371516010 | SIX SIS 20152015 | 1.41895 | 42568.50 |
| XS0128857413 | EUR | 1'430'000 | 6051752 | EOC 93010 | 1.41895 | 2'034'752.14 |
| XS0183944643 | EUR | 511'000 | 6052093 | EOC 93010 | 1.41895 | 748'044.43 |
| XS0215349357 | EUR | 312'000 | 6054034 | EOC 93010 | 1.41895 | 451'932.62 |
| XS0282978666 | EUR | 210'000 | 6054036 | EOC 93010 | 1.41895 | 304692.21 |
| XS0229584296 | EUR | 25'000 | 6056836 | EOC 93010 | 1.41895 | 37905.06 |
| XS0229269856 | EUR | 37'000 | 6054029 | EOC 93010 | 1.41895 | 55147.72 |
| XS0276121307 | EUR | 100'000 | 6054030 | EOC 93010 | 1.41895 | 141'895.00 |
| XS0224346592 | EUR | 220'000 | 6054035 | EOC 93010 | 1.41895 | 314'697.98 |
| XS0211093041 | EUR | 100'000 | 6055949 | EOC 93010 | 1.41895 | 143'538.81 |
| XS0299141332 | GBP | 150'000 | 6041606 | EOC 93010 | 1.79345 | 279'337.19 |
| XS0210414750 | GBP | 60'000 | 6037117 | EOC 93010 | 1.79345 | 111'032.20 |
| Nominal | | 42'201'000 | | | Global Amount USD | 49'752'006.93 |

SignatureNet

**Pictet & Cie**

**Pictet & Cie, Genève**

**KELLER Thomas M.**
Sous-Directeur
Vizedirektor
Vice President



**Signature rule**

The individual signature of the partners of Pictet & Cie commits the bank.

First Executive Vice-Presidents, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Assistant Vice-Presidents are empowered to sign jointly one with another or with an Officer.

Officers are empowered to sign jointly with a First Vice-President, Executive Vice-President, Senior Vice-President, Vice-President or Assistant Vice-President. They are not empowered to commit the bank in relation to bills of exchange irrespective of with whom they sign.

Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

**Issue date: 09.10.2009**

# SignatureNet

**Pictet & Cie**

**Pictet & Cie, Genève**

**SALAMOLARD Antoine M.**
Fondé de Pouvoir
Prokurist
Assistant Vice President



**Signature rule**

The individual signature of the partners of Pictet & Cie commits the bank.

First Executive Vice-Presidents, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Assistant Vice-Presidents are empowered to sign jointly one with another or with an Officer.

Officers are empowered to sign jointly with a First Vice-President, Executive Vice-President, Senior Vice-President, Vice-President or Assistant Vice-President. They are not empowered to commit the bank in relation to bills of exchange irrespective of with whom they sign.

Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

**Issue date: 09.10.2009**



Pictet & Cie | Pictet & Cie Banquiers
Route des Acacias 60
1211 Genève 73
Suisse

tél. +41 (0)58 323 2323
fax +41 (0)58 323 2324

www.pictet.com

By registered mail
Lehman Brothers Holdings Claims
Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Geneva, 28 October 2009
Our ref: 1326/AS

Re :   Lehman Brothers Holding Inc., et al., Debtors
       Chapter 11, Case No. 08.13555 (JMP) (Jointly Administrered)
       Proof of claim

Dear Sirs,

Acting as authorized representatives of Pictet & Cie, we are pleased to submit you enclosed herewith a duly completed and signed Proof of Claim Form and its attached Schedule.

Pictet & Cie's claim is based on the Lehman Brothers Programs Securities listed in the above-mentioned Schedule and held as of today through either Euroclear or SIX SIS.

Should you need any further information, please do not hesitate to contact Mr. Antoine Salamolard, Legal Department, at +41.58.323.13.26 or asalamolard@pictet.com.

Yours sincerely,

PICTET & C$^{IE}$

Antoine Salamolard          Thomas Keller

Annexes mentioned




Recommandé / Etranger

Priority
1200 Genève 2
RM 043 143 718 CH
28.10.2009

LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
c/o Epiq Bankruptcy Solutions LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

750238

28.10.09
CH-1200
Genève 11

014.80
PRIORITY
Gross 2
LA POSTE