**Exhibit B – Salamolard Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| Lehman Brothers Holdings Inc., *et al.*, | 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**DECLARATION OF ANTOINE SALAMOLARD IN SUPPORT OF THE RESPONSE OF PICTET & CIE AND BANK JULIUS BAER & CO. LTD. TO DEBTORS' OBJECTION TO CLAIM NUMBER 64249 IN THEIR ONE HUNDRED NINETY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS) AND IN SUPPORT OF THEIR MOTION TO ENLARGE THE TIME PERIOD FOR THE FILING OF CLAIM NUMBER 64249 BY ONE DAY**

I, Antoine Salamolard, declare under penalty of perjury as follows:

1. I am a Swiss attorney-at-law employed at Pictet & Cie ("**Pictet**"), a Swiss bank headquartered in Geneva. I am authorized to execute this declaration on behalf of Pictet. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. This declaration is being submitted in connection with the response (the "**Response**")[1] of Pictet and Baer to the Debtors' Objection (the "**Objection**") as it relates to the Claim, and in support of the motion to enlarge the time for the filing of the Claim by one day.

3. I personally prepared the Claim and arranged for it to be delivered to the United States post office box identified in the claim form. I arranged to send the Claim

---

[1] Each capitalized term used herein without definition has the meaning ascribed to it in the Response.

23537771v1

via Swiss Post International Priority on October 28, 2009, five days before the bar date for Lehman Program Securities, November 2, 2009.

4.     I had no knowledge of any question regarding the timeliness of the Claim prior to the service of the Debtors' Objection.

5.     Pictet timely obtained blocking numbers as to each security listed in the Claim (as the Debtors requested), which confirm Pictet's ownership of the securities.

6.     I respectfully request that the Court enlarge the time for the filing of the Claim by one day to accommodate the inadvertent delay in the mail delivery of the Claim, for the reasons set forth in the Response.

7.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 8, 2011
       Geneva, Switzerland

By: _____
    Antoine Salamolard
    Attorney-at-Law (Swiss)
    Pictet & Cie

2

23537771v1