**Exhibit C – Scheduled Securities**

- CH0026915527

- XS0205185456

- XS0252835110

- XS0189741001

- XS0128857413

- XS0183944643

- XS0224346592

- XS0299141332

- XS0210414750