Michael E. Wiles
Derek P. Alexander
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:     (212) 909-6000
Facsimile:      (212) 521-7603
mewiles@debevoise.com
dalexander@debevoise.com
*Attorneys for Pictet & Cie*

James I. McClammy
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:     (212) 450-4584
Facsimile:      (212) 701-5584
james.mcclammy@davispolk.com
*Attorneys for Bank Julius Baer & Co. Ltd.*

Hearing Date:  Dec. 21, 2011 at 10:00 a.m.
Objection Deadline: Dec. 14, 2011 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc.,** *et al.*, | **08-13555 (JMP)** |
| **Debtors.** | **Jointly Administered** |

**NOTICE OF HEARING AND MOTION TO ENLARGE THE TIME
PERIOD FOR THE FILING OF CLAIM NUMBER 64249 BY ONE DAY**

PLEASE TAKE NOTICE that Pictet & Cie and Bank Julius Baer & Co., Ltd. hereby move, pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, for entry of an Order enlarging the time period for the filing of Claim Number 64249 by one day, for the reasons set forth in the "Response of Pictet & Cie and Bank Julius Baer & Co., Ltd. to Debtors' Objection to Claim No. 64249 in their One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) and Statement in Support of their Motion to Enlarge the Time Period for the Filing of Claim Number 64249 by One Day," filed contemporaneously herewith;

PLEASE TAKE FURTHER NOTICE that a hearing (the "**Hearing**") on the motion (the "**Motion**") will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at

the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "**Bankruptcy Court**"), on December 21, 2011 at 10:00 a.m. (Prevailing Eastern Time) or as soon thereafter as counsel may be heard;

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York 10022, Attn: Michael E. Wiles, attorneys for Pictet & Cie; (iii) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: James I. McClammy, attorneys for Bank Julius Baer & Co., Ltd.; (iv) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq., attorneys for the Debtors; (v) the Office of the United States Trustee for the Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 Attn: Tracy Hope Davis, Esq., Andrea B. Schwartz, Esq., and Elisabetta Gasparini, Esq.; and (vi) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Evan Fleck, Esq. and Dennis O'Donnell, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases, so as to be

so filed and received by no later than December 14, 2011, at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: November 10, 2011
New York, New York

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By: *(signature)*
Michael E. Wiles
Derek P. Alexander
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7603
mewiles@debevoise.com
dalexander@debevoise.com
*Attorneys for Pictet & Cie*

DAVIS POLK & WARDWELL LLP

By: *(signature)*
James I. McClammy
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4584
Facsimile: (212) 701-5584
james.mcclammy@davispolk.com
*Attorneys for Bank Julius Baer & Co. Ltd.*