**Exhibit E – Proposed Form of Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| **Lehman Brothers Holdings Inc., *et al.*,** | **08-13555 (JMP)** |
| Debtors. | Jointly Administered |

## ORDER ENLARGING THE TIME PERIOD
## FOR THE FILING OF CLAIM NUMBER 64249

Upon consideration of the motion of Pictet & Cie and Bank Julius Baer & Co. Ltd. to enlarge the time period for the filing of Claim Number 64249 by one day, and due notice thereof having been provided, and it appearing that no other or further notice thereof need be provided, and having considered the motion and any objections thereto, and for good cause shown, the Court, pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, hereby enlarges the time for the filing of Claim Number 64249 from November 2, 2009 to November 3, 2009.

Dated: _____
      New York, New York

                              SO ORDERED:

                              _____
                              Honorable James M. Peck
                              United States Bankruptcy Judge