**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

November 11, 2011

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")
Twenty-fourth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the twenty-fourth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order dated September 10, 2010. Debtors will file this report on the docket in advance of the November 16, 2011 omnibus hearing.

In the just-ended 31-day period, Debtors have served 34 additional ADR Notices in Tier I. When added to the total Notices served in Tier Two, the total number of Notices served is 198 on 215 counterparties. Also during the immediately past reporting period, Debtors achieved settlements with counterparties in nine additional ADR matters, two as a result of mediation. Upon closing of those settlements, Debtors will have received an aggregate total of $924,401,052 new dollars for the Debtors' estates. Settlements have now been achieved in 152 ADR matters involving 162 counterparties.

Honorable James M. Peck  
November 11, 2011  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 60 ADR matters that have reached the mediation stage and have been concluded, 55 have been settled in mediation. Only five mediations have terminated without settlement. Sixteen additional mediations have been scheduled to commence on the following dates: November 16 and 29; December 6, 8, 9, 13, 14, 15, 16 and 19, 2011; and January 5, 16, 18, 23, 25 and 30, 2012.

Respectfully submitted,

Peter Gruenberger  
WEIL, GOTSAHL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc: Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)