ROPES & GRAY LLP
Mark I. Bane (MB 4883)
Jose Raul Alcantar Villagran (JA 0925)
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for Sankaty Credit Opportunities III, L.P.
and Sankaty Special Situations I, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         :ss.:
COUNTY OF NEW YORK )

        MICHAEL S. SANTOPIETRO AND DREW W. FISHBACK, being duly sworn, depose and say:

        1.    We are employed by the law firm of Ropes & Gray LLP. We are over 18 years of age and reside in the state of New York. We are not parties to this action.

        2.    On Thursday, November 10, 2011, we caused true and correct copies of the following documents, which were filed by Ropes & Gray, LLP on November 10, 2011, to be served on all of those parties receiving electronic notification via the Court's electronic filing

28529767_1

system, and by hand delivery upon the parties listed on the annexed <u>Exhibit A</u> at the addresses set forth in such exhibit:

- Objection of Sankaty Credit Opportunities III, L.P. to Debtors' Proposed Assumption of Certain Derivative Agreements [Docket Number 21896]
- Statement and Reservation of Rights of Sankaty Special Situations I, L.P. with Respect to Debtors' Proposed Assumption of Derivative Agreements [Docket Number 21897]

We declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: November 11, 2011

_____
Michael S. Santopietro

_____
Drew W. Fishback

28529767_1

# EXHIBIT A

## Served by Michael S. Santopietro

Chambers of the Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jacqueline Marcus, Esq.

## Served by Drew W. Fishback

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

28529767_1