ROPES & GRAY LLP
Jose Raul Alcantar Villagran (JA-0925)
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

and

D. Ross Martin (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for Massachusetts Housing Finance Agency*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., *et al.***<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK   )

      MICHAEL S. SANTOPIETRO AND DREW W. FISHBACK, being duly sworn, depose and say:

    1.    We are employed by the law firm of Ropes & Gray LLP. We are over 18 years of age and reside in the state of New York. We are not parties to this action.

28529767_1

2. On Thursday, November 10, 2011, we caused true and correct copies of the *Objection of Massachusetts Housing Finance Agency to Debtors' Proposed Assumption of ISDA Master Agreements*, which was filed by Ropes & Gray, LLP on November 10, 2011, at docket number 21899, to be served on all of those parties receiving electronic notification via the Court's electronic filing system, and by hand delivery upon the parties listed on the annexed Exhibit A at the addresses set forth in such exhibit.

We declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: November 11, 2011

/s/ Michael S. Santopietro
Michael S. Santopietro

/s/ Drew W. Fishback
Drew W. Fishback

28529767_1

# EXHIBIT A

**Served by Michael S. Santopietro**

Chambers of the Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jacqueline Marcus, Esq.

**Served by Drew W. Fishback**

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

28529767_1