STROOCK & STROOCK & LAVAN LLP
Andrew DeNatale
Claude Szyfer
Denise K. Wildes
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Nordea Bank AB (publ) and Nordea Bank Finland plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| _____ ) | |
| In re ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, ) | Case No. 08-13555 (JMP) |
| ) | |
| Debtors. ) | Jointly Administered |
| _____ ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

Mark Wojcik, being duly sworn, affirms and says:

1.      I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane,

New York, New York 10038.

2.      On November 10, 2011, affiant caused to be served, true and correct copies of the

*Objection of Nordea Bank AB (publ) and Nordea Bank Finland plc to Debtors'*

*Proposed Assumption of Their Derivative Contracts Listed on Exhibit 2 of the Plan*

*Supplement* (Dkt. No. 21869), filed via the Court's ECF system on such date and via

hand delivery upon the parties listed on the attached Service List.


/s/ Mark Wojcik_____
Mark Wojcik

Sworn to before me this
11th day of November, 2011

/s/ Jeffrey M. Negron_____
NOTARY PUBLIC

Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

**Service List**

***Via Hand Delivery***
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

***Via Hand Delivery***
Dennis F. Dunne, Esq.
Dennis O' Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

***Via Hand Delivery***
Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004