Alissa M. Nann, Esq.
**FOLEY & LARDNER LLP**
90 Park Ave., 36th Floor
New York, NY 10016
Tel:  (212) 682-7474
Fax:  (212) 687-2329

- and -

Geoffrey S. Goodman
Lars A. Peterson
**FOLEY & LARDNER LLP**
321 N. Clark Street, Ste. 2800
Chicago, IL 60654
(312) 832-4500 (Telephone)
(312) 832-4700 (Facsimile)

*Counsel for Access Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2011, I caused to be electronically filed with the United States Bankruptcy Court for the Southern District of New York, the OBJECTION OF ACCESS GROUP, INC. TO CURE AMOUNTS FOR PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS**,** using the ECF system which will send notification of such filing to registered users in the case and caused to be served via U.S. mail on the Notice Parties: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom

4826-7421-4670.1

601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Jacqueline Marcus, Esq.); (iii) the Office of the United States Trustee for Region 2,33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

Dated: November 11, 2011
New York, New York

Respectfully submitted,

By: /s/ Alissa M. Nann
Alissa M. Nann, Esq. (4520508)
**FOLEY & LARDNER LLP**
90 Park Ave., 36th Floor
New York, NY 10016
Tel:    (212) 682-7474
Fax:   (212) 687-2329

and

Geoffrey S. Goodman
Lars A. Peterson
**FOLEY & LARDNER LLP**
321 N. Clark Street, Ste. 2800
Chicago, IL 60654
(312) 832-4500 (Telephone)
(312) 832-4700 (Facsimile)

*Counsel for Access Group, Inc.*