UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                ) Chapter 11
                                                      )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              ) Case No. 08-13555 (JMP)
                                                      )
                                                      )
                                                      )
       Debtors                                        ) (Jointly Administered)

---

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Thoroughbred Fund L.P.
Name of Transferee

Goldman Sachs Lending Partners LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

  Appaloosa Investment L.P. 1
  51 JFK Parkway, Suite 250B
  Short Hills, NJ 07078
  Attn: Ken Maiman
  Phone: 973-701-7000

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

**Case No. 08-13555**

Court Claim # (if known): 13034
Amount of Claim as Filed: $37,853,695.47
Amount of Claim as Transferred: $3,501,201.84
Date Claim Filed: 9/16/2009
Debtor: Lehman Brother Holdings Inc.

NYC:233476.1

Annex F
Notice of Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Goldman Sachs Lending Partners LLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, GOLDMAN SACHS LENDING PARTNERS LLC ("**Seller**") hereby unconditionally and irrevocably sells, transfers and assigns to THOROUGHBRED FUND L.P. ("**Purchaser**") a ratable portion in the amount of $3,501,201.84, representing 9.25% of all right, title and interest in and to the claim of Intesa Sanpaolo S.p.A. against Lehman Brothers Holdings Inc., (the "**Debtor**") and its affiliates in the amount of $37,853,695.47 and assigned Claim No. 13034 in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, dated as of the 11 day of Nov , 2011.

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____
Name:
Title:
      Ivan Anderson
    Authorized Signatory


**THOROUGHBRED FUND L.P.**


By: _____
Name:
Title:


18

### Annex F
### Notice of Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Goldman Sachs Lending Partners LLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, GOLDMAN SACHS LENDING PARTNERS LLC ("**Seller**") hereby unconditionally and irrevocably sells, transfers and assigns to THOROUGHBRED FUND L.P. ("**Purchaser**") a ratable portion in the amount of $3,501,201.84, representing 9.25% of all right, title and interest in and to the claim of Intesa Sanpaolo S.p.A. against Lehman Brothers Holdings Inc., (the "**Debtor**") and its affiliates in the amount of $37,853,695.47 and assigned Claim No. 13034 in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, dated as of the 11 day of Nov, 2011.

**GOLDMAN SACHS LENDING PARTNERS LLC**

By:_____
Name:
Title:


**THOROUGHBRED FUND L.P.**

By: *K.M.*
Name: Ken Maiman
Title: General Counsel

18

SK 26751 0003 1231647 v2