

# THE BANK OF NEW YORK MELLON

Swap Trade Reference Numbers:

| QSR Ref No. | Lehman Global ID | Lehman Effort ID |
|---|---|---|
| SWAPCPBL6400013AP2 (Swap 24) | L2135951 | 3876530 |
| SWAPCPBL6400033AP2 (Swap 17) | L2136678 | 3878097 |
| SWAPCPBL6400040AP2 (Swap 30) | L2135856 | 3876586 |
| SWAPCPBL6400048AP2 (Swap 21) | | 3876570 |
| SWAPCPBL6400163JT (Swap 43) | L2135796 | 3876830 |
| SWAPCPBL6400164JT (Swap 21) | L2135823 | 3876777 |
| SWAPCPBL6400165JT (Swap 41) | L2135822 | 3876812 |
| SWAPCPBL6400209JT (Swap 28) | L2137003 | 3878173 |
| SWAPCPBL6400211JT (Swap 8) | L2136282 | 3877762 |
| SWAPCPBL6400213JT (Swap 35) | L2136773 | 3878283 |
| SWAPCPBL6400214JT (Swap 43) | L2136761 | 3878353 |
| SWAPCPBL6400215JT (Swap 63) | L2136993 | 3878495 |
| SWAPCPBL6400218JT (Swap 68) | L2140221 | 3878524 |
| SWAPCPBL6400221JT (Swap 75) | L2136973 | 3878597 |
| SWAPCPBL6400222JT (Swap 78) | L2136964 | 3878684 |
| SWAPCPBL6400223JT (Swap 89) | L2136941 | 3878796 |
| SWAPCPBL6400225IG1 (Swap 16) | L2136667 | 3877855 |
| SWAPCPBL6400226JT (Swap 10) | L2136666 | 3877806 |
| SWAPCPBL6400227IG1 (Swap 22) | L2136982 | 3877884 |
| SWAPCPBL6400228JT (Swap 19) | L2136701 | 3877865 |
| SWAPCPBL6400229JT (Swap 30) | L2137002 | 3878198 |
| SWAPCPBL6400230JT (Swap 31) | L2137093 | 3878220 |
| SWAPCPBL6400231JT (Swap 20) | L2136425 | 3877871 |
| SWAPCPBL6400232JT (Swap 32) | L2137005 | 3878236 |
| SWAPCPBL6400233JT (Swap 41) | L2136491 | 3878324 |
| SWAPCPBL6400234JT (Swap 21) | L2136693 | 3877880 |
| SWAPCPBL6400235JT (Swap 45) | L2137092 | 3878393 |
| SWAPCPBL6400236JT (Swap 42) | L2136493 | 3878337 |
| SWAPCPBL6400238JT (Swap 95) | L2136938 | 3878823 |
| SWAPCPBL6400240JT (Swap 46) | L2137099 | 3878426 |
| SWAPCPBL6400242JT (Swap 53) | L2137040 | 3878457 |
| SWAPCPBL6400248JT (Swap 101) | L2137086 | 3878869 |
| SWAPL6400005JTC (Additional) | L2164210 | 3905078 |
| SWAPL640007AP2 (Swap 40) | L2167001 | 3907849 |

101 Barclay Street 4 East, New York, NY 10286