```
-----------------------------------------------------------------
    OUTGOING SWIFT 202 MESSAGE: GP20090206MSGBIX04067200
-----------------------------------------------------------------
Basic header:
:application identifier    :F   FINANCIAL
:message identifier        :01   TRANSACTION
:LT Address                :IRVTBEBBAXXX
:session/sequence          :????/047032}
-----------------------------------------------------------------
Application header block:
:input/output identifier   :I   OUTGOING MESSAGE
:transaction type          :202  bank tfr in favour of 3rd bank
:transaction priority      :N   NORMAL
:To                :DEUTDEFFXXXX
                   DEUTSCHE BANK A.G.
                   TAUNUSANLAGE 12
                   FRANKFURT 60325 AM MAIN
                   GERMANY
:delivery monitoring       :    none
:obsolescence period       :000
-----------------------------------------------------------------
Text block:
:20 /transaction reference number  :NRF0902060484100
:21 /related reference            :NO REF
:32A/value date               :060209 EUR 3.005.495,43
:57A/account with inst - BIC     :CITIGB2L
                   CITIBANK N.A.
                   LONDON
:58D/beneficiary inst - name/addr  :/001-2136325
                   LEHMAN BROTHERS SPECIAL FINANCING
                   INC
:72 /sender to receiver information:/BNF/REF CLOSE OUT OF SEALINK
                   //SWAPS}
-------------------------------------------------------------++
-----------------------------------------------------------------
    RESPONSE TO GP20090206MSGBIX04067200
 Swift ACK/{1:F21IRVTBEBBKXXX0024111663}{4:{177:0902061524}{451:0}}
 > MESSAGE ACKNOWLEDGED <
  Fix    : 000164/QUI/BRQUINTART Date:090206 Time:08:50:10
```