| COUNTERPARTY | DEBTOR |
|---|---|
| Consumer Unsecured Reperforming Loans (Curl) PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-1 PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-2BL PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-3NC PLC | Lehman Brothers Special Financing Inc. |
| Eurosail  - NL 2007-2 BV | Lehman Brothers Special Financing Inc. |
| Eurosail NL 2008-1 B.V. | Lehman Brothers Special Financing Inc. |
| Eurosail-UK 2007-2NP PLC | Lehman Brothers Special Financing Inc. |
| Ford Credit Auto Owner Trust 2007-B | Lehman Brothers Special Financing Inc. |
| Fullerton Drive CDO Limited | Lehman Brothers Special Financing Inc. |
| Kings River Limited | Lehman Brothers Special Financing Inc. |
| LB Peru Trust, II, 1998-A | Lehman Brothers Special Financing Inc. |
| Liberty Square CDO I. Limited | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO I, Ltd. | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO II, Limited | Lehman Brother Financial Products, Inc. |
| Liberty Square CDO II, Ltd. | Lehman Brothers Financial Products Inc. |
| Phoenix Series 2002-1 | Lehman Brothers Special Financing Inc. |
| Phoenix Series 2002-2 | Lehman Brothers Special Financing Inc. |
| Puerto Rico Commonwealth of (Escrow) | Lehman Brothers Special Financing Inc. |
| Racers Series 2002-26 | Lehman Brothers Special Financing Inc. |
| Sealink Funding Limited | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-1 | Lehman Brothers Special Financing Inc. |

| COUNTERPARTY | DEBTOR |
|---|---|
| Sunset Park CDO Limited SPC Series 2004-2 | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-4 | Lehman Brothers Special Financing Inc. |
| Tavares Square CDO Limited | Lehman Brothers Special Financing Inc. |
| Taylor Creek Limited | Lehman Brothers Special Financing Inc. |
| The Bank of New York Mellon | Lehman Brothers Commercial Corp. |
| TIAA Structured Finance CDO 1, Limited | Lehman Brothers Financial Products Inc. |
| Vox Place CDO Limited | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-11 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-14 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-16 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2005-7 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2006-15 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2006-5 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2006-6 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-1 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-10 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-11 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-13 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-14 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-15 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-4 | Lehman Brothers Special Financing Inc. |

US_ACTIVE-107760958.1

| COUNTERPARTY | DEBTOR |
|---|---|
| Beryl Finance Limited Series 2007-5 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-7 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-8 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-1 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-14 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-3 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-6 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-7 | Lehman Brothers Special Financing Inc. |
| Consumer Unsecured Reperforming Loans (Curl) PLC | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-1 | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-2 | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-3 | Lehman Brothers Special Financing Inc. |
| Diamond Finance 2006-2 | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-1 PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-2BL PLC | Lehman Brothers Special Financing Inc. |
| Eurosail 2006-3NC PLC | Lehman Brothers Special Financing Inc. |
| Eurosail  - NL 2007-2 BV | Lehman Brothers Special Financing Inc. |
| Eurosail NL 2008-1 B.V. | Lehman Brothers Special Financing Inc. |
| Eurosail-UK 2007-2NP PLC | Lehman Brothers Special Financing Inc. |
| Ford Credit Auto Owner Trust 2007-B | Lehman Brothers Special Financing Inc. |
| Fullerton Drive CDO Limited | Lehman Brothers Special Financing Inc. |

US_ACTIVE-107760958.1

| COUNTERPARTY | DEBTOR |
|---|---|
| Jupiter Quartz Finance PLC 2004-1 Class A | Lehman Brothers Special Financing Inc. |
| Jupiter Quartz Finance PLC 2004-1 Class B | Lehman Brothers Special Financing Inc. |
| Jupiter Quartz PLC 2004-2 | Lehman Brothers Special Financing Inc. |
| Kings River Limited | Lehman Brothers Special Financing Inc. |
| LB Peru Trust, II, 1998-A | Lehman Brothers Special Financing Inc. |
| Liberty Square CDO I. Limited | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO I, Ltd. | Lehman Brothers Financial Products Inc. |
| Liberty Square CDO II, Limited | Lehman Brother Financial Products, Inc. |
| Liberty Square CDO II, Ltd. | Lehman Brothers Financial Products Inc. |
| Lion City CDO 2006-2 LTD | Lehman Brothers Special Financing Inc. |
| Lion City CDO 2006-3 Ltd | Lehman Brothers Special Financing Inc. |
| Lion City CDO Limited Series 2006-1 | Lehman Brothers Special Financing Inc. |
| Lion City CDO Ltd Series 2006-5 | Lehman Brothers Special Financing Inc. |
| Onyx Funding Limited Series 2006-1 | Lehman Brothers Special Financing Inc. |
| Pearl Finance Series 2003-8 | Lehman Brothers Special Financing Inc. |
| Phoenix Series 2002-1 | Lehman Brothers Special Financing Inc. |
| Phoenix Series 2002-2 | Lehman Brothers Special Financing Inc. |
| Puerto Rico Commonwealth of (Escrow) | Lehman Brothers Special Financing Inc. |
| Quartz Finance 2003-4 | Lehman Brothers Special Financing Inc. |
| Quartz Finance 2004-1 | Lehman Brothers Special Financing Inc. |
| Quartz Finance 2005-1 | Lehman Brothers Special Financing Inc. |

US_ACTIVE-107760958.1

| COUNTERPARTY | DEBTOR |
|---|---|
| Quartz Finance Series 2003-3 | Lehman Brothers Special Financing Inc. |
| Racers Series 2002-26 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 Class A15 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 Class A16 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 Classes A2-A9 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-2 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-3 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-4 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2006-5 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2007-1 | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2007-3 | Lehman Brothers |
| Ruby Finance 2008-01 | Lehman Brothers Special Financing Inc. |
| Saphir Fiannce PLC 2004-4 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-1 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-10 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-3 Class A | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-3 Class B | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-3 Class C | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-4 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2006-10 | Lehman Brothers Special Financing Inc. |

US_ACTIVE-107760958.1

| COUNTERPARTY | DEBTOR |
|---|---|
| Saphir Finance PLC 2006-2 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2006-3 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2007-1 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2007-3 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2007-5 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2007-9 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2008-1 | Lehman Brothers Special Financing Inc. |
| Sealink Funding Limited | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-1 | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-2 | Lehman Brothers Special Financing Inc. |
| Sunset Park CDO Limited SPC Series 2004-4 | Lehman Brothers Special Financing Inc. |
| Tavares Square CDO Limited | Lehman Brothers Special Financing Inc. |
| Taylor Creek Limited | Lehman Brothers Special Financing Inc. |
| The Bank of New York Mellon | Lehman Brothers Commercial Corporation |
| TIAA Structured Finance CDO 1, Limited | Lehman Brothers Financial Products Inc. |
| Topaz Finance Ltd 2005-1 | Lehman Brothers Special Financing Inc. |
| Topas Finance LTD 2005-2 | Lehman Brothers Special Financing Inc. |
| Vox Place CDO Limited | Lehman Brothers Special Financing Inc. |
| Zircon Finance Limited Series 2007-3 | Lehman Brothers Special Financing Inc. |
| Zircon Finance Limited Series 2007-9 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-1 | Lehman Brothers Special Financing Inc. |

US_ACTIVE-107760958.1

| COUNTERPARTY | DEBTOR |
|---|---|
| Zircon Finance LTD Series 2007-14 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-17 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-2 | Lehman Brothers Special Financing Inc. |

US_ACTIVE-107760958.1