

# INVOICE

**PERSONAL AND CONFIDENTIAL**

Lehman Brothers Holdings Inc.
Image Processing Systems
P.O.Box 2339
c/o Lehman Brothers A/P Dept
Secaucus, NJ 07096
**assignee Yvette Windley**

| Invoice # | Invoice Date | Purchase Order |
|---|---|---|
| 002-September08LEH1 | 9/25/2008 | |

| Reference# | Participant | P&L #'s | Fee |
|---|---|---|---|
| 002-200808319-OAO | | 42974 | $ 3,600.00 |
| 002-200808519-OAO | | 22881 | $ 3,600.00 |
| 002-200808571-OAO | | 23221 | $ 3,600.00 |
| 002-200808146-OAO | | 47215 | $ 3,600.00 |
| 002-200808562-OAO | | 23084 | $ 3,600.00 |
| 002-200808038-OAO | | 47215 | $ 3,600.00 |
| 002-200808271-OAO | | 41516 | $ 3,600.00 |
| 002-200808522-OAO | | 22881 | $ 3,600.00 |
| 002-200808503-OAO | | 23081 | $ 3,600.00 |
| 002-200808037-OAO | | 47215 | $ 3,600.00 |
| 002-200808536-OAO | | 22881 | $ 3,600.00 |
| 002-200808532-OAO | | 22881 | $ 3,600.00 |
| 002-200803742-OAO | | 26506 | $ 3,600.00 |
| | | | $ 46,800.00 |

Payment is due upon receipt of invoice.

To ensure prompt and accurate credit to your account, please:
  · *indicate invoice no. 002-September08LEH1 on the check.*
  · enclose a copy of the invoice with your payment.
  · remit both invoice and check to the address below.
**Right Management, P.O. Box 8538-388, Philadelphia, PA 19171-0388**

If you have any questions regarding invoice or account information, please call
Denise Stanich at 973-331-1100.

Federal Tax I.D. #23-2153729

MANAGING THE HUMAN SIDE OF CHANGE®



## INVOICE

**PERSONAL AND CONFIDENTIAL**

Lehman Brothers Holdings Inc.
Image Processing Systems
P.O.Box 2339
c/o Lehman Brothers A/P Dept
Secaucus, NJ 07096
**assignee Yvette Windley**

| Invoice # | Invoice Date | Purchase Order |
|---|---|---|
| 002-September08LEH2 | 9/25/2008 | |

| Reference# | Participant | P&L #'s | Fee |
|---|---|---|---|
| 002-200808531-OAO | | 22881 | $ 3,600.00 |
| 002-200808335-OAO | | 47215 | $ 3,600.00 |
| 002-200803704-OCO | | 49729 | $ 600.00 |
| 002-200808525-OAO | | 22881 | $ 3,600.00 |
| 002-200808526-OAO | | 22881 | $ 3,600.00 |
| 002-200808577-OAO | | 23629 | $ 3,600.00 |
| 002-200808496-OAO | | 22881 | $ 3,600.00 |
| 002-200803677-OAO | | 27409 | $ 3,600.00 |
| 002-200808514-OAO | | 22881 | $ 3,600.00 |
| 002-200808529-OAO | | 22881 | $ 3,600.00 |
| 002-200808576-OAO | | 23081 | $ 3,600.00 |
| 002-200808464-OAO | | 22881 | $ 3,600.00 |
| 002-200803601-OAO | | 22881 | $ 3,600.00 |
| 002-200808521-OAO | | 22881 | $ 3,600.00 |
| | | | $ 47,400.00 |

Payment is due upon receipt of invoice.

To ensure prompt and accurate credit to your account, please:
  · *indicate invoice no.  002-September08LEH2  on the check.*
  · enclose a copy of the invoice with your payment.
  · remit both invoice and check to the address below.
**Right Management, P.O. Box 8538-388, Philadelphia, PA  19171-0388**

If you have any questions regarding invoice or account information, please call Denise Stanich at 973-331-1100.

Federal Tax I.D. #23-2153729

MANAGING THE HUMAN SIDE OF CHANGE®

Right Management · 1818 Market Street, 33rd Floor · Philadelphia, Pennsylvania 19103
Phone 215 988-1588 Fax 215 988-0150 · www.right.com



# INVOICE

*PERSONAL AND CONFIDENTIAL*

Lehman Brothers Holdings Inc.
Image Processing Systems
P.O. Box 2339
c/o Lehman Brothers A/P Dept
Secaucus, NJ 07096
**assignee Yvette Windley**

| Invoice # | Invoice Date | Purchase Order |
|---|---|---|
| 002-September08LEH3 | 9/25/2008 | |

| Reference# | Participant | P&L #'s | Fee |
|---|---|---|---|
| 002-200808537-OAO | | 22881 | $ 3,600.00 |
| 002-200803569-OAO | | 36004 | $ 3,600.00 |
| 002-200803567-OAO | | 22793 | $ 3,600.00 |
| 002-200808219-OAO | | 47215 | $ 3,600.00 |
| 002-200805914-OAO | | 27403 | $ 3,600.00 |
| 002-200808501-OAO | | 22881 | $ 3,600.00 |
| 002-200808504-OAO | | 23085 | $ 3,600.00 |
| 002-200808528-OAO | | 22881 | $ 3,600.00 |
| 002-200808538-OAO | | 22881 | $ 3,600.00 |
| 002-200807379-OAO | | 45548 | $ 3,600.00 |
| | | | $ 36,000.00 |

Payment is due upon receipt of invoice.

To ensure prompt and accurate credit to your account, please:
· *indicate invoice no. 002-September08LEH3 on the check.*
· enclose a copy of the invoice with your payment.
· remit both invoice and check to the address below.
**Right Management, P.O. Box 8538-388, Philadelphia, PA 19171-0388**

If you have any questions regarding invoice or account information, please call Denise Stanich at 973-331-1100.

Federal Tax I.D. #23-2153729

MANAGING THE HUMAN SIDE OF CHANGE®

Right Management · 1818 Market Street, 33rd Floor · Philadelphia, Pennsylvania 19103
Phone 215 988-1588 Fax 215 988-0150 · www.right.com

# INVOICE

**PERSONAL AND CONFIDENTIAL**

Lehman Brothers Holdings Inc.
Image Processing Systems
P.O.Box 2339
c/o Lehman Brothers A/P Dept
Secaucus, NJ 07096
**assignee Yvette Windley**

| Invoice # | Invoice Date | Purchase Order |
|---|---|---|
| 002-Oct08LEHMAN | 10/28/2008 | |

| Reference# | Participant | P&L #'s | Fee |
|---|---|---|---|
| 002-200808563-OAO | | | $ 3,600.00 |
| | Total Amount | | $ 3,600.00 |

Payment is due upon receipt of invoice.

To ensure prompt and accurate credit to your account, please:
 · *indicate invoice no. 002-Oct08LEHMAN on the check.*
 · enclose a copy of the invoice with your payment.
 · remit both invoice and check to the address below.
**Right Management, P.O. Box 8538-388, Philadelphia, PA 19171-0388**

If you have any questions regarding invoice or account information, please call Denise Stanich at 973-331-1100.

Federal Tax I.D. #23-2153729