DLA PIPER LLP (US)
1251 Avenue of the Americas, 25th Flr.
New York, New York  10020
Telephone:  212.335.4500
Facsimile:  212.335.4501
Thomas R. Califano, Esq.
Daniel G. Egan, Esq.

*Attorneys for The Buck Institute for Age Research*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : | |
| **et al.,** | : | **Case No. 08-13555 (JMP)** |
| | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |
| | : | |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Maria Grabis, hereby certify that on November 10, 2011, I caused to be served on all parties in the manner indicated on the annexed Service List, a true copy of the **Amended Limited Objection Of The Buck Institute For Age Research To The Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors**.

                                        /s/ Maria Grabis
                                        Maria Grabis

EAST\47202729.1

# SERVICE LIST

*(Via First Class Mail)*

Harvey R. Miller Esq.
Lori R. Fife Esq.
Alfredo R. Perez Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153-0119


Dennis F. Dunne Esq.
Dennis O'Donnell Esq.
Evan Fleck Esq.
Milbank, Tweed, Hadley & McClory LLP
1 Chase Manhattan Plaza
New York, NY 10005


Elisabetta Gasparini Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004