# CERTIFICATE OF SERVICE

I, Jeremy Schreiber, an attorney, hereby certify that prior to 4:00 pm EST on the 9th day of November 2011, I caused a true and correct copy of the **Reservation of Rights of U.S. Bank National Association to Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivatives Contracts** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Honorable James M. Peck
United States Bankruptcy Court for the
   Southern District of New York
Courtroom 601
One Bowling Green
New York, NY  10004

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Holly Clark
Tina Pederson
LEHMAN BROTHERS HOLDINGS, INC.
1271 Avenue of the Americas
New York, NY  10020

Alfredo R. Perez, Esq.
Mark Bernstein, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Evan R. Fleck, Esq.
Matthew Brod, Esq.
MILBANK, TWEED, HADLEY AND MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005

/s/ Jeremy Schreiber
_____
Jeremy Schreiber