Hearing Date: November 30, 2011 at 10:00 a.m. (Eastern Time)

DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
Glenn E. Siegel
Janet M. Bollinger
*Attorneys for RIC-OMIGSA Global Bond Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------ X : | |
| In re: : | |
| : | Chapter 11 Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC, *et al.* : | |
| : | (Jointly Administered) |
| Debtors. : | |
| : | |
| ------------------------------------------------------------ X | |

**RESPONSE AND JOINDER OF RIC-OMIGSA GLOBAL BOND FUND TO RESPONSE OF THE ROYAL BANK OF SCOTLAND PLC TO DEBTORS' TWO HUNDRED AND SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

RIC-OMIGSA Global Bond Fund ("RIC-OMIGSA"), by its undersigned counsel, hereby submits this Response and Joinder to the Response of The Royal Bank of Scotland PLC (the "RBS Response") [Dkt. No. 21989] to Debtors' Two Hundred and Seventeenth Omnibus Objection to Claims, (the "Objection") [Dkt. No. 20106] filed September 16, 2011 by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned chapter 11 cases. RIC-OMIGSA respectfully represents as follows:

1. RIC-OMIGSA joins in the RBS Response to the Objection for the reasoning set forth in the Objection.

2. RIC-OMIGSA filed claim number 60874 (the "Claim") on November 2, 2009 in accordance with the Court's order setting forth procedures and deadlines for filing proofs of claim, dated July 2, 2009 [Dkt. No. 4271]. The Claim is attached hereto as Exhibit A.

16816012

3.     The Objection requests the disallowance and expungment of the Claim that relates to ISIN XS0243852562 (the "Security") on the ground that the Security is guaranteed by non-Debtor Lehman Brothers Holdings plc.  The Security was included in the list of Lehman Program Securities which the Debtors published on their restructuring website and which is attached as Exhibit C to the RBS Response.  Additionally, the Security has the same ISIN as claim number 59649, which is the claim at issue in the RBS Response, which is attached as Exhibit A to the RBS Response.

4.     As demonstrated in the RBS Response, as of LBHI's petition date, RIC-OMIGSA had a valid claim against LBHI for the Security as a result of the LBHI adopted resolutions, attached to the RBS Response as Exhibit D.

5.     RIC-OMIGSA reserves any and all applicable rights at law and/or equity, all claims, and all defenses, including without limitation the right to discovery in connection with the Objection and the right to amend or supplement this response and to join in the response of any other party to the Objection.

WHEREFORE, RIC-OMIGSA requests that the Court deny the Objection with respect to the Claim, allow the Claim, and grant RIC-OMIGSA such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 11, 2011

Respectfully Submitted,

DECHERT LLP

By: */s/ Glenn E. Siegel*
    Glenn E. Siegel
    Janet M. Bollinger

1095 Avenue of the Americas
New York, NY  10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
glenn.siegel@dechert.com
janet.bollinger@dechert.com

*Attorneys for RIC-OMIGSA Global Bond Fund*

16816012

## **EXHIBIT A**

**EXHIBIT A**

16816012

| United States Bankruptcy Court/Southern District of New York | **LEHMAN SECURITIES PROGRAMS** |
|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)   0000060874 |
|---|---|---|

**Note:** This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

RIC-OMIGSA Global Bond Fund
c/o Eliott Cohen
909 A St
Tacoma, WA 98402

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: 253.439.2959   Email Address: ecohen@russell.com

**Name and address where payment should be sent (if different from above):**
State Street Bank & Trust Co.; BIC SBOSUS3N; ABA:026009166; Acc#:40434901
Ref: NIS9, RIC-OMIGSA Global Bond Fund
fundsops-fandmteam@russell.com

Telephone number: _____ Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ **$1,959,723.54** (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See attached detail   (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and/or other depository blocking reference number:**

See attached detail   (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
See attached detail   (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
NOV 0 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date:** 28 Oct 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

JAMES T. FREW, DIRECTOR

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.

Claim No. LBHI3011 Details - Trn Ref# 3653

| | | | | |
|---|---|---|---|---|
| Account | NIS9 - OMAM | | Clear Stream Blocking Reference # | CA25196 |
| As of Date | 15Sep2008 | | Clear Stream Participatory Account # | 13163 |
| Asset Type | Fixed Income | | | |
| Asset ID | XS0243852562 | | | |
| Security Description | LEHMAN BROTHERS UK III,1%,due 02/28/2049 | | | |
| No. of Shares or Units Held | 300,000.00 | (A) | | |
| Trade Date | | | | |
| Settlement Date | | | | |
| Maturity Date | 28Feb2049 | | | |

| Additional Costs | | |
|---|---:|---|
| Trading Costs | | (B) |
| Overdraft Charges | | (C) |
| Use of Funds | | (D) |
| Interest Accrued | 6,543.03 | (E) |

| Currency Conversion | |
|---|---:|
| (F) Gain/Loss Local = (A)+(B)+(C)-(D)+(E) | 306,543.03 |
| Currency | EUR |
| (G) Ex Rate | 1.4189 |
| Ex Rate Dt | 15Sep2008 |

