**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Fax: (212) 751-4864
Mark A. Broude
Email: Mark.Broude@lw.com

Attorneys for Bundesverband deutscher Banken e.V. and
Entschädigungseinrichtung deutscher Banken GmbH

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* ) | Case No. 08-13555 (JMP) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |

**STATEMENT IN SUPPORT OF CONFIRMATION**

TO THE HONORABLE JAMES M. PECK.
UNITED STATES BANKRUPTCY JUDGE:

The Association of German Banks (*Bundesverband deutscher Banken e.V.*) ("BdB") and Entschädigungseinrichtung deutscher Banken GmbH ("EdB"), jointly submit this statement (the "Statement") in support of the confirmation of the Third Amended Joint Chapter 11 Plan (the "Joint Plan") of Lehman Brothers Holdings, Inc. ("LBHI") and certain of its affiliated debtors (the "Debtors") dated September 1, 2011, filed as an exhibit to the Disclosure Statement filed September 1, 2011 [ECF No. 19629], as approved by Order of the Court dated September 1, 2011 [ECF No. 19631], as modified further and further approved by Order of the Court dated September 15, 2011 [ECF No. 20016], as follows:

NY\1887506.2

## Statement Supporting Plan Confirmation

1. BdB and EdB are unsecured creditors of LBHI. BdB and EdB have each entered into Settlement Agreements with the Debtors, each dated as of September 30, 2011 (the "Settlement Agreements").

2. The Settlement Agreements were included in a Plan Supplement, filed on October 25, 2011 [ECF No. 21254], as Exhibit 6, Parts A and C.

3. In accordance with Section 4.2(c) of each of the Settlement Agreements and subject to their terms and conditions, BdB and EdB support confirmation of the Joint Plan and consummation in accordance with its terms. BdB and EdB reserve all rights and remedies under the respective Settlement Agreements.

## Conclusion

WHEREFORE, BdB and EdB respectfully request that the Court confirm the Joint Plan.

Dated: November 14, 2011
New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Mark A. Broude*

Mark A. Broude
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Counsel for Bundesverband deutscher Banken e.V. and Entschädigungseinrichtung deutscher Banken GmbH

2

NY\1887506.2