CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew P. Brozman
Sara M. Tapinekis

*Counsel to Crédit Agricole Corporate and Investment Bank*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : |
| | : Case No. 08-13555 (JMP) |
| Debtors. | : |
| | : (Jointly Administered) |

-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Sara M. Tapinekis, hereby certify that on November 9, 2010, I caused to be delivered a true and correct copy of the Limited Objection of Crédit Agricole Corporate and Investment Bank to confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, dated August 31, 2011 (the "Objection") by hand to (i) Weil, Gotshal & Manges LLP, Attn: Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq., 767 Fifth Avenue, New York, New York 10153, (ii) The Office of the United States Trustee for the Southern District of New York, Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, New York 10004 and (iii) Milbank, Tweed, Hadley & McCloy LLP, Attn: Dennis F. Dunne, Esq.,

Dennis O'Donnell, Esq. and Evan Fleck, Esq., Chase Manhattan Plaza, New York, New York 10005.

Dated: November 14, 2011
      New York, New York

CLIFFORD CHANCE US LLP

By: */s/ Sara M. Tapinekis*
   Sara M. Tapinekis
   Clifford Chance US LLP
   31 West 52nd Street
   New York, New York 10019
   (212) 878-8000

*Counsel to Crédit Agricole Corporate and Investment Bank*