SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David M. Turetsky
Max S. Polonsky
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Prudential Investment Management, Inc.*
*as agent and investment advisor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re:                                : Chapter 11
                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.,* : Case No. 08-13555 (JMP)
                                      :
            Debtors.                  : (Jointly Administered)
------------------------------------- x

## CERTIFICATE OF SERVICE

      I, Ari M. Selman, hereby certify that I caused to be filed and served a true and correct copy of the Limited Objection of Prudential Investment Management, Inc. to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors via the Court's CM/ECF system on November 10, 2011.  Notice of this filing was sent to those persons receiving electronic notice of filings in this case.

      Additionally, I caused to be delivered by hand the Limited Objection of Prudential Investment Management, Inc. to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to the following recipients on November 10, 2011:

| | |
|---|---|
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>(Attn: Elisabetta G. Gasparini, Esq. and Andrea B. Schwartz, Esq.) | Chambers of the Hon. James M. Peck<br>United States Bankruptcy Court,<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408 |
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq.) | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.) |

      Additionally, I sent the Limited Objection of Prudential Investment Management, Inc. to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to the following recipients via electronic mail on November 10, 2011:

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq.<br>and Alfredo R. Pérez, Esq.) | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell,<br>Esq. and Evan R. Fleck, Esq.) |

| | |
|---|---|
| Dated: New York, New York<br>         November 14, 2011 | */s/ Ari M. Selman*<br>Ari M. Selman |

904805-New York Server 2A - MSW