In re Lehman Brothers Holdings Inc.                                       Case No. 08-13555 (JMP)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      RONGRONG LI, being duly sworn, deposes and says:

1. I am over 18 years old, am not a party to this action, and reside within the State of New York.

2. On November 11, 2011, deponent served the RESPONSE OF STIBBE N.V. TO DEBTORS' TWO HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS) upon the below-named attorneys by hand delivering a true and correct copy of the document to addresses as set forth below:

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Robert J. Lemons, Esq.<br>      Mark Bernstein, Esq. | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn: Dennis F. Dunne, Esq.<br>      Dennis O'Donnell, Esq.<br>      Evan Fleck, Esq. |

3. On November 11, 2011, deponent served the RESPONSE OF STIBBE N.V. TO DEBTORS' TWO HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS) upon the below-named attorneys by 1) dispatching a true and correct copy of the document to them at the address designated by them for that purpose as set forth below, by Federal Express overnight delivery service for overnight delivery:

      Office of the U.S. Trustee for Region 2
      33 Whitehall Street, 21st Floor
      New York, NY 10004

Attn: Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.,

and 2) by delivering true and correct copies of the document via electronic mail at the electronic mail address as set forth below:

Andrea B. Schwartz on behalf of U.S. Trustee United States Trustee
andrea.b.schwartz@usdoj.gov

_____
Rongrong Li

Subscribed and sworn to before me
this  11th  day of November 2011

_____
Notary Public

WOJCIECH JACKOWSKI
Notary Public, State of New York
No. 02JA6221766
Qualified in Queens County
Commission Expires May 10, 2014