

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re                                             :         Case No. 08-13555 (JMP)

                                                            Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :
                                                            (Jointly Administered)
            Debtors.                              :

------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Ivan L. Kallick, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Catholic Healthcare West, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of California and the bar of the United States District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 9, 2011
Los Angeles, California

                              Ivan L. Kallick
                              _____

                              *Mailing Address:*

                              Manatt, Phelps & Phillips, LLP
                              11355 West Olympic Boulevard
                              Los Angeles, California 90064
                              E-mail address:  ikallick@manatt.com
                              Telephone number:  (310) 312-4000
                              Telecopy number :  (310) 312-4224

301001144.1