# EXHIBIT B

```
INFINITY ***  Lehman Brothers Global Trading and Finance  ***  INFINITY

* Reverse Repo(RR)  *        *** New Contract ***       | Total Repo Principal: $    1,766,000.00  |                        Page 1 of 1
                                                        |                                          | Contract Id       Version
Customer Id: 1891150 HIGHLAND CAPITAL MGMT LP A/C HIG   | Total Repo Interest:  $        4,390.53 | 20080828-19536 - 0
Company/Ledger: G422                                    | Due at Maturity:      $    1,770,390.53 |          08/28/08 12:02:00

CONTR AMOUNT        RATE(Fixed)  SETTLE DATE  LOCK-UP DATE  PIECES   Comments:
$ 1,766,000.00      3.08625%     08/28/08     09/26/08      1
                                                                     _____
                                                                     Override Delivery Instructions:
                                                                       P/O

CUSIP/       TYPE    SEC NUM   POOL NUM   MAT/      PRICE/    ORIGINAL FACE/    CURRENT FACE    PRINCIPAL        CURR INT    FINAL INT
DESCRIPTION                               COUP      MARGIN    DEL   FACTOR
-----------------------------------------------------------------------------------------------------------------------------------------
52520MEB5 CMOPI                           01/25/36  81.550    3,650,000.00      2,815,200.17    1,766,000.00        0.00      4,390.53
LMT 2005-3 2A3                            5.500    130.000    B  0.771287719

                                                                    TOTALS:    3,650,000.00    1,766,000.00        0.00      4,390.53
```