KLESTADT & WINTERS, LLP
Tracy L. Klestadt, Esq.
John. E. Jureller, Jr., Esq.
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel: (212) 972-3000

FOSTER PEPPER PLLC
Dillon E. Jackson, Esq.
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Tel: (206) 447-8962

Attorneys for OneWest Bank, FSB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| | : |
| In Re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC. et al., | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                        ) ss.:
COUNTY OF NEW YORK      )

Renea Gargiulo, being duly sworn, deposes and says:

1.      I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

2.      On the 14th day of November, 2011, I served copies of:

- Objection of OneWest Bank, FSB to Terms of Proposed Assumption of Residential Loan Servicing Agreement.

by Federal Express overnight mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express within New York State upon the attached service list.

*/s/Renea Gargiulo*
Renea Gargiulo

Sworn to and subscribed before me this
14th day of November, 2011

*/s/Joseph C. Corneau*
Notary Public

## SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Elizabeth Gasparini, Esq.
       Andrea Schwartz, Esq.
       Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq,
       Evan Fleck, Esq.