SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Fredric Sosnick

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
:
:
In re:                                         :   Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,**     :   Case No. 08 – 13555 (JMP)
:
Debtors.                     :   (Jointly Administered)
:
:
------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        )   ss.:
COUNTY OF NEW YORK      )

      Alexa J. Loo, being duly sworn, deposes and says, under the penalty of perjury:

      1.  I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

      2.  On November 11, 2011, I caused to be served via hand delivery, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of (i) the *Response of Banco Itau Europa Luxembourg S.A. to Debtors' Two Hundred Fifteenth Omnibus Objection to*

NYDOCS03/915633.3

*Disallow and Expunge Certain Filed Proofs of Claim*; and (ii) the *Supplemental Verified Statement of Shearman & Sterling LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019*.

*[signature]*

Alexa J. Loo

SWORN TO AND SUBSCRIBED before me on this 11th day of November, 2011.

*[signature]*

RYAN KNUTSON
Notary Public, State of New York
No. 02KN6209396
Qualified in New York County
Commission Expires July 27, 20 13

NYDOCS03/915633.3

## Exhibit A

Weil Gotshal & Manges LLP
Attn:   Robert Lemons, and Mark Bernstein
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis Dunne, Dennis O'Donnell, and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Southern District of New York
Attn:   Elisabeth Gasparini, Andrea Schwartz, and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

NYDOCS03/915633.3