**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                  :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
:
Debtors.                                        :    (Jointly Administered)
:
---------------------------------------------------------------x    Ref. Docket No. 21847

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 9, 2011, I caused to be served the "Notice of Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Authorization to Monetize Equity Interests in Neuberger Berman Group LLC," dated November 9, 2011, to which was attached the "Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Authorization to Monetize Equity Interests in Neuberger Berman Group LLC," dated November 9, 2011[Docket No. 21847], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b.  delivered via facsimile to the party listed on the annexed Exhibit B, and

    c.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Manners*
Eleni Manners

Sworn to before me this
11th day of November, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

*LBH MSL Email Service List*

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

Adiamond@DiamondMcCarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

akornikova@lcbf.com

alum@ftportfolios.com

amarder@msek.com

AMcMullen@BoultCummings.com

amenard@tishmanspeyer.com

Andrew.Brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

*LBH MSL Email Service List*

| | |
|---|---|
| bankruptcy@ntexas-attorneys.com | cbelmonte@ssbb.com |
| bankruptcymatters@us.nomura.com | cbrotstein@bm.net |
| barbra.parlin@hklaw.com | ceskridge@susmangodfrey.com |
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bcarlson@co.sanmateo.ca.us | chammerman@paulweiss.com |
| bdk@schlamstone.com | chardman@klestadt.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmerrill@susmangodfrey.com | christopher.schueller@bipc.com |
| BMiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| Brian.Corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| brosenblum@jonesday.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | colea@gtlaw.com |
| bstrickland@wtplaw.com | cousinss@gtlaw.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| bturk@tishmanspeyer.com | cpappas@dilworthlaw.com |
| bwolfe@sheppardmullin.com | craig.goldblatt@wilmerhale.com |
| bzabarauskas@crowell.com | crmomjian@attorneygeneral.gov |
| cahn@clm.com | cs@stevenslee.com |
| calbert@reitlerlaw.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carol.weinerlevy@bingham.com | cshore@whitecase.com |
| cbelisle@wfw.com | cshulman@sheppardmullin.com |

*LBH MSL Email Service List*

*LBH MSL Email Service List*

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

*LBH MSL Email Service List*

| | |
|---|---|
| drosner@kasowitz.com | esmith@dl.com |
| dshaffer@wtplaw.com | etillinghast@sheppardmullin.com |
| dshemano@pwkllp.com | ezujkowski@emmetmarvin.com |
| dspelfogel@foley.com | ezweig@optonline.net |
| dtatge@ebglaw.com | fbp@ppgms.com |
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | foont@foontlaw.com |
| echang@steinlubin.com | francois.janson@hklaw.com |
| ecohen@russell.com | fsosnick@shearman.com |
| efleck@milbank.com | fyates@sonnenschein.com |
| efriedman@fklaw.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gbray@milbank.com |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | geraci@thalergertler.com |
| ehollander@whitecase.com | ggitomer@mkbattorneys.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| elevin@lowenstein.com | gkaden@goulstonstorrs.com |
| eli.mattioli@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| emerberg@mayerbrown.com | gravert@mwe.com |
| eobrien@sbchlaw.com | gspilsbury@jsslaw.com |
| erin.mautner@bingham.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| hbeltzer@mayerbrown.com | Jbecker@wilmingtontrust.com |
| heim.steve@dorsey.com | jbeemer@entwistle-law.com |
| heiser@chapman.com | jbeiers@co.sanmateo.ca.us |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdoran@haslaw.com |
| icatto@mwe.com | Jdrucker@coleschotz.com |
| igoldstein@dl.com | jdyas@halperinlaw.net |
| ilevee@lowenstein.com | jean-david.barnea@usdoj.gov |
| info2@normandyhill.com | jeanites@whiteandwilliams.com |
| ira.herman@tklaw.com | jeannette.boot@wilmerhale.com |
| isgreene@hhlaw.com | jeff.wittig@coair.com |
| israel.dahan@cwt.com | jeffrey.sabin@bingham.com |
| iva.uroic@dechert.com | jeldredge@velaw.com |
| jaclyn.genchi@kayescholer.com | jen.premisler@cliffordchance.com |
| jacobsonn@sec.gov | jennifer.demarco@cliffordchance.com |
| james.mcclammy@dpw.com | jennifer.gore@shell.com |
| james.sprayregen@kirkland.com | jeremy.eiden@ag.state.mn.us |
| jamestecce@quinnemanuel.com | jfalgowski@reedsmith.com |
| jamie.nelson@dubaiic.com | jflaxer@golenbock.com |
| jar@outtengolden.com | jfox@joefoxlaw.com |
| jason.jurgens@cwt.com | jfreeberg@wfw.com |
| jay.hurst@oag.state.tx.us | jg5786@att.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |

