UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

Gregory E. Pessin, being duly sworn, deposes and says:

1.  I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for JPMorgan Chase & Co. in the above-captioned case.

2.  On November 10, 2011, the following document (the "Document"), OBJECTION OF JPMORGAN CHASE & CO., BEAR STEARNS BANK PLC, BEAR STEARNS CREDIT PRODUCTS INC., BEAR STEARNS FOREX INC. AND BEAR STEARNS INTERNATIONAL LIMITED TO PROPOSED ASSUMPTION OF CONTRACTS PURSUANT TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN, was filed via the Court's ECF system.

3.  On or before November 14, 2011, I caused a copy of the Document to be served upon the parties listed on the service list attached hereto in the manner indicated therein.

/s/ Gregory E. Pessin
Gregory E. Pessin

## SERVICE LIST

**BY HAND DELIVERY**

The Honorable James M. Peck
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, New York 10004

**BY FIRST CLASS MAIL**

Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention: Tracy Hope Davis, Esq.
Andrew D. Velez-Rivera, Esq.
Paul K. Schwartzberg, Esq.
Brian S. Masumoto, Esq.
Linda A. Rifkin, Esq.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Attention: Joseph D. Pizzurro, Esq.
L. P. Harrison 3rd, Esq.
Michael J. Moscato, Esq.
Nancy E. Delaney, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, New York 10010
Attention: Susheel Kirpalani, Esq.
James C. Tecce, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention:   Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Attention:  John B. Quinn, Esq.
Erica Taggart, Esq.