Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., :
: Jointly Administered
Debtors. :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the Second Supplemental Application of the Official Committee of Unsecured Creditors for an Order Authorizing Clarification of Certain Terms of Retention Agreement with Houlihan Lokey Howard & Zukin Capital, Inc. [ECF No. 20659], is hereby withdrawn without prejudice.

Dated:   New York, New York
         November 14, 2011

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

By: /s/ Dennis C. O'Donnell
Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Counsel to the Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.