Thomas J. Moloney
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000

*Attorneys for LVFN Partners, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

|  |  |
|---|---|
| In re: | : |
| | : |
| Lehman Brothers Holdings Inc., et al. | : |
| | : |
| Debtors. | : |

Chapter 11

Case No. 08-13555(JMP)

CERTIFICATE OF
SERVICE

-------------------------------------------------------------------- X

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the

Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby

certify that:

On the 10th of November 2011, the Objection and Reservation of Rights of

LVFN Partners, L.P. to Debtors' Proposed Assumption of Certain Contracts Pursuant to Their

Third Amended Joint Chapter 11 Plan and Declaration of Luke A. Barefoot in Support of

Objection and Reservation of Rights of LVFN Partners, L.P. to Debtors' Proposed Assumption

of Certain Contracts Pursuant to Their Third Amended Joint Chapter 11 Plan were served by

Federal Express upon:

Andy Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Richard P. Krasnow, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jeffrey S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Dated:  New York, New York
       November 11, 2011

                                    Brendan Cyr