DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036
Tel: (212) 698-3500
Fax: (212) 698-3599
Glenn E. Siegel
Janet M. Bollinger

*Attorneys for RIC-OMIGSA Global Bond Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
                                                       :
In re:                                                 :
                                                       :
LEHMAN BROTHERS HOLDINGS INC.,                         :    Chapter 11 Case No. 08-13555 (JMP)
*et al.*                                               :
                                                       :    (Jointly Administered)
                                                       :
Debtors.                                               :
                                                       :
------------------------------------------------------ X

## CERTIFICATE OF SERVICE

I, Julian Pereira, hereby certify under penalty of perjury that:

    1.    I am employed at Dechert LLP.  I am not a party to the action, am over the age of eighteen years of age and reside in Livingston, New Jersey.

    2.    On November 14, 2011, I caused to be served a true and correct copy of the *Response and Joinder of RIC_OMIGSA Global Bond Fund to Response of the Royal Bank of Scotland PLC to Debtors' Two Hundred and Seventeenth Omnibus Objection to Claims* [D.I. #22029] through the Court's CM/ECF system upon all registered electronic filers appearing in this case; as well as by, *inter alia*, sending true copies by overnight courier upon the parties set forth in Exhibit A.

Dated:  November 14, 2011

                                                              /s/ Julian Pereira
                                                                 Julian Pereira

16820013.1.BUSINESS

EXHIBIT A

**By Overnight Courier**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.