# CERTIFICATE OF SERVICE

   I, Jeremy Schreiber, an attorney, hereby certify that prior to 4:00 pm EST on the 14th day of November 2011, I caused a true and correct copy of the **Response of U.S. Bank National Association, Not Individually But as Trustee, To the Debtors' Two Hundred Twenty-Seventh Omnibus Objection to Claims** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br> Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |
| Holly Clark<br>Tina Pederson<br>LEHMAN BROTHERS HOLDINGS, INC.<br>1271 Avenue of the Americas<br>New York, NY  10020 | Alfredo R. Perez, Esq.<br>Mark Bernstein, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Evan R. Fleck, Esq.<br>Matthew Brod, Esq.<br>MILBANK, TWEED, HADLEY AND MCCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 | |

                    /s/ Jeremy Schreiber
                    _____
                     Jeremy Schreiber

3104947.01.01.doc