STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale
Daniel J. Harris
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Bank of Taiwan, New York Branch*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
*In re*                                              :    Chapter 11
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    Case No. 08-13555 (JMP)
                                                     :
                    Debtors.                         :    (Jointly Administered)
                                                     :
---------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION
UNDER 28 U.S.C. § 1746 REGARDING MOTION
OF BANK OF TAIWAN, NEW YORK BRANCH, FOR
AN ORDER AUTHORIZING ASSIGNMENT OF CERTAIN
INTERESTS IN A PROMISSORY NOTE AND ATTENDANT CLAIMS
AGAINST LEHMAN BROTHERS HOLDINGS, INC.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [Docket No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1. Bank of Taiwan, New York Branch ("Bank of Taiwan"), filed the Motion for an Order Authorizing Assignment of Certain Interests in a Promissory Note and Attendant Claims against Lehman Brothers Holdings, Inc. [Docket No. 21274] (the "Motion") with this Court on

October 26, 2011. In accordance with the Second Amended Case Management Order, November 9, 2011 at 4:00 p.m. (Prevailing Eastern Time), was established as the deadline for parties to object or file a response to the Motion.

2.     The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections have been filed prior to the relevant Objection Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements. The Objection Deadline has now passed and, to the best of my knowledge, no objection or other responsive pleading to the Motion have been filed on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, nor has any objection or other responsive pleading to the Motion been served on Bank of Taiwan's counsel.

3.     Accordingly, for the reasons set forth in the Motion, Bank of Taiwan respectfully requests that the proposed Order annexed hereto as Exhibit A, be entered with respect to the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: New York, New York
       November 14, 2011

STROOCK & STROOCK & LAVAN LLP

/s/ Kenneth Pasquale
Kenneth Pasquale
Daniel J. Harris
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

*Attorneys for Bank of Taiwan, New York Branch*

2

## EXHIBIT A

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                     :    Case No. 08-13555 (JMP)
                                                             :
                        Debtors.                             :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

### ORDER GRANTING MOTION OF BANK OF TAIWAN, NEW YORK BRANCH FOR AN ORDER AUTHORIZING ASSIGNMENT OF CERTAIN INTERESTS IN A PROMISSORY NOTE AND ATTENDANT CLAIMS AGAINST LEHMAN BROTHERS HOLDINGS, INC.

Upon the Motion[1] of Bank of Taiwan, New York Branch, For an Order Authorizing Assignment of Certain Interests in a Promissory Note and Attendant Claims Against Lehman Brothers Holdings, Inc. (the "Motion"); and a hearing on the Motion having been held on November 16, 2011; and sufficient notice having been duly given; and due deliberation having been had; and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that the Lender shall be and hereby is authorized to freely assign or otherwise transfer its interest in the Promissory Note and attendant claims against LBHI free of any restrictions or requirements set forth in the Promissory Note without further order of this Court; provided that any such assignment or other transfer shall be (1) subject to (a) all applicable orders of this Court, including, but not limited to, the Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code Establishing Certain Restrictions and Procedures Applicable to Transfers of the Debtors Securities, entered on March 25, 2010 [Docket No. 7826], and (b) the

---

[1] All capitalized and undefined terms used in this Order shall have the meaning assigned to such terms in the Motion.

applicable requirements of Federal Rules of Bankruptcy Procedure; and (2) without prejudice to the Debtors' right to object to or challenge any of said claims.

Dated:   New York, New York
         _____, 2011

_____<br>United States Bankruptcy Judge