Macauley LLC
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
Facsimile: (302) 654-4362
Attorneys for the Catholic Diocese of Memphis

**RECEIVED NOV 10 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** <br><br> **LEHMAN BROTHERS HOLDINGS INC. *et al.*,** <br><br> *Debtors.* | **Chapter 11 Case No.** <br><br> **08-13555 (JMP)** <br><br> **(Jointly Administered)** |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Thomas G. Macauley, a member in good standing of the bar in the State of Delaware, the United States District Court for the District of Delaware, and United States Court of Appeals for the Third Circuit, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent The Roman Catholic Diocese of Memphis, an unincorporated religious association, in the above referenced cases.

The filing fee of $200.00 has been submitted with this motion for pro hac vice admission.

Dated: November 9, 2011

MACAULEY LLC

/s/ Thomas G. Macauley

Thomas G. Macauley (DE I.D. 3411)
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
Facsimile: (302) 654.4362
Email: bk@macdelaw.com