CADWALADER, WICKERSHAM & TAFT LLP
Mark C. Ellenberg, Esq., *Pro Hac Vice*
700 Sixth Street, N.W.
Washington, DC  20001
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

*Attorneys for CQS ABS Master Fund Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
:
In re: :
: **Chapter 11**
**LEHMAN BROTHERS HOLDINGS INC., et al.** :
: **Case No. 08-13555 (JMP)**
Debtors. :
: **Jointly Administered**
:
----------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND PAPERS**

    PLEASE TAKE NOTICE that Cadwalader, Wickersham & Taft, LLP hereby enters its appearance as Attorneys for CQS ABS Master Fund Limited ("CQS"), pursuant to section 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith, be given and served upon:

Mark C. Ellenberg, Esq., *Pro Hac Vice*
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC  20001
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400
mark.ellenberg@cwt.com

-2-

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 3017, or 9007 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in this case and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above captioned case and any proceedings therein.

Neither this Notice of Appearance and Request for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of CQS: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: Washington, DC
November 14, 2011

                        CADWALADER, WICKERSHAM & TAFT LLP

                        By: /s/ *Mark C. Ellenberg*
                            Mark C. Ellenberg, Esq., *Pro Hac Vice*
                            700 Sixth Street, N.W.
                            Washington, DC 20001
                            Telephone: (202) 862-2200
                            Facsimile: (202) 862-2400
                            mark.ellenberg@cwt.com

                            *Attorneys for CQS ABS Master Fund Limited*