Form 210A (10/06)

# United States Bankruptcy Court

__SOUTHERN__ District Of __NEW YORK__

In re _LEHMAN BROTHERS HOLDINGS_, Case No. _08-13555 (JMP)_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_VonWin Capital Management, LP_
Name of Transferee

_Miguel R Bein and Olga Maria de Bein_
Name of Transferor

Name and Address where notices to transferee should be sent:
By: VonWin Capital, LLC its general partner
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Court Claim # (if known): __16002__
Amount of Claim: __$567,000__
Date Claim Filed: __9/18/2009__

Phone: __212-889-1601__
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Roger Von Spiegel__      Date: __November 14, 2011__
Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings, Inc..

Debtor

Case No. 08-13555 (JMP)

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Miguel Ricardo Bein and Olga Maria Rebori de Bein ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Claim Amount | Claim No. |
|---|---|
| $567,000.00 | 16002 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE:  VonWin Capital Management, L.P.
By: VonWin Capital, LLC, its general partner Address:
    261 Fifth Avenue, 22nd Floor
    New York, NY 10016

Signature: _____
Name:
Title: Roger Von Spiegel
Date: Managing Director

ASSIGNOR: Miguel R Bein and Olga Maria de Bein
Address: c/o Gabriel G. Matarasso
    Av. Leandro N. Alem 928 Floor 7
    (C1001AAR) Buenos Aires,
    Argentina

Signature: _MR Bein_  _OR_
Name: _Miguel R. Bein_  _Olga Rebori_
Title:
Date: _10/28/2011_

27