UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

Chapter 11 Case No.
08-13555 (JMP)

**CERTIFICATE OF SERVICE**

      I, Rachel Allen, hereby certify under penalty of perjury that:

      I am employed at Venturini & Associates. I am not a party to the within action, am over eighteen years of age, and reside in New York County, New York.

      On November 11, 2011, I caused to be served true and correct copies of the Response of Lamita Jabbour to Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim dated November 11, 2011 through the Court's CM/ECF system upon all registered electronic filers appearing in this case; as well as by, *inter alia*, sending two (2) true copies by overnight courier upon the Clerk of the Court, one copy for transmittal to the United States Trustee and the other copy marked "Chambers Copy", by sending same by overnight mail, to the following party at the following address:

Office of the Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      As well as sending copies by electronic correspondence to the following parties at the following email addresses, on November 14, 2011:

U.S. Trustee, Andrea B. Schwartz: andrea.b.schwartz@usdoj.gov
Weil Gotshal & Mangers, LLP, Robert J. Lemons: robert.lemons@weil.com
Milbank, Tweed, Hadley & McCloy LLP, Dennis F. Dunn: ddunne@milbank.com

                                            /s/ Rachel A. Allen
                                            RACHEL A. ALLEN