CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Sara M. Tapinekis

*Counsel to Swiss Re Financial Products Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | : | |
| --- | --- | --- |
| In re | : | |
| | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | |
| | : | Case No. 08-13555 (JMP) |
| Debtors. | : | |
| | : | (Jointly Administered) |

----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Margaret M. Welsh, hereby certify that on November 14, 2011, I caused to be delivered a true and correct copy of the Objection of Swiss Re Financial Products Corporation to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code (the "Objection") by hand to (i) Weil, Gotshal & Manges LLP, Attn: Jacqueline Marcus, Esq., 767 Fifth Avenue, New York, New York 10153, (ii) The Office of the United States Trustee for the Southern District of New York, Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, New York 10004 and (iii) Milbank, Tweed, Hadley &

AMR-334332-v1                                                                                                                                          70-40395632

McCloy LLP, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq., Chase

Manhattan Plaza, New York, New York 10005.

Dated: November 14, 2011  CLIFFORD CHANCE US LLP
       New York, New York

By: */s/ Margaret M. Welsh*
    Margaret M. Welsh
    Clifford Chance US LLP
    31 West 52nd Street
    New York, New York 10019
    (212) 878-8000

*Counsel to Swiss Re Financial Products Corporation*