UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                    :        Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
:        (Jointly Administered)
Debtors.             :
:
-------------------------------------------------------------------x        Ref. Docket Nos. 21470, 21486,
21487, 21543, 21569, 21636, 21679,
21680, 21683, 21684, 21708

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 9, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
12th day of November, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |        Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                              |
                              |        (Jointly Administered)
              Debtors.        |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: ILLIQUIDX LTD
         ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
         ONE CHASE MANHATTAN PLAZA - FLOOR 26
         NEW YORK NY 10005-1401

Please note that your claim # 60351 in the above referenced case and in the amount of
        $70,875.00       has been transferred (unless previously expunged by court order)

         ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
         TRANSFEROR: JPMORGAN CHASE BANK, N.A.
         C/O ALDEN GLOBAL CAPITAL
         ATTN: CHRIS SCHOLFIELD
         885 THIRD AVENUE
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 21708     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2011              Vito Genna, Clerk of Court


                              /s/ Lauren Rodriguez
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 9, 2011.

**EXHIBIT B**

TIME: 17:29:19
DATE: 11/09/11

PAGE: 1

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| AXON HOLDINGS LIMITED | PO BOX 40585 DUBAI    UNITED ARAB EMIRATES |
| BACKWOODS LIMITED | PO BOX 40086 DUBAI    UNITED ARAB EMIRATES |
| BANQUE BARING BROTHERS STURDZA SA | TRANSFEROR: UBS AG MRS. JOELLE POLLIAND 112 RUE DU RHONE PO BOX 3024 1121 GENEVA 3    SWITZERLAND |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: UBS AG ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWEDBANK AB: NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: UBS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GREAT RIDGE LIMITED | P.O. BOX 41481 DUBAI    UNITED ARAB EMIRATES |
| GRF MASTER FUND, L.P. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GULF INVESTMENTS WORLDWIDE LIMITED | PO BOX 40086 DUBAI    UNITED ARAB EMIRATES |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UBS AG ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UBS AG ATTN: JEFFREY L PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQDC/OSGC P.O. BOX ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: AXON HOLDINGS LIMITED 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: AXON HOLDINGS LIMITED 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: BACKWOODS LIMITED 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: GREAT RIDGE LIMITED 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: GULF INVESTMENTS WORLDWIDE LIMITED 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    22