UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                  Debtors.                                       :
                                                                 :
----------------------------------------------------------------x    Ref. Docket Nos. 21576, 21731,
                                                                      21740, 21742, 21744, 21746-21749

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
12th day of November, 2011

*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   TREE LLC
      C/O HEYMAN & ASSOCIATES
      PO BOX 387905
      LA JOLLA CA 92038-7905
```

Please note that your claim # 46470 in the above referenced case and in the amount of
      $272,796.00       has been transferred **(unless previously expunged by court order)**

```
      LIQUIDITY SOLUTIONS, INC.
      TRANSFEROR: TREE LLC
      ONE UNIVERSITY PLAZA, SUITE 312
      HACKENSACK NJ 07601
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 21746    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 10, 2011.

**EXHIBIT B**

```
TIME: 18:13:29                                          LEHMAN BROTHERS HOLDING INC.                                                                PAGE:   1
DATE: 11/10/11                                                CREDITOR LISTING

Name                                          Address
ACTA ASSET MANAGEMENT ASA                     TRANSFEROR: NORDNET BANK AB KUNGSGATEN 8 111 43 STOCKHOLM     SWEDEN
ACTA ASSET MANAGEMENT ASA                     TRANSFEROR: SKANDIABANKEN FKR KUNGSGATAN 8 STOCKHOLM   111 43 SWEDEN
ADRIATIC SLOVENICA D.D.                       LJUBLJANSKA CESTA 3A KOPER   6503 SLOVENIA
BARCLAYS BANK PLC                             TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.           SUSMAN GODFREY LLP ATTN: STEPHEN D. SUSMAN (COUNSEL TO MASON CAPITAL MANAGEMENT, LLC) 560 LEXINGTON AVENUE, 15TH FLOOR
                                              NEW YORK NY 10022-6828
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.           C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM
CITIBANK (HONG KONG) LIMITED                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIBANK (HONG KONG) LIMITED                  ATTN: LUM, SO FAN, FANNY 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD QUARRY BAY   HONG KONG
CITIGROUP GLOBAL MARKETS INC.                 PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: MARC HEIMOWITZ 390 GREENWICH ST 4TH FL NEW YORK NY 10013
DOVER MASTER FUND II, L.P.                    TRANSFEROR: ITALMOBILIARE S.P.A. C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33TH FLOOR
                                              NEW YORK NY 10019
EXQUISTE CAPITAL LIMITED                      PO BOX 41481 DUBAI   UNITED ARAB EMIRATES
ITALMOBILIARE S.P.A.                          ATTN: GIOVANNI P. SACCHETTI VIA BORGONUOVO 20 MILANO   20120 ITALY
ITALMOBILIARE S.P.A.                          IRENA GOLDSTEIN, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
LIQUIDITY SOLUTIONS, INC.                     TRANSFEROR: ADRIATIC SLOVENICA D.D. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                     TRANSFEROR: PENGURUS GEREJA ROMA KATOLIK KEUSKUPAN BANJARMASIN ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                     TRANSFEROR: TREE LLC ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
PENGURUS GEREJA ROMA KATOLIK KEUSKUPAN        WISMA VENTIMIGLIA, JL. GATOT SUBROTO 10 KOTAK POS 94 BANJARMASIN KALIMANTAN SELATAN   70111 INDONESIA
 BANJARMASIN
TREE LLC                                      C/O HEYMAN & ASSOCIATES PO BOX 387905 LA JOLLA CA 92038-7905
YORVIK PARTNERS LLP                           TRANSFEROR: EXQUISTE CAPITAL LIMITED 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM


Total Number of Records Printed               21
```

EPIQ BANKRUPTCY SOLUTIONS, LLC