**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Steven J. Fink
Thomas C. Mitchell
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Attorneys for the County of Sacramento, California*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
Lehman Brothers Holdings Inc., *et al.*,            :   Case No. 08-13555 (JMP)
                                                    :
                         Debtors.                   :   (Jointly Administered)
--------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Gerald L. Willey, declare:

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, New York 10019-6142.

I hereby certify that I caused the following document to be served on November 10, 2011 *via* the method indicated and on the parties as listed on the attached Service List:

**OBJECTION OF THE COUNTY OF SACRAMENTO, CALIFORNIA**
**TO ASSUMPTION OF DERIVATIVES CONTRACTS UNDER**
**THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF**
**LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2011, at New York, New York

_____
Gerald L. Willey

Sworn to before me this
14th day of November, 2011

_____
NOTARY PUBLIC
AMY E. BENNETT
Notary Public, State of New York
No. 01BE6153720
Qualified in New York and Kings County
Commission Expires October 16, 20__

## SERVICE LIST

*Via First Class Mail:*

Honorable James M. Peck
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004

*Via Facsimile:*

Tracy Hope Davis, Esq.
Elisabetta Gasparini
Andrea Schwartz
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax: 212-668-2255

*Via First Class Mail and E-mail:*

Tracy Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne
Dennis O'Donnell
Milbank, Tweed, Hadley &
McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005