**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Robert L. Sills
Thomas C. Mitchell
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Attorneys for Idaho Housing and Finance Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

I, Gerald L. Willey, declare:

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, New York 10019-6142.

I hereby certify that I caused the following document to be served on November 10, 2011 via the method indicated and on the parties as listed on the attached Service List:

**OBJECTION OF IDAHO HOUSING AND FINANCE ASSOCIATION
TO ASSUMPTION OF DERIVATIVES CONTRACTS UNDER
THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF
LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

- 2 -

Executed on November 14, 2011, at New York, New York

*[signature]*
Gerald L. Willey

Sworn to before me this
14th day of November, 2011

*[signature]*
NOTARY PUBLIC

AMY E. BENNETT
Notary Public, State of New York
No. 01BE6153720
Qualified in New York and Kings County
Commission Expires October 16, 20__

## SERVICE LIST

*Via First Class Mail:*

Honorable James M. Peck
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004

*Via Facsimile:*

Tracy Hope Davis, Esq.
Elisabetta Gasparini
Andrea Schwartz
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax: 212-668-2255

*Via First Class Mail and E-mail:*

Tracy Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne
Dennis O'Donnell
Milbank, Tweed, Hadley &
McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005