KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David J. Mark
Ross G. Shank
1633 Broadway
New York, New York 10019
Telephone:    (212) 506-1700
Facsimile:    (212) 506-1800

*Attorneys for Souad Salame*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | 08-13555 (JMP) |
| Debtor.s | : | (Jointly Administered) |

**JOINDER TO RESPONSES TO DEBTORS' TWO HUNDRED
FIFTEENTH OMNIBUS OBJECTION TO DISALLOW AND
EXPUNGE CERTAIN FILED PROOFS OF CLAIM**

Souad Salame hereby submits this joinder to the (I) *Response of Banco Itau Europa Luxembourg S.A. to Debtors Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim* [Docket No. 21998]; (II) *Response(s) of Lloyds TSB Bank PLC (Geneva Branch) to Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim* [Docket Nos. 22008, 22011, 22012, 22013, & 22014]; and (III) *Response of Lamita Jabbour to Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim* [Docket No. 22020] (collectively, the "Responses to the Two Hundred Fifteenth Omnibus Objection").

Pg 2 of 2

## JOINDER

Souad Salame joins in the arguments set forth in the Responses to the Two Hundred Fifteenth Omnibus Objection for the reasons and upon the authorities cited therein and respectfully requests that this Court deny the relief requested in *the Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim* [Docket No. 20104].

Dated: New York, New York
       November 14, 2011

                                                 Respectfully submitted,

                                                 KASOWITZ, BENSON, TORRES
                                                    & FRIEDMAN LLP
                                                 By /s/ David J. Mark
                                                 David J. Mark
                                                 Ross G. Shank
                                                 1633 Broadway
                                                 New York, New York 10019
                                                 Telephone:   (212) 506-1700
                                                 Facsimile:    (212) 506-1800

                                                 *Attorneys for Souad Salame*