HOGAN LOVELLS US LLP
Christopher R. Donoho, III
875 Third Avenue
New York, New York 10022
212-918-3000

*Attorneys for Lloyds TSB Bank plc (Geneva Branch)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                :
LEHMAN BROTHERS HOLDING INC., et. al.,        :        Chapter 11
                Debtors.                                         :        Case No. 08-13555(jmp)
                                                              :        (Jointly Administered)
                                                              :
                                                              :
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) ss
COUNTY OF NEW YORK  )

David Spinley, being duly sworn, deposes and says:

       That I am over the age of eighteen years, am not a party to this action and reside in Brooklyn, New York.

       That on the 11th day of November 2011, I served the Response of Lloyds TSB Bank plc (Geneva Branch) To Debtors' Two Hundred Fifteenth Omnibus Objection To Disallow And Expunge Certain Filed Proofs Of Claim via Messenger Service addressed to the recipients attached as <u>Schedule A</u>.

                                                                     DAVID SPINLEY

Sworn to before me this
14th day of November, 2011

_____
Notary Public, State of New York

ANNETTE LUSARDI
Notary Public, State of New York
No. 01LU5077646
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 12, 20__

\\NY - 038380/000001 - 2358605 v1

## SCHEDULE A

| | |
|---|---|
| The Office of the United States Trustee for Region 2<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br><br>Attn: Tracy Hope Davis, Esq.<br>Elisabetta Gasparini, Esq.<br>Andrea Schwartz, Esq. | The Chambers of the Honorable James M. Peck<br>One Bowling Green<br>New York, NY 10004<br>Courtroom 601 |
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Jacqueline Marcus, Esq. | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn: Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. |

\\NY - 038380/000001 - 2358605 v1