**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                          :
In re                                                     :         Chapter 11 Case No.
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**          :         08-13555 (JMP)
                                                          :
          Debtors.                                        :         (Jointly Administered)
                                                          :
------------------------------------------------------------------x         Ref. Docket No. 21778

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 8, 2011, I caused to be served the "Notice of Adjournment of Debtors' Objection to Proof of Claim Number 29702," dated November 8, 2011 [Docket No. 21778], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to the party listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
11th day of November, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cshore@whitecase.com | drose@pryorcashman.com |
| cshulman@sheppardmullin.com | drosenzweig@fulbright.com |
| ctatelbaum@adorno.com | drosner@goulstonstorrs.com |
| cwalsh@mayerbrown.com | drosner@kasowitz.com |
| cward@polsinelli.com | dshaffer@wtplaw.com |
| cweber@ebg-law.com | dshemano@pwkllp.com |
| cweiss@ingramllp.com | dspelfogel@foley.com |
| dallas.bankruptcy@publicans.com | dtatge@ebglaw.com |
| daniel.guyder@allenovery.com | dwdykhouse@pbwt.com |
| dave.davis@isgria.com | dwildes@stroock.com |
| david.bennett@tklaw.com | dworkman@bakerlaw.com |
| david.crichlow@pillsburylaw.com | easmith@venable.com |
| david.heller@lw.com | echang@steinlubin.com |
| david.seligman@kirkland.com | ecohen@russell.com |
| davids@blbglaw.com | efleck@milbank.com |
| davidwheeler@mvalaw.com | efriedman@fklaw.com |
| dbalog@intersil.com | efriedman@friedumspring.com |
| dbarber@bsblawyers.com | egeekie@schiffhardin.com |
| dbaumstein@whitecase.com | eglas@mccarter.com |
| dbesikof@loeb.com | ehollander@whitecase.com |
| dcimo@gjb-law.com | ekbergc@lanepowell.com |
| dcoffino@cov.com | elevin@lowenstein.com |
| dcrapo@gibbonslaw.com | eli.mattioli@klgates.com |
| ddavis@paulweiss.com | ellen.halstead@cwt.com |
| ddrebsky@nixonpeabody.com | emerberg@mayerbrown.com |
| ddunne@milbank.com | eobrien@sbchlaw.com |
| deggermann@kramerlevin.com | erin.mautner@bingham.com |
| deggert@freebornpeters.com | eschaffer@reedsmith.com |
| demetra.liggins@tklaw.com | eschwartz@contrariancapital.com |
| deryck.palmer@cwt.com | esmith@dl.com |
| dfelder@orrick.com | etillinghast@sheppardmullin.com |
| dflanigan@polsinelli.com | ezujkowski@emmetmarvin.com |
| dgrimes@reedsmith.com | ezweig@optonline.net |
| dhayes@mcguirewoods.com | fbp@ppgms.com |
| dheffer@foley.com | feldsteinh@sullcrom.com |
| diconzam@gtlaw.com | ffm@bostonbusinesslaw.com |
| djoseph@stradley.com | fhyman@mayerbrown.com |
| dkleiner@velaw.com | francois.janson@hklaw.com |
| dkozusko@willkie.com | fsosnick@shearman.com |
| dlemay@chadbourne.com | fyates@sonnenschein.com |
| dlipke@vedderprice.com | gabriel.delvirginia@verizon.net |
| dludman@brownconnery.com | gbray@milbank.com |
| dmcguire@winston.com | george.davis@cwt.com |
| dmurray@jenner.com | geraci@thalergertler.com |
| dneier@winston.com | ggitomer@mkbattorneys.com |
| dodonnell@milbank.com | giddens@hugheshubbard.com |
| dove.michelle@dorsey.com | gkaden@goulstonstorrs.com |
| dowd.mary@arentfox.com | glenn.siegel@dechert.com |
| dpegno@dpklaw.com | gmoss@riemerlaw.com |
| draelson@fisherbrothers.com | gravert@mwe.com |
| dravin@wolffsamson.com | gspilsbury@jsslaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com

jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com

-3-

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

jsullivan@mosessinger.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com

lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mlahaie@akingump.com | ppatterson@stradley.com |
| mlandman@lcbf.com | psp@njlawfirm.com |
| mlichtenstein@crowell.com | ptrostle@jenner.com |
| mlynch2@travelers.com | pwright@dl.com |
| mmendez@hunton.com | r.stahl@stahlzelloe.com |
| mmooney@deilylawfirm.com | raj.madan@bingham.com |
| mmorreale@us.mufg.jp | rajohnson@akingump.com |
| mneier@ibolaw.com | ramona.neal@hp.com |
| monica.lawless@brookfieldproperties.com | ranjit.mather@bnymellon.com |
| mpage@kelleydrye.com | rbeacher@pryorcashman.com |
| mparry@mosessinger.com | rbyman@jenner.com |
| mprimoff@kayescholer.com | rdaversa@orrick.com |
| mpucillo@bermanesq.com | relgidely@gjb-law.com |
| mrosenthal@gibsondunn.com | rfleischer@pryorcashman.com |
| mruetzel@whitecase.com | rfrankel@orrick.com |
| mschimel@sju.edu | rfriedman@silvermanacampora.com |
| mshiner@tuckerlaw.com | rgmason@wlrk.com |
| msiegel@brownrudnick.com | rgraham@whitecase.com |
| msolow@kayescholer.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.lear@hklaw.com |
| mstamer@akingump.com | richard.levy@lw.com |
| mvenditto@reedsmith.com | richard.tisdale@friedfrank.com |
| mwarren@mtb.com | richard@rwmaplc.com |
| ncoco@mwe.com | ritkin@steptoe.com |
| neal.mann@oag.state.ny.us | rjones@boultcummings.com |
| ned.schodek@shearman.com | rleek@hodgsonruss.com |
| neilberger@teamtogut.com | rlevin@cravath.com |
| newyork@sec.gov | rmatzat@hahnhessen.com |
| nfurman@scottwoodcapital.com | rmcneill@potteranderson.com |
| nherman@morganlewis.com | rnetzer@willkie.com |
| nissay_10259-0154@mhmjapan.com | robert.bailey@bnymellon.com |
| nlepore@schnader.com | robert.dombroff@bingham.com |
| notice@bkcylaw.com | robert.henoch@kobrekim.com |
| oipress@travelers.com | robert.malone@dbr.com |
| omeca.nedd@lovells.com | robert.yalen@usdoj.gov |
| otccorpactions@finra.org | robertdakis@quinnemanuel.com |
| paronzon@milbank.com | robin.keller@lovells.com |
| patrick.oh@freshfields.com | roger@rnagioff.com |
| paul.turner@sutherland.com | ronald.silverman@bingham.com |
| pbattista@gjb-law.com | rqureshi@reedsmith.com |
| pbosswick@ssbb.com | rreid@sheppardmullin.com |
| pdublin@akingump.com | rrigolosi@smsm.com |
| peisenberg@lockelord.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | rtrust@cravath.com |
| peter@bankrupt.com | russj4478@aol.com |
| pfeldman@oshr.com | rwasserman@cftc.gov |
| phayden@mcguirewoods.com | rwyron@orrick.com |
| pmaxcy@sonnenschein.com | s.minehan@aozorabank.co.jp |
| ppascuzzi@ffwplaw.com | sabin.willett@bingham.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| sabramowitz@velaw.com | szuch@wiggin.com |
| sagolden@hhlaw.com | tannweiler@greerherz.com |
| sagrawal@susmangodfrey.com | tarbit@cftc.gov |
| sally.henry@skadden.com | tbrock@ssbb.com |
| sandyscafaria@eaton.com | tdewey@dpklaw.com |
| sara.tapinekis@cliffordchance.com | tduffy@andersonkill.com |
| scargill@lowenstein.com | teresa.oxford@invescoaim.com |
| schannej@pepperlaw.com | tgoren@mofo.com |
| schepis@pursuitpartners.com | thaler@thalergertler.com |
| schnabel.eric@dorsey.com | thomas.califano@dlapiper.com |
| schristianson@buchalter.com | thomas.ogden@dpw.com |
| schwartzmatthew@sullcrom.com | thomas_noguerola@calpers.ca.gov |
| scottshelley@quinnemanuel.com | timothy.brink@dlapiper.com |
| scousins@armstrongteasdale.com | timothy.palmer@bipc.com |
| sdnyecf@dor.mo.gov | tjfreedman@pbnlaw.com |
| sehlers@armstrongteasdale.com | tkarcher@dl.com |
| seichel@crowell.com | tkiriakos@mayerbrown.com |
| sfelderstein@ffwplaw.com | tlauria@whitecase.com |
| sfineman@lchb.com | tmacwright@whitecase.com |
| sfox@mcguirewoods.com | tmarion@haslaw.com |
| sgordon@cahill.com | tmayer@kramerlevin.com |
| sgubner@ebg-law.com | tnixon@gklaw.com |
| shannon.nagle@friedfrank.com | toby.r.rosenberg@irscounsel.treas.gov |
| sharbeck@sipc.org | tony.davis@bakerbotts.com |
| shari.leventhal@ny.frb.org | tslome@msek.com |
| shgross5@yahoo.com | ttracy@crockerkuno.com |
| sidorsky@butzel.com | twheeler@lowenstein.com |
| slerner@ssd.com | ukreppel@whitecase.com |
| slevine@brownrudnick.com | vdagostino@lowenstein.com |
| sloden@diamondmccarthy.com | villa@streusandlandon.com |
| smayerson@ssd.com | vmilione@nixonpeabody.com |
| smillman@stroock.com | vrubinstein@loeb.com |
| smulligan@bsblawyers.com | walter.stuart@freshfields.com |
| snewman@katskykorins.com | wanda.goodloe@cbre.com |
| sory@fdlaw.com | wballaine@lcbf.com |
| spiotto@chapman.com | wbenzija@halperinlaw.net |
| splatzer@platzerlaw.com | wcurchack@loeb.com |
| squigley@lowenstein.com | wfoster@milbank.com |
| sree@lcbf.com | william.m.goldman@dlapiper.com |
| sselbst@herrick.com | wiltenburg@hugheshubbard.com |
| sshimshak@paulweiss.com | wisotska@pepperlaw.com |
| sskelly@teamtogut.com | wk@pwlawyers.com |
| steele@lowenstein.com | wmckenna@foley.com |
| stephen.cowan@dlapiper.com | woconnor@crowell.com |
| steve.ginther@dor.mo.gov | wsilverm@oshr.com |
| steven.troyer@commerzbank.com | wswearingen@llf-law.com |
| steven.wilamowsky@bingham.com | wtaylor@mccarter.com |
| streusand@streusandlandon.com | wweintraub@fklaw.com |
| susan.schultz@newedgegroup.com | wzoberman@bermanesq.com |
| susheelkirpalani@quinnemanuel.com | yamashiro@sumitomotrust.co.jp |
| swolowitz@mayerbrown.com | yuwatoko@mofo.com |

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OUTTEN & GOLDEN LLP
3 PARK AVE, 29TH FLOOR
NEW YORK, NY 10016
JACK A. RAISNER
RENE S. ROUPINIAN