UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

BRYANT M. YU hereby certifies under the penalties of perjury, the following:

I am over the age of 18 years, not a party to this action and am employed by Cravath, Swaine & Moore LLP, located at 825 Eighth Avenue, New York, New York 10019.

On the 11th day of November, 2011, I served a true and correct copy of the

- **RESPONSE OF CLARIDEN LEU LIMITED TO DEBTORS' TWO HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM [ECF DOCKET NO. 22017]**

via the Court's CM/ECF System, which generated and delivered a "Notice of Electronic Filing" to all parties, entities and counsel requesting electronic service through the Court's system.

FURTHERMORE, on the aforementioned date, a true and correct copy of the above-listed document was served upon the parties, entities and counsel in the manner indicated in **EXHIBIT A**, attached hereto.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2011 at New York, New York.

_____
BRYANT M. YU

## EXHIBIT A

### BY OVERNIGHT COURIER (FEDEX)

The Honorable James M. Peck
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
One Bowling Green, Courtroom 601
New York, New York 10004

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
THE OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005

*Attorneys for the Official Committee of Unsecured Creditors*

### BY HAND

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

*Attorneys for Debtors*