WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :        08-13555 (JMP)
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
-------------------------------------------------------------------x
```

<u>**AMENDMENT NO. 2 TO THE PLAN SUPPLEMENT**</u>

On October 25, 2011, the above-captioned debtors and debtors in possession

(collectively, the "Debtors") filed a Plan Supplement, ECF No. 21254 (the "Plan Supplement"),

containing documents and schedules in connection with the Debtors' Third Amended Joint

Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, dated August 31,

2011, ECF No. 19627 (the "Plan").[1]  On November 4, 2011, the Debtors filed Amendment No. 1

to the Plan Supplement, ECF No. 21665.  In accordance with section 11.1 of the Plan, this

Amendment No. 2 to the Plan Supplement removes certain executory contracts from, adds

certain executory contracts to, and modifies the descriptions of certain executory contracts on

Exhibit 2 of the Plan Supplement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in
the Plan.

Pursuant to section 11.1 of the Plan, the Debtors reserve the right to alter, amend, update, supplement, or modify the Plan Supplement.

Pursuant to Section 15.5 of the Plan, the Plan Supplement may be obtained on the Debtors' independent website at www.lehman-docket.com or by request to the Debtors in accordance with section 15.12 of the Plan.

Dated: November 15, 2011
     New York, New York

                    /s/ Jacqueline Marcus
                    Jacqueline Marcus

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

**EXHIBIT A**

**CONTRACTS TO BE REMOVED FROM EXHIBIT 2 TO THE PLAN SUPPLEMENT**

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON
EXHIBIT 2, PART A – DERIVATIVES CONTRACTS – ARE HEREBY REMOVED
FROM EXHIBIT 2 AND ARE NO LONGER SCHEDULED FOR ASSUMPTION**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| AIG FINANCIAL PRODUCTS CORP. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 50 Danbury Road<br>Wilton, CT , 06897<br><br>Attn:  Chief Financial Officer/General Counsel |
| | | | AIG Financial Products Corp.<br>50 Danbury Road<br>Wilton, CT, 06897<br><br>Attn:  Chief Financial Officer/General Counsel |
| AIG INTERNATIONAL INC. | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 50 Danbury Road<br>Wilton CT , 06897 |
| | | | One Greenwich Plaza<br>Greenwich, CT , 6830 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 8) (ME) | LEHMAN BROTHERS SPECIAL FINANCING INC. | | AIB International Centre<br>IFSC<br>Dublin 1 , Ireland<br>The  Directors |
| | | | Anthracite Investments (Ireland) PLC<br>AIB International Centre<br>IFSC Dublin 1<br>Ireland |
| BABSON COLLEGE | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Forest Street<br><br>Babson Park, Massachusetts , 02157-0310<br><br>Attn:  VP for Business |
| BANCA DELLE MARCHE SPA | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Via Ghislieri, 6<br>60035, Jesi-Ancona<br>Italy<br>Attn: Servizio tesoreria de Gruppo |
| BANCA POPOLARE DI VICENZA SCPARL | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Resp. Financial Monitoring & Documentation<br>Via Turati 12<br><br>Milano,<br>Italy |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Via BTG, Framarin 18<br>Vicenza<br>Italy<br>Attn: Fulvio Simonato |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Resp. Financial Monitoring & Documentation<br>Via Turati 12<br><br>Milano,<br>Italy |
| | | | Via BTG, Framarin 18<br>Vicenza<br>Italy<br>Attn: Fulvio Simonato |
| BANCA PROFILO S.P.A. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Corso Italia<br>49-20122 Milan<br>Italy |
| | | | Corso Italia<br>49-20122 Milan<br>Italy |
| BANCO ESPANOL DE CREDITO, S.A. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Mesema 80 Edificio CPD, Sotano-1<br>28033 - Madrid<br>Spain<br>Attn: Javier Llorente Herrero |
