08-13555-mg   Doc 22159   Filed 11/15/11   Entered 11/15/11 14:07:43   Main Document
Pg 1 of 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------

|  |  |
|---|---|
| | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

-------------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                       ) ss.:
COUNTY OF NEW YORK  )

David L. Stevens, being duly sworn, deposes and says:

1.      I reside in New York, NY, am over 18 years of age and am not a party to this action.

2.      On November 14, 2011, the document listed below (the "Filing") was filed electronically via the Court's CM/ECF System.

- JOINDER OF HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN PART TO THE OBJECTION OF THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AND BNY CORPORATE TRUSTEE SERVICES LIMITED TO ASSUMPTION OF DERIVATIVE CONTRACTS PURSUANT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS AND RESERVATION OF RIGHTS

3.      Electronic notice of said Filing was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Filing through the Court's CM/ECF System.

4.      Copies of the Filing were also served on the parties listed on the attached service list on November 14, 2011, by placing same in properly addressed, postage prepaid

envelopes and depositing said envelopes in an official depository under the exclusive care

and custody of the U.S. Postal Service.

By: _____

David L. Stevens

Sworn to before me this
15th day of Nov., 2011

_____
Notary Public
Sarah K. Howell
Notary Public, State of New York
No. 01HO6117436
Qualified in Queens County
Commission Expires October 25, 2012

**Service List:**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis, Esq.
       Elisabetta Gasparini, Esq.
       Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.