DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
Martin J. Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Timothy Q. Karcher, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., | Case No. 08-13555 (JMP) |
| Debtors. | |

**WITHDRAWAL OF NOTICE OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LISTS**

Judy G.Z. Liu of Dewey & LeBoeuf LLP counsel for The Bank of New York Mellon in the above-captioned bankruptcy cases, hereby requests that she be removed from the CM/ECF noticing list and any other service lists in these cases.

Dated: November 15, 2011                     DEWEY & LEBOEUF LLP
       New York, New York

                                             By: /s/ Judy G.Z. Liu
                                                 Martin J. Bienenstock, Esq.
                                                 Judy G.Z. Liu, Esq.
                                                 Timothy Q. Karcher, Esq.
                                                 1301 Avenue of the Americas
                                                 New York, New York 10019
                                                 Tel: (212) 259-8000
                                                 Fax: (212) 259-6333