UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| | : (Jointly Administered) |
| Debtors. | : |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Dillon E. Jackson, a member in good standing of the bar in the State of Washington, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent OneWest Bank, FSB, a creditor in the above-referenced Chapter 11 cases.

Mailing address: 1111 Third Avenue, Suite 3400, Seattle, Washington 98101;

Email address: jackd@foster.com; telephone number: (206) 447-8962.

The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.

Dated: November 15, 2011
Seattle, Washington

*/s/ Dillon E. Jackson*
Dillon E. Jackson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No.  08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Dillon E. Jackson, a member in good standing of the bar in the State of Washington, having requested admission, ***pro hac vice***, to represent OneWest Bank, FSB, a creditor in the above-referenced Chapter 11 cases.

**ORDERED**,

that Dillon E. Jackson, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced Chapter 11 cases, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: November ____, 2011
       New York, New York

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE