James M. Sullivan  
**MOSES & SINGER LLP**  
The Chrysler Building  
405 Lexington Avenue  
New York, New York 10174  
Telephone: (212) 554-7800  
Fax: (212) 554-7700  

*Attorneys for China Development Industrial Bank
and Dotson Investment Ltd*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )  
                     ) ss.:  
COUNTY OF NEW YORK   )

    Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 11th day of November, 2011, he caused copies of the:

**Response of China Development Industrial Bank to Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims); and**

**Response of Dotson Investments Limited to Debtors' Two Hundred Thirteenth Omnibus Objection to Claims**

to be served by electronic transmission upon those parties listed on the Debtors' 2002 Master Service List dated as of November 7, 2011 and upon those parties listed on the attached Service List by First Class Mail.

                                                            /s/ Don K. Kick  
                                                             Don K. Kick

Sworn to before me on November 15, 2011

/s/ Marie S. Leybag  
Notary Public

      Marie S. Leybag  
Notary Public, State of New York  
     No. 01LE5060744  
  Qualified in Queens County  
Commission Expires: May 20, 2014

897005v2 013364.0101

## SERVICE LIST

| | |
|---|---|
| Harvey R. Miller, Esq.<br>Lori R. Fife, Esq.<br>Garrett Fail, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq., Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq.<br>Andrea Schwartz, Esq.<br>Office of the United States Trustee for<br>the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Monica Lawless<br>Brookfield Properties One WFC Co. LLC<br>Three World Financial Center<br>200 Vesey Street<br>New York, NY 10281 |
| AT&T Services-James W. Gordon<br>AT&T Services<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | District Director<br>IRS-Special Procedures Branch<br>290 Broadway<br>New York, NY 10007<br>Attn: Bonnie Austin |
| Mr. Masaya Yamashiro<br>The Sumitomo Trust & Banking Co. Ltd.<br>Grantokyo South Tower<br>1-9-2 Marunouchi<br>Chiyoda-Ky<br>Tokyo, Japan 100-661 | Contrarian Capital Management, LLC<br>Attn: Ethan Schwartz<br>411 Putnam Avenue, Suite 425<br>Greenwich, CT 06830 |
| Stempel Bennett Claman & Hochberg, P.C<br>Attn: Edmond P. O'Brien, Esq.<br>AT&T Services<br>675 Third Avenue, 31st Floor<br>New York, NY 10017 | Standard Chartered Bank<br>Attn: Marc Chait<br>1095 Avenue of the Americas<br>New York, NY 10036 |
| Cohen Lifland Pearlman Herrmann<br>  & Knopf LLP<br>Attn: Peter Perlman and Jeffrey Herrmann<br>Park 80 Plaza West-One<br>Saddle Brook, NJ 07663 | Alfredo R. Perez, Esq.<br>Weil Gotshal & Manges LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002 |

897005v2 013364.0101