Craig Goldblatt
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  202-663-6000
Facsimile:  202-663-6363

Jeannette K. Boot
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Telephone:  212-230-8800
Facsimile:  212-230-8888

*Attorneys for Michigan State Housing Development Authority,*
*West Point Housing LLC and Carnegie Institution of Washington*

**Hearing Date and Time:**
**December 6, 2011 at 10:00 a.m.**
**(Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Lehman Brothers Holdings Inc., *et al.*, | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

_____:

**JOINDER OF MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY, WEST POINT HOUSING LLC AND CARNEGIE INSTITUTION OF WASHINGTON IN OBJECTIONS TO PROPOSED ASSUMPTION OF TERMINATED CONTRACTS**

Michigan State Housing Development Authority, West Point Housing LLC, and Carnegie Institution of Washington (the "Terminated Counterparties") hereby join in the Objections filed by Federal Home Loan Bank of Dallas [Dckt. # 21970] and the Adventist Health System/Sunbelt Inc. [Dckt. # 21610] to the proposed assumption of certain allegedly executory contracts pursuant to the Debtors' proposed Third Amended Plan.

Each of the Terminated Counterparties was a party to a derivatives contract with one or more of the Debtors, which agreements have been validly terminated according to their terms.

On October 25, 2001, the Debtors filed their Plan Supplement, which lists contracts with each of the Terminated Counterparties as executory contracts to be assumed under the Plan.

As noted in the objections in which the Terminated Parties join, all of the transactions between the Terminated Parties and the Debtors have been validly terminated according to their terms.  The Terminated Parties do not believe they owe any material performance obligations under the terms of the agreements.  Accordingly, the Terminated Parties join in the objections to their assumption, and reserve all rights with respect thereto.

Dated: November 15, 2011

                    Respectfully submitted,

                    WILMER CUTLER PICKERING HALE AND DORR LLP

                    _____/s/ Craig Goldblatt_____
                    Craig Goldblatt
                    1875 Pennsylvania Avenue NW
                    Washington, DC 20006
                    Telephone:  202-663-6000
                    Facsimile:  202-663-6363

                    Jeannette K. Boot
                    399 Park Avenue
                    New York, NY  10022
                    Telephone:  212-230-8800
                    Facsimile:  212-230-8888

                    *Attorneys for Michigan State Housing Development Authority, West Point Housing LLC and Carnegie Institution of Washington*