# EXHIBIT N

# In The Matter Of:

*IN RE: LEHMAN BROTHERS HOLDINGS INC., ET. AL.*

_____

*JOHN COSTANGO - Vol. 1*
*June 7, 2011*

_____

# *HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

```
UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------x
In re:                     :  Chapter 11
LEHMAN BROTHERS HOLDINGS
INC., et al.               :  Case No.

     Debtors               :
                              08-13555(JMP)
----------------------------x
LEHMAN BROTHERS HOLDINGS   :
INC., and OFFICIAL
COMMITTEE OF UNSECURED     :
CREDITORS OF LEHMAN
BROTHERS HOLDINGS INC.,    :  Adversary
et al.,
                           :  Proceeding No.
     Plaintiff and
     Plaintiff Intervenor,:   10-03266(JMP)

vs.                        :

JP MORGAN CHASE BANK, N.A.,:
          Defendant.       :
---------------------------x
          HIGHLY CONFIDENTIAL INFORMATION
          GOVERNED BY PROTECTIVE ORDER

                    June 7, 2011
                    9:31 a.m.


     Videotaped Deposition of JOHN COSTANGO,

held at the offices of Quinn Emanuel Urquhart &

Sullivan, LLP, 51 Madison Avenue, New York, New

York, before TAMMEY M. PASTOR, a Registered

Professional Reporter, Certified LiveNote

Reporter and Notary Public within and for the

State of New York.
```

JOHN COSTANGO - 6/7/2011

Page 69

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | worked with us on some part of it.  I don't | 10:56:35 |
| 3 | remember exactly how involved she was.  Then | 10:56:43 |
| 4 | there was internal counsel as well. | 10:56:45 |
| 5 | Q.   Who from internal counsel would | 10:56:47 |
| 6 | you consider part of this group? | 10:56:49 |
| 7 | A.   Edward Mayfield. | 10:56:50 |
| 8 | Q.   Would you consider Mr. Lansing to | 10:56:54 |
| 9 | be part of this group as well? | 10:56:55 |
| 10 | A.   He was my boss. | 10:56:56 |
| 11 | Q.   Was he involved day-to-day in the | 10:57:00 |
| 12 | Project Tassimo? | 10:57:02 |
| 13 | A.   If he felt he needed to be, some | 10:57:02 |
| 14 | days he was more involved than others. | 10:57:05 |
| 15 | Q.   Would you consider yourself to be | 10:57:06 |
| 16 | the primary person responsible for this aspect | 10:57:07 |
| 17 | of Project Tassimo? | 10:57:10 |
| 18 | A.   Well, what do you mean by this | 10:57:19 |
| 19 | aspect? | 10:57:20 |
| 20 | Q.   The team we've been describing. | 10:57:20 |
| 21 | That team. | 10:57:23 |
| 22 | A.   They worked for me. | 10:57:23 |
| 23 | Q.   How would you describe the role | 10:57:28 |
| 24 | this team played in Project Tassimo? | 10:57:29 |
| 25 | A.   I describe the team that worked | 10:57:31 |

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | for me on Project Tassimo as having a | 10:57:35 |
| 3 | coordination role.  We were in some ways the | 10:57:37 |
| 4 | glue that held together a very large team of | 10:57:43 |
| 5 | experts in the various types of asset classes. | 10:57:48 |
| 6 | We had a coordination role.  We were involved | 10:57:53 |
| 7 | in data collection and reporting. | 10:57:55 |
| 8 | Q.   Would you consider yourself to be | 10:57:58 |
| 9 | the primary person responsible for this | 10:57:59 |
| 10 | coordination role within Project Tassimo on a | 10:58:02 |
| 11 | day-to-day basis during September and October | 10:58:05 |
| 12 | and into November, December 2008? | 10:58:07 |
| 13 | A.   I spent almost all of my time | 10:58:12 |
| 14 | during this period on this project.  James | 10:58:14 |
| 15 | Lansing was also very involved.  I don't want | 10:58:17 |
| 16 | to take anything away from his involvement.  So | 10:58:19 |
| 17 | it was one of the two of us or both. | 10:58:23 |
| 18 | Q.   Is it okay with you for ease of | 10:58:29 |
| 19 | reference if we call the group of people we've | 10:58:32 |
| 20 | just been describing the Tassimo team? | 10:58:34 |
| 21 | A.   I would actually prefer you pick | 10:58:37 |
| 22 | something else.  I think of the Tassimo team as | 10:58:39 |
| 23 | having over a hundred people on it. | 10:58:41 |
| 24 | Q.   Sure.  I'm not trying to put | 10:58:42 |
| 25 | words in your mouth at all.  How about we use | 10:58:44 |

