# EXHIBIT O



**David N. Long**

09/30/2008 11:00 AM

To: Brian J Chen
cc: James Lansing, Jennifer L. Duffield, John E Costango, Michael T Cassidy, Timothy J Bittel
Subject: Tassimo - Equity - Documentation Agency 24Sept

Finally please find attached the documentation for the agency transactions on the 24th Sept.

*(See attached file: TSSS_2409.xls)*

I think this completes all the documentation requests for the cash equities component

Please let me know if you require any further information.

I will send an update of todays executions after the close

David

**David N. Long, MD**
Head of EDG for the Americas
JPMorgan, Global Equity Derivatives Group

9th Floor, 277 Park Ave, New York, NY 10172-0003

http://www.jpmorgan.com/edg


Derivatives House of the Year 2008

Please see attached hyperlink to access full email communications disclaimer :
http://www.jpmorgan.com/pages/jpmorgan/email

 - TSSS_2409.xls

**DOCUMENT PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL                                                                                      JPM-LBHI01936266

J.P.Morgan

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ctry - Ccy:** | US - USD | | | | | | | | **Trade Date:** | 20080924 | | | | |
| **Account:** | TSSS | | | | | | | | **Settle Date:** | 20080929 | | | | |
| **Side:** | SELL | | | | | | | | **Comm Rate:** | 0.25 CPS | | | | |

