# EXHIBIT P

## TASSIMO - CORP - IG

**AS OF:** 6-Oct-08

|  | FACTORED PAR REMAINING | COLLATERAL VALUE | COLL VALUE / FACTORED PAR | COUNT |
|---|---|---|---|---|
| ASSETS >= 20MM CV | 481,913,000 | 465,905,157 | 96.68% | 29 |
| ASSETS < 20MM CV | 502,191,270 | 394,594,588 | 78.57% | 111 |
| TOTAL | 984,104,270 | 860,499,745 | 87.44% | 140 |

| ANALYSIS COUNT | Unique ID | Pool | Pool ID | CUSIP | DESCRIPTION | LOB | DESK GROUP | FACTORED PAR SOLD | COLLATERAL VALUE SOLD | TRADE DATE | TRADER | COUPON | MATURITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4212 | 2 | 2564 | 983024AE0 | WYETH | Credit | Corp - IG | 23,000,000 | 24,144,033 | 6-Oct-08 | Chodorcoff | 5.5000 | 1-Feb-14 |
| 2 | 3933 | 2 | 2285 | 41659EFK8 | HARTFORD LIFE GLOB FUND | Credit | Corp - IG | 25,000,000 | 22,365,373 | 30-Sep-08 | eger | 2.8906 | 17-Jan-12 |
| 3 | 3932 | 2 | 2284 | 341081ET0 | FLORIDA POWER & LIGHT | Credit | Corp - IG | 25,000,000 | 21,681,812 | 30-Sep-08 | broder | 4.9500 | 1-Jun-35 |
| 4 | 3906 | 2 | 2258 | 06050TKN1 | BANK OF AMERICA NA | Credit | Corp - IG | 25,000,000 | 21,634,543 | 25-Sep-08 | 0 | 5.3000 | 15-Mar-17 |
| 5 | 4087 | 2 | 2439 | 534187AM1 | LINCOLN NATIONAL CORP | Credit | Corp - IG | 20,000,000 | 21,159,933 | 6-Oct-08 | Eger | 6.2000 | 15-Dec-11 |
| 6 | 4198 | 2 | 2550 | 983024AA8 | WYETH | Credit | Corp - IG | 20,000,000 | 20,877,950 | 1-Oct-08 | Chodorcoff | 5.5000 | 15-Mar-13 |
| 7 | 1756 | 2 | 108 | 25468PCE4 | WALT DISNEY COMPANY | Credit | Corp - IG | 20,000,000 | 20,536,776 | 24-Sep-08 | Barrett | 5.6250 | 15-Sep-16 |
| 8 | 4115 | 2 | 2467 | 023551AM6 | HESS CORP | Credit | Corp - IG | 19,400,000 | 19,534,514 | 6-Oct-08 | Agans | 7.1250 | 15-Mar-33 |
| 9 | 1760 | 2 | 112 | 0258M0CW7 | AMER EXPRESS CREDIT CO | Credit | Corp - IG | 20,000,000 | 19,393,172 | 24-Sep-08 | Hansen | 5.8750 | 2-May-13 |
| 10 | 3921 | 2 | 2273 | 775371AU1 | ROHM & HAAS COMPANY | Credit | Corp - IG | 17,500,000 | 19,314,532 | 25-Sep-08 | Duncan | 7.8500 | 15-Jul-29 |
| 11 | 3901 | 2 | 2253 | 373334GC9 | GEORGIA POWER COMPANY | Credit | Corp - IG | 20,000,000 | 18,661,162 | 25-Sep-08 | Broder/Agans | 5.6500 | 1-Mar-37 |
| 12 | 4058 | 2 | 2410 | 15189TAQ0 | CENTERPOINT ENERGY INC | Credit | Corp - IG | 18,960,000 | 18,567,779 | 6-Oct-08 | Broder/Agans | 6.5000 | 1-May-18 |
| 13 | 4069 | 2 | 2421 | 92343VAK0 | VERIZON COMMUNICATIONS | Credit | Corp - IG | 20,000,000 | 18,472,199 | 6-Oct-08 | Barrett | 6.4000 | 15-Feb-38 |
