# EXHIBIT Q

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                         :
In re                                                    :   Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC.,                           :   08-13555 (JMP)
*et al.*,                                                :
                                                         :   (Jointly Administered)
                        Debtors.                         :
---------------------------------------------------------- x

# REPORT OF
# ANTON R. VALUKAS, EXAMINER

                                  Jenner & Block LLP
                                  353 N. Clark Street
                                  Chicago, IL 60654-3456
                                  312-222-9350

                                  919 Third Avenue
                                  37th Floor
                                  New York, NY  10022-3908
                                  212-891-1600

March 11, 2010                            *Counsel to the Examiner*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :
In re                                                      :  Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC.,                             :  08-13555 (JMP)
*et al.*,                                                  :
                                                           :  (Jointly Administered)
                           Debtors.                        :
---------------------------------------------------------- x

# REPORT OF
# ANTON R. VALUKAS, EXAMINER

|  |  |
|---|---|
|  | Jenner & Block LLP |
|  | 353 N. Clark Street |
|  | Chicago, IL 60654-3456 |
|  | 312-222-9350 |
|  |  |
|  | 919 Third Avenue |
|  | 37th Floor |
|  | New York, NY 10022-3908 |
|  | 212-891-1600 |
| March 11, 2010 | *Counsel to the Examiner* |

**VOLUME 4 OF 9**

Section III.A.5: Secured Lenders

Section III.A.6: Government

of the Federal Reserve Act the Fed might be able to lend against any collateral,[5934] he feared that providing emergency funds to the ailing bank would cause its clients to flee, ensuring its demise.[5935]

That weekend, Lehman's "financial team" came on-site to the FRBNY and "opened their books" to representatives from the investment banks in order to work out the details of any potential rescue.[5936] Barclays was permitted to examine Lehman's books, in order to conduct the due diligence necessary to determine whether it would acquire Lehman.[5937] Baxter noted concern among the firms that by negotiating a rescue for Lehman, they would be "financing a sweetheart deal for one of their competitors."[5938] Nevertheless, due diligence and planning continued.

But Barclays and the British regulators had their own reservations. During the evening of September 13, 2008, Barclays advised the FSA that the FRBNY was asking Barclays to guarantee Lehman's financial obligations in a manner similar to that

---

[5934] Section 13(3) provides that a Federal Reserve Bank may, "[i]n unusual and exigent circumstances" lend to any individual or corporation so long as the lending is "secured to the satisfaction" of the Federal Reserve Bank. 12 U.S.C. § 343. But the Fed and FRBNY emphasized that they could not lend against insufficient collateral. Examiner's Interview of Ben S. Bernanke, December 22, 2009, at 2 (then-FRBNY President Timothy F. Geithner informed Chairman Bernanke that the Fed would be "lending into a run," and that, while a loan might help pay off some counterparties, it would not save Lehman. Chairman Bernanke concluded that Lehman was insolvent and lacked any collateral, given that its assets fell short of obligations that would come due).
[5935] Examiner's Interview of Henry M. Paulson, Jr., June 25, 2009, at p. 16.
[5936] Examiner's Interview of Thomas C. Baxter, Jr., May 20, 2009, at pp. 9-10.
[5937] Financial Services Authority (U.K.), Statement of the Financial Services Authority (Jan. 20, 2010), at p. 5.
[5938] Examiner's Interview of Thomas C. Baxter, Jr., May 20, 2009, at p. 10.

provided by JPMorgan when it acquired Bear Stearns.[5939] Barclays recognized, and the FSA confirmed, that British regulations would require shareholder approval before such a guaranty could be granted.[5940] Later that evening, Barclays advised the FSA that "because of the guarantee" issue, it was "unlikely that a suitable structure to purchase Lehman could be put in place which would satisfy [its] Board."[5941] McCarthy spoke to Geithner that evening about the state of the negotiations, and McCarthy reported that although no proposal had yet been shown to the FSA by Barclays, "if one was it would raise significant issues."[5942] Yet, because no proposal had "been put forward . . . it was impossible to say whether any particular proposal would prove acceptable."[5943]

