**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th Floor
New York, New York 10022
Telephone (212) 752-8000
Facsimile (212) 752-8393
Michael D. Warner, Esq. (TX Bar No. 792304)
Kenneth L. Baum, Esq.
*Attorneys for Highland Credit Strategies*
*Master Fund, L.P.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | : Case No. 08-13555 (JMP) |
|  | : (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., *et al*, : |  |
|  | : CHAPTER 11 |
| Debtors. | : |
|  | : |

### AFFIDAVIT OF MAILING

STATE OF NEW JERSEY  )

COUNTY OF BERGEN    )

  FRANCES PISANO, of full age, being duly sworn according to law, upon her oath, deposes and says:

  1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Highland Credit Strategies Master Fund, L.P.

  2. On November 14, 2011, this office caused to be filed electronically with the United States Bankruptcy Court for the Southern District of New York, the following documents:

        a.        Highland Credit Strategies Master Fund, L.P.'s Response to Debtors' One Hundred and Eighty Ninth Omnibus Objection to Claims (No Liability Repo Claims), with Exhibits (*Docket No. 22051*);

3.        All parties that filed a Notice of Appearance received notice and copies of the above-referenced pleadings *via electronic notice*.

4.        On November 14, 2011, this office caused copies of the above-referenced pleadings to be served via *overnight delivery*, on all parties on the Service List attached hereto as **Exhibit A**.

5.        I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                      */s/ Frances Pisano*
                                                      FRANCES PISANO

Sworn and subscribed to before me
this 15th day of November, 2011.

    */s/ Caroline DeCourcey-Cote*
A Notary Public of the State of New Jersey
My Commission Expires March 30, 2014.

40000/9150-8069290v1

# EXHIBIT A
# SERVICE LIST

Weil, Gotshal & Manges, LLP
Attn:  Robert J. Lemons, Esq. and
Mark Bernstein, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
Attn:  Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq. and
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy, LLP
Attn:  Dennis F. Dunne,
Dennis O'Donnell, Esq. and
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

40000/9150-8069290v1