UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,        Case No. 08-13555 (JMP)

                              Debtors.
-----------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ROBERT D. ALBERGOTTI

UPON the motion of Robert D. Albergotti dated November 10, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Robert D. Albergotti is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         November 15, 2011

                                                   *s/ James M. Peck*
                                                   UNITED STATES BANKRUPTCY JUDGE