| | |
|---|---|
| Ronald S. Beacher<br>Patrick Sibley<br>PRYOR CASHMAN LLP<br>7 Times Square<br>New York, New York 10036-6569<br>Telephone: (212) 421-4100<br>Facsimile: (212) 326-0806<br>rbeacher@pryorcashman.com<br>psibley@pryorcashman.com | **Hearing Date and Time: November 30, 2011 at 10:00 a.m. (prevailing Eastern Time)** |

*Attorneys for Bank of Valletta p.l.c.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | **Case No. 08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : | |

**JOINDER OF BANK OF VALLETTA P.L.C. IN THE RESPONSE OF LLOYDS TSB BANK PLC (GENEVA BRANCH) TO DEBTORS' TWO HUNDRED SIXTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM AND RESERVATION OF RIGHTS**

Bank of Valletta p.l.c. ("Bank of Valletta"), by and through its undersigned counsel, hereby joins (the "Joinder") in Lloyds TSB Bank plc's (Geneva Branch) ("LTSB") response (the "LTSB Response") [Docket No. 22015] to the Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Objection") [Docket No. 20105].

Through this Joinder, Bank of Valletta responds to the partial disallowance of Bank of Valletta's proof of claim (Claim No. 58114) sought by the Debtors in the Objection and joins in the LTSB Response, without waiving any additional defenses Bank of Valletta may have, and reserves all rights to be heard before the Bankruptcy Court. Bank of Valletta respectfully requests that the Court grant the relief referenced in the LTSB Response and requests that any relief granted to LTSB be equally applicable to Bank of Valletta.

Dated: November 15, 2011
New York, New York

          Respectfully Submitted,

    By: */s/ Patrick Sibley*
      Ronald S. Beacher
      Patrick Sibley
      Pryor Cashman LLP
      7 Times Square
      New York, NY 10036
      Telephone: (212) 421-4100
      Facsimile: (212) 326-0806
      rbeacher@pryorcashman.com
      psibley@pryorcashman.com

      *Attorneys for Bank of Valletta p.l.c.*