SNR DENTON US LLP
Carole Neville, Esq.
1221 Avenue of the Americas
New York, NY  10020-1089
Tel.:  (212) 768-6700
e-mail:  carole.neville@snrdenton.com

*Counsel to Rockford Memorial Hospital,*
*Adventist Healthcare MD, Presbyterian Homes,*
*Anthracite Balanced Company (R-26) Limited and*
*Saint Louis University*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :    08-13555 (JMP)
                                                    :
                        Debtors.                    :    (Jointly Administered)
                                                    :
------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Carole Neville ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York and an attorney at the law firm of SNR Denton LLP ("SNR Denton"), hereby move this Court to enter an order permitting Thomas A. Labuda, Jr., an attorney at the law firm of SNR Denton, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York, to represent Rockford Memorial Hospital, Adventist Healthcare MD, Presbyterian Homes, Anthracite Balanced Company (R-26) Limited and Saint Louis University, as creditors in the above-referenced proceedings.  In support thereof, the Movant respectfully represents as follows:

Mr. Labuda is an attorney with the SNR Denton firm.  He is a member in good standing of the Bar of the State of Illinois.  Mr. Labuda agrees to pay the fee of $200.00 with this motion for *pro hac admission.*  Mr. Labuda's address is:

> SNR Denton LLP
> 8000 Sears Tower
> 233 South Wacker Drive
> Chicago, Illinois  60606
> Tel.:  (312) 876-8000
> Fax:  (312) 876-7934
> thomas.labuda@snrdenton.com

Dated:  November 15, 2011

SNR DENTON US LLP

*/s/     Carole Neville*
Carole Neville, Esq.
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
e-mail:  carole.neville@snrdenton.com

*Counsel to Counsel to Rockford Memorial Hospital, Adventist Healthcare MD, Presbyterian Homes, Anthracite Balanced Company (R-26) Limited and Saint Louis University*

17741794\V-1