**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                        :

**In re**                                            :          Chapter 11 Case No.
                                                        :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :          08-13555 (JMP)
                                                        :

                                **Debtors.**             :          (Jointly Administered)
                                                        :
------------------------------------------------------------------x


**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

       Upon consideration of the Motion seeking admission *pro hac vice* of Thomas A. Labuda, Jr. to represent to represent Rockford Memorial Hospital, Adventist Healthcare MD, Presbyterian Homes, Anthracite Balanced Company (R-26) Limited and Saint Louis University, as creditors in the above-referenced proceedings before the United States Bankruptcy Court for the Southern District of New York as is more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein; and upon the Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

       **ORDERED** that Thomas A. Labuda, Jr. is permitted to appear *pro hac vice* as counsel in the above-referenced proceedings.

Dated: New York, New York
           November ___, 2011


                                                                                                         
                                                UNITED STATES  BANKRUPTCY JUDGE