Tracy L. Klestadt
John E. Jureller, Jr.
KLESTADT & WINTERS, LLP
570 Seventh Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

Sven T. Nylen
**K&L GATES LLP**
70 W. Madison Street, Suite 3100
Chicago, Illinois 60602
(312) 781-7235

*Attorneys for OMX Timber Finance Investments II, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                         :
In re                                                    :         Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,                   :         Case No. 08-13555 (JMP)
                                                         :
Debtors.                                                 :         (Jointly Administered)
                                                         :
----------------------------------------------------------------x

**STATEMENT OF OMX TIMBER FINANCE INVESTMENTS II, LLC**
**IN SUPPORT OF THE PLAN**

OMX Timber Finance Investments II, LLC ("OMX"), through its undersigned counsel,

hereby files this statement in support of the Debtors' Third Amended Joint Chapter 11 Plan of

Lehman Brothers Holdings Inc. and Affiliated Debtors Pursuant to Section 1125 of the

Bankruptcy Code [Docket No. 19627] (the "Plan"), filed by Lehman Brothers Holdings Inc.

("LBHI") and its affiliated chapter 11 debtors on August 31, 2011 in the above-captioned case.

OMX is party to a certain Stipulation Concerning Certain Proofs of Claim, dated November 11, 2011 (the "Stipulation"), with LBHI and others. Subject to the terms and conditions of the Stipulation, OMX supports the confirmation of the Plan.

Dated: November 15, 2011
        New York, New York

KLESTADT & WINTERS, LLP

By: */s/ John E. Jureller, Jr.*
        Tracy L. Klestadt
        John E. Jureller, Jr.
570 Seventh Avenue, 17th Floor
New York, New York 10018
(212) 972-3000
                -and-

Sven T. Nylen
**K&L GATES LLP**
70 W. Madison Street, Suite 3100
Chicago, Illinois 60602
(312) 781-7235

*Attorneys for OMX Timber Finance Investments II, LLC*