VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Edward A. Smith
Rishi Kapoor

*Counsel for LBBW Luxemburg S.A. and
Landesbank Baden-Württemberg*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                             :
                                                   :    **Chapter 11**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :
                                                   :    **Case No. 08-13555 (JMP)**
                    Debtors.                       :
                                                   :    **(Jointly Administered)**
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, RICHARD TROTTER, an attorney admitted to practice in the State of New York, hereby certify that on November 10, 2011, I caused the *Objection of LBBW Luxemburg S.A. and Landesbank Baden-Württemberg to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [Docket No. 21911] and a copy of the *Declaration of Edward A. Smith in Support Thereof* [Docket No. 21924] to be served electronically on the parties registered for ECF service and on the parties and by the means indicated on the attached Service List.

                                                     */s/ Richard Trotter*
                                                     RICHARD TROTTER

# SERVICE LIST

**By E-Mail Transmission**

Weil, Gotshal & Manges LLP
    Harvey R. Miller (harvey.miller@weil.com)
    Lori R. Fife (lori.fife@weil.com)
    Alfredo R. Pérez (alfredo.perez@weil.com)

Milbank, Tweed, Hadley & McCloy LLP
    Dennis F. Dunne (ddunne@milbank.com)
    Dennis O'Donnell (dodonnell@milbank.com)
    Evan Fleck (efleck@milbank.com)


**By Overnight Delivery**

The Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Elisabetta Gasparini
       Andrea B. Schwartz

The Honorable James M. Peck
1 Bowling Green
New York, NY 10004
Courtroom 601