WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                            :
**In re**                                                   :     **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :     **08-13555 (JMP)**
                                                            :
                                  **Debtors.**              :     **(Jointly Administered)**
                                                            :
-------------------------------------------------------------------------------x
                                                            :
**In re**                                                   :
                                                            :     **Case No.**
**LEHMAN BROTHERS INC.,**                                   :
                                                            :     **08-01420 (JMP) (SIPA)**
                                  **Debtor.**               :
                                                            :
-------------------------------------------------------------------------------x

**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS SCHEDULED FOR THE
FORTY FOURTH OMNIBUS HEARING ON NOVEMBER 16, 2011 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable
James M. Peck, United States Bankruptcy Judge, **Room 601**,
One Bowling Green, New York, NY 10004-1408

**I.    <u>UNCONTESTED MATTERS</u>:**

1.    Motion of Colorado Plaintiffs Authorizing 2004 Examination of Debtors **[ECF
No. 15200]**

Response Deadline:    March 31, 2011

Responses Received:

A.    Debtors' Preliminary Response **[ECF No. 15522]**

B.    Debtors' Objection **[ECF No. 15681]**

Related Document:

C.    Notice of Proposed Order **[ECF No. 15201]**

Status:  This matter has been resolved.  A stipulation and agreed order will be
submitted to the Court.

2.    Motion of Colorado Plaintiffs for Relief from the Automatic Stay **[ECF No.
15202]**

Response Deadline:    April 6, 2011

Response Received:

A.    Debtors' Objection **[ECF No. 15681]**

Related Documents:    None.

Status:  This matter has been resolved.  A stipulation and agreed order will be
submitted to the Court.

3.    Debtors' Motion to Establish Procedures for the Consensual Amendment and
Assumption of Certain Non-Terminated Prepetition Derivatives Contracts **[ECF
No. 21297]**

Response Deadline:    November 9, 2011 at 4:00 p.m.

Responses Received:

    A.    Statement of Asbury Atlantic, Inc. and Asbury- Solomons, Inc. **[ECF No. 21598]**

    B.    Reservation of Rights of Bank of Montreal **[ECF No. 21824]**

Related Document:

    C.    Declaration of Daniel Ehrmann in Support of Debtors' Motion **[ECF No. 21411]**

Status:  This matter is going forward.

4.    Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of a Settlement and Compromise with Danske Bank A/S **[ECF No. 21298]**

Response Deadline:    November 9, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Declaration of Daniel Ehrmann in Support of Debtors' Motion **[ECF No. 21409]**

Status:  This matter is going forward.

## II.    **CONTESTED MATTERS:**

5.    Joint Motion of Lehman Brothers Holdings Inc. and James W. Giddens, as Trustee for Lehman Brothers Inc., Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (i) for Authorization and Approval of a Stock Purchase Agreement Regarding the VEBA and (ii) for Authorization and Approval of a Settlement Regarding the Same **[Case No. 08-13555, ECF No. 21109 and Case No. 08-01420, ECF No. 4654]**

Response Deadline:    November 9, 2011 at 4:00 p.m.

Responses Received:

    A.    Objection of Louise Roberto **[ECF No. 21717]**

    B.    Objection of Wendy M. Uvino **[ECF No. 21797]**

    C.      Objection of Secretary of United States Department of Labor **[ECF No. 21809]**

    D.      Objection of Donald S. Bean **[ECF No. TBD]**

    E.      Objection of Steven G. Delaney **[ECF No. TBD]**

    F.      Objection of Anne Di Pasquale **[ECF No. TBD]**

    G.      Objection of Armita M. Fucci **[ECF No. TBD]**

    H.      Objection of Antoinette La Belle **[ECF No. TBD]**

    I.      Objection of David W. Kelly **[ECF No. TBD]**

    J.      Objection of Barbara Malina **[ECF No. TBD]**

    K.      Objection of Marilyn B. Nader **[ECF No. TBD]**

    L.      Objection of Robert E. and Sandra P. Nash **[ECF No. TBD]**

    M.      Objection of Mary Anne Rasmussen **[ECF No. TBD]**

    N.      Objection of Barbara M. Roth **[ECF No. TBD]**

    O.      Objection of John C. Till **[ECF No. TBD]**

Related Document:

    P.      Debtors' Reply **[ECF No. 22038]**

Status:  This matter is going forward.

