**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
David M. LeMay
Christy L. Rivera

*Counsel to Bellair Development Group S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
| In re: | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------------

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed as a legal assistant by the law firm of Chadbourne & Parke LLP, I am not a party to this action and that I am over the age of eighteen.

2. On November 11, 2011, I caused to be served true and correct copies of *Response of Bellair Development Group S.A. to Debtors' One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LPS Claims)* on the parties listed on the attached Schedule A by both electronic mail and hand delivery as indicated thereon.

CPAM: 4321086.1

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

*/s/ David M. Bava*
David M. Bava

Sworn to before me this
15th day of November 2011

*/s/ Francisco Vazquez*
Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2014**

2

CPAM: 4321086.1

## Schedule A

| | |
|---|---|
| Chambers of the<br>Honorable James M. Peck<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, New York 10004<br>    (by hand only) | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attention: Tracy Hope Davis, Esq. (by hand)<br>            Elisabetta Gasparini, Esq. (by hand)<br>            Andrea B. Schwartz, Esq. (by handl)<br><br>e-mail:  andrea.b.achwartz@usdoj.gov |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attention:  Robert J. Lemons, Esq. (by hand)<br>            Lee J. Goldberg, Esq. (by hand)<br>            Mark Bernstein, Esq. (by hand)<br><br>e-mail: robert.lemmons@weil.com<br>e-mail: lee.goldberg@weil.com<br>e-mail: mark.bernstein@weil.com | Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>Attention: Dennis F. Dunne, Esq. (by hand)<br>            Dennis O'Donnell, Esq. (by hand)<br>            Evan Fleck, Esq. (by hand)<br><br>e-mail:  ddunne@milbank.com;<br>e-mail:  dodonnell@milbank.com;<br>e-mail:  efleck@milbank.com |

CPAM: 4321086.1