**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
David M. LeMay
Christy L. Rivera

*Counsel to HSBC Bank USA, National Association,*
*as trustee, as attorney-in-fact for*
*Horizon II International Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1.  I am employed as a legal assistant by the law firm of Chadbourne & Parke LLP, I am not a party to this action and that I am over the age of eighteen.

2.  On November 14, 2011, I caused to be served true and correct copies of *Objection and Reservation of Rights of Horizon II International Limited to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code* on the parties listed on the attached Schedule A by both electronic mail and hand delivery as indicated thereon.

CPAM: 4320995.1

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

          */s/ David M. Bava*
          David M. Bava

Sworn to before me this
15th day of November 2011

*/s/ Francisco Vazquez*
Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2014**

CPAM: 4320995.1

**Schedule A**

| | |
|---|---|
| Chambers of the<br>Honorable James M. Peck<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, New York 10004<br>    (by hand only) | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attention: Tracy Hope Davis, Esq. (by hand)<br>            Elisabetta Gasparini, Esq. (by hand)<br>            Andrea B. Schwartz, Esq. (by handl)<br><br>e-mail:  andrea.b.achwartz@usdoj.gov |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attention: Jacqueline Marcus, Esq. (by hand)<br><br>e-mail: jacqueline.marcus@weil.com | Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>Attention: Dennis F. Dunne, Esq. (by hand)<br>            Dennis O'Donnell, Esq. (by hand)<br>            Evan Fleck, Esq. (by hand)<br><br>e-mail:  ddunne@milbank.com;<br>e-mail:  dodonnell@milbank.com;<br>e-mail:  efleck@milbank.com |

CPAM: 4320995.1