Nava Hazan (*nhazan@mwe.com*)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Telephone: 212.547.5400
Facsimile: 212.547.5444

Nathan Coco (*ncoco@mwe.com*)
McDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Telephone: 312.372.2000
Facsimile: 312.984.7700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
*In re*                                                       :    **Chapter 11**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    **Case No. 08-13555 (JMP)**
                                                              :
      **Debtor.**                                             :    **(Jointly Administered)**
                                                              :
------------------------------------------------------------- x

### VERIFIED STATEMENT OF McDERMOTT WILL & EMERY LLP
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

McDermott Will & Emery LLP ("McDermott"), a law firm maintaining offices at 340 Madison Avenue, New York, New York 10173, makes this verified statement (this "Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as follows:

1.  McDermott separately advises and otherwise represents various creditors and/or parties in interest (collectively, the "Creditors") who may hold claims against and/or interests in the debtors and debtors in possession (collectively, the "Debtors") in connection with the above-captioned cases (the "Cases").

2. The names and addresses of Creditors that McDermott represents in connection with these Cases are as set forth below:

    a. Eskaton Properties, Incorporated
       5105 Manzanita Avenue
       Carmichael, CA 95608

    b. Mirabella
       116 Fairview Avenue North
       Seattle, WA 98109

    c. Marie J. Papillion
       16426 N.E. 31st Avenue
       North Miami Beach, FL 33160

    d. Crestview Capital Master LLC
       716 Oak Street
       Winnetka, IL 60093

3. To the extent they are known, the nature and amount of the claims and interests of the foregoing Creditors are as set forth in the proofs of claims and/or interests, or motions or other pleadings filed in these Cases.

4. Each Creditor separately requested that McDermott represent it in connection with these Cases. McDermott holds no ownership interest in the claims of any of the Creditors described above.

5. If and to the extent McDermott makes an appearance in these Cases on behalf of any other creditors, McDermott will supplement this Verified Statement in accordance with Bankruptcy Rule 2019.

6. On February 3, 2009, McDermott filed a proof of claim in these Cases on account of prepetition legal services performed on behalf of the Debtors, in the amount of $1,112,702.58. In addition, the Debtors have scheduled a claim with respect to McDermott in the amount of $8,445.08.

Dated: New York, New York
November 15, 2011

Respectfully submitted,

By: /s/ Nava Hazan
Nava Hazan
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Telephone: 212.547.5400
Facsimile: 212.547.5444
nhazan@mwe.com

Nathan Coco
McDERMOTT WILL & EMERY LLP
227 W. Monroe, Suite 4400
Chicago, IL 60606
Telephone: 312.984.3658
Facsimile: 312.984.7700
ncoco@mwe.com