## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Tuesday, November 15, 2011, I served the accompanying Verified Statement of McDermott Will & Emery LLP Pursuant to Federal Rule of Bankruptcy Court Procedure 2019 upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
      November 15, 2011

                                                            Amelia J. Crowley