Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re:                                                      :   Chapter 11
                                                            :
Lehman Brothers Holdings Inc., *et al.*,                    :   Case No. 08-13555 (JMP)
                                                            :
                        Debtors,                            :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )    s.s.:
COUNTY OF NEW YORK         )

  1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

  2. On November 10, 2011 I caused to be served a true and correct copy of each of the following:

(i) **BLACKROCK, INC.'S OBJECTION TO THE DEBTORS' PROPOSED ASSUMPTION OF DERIVATIVES CONTRACTS PURSUANT TO THE CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT PLAN;**

(ii) **OBJECTION OF DELPHI FINANCIAL GROUP, INC. TO THE DEBTORS' PROPOSED ASSUMPTION OF DERIVATIVES CONTRACTS PURSUANT TO THE CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT PLAN;**

NY1 7905289v.1

(iii) **MAGNETAR CAPITAL, LLC'S OBJECTION TO THE DEBTORS' PROPOSED ASSUMPTION OF DERIVATIVES CONTRACTS PURSUANT TO THE CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT PLAN;**

(iv) **PRINCIPAL LIFE INSURANCE COMPANY'S OBJECTION TO THE DEBTORS' PROPOSED ASSUMPTION OF DERIVATIVES CONTRACTS PURSUANT TO THE CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT PLAN;**

(v) **OBJECTION OF UNICREDIT BANK AG, LONDON BRANCH WITH RESPECT TO RUBY FINANCE PUBLIC LIMITED COMPANY SERIES 2005-1 CLASS A2 NOTES, CLASS A3 NOTES, CLASS A4 NOTES, CLASS A5 NOTES, CLASS A6 NOTES, CLASS A7 NOTES, CLASS A8 NOTES AND CLASS A9 NOTES TO THE DEBTORS' PROPOSED ASSUMPTION OF AN ISDA MASTER AGREEMENT AND THE TRANSACTIONS THEREUNDER PURSUANT TO THE CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT PLAN;** and

(vi) **OBJECTION OF UNICREDIT BANK AG, LONDON BRANCH WITH RESPECT TO QUARTZ FINANCE PUBLIC LIMITED COMPANY SERIES 2004-1 UPPER THAMES EUR 25,000,000 CREDIT LINKED SYNTHETIC PORTFOLIO NOTES DUE 2043 TO THE DEBTORS' PROPOSED ASSUMPTION OF AN ISDA MASTER AGREEMENT AND THE TRANSACTION THEREUNDER PURSUANT TO THE CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT PLAN;**

by email and by Federal Express for overnight delivery upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Harvey Miller, Esq. (Harvey.miller@weil.com); Lori R. Fife, Esq. (lori.fife@weil.com); and Alfredo R. Perez, Esq. (alfredo.perez@weil.com); (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com), Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq. (efleck@milbank.com); and by Federal Express for overnight delivery upon (iii) Office of the U.S. Trustee, 33 Whitehall Street, 21st Fl., New York, NY 10004, Attn: Andrea Schwartz, Esq. and Elisabetta Gasparini, Esq.

        /s/ Eileen A. McDonnell
        EILEEN A. MCDONNELL

Sworn to before me this
15th day of November 2011

Ricardo A. Murray
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 2014

NY1 7118012v.1