Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
Lehman Brothers Holdings Inc., *et al.*,                     :    Case No. 08-13555 (JMP)
                                                             :
                                    Debtors,                 :    (Jointly Administered)
                                                             :
                                                             :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )   s.s.:
COUNTY OF NEW YORK         )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. On November 14, 2011 I caused to be served a true and correct copy of each of the following:

(i) **FIRST DATA CORPORATION'S OBJECTION TO THE DEBTORS' PROPOSED ASSUMPTION OF DERIVATIVES CONTRACTS PURSUANT TO THE CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT PLAN;**

(ii) **EASY BAY MUNICIPAL UTILITY DISTRICT'S OBJECTION TO THE DEBTORS' PROPOSED ASSUMPTION OF DERIVATIVES CONTRACTS PURSUANT TO THE CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT PLAN;**

(iii) **OBJECTION OF GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE. LTD. TO PROPOSED ASSUMPTION OF DERIVATIVES**

NY1 7905668v.1

**AGREEMENT PURSUANT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS;**

(iv) **OBJECTION OF AMERICAN MUNICIPAL POWER, INC. TO PROPOSED ASSUMPTION OF DERIVATIVES AGREEMENT PURSUANT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**, and

(v) **MEMORIAL HOSPITAL'S OBJECTION TO THE DEBTORS' PROPOSED ASSUMPTION OF DERIVATIVES CONTRACTS PURSUANT TO THE CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT PLAN;**

by email and by Federal Express for overnight delivery upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Attn: Harvey Miller, Esq. (Harvey.miller@weil.com) ; Lori R. Fife, Esq. (lori.fife@weil.com); and Alfredo R. Perez, Esq. (alfredo.perez@weil.com); (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com), Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq. (efleck@milbank.com); and by Federal Express for overnight delivery upon (iii) Office of the U.S. Trustee, 33 Whitehall Street, 21st Fl., New York, NY 10004, Attn: Andrea Schwartz, Esq. and Elisabetta Gasparini, Esq.

/s/ Eileen A. McDonnell
EILEEN A. MCDONNELL

Sworn to before me this
15th day of November 2011

/s/ Ricardo A. Murray
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 2014

NY1 7118012v.1