UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (JMP)
                                                               :
           Debtors.                                   :     (Jointly Administered)
                                                               :
------------------------------------------------------------------x     Ref. Docket No. 21953

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                 ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2011, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motion Pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001 for an Order Modifying the Automatic Stay to Allow Settlement Payment Under Director and Officers Insurance Policies," dated November 10, 2011 [Docket No. 21953], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

                                                                                    /s/ *Eleni Kossivas*
                                                                                    Eleni Kossivas

Sworn to before me this
15th day of November, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

| Name | Fax |
|---|---|
| OFFICE OF US TTEE TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |
| MILBANK: DENNIS DUNNE, EVAN FLECK, DENNIS ODONNELL | (212) 530-5219 |