UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:  Case No. 08-13555-LMP

LEHMAN BROTHERS HOLDINGS, INC.  Chapter 11

          Debtor(s).  Honorable James Peck

_____/

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Administrative Claim No. 67251, in the amount of $1,046.49 (one thousand forty-six and 49 / 100 dollars), dated December 13, 2010, is hereby withdrawn.

                                       BILL SCHUETTE
                                       Attorney General

                                       */s/ Victoria A. Reardon*
                                       Juandisha M. Harris   (P62978)
                                       Victoria A. Reardon (P41682)
                                       Assistant Attorney General
                                       Cadillac Place, Ste. 10-200
                                       3030 W. Grand Blvd.
                                       Detroit, MI   48202
                                       Telephone:   (313) 456-0140
                                       E-mail: harrisj12@michigan.gov

Dated:   November 10, 2011


FILED / RECEIVED
NOV 1 4 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

| | |
|---|---|
| In Re: | Case No. 08-13555-LMP |
| LEHMAN BROTHERS HOLDINGS, INC., | Chapter 11 |
| Debtor(s). | Honorable James Peck |

_____/

## PROOF OF SERVICE

The undersigned certifies that on November 09, 2011, a copy of the Withdrawal of Claim No. 67251-Administrative Proof of Claim, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Harvey R. Miller
Weil, Gotshal & JManges, LLP
767 Fifth Ave.
New York  NY  10153

Epiq Bankruptcy Solutions
757 3rd Ave FL 3
New York, NY 10017-2013

/s/ Patricia A. Klein
Patricia A. Klein
Legal Secretary
Juandisha M. Harris  (P62978)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail:  harrisj12@michigan.gov

Dated:  November 09, 2011





Epiq Bankruptcy Solutions
Claims Agent for Lehman Brothers
757 3rd Ave FL 3
New York, NY 10017-2013

**BILL SCHUETTE**
ATTORNEY GENERAL
Cadillac Place
3030 West Grand Boulevard
Detroit, Michigan 48202