Tally M. Wiener
**LAW OFFICES OF TALLY M. WIENER, ESQ.**
119 West 72nd Street, PMB 350
New York, NY 10023
(212) 574-7975 (Telephone)
(212) 496-4170 (Facsimile)
tally.wiener@thecomi.com

*Attorneys for Lionel Dardo Occhione*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re** :
: **Chapter 11 Case No.**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
**Debtors.** :
-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on November 14, 2011, she timely caused the *Response of Lionel Dardo Occhione to Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim [Docket No. 20103] and Joinder in Objections Filed by Similarly Situated Creditors* [Docket No. 21853] to be hand delivered to:

Chambers of the Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004

Office of the United States Trustee for Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.

Dated: November 15, 2011

/s/ Tally M. Wiener
Tally M. Wiener
Law Offices of Tally M. Wiener, Esq.
119 West 72nd Street, PMB 350
New York, New York 10023
(212) 574-7975