Hearing Date and Time: December 6, 2011 at 10:00 a.m. (Eastern Time)

Luc A. Despins
Bryan R. Kaplan
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile:  (212) 319-4090

*Counsel to CarVal Investors UK Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
**In re:**                                                       : Chapter 11
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                 : Case No. 08-13555 (JMP)
                                                                 :
            **Debtors.**                                         : (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

**STATEMENT OF CARVAL INVESTORS UK LIMITED IN SUPPORT OF DEBTORS'**
**THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS**
**HOLDINGS INC. AND AFFILIATED DEBTORS**
**PURSUANT TO SECTION 1125 OF BANKRUPTCY CODE**

CarVal Investors UK Limited ("CarVal"), by and through its undersigned counsel, hereby files this statement in support of the Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the "Debtors") Pursuant to Section 1125 of the Bankruptcy Code [Docket No. 19627] (the "Third Amended Plan"), and respectfully represents as follows:

1.      CarVal manages funds (with the power to vote claims held by such funds) that hold claims exceeding $5 billion in the aggregate against the Debtors.  CarVal hereby states its support for the confirmation of the Third Amended Plan.  CarVal files this statement pursuant to

section 1.02 of the Plan Support Agreement (the "PSA"), dated as of June 30, 2011, between and among CarVal and the Debtors, and hereby reserves all of its rights and remedies under the PSA.

Dated: November 16, 2011  
      New York, New York

Respectfully submitted,

/s/ Luc A. Despins  
Luc A. Despins  
Bryan R. Kaplan  
PAUL HASTINGS LLP  
Park Avenue Tower  
75 E. 55th Street, First Floor  
New York, New York 10022  
Telephone: (212) 318-6000  
Facsimile: (212) 319-4090

*Counsel to CarVal Investors UK Limited*