**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | No. 08-01420 (JMP) SIPA |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                        ) SS.:
COUNTY OF NEW YORK  )

Aisha P. Collins, being duly sworn, deposes and says:

1. I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned proceeding. I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for JPMorgan Chase Bank, N.A. in the above-captioned proceeding.

2. On November 15, 2011, I caused a copy of the *Motion of JPMorgan Chase Bank, N.A. to File Under Seal Certain Unredacted Exhibits to the Response of JPMorgan Chase Bank, N.A. to Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses Pursuant to Section 107(b) of the Bankruptcy Code* and the *Response of JPMorgan Chase Bank, N.A. to Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. Regarding Triparty Repo-Related Losses*, to be filed and served in the above-captioned proceedings via the Court's ECF system and served upon the parties listed on the service list attached hereto, except for the Office of the United States Trustee, in the manner indicated therein.

3. On November 16, 2011, I caused a copy of the *Motion of JPMorgan Chase Bank, N.A. to File Under Seal Certain Unredacted Exhibits to the Response of JPMorgan Chase Bank, N.A. to Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses Pursuant to Section 107(b) of the Bankruptcy Code* and the *Response of JPMorgan Chase Bank, N.A. to Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. Regarding Triparty Repo-Related Losses*, to be filed and served in the above-captioned proceedings via the Court's ECF system and served upon the Office of the United States Trustee listed on the service list attached hereto in the manner indicated therein.

_____
Aisha P. Collins

Sworn to before me this
16th day of November, 2011

_____

ESTHER T. SILBERSTEIN
Notary Public, State of New York
No. 01SI6227134
Qualified in Kings County
Commission Expires August 25, 2014

## SERVICE LIST

**BY HAND DELIVERY**

The Honorable James M. Peck
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, New York 10004

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention: Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Attention: Joseph D. Pizzurro, Esq.
L. P. Harrison 3rd, Esq.
Michael J. Moscato, Esq.
Nancy E. Delaney, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, New York 10010
Attention: Susheel Kirpalani, Esq.
James C. Tecce, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

**BY FEDERAL EXPRESS**

Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Attention: John B. Quinn, Esq.
Erica Taggart, Esq.