Craig Goldblatt
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  202-663-6000
Facsimile:  202-663-6363

Jeannette K. Boot
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Telephone:  212-230-8800
Facsimile:  212-230-8888

*Attorneys for Michigan State Housing Development Authority,
West Point Housing LLC and Carnegie Institution of Washington*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Lehman Brothers Holdings Inc., *et al*., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2011, I caused a true and correct copy

of *Joinder of Michigan State Housing Development Authority, West Point Housing LLC and

Carnegie Institution of Washington in Objections to Proposed Assumption of Terminated

Contracts* to be served via overnight courier upon the parties listed on the attached Service List

and also served electronically upon all counsel of record using the Court's CM/ECF system.

Dated: November 16, 2011

        WILMER CUTLER PICKERING HALE AND DORR LLP

        _____/s/ Craig Goldblatt_____
Craig Goldblatt
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  202-663-6000
Facsimile:  202-663-6363

Jeannette K. Boot
399 Park Avenue
New York, NY  10022
Telephone:  212-230-8800
Facsimile:  212-230-8888

*Attorneys for Michigan State Housing Development Authority, West Point Housing LLC and Carnegie Institution of Washington*

## SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jacqueline Marcus, Esq.
(*Attorneys for the Debtors*)

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:  Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
        Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:  Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
(*Attorneys for the Official Committee of Unsecured Creditors*)