K&L GATES LLP
Eric T. Moser, Esq.
Eunice Rim, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
Attorneys for the Tobacco Settlement
Financing Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |
------------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF THE TOBACCO SETTLEMENT FINANCING CORPORATION TO NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE

The Tobacco Settlement Financing Corporation, by and through its undersigned

attorneys, K&L Gates LLP, hereby withdraws the Limited Objection of the Tobacco Settlement

Financing Corporation to Notice of Proposed Assumption of Executory Contracts and Unexpired

Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of

the Bankruptcy Code filed on November 8, 2011 (Docket No. 21777).

Dated: New York, New York.
       November 16, 2011

K&L GATES LLP

By: ____/s/_____ *Eunice Rim* _____
    Eunice Rim, Esq.
599 Lexington Avenue
New York, NY  10022
(212) 536-3900 (telephone)
(212) 536-3901 (facsimile)

Attorneys for the Tobacco Settlement Financing
Corporation