UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., ) ) ) Debtors. ) ) | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

David L. Stevens, being duly sworn, deposes and says:

1. I reside in New York, NY, am over 18 years of age and am not a party to this action.

2. On November 16, 2011, the document listed below (the "Filing") was filed electronically via the Court's CM/ECF System.

   - LIMITED OBJECTION AND RESERVATION OF RIGHTS OF SPCP GROUP, LLC, WITH RESPECT TO DEBTORS' PLAN SUPPLEMENT AND NOTICES OF PROPOSED ASSUMPTION OF DERIVATIVES CONTRACTS SET FORTH IN PLAN SUPPLEMENT

3. Electronic notice of said Filing was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Filing through the Court's CM/ECF System.

4. Copies of the Filing were also served on the parties listed on the attached service list on November 16, 2011, by placing same in properly addressed, postage prepaid envelopes

and depositing said envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service.

By: *David L. Stevens* (signature)
David L. Stevens

Sworn to before me this
16th day of Nov., 2011

*Sarah K. Howell* (signature)
Notary Public
Sarah K. Howell
Notary Public, State of New York
No. 01HO6117436
Qualified in Queens County
Commission Expires October 25, 2012

**Service List:**

Chambers of Honorable James J. Peck
One Bowling Green, Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
        Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.