Oct. 26, 2011

Clerk of the Court
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: Notice of Motion and Settlement
    Agreement Regarding Lehman Health Care Trust

Dear Sir or Madam:

I am in receipt of such notice and wish to object to the proposed plan to return funds to Lehman. It is very unsettling to be given notice that we may lose our health benefits at this time of year. Too little time to get new insurance and very unclear as to how long we will be covered.

Very truly yours,

Robert E. Nash

Sandra P. Nash

cc: Honorable James M. Peck
    Weil, Gotshal & Manges LLP
    SIPA Trustee, Hughes Hubbard & Reed LLP

