Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP
                                                Court ID (Court Use Only)

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> Parasram Daryani / Neelam P Daryani / Vikas P Daryani / Nikesh P Daryani | Name of Transferor: <br> UBS AG |
|---|---|
| Notices to Transferee should be sent to: <br> Parasram Daryani / Neelam P Daryani / Vikas P Daryani / Nikesh P Daryani <br> PO BOX 15668 <br> Dubai, United Arab Emirates <br> PHONE: +97150 645 2609 <br> EMAIL: ndaryani@yahoo.com <br> Attention: Nikesh P Daryani | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: <br><br> $1,000,000 <br><br> ~~OR~~ <br><br> €_____ (face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _Nikesh Daryani_    Date: Nov. 16, 2011
Nikesh P Daryani on behalf of:
Parasram Daryani / Neelam P Daryani / Vikas P Daryani / Nikesh P Daryani
PO BOX 15668
Dubai, United Arab Emirates

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 6.9 %Lehman Brothers UK Capital Funding V LP 2007 | XS0301813522 | Lehman Brothers UK Cap.Funding | Lehman | USD 1'000'000.00 out of USD 8'644'000.00 |
| 5.75% Lehman Brothers UK Capital Funding IV LP 2007 | XS0282978666 | Lehman Brothers UK Cap.Funding | Lehman | not applicable |
| Lehman Brothers UK Capital Funding IV LP 2005 | XS0215349357 | Lehman Brothers UK Cap.Funding | Lehman | not applicable |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 11 and in paragraphs/lines 22 of the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Parasram Daryani / Neelam P Daryani / Vikas P Daryani / Nikesh P Daryani
PO BOX 15668
Dubai, United Arab Emirates
PHONE. +97150 645 2609
Fax: +9714 22 66 719
Attention: Nikesh P Daryani

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 16, 2010.

UBS AG
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

ACKNOWLEDGED BY:

Parasram Daryani / Neelam P Daryani / Vikas P Daryani / Nikesh P Daryani
Transferee

By: _____
Name: Nikesh P Daryani
Title:

※ UBS

BY REGISTERED MAIL
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

UBS AG
Badenerstrasse 574 / D
P.O.Box, CH-8098 Zurich
Tel.

Corporate Events
OMN7 Default Management

Jean-Claude Besson
OQ9C / O5GC-JWJ
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

16 November 2011

**subject** **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

you are receiving   Transfer Documentation as per Notice of Transfer and Evidence for Partial Transfer of Claim, duly completed and signed by UBS AG, Zurich on 16.11.2011

- [ ] for your information
- [x] for your records
- [ ] as agreed
- [ ] please complete

- [ ] returned with thanks
- [ ] please comment
- [ ] please sign
- [ ] please forward to

- [ ] please return
- [x] please confirm receipt
- [ ] please process

Remarks
2201) USD 1'000'000.00  6.9 % Lehman Brothers UK Capital Funding V LP 2007   XS0301813522
XX) EUR n.a. 5.75% Lehman Brothers UK Capital Funding IV LP 2007   XS0282978666
XX) EUR n.a. Lehman Brothers UK Capital Funding IV LP 2005 XS0215349357
Initial Claimant / Transferor: UBS AG, Zurich
Initial Proof of Claim Number: 59233
Transferees: Parasram Dararyani / Neelam P. Daryani / Vikas P. Daryani / Nikesh P. Daryani

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director

61555 E         05.2005       J1

**UBS**

|  | UBS AG |
|---|---|
|  | Badenerstrasse 574 / D |
|  | P.O.Box, CH-8098 Zurich |
|  | Tel. |
|  |  |
|  | Corporate Events |
|  | OMN7 Default Management |
|  |  |
|  | Jean-Claude Besson |
|  | OQ9C / O5GC-JWJ |
|  | Tel. +41 44 235 60 42 |
|  | Fax +41 44 235 47 21 |
|  | jean-claude.besson@ubs.com |
|  |  |
|  | www.ubs.com |

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

16 November 2011

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving    Transfer Documentation as per Notice of Transfer and Evidence for Partial Transfer of Claim, duly completed and signed by UBS AG, Zurich on 16.11.2011

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☐ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
2201) USD 1'000'000.00  6.9 % Lehman Brothers UK Capital Funding V LP 2007   XS0301813522
XX) EUR n.a. 5.75% Lehman Brothers UK Capital Funding IV LP 2007  XS0282978666
XX) EUR n.a. Lehman Brothers UK Capital Funding IV LP 2005 XS0215349357
Initial Claimant / Transferor: UBS AG, Zurich
Initial Proof of Claim Number: 59233
Transferee: Parasram Dararyani / Neelam P. Daryani / Vikas P. Daryani / Nikesh P. Daryani

Yours sincerely,

UBS AG

Jean-Claude Besson          Hugo Koller
Associate Director          Director

61555 E    05.2005    J1