October 12, 2011

To the
**Honourable James M. Peck**
**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green, New York    Courtroom 601**
**New York 10004**



In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objections to Disallow and Expunge Filed Proofs of Claim

Court: United States Bankruptcy Court
       Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

Creditor/Claimant: ANTONIO BRICENO VARGAS & PATRICIA DE LA R DE B.
                   CALLE 38 18BX9 Y 11   FRACC CAMPESTRE
                   MERIDA YUCATAN
                   97120 MEXICO

Claim Number:     49488

Debtor:           Lehman Brothers Holdings Inc.
                  08-13555

Response to:      Objection requesting Claim to be Disallowed & Expunged

Basis of the Claim: LEHMAN BROTHERS
                    DUE 06/01/2049 INT 6.900%
                    ISIN: XS0301813522
                    With a Nominal Value of US$ 400,000

We herewith **OPPOSE** the **Disallowance and Expungement** on the ground that the Debtors have no liability for the claim. The purchase of the securities was legitimate and the claim was filed on time.
We ask the Bankruptcy Court of Southern District of New York to formally fully recognize my justified claim and put us back on the formal list of creditors.

ANTONIO BRICENO VARGAS                    PATRICIA DE LA R. DE BRICENO

To the
**Honorable James M. Peck**
**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green, Ney York Courtroom** 601
New York 10004

I, **ANTONIO ALFONSO BRICENO VARGAS**, 55, citizen of Mexico and my wife **PATRICIA DE LA R DE BRICENO, 55** consider ourselves legal and legitimate creditors of the Bankruptcy of Lehman Brothers Holdings Inc. and also consider the intention of the debtor to disallow end expunge our claim a violation of our human international rights because We are going to lose our lifelong savings for our retirement.

In 2007 we were convinced by a branch of Scotia Bank in Merida Mexico, to deposit all of our lifetime savings in an account in another branch of Scotia Bank in Canada, where our money would be safe and we would gain good dividends for our future retirement.

In September 2008, we were notified by Scotia Capital, that our money was involved in the Lehman Brothers bankruptcy and that the possibility to lose a big part of it or all was high.
From that time on we have always followed Scotia Bank's instructions about the steps to take to be part of the creditors group.
On the Bank's advice we placed several claims always assuming that each one was an amendment to the previous one and never with the intention to take advantage of any situation.
We just recently received a notice from your courtroom that our last claim has been requested to be disallowed and expunged by the debtor and we think this is an attempt from the debtor to eliminate small savers who cannot defend themselves because we live in a different country or because we don't have the means to defend ourselves, even requesting that we personally appear at a hearing to be held in a different country and thousands of miles away from our hometowns.

We have always admired the United States of America legal system and we trust the fact that justice will prevail and we will at least recover part of our money as our claim is truly legitimate as proven by all the documents that are enclosed with this letter.
Sincerely.

**ANTONIO ALFONSO BRICENO VARGAS**        **PATRICIA DE LA R DE BRICENO**

"In God We Trust"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
                                                :
                     Debtors.                   :   (Jointly Administered)
                                                :
---------------------------------------------------------------x

LBH OMNI 215 09-16-2011 (MERGE2,TXNUM2) 4000097459 BAR(23) MAIL ID *** 000051600203 *** BSIUSE: 143

BRICENO VARGAS ANTONIO & DE LAR DE BRICENO, PATRICIA
CALLE 38 18B X 9 Y 11
FRACC. CAMPESTRE
MERIDA
YUCATAN, CP 97120 MEXICO

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JAE KIM, ESQ., AT 212-310-8325.

