October 12/11

To the
Honourable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York    Courtroom 601
New York 10004

In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objections to Disallow and Expunge Filed Proofs of Claim

Court: United States Bankruptcy Court
        Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

| | |
|---|---|
| Creditor/Claimant: | JANUS SYSTEMS S A<br>INTL TECNOPARK OF PANAMA<br>BLDG 218, APTDO 10701, EL DORADO<br>CITY OF KNOWLEDGE  PANAMA |
| Claim Number:<br>Debtor: | 55211<br>Lehman Brothers Holdings Inc.<br>08-13555 |
| Response to: | Objection requesting Claim to be Disallowed & Expunged |
| Basis of the Claim: | LEHMAN BROTHERS<br>DUE 06/01/2049 INT 6.900%<br>ISIN: XS0301813522<br>With a Nominal Value of US$ 150,000 |

We herewith oppose the disallowance and expungement on the ground that the Debtors have no liability for the claim. The purchase of the securities was legitimate and the claim was filed on time.
I ask the Bankruptcy Court of Southern District of New York to formally fully recognize my justified claim and put these on the formal list of Debtors.

*Jose Castanedo M*

FOR JANUS SYSTEMS
JOSE CASTANEDO

RECEIVED
OCT 31 2011
U.S. BANKRUPTCY COURT, SDNY
JMP