**To:** Honorable James M. Peck, United State Bankruptcy Judge,

    Harvey R. Miller, Lori R Fife, Alfredo R. Perez, Elizabetta Gazparini, Andrea Schwartz, Dennis F.

    Dunne, Dennis O´donnel, Evan Fleck.

    Epiq Bankruptcy Solutions, LLC    Attn. Lehman Ballot Processing Center.

**From:** Maria Conceicao Ferreira Rodrigues

**Dear sirs:**

    I start pointing out that all the documentation sent by you on August 22th, September 13th, September 15th and September 20th,2011, was all (together) received by me on October 24th, 2011 at 1:06pm coming from Banco Espirito Santo Sucursal Financeira Exterior Madeira, which is why I ask for all the documentation that corresponds to my claims (claim number 56755 and 56820) to be sent to the following address:

Urbanizacion El Centro,
calle Zamora cruce con Victoria
No 121
Maracay Edo Aragua
Venezuela

and to the e-mails:

rodriguesmarisol@hotmail.com   and   darofe_81@hotmail.com

    Also, I would like, if it´s possible, that the information would be sent in Portuguese or Spanish because I do not know well the English language.

    About the documentation received, I would like to point out that I want to get a fair agreement to avoid to go to litigation and to make longer this waiting to recover my money (the principal amount due on the Lehman Programs Securities and the Interests include), but I want to highlight that initially the personnel from the Banco Espirito Santo Sucursal Financeira Madeira covered me the information referring to these products and they only told me that it was a term certificate and I never received information that I was buying "structure notes" and I noticed this approximately one month later after the bankruptcy of the Lehman Brothers Holding Inc, (and that was because I ask to be up to date with my account) and they either told me who was the Lehman Brothers Holding Inc, because all the documentation I signed on my last trip to Portugal dated between 29-03-2008 and 13-04-2008, because everything was done through the phone, besides, the form Lehman Securities Programs Proof of Claim was filled by the personnel of the intermediary bank who put an amount of money on the claim that it is not correct, and considering how bad assistance I have had from the Banco Espirito Santo Sucursal Financeira Exterior Madeira and considering that they did NOT use the correct mechanisms because it was covered information and there were false declarations about the

risk profile and the warranty associate to these instruments offering these banks (Banco Espirito Santo Sucursal Financeira Exterior Madeira and Lehman Brothers Holding Inc) products to low profile clients with minimum knowledge (my case), I ask you to take in consideration these cases and to be fair in returning the money to the affected ones or claimers, and to punish all the guilty people involved in these transactions that affected lots of people in the economical and emotional aspects.

It has to be highlighted that I sent a file on October 19th, 2011 to Mr Holly Clack, Tina Pederson, Alfredo R. Perez, Eva R.Fleck and Mattew Brod, in which I ask them to reconsider my case asking for the claim number 56755 the amount of $ 202,258.79 equivalent to € 142,928.98, and the claim number 56820 for $ 213,975.64 equivalent to € 151,208.85.

Dear sirs, what I really want is to recover my money with its interests, because it was earned with lots of sacrifice working during 40 years 16 hours a day from Monday to Sunday and I think that like me there must be many people claiming for their rights.

Waiting for a positive response, and to satisfy all the demands of all the affected ones in good terms,

Yours truly,

*[signature]* 28-10-2011

Maria Conceicao Ferreira Rodrigues.