B. GENE CARTER

Honorable James Peck
One Bowling Green
New York, NY 10004
Courtroom 601

October 18, 2011

RE: Lehman Brothers Holdings, Inc. - Case #08-13893 (JMP)

To Whom It May Concern:

I was a retail client of Lehman Brothers and initially filed my claim(s) #24901 and #24902 with Lehman Brothers OTC Derivatives, Inc. I would now like to file with Lehman Brothers Holdings, Inc., just in case I filed incorrectly.

Thank you in advance for your assistance in this matter.

Regards,

B. Gene Carter
B. Gene Carter



RECEIVED
NOV - 1 2011
U.S. BANKRUPTCY COURT, SDNY
JMP