Dear Honorable Judge Peck:                    Oct 26, 2011

Attached is my proof claim to owning 21,000 of Lehman Brother Holding (08-13555) Cusip 524908 R36 Claim # 21800
I object to being excluded from confirmation of voting for the settlement of my claim.
I (Edwin A. Sytsma) object to the change in the payout for my class of security from 21% to zero.
Please vote to include my class of security against the proceeds raised by the sale of asset of Lehman Brothers Holdings.

Thank You
Edwin A. Sytsma
1068 76th St. S.E.
Byron Center, Mich. 49315-9319

Edwin A. Sytsma



RECEIVED OCT 31 2011 U.S. BANKRUPTCY COURT, SDNY

This transaction is confirmed in accordance with the explanations and conditions stated on the reverse side.

Exchange Code: 8
Execution Code: E
Your Account Number: 417-031047-0-111
Cash Account
IRA Standard
Dated 05/31/07

#BWNJGXK
S000000205 12 C417 000000002 **

EDWIN A SYTSMA
1068 76TH ST. SE
BYRON CENTER, MI 49315-9319

Your Financial Advisor
WANDA FALK
5211 CASCADE ROAD SE
GRAND RAPIDS, MI   49546
(616) 974-8900

## You Bought
### Trade Date 08/01/07 for Settlement on 08/06/07

| Quantity | 21,000 | Price | 99.293 | Settlement Amount | |
|---|---|---|---|---|---|

Description:
LEHMAN BROTHERS HOLDINGS
MATURES 07/19/2017       COUPON 6.50% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 19th
ISSUE DATE 07/19/2007     FIRST COUPON DATE 01/19/2008

YIELD TO MATURITY   6.597%
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 08/01/07 AND ARE SUBJECT TO CHANGE.
  S&P RATING: A
  MOODY'S RATING: A2
"MAKE WHOLE" OPTIONAL REDEMPTION FEATURES EXIST THAT
MAY AFFECT YIELD; COMPLETE INFORMATION WILL BE
PROVIDED UPON REQUEST.

Principal             $20,851.53
Processing Fee              5.25
Interest                   64.46

Net Amount            $20,921.24

Security No. 524908R36

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.