

Attention of:

(i) The chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601;

(ii) Attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.);

(iii) The office of the United States Trustee for Region 2, 33 Whitehall Street, 21 st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B Schwartz, Esq.); and,

(iv) Attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

Dear Sirs,

Reference is made to the notice received regarding the intention of Lehman Brothers Holdings Inc. and Affiliates to request that my claim be disallowed and expunged (Annex 1).

My claim references are :

Claim Number: 36305

Date filed: 10/5/2009

Debtor: 08-13555

Classification and amount: Unsecured - $ 72,479.63

I hereby **declare my opposition to the intention of disallowing my claim** and submit hereunder the requested information:

i. Bankruptcy Court is *The United States Bankruptcy Court –Southern District of New York*, Debtors are *Lehman Brothers Holdings Inc. and certain of its affiliates*, the case number is *Chapter Eleven Case Nº 08-13555 JMP* and the title of the objection to which the response is directed is the *Claim to be Disallowed and Expunged*.

ii. My name (claimant) is *Luis Miguel da Silveira Ribeiro Vaz* and the amount stated above corresponds to the equivalent value in United States Dollars (USD) of the securities held and which is the object of the Proof of Claim (Annex 2), as well as to the interests due on such LP Securities until the 15th September 2008. The amount of the claim is denominated in USD, therefore the exchange rate in force on the 15th of September of 2008 was used ( 1 Euro = 1,4175 USD, which is the official rate published by the Federal Reserve bank of New York). To this effect I join as

       Annex 3 the mail received from my bank clarifying the calculation method for the Claim.

iii. The grounds under which the Debtor is requesting my claim to be disallowed and expunged are that the Debtors have no liability for the Claim. The securities that I have bought were designated as "Lehman Brothers 5,750 Perpetual/Call, ISIN nº XS0282978666 (Securities Account nº 45296281770)" therefore issued by Lehman Brothers or some of its affiliates. **Because the issuer is Lehman Brothers UK CAP FUND and the issue is guaranteed by Lehman Brothers Holdings Inc I believe there is absolutely no question on the merits of this claim.** I am joining as Annex 4 the Bloomberg description of the issue where these informations can be confirmed.

iv. I am joining to this letter a Securities Holding Statement issued by the Bank MillenniumBcp demonstrating the number and description of the securities currently held by me (Annex 5).

v. The address for a reply to my response would be Attn; Luis Vaz, Herdade Mata do Duque, Lote 51B, CCI nº 119, 2130-124 BNV, Portugal (same address as in the proof of claim);

vi. The person with authority to reconcile, settle or resolve the claim would be myself. Name and address are above. My telephone numbers would be the following: **fixed +351 21 3118153 and Mobile +351 932436364.**

If the issuers of Bonds like the ones that were issued by Lehman Brothers would not feel that they are liable to repay their debtors where would we be heading? The may be Unsecured but they are still debt instruments.

Thank you for your attention.

*[signature]*

Luis Miguel da Silveira Ribeiro Vaz

Dated: October 31, 2011, Lisbon, Portugal

ANNEX 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                      :   Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :   08-13555 (JMP)
                                                           :
                        Debtors.                           :   (Jointly Administered)
                                                           :
-----------------------------------------------------------x

LBH OMNI 213 09-16-2011 (MERGE2,TXNUM2) 4000082802 BAR(23) MAIL ID *** 000051599520 *** BSIUSE: 194

RIBEIRO VAZ, LUIS MIGUEL SILVEIRA
HERDADE MATA DUQUE LT 51 CCI 119
SANTO ESTEVAO BENAVENTE, 2130-124 PORTUGAL

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JAE KIM, ESQ., AT 212-310-8325.**

**NOTICE OF HEARING ON DEBTORS' TWO HUNDRED THIRTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM**

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>RIBEIRO VAZ, LUIS MIGUEL SILVEIRA<br>HERDADE MATA DUQUE LT 51 CCI 119<br>SANTO ESTEVAO BENAVENTE, 2130-124<br>PORTUGAL | Claim Number: | 36305 |
| | Date Filed: | 10/5/2009 |
| | Debtor: | 08-13555 |
| | Classification and Amount: | UNSECURED: $ 72,479.63 |

PLEASE TAKE NOTICE that, on September 16, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, IN ITS ENTIRETY on the ground that the Debtors have no liability for the claim. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 11, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

ANNEX 2

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LUIS MIGUEL SILVEIRA RIBEIRO VAZ
HERDADE TATA DUQUE Lt 51 CCi 119
2130-124 SANTO ESTEVAO BENAVENTE
PORTUGAL

Telephone number: 00351932436364   Email Address: luisrvaz@gmail.com

Name and address where payment should be sent (if different from above)

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:    Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 72.479,63    (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0282978666    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

6016107    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

99927    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date:<br>09.09.28 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    Luis Miguel S. Ribeiro Vaz |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## Luis Ribeiro Vaz

**From:** Luis Vaz [luisrvaz@gmail.com]
**Sent:** quinta-feira, 27 de Outubro de 2011 21:25
**To:** Luis Ribeiro Vaz
**Subject:** Fwd: Lehman
**Attachments:** 001.PDF


---------- Mensagem encaminhada ----------
De: PEDRO LUIS FARINHAS <pfarinhas@millenniumbcp.pt>
Data: 27 de outubro de 2011 18:55
Assunto: RE: Lehman
Para: Luis Vaz <luisrvaz@gmail.com>


Caro Dr.Luis Vaz,

Quanto ao ponto ii),

Name of the Claimant : Seu nome
Discription of the basis for the amount of the claim : $ 72,479,63 "This amount corresponds to the equivalent value in United States dollars (USD) of the securities held and which is the object of the Proof of Claim, as well as to the interests due on such LP Securities until 15th September 2008. The amount of claim is denominated in USD, therefore in using for that effect the exchange rate in force on 15th September 2008 (1 Euro = 1,4175 United States Dollars, which is the official exchange rate published by the Federal Reserve Bank of New York)."

O ponto iii) é a argumentação para que a claim não seja desconsiderada.

Anexo também um " securities holding statement" que poderá anexar à oposição que vai efectuar. Envio amanhã por estafeta, para o seu escritório, o original.

Um abraço,

Pedro


Pedro Luis Farinhas
pfarinhas@millenniumbcp.pt | www.millenniumbcp.pt
Millenniumbcp Banco Comercial Portugues, Sa
Dpb - Private Banking Lisboa Ii
Rua Augusta, 84 /piso 2, 1100 - 053 Lisboa, Portugal
+351 211 136 754 | Ext. 1 351 808 1404 | Telemóvel +351 916 418 938 | Fax +351 210 066 815



Millennium
Best Private Bank
EUROMONEY
in Portugal


-----Original Message-----
**From:** Luis Vaz [mailto:luisrvaz@gmail.com]
**Sent:** quinta-feira, 27 de Outubro de 2011 16:19
**To:** PEDRO LUIS FARINHAS
**Subject:** Re: Lehman

Estimado Pedro,

DES                                                                Corp  DES

## PREFERRED SECURITY DISPLAY   No Calculations
### LEHMAN BROS UK C LEH5 ¾ 04/29/49   N O T   P R I C E D

| ISSUER INFORMATION | IDENTIFIERS | | 1) Additional Sec Info |
|---|---|---|---|
| Name LEHMAN BROS UK CAP FUND | Common | 028297866 | 2) Call Schedule |
| Type Finance-Invest Bnkr/Brkr | ISIN | XS0282978666 | 3) ALLQ |
| Market of Issue Euro Non-Dollar | Sedol | B1N5BX8 | 4) Corporate Actions |
| SECURITY INFORMATION | RATINGS | | 5) Cds Spreads/RED Info |
| Country GB       Currency EUR | Moody's | WR | 6) Ratings |
| Collateral Type Company Guarnt | S&P | NR | 7) Custom Notes |
| Calc Typ( 99)*NO CALCULATIONS* | Fitch | NR | 8) Covenant/Default |
| Maturity PERPETUAL Series | Composite | NR | 9) Identifiers |
| PERP/CALL        4/25/12@ 100.00 | ISSUE SIZE | | 10) Fees/Restrictions |
| Coupon    5 ¾   Fixed | Amt Issued/Outstanding | | 11) Prospectus |
| ANNUAL       ACT/ACT | EUR   200,000.00 (M)/ | | 12) Sec. Specific News |
| Announcement Dt  1/11/07 | EUR   200,000.00 (M) | | 13) Involved Parties |
| Int. Accrual Dt  1/25/07 | Min Piece/Increment | | 14) Issuer Information |
| 1st Settle Date  1/25/07 | 1,000.00/ 1,000.00 | | 15) Pricing Sources |
| 1st Coupon Date  4/25/08 | Par Amount  1,000.00 | | 16) Related Securities |
| Iss Pr 100.0000Reoffer    100 | BOOK RUNNER/EXCHANGE | | |
| | LEH | | |
| HAVE PROSPECTUS | Multiple | | 66) Send as Attachment |

ENHANCED CAPITAL ADVANTAGED PREFERRED SECURITIES (ECAPS). LONG 1ST CPN
ISSUE IS CURRENTLY NOT MAKING PAYMENTS.

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000       Copyright 2011 Bloomberg Finance L.P.
                                                   SN 644863         GMT+1:00 G761-887-0 28-Oct-2011 14:02:07

```
                                                                Corp  DES
1
2<GO>BOND GUARANTOR LIST
LEHMAN BROS UK C LEH5 ¾ 04/29/49        N O T   P R I C E D
           ADDITIONAL SECURITY INFORMATION            Page 1/2
┌─────────────────────────────────────────────┬─────────────────────┐
│ Clearing Houses                             │ Ranking/Backing     │
│ EUROCLEAR NETH                              │ Unsecured           │
│ LSE Reportable                              │ Bond                │
│                                             │ Junior              │
│                                             │ Subordinated        │
│ Guaranteed by:   Lehman Brothers Holdings Inc │ Company Guar      │
│ Eq Tkr/Guarantor Cntry: LEHMQ   US   /UNITED STATES              │
│ Liquidity Ag :                                                   │
├──────────────────────────────┬────────────────────────────────────┤
│                              │              Notes                 │
│ Issuer Type FINANCIAL        │                                    │
│ NAICS                        │                                    │
│ Workout Dt   4/29/49         │                                    │
│                              │                                    │
│ NOT QDI Eligible             │                                    │
│                              │                                    │
│ NOT SEASONED                 │                                    │
│ NOT DRD Eligible             │ Bearer                             │
│      to return to main DES page.                                  │
```

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000        Copyright 2011 Bloomberg Finance L.P.
                                                   SN 644863         GMT+1:00 G761-887-0 28-Oct-2011 14:02:17



## SECURITIES HOLDING STATEMENT

Banco Comercial Português, S.A., a public company (sociedade aberta) having its registered office at Praça D. João I, 28, Porto, Portugal, registered at the Commercial Registry of Porto, with the single commercial and tax identification number 501 525 882 and the share capital of EUR 6,064,999,986.00, hereby declares that Luis Miguel Silveira Ribeiro Vaz, residing in Herdade Mata Duque Lt.51 B CCI 119 2130-124 Santo Estevão BNV, currently holds in our books 50 units of the Security designated as "Lehman Brothers 5,750 Perpetual/Call", ISIN nº XS0282978666 (Securities Account nº 45296281770).

Porto, 27th of October 2011

Banco Comercial Português