UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YOK

HONORABLE JAMES M. PECK
One Bowling Green
New York, New York 10004
Court Room 601

In re.

LEHMAN BROTHERS HOLDINGS INC., et al.,
Debtors
Chapter 11 Case No. 08-13555 (JMP)

"NOTICE OF HEARING ON DEBTOR'S TWO HUNDRED THIRTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM"

Creditor:

ENRIQUE VILLAGRASA MARTINEZ
SINIA MORERA, 10 1° 1ª
08870 SITGES (BARCELONA)
(SPAIN)
Tel: (34) 938146277

CLAIM N°:           41489
CLAIM AMOUNT:  $47,750.29

Dear Sirs,

I refer to my proof of claim duly submitted on 10/19/2009 and received by Epiq Solutions New York.

In respect to the next hearing on debtor's two hundred thirteenth omnibus objection to disallow and expunge my proof of claim n° 41489, I wish to strongly oppose that the court disallow, expunge, reduce or reclassify my claim which I attach.

The amount claimed it is a great part of my life savings, invested on preferred shares of your subsidiary LEHMAN BROTHERS UK CAPITAL FD with ISIN XS0282978666, that you are responsible for and have guaranteed. Therefore, my intention it is to recuperate the whole amount invested or at least as much as possible.

Contact details you may require are as above.

Should you have any questions or need further information regarding this, please do not hesitate to contact me.

Yours faithfully,

ENRIQUE VILLAGRASA MARTINEZ

RECEIVED
NOV - 1 2011
U.S. BANKRUPTCY COURT, SDNY
JMP