# SURPLUS LINK LIMITED

Room 1705-8, 17/F., St. George's Building, 2 Ice House Street, Central, Hong Kong
Tel : (852) 2820-1100  Fax : (852) 2596-0050

Date : 25 October 2011

Ref. : Let/110606

The Chambers of the Honorable James M. Peck
One Bowling Green, Court Room 601
New York, New York 10004
U.S.A.

Dear Sir,

Re : United States Bankruptcy Court Southern District of New York
Chapter 11 Case No. 08-13555(JMP) (Jointly Administered)

In re Lehman Brothers Holdings Inc. et al., Debtors

Notice of Hearing on Debtors' Two Hundred Fourteenth Omnibus Objections to Disallow and Expunge Certain Filed Proofs of Claim

| Claims to be Disallowed & Expunged | |
|---|---|
| Creditor Name and Address :<br>Surplus Link Limited<br>Room 1705-8, 17/F., St. George's Building<br>2 Ice House Street<br>Central, Hong Kong | Claim Number : 37507<br><br>Date Filed : 10/13/2009<br><br>Debtor : 08-13555<br><br>Classification & Amount : Unsecured : $400,000.00 |

Referring to the captioned, we hereby oppose the disallowance and expunge on the following grounds :

(1) Name of claimant – Surplus Link Limited
    Description of amount claim : US$400,000 on Lehman Brothers 6.9% 29 June 2049 Perpetual

(2) We are the said perpetual bond holder custodian of which is via BNP Paribas. We should be allowed to partake in the distribution of whatever cash is available for distribution under this class of debtors. Distribution should not be restricted only to debtors for reason that their claim amounts form substantial part of the total claim in this class of debts.

(3) Current BNP Paribas statement showing the custody of the said issue, in addition to the evidence of claim filed earlier (attachement repeated)

Details of Our Contact are :  Surplus Link Limited
                              Room 1705-8, 17/F., St. George's Building
                              2 Ice House Street, Central, Hong Kong

                Attention Person :  Nicholas H. Hui
                                    (Tel : 852-28201168)
                                    (Email : nicholas@imcgroup.com.hk)

Yours faithfully,
*For and on behalf of*
**SURPLUS LINK LIMITED**

........................................
\am     *Authorized Signature(s)*
Encl.
cc:   Weil Gotshal & Manges LLP
      The Office of the United States Trustee for the Region 2

RECEIVED NOV - 1 2011 BANKRUPTCY COURT, SDNY

# SURPLUS LINK LIMITED

Room 1705-8, 17/F., St. George's Building, 2 Ice House Street, Central, Hong Kong
Tel : (852) 2820-1100  Fax : (852) 2596-0050

Date : 25 October 2011

Ref. : Let/110604

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005, USA

Attn.: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

Dear Sir,

Re : United States Bankruptcy Court Southern District of New York
Chapter 11 Case No. 08-13555(JMP) (Jointly Administered)

In re Lehman Brothers Holdings Inc. et al., Debtors

Notice of Hearing on Debtors' Two Hundred Fourteenth Omnibus Objections to Disallow and Expunge Certain Filed Proofs of Claim

| Claims to be Disallowed & Expunged | |
|---|---|
| Creditor Name and Address :<br>Surplus Link Limited<br>Room 1705-8, 17/F., St. George's Building<br>2 Ice House Street<br>Central, Hong Kong | Claim Number : 37507<br><br>Date Filed : 10/13/2009<br><br>Debtor : 08-13555<br><br>Classification & Amount : Unsecured : $400,000.00 |

Referring to the captioned, we hereby oppose the disallowance and expunge on the following grounds :

(1) Name of claimant – Surplus Link Limited
   Description of amount claim : US$400,000 on Lehman Brothers 6.9% 29 June 2049 Perpetual

(2) We are the said perpetual bond holder custodian of which is via BNP Paribas. We should be allowed to partake in the distribution of whatever cash is available for distribution under this class of debtors. Distribution should not be restricted only to debtors for reason that their claim amounts form substantial part of the total claim in this class of debts.

(3) Current BNP Paribas statement showing the custody of the said issue, in addition to the evidence of claim filed earlier (attachement repeated)

Details of Our Contact are : Surplus Link Limited
Room 1705-8, 17/F., St. George's Building
2 Ice House Street, Central, Hong Kong

Attention Person : Nicholas H. Hui
(Tel : 852-28201168)
(Email : nicholas@imcgroup.com.hk)

Yours faithfully,
*For and on behalf of*
**SURPLUS LINK LIMITED**

..................................................
\am     Authorized Signature(s)
Encl.
cc : The Chambers of the Honorable James M. Peck
   Weil Gotshal & Manges LLP

# SURPLUS LINK LIMITED

Room 1705-8, 17/F., St. George's Building, 2 Ice House Street, Central, Hong Kong
Tel : (852) 2820-1100   Fax : (852) 2596-0050

Date : 25 October 2011

Ref. : Let/110603

The Office of the United States Trustee for the Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
USA

Attn.: Tracy Hope Davis Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.

Dear Sir,

Re : United States Bankruptcy Court Southern District of New York
Chapter 11 Case No. 08-13555(JMP) (Jointly Administered)

In re Lehman Brothers Holdings Inc. et al., Debtors

Notice of Hearing on Debtors' Two Hundred Fourteenth Omnibus Objections to Disallow and Expunge Certain Filed Proofs of Claim

| Claims to be Disallowed & Expunged | |
|---|---|
| Creditor Name and Address : Surplus Link Limited Room 1705-8, 17/F., St. George's Building 2 Ice House Street Central, Hong Kong | Claim Number : 37507 |
| | Date Filed : 10/13/2009 |
| | Debtor : 08-13555 |
| | Classification & Amount : Unsecured : $400,000.00 |

Referring to the captioned, we hereby oppose the disallowance and expunge on the following grounds :

(1) Name of claimant – Surplus Link Limited
Description of amount claim : US$400,000 on Lehman Brothers 6.9% 29 June 2049 Perpetual

(2) We are the said perpetual bond holder custodian of which is via BNP Paribas. We should be allowed to partake in the distribution of whatever cash is available for distribution under this class of debtors. Distribution should not be restricted only to debtors for reason that their claim amounts form substantial part of the total claim in this class of debts.

(3) Current BNP Paribas statement showing the custody of the said issue, in addition to the evidence of claim filed earlier (attachement repeated)

Details of Our Contact are :   Surplus Link Limited
Room 1705-8, 17/F., St. George's Building
2 Ice House Street, Central, Hong Kong

Attention Person :   Nicholas H. Hui
(Tel : 852-28201168)
(Email : nicholas@imcgroup.com.hk)

Yours faithfully,

*For and on behalf of*
**SURPLUS LINK LIMITED**

\an...................................
Encl.         Authorized Signature(s)
cc :    The Chambers of the Honorable James M. Peck
       Weil Gotshal & Manges LLP

# SURPLUS LINK LIMITED

Room 1705-8, 17/F., St. George's Building, 2 Ice House Street, Central, Hong Kong
Tel : (852) 2820-1100  Fax : (852) 2596-0050

Date : 25 October 2011

Ref. : Let/110605

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
USA

<u>Attn.: Robert J. Lemons Esq. and Mark Bernstein Esq.</u>
Dear Sir,

Re : United States Bankruptcy Court Southern District of New York
Chapter 11 Case No. 08-13555(JMP) (Jointly Administered)

In re Lehman Brothers Holdings Inc. et al., Debtors

Notice of Hearing on Debtors' Two Hundred Fourteenth Omnibus Objections to Disallow and Expunge Certain Filed Proofs of Claim

### Claims to be Disallowed & Expunged

| Creditor Name and Address : | |
|---|---|
| Surplus Link Limited<br>Room 1705-8, 17/F., St. George's Building<br>2 Ice House Street<br>Central, Hong Kong | Claim Number : 37507 |
| | Date Filed : 10/13/2009 |
| | Debtor : 08-13555 |
| | Classification & Amount : Unsecured : $400,000.00 |

Referring to the captioned, we hereby oppose the disallowance and expunge on the following grounds :

(1) Name of claimant – Surplus Link Limited
    Description of amount claim : US$400,000 on Lehman Brothers 6.9% 29 June 2049 Perpetual

(2) We are the said perpetual bond holder custodian of which is via BNP Paribas. We should be allowed to partake in the distribution of whatever cash is available for distribution under this class of debtors. Distribution should not be restricted only to debtors for reason that their claim amounts form substantial part of the total claim in this class of debts.

(3) Current BNP Paribas statement showing the custody of the said issue, in addition to the evidence of claim filed earlier (attachement repeated)

Details of Our Contact are : Surplus Link Limited
Room 1705-8, 17/F., St. George's Building
2 Ice House Street, Central, Hong Kong

Attention Person : Nicholas H. Hui
(Tel : 852-28201168)
(Email : nicholas@imcgroup.com.hk)

Yours faithfully,
*For and on behalf of*
**SURPLUS LINK LIMITED**

\am          Authorized Signature(s)
Encl.
cc : The Chambers of the Honorable James M. Peck
     The Office of the United States T...

# BNP PARIBAS

Consolidated Statement 綜合月結單

Page 頁 5 of 6

| | |
|---|---|
| Client basic 客戶編號 | 00001-202696 |
| Statement Period 結單週期 | 01/08/11-31/08/11 |

Custody Client Statement from 01 August 2011 to 31 August 2011

Account Number: G00001202696
Date: 08 September 2011

Securities Position as of 31 August 2011

| Instrument | Quantity/Nominal | Quote Ccy | Market Price (Quote Ccy) | Market Value (Quote Ccy) | Exchange Rate | Market Value USD |
|---|---|---|---|---|---|---|
| PARIBAS AUST 6.75PCT 18MAR15 | 1,000,000.00000 | AUD | 99.873000 | 998,730.00 | 1.067750000 | 1,066,393.96 |
| AL BK SCOTLAND FRN 10MAR14 AUD | 900,000.00000 | AUD | 97.282000 | 875,538.00 | 1.067750000 | 934,855.70 |
| EA DEV BK 6PCT 25JAN12 AUD | 500,000.00000 | AUD | 100.000000 | 500,000.00 | 1.067750000 | 533,875.00 |
| MAN BRO 6.9PCT 29JUN2049 PERP | 400,000.00000 | USD | Not Quoted | | 1.000000000 | |
| CHONG HONG HOLDINGS LTD | 35,000.00000 | HKD | 10.920000 | 382,200.00 | 0.128287364 | 49,031.43 |
| NGHAI JIN JIANG INTL HOTELS-H | 250,000.00000 | HKD | 1.200000 | 300,000.00 | 0.128287364 | 38,486.21 |
| C HOLDINGS PLC | 17,954.00000 | HKD | 67.250000 | 1,207,406.50 | 0.128287364 | 154,895.00 |
| GONG INTL CO LTD | 36,000.00000 | HKD | 1.440000 | 51,840.00 | 0.128287364 | 6,650.42 |
| C HOLDINGS 8PCT PFDS PERP | 8,000.00000 | USD | 26.630000 | 213,040.00 | 1.000000000 | 213,040.00 |

Portfolio Value of Last Month    31Jul11    USD3,124,487.87
Portfolio Value of Current Month    31Aug11    USD2,997,227.71

Instrument Group:
y    USD462,103.05
s    USD2,535,124.66

ARIBAS HONG KONG BRANCH 法國巴黎銀行香港分行
porated in France with Limited Liability)
/F, Two Int'l Finance Centre, 8 Finance Street, Central, Hong Kong. GPO Box 763
52) 2909 8888    Fax: (852) 2865 2523    Cable: NATIOPAR    Telex: 73442HX, 73786HX    SWIFT: BNPAHKHH

00064/000000384/00012

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Surplus Link Limited
Room 1705-8, 17/F., St. George's Building
2 Ice House Street, Central
Hong Kong

Telephone number: 852-28201100   Email Address: nicholas@imcgroup.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ US$400,000.00  (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0301813522  (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
Blocking Number CA25973  (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
Clearstream Account Number 80785  (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date.   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

For and on behalf of
SURPLUS LINK LIMITED

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

SURPLUS LINK LTD
ROOMS 1705-08 17/F
ST GEORGE"S BUILDING
2 ICE HOUSE STREET
CENTRAL, HONG KONG

Date: 25 Sep 09

Dear Client,

**LEHMAN BROTHERS HOLDINGS INC. (IN LIQUIDATION) – BLOCKING NUMBER FOR FILING PROOFS OF CLAIM ON LEHMAN PROGRAMS SECURITIES**

We refer to your written request to us for obtaining the Blocking Number from Clearstream for the Lehman Program Security(ies) set out therein.

Please find below the Blocking Number(s) we have obtained from Clearstream for the following Lehman related products for your attention and use:

| Instrument Name | ISIN Code | Blocking Number |
|---|---|---|
| 1. LEHMAN BRO 6.9PCT 29JUN2049 PERP | XS0301813522 | CA25973 |

Please be also informed that the above product(s) are registered on our account number 80785 in the name of BNP Paribas Hong Kong Branch with Cleastream.

Yours faithfully
For and on behalf of
BNP Paribas, Hong Kong Branch

Authorized Signatures