*Heinz-Joachim Elbe*
*Hans-Böhm-Zeile 32*
*14165 Berlin*
*Phone/Fax 030 / 815 61 85*



United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epic Bankruptcy Solutions.LLC
FDR Station P.O. Box 5076
New York,NY 10150-5076
USA

27 Oct 2011

In re
Lehman Brothers Holdings INC., et al.,
Debtors

Capter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

Claim Number 24466

Title of Objection: Lehman Brothers Holdings Inc,
Two Hundred Thirteenth Omnibus Objection to Disallow
and Expunge Certain Filed Proofs of Claim
Name of Claimant: Heinz-Joachim Elbe
Description: Enclosed you will find proof that I own
Lehman Bros UK Cap. Fdg IV LP EO. Notes 2007(12/und)
with a value of $56744.00 (Euros 40,000.00)
Blocking Number: CA 29310, Account Number :67010
In the enclosed statement referred to above is what
I consider to be proof that Lehman Bros owes me money.
Address for Debtor's response:
Heinz-Joachim Elbe
Hans-Boehm-Zeile 32
14165 Berlin
Germany
Tel: 004930-8156185
I have sent four copies of this to the four parties
specified in your instructions,

Sincerely,

*Heinz-Joachim Elbe*
Heinz-Joachim Elbe (Claimant 24466)
Because I reside in Berlin, Germany, I will not be
able to attend the court hearing. Debtor's counsel, Jae Kim, Esq; could not be reached by phone today at Tel 212-310-8325

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

**Note:** This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Heinz-Joachim Elbe**
Hans-Böhm-Zeile 32
14165 Berlin
0049- Phone/Fax 030 / 815 61 85
Germany

Telephone number: _____  Email Address: achimlb@yahoo.de

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____  Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ __56744,--__ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0282978666 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and/or other depository blocking reference number:**
CA 29310, Account nzmber: 67010 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** 67010 (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 16 Sep. 09 | H.-J. Elbe |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# Berliner Sparkasse / LBB Landesbank Berlin

Berliner Sparkasse Niederlassung der Landesbank Berlin AG · www.berliner-sparkasse.de · Sitz Berlin · Reg.-Nr. HRB 99899 B · Amtsgericht Charlottenburg
Landesbank Berlin AG · www.lbb.de · Sitz Berlin · Reg.-Nr. HRB 99726 B · Amtsgericht Charlottenburg · SWIFT (BIC): BELA DE BE · Bankleitzahl 100 500 00
Alexanderplatz 2, 10178 Berlin · Postadresse: 10889 Berlin · Telefon (030) 869-801 · Telefax (030) 869 830 74 · Telex 182 010 · USt.-Identifikationsnr.: DE 136634107

DV 09 0,55 Deutsche Post
*7066*0000050*



Herrn
Heinz-Joachim Elbe
Hans-Böhm-Zeile 32
14165 Berlin

00000

Datum: 14.09.2009
Es berät Sie: Michael Hirtz
Tel./Fax: (030)869840-64 / -62
Email: michael.hirtz@lbb.de
Depot-Nr.: 8302 1016567711
Depotinhaber:
Stefan Elbe

## Depotbuchungsaufgabe
## Gleichstellung

Sehr geehrter Herr Elbe,

Gem. Ihrem Auftrag haben wir die "Blocking Number" beantragt und Ihren Bestand gesperrt.
Die zur Anmeldung der Forderung benötigten Daten sind wie folgt:
Account Number: 67010
Blocking Number: CA29310

```
Soll
EUR              40.000,000   ISIN: XS0282978666 WKN: A0G5B8 Beleg-Nr: 180503268
gebucht am: 14.09.2009        5,75% Lehman Bros UK Cap. Fdg IV LP
                              EO-Notes 2007(12/Und.)
                              Zinstermin: 25. APR
                              Lagerland: CBL - Globalurkunden
                              Lagerstelle: Clearstream Banking Lux. (67010)

Haben
EUR              40.000,000   ISIN: XS0282978666 WKN: A0G5B8 Beleg-Nr: 180503269
gebucht am: 14.09.2009        5,75% Lehman Bros UK Cap. Fdg IV LP
                              EO-Notes 2007(12/Und.)
                              Zinstermin: 25. APR
                              Lagerland: CBL - Globalurkunden
                              Lagerstelle: Clearstream Banking Lux. (67010)
                              Sonderheit: Stücke nicht lieferbar
                                          wegen Kapitalmassnahme
```

Mit freundlichen Grüßen
Landesbank Berlin AG

Dieses Schreiben wurde maschinell erstellt und ist ohne Unterschrift gültig.

Seite 1 von 1

12 (07.01)