# EASDAQ

(for Lehman Brothers Holdings Plc) Vito Genna
Clerck of the US Bankruptcy Court SDNY
One Bowling Green,
New Tork, New York 10004
USA

Per Aangetekend Schrijven

28 oktober 2011,

Geachte aandeelhouder en/of warranthouder,

**Betreft**: Easdaq NV – Bijzondere Algemene Vergadering van 14 november 2011

Een Bijzondere Algemene Vergadering van de aandeelhouders van Easdaq NV zal plaatsvinden op **14 november 2011.**

Gelieve in dat verband als bijlage de oproeping tot deze Bijzondere Algemene Vergadering aan te treffen in het Nederlands en het Engels.

Indien u als aandeelhouder niet aan de vergadering kan deelnemen, dan kan u een volmacht geven per brief. De volmachthouder hoeft geen aandeelhouder te zijn. Een volmachtformulier dat daartoe door u ondertekend moet worden – indien u ervoor kiest om op de vergadering vertegenwoordigd te zijn – is aangehecht aan deze oproeping. Gelieve een ingevulde en ondertekende volmacht aan ons te bezorgen tegen 10 november 2011, ter attentie van Anthony Ball.

Aarzel niet om contact op te nemen met Anthony Ball (tel: +44(0)20 3102 4080; email: investor-relations@equiduct.com), indien u bijkomende informatie nodig heeft.

Met de meeste hoogachting,

Artur Fischer
Voorzitter van de Raad van Bestuur

EASDAQ n.v.
De Jonge St. Jacob
[address illegible] Leuven - Belgium



## FREE TRANSLATION – FOR INFORMATION PURPOSES ONLY

<u>By registered mail</u>

28 October 2011,

Dear Shareholder and/or Warrantholder,

<u>Re</u>:  <u>Easdaq N.V. – Special General Meeting of the Shareholders to be held on 14 November 2011</u>

The Special General Meeting of the Shareholders of Easdaq N.V. (the "Company") will take place on **14 November, 2011**. In this respect, please find enclosed the notice for this meeting in Dutch and in English.

If, as a shareholder, you cannot attend the meetings, you may give a power of attorney by letter, facsimile or any other written instrument. The proxyholder does not have to be a shareholder. A proxy form to be executed by you if you chose to be represented at the meeting is attached to the notice. Please ensure that a duly signed proxy is returned by <u>10 November, 2011</u> to attention of Anthony Ball.

Please do not hesitate to contact Anthony Ball (tel: +44(0)20 3102 4080; email: <u>investor-relations@equiduct.com</u>), should you require any further information.

Sincerely yours,

Artur Fischer
Chairman Board of Directors



EASDAQ NV • Lei 19 • Box 11 • B-3000 Leuven • Belgium
Tel +32 16 28 41 10 • Fax +32 16 28 41 11 • RPR Leuven, VAT BE 0455.

## EASDAQ

Naamloze vennootschap
Maatschappelijke zetel: Lei 19 Bus 11,
B-3000 Leuven, België

RPR Leuven 0455.240.893

(de "**Vennootschap**")

---

### UITNODIGING VOOR DE BIJZONDERE ALGEMENE VERGADERING VAN AANDEELHOUDERS VAN EASDAQ NV DIE ZAAL PLAATSVINDEN OP 14 NOVEMBER 2011

---

*Per aangetekend schrijven.*
*De Bijlagen maken integraal uit van deze uitnodiging.*

Hierbij worden de aandeelhouders, warranthouders, bestuurders en commissaris van EASDAQ NV (de "**Vennootschap**") uitgenodigd voor een Bijzondere Algemene Vergadering van de aandeelhouders van de Vennootschap ("**BAV**") die zal plaatsvinden in de kantoren van Berquin Notarissen, Lloyd Georgelaan, 11 B-1000 Brussel, om **9.00 CET** op **14 november 2011**, om te beraadslagen en te beslissen over de punten en voorstellen die hierna zijn uiteengezet.

### Agenda

1. Benoeming van de heren Jonathan Graham en Jamil Nazarali, als nieuwe Citadel Bestuurders, voorgedragen tot benoeming door Citadel Tactical Investments LLC.

2. Benoeming van Euro Trading Commercial Ltd., met als vaste vertegenwoordiger de heer Daniel Pouget, als een onafhankelijke bestuurder voorgedragen tot benoeming door de raad van bestuur van de Vennootschap.

3. Benoeming van de heer Peter Randall, als uitvoerend bestuurder voorgedragen tot benoeming door de raad van bestuur van de Vennootschap.

4. Vaststelling van de bezoldiging van de bestuurders. Voorstel om de onafhankelijke bestuurder een jaarlijkse vergoeding van EUR 20.000 toe te kennen, verschuldigd en vooraf betaalbaar (en definitief verworven), d.i. bij aanvang van elk jaar van zijn bestuursmandaat.

5. Volmacht, met mogelijkheid tot indeplaatsstelling, om de nodige formaliteiten te vervullen in verband met de publicatie van de aanstelling van de Bestuurders in de Bijlagen bij het Belgisch Staatsblad, de "Kruispuntbank voor Ondernemingen", het "Ondernemingsloket" en de BTW, indien nodig.

*Unofficial English translation of a Dutch original*



**EASDAQ NV** • Lei 19 • Box 11 • B-3000 Leuven • Belgium
**Tel** +32 16 28 41 10 • **Fax** +32 16 28 41 11 • RPR Leuven, VAT BE 0455.240.893

# EASDAQ

Limited liability company
Registered office: Lei 19 Box 11, 3000 Leuven
Company number: 0455.240.893

(the "**Company**")

### NOTICE FOR THE SPECIAL GENERAL MEETING OF THE SHAREHOLDERS OF EASDAQ NV TO BE HELD ON 14 NOVEMBER 2011

*By registered mail.*
*The Exhibits constitute an integral part of this notice.*

Notice is hereby given to the shareholders, warrant holders, directors and statutory auditor of EASDAQ NV (the "**Company**") for the Special General Meeting of the Company's shareholders (the "**SGM**") to be held at the offices of Berquin Notarissen, Lloyd Georgelaan 11, B-1000 Brussels, Belgium, at **9.00 CET** on **14 November 2011**, to discuss and decide on the items and proposals set out in the following agenda.

### Agenda

1. Appointment of Messrs Jonathan Graham and Jamil Nazarali, as new Citadel Directors, nominated for appointment by Citadel Tactical Investments LLC.

2. Appointment of Euro Trading Commercial Ltd., with as permanent representative Mr Daniel Pouget, as an independent director nominated for appointment by the Board of Directors of the Company.

3. Appointment of Mr Peter Randall, as an executive director nominated for appointment by the Board of Directors of the Company.

4. Determination of remuneration of the directors. Proposal to grant the independent director an annual remuneration of EUR 20,000, due and payable (and definitively accrued) in advance, *i.e.* at the beginning of each year of the term of the director mandate.

5. Power of attorney, with power of substitution, to satisfy the required formalities in connection with the publication of the appointment of the Directors in the Annexes to the Belgian State Gazette, the "Crossroad Bank for Enterprises", the "Business One-Stop Shops" and the value added tax, if required.



**EASDAQ NV** • Lei 19 • Box 11 • B-3000 Leuven • Belgium
**Tel** +32 16 28 41 10 • **Fax** +32 16 28 41 11 • RPR Leuven, VAT BE 0455.

\*

\*   \*

Overeenkomstig artikel 29 van de statuten, dient iedere eigenaar van aandelen op naam, om te worden toegelaten tot de BAV, zijn intentie om aan de BAV deel te nemen, kenbaar te maken aan de raad van bestuur per e-mail aan investor-relations@equiduct.com, en dit ten laatste op 10 november 2011.

Overeenkomstig artikel 30 van de statuten, heeft de raad van bestuur de vorm van de volmachten vastgesteld. Gelieve, aangehecht als <u>Bijlage 1</u> een kopie te vinden van dit volmachtformulier dat kan worden ingevuld en ingediend op de zetel van de Vennootschap, en dit ten laatste op 10 november 2011.

Voor de raad van bestuur,

_____
Artur Fischer
Voorzitter en bijzondere volmachthouder

<u>*Bijlagen*</u> *(die integraal deel uitmaken van deze oproeping):*

1.   Volmachtformulier voor aandeelhouders

*

*   *

In accordance with Article 29 of the Articles of Association, in order to be admitted to the SGM, all owners of registered shares must notify the Board of their intention to attend the SGM by e-mail at investor-relations@equiduct.com at the latest on 10 November 2011.

In accordance with Article 30 of the Articles of Association, the Board has fixed the proxy format. Please find attached as <u>Exhibit 1</u> a copy of the proxy format that can be completed and deposited at the Company's registered offices at the latest on 10 November 2011.

**<u>Exhibits</u>** *(which constitute an integral part of this notice)*

1. Proxy form for shareholders

## Volmacht

Gelieve deze volmacht (die werd vastgesteld door de Raad als standaard volmachtformulier overeenkomstig artikel 30 van de statuten) waar nodig in te vullen en te ondertekenen indien u wenst te worden vertegenwoordigd op de bijzondere algemene vergadering van Easdaq NV, die zal worden gehouden op of rond 14 november 2011 (de "BAV"). Gelieve deze volmacht onmiddellijk na ontvangst, correct ingevuld en ondertekend, te bezorgen aan EASDAQ NV, 3000 Leuven, Lei 19 bus 11, ter attentie van de heer Anthony Ball (CFO Equiduct Systems Limited), en een copie per e-mail aan investor-relations@equiduct.com, en dit ten laatste op 10 november 2011.

Alle houders van aandelen op naam dienen, overeenkomstig artikel 29 van de statuten, om toegelaten te worden tot de BAV, de Raad kennis te geven van hun intentie de BAV bij te wonen, via e-mail naar investor-relations@equiduct.com en dit ten laatste op 10 november 2011.

Ondergetekende:

**Naam:** _____

**Adres/Zetel:** _____
_____

**Houder van aantal aandelen:** _____

**Stelt als bijzondere lasthebber aan**, individueel en met de macht om in de plaats te stellen:

Mr. Anthony Ball, 19 Coleford Road, London SW181AD, Verenigd Koninkrijk,

aan wie ondergetekende volmacht verleent om hem/haar te vertegenwoordigen op de bijzondere algemene vergadering van de vennootschap Easdaq NV, met zetel te Lei 19 bus 11, B-3000 Leuven (België) (ondernemingsnummer 0455.240.893 – RPR Leuven), die zal worden gehouden in de kantoren van Berquin Notarissen, Lloyd Georgelaan 11, B-1000 Brussel, om 9.00 CET op 14 november 2011, en die zal beraadslagen omtrent de volgende agenda:

*Special shareholders meeting Easdaq NV to be held on or about 14 November 2011*

*Unofficial English translation of a Dutch original*

### Power of attorney

Please fill out and sign this proxy (which is the proxy format fixed by the Board in accordance with Article 30 of the Articles of Association) in the appropriate spaces if you wish to be represented at the special shareholders meeting of EASDAQ NV, to be held on or about 14 November 2011 (the "SGM"). Please send this proxy, duly completed and signed, immediately upon receipt to EASDAQ NV, 3000 Leuven, Lei 19, Box 11, for the attention of Mr. Anthony Ball (CFO of Equiduct Systems Limited), and a copy per e-mail to investor-relations@equiduct.com, <u>at the latest by 10 November 2011</u>.

In accordance with Article 29 of the Articles of Association, in order to be admitted to the SGM, all owners of registered shares must notify the Board of their intention to attend the SGM by e-mail at investor-relations@equiduct.com <u>at the latest on 10 November 2011</u>.

**PLEASE ALSO FILL OUT AND SIGN THE DUTCH PROXY FORM ACCORDINGLY**

The undersigned:

**Name:** _____

**Address/registered office:** _____

_____

**Holder of number of shares:** _____

**Appoints as its special proxyholder**, with full power of substitution:

Mr. Anthony Ball, 19 Coleford Road, London SW181AD, United Kingdom,

to whom the undersigned gives power of attorney to represent it for the purposes of the special general meeting of the company Easdaq NV, having its registered offices at Lei 19 box 11, B-3000 Leuven (Belgium) (number 0455.240.893 – RPR Leuven) that will be held at the offices of Berquin Notarissen, Lloyd Georgelaan 11, B-1000 Brussels, Belgium, on or about 14 November 2011 at 9.00 CET, and that shall resolve on the following agenda.

## Agenda

1. Benoeming van de heren Jonathan Graham en Jamil Nazarali, als nieuwe Citadel Bestuurders, voorgedragen tot benoeming door Citadel Tactical Investments LLC.

2. Benoeming van Euro Trading Commercial Ltd., met als vaste vertegenwoordiger de heer Daniel Pouget, als een onafhankelijke bestuurder voorgedragen tot benoeming door de raad van bestuur van de Vennootschap.

3. Benoeming van de heer Peter Randall, als uitvoerend bestuurder voorgedragen tot benoeming door de raad van bestuur van de Vennootschap.

4. Vaststelling van de bezoldiging van de bestuurders. Voorstel om de onafhankelijke bestuurder een jaarlijkse vergoeding van EUR 20.000 toe te kennen, verschuldigd en vooraf betaalbaar (en definitief verworven), d.i. bij aanvang van elk jaar van zijn bestuursmandaat.

5. Volmacht, met mogelijkheid tot indeplaatsstelling, om de nodige formaliteiten te vervullen in verband met de publicatie van de aanstelling van de Bestuurders in de Bijlagen bij het Belgisch Staatsblad, de "Kruispuntbank voor Ondernemingen", het "Ondernemingsloket" en de BTW, indien nodig.

<u>De lasthebber mag ondermeer, zonder hiertoe beperkt te zijn:</u>

- Deelnemen aan elke vergadering met dezelfde agenda (mogelijks, met uitzondering van minder belangrijke details) voor het geval de eerste vergadering niet geldig zou kunnen beraadslagen of niet zou (kunnen) worden gehouden op de hierboven vermelde datum en uur.

- Deelnemen aan alle beraadslagingen en in naam en voor rekening van ondergetekende alle voorstellen die betrekking hebben op de agenda goedkeuren.

- Verklaren dat ondergetekende zichzelf als regelmatig opgeroepen beschouwt, dat hij/zij de bepalingen kent van de artikelen 64, 1°, 178, 533 en 535 van het Wetboek van vennootschappen, en dat hij/zij verzaakt aan de oproepingsformaliteiten en -termijn en aan het instellen van een eventuele nietigheidsvordering wegens een onregelmatigheid naar de vorm.

- In het algemeen, stemmen voor alle voorstellen betreffende de agendapunten.

- In het algemeen, alle processen-verbaal, aanwezigheidslijsten, overeenkomsten, bevestigingen, kennisgevingen en ieder ander document tekenen, in de plaats stellen en, in het algemeen, alles doen dat nuttig of noodzakelijk is voor de uitvoering van deze volmacht, voor zover nodig met belofte van bekrachtiging.

*Special shareholders meeting Easdaq NV to be held on or about 14 November 2011*

*Unofficial English translation of a Dutch original*

## Agenda

1. Appointment of Messrs Jonathan Graham and Jamil Nazarali, as new Citadel Directors, nominated for appointment by Citadel Tactical Investments LLC.

2. Appointment of Euro Trading Commercial Ltd., with as permanent representative Mr Daniel Pouget, as an independent director nominated for appointment by the Board of Directors of the Company.

3. Appointment of Mr Peter Randall, as an executive director nominated for appointment by the Board of Directors of the Company.

4. Determination of remuneration of the directors. Proposal to grant the independent director an annual remuneration of EUR 20,000, due and payable (and definitively accrued) in advance, i.e. at the beginning of each year of the term of the director mandate.

5. Power of attorney, with power of substitution, to satisfy the required formalities in connection with the publication of the appointment of the Directors in the Annexes to the Belgian State Gazette, the "Crossroad Bank for Enterprises", the "Business One-Stop Shops" and the value added tax, if required.

The proxyholder may, amongst other things, without limitation:

- Participate in any meeting with the same agenda (possibly, except for minor details) in case the first meeting could not validly deliberate or could not be held on the date mentioned above.

- Participate in all deliberations and in the name and on behalf of the undersigned resolve to approve all proposals in relation to the agenda.

- Declare that the undersigned considers itself as having been validly convened, that it is aware of the provisions of sections 64, 1°, 178, 533 and 535 of the Belgian Company Code, and that it renounces to the notice period and formalities and to the right to initiate a possible claim to obtain the nullity of any decision taken on the basis of a formal irregularity.

- In general, vote in favour of all proposals contained in the agenda.

- In general, to execute all minutes, attendance lists, agreements, confirmations, notifications and any other document, to substitute and, in general, to do all that is useful or necessary for the performance of this power of attorney, with a promise of ratification, to the extent necessary.

*Bijzondere Algemene Vergadering van Easdaq NV op of rond 14 november 2011*

## Instructies aan de lasthebber

Ondergetekende geeft hierbij uitdrukkelijk opdracht aan de lasthebber om deel te nemen aan de bijzondere algemene vergaderingen, zelfs indien het bewijs niet voorligt dat de aandeelhouders, de bestuurders, de commissaris en/of de andere relevante houders van effecten geldig zijn opgeroepen tot de bijzondere algemene vergadering en, voor zover toepasselijk, indien de betrokkenen niet allen hebben verzaakt aan (i) de termijnen en de vormvereisten voor oproeping tot de bijzondere algemene vergadering en (ii) het recht om bepaalde verslagen en andere documenten te ontvangen, zoals voorgeschreven door de relevante artikelen van het Wetboek van vennootschappen.

## Schadeloosstelling van de lasthebbers

Ondergetekende verbindt er zich hierbij toe om de lasthebber schadeloos te stellen voor elke schade die hij/zij zou kunnen oplopen ten gevolge van enige handeling gesteld ter uitvoering van deze volmacht, op voorwaarde evenwel dat hij/zij de grenzen van zijn/haar bevoegdheden heeft nageleefd. Verder verbindt ondergetekende zich ertoe niet de nietigheid van enig besluit goedgekeurd door de lasthebber te vorderen en geen enkele schadevergoeding van hem/haar te vorderen, op voorwaarde evenwel dat laatstgenoemde de grenzen van zijn/haar bevoegdheden heeft nageleefd.

**Gedaan op:** _____ (datum)


_____  _____
(handtekening)          (handtekening)


_____  _____
(naam)                  (naam)


_____  _____
(functie)               (functie)

*Special shareholders meeting Easdaq NV to be held on or about 14 November 2011*

*Unofficial English translation of a Dutch original*

### Instructions to the proxyholder

The undersigned hereby explicitly authorizes and instructs the proxyholder to take part in the special general meeting, even if no proof is presented that the shareholders, the directors, the statutory auditor and/or the other relevant holders of securities have been validly convened for the special general meeting and, to the extent applicable, if not all relevant parties have renounced to (i) the notice terms and formalities for the special general meeting and (ii) the right to receive specific reports and other documents, as provided by the relevant sections of the Belgian Companies Code.

### Indemnification of the proxyholder

The undersigned undertakes to indemnify the proxyholder for any damage it could sustain as a result of any action undertaken by the proxyholder in performing this power of attorney, to the extent that the proxyholder has observed the limits of its powers. In addition, the undersigned undertakes not to claim the nullity of any resolution approved by the proxyholder and not to claim any damages from it, to the extent that the proxyholder has observed the limits of its powers.

**Done on:** _____ (date)

_____      _____
(signature)      (signature)

_____      _____
(name)      (name)

_____      _____
(function)      (function)