**John G. Till**
**1320 Vista Morada**
**Santa Fe, NM 87506**
**(505) 989-3779**



-------------------------------------------------

The Hon. James M. Peck
U. S. Bankruptcy Judge
U. S. Bankruptcy Court
Alexander Hamilton Customs House - Courtroom 610
One Bowling Green
New York, NY 10004

      Re:    Consideration of Lehman Brothers Retiree Health Coverage
              Former Lehman Brothers Employee, PBGC1-212918.

Dear Judge Peck:

As noted above, I am a retiree from Lehman Brothers. As you are aware, we received a letter last week advising us that VEBA will continue to pay insurance premiums under the existing Aetna plan until "the VEBA funds have been exhausted or Aetna discontinues the Aetna plan." ... The paragraph continues that "LBHI and LBI will not make any contributions to the VEBA, and LBHI is not reinstating the Group Benefits Plan or undertaking any obligation to fund retiree and long-term disability Benefits. Such costs remain the sole obligation of the individuals." This is highly disturbing, and I would like to properly record my objection to such action.

Simply put, this news is disturbing both emotionally and financially. My wife and I are nearly 80 years old. The thought of having no health care coverage at this time in life is devastating! As everyone is aware, health care costs in the latter years of one's life are well documented to be astronomical!!

Therefore, I would like to petition for an equitable response in this matter. Despite nightly newscasts -- and possibly public perception -- not all LEH employees were high rollers. Quite the contrary, my position with the firm was a branch manager, far from the high paying jobs at headquarters and the ranks of investment banking. I humbly submit to you that I never was the recipient of the much-heralded Wall Street bonus largesse.

My concern is being cut adrift from affordable medical care at age 80. If and when VEBA stops payment or Aetna elects to opt out of providing a plan, my wife and I will be forced to begin shopping for a new plan. My wife has had open heart surgery twice, and I am in chronic pain with an arthritic hip and shoulder. I can only imagine that the costs for such new coverage will be excessive, based on individual coverage rates. As such, these new medical costs will not only be exorbitant, they will effectively be punitive, given the circumstances.

Your Honor, I appeal to your equitable sense of right and wrong in this situation. The mismanagement of the firm may have led to the bankruptcy. Any LEH stock holdings we had have become worthless. Our small pension benefit is administered through the PBGC, which in

and of itself may not be fully funded for an unlimited number of years. Please do not add astronomical medical expenses to our already cash-strapped retirement.

I thank you for your time and consideration in hearing my appeal.

Respectfully,

*[signature: John J. Ti...]*

cc: Richard P. Krasnow, Esq., Attorney for the Debtors
Jeffrey S. Margolin, Esq., Attorney for the SIPA Trustee