30 October 2011

The Chambers of the Honorable James M. Peck
One Bowling Green, New York
New York 10004, Courtroom 601
United States

Re: Lehman Brothers Holdings Inc.
<u>Two Hundred Fourteenth Omnibus Objection to Claims</u>

We provide the details as follows:
Court: United States Bankruptcy Court Southern District of New York
Claim Number: 36650
Lehman Brothers Holdings Inc.
Case No: 08-13555
Two Hundred Fourteenth Omnibus Objection to Claims

We, Sugiarto, Bambang/ Lau Ha Chun, oppose the disallowance and expungement of our claims, which amounts to US$ 50,000. We restate our claim and attach the statement issued by the investment bank to prove that we are the owner of the claim.

We require the debtor to reply to Mrs. Lau Ha Chun to the existing postal address.

Yours faithfully,

Sugiarto, Bambang/ Lau Ha Chun

RECEIVED
NOV - 3 2011
U.S. BANKRUPTCY COURT, SDNY

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM





MAILID *** 0004904498 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000083416 ****

SUGIARTO, BAMBANG/ LAU HA CHUN
FLAT A 15TH FLOOR STARLIGHT GARDEN
2-14 ELECTRIC ST
WANCHAI, HONG KONG

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | SUGIARTO, BAMBANG/ LAU HA CHUN |
| Date Received: | 10/06/2009 |
| Claim Number: | 36650 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU.** PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

## Standard Chartered Bank

Singapore Branch
8 Marina Boulevard, Level 21
Marina Bay Financial Centre (Tower 1)
Singapore 018981
Telephone: (65) 6376 2000
Telefax: (65) 6307 1088

**Standard Chartered**
**Private Bank**

Page 7
Statement Date: 31 May 2011
Reference Currency: US DOLLAR
**Client Portfolio-Number: 66489-1**
Client Risk Rating: MODERATE

### Bonds (continued)

| Currency | Quantity | ISIN | Description | Average Purchase Price | Price As of Date | Yield to Maturity | Valuation | Reference Currency | % |
|---|---|---|---|---|---|---|---|---|---|
| USD | 50,000.00 | XS0301813522 | LEHMAN BROTHERS UK CAP FD V LP 0 % 01 JUN 2007 - 29 JUN 2049 | 98.500 | 0.000 31 OCT 2008 | | 0.00 USD | 0.00 USD | 0.00 |
| USD | 200,000.00 | USG84228AT58 | STANDARD CHARTERED PLC 6.409 % 08 DEC 2006 - 08 DEC 2049 Interest 30 JAN 2011 - 31 MAY 2011 | 93.500 | 97.352 31 MAY 2011 | 6.62 | 194,704.00 USD 4,272.67 USD | 194,704.00 USD 4,272.67 USD | 8.51 |

Total Bonds: 452,860.83 USD  19.76

### Maturity Summary

| | | |
|---|---|---|
| 0-6 Months | 0.00 | USD |
| 6-12 Months | 0.00 | USD |
| 1-2 Years | 0.00 | USD |
| 2-5 Years | 211,875.83 | USD |
| 5-10 Years | 0.00 | USD |
| More than 10 Years | 250,485.00 | USD |

Exchange rates against Reference Currency: HKD 7.7783   EUR 1.4415   CAD 1.0308   AUD 1.0711   SGD 1.2321

Securities positions are held by the Bank, Bank affiliates, or a nominee except for Portfolio Investment products which are held by the custodian or sub-custodian of such securities positions. Prices are believed to be reliable, but their accuracy is not guaranteed. The market for structured products and derivatives is illiquid and prices provided are for informational purposes only. Where no market price is available, the statement will show par value. Where a market price is provided, it is an estimated value and may differ substantially from prices at which a product may be sold in the market. This document is considered approved unless we are notified in writing of any objection within one month. Standard Chartered Private Bank is the private banking division of Standard Chartered Bank.