

Standard Chartered
Private Bank

## Standard Chartered Bank

Singapore Branch

Marina Bay Financial Centre (Tower 1)

8 Marina Boulevard, Level 21

Singapore 018981

---

BAMBANG SUGIARTO/LAU HA CHUN
FLAT A 15TH FL STARLIGHT GARDEN
2-14 ELECTRIC ST
WANCHAI, HONG KONG

---

## Statement of Accounts

Statement Date: 31 May 2011

Client Portfolio-Number: 66489-1

Client Risk Rating: MODERATE

Reference Currency: US DOLLAR

Relationship Manager: LEE, FREDDY

## Best Global Private Bank

Standard Chartered Private Bank was recently awarded Best Global Private Bank voted for by you, our clients, and readers of Financial Times and Investors Chronicle. Thank you for your continued support as this achievement would not be possible without you.

---

Standard Chartered Bank ("SCB") is incorporated in England and Wales with limited liability by Royal Charter 1853, under reference ZC18, and the principal office of the Company is situated in England at 1 Aldermanbury Square, London EC2V 7SB.

SCB is authorised and regulated in the United Kingdom by the Financial Services Authority ("FSA") under FSA register number 114276.

SCB Singapore is a branch of SCB, which is licensed to conduct banking business under the Singapore Banking Act, Chapter 19.

Standard Chartered Private Bank is the private banking division of Standard Chartered Bank ("SCB"). Private banking activities may be carried out internationally by different SCB legal entities and affiliates according to local regulatory requirements. Not all products and services are provided by all SCB branches, subsidiaries and affiliates. Some of the SCB entities and affiliates listed here only act as representatives of Standard Chartered Private Bank, and may not be able to offer products and services, or offer advice to clients. They serve as points of contact only.

At Standard Chartered Bank, we aim to provide excellent customer service. Should you require any assistance, please contact us at our 24 hour customer service hotline: 1800 747 7000. If you have any issue with any product that you have purchased from us, or are dissatisfied with the way in which we have handled your complaint in relation to your purchase of the product, you can approach the Financial Industry Dispute Resolution Centre ("FIDReC") for an independent review and resolution of your complaint. For more information on FIDReC, please visit their website.