The chambers of the Honorable James M. Peck,
One Bowling Green,
New York,
New York 10004, Courtroom 601;
USA

## Opposition to the Disallowance of Claim number 43442

*Name of the Bankruptcy Court: United States Bankruptcy Court Southern District of New York*

*Name of Debtors: Lehman Brothers Holdings Inc. and certain of its affiliates*

*Case number: Chapter 11 case no. 0813555(JMP)*

*Name of the claimant: Wong Hung Ying*

*Referring your notice to me dated 16 Sept 2011, I vigorously oppose any disallowance of the Claim for the following reasons:*

1. *I have a position in a bond issued by Lehman Brothers UK Capital Funding. This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc.*
2. *The guarantor of the bond is Lehman Brothers Holding plc which itself is fully owned by Lehman Brothers Holdings Inc.*

*Sincerely yours*

*Wong Hung Ying*
*10E Tower 11*
*Parc Oasis*
*Yau Yat Chuen*
*Kowloon*
*Hong Kong*

25 Oct. 2011

cc:
Attorneys for the Debtors, Weil Gotshal & Manges LLP; The Office of the United States Trustee for Region 2; Attorneys for the official committee of unsecured creditors, Milbank,