UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :     08-13555 (JMP)
                                                            :     (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------x     Ref. Docket Nos. 20820, 21522,
                                                                  21523, 21709, 21730, 21732, 21745,
                                                                  21767, 21769, 21771-21773, 21775,
                                                                  21776, 21780, 21790, 21791, 21806,
                                                                  21807, 21810, 21812, 21816, 21817,
                                                                  21836

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 11, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
15th day of November, 2011
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 20820, 21522, 21523...21816, 21817, 21836_AFF_11-11-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ETON PARK FUND, L.P.
      TRANSFEROR: MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF ARIZONA, N.A.
      ETON PARK MASTER FUND, LTD.
      ATTN: SHAILINI RAO
      399 PARK AVENUE, 10TH FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 24736-01 in the above referenced case and in the amount of $5,827,275.34  allowed at $5,637,026.60     has been transferred **(unless previously expunged by court order)**

```
      ETON PARK MASTER FUND, L.P.
      TRANSFEROR: ETON PARK FUND, L.P.
      ATTN: SERGE TODOROVICH
      399 PARK AVENUE, 10TH FL
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 21790     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/11/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 11, 2011.

**EXHIBIT B**

```
TIME: 10:53:05                          LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 11/11/11                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL NEW YORK NY 10012 |
| BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER AZIONI (GIA SCARL) | TISDALE LAW OFFICES, LLC 10 SPRUCE STREET SOUTHPORT CT 06890 |
| BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER AZIONI (GIA SCARL) | CORSO VITTORIO EMANUELE 92/100 PALAZZO VALLELONGA TORRE DEL GRECCO (NAPLES) 80059 ITALY |
| CALOGY ASSOCIATES LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER AZIONI (GIA SCARL) ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| DANNEELS, GEERT | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BEL |
| DANNEELS, GEERT | POEKEVOETWEG 15 RUISELEDE 8755 BELGIUM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PROVINCIE ZEELAND ATTN: SIMON GLENNIE/KELLY WHISTANCE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LANDESBANK BADEN-WURTTEMBERG ATTN: ALEXANDER KRAEMER/PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| ETON PARK FUND, L.P. | TRANSFEROR: MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF ARIZONA, N.A. ETON PARK MASTER FUND, LTD. ATTN: SHAILINI RAO 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, L.P. | TRANSFEROR: MERIDIAN BANK, NA F/K/A COMMUNITY BANK OF ARIZONA, NA ETON PARK MASTER FUND, L.P. ATTN: SHAILINI RAO 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, L.P. | TRANSFEROR: ETON PARK FUND, L.P. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022 |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF DANNEELS, GEERT | TRANSFEROR: DANNEELS, GEERT C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF TODIKS, NV | TRANSFEROR: TODIKS, NV C/O FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GRAF, ANNA MARIA & KARL | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA FRIEDRICH BAUER STRASSE 32 91058 ERLANGEN GERMANY |
| ILLIQUIDX LLP | TRANSFEROR: VOLKSBANK HELMSTEDT EG ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UBS AG ATTN: JEFFREY L PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| KIRCHLICHE ZUSATZVERSORGUNGSKASSE DES VERBANDES | TRANSFEROR: DIOZESEN DEUTSCHLANDS C/O JOHN J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON MA 02116 |
| LANDESBANK BADEN-WURTTEMBERG | TRANSFEROR: KIRCHLICHE ZUSATZVERSORGUNGSKASSE DES VERBANDES DER DIOZESEN DEUTSCHLANDS ATTN: DEPARTMENT 4042 H AM HAUPTBAHNHOF 2 70713 STUTTGART GERMANY |
| LIEBICH, MARTIN ANDREAS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA RAUHAIMSTRAASE 12A 83661 LENGGREIS GERMANY |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO SANTANDER, S.A. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: ALLIANCEBERNSTEIN FOR BENEFIT OF ASPEN INSURANCE UK LIMITED (AIUKGIA) 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| PROVINCIE ZEELAND | ATTN: MR. A. DE MUNCK P.O. BOX 6001 4330 LA MIDDELBURG NETHERLANDS |
| PROVINCIE ZEELAND | TIMOTHY C. BENNETT, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| PROVINCIE ZEELAND | ARNO VOERMAN VAN DOORNE N.V. JACHTHAVENWEG 121 P.O. BOX 75265 AMSTERDAM 1070 AG THE NETHERLANDS |
| THE VARDE FUND IX, L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A, L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| TODIKS, NV | WEERTERSKEENWEG 93 MAASEIK 3680 BELGIUM |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 10:53:05                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  2
DATE: 11/11/11                              CREDITOR LISTING

Name                          Address
UNICREDIT BANCA DI ROMA S.P.A. ATTENTION: CRISTIANO CARLUCCI VIA U TUPINI 180 ROMA  00144 ITALY
VALEUR PTE LIMITED             TRANSFEROR: UNICREDIT BANCA DI ROMA S.P.A. ATTN: LORENZO VANGELEISTI, CHIEF EXECUTIVE OFFICER 10 ANSON ROAD
                               #29-12 INTERNATIONAL PLAZA SINGAPORE  079903 SINGAPORE
VARDE INVESTMENT PARTNERS (OFFSHORE)  TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN  55437
MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.  TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN  55437

Total Number of Records Printed    44
```

EPIQ BANKRUPTCY SOLUTIONS, LLC