Luc A. Despins
Bryan R. Kaplan
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000

*Counsel to CarVal Investors UK Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
**In re:**                                                    : **Chapter 11**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  : Case No. 08-13555 (JMP)
                                                              :
           **Debtors.**                                       : **(Jointly Administered)**
                                                              :
------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Christopher Fong, state as follows:

    1.    I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am an attorney at Paul Hastings LLP, counsel to Carval Investors UK Limited in the above-captioned chapter 11 cases.

    2.    A copy of the document identified below by docket number was served on November 16, 2011 on the parties as set forth in Exhibit A by United States Postal Service First Class Mail:

    a.    Docket No. 22199: Statement of CarVal Investors UK Limited in Support of Debtors Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Affiliated Debtors Pursuant to Section 1125 of Bankruptcy Code

2

3. On November 16, 2011, a PDF copy of the document indentified above was also served on the parties as set forth in <u>Exhibit B</u> via electronic mail.

Dated: November 17, 2011
    New York, New York

/s/ Christopher Fong
Christopher Fong

# **EXHIBIT A**

| | |
|---|---|
| DEPARTMENT OF JUSTICE<br>(SOLICITOR FOR THE RESPONDENT<br>CANADA REVENUE AGENCY)<br>ATTN: DIANE WINTERS<br>ONTARIO REGIONAL OFFICE<br>THE EXCHANGE TOWER<br>130 KING STREET WEST<br>TORONTO, ON M5X 1K6 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: THE HONORABLE JAMES M. PECK<br>ONE BOWLING GREEN, COURTROOM 601<br>NEW YORK, NY 10004 |
| OFFICE OF THE US TRUSTEE<br>TRACY HOPE DAVIS, ESQ;<br>ELISABETTA G GASPARINI, ESQ.<br>ANDREA B SCHWARTZ, ESQ<br>33 WHITEHALL STREET<br>NEW YORK, NY 10004 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>ATTN: DISTRICT DIRECTOR, BONNIE AUSTIN<br>290 BROADWAY<br>NEW YORK, NY 10007 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005<br>ATTN: DENNIS DUNNE, WILBUR FOSTER, JR<br>DENNIS O'DONNELL, ESQ., EVAN R. FLECK, ESQ. | WEIL GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>ATTN: RICHARD P. KRASNOW, LORI R. FIFE<br>SHAI Y. WAISMAN, JACQUELINE MARCUS, ROBERT LEMONS |
| WHITE & CASE LLP<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787<br>ATTN: GERARD UZZI | MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>ATTN: PAUL ARONZO & GREGORY BRAY<br>601 SOUTH FIGUEROA STREET, 30TH FL<br>LOS ANGELES, CA 90017 |
| HUGHES HUBBARD & REED LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1482<br>ATTN: SARAH CAVE, JAMES W. GIDDENS, JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK | |

**EXHIBIT B**

ddunne@milbank.com; wfoster@milbank.com; dodonnell@milbank.com; efleck@milbank.com; robert.yalen@usdoj.gov; richard.krasnow@weil.com; lori.fife@weil.com; jacqueline.marcus@weil.com; giddens@hugheshubbard.com; kiplok@hugheshubbard.com; kobak@hugheshubbard.com; margolin@hugheshubbard.com; lubell@hugheshubbard.com; wiltenburg@hugheshubbard.com; paronzon@milbank.com; gbray@milbank.com; tarbit@cftc.gov; rwasserman@cftc.gov; sharbeck@sipc.org; jwang@sipc.org; newyork@sec.gov; jbromley@cgsh.com; jean-david.barnea@usdoj.gov; joseph.cordaro@usdoj.gov; jacobsonn@sec.gov; ctatelbaum@adorno.com; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; lisa.kraidin@allenovery.com; daniel.guyder@allenovery.com; rajohnson@akingump.com; ken.coleman@allenovery.com; mgreger@allenmatkins.com; krodriguez@allenmatkins.com; rrussell@andrewskurth.com; k4.nomura@aozorabank.co.jp; bankruptcymatters@us.nomura.com; dowd.mary@arentfox.com; s.minehan@aozorabank.co.jp; hirsch.robert@arentfox.com; angelich.george@arentfox.com; scousins@armstrongteasdale.com; sehlers@armstrongteasdale.com; charles_malloy@aporter.com; anthony_boccanfuso@aporter.com; neal.mann@oag.state.ny.us; peter@bankrupt.com; jg5786@att.com; tony.davis@bakerbotts.com; dworkman@bakerlaw.com; ffm@bostonbusinesslaw.com; csalomon@beckerglynn.com; cbrotstein@bm.net; davids@blbglaw.com; dbarber@bsblawyers.com; smulligan@bsblawyers.com; aostrow@beckerglynn.com; mpucillo@bermanesq.com; wzoberman@bermanesq.com; aoberry@bermanesq.com; dbarber@bsblawyers.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; mark.deveno@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; carol.weinerlevy@bingham.com; raj.madan@bingham.com; jeffrey.sabin@bingham.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; joshua.dorchak@bingham.com; aeckstein@blankrome.com; amcmullen@boultcummings.com; rjones@boultcummings.com; kuehn@bragarwexler.com; mgordon@briggs.com; dludman@brownconnery.com; kurt.mayr@bgllp.com; notice@bkcylaw.com; monica.lawless@brookfieldproperties.com; dludman@brownconnery.com; msiegel@brownrudnick.com; schristianson@buchalter.com; timothy.palmer@bipc.com; jessica.fink@cwt.com; slevine@brownrudnick.com; christopher.schueller@bipc.com; fishere@butzel.com; sidorsky@butzel.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; mark.ellenberg@cwt.com; jason.jurgens@cwt.com; israel.dahan@cwt.com; sgordon@cahill.com; jlevitin@cahill.com; thomas_noguerola@calpers.ca.gov; wanda.goodloe@cbre.com; spiotto@chapman.com; acker@chapman.com; heiser@chapman.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; cahn@clm.com; dlemay@chadbourne.com; hseife@chadbourne.com; arosenblatt@chadbourne.com; heiser@chapman.com; maofiling@cgsh.com; jennifer.demarco@cliffordchance.com; andrew.brozman@cliffordchance.com; jen.premisler@cliffordchance.com; sara.tapinekis@cliffordchance.com; psp@njlawfirm.com; jwh@njlawfirm.com; lmay@coleschotz.com; jdrucker@coleschotz.com; jeff.wittig@coair.com; bcarlson@co.sanmateo.ca.us; jbeiers@co.sanmateo.ca.us; lathompson@co.sanmateo.ca.us;

4

rlevin@cravath.com; rtrust@cravath.com; joli@crlpc.com; eschwartz@contrariancapital.com; mhopkins@cov.com; dcoffino@cov.com; araboy@cov.com; jlipson@crockerkuno.com; ttracy@crockerkuno.com; judy.morse@crowedunlevy.com; heidi@crumbielaw.com; john@crumbielaw.com; karen.wagner@dpw.com; james.mcclammy@dpw.com; jjtancredi@daypitney.com; woconnor@crowell.com; bzabarauskas@crowell.com; jcarberry@cl-law.com; thomas.ogden@dpw.com; james.mcclammy@dpw.com; jwcohen@daypitney.com; mcto@debevoise.com; mmooney@deilylawfirm.com; pwright@dl.com; esmith@dl.com; mbienenstock@dl.com; igoldstein@dl.com; glenn.siegel@dechert.com; iva.uroic@dechert.com; jliu@dl.com; tkarcher@dl.com; adiamond@diamondmccarthy.com; sloden@diamondmccarthy.com; aaaronson@dilworthlaw.com; cpappas@dilworthlaw.com; thomas.califano@dlapiper.com; william.m.goldman@dlapiper.com; heim.steve@dorsey.com; dove.michelle@dorsey.com; timothy.brink@dlapiper.com; matthew.klepper@dlapiper.com; stephen.cowan@dlapiper.com; schnabel.eric@dorsey.com; steven.troyer@commerzbank.com; jjoyce@dresslerpeters.com; ljkotler@duanemorris.com; sandyscafaria@eaton.com; aentwistle@entwistle-law.com; jwhitman@entwistle-law.com; jbeemer@entwistle-law.com; jporter@entwistle-law.com; robert.malone@dbr.com; tduffy@andersonkill.com; jim@atkinslawfirm.com; ezujkowski@emmetmarvin.com; kkelly@ebglaw.com; dtatge@ebglaw.com; lscarcella@farrellfritz.com; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; jhuh@ffwplaw.com; alum@ftportfolios.com; sgubner@ebg-law.com; cweber@ebg-law.com; shari.leventhal@ny.frb.org; charles@filardi-law.com; rlasater@foley.com; dheffer@foley.com; jlee@foley.com; dspelfogel@foley.com; wmckenna@foley.com; ahammer@freebornpeters.com; deggert@freebornpeters.com; peter.simmons@friedfrank.com; richard.tisdale@friedfrank.com; sory@fdlaw.com; jhiggins@fdlaw.com; walter.stuart@freshfields.com; patrick.oh@freshfields.com; shannon.nagle@friedfrank.com; efriedman@friedumspring.com; efriedman@fklaw.com; wweintraub@fklaw.com; abeaumont@fklaw.com; jmerva@fult.com; relgidely@gjb-law.com; jgenovese@gjb-law.com; pbattista@gjb-law.com; dcimo@gjb-law.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; drosenzweig@fulbright.com; jmelko@gardere.com; bankruptcy@ntexas-attorneys.com; dcrapo@gibbonslaw.com; aseuffert@lawpost-nyc.com; tnixon@gklaw.com; jherzog@gklaw.com; jwallack@goulstonstorrs.com; drosner@goulstonstorrs.com; gkaden@goulstonstorrs.com; diconzam@gtlaw.com; cole@gtlaw.com; cousinss@gtlaw.com; melorod@gtlaw.com; jamie.nelson@dubaiic.com; joy.mathias@dubaiic.com; jflaxer@golenbock.com; brian.corey@greentreecreditsolutions.com; tannweiler@greerherz.com; bgraifman@gkblaw.com; jschwartz@hahnhessen.com; jorbach@hahnhessen.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; sselbst@herrick.com; ken.higman@hp.com; rmatzat@hahnhessen.com; agold@herrick.com; ramona.neal@hp.com; dpiazza@hodgsonruss.com; rleek@hodgsonruss.com; isgreene@hhlaw.com; sagolden@hhlaw.com; dckaufman@hhlaw.com; richard.lear@hklaw.com; john.monaghan@hklaw.com; adam.brezine@hro.com; kerry.moynihan@hro.com; barbra.parlin@hklaw.com; arthur.rosenberg@hklaw.com; francois.janson@hklaw.com; francois.janson@hklaw.com; mmendez@hunton.com; rnorton@hunton.com; jrsmith@hunton.com; keckhardt@hunton.com; cweiss@ingramllp.com; toby.r.rosenberg@irscounsel.treas.gov; mimi.m.wong@irscounsel.treas.gov; alesia.pinney@infospace.com; dave.davis@isgria.com; dbalog@intersil.com; teresa.oxford@invescoaim.com; mneier@ibolaw.com; ptrostle@jenner.com;

5

gspilsbury@jsslaw.com; afriedman@irell.com; klyman@irell.com; jay.hurst@oag.state.tx.us; dmurray@jenner.com; rbyman@jenner.com; jowen769@yahoo.com; jfox@joefoxlaw.com; eli.mattioli@klgates.com; snewman@katskykorins.com; mprimoff@kayescholer.com; jaclyn.genchi@kayescholer.com; joseph.cordaro@usdoj.gov; drosner@kasowitz.com; aglenn@kasowitz.com; mprimoff@kayescholer.com; msolow@kayescholer.com; mdahlman@kayescholer.com; kdwbankruptcydepartment@kelleydrye.com; mpage@kelleydrye.com; james.sprayregen@kirkland.com; david.seligman@kirkland.com; icatto@kirkland.com; icatto@mwe.com; jay@kleinsolomon.com; jjureller@klestadt.com; michael.kim@kobrekim.com; robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; tmayer@kramerlevin.com; deggermann@kramerlevin.com; ekbergc@lanepowell.com; chardman@klestadt.com; boneill@kramerlevin.com; acaton@kramerlevin.com; mlandman@lcbf.com; wballaine@lcbf.com; sree@lcbf.com; akornikova@lcbf.com; keith.simon@lw.com; david.heller@lw.com; richard.levy@lw.com; ezweig@optonline.net; sfineman@lchb.com; peter.gilhuly@lw.com; gabriel.delvirginia@verizon.net; wswearingen@llf-law.com; dallas.bankruptcy@publicans.com; peisenberg@lockelord.com; loizides@loizides.com; chris.donoho@lovells.com; austin.bankruptcy@publicans.com; wcurchack@loeb.com; vrubinstein@loeb.com; dbesikof@loeb.com; robin.keller@lovells.com; omeca.nedd@lovells.com; elevin@lowenstein.com; ilevee@lowenstein.com; steele@lowenstein.com; krosen@lowenstein.com; vdagostino@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; jprol@lowenstein.com; twheeler@lowenstein.com; scargill@lowenstein.com; squigley@lowenstein.com; mwarren@mtb.com; jhuggett@margolisedelstein.com; emerberg@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com; atrehan@mayerbrown.com; fhyman@mayerbrown.com; tkiriakos@mayerbrown.com; swolowitz@mayerbrown.com; jstoll@mayerbrown.com; ashaffer@mayerbrown.com; jtougas@mayerbrown.com; kreynolds@mklawnyc.com; eglas@mccarter.com; hbeltzer@mayerbrown.com; jtougas@mayerbrown.com; cwalsh@mayerbrown.com; jlamar@maynardcooper.com; bkmail@prommis.com; kmayer@mccarter.com; wtaylor@mccarter.com; ncoco@mwe.com; phayden@mcguirewoods.com; sfox@mcguirewoods.com; jmaddock@mcguirewoods.com; jsheerin@mcguirewoods.com; ggitomer@mkbattorneys.com; gravert@mwe.com; dhayes@mcguirewoods.com; jmr@msf-law.com; tslome@msek.com; harrisjm@michigan.gov; sdnyecf@dor.mo.gov; steve.ginther@dor.mo.gov; nherman@morganlewis.com; amarder@msek.com; jmazermarino@msek.com; michael.frege@cms-hs.com; davidwheeler@mvalaw.com; nissay_10259-0154@mhmjapan.com; lberkoff@moritthock.com; lmarinuzzi@mofo.com; kostad@mofo.com; tgoren@mofo.com; lnashelsky@mofo.com; jpintarelli@mofo.com; lmarinuzzi@mofo.com; yuwatoko@mofo.com; jpintarelli@mofo.com; bmiller@mofo.com; bankruptcy@morrisoncohen.com; jowolf@law.nyc.gov; ddrebsky@nixonpeabody.com; vmilione@nixonpeabody.com; millee12@nationwide.com; susan.schultz@newedgegroup.com; adarwin@nixonpeabody.com; mberman@nixonpeabody.com; info2@normandyhill.com; mjr1@westchestergov.com; dirk.roberts@ots.treas.gov; bankruptcymatters@us.nomura.com; crmomjian@attorneygeneral.gov; jeremy.eiden@state.mn.us; martin.davis@ots.treas.gov; akantesaria@oppenheimerfunds.com; maustin@orrick.com; jguy@orrick.com; rfrankel@orrick.com; rwyron@orrick.com; jguy@orrick.com; dfelder@orrick.com; rdaversa@orrick.com; korr@orrick.com; dfelder@orrick.com; lmcgowen@orrick.com; wsilverm@oshr.com; pfeldman@oshr.com; wk@pwlawyers.com; dwdykhouse@pbwt.com;

6

bguiney@pbwt.com; draelson@fisherbrothers.com; jar@outtengolden.com;
rroupinian@outtengolden.com; chipford@parkerpoe.com; harveystrickon@paulhastings.com;
sshimshak@paulweiss.com; ddavis@paulweiss.com; chammerman@paulweiss.com;
dshemano@pwkllp.com; wisotska@pepperlaw.com; meltzere@pepperlaw.com;
schannej@pepperlaw.com; jhorgan@phxa.com; kressk@pepperlaw.com;
kovskyd@pepperlaw.com; lawallf@pepperlaw.com; arlbank@pbfcm.com;
david.crichlow@pillsburylaw.com; bill.freeman@pillsburylaw.com;
mark.houle@pillsburylaw.com; dflanigan@polsinelli.com; cward@polsinelli.com;
bbisignani@postschell.com; splatzer@platzerlaw.com; jbird@polsinelli.com;
jsmairo@pbnlaw.com; tjfreedman@pbnlaw.com; fbp@ppgms.com; lml@ppgms.com;
rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; rbeacher@pryorcashman.com;
susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com;
scottshelley@quinnemanuel.com; robertdakis@quinnemanuel.com; arahl@reedsmith.com;
drose@pryorcashman.com; canelas@pursuitpartners.com; schepis@pursuitpartners.com;
jrabinowitz@rltlawfirm.com; broy@rltlawfirm.com; kgwynne@reedsmith.com;
jfalgowski@reedsmith.com; clynch@reedsmith.com; mvenditto@reedsmith.com;
calbert@reitlerlaw.com; gmoss@riemerlaw.com; abraunstein@riemerlaw.com;
arheaume@riemerlaw.com; roger@rnagioff.com; eschaffer@reedsmith.com;
jlscott@reedsmith.com; dgrimes@reedsmith.com; rqureshi@reedsmith.com;
jshickich@riddellwilliams.com; ecohen@russell.com; russj4478@aol.com;
cmontgomery@salans.com; lwhidden@salans.com; aisenberg@saul.com; jkehoe@btkmc.com;
mschimel@sju.edu; cbelmonte@ssbb.com; tbrock@ssbb.com; pbosswick@ssbb.com;
asnow@ssbb.com; egeekie@schiffhardin.com; bdk@schlamstone.com; nlepore@schnader.com;
cohenr@sewkis.com; fsosnick@shearman.com; ned.schodek@shearman.com;
jennifer.gore@shell.com; nfurman@scottwoodcapital.com; ashmead@sewkis.com;
ann.reynaud@shell.com; cshulman@sheppardmullin.com; etillinghast@sheppardmullin.com;
rreid@sheppardmullin.com; mcademartori@sheppardmullin.com; bankruptcy@goodwin.com;
aquale@sidley.com; aunger@sidley.com; sally.henry@skadden.com;
rreid@sheppardmullin.com; bwolfe@sheppardmullin.com; jtimko@shutts.com;
rfriedman@silvermanacampora.com; fyates@sonnenschein.com; pmaxcy@sonnenschein.com;
smayerson@ssd.com; r.stahl@stahlzelloe.com; echang@steinlubin.com; slerner@ssd.com;
rterenzi@stcwlaw.com; cgoldstein@stcwlaw.com; marc.chait@sc.com; eobrien@sbchlaw.com;
shgross5@yahoo.com; ritkin@steptoe.com; kpiper@steptoe.com; apo@stevenslee.com;
cp@stevenslee.com; jlovi@steptoe.com; lromansic@steptoe.com; cs@stevenslee.com;
mcordone@stradley.com; mdorval@stradley.com; ppatterson@stradley.com;
djoseph@stradley.com; jmmurphy@stradley.com; streusand@streusandlandon.com;
holsen@stroock.com; lacyr@sullcrom.com; feldsteinh@sullcrom.com;
landon@streusandlandon.com; villa@streusandlandon.com; lhandelsman@stroock.com;
dwildes@stroock.com; mspeiser@stroock.com; smillman@stroock.com; clarkb@sullcrom.com;
schwartzmatthew@sullcrom.com; wrighth@sullcrom.com; mccombst@sullcrom.com;
paul.turner@sutherland.com; miller@taftlaw.com; thaler@thalergertler.com;
geraci@thalergertler.com; mmorreale@us.mufg.jp; mark.sherrill@sutherland.com;
agbanknewyork@ag.tn.gov; marvin.clements@ag.tn.gov; ranjit.mather@bnymellon.com;
robert.bailey@bnymellon.com; yamashiro@sumitomotrust.co.jp; matt@willaw.com;
rhett.campbell@tklaw.com; david.bennett@tklaw.com; amenard@tishmanspeyer.com;
mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com; ira.herman@tklaw.com;

demetra.liggins@tklaw.com; rhett.campbell@tklaw.com; mitchell.ayer@tklaw.com; mbossi@thompsoncoburn.com; jchristian@tobinlaw.com; oipress@travelers.com; mlynch2@travelers.com; lee.stremba@troutmansanders.com; linda.boyle@twtelecom.com; mjedelman@vedderprice.com; hollace.cohen@troutmansanders.com; bmanne@tuckerlaw.com; btupi@tuckerlaw.com; mshiner@tuckerlaw.com; dlipke@vedderprice.com; easmith@venable.com; sabramowitz@velaw.com; dkleiner@velaw.com; hsnovikoff@wlrk.com; rgmason@wlrk.com; cbelisle@wfw.com; jfreeberg@wfw.com; jwest@velaw.com; jeldredge@velaw.com; arwolf@wlrk.com; rgraham@whitecase.com; tmacwright@whitecase.com; avenes@whitecase.com; ehollander@whitecase.com; azylberberg@whitecase.com; dbaumstein@whitecase.com; tlauria@whitecase.com; szuch@wiggin.com; ehollander@whitecase.com; mruetzel@whitecase.com; ukreppel@whitecase.com; guzzi@whitecase.com; cshore@whitecase.com; lthompson@whitecase.com; mfeldman@willkie.com; bromano@willkie.com; mabrams@willkie.com; rnetzer@willkie.com; dkozusko@willkie.com; peter.macdonald@wilmerhale.com; jeannette.boot@wilmerhale.com; charu.chandrasekhar@wilmerhale.com; jmcginley@wilmingtontrust.com; aalfonso@willkie.com; craig.goldblatt@wilmerhale.com; lisa.ewart@wilmerhale.com; jbecker@wilmingtontrust.com; cschreiber@winston.com; dneier@winston.com; dmcguire@winston.com; mkjaer@winston.com; dravin@wolffsamson.com; jlawlor@wmd-law.com; bankr@zuckerman.com; tdewey@dpklaw.com; dpegno@dpklaw.com; jdoran@haslaw.com; mh1@mccallaraymer.com; jnm@mccallaraymer.com; michael.kelly@monarchlp.com; jsullivan@mosessinger.com; akolod@mosessinger.com; parry@mosessinger.com; kkolbig@mosessinger.com; jnadritch@olshanlaw.com; otccorpactions@finra.org; dshemano@pwkllp.com; richard@rwmaplc.com; rrigolosi@smsm.com; mharris@smsm.com; jshenwick@gmail.com; sagrawal@susmangodfrey.com; ceskridge@susmangodfrey.com; bmerrill@susmangodfrey.com; jeanites@whiteandwilliams.com; bstrickland@wtplaw.com; dshaffer@wtplaw.com; erin.mautner@bingham.com; mlichtenstein@crowell.com; seichel@crowell.com; lsilverstein@potteranderson.com; rmcneill@potteranderson.com; neilberger@teamtogut.com; sskelly@teamtogut.com