| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>In re<br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br><br>(Jointly Administered) |
|---|---|

DEBTORS' TWO HUNDRED THIRTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

### CLAIM TO BE DISALLOWED & EXPUNGED

| Creditor Name and Address: | | | |
|---|---|---|---|
| LECUE SALCEDO, JOSE<br>BARO CASERIO LARRAZABAL, 3-1 DRCHA<br>BILBAO – VIZCAYA, 48007 SPAIN | Claim Number: | | 55068 |
| | Date Filed: | | 10/29/2009 |
| | Debtor: | | 08-13555 |
| | Classification and Amount: | UNSECURED: | $ 25,471.80 |

Bilbao, October 27, 2011

Dear Sir or Madam,

Please take notice of my opposition to the disallowance and expungement of my claim as contained in the Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain filed Proofs of Claim filed by Lehman Brothers Holdings Inc and certain of its affiliates (collectively the "Debtors") on September 16, 2011 in the United States Bankruptcy Court, Southern District of New York, as I consider I have the right to be included in the bankruptcy liquidation proceedings on the same basis as other creditors, in the part that corresponds to my position as creditor of the company.

LECUE SALCEDO, JOSE

