| CREDITOR NAME AND ADRESS<br>SAEZ JORGE, CONCEPCIÓN<br>C/ HUERTA SACEDILLA, 2, CHALET 23<br>E – 28220 MAJADAHONDA<br>MADRID | CLAIM NUMBER:   60501<br>DATE FILED:   10/03/2009<br>DEBTOR:   08-13555<br>CLASSIFICANTION AND AMOUNT:<br>UNSECURED: $ 142,725,80 |
|---|---|

AIMED AT
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CHAPTER 11 Case No. 08-13555 (JMP)



Muy Sres. míos:

En relación con la noticia fechada en Nueva York a 16 de noviembre de 2011 relativa a la interposición de una demanda de Lehman Brothers Holding Inc and algunos de sus asociados (colectivamente los deudores), cúmpleme participarles que, por medio de la presente ME OPONGO ABSOLUTAMENTE A TODA DEMANDA QUE PRETENDA ANULAR EL CRÉDITO QUE MANTENGO FRENTE AL GRUPO LEHMAN BROTHERS en torno a cualesquiera de las sociedades participadas por éste con las que mantuviera suscrito un producto cuyo emisor era el meritado Grupo.

El motivo principal en el que se basa mi oposición, toda vez no obstante desconocer los términos del procedimiento estadounidense de bancarrota, se funda de modo fundamental en el absoluto desconocimiento con el que la emisora y la comercializadora del producto en España, BNP PARIBAS ESPAÑA, S.A., se condujeron con objeto de colocarme el citado producto, sin explicarme los riesgos que el mismo entrañaba, la posibilidad de tener importantes pérdidas en la inversión, la calificación que en caso de insolvencia del emisor tendría mi inversión en una eventual bancarrota, como es el caso presente, y, por ende, la absoluta falta de evaluación de mi idoneidad para poder enfrentarme a una inversión de la clase de la presente.

Toda vez que Lehman Brothers emitió dichas participaciones debió, a través de alguno de sus responsables, dirigirse a quien suscribe para darle cuenta del estado de la inversión y, especialmente, a partir de su declaración de bancarrota, debió explicar las razones que habían conducido a tal situación y haber valorado, con carácter previo, soluciones a tan grave pérdida patrimonial, cosa que no hizo.

Esta acción dirigida a expulsar a los titulares de participaciones preferentes de la bancarrota, no es otra cosa que un intento temerario de excluirse de sus

responsabilidades, soslayando las que le corresponden a sus órganos directivos y a los apoderados de la entidad financiera en la emisión de un producto altamente tóxico, arriesgado e inadecuado para una persona como yo.

En adelante, toda vez el apoderamiento que tiene concedido por mí, las comunicaciones que se sirvan dirigir a quien suscribe en relación con este asunto, habrán de remitirlas a la siguiente dirección:

Sra. Dña. Juana Cano Domene

Reciban el testimonio de mi mayor consideración,

Concepción Sáez Jorge

**THE CHAMBERS OF THE HONORABLE JAMES M. PECK**
**ONE BOWLING GREEN, NEW YORK**
**NEW YORK 10004**
**COURTROOM 601**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   08-13555 (MG)
                                          :
                        Debtors.          :   (Jointly Administered)
                                          :
---------------------------------------------------------------x

LBH OMNI 215 09-16-2011 (MRG3E2,TXNUM2) 4000106054 BAR(23) MAIL ID *** 000051600491 *** BSIUSE: 431

SAEZ JORGE, CONCEPCION
C/HUERTA SACEDILLA, 2
CHALET 23
MAJADAHONDA
MADRID, 28220 SPAIN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JAE KIM, ESQ., AT 212-310-8325.**

NOTICE OF HEARING ON DEBTORS' TWO HUNDRED FIFTEENTH OMNIBUS OBJECTION
TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:** SAEZ JORGE, CONCEPCION C/HUERTA SACEDILLA, 2 CHALET 23 MAJADAHONDA MADRID, 28220 SPAIN | **Claim Number:** 65868 **Date Filed:** 10/30/2009 **Debtor:** 08-13555 **Classification and Amount:** UNSECURED: $ 142,725.80 |

PLEASE TAKE NOTICE that, on September 22, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, IN ITS ENTIRETY on the ground that the Debtors have no liability for the claim. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 11, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on November 30, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Jae Kim, Esq., at 212-310-8325. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: September 16, 2011
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

[Handwritten signature]

[Diagonal stamp across page: "YO NO ESTOY CONFORME / I AM NOT AGREE"]

NO RENUNCIO A MIS ACCIONES PREFERENTES DE LEHMAN BROTHERS

# I DO NOT GIVE UP MY PREFERRED STOCKS