B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. | Case No. <u>08-13555 (JMP)</u> |
| | (Jointly Administered) |
| In re <u>Lehman Brothers Commodity Services Inc.</u>, Debtor | Case No. <u>08-13885 (JMP)</u> |

To the Debtors and the Bankruptcy Court:

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| <u>The Royal Bank of Scotland plc</u> | <u>Mercuria Energy Trading Pte Ltd</u> |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):  15798 |
| | Amount of Claim: <u>$2,550,000</u> |
| | Date Claim Filed: <u>September 17, 2009</u> |
| The Royal Bank of Scotland plc | Debtor:  Lehman Brothers Commodity Services Inc. |
| 600 Washington Blvd. | |
| Stamford, CT 06901 | Phone: _____ |
| Attention: Matthew Rosencrans | Last Four Digits of Acct. #: _____ |

With a copy to:

668090v.11 2620/00390                        25

Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: 203-897-2644
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____    Date: 16/11/11
**Suzanne Glossop** Transferee/Transferee's Agent
**Authorized Signatory**

By: _____    Date: 23/9/11
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

To the Debtors and the Bankruptcy Court:

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>The Royal Bank of Scotland plc</u>               <u>Mercuria Energy Trading Pte Ltd</u>
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known):  15797
should be sent:                                   Amount of Claim: <u>$2,550,000</u>
                                                  Date Claim Filed: <u>September 17, 2009</u>
The Royal Bank of Scotland plc                    Debtor:  Lehman Brothers Holdings Inc.
600 Washington Blvd.                              Phone: _____
Stamford, CT 06901                                Last Four Digits of Acct. #: _____
Attention: Matthew Rosencrans

With a copy to:

Richards Kibbe & Orbe LLP

668090v.11 2620/00390                27

Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: <u>203-897-2644</u>
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 16/11/11
Suzanne Glosson
Authorized Signatory
Transferee/Transferee's Agent

By: _____     Date: 23/9/11
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
                                                         (Jointly Administered)

In re Lehman Brothers Commodity Services Inc., Debtor    Case No. 08-13885 (JMP)

To the Debtors and the Bankruptcy Court:

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| The Royal Bank of Scotland plc | Mercuria Energy Trading S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee    Court Claim # (if known):  15796
should be sent:                                  Amount of Claim: $2,550,000
                                                 Date Claim Filed: September 17, 2009
The Royal Bank of Scotland plc                   Debtor:  Lehman Brothers Commodity Services
600 Washington Blvd.                             Inc.
Stamford, CT 06901                               Phone: _____
Attention: Matthew Rosencrans                    Last Four Digits of Acct. #: _____

With a copy to:

Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: <u>203-897-2644</u>
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 16/11/11
Suzanne Glossoti    Transferee/Transferee's Agent
Authorized Signatory

By: _____    Date: _____
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

To the Debtors and the Bankruptcy Court:

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>The Royal Bank of Scotland plc</u>           <u>Mercuria Energy Trading S.A.</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known):  15795
should be sent:                                 Amount of Claim: <u>$2,550,000</u>
                                                Date Claim Filed: <u>September 17, 2009</u>
The Royal Bank of Scotland plc                  Debtor:  Lehman Brothers Holdings Inc.
600 Washington Blvd.                            Phone: _____
Stamford, CT 06901                              Last Four Digits of Acct. #: _____
Attention: Matthew Rosencrans

With a copy to:

Richards Kibbe & Orbe LLP

683418v.4 2620/00390                27

Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: 203-897-2644
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 16/11/11
Transferee/Transferee's Agent

**Suzanne Glossoti**
**Authorized Signatory**

By: _____ Date: _____
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

683418v.4 2620/00390                    28