November 1, 2011

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York
New York 10004
United States

Honorable James M. Peck
United States Bankruptcy Judge
Court 601

RE: TELEPHONIC COURT APPREARANCE
    Lehman Brothers Holdings Inc Chapter 11 Case No. 08-13555 (JMP)
    OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

I would like to make reservation for a teleconference hearing as I reside outside of the United States.

| | |
|---|---|
| Case Name | : Lehman Brothers Holdings Inc., et al., Debtors |
| Case Number | : Chapter 11 Case No. 08-13555 (JMP) |
| Name of Judge | : Honorable James M. Peck |
| Hearing Date | : November 30, 2011 |
| Time | : 10:00AM Eastern Time |
| Name of Claimant/Participant | : FUNG, Grace Sin Yu |
| Claim Number | : 36560 |
| Date Filed | : 10/6/2009 |
| Debtor | : 08-13555 |
| Classification | : Unsecured |
| Amount | : US$ 100,000 |
| Address | : Flat B, 24/F, Block 7, Cavendish Heights, 33 Perkins Road, Jardine's Lookout, Hong Kong |
| Telephone Number | : 852-2857-2755 |
| Email | : gracesyfung@gmail.com |
| Note | : Wish to be heard and request for Chinese ( Cantonese ) translator |

Please arrange and provide telephonic participation instructions to me via email or letter prior to the hearing date Nov 30, 2011.

Sincerely,

Grace Sin Yu Fung