**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Rafael J. Valdes, request admission *pro hac vice* before the Honorable James M. Peck to represent Banco Interior de São Paulo, S.A., a party-in-interest in the above-referenced jointly administered chapter 11 cases.

I certify that I am a member in good standing of the bar in the State of Florida. I am submitting the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 17, 2011
Miami, Florida

Respectfully submitted,

/*s*/ Rafael J. Valdes
**ASTIGARRAGA DAVIS MULLINS GROSSMAN, P.A.**
701 Brickell Avenue, Ste. 1650
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: rvaldes@astidavis.com

*Attorneys for Banco Interior de São Paulo, S.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

## **ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Rafael J. Valdes, to be admitted *pro hac vice* to represent Banco Interior de São Paulo, S.A., a party-in-interest in the above-referenced, jointly administered chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar in the State of Florida.

ORDERED, that Rafael J. Valdes is admitted to practice *pro hac vice* in the above-referenced chapter 11 cases to represent Banco Interior de São Paulo, S.A. in the United States Bankruptcy Court for the Southern District of New York.

Dated: _____, 2011
New York, New York

HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT