**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) ) | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Gregory S. Grossman, request admission *pro hac vice* before the Honorable James M. Peck to represent Banco Interior de São Paulo, S.A., a party-in-interest in the above-referenced jointly administered chapter 11 cases.

I certify that I am a member in good standing of the bar in the State of Florida. I am submitting the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  November 17, 2011
Miami, Florida

Respectfully submitted,

/*s*/ Greg S. Grossman
**ASTIGARRAGA DAVIS MULLINS**
**GROSSMAN, P.A.**
701 Brickell Avenue, Ste. 1650
Miami, Florida  33131
Telephone: (305) 372-8282
Facsimile:  (305) 372-8202
Email:  ggrossman@astidavis.com

*Attorneys for Banco Interior de São Paulo, S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Gregory S. Grossman, to be admitted *pro hac vice* to represent Banco Interior de São Paulo, S.A., a party-in-interest in the above-referenced, jointly administered chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar in the State of Florida.

ORDERED, that Gregory S. Grossman is admitted to practice *pro hac vice* in the above-referenced chapter 11 cases to represent Banco Interior de São Paulo, S.A. in the United States Bankruptcy Court for the Southern District of New York.

Dated: _____, 2011
New York, NY

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT