November 04, 2011

To the
Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York Courtroom 601
New York 10004

In re
Lehman Brothers Holdings Inc.
Two Hundred Fourteenth Omnibus Objections to Disallow and Expunge Filed Proofs of Claim

**Court:** United States Bankruptcy Court
Southern District of New York

**Chapter 11 Case No:** 08-13555 (JMP)

**Creditor/Claimant:** MIDDLE EAST SHIPPING
AGENCIES OVERSEAS LTD
19 MILTIADOU STR
GLYFADA, 16675 GREECE

**Claim Number:** 44060

**Date Filed:** 10/22/2009

**Debtor:** Lehman Brothers Holdings Inc.
08-13555

**Response to:** Objection requesting Claim to be Disallowed & Expunged

**Basis of the Claim:** USD LEHMAN BROTHERS CAP.
PERPETUAL INT 6.900%
ISIN : XS0301813522
With a Nominal Value of US$100,000

We herewith oppose the disallowance and expungement on the ground that the Debtors have no liability for the claim. The purchase of the securities was legitimate and the claim was filed on time.
I ask the Bankruptcy Court of Southern District of New York to formally fully recognize my justified claim and put these on the formal list of Debtors.

Alex Skordidis

