Nov 1, 2011

Judge James M. Peck
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004

Dear Judge Peck: Re Lehman Health Care Trust

Please do what you can to keep the Lehman Health Care Trust. I am age 84 and retired over 20 years. I need the Health Care as I have various health matters (heart-atrial fib., Nerve neuropathy, bad eyes and hearing).

I hope you can find some money in the Lehman funds to help on the Health Care costs. I am sure you will try.

Thank you and best regards,

Donald Barts
8116 Penn Ln
Kansas City, MO 64114

RECEIVED
NOV - 7 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Copies to Richard Krasnow & Jeffrey Margolin, Esq.