**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (JMP) |
| Debtor.s | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Ross Shank, hereby certify under penalty of perjury that:

I am a resident of the United States, over the age of eighteen years, and I am not a party to or interested in the above-captioned cases. I am an attorney associated with the firm of Kasowitz, Benson, Torres & Friedman, LLP, counsel for Souad Salame.

On November 15, 2011, I caused true and correct copies of the *Joinder to Responses to Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim* [Docket No. 22135] to be served on the parties listed below:

By delivery by hand to:

Chambers of the Honorable James M. Peck
Courtroom 601
One Bowling Green,
New York, NY 10004

by delivery by FedEx to:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
   Attn:  Robert J. Lemons, Esq.
            Mark Bernstein, Esq.

Office of the United States Trustee
   for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
   Attn:  Tracy Hope Davis, Esq.
            Elisabetta Gasparini, Esq.
            Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
   Attn:  Dennis F. Dunne, Esq.
            Dennis O'Donnell, Esq.
            Evan Fleck, Esq.

Dated: November 17, 2011

                                               Ross G. Shank