November 4, 2011

To: The Honorable James M. Peck, United States Bankruptcy Court

From: Robert I. Coleman, Jr., Shearson Lehman Brothers retiree

Subject: Notice of Motion and Settlement Agreement Regarding Lehman Health Care Trust, Dated October 21, 2011.

Dear Judge Peck:

I retired from Shearson Lehman Brothers over 21 years ago and have been included in the Lehman retiree medical insurance program ever since. Like most retirees I depend on the coverage assistance to supplement Medicare. I just received the subject Notice and understand that if the Motion and Settlement Agreement are approved by you on November 16, 2011, retirees' medical coverage will be severely curtailed in the future.

The Notice states that my "failure to respond will be deemed to be a no-objection to the Motion and Settlement Agreement". Therefore, I am writing to you to object to the Settlement Agreement, which would remove <u>over two-thirds of the remaining funds</u> in the Lehman Health Care Trust, and thereby drastically reduce the balance available for continuing retiree medical insurance coverage assistance. I have no idea why $25 million of the $37 million remaining Trust funds should be reimbursed to Lehman Brothers Holdings, Inc. What do they intend to do with the money that is more important than keeping the pledge to their retirees? Why put retirees under severe financial strain by endangering our long-available coverage assistance?

Please do not approve the Motion and Settlement Agreement, which would so badly financially affect the many retirees who depend on the promised coverage assistance. Unfortunately, I don't have the money or ability to attend the Hearing on November 16. I only hope we retirees are ably represented at the Hearing.

Sincerely yours,

*Robert I. Coleman, Jr.*

Robert I. Coleman, Jr.
430 Village Place, Apt. 302
Longwood, FL 32779

Tel. 407-629-6665

RECEIVED
NOV -7 2011
U.S. BANKRUPTCY COURT, SDNY
JMP