November 2, 2011

Honorable James M. Peck
US Bankruptcy Judge
Alexander Hamilton Customs House
Courtroom 601
One Bowling Green
New York, NY  10004

Dear Sir,

I retired from Leman Brothers after 20 years with the company. I worked very hard to support my family with the guarantee that I would receive heath care benefits when I retired. Both my husband and I have pre-existing health care issues. I strongly urge you to retain the $25 million in question for the health care program for retirees and not reimburse it to LBHI. In addition, I believe that Dick Fuld should pay part of the $500 million compensation he received in the 5 years before Lehman went bankrupt into the health care program for retirees. He is the reason we are in this predicament.

Sincerely,

Barbara Malina
15 Hillcrest Rd
Berkeley, Ca  94705
510-601-5372


CC  Weil, Gotshal & Manges LLP
    SIPA Trustee, Hughes Hubbard & Reed LLP



RECEIVED
NOV -7 2011
U.S. BANKRUPTCY COURT, SDNY