ANNE DI PASQUALE
57 South Emerson Ave.
Amity Harbor, N.Y. 11701
516-848-7623

November 4, 2011

Clerk of the Court
United States Bankruptcy Court
Alexander Hamilton Customs House, Courtroom 601
One Bowling Green
New York, New York 10004

Dear Sir:

    With reference to the Notice of Motion and Settlement Agreement re Lehman Health Care Trust dated October 21, 2011, please accept this letter as my objection to the Motion and Settlement Agreement. I was employed by Lehman Brothers from June 28, 1951 to August 28, 1996. Health Care coverage was the standard caretaking promised to loyal life-long employees such as myself. I was always there for Lehman Brothers and Lehman Brothers was always there for me.

    Between the devastating Lehman collapse in December of 2008, when I was in Columbia Presbyterian Hospital  for open heart surgery and unable to react to the huge losses, and now this heartless "Settlement", I feel betrayed and disrespected. I knew Robert Lehman personally and worked with him and for him and his partners my whole working career life. I was part of their extended family of loyal employees. They were dignified, appreciative executives who would never have cancelled promised care.   Without medical coverage for these waning years of my life, I foresee a future of expenses I cannot meet. I therefore totally and deeply object to the Motion and Settlement Agreement and hereby say so.

Respectfully,

*Anne Di Pasquale*

Anne Di Pasquale

cc: The Honorable James M. Peck, Courtroom 610  ✓
    One Bowling Green,
    New York, New York 10004
    Weil, Gotshal & Manges LLP
    Attn.: Richard P. Krasnow, Esq.
    767 Fifth Ave.
    New York, New York, 10153
    Hughes Hubbard & Reed LLP
    Attn: Jeffrey S. Margolin, Esq.
    One Battery Park Plaza
    New York, N. Y. 10004

RECEIVED
NOV - 7 2011
U.S. BANKRUPTCY COURT, SDNY