Hearing date and time: November 30, 2011 at 10:00 AM (Eastern Time)
Response deadline: November 11, 2011 at 4:0 PM (Eastern Time)

**BANQUE BEMO SAL**
**IMMEUBLE ESSEILY 7TH FLOOR RIAD EL SOLH SQ**
**PO BOX 11-7048**
**TEL: +961 1 992600**
**BEYROUTH, LEBANON**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

In re

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*
          Debtors.

-----------------------------------------------------------------

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

## BANQUE BEMO SAL RESPONSE TO DEBTORS TWO HUNDRED FOURTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOF OF CLAIM

THIS OPPOSITION SEEKS TO OPPOSE THE DISALLOWANCE AND EXPUNGEMENT OF OUR CLAIM LISTED

UNDER CLAIM TO BE DISALLOWED AND EXPUNGED BY DEBTORS

Claim number: 13118
Date filed: 9/15/2009
Debtor: 08-13555
Amount: USD 550,000.00

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

We are filing this objection based on the following facts:
We have duly purchased those financial instruments long time ago, when such instruments were considered by all financial experts as very good investments opportunities, and after the crash of Lehman group, we have filed our related claims with the expectations that being good faith holders of such financial instruments we are entitled to claim our rights in as much as such rights could be satisfied from the liquidation process,
and we object the fact of being excluded from the liquidation process for reasons that we cannot now understand, namely being prevented from any chances to recuperate a part, though it could be minimal,
and we have tried to mandate legal counsel office in the USA to represent us, but unfortunately such offices estimated, and we admit they are right, that our claims were for limited amounts, and the legal fees would be very high in accordance with claimed amounts.
Therefore we have had no other choice than filing ourselves our present objections, hoping that they will be accepted and we will have our chance similar to all other claimers in the liquidation process.

Dated: November 4, 2011
       Beirut - Lebanon

BANQUE BEMO SAL

JOSEPH RAFFOUL
AGM FINANCIAL INSTITUTIONS
BANQUE BEMO SAL
IMMEUBLE ESSEILY 7TH FLOOR
RIAD EL SOLH SQ
PO BOX 11-7048
TEL: +961 1 992600
BEYROUTH, LEBANON