I. Response to
United States Bankruptcy Court, Southern District of New York
Lehman Brothers Holdings Inc., et al., Debtors
Chapter 11 Case No. 08-13555 (JMP)
Debtors' Two Hundred Thirteenth Omnibus Objection to disallow and expunge certain filed proof of claim

II.
Name of claimant: Zeeland International Limited
Claim Number: 37379
Amount of claim is Euro € 300,000 which is equivalent to USD $ 427,290 at the exchange rate of €1 = $1.4243 on Sept. 15, 2008.

III.
Reasons why the claim should not be disallowed and expunged:
Fact that
1. Lehman Brothers UK Capital Funding IV LP, an English limited partnership, is the security issuer.
2. 95% of the partnership asset was used to purchase Subordinated Notes issued by LBHI and LBHI can not pay the Subordinated Notes because of its bankruptcy.
3. The partnership is a creditor of LBHI, entitled to LBHI's liquidation proceeds, so is the holder of security issued by the partnership.

IV.
Other evidence of the claim:
1. Account statement of August 2011 of the agent bank, on page 3/6 it shows the Lehman Brothers security.
2. Account statement of Sept. 2009 of the agent bank showing the block of security on page 4/7 and 6/7.
3. Mail of agent bank requesting a blocking number from custodian bank.
4. Mail of blocking number issued by the custodian bank

V. Address to reply is the same as in the proof of claim.

VI. Name and address of contact for final settle of claim:
Name:      Shun-I Chu
Address:   10-1 Bamboo Road II, SIP, Hsinchu 30079, Taiwan
Telephone: +886 3 578 3942 Ext. 81000, or +886 3 577 3847 (H)



RECEIVED
NOV - 8 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

ZEELAND INTERNATIONAL LIMITED

10-1 BAMBOO ROAD 2
HSINCHU TAIWAN

# Account Statement as of 31 August 2011

| | |
|---|---|
| Name : | ZEELAND INTERNATIONAL LIMITED |
| Portfolio Number : | P-084888-0 |
| Relationship Manager : | LIN KUO WEN EDEN |
| Reference Currency : | HKD |
| Business Unit : | DBS Bank (Hong Kong) Limited |

# Portfolio Summary

Portfolio Number: P-084888-0  
Reference Currency: HKD

Page: 1/6  
Statement as of: 31-AUG-2011

| Asset Type | EUR | % | USD | % | DKK | % | Others | % | Total Asset | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Investments | 22,814,748 | 70.50 | 8,201,771 | 25.34 | 0 | 0.00 | - | - | 31,016,520 | 95.84 |
| Fixed Income | 1,346,226 | 4.16 | - | - | - | - | - | - | 1,346,226 | 4.16 |
| **Total Asset** | **24,160,974** | **74.66** | **8,201,771** | **25.34** | **0** | **0.00** | - | - | **32,362,745** | **100.00** |

## Asset/Liability Allocation



Asset Type: Cash and Cash Investments, Fixed Income

## Currency Allocation (Total Assets only)

USD (25.34%)  
DKK (0.00%)  
EUR (74.66%)

# Portfolio Details

Portfolio Number: P-084888-0
Reference Currency: HKD

Page: 2/6
Statement as of: 31-AUG-2011

| Ccy | Quantity | Description | | | | Accr. Interest in HKD | Value in HKD | % of Portfolio |
|---|---|---|---|---|---|---|---|---|
| **Total Asset** | | | | | | | 32,362,745.19 | 100.00 |
| **Cash** | | | | | | | 3,624,913.55 | 11.20 |
| DKK | 0.01 | P-084888-0-DKK-1/DKK/MCSA DKK | | | | 0.00 | 0.02 | 0.00 |
| EUR | 120,007.65 | P-084888-0-EUR-1/EUR/MCSA EUR | | | | 0.00 | 1,350,814.15 | 4.17 |
| HKD | 0.00 | P-084888-0-HKD-1/HKD/MCSA HKD | | | | 0.00 | 0.00 | 0.00 |
| USD | 291,715.76 | P-084888-0-USD-1/USD/MCSA USD | | | | 0.00 | 2,274,099.38 | 7.03 |
| **Total Cash and Cash Investments** | | | | | | | 3,624,913.55 | 11.20 |

| Ccy | Quantity | Description | Interest Rate % | Maturity Date | Interest at Maturity | P+I at Maturity | Accr. Interest in HKD | Value in HKD | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|
| **Deposit** | | | | | | | | 23,480,579.75 | 72.55 |
| EUR | 706,876.90 | Time Deposit EUR, Interest: 1.59%, 27/04/11-27/04/12 (183725) | 1.59 | 27-APR-2012 | 11,426.67 | 718,303.57 | 44,278.78 | 7,956,653.75 | 24.59 |
| EUR | 500,000.00 | Time Deposit EUR, Interest: 1.12%, 27/04/11-27/10/11 (183722) | 1.12 | 27-OCT-2011 | 2,846.67 | 502,846.67 | 22,061.89 | 5,628,033.50 | 17.39 |
| EUR | 500,000.00 | Time Deposit EUR, Interest: 1%, 29/07/11-31/10/11 (234939) | 1.00 | 31-OCT-2011 | 1,305.56 | 501,305.56 | 5,158.99 | 5,628,033.50 | 17.39 |
| USD | 547,470.24 | Time Deposit USD, Interest: 0.682%, 27/04/11-27/04/12 (183729) | 0.68 | 27-APR-2012 | 3,795.98 | 551,266.22 | 10,187.37 | 4,267,859.00 | 13.19 |
| **Total Cash and Cash Investments** | | | | | | | | 31,016,519.58 | 95.84 |

# Portfolio Details

Portfolio Number: P-084888-0  
Reference Currency: HKD

Page: 3/6  
Statement as of: 31-AUG-2011

| Ccy | Quantity/ Description | Interest Rate % | Maturity Date | | | Accr. Interest in HKD | Value in HKD | % of Portfolio |
|---|---|---|---|---|---|---|---|---|
| **Other Cash Investments** | | | | | | | **3,911,026.28** | **12.08** |
| EUR | 200,000.00 Yield-Enhanced Deposit EUR, Interest: 5%, 03/08/11-06/09/11 ag USD at 1.47 (235986) | 5.00 | 06-SEP-2011 | | | 8,754.74 | 2,251,213.40 | 6.96 |
| USD | 212,916.63 Yield-Enhanced Deposit USD, Interest: 5.2%, 04/08/11-06/09/11 ag EUR at 1.38 (236566) | 5.20 | 06-SEP-2011 | | | 6,473.23 | 1,659,812.88 | 5.13 |
| **Total Cash and Cash Investments** | | | | | | | **31,016,519.58** | **95.84** |

| Ccy | Quantity/ Notional | Description | Security Code Coupon | Maturity Date Cost Price | Market Price Last Price Date | Market Value Unrealized P/L | YTM S&P Rating | Accr. Interest in HKD | Value in HKD | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** | | | | | | | | | **1,346,225.61** | **4.16** |
| EUR | 100,000.00 | Perpetual Bond, Issuer: Lloyds Banking Group PLC, Coupon: 7.875%, Call Date: 29-NOV-2013 | XS0406095637 7.8750 | 29-NOV-2013 42.0714% | 70.00% 24-AUG-2011 | 70,000.00 27,928.57 | – – | 66,784.72 | 787,924.69 | 2.43 |
| EUR | 200,000.00 | Perpetual Bond, Issuer: EFG Hellas Fndg, Coupon: 6%, Call Date: 09-OCT-2011 | XS0234821345 6.0000 | 09-OCT-2011 52.5833% | 24.80% 31-AUG-2011 | 49,600.00 -55,566.66 | – – | 19,453.41 | 558,300.92 | 1.73 |
| EUR | 300,000.00 | Perpetual Bond, Issuer: Lehmn Bro UK IV, Coupon: 5.75%, Call Date: 25-APR-2012 | XS0282978666 5.7500 | 25-APR-2012 0.00% | – – | – – | – – | 68,091.55 | 0.00 | 0.00 |
| **Total Investment Portfolio** | | | | | | | | | **1,346,225.61** | **4.16** |

# Transaction Details

Portfolio Number: P-084888-0
Reference Currency: HKD

Page: 4/6
Statement as of: 31-AUG-201[1]

**Cash Movement :**

**Account No. MCSA P-084888-0-EUR-1**

| Trans. Date | Value Date | Ref. No. | Transaction Type | Transaction Details | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 31-JUL-2011 | | | | Balance carried forward | | | 320,006.4[ |
| 01-AUG-2011 | 03-AUG-2011 | 12014262 | Money Market: Open Deposit | Yield-Enhanced Deposit EUR, Interest: 5%, 03/08/11–06/09/11 ag USD at 1.47 (235986) | 200,000.00 | | 120,006.4[ |
| 31-AUG-2011 | 31-AUG-2011 | 13336942 | Interest: Interest payment | | | 1.20 | 120,007.6[ |
| 31-AUG-2011 | | | | Total | 200,000.00 | 1.20 | |
| | | | | Balance in your favour | | | 120,007.6[ |

**Account No. MCSA P-084888-0-USD-1**

| Trans. Date | Value Date | Ref. No. | Transaction Type | Transaction Details | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 31-JUL-2011 | | | | Balance carried forward | | | 212,916.6[ |
| 02-AUG-2011 | 04-AUG-2011 | 12048617 | Money Market: Open Deposit | Yield-Enhanced Deposit USD, Interest: 5.2%, 04/08/11–06/09/11 ag EUR at 1.38 (236566) | 212,916.63 | | 0.0[ |
| 11-AUG-2011 | 15-AUG-2011 | 12352575 | Money Market: Expiry Maturity | Yield-Enhanced Deposit USD, Interest: 6.65%, 14/07/11–15/08/11 ag EUR at 1.36 (224612) | | 291,714.22 | 291,714.2[ |
| 31-AUG-2011 | 31-AUG-2011 | 13434472 | Interest: Interest payment | | | 1.54 | 291,715.7[ |
| 31-AUG-2011 | | | | Total | 212,916.63 | 291,715.76 | |
| | | | | Balance in your favour | | | 291,715.7[ |

# Additional Information

Portfolio Number: P-084888-0
Reference Currency: HKD

Page: 6/6
Statement as of: 31-AUG-2011

## Indicative Exchange Rate

1 DKK = 1.510687 HKD
1 EUR = 11.256067 HKD
1 USD = 7.7956 HKD

## Special Notes

To help prevent fraud, please do not sign on blank instruction or application forms.

Customers holding any US securities with our Bank are reminded that your data may be provided, disclosed and transferred to the tax authorities of the United States (or any of their appointed auditor(s) or agent(s)) for their use pursuant to the reporting obligations of the Bank.

* These indicative costs are calculated as follows:

(a) for securities purchased prior to 3 July 2009, the [purchase price] of the securities were based on their latest available market price as of 3 July 2009 (for listed securities, they are based on the closing price of the securities on 3 July 2009 (if 3 July 2009 is not a trading day, such other trading day as may be determined by the bank); for mutual funds/unit trusts, they are based on their latest available price on the last trading day of June 2009); and

(b) for securities purchased after 3 July 2009, the "Average Costs" were calculated by dividing the total purchase price paid for the securities[/funds] in each relevant transaction (excluding brokerage fees, stamp duty and other expenses) by the total number of shares[/units] [held as of the date of this statement].

DBS Bank (Hong Kong) Limited is a member of the Deposit Protection Scheme in Hong Kong. Eligible deposits taken by DBS Bank (Hong Kong) Limited are protected by the Scheme. The protection limit of the Scheme was increased from HK$100,000 per depositor to HK$500,000 per depositor on 1 January 2011.

Products under the categories "Cash", "Deposit" & "Other Cash Investments" of Portfolio Details (EXCEPT products with a description starting with "Yield-Enhanced Deposit" or "Equity Linked Deposit", a "Time Deposit" that has a tenor of more than five years or a "Leverage Deposit" that has a tenor of more than five years) are qualified for protection by the Deposit Protection Scheme in Hong Kong.

No monthly consolidated statement will be issued for a client account with a zero value in the account balance, position and outstanding loan amount and no transaction activity during the prior calendar month.

Correction to Bank Charges Schedule: in Section VI Investment Services – Part E Other Charges – Item 2(f) Deposit Fee for Bonus Issues and Scrip Dividends, the maximum charge should be HKD 1,800 / RMB1,800.

## Important

Information and market price shown are based on data obtained from sources believed to be reliable by the Bank on best effort basis, subject to the availability of the market price in the market. The Bank and the information provider(s) make no representation and accept no responsibility or liability to the customer as to the accuracy or completeness of such information and shall not be held liable for damages arising out of any person's reliance upon this information. This information is neither a recommendation, an offer to sell nor solicitation of an offer to purchase any investment. The prices quoted and the other information shown are for reference only and are subject to change without notice.

**Client no.: P-084888**

Investment Portfolio
Security Account No.: P-084888-0

**Portfolio positions HKD**
**Date 30-SEP-2009**
Page: 4/7

### Fixed Income

| Security Code | Description | Quantity/Not. Amt. Currency | Market Price Market Value Average Cost | HKD Equivalent |
|---|---|---|---|---|
| XS0345943764 | Straight Bond, Issuer: Merrill Lynch, Coupon: 6%, Maturity Date: 11-FEB-2013 | 300,000.00 EUR | 105.5464666% 316,639.40 99.9287% | 3,584,485.61 |
| XS0234821345 | Perpetual Bond, Issuer: EFG Hellas Fndg, Coupon: 6%, Call Date: 09-JAN-2011 | 200,000.00 EUR | 63.9375% 127,875.00 52.5833% | 1,447,596.53 |
| XS0356687219 | Perpetual Bond, Issuer: ING Groep, Coupon: 8%, Call Date: 18-APR-2013 | 200,000.00 EUR | 84.4125002% 168,825.00 83.6622% | 1,911,167.04 |
| XS0282978666 | Perpetual Bond, Issuer: Lehmn Bro UK IV, Coupon: 5.75%, Call Date: 25-APR-2012 Security Event Block Parameter 1 (-11) | 300,000.00 EUR | 0.00 0.00 | 0.00 |
| XS0406095637 | Perpetual Bond, Issuer: Lloyds Banking Group PLC, Coupon: 7.875%, Call Date: 29-NOV-2013 | 100,000.00 EUR | 62.3525000% 62,352.50 42.0714% | 705,855.43 |
| **Total Fixed Income** | | | | **7,649,104.61** |

**Total Investment Portfolio:** 7,649,104.61

**Exchange Rate :**
| 1 DKK = 1.520701 HKD    |    1 EUR = 11.320403 HKD    |    1 USD = 7.75025 HKD    |

Client no.: P-084888

Transaction Details

Page: 6/7

**Deposit**

| Transaction Date Transaction Ref. | Value Date Transaction Type | Ref. No. | Description | Currency Not. Amt. | Currency Settlement Amt. |
|---|---|---|---|---|---|
| 10-SEP-2009 1274881 | 14-SEP-2009 YED Expiry Maturity | YED-9293 | Yield-Enhanced Deposit USD, 4.22%, 13/08/09-14/09/09 ag EUR at 1.39 (9293) | | 639,830.92 USD |
| 15-SEP-2009 1283277 | 17-SEP-2009 YED Exercise Maturity | YED-9674 | Yield-Enhanced Deposit EUR, 5.11%, 17/08/09-17/09/09 ag USD at 1.4566 (9674) | EUR | 915,982.44 USD |
| 22-SEP-2009 1295625 | 24-SEP-2009 YED Exercise Maturity | YED-10500 | Yield-Enhanced Deposit EUR, 5.31%, 24/08/09-24/09/09 ag USD at 1.447 (10500) | 628,849.68 EUR | 621,564.80 USD |
| 22-SEP-2009 1295626 | 24-SEP-2009 YED Exercise Maturity | YED-10501 | Yield-Enhanced Deposit EUR, 4.31%, 24/08/09-24/09/09 ag USD at 1.4519 (10501) | 429,554.11 EUR | 953,387.74 USD |

Pending settlement transactions:

| 29-SEP-2009 1309639 | 02-OCT-2009 Open Deposit | YED-14784 | Yield-Enhanced Deposit USD, 4.18%, 02/10/09-02/11/09 ag EUR at 1.435 (14784) | 656,648.35 EUR | 300,000.00 USD |

**Fixed Income**

| Transaction Date Transaction Ref. | Value Date Transaction Type | Security Code | Description | Quantity/Not. Price | Currency Settlement Amt. |
|---|---|---|---|---|---|
| 29-SEP-2009 1309944 | 29-SEP-2009 Block/unblock positions | XS0282978666 | Perp, Lehmn Bro UK IV, 5.75%, Call: 25-APR-2012 | -300,000.00 *Blocked* | EUR |
| 29-SEP-2009 1309944 | 29-SEP-2009 Block/unblock positions | XS0282978666 | Perp, Lehmn Bro UK IV, 5.75%, Call: 25-APR-2012 | 300,000.00 | EUR |

星展银行 DBS

Date Sept 29, 2009

To: State Street Bank
    Boston
Attn: Mr Tim Lang
    Corp Action Team
Fax#: 617.537.6349

From: DBS Bank (Hong Kong) Limited
    Private Banking Operations
    A/C#UAA4

Re: SSB Event ID: 09RRH507706 (Batch 2)
Option selected: 3 CONY – Block securities. Holders electing this option have multiple beneficial holders.....

Dear Tim Lang,

Re: Request for Blocking reference number on Lehman Securities Programs Proof of Claim

Security ISIN code: XS0282978666
Nominal to be Blocked: EUR300,000.00
Name of beneficiary owner: **Zeeland International Limited**
Address as creditor: 10-1 Bamboo Road II, SIP, Hsinchu 30079, Taiwan
Contact No. as creditor: +886 3 577 3847, +886 3 578 3942 Ext 1000
Email address as creditor: schu@zyxel.com.tw

We hereby instruct State Street Bank to block the captioned securities and provide the Clearstream Bank Blocking Number(s), Euroclear Bank Electronic Reference Number(s), or other depository blocking reference number(s), as appropriate ("Blocking Number") for the captioned holding(s).

Best regards,

Authorized signatures
WONG Yuk Chit      PAU Yin Fan, Fanny
(AW173)            (AP029)

Page 1 of 1

DBS Bank (Hong Kong) Limited    星展銀行(香港)有限公司    電話 Tel : 852. 3668 0808
11th Floor, The Center          香港中環                傳真 Fax: 852. 2167 8222
99 Queen's Road Central         皇后大道中99號            www.dbs.com
Central, Hong Kong              中環中心 11樓

**From:** Robins-Asuncion, Christopher J [mailto:cjrobins-asuncion@statestreet.com]
**Sent:** Friday, October 02, 2009 9:50 AM
**To:** Yuk Chit Wong; admincorporateactions@statestreet.com
**Cc:** Nelson Lai Shun Mak; Shum, Jane; Ning, Hansen; Fanny Yin Fan Pau; Peggy Kwai Fong Yuen; Alan Wai Lung Chan
**Subject:** RE: <<Urgent: Further clarification>>: Request for Blocking Reference 09RRH507706

Hello Yuk Chit,

6026030 is the blocking number for 300,000 in xs0282978666.  Thank you !!

Kind regards,

Chris Robins
SES Client Services
Securities Entitlement Services
Global Services
State Street Corporation
1776 Heritage Drive, John Adams Building 5th Floor East
North Quincy, Massachusetts 02171

---

**From:** Yuk Chit Wong [mailto:yukchitwong@dbs.com]
**Sent:** Thursday, October 01, 2009 9:44 PM
**To:** Robins-Asuncion, Christopher J; admincorporateactions@statestreet.com
**Cc:** Nelson Lai Shun Mak; Shum, Jane; Ning, Hansen; Fanny Yin Fan Pau; Peggy Kwai Fong Yuen; Alan Wai Lung Chan
**Subject:** <<Urgent: Further clarification>>: Request for Blocking Reference 09RRH507706

Hi Chris
Pls reconfirm the blocking reference no. for the following as your email confirmation below made me confused. Pls reconfirm to make it clear. Tks

| XS0282978666 | EUR300,000 | 09RRH507706 (Batch 2) |