October 26, 2011

Chambers of the Honorable James M. Peck,
One Bowling Green, New York, New York 10004, Courtroom 601
United States of America

RECEIVED
NOV - 8 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

In re

**LEHMAN BROTHERS HOLDINGS INC., et al.,**
**Debtors.**

**Chapter 11 Case No. 08-13555 (JMP)**
**(Jointly Administrated)**

Dear Sir,

This letter is a response to the notice filed on September 16, 2011, by Lehman Brothers Holdings Inc.and certain of its affiliates (collectively,the "<u>Debtors</u>") to their Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Ceirtain Filed Proofs of Claim (the "<u>Objection</u>") with the United States Bankruptcy Court for the Southern district of New York (the "<u>Bankruptcy Court</u>").

I <u>DO</u> oppose to the disallowence and expungement of my claim listed below and say:

| | |
|---|---|
| Name of the Bankruptcy Court: | United States Bankruptcy Court Southern Dsitrict of New York |
| Name of the Debtors: | Lehman Brothers Holdings Inc. |
| Case Number: | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administrated) |
| Ojection: | Two Hundred Fourteenth Omnibus Ojection to Disallow and Expunge Certain Filed Proofs of Claim with the Untied States Bankruptcy Court For the Southern District of New York |
| Claimant Name and Address: | ROLDOS, JORGE GREGORIO SUAREZ 2726 MONTEVIDEO, URUGUAY |

Claim Number: 36814

Classification and Amount: UNSECURED: $ 20.000.00

Date Filed: 10/7/2009

Documentation of the Proof of Claim: Already and timely filed

Reasons upon which I rely in opposing the Objection: I oppose the objection thought all claimants that legally and timely filed their claims should be treated on a equally basis. I invested with Lehman because the good credit reputation the firm already had, and that I do trust in the United States of America legal system and the Regulatory Autorities (the Securities and Exchange Commisssion and the Federal Reserve System.

Yours respectfully,

Jorge Roldós