October 26, 2011

Chambers of the Honorable James M. Peck,
One Bowling Green, New York, New York 10004, Courtroom 601
United States of America

In re

**LEHMAN BROTHERS HOLDINGS INC., et al.,**
Debtors.

**Chapter 11 Case No. 08-13555 (JMP)
(Jointly Administrated)**

Dear Sir,

This letter is a response to the notice filed on September 16, 2011, by Lehman Brothers Holdings Inc.and certain of its affiliates (collectively,the "Debtors") to their Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Ceirtain Filed Proofs of Claim (the "Objection") with the United States Bankruptcy Court for the Southern district of New York (the "Bankruptcy Court").

I DO oppose to the disallowence and expungement of my claim listed below and say:

| | |
|---|---|
| Name of the Bankruptcy Court: | United States Bankruptcy Court Southern Dsitrict of New York |
| Name of the Debtors: | Lehman Brothers Holdings Inc. |
| Case Number: | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administrated) |
| Ojection: | Two Hundred Fourteenth Omnibus Ojection to Disallow and Expunge Certain Filed Proofs of Claim with the Untied States Bankruptcy Court For the Southern District of New York |
| Claimant Name and Address: | ROLDOS, MARGARITA RBLA. REPUBLICA DEL PERU 1483 PISO 3 MONTEVIDEO, URUGUAY |
| Claim Number: | 36818 |

Classification and Amount:     UNSECURED: $ 50.000.00

Date Filed:                    10/7/2009

Documentation of the Proof of Claim: Already and timely filed

Reasons upon which I rely in opposing the Objection: I oppose the objection thought all claimants that legally and timely filed their claims should be treated on a equally basis. I invested with Lehman because the good credit reputation the firm already had, and that I do trust in the United States of America legal system and the Regulatory Autorities (the Securities and Exchange Commisssion and the Federal Reserve System.

Yours respectfully,

*[signature]*
Margarita Roldós