IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AMENDMENT TO EXHIBIT A TO THE OBJECTION OF U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT AS TRUSTEE, TO NOTICES OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

U.S. Bank National Association, not in its individual capacity but as Trustee ("*U.S. Bank*" or the "*Trustee*"), by its undersigned attorneys, respectfully submits this Amendment to Schedule A to its objection (the "*Objection*") to the Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code (collectively, the *"Notices"*). Based upon a further review of the Plan Amendments, the Amendment to Schedule A adds five additional contracts to the definitive list provided with the original objection.

Amendment.doc

Dated:  November 17, 2011

                    Respectfully submitted,

                    U.S. BANK NATIONAL ASSOCIATION, AS
                        TRUSTEE

                                  /s/ Craig Price
                  By: _____
                              One of Its Attorneys

James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
Jeremy Schreiber
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000


Craig M. Price (CP 9039)
CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
Telephone:  (212) 655-6000