# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Stonehill Institutional Partners, L.P.</u><br>Name of Transferee | <u>C.V.I. G.V.F. (Lux) Master S.á.r.l.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Stonehill Institutional Partners, L.P.<br>c/o Stonehill Capital Management LLC<br>885 Third Avenue, 30th Floor<br>New York, New York 10022<br>Attention: Steven D. Nelson<br>Telephone: 212-739-7470<br>Fax: 212-838-2291<br>Email: snelson@stonehillcap.com/<br>ops@stonehillcap.com<br><br>Last Four Digits of Acct. #: _____ | Court Claim # (if known): 15843<br><br>Amount of Claim: $1,818,112.14, plus all accrued interest, fees and other recoveries due.<br><br>Date Claim Filed: September 17, 2009<br><br>Phone:<br>Last Four Digits of Acct. #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By: Stonehill General Partner LLC,
    Its General Partner

By: _/s/ Steven D. Nelson_    Date: 11/17/11
Name: Steven D. Nelson
Title: CFO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 15843 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claim Other Than for Security in the Clerk's office of this court on            .

| C.V.I. G.V.F. (Lux) Master S.á.r.l. | Stonehill Institutional Partners, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| C.V.I. G.V.F. (Lux) Master S.á.r.l.<br>c/o CarVal Investors UK Limited<br>Knowle Hill Park<br>Fairmile Lane<br>Cobham<br>Surrey KT11 2PD<br>United Kingdom<br>Attention: David Short<br>Telephone: +44 1932 861 194<br>Fax: +44 1932 576 012<br>Email: david.short@carval.com | Stonehill Institutional Partners, L.P.<br>c/o Stonehill Capital Management LLC<br>885 Third Avenue, 30th Floor<br>New York, New York 10022<br>Attention: Steven D. Nelson<br>Telephone: 212-739-7470<br>Fax: 212-838-2291<br>Email: snelson@stonehillcap.com/<br>ops@stonehillcap.com |

### ~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

159-331/COURT/3269122.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.,<br>et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11 |

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of C.V.I. G.V.F. (Lux) Master S.á.r.l. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), with respect to the following (the "Claim"):

| Amount of Claim Transferred | Proof of Claim No. |
|---|---|
| $1,818,112.14 | 15843 |

have been transferred and assigned to Stonehill Institutional Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the Claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

Assignee's Address:

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management, LLC
885 Third Avenue, 30th Floor
New York, New York 10022 USA

Assignor's Address:

C.V.I. G.V.F. (Lux) Master S.á.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

159-331/CERTS/2943459.1

IN WITNESS WHEREOF, Assignee and Assignor have executed this Notice of Partial Transfer of Claim by their duly authorized officers or representatives as the dates set forth below.

| ASSIGNEE: | ASSIGNOR: |
|---|---|
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | C.V.I. G.V.F. LUX MASTER S.Á.R.L. |
| By: STONEHILL GENERAL PARTNER LLC, its General Partner | By: CARVAL INVESTORS UK LIMITED |
| By: _[signature]_ | By: _____ |
| Name: Wayne Teetsel | Name: |
| Title: A MANAGING MEMBER OF STONEHILL GENERAL PARTNER, LLC, ITS GENERAL PARTNER | Title: |
| Date: January 14, 2011 | Date: January 14, 2011 |

159-331/CERTS/2943459.1

IN WITNESS WHEREOF, Assignee and Assignor have executed this Notice of Partial Transfer of Claim by their duly authorized officers or representatives as the dates set forth below.

| ASSIGNEE: | ASSIGNOR: |
|---|---|
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | C.V.I. G.V.F. LUX MASTER S.Á.R.L. |
| By: STONEHILL GENERAL PARTNER LLC, its General Partner | By: CARVAL INVESTORS UK LIMITED |
| By: _____ Name: Title: | By: _[signature]_ Name: DAVID SHORT Title: OPERATIONS MANAGER |
| Date: January 14, 2011 | Date: January 14, 2011 |

159-331/CERTS/2943459.1