UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                                                      )
In re:                                                                ) Chapter 11
                                                                      )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                              ) Case No. 08-13555 (JMP)
                                                                      )
                                                                      )
                                                                      )
         Debtors                                                      ) (Jointly Administered)
----------------------------------------------------------------------x

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| The Royal Bank of Scotland plc | Marathon Global Equity Master Fund Ltd. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

**Case No. 08-13555**

Court Claim # (if known): #23672
Amount of Claim: $1,784,573.29
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

The Royal Bank of Scotland plc
600 Washington Blvd.
Stamford, CT 06901
Attn: Francesca Sena

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

NYC:234426.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Marathon Global Equity Master Fund Ltd. ("Seller") hereby states that it has unconditionally and irrevocably sold, transferred and assigned to The Royal Bank of Scotland plc ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), that is evidenced by claim No. 23672 filed by Seller with the Bankruptcy Court in respect of the foregoing claim

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 17 day of November 2011.

| | |
|---|---|
| **MARATHON GLOBAL EQUITY MASTER FUND LTD.** | **THE ROYAL BANK OF SCOTLAND PLC**<br>By: RBS Securities Inc., its agent |
| By: _/s/ L. Hanover_<br>Name: LOUIS HANOVER<br>Title: Authorized Signatory | By: _____<br>Name:<br>Title: |

20

NYC:232658.2

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Marathon Global Equity Master Fund Ltd. ("Seller") hereby states that it has unconditionally and irrevocably sold, transferred and assigned to The Royal Bank of Scotland plc ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), that is evidenced by claim No. 23672 filed by Seller with the Bankruptcy Court in respect of the foregoing claim

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this /7 day of November 2011.

| MARATHON GLOBAL EQUITY MASTER FUND LTD. | THE ROYAL BANK OF SCOTLAND PLC<br>By: RBS Securities Inc., its agent |
|---|---|
| By: _____<br>Name:<br>Title: | By: _____<br>Name: Suzanne Glossoti<br>Title: Authorized Signatory |

20

NYC:232658.2