WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: 212.937.7232
Facsimile: 212.230.8888
Charles Platt
Philip D. Anker
Benjamin W. Loveland

Attorneys for Banque Populaire Côte d'Azur

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                : Chapter 11 Case No.
                                                                        :
**LEHMAN BROTHERS HOLDINGS, INC.**, *et al.*, : 08-13555 (JMP)
                                                                        :
                            Debtors.                        : (Jointly Administered)
                                                                        :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

   I hereby certify that on this 18th day of November, 2011, a true and correct copy of the *Response of Banque Populaire Côte d'Azur to Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim and Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim* was served via hand delivery upon the parties listed on the attached Service List and was also served electronically upon all interested parties using the Court's CM/ECF system.

| | |
|---|---|
| Dated: November 18, 2011<br>     New York, New York | /s/ Philip D. Anker<br>Philip D. Anker<br>Charles Platt<br>Benjamin W. Loveland<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY  10022<br>Tel: (212) 230-8800<br>Fax:  (212) 230-8888<br>philip.anker@wilmerhale.com<br>charles.platt@wilmerhale.com<br>benjamin.loveland@wilmerhale.com<br><br>*Attorneys for Banque Populaire Côte d'Azur* |

## **SERVICE LIST**

Chambers of the Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
Courtroom 601
New York, New York 10004-1408


Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Robert J. Lemons, Esq.
         Mark Bernstein, Esq.
*(Attorneys for the Debtors)*


Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York, 10004
Attn:   Tracy Hope Davis, Esq.
         Elisabetta G. Gasparini, Esq.
         Andrea B. Schwartz, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
         Dennis O'Donnell, Esq.
         Evan Fleck, Esq.
*(Attorneys to the Official Committee of Unsecured Creditors)*