October 26, 2011

Chambers of the HonorableJames M. Peck
One Bowling Green, New York, New York 10004, Courtroom 601
United States of America

In re

**LEHMAN BROTHERS HOLDINGS INC., et al.,**
                                    **Debtors.**

**Chapter 11 Case No. 08-13555 (JMP)**
**(Jointly Administrated)**

Dear Sir,

This letter is a response to the notice filed on September 16, 2011, by Lehman
Brothers Holdings Inc.and certain of its affiliates (collectively,the "Debtors") to
their Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge
Ceirtain Filed Proofs of Claim (the "Objection") with the United States
Bankruptcy Court for the Southern district of New York (the "Bankruptcy Court").

I DO oppose to the disallowence and expungement of my claim listed below
and say:

Name of the Bankruptcy Court:     United States Bankruptcy Court
                                  Southern Dsitrict of New York

Name of the Debtors:     Lehman Brothers Holdings Inc.

Case Number:     Chapter 11 Case No. 08-13555 (JMP)
                 (Jointly Administrated)

Ojection:     Two Hundred Fourteenth Ojection to
              Disallow and Expunge Certain Filed Proofs of
              Claim with the Untied States Bankruptcy Court
              For the Southern District of New York

Claimant Name and Address:     NEMOY, DANIEL
                               OBLIGADO 1113

Claim  Number:          36817

Classification and Amount:          UNSECURED: $ 30.000.00

Date Filed:                                    10/7/2009


Documentation of the Proof of Claim: Already and timely filed


Reasons upon which I rely in opposing the Objection: I oppose the objection though all claimants that legally and timely filed their claims should be treated on a equally basis. I invested with Lehman because the good credit reputation the firm already had, and that I do trust in the United States of America legal system and the Regulatory Autorities (the Securities and Exchange Commisssion and the Federal Reserve System.


Yours respectfully,


DANIEL NEMOY