BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
D. Sam Anderson, Esq.

ATTORNEY FOR CITIBANK, N.A., IN ITS
CAPACITY AS TRUSTEE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,* | **Case No. 08-13555(JMP)** |
| **Debtors.** | **Jointly Administered** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LISTS**

PLEASE TAKE NOTICE that the undersigned attorney, as counsel of record for Citibank, N.A. in its capacity as trustee. Successor counsel, Jennifer V. Doran, Esq., of Hinckley, Allen & Snyder, LLP entered her appearance on behalf of Citibank, N.A. in said capacity on November 1, 2011.

Dated: November 18, 2011

    Respectfully submitted,

    BERNSTEIN, SHUR, SAWYER & NELSON, P.A.

    /s/ *D. Sam Anderson*
    D. Sam Anderson, Esq.
    100 Middle Street, P.O. Box 9729
    Portland, Maine 04104-5029
    Telephone: (207) 774-1200
    Facsimile: (207) 774-1127
    sanderson@bernsteinshur.com

    *Counsel for Citibank, N.A. in its capacity as Trustee*

## **CERTIFICATE OF SERVICE**

      I, D. Sam Anderson, hereby certify that on this 18th day of November, 2011, I caused to be served a copy of the *Notice of Withdrawal of Appearance and Request for Removal from Service Lists* filed herewith to be served by this Court's CM/ECF System.

Dated: November 18, 2011

                                            /s/ *D. Sam Anderson*
                                            D. Sam Anderson, Esq.