From Creditor:

FORLER Chantal Catherine
2701 Evelina
Hiranandani Estate
Thane West 400607 (India)

Dated 22 October 2011

UNITED STATES BANKRUPTCY COURT
SOUHTERN DISTRICT OF NEW YORK
------------------------------------------------------------
In re
LEHMAN BROTHERS HOLDINGS INC. et al.,
Debtors

Chapter 11 Case no. 08-13555 (JMP)
(Jointly Administered)
Claim Number: 43231
Date filed: 10/21/2009
Debtor: 08-13555
Classification: Unsecured
Name of Claimant: FORLER Chantal Catherine
Amount: $ 106,125.00
------------------------------------------------------------

*RECEIVED NOV - 8 2011 U.S. BANKRUPTCY COURT, SDNY JMP*

I hereby want to register my formal opposition to the attempt to disallow and expunge, even partially, my claim listed above under CLAIM TO BE DISALLOWED AND EXPUNGED.

My claim rests, among others, on the possession of real products issued in the name of the Debtors and acquired, through BNP Paribas Spain, from a UK Funding Trust operating in the name of the Debtors; the Debtors' bankruptcy has been the cause of destruction in value of the capital invested in its products.

Yours Sincerely,

*[signature]*

FORLER Chantal Catherine

To: ✓Hon'ble James M. Peck, Courtroom 601, One Bowling Green, New York NY 10004

Weil, Gotshal & Manges LLP, 767 Fifth Ave., New York NY 10153 (att: R.J. Lemons/M. Bernstein)

Office of the United States Turstee for Region 2, 33 Whitehall St., 21st floor, New York NY 10004 (att: T. H. Davis/E. Gasparini/A.B. Schwartz)

Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York NY 10005 (att: D.F. Dunne, D.O'Donnell/E. Fleck)