**BEA 東亞銀行**

RECEIVED
NOV - 8 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

7th November 2011

**BY COURIER**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et. al.,                        :    (Jointly Administered)
                                                               :
                           Debtors.                            :
                                                               :
---------------------------------------------------------------x

(i)     The Chambers of the Honourable James M. Peck
        One Bowling Green,
        New York,
        New York 10004, Courtroom 601

(ii)    Attorneys for the Debtors,
        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York,
        New York 10153
        Attn: Robert J. Lemons Esq. and Mark Bernstein, Esq.

(iii)   The Office of the United States Trustee for Region 2,
        33 Whitehall Street, 21st Floor,
        New York,
        New York 10004
        Attn.: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and
               Andrea B. Schwartz, Esq.

(iv)    Attorney for the Official Committee of Unsecured Creditors appointed in the cases
        involving Lehman Brothers Holdings Inc., et al., Debtors
        Miland, Tweed, Hadley & McCloy LLP,
        1 Chase Manhattan Plaza,
        New York,
        New York 10005
        Attn.: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

The Bank of East Asia, Limited  東亞銀行有限公司
10 Des Voeux Road Central, Hong Kong  香港中環德輔道中 10 號



Dear Sirs,

RE : **WRITTEN RESPONSE TO THE DEBTORS' TWO HUNDRED FOURTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM**

| CLAM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| Creditor Name and Address:<br><br>THE BANK OF EAST ASIA, LIMITED AS NOMINEE FOR A/C<br>**LUNG TAK CHUNG J, TONG YUK KWAN**<br>35/F. BEA TOWER, MILLENNIUM CITY 5,<br>CYD DEPART<br>KWUN TONG, HONG KONG | Claim Number:    47294<br><br>Date Filed:    10/26/2009<br><br>Debtor:    08-13555<br><br>Classification and Amount:  Unsecured: USD$109,948 |

At the request of the claimant, **LUNG TAK CHUNG J, TONG YUK KWAN** and without any responsibility on our part, we, The Bank of East Asia, Limited, acting as the Nominee to the claimant's securities, hereby submits the written response of the claimant and the relevant documents pertaining to claimant's response to the Objection.

1)  Claimant's reply to oppose the disallowance and expungement of Claim no. 47294
2)  Proof of Claim dated October 23, 2009

**Please note that from now on, the claimant, LUNG TAK CHUNG J, TONG YUK KWAN will handle this Claim directly. Accordingly, the Creditor Name and Address for Claim no. 47294 should be amended as follows:**

> **LUNG TAK CHUNG J, TONG YUK KWAN**
> **FT C 16/F BLK 3**
> **Les Saisons**
> **28 Tai On Street,**
> **Sai Wan Ho,**
> **Hong Kong**
> E-mail :    jlong0002000@yahoo.com.hk
> Telephone no. : (852) 9130 8820

Please contact the claimant, LUNG TAK CHUNG J, TONG YUK KWAN directly if you have any queries in relation to this Claim.

Yours faithfully,
For and on behalf of
The Bank of East Asia, Limited

_____
Authorized Signatures
Encls.

The Bank of East Asia, Limited  東亞銀行有限公司
10 Des Voeux Road Central, Hong Kong  香港中環德輔道中 10 號



Our Ref.: C/S 93/1110049/L0289CA

2011 NOV -3 P 2:50

## REPLY FORM

The Bank of East Asia, Limited

The Bank of East Asia, Limited
35/F., BEA Tower, Millennium City 5,
418 Kwun Tong Road,
Kwun Tong, Kowloon, Hong Kong
Attn: Settlement Operations Department
Investment Operations Section, Foreign Section
(Fax No: 3608 6204)

Deadline: **4 November 2011**

Dear Sir,

| | |
|---|---|
| Securities Name | : LEHMAN BROS CAP FUND 6.9PCT 29/06/49 USD |
| ISIN Code | : XS0301813522 |
| Corporate Action Event | : Claim to be disallowed and expunged |
| Securities A/C no | : 260-81-01181-3 |
| Securities A/C name | : LUNG TAK CHUNG J, TONG YUK KWAN |
| Securities Holding | : Notional Amount USD100,000 |
| Claims number | : 47294 |
| Claim amount | : USD109,948.00 |

Please act on my / our behalf as follows in respect of Claim to be disallowed and expunged.

☑ Oppose the disallowance and expungement of my/our claim for the reasons as mentioned below.

*We are entitled to be repaid on the interest and principle for the bond which we have purchased. Lehman Brothers has owed us money and therefore, we see no reason why our claim is being rejected.*

I/We understand that I/we shall present or send any representative to appear at any hearing or (where appropriate) participate in any hearing telephonically. The Bank will only act on my/our behalf to file with the Court the above written response to the Objection. Any legal expenses or charges which may arise in respect of the Objection will be for my/our account. Also, I/we understand that I/we should seek my/our own legal opinion from lawyers or legal consultants when making any decision in this matter.

☐ DO NOT oppose the disallowance and expungement of my/our claim

Signature(s): *John Lung*  S.V.
Date: Nov 2, 2011

Important Notice: Please give a "√" to the appropriate box shown above to indicate your choice. Your instructions may be rejected by the Bank without any liability if: (1) your signature(s) does/do not match with the Bank's record, and or (2) your instructions are incomplete.

**CERTIFIED TRUE COPY**

FOR AND ON BEHALF OF
THE BANK OF EAST ASIA, LTD.
(HEAD OFFICE HONGKONG)

*WK Chang*
AUTHORISED SIGNATURES

The Bank of East Asia, Limited 東亞銀行有限公司
10 Des Voeux Road Central, Hong Kong 香港中環德輔道中10號
Telephone 電話 (852) 3608 3608  Facsimile 傳真 (852) 3608 6000  Telex 電傳 HX 73017
www.hkbea.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                               :
                                        Debtors.           :    (Jointly Administered)
                                                               :
-------------------------------------------------------x

LBH OMNI 214 09-16-2011 (MERGE2,TXNUM2) 4000094895 BAR(23) MAIL ID *** 000051598970 *** BSIUSE: 182

BANK OF EAST ASIA LTD, THE; AS NOMINEE
FOR A/C LUNG TAK CHUNG J, TONG YUK KWAN
35/F BEA TOWER, MILLENNIUM CITY 5
CYD DEPT
KWUN TONG, HONG KONG

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JAE KIM, ESQ., AT 212-310-8325.

### NOTICE OF HEARING ON DEBTORS' TWO HUNDRED FOURTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>BANK OF EAST ASIA LTD, THE; AS NOMINEE<br>FOR A/C LUNG TAK CHUNG J, TONG YUK KWAN<br>35/F BEA TOWER, MILLENNIUM CITY 5<br>CYD DEPT<br>KWUN TONG, HONG KONG | **Claim Number:** 47294<br><br>**Date Filed:** 10/26/2009<br><br>**Debtor:** 08-13555<br><br>**Classification and Amount:** UNSECURED: $ 109,948.00 |

PLEASE TAKE NOTICE that, on September 16, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, IN ITS ENTIRETY on the ground that the Debtors have no liability for the claim. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 11, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

THE BANK OF EAST ASIA LTD, AS NOMINEE
FOR A/C LUNG TAK CHUNG J, TONG YUK KWAN
35/F BEA TOWER, MILLENNIUM CITY 5
CYD DEPT KWUN TONG HONG KONG

Telephone number: 852 3608 3799    Email Address: CHENGWK@hkbea.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 109,948                                        (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Securities. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0301813522
                                                              (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

~~Clearstream Bank Blocking Number,~~ Euroclear Bank Electronic Instruction Reference Number ~~and or other depository blocking reference number:~~

6054174
(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, ~~Clearstream Bank or Other Depository Participant Account Number:~~
98672
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date: 23/10/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim. State address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR AND ON BEHALF OF
THE BANK OF EAST ASIA, LTD
HEAD OFFICE, HONG KONG

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**BEA 東亞銀行**

Re : Chapter 11 Case No. 08-13555(JMP)

**Amount of claim breakdown**

ISIN CODE : XS0301813522

STOCK NAME : LEHMAN BROS CAP FUND 6.9PCT 29/06/49 USD

STOCK HELD IN OUR CUSTODIAN : EUROCLEAR BANK

Principal Amount : USD100,000

Interest Amount : USD9,948

Interest calculated from the last coupon payment date June 01, 2008 up to the Bar date Nov. 02, 2009 (Total number of days) = 519

Interest rate applied : 6.9% p.a.

519 x 0.069 x 100,000 / 360 = 9,948

**CERTIFIED TRUE COPY**

FOR AND ON BEHALF OF
THE BANK OF EAST ASIA, LTD.
(HEAD OFFICE HONGKONG)
...................................................
AUTHORISED SIGNATURES

The Bank of East Asia, Limited  東亞銀行有限公司
10 Des Voeux Road Central, Hong Kong  香港中環德輔道中 10 號
Telephone 電話 (852) 3608 3608  Facsimile 傳真 (852) 3608 6000

**BEA 東亞銀行**

7th November 2011

<u>**BY COURIER**</u>

<u>**UNITED STATES BANKRUPTCY COURT**</u>
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

---------------------------------------------------------x
:
In re                                                    :
                                                         :   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et. al.,                  :   08-13555 (JMP)
                                                         :   (Jointly Administered)
                        Debtors.                         :
                                                         :
---------------------------------------------------------x

(i)     The Chambers of the Honourable James M. Peck
        One Bowling Green,
        New York,
        New York 10004, Courtroom 601

(ii)    Attorneys for the Debtors,
        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York,
        New York 10153
        Attn: Robert J. Lemons Esq. and Mark Bernstein, Esq.

(iii)   The Office of the United States Trustee for Region 2,
        33 Whitehall Street, 21st Floor,
        New York,
        New York 10004
        Attn.: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and
              Andrea B. Schwartz, Esq.

(iv)    Attorney for the Official Committee of Unsecured Creditors appointed in the cases
        involving Lehman Brothers Holdings Inc., et al., Debtors
        Miland, Tweed, Hadley & McCloy LLP,
        1 Chase Manhattan Plaza,
        New York,
        New York 10005
        Attn.: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

The Bank of East Asia, Limited 東亞銀行有限公司
10 Des Voeux Road Central, Hong Kong 香港中環德輔道中 10 號
Telephone 電話 (852) 3608-3608



Dear Sirs,

RE : **WRITTEN RESPONSE TO THE DEBTORS' TWO HUNDRED FOURTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM**

| CLAM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| Creditor Name and Address:<br><br>THE BANK OF EAST ASIA, LIMITED AS NOMINEE FOR A/C<br>**LUNG WING MAN VIRGINIA**<br>35/F. BEA TOWER, MILLENNIUM CITY 5, CYD DEPART<br>KWUN TONG, HONG KONG | Claim Number:  47296<br><br>Date Filed:  10/26/2009<br><br>Debtor:  08-13555<br><br>Classification and Amount: Unsecured: USD$109,948 |

At the request of the claimant, Madam **Lung Wing Man Virginia** and without any responsibility on our part, we, The Bank of East Asia, Limited, acting as the Nominee to the claimant's securities, hereby submits the written response of the claimant and the relevant documents pertaining to claimant's response to the Objection.

1) Claimant's reply to oppose the disallowance and expungement of Claim no. 47296
2) Proof of Claim dated October 23, 2009

**Please note that from now on, the claimant, Madam Lung Wing Man Virginia will handle this Claim directly. Accordingly, the Creditor Name and Address for Claim no. 47296 should be amended as follows:**

Lung Wing Man Virginia
FLAT C, 41/F. BLK 3
Les Saisons
28 Tai On Street,
Sai Wan Ho,
Hong Kong

E-mail :  lungvwm@yahoo.com.hk
Telephone no. : (852) 9130 8823

Please contact the claimant, Madam Lung Wing Man Virginia directly if you have any queries in relation to this Claim.

Yours faithfully,
For and on behalf of
The Bank of East Asia, Limited

WK Cheng

Authorized Signatures
Encls.

The Bank of East Asia, Limited  東亞銀行有限公司
10 Des Voeux Road Central, Hong Kong  香港中環德輔道中 10 號
Telephone 電話 (852) 3608 3608



Private Banking Department

Our Ref.: C/S 93/1110047/L0289CA               2011 NOV -3 P 2:50

## REPLY FORM

The Bank of East Asia, Limited

The Bank of East Asia, Limited
35/F., BEA Tower, Millennium City 5,               Deadline: **4 November 2011**
418 Kwun Tong Road,
Kwun Tong, Kowloon, Hong Kong
Attn: Settlement Operations Department
       Investment Operations Section, Foreign Section
(Fax No: 3608 6204)

Dear Sir,

| | |
|---|---|
| Securities Name | : LEHMAN BROS CAP FUND 6.9PCT 29/06/49 USD |
| ISIN Code | : XS0301813522 |
| Corporate Action Event | : Claim to be disallowed and expunged |
| Securities A/C no | : 260-81-00136-2 |
| Securities A/C name | : LUNG WING MAN VIRGINIA |
| Securities Holding | : Notional Amount USD100,000 |
| Claims number | : 47296 |
| Claim amount | : USD109,948.00 |

Please act on my / our behalf as follows in respect of Claim to be disallowed and expunged.

☑ Oppose the disallowance and expungement of my/our claim for the reasons as mentioned below.

*I am entitled to be repaid on the interest and principle for the bond, which I have purchased. Lehman Brothers has owed me money and therefore, I see no reason why my claim is being rejected.*

I/We understand that I/we shall present or send any representative to appear at any hearing or (where appropriate) participate in any hearing telephonically. The Bank will only act on my/our behalf to file with the Court the above written response to the Objection. Any legal expenses or charges which may arise in respect of the Objection will be for my/our account. Also, I/we understand that I/we should seek my/our own legal opinion from lawyers or legal consultants when making any decision in this matter.

☐ DO NOT oppose the disallowance and expungement of my/our claim

(Signature(s))
Date: Nov 2, 2011

Important Notice: Please give a "√" to the appropriate box shown above to indicate your choice. Your instructions may be rejected by the Bank without any liability if: (1) your signature(s) does/do not match with the Bank's record, and or (2) your instructions are incomplete.

**CERTIFIED TRUE COPY**

The Bank of East Asia, Limited 東亞銀行有限公司
10 Des Voeux Road Central, Hong Kong  香港中環德輔道中 10 號
Telephone 電話 (852) 3608 3608  Facsimile 傳真 (852) 3608 6000  Telex 電傳 HX 73017
www.hkbea.com

FOR AND ON BEHALF OF
THE BANK OF EAST ASIA, LTD.
(HEAD OFFICE HONGKONG)

AUTHORISED SIGNATURES

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

THE BANK OF EAST ASIA LTD, AS NOMINEE
FOR A/C LUNG WING MAN VIRGINIA
35/F BEA TOWER, MILLENNIUM CITY 5
CYD DEPT KWUN TONG HONG KONG

Telephone number: 852 3608 3799   Email Address: CHENGWK@hkbea.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ 109,948 (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0301813522 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

~~Clearstream Bank Blocking Number~~, Euroclear Bank Electronic Instruction Reference Number ~~and or other depository blocking reference number~~:

6054172 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, ~~Clearstream Bank or Other Depository Participant Account Number~~:**

98672 (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. | Signature: |
|---|---|
| 23/10/2009 | FOR AND ON BEHALF OF THE BANK OF EAST ASIA, LTD. HEAD OFFICE HONGKONG WK Cheng AUTHORISED SIGNATURES |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



Re : Chapter 11 Case No. 08-13555(JMP)

**Amount of claim breakdown**

ISIN CODE : XS0301813522

STOCK NAME : LEHMAN BROS CAP FUND 6.9PCT 29/06/49 USD

STOCK HELD IN OUR CUSTODIAN : EUROCLEAR BANK

Principal Amount : USD100,000

Interest Amount : USD9,948

Interest calculated from the last coupon payment date June 01, 2008 up to the Bar date Nov. 02, 2009   (Total number of days) = 519

Interest rate applied : 6.9% p.a.

519 x 0.069 x 100,000 / 360 = 9,948

**CERTIFIED TRUE COPY**

FOR AND ON BEHALF OF
THE BANK OF EAST ASIA, LTD.
(HEAD OFFICE HONGKONG)
.................................................
AUTHORISED SIGNATURES

The Bank of East Asia, Limited  東亞銀行有限公司
10 Des Voeux Road Central, Hong Kong  香港中環德輔道中 10 號

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

LBH OMNI 214 09-16-2011 (MERGE2,TXNUM2) 4000094913 BAR(23) MAIL ID *** 000051598972 *** BSIUSE: 184

BANK OF EAST ASIA LTD, THE; AS NOMINEE
FOR A/C LUNG WING MAN VIRGINIA
35/F BEA TOWER, MILLENNIUM CITY 5
CYD DEPT
KWUN TONG, HONG KONG

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JAE KIM, ESQ., AT 212-310-8325.

### NOTICE OF HEARING ON DEBTORS' TWO HUNDRED FOURTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>BANK OF EAST ASIA LTD, THE; AS NOMINEE<br>FOR A/C LUNG WING MAN VIRGINIA<br>35/F BEA TOWER, MILLENNIUM CITY 5<br>CYD DEPT<br>KWUN TONG, HONG KONG | **Claim Number:** 47296 |
| | **Date Filed:** 10/26/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 109,948.00 |

PLEASE TAKE NOTICE that, on September 16, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, IN ITS ENTIRETY on the ground that the Debtors have no liability for the claim. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 11, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on November 30, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Jae Kim, Esq., at 212-310-8325.** CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: September 16, 2011
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION