

October 12, 2011

To the
Honourable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York    Courtroom 601
New York 10004

In re
Lehman Brothers Holdings Inc.
Two Hundred Fifteenth Omnibus Objections to Disallow and Expunge Filed Proofs of Claim

Court: United States Bankruptcy Court
       Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

Creditor/Claimant:    ANA MARIA PRECIAT DE MENENDEZ
                      CALLE 6 NO.59 X 21 PRIVADA REAL MONTECRISTO
                      MERIDA, YUCATAN 97133 MEXICO

Claim Number:    51128

Debtor:    Lehman Brothers Holdings Inc.
           08-13555

Response to:    Objection requesting Claim to be Disallowed & Expunged

Basis of the Claim:    LEHMAN BROTHERS
                       DUE 06/01/2049 INT 6.900%
                       ISIN: XS0301813522
                       With a Nominal Value of US$ 148,000

We herewith oppose the disallowance and expungement on the ground that the Debtors have no liability for the claim. The purchase of the securities was legitimate and the claim was filed on time.
I ask the Bankruptcy Court of Southern District of New York to formally fully recognize my justified claim and put these on the formal list of Debtors.

*[signature]*
ANA MARIA PRECIAT DE MENENDEZ