9255 Short Chip Circle
Port St. Lucie, FL 34986
November 4, 2011

Honorable James M. Peck
One Bowling Green
New York, NY 10004
Courtroom 610

Dear Judge Peck:

I am in receipt of the "Notice of Motion and Settlement Agreement Regarding Lehman Health Care Trust" dated October 21, 2011. I would like to file an objection. The Notice I received indicated that I must file a written objection with the Clerk of the Court, as well as courtesy copies to you, Weil, Gotshal & Manges, and to Hughes Hubbard & Reed LLP. However, nowhere in the document I received is the address for the Clerk of the Court. I am now writing to you so that you are aware of this and by way of this letter to you I would like to hereby file my objection.

By way of background, I was an employee of Lehman Brothers from 1968 to 2003 when I retired. At that time, it was discussed with me that I would be entitled to receive Retirees' Health Care Benefits and would pay a monthly premium for those benefits to Aetna for coverage. It was anticipated that this coverage would extend for the term that Lehman Brothers Holdings remains in existence. Obviously, no one anticipated the catastrophic events of 2008 and that Lehman would file for bankruptcy on September 15, 2008. However, Lehman Brothers Holdings remains in existence. I would, therefore, respectfully request that your Honor rule that funds be made available to continue coverage to those of us who fall under this plan for the term that Lehman Brothers remains in existence.

We are the retired employees of Lehman Brothers, and we have been made to suffer in so many ways both financially and, yes, even psychologically by the demise of this once great firm where we were so proud to work and into which we put our faith and trust. We are now scorned by society as having worked at an institution, when named, elicits only negative responses. Instead of being proud to have worked at a firm that helped to shape the American way of life, we are now shamed. There is nothing that we can do to change the events; however, we are respectfully asking you to help us to continue to receive what we were promised at least until the books on Lehman are officially closed.

Most sincerely,

*Marilyn Nader*

Marilyn B. Nader

RECEIVED NOV - 8 2011 U.S. BANKRUPTCY COURT, SDNY JMP