

Jo Ann W. Miller
Legal Analyst
Corporate Legal Services

McLean 3180
600 North Dairy Ashford
Houston, TX 77079-1175
Phone     281.293-1554
Facsimile 281-293-1051
Jo-Ann.W.Miller@ConocoPhillips.com

November 7, 2011

**VIA OVERNIGHT MAIL**
Vito Genna, U.S. Clerk
United States Bankruptcy Court - Southern District of New York
One Bowling Green
New York, NY 10153

RE: **LEHMAN BROTHERS HOLDINGS, INC., et al.; Chapter 11 - Case No. 08-13555 (Jointly Administered); U.S. Bankruptcy Court, Southern District of New York**

Dear Sir/Madam:

Enclosed for filing in the jointly administered bankruptcy action are the original and one copy of ConocoPhillips Company's Notice of Withdrawal of Claim Nos. 1136 and 11334. Please return a file-stamped copy of the attached document in the enclosed self addressed stamped envelope.

Sincerely,

Jo Ann W. Miller
Legal Analyst

/jam
Enclosure

RECEIVED NOV 8 2011 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK

1-86 S

Michelle Dunne
Senior Counsel
**ConocoPhillips (U.K.) Limited**
Portman House
2 Portman Street
London W1H 6DU England
+44 207 408 6439

*Attorney for ConocoPhillips (U.K.) Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re : Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)

Debtors. : (Jointly Administered)

---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM NOS. 11360 AND 11334

PLEASE TAKE NOTICE that ConocoPhillips (U.K.) Limited hereby withdraws Proof of Claim Nos. 11360 and 11334 filed in the above-referenced chapter 11 cases and requests that the claims registry maintained by Epiq Bankruptcy Solutions, LLC be updated accordingly.

Dated: October 31, 2011
London, England

CONOCOPHILLIPS (U.K.) LIMITED

By: /s/ Michelle Dunne
Michelle Dunne
Senior Counsel
ConocoPhillips (U.K.) Limited
Portman House
2 Portman Street
London W1H 6DU England
+44 207 408 6439



RECEIVED NOV 8 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK