November 7th, 2011

Honorable Mr. James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601
United States

Dear Sir,

This letter is in reference to the ongoing legal action against Lehman Brothers Holdings Inc. by its investors. Below, please find all pertinent details.

(i) Name of Debtors:

Lehman Brothers Holdings Inc., et al

Lehman Brothers UK Capital Funding V LP

Case Number:

08-13555(JMP)

Title of the objection:

Notice of Hearing of Debtors Two Hundred Fourteen Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim.

(ii) Name of the Claimant:

Fernando Martin Anchorena

Description of the basis for the amount of claim:

Claim Number: 55675

Data Filed: 10/29/2009

Debtor Number: 08-13555

Classification and amount: unsecured/un-liquidated damages for US$100,000.



RECEIVED NOV - 8 2011 U.S. BANKRUPTCY COURT, SDNY JMP

(iii) Looking for good and safe savings for my retirement, I bought on good faith, as they were offered to me by SANTANDER INTERNATIONAL as one of the most secure bonds in the market, because:

1) At that time the instrument and the issuer, Lehman Brothers, had the best ratings by the main rating agencies.

2) The instrument was listed in the New York Stock Exchange and had fulfilled the requirements of the Stock Exchange and the Securities and Exchange Commission (SEC.)

3) The instrument was being operated in the main financial platforms of the world (Bloomberg, Reuters, etc.) which itself constituted proof of its existence and the characteristics of the instrument.

(iv) The claim Number 5567 was filed on 10/29/2009, by means of BANCO SANTANDER INTERNATIONAL.

(v) Name: Fernando Martin Anchorena

Address: Corrientes 1528, Martinez, Pcia. de Buenos Aires, CP 1640, Argentina

Telephone number: 54-11-4793-1881

**As my place of residence is the city of Buenos Aires, Argentina, I will not be physically present in the hearing to be held on the objection but may participate by telephone.**

Sincerely,

Fernando Martin Anchorena

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, et al.,                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

FERNANDO MARTIN Auchorena                    Banco Santander International
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 55675
should be sent:                                     Amount of Claim: _____
                                                    Date Claim Filed: 10/29/2009

Phone: _____                                       Phone: _____
Last Four Digits of Acct #: _____                  Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___                               Date: 10-7-2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.