UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                   :    Chapter 11
                                                        :
LEHMAN BROTHERS INC.,                                   :    Case No. 08-13555 (JMP)
                                                        :
                        Debtor.                         :
-----------------------------------------------------------x

**DECLARATION OF KATHLEEN CUMMINGS IN SUPPORT OF RESPONSE OF
RIGHT MANAGEMENT, INC. IN OPPOSITION
TO DEBTORS' ONE HUNDRED AND FIFTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

KATHLEEN CUMMINGS, of full age, declares pursuant to 28 U.S.C. § 1746:

1. I am the Vice President and Corporate Controller of Right Management Inc. ("RMI").

2. I make this Declaration in support of RMI's Response to the Debtors'[1] Opposition to RMI's Administrative Claim asserted in the above-captioned Debtors' case.

3. RMI is a talent and career management firm, which provides, among other services, outplacement services to the separated employees of its clients.

4. RMI provided outplacement services to separated employees of Lehman Brothers Holding Inc. ("LBHI"), Lehman Brothers, Inc. ("LBI"), and several of its subsidiaries or related entities (together, the "Debtors"). RMI provided these services for several years prior to the Debtors' bankruptcy filing on September 15, 2008 (the "Petition Date").

5. RMI clients, including the Debtors, refer their separated employees (the "Candidates") to RMI for outplacement services. The fees for RMI's services are typically paid for by each Candidate's former employer and are part of the former employee's separation package. The length and cost of each outplacement program will vary from client to client, but

---

[1] All capitalized terms not defined herein shall have the same meaning attributed to them in RMI's Response to the Debtors' Claims Objection.

NY1 552418v4 11/14/11

outplacement programs offered to the Candidates referred by the Debtors would typically last three months and, on average, cost $3,600.[2]

6. Once referred to RMI, the names of the Candidates are entered into RMI's database, RightTrack, where they are managed by one or more RMI consultants. RMI refers to the date when the Candidate is entered into RightTrack as the "Create Date".

7. RMI's services are not provided, nor are they billed, per activity performed by RMI for each Candidate. Rather, RMI bills each client, or former employer, once for each Candidate's outplacement program.

**Description of Services Rendered**

8. The "Start Date" of a Candidate's outplacement program is the date when the Candidate engages in his or her Situational Analysis (the "Situational Analysis"). RMI provides a Situational Analysis for each Candidate. The Situational Analysis is the point at which RMI customizes the program for the Candidate based on the program level that the client has purchased, and develops a strategic career plan for the Candidate, including enabling the Candidate to conduct a full career assessment and personality type indicator. Also, at the time of the Situational Analysis, Candidates are provided with all of RMI's proprietary tools and content. RMI considers the Situational Analysis date to be a billable event for accounting purposes. During the course of a Candidate's outplacement program, however, RMI provides a variety of other services, which RMI considers to be earnable events. These types of earnable events that continue to occur throughout the course of the Candidate's outplacement program include, but are not limited to, coaching the Candidates, teaching both live and virtual classes in

---

[2] On or around May 20, 2002, RMI sent a letter to Ms. Karen Coviello, who RMI believed, at that time, was an LBHI employee, setting forth a revised pricing list for the outplacement programs it was providing, and planned to provide, to the Debtors.

2

the Learning Center on topics such as negotiation and networking, and providing access to RMI's RightEverywhere Website, which contains RMI's proprietary tools (the "Earnable Events").[3] The Situational Analysis and the Earnable Events, as well as other services RMI provides to the Candidates, which RMI does not consider to be billable or earnable, are recorded in the Candidate's RightTrack profile. During the course of an outplacement program, Candidates generally take advantage of most of the services offered at the beginning of their programs, with engagement decreasing over the course of the program.

**Invoicing for Services Rendered**

9. On or about the time a Candidate referred by the Debtors completed his or her Situational Analysis, RMI typically would cause an invoice to be issued to the Debtors in the amount of the Candidate's total outplacement program fee. Prior to August 2007, RMI typically would issue a separate invoice for each Candidate. From and after August 2007, RMI typically would issue a consolidated invoice once a month in respect of all Candidates referred by the Debtors who completed a Situational Analysis in that month.

10. The total fee for the outplacement program includes the Situational Analysis and other Earnable Events, which occur periodically throughout the course of the Candidates' outplacement program.

11. During the period following the Petition Date, and before substantially all of the Debtors' assets were sold to Barclays on September 22, 2208 (the "Sale Date") (the period between the Petition and the Sale Date shall be referred to as the "Administrative Claim Period"), RMI continued to provide one or more of the Debtors' separated employees with outplacement services and continued to bill the Debtors for such services.

---

[3] It should be noted that RMI, in good faith, excluded certain activities from its calculation of its Administrative Claim, which do not take a lot of time or money to perform. It included only those activities it deems to be billable or earnable from an accounting perspective, which include the Situational Analysis or the Earnable Events.

3

NY1 552418v4 11/14/11

12. On September 25, 2008 and October 28, 2008, respectively, RMI issued invoices to the Debtors for the outplacement services performed for the Candidates before and after the Petition Date, in the same manner it had issued its invoices to the Debtors since August 2007. A portion of those invoice amounts reflect services rendered by RMI to Candidates affiliated with the Debtors during the Administrative Claim Period, since several of the Candidates received their Situational Analysis or other Earnable Events during that eight-day period.

13. As the attached schedule shows, RMI provided billable services to approximately thirty-three (33) of the Debtors' separated employees during the Administrative Claim Period. A Schedule of the Debtors' Candidates with Situational Analyses or Earnable Events During the Administrative Claim Period is annexed hereto as Exhibit 1.

14. To quantify the Administrative Claim, *as amended*, RMI counted each Situational Analysis and Earnable Event provided to each of those 33 Candidates between September 15, 2008 and September 22, 2008. The total number of Situational Analyses or Earnable Events, per Candidate, was compared to the aggregate number of Earnable Events RMI provided to that Candidate over the length of that Candidate's outplacement program. That comparison results in a percentage of services performed for each of the Debtors' Candidates during the Administrative Claim Period.

15. That percentage was then applied to the overall fees billed to the Debtors for each Candidate's outplacement program (in most cases $3,600), to limit the fees incurred by RMI for services rendered to the Debtors' separated employees only during the Administrative Claim Period. The total amount of fees incurred by RMI, and billed to the Debtors, for the Administrative Claim Period is $37,581.44.

4

16. I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: Philadelphia, Pennsylvania
November 17, 2011

_____
KATHLEEN CUMMINGS

5

NY1 552418v4 11/14/11

Exhibit 1 - RMI Schedule of Debtors' Candidates with Situational Analyses or Earnable Events During the Administrative Claim Period

| Candidate | 9/15/2008 | 9/16/2008 | 9/17/2008 | 9/18/2008 | 9/19/2008 | 9/20/2008 | 9/21/2008 | 9/22/2008 | Grand Total | Total Activities | % of Activities from 9/15/08 to 9/22/08 | Fee | % of Fee from 9/15/08 to 9/22/03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002-200803567 | 2 | | | | | | | | 2 | 72 | 2.8% | $ 3,600.00 | $ 100.00 |
| 002-200803601 | 1 | 2 | 4 | | | | | 3 | 10 | 153 | 6.5% | $ 3,600.00 | $ 235.29 |
| 002-200803704 | | 1 | | | | | | | 1 | 67 | 1.5% | $ 600.00 | $ 8.96 |
| 002-200805914 | 1 | | | | | | | | 1 | 1 | 100.0% | $ 3,600.00 | $ 3,600.00 |
| 002-200808037 | 1 | | | | 1 | | | | 2 | 41 | 4.9% | $ 3,600.00 | $ 175.61 |
| 002-200808038 | 1 | 6 | 6 | 3 | 2 | | | 7 | 25 | 119 | 21.0% | $ 3,600.00 | $ 756.30 |
| 002-200808146 | | | 5 | 1 | | | | | 6 | 44 | 13.6% | $ 3,600.00 | $ 490.91 |
| 002-200808219 | | | 1 | 2 | | | | | 3 | 17 | 17.6% | $ 3,600.00 | $ 635.29 |
| 002-200808271 | 8 | 7 | 2 | 2 | | | | | 19 | 61 | 31.1% | $ 3,600.00 | $ 1,121.31 |
| 002-200808335 | 7 | 1 | 2 | 1 | | | | 4 | 16 | 179 | 8.9% | $ 3,600.00 | $ 321.79 |
| 002-200808464 | 1 | | 1 | | | | | 4 | 6 | 46 | 13.0% | $ 3,600.00 | $ 469.57 |
| 002-200808496 | 3 | 6 | | 3 | | | 1 | | 13 | 17 | 76.5% | $ 3,600.00 | $ 2,752.94 |
| 002-200808501 | 3 | 1 | | 1 | | | | 1 | 6 | 18 | 33.3% | $ 3,600.00 | $ 1,200.00 |
| 002-200808503 | 5 | 2 | | | 1 | | | | 8 | 40 | 20.0% | $ 3,600.00 | $ 720.00 |
| 002-200808504 | | 2 | 1 | | | | | | 3 | 13 | 23.1% | $ 3,600.00 | $ 830.77 |
| 002-200808514 | 3 | 4 | | | | | | 1 | 8 | 42 | 19.0% | $ 3,600.00 | $ 685.71 |
| 002-200808519 | 1 | | 2 | 2 | | | | 1 | 6 | 17 | 35.3% | $ 3,600.00 | $ 1,270.59 |
| 002-200808521 | 3 | 4 | 5 | 8 | | | 1 | 5 | 29 | 106 | 27.4% | $ 3,600.00 | $ 984.91 |
| 002-200808522 | 10 | 5 | 2 | 4 | | | | 4 | 25 | 151 | 16.6% | $ 3,600.00 | $ 596.03 |
| 002-200808525 | 2 | 1 | | 1 | | | | | 4 | 5 | 80.0% | $ 3,600.00 | $ 2,880.00 |
| 002-200808526 | 3 | 1 | 1 | 1 | | | | | 5 | 19 | 26.3% | $ 3,600.00 | $ 947.37 |
| 002-200808528 | 3 | 4 | 1 | 3 | 1 | | | | 12 | 18 | 66.7% | $ 3,600.00 | $ 2,400.00 |
| 002-200808529 | 3 | 1 | 7 | | | | | | 11 | 21 | 52.4% | $ 3,600.00 | $ 1,885.71 |
| 002-200808531 | 1 | | 3 | 2 | 1 | 1 | | | 8 | 37 | 21.6% | $ 3,600.00 | $ 778.38 |
| 002-200808532 | 4 | 3 | 4 | 5 | 1 | | | 3 | 16 | 22 | 72.7% | $ 3,600.00 | $ 2,618.18 |
| 002-200808536 | | | | 1 | | 1 | | | 2 | 11 | 18.2% | $ 3,600.00 | $ 654.55 |
| 002-200808537 | 4 | 1 | 1 | | | | | | 6 | 43 | 14.0% | $ 3,600.00 | $ 502.33 |
| 002-200808538 | 2 | | 3 | 3 | | | | 8 | 16 | 34 | 47.1% | $ 3,600.00 | $ 1,694.12 |
| 002-200808562 | 1 | 1 | 1 | 4 | 1 | 4 | 3 | 6 | 21 | 73 | 28.8% | $ 3,600.00 | $ 1,035.62 |
| 002-200808563 | 2 | | 1 | | 2 | | | 2 | 7 | 19 | 36.8% | $ 3,600.00 | $ 1,326.32 |
| 002-200808571 | 3 | 4 | 4 | 3 | 4 | 1 | | 7 | 26 | 118 | 22.0% | $ 3,600.00 | $ 793.22 |
| 002-200808576 | 6 | 1 | 4 | 1 | 1 | | | | 13 | 31 | 41.9% | $ 3,600.00 | $ 1,509.68 |
| 002-200808577 | 3 | | 2 | 2 | | | | 1 | 8 | 18 | 44.4% | $ 3,600.00 | $ 1,600.00 |
| | 87 | 59 | 62 | 53 | 15 | 6 | 6 | 53 | 344 | 1673 | | $ 115,800.00 | |