**Exhibit 1 - RMI Schedule of Debtors' Candidates with Situational Analyses or Earnable Events During the Administrative Claim Period**

| Candidate | 9/15/2008 | 9/16/2008 | 9/17/2008 | 9/17/2008 | 9/18/2008 | 9/19/2008 | 9/20/2008 | 9/21/2008 | 9/22/2008 | | | Grand Total | Total Activities | % of Activities from 9/15/08 to 9/22/08 | Fee | % of Fee from 9/15/08 to 9/22/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002-200803567 | 2 | | | | | | | | | | | 2 | 72 | 2.8% | $ 3,600.00 | $ 100.00 |
| 002-200803601 | 1 | 2 | 4 | | | | | | 3 | | | 10 | 153 | 6.5% | $ 3,600.00 | $ 235.29 |
| 002-200803704 | | 1 | | | | | | | | | | 1 | 67 | 1.5% | $ 600.00 | $ 8.96 |
| 002-200805914 | 1 | | | | | | | | | | | 1 | 1 | 100.0% | $ 3,600.00 | $ 3,600.00 |
| 002-200808037 | 1 | | | | | 1 | | | | | | 2 | 41 | 4.9% | $ 3,600.00 | $ 175.61 |
| 002-200808038 | 1 | 6 | 6 | | 3 | 2 | | | 7 | | | 25 | 119 | 21.0% | $ 3,600.00 | $ 756.30 |
| 002-200808146 | | | 5 | | 1 | | | | | | | 6 | 44 | 13.6% | $ 3,600.00 | $ 490.91 |
| 002-200808219 | | | 1 | | 2 | | | | | | | 3 | 17 | 17.6% | $ 3,600.00 | $ 635.29 |
| 002-200808271 | 8 | 7 | 2 | | 2 | | | | | | | 19 | 61 | 31.1% | $ 3,600.00 | $ 1,121.31 |
| 002-200808335 | 7 | 1 | 2 | 1 | 1 | | | | 4 | | | 16 | 179 | 8.9% | $ 3,600.00 | $ 321.79 |
| 002-200808464 | 1 | | 1 | | | | | | 4 | | | 6 | 46 | 13.0% | $ 3,600.00 | $ 469.57 |
| 002-200808496 | 3 | 6 | | | 3 | | | 1 | | | | 13 | 17 | 76.5% | $ 3,600.00 | $ 2,752.94 |
| 002-200808501 | 3 | 1 | | | 1 | | | | 1 | | | 6 | 18 | 33.3% | $ 3,600.00 | $ 1,200.00 |
| 002-200808503 | 5 | 2 | | | | 1 | | | | | | 8 | 40 | 20.0% | $ 3,600.00 | $ 720.00 |
| 002-200808504 | | 2 | 1 | | | | | | | | | 3 | 13 | 23.1% | $ 3,600.00 | $ 830.77 |
| 002-200808514 | 3 | 4 | | | | | | | 1 | | | 8 | 42 | 19.0% | $ 3,600.00 | $ 685.71 |
| 002-200808519 | 1 | | 2 | | 2 | | | | 1 | | | 6 | 17 | 35.3% | $ 3,600.00 | $ 1,270.59 |
| 002-200808521 | 3 | 4 | 5 | | 8 | 1 | | 1 | 5 | 1 | 1 | 29 | 106 | 27.4% | $ 3,600.00 | $ 984.91 |
| 002-200808522 | 10 | 5 | 2 | | 4 | | | | 4 | | | 25 | 151 | 16.6% | $ 3,600.00 | $ 596.03 |
| 002-200808525 | 2 | 1 | | | 1 | | | | | | | 4 | 5 | 80.0% | $ 3,600.00 | $ 2,880.00 |
| 002-200808526 | 3 | 1 | | | 1 | | | | | | | 5 | 19 | 26.3% | $ 3,600.00 | $ 947.37 |
| 002-200808528 | 3 | 4 | 1 | | 3 | 1 | | | | | | 12 | 18 | 66.7% | $ 3,600.00 | $ 2,400.00 |
| 002-200808529 | 3 | 1 | 7 | | | | | | | | | 11 | 21 | 52.4% | $ 3,600.00 | $ 1,885.71 |
| 002-200808531 | 1 | | 3 | | 2 | 1 | 1 | | | | | 8 | 37 | 21.6% | $ 3,600.00 | $ 778.38 |
| 002-200808532 | 4 | 3 | 4 | | 5 | | | | | | | 16 | 22 | 72.7% | $ 3,600.00 | $ 2,618.18 |
| 002-200808536 | | | | | 1 | | | 1 | | | | 2 | 11 | 18.2% | $ 3,600.00 | $ 654.55 |
| 002-200808537 | 4 | 1 | 1 | | | | | | | | | 6 | 43 | 14.0% | $ 3,600.00 | $ 502.33 |
| 002-200808538 | 2 | | 3 | | 3 | | | | 8 | | | 16 | 34 | 47.1% | $ 3,600.00 | $ 1,694.12 |
| 002-200808562 | 1 | 1 | 1 | | 4 | 1 | 4 | 3 | 6 | | | 21 | 73 | 28.8% | $ 3,600.00 | $ 1,035.62 |
| 002-200808563 | 2 | | 1 | | | 2 | | | 2 | | | 7 | 19 | 36.8% | $ 3,600.00 | $ 1,326.32 |
| 002-200808571 | 3 | 4 | 4 | | 3 | 4 | 1 | | 7 | | | 26 | 118 | 22.0% | $ 3,600.00 | $ 793.22 |
| 002-200808576 | 6 | 1 | 4 | | 1 | 1 | | | | | | 13 | 31 | 41.9% | $ 3,600.00 | $ 1,509.68 |
| 002-200808577 | 3 | 1 | 2 | | 2 | | | | | | | 8 | 18 | 44.4% | $ 3,600.00 | $ 1,600.00 |
| | 87 | 59 | 62 | 1 | 53 | 15 | 6 | 6 | 53 | 1 | 1 | 344 | 1673 | | $ 115,800.00 | $ 37,581.44 |