**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Jonathan P. Guy
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone: (202) 339-8400

*Counsel for Koch Refining International Pte. Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
:
In re:                                                           :   Chapter 11
                                                                 :
**Lehman Brothers Holdings Inc., et al.,**                       :   Case No. 08-13555 (JMP)
                                                                 :
                    Debtors.                                     :   (Jointly Administered)
                                                                 :
------------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM**
**OF KOCH REFINING INTERNATIONAL PTE. LTD. (CLAIM NOS. 24275 & 24276)**

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Koch Refining International Pte. Ltd. ("Koch Refining"), by its undersigned attorneys, hereby withdraws (i) its proof of claim against Lehman Brothers Commodity Services Inc., which Koch Refining filed on September 21, 2009, and which is designated as claim number 24276 on the official claims register, and (ii) its proof of claim against Lehman Brothers Holdings Inc., which Koch Refining filed on September 21, 2009, and which is designated as claim number 24275 on the official claims register.  True and correct copies of the withdrawn proofs of claim are attached hereto as Exhibit 1.

- 2 -

| | |
|---|---|
| Dated: November 17, 2011<br>Washington, D.C. | ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By: *Jonathan P. Guy*<br>    Jonathan P. Guy<br>    1152 15th Street, N.W.<br>    Washington, D.C.  20005-1706<br>    Telephone: (202) 339-8400<br>    E-mail: jguy@orrick.com<br><br>*Counsel for Koch Refining International Pte. Ltd.* |

# **EXHIBIT 1**

**Withdrawn Proofs of Claim**

| United States Bankruptcy Court/Southern District of New York | | PROOF OF CLAIM |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000024276 |
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Commodity Services Inc. | Case No. of Debtor<br>08-13885 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Koch Refining International Pte. Ltd.
c/o John Wingate, Senior Counsel, Koch Companies Public Sector, LLC
4111 East 37th Street North, Wichita, KS 67220

With a copy to: Jonathan Guy, Orrick Herrington & Sutcliffe LLP
Columbia Center, 1152 15th Street, N.W., Washington, D.C. 20005

Telephone number: (316) 828-6852    Email Address: John.Wingate@Kochps.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
Koch Refining International Pte. Ltd.
c/o Jessica Estes, Accounting Supervisor
4111 East 37th Street North, Wichita, KS 67220

Telephone number: (316) 828-7724    Email Address: Jessica.Estes@Kochind.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ See addendum.
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☑ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Derivative Contracts. See addendum.
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☑ Other
   Describe: Setoff. See addendum.
   Value of Property: $_____    Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   Amount entitled to priority:
   $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
SEP 21 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 9/18/09
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
Rodger Lindwall, Director    [signature] /mw

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ADDENDUM TO PROOF OF CLAIM OF KOCH REFINING INTERNATIONAL PTE. LTD. AGAINST LEHMAN BROTHERS COMMODITY SERVICES INC.

On October 3, 2008 (the "Petition Date"), Lehman Brothers Commodity Services Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Prior to the Petition Date, the Debtor entered into certain forward contracts and/or swap agreements with Koch Refining International Pte. Ltd. ("KRI"; the contracts, the "KRI Contracts") and certain of KRI's affiliates.[1] As security for the Debtor's obligations under the KRI Contracts, KRI holds a perfected security interest in collateral of the Debtor with an aggregate value of approximately $2,990,000.00. The Debtor's obligations under the KRI Contracts are also guaranteed by the Debtor's affiliate, Lehman Brothers Holdings Inc., which is also a debtor in a bankruptcy case.[2]

The net amounts that are due and owing between the Debtor and KRI on account of the KRI Contracts will be fully determined at a future date. To the extent any amount is due and owing from the Debtor to KRI, KRI has or may have one or more non-contingent claims against the Debtor, some or all of which are secured. No judgment has been rendered, and no payments have been made, on these claims to date. To the extent any amount is due and owing from KRI to the Debtor, KRI reserves the right to exercise all of its setoff rights, among others, including,

---

[1] In accordance with this Court's Order dated July 2, 2009 establishing the deadline and procedures for filing proofs of claim based on derivative contracts, KRI will electronically file documentation evidencing the KRI Contracts on or before October 22, 2009.

[2] Contemporaneous with the filing of this Proof of Claim, KRI is also filing a proof of claim against Lehman Brothers Holdings Inc. based on the guarantee.

without limitation, its right to set off amounts due and owing from the Debtor to KRI's affiliates.[3]

KRI reserves the right to amend and/or supplement this Proof of Claim at any time and in any manner. KRI specifically reserves the right to amend and/or supplement this Proof of Claim for additional claims that may be based on the same or additional documents and/or information. KRI hereby asserts the following additional claims, to the extent that any such claims exist, as to all of which KRI expressly reserves all rights, notwithstanding anything contained in this Proof of Claim: (a) contingent claims; (b) claims which may be currently in amounts not fully ascertainable but to be later provided if such claims are fixed and/or liquidated; and (c) claims as to interest or other charges in addition to the principal amount of this Proof of Claim. KRI further reserves the right to file additional Proofs of Claim for administrative expenses or other claims entitled to priority.

KRI also reserves the right to exercise any and all of its rights and defenses, whether under the Bankruptcy Code, applicable law, or otherwise, including, without limitation, any rights of setoff, recoupment, contribution and/or indemnification, and all rights under sections 553, 556, 560, and 561 of the Bankruptcy Code. KRI further reserves all rights accruing to it, and the filing of this Proof of Claim is not intended to constitute, and shall not be construed as: (a) an election of remedies; (b) a waiver, release or limitation of any rights of KRI against the Debtor or any other person; (c) a consent to termination of the Debtor's liability to KRI by any particular court, including, without limitation, this Court; (d) a consent to the jurisdiction or

---

[3] Contemporaneous with the filing of this Proof of Claim, Koch Supply & Trading Sàrl, Koch Supply & Trading, LP, and Koch Financial Corporation are each filing proofs of claim against the Debtor.

venue of any particular court; or (e) a waiver or release of KRI's right to trial by jury, or a consent by KRI to a trial by jury in this Court or any other court.

KRI files this Proof of Claim to preserve its rights as against the Debtor. To the extent any affiliates or subsidiaries of the Debtor are in bankruptcy and are liable for the amounts described herein, this Proof of Claim shall be deemed as filed against such debtors as well. KRI likewise reserves all of its rights as against any affiliates and subsidiaries of the Debtor that are not in bankruptcy.

#  KOCH

**KOCH COMPANIES PUBLIC SECTOR, LLC**
Legal, Government, Public Affairs

**PAMELA REINKING**
*PARALEGAL*

<u>**VIA OVERNIGHT MAIL**</u>

September 18, 2009

Epic Bankruptcy Solutions, LLC
Attention: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NewYork 10017

Re: Lehman Brothers Holdings Inc., et al. Bankruptcy Case No. 08-13555 (JMP)
Proofs of Claim for Koch Financial Corporation, Koch Supply & Trading, LP, Koch Supply & Trading Sàrl, and Koch Refining International Pte. Ltd.

Dear Sir or Madam:

Enclosed are original Proofs of Claim which have been executed on behalf of Koch Financial Corporation, Koch Supply & Trading, LP, Koch Supply & Trading Sàrl, and Koch Refining International Pte. Ltd. for filing in the referenced bankruptcy, along with a copy of the same.

Please send acknowledgement of the filing of these claims by returning a file-stamped copy of each to me in the self-addressed, stamped envelope.

Thank you for your assistance in this matter.

Sincerely,

*[signature]*

Pamela Reinking

316.828.4783 Tel
316.828.7979 Fax

4111 E. 37th Street North
Wichita, Kansas 67220
pamela.reinking@kochps.com

www.kochind.com     INVISTA     FLINT HILLS resources     Georgia-Pacific     KOCH INDUSTRIES INC

# FedEx US Airbill

FedEx Tracking Number: 8684 4481 7999
Form ID No.: 0215

## 1 From (This portion can be removed for Recipient's records.)

Date: 9-18-09
FedEx Tracking Number: 868444817999
Sender's Name: Pamela Reinting
Phone: 316-828-4080
Company: KOCH INDUSTRIES INC
Address: 4111 E 37TH ST N
City: WICHITA    State: KS    ZIP: 67220-3203

RECEIVED SEP 21 2009

## 2 Your Internal Billing Reference
2001000094

## 3 To
Recipient's Name: Lehman Brothers Holdings Claim Processing
Phone: 
Company: Epic Bankruptcy Solutions, LLC
Recipient's Address: 757 Third Avenue 3rd Floor
City: New York    State: NY    ZIP: 10017

0396073109

Barcode: 8684 4481 7999

## 4a Express Package Service
- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight

## 5 Packaging
- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube

## 6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo

## 7 Payment Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card

Total Packages: 1
Total Weight: 4 P

## 8 Residential Delivery Signature Options
- [x] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 |

# PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000024275

[barcode]

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Koch Refining International Pte. Ltd.
c/o John Wingate, Senior Counsel, Koch Companies Public Sector, LLC
4111 East 37th Street North, Wichita, KS 67220

With a copy to: Jonathan Guy, Orrick Herrington & Sutcliffe LLP
Columbia Center, 1152 15th Street, N.W., Washington, D.C. 20005

Telephone number: (316) 828-6852    Email Address: John.Wingate@Kochps.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
Koch Refining International Pte. Ltd.
c/o Jessica Estes, Accounting Supervisor
4111 East 37th Street North, Wichita, KS 67220

Telephone number: (316) 828-7724    Email Address: Jessica.Estes@Kochind.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ See addendum.
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☒ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Guarantee. See addendum.
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☒ Other
   Describe: Setoff. See addendum.
   Value of Property: $_____    Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**
SEP 21 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>9/18/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Rodger Lindwall, Director    [signature]    JMW |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ADDENDUM TO PROOF OF CLAIM OF KOCH REFINING INTERNATIONAL PTE. LTD. AGAINST LEHMAN BROTHERS HOLDINGS INC.

On September 15, 2008 (the "Petition Date"), Lehman Brothers Holdings Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Prior to the Petition Date, the Debtor's affiliate, Lehman Brothers Commodity Services Inc. ("Lehman Commodity"), entered into certain forward contracts and/or swap agreements with Koch Refining International Pte. Ltd. ("KRI"; the contracts, the "KRI Contracts") and certain of KRI's affiliates.[1] As security for Lehman Commodity's obligations under the KRI Contracts, KRI holds a perfected security interest in collateral of Lehman Commodity with an aggregate value of approximately $2,990,000.00. Lehman Commodity's obligations under the KRI Contracts are also guaranteed by the Debtor (the "Guarantee").

The net amounts that are due and owing between Lehman Commodity and KRI on account of the KRI Contracts will be fully determined at a future date. To the extent any amount is due and owing from Lehman Commodity to KRI, KRI has or may have one or more non-contingent claims against the Debtor on account of the Guarantee. No judgment has been rendered, and no payments have been made, on these claims to date.[2]

KRI reserves the right to amend and/or supplement this Proof of Claim at any time and in any manner. KRI specifically reserves the right to amend and/or supplement this Proof of Claim

---

[1] In accordance with this Court's Order dated July 2, 2009 establishing the deadline and procedures for filing proofs of claim based on guarantees, KRI will electronically file documentation evidencing the KRI Contracts and the Guarantee on or before October 22, 2009.

[2] Contemporaneous with the filing of this Proof of Claim, KRI is also filing a proof of claim against Lehman Commodity.

for additional claims that may be based on the same or additional documents and/or information. KRI hereby asserts the following additional claims, to the extent that any such claims exist, as to all of which KRI expressly reserves all rights, notwithstanding anything contained in this Proof of Claim: (a) contingent claims; (b) claims which may be currently in amounts not fully ascertainable but to be later provided if such claims are fixed and/or liquidated; and (c) claims as to interest or other charges in addition to the principal amount of this Proof of Claim. KRI further reserves the right to file additional Proofs of Claim for administrative expenses or other claims entitled to priority.

KRI also reserves the right to exercise any and all of its rights and defenses, whether under the Bankruptcy Code, applicable law, or otherwise, including, without limitation, any rights of setoff, recoupment, contribution and/or indemnification, and all rights under sections 553, 556, 560, and 561 of the Bankruptcy Code. KRI further reserves all rights accruing to it, and the filing of this Proof of Claim is not intended to constitute, and shall not be construed as: (a) an election of remedies; (b) a waiver, release or limitation of any rights of KRI against the Debtor or any other person; (c) a consent to termination of the Debtor's liability to KRI by any particular court, including, without limitation, this Court; (d) a consent to the jurisdiction or venue of any particular court; or (e) a waiver or release of KRI's right to trial by jury, or a consent by KRI to a trial by jury in this Court or any other court.

KRI files this Proof of Claim to preserve its rights as against the Debtor. To the extent any affiliates or subsidiaries of the Debtor are in bankruptcy and are liable for the amounts described herein, this Proof of Claim shall be deemed as filed against such debtors as well. KRI likewise reserves all of its rights as against any affiliates and subsidiaries of the Debtor that are not in bankruptcy.



## KOCH COMPANIES PUBLIC SECTOR, LLC
Legal, Government, Public Affairs

**PAMELA REINKING**
*PARALEGAL*

<u>VIA OVERNIGHT MAIL</u>

September 18, 2009

Epic Bankruptcy Solutions, LLC
Attention: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NewYork 10017

Re:  Lehman Brothers Holdings Inc., et al. Bankruptcy Case No. 08-13555 (JMP)
     Proofs of Claim for Koch Financial Corporation, Koch Supply & Trading, LP, Koch Supply &
     Trading Sàrl, and Koch Refining International Pte. Ltd.

Dear Sir or Madam:

Enclosed are original Proofs of Claim which have been executed on behalf of Koch Financial Corporation, Koch Supply & Trading, LP, Koch Supply & Trading Sàrl, and Koch Refining International Pte. Ltd. for filing in the referenced bankruptcy, along with a copy of the same.

Please send acknowledgement of the filing of these claims by returning a file-stamped copy of each to me in the self-addressed, stamped envelope.

Thank you for your assistance in this matter.

Sincerely,

Pamela Reinking

316.828.4783 Tel
316.828.7979 Fax

4111 E. 37th Street North
Wichita, Kansas 67220
pamela.reinking@kochps.com

www.kochind.com       INVISTA    FLINT HILLS resources    Georgia-Pacific    KOCH INDUSTRIES INC

# FedEx Express US Airbill

FedEx Tracking Number: 8684 4481 7999
Form ID No: 0215

## 1 From
Date: 9-18-09
FedEx Tracking Number: 868444817999
Sender's Name: Pamela Reinking
Phone: 316-828-4080
Company: KOCH INDUSTRIES INC
Address: 4111 E 37TH ST N
City: WICHITA    State: KS    ZIP: 67220-3203

RECEIVED SEP 21 2009 By: _____

## 2 Your Internal Billing Reference
2001000094

## 3 To
Recipient's Name: Lehman Brothers Holdings Claim Processing
Phone: _____
Company: Epic Bankruptcy Solutions, LLC
Recipient's Address: 757 Third Avenue 3rd Floor
City: New York    State: NY    ZIP: 10017

0396073109

## 4a Express Package Service
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight

## 5 Packaging
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube

## 6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo

## 7 Payment Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card

Total Packages: 1
Total Weight: 4 lbs

## 8 Residential Delivery Signature Options
- [X] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Barcode: 8684 4481 7999