**JULIEN & SCHLESINGER, P.C.**
One Whitehall Street
17th Floor
New York, NY 10004
(212) 962-8020

**KAPLAN LANDAU LLP**
1065 Avenue of the Americas
27th Floor
New York, New York 10018
(212) 593-1700



*Attorneys for Claimants: Richard J. Glasebrook II (Claim No. 9682), Judith Kenney (Claim No. 13929), Richard Nackenson (Claim No. 13968), Henry Ramallo (Claim No. 17607), Chris Reynolds (28442), Marvin C. Schwartz (Claim No. 20244), Stephanie Stiefel (Claim No. 21711), David I. Weiner (Claim No. 18314) and Judith Kenney (Claim No. 13929).*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

                                            Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.    08-13555 (JMP)

                  Debtors.                      (Jointly Administered)
-----------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Julien & Schlesinger, P.C. and Kaplan Landau LLP have been jointly retained as attorneys for Claimants, Richard J. Glasebrook II (Claim No. 9682), Judith Kenney (Claim No. 13929), Richard Nackenson (Claim No. 13968), Henry Ramallo (Claim No. 17607), Chris Reynolds (28442), Marvin C. Schwartz (Claim No. 20244), Stephanie Stiefel (Claim No. 21711) and David I. Weiner (Claim No. 18314) in this action, and demands that a copy of all papers and pleadings in this action be served upon the offices of the undersigned.

Dated: New York, New York
August 16, 2011

| | |
|---|---|
| **JULIEN & SCHLESINGER, P.C.** | **KAPLAN LANDAU, LLP** |
| By: */s/ Michael S. Schlesinger/* | By: */s/ Eugene Neal Kaplan/* |
| Michael S. Schlesinger (MS-0399) | Eugene Neal Kaplan (EK-4229) |
| One Whitehall Street | Patrick Train-Gutiérrez (PT-1015) |
| 17th Floor | 1065 Avenue of the Americas |
| New York, New York 10004 | 27th Floor |
| (212) 962-8020 | New York, New York 10018 |
| | (212) 593-1700 |

*Attorneys for Claimants: Richard J. Glasebrook II (Claim No. 9682), Judith Kenney (Claim No. 13929), Richard Nackenson (Claim No. 13968), Henry Ramallo (Claim No. 17607), Chris Reynolds (28442), Marvin C. Schwartz (Claim No. 20244), Stephanie Stiefel (Claim No. 21711), David I. Weiner (Claim No. 18314) and Judith Kenney (Claim No. 13929).*

## AFFIRMATION OF SERVICE

MICHAEL S. SCHLESINGER, an attorney who is not a party to this action, and is duly licensed to practice in the courts of the State of New York, affirms under penalty of perjury pursuant to CPLR §2106 that I served the annexed Notice Of Appearance, by depositing true and correct copies of same, enclosed in a FedEx Envelope and shipping it First Overnight Express Service under the exclusive care and custody of FedEx the following attorneys of record on August 16, 2011:

>WEIL, GOTSHAL & MANGES LLP
>767 Fifth Avenue
>New York, New York 10153
>Attn:   Robert J. Lemons, Esq.
>          Mark Bernstein, Esq.

*Attorneys for the Debtors*

>OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2
>33 Whitehall Street, 21st Floor
>New York, New York 10004
>Attn:   Tracy Hope Davis, Esq.
>          Elisabeth Gasparini, Esq.
>          Andrea B. Schwartz, Esq.

>MILBANK, TWEED, HADLEY & MCCLOY LLP
>1 Chase Manhattan Plaza
>New York, New York 10005
>Attn:   Dennis F. Dunne, Esq.
>          Dennis O'Donnell, Esq.
>          Evan Fleck, Esq.

*Attorneys for the Official Committee of Unsecured Creditors*

Dated: August 16, 2011

_____
MICHAEL S. SCHLESINGER