**JULIEN & SCHLESINGER, P.C.**
One Whitehall Street
17th Floor
New York, NY 10004
(212) 962-8020

FILED
U.S. BANKRUPTCY
2011 NOV 14 P 3: 36
S.D. OF N.Y.

**KAPLAN LANDAU LLP**
1065 Avenue of the Americas
27th Floor
New York, New York 10018
(212) 593-1700

*Attorneys for Claimant Seth Finkel (Claim No. 18067).*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

LEHMAN BROTHERS HOLDINGS INC., et al.

                     Debtors.
------------------------------------------------------------x

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Julien & Schlesinger, P.C. and Kaplan Landau LLP have been jointly retained as attorneys for Claimant Seth Finkel (Claim No. 18067) in this action and demand that a copy of all papers and pleadings in this action be served upon the offices of the undersigned.

Dated: New York, New York
      November 10, 2011

| JULIEN & SCHLESINGER, P.C. | KAPLAN LANDAU, LLP |
|---|---|
| By: _____ | By: _____ |
| Michael S. Schlesinger (MS-0399) | Eugene Neal Kaplan (EK-4229) |
| One Whitehall Street | Patrick Train-Gutiérrez (PT-1015) |
| 17th Floor | 1065 Avenue of the Americas |
| New York, New York 10004 | 27th Floor |
| (212) 962-8020 | New York, New York 10018 |
| | (212) 593-1700 |

*Attorneys for Claimant Seth Finkel (Claim No. 18067).*

## AFFIRMATION OF SERVICE

**MICHELLE L. POMERANTZ**, an attorney duly admitted to practice law in the State of New York affirms the truth of the following under penalty of perjury:

On November 14, 2011, I served the within

### NOTICE OF APPEARANCE

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

**WEIL, GOTSHAL & MANGES LLP**
*Attorneys for the Debtors*
767 Fifth Avenue
New York, New York 10153
Attn:   Robert J. Lemons, Esq.
        Mark Bernstein, Esq.

**OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2**
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis, Esq.
        Elisabeth Gasparini, Esq.
        Andrea B. Schwartz, Esq.

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for the Official Committee of Unsecured Creditors*
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

Dated:  New York, New York
        November 14, 2011

_____
Michelle L. Pomerantz