JULIEN & SCHLESINGER, P.C.
One Whitehall Street
17th Floor
New York, NY 10004
(212) 962-8020

KAPLAN LANDAU LLP
1065 Avenue of the Americas
27th Floor
New York, New York 10018
(212) 593-1700

*Attorneys for Claimants: Richard J. Glasebrook II (Claim No. 9682), Judith Ann Kenney (Claim No. 13929), Richard Nackenson (Claim No. 13968), Henry Ramallo (Claim No. 17607), Christian Reynolds, (Claim No. 28442), Marvin C. Schwartz (Claim No. 20244), Stephanie Stiefel (Claim No. 21711) and David I. Weiner (Claim No. 18314), Seth Finkel (Claim No. 18067).*

FILED
U.S. BANKRUPTCY COURT
2011 NOV 18  P 12: 15
S.D. OF N.Y.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

LEHMAN BROTHERS HOLDINGS INC., et al.

    Debtors.
-----------------------------------------------------------------x

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as counsel in this case for Claimants, Richard J. Glasebrook II (Claim No. 9682), Judith Ann Kenney (Claim No. 13929), Richard Nackenson (Claim No. 13968), Henry Ramallo (Claim No. 17607), Christian Reynolds, (Claim No. 28442), Marvin C. Schwartz (Claim No. 20244), Stephanie Stiefel (Claim No. 21711) and David I. Weiner (Claim No. 18314), Seth Finkel (Claim No. 18067).

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 18, 2011

JULIEN & SCHLESINGER, P.C.
By: _____
MICHELLE L. POMERANTZ
Attorneys for Claimants
One Whitehall Street
17th Floor
New York, New York 10004
(212) 962-8020

TO:

**WEIL, GOTSHAL & MANGES LLP**
*Attorneys for the Debtors*
767 Fifth Avenue
New York, New York 10153
<u>Attn</u>:   Robert J. Lemons, Esq.
         Mark Bernstein, Esq.

**OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2**
33 Whitehall Street, 21st Floor
New York, New York 10004
<u>Attn</u>:   Tracy Hope Davis, Esq.
         Elisabeth Gasparini, Esq.
         Andrea B. Schwartz, Esq.

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for the Official Committee of Unsecured Creditors*
1 Chase Manhattan Plaza
New York, New York 10005
<u>Attn</u>:   Dennis F. Dunne, Esq.
         Dennis O'Donnell, Esq.
         Evan Fleck, Esq.

## AFFIRMATION OF SERVICE

**MICHELLE L. POMERANTZ**, an attorney duly admitted to practice law in the State of New York affirms the truth of the following under penalty of perjury:

On November 18, 2011, I served the within

**NOTICE OF APPEARANCE**

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

**WEIL, GOTSHAL & MANGES LLP**
*Attorneys for the Debtors*
767 Fifth Avenue
New York, New York 10153
Attn:   Robert J. Lemons, Esq.
        Mark Bernstein, Esq.

**OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2**
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis, Esq.
        Elisabeth Gasparini, Esq.
        Andrea B. Schwartz, Esq.

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
*Attorneys for the Official Committee of Unsecured Creditors*
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

Dated:  New York, New York
        November 18, 2011

_____
Michelle L. Pomerantz