# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

---

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

Chapter 11 Case No. 08-13555 (JMP)

(Jointly Administered)

Ref. Docket No. 21109



---

In re

LEHMAN BROTHERS INC.,

Debtor.

Case No. 08-01420 (JMP) SIPA

Ref. Docket No. 4654

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

NEW YORK COUNTY OF NEW YORK STATE

Antoinette La Belle, being duly sworn, deposes and says:

1. I, Antoinette La Belle, hereby certify that I am a retiree of Lehman Brothers and a beneficiary of the Lehman Brothers Health Care Trust. I am over the age of eighteen years.

P.1 of 2

2. On November 8, 2011, I caused to be served the "Objection to Notice of Joint Motion of Lehman Brothers Holdings Inc. and James W. Giddens, as Trustee for Lehman Brothers Inc., Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (I) for Authorization and Approval of a Stock Purchase Agreement Regarding the VEBA and (II) for Authorization and Approval of a Settlement Regarding the Same," dated October 21, 2011 [Docket No. 4654 in Case No. 08-01420; Docket No. 21109 in Case No. 08-13555], by causing true and correct copies to be:

i. delivered in person/by hand to: Clerk of the Court, United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green Station, New York, New York, 10004 and electronically to James Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc., at giddens@hugheshubbard.com.

ii. enclosed securely in separate postage-prepaid envelopes and delivered via express next morning delivery to the following parties: Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York, 10004, Courtroom 610; attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Ave., New York, New York, 10153, Attn: Richard P. Krasnow, Esq.; attorneys for the SIPA Trustee, Hughes Hubbard and Reed LLP, One Battery Park Plaza, New York, New York, 10004, Attn: Jeffrey S. Margolin, Esq.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____

Antoinette La Belle

Sworn to before me this

__8__ day of November, 2011

_____

Notary Public, State of New York

SANDRA L NEWSOM
Notary Public - State of New York
NO. 01NE6226214
Qualified in Queens County
My Commission Expires 8/2/14

#

Qualified in __Queens__ County

Commission Expires _____