UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                          :        Chapter 7
                                               :
LEHMAN BROTHERS HOLDINGS INC.,  :        Case No. 08-13555 (JMP)
                                               :
                                               :
          Debtors.                    :
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

JEANNETTE MUNNE, being sworn, deposes and says:

1. I am not a party to this action, am over eighteen years of age, am a resident of Richmond County, and am an employee of Fox Rothschild LLP, 100 Park Avenue, 15th Floor, New York, New York 10017.

2. On November 11, 2011, I served a true and correct copy of Right Management Inc.'s Response in Opposition to Debtors' One Hundred and Fifty-First Omnibus Objection to Claims (No Liability Claims) [DE 22019], and its related exhibit upon the following parties by depositing true and correct copies of the same via Federal Express:

Weil, Gotshal & Manges LLP
Attorneys for Debtors
767 Fifth Avenue
New York, NY 10153
Attn: Robert Lemons, Esq.
      Mark Bernstein, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
      Elisabetta Gaspirini, Esq.
      Andrea Schwartz, Esq.

NY1 553793v1 11/18/11

Milbank, Weed, Hadley & McCloy LLP
Attorneys for the Official Committee of Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
      Dennis O'Donnell, Esq.

3.      On November 18, 2011, I also served a true and correct copies of the Declaration of Kathleen Cummings in Support of Right Management Inc.'s Response to Debtors' One Hundred Fifty-First Omnibus Objection to Claims [DE 22319], and its related exhibit, upon the above-listed parties by depositing a true and correct copy of the same enclosed in a first class, post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                          /s/ Jeannette Munne
                                          Jeannette Munne

Sworn to before me this
18th day of November, 2011

/s/ Heather Wrenn
Heather Wrenn
Notary Public, State of New York
No. 01WR6134614
Qualified in Queens County
Commission Expires October 3, 2013

NY1 553793v1 11/18/11