UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                :

In re                                                :      Chapter 11 Case No.
                                                :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :      08-13555 (JMP)
                                                :

                       Debtors.                  :      (Jointly Administered)
                                                :
                                                :
----------------------------------------------------------------x

## ORDER PURSUANT TO SECTIONS 105, 363, AND 365 OF THE BANKRUPTCY CODE ESTABLISHING PROCEDURES FOR THE CONSENSUAL AMENDMENT AND ASSUMPTION OF CERTAIN NON-TERMINATED PREPETITION DERIVATIVES CONTRACTS

Upon the motion, dated October 26, 2011 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), pursuant to sections 105, 363, and 365 of the Bankruptcy Code (the "Bankruptcy Code"), Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 6006-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), for entry of an order establishing procedures (the "Amendment and Assumption Procedures") authorizing the Debtors to amend and assume certain Derivatives Contracts[1] with various Counterparties, including the satisfaction of all cure obligations and the payment of all fees and expenses (the "Fees") in connection with providing substitute performance or other adequate assurance, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered June 17, 2010 governing case management and administrative procedures [ECF No. 9635] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors (the "Creditors' Committee"); (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are authorized, with the consent of the Counterparty to the Derivatives Contract and the consent of the Creditors' Committee, to: (i) amend and assume any Derivatives Contract, (ii) determine any amounts to be paid to cure existing defaults (the "Cure Amount") under such contract, and (iii) satisfy all Cure Amounts and pay all Fees incurred in connection with securing substitute performance or other adequate assurance in connection with a Derivatives Contract that is subject to such amendment and assumption (collectively, the "Amendment and Assumption Procedures"), all without further order of this Court; and it is further

2

ORDERED that the Debtors are authorized and have full requisite power and authority to enter into and consummate all instruments and documents, and take such other actions, as may be necessary or appropriate to amend and assume any Derivatives Contracts and to implement and effectuate amendments and assumptions pursuant to the Amendment and Assumption Procedures, including to purchase or secure substitute performance or another form of adequate assurance of future performance and to pay all fees and expenses in connection therewith; and it is further

ORDERED that nothing in the Motion shall be deemed to be an admission of fact by any of the Debtors, for any purposes whatsoever, concerning the purported amendment or assumption of any of the Derivatives Contracts; and it is further

ORDERED that entry of this Order is without prejudice to the rights of the Debtors, including, but not limited to, the right to seek further, other, or different relief regarding the Derivatives Contracts pursuant to, among other things, section 365 of the Bankruptcy Code; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rules 6006(a) and 9014 are satisfied; and it is further

ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 6006(d), Local Rule 6006-1, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

4

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order and/or the terms of any amendment and/or assumption consummated pursuant to the terms of the Amendment and Assumption Procedures.

Dated: New York, New York
       November 18, 2011

                                  *s/ James M. Peck*
                                  Honorable James M. Peck
                                  United States Bankruptcy Judge