WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                          :
**In re**                                                 :        **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :        **08-13555 (JMP)**
                                                          :
                            **Debtors.**                  :        **(Jointly Administered)**
                                                          :
-------------------------------------------------------------------x

**NOTICE OF (I) ADJOURNMENT OF HEARING ON THE DEBTORS'
PROPOSED ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES PURSUANT TO THIRD AMENDED JOINT
CHAPTER 11 PLAN, AND (II) DATE FOR DEBTORS' FILING OF PLEADINGS IN
SUPPORT OF CONFIRMATION OF THIRD AMENDED JOINT CHAPTER 11 PLAN**

On September 1, 2011, Lehman Brothers Holdings Inc. and its affiliated debtors

in the above-referenced cases under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code"), as debtors-in-possession (the "Debtors"), filed their Third Amended Joint

Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, ECF No. 19627 (the "Plan").[1]

A hearing on the confirmation of the Plan (the "Confirmation Hearing") will be held before the

Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy

Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the
Plan.

New York 10004 (the "Bankruptcy Court") on December 6, 2011 at 10:00 a.m. (Prevailing

Eastern Time).  Several parties filed objections to the confirmation of the Plan (the "Plan

Objections").

      **PLEASE TAKE NOTICE** that objections to the Debtors' proposed assumption

of the executory contracts and unexpired leases listed on Exhibit 2 of the Plan Supplement, dated

October 25, 2011, ECF No. 21254 (as amended from time to time through the Confirmation

Date, the "Plan Supplement") docketed as of November 17, 2011, are set forth on Exhibit A

hereto (the "Assumption Objections").  The executory contracts that are the subject of the

Assumption Objections are hereinafter referred to as the "Contested Contracts."

      **PLEASE TAKE FURTHER NOTICE** that the hearing on the Debtors'

proposed assumption of the Contested Contracts (the "Contested Contract Hearing") is hereby

adjourned until February 14, 2012 at 10:00 a.m. (Prevailing Eastern Time), and the deadline for

the Debtors to file replies in connection therewith shall be February 10, 2012 at 4:00 p.m.

(Prevailing Eastern Time).  The Debtors' proposed assumption of the Contested Contracts shall

not, therefore, be considered by the Bankruptcy Court at the Confirmation Hearing.

      **PLEASE TAKE FURTHER NOTICE** that the Debtors and certain

counterparties to the Debtors' executory contracts have agreed to defer without date all disputes

in connection with the Debtors' proposed assumption of the executory contracts set forth on

Exhibit B hereto (the "Deferred Contracts").

      **PLEASE TAKE FURTHER NOTICE** that the hearing on the Debtors'

proposed assumption of the Deferred Contracts shall be scheduled by the Debtors, with leave

from the Bankruptcy Court, on a date to be determined with at least 30 days notice to the

counterparties to the Contested Contracts, or as otherwise agreed by the Debtors and the

applicable counterparties.  The Debtors' proposed assumption of the Deferred Contracts shall

not, therefore, be considered by the Bankruptcy Court at the Confirmation Hearing.

       **PLEASE TAKE FURTHER NOTICE** that the Debtors' proposed assumption

of the executory contracts and unexpired leases listed on Exhibit 2 of the Plan Supplement, and

the other executory contracts assumed pursuant to Sections 11.1, 11.5 and 11.6 of the Plan, other

than the executory contracts and unexpired leases set forth on Exhibits A or B hereto, shall be

considered by the Bankruptcy Court at the Confirmation Hearing.

       **PLEASE TAKE NOTICE** that the Debtors shall file their responses to the Plan

Objections, and other pleadings in support of confirmation of the Plan, on or before November

29, 2011 at 4:00 p.m. (Prevailing Eastern Time).

Dated:  November 18, 2011
      New York, New York

                /s/ Jacqueline Marcus
                Jacqueline Marcus
                Robert J. Lemons

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

**Exhibit A**
**(Assumption Objections)**

## ASSUMPTION OBJECTIONS[1]

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|--------|-----------|------------|------------|
| 1. | Objection to Assumption by Debtors of Prepetition Derivative Contracts (Asbury Atlantic, Inc.)<br><br>Statement on behalf of Asbury Atlantic, Inc., Asbury-Solomons, Inc. | 21505 and 21598 | 11/2/11 |
| 2. | Limited Objection of Access VP High Yield Fund, Falling U.S. Dollar ProFund, Access Flex High Yield Fund and Falling US Dollar ProFunds VP to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21527 | 11/2/11 |
| 3. | Limited Objection to Assumption of Agreements (IBM Personal Pension Plan Trust) | 21535 | 11/2/11 |
| 4. | Limited Objection to Proposed Assumption of Executory Contracts (GMAC Mortgage, LLC) | 21556 | 11/03/11 |
| 5. | Objection to Confirmation of Third Amended Joint Plan (Greenbrier Minerals Holdings, LLC) | 21577 | 11/04/11 |
| 6. | Limited Objection of Boultbee (Helsinki) AB and Boultbee (Vasteras) AB to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21583 | 11/4/11 |
| 7. | Statement and Response of Adventist Healthcare MD Regarding Proposed Assumption of Certain Swap Agreements Pursuant to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21584 | 11/4/11 |
| 8. | Statement and Response of Rockford Memorial Hospital Regarding Proposed Assumption of Certain Swap Agreements Pursuant to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21586 | 11/4/11 |
| 9. | Statement and Response of Saint Louis University Regarding Proposed Assumption of Certain Swap Agreements Pursuant to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21587 | 11/4/11 |

---

[1] The Debtors reserve all of their rights to object to any pleading on any ground, including timeliness.

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|--------|-----------|------------|------------|
| 10. | Limited Objection to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, and Objection to Debtors' Proposed Assumption of Contract filed by Howard S. Beltzer on behalf of Fortis Bank NV/SA | 21591 | 11/4/11 |
| 11. | Limited Objection of State Street Bank and Trust Company to Assumption of Agreement as Set Forth in Plan Supplement | 21596 | 11/4/11 |
| 12. | Objection of Aberdeen Fund Management Limited, Aberdeen Asset Management Investment Services Limited, and Aberdeen Asset Managers Limited to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21597 | 11/4/11 |
| 13. | Limited Objection of The Buck Institute For Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21599 | 11/4/11 |
| 14. | Limited Opposition of The Massachusetts Development Finance Authority to Assumption of Executory Contracts | 21601 | 11/4/11 |
| 15. | Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors; Declaration of David R. Seligman in Support of Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21602 and 21606 | 11/4/11 |
| 16. | Objection to Confirmation of Amended Plan by Giants Stadium LLC | 21604 | 11/4/11 |
| 17. | Objection of Adventist Health System/Sunbelt, Inc. to the Debtors' Proposed Assumption of Contracts | 21610 | 11/4/11 |
| 18. | Joinder of BNY Mellon Corporate Trustee Services Limited in Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21616 | 11/4/11 |
| 19. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21626 | 11/4/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|--------|-----------|------------|------------|
| 20. | Objection of the University of Pittsburgh to Debtors Proposed Assumption and Assignment of Derivatives Agreement as Set Forth in Plan Supplement and Limited Objection to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21629 | 11/4/11 |
| 21. | Limited Objection and Reservation of Rights with Regard to Debtors' Third Amended Joint Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (Richard Hayne) | 21630 | 11/4/11 |
| 22. | Objection of Bank of Montreal to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Including But Not Limited to the Assumption of the Master Agreement | 21632 | 11/4/11 |
| 23. | Objection of the Dante Noteholders to the Debtors' Assumption of Certain Derivative Contracts; Declaration of Andrew K. Glenn | 21633 and 21657 | 11/4/11 |
| 24. | Objection of The Loreley Noteholders to the Debtors Assumption of Certain Derivative Contracts | 21634 | 11/4/11 |
| 25. | Joinder of BNY Mellon Corporate Trustee Services Limited in Objection of the Dante Noteholders to the Debtors Assumption of Certain Derivative Contracts | 21639 | 11/4/11 |
| 26. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21655 | 11/4/11 |
| 27. | Limited Objection and Reservation of Rights of Ohio Housing Finance Agency to the Proposed Assumption of Executory Contracts | 21671 | 11/4/11 |
| 28. | Objection of Blue Mountain Credit Alternatives Master Fund L.P. to Assumption of a Certain Executory Contract | 21672 | 11/4/11 |
| 29. | Objection to Motion to Assume Executory Contract (United Church Of Christ Retirement Community, Inc. d/b/a Havenwood Heritage Heights) | 21699 | 11/7/11 |
| 30. | Objection of Sumitomo Mitsui Banking Corporation in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21719 | 11/7/11 |
| 31. | Objection of Ally Investment Management LLC in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21725 | 11/7/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|--------|-----------|------------|------------|
| 32. | Objection of Canadian Imperial Bank of Commerce With Respect to Debtors' Plan Supplement and Notice of Proposed Assumption of Executory Contracts | 21779 | 11/8/11 |
| 33. | Limited Objection and Reservation of Rights of Mountain States Properties Inc. to Proposed Assumption of Executory Contracts | 21786 | 11/9/11 |
| 34. | Limited Objection and Reservation of Rights of York Hospital to Proposed Assumption of Executory Contracts | 21788 | 11/9/11 |
| 35. | Objection of AFCO Cargo PIT LLC to Debtors Plan Supplement and Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21789 | 11/9/11 |
| 36. | Objection of Federal Home Loan Bank of Indianapolis to Assumption of Agreements as Set Forth in Plan Supplement | 21792 | 11/9/11 |
| 37. | Response of Kline Galland to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21795 | 11/9/11 |
| 38. | Objection to Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code (Iberdrola Renewables Energies USA, Ltd., Iberdrola Renewables, Inc., fka PPM Energy, Inc.) | 21801 | 11/9/11 |
| 39. | Objection of ITV PLC And Carlton Communications Limited in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21802 | 11/9/11 |
| 40. | Objection of Waterstone Capital Advisors LLC in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21813 | 11/9/11 |
| 41. | Limited Objection of Franklin W. Olin College of Engineering, Inc. to Debtors' Proposed Assumption of Contracts | 21814 | 11/9/11 |
| 42. | Limited Objection of Credit Agricole Corporate and Investment Bank to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21815 | 11/9/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 43. | Objection of Chapel Hill Retirement Center, Inc. to Debtors' Assumption of Derivative Contract | 21819 | 11/9/11 |
| 44. | Limited Objection and Reservation of Rights of Utah Housing Corp. (ME), Utah Housing Corporation (ME) and Utah Housing Finance Agency to Proposed Assumption of Executory Contracts | 21820 | 11/9/11 |
| 45. | Response to Debtors' Notice of Proposed Assumption of Executory Contracts With FF Thompson Foundation Inc. and The Frederick Ferris Thompson Hospital And Objection To Plan Supplement | 21821 | 11/9/11 |
| 46. | Objection of The Toronto-Dominion Bank to Debtors' Assumption of Derivative Contracts and Proposed Cure Amount | 21823 | 11/9/11 |
| 47. | Reservation of Rights of Bank of Montreal to Debtors Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivatives Contracts | 21824 | 11/9/11 |
| 48. | Objection of Commonwealth of Virginia Tobacco Settlement Financing Corporation to Debtors' Assumption of Derivative Contract and Proposed Cure Amount | 21825 | 11/9/11 |
| 49. | Objection of Fuller Theological Seminary to Debtors' Assumption of Derivative Contracts | 21829 | 11/9/11 |
| 50. | Reservation of Rights of U.S. Bank National Association to Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivative Contracts | 21833 | 11/9/11 |
| 51. | Limited Objection of Saint Joseph's University to the Assumption of Terminated Swaps as Part of the Confirmation of the Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21835 | 11/9/11 |
| 52. | Objection of Mizuho Corporate Bank Ltd. to Lehman Brothers Commercial Corporation's Proposed Assumption of Purported Executory Contracts Listed on Exhibit 2 of the Plan Supplement | 21837 | 11/9/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|--------|-----------|------------|------------|
| 53. | Response and Reservation of Rights of Ethias SA With Respect to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21838 | 11/9/11 |
| 54. | Oaklawn Psychiatric Center's Objection to LBSF's Assumption of Derivative Contract | 21839 | 11/9/11 |
| 55. | Limited Objection and Reservation of Rights of Riddle Memorial Hospital Health Care Center III Associates to Proposed Assumption of Executory Contracts | 21840 | 11/9/11 |
| 56. | Objection of Mizuho Securities Co., Ltd. to Lehman Brothers Special Financing Inc.'s Proposed Assumption of Purported Executory Contracts Listed on Exhibit 2 of the Plan Supplement | 21841 | 11/9/11 |
| 57. | Objection of Mizuho International plc to Lehman Brothers Special Financing Inc.'s Proposed Assumption of Purported Executory Contracts Listed on Exhibit 2 of the Plan Supplement | 21842 | 11/9/11 |
| 58. | Objection in Connection With Debtors' Plan Supplement and Notice of Proposed Assumption of Executory Contracts | 21843 | 11/9/11 |
| 59. | Limited Objection of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC to Proposed Assumption of Loan Agreements as Set Forth in Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21844 | 11/9/11 |
| 60. | Objection of Southwestern Ohio Seniors Services, Inc. to Assumption of Executory Contract | 21845 | 11/9/11 |
| 61. | Objection of DZ Bank Ireland Plc to Lehman Brothers Special Financing Inc.'s Proposed Assumption of Purported Executory Derivative Contracts Listed on Exhibit 2 of the Plan Supplement | 21846 | 11/9/11 |
| 62. | Objection of Hess Corporation and Hess Energy Power & Gas Company (UK) Limited to Assumption of Purported Executory Derivative Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and Its Affiliated Debtors | 21848 | 11/9/11 |
| 63. | Objection to Proposed Assumption of Derivative Contracts and Proposed Cure Amounts (Robert A. Schoellhorn Trust) | 21850 | 11/9/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|:---:|:---|:---:|:---:|
| 64. | Response and Reservation of Rights of Ethias SA with Respect to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21854 | 11/10/11 |
| 65. | Objection of Royal Bank of Canada to the Assumption of ISDA Master Agreements by Lehman Brothers Commercial Corporation and Lehman Brothers Special Financing, Inc. | 21857 | 11/10/11 |
| 66. | Objection of Federal Home Loan Bank of New York to the Assumption of ISDA Master Agreement by Lehman Brothers Special Financing, Inc. | 21859 | 11/10/11 |
| 67. | Objection of Nordea Bank AB (publ) and Nordea Bank Finland PLC to Debtors' Proposed Assumption of Their Derivative Contracts Listed on Exhibit 2 of the Plan Supplement | 21869 | 11/10/11 |
| 68. | Objection of JPMorgan Chase & Co., Bear Sterns Bank PLC, Bear Sterns Credit Products Inc., Bear Sterns Forex Inc. and Bear Sterns International Limited to Proposed Assumption of Contracts Pursuant to Deptors' Third Amended Joint Chapter 11 Plan | 21871 | 11/10/11 |
| 69. | Objection of Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company to Assumption of Swap Agreements | 21872 | 11/10/11 |
| 70. | Objection of JR Moore, LP to Assumption of Agreements as set Forth in Plan Supplement | 21874 | 11/10/11 |
| 71. | Objection of Moore Macro Fund, LP to Assumption of Agreements as set Forth in Plan Supplement | 21875 | 11/10/11 |
| 72. | Objection to Confirmation of Amended Plan (California Housing Finance Agency) | 21876 | 11/10/11 |
| 73. | Objection of Moore Macro Markets Fund (Master), LP to Assumption of Agreements as set Forth in Plan Supplement | 21877 | 11/10/11 |
| 74. | Objection to Confirmation of Amended Plan (Regents of the University of California) | 21878 | 11/10/11 |
| 75. | Objection of SJL Moore, Ltd to Assumption of Agreements as set Forth in Plan Supplement | 21879 | 11/10/11 |
| 76. | Objection to Confirmation of Amended Plan (County of Sacramento, California) | 21880 | 11/10/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|--------|-----------|------------|------------|
| 77. | Objection of Citadel Equity Fund Ltd. to Assumption of Agreements as set Forth in Plan Supplement | 21881 | 11/10/11 |
| 78. | Objection Obection of Tokyo Gas Co. Ltd. to Debtors' Proposed Assumption of Purported Executory Contracts on Exhibit 2 of the Plan Supplement | 21882 | 11/10/11 |
| 79. | Objection to Confirmation of Amended Plan (The Airport Commission of the City and County of San Francisco) | 21883 | 11/10/11 |
| 80. | Objection to Confirmation of Amended Plan (Idaho Housing and Finance Association) | 21884 | 11/10/11 |
| 81. | Amended Limited Objection of the Buck Institute for Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21886 | 11/10/11 |
| 82. | Objection and Reservation of Rights by Simpson Meadows to Debtors' Notice of Proposed Assumption of Executory Contracts | 21887 | 11/10/11 |
| 83. | Limited Objection of Florida Power & Light Company and FPL Energy Power Marketing, LLC to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21888 | 11/10/11 |
| 84. | Objection and Reservation of Rights by Jenner's Pond to Debtors' Notice of Proposed Assumption of Executory Contracts | 21891 | 11/10/11 |
| 85. | Limited Objection of Prudential Investment Management, Inc. to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21892 | 11/10/11 |
| 86. | Limited Objection and Reservation of Rights of The Haverford School to Proposed Assumption of Executory Contracts | 21895 | 11/10/11 |
| 87. | Objection of Sankaty Credit Opportunities III, L.P. to Debtors' Proposed Assumption of Certain Derivative Agreements | 21896 | 11/10/11 |
| 88. | Statement and Reservation of Rights of Sankaty Special Situations I, L.P. with Respect to Debtors' Proposed Assumption of Derivative Agreements | 21897 | 11/10/11 |
| 89. | Objection of SunTrust Bank to (I) Detors' Plan Supplement to Third Amended Joint Chapter 11 Plan and (II) Notice of Proposed Assumption of Executory Contracts | 21898 | 11/10/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|--------|-----------|------------|------------|
| 90. | Objection of Massachusetts Housing Finance Agency to Debtors' Proposed Assumption of ISDA Master Agreements | 21899 | 11/10/11 |
| 91. | Objection of FirstCaribbean International Bank (Bahamas) Limited in Connection with Debtors' Plan Supplement and Notice of Proposed Assumption of Executory Contracts | 21900 | 11/10/11 |
| 92. | Limited Objection of Commerzbank AG, as Successor to Dresdner Bank AG, to Assumption of Derivatives Contracts as set forth in the Plan Supplement | 21901 | 11/10/11 |
| 93. | Limited Objection of Goldman Sachs Asset Management, L.P., et al. to the Debtors' Proposed Assumption of Certain Derivative Contracts Listed on Exhibit 2 of the Plan Supplement | 21903 | 11/10/11 |
| 94. | Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21904 | 11/10/11 |
| 95. | Objection of Giants Stadium LLC to Debtors' Proposed Assumption of Terminated Contracts | 21905 | 11/10/11 |
| 96. | Anthracite Balanced Company (R-26) Ltd's Objection to the Debtors' Proposed Assumption of Derivative Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21907 | 11/10/11 |
| 97. | Joinder of BNY Mellon Corporate Trustee Services Limited in Response and Reservation of Rights of Ethias SA With Respect to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21908 | 11/10/11 |
| 98. | Magnetar Capital, LLC's Objection to the Debtors' Proposed Assumption of Derivative Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21910 | 11/10/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 99. | Objection of LBBW Luxemburg S.A. and Landesbank Baden-Wurttemberg to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Declaration of Edward A. Smith in Support of Objection of LBBW Luxemburg S.A. and Landesbank Baden-Wurttemberg | 21911 and 21924 | 11/10/11 |
| 100. | Objection to Confirmation of Amended Plan (Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A.) | 21912 | 11/10/11 |
| 101. | Objection and Reservation of Rights filed (Bell Trace Obligated Group) | 21913 | 11/10/11 |
| 102. | Objection to Confirmation of Amended Plan (Guam Power Authority) | 21916 | 11/10/11 |
| 103. | Reservation of Rights by Mirabella with Respect to Debtors' Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21918 | 11/10/11 |
| 104. | Objection to Confirmation of Amended Plan (Guam Economic Development Authority) | 21919 | 11/10/11 |
| 105. | Objection of Bank of America, National Association, Successor by Merger with LaSalle Bank National Association, Solely in its Capacity as Trustee under that Certain Indenture dated as of October 17, 2006 among Libra CDO Limited., as Issuer Libra CDO LLC, as Co-Issuer and LaSalle Bank National Association, as Trustee, with Respect to Debtors' Plan Supplement to Third Amended Joint Chapter 11 Plan | 21920 | 11/10/11 |
| 106. | Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit-Linked Synthetic Portfolio Notes Due 2043 to the Debtors' Proposed Assumption of an ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21921 | 11/10/11 |
| 107. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21922 | 11/10/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|--------|-----------|------------|------------|
| 108. | Objection of the Lincoln National Life Insurance Company to Assumption of Agreement and Limited Objection to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21923 | 11/10/11 |
| 109. | Objection of the Bank of New York Mellon, as Trustee for the Peru 1998 Trust, to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21925 | 11/10/11 |
| 110. | Objection by Eskaton Properties, Incorporated to Debtors' Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21926 | 11/10/11 |
| 111. | Objection of Thomas Cook AG to Debtors' Assumption of Certain Derivatives Contracts and to Confirmation of Chapter 11 Plan | 21927 | 11/10/11 |
| 112. | Partial Joinder of Bank of America, National Association, Successor by Merger with Lasalle Bank National Association, Solely in its Capacity as Trustee Under that Certain Indenture Dated as of March 6, 2007 Among Pyxis ABS CDO 2007-1 Ltd., as Issuer, Pxyis ABS CDO 2007-1 LLC, as Co-Issuer and Lasalle Bank National Association, as Trustee, to the Objection of Canadian Imperial Bank of Commerce with Respect to Debtors Plan Supplement | 21928 | 11/10/11 |
| 113. | Objection of Unicredit Bank AG, London Branch with Respect to Ruby Finance Public Limited Company Series 2005-1 Class A2 Notes, Class A3 Notes, Class A4 Notes, Class A5 Notes, Class A6 Notes, Class A7 Notes, Class A8 Notes and Class A9 Notes to the Debtors' Proposed Assumption of ISDA Master Agreement and the Transactions Thereunder Pursuant to Confirmation of the Debtors' Third Amended Joint Plan | 21929 | 11/10/11 |
| 114. | Objection to Confirmation of Amended Plan (Ballyrock ABS CDO 2007-1 Limited) | 21930 | 11/10/11 |
| 115. | Limited Objection of Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc. to the Proposed Assumption of a Certain Swap Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21931 | 11/10/11 |
| 116. | Blackrock, Inc. Objection to Debtor's Proposed Assumption of Derivative Contracts | 21932 | 11/10/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 117. | Protective Objection of Bank of Montreal to the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21933 | 11/10/11 |
| 118. | Objection of Italease Finance S.p.A. in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21934 | 11/10/11 |
| 119. | Objection Limited Joinder in Objection of The Lincoln National Life Insurance Company to Assumption of Agreement<br><br>Declaration of R. Jeffery Black in Support of Objection of The Lincoln National Life Insurance Company | 21935 and 21939 | 11/10/11 |
| 120. | Principal Life Insurance Company Objection to the Debtors' Proposed Assumption of Derivative Contracts | 21938 | 11/10/11 |
| 121. | Limited Objection and Joinder Of BNY Mellon Corporate Trustee Services Limited in Objection of LBBW Luxemburg S.A. and Landesbank Banden Wrttemberg to the Debtors Assumption of Certain Derivatives Contracts | 21943 | 11/10/11 |
| 122. | Supplemental Objection and Joinder Of BNY Mellon Corporate Trustee Services Limited in Supplemental Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21946 | 11/10/11 |
| 123. | Objection of Access Group, Inc. to Cure Amounts for Proposed Assumption of Executory Contracts | 21947 | 11/10/11 |
| 124. | Objection and Reservation of Rights of LVFN Partners, L.P. to Debtors' Proposed Assumption of Certain Contracts Pursuant to Their Third Amended Joint Chapter 11 Plan<br><br>Declaration of Luke A. Barefoot in Support of Objection and Reservation of Rights of LVFN Partners, L.P. | 21948 and 21952 | 11/10/11 |
| 125. | Limited Objection of Liberty Square CDOI, Ltd. and Liberty Square CDO II, Ltd. to the Debtors' Proposed Assumption of Contracts set forth in the Plan Supplement | 21949 | 11/10/11 |
| 126. | Limited Objection of Tempe Life Care Village, Inc., d/b/a, Friendship Village of Tempe to Debtors' Proposed Assumption of Contracts | 21951 | 11/10/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 127. | Objection of Delphi Financial Group, Inc. to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21955 | 11/10/11 |
| 128. | Limited Objection and Joinder of BNY Mellon | 21956 | 11/10/11 |
| 129. | Limited Objection and Joinder of BNY Mellon Corporate Trustee Services Limited in the Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit-Linked Synthetic Portfolio Notes Due 2043 to the Debtors Proposed Assumption of An ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors Third Amended Joint Plan | 21959 | 11/10/11 |
| 130. | Objection of HBK Investments L.P. as Collateral Manager, on behalf of Gemstone CDO VI Ltd. and Gemstone CDO VI Corp. to the Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan | 21964 | 11/10/11 |
| 131. | Limited Objection and Reservation of Rights of Longwood at Oakmont to Proposed Assumption of Purported Executory Contract | 21967 | 11/10/11 |
| 132. | Limited Objection and Reservation of Rights of Presbyterian SeniorCare to Proposed Assumption of Purported Executory Contract | 21968 | 11/10/11 |
| 133. | Objection of Wellmont Health System to Debtors' Proposed Assumption of Certain Executory Contracts Pursuant to Third Amended Plan | 21969 | 11/10/11 |
| 134. | Objection of Federal Home Loan Bank of Dallas to Debtors' Proposed Cure Amount, to Proposed Procedures Governing Assumption of Executory Contracts, and to Proposed Limitations on the Right of Setoff | 21970 | 11/10/11 |
| 135. | Objection of the Bank of New York Mellon, as Agent, to Assumption of Sealink Funding Limited Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22004 | 11/11/11 |
| 136. | Objection of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22010 | 11/11/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 137. | Objection of the Commonwealth of Puerto Rico and the Puerto Rico Sales Tax Financing Corporation to the Debtors' Proposed Assumption of Swap Agreements and Swap Transactions | 22016 | 11/11/11 |
| 138. | Objection of OneWest Bank, FSB To Terms Of Proposed Assumption of Residential Loan Servicing Agreement | 22041 | 11/14/11 |
| 139. | Limited Objection of Rockford Memorial Hospital Regarding Proposed Assumption of Swap Agreement and Related Cure Amount | 22044 | 11/14/11 |
| 140. | Limited Objection of Presbyterian Homes Regarding Proposed Assumption of Swap Agreement and Related Cure Amount | 22046 | 11/14/11 |
| 141. | Memorial Hospital's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Plan | 22047 | 11/14/11 |
| 142. | East Bay Municipal Utility District's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 22070 | 11/14/11 |
| 143. | First Data Corporation's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 22072 | 11/14/11 |
| 144. | Objection and Reservation of Rights of Horizon II International Limited to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22081 | 11/14/11 |
| 145. | Limited Objection and Reservation of Rights of AIG Markets Inc. to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22082 | 11/14/11 |
| 146. | Objection of Swiss Re Financial Products Corporation to Assumption of Derivative Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22084 | 11/14/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|--------|-----------|------------|------------|
| 147. | Objection of CNP Assurances and Anthracite Investments (Ireland) PLC to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22088 | 11/14/11 |
| 148. | Objection of Marietta Crossing Partners, LLC, Holcomb Bridge Partners, LLC, and Serrano Partners, LLC to Proposed Cure Amounts in Connection with the Assumption of Their Contracts | 22089 | 11/14/11 |
| 149. | Objection of CWCapital EY REIT LB2 LLC to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22091 | 11/14/11 |
| 150. | Objection of American Municipal Power, Inc. to Proposed Assumption of Derivatives Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22093 | 11/14/11 |
| 151. | Objection of Government of Singapore Investment Corporation Pte. Ltd. to Proposed Assumption of Derivatives Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22095 | 11/14/11 |
| 152. | Objection of Oak Hill Credit Partners IV Limited to the Debtors' Proposed Assumption of Certain Executory Contracts | 22104 | 11/14/11 |
| 153. | Joinder Of HSBC Bank USA, National Association, As Trustee, In Part To The Objection Of The Bank Of New York Mellon, The Bank Of New York Mellon Trust Company, N.A. And BNY Corporate Trustee Services Limited To Assumption Of Derivative Contracts Pursuant To The Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors And Reservation Of Rights | 22107 | 11/14/11 |
| 154. | Objection of CQS ABS Master Fund Limited to the Debtors' Proposed Assumption of Certain Executory Contracts | 22109 | 11/14/11 |
| 155. | Joinder of Michigan State Housing Development Authority, West Point Housing LLC and Carnegie Institution of Washington in Objections to Proposed Assumption of Terminated Contracts | 22163 | 11/15/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|--------|-----------|------------|------------|
| 156. | Objection of Anthracite Balanced Company (Discover 1) Ltd., et al to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22175 | 11/15/11 |
| 157. | Objection to Motion /Limited Objection of HD Supply, Inc. to Assumption of Executory Contracts | 22203 | 11/16/11 |
| 158. | Limited Objection And Reservation Of Rights Of SPCP Group, LLC, With Respect To Debtors' Plan Supplement And Notices Of Proposed Assumption Of Derivatives Contracts Set Forth In Plan Supplement | 22208 | 11/16/11 |
| 159. | Objection of Eurosail 2006-1 PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan Of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22222 | 11/16/11 |
| 160. | Limited Objection of Consumer Unsecured Reperforming Loans (CURL) PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22224 | 11/16/11 |
| 161. | Objection of Eurosail 2006-3NC PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22225 | 11/16/11 |
| 162. | Objection of Eurosail 2006-2BL PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22227 | 11/16/11 |
| 163. | Limited Objection of Eurosail-UK 2007-2NP PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22229 | 11/16/11 |
| 164. | Letter from Steven Knous regarding Golf Club Membership Dues | 22259 | 11/7/11 |

| NUMBER | OBJECTION | ECF NUMBER | DATE FILED |
|--------|-----------|------------|------------|
| 165. | Amendment to Exhibit A to the Objection of U.S. Bank National Association, Not Individually But as Trustee, To Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22281 | 11/17/11 |
| 166. | Objection of the Roman Catholic Diocese of Memphis to Proposed Assumptions of Swap Agreement | N/A | N/A |
| 167. | Objection to the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, sent by Apex LLC on behalf of Shinhan Bank | N/A | N/A |
| 168. | Objection to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, sent by Mediobanca Banca di Credito Finanziario S.p.A. | N/A | N/A |
| 169. | Objection to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, sent by Banca Profilo S.p.A. | N/A | N/A |
| 170. | Objection to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, sent by Banca Popolare di Vicenza | N/A | N/A |
| 171. | Ursuline Academy Objection to the Debtors of Lehman Brothers Holdings, Inc, et al assumption of interest rate cap insurance in the form of interest rate swaps | N/A | N/A |

**<u>Exhibit B</u>**
**(Deferred Contracts)**

**DEFERRED CONTRACTS**

| Number | Counterparty | Debtor | Agreement |
|---|---|---|---|
| 1 | Citibank, NA / Pebble Creek LCDO 2007-2 Ltd. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 22, 2007 |
| 2 | Credit Agricole Corporate and Investment Bank | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 6, 2007 |
| 3 | Canadian Imperial Bank of Commerce | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 6, 2007 |
| 4 | Adventist HealthCare, Inc. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 26, 2005 |
| 5 | Landesbank Rheinland-Pfalz Girozentrale | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated November 3, 2000 |
| 6 | Westpac Banking Corporation | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated December 31, 1996 |
| 7 | Wells Fargo Bank, National Association | Lehman Brothers Holdings Inc. | Seller's Warranties and Servicing Agreement (and related agreements), dated as of March 1, 2000 |
| 8 | Wells Fargo Bank, National Association | Lehman Brothers Holdings Inc. | Seller's Warranties and Servicing Agreement (and related agreements), dated as of December 1, 2000 |
| 9 | Wells Fargo Bank, National Association | Lehman Brothers Holdings Inc. | Custody Agreement, dated as of March 1, 1996 |
| 10 | Wells Fargo Bank, National Association | Lehman Brothers Holdings Inc. | Flow Subservicing Agreement, dated as of October 1, 2003. |
| 11 | Citi Mortgage Inc. | Lehman Brothers Holdings Inc. | Flow Mortgage Loan Purchase and Servicing Agreement, dated as of December 7, 2007 |
| 12 | Citicorp North America, Inc. | Lehman Commercial Paper Inc. | Colonial Realty Limited Partnership Credit Agreement, dated as of March 22, 2005 |
| 13 | Greenbrier Minerals Holdings, LLC, Greenbrier Minerals, LLC, Greenbrier Smokeless Coal Mining, L.L.C., Powhatan Mid-Vol Coal Sales, L.L.C., and Matoaka Land Company, LLC | Lehman Commercial Paper Inc. | Amended and Restated Credit Agreement of Greenbrier Minerals, LLC (and all other agreements related or ancillary thereto), dated as of May 1, 2007 |