November 1st, 2011

## United States Bankruptcy Court - Southern district of New York
## In re
## LEHMAN BROTHERS HOLDINGS INC., et al. (Debtors)
## Chapter 11 Case N° 08-13555 (JMP)

**Two Hundred Fourteenth Omnibus Objection to disallow and expunge certain filed proofs of claim**

Chambers of the Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601



RECEIVED NOV - 9 2011 U.S. BANKRUPTCY COURT, SDNY JMP

Attorneys for the Debtors, Weil Gotshal & Manges LLP
767 Fifth Avenue
New York
New York 10153
Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York
New York 10004
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.

Attorneys for the official committee of unsecured creditors appointed in Chapter 11 Case N° 08-13555 (JMP), Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York

. New York 10005

Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Eva Fleck, Esq.

Hereby, I oppose to the disallowance and expungement of the abovementioned claim for the following reasons:

I have acquired Lehman Bros corporate bonds (ISIN: XS 0301813522) on the date of June 6th, 2007, in a quantity of 16.000 $ through Dresdner Bank Mainz. As evidence for the foregoing I attach a copy of the confirmation by Dresdner Bank (which has already been filed with the court previously).

Any reply to this reponse must be done at my name and at the address presented in the claim filed, as follows:

*[signature]*

Wilhelm KRAEMER

Finther Landstrasse 89

Mainz

D-55124

Germany

**Dresdner Bank**
Die Beraterbank

**Abs:** 60613 Frankfurt/M
514/0391/0014803/08//85359-06.07/0,55EUR

Mainz,    08.06.2007

Wilhelm Krämer oder Johanna

**Depotkonto-Nr.**    410 82 474 311 00

Wilhelm Krämer oder Johanna
Krämer
Finther Landstr. 89
55124 Mainz

Referenz-Nr.    156611/84.00
Rechnungs-Nr.    W00888-0000303572/07
Umsatzsteuer-ID    DE114103395



**Kauf von Wertpapieren**

Wir haben Ihren Auftrag vom 05.06.2007 am 06.06.2007 wie folgt ausgeführt:

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| USD 16.000,00 | 6,9 % LEHMAN BROTH.UK CAP.FDG V L.P. DL-PREF. SECS 2007(12/UND.) | XS0301813522 | (A0NWCB) |
| | | Börse | Berlin |

Ausführungskurs    99,95 %
Zinsvaluta        10.06.2007
Devisenkurs       1,35 USD / EUR

Es ergibt sich folgende Abrechnung:

| | | | |
|---|---|---|---|
| **Kurswert** | 15.992,00 USD | 11.845,93 | EUR |
| Zinsen für 10 Tage | | 22,72+ | EUR |
| Maklercourtage | | 8,89+ | EUR |
| Provision | | 59,26+ | EUR |
| Auslagenpauschale | | 1,50+ | EUR |
| Lieferentgelt | | 2,00+ | EUR |
| **ausmachender Betrag** | | 11.940,30 | EUR |

Mit Wertstellung 11.06.2007 belasten wir das Konto 410 02 474 311 10 mit EUR 11.940,30.
Die entsprechenden Werte haben wir Ihrem Depotkonto gutgeschrieben.
Sofern keine Umsatzsteuer ausgewiesen ist, handelt es sich um eine umsatzsteuerbefreite Finanzdienstleistung.

Wertpapierrechnung Lagerland Luxemburg