Sr. Vice-President-Ret.  
Shearson Lehman Bros.  
American Express  

Board of Directors-Ret  
Nevada State  
Development Corp.  

## DONALD S. BEAN
### Private Investor

4132 S. Rainbow  
Las Vegas, NV 89103-2058  

Tel. 702-367-2586  
Fax 702-253-1379  



RECEIVED NOV 9 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

November 7, 2011

Clerk of The Court
United States Bankruptcy Court
Alexander Hamilton Customs House – Courtroom 601
One Bowling Green
New York, N.Y. 10004

Dear Judge Peck:

Please consider this letter as an objection to the motion filed by Lehman Bros. and Lehman Bros. Holdings Inc. on October 21, 2011 for the following reasons:

1) The $98myn which was placed with VEBA in 2008 was for the sole purpose of funding health and medical benefits and premiums for Lehman Bros Retirees and also disability premiums. In 2008, I was told that we (the Retirees) would have health insurance until the $98myn was exhausted and then we would be "on our own" to seek coverage.

Ergo, I strongly believe that the $98myn should remain in VEBA and NOT go to LBHI.

2) For whatever bearing it may have on the aforementioned motion, the court appointed examiner, Mr. Andrew Valukas, in his report issued ~~2010~~ in March of 2010 implied that, had Lehman Bros. not used Repo 105, the bankruptcy might have been avoided.

Thank you, Judge Peck, for considering this objection.

Respectfully yours

_David S. Bean_
Donald S. Bean
Lehman Bros. Retiree

cc: The Honorable James M. Peck
cc: Mr. Richard Krasnow, Esq.
    Weil, Gotshal & Manges
cc: Mr. Jeffrey S. Margolin, Esq.
    Hughes Hubbard & Reed