UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                              :      Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :      08-13555 (JMP)
                                                   :
        Debtors.                                   :      (Jointly Administered)
                                                   :
---------------------------------------------------------------------x      Ref. Docket No. 22153

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2011, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motion Pursuant to Section 362 of the Bankruptcy Code for an Order Modifying the Automatic Stay to Allow Advancement of Settlement Payments Under the 2007-2008 Directors and Officers Insurance Policies by the Excess Policy Insurers," dated November 15, 2011 [Docket No. 22153], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

                                                        /s/ *Eleni Manners*
                                                        Eleni Manners

Sworn to before me this
18th day of November, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

| **Name** | **Fax** |
|---|---|
| MILBANK: DENNIS DUNNE, EVAN FLECK, DENNIS ODONNELL | (212) 530-5219 |
| OFFICE OF US TTEE TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |