WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x
                                                                    :
**In re**                                                           :    **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                        :    **08-13555 (JMP)**
                                                                    :
                                        **Debtors.**                :    **(Jointly Administered)**
                                                                    :
---------------------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS'**
**TWO HUNDRED THIRD OMNIBUS OBJECTION**
**TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Third

Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 19919]**

will be held on **November 30, 2011 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"),

solely as to the claim listed on Exhibit A attached hereto.  The Hearing will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601.

Dated: November 18, 2011
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone:  (212) 310-8000
    Facsimile:   (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

**EXHIBIT A**

| Claimant Name | Claim Number | Docket Number |
|---|---|---|
| Peonio, Barbara | 66431 | 20887 |