WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                        :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    **08-13555 (JMP)**
:
Debtors.                    :    **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' NINETY-SECOND**
**OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) [Dkt. No. 14472] solely with respect to the claims listed on Exhibit A annexed hereto.  The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated:  November 18, 2011
      New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Number(s) |
|---|---|
| Dietzsch, Kristin | 11173 |
| Lennartz, Heinz Werner | 39781 |
| Marchand Lopez, Humberto G. | 2794, 2795 |
| Wolf, Andreas | 13608 |