WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------x
                                                                             :
In re                                                                        :    Chapter 11
Case No.
                                                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                                 :    08-13555 (JMP)
                                                                             :
                                  Debtors.                                   :    (Jointly Administered)
                                                                             :
-----------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF RESPONSE**
**OF JOHN J. DMUCHOWSKI TO DEBTORS' FORTIETH AND FORTY-FIRST**
**OMNIBUS OBJECTIONS TO CLAIMS (LATE FILED CLAIMS), OBJECTION**
**TO DISALLOWANCE/EXPUNGEMENT OF CLAIM NOS. 34401 AND 34402,**
**AND MOTION TO PERMIT FILING OF CLAIMS AS OF SEPTEMBER 23, 2009**

**PLEASE TAKE NOTICE** that the hearing on the Response of John J. Dmuchowski to Debtors' Fortieth and Forty-First Omnibus Objections to Claims (Late Filed Claims), Objection to Disallowance/Expungement of Claim Nos. 34401 and 34402, and Motion to Permit Filing of Claims as of September 23, 2009 [Docket No. 12006] that is scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: November 18, 2011
       New York, New York

                                          /s/ Robert J. Lemons
                                          Robert J. Lemons

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone:  (212) 310-8000
                                          Facsimile:   (212) 310-8007

                                          Attorneys for Debtors
                                          and Debtors in Possession