WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
-------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF MOTION OF PEARL**
**ASSURANCE LIMITED TO DEEM PROOFS OF CLAIM TO BE TIMELY FILED**

**PLEASE TAKE NOTICE** that the hearing on the Motion of Pearl Assurance Limited to Deem Proofs of Claim To Be Timely Filed [Docket No. 12072] that is scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: November 18, 2011
      New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone:  (212) 310-8000
                Facsimile:   (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession