WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
                                                          :
**In re**                                                 :          **Chapter 11**
**Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :          **08-13555 (JMP)**
                                                          :
                        **Debtors.**                      :          **(Jointly**
**Administered)**
                                                          :
--------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF SYMPHONY ASSET**
**MANAGEMENT LLC'S MOTIONS TO DEEM PROOF OF CLAIM TIMELY**
**FILED**

**PLEASE TAKE NOTICE** that the hearing on Symphony Asset

Management LLC's Motions to Deem Proof of Claim Timely Filed [Docket Nos. 12074,

12075, 12076, and 12078] that is scheduled for November 30, 2011, at 10:00 a.m.

(Prevailing Eastern Time), **has been adjourned to January 26, 2012, at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be

heard.  The Hearing will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such Hearing may be further adjourned from time to time

without further notice other than an announcement at the Hearing.

US_ACTIVE:\43860129\01\58399.0008

Dated: November 18, 2011
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession