WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
In re                                                             :  **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :  **08-13555 (JMP)**
                                                                  :
Debtors.                                                      :  **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT
OF DEBTORS' ONE HUNDRED NINETY-NINTH OMNIBUS OBJECTION
TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) that was scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43863886\01\58399.0008

Dated: November 18, 2011
      New York, New York

                                       /s/ Robert J. Lemons
                                       Robert J. Lemons

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone:  (212) 310-8000
                                       Facsimile:   (212) 310-8007

                                       Attorneys for Debtors
                                       and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number(s) | Docket Number |
|---|---|---|
| Burger, Martin S. | 1702, 1703 | N/A |
| Carter, B. Gene | 24901, 24902 | 22220 |
| David Schwartz Revocable Trust | 24455 | 21579 |
| Sheppard, Eric | 19201, 19202 | 21530 |
| Sobo, Michael and Ellen | 18148 | 21517 |
| Sobo, Scott and Heidi | 18147 | 21518 |
| Suryan Family Trust | 19329, 19441 | 21605 |
| Thabit Family Trust | 24700, 24701 | 21558 |
| Thomas, James and Rosemary | 15182, 15206 | 21525 |
| Westfahl, Chris and Eileen | 24130 | 21542 |