08-13555-mg   Doc 22378   Filed 11/18/11   Entered 11/18/11 17:47:50   Main Document
Pg 1 of 3

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                         :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

----------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF DEBTORS' TWO HUNDREDTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundredth

Omnibus Objection to Claims (No Liability Claims) that was scheduled for November 30, 2011,

at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on**

**Exhibit A attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)**

(the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before

the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom

House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43860148\01\58399.0008

Dated: November 18, 2011
       New York, New York

                                   /s/ Robert J. Lemons
                                   Robert J. Lemons

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone:  (212) 310-8000
                                   Facsimile:   (212) 310-8007

                                   Attorneys for Debtors
                                   and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| A.M. Best Company, Inc. | 10424 | 21213 |
| Joiner, Owen H. & Leatrice | 19570 | 21211 |
| Municipal Securities Rulemaking | 30588 | 20810 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | 14176 | N/A |
| Rosekrans, John | 66885 | 21220 |