WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William F. Dahill

Special Litigation Counsel
for the Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x

In re:                                                    :

LEHMAN BROTHERS HOLDINGS INC., *et al.*    :

                    Debtors.                           :

———————————————————————— x

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

**NOTICE OF SUBPOENA ISSUED PURSUANT TO**
**ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the

Production of Documents and Authorizing the Examination of Persons and Entities, entered on

November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to

issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit

to examinations by the Debtors.

———————————————

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in
the Order.

As required by the Order, the Debtors hereby file this notice of subpoena issued by the

Debtors pursuant to the Order.  The date the subpoenas were served, the name of the witness and

the date, time and place of any examination are set forth on "Exhibit A" attached hereto.


Dated: New York, New York
       November 16, 2011

By:_____
     William F. Dahill
     WOLLMUTH MAHER & DEUTSCH LLP
     500 Fifth Avenue
     New York, New York 10110
     Telephone: (212) 382-3300
     Facsimile: (212) 382-0050

     Special Counsel for the
     Debtors and Debtors-in-Possession

CHIDMS1/2767962.1

## Exhibit A

NOTICE OF SUBPOENA

| | |
|---|---|
| Name of Witness: | The Royal Bank of Scotland (New York, New York Office) |
| Date of Service of Subpoena: | November 15, 2011 |
| Subject of Subpoena: | The attendance of The Royal Bank of Scotland for examination and for the production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | (i) Documents to be furnished by December 20, 2011 at Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, 12th Floor, New York, New York 10110; and (ii) Appearance to testify to an examination under Fed. R. Bankr. P. 2004 on January 17, 2012 at Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, 12th Floor, New York, New York 10110 |