UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re                                                                               Chapter 11 Case No. 08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS INC., et al.,                  AFFIDAVIT OF SERVICE

       Debtors.
------------------------------------------------------X
STATE OF NEW YORK   )
                   S.S.:
COUNTY OF NEW YORK)

       FREDERICK PRINGLE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

       That on the 15th day of November, 2011, at approximately 1:10 pm, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION and ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES upon BANK OF AMERICA, NA at One Bryant Park, New York, NY, by personally delivering and leaving the same with HALLY THORNTON, who informed deponent that she is a Senior Legal Administrative Assistant authorized by appointment to receive service at that address. At the time of service, a witness fee in the amount of $46.00 was tendered.

       Hally Thornton is a white female, approximately 40 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 200 pounds with black hair and brown eyes.

*Frederick Pringle*
FREDERICK PRINGLE, # 1350201

Sworn to before me this
17th day of November, 2011

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058