**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re:

   Lehman Brothers Holdings Inc., et al.,

        Debtor.

-----------------------------------------------------------------X

Case No. 08-13555 (JMP)

Chapter 11

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                          S.S.:
COUNTY OF ROCKLAND  )

      DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 16th day of November, 2011, at approximately the time of 3:45 PM, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES WITH COVER LETTER upon THE ROYAL BANK OF SCOTLAND, RBS AMERICAS, GLOBAL BANKING AND MARKETS at 600 Washington Boulevard, Stamford, Connecticut 06901, by personally delivering and leaving the same with KAY LACKEY who informed deponent that she is a Managing Director authorized by RBS to receive service at that address. At the time of service, a witness fee of $86.00 was tendered.

      Kay Lackey is a white female, approximately 44 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 155 pounds with dark brown hair and dark brown eyes.

DAVID KSIAZEK #0974523

Sworn to before me this
17th day of November, 2011

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
222 Rte. 59
Ste. 111
Suffern, NY 10901
845-639-7559
www.dlsnational.com