**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
            :
In re       :       Chapter 11 Case No.
            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :  08-13555 (JMP)
            :
    Debtors. :      (Jointly Administered)
            :
------------------------------------------------------------------------x  Ref. Docket No. 22156

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2011, I caused to be served the "Amendment No. 2 to the Plan Supplement," dated November 15, 2011 [Docket No. 22156], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. delivered via facsimile to the party listed on the annexed Exhibit B,

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

    iv. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

T:\Clients\LBH\Affidavits\Amd No. 2 to Plan Supp_DI 22156_AFF_11-15-11.doc

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ *Eleni Kossivas*
                                                          Eleni Kossivas

Sworn to before me this
18th day of November, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

*Email Addresses*

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmerrill@susmangodfrey.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
ceskridge@susmangodfrey.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com

ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com

drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov

| | |
|---|---|
| harveystrickon@paulhastings.com | jgenovese@gjb-law.com |
| hbeltzer@mayerbrown.com | jguy@orrick.com |
| heim.steve@dorsey.com | jherzog@gklaw.com |
| heiser@chapman.com | jhiggins@fdlaw.com |
| hollace.cohen@troutmansanders.com | jhorgan@phxa.com |
| holsen@stroock.com | jhuggett@margolisedelstein.com |
| howard.hawkins@cwt.com | jhuh@ffwplaw.com |
| hseife@chadbourne.com | jim@atkinslawfirm.com |
| hsnovikoff@wlrk.com | jjoyce@dresslerpeters.com |
| icatto@mwe.com | jjtancredi@daypitney.com |
| igoldstein@dl.com | jjureller@klestadt.com |
| ilevee@lowenstein.com | jkehoe@btkmc.com |
| info2@normandyhill.com | jlamar@maynardcooper.com |
| ira.herman@tklaw.com | jlawlor@wmd-law.com |
| isgreene@hhlaw.com | jlee@foley.com |
| israel.dahan@cwt.com | jlevitin@cahill.com |
| iva.uroic@dechert.com | jlipson@crockerkuno.com |
| jaclyn.genchi@kayescholer.com | jliu@dl.com |
| jacobsonn@sec.gov | jlovi@steptoe.com |
| james.mcclammy@dpw.com | jlscott@reedsmith.com |
| james.sprayregen@kirkland.com | jmaddock@mcguirewoods.com |
| jamestecce@quinnemanuel.com | jmazermarino@msek.com |
| jamie.nelson@dubaiic.com | jmcginley@wilmingtontrust.com |
| jar@outtengolden.com | jmelko@gardere.com |
| jason.jurgens@cwt.com | jmerva@fult.com |
| jay.hurst@oag.state.tx.us | jmmurphy@stradley.com |
| jay@kleinsolomon.com | jmr@msf-law.com |
| Jbecker@wilmingtontrust.com | jnadritch@olshanlaw.com |
| jbeemer@entwistle-law.com | jnm@mccallaraymer.com |
| jbeiers@co.sanmateo.ca.us | john.monaghan@hklaw.com |
| jbird@polsinelli.com | john.rapisardi@cwt.com |
| jbromley@cgsh.com | jorbach@hahnhessen.com |
| jcarberry@cl-law.com | Joseph.Cordaro@usdoj.gov |
| jchristian@tobinlaw.com | joshua.dorchak@bingham.com |
| jdoran@haslaw.com | jowen769@yahoo.com |
| Jdrucker@coleschotz.com | jowolf@law.nyc.gov |
| jdyas@halperinlaw.net | joy.mathias@dubaiic.com |
| jean-david.barnea@usdoj.gov | JPintarelli@mofo.com |
| jeanites@whiteandwilliams.com | jporter@entwistle-law.com |
| jeannette.boot@wilmerhale.com | jprol@lowenstein.com |
| jeff.wittig@coair.com | jrabinowitz@rltlawfirm.com |
| jeffery.black@bingham.com | jrsmith@hunton.com |
| jeffrey.sabin@bingham.com | jschwartz@hahnhessen.com |
| jeldredge@velaw.com | jsheerin@mcguirewoods.com |
| jen.premisler@cliffordchance.com | jshickich@riddellwilliams.com |
| jennifer.demarco@cliffordchance.com | jsmairo@pbnlaw.com |
| jennifer.gore@shell.com | jstoll@mayerbrown.com |
| jeremy.eiden@ag.state.mn.us | jsullivan@mosessinger.com |
| jfalgowski@reedsmith.com | jtimko@shutts.com |
| jflaxer@golenbock.com | jtougas@mayerbrown.com |
| jfox@joefoxlaw.com | judy.morse@crowedunlevy.com |
| jfreeberg@wfw.com | jwallack@goulstonstorrs.com |
| jg5786@att.com | jwang@sipc.org |

jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com

mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com

ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sagrawal@susmangodfrey.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com

Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com

thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

# EXHIBIT B

| *Name* | *Fax* |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| AIG FINANCIAL | PRODUCTS CORP. 50 DANBURY ROAD ATTN: CHIEF FINANCIAL OFFICER/GENERAL COUNSEL WILTON CT 06897 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 22) | NORTH CHURCH STREET PO BOX 1109 GT GRAND CAYMAN CAYMAN ISLANDS |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 22) | STRATHVALE HOUSE NORTH CHURCH STREET PO BOX 1109 GT ATTN: THE DIRECTORS GRAND CAYMAN CAYMAN ISLANDS |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 22) | INVESTMENTS (IRELAND) PLC AIB INTERNATIONAL CENTRE IFSC DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 22) | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) - | ANTHRACITE INVESTMENTS (IRELAND) PLC AIB INTERNATIONAL CENTRE IFSC DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 8) (ME | AIB INTERNATIONAL CENTRE IFSC THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC | AIB INTERNATIONAL CENTRE IFSC DUBLIN 1 IRELAND |
| BABSON COLLEGE | FOREST STREET ATTN: VP FOR BUSINESS BABSON PARK MA 02157-0310 |
| BANCA DELLE MARCHE | SPA VIA GHISLIERI, 6 ATTN: SERVIZIO TESORERIA DE GRUPPO JESI-ANCONA 60035 ITALY |
| BANCA POPOLARE DI | VICENZA SCPARL RESP. FINANCIAL MONITORING & DOCUMENTATION VIA TURATI 12 MILANO ITALY |
| BANCA POPOLARE DI | VICENZA SCPARL VIA BTG, FRAMARIN 18 ATTN: FULVIO SIMONATO VICENZA ITALY |
| BANCA PROFILO S.P.A. | CORSO ITALIA MILAN 49-20122 ITALY |
| BANCO ESPANOL DE CREDITO, S.A | MESNA 80, EDIFICIO CPD SOTANO 1 ATTN: JAVIER LLORENTE HERRERO MADRID 28033 SPAIN |
| BANCO FINANTIA | BANCO FINANTIA INTERNATIONAL LIMITED RUA GENERAL FIRMINO MIGUEL, N° 5, 1ST FLOOR LISBON 1600-100 PORTUGAL |
| BANCO FINANTIA INTERNATIONAL LIMITED | HARBOUR PLACE, 4TH FLOOR 103 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BANK OF CHINA | 1 FUXINGMEN NEI DAJIE ATTN: TREASURY DEPARTMENT/LEGAL COMPLIANCE BEIJING 100818 CHINA |
| BBVA BANCOMER SA | AV. UNIVERSIDAD 1200 COL. XOCO 03339 MEXICO AV. UNIVERSIDAD 1200 COL. XOCO 03339 MEXICO |
| BELLE HAVEN ABS CDO 2005-1 LTD | MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET ATTN: GENERAL COUNSEL/CORP. EXECUTIVE GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2006-15 | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2006-15 | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 ATTN: THOMAS MUSARRA NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-14 | DANTE FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-5 | DANTE FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BGI/COREPLUS BOND | FUND B 400 HOWARD STREET SAN FRANCISCO CA 94105 |
| BLUEBAY ASSET MGMT LTD | A/C STICHTING BEDRI METALEKT C/O BLUEBAY ASSET MANAGEMENT, 77 GROSVERNOR STREET LONDON W1K 3JR UNITED KINGDOM |
| BLUEBAY STRUCTURED HIGH YIELD BOND | SUB-TRUST, A SUBTRUST OF PANACEA TRUST BLUEBAY ASSET MANAGEMENT PLC 45 PALL MALL MELANIE DAVISON, HEAD OF OPERATIONS LONDON, SW1Y 5JG UNITED KINGDOM |
| BRIGADE LEVERAGED | CAPITALSTRUCTURES FUND LTD. C/O BRIGADE CAPITAL MANAGEMENT LLC 717 FIFTH AVENUE, SUITE 1301 ATTN: RAYMOND LUIS NEW YORK NY 10022 |
| CALYON | 9 QUAI DU PRESIDENT PAUL DOUMER ATTN: XAVIER RICHARD PARIS LA DEFENSE CEDEX 92920 FRANCE |
| CALYON | CALYON SEOUL 19TH FLOOR, KYOBO BUILDING-1, 1KA CHONGRO, CHONGRO-KU , 110-714, SEOUL KOREA |

| Claim Name | Address Information |
| --- | --- |
| CALYON | BROADWALK HOUSE 5 APPOLD STREET ATTN: SWAPS BACK OFFICE LONDON, EC2A 2DA UNITED KINGDOM |
| CALYON | 1301 AVENUE OF THE AMERICAS ATTN: MANAGER, CAPITAL MARKETS NEW YORK NY 10019 |
| CALYONE CREDIT ARGRICOLE CIB | 1301 AVENUE OF THE AMERICAS ATTN: DUALN GOLDIE – MORRISON / RICHARD CARLSON NEW YORK NY 10019 |
| CHINA DEVELOPMENT | BANK NO.29, FU CHENG MEN WAI STREET XICHENG DISTRICT ATTN: GENERAL OFFICE BEIJING 100037 CHINA |
| CORP NORTH AMERICA, INC. | ATTN: TARA WOOSTER 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CQS ABS MASTER FUND LIMITED | PO BOX 309GT UGLAND HOUSE SOUTH CHURCH STREET CAYMAN ISLANDS |
| CQS INVESTMENT MANAGEMENT LTD | 5TH FLOOR 33 GROSVENOR PLACE LONDON, SW1X 7HY UNITED KINGDOM |
| CREDIT SUISSE | CAPITAL LLC UETLIBERGSTRASSE 231 ATTN: CARL BAKER PO BOX 700 ZURICH 8070 SWITZERLAND |
| DUNWOODY VILLAGE INC | 3550 WEST CHESTER PIKE ATTN: ROBERT SUPPER, SENIOR VICE PRESIDENT NEWTOWN SQUARE PA 19073-4168 |
| ESP FUNDING I, LTD. | LASALLE BANK NA 181 WEST MADISON STREET, 32ND FLOOR ATTN: CDO TRUST SERVICE GROUP – ESP FUNDING I, LTD CHICAGO IL 60602 |
| EXPORT IMPORT BANK OF CHINA | NO. 30 FU XING NEI STREET XICHENG DISTRICT BEIJING CHINA |
| EXPORT IMPORT BANK OF CHINA | NO. 77, BEIHEYAN ST DONGCHENG DISTRICT ATTN: TREASURY DEPT, CHINA BEIJING 100009 CHINA |
| FBE LIMITED | 111 BROADWAY NEW YORK NY 10006 |
| FINMECCANICA S.P.A. | PIAZZA MONTE GRAPPA 4 ATTN: FINANCIAL DEPARTMENT 00195 ROME ITALY |
| GEORGETOWN UNIVERSITY | RYAN ADMINISTRATION BUILDING 37TH AND O STREETS, N.W. WASHINGTON DC 20057 |
| HARBOURVIEW CDO III, LIMITED | 6801 S. TUCSON WAY CENTENNIAL CO 80112 |
| HARBOURVIEW CDO III, LTD. | C/O DEUTSCHE BANK (CAYMAN) LIMITED GRAND CAYMAN CAYMAN ISLANDS |
| HSBC BANK PLC | 8 CANADA SQUARE ATTN: MARTIN HOLCOMBE LONDON E14 5HQ UNITED KINGDOM |
| HSBC FRANCE | 103 AVANUE DES CHAMPS-ELYSEES ATTN: DEPT DES MARCHES DE TAUX ET DE CHANGE PARIS 75008 FRANCE |
| HSH NORDBANK | MARTENSDAMM 6 ATTN: LEGAL KIEL 24103 GERMANY |
| HSH NORDBANK | GERHART-HAUPTMANN-PLATZ 50 ATTN: CREDIT DEPT. SG VIII, MS.CLAUDIA BECKER HAMBURG 1 D-2000 GERMANY |
| HSH NORDBANK | 5-7 ST. HELEN'S PLACE ATTN: GENERAL MANAGER LONDON, EC3A 6AU UNITED KINGDOM |
| IKB DEUTSCHE | INDUSTRIEBANK AG WILHELM-BOTZKES-STRABE 1 40474 DUSSELDORF POSTFACH 10 11 18 ATTN: FRANK GARTNER, KATJA KRAUSE DUSSELDORF 40002 GERMANY |
| ING INVESTMENT MANAGEMENT LLC | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATTN: CORPORATE COUNSEL ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE & ANNUITY COMPANY | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATTN: DERIVATIVES MIDDLE OFFICE ATLANTA GA 30327-4349 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | ING INVESTMENT MANAGEMENT 230 PARK AVENUE, 15TH FLOOR ATTENTION: ARMAND APONTE NEW YORK NY 10169 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W. – SUITE 300 ATTN: DERIVATIVES MIDDLE OFFICE ATLANTA GA 30327-4349 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W. SUITE 300 ATTN: CORPORATE COUNSEL ATLANTA GA 30327-4349 |
| KBC BANK N.V | HAVENLAAN 12 ATTN: ELLEN MATHEEUSSEN B-1080 BRUSSELS BELGIUM |
| LANDESBANK BADENWURTTEMBERG | AM HAUPTBAHNHOF 2 ATTN: SWAP ADMINISTRATION 4046 70173 STUTTGART GERMANY |
| LEHIGH UNIVERSITY | 27 MEMORIAL DRIVE WEST ATTN: FIANCE AND ADMINISTRATION BETHLEHEM PA 18015 |
| LEHMAN BROTHERS CDO MEZZANINE FUND | 2005-1, LTD HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 ATTN: THOMAS MUSARRA NEW YORK NY 10016 |
| LEHMAN BROTHERS CDO MEZZANINE FUND | 2005-1, LTD. C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR ATTN: CINDY ZAMORA NEW YORK NY 10022 |
| MANOR PARK INC | 6451 EL CAMINO REAL, SUITE A CARLSBAD CA 92009 |
| MEDIOBANCA SPA | PIAZZETTA ENRICO CUCCIA, 1 ATTN: DOMENICO CAVENAGO MILANO 20121 ITALY |

| Claim Name | Address Information |
|---|---|
| MESIVTA YESHIVA | RABBI CHAI 1593 CONEY ISLAND AVENUE ATTN: MENDEL SCHECHTER BROOKLYN NY 11230 |
| MGIM A/C CHASE A/C | MEFUN (ME) C/O ABERDEEN ASSET MANAGEMENT BOW BELLS HOUSE 1 BREAD STREET ATTN: DERIVATIVE CONTRACT LONDON, EC4M 9HH UNITED KINGDOM |
| MORGAN STANLEY CAPITAL SERVICES LLC | MORGAN STANLEY CAPITAL SERVICES INC. FLOOR 26, 1633 BROADWAY NEW YORK NY 10019 |
| MORGAN STANLEY CAPITAL SERVICES LLC | C/O THE CORPORATION TRUST COMP CORPORATION TRUST C 1209 ORANGE STREET WILMINGTON DE 19801-1120 |
| NEW YORK LIFE INSURANCE COMPANY | NY LIFE INVESTMENT MANAGEMENT 51 MADISON AVENUE ATTN: TOM MAHON NEW YORK NY 00101 |
| NOMURA INTERNATIONAL PLC. | 1 ST. MARTINS #APPOSS-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| NOMURA SECURITIES COMPANY LIMITED | URBANNET OTEMACHI BUILDING 2-2-2-, OTEMACHI CHIYODA-KU TOKYO 100-8130 JAPAN |
| OTTERBEIN HOMES | 580 NORTH STATE ROUTE 741 LEBANON OH 45036 |
| OZ GLOBAL SPECIAL INVESTMENTS MASTER FUND LP | C/O OZ MANAGEMENT, LP 9 WEST 57TH STREET, 39TH FLOOR ATTN: JOEL FRANK, CFO, LEGAL NEW YORK NY 10019 |
| OZ/OCH-ZIFF CAPITAL STRUCTUREARBITRAGE | MST FD LTD 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| PHOEBE DEVITT HOMES | 1925 TURNER STREET ALLENTOWN PA 18104 |
| PHOEBE MINISTRIES | 1925 TURNER STREET ALLENTOWN PA 18104 |
| PHOEBE PUTNEY | MEMORIAL HOSPITAL INC P.O. BOX 1828 ATTN: KERRY LOUDERMILK, CFO ALBANY GA 31702 |
| POLLYSON INTERNATIONAL LTD | PO BOX 210, 1ST FLOOR, NO. 1 THE MEWS ANN STREET, ST. HELIER JERSEY JE4 8SY ATTN: CHAN CHEE KONG; FUNG LEE WOON KING, DIRECTOR CHANNEL ISLANDS UNITED KINGDOM |
| QUARTZ FINANCE PLC SERIES 2003-1 | CLASS A C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE ATTN: SANJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST LONDON E14 5AL UNITED KINGDOM |
| SAINT LOUIS UNIVERSITY | 221 NORTH GRAND BLVD. DUBOURG HALL, ROOM 202 ATTN: ROBERT J. WOODRUFF, VP SAINT LOUIS MO 63103 |
| SAPHIR FINANCE PLC 2006-3 CLASS A1 | BNY CORPORATE TRUSTEE SERVICES LIMITED LONDON BRANCH ONE CANADA SQUARE LONDON LONDON, E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC 2006-3 CLASS A1 | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 ATTN: THOMAS MUSARRA NEW YORK NY 10016 |
| SCHRODER ALTERNATIVE SOLUTIONS | AGRICULTURE FUND ROPES & GRAY LLP PRUDENTIAL TOWER 800 BOYLSTON STREET ATTN: PETER L. WELSH BOSTON MA 02199-3600 |
| SCHRODER INVESTMENT MANAGEMENT LTD. | ROPES & GRAY LLP PRUDENTIAL TOWER - 800 BOYLSTON STREET ATTN: LYNN SCHOULS BOSTON MA 02199-3600 |
| SECURITY LIFE OF DENVER INSURANCE CO. | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATTN: DERIVATIVES MIDDLE OFFICE ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE CO. | ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATTN: CORPORATE COUNSEL ATLANTA GA 30327-4349 |
| STANDARD BANK PLC | 20 GRESHAM STREET LONDON, EC2V 7JE UNITED KINGDOM |
| STANDARD BANK PLC | CANNON BRIDGE HOUSE 25 GATE HILL ATTN: OPERATIONS LONDON, EC4R2SB UNITED KINGDOM |
| THE DBS BANK LTD | 9TH FLOOR THREE EXCHANGE SQUARE CENTRAL HONG KONG HONG KONG |
| THE DBS BANK LTD. | C/O ALLEN 9TH FLOOR THREE EXCHANGE SQUARE ATTN: ALLEN CENTRAL HONG KONG HONG KONG |
| THE DBS BANK LTD. | DBS BUILDING TOWER 2 6 SHENTON WAY # 34-08 10TH FLOOR 068809 ATTN: SETTLEMENTS- DERIVATIVES SECTION SINGAPORE |
| THE DBS BANK LTD. | 6 SHENTON WAY #34-08 DBS BUILDING TOWER TWO 068809 ATTN: TREASURY AND MARKETS DEPARTMENT SINGAPORE |
| THE HONGKONG & SHANGHAIBANKING | CORPORATION LIMITED 18TH FLOOR, 8 CANADA SQUARE CANARY WHARF ATTN: MARTIN HOLCOMBE LONDON E14 5HQ UNITED KINGDOM |
| TOBACCO SETTLEMENT FINANCE CORPORATION | 641 LEXINGTON AVENUE, 3RD FLOOR ATTN: GENEVIEVE D'AGOSTINO NEW YORK NY 10022 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 ATTN: THOMAS MUSARRA NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | 540 WEST MADISON STREET, 25TH FLOOR ATTN: MATTHEW MASSIER CHICAGO IL 60661 |
| UNITED COMPANY | 1005 GLENWAY AVENUE ATTN: LOIS A. CLARK / BRIAN D. SULLIVAN BRISTOL VA 24201 |
| WACHOVIA BANK, NATIONAL ASSOCIATION | 301 SOUTH COLLEGE STREET ATTN: DIANE WEIBEL CHARLOTTE NC 28288 |
| WALKERS SPV LIMITED | WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| WELLS FARGO BANK, NA | 550 CALIFORNIA STREET SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK, NA | 525 MARKET STREET SAN FRANCISCO CA 94163 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: LISA RUTHER COLUMBIA MD 21045 |
| XAVIER UNIVERSITY | 3800 VICTORY PARKWAY ATTN: VP FOR FINANCIAL ADMINISTRATION CINCINNATI OH 45207-4521 |
| YMCA OF GREATER ROCHESTER | 444 EAST MAIN STREET ROCHESTER NY 14604-2595 |
| ZEELAND ALUMINIUM COMPANY AG | BAARERSTRASSE 63 ZUG 6300 SWITZERLAND |

**Total Creditor count  105**