**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                       :    Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :    08-13555 (JMP)
                                                            :
Debtors.                                                    :    (Jointly Administered)
                                                            :
------------------------------------------------------------------x    Ref. Docket No. 22157

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2011, I caused to be served the "Third Supplemental Affidavit and Disclosure Statement of Andrew C. Coronios, on Behalf of Chadbourne & Parke LLP," dated November 14, 2011 [Docket No. 22157], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    b. enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Panagiota Manatakis*
                                                    Panagiota Manatakis

17th day of November, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# Exhibit A

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EMAIL- ADD**
BDye@chadbourne.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004