UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                    :
In re                                               :          Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :          08-13555 (JMP)
                                                    :          (Jointly Administered)
                   Debtors.                         :
                                                    :          Ref. Docket Nos. 20839, 21404-
                                                    :          21407, 21590, 21625, 21678, 21704,
                                                    :          21705, 21707, 21733, 21735, 21737,
-------------------------------------------------------------------x          21739, 21855, 21961, 21972
                                                    :
In re                                               :
                                                    :          Chapter 11 Case No.
LEHMAN BROTHERS SPECIAL FINANCING                   :
INC.,                                               :          08-13888 (JMP)
                   Debtors.                         :          (Jointly Administered)
                                                    :
                                                    :          Ref. Docket No. 287
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 14, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
18th day of November, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 20839, 21404-21407, 21590, 21625, 21678, 21704, 21705, 21707, 21733, 21735, 21737, 21739, 21855, 21961, 21972; (08-13888 DI 287)_AFF_11-14-11.doc.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER
     1177 AVENUE OF THE AMERICAS
     NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 55854-26 in the above referenced case and in the amount of
$2,020,000.00  Unliquidated       has been transferred **(unless previously expunged by court order)**

YORVIK PARTNERS LLP
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: LISA KING
11 IRONMONGER LANE
LONDON    EC2V 8EY
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 21678    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/14/2011

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 14, 2011.

**EXHIBIT B**

TIME: 14:48:44
DATE: 11/14/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE LLP NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE LLP, ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LARRY HALPERIN C/O RICHARDS, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL NEW YORK NY 10012 |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: DANIEL CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. ATTN: DANIEL CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PAMCEA TRUST: BLUEBAY STRUCTURED HIGH YIELD BOND SUB-TRUS 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BASSO FUND LTD | BASSO CAPITAL MANAGEMENT, L.P. ATTN: SUSANNE CLARK 1266 E MAIN ST STAMFORD CT 06902 |
| BASSO FUND LTD | FRANCIS HEALY STROOCK & STROOCK & LAVAN LLP ATTN: SUSANNE CLARK 180 MAIDEN LANE NEW YORK NY 10038 |
| BASSO HOLDINGS LTD | C/O BASSO CAPITAL MGMNT LP ATTN: SUSANNE CLARK 1266 E MAIN ST STAMFORD CT 06902 |
| BASSO HOLDINGS LTD | FRANCIS HEALY STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| BASSO MULTI-STRATEGY HOLDING FUND LTD | C/O BASSO CAPITAL MGMT LP ATTN: SUSANNE CLARK 1266 E MAIN ST STAMFORD CT 06902 |
| BASSO MULTI-STRATEGY HOLDING FUND LTD | C/O BASSO CAPITAL MGMNT LP ATTN: SUSANNE CLARK 1266 E MAIN ST STAMFORD CT 06902 |
| BASSO MULTI-STRATEGY HOLDING FUND LTD | FRANCIS HEALY STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. | 375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| CENTERBRIDGE CREDIT PARTNERS, L.P. | 375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE CREDIT PARTNERS, L.P. | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK #05-02 SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CVF LUX MASTER S.A.R.L. | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BASSO FUND LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BASSO HOLDINGS LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BASSO MULTI-STRATEGY HOLDING FUND LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE GROUP GOVERNMENT FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DELAWARE CORPORATE BOND FUND, DELAWARE INVESTMENTS C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DELAWARE DIVERSIFIED INCOME FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |

TIME: 14:48:44
DATE: 11/14/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   2

| Name | Address |
|------|---------|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DELAWARE GLOBAL DIVIDEND AND INCOME FUND; DELAWARE INVESTMENTS; C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DELAWARE INFLATION PROTECTIONBOND FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DELAWARE LIMITED-TERM DIVERSIFIED INCOME FUND, A SERIES OF DELAWARE GROUP LIMITED-TERM GOVERNMENT FUNDS C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DELAWARE MGMT BUSINESS TRA/C LVIP MANAGED FUND; DELAWARE INVESTMENT ADVISERS; C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO; DELAWARE INVESTMENT ADVISERS; C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DELAWARE VIP TRUST, DELAWARE VIP DIVERSIFIED INCOME SERIES DELAWARE MANAGEMENT COMPANY, C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND LTD. C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRUST; DELAWARE MGMT BUSINESS TRUST; C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LINCOLN NATIONAL LIFE INSURANCE COMPANY SEPARATE ACCOUNT 12; DELAWARE MGMT BUSINESS TRUST ;C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LINCOLN VARIABLE INSURANCE PRODUCTS TRUST BOND FUND; DELAWARE MGMT BUSINESS TRUST; C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND; DELAWARE INVESTMENT ADVISERS; C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ILLIQUIDX LLP | TRANSFEROR: BANCA POPOLARE DELL/EMILIA ROMAGNA, SOC. COOP. ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: WATERFALL EDEN MASTER FUND, LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO SANTANDER (MEXICO), S.A. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO SANTANDER, S.A. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| PANACEA TRUST: BLUEBAY STRUCTURED HIGH YIELD BOND SUB-TRUST | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| PANACEA TRUST: BLUEBAY STRUCTURED HIGH YIELD BOND SUB-TRUST | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| PICTET & CIE | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH CORPORATE ACTIONS ATTN: DAVID AESCHLIMANN RTE DES ACACIAS 60 1211 GENEVA 73 SWITZERLAND |
| PICTET & CIE | TRANSFEROR: SG PRIVATE BANKING SUISSE SA ATTN: LEGAL DEPT ROUTE DES ACACIAS 60 1211 GENEVA 73 SWITZERLAND |
| SG PRIVATE BANKING SUISSE SA | AVENUE RUMINE 20 LAUSANNE 1001 SWITZERLAND |
| SHINSEI OPPORTUNITY TRUST: BLUEBAY EMERGING BOND SUB-TRUST | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| SHINSEI OPPORTUNITY TRUST: BLUEBAY EMERGING BOND SUB-TRUST | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| WATERFALL EDEN MASTER FUND, LTD. | C/O WATERFALL ASSET MANAGEMENT, LLC ATTN: BOBBY LIU ATTN: BRIAN BREAKSTONE 1185 AVENUE OF THE AMERICAS 18TH FLOOR NEW YORK NY 10036 |
| YORVIK PARTNERS LLP | TRANSFEROR: BANK HAPOALIM B.M. ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed          67

EPIQ BANKRUPTCY SOLUTIONS, LLC