# EXHIBIT B

(Summary of Hours and Fees by Timekeeper and Project Category)

**Exhibit B-1
Godfrey and Kahn, S.C.
Summary of Hours and Fees by Project Category From
January 24, 2011 through April 30, 2011**

| # | Exhibit No. | Project Category | Carla Andres | | Peggy L. Barlett | | Monica Santa Maria | | Brian C. Spahn | | Katherine Stadler | | Patricia Wheeler | | Brady C. Williamson | | Eric Wilson | | TOTAL HOURS | TOTAL FEES[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | |
| 2 | Exhibit C-0002 | General Case Administration | 5.6 | $1,960.00 | 9.1 | $2,047.50 | 3 | $720.00 | 8.2 | $2,091.00 | 15.2 | $6,536.00 | 3.1 | $883.50 | 1.9 | $997.50 | 8.1 | $3,645.00 | 54.2 | $18,880.50 |
| 3 | Exhibit C-0003 | Godfrey & Kahn's Fee Application | | | | | | | | | | | | | 0.3 | $157.50 | | | 0.3 | $157.50 |
| 4 | Exhibit C-0004 | Third Party Retention/Fee Application | | | | | 1.9 | $456.00 | | | 0.7 | $301.00 | | | 0.5 | $262.50 | | | 3.1 | $1,019.50 |
| 6 | Exhibit C-0006 | General Contact/Comm. | | | | | 0.3 | $72.00 | 0.7 | $178.50 | 40.2 | $17,286.00 | | | 35.1 | $18,427.50 | 0.6 | $270.00 | 76.9 | $36,234.00 |
| 8 | Exhibit C-0008 | Prepare for and Attend Fee Committee Meetings | 1.2 | $420.00 | | | 9.4 | $2,256.00 | | | 65.2 | $28,036.00 | | | 35.5 | $18,637.50 | 1.2 | $540.00 | 112.5 | $49,889.50 |
| 9 | Exhibit C-0009 | Non-Working Travel[1] | | | | | 5.4 | $1,296.00 | | | 29.85 | $12,835.50 | | | 22.45 | $11,786.25 | 6.9 | $3,105.00 | 64.6 | $29,022.75 |
| 10 | Exhibit C-0010 | Preparation of Summary Reports | 0.6 | $210.00 | | | 16 | $3,840.00 | | | 6.5 | $2,795.00 | 19.1 | $5,443.50 | 2.6 | $1,365.00 | | | 44.8 | $13,653.50 |
| 11 | Exhibit C-0011 | Prepare for and Attend Hearings and Court | | | | | | | | | 3.5 | $1,505.00 | | | 7.7 | $4,042.50 | | | 11.2 | $5,547.50 |
| 12 | Exhibit C-0012 | Godfrey & Kahn's Retention Issues (Task | | | 0.7 | $157.50 | 37.4 | $8,976.00 | 2.7 | $688.50 | 41.2 | $17,716.00 | 2.3 | $655.50 | 15.8 | $8,295.00 | 0.3 | $135.00 | 100.4 | $36,623.50 |
| 13 | Exhibit C-0013 | Legal/Factual Research | | | | | 0.5 | $120.00 | 2.6 | $663.00 | 1 | $430.00 | 6.7 | $1,909.50 | 2.3 | $1,207.50 | | | 13.1 | $4,330.00 |
| 14 | Exhibit C-0014 | General Case Meetings (Task Code 0200) | 15.4 | $5,390.00 | 11.7 | $2,632.50 | 25.7 | $6,168.00 | 22 | $5,610.00 | 13.2 | $5,676.00 | 13.4 | $3,819.00 | 3.6 | $1,890.00 | 17.7 | $7,965.00 | 122.7 | $39,150.50 |
| 15 | Exhibit C-0015 | Preparation of Fee Protocols/Orders/ | 2.5 | $875.00 | 0.8 | $180.00 | 1 | $240.00 | 0.1 | $25.50 | 46.9 | $20,167.00 | 2.7 | $769.50 | 19.6 | $10,290.00 | 1.3 | $585.00 | 74.9 | $33,132.00 |
| 16A | Exhibit C-016A | Alverez & Marsal | | | | | | | | | | | | | 1.6 | $840.00 | | | 1.6 | $840.00 |
| 16C | Exhibit C-016C | Bingham McCutchen LLP | | | | | 11.9 | $2,856.00 | 0.1 | $25.50 | 2.4 | $1,032.00 | 37.6 | $10,716.00 | 1.9 | $997.50 | | | 53.9 | $15,627.00 |
| 16E | Exhibit C-016E | Bortstein Legal, LLC | | | | | 7.7 | $1,848.00 | | | 1.6 | $688.00 | 3.6 | $1,026.00 | 0.8 | $420.00 | | | 13.7 | $3,982.00 |
| 16F | Exhibit C-016F | BrownGreer PLC | 2.9 | $1,015.00 | 3.8 | $855.00 | 2.9 | $696.00 | 0.3 | $76.50 | 17.1 | $7,353.00 | 0.8 | $228.00 | 3.5 | $1,837.50 | 14 | $6,300.00 | 45.3 | $18,361.00 |
| 16H | Exhibit C-016H | Clyde Click, P.C. | | | | | | | | | | | | | 0.2 | $105.00 | | | 0.2 | $105.00 |
| 16I | Exhibit C-016I | Curtis Mallet-Prevost, et al. | | | | | 32.8 | $7,872.00 | | | 3 | $1,290.00 | 17.6 | $5,016.00 | 0.9 | $472.50 | | | 54.3 | $14,650.50 |
| 16J | Exhibit C-016J | Dechert LLP | | | | | 6.8 | $1,632.00 | 0.1 | $25.50 | 2 | $860.00 | 16.1 | $4,588.50 | 1.2 | $630.00 | | | 26.2 | $7,736.00 |
| 16K | Exhibit C-016K | Deloitte Tax LLP | | | | | | | | | 0.2 | $86.00 | | | | | | | 0.2 | $86.00 |
| 16M | Exhibit C-016M | Duff & Phelps | | | | | 3.8 | $912.00 | | | 1.7 | $731.00 | | | 0.5 | $262.50 | | | 6 | $1,905.50 |
| 16N | Exhibit C-016N | Ernst & Young LLP | | | | | | | 1.6 | $408.00 | 0.2 | $86.00 | | | 0.3 | $157.50 | 0.3 | $135.00 | 2.4 | $786.50 |
| 16O | Exhibit C-016O | FTI Consulting, Inc. | 35.8 | $12,530.00 | 11.9 | $2,677.50 | 0.2 | $48.00 | | | 2.4 | $1,032.00 | | | 0.8 | $420.00 | | | 51.1 | $16,707.50 |
| 16P | Exhibit C-016P | Gibson Dunn & Crutcher LLP | | | | | 16.3 | $3,912.00 | | | 2.4 | $1,032.00 | 7.6 | $2,166.00 | 2.2 | $1,155.00 | | | 28.5 | $8,265.00 |
| 16Q | Exhibit C-016Q | Houlihan, Lokey, Howard et al. | 4.6 | $1,610.00 | 5.1 | $1,147.50 | | | | | 1.4 | $602.00 | | | 0.9 | $472.50 | | | 12 | $3,832.00 |

Exhibit B-1
Godfrey and Kahn, S.C.
Summary of Hours and Fees by Project Category From
January 24, 2011 through April 30, 2011

| # | Exhibit No. | Project Category | Carla Andres | | Peggy L. Barlett | | Monica Santa Maria | | Brian C. Spahn | | Katherine Stadler | | Patricia Wheeler | | Brady C. Williamson | | Eric Wilson | | TOTAL HOURS | TOTAL FEES[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | |
| 16T | Exhibit C-016T | Jenner & Block LLP | | | | | 8.9 | $2,136.00 | | | 0.5 | $215.00 | 0.8 | $228.00 | 0.3 | $157.50 | | | 10.5 | $2,736.50 |
| 16U | Exhibit C-016U | Jones Day | | | | | 38.3 | $9,192.00 | | | 6.8 | $2,924.00 | 0.9 | $256.50 | 2.7 | $1,417.50 | | | 48.7 | $13,790.00 |
| 16V | Exhibit C-016V | Kasowitz, Benson, Torres et al. | | | 1.5 | $337.50 | 4.5 | $1,080.00 | | | 1.9 | $817.00 | 1.3 | $370.50 | 0.9 | $472.50 | | | 10.1 | $3,077.50 |
| 16W | Exhibit C-016W | Kleyr Grasso Associates | | | 1.6 | $360.00 | 6 | $1,440.00 | | | 1.1 | $473.00 | 0.2 | $57.00 | 1.7 | $892.50 | | | 10.6 | $3,222.50 |
| 16X | Exhibit C-016X | Latham & Watkins LLP | | | 1.7 | $382.50 | 2 | $480.00 | | | 0.4 | $172.00 | 8.7 | $2,479.50 | 0.8 | $420.00 | | | 13.6 | $3,934.00 |
| 16Y | Exhibit C-016Y | Lazard Freres & Co. LLC | | | | | 0.2 | $48.00 | 3 | $765.00 | 3.5 | $1,505.00 | | | 1.3 | $682.50 | 0.3 | $135.00 | 8.3 | $3,135.50 |
| 16AA | Exhibit C-16AA | McKenna Long & Aldridge LLP | | | 2.9 | $652.50 | 4 | $960.00 | | | 1.5 | $645.00 | 24.9 | $7,096.50 | 1.2 | $630.00 | | | 34.5 | $9,984.00 |
| 16BB | Exhibit C-16BB | Milbank, Tweed, Hadley et al. | 15.1 | $5,285.00 | 93.2 | $20,970.00 | 6.3 | $1,512.00 | | | 6.5 | $2,795.00 | | | 5.8 | $3,045.00 | | | 126.9 | $33,607.00 |
| 16CC | Exhibit C-16CC | MMOR Consulting, Inc. | | | | | | | 2.2 | $561.00 | 0.4 | $172.00 | | | 0.4 | $210.00 | 1.7 | $765.00 | 4.7 | $1,708.00 |
| 16DD | Exhibit C-16DD | Momo-O, Matsuo & Namba | | | | | 4.2 | $1,008.00 | | | 1.1 | $473.00 | 0.6 | $171.00 | 0.4 | $210.00 | | | 6.3 | $1,862.00 |
| 16FF | Exhibit C-16FF | Pachulski, Stang, Ziehl & Jones LLP | | | | | 22.1 | $5,304.00 | | | 1.5 | $645.00 | 2.2 | $627.00 | 1.7 | $892.50 | | | 27.5 | $7,468.50 |
| 16GG | Exhibit C-16GG | Paul Hastings Janofsky & Walker LLP | | | 0.5 | $112.50 | 7.9 | $1,896.00 | | | 1.3 | $559.00 | 0.3 | $85.50 | 1.1 | $577.50 | | | 11.1 | $3,230.50 |
| 16HH | Exhibit C-16HH | Pricewaterhouse Coopers LLP | | | | | | | 3.8 | $969.00 | 0.6 | $258.00 | | | 0.4 | $210.00 | 0.3 | $135.00 | 5.1 | $1,572.00 |
| 16II | Exhibit C-16II | Quinn, Emanuel, Urquhart & Sullivan LLP | 14.7 | $5,145.00 | 49.5 | $11,137.50 | | | | | 2.5 | $1,075.00 | | | 1.5 | $787.50 | | | 68.2 | $18,145.00 |
| 16JJ | Exhibit C-16JJ | Reed Smith LLP | | | | | | | | | 0.2 | $86.00 | | | 0.2 | $105.00 | | | 0.4 | $191.00 |
| 16KK | Exhibit C-16KK | Reilly Pozner LLP | | | | | | | 18.8 | $4,794.00 | 1.8 | $774.00 | | | 2.2 | $1,155.00 | 29.1 | $13,095.00 | 51.9 | $19,818.00 |
| 16LL | Exhibit C-16LL | Richard Sheldon QC | 2.1 | $735.00 | 1.4 | $315.00 | | | | | 0.7 | $301.00 | | | 0.3 | $157.50 | | | 4.5 | $1,508.50 |
| 16MM | Exhibit C-16MM | Simpson Thacher & Bartlett LLP | | | 0.7 | $157.50 | 3.7 | $888.00 | | | 0.6 | $258.00 | 10.8 | $3,078.00 | 1 | $525.00 | | | 16.8 | $4,906.50 |
| 16NN | Exhibit C-16NN | SNR Denton US LLP | 0.1 | $35.00 | | | | | | | 0.3 | $129.00 | | | 0.6 | $315.00 | | | 1 | $479.00 |
| 16OO | Exhibit C-16OO | Sutherland Asbill & Brennan LLP | | | 1.1 | $247.50 | 1.3 | $312.00 | | | 0.5 | $215.00 | 2.7 | $769.50 | 0.6 | $315.00 | | | 6.2 | $1,859.00 |
| 16PP | Exhibit C-16PP | The O'Neil Group | | | | | 0.8 | $192.00 | 18 | $4,590.00 | 3 | $1,290.00 | | | 1.2 | $630.00 | 3.2 | $1,440.00 | 26.2 | $8,142.00 |
| 16QQ | Exhibit C-16QQ | Weil Gotshal & Manges LLP | | | | | 0.9 | $216.00 | 58.8 | $14,994.00 | 8.4 | $3,612.00 | 0.4 | $114.00 | 9.4 | $4,935.00 | 43.7 | $19,665.00 | 121.6 | $43,536.00 |
| 16RR | Exhibit C-16RR | Windels Marx Lane & Mittendorf LLP | | | | | | | 9.8 | $2,499.00 | 0.6 | $258.00 | | | 0.7 | $367.50 | 0.4 | $180.00 | 11.5 | $3,304.50 |

**Exhibit B-1**
**Godfrey and Kahn, S.C.**
Summary of Hours and Fees by Project Category From
January 24, 2011 through April 30, 2011

| # | Exhibit No. | Project Category | Carla Andres | | Peggy L. Barlett | | Monica Santa Maria | | Brian C. Spahn | | Katherine Stadler | | Patricia Wheeler | | Brady C. Williamson | | Eric Wilson | | TOTAL HOURS | TOTAL FEES[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | |
| 16SS | Exhibit C-16SS | Wollmuth Maher & Deutsch LLP | | | | | | | | | | | | | 0.2 | $105.00 | | | 0.2 | $105.00 |
| 16UU | Exhibit C-16UU | Locke Lord Bissell & Liddell LLP | | | | | 0.5 | $120.00 | | | | | | | | | | | 0.5 | $120.00 |
| | TOTAL HOURS EXHIBIT B-1[2] | | 100.6 | | 197.2 | | 294.6 | | 152.8 | | 343.55 | | 184.4 | | 198.75 | | 129.1 | | TOTAL HOURS: | 1,601.00 |
| | TOTAL FEES EXHIBIT B-1[2] | | | $35,210.00 | | $44,370.00 | | $70,704.00 | | $38,964.00 | | $147,726.50 | | $52,554.00 | | $104,343.75 | | $58,095.00 | TOTAL FEES: | $551,967.25 |

[1] Total Travel Time is 129.2 (Hours) and $58,045.50 (Fees).  The amounts listed represent a reduction of 50% for non-working travel time.

[2] See Exhibit B-2 for grand totals of all timekeepers.

EXHIBIT B-2
**Godfrey Kahn, S.C.**
**Summary of Hours and Fees by Project Category From**
**January 24, 2011 through April 30, 2011**

| # | Exhibit No. | Project Category | Rebecca (Jill) Bradshaw | | Zerithea Raiche | | Maribeth Roufus | | Nicole E. Talbott Settle | | Karen Zellmer | | TOTAL HOURS | TOTAL FEES | GRAND TOTAL HOURS (EXH B-1 and B-2) | GRAND TOTAL FEES (EXH. B-1 and B-2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | | | |
| 2 | Exhibit C-0002 | General Case Administration | | | 259.2 | $42,768.00 | 24.4 | $4,026.00 | 50.8 | $8,382.00 | | | 334.4 | $55,176.00 | 388.60 | $74,056.50 |
| 3 | Exhibit C-0003 | Godfrey & Kahn's Fee Application | | | | | | | | | | | 0 | $0.00 | 0.30 | $157.50 |
| 4 | Exhibit C-0004 | Third Party Retention/Fee Application | | | | | | | | | | | 0 | $0.00 | 3.10 | $1,019.50 |
| 6 | Exhibit C-0006 | General Contact/Communication | | | 4.7 | $775.50 | | | 3 | $495.00 | | | 7.7 | $1,270.50 | 84.60 | $37,504.50 |
| 8 | Exhibit C-0008 | Prepare for and Attend Fee Committee Meetings | | | 55.3 | $9,124.50 | | | 39.6 | $6,534.00 | | | 94.9 | $15,658.50 | 207.40 | $65,548.00 |
| 9 | Exhibit C-0009 | Non-Working Travel [1] | | | | | | | 3.85 | $635.25 | | | 3.85 | $635.25 | 68.45 | $29,658.00 |
| 10 | Exhibit C-0010 | Preparation of Summary Reports | | | 35.5 | $5,857.50 | 10.1 | $1,666.50 | 3 | $495.00 | | | 48.6 | $8,019.00 | 93.40 | $21,672.50 |
| 11 | Exhibit C-0011 | Prepare for and Attend Hearings and Court Communication | | | 1 | $165.00 | | | | $0.00 | | | 1 | $165.00 | 12.20 | $5,712.50 |
| 12 | Exhibit C-0012 | Godfrey & Kahn's Retention Issues (Task Code 470) | | | 52.4 | $8,646.00 | 3 | $495.00 | 0.6 | $99.00 | 4.1 | $676.50 | 60.1 | $9,916.50 | 160.50 | $46,540.00 |
| 13 | Exhibit C-0013 | Legal/Factual Research | 0.9 | $157.50 | 15.2 | $2,508.00 | | | 15 | $2,475.00 | | | 31.1 | $5,140.50 | 44.20 | $9,470.50 |
| 14 | Exhibit C-0014 | General Case Meetings (Task Code 0200) | | | 29.4 | $4,851.00 | 10 | $1,650.00 | 25 | $4,125.00 | | | 64.4 | $10,626.00 | 187.10 | $49,776.50 |
| 15 | Exhibit C-0015 | Preparation of Fee Protocols/Orders/Other Pleadings | | | 23.6 | $3,894.00 | | | 0.2 | $33.00 | | | 23.8 | $3,927.00 | 98.70 | $37,059.00 |
| 16A | Exhibit C-016A | Alverez & Marsal | 0.3 | $52.50 | | | | | | | | | 0.3 | $52.50 | 1.90 | $892.50 |
| 16C | Exhibit C-016C | Bingham McCutchen LLP | | | 0.8 | $132.00 | | | 3.2 | $528.00 | | | 4 | $660.00 | 57.90 | $16,287.00 |
| 16E | Exhibit C-016E | Bortstein Legal, LLC | | | 0.1 | $16.50 | | | 2.5 | $412.50 | | | 2.6 | $429.00 | 16.30 | $4,411.00 |
| 16F | Exhibit C-016F | BrownGreer PLC | | | 1.3 | $214.50 | 2.6 | $429.00 | 36.3 | $5,989.50 | | | 40.2 | $6,633.00 | 85.50 | $24,994.00 |
| 16H | Exhibit C-016H | Clyde Click, P.C. | | | 0.1 | $16.50 | | | | | | | 0.1 | $16.50 | 0.30 | $121.50 |
| 16I | Exhibit C-016I | Curtis Mallet-Prevost, et al. | 3.7 | $647.50 | 1.2 | $198.00 | | | 0.3 | $49.50 | | | 5.2 | $895.00 | 59.50 | $15,545.50 |
| 16J | Exhibit C-016J | Dechert LLP | | | 0.9 | $148.50 | | | 9.7 | $1,600.50 | | | 10.6 | $1,749.00 | 36.80 | $9,485.00 |
| 16K | Exhibit C-016K | Deloitte Tax LLP | | | | | | | | | | | 0 | $0.00 | 0.20 | $86.00 |
| 16M | Exhibit C-016M | Duff & Phelps | | | 0.1 | $16.50 | | | 6.1 | $1,006.50 | | | 6.2 | $1,023.00 | 12.20 | $2,928.50 |
| 16N | Exhibit C-016N | Ernst & Young LLP | | | 1.8 | $297.00 | | | | | | | 1.8 | $297.00 | 4.20 | $1,083.50 |

**EXHIBIT B-2**
**Godfrey Kahn, S.C.**
**Summary of Hours and Fees by Project Category From**
**January 24, 2011 through April 30, 2011**

| # | Exhibit No. | Project Category | Rebecca (Jill) Bradshaw | | Zerithea Raiche | | Maribeth Roufus | | Nicole E. Talbott Settle | | Karen Zellmer | | TOTAL HOURS | TOTAL FEES | GRAND TOTAL HOURS (EXH B-1 and B-2) | GRAND TOTAL FEES (EXH. B-1 and B-2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | | | |
| 16O | Exhibit C-016O | FTI Consulting, Inc. | | | 8.7 | $1,435.50 | 3.5 | $577.50 | 0.1 | $16.50 | | | 12.3 | $2,029.50 | 63.40 | $18,737.00 |
| 16P | Exhibit C-016P | Gibson Dunn & Crutcher LLP | | | 7.1 | $1,171.50 | | | 2.4 | $396.00 | | | 9.5 | $1,567.50 | 38.00 | $9,832.50 |
| 16Q | Exhibit C-016Q | Houlihan, Lokey, Howard et al. | | | | | 0.9 | $148.50 | 0.6 | $99.00 | | | 1.5 | $247.50 | 13.50 | $4,079.50 |
| 16T | Exhibit C-016T | Jenner & Block LLP | | | 2.7 | $445.50 | | | 2.6 | $429.00 | | | 5.3 | $874.50 | 15.80 | $3,611.00 |
| 16U | Exhibit C-016U | Jones Day | | | 0.7 | $115.50 | | | 10.4 | $1,716.00 | | | 11.1 | $1,831.50 | 59.80 | $15,621.50 |
| 16V | Exhibit C-016V | Kasowitz, Benson, Torres et al. | | | 4.9 | $808.50 | 1.4 | $231.00 | 2.7 | $445.50 | | | 9 | $1,485.00 | 19.10 | $4,562.50 |
| 16W | Exhibit C-016W | Kleyr Grasso Associates | | | 2.1 | $346.50 | 1.6 | $264.00 | 1.6 | $264.00 | | | 5.3 | $874.50 | 15.90 | $4,097.00 |
| 16X | Exhibit C-016X | Latham & Watkins LLP | | | | | 1.7 | $280.50 | 1.3 | $214.50 | | | 3 | $495.00 | 16.60 | $4,429.00 |
| 16Y | Exhibit C-016Y | Lazard Freres & Co. LLC | | | 2.2 | $363.00 | | | | | | | 2.2 | $363.00 | 10.50 | $3,498.50 |
| 16AA | Exhibit C-16AA | McKenna Long & Aldridge LLP | | | 0.1 | $16.50 | 2.1 | $346.50 | 9.5 | $1,567.50 | | | 11.7 | $1,930.50 | 46.20 | $11,914.50 |
| 16BB | Exhibit C-16BB | Milbank, Tweed, Hadley et al. | | | 0.1 | $16.50 | 13.4 | $2,211.00 | 0.8 | $132.00 | | | 14.3 | $2,359.50 | 141.20 | $35,966.50 |
| 16CC | Exhibit C-16CC | MMOR Consulting, Inc. | | | | | | | | | | | 0 | $0.00 | 4.70 | $1,708.00 |
| 16DD | Exhibit C- 16DD | Momo-O, Matsuo & Namba | | | 0.4 | $66.00 | | | 1.4 | $231.00 | | | 1.8 | $297.00 | 8.10 | $2,159.00 |
| 16FF | Exhibit C-16FF | Pachulski, Stang, Ziehl & Jones LLP | | | 11 | $1,815.00 | 1.8 | $297.00 | 2.5 | $412.50 | | | 15.3 | $2,524.50 | 42.80 | $9,993.00 |
| 16GG | Exhibit C-16GG | Paul Hastings Janofsky & Walker LLP | | | 1.9 | $313.50 | 0.5 | $82.50 | 0.5 | $82.50 | | | 2.9 | $478.50 | 14.00 | $3,709.00 |
| 16HH | Exhibit C-16HH | PricewaterhouseCoopers LLP | | | 2.6 | $429.00 | | | | | | | 2.6 | $429.00 | 7.70 | $2,001.00 |
| 16II | Exhibit C-16II | Quinn, Emanuel, Urquhart & Sullivan LLP | | | 3.7 | $610.50 | 2.4 | $396.00 | 0.2 | $33.00 | | | 6.3 | $1,039.50 | 74.50 | $19,184.50 |
| 16JJ | Exhibit C-16JJ | Reed Smith LLP | | | | | | | | $0.00 | | | 0 | $0.00 | 0.40 | $191.00 |
| 16KK | Exhibit C-16KK | Reilly Pozner LLP | | | 4.3 | $709.50 | 0.8 | $132.00 | 1.9 | $313.50 | | | 7 | $1,155.00 | 58.90 | $20,973.00 |
| 16LL | Exhibit C-16LL | Richard Sheldon QC | | | 0.1 | $16.50 | | | | $0.00 | | | 0.1 | $16.50 | 4.60 | $1,525.00 |
| 16MM | Exhibit C-16MM | Simpson Thacher & Bartlett LLP | | | 0.5 | $82.50 | 1.1 | $181.50 | 1.7 | $280.50 | | | 3.3 | $544.50 | 20.10 | $5,451.00 |
| 16NN | Exhibit C-16NN | SNR Denton US LLP | | | 0.2 | $33.00 | | | | | | | 0.2 | $33.00 | 1.20 | $512.00 |
| 16OO | Exhibit C-16OO | Sutherland Asbill & Brennan LLP | | | 2 | $330.00 | 0.9 | $148.50 | 0.9 | $148.50 | | | 3.8 | $627.00 | 10.00 | $2,486.00 |

**EXHIBIT B-2**
**Godfrey Kahn, S.C.**
**Summary of Hours and Fees by Project Category From**
**January 24, 2011 through April 30, 2011**

| # | Exhibit No. | Project Category | Rebecca (Jill) Bradshaw | | Zerithea Raiche | | Maribeth Roufus | | Nicole E. Talbott Settle | | Karen Zellmer | | TOTAL HOURS | TOTAL FEES | GRAND TOTAL HOURS (EXH B-1 and B-2) | GRAND TOTAL FEES (EXH. B-1 and B-2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | | | |
| 16PP | Exhibit C-16PP | The O'Neil Group | | | 0.5 | $82.50 | 1.3 | $214.50 | 1.7 | $280.50 | | | 3.5 | $577.50 | 29.70 | $8,719.50 |
| 16QQ | Exhibit C-16QQ | Weil Gotshal & Manges LLP | | | 20.4 | $3,366.00 | 1.8 | $297.00 | 2 | $330.00 | | | 24.2 | $3,993.00 | 145.80 | $47,529.00 |
| 16RR | Exhibit C-16RR | Windels Marx Lane & Mittendorf LLP | | | 2.6 | $429.00 | | | | | | | 2.6 | $429.00 | 14.10 | $3,733.50 |
| 16SS | Exhibit C-16SS | Wollmuth Maher & Deutsch LLP | | | | | | | 0.1 | $16.50 | | | 0.1 | $16.50 | 0.30 | $121.50 |
| 16UU | Exhibit C-16UU | Locke Lord Bissell & Liddell LLP | | | | | | | | | | | 0 | $0.00 | 0.50 | $120.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | | 4.9 | 561.4 | 85.3 | 244.05 | 4.1 | TOTAL HOURS: | 899.8 | |
| TOTAL FEES | | $857.50 | $92,631.00 | $14,074.50 | $40,268.25 | $676.50 | TOTAL FEES: | $148,507.75 | |

[1] Total Travel Time is 7.7 (Hours) and $1,270.50 (Fees). The amounts listed represent a reduction of 50% for non-working travel time.

| | |
|---|---|
| GRAND TOTALS OF ALL TIMEKEEPERS - HOURS (EXHIBIT B-1 and B-2.) | 2,500.75 |
| GRAND TOTAL OF ALL TIMEKEEPERS - FEES (EXHIBIT B-1 and B-2.) | $700,475.00 |