# EXHIBIT C-0002
## Detailed Time Records

# GODFREY 蒸器 KAHN s.c.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL · 414.273.3500  FAX · 414.273.5198

WWW · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Re:    General Case Administration (Task Code 0100)

Invoice No.      543308
Matter No.      009878-0002

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 74,056.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **74,056.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO. #291-714  SWIFT CODE: MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI, AND WASHINGTON, DC

# GODFREY ✦ KAHN S.C.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL · 414.273.3500  FAX · 414.273.5198

WWW · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.      543308
Re:    General Case Administration (Task Code 0100)      Matter No.      009878-0002

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01-24-2011 | Zerithea Raiche | Conferences with Ms. Stadler on status of retention and case staffing, prepare email on adding participants for the intranet, prepare emails to team members forwarding notice and order recommending appointment of Richard Gitlin as successor member of the fee committee. | 0.50 | 82.50 |
| 01-24-2011 | N. Talbott Settle | Review correspondence relating to case and begin work on the contact list. | 0.20 | 33.00 |
| 01-24-2011 | N. Talbott Settle | Conference on case and management. | 0.50 | 82.50 |
| 01-24-2011 | N. Talbott Settle | Work on travel logistics for case meeting. | 0.80 | No Charge |
| 01-24-2011 | Monica Santa Maria | Review and consider order appointing fee committee. | 0.50 | 120.00 |
| 01-24-2011 | Katherine Stadler | Work on contact list and other administrative matters. | 1.50 | No Charge |
| 01-25-2011 | Zerithea Raiche | Prepare draft of billing protocol. | 0.80 | 132.00 |
| 01-25-2011 | N. Talbott Settle | Work on travel arrangements for meeting. | 1.30 | No Charge |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01-25-2011 | Katherine Stadler | Prepare intake materials and administrative matters. | 2.10 | No Charge |
| 01-26-2011 | Zerithea Raiche | Conference on case directory. | 0.20 | 33.00 |
| 01-26-2011 | Zerithea Raiche | Prepare email to team members forwarding first amended plan and disclosure statement. | 0.20 | 33.00 |
| 01-26-2011 | Zerithea Raiche | Prepare email forwarding list of retained professionals and list of attorneys with contact information, prepare email to team members forwarding articles on fees paid in the Lehman bankruptcy case and filing of amended plan. | 0.50 | 82.50 |
| 01-26-2011 | N. Talbott Settle | Prepare binders for meeting. | 0.80 | No Charge |
| 01-26-2011 | N. Talbott Settle | Conference on case directory, work on case directory. | 0.30 | 49.50 |
| 01-27-2011 | Zerithea Raiche | Prepare emails to team members attaching articles on amended plan and professional fees. | 0.20 | 33.00 |
| 01-27-2011 | Zerithea Raiche | Prepare files for intranet website. | 1.60 | 264.00 |
| 01-27-2011 | Zerithea Raiche | Update memorandum on filing protocols. | 0.70 | 115.50 |
| 01-27-2011 | N. Talbott Settle | Work on reservations and travel logistics for fee committee meeting. | 1.90 | No Charge |
| 01-27-2011 | N. Talbott Settle | Work on case directory. | 1.20 | 198.00 |
| 01-27-2011 | Katherine Stadler | General integration of U.S. Trustee materials into filing system. | 0.60 | 258.00 |
| 01-28-2011 | Zerithea Raiche | Prepare structure and set up of website. | 2.90 | 478.50 |
| 01-28-2011 | Zerithea Raiche | Prepare list of billing categories for team members. | 0.40 | 66.00 |
| 01-28-2011 | Zerithea Raiche | Prepare memorandum on filing protocols. | 0.90 | 148.50 |
| 01-28-2011 | N. Talbott Settle | Work on travel logistics for fee committee meeting. | 1.50 | No Charge |

Matter Number: 009878-0002
Invoice No.: 543308

October 17, 2011
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01-28-2011 | N. Talbott Settle | Prepare memorandum regarding document management. | 0.40 | 66.00 |
| 01-29-2011 | Brady C. Williamson | Resolve inquiries on addresses. | 0.10 | 52.50 |
| 01-31-2011 | Zerithea Raiche | Conferences on documents received from the U.S. Trustee's office on retained professionals. | 0.10 | 16.50 |
| 01-31-2011 | Zerithea Raiche | Prepare draft of billing protocol memorandum. | 0.60 | 99.00 |
| 01-31-2011 | Zerithea Raiche | Prepare list of participants and intranet structure. | 0.40 | 66.00 |
| 01-31-2011 | Zerithea Raiche | Prepare draft of filing protocol memorandum. | 0.40 | 66.00 |
| 01-31-2011 | N. Talbott Settle | Work on travel logistics for meeting with BrownGreer. | 0.50 | 82.50 |
| 01-31-2011 | N. Talbott Settle | Create fee analysis holding files for each retained professional. | 0.10 | 16.50 |
| 01-31-2011 | N. Talbott Settle | Review correspondence and organize documents forwarded for several professionals. | 0.80 | 132.00 |
| 01-31-2011 | Katherine Stadler | Conferences on administrative issues, including file organization and communications. | 1.30 | 559.00 |
| 02-01-2011 | N. Talbott Settle | Arrange travel logistics for meeting with BrownGreer. | 1.20 | No Charge |
| 02-01-2011 | Katherine Stadler | Arrangements for Richmond, Virginia trip. | 1.00 | No Charge |
| 02-01-2011 | Katherine Stadler | Work on matter intake. | 3.50 | No Charge |
| 02-02-2011 | Zerithea Raiche | Prepare detailed email on set up of Lehman intranet website. | 0.80 | 132.00 |
| 02-02-2011 | Monica Santa Maria | Review email communications regarding billing categories. | 0.10 | 24.00 |
| 02-02-2011 | Katherine Stadler | Establish billing categories. | 0.30 | 129.00 |
| 02-02-2011 | Katherine Stadler | Continue work on intake and conflicts. | 2.00 | No Charge |

Matter Number: 009878-0002                                October 17, 2011
Invoice No.: 543308                                                  Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-03-2011 | Zerithea Raiche | Review notice services of Epiq and compare to other noticing agents. | 0.40 | 66.00 |
| 02-03-2011 | Zerithea Raiche | Review Epiq charges for noticing services and compare to comparable line item charges by other noticing agents. | 0.20 | 33.00 |
| 02-03-2011 | Zerithea Raiche | Prepare email and forward memorandum with final billing categories. | 0.10 | 16.50 |
| 02-03-2011 | Zerithea Raiche | Exchange emails with Epiq on services as noticing agent for fee committee. | 0.30 | 49.50 |
| 02-03-2011 | Zerithea Raiche | Categorize and import documents on case staffing and work flow. | 1.30 | 214.50 |
| 02-04-2011 | Zerithea Raiche | Import historical documents for retained professionals for use by team members in analysis of sixth fee period applications. | 1.70 | 280.50 |
| 02-04-2011 | Zerithea Raiche | Review service agreement for noticing services by Epiq and forward for execution. | 0.20 | 33.00 |
| 02-04-2011 | Katherine Stadler | Review e-mail on various service agent options and pricing. | 0.30 | 129.00 |
| 02-07-2011 | Zerithea Raiche | Import to file interim fee orders and fee committee reports for all retained professionals. | 0.60 | 99.00 |
| 02-07-2011 | N. Talbott Settle | Update files with correspondence. | 0.30 | 49.50 |
| 02-07-2011 | N. Talbott Settle | Prepare memorandum regarding review of documents from the U.S. Trustee. | 0.80 | 132.00 |
| 02-07-2011 | Katherine Stadler | Review and execute Epiq standard services agreement. | 0.60 | 258.00 |
| 02-08-2011 | Zerithea Raiche | Prepare email sending signed services agreement for noticing services by Epiq. | 0.10 | 16.50 |

Matter Number: 009878-0002                                                    October 17, 2011
Invoice No.: 543308                                                                    Page 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-08-2011 | Zerithea Raiche | Update list of retained professionals for use by team members. | 0.60 | 99.00 |
| 02-08-2011 | N. Talbott Settle | Work on travel logistics. | 0.80 | No Charge |
| 02-08-2011 | N. Talbott Settle | Continue work on BrownGreer meeting memorandum. | 0.60 | 99.00 |
| 02-09-2011 | Eric Wilson | Review background materials on case, miscellaneous filings and documents from fee committee, and overview summary prepared by BrownGreer. | 1.60 | 720.00 |
| 02-09-2011 | Eric Wilson | Review and suggest edits to draft memorandum to fee committee. | 0.30 | 135.00 |
| 02-10-2011 | Zerithea Raiche | Review documents and correspondence, categorize and incorporate into system. | 2.80 | 462.00 |
| 02-10-2011 | Zerithea Raiche | Compare BrownGreer's records and retrieve from docket site all sixth interim fee period applications including exhibits for Bortstein Legal, Dechert LLP, Duff & Phelps, Ernst & Young, FTI Consulting, Gibson Dunn, Jones Day, Weil Gotshal, Kasowitz Benson, Latham & Watkins, Momo-O, PricewaterhouseCoopers, Richard Sheldon, Simpson Thacher, Sutherland Asbill and Lazard Freres. | 4.10 | 676.50 |
| 02-10-2011 | Zerithea Raiche | Forward sixth interim fee period applications. | 0.60 | 99.00 |
| 02-10-2011 | Katherine Stadler | Review fee applications to assign review tasks. | 3.20 | 1,376.00 |
| 02-11-2011 | Zerithea Raiche | Review documents and correspondence prepared, categorize and incorporate into system. | 2.10 | 346.50 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-11-2011 | Zerithea Raiche | Compare BrownGreer's records and retrieve from docket site all sixth interim fee period applications including exhibits for The O'Neil Group, McKenna Long and Milbank Tweed. | 0.70 | 115.50 |
| 02-12-2011 | Zerithea Raiche | Prepare website for use by team members. | 4.20 | 693.00 |
| 02-12-2011 | Eric Wilson | Telephone conference regarding results of meeting at BrownGreer. | 0.20 | 90.00 |
| 02-14-2011 | Zerithea Raiche | Conferences on file setup and management. | 0.40 | 66.00 |
| 02-14-2011 | Zerithea Raiche | Retrieve court filings and post to website documents on file for retained professionals. | 6.20 | 1,023.00 |
| 02-14-2011 | Zerithea Raiche | Prepare instruction sheet for set up of CourtCall telephone appearances and case management order requirements. | 0.50 | 82.50 |
| 02-14-2011 | N. Talbott Settle | Conferences regarding file, set up, and management. | 0.40 | 66.00 |
| 02-14-2011 | N. Talbott Settle | Conference on case materials and case status. | 0.30 | 49.50 |
| 02-14-2011 | Patricia Wheeler | Review first through fourth interim fee examiner reports for Lehman. | 1.80 | 513.00 |
| 02-14-2011 | Eric Wilson | Conference regarding appropriate treatment of block billing and fee review issues. | 0.50 | 225.00 |
| 02-14-2011 | Katherine Stadler | Arrangements for weekly meetings. | 0.40 | No Charge |
| 02-14-2011 | Katherine Stadler | Conference on case status, background, and strategy. | 0.60 | 258.00 |
| 02-14-2011 | Katherine Stadler | E-mail communications on coding and flagging protocols. | 0.90 | 387.00 |
| 02-15-2011 | N. Talbott Settle | Update tracking sheet for sixth interim documents. | 1.50 | 247.50 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-15-2011 | Zerithea Raiche | Update website to include court filings plus exhibits for use by team members in review of fee applications of retained professionals. | 1.60 | 264.00 |
| 02-15-2011 | Patricia Wheeler | Review correspondence between U.S. Trustee and professionals regarding first through fourth interim fee examiner reports for Lehman. | 0.80 | 228.00 |
| 02-16-2011 | Zerithea Raiche | Prepare emails to team members and include list of daily postings to the website and court filings. | 0.70 | 115.50 |
| 02-16-2011 | Zerithea Raiche | Prepare list of protocols for document retention strategy. | 1.10 | 181.50 |
| 02-16-2011 | Zerithea Raiche | Update website to include BrownGreer and U.S. Trustee documents on retained professionals, daily court filings, and supporting documents for use in review of fee applications of retained professionals. | 2.40 | 396.00 |
| 02-16-2011 | N. Talbott Settle | Review and update retained professional tracking for the sixth period with assigned attorneys. | 0.80 | 132.00 |
| 02-16-2011 | N. Talbott Settle | Update retained professional list with attorney assignments and distribute. | 0.70 | 115.50 |
| 02-16-2011 | N. Talbott Settle | Review correspondence and forward fees and expenses documents to attorneys. | 0.70 | 115.50 |
| 02-16-2011 | Katherine Stadler | E-mail to team with details on professional assignments and related tasks. | 0.80 | 344.00 |
| 02-17-2011 | Zerithea Raiche | Update website to include spreadsheets from BrownGreer. | 1.70 | 280.50 |
| 02-17-2011 | Zerithea Raiche | Update website to include court filings plus exhibits. | 2.70 | 445.50 |

Matter Number: 009878-0002
Invoice No.: 543308

October 17, 2011
Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-17-2011 | Zerithea Raiche | Compile information for preparation of retained professional mailing list. | 1.80 | 297.00 |
| 02-17-2011 | Zerithea Raiche | Prepare emails with information required to prepare a mailing list of all retained professionals. | 0.40 | 66.00 |
| 02-17-2011 | Zerithea Raiche | Prepare list of naming conventions for use in posting documents to team website. | 1.30 | 214.50 |
| 02-18-2011 | N. Talbott Settle | Review and name sixth interim fee and expense spreadsheets from BrownGreer in preparation for attorney review. | 2.90 | 478.50 |
| 02-18-2011 | N. Talbott Settle | Work on set up and tests for fee committee website. | 0.40 | No Charge |
| 02-18-2011 | Zerithea Raiche | Review and post to website court filings from the docket and BrownGreer records. | 8.40 | 1,386.00 |
| 02-18-2011 | Monica Santa Maria | Email correspondence regarding edits to fee review criteria and standards. | 0.10 | 24.00 |
| 02-20-2011 | Zerithea Raiche | Update website to separate BrownGreer spreadsheets. | 0.70 | 115.50 |
| 02-20-2011 | Zerithea Raiche | Prepare chart tracking status of documents imported to retained professional website folders. | 0.70 | 115.50 |
| 02-20-2011 | Zerithea Raiche | Continue work on list of naming conventions for use by team members. | 0.60 | 99.00 |
| 02-20-2011 | Zerithea Raiche | Prepare detailed email to team members on access to the Lehman website. | 0.60 | 99.00 |
| 02-20-2011 | Zerithea Raiche | Work on list of service protocols. | 0.90 | 148.50 |
| 02-20-2011 | N. Talbott Settle | Continue work on naming conventions for case documents. | 0.60 | 99.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-20-2011 | N. Talbott Settle | Profile sixth interim summary reports with naming conventions. | 0.40 | 66.00 |
| 02-20-2011 | N. Talbott Settle | Review and profile additional spreadsheets from BrownGreer for the sixth fee period and update tracking spreadsheet. | 0.60 | 99.00 |
| 02-20-2011 | Monica Santa Maria | Edit fee review criteria and standards. | 0.60 | 144.00 |
| 02-20-2011 | Monica Santa Maria | Review and respond to email correspondence regarding fee review standards. | 0.20 | 48.00 |
| 02-21-2011 | Carla Andres | Review e-mail on website and review website, review e-mail regarding compensation for budgets. | 0.60 | 210.00 |
| 02-21-2011 | N. Talbott Settle | Conference on recent reports from BrownGreer and fee review process and comparison with documents from the U.S. Trustee. | 0.80 | 132.00 |
| 02-21-2011 | N. Talbott Settle | Review and distribute correspondence answering questions from committee chair. | 0.50 | 82.50 |
| 02-21-2011 | Zerithea Raiche | Conference on recent reports from BrownGreer and fee review process in comparison with documents from the U.S. Trustee. | 0.80 | 132.00 |
| 02-21-2011 | Zerithea Raiche | Revise and distribute list of website naming conventions. | 0.60 | 99.00 |
| 02-21-2011 | Zerithea Raiche | Prepare status chart to track documents posted to website. | 1.10 | 181.50 |
| 02-21-2011 | Zerithea Raiche | Review and post to website court filings plus exhibits from the docket and BrownGreer records. | 8.40 | 1,386.00 |
| 02-21-2011 | Zerithea Raiche | Prepare email attaching time entry protocols, billing categories and website connections. | 0.20 | 33.00 |

08-13555-mg    Doc 22392-3    Filed 11/18/11    Entered 11/18/11 23:15:34    Exhibit
Matter Number: 009878-0002    C-0002    Pg 12 of 34
Invoice No.: 543308

October 17, 2011

Page 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-21-2011 | Peggy Barlett | Review expense and fee rules for billing review. | 0.30 | 67.50 |
| 02-21-2011 | Peggy Barlett | Telephone conference regarding research and issue of several professionals at one meeting. | 0.10 | 22.50 |
| 02-21-2011 | Katherine Stadler | Work on case staffing and communications. | 1.40 | No Charge |
| 02-21-2011 | Katherine Stadler | Emails on staffing and meetings on administration. | 1.30 | No Charge |
| 02-22-2011 | Mary Roufus | Work on assembling, summarizing, profiling and indexing filed documents to assist fee review. | 9.30 | 1,534.50 |
| 02-22-2011 | Zerithea Raiche | Update website to include docket entries for fourth and fifth interim fee applications for all retained professionals including exhibits and BrownGreer spreadsheets and records for fifth interim fee applications. | 8.60 | 1,419.00 |
| 02-22-2011 | Brady C. Williamson | Conferences on fee committee scheduling. | 0.30 | 157.50 |
| 02-23-2011 | Zerithea Raiche | Update website to include background information from the U.S. Trustee's office for all retained professionals. | 1.80 | 297.00 |
| 02-23-2011 | Katherine Stadler | E-mail exchange on paralegal assignments and staffing issues. | 0.50 | No Charge |
| 02-24-2011 | N. Talbott Settle | Obtain retention documents for Deloitte Tax and Reed Smith and circulate with comments. | 1.40 | 231.00 |
| 02-24-2011 | N. Talbott Settle | Update tracking spreadsheet of sixth interim applications. | 0.20 | 33.00 |
| 02-24-2011 | Zerithea Raiche | Review and post to website court filings plus exhibits from the docket and BrownGreer records. | 4.30 | 709.50 |

08-13555-mg     Doc 22392-3     Filed 11/18/11     Entered 11/18/11 23:15:34     Exhibit
Matter Number: 009878-0002     C-0002     Pg 13 of 34
Invoice No.: 543308

October 17, 2011
Page 11

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-24-2011 | Brian C Spahn | Email correspondence regarding rules for travel per diems and baggage fees. | 0.30 | 76.50 |
| 02-24-2011 | Peggy Barlett | Review several emails regarding additional fee and expense rules, including per diem meals, time details, and baggage fees. | 0.40 | 90.00 |
| 02-24-2011 | Peggy Barlett | Email regarding fees for preparation of fee application and billing preparation. | 0.10 | 22.50 |
| 02-24-2011 | Peggy Barlett | Review email and attachments regarding monthly reports filed by professionals. | 0.20 | 45.00 |
| 02-25-2011 | N. Talbott Settle | Review and name sixth interim fee and expense spreadsheets from BrownGreer in preparation for attorney review. | 0.30 | 49.50 |
| 02-25-2011 | Zerithea Raiche | Update chart of documents imported to website in analysis of fee applications. | 1.10 | 181.50 |
| 02-25-2011 | Zerithea Raiche | Review and post to website court filings plus exhibits from the docket and BrownGreer records. | 3.80 | 627.00 |
| 02-25-2011 | Brian C Spahn | Review material on Lehman intranet site including retained professional background information and Lehman litigation and bankruptcy articles. | 0.40 | No Charge |
| 02-25-2011 | Eric Wilson | Prepare memorandum on fee application review protocols. | 0.70 | 315.00 |
| 02-27-2011 | Zerithea Raiche | Respond to questions on attorney assignments by retained professional. | 0.30 | 49.50 |
| 02-27-2011 | Zerithea Raiche | Review and post to website court filings plus exhibits from the docket and BrownGreer records. | 3.10 | 511.50 |

Matter Number: 009878-0002
Invoice No.: 543308

October 17, 2011

Page 12

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-28-2011 | N. Talbott Settle | Conferences regarding fee report exhibits. | 0.40 | 66.00 |
| 02-28-2011 | Mary Roufus | Conference regarding service of memorandum from Mr. Gitlin. | 0.20 | 33.00 |
| 02-28-2011 | Zerithea Raiche | Conference on status of fifth interim reports and outstanding issues. | 0.20 | 33.00 |
| 02-28-2011 | Zerithea Raiche | Update retained professional mailing list with information from filed documents. | 0.40 | 66.00 |
| 02-28-2011 | Zerithea Raiche | Prepare fax transmissions to Hudson Global Resources, Natixis and Discover Ready with memorandum from Mr. Gitlin on the fee review process. | 0.30 | 49.50 |
| 02-28-2011 | Zerithea Raiche | Prepare email distribution list for retained professionals. | 0.90 | 148.50 |
| 02-28-2011 | Zerithea Raiche | Review and post to website court filings plus exhibits from the docket and BrownGreer records. | 4.20 | 693.00 |
| 02-28-2011 | Mary Roufus | Review service list and conference regarding service of memorandum. | 0.10 | 16.50 |
| 02-28-2011 | Eric Wilson | Review U.S. Trustee filing objecting to rate increases and draft correspondence. | 0.20 | 90.00 |
| 03-01-2011 | N. Talbott Settle | Work on travel arrangements and logistics for fee committee meeting. | 0.60 | No Charge |
| 03-01-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications of retained professionals. | 0.60 | 99.00 |

Matter Number: 009878-0002                                October 17, 2011
Invoice No.: 543308                                                    Page 13

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-01-2011 | Zerithea Raiche | Update website and distribute to team members fee statements from retained professionals: Reilly Pozner, Windels Marx, Momo-O and Reed Smith. | 0.40 | 66.00 |
| 03-01-2011 | Zerithea Raiche | Update website and distribute letters from the U. S. Trustee to retained professionals on rate increases. | 0.30 | 49.50 |
| 03-02-2011 | N. Talbott Settle | Conference on exhibits summarizing results of fee review. | 1.10 | 181.50 |
| 03-02-2011 | N. Talbott Settle | Work on travel and hotel arrangements and logistics for fee committee meeting. | 1.80 | No Charge |
| 03-02-2011 | Zerithea Raiche | Update website and distribute statements from retained professionals: Sutherland Asbill and Paul Hastings. | 0.10 | 16.50 |
| 03-02-2011 | Zerithea Raiche | Include responses from retained professionals, daily filings, and supporting documents. | 1.10 | 181.50 |
| 03-03-2011 | Mary Roufus | Review e-mail regarding downloading documents relating to professional retention and search Epiq website. | 0.70 | 115.50 |
| 03-03-2011 | Zerithea Raiche | Update list of naming conventions. | 0.60 | 99.00 |
| 03-03-2011 | Zerithea Raiche | Update website to include new documents to retained professional files for use in analysis of fifth and sixth fee period applications. | 3.60 | 594.00 |
| 03-03-2011 | Zerithea Raiche | Update website responses from retained professionals, daily filings, and supporting documents. | 1.10 | 181.50 |
| 03-04-2011 | N. Talbott Settle | Work on potential formatting of exhibits to summarize the results of fee review. | 0.80 | 132.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-04-2011 | Mary Roufus | Download documents to be included in website for use in analysis of fifth and sixth fee period applications. | 10.30 | 1,699.50 |
| 03-04-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications. | 0.90 | 148.50 |
| 03-04-2011 | Zerithea Raiche | Update website to include documents to retained professional files. | 2.70 | 445.50 |
| 03-06-2011 | Zerithea Raiche | Update website to include documents to retained professional files for use in analysis of fifth and sixth fee period applications. | 4.40 | 726.00 |
| 03-07-2011 | N. Talbott Settle | Update sixth interim charts. | 0.60 | 99.00 |
| 03-07-2011 | N. Talbott Settle | Update the file with fee committee meeting materials. | 0.30 | 49.50 |
| 03-07-2011 | N. Talbott Settle | Test equipment and prepare materials for travel. | 0.80 | No Charge |
| 03-07-2011 | N. Talbott Settle | Review emails regarding exhibit preparation. | 0.60 | 99.00 |
| 03-07-2011 | Zerithea Raiche | Update website to include documents to retained professional files for use in analysis of fifth and sixth fee period applications. | 6.80 | 1,122.00 |
| 03-07-2011 | Zerithea Raiche | Update website to include additional responses from retained professionals, daily filings, and supporting documents. | 0.80 | 132.00 |
| 03-07-2011 | Zerithea Raiche | Conferences on exhibits for retained professional reports. | 0.20 | 33.00 |
| 03-07-2011 | Brady C. Williamson | Review latest fee applications for sixth interim period. | 1.40 | 735.00 |
| 03-08-2011 | Zerithea Raiche | Update website to include latest documents. | 6.40 | 1,056.00 |

Matter Number: 009878-0002
Invoice No.: 543308

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-08-2011 | Zerithea Raiche | Update website to include additional responses from retained professionals, daily filings, and supporting documents. | 0.70 | 115.50 |
| 03-08-2011 | Peggy Barlett | Confer regarding status of review for all professionals and upcoming preparation of exhibits and letters to professionals. | 0.40 | 90.00 |
| 03-09-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.40 | 66.00 |
| 03-09-2011 | Zerithea Raiche | Update website to include recently-filed documents. | 7.60 | 1,254.00 |
| 03-09-2011 | Zerithea Raiche | Update website to include additional responses from retained professionals, daily filings, and supporting documents for use in review of fee applications. | 0.80 | 132.00 |
| 03-10-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 03-10-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 4.40 | 726.00 |
| 03-11-2011 | N. Talbott Settle | Conference on exhibits. | 0.10 | 16.50 |
| 03-11-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.50 | 82.50 |
| 03-11-2011 | Zerithea Raiche | Update website to include documents to retained professional files for use in analysis of fifth and sixth fee period applications. | 4.70 | 775.50 |
| 03-11-2011 | Katherine Stadler | Conferences on staffing issues. | 0.70 | No Charge |

08-13555-mg    Doc 22392-3    Filed 11/18/11    Entered 11/18/11 23:15:34    Exhibit
Matter Number: 009878-0002    C-0002    Pg 18 of 34
Invoice No.: 543308

October 17, 2011
Page 16

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-11-2011 | Katherine Stadler | E-mail on treatment of guideline violations and photocopying expense. | 0.40 | 172.00 |
| 03-13-2011 | Zerithea Raiche | Update website to include further documents to retained professional files for use in analysis. | 4.70 | 775.50 |
| 03-13-2011 | Peggy Barlett | Review emails regarding exhibit formats and categories for objections to all fee applications. | 0.10 | 22.50 |
| 03-14-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.30 | 49.50 |
| 03-14-2011 | Zerithea Raiche | Conference on preparation of exhibits for draft letters to retained professionals. | 0.10 | 16.50 |
| 03-14-2011 | Zerithea Raiche | Update list of naming conventions for use by team members. | 0.80 | 132.00 |
| 03-14-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 3.50 | 577.50 |
| 03-14-2011 | N. Talbott Settle | Conference on exhibits to reports. | 0.20 | 33.00 |
| 03-14-2011 | Peggy Barlett | Conference regarding final revisions to Houlihan, Lokey and Richard Sheldon sixth interim fee applications and completion of all review for exhibit preparation. | 0.20 | 45.00 |
| 03-14-2011 | Peggy Barlett | Conference regarding time increments analysis and organization for exhibits listing time increment objections. | 0.10 | 22.50 |
| 03-14-2011 | Peggy Barlett | Conference regarding development of template for exhibit spreadsheets listing all objections to sixth interim fee applications. | 0.10 | 22.50 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-15-2011 | Carla Andres | Review and respond to e-mails regarding proposed exhibit format and process. | 0.30 | 105.00 |
| 03-15-2011 | Carla Andres | Review and comment on initial draft report format for sixth fee period. | 0.40 | 140.00 |
| 03-15-2011 | Zerithea Raiche | Update list of naming conventions for use by team members. | 0.60 | 99.00 |
| 03-15-2011 | Zerithea Raiche | Revise chart of filing protocols for use by team members. | 0.60 | 99.00 |
| 03-15-2011 | Zerithea Raiche | Update website to include documents to retained professional files for use in analysis of sixth fee period applications. | 3.70 | 610.50 |
| 03-15-2011 | Zerithea Raiche | Prepare emails to team members and include list of daily postings to website and court filings. | 0.30 | 49.50 |
| 03-15-2011 | Zerithea Raiche | Telephone conferences on preparations for March 22 conference call with retained professionals. | 0.30 | 49.50 |
| 03-15-2011 | N. Talbott Settle | Prepare and forward materials in preparation for meeting. | 0.60 | 99.00 |
| 03-15-2011 | N. Talbott Settle | Correspondence regarding formatting for exhibits for reports. | 0.40 | 66.00 |
| 03-15-2011 | Brian C Spahn | Review draft report template. | 0.40 | 102.00 |
| 03-15-2011 | Peggy Barlett | Review email and attached draft of report. | 0.40 | 90.00 |
| 03-15-2011 | Eric Wilson | Review proposed exhibits for various professionals and prepare suggestions regarding follow up questions for each professional prior to letter submissions. | 1.70 | 765.00 |
| 03-15-2011 | Eric Wilson | Review draft template for letters to professionals and prepare revisions to letter and general substantive suggestions on overall approach. | 1.40 | 630.00 |

Matter Number: 009878-0002
Invoice No.: 543308

October 17, 2011
Page 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-15-2011 | Katherine Stadler | Arrangements for all professionals conference call. | 1.50 | No Charge |
| 03-16-2011 | Mary Roufus | Attend (partial) meeting to discuss exhibit template and process for all fee applications. | 0.90 | 148.50 |
| 03-16-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 6.00 | 990.00 |
| 03-16-2011 | Zerithea Raiche | Verify and update email distribution list for retained professionals. | 0.90 | 148.50 |
| 03-16-2011 | N. Talbott Settle | Work on document management of meeting materials and materials for upcoming conferences. | 0.60 | 99.00 |
| 03-16-2011 | Peggy Barlett | Email regarding revisions and comments to reports. | 0.10 | 22.50 |
| 03-16-2011 | Peggy Barlett | Conference regarding exhibit formatting, changes to the template and production of exhibits for reports. | 0.10 | 22.50 |
| 03-16-2011 | Brian C Spahn | Discuss exhibit organization and preparation for meeting. | 0.30 | 76.50 |
| 03-16-2011 | Brian C Spahn | Discuss exhibit template and process for all fee applications. | 0.90 | 229.50 |
| 03-16-2011 | Brian C Spahn | Review emails describing tasks and strategy necessary to get letter reports and exhibits completed. | 0.40 | 102.00 |
| 03-16-2011 | Katherine Stadler | Conference on conference call options. | 0.70 | No Charge |
| 03-17-2011 | Carla Andres | Review draft correspondence to professionals, provide comments, and review final format. | 0.40 | 140.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-17-2011 | Mary Roufus | Conference regarding naming conventions for incoming and outgoing documents and correspondence and review suggestions. | 0.30 | 49.50 |
| 03-17-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use by team members. | 6.00 | 990.00 |
| 03-17-2011 | Zerithea Raiche | Update list of naming conventions for use by team members. | 0.60 | 99.00 |
| 03-17-2011 | N. Talbott Settle | Conference on exhibits to the report. | 0.20 | 33.00 |
| 03-17-2011 | N. Talbott Settle | Work on exhibit process. | 2.00 | 330.00 |
| 03-17-2011 | Peggy Barlett | Prepare for meeting regarding exhibits for Houlihan, Lokey and Quinn Emanuel. | 0.40 | 90.00 |
| 03-17-2011 | Brian C Spahn | Review documents that have been sent to BrownGreer regarding sixth interim application exhibits. | 0.40 | 102.00 |
| 03-17-2011 | Brian C Spahn | Conferences and email exchanges regarding process for creating exhibits to sixth interim fee application reports. | 0.40 | 102.00 |
| 03-17-2011 | Katherine Stadler | Work on arrangements and scheduling for March 22 conference call. | 2.00 | No Charge |
| 03-17-2011 | Katherine Stadler | E-mail exchange with fee committee members on scheduling of chambers conference and rescheduling of fee committee meeting. | 0.80 | 344.00 |
| 03-17-2011 | Katherine Stadler | Work on letter report template. | 1.00 | No Charge |
| 03-18-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-18-2011 | Zerithea Raiche | Update website to include documents for use in analysis of fifth and sixth fee period applications. | 2.60 | 429.00 |
| 03-18-2011 | Zerithea Raiche | Prepare list of recipients of the March 16 memorandum by Mr. Gitlin to retained professionals. | 0.70 | 115.50 |
| 03-18-2011 | N. Talbott Settle | Review recent correspondence and update binder for March 22 conference call. | 0.50 | No Charge |
| 03-18-2011 | N. Talbott Settle | Review multiple correspondence regarding spreadsheet and exhibits to the reports. | 0.30 | 49.50 |
| 03-18-2011 | N. Talbott Settle | Travel logistics for March 31 fee committee meeting and work on logistics memorandum. | 2.30 | No Charge |
| 03-20-2011 | Zerithea Raiche | Update website. | 6.80 | 1,122.00 |
| 03-21-2011 | Zerithea Raiche | Conference on preparations for March 22 conference call with retained professionals. | 0.10 | 16.50 |
| 03-21-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.60 | 264.00 |
| 03-21-2011 | Katherine Stadler | Review and compare various exhibit formats in preparation for meeting. | 1.10 | 473.00 |
| 03-22-2011 | Zerithea Raiche | Update website to include documents to retained professional files for use in analysis of fifth and sixth fee period applications. | 4.50 | 742.50 |
| 03-22-2011 | N. Talbott Settle | Work on memorandum to file on format of fee review exhibits and procedure. | 1.30 | 214.50 |

Matter Number: 009878-0002                                October 17, 2011
Invoice No.:  543308                                              Page 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-22-2011 | Peggy Barlett | Conference regarding finalized exhibits, preparation of letter reports and outstanding issues for fee and expense review. | 0.80 | 180.00 |
| 03-23-2011 | Carla Andres | Correspondence and conference with team members regarding consistency of protocol application and timing. | 0.40 | 140.00 |
| 03-23-2011 | Zerithea Raiche | Update website to include documents to retained professional files for use in analysis. | 5.30 | 874.50 |
| 03-23-2011 | Zerithea Raiche | Review list of names and verify spelling. | 0.30 | 49.50 |
| 03-23-2011 | N. Talbott Settle | Conference regarding exhibits. | 0.30 | 49.50 |
| 03-23-2011 | Mary Roufus | Review and provide comments on exhibit formatting memorandum and conference regarding comments. | 0.90 | 148.50 |
| 03-23-2011 | N. Talbott Settle | Continue work on memorandum regarding exhibit formatting and circulate. | 0.30 | 49.50 |
| 03-23-2011 | Peggy Barlett | Conference regarding memorandum outlining exhibit formatting and categories for all professionals. | 0.30 | 67.50 |
| 03-24-2011 | Zerithea Raiche | Update website to include new responses from retained professionals, daily filings, and supporting documents. | 5.90 | 973.50 |
| 03-24-2011 | N. Talbott Settle | Conference on review of exhibits and verification process for reports. | 0.90 | 148.50 |
| 03-24-2011 | N. Talbott Settle | Update interim files with professional responses. | 0.70 | 115.50 |
| 03-24-2011 | Monica Santa Maria | Status conference including discussion of exhibit preparation procedures and quality control. | 0.90 | 216.00 |

Matter Number: 009878-0002                                October 17, 2011
Invoice No.: 543308                                                Page 22

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-24-2011 | Peggy Barlett | Review emails regarding report letters and consistency guidelines for language. | 0.40 | 90.00 |
| 03-24-2011 | Katherine Stadler | Identify consistency issues across all reports. | 0.70 | 301.00 |
| 03-25-2011 | Carla Andres | Review e-mails and exhibits regarding project status and reporting. | 0.30 | 105.00 |
| 03-25-2011 | N. Talbott Settle | Forward daily fee committee correspondence for review. | 0.20 | 33.00 |
| 03-25-2011 | N. Talbott Settle | Prepare status list of reports for the sixth fee period and review status correspondence and update spreadsheet. | 3.40 | 561.00 |
| 03-25-2011 | N. Talbott Settle | Conference and correspondence on time increments. | 0.30 | 49.50 |
| 03-25-2011 | Brian C Spahn | Review fee applications for Weil Gotshal, Reilly Pozner, The O'Neil Group, MMOR Consulting, Windels Marx, Ernst & Young, PricewaterhouseCoopers and Lazard Freres to draft summary paragraphs for each in anticipation of March 31 fee committee meeting. | 3.20 | 816.00 |
| 03-25-2011 | Brian C Spahn | Review status chart for sixth interim fee application reports. | 0.40 | 102.00 |
| 03-25-2011 | Peggy Barlett | Conference regarding issues with exhibit formatting and organization for disallowance amounts. | 0.40 | 90.00 |
| 03-26-2011 | Monica Santa Maria | Prepare email status summary. | 0.20 | 48.00 |
| 03-27-2011 | N. Talbott Settle | Review and forward correspondence relating to exhibits and reports and update status spreadsheet. | 0.60 | 99.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-0002   .
Invoice No.: 543308

October 17, 2011

Page 23

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-28-2011 | Carla Andres | Communications regarding consistency in reports and issue exhibits. | 0.90 | 315.00 |
| 03-28-2011 | Zerithea Raiche | Update website. | 0.70 | 115.50 |
| 03-28-2011 | N. Talbott Settle | Update status spreadsheet of reports. | 1.20 | 198.00 |
| 03-28-2011 | N. Talbott Settle | Circulate spreadsheets and review team responses. | 0.40 | 66.00 |
| 03-29-2011 | Carla Andres | Conference with team members regarding status of reports. | 0.40 | 140.00 |
| 03-29-2011 | N. Talbott Settle | Update spreadsheets summarizing applications. | 0.50 | 82.50 |
| 03-29-2011 | N. Talbott Settle | Review correspondence regarding materials for the fee committee meeting. | 0.20 | 33.00 |
| 03-29-2011 | N. Talbott Settle | Memorandum and conference regarding reproduction of fee committee materials. | 0.40 | 66.00 |
| 03-29-2011 | Brian C Spahn | Edit summaries of retained professionals' roles to provide to Mr. Gitlin. | 0.50 | 127.50 |
| 03-29-2011 | Katherine Stadler | Review and revise general summary listing role of each retained professional and gross billings to date as requested by Mr. Gitlin. | 1.10 | 473.00 |
| 03-30-2011 | Zerithea Raiche | Update list of naming conventions and distribute to team members. | 2.10 | 346.50 |
| 03-30-2011 | Monica Santa Maria | Draft status summary and proposed task list. | 0.40 | 96.00 |
| 03-30-2011 | Eric Wilson | Review and respond to correspondence regarding exhibit preparation for fee committee reports. | 0.50 | 225.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-31-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications of retained professionals. | 1.40 | 231.00 |
| 03-31-2011 | N. Talbott Settle | Update spreadsheet tracking status of reports and exhibits. | 0.70 | 115.50 |
| 03-31-2011 | N. Talbott Settle | Update binder of retained professional responses to the fee committee. | 0.20 | No Charge |
| 03-31-2011 | Eric Wilson | Exchange correspondence regarding analysis of time increments and fee application time. | 0.40 | 180.00 |
| 04-01-2011 | Carla Andres | E-mails regarding status of all reports and exhibits and suggested revisions to format. | 0.50 | 175.00 |
| 04-01-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 3.10 | 511.50 |
| 04-01-2011 | N. Talbott Settle | Update binder of retained professional responses to the fee committee and conference on meeting. | 0.40 | No Charge |
| 04-01-2011 | Patricia Wheeler | Review email correspondence regarding results of fee committee meeting. | 0.20 | 57.00 |
| 04-03-2011 | Zerithea Raiche | Update website with responses from retained professionals, daily filings, and supporting documents. | 5.60 | 924.00 |
| 04-04-2011 | Zerithea Raiche | Update website with responses from retained professionals, daily filings, and supporting documents. | 1.80 | 297.00 |

Matter Number: 009878-0002                                        October 17, 2011

Invoice No.: 543308                                                      Page 25

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04-04-2011 | N. Talbott Settle | Review correspondence from the retained professionals and update response to fee committee requests binder. | 0.60 | 99.00 |
| 04-04-2011 | Eric Wilson | Review email correspondence regarding next steps for preparation of fee committee reports. | 0.40 | 180.00 |
| 04-05-2011 | Carla Andres | Review team e-mails regarding report dates, responses, and protocol on exhibit titling. | 0.20 | 70.00 |
| 04-05-2011 | Zerithea Raiche | Update website. | 1.40 | 231.00 |
| 04-05-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.60 | 99.00 |
| 04-05-2011 | N. Talbott Settle | Review emails regarding reports and exhibits. | 0.20 | 33.00 |
| 04-05-2011 | N. Talbott Settle | Correspondence forwarding tracking spreadsheet for reports with instructions. | 0.40 | 66.00 |
| 04-05-2011 | N. Talbott Settle | Work on tracking sheet of final reports. | 2.20 | 363.00 |
| 04-05-2011 | N. Talbott Settle | Work on citation check template letter for reports. | 0.80 | 132.00 |
| 04-05-2011 | N. Talbott Settle | Review correspondence regarding fee committee telephone conference. | 0.20 | 33.00 |
| 04-05-2011 | Brian C Spahn | Edits to reports and Wednesday conference call with fee committee. | 0.20 | 51.00 |
| 04-05-2011 | Peggy Barlett | Review e-mails regarding exhibit naming conventions and issues with calculations. | 0.20 | 45.00 |
| 04-05-2011 | Katherine Stadler | E-mail exchange on report deadlines and timing. | 0.20 | 86.00 |
| 04-05-2011 | Katherine Stadler | E-mail from U.S. Trustee's office on revisions to draft reports and e-mail with instructions. | 0.60 | 258.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04-06-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.30 | 214.50 |
| 04-06-2011 | Zerithea Raiche | Prepare emails to Epiq for service of revised proposed order - fourth amended interim compensation order and prepare chambers' service of proposed order. | 0.40 | 66.00 |
| 04-06-2011 | Zerithea Raiche | Prepare emails to Epiq for service of revised proposed order - amended fee protocol and prepare chambers' service of proposed order. | 0.40 | 66.00 |
| 04-06-2011 | N. Talbott Settle | Circulate changes to the template letter. | 0.30 | 49.50 |
| 04-06-2011 | N. Talbott Settle | Update tracking spreadsheet of reports. | 0.10 | 16.50 |
| 04-06-2011 | N. Talbott Settle | Work on password protecting exhibits to reports in preparation of service of the reports by email. | 0.60 | 99.00 |
| 04-06-2011 | Brian C Spahn | Review U.S. Trustee comments on sixth interim fee period reports. | 0.30 | 76.50 |
| 04-06-2011 | Peggy Barlett | Review U.S. Trustee's comments to reports. | 0.40 | 90.00 |
| 04-07-2011 | Carla Andres | Review edits for all reports incorporating U.S. Trustee comments. | 0.50 | 175.00 |
| 04-07-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.40 | 231.00 |
| 04-07-2011 | Zerithea Raiche | Update list of naming conventions to include reports and exhibits. | 0.30 | 49.50 |
| 04-07-2011 | N. Talbott Settle | Correspondence regarding reports and updates to case directory. | 0.40 | 66.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04-07-2011 | N. Talbott Settle | Work on password protection for reports and corresponding exhibits. | 0.70 | 115.50 |
| 04-07-2011 | N. Talbott Settle | Update tracking spreadsheet for reports. | 0.50 | 82.50 |
| 04-07-2011 | Katherine Stadler | Work on general contents of form report. | 0.20 | 86.00 |
| 04-08-2011 | Zerithea Raiche | Locate and forward to BrownGreer and the U.S. Trustee - fee statements for Milbank Tweed and Curtis Mallet-Prevost. | 0.20 | 33.00 |
| 04-08-2011 | Zerithea Raiche | Update website. | 1.20 | 198.00 |
| 04-08-2011 | N. Talbott Settle | Work on process for password protection analyzing and cleaning of exhibit spreadsheets. | 2.20 | 363.00 |
| 04-08-2011 | Brian C Spahn | Rename and prepare final exhibits to sixth interim fee reports for Weil Gotshal and Reilly Pozner. | 0.10 | 25.50 |
| 04-09-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.30 | 49.50 |
| 04-09-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 2.10 | 346.50 |
| 04-11-2011 | N. Talbott Settle | Review correspondence relating to the status of the reports and update status spreadsheet. | 0.40 | 66.00 |
| 04-11-2011 | N. Talbott Settle | Telephone conference regarding status of reports. | 0.20 | 33.00 |
| 04-11-2011 | N. Talbott Settle | Review correspondence regarding items for next fee committee meeting. | 0.10 | 16.50 |
| 04-11-2011 | Peggy Barlett | Review correspondence regarding exhibits, letters and issues with the same. | 0.50 | 112.50 |

Matter Number: 009878-0002                                              October 17, 2011
Invoice No.: 543308                                                                Page 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04-11-2011 | Katherine Stadler | Work on assessment of ordinary course professionals status for April 28 report to fee committee. | 0.30 | 129.00 |
| 04-11-2011 | Katherine Stadler | E-mail to Ms. Gasparini for U.S. Trustee on reports, timing, and status. | 0.20 | 86.00 |
| 04-11-2011 | Katherine Stadler | Distribute new reports to fee committee members for review and comment. | 0.20 | 86.00 |
| 04-12-2011 | Zerithea Raiche | Update website. | 1.70 | 280.50 |
| 04-12-2011 | Zerithea Raiche | Arrange with CourtCall to listen to the April 13 hearing. | 0.20 | 33.00 |
| 04-12-2011 | N. Talbott Settle | Update status chart of reports. | 0.40 | 66.00 |
| 04-12-2011 | N. Talbott Settle | Review and forward correspondence with comment regarding reports and updates to the case directory. | 0.30 | 49.50 |
| 04-12-2011 | Peggy Barlett | Review emails regarding letters and deadlines for sending to professionals. | 0.20 | 45.00 |
| 04-13-2011 | N. Talbott Settle | Work on expenses for trips to New York. | 2.90 | No Charge |
| 04-13-2011 | N. Talbott Settle | Work on binders of final reports. | 0.90 | No Charge |
| 04-13-2011 | N. Talbott Settle | Conference on reports summary. | 0.40 | 66.00 |
| 04-13-2011 | N. Talbott Settle | Correspondence regarding of binders of final reports. | 0.60 | No Charge |
| 04-13-2011 | Peggy Barlett | Conference regarding remainder of reports and exhibits for review. | 0.50 | 112.50 |
| 04-14-2011 | Carla Andres | Review e-mail regarding U.S. Trustee comments on reports. | 0.10 | 35.00 |
| 04-14-2011 | N. Talbott Settle | Conference regarding status of reports for Ernst & Young, Lazard Freres, PricewaterhouseCoopers, Windels Marx and Weil Gotshal and inquiry and reply correspondence on that status. | 0.20 | 33.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04-14-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.90 | 313.50 |
| 04-14-2011 | Brian C Spahn | Email regarding status of sixth interim fee period reports. | 0.40 | 102.00 |
| 04-14-2011 | Brady C. Williamson | Review monthly statements for Reed Smith and Clyde Click. | 0.10 | 52.50 |
| 04-14-2011 | Eric Wilson | Telephone conference regarding status of fee committee reports. | 0.20 | 90.00 |
| 04-15-2011 | N. Talbott Settle | Work on binders of reports. | 1.60 | No Charge |
| 04-15-2011 | N. Talbott Settle | Conference and email regarding status of reports. | 0.10 | 16.50 |
| 04-16-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use by team members in review of fee applications. | 3.90 | 643.50 |
| 04-18-2011 | Carla Andres | Conference regarding report status and recent filings. | 0.60 | 210.00 |
| 04-18-2011 | N. Talbott Settle | Work on index and binders of reports. | 1.50 | No Charge |
| 04-18-2011 | Zerithea Raiche | Update website. | 0.80 | 132.00 |
| 04-18-2011 | Peggy Barlett | Review comments to past fee applications to determine common issues with professionals' billing practices. | 1.40 | 315.00 |
| 04-19-2011 | N. Talbott Settle | Work on index and binders of reports. | 3.20 | No Charge |
| 04-19-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.70 | 115.50 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04-19-2011 | Peggy Barlett | Conference regarding issues with final exhibit summaries and plan for addressing the issue in fee periods. | 0.30 | 67.50 |
| 04-20-2011 | Zerithea Raiche | Update website. | 2.60 | 429.00 |
| 04-20-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.30 | 49.50 |
| 04-21-2011 | Zerithea Raiche | Update website. | 2.60 | 429.00 |
| 04-22-2011 | N. Talbott Settle | Post fee committee meeting materials to website. | 0.80 | 132.00 |
| 04-22-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 2.90 | 478.50 |
| 04-25-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.90 | 313.50 |
| 04-25-2011 | Patricia Wheeler | Calculate and email dates for seventh interim deadlines. | 0.30 | 85.50 |
| 04-25-2011 | Peggy Barlett | Review binder of materials sent to fee committee. | 0.40 | 90.00 |
| 04-25-2011 | Katherine Stadler | Billing statement revision and forward to Mr. Gitlin. | 0.20 | No Charge |
| 04-27-2011 | N. Talbott Settle | Work on chart of monthly budgets received. | 0.60 | 99.00 |
| 04-27-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 4.00 | 660.00 |
| 04-27-2011 | Katherine Stadler | Work on draft fee committee guidelines. | 0.80 | 344.00 |
| 04-28-2011 | N. Talbott Settle | Update website with April 28 fee committee materials. | 0.20 | 33.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04-28-2011 | N. Talbott Settle | Work on expenses for Ms. Stadler and Mr. Williamson. | 0.50 | No Charge |
| 04-28-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.70 | 280.50 |
| 04-29-2011 | N. Talbott Settle | Review correspondence regarding fee committee meeting and prepare staff directive regarding reports. | 0.50 | 82.50 |
| 04-29-2011 | Mary Roufus | Review online docket and profile several pleadings and reports for inclusion in internal website. | 1.70 | 280.50 |
| 04-29-2011 | Peggy Barlett | Review e-mails and attachments regarding details of April 28 fee committee meeting and budget plans. | 0.30 | 67.50 |

|  | Total Fees | $ | 74,056.50 |
|--|-----------|---|-----------|
|  | Total Disbursements | $ | 0.00 |
|  | **Total For This Invoice** | **$** | **74,056.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| CARLA ANDRES | Special Counsel | 5.60 | 350.00 | 1,960.00 |
| **Special Counsel Total** | | **5.60** | | **1,960.00** |
| ZERITHEA RAICHE | Paralegal | 259.20 | 165.00 | 42,768.00 |
| N. TALBOTT SETTLE | Paralegal | 50.80 | 165.00 | 8,382.00 |
| MARY ROUFUS | Paralegal | 24.40 | 165.00 | 4,026.00 |
| **Paralegal Total** | | **334.40** | | **55,176.00** |
| PATRICIA WHEELER | Associate | 3.10 | 285.00 | 883.50 |
| MONICA SANTA MARIA | Associate | 3.00 | 240.00 | 720.00 |
| PEGGY BARLETT | Associate | 9.10 | 225.00 | 2,047.50 |
| BRIAN C SPAHN | Associate | 8.20 | 255.00 | 2,091.00 |
| **Associate Total** | | **23.40** | | **5,742.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.90 | 525.00 | 997.50 |
| KATHERINE STADLER | Shareholder | 15.20 | 430.00 | 6,536.00 |
| ERIC WILSON | Shareholder | 8.10 | 450.00 | 3,645.00 |
| **Shareholder Total** | | **25.20** | | **11,178.50** |
| **TIMEKEEPER TOTALS** | | **388.60** | | **$74,056.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*