# EXHIBIT C-0003

## Detailed Time Records



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.     543309
Re:   Godfrey & Kahn's Fee Application              Matter No.      009878-0003
      (Task Code 4600)

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 157.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **157.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Re:   Godfrey & Kahn's Fee Application
      (Task Code 4600)

Invoice No.     543309
Matter No.      009878-0003

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-15-2011 | Brady C. Williamson | Review time entry protocols and related materials. | 0.30 | 157.50 |
| 04-20-2011 | Brady C. Williamson | Prepare initial invoice pursuant to amended fee protocol. | 0.40 | No Charge |
| | | Total Fees | $ | 157.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **157.50** |

Matter Number: 009878-0003     October 17, 2011
Invoice No.: 543309     Page 2

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| BRADY C. WILLIAMSON | Shareholder | 0.30 | 525.00 | 157.50 |
| **Shareholder Total** | | **0.30** | | **157.50** |
| **TIMEKEEPER TOTALS** | | **0.30** | | **$157.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*