# **EXHIBIT C-0004**

## **Detailed Time Records**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.       543310
Matter No.        009878-0004

Re:   Third Party Retention/Fee Application
      Other Issues (Task Code 4800)

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 1,019.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **1,019.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Re:   Third Party Retention/Fee Application
      Other Issues (Task Code 4800)

Invoice No.    543310
Matter No.     009878-0004

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-24-2011 | Katherine Stadler | Review documents for the appointment of Richard Gitlin as successor independent fee committee member. | 0.70 | 301.00 |
| 02-02-2011 | Brady C. Williamson | Review application to employ Foster Graham. | 0.20 | 105.00 |
| 03-04-2011 | Brady C. Williamson | Review Lock, Lorde application. | 0.30 | 157.50 |
| 04-19-2011 | Monica Santa Maria | Research Rule 2019 disclosure requirements including motion to compel filed by the Debtors regarding the ad hoc group of LB Creditors. | 1.00 | 240.00 |
| 04-19-2011 | Monica Santa Maria | Research retention requirements under bankruptcy code Sections 327(e) and 327(c). | 0.90 | 216.00 |
| | | **Total Fees** | $ | 1,019.50 |
| | | **Total Disbursements** | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **1,019.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| MONICA SANTA MARIA | Associate | 1.90 | 240.00 | 456.00 |
| **Associate Total** | | **1.90** | | **456.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.50 | 525.00 | 262.50 |
| KATHERINE STADLER | Shareholder | 0.70 | 430.00 | 301.00 |
| **Shareholder Total** | | **1.20** | | **563.50** |
| **TIMEKEEPER TOTALS** | | **3.10** | | **$1,019.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*