# **EXHIBIT C-0006**

## **Detailed Time Records**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.      543311
Re:    General Contact/Communication            Matter No.       009878-0006

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 37,504.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **37,504.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.    543311
Re:    General Contact/Communication                     Matter No.     009878-0006

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-24-2011 | Brady C. Williamson | Exchange emails and telephone calls with Mr. Gitlin on schedule and strategy. | 0.70 | 367.50 |
| 01-24-2011 | Katherine Stadler | E-mail update and status report to fee committee members on status of Mr. Gitlin's appointment and scheduling next steps. | 0.70 | 301.00 |
| 01-25-2011 | Brady C. Williamson | Exchange email with Mr. Gitlin on development and new drafts. | 0.30 | 157.50 |
| 01-25-2011 | Katherine Stadler | Telephone conference with Ms. Gasparini for U.S. Trustee on changes to fee protocol. | 0.40 | 172.00 |
| 01-25-2011 | Katherine Stadler | E-mail exchange with Mr. Gitlin on updated drafts of fee protocol and related issues. | 0.40 | 172.00 |
| 01-27-2011 | N. Talbott Settle | Correspondence forwarding documents to Mr. Gitlin. | 0.10 | 16.50 |
| 01-27-2011 | Brady C. Williamson | Email from Ms. Gasparini for U.S. Trustee on schedule. | 0.20 | 105.00 |
| 01-27-2011 | Brady C. Williamson | Review email exchange with Mr. Gitlin on meeting with professionals and telephone conferences with him. | 0.80 | 420.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-29-2011 | Brady C. Williamson | Review Blake Dawson material and email. | 0.20 | 105.00 |
| 01-29-2011 | Brady C. Williamson | Emails to Mr. Gitlin on meetings: schedule and substance. | 0.30 | 157.50 |
| 01-29-2011 | Brady C. Williamson | Review email from U.S. Trustee on Mr. Dawson. | 0.10 | 52.50 |
| 01-30-2011 | Brady C. Williamson | Email exchange with U.S. Trustee representatives on status of project and schedule. | 0.20 | 105.00 |
| 01-31-2011 | N. Talbott Settle | Correspondence regarding travel arrangements. | 0.20 | 33.00 |
| 02-01-2011 | Brady C. Williamson | Exchange email with Mr. Gitlin to follow up on Monday meetings. | 0.30 | 157.50 |
| 02-02-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin on schedule, status and procedures. | 0.30 | 157.50 |
| 02-03-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on schedule, developments, draft minutes and state's report. | 0.40 | 210.00 |
| 02-03-2011 | Katherine Stadler | E-mail to all fee committee members with updated draft of fee protocol. | 0.20 | 86.00 |
| 02-03-2011 | Katherine Stadler | E-mail exchange with Ms. Gasparini for U.S. Trustee on amended interim compensation order. | 0.20 | 86.00 |
| 02-04-2011 | Brady C. Williamson | Exchange email with Mr. Gitlin on latest developments, including appeal discussion and status of order and applications. | 0.30 | 157.50 |
| 02-07-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on developments and schedule. | 0.40 | 210.00 |
| 02-07-2011 | Brady C. Williamson | Email to Blake Dawson firm on status. | 0.20 | 105.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-07-2011 | Katherine Stadler | E-mails to and from U.S. Trustee's office on communications with ordinary course professionals. | 0.20 | 86.00 |
| 02-07-2011 | Katherine Stadler | Draft, review and revise status memorandum to fee committee. | 1.10 | 473.00 |
| 02-08-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on developments, document drafts and revisions and schedules. | 0.30 | 157.50 |
| 02-09-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on draft status of documents. | 0.20 | 105.00 |
| 02-09-2011 | Katherine Stadler | Telephone conference on status of fee committee matters, protocol, and sixth interim application reports. | 0.30 | 129.00 |
| 02-09-2011 | Katherine Stadler | Review and revise draft memorandum to professionals from Mr. Gitlin. | 0.90 | 387.00 |
| 02-10-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin on pending procedural and substantive issues and draft memorandum. | 0.70 | 367.50 |
| 02-11-2011 | Brady C. Williamson | Email to fee committee on developments and next week's schedule. | 0.30 | 157.50 |
| 02-11-2011 | Katherine Stadler | Review and revise memorandum from Mr. Gitlin to professionals with introductions, adding specific requests of BrownGreer. | 0.80 | 344.00 |
| 02-12-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin on next week's schedule and open issues. | 0.20 | 105.00 |
| 02-13-2011 | Brady C. Williamson | Exchange telephone calls and emails with U.S. Trustee on schedule, status of matter, and open issues. | 0.60 | 315.00 |

Matter Number: 009878-0006 October 17, 2011
Invoice No.: 543311 Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-14-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on open issues and agenda items for February 15 fee committee call. | 0.60 | 258.00 |
| 02-14-2011 | Katherine Stadler | Telephone conference with Ms. Gasparini of U.S. Trustee's office on monthly statements, status of fifth interim fee applications, and agenda for committee call. | 0.30 | 129.00 |
| 02-14-2011 | Katherine Stadler | Review and revise memorandum to professionals from Mr. Gitlin. | 0.80 | 344.00 |
| 02-15-2011 | Katherine Stadler | Review and revise memorandum to professionals from Mr. Gitlin in light of fee committee input. | 0.90 | 387.00 |
| 02-15-2011 | Katherine Stadler | E-mail all revised documents to fee committee members for final review, including memorandum, fourth amended interim compensation order, and fee protocol. | 0.40 | 172.00 |
| 02-16-2011 | Brady C. Williamson | Respond to email from Mr. Dawson on payment. | 0.30 | 157.50 |
| 02-16-2011 | Brady C. Williamson | Respond to email from fee committee members. | 0.20 | 105.00 |
| 02-16-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on final changes to documents. | 0.30 | 129.00 |
| 02-16-2011 | Katherine Stadler | Telephone conference with Ms. Gasparini for U.S. Trustee on changes to standing order on monthly fee statements. | 0.30 | 129.00 |
| 02-16-2011 | Katherine Stadler | E-mails to and from Mr. Gitlin in preparation for sharing documents with professionals. | 0.40 | 172.00 |
| 02-17-2011 | Carla Andres | Meeting with Ms. Nass regarding strategy, process, and billing. | 0.70 | No Charge |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-17-2011 | Katherine Stadler | Telephone conferences and e-mail exchange with Mr. Gitlin on Mr. Miller's comments to amended fee protocol and fourth amended interim compensation order. | 0.70 | 301.00 |
| 02-17-2011 | Brady C. Williamson | Review protocol-related emails and exchange telephone calls with Mr. Gitlin. | 0.50 | 262.50 |
| 02-20-2011 | Eric Wilson | Review and respond to inquiry regarding proper treatment of meal expenses. | 0.20 | 90.00 |
| 02-21-2011 | Monica Santa Maria | Email correspondence regarding fee review standards, including weekend travel and meals, computer research and conflicts reviews. | 0.30 | 72.00 |
| 02-22-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on latest discussions on amended fee protocol and meeting schedule. | 0.30 | 157.50 |
| 02-23-2011 | Brady C. Williamson | Conference on Barclays decision and exchange email with Mr. Gitlin on it. | 0.70 | 367.50 |
| 02-23-2011 | Brady C. Williamson | Exchange emails on meeting schedule. | 0.20 | 105.00 |
| 02-24-2011 | Brady C. Williamson | Conference on developments with U.S. Trustee on amended fee protocol. | 0.30 | 157.50 |
| 02-24-2011 | Katherine Stadler | E-mail update to Mr. Gitlin on U.S. Trustee comments to fee protocol. | 0.40 | 172.00 |
| 02-25-2011 | Brady C. Williamson | Conferences on latest developments and scheduling. | 0.20 | 105.00 |
| 02-25-2011 | Katherine Stadler | Email exchange with Ms. Gasparini of U.S. Trustee's office on revisions to amended fee protocol and retention documents. | 0.30 | 129.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-27-2011 | Katherine Stadler | E-mail response to Mr. Gitlin's inquiry on U.S. Trustee comments to amended fee protocol. | 0.20 | 86.00 |
| 02-28-2011 | Zerithea Raiche | Prepare response to the U.S. Trustee on receipt of January 2011 fee statements by retained professionals and chart listing all sixth fee period applications with requested fees in ascending order. | 0.80 | 132.00 |
| 02-28-2011 | Brady C. Williamson | Conference call with Mr. Gitlin to discuss agenda, procedure, schedule, status of application reviews and related issues. | 1.00 | 525.00 |
| 02-28-2011 | Katherine Stadler | Review and revise memorandum to professionals with instructions on filing monthly statements and distribute memorandum to all retained professionals. | 1.20 | 516.00 |
| 02-28-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on status of fee protocol, March 6 agenda, and related issues. | 1.00 | 430.00 |
| 02-28-2011 | Katherine Stadler | E-mail exchange with Ms. Gasparini on revised memorandum to professionals. | 0.20 | 86.00 |
| 03-01-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin on latest developments and schedule. | 0.30 | 157.50 |
| 03-01-2011 | Brady C. Williamson | Review emails from Milbank Tweed and Weil Gotshal on meetings. | 0.20 | 105.00 |
| 03-01-2011 | Katherine Stadler | E-mail exchange with U.S. Trustee counsel on monthly fee application status and objections and e-mail to Mr. Suckow. | 0.50 | 215.00 |
| 03-03-2011 | Brady C. Williamson | Review email to Mr. Gitlin on review status. | 0.20 | 105.00 |
| 03-04-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin. | 0.30 | 157.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-04-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin in preparation for March 8 fee committee meeting. | 0.30 | 129.00 |
| 03-06-2011 | Brady C. Williamson | Exchange email with Mr. Gitlin on schedule and agenda. | 0.20 | 105.00 |
| 03-07-2011 | Brady C. Williamson | Exchange telephone calls with U.S. Trustee on status of case and open issues. | 0.20 | 105.00 |
| 03-07-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on status of matters on agenda for March 8 fee committee meeting. | 0.70 | 301.00 |
| 03-08-2011 | Katherine Stadler | E-mail to Mr. O'Donnell and Mr. Miller with revised fee protocol and fourth amended order in anticipation of meeting. | 0.30 | 129.00 |
| 03-08-2011 | Brady C. Williamson | Exchange email post-meeting with Mr. Gitlin on schedule. | 0.10 | 52.50 |
| 03-09-2011 | Katherine Stadler | Meeting with Mr. Gitlin in preparation for meetings at Weil Gotshal and Milbank Tweed. | 0.70 | 301.00 |
| 03-10-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on hearing schedule and other matters related to amended fee protocol and Mr. Miller's request for a status conference. | 0.30 | 129.00 |
| 03-10-2011 | Katherine Stadler | Revise draft memorandum to professionals outlining results of March 9 fee committee meeting. | 0.70 | 301.00 |
| 03-10-2011 | Brady C. Williamson | Exchange email with Mr. Purcell for creditors' committee on meeting results. | 0.20 | 105.00 |
| 03-11-2011 | Katherine Stadler | Review and revise draft memorandum to professionals on fee committee meeting results. | 1.20 | 516.00 |

08-13555-mg    Doc 22392-6    Filed 11/18/11    Entered 11/18/11 23:15:34    Exhibit
C-0006    Pg 10 of 20

Matter Number: 009878-0006  
Invoice No.: 543311  
October 17, 2011  
Page 8

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-11-2011 | Katherine Stadler | Forward draft memorandum to professionals to fee committee with covering e-mail. | 0.20 | 86.00 |
| 03-11-2011 | Eric Wilson | Review draft memorandum from fee committee to professionals and send suggested edits. | 0.40 | 180.00 |
| 03-11-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on schedule and developments. | 0.40 | 210.00 |
| 03-13-2011 | Brady C. Williamson | Exchange email with Mr. Gitlin on draft schedule. | 0.10 | 52.50 |
| 03-14-2011 | Brady C. Williamson | Telephone conference calls with Mr. Gitlin on pending issues. | 0.50 | 262.50 |
| 03-14-2011 | Brady C. Williamson | Review and revise draft memorandum to retained professionals. | 1.40 | 735.00 |
| 03-14-2011 | Katherine Stadler | Telephone conference and e-mails to and from Mr. Gitlin following up on last week's fee committee meeting and discussing next steps. | 0.70 | 301.00 |
| 03-15-2011 | Katherine Stadler | Telephone conference with Ms. Schwartz and Ms. Gasparini of U.S. Trustee's office regarding contents of memorandum to professionals. | 0.30 | 129.00 |
| 03-16-2011 | Zerithea Raiche | Revise memorandum from Mr. Gitlin and distribute to all retained professionals. | 0.60 | 99.00 |
| 03-16-2011 | Brady C. Williamson | Exchange emails and telephone calls with Mr. Gitlin on developments. | 0.70 | 367.50 |
| 03-16-2011 | Brady C. Williamson | Final revisions to memorandum to retained professionals. | 0.40 | 210.00 |
| 03-16-2011 | Katherine Stadler | Review and revise draft memorandum to professionals and distribute, incorporating feedback from fee committee members. | 2.90 | 1,247.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-17-2011 | Zerithea Raiche | Respond to emails from Mr. Abrams, Ms. Bechutsky and Ms. Dillon on participation at the March 22 conference call with retained professionals. | 0.20 | 33.00 |
| 03-17-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on latest developments and schedule. | 0.80 | 420.00 |
| 03-17-2011 | Brady C. Williamson | Exchange email with fee committee members on schedule. | 0.20 | 105.00 |
| 03-17-2011 | Brady C. Williamson | Review and revise template for letters to retained professionals. | 0.40 | 210.00 |
| 03-17-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on status conference and logistics. | 0.30 | 129.00 |
| 03-17-2011 | Katherine Stadler | Work on talking points for March 22 conference call. | 0.40 | 172.00 |
| 03-18-2011 | Zerithea Raiche | Respond to email from Mr. Leonard on participation at the March 22 conference call with retained professionals. | 0.10 | 16.50 |
| 03-18-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on schedule and substantive issues including Weil Gotshal discussions. | 0.70 | 367.50 |
| 03-18-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin regarding upcoming chambers conference. | 0.30 | 129.00 |
| 03-18-2011 | Katherine Stadler | E-mail exchange with Ms. Gasparini, for U.S. Trustee and fee committee on arrangements for March 31 meeting. | 0.30 | 129.00 |
| 03-20-2011 | Brady C. Williamson | Exchange email and telephone calls with Mr. Gitlin, including on preparation for Tuesday conference call. | 0.80 | 420.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-20-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin regarding preparations for March 22 conference call. | 0.40 | 172.00 |
| 03-21-2011 | Zerithea Raiche | Reply to emails from Ms. McNamara, Ms. Bove and Mr. Graves confirming participation at the March 22 conference call with retained professionals. | 0.20 | 33.00 |
| 03-21-2011 | N. Talbott Settle | Conference on preparations for March 22 conference call with retained professionals. | 0.20 | 33.00 |
| 03-21-2011 | N. Talbott Settle | Conferences regarding meeting scheduling. | 0.20 | 33.00 |
| 03-21-2011 | Brady C. Williamson | Preparation for March 22 conference call and outline matters to be discussed. | 0.80 | 420.00 |
| 03-21-2011 | Brady C. Williamson | Exchange email with U.S. Trustee on pending issues involving amended fee protocol. | 0.20 | 105.00 |
| 03-21-2011 | Katherine Stadler | E-mail exchanges and telephone calls with various retained professionals (Ms. Bove-Pachulski Stang, Mr. Graves-Gibson Dunn) and confer on arrangements for call. | 0.20 | 86.00 |
| 03-22-2011 | Zerithea Raiche | Respond to emails from McKenna Long, Jones Day and BrownGreer on participation in conference call. | 0.20 | 33.00 |
| 03-22-2011 | Zerithea Raiche | Attend telephone conference with Mr. Gitlin, fee committee counsel and retained professionals. | 0.40 | 66.00 |
| 03-22-2011 | Zerithea Raiche | Conference on preparation of email to retained professionals with notice of March 31 chambers conference. | 0.10 | 16.50 |
| 03-22-2011 | Brady C. Williamson | Prepare for retained professionals' conference call. | 0.70 | 367.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-22-2011 | Brady C. Williamson | Participate in retained professionals' conference call. | 0.60 | 315.00 |
| 03-22-2011 | Brady C. Williamson | Exchange email and telephone calls with U.S. Trustee on schedule and procedures. | 0.50 | 262.50 |
| 03-22-2011 | Katherine Stadler | Prepare for and attend teleconference with Mr. Gitlin and retained professionals. | 1.30 | 559.00 |
| 03-22-2011 | Katherine Stadler | E-mails to U.S. Trustee and counsel on communications with retained professionals on fifth interim fee application status. | 0.30 | 129.00 |
| 03-23-2011 | Zerithea Raiche | Prepare email to all retained professionals with notice of the March 31 chambers conference. | 0.20 | 33.00 |
| 03-23-2011 | Zerithea Raiche | Prepare emails to Ms. Traxler and Ms. O'Neil on participation by telephone at the March 31 chambers conference along with information on procedures for scheduling a telephonic appearance. | 0.40 | 66.00 |
| 03-23-2011 | Brady C. Williamson | Exchange email with committee members on pending issues and schedule. | 0.40 | 210.00 |
| 03-23-2011 | Katherine Stadler | Review, revise and forward draft letter to Judge Peck to fee committee for comment. | 0.70 | 301.00 |
| 03-23-2011 | Katherine Stadler | Draft communication to retained professionals informing them of chambers conference. | 0.20 | 86.00 |
| 03-24-2011 | Katherine Stadler | Compile and forward sample reports to Mr. Gitlin for his review and comment. | 1.30 | 559.00 |
| 03-24-2011 | Katherine Stadler | Review, revise, and complete status correspondence to Judge Peck. | 0.40 | 172.00 |
| 03-25-2011 | Brady C. Williamson | Telephone call to Mr. Purcell on pending issues and schedule. | 0.20 | 105.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-28-2011 | N. Talbott Settle | Review and respond to correspondence regarding the status of exhibits. | 0.50 | 82.50 |
| 03-28-2011 | Brian C Spahn | Email and telephone correspondence regarding outstanding issues with sixth interim fee application. | 0.70 | 178.50 |
| 03-28-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on this week's agenda. | 0.70 | 367.50 |
| 03-29-2011 | Brady C. Williamson | Draft email to committee members on status, agenda and materials. | 0.70 | 367.50 |
| 03-29-2011 | Brady C. Williamson | Exchange email with Mr. Gitlin on initial report drafts. | 0.40 | 210.00 |
| 03-29-2011 | Brady C. Williamson | Telephone call from Mr. Uzzi, White & Case, for ad hoc creditors' committee. | 0.20 | 105.00 |
| 03-29-2011 | Katherine Stadler | Draft, review and revise e-mail status report to fee committee members on open issues for chambers conference, materials for March 31 meeting, and draft sixth interim reports. | 1.50 | 645.00 |
| 03-29-2011 | Katherine Stadler | E-mail exchange with Ms. Gasparini on revisions in fourth interim monthly compensation order based on changed status of Chapter 11 examiner and counsel. | 0.20 | 86.00 |
| 03-30-2011 | Katherine Stadler | E-mail response to Mr. Gitlin's inquiry and request for information for March 31 meeting. | 0.20 | 86.00 |
| 03-31-2011 | Zerithea Raiche | Prepare email to Ms. Owens on data related to hourly rate increases. | 0.10 | 16.50 |
| 03-31-2011 | N. Talbott Settle | Telephone conference with and prepare and forward materials to Mr. Theus, U.S. Trustee. | 0.30 | 49.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-31-2011 | N. Talbott Settle | Status update of the meetings from Mr. Williamson. | 0.30 | 49.50 |
| 03-31-2011 | Brady C. Williamson | Conferences with Debtor's management with responsibility for counsel. | 2.30 | 1,207.50 |
| 03-31-2011 | Katherine Stadler | Meeting with Mr. Gitlin in preparation for interviews with managing counsel at Alvarez & Marsal. | 0.40 | 172.00 |
| 03-31-2011 | Katherine Stadler | Conferences at Lehman with Mr. Suckow, Ms. Halperin, Mr. Hommel and Mr. Ciongoli on oversight of professionals and roles. | 2.30 | 989.00 |
| 04-01-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on meeting follow-up, amended pleadings and Mr. Miller's email for Weil Gotshal. | 0.70 | 367.50 |
| 04-01-2011 | Brady C. Williamson | Review responses to fee committee memorandum and inquiries. | 0.60 | 315.00 |
| 04-01-2011 | Katherine Stadler | Review professionals' responses to fee committee communications. | 0.30 | 129.00 |
| 04-01-2011 | Katherine Stadler | Detailed e-mail on March 31 meetings and chambers conference with Judge Peck. | 0.30 | 129.00 |
| 04-01-2011 | Katherine Stadler | Telephone conferences and e-mail exchange with Mr. Gitlin on meeting follow up and status and on communications from Mr. Miller. | 0.40 | 172.00 |
| 04-01-2011 | Katherine Stadler | Confer with Mr. Gitlin on new fee committee guidelines. | 0.30 | 129.00 |
| 04-05-2011 | Brady C. Williamson | Review email from U.S. Trustee counsel on draft letters. | 0.70 | 367.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-05-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on pending issues and procedures. | 0.40 | 210.00 |
| 04-05-2011 | Brady C. Williamson | Conference on deadlines for reports and responses. | 0.30 | 157.50 |
| 04-06-2011 | Brady C. Williamson | Follow up email on budgets. | 0.20 | 105.00 |
| 04-06-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin before and after fee committee meeting. | 0.50 | 262.50 |
| 04-07-2011 | N. Talbott Settle | Review correspondence regarding reports and conference on report status. | 0.70 | 115.50 |
| 04-08-2011 | N. Talbott Settle | Email on procedures for exhibits and reports. | 0.50 | 82.50 |
| 04-08-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin on schedule of reports and agenda. | 0.20 | 105.00 |
| 04-08-2011 | Brady C. Williamson | Exchange email with Noel Purcell, fee committee member. | 0.20 | 105.00 |
| 04-08-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on status of reports. | 0.60 | 315.00 |
| 04-08-2011 | Katherine Stadler | Conferences with Mr. Gitlin on final reports. | 0.40 | 172.00 |
| 04-10-2011 | Zerithea Raiche | Respond to request on status of professional Blake Dawson including status of fee requests. | 0.40 | 66.00 |
| 04-11-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Purcell on reports and process. | 0.30 | 157.50 |
| 04-12-2011 | Katherine Stadler | E-mail additional reports to fee committee members for review and approval. | 0.30 | 129.00 |
| 04-13-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on status of reports and responsive comments. | 0.40 | 210.00 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 04-13-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on status and approach. | 0.20 | 86.00 |
| 04-13-2011 | Katherine Stadler | E-mail to fee committee on status of reports. | 0.40 | 172.00 |
| 04-14-2011 | Brady C. Williamson | Conference on responsive communications from professionals. | 0.30 | 157.50 |
| 04-14-2011 | Brady C. Williamson | Conference on materials and covering note for fee committee. | 0.20 | 105.00 |
| 04-14-2011 | Katherine Stadler | Telephone conference with Ms. Gasparini on U.S. Trustee revisions to draft reports. | 0.90 | 387.00 |
| 04-16-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on status of reports and responses. | 0.30 | 157.50 |
| 04-18-2011 | Zerithea Raiche | Locate and forward to Mr. Suckow all budgets received from retained professionals. | 0.40 | 66.00 |
| 04-18-2011 | Brady C. Williamson | Exchange email with Mr. Gitlin on status of reports and responses. | 0.30 | 157.50 |
| 04-18-2011 | Brady C. Williamson | Exchange email with John Suckow for Debtors on status of reports and responses. | 0.20 | 105.00 |
| 04-18-2011 | Brady C. Williamson | Exchange email with Mr. Purcell on status of reports and responses. | 0.10 | 52.50 |
| 04-18-2011 | Katherine Stadler | E-mail exchange with Mr. Suckow on reports and budgets. | 0.20 | 86.00 |
| 04-19-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on responses, schedule, and agenda. | 0.30 | 157.50 |
| 04-19-2011 | Brady C. Williamson | Exchange telephone calls on status with Ms. Gasparini for U.S. Trustee. | 0.30 | 157.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-20-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on pending issues, including journalist's inquiry. | 0.40 | 210.00 |
| 04-20-2011 | Brady C. Williamson | Internal conference on potential conflict of interest issues by professionals. | 0.40 | 210.00 |
| 04-21-2011 | Zerithea Raiche | Prepare email to Mr. Gitlin with reformatted spreadsheet of May 2011 budget for FTI Consulting. | 0.30 | 49.50 |
| 04-22-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on status of analysis, revised agenda, and initial report responses. | 0.60 | 315.00 |
| 04-22-2011 | Brady C. Williamson | Exchange email with Ms. Gasparini on meeting agenda. | 0.10 | 52.50 |
| 04-25-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin in preparation for fee committee meeting. | 0.30 | 129.00 |
| 04-26-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on agenda and pending issues. | 0.30 | 129.00 |
| 04-27-2011 | Zerithea Raiche | Locate and forward to Ms. Gasparini all April 2011 budgets prepared by retained professionals. | 0.20 | 33.00 |
| 04-27-2011 | Zerithea Raiche | Locate and forward to Ms. Gasparini all May 2011 budgets prepared by retained professionals. | 0.10 | 16.50 |
| 04-28-2011 | Katherine Stadler | Meeting with Mr. Purcell on creditors' committee monitoring of fees and budgets. | 1.00 | 430.00 |
| 04-28-2011 | Katherine Stadler | Meeting with Mr. Suckow on budget management. | 1.00 | 430.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-29-2011 | Katherine Stadler | E-mail update on results of fee committee meeting. | 0.90 | 387.00 |
| 04-29-2011 | Katherine Stadler | E-mail exchange with Ms. Fox of Feinberg Rozen on confidentiality agreement and related issues. | 0.30 | 129.00 |
| | | Total Fees | $ | 37,504.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **37,504.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 4.70 | 165.00 | 775.50 |
| N. TALBOTT SETTLE | Paralegal | 3.00 | 165.00 | 495.00 |
| **Paralegal Total** | | **7.70** | | **1,270.50** |
| MONICA SANTA MARIA | Associate | 0.30 | 240.00 | 72.00 |
| BRIAN C SPAHN | Associate | 0.70 | 255.00 | 178.50 |
| **Associate Total** | | **1.00** | | **250.50** |
| BRADY C. WILLIAMSON | Shareholder | 35.10 | 525.00 | 18,427.50 |
| KATHERINE STADLER | Shareholder | 40.20 | 430.00 | 17,286.00 |
| ERIC WILSON | Shareholder | 0.60 | 450.00 | 270.00 |
| **Shareholder Total** | | **75.90** | | **35,983.50** |
| **TIMEKEEPER TOTALS** | | **84.60** | | **$37,504.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*