# **EXHIBIT C-0008**

**Detailed Time Records**



780 North Water Street
Milwaukee, WI 53202-3590
Tel 414-273-3500
Fax 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.     543312
Re:    Prepare for and Attend Fee Committee Meetings      Matter No.      009878-0008

Billing Attorney:
Brady C. Williamson

|  |  |
|---|---|
| Invoice Total | $     65,548.00 |
| Prior Balance Due | $            0.00 |
| **Total Amount Now Due** | **$     65,548.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.     543312
Re:    Prepare for and Attend Fee Committee Meetings            Matter No.      009878-0008

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-24-2011 | Brady C. Williamson | Participate in fee committee conference call. | 0.40 | 210.00 |
| 01-26-2011 | Katherine Stadler | Prepare materials for distribution and discussion at January 28 fee committee meeting. | 3.90 | 1,677.00 |
| 01-26-2011 | Katherine Stadler | Review materials distributed by the U.S. Trustee. | 1.10 | 473.00 |
| 01-26-2011 | Katherine Stadler | Draft preliminary meeting agenda. | 0.80 | 344.00 |
| 01-27-2011 | N. Talbott Settle | Obtain criteria for review in preparation for fee committee meeting. | 0.40 | 66.00 |
| 01-27-2011 | N. Talbott Settle | Prepare materials for fee committee meeting. | 5.50 | 907.50 |
| 01-27-2011 | Brady C. Williamson | Continue work on draft agenda. | 0.40 | 210.00 |
| 01-27-2011 | Katherine Stadler | Continue review of background materials provided by the U.S. Trustee in preparation for fee committee meeting. | 0.80 | 344.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-27-2011 | Katherine Stadler | Continue work on fee committee meeting agenda and preparing binders and materials for use at the meeting. | 3.60 | 1,548.00 |
| 01-28-2011 | Zerithea Raiche | Review and download records on professional retentions for use by fee committee. | 2.40 | 396.00 |
| 01-28-2011 | Brady C. Williamson | Prepare for meeting with fee committee. | 0.70 | 367.50 |
| 01-28-2011 | Brady C. Williamson | Participate in meeting with fee committee. | 2.50 | 1,312.50 |
| 01-28-2011 | Brady C. Williamson | Follow up and preparatory meetings with Mr. Gitlin. | 0.50 | 262.50 |
| 01-28-2011 | Katherine Stadler | Attend fee committee meeting. | 2.50 | 1,075.00 |
| 01-31-2011 | Brady C. Williamson | Conferences with Mr. Gitlin on meetings: preparation and results. | 1.70 | 892.50 |
| 02-03-2011 | Zerithea Raiche | Categorize and import documents on fee committee meetings. | 0.80 | 132.00 |
| 02-08-2011 | Brady C. Williamson | Draft meeting minutes. | 0.40 | 210.00 |
| 02-08-2011 | Katherine Stadler | Review and revise minutes of January 28 fee committee meeting. | 0.60 | 258.00 |
| 02-11-2011 | Katherine Stadler | E-mail exchange on February 15 fee committee meeting and arrangements. | 0.70 | 301.00 |
| 02-13-2011 | Brady C. Williamson | Preparation for February 14 and 15 conference calls with fee committee. | 0.90 | 472.50 |
| 02-13-2011 | Katherine Stadler | Create bullet point list of discussion items for Monday's telephone conference with Mr. Gitlin. | 0.80 | 344.00 |
| 02-13-2011 | Katherine Stadler | Work on agenda for February 15 committee meeting. | 0.20 | 86.00 |
| 02-14-2011 | Brady C. Williamson | Conference call with Mr. Gitlin on meeting agenda. | 0.40 | 210.00 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 02-14-2011 | Brady C. Williamson | Additional revisions to draft agenda, draft memorandum, and summary for fee committee members. | 0.80 | 420.00 |
| 02-14-2011 | Katherine Stadler | Draft memorandum from fee committee counsel with agenda for meeting and memorandum to professionals. | 0.30 | 129.00 |
| 02-15-2011 | Brady C. Williamson | Prepare for fee committee conference call. | 0.70 | 367.50 |
| 02-15-2011 | Brady C. Williamson | Participate in fee committee conference call. | 0.80 | 420.00 |
| 02-15-2011 | Brady C. Williamson | Exchange telephone calls with U.S. Trustee and Mr. Gitlin on pending issues and fee committee agenda. | 0.50 | 262.50 |
| 02-15-2011 | Katherine Stadler | Attend, by telephone, fee committee meeting, recording minutes. | 0.80 | 344.00 |
| 02-21-2011 | Brady C. Williamson | Draft initial agenda for fee committee meeting. | 0.50 | 262.50 |
| 02-21-2011 | Brady C. Williamson | Draft initial summary of legal issues and related emails for fee committee. | 1.10 | 577.50 |
| 02-21-2011 | Katherine Stadler | Begin work on meeting agenda for March 1, tracking status of open items including fee protocol, retention and memorandum to professionals, as well as compiling list of policy issues, with citations, for fee committee's consideration. | 3.60 | 1,548.00 |
| 02-21-2011 | Katherine Stadler | Draft minutes of February 15 telephonic fee committee meeting. | 0.80 | 344.00 |
| 02-21-2011 | Katherine Stadler | Email exchange on tracking and recording fee committee minutes. | 0.20 | 86.00 |
| 02-22-2011 | Brady C. Williamson | Review latest iteration of draft agenda and related emails. | 0.70 | 367.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-22-2011 | Katherine Stadler | Work on revisions to fee committee meeting agenda. | 0.90 | 387.00 |
| 02-22-2011 | Katherine Stadler | Extended email exchanges with fee committee members, U.S. Trustee staff on rescheduling March 1 meeting. | 1.70 | 731.00 |
| 02-23-2011 | Katherine Stadler | E-mail exchange with fee committee members and U.S. Trustee staff on rescheduled meeting for March 8. | 0.90 | 387.00 |
| 02-23-2011 | Katherine Stadler | Review and revise fee committee meeting agenda to reflect deadlines and recommendations. | 1.40 | 602.00 |
| 02-25-2011 | Brady C. Williamson | Review and revise draft agenda. | 0.60 | 315.00 |
| 02-25-2011 | Katherine Stadler | Review and revise March 8 fee committee agenda. | 0.70 | 301.00 |
| 02-25-2011 | Katherine Stadler | E-mails to and from committee members on meeting schedule. | 0.20 | 86.00 |
| 02-28-2011 | Brady C. Williamson | Review draft minutes. | 0.20 | 105.00 |
| 02-28-2011 | Brady C. Williamson | Continue work on draft agenda for March 8 meeting. | 0.60 | 315.00 |
| 02-28-2011 | Katherine Stadler | Review and revise draft agenda for March 8 fee committee meeting. | 1.30 | 559.00 |
| 03-02-2011 | Zerithea Raiche | Prepare materials for March 8 fee committee meeting. | 3.90 | 643.50 |
| 03-02-2011 | Zerithea Raiche | Review records and prepare chart of statements received by the U.S. Trustee, BrownGreer and Godfrey & Kahn for the March 8 fee committee meeting. | 1.20 | 198.00 |
| 03-03-2011 | N. Talbott Settle | Work on booklet for March 8 fee committee meeting. | 0.20 | 33.00 |
| 03-03-2011 | N. Talbott Settle | Conference with vendor on printing booklets for meeting. | 0.20 | 33.00 |

08-13555-mg    Doc 22392-7    Filed 11/18/11    Entered 11/18/11 23:15:34    Exhibit
C-0008    Pg 7 of 18

Matter Number: 009878-0008  
Invoice No.: 543312

October 17, 2011  
Page 5

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-03-2011 | Zerithea Raiche | Prepare internal email attaching all of the U.S. Trustee's objections to January 2011 fee statements of retained professionals for use at the fee committee meeting. | 0.40 | 66.00 |
| 03-03-2011 | Brady C. Williamson | Conference on meeting agenda and contacts with professionals. | 0.30 | 157.50 |
| 03-04-2011 | N. Talbott Settle | Work on preparation of meeting materials for the committee booklet. | 3.70 | 610.50 |
| 03-04-2011 | N. Talbott Settle | Continue work on spreadsheet of fifth interim compensation applications in preparation for meeting. | 0.80 | 132.00 |
| 03-04-2011 | N. Talbott Settle | Telephone conferences with Ms. Porter, U.S. Trustee's office, and correspondence with Ms. Barbour for BrownGreer on meeting logistics. | 0.30 | 49.50 |
| 03-04-2011 | Zerithea Raiche | Update chart of fee statements received by the U.S. Trustee, BrownGreer, Godfrey & Kahn and Debtors. | 0.70 | 115.50 |
| 03-04-2011 | Brady C. Williamson | Prepare for March 8 meeting including final review of agenda and supporting materials. | 1.70 | 892.50 |
| 03-04-2011 | Katherine Stadler | Review and revise March 8 fee committee agenda and distribute. | 0.80 | 344.00 |
| 03-06-2011 | N. Talbott Settle | Continue preparation of meeting materials. | 2.20 | 363.00 |
| 03-07-2011 | N. Talbott Settle | Work on table of sixth fee period applications in preparation for the fee committee meeting. | 1.10 | 181.50 |
| 03-07-2011 | Brady C. Williamson | Preparation for March 8 meeting, including final review of materials for fee committee. | 1.50 | 787.50 |

Matter Number: 009878-0008                                                October 17, 2011
Invoice No.: 543312                                                       Page 6

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-07-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on meeting and schedule. | 0.40 | 210.00 |
| 03-07-2011 | Katherine Stadler | Review and revise fee committee meeting agenda and e-mail to committee members. | 0.80 | 344.00 |
| 03-07-2011 | Katherine Stadler | Final review and preparation of materials for March 8 fee committee meeting. | 3.60 | 1,548.00 |
| 03-08-2011 | N. Talbott Settle | Review correspondence regarding fee committee meeting. | 0.20 | 33.00 |
| 03-08-2011 | Katherine Stadler | Attend fee committee meeting. | 3.10 | 1,333.00 |
| 03-08-2011 | Katherine Stadler | Preparation for fee committee meeting. | 1.70 | 731.00 |
| 03-08-2011 | Brady C. Williamson | Attend fee committee meeting. | 3.10 | 1,627.50 |
| 03-08-2011 | Brady C. Williamson | Follow up discussions with individual fee committee members. | 0.30 | 157.50 |
| 03-10-2011 | Katherine Stadler | E-mails on scheduling of March 31 fee committee meeting and status of February 15 minutes. | 0.30 | 129.00 |
| 03-17-2011 | N. Talbott Settle | Work on binder for March 21 conference call. | 0.20 | 33.00 |
| 03-18-2011 | Brady C. Williamson | Initial draft of March 31 agenda. | 0.20 | 105.00 |
| 03-18-2011 | Brady C. Williamson | Continue preparation for March 22 conference call. | 0.60 | 315.00 |
| 03-18-2011 | Katherine Stadler | Initial draft of fee committee agenda. | 0.50 | 215.00 |
| 03-20-2011 | Eric Wilson | Correspondence regarding preparation of letters to professionals for review by fee committee at its March 31 meeting. | 0.30 | 135.00 |
| 03-22-2011 | N. Talbott Settle | Arrangements for fee committee meeting and update logistics memorandum. | 0.90 | 148.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-22-2011 | N. Talbott Settle | Update professional files and binder in preparation for the call with retained professionals. | 1.70 | 280.50 |
| 03-23-2011 | Brady C. Williamson | Continue work on draft agenda. | 0.30 | 157.50 |
| 03-23-2011 | Katherine Stadler | Review and revise March 31 fee committee agenda. | 0.20 | 86.00 |
| 03-24-2011 | Carla Andres | Prepare professional summaries for fee committee. | 0.30 | 105.00 |
| 03-24-2011 | Zerithea Raiche | Continue preparation of materials for March 31 fee committee meeting. | 4.70 | 775.50 |
| 03-24-2011 | N. Talbott Settle | Review and forward correspondence regarding the March 31 fee committee meeting and materials. | 0.80 | 132.00 |
| 03-24-2011 | N. Talbott Settle | Prepare index of materials for fee committee meeting. | 0.50 | 82.50 |
| 03-24-2011 | N. Talbott Settle | Conference on meeting materials and corresponding indices. | 0.30 | 49.50 |
| 03-24-2011 | N. Talbott Settle | Gather materials for fee committee meeting. | 0.50 | 82.50 |
| 03-24-2011 | Katherine Stadler | Conference on March 31 meeting preparation. | 1.50 | 645.00 |
| 03-24-2011 | Katherine Stadler | Review and revise agenda and minutes for March 31 meeting. | 0.40 | 172.00 |
| 03-24-2011 | Katherine Stadler | Circulate draft agenda and March 8 minutes to fee committee. | 0.20 | 86.00 |
| 03-24-2011 | Katherine Stadler | E-mail from Ms. Gasparini with revisions to agenda and minutes and incorporate same. | 0.20 | 86.00 |
| 03-26-2011 | Monica Santa Maria | Begin preparing summary of retained professionals for distribution to Mr. Gitlin. | 0.80 | 192.00 |
| 03-28-2011 | Zerithea Raiche | Prepare materials for use at the March 31 fee committee meeting. | 3.80 | 627.00 |

08-13555-mg    Doc 22392-7    Filed 11/18/11    Entered 11/18/11 23:15:34    Exhibit
C-0008    Pg 10 of 18

Matter Number: 009878-0008  
Invoice No.: 543312

October 17, 2011  
Page 8

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-28-2011 | N. Talbott Settle | Review articles for potential material for meeting pamphlets. | 0.40 | 66.00 |
| 03-28-2011 | N. Talbott Settle | Work on index to binders and pamphlet for fee committee meeting. | 0.80 | 132.00 |
| 03-28-2011 | Monica Santa Maria | Edit summary of professionals for the sixth interim period. | 0.20 | 48.00 |
| 03-28-2011 | Katherine Stadler | Conference on exhibits to be included in fee committee binders and review. | 0.90 | 387.00 |
| 03-28-2011 | Katherine Stadler | Begin work on list of professionals and fee amounts of Mr. Gitlin's request. | 0.30 | 129.00 |
| 03-29-2011 | Zerithea Raiche | Prepare for March 31 fee committee meeting. | 5.20 | 858.00 |
| 03-29-2011 | N. Talbott Settle | Continue work on pamphlet for fee committee meeting. | 3.60 | 594.00 |
| 03-29-2011 | N. Talbott Settle | Continue work on materials for fee committee meeting: binder of reports and corresponding index. | 3.30 | 544.50 |
| 03-29-2011 | Monica Santa Maria | Review email correspondence to the fee committee forwarding updated retention materials and summarizing materials related to reports. | 0.10 | 24.00 |
| 03-29-2011 | Monica Santa Maria | Coordinate drafting and editing of the summary of retained professionals to be provided to the fee committee. | 0.40 | 96.00 |
| 03-29-2011 | Katherine Stadler | Review and revise fee committee meeting agenda and packet materials. | 0.70 | 301.00 |
| 03-29-2011 | Katherine Stadler | Review and revise index of materials for fee committee meeting and index for reports. | 0.30 | 129.00 |
| 03-30-2011 | Zerithea Raiche | Update materials for March 31 fee committee meeting. | 1.60 | 264.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-30-2011 | N. Talbott Settle | Work on logistics for fee committee meeting. | 0.90 | 148.50 |
| 03-30-2011 | N. Talbott Settle | Update memorandum for March 31 meeting. | 0.60 | 99.00 |
| 03-30-2011 | N. Talbott Settle | Continue preparation of materials for fee committee meeting. | 1.80 | 297.00 |
| 03-30-2011 | Monica Santa Maria | Prepare summary of fee rules and sample exhibits provided to the fee committee. | 1.10 | 264.00 |
| 03-30-2011 | Monica Santa Maria | Edit summary of professionals for inclusion in fee committee materials. | 0.30 | 72.00 |
| 03-30-2011 | Brady C. Williamson | Continue preparation for March 31 meetings. | 0.80 | 420.00 |
| 03-30-2011 | Katherine Stadler | Preparations for fee committee meeting, including final review and revision of agenda, materials index, and status reports. | 1.30 | 559.00 |
| 03-31-2011 | N. Talbott Settle | Organize fee committee materials for March 31 meeting. | 0.30 | 49.50 |
| 03-31-2011 | Monica Santa Maria | Team conference to discuss the outcome of the chambers meeting on the retention documents and meeting with the fee committee. | 0.20 | 48.00 |
| 03-31-2011 | Brady C. Williamson | Preparatory meeting with Mr. Gitlin. | 0.50 | 262.50 |
| 03-31-2011 | Brady C. Williamson | Attend fee committee meeting. | 2.00 | 1,050.00 |
| 03-31-2011 | Brady C. Williamson | Follow up discussions on open issues and schedule. | 0.80 | 420.00 |
| 03-31-2011 | Katherine Stadler | Fee committee meeting at U.S. Trustee's office. | 2.00 | 860.00 |
| 04-01-2011 | N. Talbott Settle | Work on April 28 meeting logistics. | 0.50 | 82.50 |
| 04-01-2011 | Monica Santa Maria | Review status report regarding fee committee meeting and chambers meeting held March 31. | 0.10 | 24.00 |

08-13555-mg    Doc 22392-7    Filed 11/18/11    Entered 11/18/11 23:15:34    Exhibit
C-0008    Pg 12 of 18

Matter Number: 009878-0008
Invoice No.: 543312

October 17, 2011
Page 10

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-01-2011 | Monica Santa Maria | Email requesting fee committee guidelines to be sent to retained professionals as per Mr. Gitlin. | 0.10 | 24.00 |
| 04-01-2011 | Brady C. Williamson | Review meeting and hearing summary. | 0.40 | 210.00 |
| 04-04-2011 | Brady C. Williamson | Revise agenda for April 6 conference fee committee telephone call. | 0.30 | 157.50 |
| 04-04-2011 | Katherine Stadler | Work on agenda for April 6 call. | 0.40 | 172.00 |
| 04-05-2011 | Monica Santa Maria | Review correspondence from Ms. Gasparini forwarding comments on reports in preparation for telephonic conference call with fee committee on April 6. | 0.20 | 48.00 |
| 04-05-2011 | Brady C. Williamson | Preparation for April 6 fee committee meeting. | 0.90 | 472.50 |
| 04-05-2011 | Katherine Stadler | Revise agenda for April 6 telephone meeting with fee committee and preparations for it. | 0.60 | 258.00 |
| 04-06-2011 | Carla Andres | Fee committee conference call and discussion including review and comments on reports to professionals. | 0.90 | 315.00 |
| 04-06-2011 | Zerithea Raiche | Attend telephonic meeting of the fee committee. | 0.90 | 148.50 |
| 04-06-2011 | Monica Santa Maria | Attend fee committee telephonically and provide information regarding Jones Day exhibits. | 0.90 | 216.00 |
| 04-06-2011 | Monica Santa Maria | Telephone conference with Ms. Gasparini regarding edits to the reports in light of comments from the U.S. Trustee's office. | 0.60 | 144.00 |
| 04-06-2011 | Eric Wilson | Participate in conference call with fee committee to discuss drafts of fee committee reports. | 0.90 | 405.00 |

08-13555-mg    Doc 22392-7    Filed 11/18/11    Entered 11/18/11 23:15:34    Exhibit
C-0008    Pg 13 of 18

Matter Number: 009878-0008  
Invoice No.: 543312  
October 17, 2011  
Page 11

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-06-2011 | Brady C. Williamson | Prepare for meeting with fee committee. | 0.80 | 420.00 |
| 04-06-2011 | Brady C. Williamson | Participate in conference call meeting with fee committee. | 0.90 | 472.50 |
| 04-06-2011 | Katherine Stadler | Prepare for telephonic fee committee meeting. | 1.40 | 602.00 |
| 04-06-2011 | Katherine Stadler | Attend telephonic fee committee meeting. | 0.90 | 387.00 |
| 04-06-2011 | Katherine Stadler | Confer with Mr. Gitlin by telephone. | 0.50 | 215.00 |
| 04-10-2011 | Brady C. Williamson | Revise and expand draft agenda. | 0.60 | 315.00 |
| 04-11-2011 | Katherine Stadler | Work on agenda for April 28 meeting. | 0.80 | 344.00 |
| 04-11-2011 | Katherine Stadler | Work on index of materials needed for April 28 meeting. | 1.40 | 602.00 |
| 04-12-2011 | Brady C. Williamson | Review and revise draft minutes for March 31 and April 6 meetings. | 0.40 | 210.00 |
| 04-12-2011 | Katherine Stadler | Draft minutes for March 31 and April 6 meetings, review and revise and distribute. | 1.20 | 516.00 |
| 04-13-2011 | Katherine Stadler | Continue compiling materials for April 28 meeting. | 0.70 | 301.00 |
| 04-14-2011 | Katherine Stadler | Review, revise and distribute to fee committee March 31 and April 6 minutes and agenda for April 28 meeting. | 1.10 | 473.00 |
| 04-14-2011 | Katherine Stadler | Continue preparing materials for April 28 meeting. | 1.10 | 473.00 |
| 04-18-2011 | Zerithea Raiche | Prepare materials for packet to U.S. Trustee's office of all reports and exhibits sent to retained professionals for sixth interim fee period applications. | 1.90 | 313.50 |

Matter Number: 009878-0008  
Invoice No.: 543312

October 17, 2011  
Page 12

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-19-2011 | Zerithea Raiche | Review proof set of all reports and exhibits for distribution to the U.S. Trustee. | 3.60 | 594.00 |
| 04-19-2011 | Zerithea Raiche | Revise exhibits to reports for distribution to the U.S. Trustee for: Gibson Dunn, Houlihan, Lokey, Jones Day, Paul Hastings, Quinn Emanuel and Reilly Pozner. | 4.40 | 726.00 |
| 04-19-2011 | Zerithea Raiche | Download and transmit revised exhibits for reports to AlphaGraphics for preparation of binder to the U.S. Trustee. | 0.80 | 132.00 |
| 04-19-2011 | Zerithea Raiche | Update index to reports and exhibits for distribution to the U.S. Trustee. | 0.40 | 66.00 |
| 04-19-2011 | Zerithea Raiche | Prepare detailed email to AlphaGraphics on revisions to exhibits for reports and update of materials for distribution to the U.S. Trustee. | 0.20 | 33.00 |
| 04-20-2011 | Zerithea Raiche | Review materials prepared by AlphaGraphics and facilitate service of the U.S. Trustee offices. | 0.70 | 115.50 |
| 04-20-2011 | Brady C. Williamson | Draft agenda additions and materials for April 28 meeting. | 0.30 | 157.50 |
| 04-21-2011 | Monica Santa Maria | Begin preparing list of all conflicts issues to date, beginning with questions raised by Curtis' review in preparation for inclusion as an agenda item for April 28 fee committee meeting. | 0.30 | 72.00 |
| 04-22-2011 | Zerithea Raiche | Prepare materials for April 28 fee committee meeting. | 2.30 | 379.50 |

08-13555-mg    Doc 22392-7    Filed 11/18/11    Entered 11/18/11 23:15:34    Exhibit
C-0008    Pg 15 of 18

Matter Number: 009878-0008
Invoice No.: 543312

October 17, 2011
Page 13

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-22-2011 | Zerithea Raiche | Begin chart of monthly fee statements for retained professionals, reports to retained professionals along with details of fees/expenses requested and awarded for use by fee committee. | 2.10 | 346.50 |
| 04-23-2011 | Brady C. Williamson | Begin preparation for April 28 fee committee meeting, including material selection. | 0.90 | 472.50 |
| 04-23-2011 | Katherine Stadler | E-mail exchange with Mr. Williamson on agenda for April 28 meeting. | 0.20 | 86.00 |
| 04-24-2011 | Brady C. Williamson | Review draft agenda and materials for April 28 fee committee meeting. | 1.60 | 840.00 |
| 04-25-2011 | Zerithea Raiche | Continue preparation of chart for use by fee committee containing all filings by retained professionals. | 1.80 | 297.00 |
| 04-25-2011 | Monica Santa Maria | Edit draft committee guidelines. | 0.40 | 96.00 |
| 04-25-2011 | Brady C. Williamson | Review and revise draft agenda for April 28 meeting. | 0.30 | 157.50 |
| 04-25-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on pending issues and meeting agenda. | 0.40 | 210.00 |
| 04-25-2011 | Katherine Stadler | Review and revise agenda. | 0.30 | 129.00 |
| 04-26-2011 | N. Talbott Settle | Work on material for April 28 fee committee meeting. | 0.90 | 148.50 |
| 04-26-2011 | Zerithea Raiche | Continue preparation of chart. | 3.40 | 561.00 |
| 04-26-2011 | Monica Santa Maria | Draft conflicts memorandum. | 3.10 | 744.00 |
| 04-26-2011 | Monica Santa Maria | Update status chart. | 0.50 | 120.00 |
| 04-26-2011 | Brady C. Williamson | Conference with Mr. Gitlin on pending issues including next meeting and schedule. | 0.60 | 315.00 |
| 04-26-2011 | Katherine Stadler | Prepare materials on ordinary course professionals, based on information from Ms. Arthur, for fee committee meeting. | 1.10 | 473.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-27-2011 | N. Talbott Settle | Work on logistics for the fee committee meeting. | 0.30 | 49.50 |
| 04-27-2011 | N. Talbott Settle | Work on logistics memorandum for April 28 meeting. | 0.50 | 82.50 |
| 04-27-2011 | N. Talbott Settle | Work on materials for meeting. | 1.20 | 198.00 |
| 04-27-2011 | N. Talbott Settle | Continue work on materials for meeting. | 4.80 | 792.00 |
| 04-27-2011 | Zerithea Raiche | Continue preparation of chart for use by fee committee containing details of all filings by retained professionals including fee statements and budgets. | 3.80 | 627.00 |
| 04-27-2011 | Zerithea Raiche | Work on materials for April 28 fee committee meeting. | 0.60 | 99.00 |
| 04-27-2011 | Katherine Stadler | Prepare materials on conflicts and disclosure issues for fee committee meeting. | 1.20 | 516.00 |
| 04-27-2011 | Katherine Stadler | Final preparation of materials for April 28 fee committee meeting and e-mail to committee. | 3.60 | 1,548.00 |
| 04-28-2011 | N. Talbott Settle | Review correspondence regarding meetings and meeting schedule. | 0.20 | 33.00 |
| 04-28-2011 | Zerithea Raiche | Continue preparation of chart for use by fee committee containing details of all filings by retained professionals. | 3.70 | 610.50 |
| 04-28-2011 | Katherine Stadler | Attend fee committee meeting. | 2.10 | 903.00 |
| 04-29-2011 | Monica Santa Maria | Review email correspondence summarizing decisions made at fee committee meeting. | 0.10 | 24.00 |
| 04-29-2011 | Brady C. Williamson | Follow up memorandum on April 28 meeting. | 0.20 | 105.00 |
| | | Total Fees | $ | 65,548.00 |
| | | Total Disbursements | $ | 0.00 |

**Total For This Invoice** **$     65,548.00**

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 1.20 | 350.00 | 420.00 |
| **Special Counsel Total** | | **1.20** | | **420.00** |
| ZERITHEA RAICHE | Paralegal | 55.30 | 165.00 | 9,124.50 |
| N. TALBOTT SETTLE | Paralegal | 39.60 | 165.00 | 6,534.00 |
| **Paralegal Total** | | **94.90** | | **15,658.50** |
| MONICA SANTA MARIA | Associate | 9.40 | 240.00 | 2,256.00 |
| **Associate Total** | | **9.40** | | **2,256.00** |
| BRADY C. WILLIAMSON | Shareholder | 35.50 | 525.00 | 18,637.50 |
| KATHERINE STADLER | Shareholder | 65.20 | 430.00 | 28,036.00 |
| ERIC WILSON | Shareholder | 1.20 | 450.00 | 540.00 |
| **Shareholder Total** | | **101.90** | | **47,213.50** |
| **TIMEKEEPER TOTALS** | | **207.40** | | **$65,548.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*