# EXHIBIT C-0009

## Detailed Time Records



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Re:   Non-Working Travel (Task Code 0500)

Invoice No.      543313
Matter No.       009878-0009

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 59,316.00 |
| Less 50% (Local Rule) | $ | -29,658.00 |
| **Current Invoice Total** | **$** | **29,658.00** |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **29,658.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051  ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Re:    Non-Working Travel (Task Code 0500)

Invoice No.    543313
Matter No.    009878-0009

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-27-2011 | Brady C. Williamson | Initial travel to New York (through Philadelphia due to weather). | 4.90 | 2,572.50 |
| 01-27-2011 | Katherine Stadler | Travel to Philadelphia for meeting of fee committee. | 4.90 | 2,107.00 |
| 01-28-2011 | Brady C. Williamson | Return to Madison from meeting; travel to New York for meeting. | 8.30 | 4,357.50 |
| 01-28-2011 | Katherine Stadler | Travel from Philadelphia to New York for fee committee meeting and return travel to Madison. | 8.30 | 3,569.00 |
| 01-31-2011 | Brady C. Williamson | Travel from Madison through Washington, D.C. to Richmond. | 6.80 | 3,570.00 |
| 02-02-2011 | Brady C. Williamson | Travel to Madison. | 4.30 | 2,257.50 |
| 02-09-2011 | Monica Santa Maria | Travel to Richmond. | 5.50 | 1,320.00 |
| 02-09-2011 | Eric Wilson | Travel from Madison to Richmond. | 5.30 | 2,385.00 |
| 02-09-2011 | Katherine Stadler | Travel to Richmond. | 5.70 | 2,451.00 |
| 02-11-2011 | N. Talbott Settle | Travel from Richmond. | 7.70 | 1,270.50 |
| 02-11-2011 | Monica Santa Maria | Travel from Richmond. | 5.30 | 1,272.00 |
| 02-11-2011 | Eric Wilson | Travel from Richmond to Madison. | 8.50 | 3,825.00 |
| 02-11-2011 | Katherine Stadler | Travel from Richmond. | 7.00 | 3,010.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-06-2011 | Brady C. Williamson | Travel from Madison to New York for meetings with fee committee and selected professionals. | 5.90 | 3,097.50 |
| 03-07-2011 | Katherine Stadler | Travel to New York for March 8 fee committee meeting. | 5.90 | 2,537.00 |
| 03-08-2011 | Katherine Stadler | Travel from office of U.S. Trustee to Duff & Phelps. | 0.70 | 301.00 |
| 03-09-2011 | Katherine Stadler | Travel to Madison from New York. | 5.30 | 2,279.00 |
| 03-09-2011 | Brady C. Williamson | Travel to Madison. | 5.30 | 2,782.50 |
| 03-30-2011 | Brady C. Williamson | Travel to New York from Madison. | 4.70 | 2,467.50 |
| 03-30-2011 | Katherine Stadler | Travel to New York for fee committee hearing and conference with Judge Peck. | 4.70 | 2,021.00 |
| 03-31-2011 | Brady C. Williamson | Travel from New York to Madison. | 4.20 | 2,205.00 |
| 03-31-2011 | Brady C. Williamson | Travel to federal courthouse. | 0.50 | 262.50 |
| 03-31-2011 | Katherine Stadler | Travel to courthouse from Lehman Brothers. | 0.50 | 215.00 |
| 03-31-2011 | Katherine Stadler | Travel from New York to Madison. | 4.20 | 1,806.00 |
| 04-28-2011 | Katherine Stadler | Travel to New York for fee committee meeting. | 7.10 | 3,053.00 |
| 04-29-2011 | Katherine Stadler | Travel from New York. | 5.40 | 2,322.00 |
| | | Total Fees | $ | 59,316.00 |
| | | Less 50% (Local Rule) | $ | -29,658.00 |
| | | Total Adjusted Fees | $ | 29,658.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **29,658.00** |

08-13555-mg    Doc 22392-8    Filed 11/18/11    Entered 11/18/11 23:15:34    Exhibit
C-0009    Pg 5 of 5

Matter Number: 009878-0009
Invoice No.: 543313

October 17, 2011
Page 3

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| N. TALBOTT SETTLE | Paralegal | 7.70 | 165.00 | 1,270.50 |
| **Paralegal Total** | | **7.70** | | **1,270.50** |
| MONICA SANTA MARIA | Associate | 10.80 | 240.00 | 2,592.00 |
| **Associate Total** | | **10.80** | | **2,592.00** |
| BRADY C. WILLIAMSON | Shareholder | 44.90 | 525.00 | 23,572.50 |
| KATHERINE STADLER | Shareholder | 59.70 | 430.00 | 25,671.00 |
| ERIC WILSON | Shareholder | 13.80 | 450.00 | 6,210.00 |
| **Shareholder Total** | | **118.40** | | **55,453.50** |
| **TIMEKEEPER TOTALS** | | **136.90** | | **$59,316.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*