# EXHIBIT C-0010
## Detailed Time Records



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.     543314
Re:    Preparation of Summary Reports                 Matter No.     009878-0010

Billing Attorney:
Brady C. Williamson

|  |  |
|---|---|
| Invoice Total | $ 21,672.50 |
| Prior Balance Due | $ 0.00 |
| **Total Amount Now Due** | **$ 21,672.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.    543314
Re:    Preparation of Summary Reports
Matter No.    009878-0010

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-07-2011 | Zerithea Raiche | Review and revise status report from Richard Gitlin to fee committee. | 0.60 | 99.00 |
| 02-14-2011 | Katherine Stadler | Review billing rate variation report. | 1.10 | 473.00 |
| 02-16-2011 | Monica Santa Maria | Email correspondence regarding substance of possible reports to be filed in the future, including whether reports should be individual. | 0.10 | 24.00 |
| 02-16-2011 | Monica Santa Maria | Review list of retained professionals assignments. | 0.10 | 24.00 |
| 02-16-2011 | Katherine Stadler | Conference on professional assignments. | 0.20 | 86.00 |
| 02-28-2011 | N. Talbott Settle | Work on amendments to summary sheet and exhibits for summary reports. | 1.20 | 198.00 |
| 03-03-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include BrownGreer charts and data for use in preparation of summary reports. | 4.40 | 726.00 |
| 03-04-2011 | Monica Santa Maria | Update chart showing fee review progress. | 0.20 | 48.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-10-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include BrownGreer charts and data for use in preparation of summary reports. | 2.50 | 412.50 |
| 03-11-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include BrownGreer charts and data for use in preparation of summary reports. | 1.40 | 231.00 |
| 03-12-2011 | Monica Santa Maria | Revise fee review status chart. | 0.20 | 48.00 |
| 03-14-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include BrownGreer charts and data for use in preparation of summary reports. | 1.80 | 297.00 |
| 03-15-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include the U.S. Trustee's and BrownGreer's charts and data for use in preparation of summary reports. | 2.40 | 396.00 |
| 03-15-2011 | Patricia Wheeler | Review summary sheet time records for consistency with billing detail. | 0.70 | 199.50 |
| 03-15-2011 | Monica Santa Maria | Edit report template. | 1.80 | 432.00 |
| 03-15-2011 | Katherine Stadler | Draft report template, review and revise it. | 1.60 | 688.00 |
| 03-16-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include BrownGreer charts and data for use in preparation of summary reports. | 1.50 | 247.50 |
| 03-16-2011 | N. Talbott Settle | Prepare comprehensive spreadsheet on status of sixth period interim application review. | 1.80 | 297.00 |
| 03-16-2011 | Katherine Stadler | Review and revise draft report template. | 2.80 | 1,204.00 |
| 03-17-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include BrownGreer charts and data for use in preparation of summary reports. | 0.80 | 132.00 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 03-17-2011 | Monica Santa Maria | Review and edit report template. | 0.30 | 72.00 |
| 03-18-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include U.S. Trustee's and BrownGreer's charts and data for use in preparation of summary reports. | 2.10 | 346.50 |
| 03-18-2011 | Katherine Stadler | Review and consider parameters for review of multiple timekeepers. | 0.40 | 172.00 |
| 03-21-2011 | Monica Santa Maria | Review different summary page options and exhibit format in Reilly Pozner exhibits in preparation for team meeting. | 0.50 | 120.00 |
| 03-21-2011 | Monica Santa Maria | Prepare list of generic exhibit titles. | 0.10 | 24.00 |
| 03-21-2011 | Monica Santa Maria | Email correspondence regarding report drafting. | 0.10 | 24.00 |
| 03-22-2011 | Zerithea Raiche | Review and revise 25 exhibits to reports to retained professionals on consistency issues. | 3.70 | 610.50 |
| 03-22-2011 | Monica Santa Maria | Email communications and telephone conferences regarding consistency in exhibit formatting. | 0.20 | 48.00 |
| 03-23-2011 | Patricia Wheeler | Conference regarding exhibit quality control process. | 0.50 | 142.50 |
| 03-23-2011 | Monica Santa Maria | Update template report based on edits and suggestions from Mr. Williamson. | 1.70 | 408.00 |
| 03-24-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include U.S. Trustee's and BrownGreer's charts and data for use in preparation of summary reports. | 3.00 | 495.00 |
| 03-26-2011 | Monica Santa Maria | Forward instructions regarding preparation of exhibits for Gibson Dunn and Kasowitz Benson. | 0.30 | 72.00 |
| 03-28-2011 | Zerithea Raiche | Calculation of amounts paid to retained professionals to date. | 0.20 | 33.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-28-2011 | Mary Roufus | Telephone conferences regarding summary of amounts paid to professionals. | 0.40 | 66.00 |
| 03-28-2011 | Mary Roufus | Review fee applications and interim order granting fourth fee period applications and update summary of professionals with sixth interim fee applications. | 9.70 | 1,600.50 |
| 03-28-2011 | Patricia Wheeler | Review and edit reports and exhibits to retained professionals. | 3.50 | 997.50 |
| 03-29-2011 | Carla Andres | Review professional reports for consistency. | 0.60 | 210.00 |
| 03-29-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include BrownGreer charts and data for use in preparation of summary reports. | 0.90 | 148.50 |
| 03-29-2011 | Zerithea Raiche | Telephone conferences on time entries for review of monthly fee statements of Milbank Tweed and other retained professionals. | 0.20 | 33.00 |
| 03-29-2011 | Zerithea Raiche | Prepare chart on rate increases by retained professionals for use in analysis of fee applications. | 2.10 | 346.50 |
| 03-29-2011 | Patricia Wheeler | Prepare summary sheet on retained professionals. | 3.80 | 1,083.00 |
| 03-29-2011 | Monica Santa Maria | Review, edit and coordinate finalizing the reports and sample exhibits for inclusion in the fee committee materials: Bingham McCutchen (.4); Bortstein Legal (.3); Dechert LLP (.3); Duff & Phelps (.2); Gibson Dunn (.4); Jenner & Block (.3); Jones Day (.5); Kasowitz Benson (.3); Latham & Watkins (.2); McKenna Long (.3); Pachulski Stang (.4); Paul Hastings (.2); Momo-O (.1); Simpson Thacher (.2); Sutherland Asbill (.1). | 4.20 | 1,008.00 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 03-29-2011 | Brady C. Williamson | Draft language for reports with no or limited objections. | 0.30 | 157.50 |
| 03-30-2011 | Patricia Wheeler | Prepare summary of language included in letters to professionals to identify omissions and facilitate consistency. | 1.70 | 484.50 |
| 03-30-2011 | Patricia Wheeler | Prepare proposed standard language on fee committee rules to be included in each report to professionals. | 0.60 | 171.00 |
| 03-30-2011 | Patricia Wheeler | Conference regarding status of exhibits. | 0.40 | 114.00 |
| 03-30-2011 | Monica Santa Maria | Conferences regarding updates to template letter and consistency in fee-rule paragraphs for reports. | 0.20 | 48.00 |
| 03-31-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include revised BrownGreer charts and data for use in preparation of summary reports. | 0.80 | 132.00 |
| 03-31-2011 | Zerithea Raiche | Prepare chart of monthly fee statements for use by team members, U.S. Trustee, fee committee, Debtors and BrownGreer. | 0.90 | 148.50 |
| 03-31-2011 | Zerithea Raiche | Update chart on rate increases by retained professionals for use by team members. | 0.70 | 115.50 |
| 04-04-2011 | Monica Santa Maria | Prepare status chart of all reports including filing schedule. | 1.90 | 456.00 |
| 04-05-2011 | Zerithea Raiche | Review and revise template of report to retained professionals. | 0.40 | 66.00 |
| 04-05-2011 | Zerithea Raiche | Review and revise template of report to retained professionals to include docket reference for Chemtura Corporation hearing transcript. | 0.20 | 33.00 |

08-13555-mg    Doc 22392-9    Filed 11/18/11    Entered 11/18/11 23:15:34    Exhibit
C-0010    Pg 8 of 11

Matter Number: 009878-0010  
Invoice No.: 543314

October 17, 2011  
Page 6

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-05-2011 | Zerithea Raiche | Review and revise template of report to retained professionals and verify record citations. | 0.70 | 115.50 |
| 04-05-2011 | Patricia Wheeler | Review email correspondence from fee committee on reports. | 0.20 | 57.00 |
| 04-05-2011 | Patricia Wheeler | Conference regarding status of reports and exhibits. | 0.30 | 85.50 |
| 04-05-2011 | Monica Santa Maria | Conference regarding status of reports and exhibits. | 0.30 | 72.00 |
| 04-06-2011 | Zerithea Raiche | Locate and forward retention application and order for Alvarez & Marsal. | 0.20 | 33.00 |
| 04-06-2011 | Zerithea Raiche | Locate and forward list of bar dates to file proofs of claim. | 0.20 | 33.00 |
| 04-06-2011 | Zerithea Raiche | Calculate total claims filed to date and the aggregate amount of those claims. | 0.80 | 132.00 |
| 04-06-2011 | Monica Santa Maria | Edit template paragraphs and draft Jones Day report to incorporate comments from the U.S. Trustee's office, including verifying citations for substance and format. | 2.00 | 480.00 |
| 04-06-2011 | Brady C. Williamson | Draft generic language changes based on comments from U.S. Trustee and counsel. | 0.80 | 420.00 |
| 04-06-2011 | Katherine Stadler | Extended telephone conference with Ms. Gasparini and Ms. Schwartz for U.S. Trustee on reports and contents. | 0.40 | 172.00 |
| 04-07-2011 | Zerithea Raiche | Review and revise template for reports to retained professionals - verify record citations and references. | 2.30 | 379.50 |
| 04-07-2011 | Zerithea Raiche | Revise template alternate paragraphs for reports to retained professionals. | 0.70 | 115.50 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 04-07-2011 | Brady C. Williamson | Make additional changes to report template. | 0.70 | 367.50 |
| 04-08-2011 | Patricia Wheeler | Review and update template letter for consistency with fee committee comments. | 0.70 | 199.50 |
| 04-11-2011 | Monica Santa Maria | Status conferences regarding next round of reports for mailing on April 12, including Dechert LLP, Duff & Phelps, Gibson Dunn, Jenner & Block, Kasowitz Benson, Pachulski Stang and Sutherland Asbill. | 0.20 | 48.00 |
| 04-12-2011 | Monica Santa Maria | Conferences regarding status of reports and technical issues with emailing exhibits. | 0.20 | 48.00 |
| 04-12-2011 | Brady C. Williamson | Prepare status report for Mr. Gitlin. | 0.30 | 157.50 |
| 04-13-2011 | Monica Santa Maria | Conferences regarding confidential reports, including Duff & Phelps, Jenner & Block, Gibson Dunn, Kasowitz Benson and Sutherland Asbill. | 0.30 | 72.00 |
| 04-15-2011 | Brady C. Williamson | Review comments from U.S. Trustee's office on latest draft reports. | 0.30 | 157.50 |
| 04-19-2011 | Patricia Wheeler | Review email correspondence regarding conflicts issues. | 0.40 | 114.00 |
| 04-19-2011 | Brady C. Williamson | Review FDIC report and fee discussion. | 0.20 | 105.00 |
| 04-20-2011 | Patricia Wheeler | Conference regarding conflicts issue. | 0.30 | 85.50 |
| 04-22-2011 | Patricia Wheeler | Revise draft template of report. | 1.40 | 399.00 |
| 04-22-2011 | Patricia Wheeler | Update spreadsheet with revised deadlines, objection deadlines, and responses from professionals. | 0.30 | 85.50 |

Matter Number: 009878-0010 October 17, 2011
Invoice No.: 543314 Page 8

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-22-2011 | Patricia Wheeler | Review letters, summaries, and fee committee guidelines to prepare summary of current guidelines. | 1.80 | 513.00 |
| 04-22-2011 | Patricia Wheeler | Create new spreadsheet to track submission of seventh interim reports from professionals and deadlines associated with each. | 0.20 | 57.00 |
| 04-24-2011 | Patricia Wheeler | Prepare draft fee committee guidelines summary page. | 2.20 | 627.00 |
| 04-25-2011 | Monica Santa Maria | Status conference regarding Curtis' report and regarding conflicts and disclosure issues related to Curtis Mallet-Prevost, Gibson Dunn, Bingham McCutchen and Sutherland Asbill. | 0.80 | 192.00 |
| 04-25-2011 | Patricia Wheeler | Conference regarding status of fee committee guidelines and memorandum to file. | 0.10 | 28.50 |
| 04-28-2011 | Monica Santa Maria | Review list of professionals to determine who has not yet responded. | 0.30 | 72.00 |
| | | Total Fees | $ | 21,672.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **21,672.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 0.60 | 350.00 | 210.00 |
| **Special Counsel Total** | | **0.60** | | **210.00** |
| ZERITHEA RAICHE | Paralegal | 35.50 | 165.00 | 5,857.50 |
| N. TALBOTT SETTLE | Paralegal | 3.00 | 165.00 | 495.00 |
| MARY ROUFUS | Paralegal | 10.10 | 165.00 | 1,666.50 |
| **Paralegal Total** | | **48.60** | | **8,019.00** |
| PATRICIA WHEELER | Associate | 19.10 | 285.00 | 5,443.50 |
| MONICA SANTA MARIA | Associate | 16.00 | 240.00 | 3,840.00 |
| **Associate Total** | | **35.10** | | **9,283.50** |
| BRADY C. WILLIAMSON | Shareholder | 2.60 | 525.00 | 1,365.00 |
| KATHERINE STADLER | Shareholder | 6.50 | 430.00 | 2,795.00 |
| **Shareholder Total** | | **9.10** | | **4,160.00** |
| **TIMEKEEPER TOTALS** | | **93.40** | | **$21,672.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*