# EXHIBIT C-0011

## Detailed Time Records



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.     543315
Matter No.      009878-0011

Re:   Prepare for and Attend Hearings and
      Court Communications (Task Code 0400)

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 5,712.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **5,712.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

PLEASE SEND ALL PAYMENTS TO:
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE: MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Re:   Prepare for and Attend Hearings and
      Court Communications (Task Code 0400)

Invoice No.   543315
Matter No.    009878-0011

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-10-2011 | Katherine Stadler | E-mail exchange on case management order and scheduling of hearing and/or status conference on amended fee protocol. | 0.40 | 172.00 |
| 03-17-2011 | Katherine Stadler | Work on arrangements for chambers conference. | 0.50 | No Charge |
| 03-22-2011 | Brady C. Williamson | Initial drafts of letter to Judge Peck. | 0.80 | 420.00 |
| 03-23-2011 | Zerithea Raiche | Revise letter to Judge Peck on issues to be discussed at the March 31 chambers conference. | 0.60 | 99.00 |
| 03-23-2011 | Brady C. Williamson | Continue work on draft letter to Judge Peck. | 0.50 | 262.50 |
| 03-23-2011 | Katherine Stadler | E-mail exchange on agenda for chambers conference. | 0.10 | 43.00 |
| 03-24-2011 | Zerithea Raiche | Correspondence to Judge Peck on status of fee committee and issues for the March 31 chambers conference. | 0.40 | 66.00 |
| 03-24-2011 | Brady C. Williamson | Final draft of letter to Judge Peck. | 0.20 | 105.00 |

Matter Number: 009878-0011  October 17, 2011
Invoice No.: 543315  Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-24-2011 | Katherine Stadler | Conference with Mr. Gitlin on materials and preparation for March 31 chambers conference with Judge Peck. | 0.30 | 129.00 |
| 03-29-2011 | Brady C. Williamson | Draft notes for March 31 court meeting for fee committee members. | 0.50 | 262.50 |
| 03-29-2011 | Katherine Stadler | Preparation of agenda and materials for chambers conference with Judge Peck. | 0.40 | 172.00 |
| 03-30-2011 | Katherine Stadler | Prepare materials for chambers conference with Judge Peck. | 1.60 | 688.00 |
| 03-31-2011 | Brady C. Williamson | Attend status conference with Judge Peck and discussions before and after meeting, with counsel. | 1.20 | 630.00 |
| 03-31-2011 | Katherine Stadler | Attend chambers conference with Judge Peck. | 0.70 | 301.00 |
| 04-12-2011 | Brady C. Williamson | Review scheduled court dates and case management order on scheduling. | 0.30 | 157.50 |
| 04-13-2011 | Brady C. Williamson | Intermittent monitoring of April 13 hearing. | 1.50 | 787.50 |
| 04-28-2011 | Brady C. Williamson | Prepare for fee committee hearing. | 0.90 | 472.50 |
| 04-28-2011 | Brady C. Williamson | Participate by telephone in fee committee hearing. | 1.80 | 945.00 |
|  |  | **Total Fees** | $ | 5,712.50 |
|  |  | Total Disbursements | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **5,712.50** |

Matter Number: 009878-0011　　　　　　　　　　　　　　　　　　　　　　　October 17, 2011
Invoice No.: 543315　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| ZERITHEA RAICHE | Paralegal | 1.00 | 165.00 | 165.00 |
| **Paralegal Total** | | **1.00** | | **165.00** |
| BRADY C. WILLIAMSON | Shareholder | 7.70 | 525.00 | 4,042.50 |
| KATHERINE STADLER | Shareholder | 3.50 | 430.00 | 1,505.00 |
| **Shareholder Total** | | **11.20** | | **5,547.50** |
| **TIMEKEEPER TOTALS** | | **12.20** | | **$5,712.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*