# EXHIBIT C-0012

## Detailed Time Records



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.        543316

Re:    Godfrey & Kahn's Retention Issues (Task Code 47
       (Task Code 4700)

Matter No.        009878-0012

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 46,540.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **46,540.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Re:    Godfrey & Kahn's Retention Issues (Task Code 47
       (Task Code 4700)

Invoice No.        543316
Matter No.         009878-0012

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01-24-2011 | Zerithea Raiche | Prepare draft of application and order to retain Godfrey & Kahn as counsel to the fee committee. | 3.30 | 544.50 |
| 01-24-2011 | Monica Santa Maria | Edit Godfrey & Kahn's affidavit of disinterestedness. | 0.90 | 216.00 |
| 01-25-2011 | Zerithea Raiche | Revise application for retention of Godfrey & Kahn as counsel to the fee committee. | 2.30 | 379.50 |
| 01-25-2011 | Monica Santa Maria | Edit Godfrey & Kahn's affidavit of disinterestedness. | 0.20 | 48.00 |
| 01-25-2011 | Monica Santa Maria | Edit Appendix C to Godfrey & Kahn's affidavit of disinterestedness. | 2.40 | 576.00 |
| 01-25-2011 | Monica Santa Maria | Research case law regarding disinterestedness and forward summary. | 0.30 | 72.00 |
| 01-25-2011 | Katherine Stadler | Conflicts report and disclosure issues. | 1.80 | 774.00 |
| 01-26-2011 | Zerithea Raiche | Review and revise disclosure affidavit of Mr. Williamson in support of Godfrey & Kahn's retention application. | 2.20 | 363.00 |

Matter Number: 009878-0012

Invoice No.:  543316

October 17, 2011

Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01-26-2011 | Zerithea Raiche | Exchange emails on pro hac vice admissions. | 0.20 | 33.00 |
| 01-26-2011 | Zerithea Raiche | Revise memorandum on billing protocols. | 0.80 | 132.00 |
| 01-26-2011 | Zerithea Raiche | Revise application to retain Godfrey & Kahn as counsel to the fee committee. | 1.70 | 280.50 |
| 01-26-2011 | Zerithea Raiche | Revise proposed order granting application to retain Godfrey & Kahn as counsel to the fee committee. | 0.90 | 148.50 |
| 01-26-2011 | Monica Santa Maria | Edits to Godfrey & Kahn's affidavit of disinterestedness. | 0.10 | 24.00 |
| 01-26-2011 | Monica Santa Maria | Edit appendices disclosing connections with interested parties and Debtor entities. | 2.60 | 624.00 |
| 01-26-2011 | Monica Santa Maria | Conferences regarding conflicts review procedure and edits to disclosures. | 0.60 | 144.00 |
| 01-26-2011 | Monica Santa Maria | Edit retention application. | 0.30 | 72.00 |
| 01-26-2011 | Brady C. Williamson | Review and revise initial draft of Godfrey & Kahn retention materials. | 1.70 | 892.50 |
| 01-26-2011 | Katherine Stadler | Draft, review and revise affidavit of Mr. Williamson in support of retention. | 1.30 | 559.00 |
| 01-26-2011 | Katherine Stadler | Draft, review and revise application to employ Godfrey & Kahn. | 2.80 | 1,204.00 |
| 01-26-2011 | Katherine Stadler | Draft, review and revise order appointing Godfrey & Kahn. | 0.80 | 344.00 |
| 01-26-2011 | Katherine Stadler | Continue reviewing conflict materials and identifying necessary disclosures. | 1.60 | 688.00 |
| 01-26-2011 | Katherine Stadler | Draft disclosure declaration for Mr. Gitlin and gather information necessary for same. | 1.80 | 774.00 |

Matter Number: 009878-0012

Invoice No.:  543316

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01-27-2011 | Zerithea Raiche | Revise application to employ Godfrey & Kahn as counsel to the fee committee. | 1.30 | 214.50 |
| 01-27-2011 | Zerithea Raiche | Revise proposed order to employ Godfrey & Kahn as counsel to the fee committee. | 0.60 | 99.00 |
| 01-27-2011 | Zerithea Raiche | Revise affidavit of Mr. Williamson in support of application to employ Godfrey & Kahn as counsel to the fee committee. | 0.40 | 66.00 |
| 01-27-2011 | Karen Zellmer | Assist with preparation of disclosures. | 4.10 | 676.50 |
| 01-27-2011 | Monica Santa Maria | Review additional relationships for possible disclosure. | 4.90 | 1,176.00 |
| 01-27-2011 | Monica Santa Maria | Draft additional disclosures. | 0.80 | 192.00 |
| 01-27-2011 | Brady C. Williamson | Review and revise latest draft of retention application and related materials. | 1.20 | 630.00 |
| 01-27-2011 | Katherine Stadler | Continue work on disclosure issues and conversations with attorneys on potential conflicts. | 1.30 | 559.00 |
| 01-28-2011 | Monica Santa Maria | Continue review of conflicts forms and editing of disclosures. | 4.70 | 1,128.00 |
| 01-31-2011 | Zerithea Raiche | Review and revise application to retain Godfrey & Kahn as counsel to the fee committee. | 0.60 | 99.00 |
| 01-31-2011 | Zerithea Raiche | Review and revise proposed order authorizing the retention and employment of Godfrey & Kahn as counsel to the fee committee. | 0.30 | 49.50 |
| 01-31-2011 | Monica Santa Maria | Edit disclosures. | 0.40 | 96.00 |
| 01-31-2011 | Katherine Stadler | Work on intake. | 1.50 | No Charge |
| 01-31-2011 | Katherine Stadler | Review and revise retention and disclosure documents. | 1.60 | 688.00 |
| 01-31-2011 | Katherine Stadler | Continue work on exhibits for affidavit of disinterestedness. | 2.10 | 903.00 |

Matter Number: 009878-0012
Invoice No.:  543316

October 17, 2011
Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-01-2011 | Zerithea Raiche | Review changes to retention application and verify record citations. | 1.30 | 214.50 |
| 02-01-2011 | Zerithea Raiche | Prepare chart of responses from Godfrey & Kahn attorneys on conflicts review. | 0.70 | 115.50 |
| 02-01-2011 | Zerithea Raiche | Prepare memorandum on proposed billing categories. | 1.60 | 264.00 |
| 02-01-2011 | N. Talbott Settle | Work on fourth amended order on establishing procedures for fee review. | 0.30 | 49.50 |
| 02-01-2011 | Monica Santa Maria | Conference regarding disclosures. | 0.40 | 96.00 |
| 02-01-2011 | Monica Santa Maria | Review and revise disclosures. | 0.50 | 120.00 |
| 02-01-2011 | Katherine Stadler | Continue work on retention documents and disclosure affidavit. | 2.10 | 903.00 |
| 02-01-2011 | Katherine Stadler | E-mails to and from attorneys on disclosure issues. | 0.80 | 344.00 |
| 02-02-2011 | Zerithea Raiche | Revise memorandum on billing categories to include descriptions and additional categories. | 0.80 | 132.00 |
| 02-02-2011 | Zerithea Raiche | Prepare email on updates to billing categories. | 0.10 | 16.50 |
| 02-02-2011 | Zerithea Raiche | Prepare email on New York registration. | 0.10 | 16.50 |
| 02-02-2011 | Zerithea Raiche | Review changes to retention application and update record references. | 1.10 | 181.50 |
| 02-02-2011 | Zerithea Raiche | Revise affidavit of Mr. Williamson in support of retention application and verify record citations. | 0.70 | 115.50 |
| 02-02-2011 | Monica Santa Maria | Review additional disclosures. | 0.20 | 48.00 |
| 02-02-2011 | Katherine Stadler | Monitor attorney e-mail responses to conflicts e-mail. | 0.70 | 301.00 |

Matter Number: 009878-0012

Invoice No.:  543316

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-03-2011 | Zerithea Raiche | Categorize and import documents on preparation of retention documents. | 1.20 | 198.00 |
| 02-03-2011 | Zerithea Raiche | Update chart of responses from Godfrey & Kahn attorneys for use in retention affidavit. | 0.40 | 66.00 |
| 02-03-2011 | Monica Santa Maria | Continue review and investigation of disclosures of Debtor-entity relationships. | 4.20 | 1,008.00 |
| 02-03-2011 | Katherine Stadler | Continue work on disclosures in affidavit. | 0.90 | 387.00 |
| 02-04-2011 | Zerithea Raiche | Review case management order and local rules on filing of retention application. | 0.60 | 99.00 |
| 02-04-2011 | Zerithea Raiche | Categorize and import documents on preparation of retention application. | 0.70 | 115.50 |
| 02-04-2011 | Monica Santa Maria | Review and revise disclosures for Godfrey & Kahn affidavit of disinterestedness. | 1.60 | 384.00 |
| 02-06-2011 | Brady C. Williamson | Continue review of background and transitional material. | 1.70 | 892.50 |
| 02-07-2011 | Zerithea Raiche | Revise Appendix B to affidavit in support of Godfrey & Kahn's retention application to include additional disclosures. | 1.10 | 181.50 |
| 02-07-2011 | N. Talbott Settle | Review retention application and related correspondence. | 0.20 | 33.00 |
| 02-07-2011 | Monica Santa Maria | Review and revise disclosures in affidavit of disinterestedness and review for completeness in advance of possible filing. | 0.40 | 96.00 |
| 02-07-2011 | Brady C. Williamson | Participate in conference call with U.S. Trustee and colleagues on pending issues and questions, including retention and application and amended fee protocol. | 0.40 | 210.00 |

Matter Number: 009878-0012
Invoice No.: 543316

October 17, 2011

Page 6

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-07-2011 | Brady C. Williamson | Continue review of background material. | 1.20 | 630.00 |
| 02-07-2011 | Katherine Stadler | Monitor communications from attorneys on possible disclosure issues. | 0.30 | 129.00 |
| 02-07-2011 | Katherine Stadler | Telephone conference with Ms. Hope Davis and Ms. Eitel on retention and disclosure issues. | 0.50 | 215.00 |
| 02-07-2011 | Katherine Stadler | Review and revise retention documents. | 3.20 | 1,376.00 |
| 02-08-2011 | Zerithea Raiche | Prepare detailed listing of billing categories and include Lehman task codes as applicable for use in opening client file. | 2.80 | 462.00 |
| 02-08-2011 | Zerithea Raiche | Conferences with billing on establishing billing categories to open client matters. | 0.60 | 99.00 |
| 02-08-2011 | Zerithea Raiche | Prepare notice of presentment of application to retain Godfrey & Kahn as counsel for the fee committee. | 0.60 | 99.00 |
| 02-08-2011 | Zerithea Raiche | Prepare initial draft of detailed memorandum to team members on time entry protocols. | 1.30 | 214.50 |
| 02-08-2011 | Monica Santa Maria | Review and follow-up research regarding U.S. Trustee's office's suggested additions  to Godfrey & Kahn retention documents. | 1.60 | 384.00 |
| 02-08-2011 | Monica Santa Maria | Conference with Ms. Gasparini regarding Godfrey & Kahn retention documents. | 0.80 | 192.00 |
| 02-08-2011 | Monica Santa Maria | Conference regarding follow-up on disclosures. | 0.20 | 48.00 |
| 02-08-2011 | Monica Santa Maria | Additional review and edits to disclosures. | 2.00 | 480.00 |
| 02-08-2011 | Brady C. Williamson | Continue review of transitional and background material. | 1.90 | 997.50 |

Matter Number: 009878-0012

October 17, 2011

Invoice No.:  543316

Page 7

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 02-08-2011 | Eric Wilson | Conference regarding disclosure of local counsel relationship with Jenner & Block. | 0.10 | 45.00 |
| 02-08-2011 | Eric Wilson | Review and respond to correspondence regarding disclosure of local counsel relationship with Jenner & Block. | 0.20 | 90.00 |
| 02-08-2011 | Katherine Stadler | E-mail exchange with Ms. Gasparini of U.S. Trustee's office on retention application issues. | 0.20 | 86.00 |
| 02-08-2011 | Katherine Stadler | Telephone conference with Ms. Gasparini on extensive revisions to retention documents and disclosures. | 0.80 | 344.00 |
| 02-08-2011 | Katherine Stadler | Review and revise retention documents based on U.S. Trustee's office comments. | 3.20 | 1,376.00 |
| 02-08-2011 | Katherine Stadler | E-mail revised retention documents to fee committee. | 0.20 | 86.00 |
| 02-09-2011 | Zerithea Raiche | Prepare email to team members on delay in releasing time and establishing billing categories. | 0.30 | 49.50 |
| 02-09-2011 | Zerithea Raiche | Revise chart of billing categories for distribution. | 0.80 | 132.00 |
| 02-09-2011 | Zerithea Raiche | Prepare email distribution lists for team members and specialty groups. | 0.90 | 148.50 |
| 02-09-2011 | Zerithea Raiche | Revise draft memorandum to team members on time entry protocols. | 1.70 | 280.50 |
| 02-09-2011 | Brady C. Williamson | Additional review of background and transitional pleadings and filings. | 1.60 | 840.00 |
| 02-09-2011 | Brady C. Williamson | Additional revisions and conferences on retention application and supporting affidavit. | 0.70 | 367.50 |

Matter Number: 009878-0012                                      October 17, 2011
Invoice No.:  543316                                                      Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-10-2011 | Zerithea Raiche | Prepare email on set up of internal website for use by team members. | 0.20 | 33.00 |
| 02-10-2011 | Zerithea Raiche | Conferences on set up of billing categories with task codes. | 0.20 | 33.00 |
| 02-10-2011 | Katherine Stadler | Telephone conference with Ms. Gasparini on revisions to retention documents. | 0.30 | 129.00 |
| 02-10-2011 | Katherine Stadler | Telephone conference on necessary changes to retention documents. | 0.20 | 86.00 |
| 02-11-2011 | Zerithea Raiche | Respond to questions on name protocols used in billing categories. | 0.30 | 49.50 |
| 02-11-2011 | Zerithea Raiche | Continue work on detailed memorandum to team members on time entry protocols. | 2.70 | 445.50 |
| 02-11-2011 | Zerithea Raiche | Prepare draft memorandum to team members on filing protocols. | 1.30 | 214.50 |
| 02-11-2011 | Zerithea Raiche | Prepare draft chart for use by team members on service protocols. | 1.60 | 264.00 |
| 02-14-2011 | Zerithea Raiche | Update memorandum on time entry protocols. | 0.90 | 148.50 |
| 02-14-2011 | Katherine Stadler | Review and revise Godfrey & Kahn retention documents, including application, order, and affidavit. | 0.40 | 172.00 |
| 02-15-2011 | N. Talbott Settle | Review correspondence on retention documents. | 0.10 | 16.50 |
| 02-15-2011 | Zerithea Raiche | Revise application to retain Godfrey & Kahn and prepare redline for distribution to fee committee. | 0.80 | 132.00 |
| 02-15-2011 | Zerithea Raiche | Revise affidavit in support of application to retain Godfrey & Kahn and prepare redline for distribution to fee committee. | 0.40 | 66.00 |
| 02-15-2011 | Zerithea Raiche | Revise memorandum with time entry protocols. | 0.70 | 115.50 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-15-2011 | Zerithea Raiche | Prepare email to team members with information on time entry and discussions for February 16 meeting. | 0.40 | 66.00 |
| 02-15-2011 | Monica Santa Maria | Edit additional disclosure for inclusion in affidavit of disinterestedness. | 0.10 | 24.00 |
| 02-15-2011 | Brady C. Williamson | Continue review of background materials. | 2.10 | 1,102.50 |
| 02-15-2011 | Katherine Stadler | Review and revise retention application. | 1.20 | 516.00 |
| 02-15-2011 | Katherine Stadler | Review and revise Mr. Williamson's affidavit. | 0.80 | 344.00 |
| 02-15-2011 | Katherine Stadler | Review and revise retention order. | 0.70 | 301.00 |
| 02-15-2011 | Katherine Stadler | Confer with Ms. Gasparini, by e-mail, on necessary revisions to retention documents. | 0.30 | 129.00 |
| 02-16-2011 | Zerithea Raiche | Review and revise Godfrey & Kahn's retention application. | 0.90 | 148.50 |
| 02-16-2011 | Brady C. Williamson | Make additions and revisions to retention documents. | 0.50 | 262.50 |
| 02-16-2011 | Brady C. Williamson | Exchange telephone calls and email with Mr. Gitlin on developments and revisions to retention documents. | 0.50 | 262.50 |
| 02-16-2011 | Brady C. Williamson | Review latest changes to retention documents by U.S. Trustee's counsel. | 0.60 | 315.00 |
| 02-16-2011 | Katherine Stadler | Review and revise retention documents based on comments. | 0.80 | 344.00 |
| 02-17-2011 | Zerithea Raiche | Update pro hac vice admissions. | 0.60 | 99.00 |
| 02-17-2011 | Zerithea Raiche | Update applications for admission pro hac vice. | 0.40 | 66.00 |
| 02-20-2011 | Zerithea Raiche | Categorize and import documents on preparation of retention application. | 0.40 | 66.00 |

Matter Number: 009878-0012                                October 17, 2011
Invoice No.:  543316                                              Page 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-21-2011 | Zerithea Raiche | Revise affidavit in support of application to retain Godfrey & Kahn as counsel to the fee committee to include additional disclosures. | 0.60 | 99.00 |
| 02-21-2011 | Brian C Spahn | Conference regarding Sutherland Asbill disclosure. | 0.20 | 51.00 |
| 02-21-2011 | Brian C Spahn | Review billing categories including list of retained professionals. | 0.20 | 51.00 |
| 02-21-2011 | Monica Santa Maria | Research possible additional disclosures. | 0.40 | 96.00 |
| 02-21-2011 | Monica Santa Maria | Conference regarding possible additional disclosures. | 0.10 | 24.00 |
| 02-21-2011 | Katherine Stadler | Teleconference on disclosure issue related to Associate's  previous employment with a retained professional. | 0.20 | 86.00 |
| 02-21-2011 | Katherine Stadler | Teleconference on additional items required for disclosure. | 0.20 | 86.00 |
| 02-22-2011 | Brian C Spahn | Conference with Sutherland Asbill accounting department to confirm prior client list for disclosures. | 0.20 | 51.00 |
| 02-22-2011 | Brian C Spahn | Review Lehman retention checklist for previous clients. | 1.50 | 382.50 |
| 02-22-2011 | Brian C Spahn | Multiple conferences and email correspondence regarding Godfrey & Kahn retention issues. | 0.30 | 76.50 |
| 02-22-2011 | Brian C Spahn | Draft email describing previous work for a number of potential parties in interest while at Sutherland Asbill for disclosures. | 0.30 | 76.50 |
| 02-22-2011 | Monica Santa Maria | Research and prepare additional disclosures. | 1.70 | 408.00 |

Matter Number: 009878-0012
Invoice No.:  543316

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-22-2011 | Katherine Stadler | Review and consider updated disclosure items as a result of supplemented Godfrey & Kahn attorney responses to prior e-mail inquiry. | 0.80 | 344.00 |
| 02-28-2011 | Monica Santa Maria | Edit additional disclosures. | 0.30 | 72.00 |
| 02-28-2011 | Katherine Stadler | E-mail from Ms. Gasparini of U.S. Trustee's office on retention documents and telephone conference with her on revisions to documents. | 0.40 | 172.00 |
| 03-04-2011 | Zerithea Raiche | Review retention disclosures and forward current version of retention documents to team members. | 0.30 | 49.50 |
| 03-04-2011 | Monica Santa Maria | Edit disclosures and forward to U.S. Trustee's office. | 0.30 | 72.00 |
| 03-09-2011 | Zerithea Raiche | Prepare notice of presentment of application to employ Godfrey & Kahn as counsel to the fee committee. | 0.40 | 66.00 |
| 03-09-2011 | Zerithea Raiche | Prepare email and forward Godfrey & Kahn retention documents for review and execution. | 0.30 | 49.50 |
| 03-10-2011 | Mary Roufus | Conferences regarding updates to Mr. Williamson's affidavit, extensive review of claims filed and prepare updates to Mr. Williamson's affidavit. | 2.30 | 379.50 |
| 03-10-2011 | Zerithea Raiche | Locate and forward to team members supporting documents for use in updating Rule 2014(a) and 2016(b) affidavit in support of Godfrey & Kahn's retention. | 1.80 | 297.00 |
| 03-10-2011 | Zerithea Raiche | Update disclosures to include claims made by M&I Marshall and IlsleyTrust and for the VandenBerg Estate. | 1.20 | 198.00 |

Matter Number: 009878-0012                                      October 17, 2011

Invoice No.: 543316                                                    Page 12

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-10-2011 | Monica Santa Maria | Factual research regarding possible additional disclosures. | 3.00 | 720.00 |
| 03-10-2011 | Monica Santa Maria | Edit retention documents in light of additional disclosure and amended fee protocol language. | 1.20 | 288.00 |
| 03-10-2011 | Monica Santa Maria | Email correspondence regarding retention documents. | 0.20 | 48.00 |
| 03-10-2011 | Katherine Stadler | Review e-mail on revisions needed to disclosures. | 0.20 | 86.00 |
| 03-10-2011 | Katherine Stadler | Extensive telephone conferences and office conferences on additional disclosures required for retention affidavit. | 2.90 | 1,247.00 |
| 03-11-2011 | Mary Roufus | Review of retention application and supporting documents. | 0.70 | 115.50 |
| 03-11-2011 | Zerithea Raiche | Revise and file with the court applications to appear pro hac vice. | 0.90 | 148.50 |
| 03-11-2011 | Zerithea Raiche | Update notice of presentment and disclosures for application to retain Godfrey & Kahn as counsel to the fee committee. | 0.70 | 115.50 |
| 03-11-2011 | Zerithea Raiche | File and serve application to retain Godfrey & Kahn as counsel to the fee committee. | 0.40 | 66.00 |
| 03-11-2011 | Peggy Barlett | Review emails regarding retention application and updated fee review rules. | 0.30 | 67.50 |
| 03-11-2011 | Peggy Barlett | Complete final review of all exiting claims of M&I Marshall and Ilsley Bank. | 0.40 | 90.00 |
| 03-11-2011 | Katherine Stadler | Review, revise, and complete Godfrey & Kahn retention application, affidavit, and proposed order for filing and service. | 2.30 | 989.00 |
| 03-11-2011 | Brady C. Williamson | Review final drafts of retention documents. | 0.50 | 262.50 |

Matter Number: 009878-0012                                        October 17, 2011
Invoice No.:  543316                                                    Page 13

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-12-2011 | Patricia Wheeler | Review Godfrey & Kahn retention documents and draft fee protocols. | 2.30 | 655.50 |
| 03-28-2011 | Katherine Stadler | Review and revise retention order in light of Weil Gotshal feedback and in preparation for chambers conference, e-mail same and redline to Mr. Gitlin. | 0.80 | 344.00 |
| 03-29-2011 | Katherine Stadler | Additional revisions to proposed retention order in light of Weil Gotshal comments and e-mail redline to Mr. Gitlin and fee committee. | 0.30 | 129.00 |
| 04-06-2011 | Katherine Stadler | Final review and revision of retention order in light of Mr. Fail's suggestions. | 0.40 | 172.00 |
| 04-20-2011 | Brady C. Williamson | Prepare memorandum to Mr. Gitlin on prior retention orders. | 0.60 | 315.00 |
| 04-29-2011 | Brady C. Williamson | Review Feinberg Rozen confidentiality agreements and discuss revisions. | 0.60 | 315.00 |

|  | Total Fees | $ | 46,540.00 |
|--|-----------|---|-----------|
|  | Total Disbursements | $ | 0.00 |
|  | **Total For This Invoice** | **$** | **46,540.00** |

Matter Number: 009878-0012                                              October 17, 2011
Invoice No.:  543316                                                          Page 14

# Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| KAREN ZELLMER | Paralegal | 4.10 | 165.00 | 676.50 |
| ZERITHEA RAICHE | Paralegal | 52.40 | 165.00 | 8,646.00 |
| N. TALBOTT SETTLE | Paralegal | 0.60 | 165.00 | 99.00 |
| MARY ROUFUS | Paralegal | 3.00 | 165.00 | 495.00 |
| **Paralegal Total** | | **60.10** | | **9,916.50** |
| PATRICIA WHEELER | Associate | 2.30 | 285.00 | 655.50 |
| MONICA SANTA MARIA | Associate | 37.40 | 240.00 | 8,976.00 |
| PEGGY BARLETT | Associate | 0.70 | 225.00 | 157.50 |
| BRIAN C SPAHN | Associate | 2.70 | 255.00 | 688.50 |
| **Associate Total** | | **43.10** | | **10,477.50** |
| BRADY C. WILLIAMSON | Shareholder | 15.80 | 525.00 | 8,295.00 |
| KATHERINE STADLER | Shareholder | 41.20 | 430.00 | 17,716.00 |
| ERIC WILSON | Shareholder | 0.30 | 450.00 | 135.00 |
| **Shareholder Total** | | **57.30** | | **26,146.00** |
| **TIMEKEEPER TOTALS** | | **160.50** | | **$46,540.00** |

*We adjust our hourly billing rates effective January 1 of each year.  Accordingly, billing rate changes are reflected on this statement for work performed in 2011.  Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*