# **EXHIBIT C-0013**
## **Detailed Time Records**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.     543318
Re:   Legal/Factual Research                      Matter No.      009878-0013

Billing Attorney:
Brady C. Williamson

|                     |                  |
|---------------------|------------------|
| Invoice Total       | $    9,470.50    |
| Prior Balance Due   | $        0.00    |
| **Total Amount Now Due** | **$    9,470.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

PLEASE SEND ALL PAYMENTS TO:
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Re:    Legal/Factual Research

Invoice No.    543318
Matter No.     009878-0013

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-31-2011 | N. Talbott Settle | Review and organize basic case materials from Ms. Gasparini. | 3.50 | 577.50 |
| 02-01-2011 | Zerithea Raiche | Search records and prepare synopsis of memoranda and discussions on rate increases by retained professionals. | 1.70 | 280.50 |
| 02-04-2011 | Patricia Wheeler | Review fee examiner materials. | 1.10 | 313.50 |
| 02-07-2011 | Zerithea Raiche | Prepare list of interim fee periods. | 0.30 | 49.50 |
| 02-07-2011 | Zerithea Raiche | Prepare reports on filings for all retained professionals. | 1.30 | 214.50 |
| 02-07-2011 | Zerithea Raiche | Locate and forward October 2010 letter from Mr. Feinberg to retained professionals. | 0.40 | 66.00 |
| 02-07-2011 | N. Talbott Settle | Continue work on review and transfer of files received from U.S. Trustee and organize by professional in preparation for meeting with BrownGreer. | 3.60 | 594.00 |
| 02-08-2011 | Zerithea Raiche | Locate and forward memorandum on application of rulings by Judge Gerber on fee issues. | 0.30 | 49.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-09-2011 | Zerithea Raiche | Locate and forward chart of auditor review categories. | 0.30 | 49.50 |
| 02-09-2011 | Zerithea Raiche | Locate and import filings on retention of BrownGreer. | 0.60 | 99.00 |
| 02-14-2011 | Zerithea Raiche | Review and prepare email on monthly operating reports and list payment history for Feinberg Rozen. | 0.30 | 49.50 |
| 02-14-2011 | N. Talbott Settle | Prepare comparison table of retained professional data for the fifth interim fee period. | 1.40 | 231.00 |
| 02-15-2011 | N. Talbott Settle | Review key correspondence for potential meeting agenda items. | 0.50 | 82.50 |
| 02-15-2011 | N. Talbott Settle | Obtain materials for Mr. Williamson on docket and history. | 0.40 | 66.00 |
| 02-15-2011 | N. Talbott Settle | Continue work on spreadsheet for criteria and rules for fee and expense review of retained professionals. | 3.60 | 594.00 |
| 02-15-2011 | Brady C. Williamson | Review fee committee summary materials in SIPC matter. | 0.30 | 157.50 |
| 02-16-2011 | Patricia Wheeler | Review protocols and process overview documents. | 1.00 | 285.00 |
| 02-17-2011 | Patricia Wheeler | Review criteria and rules for fee and expenses review. | 1.30 | 370.50 |
| 02-21-2011 | Katherine Stadler | Consider monthly budget filing requirements. | 0.40 | 172.00 |
| 02-22-2011 | Patricia Wheeler | Review amended rules regarding fee application review. | 0.50 | 142.50 |
| 02-23-2011 | Zerithea Raiche | Respond to questions on chart of sixth fee period applications and status of statistical analysis. | 0.20 | 33.00 |
| 02-23-2011 | Zerithea Raiche | Conference on historical review of data. | 0.60 | 99.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-23-2011 | Zerithea Raiche | Download and forward background material on retention of BrownGreer and other statistical analysts. | 0.30 | 49.50 |
| 02-23-2011 | N. Talbott Settle | Conference on historical review of docket materials. | 0.80 | 132.00 |
| 02-23-2011 | N. Talbott Settle | Conference on Weil Gotshal historical information. | 0.30 | 49.50 |
| 02-23-2011 | Brian C Spahn | Review fee committee transitional documents including fee protocols, fee committee reports. | 1.50 | 382.50 |
| 02-23-2011 | Katherine Stadler | Review Barclays decision and e-mail on significance for fee review process. | 0.60 | 258.00 |
| 02-24-2011 | N. Talbott Settle | Update criteria and rules for fee and expense review. | 0.20 | 33.00 |
| 02-24-2011 | Zerithea Raiche | Review records on monthly fee statements filed by retained professionals and prepare email on search results. | 0.40 | 66.00 |
| 02-24-2011 | Brian C Spahn | Review retained professionals range of fee requests, Lehman intranet, case management orders, fee committee reports and responses to objections. | 0.80 | 204.00 |
| 02-28-2011 | Monica Santa Maria | Review and consider objection by U.S. Trustee to rate increase by The O'Neil Group, including reviewing retention documents and communication with team regarding strategy. | 0.40 | 96.00 |
| 03-01-2011 | Zerithea Raiche | Update chart of sixth fee period applications and arrange data as requested by the U.S. Trustee. | 0.70 | 115.50 |
| 03-01-2011 | Zerithea Raiche | Locate and post historical documents to team website from the court docket for Lazard Freres. | 0.40 | 66.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-01-2011 | Zerithea Raiche | Locate and post historical documents to website from the court docket for SNR Denton. | 0.60 | 99.00 |
| 03-01-2011 | Brady C. Williamson | Review U.S. Trustee correspondence to firms on rate increases. | 0.70 | 367.50 |
| 03-02-2011 | Rebecca J. Bradshaw | Obtain copy of fee decision from General Growth Properties, Inc. case and related materials. | 0.90 | 157.50 |
| 03-02-2011 | Zerithea Raiche | Review email on monitoring of General Growth Properties, Inc. case on unreasonable fees issue. | 0.40 | 66.00 |
| 03-02-2011 | Zerithea Raiche | Update website and distribute to team members articles on legal fees and hourly rates in bankruptcy cases. | 0.20 | 33.00 |
| 03-03-2011 | Zerithea Raiche | Update website to include compensation orders and distribute for use in analysis of fifth and sixth fee period applications. | 0.40 | 66.00 |
| 03-17-2011 | Zerithea Raiche | Review records on previous chambers conferences, verify transcript preparation and type of notification made to retained professionals of the conferences. | 0.90 | 148.50 |
| 03-17-2011 | Brady C. Williamson | Initial review of motion for approval of disclosure statement and related pleadings on schedule. | 0.80 | 420.00 |
| 03-20-2011 | Zerithea Raiche | Prepare chart of participants for the March 22 conference call along with details on each retained professional for use by Mr. Gitlin. | 1.20 | 198.00 |
| 03-21-2011 | Zerithea Raiche | Update chart of participants for the March 22 conference call along with details requested by Mr. Gitlin. | 0.70 | 115.50 |
| 03-21-2011 | N. Talbott Settle | Review materials related to expense rules. | 0.70 | 115.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-22-2011 | Zerithea Raiche | Update chart of participants for the March 22 conference call to include information requested by Mr. Gitlin. | 0.70 | 115.50 |
| 04-01-2011 | Brian C Spahn | Review monthly fee statements and responses to the fee committee's February 28 request for information. | 0.30 | 76.50 |
| 04-05-2011 | Zerithea Raiche | Locate and review September 2009 transcript for Chemtura Corporation bankruptcy case and forward section regarding time entries by summer clerks. | 0.40 | 66.00 |
| 04-06-2011 | Zerithea Raiche | Locate and forward all budgets filed to date by the retained professionals for use in communication to the U.S. Trustee. | 0.40 | 66.00 |
| 04-06-2011 | Zerithea Raiche | Locate and forward list of billing task codes for retained professionals. | 0.10 | 16.50 |
| 04-07-2011 | Brady C. Williamson | Review latest articles for dissemination to fee committee. | 0.50 | 262.50 |
| 04-14-2011 | Patricia Wheeler | Review fee committee protocol, bankruptcy rules, and U.S. Trustee guidelines for discussions with professionals. | 2.80 | 798.00 |
| 04-20-2011 | Zerithea Raiche | Review and forward April 18 decision in Wireless Telecommunications on compensation of retained professionals for the cost of defending their fee applications. | 0.30 | 49.50 |
| 04-21-2011 | Zerithea Raiche | Locate and forward confirmed plan and disclosure statement in SemCrud and other bankruptcy cases for use in guidelines memorandum. | 0.70 | 115.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-21-2011 | Zerithea Raiche | Locate and forward docket and complaints filed in adversary proceeding against Bank of America. | 0.40 | 66.00 |
| 04-29-2011 | Monica Santa Maria | Review article discussing amendments to Rule 2019, governing disclosures by ad hoc groups of creditors, approved by Supreme Court. | 0.10 | 24.00 |
| | | **Total Fees** | $ | 9,470.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **9,470.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| REBECCA J. BRADSHAW | Other - Staff | 0.90 | 175.00 | 157.50 |
| **Other - Staff Total** | | **0.90** | | **157.50** |
| ZERITHEA RAICHE | Paralegal | 15.20 | 165.00 | 2,508.00 |
| N. TALBOTT SETTLE | Paralegal | 15.00 | 165.00 | 2,475.00 |
| **Paralegal Total** | | **30.20** | | **4,983.00** |
| PATRICIA WHEELER | Associate | 6.70 | 285.00 | 1,909.50 |
| MONICA SANTA MARIA | Associate | 0.50 | 240.00 | 120.00 |
| BRIAN C SPAHN | Associate | 2.60 | 255.00 | 663.00 |
| **Associate Total** | | **9.80** | | **2,692.50** |
| BRADY C. WILLIAMSON | Shareholder | 2.30 | 525.00 | 1,207.50 |
| KATHERINE STADLER | Shareholder | 1.00 | 430.00 | 430.00 |
| **Shareholder Total** | | **3.30** | | **1,637.50** |
| **TIMEKEEPER TOTALS** | | **44.20** | | **$9,470.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*