# EXHIBIT C-0014

## Detailed Time Records



GODFREY
& KAHN s.c.
ATTORNEYS AT LAW

780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.        543322

Re:    General Case Meetings (Task Code 0200)

Matter No.        009878-0014

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 49,776.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **49,776.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



GODFREY
& KAHN s.c.
ATTORNEYS AT LAW

780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Re:    General Case Meetings (Task Code 0200)

Invoice No.        543322
Matter No.        009878-0014

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01-25-2011 | Zerithea Raiche | Prepare list of tasks for case management meeting. | 2.20 | 363.00 |
| 01-26-2011 | Zerithea Raiche | Revise list of tasks for case management meeting. | 1.10 | 181.50 |
| 01-28-2011 | Zerithea Raiche | Conference on case management tasks and establishing protocols. | 1.00 | 165.00 |
| 01-28-2011 | N. Talbott Settle | Meeting on case and document management. | 1.00 | 165.00 |
| 01-31-2011 | Zerithea Raiche | Attend weekly meeting to discuss protocols and practices. | 1.10 | 181.50 |
| 01-31-2011 | Zerithea Raiche | Conference on documents prepared by BrownGreer. | 0.10 | 16.50 |
| 01-31-2011 | Zerithea Raiche | Review records prepared by BrownGreer on review of fee applications for retained professionals. | 0.60 | 99.00 |
| 01-31-2011 | N. Talbott Settle | Attend weekly meeting to discuss protocols and practices. | 1.10 | 181.50 |
| 01-31-2011 | Monica Santa Maria | Join conference regarding administrative and staffing preparations for new Lehman retention. | 0.90 | 216.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-10-2011 | Monica Santa Maria | Conference regarding fee review process. | 3.90 | 936.00 |
| 02-10-2011 | Brady C. Williamson | Conference on latest discussion with counsel for U.S. Trustee. | 0.30 | 157.50 |
| 02-14-2011 | Carla Andres | Prepare e-mails regarding initial team meeting. | 0.40 | 140.00 |
| 02-14-2011 | Carla Andres | Meeting regarding initial update, status, and work division. | 1.50 | 525.00 |
| 02-14-2011 | Zerithea Raiche | Prepare email on materials prepared for distribution to team. | 0.10 | 16.50 |
| 02-14-2011 | Monica Santa Maria | Conference regarding lumping prohibition and penalty. | 0.20 | 48.00 |
| 02-15-2011 | N. Talbott Settle | Prepare presentation materials related to the auditor's review process file for weekly meeting. | 1.90 | 313.50 |
| 02-15-2011 | Zerithea Raiche | Prepare for weekly meeting. | 3.80 | 627.00 |
| 02-16-2011 | Carla Andres | Attend weekly meeting. | 2.60 | 910.00 |
| 02-16-2011 | Zerithea Raiche | Attend weekly meeting on case strategy. | 2.60 | 429.00 |
| 02-16-2011 | Zerithea Raiche | Revise billing protocols for distribution to team members at February 16 weekly meeting. | 0.30 | 49.50 |
| 02-16-2011 | Zerithea Raiche | Conference on document retention strategy. | 1.30 | 214.50 |
| 02-16-2011 | N. Talbott Settle | Conference on document retention strategy. | 1.30 | 214.50 |
| 02-16-2011 | N. Talbott Settle | Attend weekly meeting. | 2.60 | 429.00 |
| 02-16-2011 | N. Talbott Settle | Preparation and set-up for weekly meeting. | 0.80 | 132.00 |
| 02-16-2011 | Patricia Wheeler | Attend weekly meeting. | 2.60 | 741.00 |
| 02-16-2011 | Monica Santa Maria | Attend weekly meeting. | 2.60 | 624.00 |
| 02-16-2011 | Eric Wilson | Attend weekly meeting. | 2.60 | 1,170.00 |
| 02-16-2011 | Brady C. Williamson | Prepare for weekly meeting. | 0.50 | 262.50 |

Matter Number: 009878-0014

Invoice No.:  543322

October 17, 2011

Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-16-2011 | Brady C. Williamson | Participate in part of weekly meeting. | 0.30 | 157.50 |
| 02-16-2011 | Katherine Stadler | Attend/conduct weekly meeting to assign work and outline administrative matters. | 2.60 | 1,118.00 |
| 02-17-2011 | N. Talbott Settle | Conference regarding review process for fee applications. | 0.80 | 132.00 |
| 02-17-2011 | N. Talbott Settle | Conference on document retention strategy. | 0.70 | 115.50 |
| 02-17-2011 | Zerithea Raiche | Conference on document retention. | 0.70 | 115.50 |
| 02-17-2011 | Patricia Wheeler | Conference regarding review process for fee applications. | 0.90 | 256.50 |
| 02-17-2011 | Monica Santa Maria | Conference regarding review process for fee applications. | 0.80 | 192.00 |
| 02-18-2011 | Carla Andres | Review internal guidelines, and conferences regarding status of audit reports. | 0.50 | 175.00 |
| 02-21-2011 | Zerithea Raiche | Arrange team strategy meeting for February 23. | 0.60 | 99.00 |
| 02-21-2011 | Monica Santa Maria | Review possible fee review topics for March 1 fee committee agenda. | 0.40 | 96.00 |
| 02-21-2011 | Eric Wilson | Conference regarding scheduling of application review. | 0.20 | 90.00 |
| 02-22-2011 | Patricia Wheeler | Telephone conference regarding preparation for Lehman review. | 0.20 | 57.00 |
| 02-22-2011 | Patricia Wheeler | Email documents in preparation for weekly meeting. | 0.40 | 114.00 |
| 02-22-2011 | Monica Santa Maria | Review and edit agenda for weekly meeting to include summary of legal authority pertinent to compensation. | 0.80 | 192.00 |
| 02-22-2011 | Brady C. Williamson | Preparation for February 23 weekly meeting. | 0.50 | 262.50 |
| 02-23-2011 | Carla Andres | Attend weekly meeting. | 3.60 | 1,260.00 |
| 02-23-2011 | Zerithea Raiche | Attend weekly meeting. | 3.60 | 594.00 |

Matter Number: 009878-0014                                                      October 17, 2011
Invoice No.:  543322                                                                      Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-23-2011 | Zerithea Raiche | Prepare chart of sixth fee period applications with range of fee requests and status of BrownGreer analysis. | 1.60 | 264.00 |
| 02-23-2011 | Zerithea Raiche | Prepare chart for weekly meeting with list of fee ranges for sixth fee period applications. | 0.30 | 49.50 |
| 02-23-2011 | N. Talbott Settle | Prepare for meeting. | 1.40 | 231.00 |
| 02-23-2011 | N. Talbott Settle | Attend weekly meeting. | 3.60 | 594.00 |
| 02-23-2011 | Mary Roufus | Attend weekly meeting. | 3.60 | 594.00 |
| 02-23-2011 | Patricia Wheeler | Attend weekly meeting. | 3.60 | 1,026.00 |
| 02-23-2011 | Brian C Spahn | Discuss case background, sixth interim fee application, and division of workload. | 1.90 | 484.50 |
| 02-23-2011 | Brian C Spahn | Attend weekly meeting. | 3.60 | 918.00 |
| 02-23-2011 | Monica Santa Maria | Attend weekly meeting to discuss protocol and fee review standards. | 3.60 | 864.00 |
| 02-23-2011 | Monica Santa Maria | Review agenda and status of fee application review in preparation for weekly meeting. | 0.20 | 48.00 |
| 02-23-2011 | Peggy Barlett | Attend weekly meeting to discuss standards for and issues with review of billing details. | 3.60 | 810.00 |
| 02-23-2011 | Eric Wilson | Attend weekly meeting to discuss general approach for review of sixth interim fee applications and issues for discussion at meeting of fee committee on March 8. | 3.60 | 1,620.00 |
| 02-23-2011 | Eric Wilson | Conference regarding background on matter and general approach for review of fees and expenses. | 1.30 | 585.00 |
| 02-23-2011 | Brady C. Williamson | Conference on results of internal planning session and case strategy. | 0.30 | 157.50 |

Matter Number: 009878-0014

Invoice No.: 543322

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-23-2011 | Katherine Stadler | Attend weekly meeting to discuss agenda for upcoming fee committee meeting, status of fifth and sixth interim fee applications, and recommendations to fee committee on policy issues. | 3.60 | 1,548.00 |
| 02-24-2011 | Zerithea Raiche | Arrange for weekly meetings and notify team members. | 0.70 | 115.50 |
| 02-25-2011 | Brian C Spahn | Review range of sixth interim fee period requests. | 0.40 | 102.00 |
| 02-25-2011 | Brian C Spahn | Conference to discuss fee application review to date, issues with certain applications and work going forward. | 0.60 | 153.00 |
| 02-25-2011 | Brian C Spahn | Conference and email regarding sixth interim fee applications. | 0.40 | 102.00 |
| 02-25-2011 | Eric Wilson | Multiple conferences regarding review of fee applications. | 0.60 | 270.00 |
| 02-28-2011 | N. Talbott Settle | Attend weekly meeting. | 0.90 | 148.50 |
| 02-28-2011 | Mary Roufus | Attend weekly meeting. | 0.90 | 148.50 |
| 02-28-2011 | Zerithea Raiche | Attend weekly meeting. | 0.90 | 148.50 |
| 02-28-2011 | Patricia Wheeler | Attend weekly meeting. | 0.90 | 256.50 |
| 02-28-2011 | Monica Santa Maria | Attend weekly meeting. | 0.90 | 216.00 |
| 02-28-2011 | Peggy Barlett | Attend weekly meeting regarding additional issues with fee review and BrownGreer analysis. | 0.90 | 202.50 |
| 02-28-2011 | Brian C Spahn | Prepare for Lehman weekly meeting including summarizing issues confronted in review of sixth interim fee applications. | 0.60 | 153.00 |
| 02-28-2011 | Brian C Spahn | Discuss creating exhibits of fee issues related to sixth interim fee application. | 0.70 | 178.50 |
| 02-28-2011 | Brian C Spahn | Attend weekly meeting to discuss fee committee updates and sixth interim fee applications. | 0.90 | 229.50 |

Matter Number: 009878-0014

Invoice No.:  543322

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 02-28-2011 | Katherine Stadler | Attend weekly meeting to discuss status of sixth interim applications. | 0.90 | 387.00 |
| 02-28-2011 | Eric Wilson | Attend weekly meeting. | 0.90 | 405.00 |
| 02-28-2011 | Eric Wilson | Conference regarding general approach for review of fee detail. | 0.50 | 225.00 |
| 02-28-2011 | Eric Wilson | Conference regarding approach for organizing exhibits for production to professionals. | 0.40 | 180.00 |
| 03-01-2011 | Brian C Spahn | Review correspondence sent to retained professionals regarding fee application procedure and protocols. | 0.20 | 51.00 |
| 03-03-2011 | Monica Santa Maria | Review fee review completed to date and technical requirements for exhibit preparation. | 2.70 | 648.00 |
| 03-07-2011 | Carla Andres | Attend weekly meeting. | 0.80 | 280.00 |
| 03-07-2011 | N. Talbott Settle | Attend weekly meeting. | 0.80 | 132.00 |
| 03-07-2011 | Mary Roufus | Attend weekly meeting. | 0.80 | 132.00 |
| 03-07-2011 | Zerithea Raiche | Attend weekly meeting. | 0.80 | 132.00 |
| 03-07-2011 | Patricia Wheeler | Attend weekly meeting. | 0.80 | 228.00 |
| 03-07-2011 | Brian C Spahn | Attend weekly meeting. | 0.80 | 204.00 |
| 03-07-2011 | Peggy Barlett | Attend weekly meeting to discuss additional fee review issues and upcoming meeting with fee committee. | 0.80 | 180.00 |
| 03-07-2011 | Monica Santa Maria | Attend weekly meeting. | 0.80 | 192.00 |
| 03-07-2011 | Eric Wilson | Attend weekly meeting. | 0.80 | 360.00 |
| 03-10-2011 | Eric Wilson | Conference regarding manner and method of presentation of fee analysis to retained professionals. | 0.20 | 90.00 |
| 03-11-2011 | Brian C Spahn | Discuss creating exhibits to send to retained professionals identifying problem entries. | 0.20 | 51.00 |

Matter Number: 009878-0014
Invoice No.:  543322

October 17, 2011
Page 7

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-11-2011 | Patricia Wheeler | Status conference regarding notes preparation and identifying entries in support of objections. | 0.20 | 57.00 |
| 03-11-2011 | Monica Santa Maria | Review and revise draft memorandum to retained professionals regarding new fee committee standards. | 0.50 | 120.00 |
| 03-11-2011 | Monica Santa Maria | Status conference regarding notes preparation and identifying entries in support of objections. | 0.20 | 48.00 |
| 03-11-2011 | Eric Wilson | Telephone conference regarding strategy for preparation of exhibits for presentation to professionals. | 0.20 | 90.00 |
| 03-14-2011 | Mary Roufus | Attend weekly meeting. | 0.80 | 132.00 |
| 03-14-2011 | Zerithea Raiche | Attend weekly meeting. | 0.80 | 132.00 |
| 03-14-2011 | N. Talbott Settle | Attend weekly meeting. | 0.80 | 132.00 |
| 03-14-2011 | N. Talbott Settle | Prepare for weekly meeting. | 0.80 | 132.00 |
| 03-14-2011 | Patricia Wheeler | Attend weekly meeting. | 0.80 | 228.00 |
| 03-14-2011 | Brian C Spahn | Review correspondence regarding strategy for assembling exhibits of problem entries to provide to retained professionals. | 0.30 | 76.50 |
| 03-14-2011 | Brian C Spahn | Discuss assembly of exhibits to provide to retained professionals after sixth interim fee application review. | 0.20 | 51.00 |
| 03-14-2011 | Brian C Spahn | Attend weekly meeting. | 0.80 | 204.00 |
| 03-14-2011 | Brian C Spahn | Email and telephone exchange regarding Wednesday meeting to discuss exhibit formatting. | 0.10 | 25.50 |
| 03-14-2011 | Monica Santa Maria | Attend weekly meeting. | 0.80 | 192.00 |
| 03-14-2011 | Peggy Barlett | Attend weekly meeting. | 0.80 | 180.00 |
| 03-14-2011 | Eric Wilson | Attend weekly meeting. | 0.80 | 360.00 |

Matter Number: 009878-0014

October 17, 2011

Invoice No.:  543322

Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-14-2011 | Eric Wilson | Conference regarding preparation of exhibits for retained professionals. | 0.20 | 90.00 |
| 03-14-2011 | Brady C. Williamson | Internal conferences with counsel on status, strategy and schedule. | 0.60 | 315.00 |
| 03-14-2011 | Katherine Stadler | Attend weekly meeting. | 0.80 | 344.00 |
| 03-16-2011 | Peggy Barlett | Prepare for and attend meeting to discuss exhibit preparation for all professionals. | 1.30 | 292.50 |
| 03-17-2011 | Carla Andres | Discussion on schedule and report form and consistency in creation of exhibits. | 0.30 | 105.00 |
| 03-17-2011 | Peggy Barlett | Attend meeting regarding preparation of exhibits and reports for all professionals. | 0.30 | 67.50 |
| 03-18-2011 | Monica Santa Maria | Conference regarding status of fee review and application of fee rules. | 0.30 | 72.00 |
| 03-21-2011 | Carla Andres | Attend weekly meeting with discussion of protocols for exhibit preparation. | 1.80 | 630.00 |
| 03-21-2011 | Zerithea Raiche | Attend weekly meeting with discussion of protocols for exhibit preparation. | 1.80 | 297.00 |
| 03-21-2011 | N. Talbott Settle | Prepare materials for meeting and circulate to the team and attend weekly meeting. | 2.80 | 462.00 |
| 03-21-2011 | Mary Roufus | Attend weekly meeting with discussion of protocols for exhibit preparation. | 1.80 | 297.00 |
| 03-21-2011 | Patricia Wheeler | Attend team meeting. | 1.80 | 513.00 |
| 03-21-2011 | Brian C Spahn | Attend weekly meeting. | 1.80 | 459.00 |
| 03-21-2011 | Monica Santa Maria | Attend weekly meeting with discussion of protocols for exhibit preparation. | 1.80 | 432.00 |

Matter Number: 009878-0014                                          October 17, 2011
Invoice No.:  543322                                                        Page 9

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 03-21-2011 | Eric Wilson | Attend weekly meeting with discussion of protocols for exhibit preparation. | 1.80 | 810.00 |
| 03-21-2011 | Katherine Stadler | Attend weekly meeting with discussion of protocols for exhibit preparation. | 1.80 | 774.00 |
| 03-23-2011 | Brian C Spahn | Conference regarding reports and exhibits. | 0.30 | 76.50 |
| 03-23-2011 | Monica Santa Maria | Conference regarding case status and consistency in application of fee rules. | 0.30 | 72.00 |
| 03-24-2011 | Brian C Spahn | Review email regarding comments on reports and conference regarding additional work needed on reports and exhibits. | 0.40 | 102.00 |
| 03-24-2011 | Brian C Spahn | Conference regarding status of reports and exhibits, review email correspondence regarding same. | 0.50 | 127.50 |
| 03-24-2011 | Brady C. Williamson | Internal conference on report format and contents. | 0.70 | 367.50 |
| 03-28-2011 | Carla Andres | Attend weekly meeting. | 0.50 | 175.00 |
| 03-28-2011 | Mary Roufus | Attend weekly meeting. | 0.50 | 82.50 |
| 03-28-2011 | N. Talbott Settle | Attend weekly meeting. | 0.50 | 82.50 |
| 03-28-2011 | N. Talbott Settle | Post-meeting conference regarding monthly operating reports. | 0.10 | 16.50 |
| 03-28-2011 | Monica Santa Maria | Attend weekly meeting. | 0.50 | 120.00 |
| 03-28-2011 | Monica Santa Maria | Attend internal meeting regarding monthly operating reports. | 0.10 | 24.00 |
| 03-28-2011 | Patricia Wheeler | Attend team meeting. | 0.50 | 142.50 |
| 03-28-2011 | Patricia Wheeler | Conference following team meeting. | 0.10 | 28.50 |
| 03-28-2011 | Peggy Barlett | Attend weekly meeting. | 0.50 | 112.50 |
| 03-28-2011 | Brian C Spahn | Attend weekly meeting. | 0.50 | 127.50 |

Matter Number: 009878-0014

Invoice No.:  543322

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-28-2011 | Brian C Spahn | Review email regarding exhibits to sixth interim fee application reports. | 0.30 | 76.50 |
| 03-28-2011 | Eric Wilson | Join weekly meeting in progress. | 0.30 | 135.00 |
| 03-28-2011 | Eric Wilson | Telephone conference regarding progress of fee committee reports and accompanying exhibits. | 0.40 | 180.00 |
| 03-28-2011 | Katherine Stadler | Attend weekly meeting. | 0.50 | 215.00 |
| 03-28-2011 | Katherine Stadler | Follow-up conference on task assignments in light of meeting. | 0.10 | 43.00 |
| 03-29-2011 | Brian C Spahn | Conferences to discuss final steps needed to finalize Weil Gotshal, Reilly Pozner and The O'Neil Group reports. | 0.40 | 102.00 |
| 04-04-2011 | Carla Andres | Review and discuss follow-up letters regarding report protocols. | 0.70 | 245.00 |
| 04-04-2011 | Carla Andres | Attend weekly meeting. | 1.70 | 595.00 |
| 04-04-2011 | Zerithea Raiche | Attend weekly meeting. | 1.70 | 280.50 |
| 04-04-2011 | N. Talbott Settle | Attend weekly meeting. | 1.70 | 280.50 |
| 04-04-2011 | Brian C Spahn | Attend weekly meeting. | 1.70 | 433.50 |
| 04-04-2011 | Brian C Spahn | Follow-up email and conference regarding issues needing to be addressed for sixth interim period reports. | 0.50 | 127.50 |
| 04-04-2011 | Brian C Spahn | Email and conversations regarding consistent language in reports. | 0.20 | 51.00 |
| 04-04-2011 | Brian C Spahn | Review internal correspondence regarding fee committee meeting and process for reports and schedule for reports. | 1.30 | 331.50 |
| 04-04-2011 | Monica Santa Maria | Attend weekly meeting. | 1.70 | 408.00 |
| 04-04-2011 | Peggy Barlett | Attend weekly meeting. | 1.70 | 382.50 |
| 04-04-2011 | Eric Wilson | Attend weekly meeting (partial attendance). | 1.30 | 585.00 |

Matter Number: 009878-0014

Invoice No.:  543322

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04-04-2011 | Katherine Stadler | Attend weekly meeting. | 1.70 | 731.00 |
| 04-06-2011 | Carla Andres | Team meeting regarding reports in light of fee committee's comments and concerns. | 0.40 | 140.00 |
| 04-06-2011 | Mary Roufus | Team meeting regarding reports in light of fee committee's comments and concerns. | 0.40 | 66.00 |
| 04-06-2011 | Zerithea Raiche | Team meeting regarding reports in light of fee committee's comments and concerns. | 0.40 | 66.00 |
| 04-06-2011 | N. Talbott Settle | Team meeting regarding reports in light of fee committee's comments and concerns. | 0.40 | 66.00 |
| 04-06-2011 | Brian C Spahn | Team meeting regarding reports in light of fee committee's comments and concerns. | 0.40 | 102.00 |
| 04-06-2011 | Monica Santa Maria | Team meeting regarding reports in light of fee committee's comments and concerns. | 0.40 | 96.00 |
| 04-06-2011 | Peggy Barlett | Team meeting regarding reports in light of fee committee's comments and concerns. | 0.40 | 90.00 |
| 04-06-2011 | Eric Wilson | Team meeting regarding reports in light of fee committee's comments and concerns. | 0.40 | 180.00 |
| 04-06-2011 | Brady C. Williamson | Team meeting regarding reports in light of fee committee's comments and concerns. | 0.40 | 210.00 |
| 04-11-2011 | Mary Roufus | Attend weekly meeting. | 0.60 | 99.00 |
| 04-11-2011 | Zerithea Raiche | Attend weekly meeting. | 0.60 | 99.00 |
| 04-11-2011 | N. Talbott Settle | Attend weekly meeting. | 0.60 | 99.00 |
| 04-11-2011 | Patricia Wheeler | Attend weekly meeting. | 0.60 | 171.00 |
| 04-11-2011 | Brian C Spahn | Attend weekly meeting. | 0.60 | 153.00 |
| 04-11-2011 | Monica Santa Maria | Attend weekly meeting. | 0.60 | 144.00 |
| 04-11-2011 | Peggy Barlett | Attend weekly meeting. | 0.60 | 135.00 |

Matter Number: 009878-0014

Invoice No.:  543322

October 17, 2011

Page 12

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04-11-2011 | Eric Wilson | Attend weekly meeting. | 0.60 | 270.00 |
| 04-11-2011 | Katherine Stadler | Attend weekly meeting. | 0.60 | 258.00 |
| 04-15-2011 | Brian C Spahn | Discuss status of sixth interim fee period reports. | 0.50 | 127.50 |
| 04-18-2011 | Zerithea Raiche | Update on status of reports to retained professionals. | 0.10 | 16.50 |
| 04-18-2011 | Brian C Spahn | Attendance at part of weekly meeting. | 0.30 | 76.50 |
| 04-18-2011 | Peggy Barlett | Join weekly meeting. | 0.20 | 45.00 |
| 04-18-2011 | Eric Wilson | Join weekly meeting regarding status of fee committee reports. | 0.10 | 45.00 |
| 04-25-2011 | Carla Andres | Attend weekly meeting. | 0.60 | 210.00 |
| 04-25-2011 | N. Talbott Settle | Attend portion of weekly meeting. | 0.30 | 49.50 |
| 04-25-2011 | N. Talbott Settle | Conference on team meeting update. | 0.10 | 16.50 |
| 04-25-2011 | Mary Roufus | Attend weekly meeting. | 0.60 | 99.00 |
| 04-25-2011 | Zerithea Raiche | Attend weekly meeting on responses by retained professionals to reports and agenda items for April 28 fee committee meeting. | 0.60 | 99.00 |
| 04-25-2011 | Brian C Spahn | Attend weekly meeting. | 0.60 | 153.00 |
| 04-25-2011 | Monica Santa Maria | Attend weekly meeting. | 0.60 | 144.00 |
| 04-25-2011 | Monica Santa Maria | Status conference regarding draft fee committee guidelines. | 0.10 | 24.00 |
| 04-25-2011 | Peggy Barlett | Attend weekly meeting. | 0.60 | 135.00 |
| 04-25-2011 | Eric Wilson | Attend part of weekly meeting. | 0.50 | 225.00 |
| 04-25-2011 | Katherine Stadler | Attend weekly meeting. | 0.60 | 258.00 |

|  |  | Total Fees | $ | 49,776.50 |
|  |  | Total Disbursements | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **49,776.50** |

Matter Number: 009878-0014                                                                          October 17, 2011
Invoice No.:  543322                                                                                          Page 13

# Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| CARLA ANDRES | Special Counsel | 15.40 | 350.00 | 5,390.00 |
| **Special Counsel Total** | | **15.40** | | **5,390.00** |
| ZERITHEA RAICHE | Paralegal | 29.40 | 165.00 | 4,851.00 |
| N. TALBOTT SETTLE | Paralegal | 25.00 | 165.00 | 4,125.00 |
| MARY ROUFUS | Paralegal | 10.00 | 165.00 | 1,650.00 |
| **Paralegal Total** | | **64.40** | | **10,626.00** |
| PATRICIA WHEELER | Associate | 13.40 | 285.00 | 3,819.00 |
| MONICA SANTA MARIA | Associate | 25.70 | 240.00 | 6,168.00 |
| PEGGY BARLETT | Associate | 11.70 | 225.00 | 2,632.50 |
| BRIAN C SPAHN | Associate | 22.00 | 255.00 | 5,610.00 |
| **Associate Total** | | **72.80** | | **18,229.50** |
| BRADY C. WILLIAMSON | Shareholder | 3.60 | 525.00 | 1,890.00 |
| KATHERINE STADLER | Shareholder | 13.20 | 430.00 | 5,676.00 |
| ERIC WILSON | Shareholder | 17.70 | 450.00 | 7,965.00 |
| **Shareholder Total** | | **34.50** | | **15,531.00** |
| **TIMEKEEPER TOTALS** | | **187.10** | | **$49,776.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*