Russell Rec/(Pay) in USD = (F)*(G)   434,953.91

08-13555-mg    Doc 22029    Filed 11/14/11    Entered 11/14/11 10:13:22    Main Document
Pg 8 of 16

Claim No. LBHI3011 Details - Trn Ref# 3654

| | | |
|---|---|---|
| Account | NIS9 - OMAM | |
| As of Date | 15Sep2008 | |
| Asset Type | Fixed Income | |
| Asset ID | XS0287044969 | |
| Security Description | LEHMAN BROS HLDGS,1%,due 03/14/2019 | |
| No. of Shares or Units Held | 1,050,000.00 | (A) |
| Trade Date | | |
| Settlement Date | | |
| Maturity Date | 14Mar2019 | |

| | |
|---|---|
| Clear Stream Blocking Reference # | CA13341 |
| Clear Stream Participatory Account # | 13163 |

| Additional Costs | | |
|---|---|---|
| Trading Costs | | (B) |
| Overdraft Charges | | (C) |
| Use of Funds | | (D) |
| Interest Accrued | 24,613.88 | (E) |

| Currency Conversion | |
|---|---|
| (F) Gain/Loss Local = (A)+(B)+(C)-(D)+(E) | 1,074,613.88 |
| Currency | EUR |
| (G) Ex Rate | 1.4189 |
| Ex Rate Dt | 15Sep2008 |

Russell Rec/(Pay) in USD = (F)*(G)    1,524,769.63

DECHERT LLP
Glenn E. Siegel
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone (212) 698-3500
glenn.siegel@dechert.com

*Attorneys for RIC-OMIGSA Global Bond Fund*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re:                          :
                                :       Chapter 11
LEHMAN BROTHERS HOLDINGS        :
INC.                            :       Case No. 08-13555 (JMP)
                                :
Debtor.                         :       (Jointly Administered)
———————————————————— x

## ADDENDUM TO PROOF OF CLAIM OF RIC-OMIGSA GLOBAL BOND FUND

This Addendum is submitted with, and incorporated in, the proof of claim (the "Proof of Claim") filed in this case by RIC-OMIGSA Global Bond Fund ("Russell").

On September 15, 2008, Lehman Brothers Holdings Inc. (the "Debtor") filed for bankruptcy protection in the United States Bankruptcy Court for the Southern District of New York (the "Court"). Pursuant to the Court's order, dated July 2, 2009, setting a deadline and establishing procedures for filing proofs of claim (the "Bar Date Order"), entities that file claims based on any Lehman Program Security are not required to attach or submit any documentation supporting any such Lehman Program Security. Russell is a subscriber of a certain series of notes identified on http://lehman-docket.com under the heading "Lehman Program Securities."

## CLASSIFICATION AND AMOUNT OF CLAIM

The claim filed hereunder is an unsecured claim. The Debtor is indebted and liable to Russell in the total liquidated amount of $1,959,723.54.[1]

---

[1] The claim amount was converted to US Dollar from Euro using the exchange rate of September 15, 2008, pursuant to the Bar Date Order. Notwithstanding such conversion, however, claimant reserves all rights as to the appropriateness and timing of this conversion for purposes of recovery against this Debtor.

15356823

## RESERVATION OF RIGHTS AND CLAIMS

This Proof of Claim is not and shall not be deemed or construed as (a) a waiver or release of Russell's rights against any person, entity or property (including, without limitation, any person or entity that is or may become a debtor in a case pending in this Court); (b) a consent by Russell to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Russell; (c) a waiver or release of Russell's right to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (d) a consent by Russell to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of Russell's right to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge; (f) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Russell; (g) an election of remedies; or (h) consent to the final determination or adjudication of any claim or right pursuant to 28 U.S.C. § 157(c).

Russell reserves the right to supplement or amend this Proof of Claim in any respect, to specify and quantify expenses or other charges or claims incurred by Russell, to assert any additional claim for priority or request for payment of administrative expenses, and to file additional proofs of claim for additional claims.

08-13555-mg    Doc 22029    Filed 11/14/11    Entered 11/14/11 10:13:22    Main Document
Pg 14 of 16



08-13555-mg    Doc 22029    Filed 11/14/11    Entered 11/14/11 10:13:22    Main Document
Pg 16 of 16