*LBH MSL Email Service List*

| | |
|---|---|
| jguy@orrick.com | jnadritch@olshanlaw.com |
| jherzog@gklaw.com | jnm@mccallaraymer.com |
| jhiggins@fdlaw.com | john.monaghan@hklaw.com |
| jhorgan@phxa.com | john.rapisardi@cwt.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmazermarino@msek.com | jsullivan@mosessinger.com |
| jmcginley@wilmingtontrust.com | jtimko@shutts.com |
| jmelko@gardere.com | jtougas@mayerbrown.com |
| jmerva@fult.com | judy.morse@crowedunlevy.com |
| jmmurphy@stradley.com | jwallack@goulstonstorrs.com |
| jmr@msf-law.com | jwang@sipc.org |

*<u>LBH MSL Email Service List</u>*

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

karen.wagner@dpw.com

KDWBankruptcyDepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

Ken.Coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

KReynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

Landon@StreusandLandon.com

lathompson@co.sanmateo.ca.us

lawallf@pepperlaw.com

lberkoff@moritthock.com

Lee.Stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

LJKotler@duanemorris.com

lmarinuzzi@mofo.com

Lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lsilverstein@potteranderson.com

lthompson@whitecase.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

*LBH MSL Email Service List*

| | |
|---|---|
| MAOFILING@CGSH.COM | mfeldman@willkie.com |
| Marc.Chait@SC.com | mgordon@briggs.com |
| margolin@hugheshubbard.com | mgreger@allenmatkins.com |
| mark.deveno@bingham.com | mh1@mccallaraymer.com |
| mark.ellenberg@cwt.com | mharris@smsm.com |
| mark.houle@pillsburylaw.com | mhopkins@cov.com |
| mark.sherrill@sutherland.com | michael.frege@cms-hs.com |
| martin.davis@ots.treas.gov | michael.kelly@monarchlp.com |
| Marvin.Clements@ag.tn.gov | michael.kim@kobrekim.com |
| matt@willaw.com | michael.reilly@bingham.com |
| matthew.klepper@dlapiper.com | millee12@nationwide.com |
| maustin@orrick.com | miller@taftlaw.com |
| max.polonsky@skadden.com | mimi.m.wong@irscounsel.treas.gov |
| mbenner@tishmanspeyer.com | mitchell.ayer@tklaw.com |
| mberman@nixonpeabody.com | mjacobs@pryorcashman.com |
| mbienenstock@dl.com | mjedelman@vedderprice.com |
| mbossi@thompsoncoburn.com | MJR1@westchestergov.com |
| mcademartori@sheppardmullin.com | mkjaer@winston.com |
| mccombst@sullcrom.com | mlahaie@akingump.com |
| mcordone@stradley.com | MLandman@lcbf.com |
| mcto@debevoise.com | mlichtenstein@crowell.com |
| mdahlman@kayescholer.com | mlynch2@travelers.com |
| mdorval@stradley.com | mmendez@hunton.com |
| melorod@gtlaw.com | mmooney@deilylawfirm.com |
| meltzere@pepperlaw.com | mmorreale@us.mufg.jp |
| metkin@lowenstein.com | mneier@ibolaw.com |

*LBH MSL Email Service List*

### *LBH MSL Email Service List*

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | omeca.nedd@lovells.com |
| mpage@kelleydrye.com | otccorpactions@finra.org |
| mparry@mosessinger.com | paronzon@milbank.com |
| mprimoff@kayescholer.com | patrick.oh@freshfields.com |
| mpucillo@bermanesq.com | paul.turner@sutherland.com |
| mrosenthal@gibsondunn.com | pbattista@gjb-law.com |
| mruetzel@whitecase.com | pbosswick@ssbb.com |
| mschimel@sju.edu | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |
| msiegel@brownrudnick.com | peter.gilhuly@lw.com |
| msolow@kayescholer.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | ppascuzzi@ffwplaw.com |
| ned.schodek@shearman.com | ppatterson@stradley.com |
| neilberger@teamtogut.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwright@dl.com |
| Nherman@morganlewis.com | r.stahl@stahlzelloe.com |
| nissay_10259-0154@mhmjapan.com | raj.madan@bingham.com |
| nlepore@schnader.com | rajohnson@akingump.com |
| notice@bkcylaw.com | ramona.neal@hp.com |
| oipress@travelers.com | ranjit.mather@bnymellon.com |

### *LBH MSL Email Service List*

*LBH MSL Email Service List*

| | |
|---|---|
| rbeacher@pryorcashman.com | robertdakis@quinnemanuel.com |
| rbyman@jenner.com | Robin.Keller@Lovells.com |
| rdaversa@orrick.com | roger@rnagioff.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rrigolosi@smsm.com |
| rgmason@wlrk.com | rroupinian@outtengolden.com |
| rgraham@whitecase.com | rrussell@andrewskurth.com |
| rhett.campbell@tklaw.com | rterenzi@stcwlaw.com |
| richard.lear@hklaw.com | RTrust@cravath.com |
| richard.levy@lw.com | russj4478@aol.com |
| richard.tisdale@friedfrank.com | rwasserman@cftc.gov |
| richard@rwmaplc.com | rwyron@orrick.com |
| ritkin@steptoe.com | s.minehan@aozorabank.co.jp |
| RJones@BoultCummings.com | sabin.willett@bingham.com |
| rleek@HodgsonRuss.com | sabramowitz@velaw.com |
| RLevin@cravath.com | sagolden@hhlaw.com |
| rmatzat@hahnhessen.com | sagrawal@susmangodfrey.com |
| rmcneill@potteranderson.com | Sally.Henry@skadden.com |
| rnetzer@willkie.com | sandyscafaria@eaton.com |
| robert.bailey@bnymellon.com | Sara.Tapinekis@cliffordchance.com |
| robert.dombroff@bingham.com | scargill@lowenstein.com |
| robert.henoch@kobrekim.com | schannej@pepperlaw.com |
| robert.malone@dbr.com | Schepis@pursuitpartners.com |
| Robert.yalen@usdoj.gov | schnabel.eric@dorsey.com |

*LBH MSL Email Service List*

*LBH MSL Email Service List*

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerner@ssd.com

slevine@brownrudnick.com

SLoden@DiamondMcCarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

squigley@lowenstein.com

SRee@lcbf.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.wilamowsky@bingham.com

Streusand@StreusandLandon.com

susan.schultz@newedgegroup.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

TGoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

### *LBH MSL Email Service List*

| | |
|---|---|
| thomas.ogden@dpw.com | wcurchack@loeb.com |
| Thomas_Noguerola@calpers.ca.gov | wfoster@milbank.com |
| timothy.brink@dlapiper.com | william.m.goldman@dlapiper.com |
| timothy.palmer@bipc.com | wiltenburg@hugheshubbard.com |
| tjfreedman@pbnlaw.com | wisotska@pepperlaw.com |
| tkarcher@dl.com | wk@pwlawyers.com |
| tkiriakos@mayerbrown.com | wmckenna@foley.com |
| tlauria@whitecase.com | woconnor@crowell.com |
| tmacwright@whitecase.com | wsilverm@oshr.com |
| tmarrion@haslaw.com | wswearingen@llf-law.com |
| tmayer@kramerlevin.com | wtaylor@mccarter.com |
| tnixon@gklaw.com | wweintraub@fklaw.com |
| toby.r.rosenberg@irscounsel.treas.gov | wzoberman@bermanesq.com |
| tony.davis@bakerbotts.com | yamashiro@sumitomotrust.co.jp |
| tslome@msek.com | YUwatoko@mofo.com |
| ttracy@crockerkuno.com | |
| twheeler@lowenstein.com | |
| ukreppel@whitecase.com | |
| vdagostino@lowenstein.com | |
| Villa@StreusandLandon.com | |
| vmilione@nixonpeabody.com | |
| vrubinstein@loeb.com | |
| walter.stuart@freshfields.com | |
| wanda.goodloe@cbre.com | |
| WBallaine@lcbf.com | |
| wbenzija@halperinlaw.net | |

# EXHIBIT B

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

08-13555-mg    Doc 22059    Filed 11/14/11    Entered 11/14/11 13:11:00    Main Document
Pg 17 of 19

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007