| | | | Mesna 80, Edificio CPD Sotano 1<br>28033 Madrid<br>Spain<br>Attn: Javier Llorente Herrero |
| BANCO FINANTIA | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Banco Finantia International Limited<br>Rua General Firmino Miguel, nº 5, 1st Floor<br>1600-100 Lisbon<br>PORTUGAL |
| | | | Banco Finantia International Limited<br>Harbour Place, 4th Floor<br>103 South Church Street<br>George Town<br>Grand Cayman<br>CAYMAN ISLANDS |
| BANCO FINANTIA (MISTAKENLY LISTED AS BANCO II FINANTIA SA) | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Banco Finantia International Limited<br>Rua General Firmino Miguel, nº 5, 1st Floor<br>1600-100 Lisbon<br>PORTUGAL |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Banco Finantia International Limited<br>Harbour Place, 4th Floor<br>103 South Church Street<br>George Town<br>Grand Cayman<br>CAYMAN ISLANDS |
| BANK OF CHINA | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1 Fuxingmen Nei Dajie<br>Beijing 100818 China<br>China<br>Attn: Treasury Department/Legal Compliance |
| BBVA BANCOMER SA | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Av. Universidad 1200<br>Col. Xoco 03339<br>Mexico |
| | | | Av. Universidad 1200<br>Col. Xoco 03339<br>Mexico |
| BELLE HAVEN ABS CDO 2005-1 LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | MAPLESFS LIMITED<br>P.O. Box 1093 Queensgate House, 113 South Church Street<br>George Town, Grand Cayman, CAYMAN ISLANDS |
| | | | P.O. BOX 1093 GT,<br>QUEENSGATE HOUSE, SOUTH CHURCH STREET<br>ATTN: GENERAL COUNSEL OR CORPORATE EXEC<br>GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | Wells Fargo Bank, National Association<br>9062 Old Annapolis Road<br>Columbia, MD, 21045<br><br>Attn: Lisa Ruther |
| BGI/COREPLUS BOND FUND B | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 400 Howard Street<br>San Francisco, CA , 94105 |
| BLUEBAY STRUCTURED HIGH YIELD BOND SUB-TRUST, A SUB-TRUST OF PANACEA TRUST | LEHMAN BROTHERS SPECIAL FINANCING INC. | | BlueBay Asset Management Plc<br>45 Pall Mall<br>London, SW1Y 5JG<br><br>Melanie Davison, Head of Operations |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| BRIGADE LEVERAGED CAPITALSTRUCTURES FUND LTD. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o Brigade Capital Management LLC<br>717 Fifth Avenue, Suite 1301<br>New York, NY, 10022<br><br>Attn: Raymond Luis |
| CALYON | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Calyon Seoul<br>19th Floor, Kyobo Building-1, 1Ka<br>Chongro, Chongro-ku , 110-714,<br>Seoul, Korea |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 9 quai du President Paul Doumer<br>92920 Paris La Defense Cedex<br>France<br>Attn: Xavier Richard |
| | | | Calyone Credit Argricole CIB<br>1301 Avenue of the Americas<br>New York, NY, 10019<br><br>Attn:  Dualn Goldie - Morrison / Richard Carlson |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1301 Avenue of the Americas<br>New York, NY, 10019<br><br>Attn: Manager, Capital Markets |
| | | | Broadwalk House<br>5 Appold Street<br>London, EC2A 2DA<br>United Kingdom<br>Attn: Swaps Back Office |
| | | | Calyon<br>1301 Avenue of the Americas<br>New York, NY, 10019<br><br>Attn: Manager, Capital Markets |
| | | | Calyon<br>Calyone Credit Argricole CIB<br>1301 Avenue of the Americas<br>New York, NY, 10019<br><br>Attn:  Dualn Goldie - Morrison / Richard Carlson |
| CHINA DEVELOPMENT BANK | LEHMAN BROTHERS SPECIAL FINANCING INC. | | No.29, Fu Cheng Men Wai Street<br>Xicheng District<br>Beijing 100037, China<br>Attn: General Office |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| CREDIT SUISSE CAPITAL LLC | LEHMAN BROTHERS OTC DERIVATIVES INC. | | Uetlibergstrasse 231 PO Box CH 8070 Zurich Attn: Carl Baker, Switzerland |
| THE DBS BANK LTD | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 9th Floor Three Exchange Square Central Hong Kong, Hong Kong |
| | | | DBS Building tower 2 6 Shenton Way # 34-08 10th floor 068809 Singapore Attn: Settlements- Derivatives Section |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 6 Shenton Way #34-08 DBS Building Tower Two 068809 Singapore Attn: Treasury and Markets Department |
| | | | 9th Floor Three Exchange Square Central Hong Kong, Hong Kong |
| | | | c/o Allen 9th Floor Three Exchange Square Central Hong Kong, Hong Kong Attn: Allen |
| DUNWOODY VILLAGE INC | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 3550 West Chester Pike Newtown Square, PA, 19073-4168 Attn: Robert Supper, Senior Vice President |
| ESP FUNDING I, LTD. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | LaSalle Bank NA 181 West Madison Street, 32nd Floor Chicago, IL, 60602 Attn: CDO Trust Service Group - ESP Funding I, Ltd |
| EXPORT IMPORT BANK OF CHINA | LEHMAN BROTHERS SPECIAL FINANCING INC. | | No. 30 Fu Xing Nei Street Xicheng District, Beijing, People's Republic of China |
| | | | No. 77, Beiheyan St Dongcheng District Beijing, 100009 Attn: Treasury Dept, China |
| FBE LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 111 Broadway New York, NY, 10006 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | 111 Broadway<br>New York, NY, 10006 |
| FINMECCANICA S.P.A. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Piazza Monte Grappa 4<br>00195 Rome<br>00195<br>Italy<br>Attn: Financial Department |
| GEORGETOWN UNIVERSITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Ryan Administration Building<br>37th and O Streets, N.W.<br>Washington , 20057 |
| HARBOURVIEW CDO III, LIMITED | LEHMAN BROTHERS FINANCIAL PRODUCTS INC. | | 6801 S. Tucson Way<br>Centennial CO , 80112 |
| | | | 6801 S. Tucson Way<br>Centennial, CO , 80112 |
| | | | c/o Deutsche Bank (Cayman) Limited<br>Grand Cayman<br>Cayman Islands |
| THE HONGKONG & SHANGHAIBANKING CORPORATION LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 18th Floor, 8 Canada Square<br>Canary Wharf, London, E14 5HQ<br>United Kingdom<br>Attn: Martin Holcombe |
| HSBC BANK PLC | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 8 Canada Square<br>London, E14 5HQ<br>United Kingdom<br>Attn: Martin Holcombe |
| HSBC FRANCE | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 103 avanue des Champs-Elysees<br>Paris 75008<br>France<br>Attn:  Dept des Marches de Taux et de change |
| HSH NORDBANK AG | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 5-7 St. Helen's Place<br>London, EC3A 6AU<br>UNITED KINGDOM<br>Attn: General Manager |
| | | | Gerhart-Hauptmann-Platz 50<br>D-2000 Hamburg 1<br>Federal Republic of Germany<br>Germany<br>Attn: Credit Dept. SG VIII, Ms.Claudia Becker |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Martensdamm 6<br>Kiel<br>24103<br>Germany<br>Attn: Legal |
| IKB DEUTSCHE INDUSTRIEBANK AG | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Wilhelm-Botzkes-StraBe 1<br>40474 Dusseldorf<br>Postfach 10 11 18<br>40002 Dusseldorf, Germany<br>Attn: Frank Gartner, Katja Krause |
| ING LIFE INSURANCE &ANNUITY COMPANY | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o ING Investment Management LLC<br>5780 Powers Ferry Road, N.W., Suite 300<br>Atlanta, GA,  30327-4349<br><br>Attn: Derivatives Middle Office |
| | | | ING Investment Management LLC<br>5780 Powers Ferry Road, N.W., Suite 300<br>Atlanta, GA , 30327-4349<br><br>Attn: Corporate Counsel |
| KBC BANK N.V. | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Havenlaan 12<br>B-1080 Brussels<br>Belgium<br>Attn: Ellen Matheeussen |
| LANDESBANK BADEN-WURTTEMBERG | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Am Hauptbahnhof 2<br>70173 Stuttgart<br>Germany<br>Attn: Swap Administration 4046 |
| LEHIGH UNIVERSITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 27 Memorial Drive West<br>Bethlehem, PA , 18015<br><br>Attn: Fiance and Administration |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br><br>Attn: Thomas Musarra |
| | | | Lehman Brothers CDO Mezzanine Fund 2005-1, Ltd.<br>c/o Lehman Brothers Inc.<br>399 Park Avenue, 9th Floor<br>New York, NY, 10022<br><br>Cindy Zamora |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| MANOR PARK INC | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 6451 El Camino Real, Suite A<br>Carlsbad, CA , 92009 |
| MEDIOBANCA SPA | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Piazetta Enrico Cuccia, 1<br>20121 Milano<br>Italy<br>Attn: Domenico Cavenago |
| MESIVTA YESHIVA RABBI CHAI | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1593 Coney Island avenue<br>Brooklyn, NY , 11230<br><br>Attn: Mendel Schechter |
| MGIM A/C CHASE A/C MEFUN (ME) | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Puchase Agreement dated 9/1/2008 (8245LL00094) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| NEW YORK LIFE INSURANCE COMPANY | LEHMAN BROTHERS SPECIAL FINANCING INC. | | NY Life Investment Management<br>51 Madison Avenue<br>New York, NY, 00101<br><br>Attn: Tom Mahon |
| NOMURA INTERNATIONAL PLC. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1 St. Martins#apposs-le-Grand<br>London , EC1A 4NP<br>United Kingdom |
| | | | 1 St. Martins#apposs-le-Grand<br>London , EC1A 4NP<br>United Kingdom<br>Attn: England |
| | | | 1 St. Martins's-le-Grand<br>London , EC1A 4NP<br>United Kingdom |
| NOMURA SECURITIES COMPANY LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Urbannet Otemachi Building 2-2-2-,<br>Otemachi<br>Chiyoda-ku<br> Tokyo<br>100-8130<br>Japan |
| OTTERBEIN HOMES | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 580 North State Route 741<br>Lebanon, OH , 45036 |
| | | | 580 North State Route 741<br>Lebanon, OH , 45036 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| OZ GLOBAL SPECIAL INVESTMENTSMASTER FUND LP | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o OZ Management, LP<br>9 West 57th Street, 39th Floor<br>New York, NY, 10019<br><br>Attn: Joel Frank, Chief Financial Officer, Legal |
| OZ MANAGEMENT LPA/C GORDEL HOLDINGS LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Gordel Holdings Limited<br>c/o OZ Management LP<br>9 West 57th Street, 39th Floor<br>New York, NY, 10019<br><br>Attn: Joel Frank, Chief Financial Officer, Legal |
| OZ/OCH-ZIFF CAPITAL STRUCTUREARBITRAGE MST FD LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 9 West 57th Street, 39th Floor<br>New York, NY, 10019 |
| PHOEBE DEVITT HOMES | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1925 Turner Street<br>Allentown, PA , 18104 |
| PHOEBE MINISTRIES | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1925 Turner Street<br>Allentown, PA , 18104 |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1925 Turner Street<br>Allentown, PA , 18104 |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1925 Turner Street<br>Allentown, PA , 18104 |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1925 Turner Street<br>Allentown, PA , 18104 |
| PHOEBE PUTNEY MEMORIAL HOSPITAL INC | LEHMAN BROTHERS SPECIAL FINANCING INC. | | P.O. Box 1828<br>Albany<br>Georgia<br>31702<br><br>Kerry Loudermilk, CFO |
| POLLYSON INTERNATIONAL LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | PO Box 210, 1st Floor, No. 1 The Mews<br>Ann Street, St. Helier<br>Jersey  JE4 8SY<br>Channel Islands, United Kingdom<br>Attn: Chan Chee Kong; Fung Lee Woon King, Director |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| SAINT LOUIS UNIVERSITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 221 North Grand Blvd. DuBourg Hall, Room 202 Saint Louis, MO , 63103<br><br>Attn: Robert J. Woodruff, VP |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o ING Investment Management LLC 5780 Powers Ferry Road, N.W., Suite 300 Atlanta, GA,  30327-4349<br><br>Attn: Derivatives Middle Office |
| | | | ING Investment Management LLC 5780 Powers Ferry Road, N.W., Suite 300 Atlanta, GA , 30327-4349<br><br>Attn: Corporate Counsel |
| | | | ING Investment Management LLC 5780 Powers Ferry Road, N.W., Suite 300 Atlanta, GA , 30327-4349<br><br>Attn: Derivatives Middle Office |
| STANDARD BANK PLC | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 20 Gresham Street London, EC2V 7JE United Kingdom |
| | | | Cannon Bridge House 25 Gate Hill London, EC4R2SB United Kingdom Attn: Operations |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | LEHMAN BROTHERS SPECIAL FINANCING INC. | Reserve Fund Agreement dated on 6/19/2003 | 540 West Madison Street, 25th floor Chicago, Illinois 60661 Chicago, Il, 60661<br><br>Attn: Matthew Massier |
| | | | HSBC Bank, USA CTLA - Structured Finance 10 East 40th Street, Floor 14 New York, NY, 10016<br><br>Attn: Thomas Musarra |
| | | | TOBACCO SETTLEMENT FINANCE CORPORATION 641 Lexington Avenue, 3rd Floor New York, NY, 10022<br><br>Attn: Genevieve D'Agostino |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| UNITED COMPANY | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 1005 Glenway Avenue<br>Bristol, VA , 24201<br><br>Attn: Lois A. Clark / Brian D. Sullivan |
| WACHOVIA BANK, NATIONAL ASSOCIATION | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 301 South College Street<br>Charlotte, NC , 28288 |
| | | | Wachovia Bank, National Association<br>301 South College Street<br>Charlotte, NC , 28288 |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 301 South College Street<br>Charlotte, NC , 28288<br><br>Attn: Diane Weibel |
| WELLS FARGO BANK, NA | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 525 Market Street<br>San Francisco, CA , 94163 |
| | | | 525 Market Street<br>San Francisco, CA , 94163 |
| | | | 550 California Street<br>San Francisco, CA , 94104 |
| | | | 550 California Street<br>San Francisco, CA , 94104 |
| XAVIER UNIVERSITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 3800 Victory Parkway<br>Cincinnati, Ohio , 45207-4521<br><br>Attn: Vice President for Financial Administration |
| YMCA OF GREATER ROCHESTER | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 444 East Main Street<br>Rochester, NY,  4604-2595 |
| | | | 444 East Main Street<br>Rochester, NY, 4604-2595 |
| ZEELAND ALUMINIUM COMPANY AG | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Baarerstrasse 63<br>6300 Zug<br>Switzerland |
| | | | Baarerstrasse 63<br>6300 Zug<br>Switzerland |

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART C – COMMERCIAL REAL ESTATE AGREEMENTS – ARE HEREBY REMOVED FROM EXHIBIT 2 AND ARE NO LONGER SCHEDULED FOR ASSUMPTION**

| Debtor | Counterparty | Title of Agreement | Description[1] | Notice Address |
|--------|--------------|--------------------|---------------|----------------|
| R07A48 | LBHI | BANK OF AMERICA NA | 11/29/2006 | INTERCREDITOR AGREEMENT BETWEEN BANK OF AMERICA NA AND LEHMAN BROTHERS HOLDINGS INC WITH RESPECT TO LOAN IN THE AMOUNT OF $218,500,000 |
| R07C33 | LBHI | LASALLE BANK NATIONAL ASSOCIATION, ERP MINNESOTA PORTFOLIO LLC, ERP MIP MEZZ BORROWER LLC AND WATERTON ASSOCIATES LLC | 06/26/2008 | LETTER AGREEMENT AMONG LASALLE BANK NATIONAL ASSOCIATION, LEHMAN BROTHERS HOLDINGS INC, ERP MINNESOTA PORTFOLIO LLC, ERP MIP MEZZ BORROWER LLC AND WATERTON ASSOCIATES LLC REGARDING MORTGAGE LOAN AND MEZZANINE LOAN |

---

[1] This description is provided for informational purposes only.  To the extent there is an inconsistency between this description and the contract, the contract governs.

**EXHIBIT B**

**CONTRACTS TO BE ADDED TO EXHIBIT 2 TO THE PLAN SUPPLEMENT**

**THE FOLLOWING CONTRACTS ARE HEREBY ADDED TO THE PLAN SUPPLEMENT ON EXHIBIT 2, PART A – DERIVATIVES CONTRACTS – AND ARE SCHEDULED FOR ASSUMPTION**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| QUARTZ FINANCE PLC SERIES 2003-1 CLASS A | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement dated as of 10 October 2002, as amended and supplemented from time to time between Dante Finance plc and Lehman Brothers Special Financing Inc. | c/o The Bank of New York Mellon-London Branch One Canada Square London E14 5AL England Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust |
| QUARTZ FINANCE PLC SERIES 2005-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement dated as of 10 October 2002 and amended and restated on 11 February 2005, as amended and supplemented from time to time between Dante Finance plc and Lehman Brothers Special Financing Inc. | c/o The Bank of New York Mellon-London Branch One Canada Square London E14 5AL England Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust |
| RUBY FINANCE PLC SERIES 2007-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement dated as of 10 October 2002 and amended and restated on 21 July 2006, as amended and restated from time to time between Dante Finance plc and Lehman Brothers Special Financing Inc. | c/o The Bank of New York Mellon-London Branch One Canada Square London E14 5AL England Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust |
| SAPHIR FINANCE PLC SERIES 2007-7 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement dated as of 10 October 2002 and amended and restated on 21 July 2006, as amended and restated from time to time between Dante Finance plc and Lehman Brothers Special Financing Inc. | c/o The Bank of New York Mellon-London Branch One Canada Square London E14 5AL England Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust |
| QUARTZ FINANCE PLC SERIES 2003-1 CLASS B | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement dated as of 10 October 2002, as amended and supplemented from time to time between Dante Finance plc and Lehman Brothers Special Financing Inc. | c/o The Bank of New York Mellon-London Branch One Canada Square London E14 5AL England Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ING USA ANNUITY & LIFE INSURANCE COMPANY | LEHMAN BROTHERS SPECIAL FINANCING INC. | May 22, 2007 ISDA | ING USA Annuity and Life Insurance Company<br>c/o ING Investment Management LLC<br>5780 Powers Ferry Road, N.W. - Suite 300<br>Atlanta, GA, 30327-4349<br><br>Attention: Derivatives Middle Office |
| | | | ING Investment Management LLC<br>5780 Powers Ferry Road, N.W.<br>Suite 300<br>Atlanta, GA, 30327-4349<br><br>Attention: Corporate Counsel |
| | | | ING Investment Management<br>230 Park Avenue, 15th Floor<br>New York, NY, 10169<br><br>Attention: Armand Aponte |
| SCHRODER ALTERNATIVE SOLUTIONS AGRICULTURE FUND | LEHMAN BROTHERS COMMODITY SERVICES INC. | | Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA, 02199-3600<br><br>Attn: Peter L. Welsh |
| | | | Schroder Investment Management Limited<br>Ropes & Gray LLP<br>Prudential Tower - 800 Boylston Street<br>Boston, MA, 02199-3600<br><br>Attn: Lynn Schouls |
| SCHRODER ALTERNATIVE SOLUTIONS COMMODITY FUND | LEHMAN BROTHERS COMMODITY SERVICES INC. | | Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA, 02199-3600<br><br>Attn: Peter L. Welsh |
| | | | Schroder Investment Management Limited<br>Ropes & Gray LLP<br>Prudential Tower - 800 Boylston Street<br>Boston, MA, 02199-3600<br><br>Attn: Lynn Schouls |

**EXHIBIT C**

**MODIFICATIONS TO DESCRIPTIONS OF CONTRACTS ON EXHIBIT 2 TO THE
PLAN SUPPLEMENT**

**THE DESCRIPTIONS OF THE FOLLOWING CONTRACTS ON EXHIBIT 2, PART A OF THE PLAN SUPPLEMENT – DERIVATIVES CONTRACTS – ARE HEREBY MODIFIED AS FOLLOWS:**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES ~~10~~22) | LEHMAN BROTHERS SPECIAL FINANCING INC. | | ~~Anthracite Investments (Ireland~~ANTHRACITE INVESTMENTS (IRELAND) PLC<br>AIB International Centre<br>IFSC Dublin 1<br>Ireland |
| | | | North Church Street<br>PO BOX 1109 GT<br>Grand Cayman~~,~~<br>Cayman Islands |
| | | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) – TRS FACILITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MA - Multi-Currency Cross Border dated on 12/5/2005 | ~~Anthracite Investments (Ireland~~ANTHRACITE INVESTMENTS (IRELAND) PLC<br>AIB International Centre<br>IFSC Dublin 1<br>Ireland |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14~~-~~<br>~~New York~~<br>NEW YORK, NY~~,~~ 10016<br><br>~~Attn: Thomas Musarra~~United States |
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MA - Multi-Currency Cross Border dated on 12/15/2005 | ~~Anthracite Investments (Ireland~~ANTHRACITE INVESTMENTS (IRELAND) PLC<br>AIB International Centre<br>IFSC Dublin 1<br>Ireland |
| | | | ~~North Church~~HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street<br>~~PO BOX 1109 GT~~<br>~~Grand Cayman,~~ ~~Cayman Islands~~Floor 14<br>NEW YORK, NY 10016 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | United States |
| | | | Strathvale House<br>North Church Street<br>PO BOX 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| BERYL FINANCE LIMITED SERIES 2006-~~15~~15[1] | LEHMAN BROTHERS SPECIAL FINANCING INC. | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br><br>Attn: Thomas Musarra |
| | | | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2007-~~14~~14[1] | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Dante Finance Public Limited Company<br>AIB International Centre<br>International Financial Services Centre<br>Dublin 1, Ireland |
| | | | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2007-~~5~~5[1] | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Dante Finance Public Limited Company<br>AIB International Centre<br>International Financial Services Centre<br>Dublin 1, Ireland |
| | | | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2008-~~7~~7[1] | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Dante Finance Public Limited Company<br>AIB International Centre<br>International Financial Services Centre<br>Dublin 1, Ireland |
| | | | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, CAYMAN |

---

[1] This entry does not relate to Tranche A of the referenced series, consistent with the Debtors' Motion Pursuant To Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of a Settlement Agreement Among Lehman Brothers Special Financing Inc., American Family Life Assurance Company of Columbus, and Others, Relating To Certain Swap Transactions With Beryl Finance Limited, filed at docket entry 5955 and approved by order of the Court on December 16, 2009 at docket entry 6250.

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | ISLANDS |
| BLUEBAY ASSET MGMT LTDA/C STICHTING BEDRI METALEKT | LEHMAN BROTHERS SPECIAL FINANCING INC. | Novation Fee for trade 220709631HYGOTHPMI57 dated 11th Sept 2008 with maturity 20th June 2013 | c/o Bluebay Asset Management, 77 Grosvenor Street London England, W1K 3JR England |
| BLUEBAY ASSET MNGNT PLCA/C INTERPOLIS PENSIOENENVE | LEHMAN BROTHERS SPECIAL FINANCING INC. | Novation Fee for trade 220709631HYGOTHHYINT dated 11th Sept 2008 with maturity 20th June 2013 | c/o Bluebay Asset Management, 77 Grosvenor Street London England, W1K 3JR England |
| BLUEBAY STRUCTURED FUNDSHIGH YIELD ENHANCED FUND | LEHMAN BROTHERS SPECIAL FINANCING INC. | Novation Fee for trade 220709631HYGOTHHYEF dated 11th Sept 2008 with maturity 20th June 2013 | c/o Bluebay Asset Management, 77 Grosvenor Street London England, W1K 3JR England |
| BLUEBAY STRUCTURED HIGH YIELD | LEHMAN BROTHERS SPECIAL FINANCING INC. | Novation Fee for trade 220709631HYGOTHBYHY dated 11th Sept 2008 with maturity 20th June 2013 | c/o Bluebay Asset Management, 77 Grosvenor Street London England, W1K 3JR England |
| BLUEBAY/BLUEBAY HIGH YIELD BOND FUND | LEHMAN BROTHERS SPECIAL FINANCING INC. | Novation Fee for trade 220709631HYGOTHHY01 dated 11th Sept 2008 with maturity 20th June 2013 | c/o Bluebay Asset Management, 77 Grosvenor Street London England, W1K 3JR England |
| CQS ABS MASTER FUND LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | Novation Fee for trade 220709631HYGOTHCDS_172597 dated 1110th Sept 2008 with maturity 2025th JuneJuly 20132045 | PO Box 309GT Ugland House , South Church Street , Cayman Islands PO Box 309GT Ugland House South Church Street, Cayman Islands |
| | | | cc. CQS Investment Management Limited5th Floor33 Grosvenor PlaceLondon, SW1X 7HYEngland |
| MORGAN STANLEY CAPITAL SERVICES LLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | Novation Fee for trade 220709631HYGOTHRA1AY dated 1110th Sept 2008 with | c/o The Corporation Trust Comp Corporation Trust C 1209 Orange Street Wilmington, Delaware, 19801-1120 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | maturity 20th June 2013 | United States, |
| | | | cc Morgan Stanley Capital Services Inc. Floor 26, 1633 Broadway New York,  NY 10019 United States |
| SAPHIR FINANCE PLC 2006-3 CLASS A1 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | BNY Corporate Trustee Services Limited - London Branch One Canada Square London London, E14 5AL ,United Kingdom |
| | | | HSBC Bank, USA CTLA - Structured Finance 10 East 40th Street, Floor 14 New York NEW YORK, NY, 10016 United States Attn: Thomas Musarra |
| SAPHIR FINANCE PLC 2006-3 CLASS A3 / CLASS A4 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | BNY Corporate Trustee Services Limited - London Branch One Canada Square London London, E14 5AL ,United Kingdom |
| | | | HSBC Bank, USA CTLA - Structured Finance 10 East 40th Street, Floor 14 New York NEW YORK, NY, 10016 United States Attn: Thomas Musarra |

**THE DESCRIPTION OF THE FOLLOWING CONTRACT ON EXHIBIT 2, PART B OF THE PLAN SUPPLEMENT – COMMERCIAL LOAN AGREEMENTS – IS MODIFIED AS FOLLOWS:**

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| 00008326 | LCPI | ~~Colonial Realty Limited Partnership~~Citicorp North America, Inc. | ~~Credit~~Participation Agreement, dated ~~as of March 22, 2005~~October 30, 2007 | ~~Loan~~Participation ~~agreement~~Agreement | Citicorp North America, Inc. Attn:  Tara Wooster 1615 Brett Road New Castle, DE 19720 |

---

[1] LBHI – Lehman Brothers Holdings Inc.
LCPI – Lehman Commercial Paper Inc.
LCPUK – Lehman Commercial Paper Inc., UK Branch
LBSF – Lehman Brothers Special Financing Inc.

[2] This description is provided for informational purposes only.  To the extent there is an inconsistency between this description and the contract, the contract governs.

US_ACTIVE:\43857551\04\58399.0008