|  |  |  |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | special situations group, is that a good wrap | 10:58:46 |
| 3 | around? | 10:58:49 |
| 4 |     A.    That works for me. | 10:58:49 |
| 5 |     Q.    Okay.  Were there any meetings of | 10:58:50 |
| 6 | the special situations group regarding Project | 10:58:56 |
| 7 | Tassimo on a regular basis during September and | 10:59:00 |
| 8 | October of 2008? | 10:59:02 |
| 9 |     A.    I would say that we worked | 10:59:07 |
| 10 | together continuously on this project for, | 10:59:09 |
| 11 | through October of 2008 we all sat next to each | 10:59:11 |
| 12 | other.  I don't know that we had formal | 10:59:16 |
| 13 | meetings, but we were certainly constantly | 10:59:19 |
| 14 | talking about it. | 10:59:22 |
| 15 |     Q.    Were there any meetings at which | 10:59:22 |
| 16 | Mr. Lansing would participate with the special | 10:59:25 |
| 17 | situations group in September and October 2008? | 10:59:27 |
| 18 |     A.    I don't remember any sit-down | 10:59:32 |
| 19 | meetings but, again, we all sat very close to | 10:59:33 |
| 20 | each other and we had constant dialogue. | 10:59:36 |
| 21 |     Q.    Could you describe a little bit | 10:59:38 |
| 22 | the physical setting of you sitting very close | 10:59:40 |
| 23 | to one another. | 10:59:42 |
| 24 |     A.    Well we moved desks during this | 10:59:48 |
| 25 | period.  I couldn't really give you a good | 10:59:50 |

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | September as open posted to October? | 11:02:46 |
| 3 | A. I believe so. | 11:02:48 |
| 4 | Q. During that meeting with Mr. | 11:02:51 |
| 5 | Milam did you or Mr. Lansing or anyone else | 11:02:52 |
| 6 | from the special situations group provide any | 11:02:55 |
| 7 | instructions to Mr. Milam regarding how assets | 11:02:56 |
| 8 | that his desk handled should be liquidated as | 11:03:01 |
| 9 | part of Project Tassimo? | 11:03:05 |
| 10 | A. Yes. | 11:03:08 |
| 11 | Q. What were those instructions? | 11:03:08 |
| 12 | A. As I recall there were Mr. | 11:03:09 |
| 13 | Lansing's instructions to Rob Milam. They were | 11:03:15 |
| 14 | specifically that his traders were to make this | 11:03:20 |
| 15 | a priority. That this was very important for | 11:03:23 |
| 16 | the firm. | 11:03:26 |
| 17 | That they were to treat TSS pool | 11:03:30 |
| 18 | like a customer. With one exception. And that | 11:03:33 |
| 19 | is that they were not to make bid/ask on the | 11:03:38 |
| 20 | trades. | 11:03:41 |
| 21 | Q. Did Mr. Milam react in any way to | 11:03:52 |
| 22 | those instructions? | 11:03:54 |
| 23 | A. Yes. | 11:04:06 |
| 24 | Q. How did he react? | 11:04:07 |
| 25 | A. Well, I remember him wishing that | 11:04:08 |

|   |   |   |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | Q.   Were there any procedures in | 11:52:55 |
| 3 | place to prevent that from happening? | 11:52:57 |
| 4 | A.   The general instructions were | 11:53:05 |
| 5 | that if you can find a bid in the market and | 11:53:07 |
| 6 | that's a real bid, you can meet or exceed that | 11:53:11 |
| 7 | bid.  You, the trading desk.  If you don't and | 11:53:15 |
| 8 | you hit the bid, then the buy and sell trade | 11:53:18 |
| 9 | needs to be the same.  Those were the general | 11:53:21 |
| 10 | instructions to the traders. | 11:53:23 |
| 11 | Q.   When you say meet or exceed the | 11:53:25 |
| 12 | bid, you mean the J.P. Morgan trading desk | 11:53:27 |
| 13 | could only buy an asset from the Tassimo | 11:53:30 |
| 14 | portfolio to the extent it was buying it at a | 11:53:32 |
| 15 | level that was equal to or higher than bids it | 11:53:35 |
| 16 | received in the market? | 11:53:38 |
| 17 | A.   The instructions were if you go | 11:53:41 |
| 18 | out and you get bids, you can meet or exceed | 11:53:42 |
| 19 | the bid.  If you don't meet or exceed the bid | 11:53:48 |
| 20 | and you think you've got a real bid, then you | 11:53:51 |
| 21 | sell at that price.  There is a buy trade and a | 11:53:53 |
| 22 | sell trade at the same price. | 11:53:55 |
| 23 | Q.   Was there any obligation to seek | 11:53:58 |
| 24 | bids in the marketplace when selling Tassimo | 11:53:59 |
| 25 | assets? | 11:54:03 |

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | MR. VIZCARRONDO:  Objection to | 11:54:03 |
| 3 | form. | 11:54:07 |
| 4 | A.   I wouldn't characterize it as an | 11:54:07 |
| 5 | obligation.  The general instructions were to | 11:54:09 |
| 6 | liquidate these assets in a way that is | 11:54:11 |
| 7 | appropriate in the context of the market and | 11:54:14 |
| 8 | the individual asset type.  And we went to the | 11:54:16 |
| 9 | traders who were the experts in that to devise | 11:54:18 |
| 10 | that strategy. | 11:54:21 |
| 11 | Q.   Was there any instructions more | 11:54:24 |
| 12 | specific than the ones you just gave whether | 11:54:27 |
| 13 | bids ought to be sought for the sale of any | 11:54:30 |
| 14 | Tassimo asset? | 11:54:32 |
| 15 | A.   Generally speaking the traders | 11:54:36 |
| 16 | were out seeking bids for the assets.  That's | 11:54:39 |
| 17 | kind of what they do.  There were situations | 11:54:43 |
| 18 | where for various reasons they didn't go out | 11:54:45 |
| 19 | and seek bids, but those would have been | 11:54:49 |
| 20 | exceptions. | 11:54:51 |
| 21 | Q.   In such an exception was it | 11:54:52 |
| 22 | necessary that there be some sort of sign off | 11:54:54 |
| 23 | beyond the particular trader making such trade? | 11:54:56 |
| 24 | A.   Sorry, did you say was it | 11:54:59 |
| 25 | necessary? | 11:55:05 |

|    |                                                            |          |
|----|------------------------------------------------------------|----------|
| 1  | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL                       |          |
| 2  | a bid/ask despite the instruction you just                 | 12:03:01 |
| 3  | described?                                                 | 12:03:04 |
| 4  |     A.   I'm not aware of any. | 12:03:06 |
| 5  |     Q.   Was there ever any process put in | 12:03:07 |
| 6  | place to ensure that that did not happen?                  | 12:03:11 |
| 7  |     A.   You know, the process as I think | 12:03:18 |
| 8  | about it were these discussions, this dialogue             | 12:03:20 |
| 9  | that was happening at all levels with the                  | 12:03:26 |
| 10 | traders about the importance of this process,              | 12:03:30 |
| 11 | the objective of the process and the fact that             | 12:03:35 |
| 12 | everyone was expected to conduct themselves                | 12:03:38 |
| 13 | appropriately.                                             | 12:03:41 |
| 14 |     Q.   When you talk about the | 12:03:44 |
| 15 | importance of the process and objectives of the            | 12:03:45 |
| 16 | process, what was communicated to the traders              | 12:03:47 |
| 17 | regarding the objectives of the process?                   | 12:03:50 |
| 18 |     A.   The traders were aware -- by | 12:03:55 |
| 19 | traders I'm referring to sort of the line                  | 12:03:58 |
| 20 | traders, not the senior traders -- the traders             | 12:04:00 |
| 21 | were aware that this project was very important            | 12:04:02 |
| 22 | for the firm.  It had the attention of senior              | 12:04:08 |
| 23 | management.  It had the support of their                   | 12:04:12 |
| 24 | bosses.  And they were to conduct themselves as            | 12:04:15 |
| 25 | if this portfolio was from a significant                   | 12:04:19 |

|   |   |   |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | client. | 12:04:23 |
| 3 | Q. Were traders made aware this | 12:04:28 |
| 4 | collateral was related to Lehman Brothers? | 12:04:30 |
| 5 | A. Generally, no. They were not | 12:04:32 |
| 6 | told that. | 12:04:33 |
| 7 | Q. Why not? | 12:04:34 |
| 8 | A. I actually don't know why not. | 12:04:34 |
| 9 | Other than that it was made clear in the | 12:04:40 |
| 10 | initial meeting with Matt Zames and the senior | 12:04:43 |
| 11 | traders that we were not to be discussing with | 12:04:46 |
| 12 | the other traders that this was in fact Lehman | 12:04:48 |
| 13 | Brothers. | 12:04:50 |
| 14 | Q. And your last answer sort of had | 12:04:53 |
| 15 | it, but to make it clear, the senior traders | 12:04:55 |
| 16 | were aware this was Lehman Brothers collateral? | 12:04:57 |
| 17 | A. The senior traders at least who | 12:04:59 |
| 18 | were in that room were aware that it was Lehman | 12:05:01 |
| 19 | Brothers collateral because that was mentioned | 12:05:06 |
| 20 | at the time. | 12:05:08 |
| 21 | Q. Are you aware of any other way | 12:05:13 |
| 22 | that the trading desks or individual traders at | 12:05:16 |
| 23 | those desks could have made money on Tassimo | 12:05:18 |
| 24 | trades other than by keeping the bid/ask? | 12:05:22 |
| 25 | A. Well, if a trader is doing a | 12:05:33 |

JOHN COSTANGO - 6/7/2011

Page 122

```
 1        JOHN E. COSTANGO-HIGHLY CONFIDENTIAL
 2           Q.    Other than the less than a penny             12:11:49
 3   policy that we already discussed, was there any            12:11:52
 4   policy at the level of the special situations              12:11:54
 5   group around a floor for prices for Tassimo                12:11:56
 6   trades?                                                    12:12:00
 7           A.    Not that I can remember.                     12:12:00
 8           Q.    When selling assets in an auction            12:12:13
 9   process out of Tassimo were there any                      12:12:15
10   requirements around the number of accounts each            12:12:20
11   asset would need to be showed?                             12:12:22
12               MR. VIZCARRONDO:   Objection to                12:12:25
13           form.                                              12:12:29
14           A.    You know, the custom and practice            12:12:29
15   in these markets varies considerable based on              12:12:30
16   the type of assets that we're talking about.               12:12:33
17   So we chose not to have a one-size-fits-all                12:12:36
18   approach.  And we asked the traders to do what             12:12:39
19   was most appropriate in the context of the                 12:12:44
20   market for their specific asset type.                      12:12:46
21           Q.    Did the trading desks ever come              12:12:54
22   back to you with any written procedures around             12:12:55
23   auction processes?                                         12:12:58
24           A.    As I testified earlier, I can't              12:13:01
25   remember any written procedures from individual            12:13:03
```

JOHN COSTANGO - 6/7/2011

Page 250

| | | |
|---|---|---|
| 1 | JOHN E. COSTANGO-HIGHLY CONFIDENTIAL | |
| 2 | next day and making a profit, so. | 15:59:02 |
| 3 | Q.   So -- | 15:59:04 |
| 4 | A.   The strategy didn't go that far. | 15:59:05 |
| 5 | The strategy is what was the best way to access | 15:59:07 |
| 6 | this market.  In this particular instance, it | 15:59:10 |
| 7 | was determined that going to two very large | 15:59:12 |
| 8 | bidders was the best way to access the market. | 15:59:14 |
| 9 | And that's what they did. | 15:59:18 |
| 10 | Q.   My question was you said the | 15:59:20 |
| 11 | traders created the strategy for bidding out | 15:59:24 |
| 12 | these assets; correct? | 15:59:27 |
| 13 | A.   Generally speaking, yes. | 15:59:28 |
| 14 | Q.   Was there ever a situation where | 15:59:32 |
| 15 | that wasn't the case? | 15:59:33 |
| 16 | A.   Sometimes the traders were doing | 15:59:34 |
| 17 | that in consultations with their bosses and who | 15:59:36 |
| 18 | knows who else.  The traders were the ones who | 15:59:38 |
| 19 | generally speaking came up with the strategy. | 15:59:41 |
| 20 | Q.   My question if that strategy the | 15:59:46 |
| 21 | traders came up with included a plan to turn a | 15:59:47 |
| 22 | profit the next day on assets they'd taken on | 15:59:50 |
| 23 | to their own books, would that be okay to you | 15:59:52 |
| 24 | or acceptable to you as the person who was | 15:59:54 |
| 25 | coordinating the Tassimo liquidation? | 15:59:56 |