| Bloomberg Ticker | CUSIP | SIDE | Security Description | Order Qty | Executed Qty | Residual Qty | Local Price | Gross Value | Commission | Tax | Fees | Net Value | OPEN | HIGH | LOW | LAST TRADE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALSWF US | 00386B109 | SELL | ABSOLUTE SOFTWARE CORPORATION | 51,949 | 51,949 | 0 | 10.0206 | 520,560.15 | 129.87 | 0.00 | 2.92 | 520,427.36 | 9.75 | 10.1555 | 9.75 | 9.75 |
| ACTG US | 3881307 | SELL | ACACIA RESEARCH ACACIA TECH | 25,297 | 25,297 | 0 | 4.1735 | 105,577.03 | 63.24 | 0.00 | 0.60 | 105,513.19 | 4.31 | 4.31 | 3.95 | 4.08 |
| AIXD US | 4329108 | SELL | ACCESS INTEGRATED TECHNOLOGIES A | 9,257 | 9,257 | 0 | 1.4168 | 13,115.32 | 23.14 | 0.00 | 0.08 | 13,092.10 | 1.5 | 1.5 | 1.37 | 1.5 |
| ATV US | 4854105 | SELL | ACORN INTERNATIONAL INC - ADR | 10,000 | 10,000 | 0 | 5.2696 | 52,696.00 | 25.00 | 0.00 | 0.30 | 52,670.70 | 5.45 | 5.69 | 5.21 | 5.52 |
| ARGL US | 40311102 | SELL | ARGYLE SECURITY ACQUISITION | 500 | 500 | 0 | 4.0500 | 2,025.00 | 1.25 | 0.00 | 0.02 | 2,023.73 | 4.05 | 4.05 | 3.75 | 3.75 |
| CIO/U US | G0538M113 | SELL | ASIA SPECIAL SITUATION ACQ-U | 200 | 200 | 0 | 9.2600 | 1,852.00 | 0.50 | 0.00 | 0.02 | 1,851.48 | 9.26 | 9.26 | 9.21 | 9.21 |
| AZPN US | 45327103 | SELL | ASPEN TECH INC | 3,300 | 3,300 | 0 | 12.8000 | 42,240.00 | 8.25 | 0.00 | 0.24 | 42,231.51 | 12.75 | 12.8 | 12.5 | 12.65 |
| ATBIF US | 04963Y102 | SELL | ATRIUM INNOVATIONS INC | 9,003 | 9,003 | 0 | 14.2885 | 128,639.37 | 22.51 | 0.00 | 0.73 | 128,616.13 | 14.435 | 14.435 | 14.435 | 14.435 |
| BLDP US | 05858H104 | SELL | BALLARD PWR SYSTEMS | 19,900 | 19,900 | 0 | 3.6575 | 72,784.25 | 49.75 | 0.00 | 0.41 | 72,734.09 | 3.65 | 3.72 | 3.6 | 3.63 |
| BWTR US | 07011T306 | SELL | BASIN WATER INC | 21,847 | 21,847 | 0 | 2.0399 | 44,565.70 | 54.62 | 0.00 | 0.25 | 44,510.83 | 2.12 | 2.17 | 2 | 2.02 |
| BCRX US | 09058V103 | SELL | BIOCRYST PHARM | 7,834 | 7,834 | 0 | 2.8587 | 22,395.06 | 19.59 | 0.00 | 0.13 | 22,375.34 | 2.82 | 3 | 2.66 | 2.835 |
| BDJ US | 09251A104 | SELL | BLACKROCK ENHANCED DIVIDEND | 40,237 | 40,237 | 0 | 8.7267 | 351,136.23 | 100.59 | 0.00 | 1.97 | 351,033.67 | 8.72 | 8.82 | 8.69 | 8.78 |
| BFK US | 09248F109 | SELL | BLACKROCK MUNICIPAL INC TRST | 15,305 | 15,305 | 0 | 10.5370 | 161,268.79 | 38.26 | 0.00 | 0.91 | 161,229.62 | 10.48 | 10.65 | 10.45 | 10.59 |
| PSY US | 09255H105 | SELL | BLACKROCK PFD INCOME STRATG FUND | 53,636 | 53,636 | 0 | 9.1470 | 490,608.49 | 134.09 | 0.00 | 2.75 | 490,471.65 | 9.32 | 9.99 | 8.98 | 9.12 |
| BOALY US | 99514101 | SELL | BORAL LIMITED-SPON ADR | 2,800 | 2,800 | 0 | 21.0000 | 58,800.00 | 7.00 | 0.00 | 0.33 | 58,792.67 | 21 | 21 | 21 | 21 |
| CTICD US | 150934503 | SELL | CELL THERAPEUTICS INC (USD) | 16,749 | 16,749 | 0 | 0.9081 | 15,209.77 | 41.87 | 0.00 | 0.09 | 15,167.81 | 1 | 1.08 | 0.9 | 0.92 |
| CHC US | 15188T108 | SELL | CENTERLINE HOLDING COMPANY | 13,540 | 13,540 | 0 | 1.9799 | 26,807.85 | 33.85 | 0.00 | 0.16 | 26,773.84 | 1.95 | 2.05 | 1.92 | 1.99 |
| CRHKY US | 16940R109 | SELL | CHINA RESOURCES ENTER SP ADR | 1,000 | 1,000 | 0 | 4.5000 | 4,500.00 | 2.50 | 0.00 | 0.03 | 4,497.47 | 4.5 | 4.5 | 4.5 | 4.5 |
| CANUY US | 204421101 | SELL | CIA ANONIMA TELEF DE VEN-ADR | 8,841 | 8,841 | 0 | 6.2000 | 54,814.20 | 22.10 | 0.00 | 0.31 | 54,791.79 | 5 | 6.5 | 5 | 5 |
| CLRT US | 180489106 | SELL | CLARIENT INC | 13,673 | 13,673 | 0 | 1.8750 | 25,636.88 | 34.18 | 0.00 | 0.15 | 25,602.55 | 1.89 | 1.99 | 1.78 | 1.78 |
| RQI US | 19247L106 | SELL | COHEN & STEERS | 33,066 | 33,066 | 0 | 12.6168 | 417,187.11 | 82.67 | 0.00 | 2.34 | 417,102.10 | 13.1 | 13.12 | 12.55 | 12.83 |
| CNXT US | 207142308 | SELL | CONEXANT SYSTEMS INC | 106,312 | 106,312 | 0 | 3.4491 | 366,680.72 | 265.78 | 0.00 | 2.06 | 366,412.88 | 3.45 | 3.66 | 3.25 | 3.26 |
| CNST US | 21036U107 | SELL | CONSTAR INTL INC | 1,183 | 1,183 | 0 | 0.9957 | 1,177.91 | 2.96 | 0.00 | 0.01 | 1,174.94 | 1.02 | 1.12 | 0.97 | 1.01 |
| CRZ US | 229393301 | SELL | CRYSTAL RIVER CAPITAL INC | 22,536 | 22,536 | 0 | 1.9028 | 42,881.50 | 56.34 | 0.00 | 0.25 | 42,824.91 | 2.04 | 2.0499 | 1.85 | 1.9 |
| DWRI US | 250557105 | SELL | DESIGN WITHIN REACH INC | 975 | 975 | 0 | 3.4291 | 3,343.37 | 2.44 | 0.00 | 0.02 | 3,340.91 | 3.8 | 3.8 | 3.23 | 3.25 |
| EDAP US | 268311107 | SELL | EDAP TMS SA-ADR | 2,648 | 2,648 | 0 | 2.7606 | 7,310.07 | 6.62 | 0.00 | 0.05 | 7,303.40 | 2.85 | 2.95 | 2.55 | 2.55 |
| LONG US | 290138205 | SELL | ELONG INC SPONS ADR | 38,930 | 38,930 | 0 | 7.1001 | 276,406.89 | 97.33 | 0.00 | 1.55 | 276,308.01 | 6.95 | 7.24 | 6.95 | 7.06 |
| EDN US | 29244A102 | SELL | EMP DISTRIB Y COMERC NOR-ADR | 11,000 | 11,000 | 0 | 7.9366 | 87,302.60 | 27.50 | 0.00 | 0.49 | 87,274.61 | 8.13 | 8.95 | 7.86 | 7.9 |
| ETLO US | 29760D100 | SELL | ETELOS INC | 500 | 500 | 0 | 1.6500 | 825.00 | 1.25 | 0.00 | 0.01 | 823.74 | 2 | 2 | 1.5 | 1.65 |
| FLML US | 338488109 | SELL | FLAMEL TECHNOLOGIES ADR | 16,400 | 16,400 | 0 | 7.3316 | 120,238.24 | 41.00 | 0.00 | 0.68 | 120,196.56 | 7.45 | 7.8 | 7.22 | 7.41 |
| GNBT US | 371485103 | SELL | GENEREX BIOTECHNOLOGY CORP | 77,400 | 77,400 | 0 | 0.5824 | 45,077.76 | 193.50 | 0.00 | 0.26 | 44,884.00 | 0.609 | 0.609 | 0.56 | 0.5801 |
| TOH/U US | 429086408 | SELL | HICKS ACQUISITION CO I INC-U | 27,500 | 27,500 | 0 | 9.3000 | 255,750.00 | 68.75 | 0.00 | 1.44 | 255,679.81 | 9.3 | 9.3 | 9.27 | 9.27 |
| HUSKF US | 448055103 | SELL | HUSKY ENERGY INC (USD) | 11,800 | 11,800 | 0 | 43.6430 | 514,987.40 | 29.50 | 0.00 | 2.89 | 514,955.01 | 43.89 | 44.36213 | 43.89 | 43.89 |
| HBP US | 448451104 | SELL | HUTTIG BUILDING PRODUCTS INC | 933 | 933 | 0 | 2.1807 | 2,034.59 | 2.33 | 0.00 | 0.02 | 2,032.24 | 2.21 | 2.29 | 2.11 | 2.28 |
| HYTM US | 44919F104 | SELL | HYTHIAM INC | 13,112 | 13,112 | 0 | 1.8490 | 24,244.09 | 32.78 | 0.00 | 0.14 | 24,211.17 | 1.91 | 1.91 | 1.82 | 1.86 |
| LIMC US | 53261T109 | SELL | LIMCO-PIEDMONT INC | 12,100 | 12,100 | 0 | 4.0821 | 49,393.41 | 30.25 | 0.00 | 0.28 | 49,362.88 | 4.13 | 4.14 | 4 | 4.14 |

JPM-LBHI01936266

| Ticker | CUSIP | Action | Name | Qty1 | Qty2 | Z | Price | Amount1 | Fee1 | Fee2 | Fee3 | Amount2 | P1 | P2 | P3 | P4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LPSN US | 538146101 | SELL | LIVEPERSON INC | 5,693 | 5,693 | 0 | 2.9858 | 16,998.16 | 14.23 | 0.00 | 0.10 | 16,983.83 | 3.08 | 3.09 | 2.9 | 2.97 |
| LUKOY US | 677862104 | SELL | LUKOIL SPONS ADR | 51,381 | 51,381 | 0 | 64.3000 | 3,303,798.30 | 128.45 | 0.00 | 18.51 | 3,303,651.34 | 63.45 | 66.25 | 63 | 63.45 |
| MGU US | 55608D101 | SELL | MACQUARIE GLOBAL INFR TOT RT | 16,596 | 16,596 | 0 | 15.8096 | 262,376.12 | 41.49 | 0.00 | 1.47 | 262,333.16 | 15.8 | 16 | 15.72 | 16 |
| BVN US | 204448104 | SELL | MINAS BUENAVENTURA-SPON ADR | 10,068 | 10,068 | 0 | 24.0723 | 242,359.92 | 25.17 | 0.00 | 1.36 | 242,333.39 | 24.2 | 24.34 | 22.97 | 23.38 |
| MGI US | 60935Y109 | SELL | MONEYGRAM INTERNATIONAL INC | 909,788 | 909,788 | 0 | 1.4003 | 1,273,976.14 | 2,274.47 | 0.00 | 7.14 | 1,271,694.53 | 1.48 | 1.5 | 1.38 | 1.43 |
| NANX US | 630079101 | SELL | NANOPHASE TECH | 22,089 | 22,089 | 0 | 1.5142 | 33,447.16 | 55.22 | 0.00 | 0.19 | 33,391.75 | 1.57 | 1.72 | 1.46 | 1.56 |
| NTII US | 64124W304 | SELL | NEUROBIOLOGICAL TECHNOLOGIES | 38,423 | 38,423 | 0 | 0.8945 | 34,369.37 | 96.06 | 0.00 | 0.20 | 34,273.11 | 0.93 | 0.94 | 0.84 | 0.86 |
| NWD US | 64378H102 | SELL | NEW DRAGON ASIA CORP | 21,670 | 21,670 | 0 | 0.4740 | 10,271.58 | 54.18 | 0.00 | 0.06 | 10,217.34 | 0.525 | 0.525 | 0.44 | 0.44 |
| NFJ US | 65337H109 | SELL | NFJ DVD INTEREST & PR STRAT | 46,383 | 46,383 | 0 | 16.2062 | 751,692.17 | 115.96 | 0.00 | 4.21 | 751,572.00 | 16.45 | 16.7 | 15.95 | 16.51 |
| NED US | 65487R303 | SELL | NOAH EDUCATION HOLDINGS - ADR | 70,638 | 70,638 | 0 | 4.7604 | 336,265.14 | 176.60 | 0.00 | 1.89 | 336,086.65 | 4.93 | 4.93 | 4.67 | 4.74 |
| NQJ US | 670971100 | SELL | NUVEEN NJ INV QUAL MUNI FD | 6,721 | 6,721 | 0 | 11.3229 | 76,101.21 | 16.80 | 0.00 | 0.43 | 76,083.98 | 11.3 | 11.5 | 11.28 | 11.43 |
| JQC US | 67073D102 | SELL | NUVEEN PREF & CONV INC FUND | 66,980 | 66,980 | 0 | 6.4990 | 435,303.02 | 167.45 | 0.00 | 2.44 | 435,133.13 | 6.51 | 6.63 | 6.45 | 6.62 |
| PGTI US | 69336V101 | SELL | PGT INC | 4,259 | 4,259 | 0 | 3.4705 | 14,780.86 | 10.65 | 0.00 | 0.09 | 14,770.12 | 3.71 | 3.71 | 3.37 | 3.42 |
| PXLW US | 72581M305 | SELL | PIXELWORKS INC | 614 | 614 | 0 | 1.4616 | 897.42 | 1.54 | 0.00 | 0.01 | 895.87 | 1.46 | 1.47 | 1.46 | 1.47 |
| OPYGY US | 678129107 | SELL | POLYUS GOLD - ADR | 14,998 | 14,998 | 0 | 10.6800 | 160,178.64 | 37.50 | 0.00 | 0.90 | 160,140.24 | 11.2 | 11.65 | 10.18 | 11.2 |
| PPA US | 73935X690 | SELL | POWERSHARES AERO & DEFENSE PT | 27,100 | 27,100 | 0 | 17.4825 | 473,775.75 | 67.75 | 0.00 | 2.66 | 473,705.34 | 17.52 | 17.5728 | 17.25 | 17.42 |
| QLTI US | 746927102 | SELL | QLT INC | 57,564 | 57,564 | 0 | 3.4997 | 201,456.73 | 143.91 | 0.00 | 1.13 | 201,311.69 | 3.6 | 3.79 | 3.4 | 3.4 |
| ROSG US | M82183100 | SELL | ROSETTA GENOMICS LTD | 15,703 | 15,703 | 0 | 2.9989 | 47,091.73 | 39.26 | 0.00 | 0.27 | 47,052.20 | 2.89 | 3.1 | 2.89 | 3.02 |
| SALM US | 794093104 | SELL | SALEM COMMUNICATIONS CL A | 4,584 | 4,584 | 0 | 1.8773 | 8,605.54 | 11.46 | 0.00 | 0.05 | 8,594.03 | 1.9 | 1.9 | 1.71 | 1.74 |
| SNTS US | 802817304 | SELL | SANTARUS INC (USD) | 58,090 | 58,090 | 0 | 2.4518 | 142,425.06 | 145.23 | 0.00 | 0.80 | 142,279.03 | 2.64 | 2.77 | 2.23 | 2.25 |
| SKYT US | 83087K107 | SELL | SKYTERRA COMMUNICATIONS INC USD | 3,500 | 3,500 | 0 | 3.7571 | 13,149.85 | 8.75 | 0.00 | 0.08 | 13,141.02 | 3.9 | 3.9 | 3.6 | 3.75 |
| JSC US | 78463X822 | SELL | SPDR RUSSELL/NOMURA SMALL CAP | 3,828 | 3,828 | 0 | 37.1143 | 142,073.54 | 9.57 | 0.00 | 0.80 | 142,063.17 | 36.11 | 37.57 | 35.92 | 37.07 |
| HMR/U US | 84920F206 | SELL | SPORTS PROPERTIES ACQUISIT-UNIT | 1,800 | 1,800 | 0 | 9.6500 | 17,370.00 | 4.50 | 0.00 | 0.10 | 17,365.40 | 9.65 | 9.65 | 9.52 | 9.52 |
| SGURF US | 858915101 | SELL | STERLING RESOURCES LTD | 35,000 | 35,000 | 0 | 1.5009 | 52,531.50 | 87.50 | 0.00 | 0.30 | 52,443.70 | 1.62 | 1.62 | 1.45231 | 1.62 |
| TTM US | 876568502 | SELL | TATA MOTORS LTD-SPON ADR | 121,000 | 121,000 | 0 | 8.6730 | 1,049,433.00 | 302.50 | 0.00 | 5.88 | 1,049,124.62 | 9 | 9 | 8.5 | 8.57 |
| TATYY US | 876570607 | SELL | TATE & LYLE PLC SPONS ADR | 2,469 | 2,469 | 0 | 28.0700 | 69,304.83 | 6.17 | 0.00 | 0.39 | 69,298.27 | 28.39 | 28.4 | 28 | 28.39 |
| TWER US | 892000100 | SELL | TOWERSTREAM CORP | 22,982 | 22,982 | 0 | 1.0176 | 23,386.48 | 57.46 | 0.00 | 0.14 | 23,328.88 | 1.02 | 1.05 | 1 | 1.03 |
| TXCC US | 894065101 | SELL | TRANSWITCH | 14,854 | 14,854 | 0 | 0.5638 | 8,374.69 | 37.14 | 0.00 | 0.05 | 8,337.50 | 0.59 | 0.6 | 0.5402 | 0.5402 |
| TA US | 894174101 | SELL | TRAVELCENTERS OF AMERICA | 12,723 | 12,723 | 0 | 2.6225 | 33,366.07 | 31.81 | 0.00 | 0.19 | 33,334.07 | 2.91 | 2.93 | 2.5 | 2.86 |
| TTPA US | 896682200 | SELL | TRINTECH GROUP PLC ADR | 5,639 | 5,639 | 0 | 2.1050 | 11,870.10 | 14.10 | 0.00 | 0.07 | 11,855.93 | 2.31 | 2.31 | 2.1 | 2.1 |
| TRXI US | 898452107 | SELL | TRX INC | 360 | 360 | 0 | 1.0528 | 379.01 | 0.90 | 0.00 | 0.01 | 378.10 | 1.02 | 1.07 | 1.02 | 1.0207 |
| UPFC US | 911301109 | SELL | UNITED PANAM FINANCIAL CORP | 12,476 | 12,476 | 0 | 3.9845 | 49,710.62 | 31.19 | 0.00 | 0.28 | 49,679.15 | 4.1 | 4.1 | 3.91 | 4.05 |
| URX/U US | 911360204 | SELL | UNITED REFINING ENERGY - UNITS | 55,919 | 55,919 | 0 | 9.3604 | 523,424.21 | 139.80 | 0.00 | 2.94 | 523,281.47 | 9.4 | 9.42 | 9.34 | 9.3501 |
| VKQ US | 920919107 | SELL | V KAMPEN MUNI | 23,542 | 23,542 | 0 | 11.6633 | 274,577.41 | 58.86 | 0.00 | 1.54 | 274,517.01 | 11.73 | 12.12 | 11.51 | 11.67 |
| VTG US | G93205113 | SELL | VANTAGE DRILLING CO | 8,363 | 8,363 | 0 | 4.6000 | 38,469.80 | 20.91 | 0.00 | 0.22 | 38,448.67 | 4.6 | 4.69 | 4.55 | 4.55 |
| VTO US | 928502301 | SELL | VITRO SA | 3,800 | 3,800 | 0 | 3.6266 | 13,781.08 | 9.50 | 0.00 | 0.08 | 13,771.50 | 3.74 | 3.74 | 3.51 | 3.56 |
| WVCM US | 943531103 | SELL | WAVECOM SA ADR | 608 | 608 | 0 | 6.2000 | 3,769.60 | 1.52 | 0.00 | 0.03 | 3,768.05 | 6.2 | 6.29 | 6.14 | 6.2 |
| WBRBY US | 967662107 | SELL | WIENERBERGER AG-SPON ADR | 9,375 | 9,375 | 0 | 5.4233 | 50,843.44 | 23.44 | 0.00 | 0.29 | 50,819.71 | 5.45 | 5.5 | 5.4 | 5.45 |
| ZBB US | 98876R204 | SELL | ZBB ENERGY CORP | 768 | 768 | 0 | 2.6656 | 2,047.18 | 1.92 | 0.00 | 0.02 | 2,045.24 | 2.6 | 2.79 | 2.57 | 2.65 |
| ZIPR US | 98974V107 | SELL | ZIPREALTY INC | 408 | 408 | 0 | 4.0402 | 1,648.40 | 1.02 | 0.00 | 0.01 | 1,647.37 | 4 | 4.09 | 3.98 | 3.98 |
| | | | **SELL Total:** | **2,490,019** | **2,490,019** | **0** | | **14,615,753.58** | **6,225.10** | **0.00** | **82.22** | **14,609,446.26** | | | | |
| | | | **US TOTAL:** | **2,490,019** | **2,490,019** | **0** | | **14,615,753.58** | **6,225.10** | **0.00** | **82.22** | **14,609,446.26** | | | | |

JPM-LBHI01936266