| 14 | 4059 | 2 | 2411 | 925524AQ3 | CBS CORP | Credit | Corp - IG | 15,000,000 | 15,526,732 | 1-Oct-08 | Barrett | 6.6250 | 15-May-11 |
| 15 | 4158 | 2 | 2510 | 910197AH5 | UDR INC | Credit | Corp - IG | 15,000,000 | 15,406,975 | 6-Oct-08 | Chodorcoff | 6.5000 | 15-Jun-09 |
| 16 | 4191 | 2 | 2543 | 45031UAH4 | ISTAR FINANCIAL INC | Credit | Corp - IG | 24,000,000 | 15,184,599 | 6-Oct-08 | Adragna | 5.7000 | 1-Mar-14 |
| 17 | 3945 | 2 | 2297 | 828807BA4 | SIMON PROPERTY GROUP LP | Credit | Corp - IG | 15,000,000 | 14,946,150 | 25-Sep-08 | Chodorcoff | 4.8750 | 18-Mar-10 |
| 18 | 3907 | 2 | 2259 | 949746NX5 | WELLS FARGO & COMPANY | Credit | Corp - IG | 14,546,000 | 14,197,714 | 25-Sep-08 | Hansen | 5.6250 | 11-Dec-17 |
| 19 | 4065 | 2 | 2417 | 743263AD7 | PROGRESS ENERGY INC | Credit | Corp - IG | 12,300,000 | 12,962,389 | 6-Oct-08 | Broder/Agans | 7.1000 | 1-Mar-11 |
| 20 | 4016 | 2 | 2368 | 032511AY3 | ANADARKO PETROLEUM CORP | Credit | Corp - IG | 13,875,000 | 12,483,858 | 25-Sep-08 | Broder/Agans | 6.4500 | 15-Sep-36 |
| 21 | 4004 | 2 | 2356 | 277432AD2 | EASTMAN CHEMICAL | Credit | Corp - IG | 11,700,000 | 12,446,603 | 6-Oct-08 | 0 | 7.6000 | 1-Feb-27 |
| 22 | 1847 | 2 | 199 | 38238QAM8 | GOODRICH CORP | Credit | Corp - IG | 11,500,000 | 12,396,860 | 26-Sep-08 | Industrial | 6.8000 | 1-Feb-18 |
| 23 | 588 | 1 | 588 | 565849AF3 | MARATHON OIL CORP 5. | Credit | Corp - IG | 12,000,000 | 11,704,727 | 25-Sep-08 | Agans | 5.9000 | 15-Mar-18 |
| 24 | 4238 | 2 | 2590 | 00817YAB4 | AETNA INC | Credit | Corp - IG | 10,057,000 | 10,800,815 | 24-Sep-08 | Chodorcoff | 7.8750 | 1-Mar-11 |
| 25 | 4204 | 2 | 2556 | 925524BB5 | VIACOM INC | Credit | Corp - IG | 10,575,000 | 10,397,534 | 6-Oct-08 | Barrett | 6.2500 | 30-Apr-16 |
| 26 | 4079 | 2 | 2431 | 775109AK7 | ROGERS COMMUNICATIONS | Credit | Corp - IG | 10,200,000 | 10,391,896 | 25-Sep-08 | Barrett | 6.8000 | 15-Aug-18 |
| 27 | 4014 | 2 | 2366 | 755111AU5 | RAYTHEON CO | Credit | Corp - IG | 9,800,000 | 10,356,380 | 30-Sep-08 |  | 6.4000 | 15-Dec-18 |
| 28 | 3981 | 2 | 2333 | 931142CB7 | WAL-MART STORES | Credit | Corp - IG | 12,000,000 | 10,254,470 | 6-Oct-08 | Adragna | 5.2500 | 1-Sep-35 |
| 29 | 4006 | 2 | 2358 | 12626PAE3 | CRH AMERICA INC | Credit | Corp - IG | 10,500,000 | 10,103,678 | 6-Oct-08 | Adragna | 5.3000 | 15-Oct-13 |

JPM-LBH01761035

**Commentary**

went to two west coast accounts who had previously played in the name and neither cared.  Clients we sold it to were willing to put a bid on block of bonds in declining market.  Bids were roughly 50 back of "quoted" markets which were likely not tradeable to begin with.  I felt the concession was reasonable for a block since
HIG floaters 8/13 offered in the street at 450, HIG 6% 19, offered in the street at $75, HIG CDS  trading in 400's.  Sold HIG FRN 2012 at 88 dollar discount marginn +350.
Asked ▮▮▮▮ and ▮▮▮ for bids▮▮▮ did not respond, ▮▮▮ not a buyer of 30yr bonds and didn't care on this bond, ▮▮▮ passed and ▮▮▮ was the only bid @+300 vs OLB
have a potential buyer but  would have to show firm bonds, but they are looking for distressed levels
no buyers that I know of
went to two west coast accounts who had previously played in the name and neither cared.  Clients we sold it to were willing to put a bid on block of bonds in declining market.  Bids were roughly 50 back of "quoted" markets which were likely not tradeable to begin with.  I felt the concession was reasonable for a block since
Showed these bonds to ▮▮▮ and nobody cared within 200 bps of where we traded them.
Showed this axe to ▮▮▮. Received 2 bids… a 385 bid from ▮▮▮ and a 400 bid from ▮▮▮. No other bidders.
we were short these, market was +500/450. We bought at +475,.AXP has been under pressure.Paper was offered in street at +460 at the time. This bond is now trading at +700/650
Showed to several holders. No Bids. ▮▮▮ bid the +450 contingent to buying the EMN 27s as well. The only bid
Sold to ▮▮▮, ▮▮▮O, and ▮▮▮ did not want to bid.
Cheapest offer I have seen is  +385 from a dealer.  Showed the bonds to ▮▮▮, and ▮▮▮ …only bid was from ▮▮▮
Showed these bonds to ▮▮▮ and ▮▮▮ was the only bid.
Showed these bonds to ▮▮▮ and ▮▮▮ was the only bid.
reit buyers nearly non existent. ▮▮▮ tself was willing to put a bid on these bonds and we sold it to them.
block size buyer buying at discount, for 2mm more I was bid by ▮▮▮ $1 back, so for $65mm I think this $2-5pt dicount was more than fair
showed ▮▮▮ and showed to all our account base.  These customers were willing to put a bid on illiquid bonds in an illiquid environment
showed bonds to ▮▮▮ and ▮▮▮
was the only one with a bid
SOLD AS ONE BLOCK - Showed this axe to ▮▮▮. Received 2 bids… a 385 bid from ▮▮▮ and a 400 bid from ▮▮▮. No other bidders.
I sold my bonds along into the +440 bid
showed to several holders, no bids ▮▮▮ originally bid us +500.  I negotiated 50bps tighter and traded.  $130mm deal size.
SOLD AS ONE BLOCK - Showed this axe to ▮▮▮. Received 1 bid… a 425 bid from ▮▮▮. No other bidders.
we previously had a buyer of this bond.  He saw bonds trace and asked to buy ours at a similar level and we sold it to them.
Showed these bonds to ▮▮▮ and ▮▮▮ was the only bid.
Showed these bonds to ▮▮▮ and none of them cared, showed it to the world & only ▮▮▮ had a bid.
had +325 bid from ▮▮▮ and 300 bid from ▮▮▮. pulled their bid and we sold to ▮▮▮ at +305. Only bidders
went to 3 different accts and only 1 acct showedd me a bid…………….
put them out to all accts at 600 spread…had another acct who told me if I sold bonds they would sell as well ▮▮▮ only 1 acct bid me 650/5yr and I hit that bid..i am now working the order for ▮▮▮ in the 650-675 context

JPM-LBH01761035