On the afternoon of Sunday, September 14, 2008 (London time), the FSA informed the FRBNY that the guaranty issue would need to be resolved before any take-over could be approved.[5944] According to the FSA, Geithner replied that the FRBNY had arranged for a consortium of Wall Street firms to take Lehman's illiquid assets, but that a guaranty from Barclays "would still be required."[5945] Barclays, the FSA

---

[5939] Financial Services Authority (U.K.), Statement of the Financial Services Authority (Jan. 20, 2010), at p. 7.
[5940] *Id.*
[5941] *Id.*
[5942] *Id.*
[5943] *Id.*
[5944] *Id.* at p. 8. Baxter advised the Examiner that the FRBNY did not learn that providing a guaranty had become an issue until "late" on Sunday, September 14. Examiner's Interview of Thomas C. Baxter, Jr., Aug. 31, 2009, at p. 8.
[5945] Financial Services Authority (U.K.), Statement of the Financial Services Authority (Jan. 20, 2010), at p. 8.

and the FRBNY continued to discuss the regulatory and prudential obstacles presented by the guaranty issue throughout the day on September 14.  By late afternoon or early evening, however the FSA and Barclays "agreed that neither the Barclays Board nor the FSA could approve any transaction structure that required Barclays to provide the guarantee asked for by the FRBNY."[5946]

Over the weekend, the assembled banks had agreed to provide at least $20 billion in financing to facilitate Lehman's acquisition by Barclays.[5947]  According to Government witnesses, it was not for want of cooperation, coordination or Government pressure that Lehman was not acquired.[5948]  Rather, those Government representatives present for the meetings laid the failure of the deal on Barclays' inability to guarantee trading losses associated with the acquisition.[5949]

Baxter was clear in his conviction that the inability of Barclays to obtain a guaranty was due to the unwillingness of the British government, specifically the FSA, to waive the British legal requirement that Barclays obtain a shareholder vote on the issue.[5950]  This critical viewpoint was uniformly held among the FRBNY witnesses interviewed by the Examiner.  Voigts agreed that a sale of Lehman was not possible because Barclays was unable to obtain a waiver from the FSA to guarantee Lehman's

---

[5946] *Id*. at p. 10.
[5947] Examiner's Interview of Henry M. Paulson, June 25, 2009, at p. 18.
[5948] Examiner's Interview of Thomas C. Baxter, Jr., May 20, 2009, at p. 9.
[5949] *Id*.; Examiner's Interview of Jan H. Voigts, Aug. 25, 2009, at p. 7.
[5950] Examiner's Interview of Thomas C. Baxter, Jr., Aug. 31, 2009, at p. 8.

obligations.[5951] Geithner echoed these comments, stating that a deal during Lehman Weekend was impracticable because Lehman lacked a buyer.[5952] In Geithner's view, had Lehman had a buyer in Barclays or any other third party, the Government would have extended financing to that buyer to help facilitate the sale.[5953] Bernanke also attributed the Government's ultimate inability to rescue Lehman to the absence of a buyer for the firm.[5954]

Baxter stated his belief that the British government simply did not want Barclays to acquire Lehman, and therefore refused to allow Barclays to guarantee the deal, or otherwise backstop the transaction.[5955] The FSA explained to the Examiner that, because Barclays was one of the U.K.'s clearing banks, "it was important to ensure that Barclays did not expose itself to a level of risk that would weaken it to an extent that could have a wider systemic impact on the U.K. financial system."[5956] Further, Chairman McCarthy told Chairman Cox that there was no precedent for waiving the U.K. law requirement that Barclays obtain shareholder approval prior to agreeing to any guaranty in these

---

[5951] Examiner's Interview of Jan H. Voigts, Aug. 25, 2009, at p. 7.
[5952] Examiner's Interview of Timothy F. Geithner, Nov. 24, 2009, at p. 9.
[5953] *Id.*
[5954] Examiner's Interview of Ben S. Bernanke, Dec. 22, 2009, at p. 2.
[5955] Examiner's Interview of Thomas C. Baxter, Jr., May 20, 2009, at p. 10.
[5956] The Examiner sought, but was not granted, an interview with the FSA decision makers; but the FSA did provide written answers to questions. Financial Services Authority (U.K.), Statement of the Financial Services Authority (Jan. 20, 2010), at p. 6.