## **SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

### **III.**    **CONTESTED MATTERS:**

6.    The Providence Funds' Motion for an Order Setting Hearing Date and Establishing Discovery and Briefing Schedule or, in the Alternative, for a Status Conference **[LBI ECF No. 4678]**

Response Deadline:    November 9, 2011 at 4:00 p.m.

Responses Received:

    A.      Trustee's Opposition to Providence Funds' Motion for an Order Setting Hearing Date and Establishing Discovery and Briefing Schedule, or in the Alternative, for a Status Conference **[LBI ECF No. 4697]**

      B.      Statement of Official Committee of Unsecured Creditors in Support of the Providence Funds' Motion for an Order Setting Hearing Date and Establishing Discovery and Briefing Schedule or, in the Alternative, for a Status Conference **[LBI ECF No. 4701]**

      C.      Statement of Joint Administrators of Lehman Brothers International (Europe) Regarding Motion of PEP Credit Investor L.P., Providence Equity Partners VI L.P., Providence Equity Partners VI-A L.P., and Providence TMT Special Situations Fund L.P. for an Order Setting Hearing Date and Establishing Discovery and Briefing Schedule or, in the Alternative, for a Status Conference **[LBI ECF No. 4715]**

Related Document:

      D.      Reply in Further Support of the Providence Funds' Motion for an Order Setting Hearing Date and Establishing Discovery and Briefing Schedule or, in the Alternative, for a Status Conference **[LBI ECF No. 4706]**

Status:  This matter is going forward.

7.      Joint Motion of Lehman Brothers Holdings Inc. and James W. Giddens, as Trustee for Lehman Brothers Inc., Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (i) for Authorization and Approval of a Stock Purchase Agreement Regarding the VEBA and (ii) for Authorization and Approval of a Settlement Regarding the Same **[Case No. 08-13555, ECF No. 21109 and Case No. 08-01420, ECF No. 4654]**

Response Deadline:    November 9, 2011 at 4:00 p.m.

Responses Received:    See matter number 5 of the Agenda.

Status:  This matter is going forward and will be heard simultaneously with matter number 5 of the Agenda.

## MATTERS TO BE HEARD AT 2:00 P.M.

## IV.    ADVERSARY PROCEEDINGS:

8.      Uvino v. Lehman Brothers Holdings Inc. **[Case No. 10-05428]**

**Defendant's Motion to Dismiss Amended Adversary Complaint**

Related Documents:

    A.    Defendant's Motion to Dismiss Amended Adversary Complaint **[ECF No. 22]**

    B.    Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Complaint **[ECF No. 25]**

    C.    Declaration of Avrum J. Rosen in Opposition to Defendants' Motion to Dismiss **[ECF No. 24]**

    D.    Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss **[ECF No. 27]**

    E.    Amended Complaint against Lehman Brothers Holdings Inc. **[ECF No. 18]**

Status:  This matter is going forward.

## V.    **ADJOURNED MATTERS:**

**A.    Lehman Brothers Holdings Inc.:**

9.    Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code **[ECF No. 434]**

Response Deadline:  December 7, 2011 at 5:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to December 14, 2011 at 10:00 a.m.

10.    Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[ECF No. 7102]**

Response Deadline:  December 7, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to December 14, 2011 at 10:00 a.m.

11.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

Response Deadline:    February 9, 2011 at 4:00 p.m.

Responses Received:

      A.    Debtors' Objection **[ECF No. 14398]**

      B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

Related Documents:

      C.    Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

      D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

Status:  This matter has been adjourned to December 14, 2011 at 10:00 a.m.

12.    Motion of Jason T. Taylor for Relief from the Automatic Stay **[ECF No. 14377]**

Response Deadline:    December 7, 2011 at 12:00 a.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to December 14, 2011 at 10:00 a.m.

13.    Motion of Phillip Walsh for Relief from the Automatic Stay **[ECF No. 14571]**

Response Deadline:    December 7, 2011 at 12:00 a.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to December 14, 2011 at 10:00 a.m.

14.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

Response Deadline:    May 11, 2011 at 4:00 p.m.

Responses Received:

        A.      Debtors' Objection **[ECF No. 16680]**

        B.      Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

Related Document:  None.

Status:  This matter has been adjourned to December 14, 2011 at 10:00 a.m.

15.     Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

Response Deadline:    June 8, 2011 at 4:00 p.m.

Response Received:

        A.      Debtors' Objection **[ECF No. 17502]**

Related Documents:  None.

Status:  This matter has been adjourned to January 11, 2012 at 10:00 a.m.

16.     Debtors' Motion for Order Appointing the Director Selection Committee, Approving Retention of Korn/Ferry International by LBHI as Such Committees Executive Search Advisors, and Granting Certain Related Relief **[ECF No. 21082]**

Response Deadline:    November 9, 2011 at 4:00 p.m.

Response Received:

        A.      Objection of United States of America **[ECF No. 21834]**

Related Documents:  None.

Status:  This matter has been adjourned to November 30, 2011 at 10:00 a.m.

**B.      Adversary Proceedings:**

17.     European Credit Management Limited, et al. v. Lehman Commercial Paper Inc. **[Case No. 09-01262]**

**Motions for Summary Judgment**

Status:  This matter has been adjourned to December 14, 2011 at 10:00 a.m.

C.    **Lehman Brothers Inc.:**

18.    Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 4634]**

Response Deadline:    December 7, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

Status: This matter has been adjourned to December 14, 2011 at 10:00 a.m.

## VI.    RESOLVED MATTERS:

A.    **Omnibus Matters:**

19.    Motion of The Estate of Fannie Marie Gaines for Relief from the Automatic Stay **[ECF No. 19707]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    So Ordered Stipulation, Agreement and Order Between Lehman Brothers Holdings Inc. and the Estate of Fannie Marie Gaines Providing for Limited Relief From the Automatic Stay **[ECF No. 21225]**

Status:  A stipulation and order resolving this matter has been entered by the Court.

20.    Motion of Melissa and Michael Couch for Relief From the Automatic Stay **[ECF No. 20131]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Responses Received:  None.

<u>Related Document</u>:

      A.     So Ordered Stipulation, Agreement and Order Among Lehman Brothers Holdings Inc., Michael A. Couch and Melissa A. Couch Providing for Limited Relief From the Automatic Stay **[ECF No. 21410]**

<u>Status</u>:  A stipulation and order resolving this matter has been entered by the Court.

**B.**     **Adversary Matters:**

    21.    Turnberry/Centra Sub, LLC, et al. v. Lehman Brothers Holdings Inc. **[Adversary Case No. 09-01062]**

        **Turnberry/Centra Office Sub, LLC's Motion for Relief from the Automatic Stay**

Related Document:

    A.    So Ordered Stipulation and Order Resolving Plaintiffs' Motion for Relief from Stay and Motion to Dismiss **[ECF No. 62]**

Status:  A stipulation and order resolving this matter has been entered by the Court.

Dated: November 15, 2011
    New York, New York

    /s/ Harvey R. Miller
    Harvey R. Miller

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

Dated: November 15, 2011
    New York, New York

    /s/ Jeffrey S. Margolin
    James B. Kobak, Jr.
    Jeffrey S. Margolin

    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004
    Telephone: (212) 837-6000
    Facsimile: (212) 422-4726

    Attorneys for James W. Giddens, Trustee for
    the SIPA Liquidation of Lehman Brothers Inc.