NOTICE OF HEARING ON DEBTORS' TWO HUNDRED FIFTEENTH OMNIBUS OBJECTION
TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>BRICENO VARGAS ANTONIO & DE LAR DE BRICENO, PATRICIA<br>CALLE 38 18B X 9 Y 11<br>FRACC. CAMPESTRE<br>MERIDA<br>YUCATAN, CP 97120 MEXICO | Claim Number: | 49488 |
| | Date Filed: | 10/27/2009 |
| | Debtor: | 08-13555 |
| | Classification and Amount: | UNSECURED: $ 400,000.00 |

PLEASE TAKE NOTICE that, on September 16, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, IN ITS ENTIRETY on the ground that the Debtors have no liability for the claim. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 11, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on November 30, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Jae Kim, Esq., at 212-310-8325.** CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: September 16, 2011
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

## ScotiaMcLeod

JUNE 04 2007

AS PRINCIPAL, WE TODAY CONFIRM THE FOLLOWING SALE TO YOU

200,000 BOUGHT LEHMAN BROTHERS 06.900% JUN 01 @ 100.65
DUE 06/01/2049
TID#0100044987# SOLICITED
CLAUDIA MONTOYA
4220126017

ANTONIO BRICENO VARGAS
PATRICIA DE LA R DE BRICENO
CALLE 38 188X9 Y 11
FRACC CAMPESTRE
MERIDA YUCATAN
97120 MEXICO

FOR SETTLEMENT IN THIS OFFICE

US FUNDS
SETTLEMENT DATE
JUNE 07 2007

GROSS AMOUNT        201,300.00
INTEREST                230.00
SUB TOTAL           201,530.00
NET AMOUNT         $201,530.00   US

| ACCOUNT NO./N° DE COMPTE | | TYPE |
|---|---|---|
| 422-0126017-CASH | | |
| INVESTMENT EXECUTIVE/REPRÉSENTANT EN PLACEMENTS | | |
| KANTO/GRIE/MONT | | |
| 9FM | 800-627-3772 | |

| INTERNAL CODE / CODES INTERNES |
|---|
| XS0301813522 |
| CUSIP | 588PTQ6 |
| SECURITY NO. |
| TITRE N° |
| ORDER NO. | 046502 |
| ORDRE N° | 46502 |
| R.R. NO. | 061 422 A |
| N° R.A. |
| REFERENCE |
| REFERENCE |

Please include your Scotia account number on all cheques and correspondence. ScotiaMcLeod is a division of Scotia Capital Inc. Member CIPF.
Veuillez inscrire votre numéro de compte ScotiaMcLeod sur tous vos chèques et toute votre correspondance. ScotiaMcLeod est une division de Scotia Capitaux Inc., membre FCPE.
See reverse side for conditions to which this transaction is subject. / Voir au verso les conditions de cette opération.

---

## ScotiaMcLeod

JULY 18 2007

AS PRINCIPAL, WE TODAY CONFIRM THE FOLLOWING SALE TO YOU

200,000 BOUGHT LEHMAN BROTHERS 06.900% JUN 01 @ 98.50
DUE 06/01/2049
TID#0100184574# SOLICITED
51X
4220126017

ANTONIO BRICENO VARGAS
PATRICIA DE LA R DE BRICENO
CALLE 38 188X9 Y 11
FRACC CAMPESTRE
MERIDA YUCATAN
97120 MEXICO

FOR SETTLEMENT IN THIS OFFICE

US FUNDS
SETTLEMENT DATE
JULY 23 2007

GROSS AMOUNT        197,000.00
INTEREST              1,993.33
SUB TOTAL           198,993.33
NET AMOUNT         $198,993.33   US

| ACCOUNT NO./N° DE COMPTE | | TYPE |
|---|---|---|
| 422-0126017-CASH | | |
| INVESTMENT EXECUTIVE/REPRÉSENTANT EN PLACEMENTS | | |
| KANTO/GRIE/MONT | | |
| 9FM | 800-627-3772 | |

| INTERNAL CODE / CODES INTERNES |
|---|
| XS0301813522 |
| CUSIP | 588PTQ6 |
| ORDER NO. | 182240 |
| ORDRE N° | 12240 |
| R.R. NO. | 061 422 A |

Please include your Scotia account number on all cheques and correspondence. ScotiaMcLeod is a division of Scotia Capital Inc. Member CIPF.
Veuillez inscrire votre numéro de compte ScotiaMcLeod sur tous vos chèques et toute votre correspondance. ScotiaMcLeod est une division de Scotia Capitaux Inc., membre FCPE.
See reverse side for conditions to which this transaction is subject. / Voir au verso les conditions de cette opération.

Branch Information
Scotia Private Client Group
40 King Street West
28th Floor, Scotia Plaza
Toronto, Ontario M5H 3Y2

Telephone: (416) 350-5500
Web Site: www.scotiabank.
Branch Manager: Daniel Cohen

# Investment Account Statement          1 of 4

ICO11 - 177
SCMCL12000_6155296_001          00757

ANTONIO BRICENO VARGAS
PATRICIA DE LA R DE BRICENO
CALLE 38 18BX9 Y 11
FRACC CAMPESTRE
MERIDA YUCATAN
97120 MEXICO

Your Account Number: 422-01260
Account Type: Regular Account
Statement Date: December, 2008
Last Statement Date: November 28, 2008

**Investment Advisors**
Roberto Grieco        (416) 350-5542
Claudia Montoya       (416) 350-5736

**Investment Team**
Miriam Kay            (416) 350-5748
Karina Ortiz          (416) 350-5509

## YOUR ACCOUNT HOLDINGS

| Type | Security Description | Quantity | Adjusted Average Cost$ | Adjusted Book Value$ | Dec 31, 2008 Price$ | Dec 31, 2008 Market Value$ |
|---|---|---|---|---|---|---|
| Cash Balance | | | | 470,826 | | 470,826 |
| **Fixed Income** | | | | | | |
| CASH | LEHMAN BROTHERS DUE 06/01/2049 6.900% | 400.000 | 99.575 | 398,300 | UNPRICED | UNPRICED |

*The adjusted cost and book value displayed on this statement incorporates the original cost of your investment as well as any re-invested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.*

# Scotia Private Client Group

Scotia Private Client Group
11 Adelaide Street West
2nd Floor
Toronto, Ontario M5H 1N1

Telephone: (416) 350-5500
Web Site: www.scotiabank.com
Branch Manager: Edan Howell

## Investment Account Statement

1 of 5

ICOIE - 270
SCMCL12000_8227851_001  00793
ANTONIO BRICENO VARGAS
PATRICIA DE LA R DE BRICENO
CALLE 38 18BX9 Y 11
FRACC CAMPESTRE
MERIDA YUCATAN
97120 MEXICO

Your Account Number: 422-01260
Account Type: Regular Account
Statement Date: September, 2011
Last Statement Date: July 29, 2011

### Investment Advisors
Martin Kantor (416) 350-5554
Rodolfo Tellez (416) 350-5736

### Investment Team
Miriam Kay (416) 350-5748

## AMERICAN PORTFOLIO OVERVIEW

Currency: United States Dollar

### ACCOUNT SUMMARY

ANTONIO BRICENO VARGAS
PATRICIA DE LA R DE BRICENO

| | Net Asset Value | |
|---|---|---|
| | July 29, 2011 | September 30, 2011 |
| | $651,833 | $290,000 |

### CASH BALANCES

| | Opening | Closing |
|---|---|---|
| Total | $ 513,833 | $ 200,000 |

### INCOME SUMMARY

| | This Period | Year to Date |
|---|---|---|
| Interest | $ 0 | $ 6,722 |
| Total | $ 0 | $ 6,722 |

### ASSET CLASS SUMMARY

| | Sep 30, 2011 Market Value | % of Total Assets |
|---|---|---|
| Cash | $ 200,000 | 68.96% |
| Fixed Income | $ 90,000 | 31.04% |
| Total | $ 290,000 | |

over...

ICOIE - 270  3331
*Trademark of The Bank of Nova Scotia, used under licence (where applicable).
Scotia Private Client Group - International Investment Advisory is composed of the Scotiabank group of companies that provide private client services, including Scotia Capital Inc., a Member-Canadian Investor Protection Fund and a member of the Investment Industry Regulatory Organization of Canada.
If you are a Canadian resident, Canada Revenue Agency requires investment dealers to report to them all dispositions of securities in non-trust accounts that are shown on your statements. They remind Canadian residents that income or capital gains from these transactions must be reported on your annual income tax return.

F-1073 (03/2007)

# Scotia Private Client Group

Your Account Number 422-01260

## Investment Account Statement — 2 of 5

## NEW ACTIVITY IN YOUR ACCOUNT

| Date | Type | Activity | Quantity | Description | Price/Rate$ | Credit/Debit- |
|---|---|---|---|---|---|---|
| | | | | Opening Balance | | 513,833.83 |
| Sep 09 | CASH | CONVERT | | FOREIGN EXCHANGE U$ - NP @ 0.07924 | | -113,833.83 |
| Sep 19 | CASH | CONVERT | | FOREIGN EXCHANGE U$-NP @ 13.160 | | -100,000.00 |
| Sep 30 | CASH | CONVERT | | FOREIGN EXCHANGE U$-NP @ 13.80 | | -100,000.00 |
| | | | | Closing Balance | | $200,000.00 |

## YOUR ACCOUNT HOLDINGS

| Type | Security Description | Quantity | Adjusted Average Cost$ | Adjusted Book Value$ | Sep 30, 2011 Price$ | Sep 30, 2011 Market Value$ |
|---|---|---|---|---|---|---|
| Cash Balance | | | | 200,000 | | 200,000 |
| Fixed Income | | | | | | |
| CASH | LEHMAN BROTHERS DUE 06/01/2049 6.900% | 400,000 | 99.575 | 398,300 | UNPRICED | UNPRICED |
| CASH | C10 CAPITAL SPV LTD REG S CEMEX DUE 12/31/2049 6.722% JD 30 | 200,000 | 97.500 | 195,000 | 45.000 | 90,000 |
| Total Value of Priced Securities including cash | | | | $793,300 | | $290,000 |

*The adjusted cost and book value displayed on this statement incorporates the original cost of your investment as well as any re-invested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.*

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000049488

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

BRICENO VARGAS ANTONIO & PATRICIA DE LAR DE BRICENO
CALLE 38  18B X 9 y 11 FRACC. CAMPESTRE
MERIDA YUCATAN MEXICO  C.P. 97120

Telephone number: 52(999)9250868  Email Address: drtony@sureste.com

☒ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: 4000002274 (If known)
Filed on: 1/30/2009

**Name and address where payment should be sent (if different from above)**
ANTONIO BRICENO VARGAS
C/O SCOTIA PRIVATE CLIENT GROUP
SCOTIA PLAZA 11 ADELAIDE STREET WEST, 2ND FLOOR
TORONTO ONTARIO CANADA  M5H 1N1
Telephone number: 416-3505348  Email Address: miriam_kay@scotiamcload.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 400,000** (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0301813522 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream ███████, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number ██████████  CA:37573
(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
CLEARSTREAM: 84046 Scotia Capital (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date: 21-OCTOBER-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signatures] |
|---|---|

**FOR COURT USE ONLY**
FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Claim Question? Call: 866-879-0688    Technical Support Question? Call: 800 794 4430

Guest | Sign In

**epiq** SYSTEMS

Lehman Brothers Holdings Inc. (Chapter 11)  
Change Client

Client Home | Claims | Docket | Key Documents

Home > Search Claims

Bookmark this Page

## Search Claims

**Criteria**

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| | Name Starts With | Briceno | Claims and Schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| | Total Claim Value | Equals | |

| Docket Number | Claim Date Range | |
|---|---|---|
| | | to |

Debtor

Order By: Creditor Name    Results Per Page: 25

**Results**

Expand All

**[1] Page 1 of 1 - 03 total items**

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 49488 | | BRICENO VARGAS ANTONIO & DE LAR DE BRICENO, PATRICIA<br>CALLE 38 18B X 9 Y 11<br>FRACC. CAMPESTRE<br>MERIDA<br>YUCATAN, CP 97120<br>MEXICO | 10/27/2009<br>Claimed Unsecured: | $400,000.00<br>$400,000.00 | Image |

Debtor: 08-13555 Lehman Brothers Holdings Inc.

**Related Docket Entries**

| Docket # | Docket Date | Docket Text | |
|---|---|---|---|
| 20104 | 9/16/2011 | Motion for Omnibus Objection to Claim(s) / Debtors Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs o Claim filed by Robert J. Lemons on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 11/30/2011 at 10:00 AM at Courtroom 601 (JMP) Responses due by 11/11/2011, (Lemons, Robert)<br>Debtor: Lehman Brothers Holdings Inc.<br>Related: none | Document<br><br>Motion for Objection to Claims |

| 9545 | | BRICENO VARGAS ANTONIO & DE LAR DE BRICENO PATRICIA | 8/27/2009 | $0.00 | Image |

**[1] Page 1 of 1 - 03 total items**

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS

© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

# IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 215: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 64 | BREUKINK-KRONER, H. WILBERTSHEEM 10 WAALRE, 5581 JX NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62990 | $14,175.00 |
| 65 | BREVARD OVERSEAS LIMITED BES - SFE AVENIDA ARRIAGA, EDIFICIO ARRIAGA 44 1, FUNCHAL MADEIRA, 9000-064 PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56752 | $66,295.67 |
| 66 | BRICENO VARGAS ANTONIO & DE LAR DE BRICENO, PATRICIA CALLE 38 18B X 9 Y 11 FRACC. CAMPESTRE MERIDA YUCATAN, CP 97120 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49488 | $400,000.00 |
| 67 | BROOKLYN VENTURES SA MILL MALL SUITE 6 WICKHAMS CAY 1 PO BOX 3085 ROAD TOWN TORTOLA, VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49541 | $51,015.83 |
| 68 | BRUSSAU, GABRIELA HOHENMARK STR 42 FRANKFURT AM MAIN, D-60439 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51478 | $7,092.00 |
| 69 | BUCHARTIS, EMANUEL MARIA MARAVILHOSO AV. 4 F=DE FEVEREIRO, 129, 3 ANDAR APT. A LUANDA, ANGOLA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49553 | $91,828.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)
## THIRD OMNIBUS OBJECTION: EXHIBIT A - DUPLICATE CLAIMS

### CLAIMS TO BE DISALLOWED AND EXPUNGED / SURVIVING CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 99 | BRICENO VARGAS, ANTONIO & DE LA R DE BRICENO, PATRICIA CALLE 38 18 BX9 Y 11 FRACC. CAMPESTRE MERIDA YUCATAN, 97120 MEXICO | 08/27/2009 | | 9545 | $400,000.00 | BRICENO VARGAS, ANTONIO & PATRICIA DE LA R DE BRICENO CALLE 38 18 BX9 Y 11 FRACC. CAMPESTRE MERIDA YUCATAN, 97120 MEXICO | 01/30/2009 | 08-13555 (JMP) | 2275 | $400,000.00 |
| 100 | BRICKMAN GROUP HOLDINGS, INC ATTN: TONY SKARUPA 18227-D FLOWER HILL WAY GAITHERSBURG, MD 20879 | 09/22/2009 | 08-13888 (JMP) | 29693 | $739,152.00* | BRICKMAN GROUP HOLDINGS, INC ATTN: TONY SKARUPA 18227-D FLOWER HILL WAY GAITHERSBURG, MD 20879 | 09/21/2009 | 08-13888 (JMP) | 22006 | $739,152.00* |
| 101 | BROWN, RICHARD A., EXECUTOR, ESTATE OF NATHAN BROWN 221 OLD EAGLE SCHOOL ROAD STRAFFORD, PA 19087 | 08/28/2009 | 08-13555 (JMP) | 9697 | Undetermined | BROWN, RICHARD A., EXECUTOR, ESTATE OF NATHAN BROWN 221 OLD EAGLE SCHOOL ROAD STRAFFORD, PA 19087 | 11/26/2008 | 08-13555 (JMP) | 1118 | Undetermined |
| 102 | BRUCKMAN, JAMES E. S5W31452 HIDDEN HOLLOW DELAFIELD, WI 53018 | 07/20/2009 | | 5742 | $25,000.00 | BRUCKMAN, JAMES E. S5W31452 HIDDEN HOLLOW DELAFIELD, WI 53018 | 02/20/2009 | 08-13555 (JMP) | 2925 | $25,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts






