# **EXHIBIT C-0015**
## **Detailed Time Records**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.      543324
Re:   Preparation of Fee Protocols/Orders      Matter No.      009878-0015
      Other Pleadings

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 37,059.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **37,059.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

October 17, 2011

Invoice No.     543324
Matter No.      009878-0015

Re:   Preparation of Fee Protocols/Orders
      Other Pleadings

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through April 30, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-24-2011 | Zerithea Raiche | Locate and forward standards memorandum for use in preparation of amended fee protocol. | 0.10 | 16.50 |
| 01-24-2011 | Brady C. Williamson | Draft timeline proposal. | 0.30 | 157.50 |
| 01-24-2011 | Brady C. Williamson | Review latest changes to amended fee protocol. | 0.30 | 157.50 |
| 01-24-2011 | Katherine Stadler | Forward revised draft fee protocol to Linda Riffkin and others at U.S. Trustee's office with comments. | 0.30 | 129.00 |
| 01-25-2011 | Zerithea Raiche | Review and revise amended fee protocol. | 2.20 | 363.00 |
| 01-25-2011 | Brady C. Williamson | Review latest email comments from U.S. Trustee. | 0.20 | 105.00 |
| 01-25-2011 | Katherine Stadler | Review and consider comments of U.S. Trustee group to latest version of fee protocol. | 0.80 | 344.00 |
| 01-25-2011 | Katherine Stadler | Review and revise fee protocol to reflect U.S. Trustee concerns and work on generating redline against original protocol. | 2.80 | 1,204.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-26-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on status of meetings, discussions with professionals and responses to amended fee protocol. | 0.50 | 262.50 |
| 01-26-2011 | Katherine Stadler | Review Mr. Miller's e-mailed comments for Weil Gotshal on amended fee protocol. | 0.60 | 258.00 |
| 01-27-2011 | Zerithea Raiche | Verify record citations in amended fee protocol. | 0.40 | 66.00 |
| 01-30-2011 | Katherine Stadler | E-mail exchange with Mr. Gitlin and U.S. Trustee staff on amended fee protocol. | 0.20 | 86.00 |
| 01-31-2011 | N. Talbott Settle | Review correspondence on amended fee protocol. | 0.20 | 33.00 |
| 02-01-2011 | Brady C. Williamson | Review U.S. Trustee's proposed changes to amended fee protocol and related emails. | 0.70 | 367.50 |
| 02-01-2011 | Katherine Stadler | Continue revising fee protocol in light of U.S. Trustee's requested changes. | 1.20 | 516.00 |
| 02-02-2011 | Zerithea Raiche | Review changes to fourth monthly compensation order and update record citations. | 1.40 | 231.00 |
| 02-02-2011 | Zerithea Raiche | Review changes to the amended fee protocol and verify record references. | 1.60 | 264.00 |
| 02-02-2011 | Brady C. Williamson | Review latest redline draft of fee protocol and make revisions. | 0.50 | 262.50 |
| 02-02-2011 | Katherine Stadler | Review and revise fee protocol and forward changes and redlines to Mr. Gitlin with explanation of sources for revisions. | 1.60 | 688.00 |
| 02-03-2011 | Zerithea Raiche | Categorize and import documents on preparation of monthly compensation order and amended fee protocols. | 1.90 | 313.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-03-2011 | Monica Santa Maria | Review and comment on draft fee committee protocol. | 0.80 | 192.00 |
| 02-03-2011 | Brady C. Williamson | Review latest comments from U.S. Trustee's office on protocol and compare with latest draft. | 0.40 | 210.00 |
| 02-04-2011 | Zerithea Raiche | Review case management order and prepare email on filing of amended fee protocols and fourth amended interim compensation order. | 0.70 | 115.50 |
| 02-04-2011 | Zerithea Raiche | Categorize and import documents on preparation of amended fee protocols. | 0.60 | 99.00 |
| 02-04-2011 | Zerithea Raiche | Categorize and import documents on preparation of fourth amended interim compensation order. | 0.40 | 66.00 |
| 02-04-2011 | Brady C. Williamson | Continue work on draft pleadings, including amended protocol. | 0.60 | 315.00 |
| 02-04-2011 | Brady C. Williamson | Review and revise fourth amended order draft from U.S. Trustee's office. | 0.50 | 262.50 |
| 02-04-2011 | Brady C. Williamson | Related emails from U.S. Trustee's office. | 0.20 | 105.00 |
| 02-04-2011 | Katherine Stadler | Review and revise amended fee protocol in light of U.S. Trustee's comments. | 0.30 | 129.00 |
| 02-04-2011 | Katherine Stadler | Draft proposed order amending fee protocol. | 0.70 | 301.00 |
| 02-06-2011 | Brady C. Williamson | Initial draft of fee committee memorandum. | 0.60 | 315.00 |
| 02-07-2011 | Brady C. Williamson | Draft summary memorandum for fee committee. | 0.80 | 420.00 |
| 02-08-2011 | Zerithea Raiche | Review and revise order amending fee protocol. | 0.80 | 132.00 |
| 02-08-2011 | Zerithea Raiche | Review and revise amended fee protocol - verify record references in revised sections. | 0.70 | 115.50 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 02-08-2011 | Zerithea Raiche | Prepare notice of presentment of order amending the fee protocol. | 0.40 | 66.00 |
| 02-08-2011 | Zerithea Raiche | Prepare and forward to Mr. Gitlin current drafts of order to amend the fee protocol and the amended fee protocol. | 0.30 | 49.50 |
| 02-08-2011 | Brady C. Williamson | Conference on latest drafts and proposed U.S. Trustee revisions. | 0.60 | 315.00 |
| 02-08-2011 | Katherine Stadler | Work on notice, order, and filing logistics for conference call with Mr. Gitlin on open issues on fee protocol revisions and approach to informing other fee committee members on open issues. | 0.40 | 172.00 |
| 02-08-2011 | Katherine Stadler | Review and revise memorandum to committee members on status of protocol, minutes, and related issues. | 1.30 | 559.00 |
| 02-08-2011 | Katherine Stadler | E-mail exchange with Noel Purcell on current status of fee protocol and scheduling of meeting. | 0.20 | 86.00 |
| 02-09-2011 | Brady C. Williamson | Draft memorandum to retained professionals. | 1.40 | 735.00 |
| 02-10-2011 | Brady C. Williamson | Compare amended fee protocol drafts in preparation for discussions with Debtors' counsel. | 0.50 | 262.50 |
| 02-10-2011 | Brady C. Williamson | Revise draft memorandum. | 0.40 | 210.00 |
| 02-11-2011 | Brady C. Williamson | Continue work on Mr. Gitlin's memorandum to professionals. | 0.60 | 315.00 |
| 02-14-2011 | Carla Andres | Review fee protocol and package for fee committee meeting. | 0.60 | 210.00 |
| 02-14-2011 | Zerithea Raiche | Review and forward current draft of amended fee protocol. | 0.20 | 33.00 |
| 02-14-2011 | Zerithea Raiche | Check record citations in changes to amended fee protocol. | 0.20 | 33.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-14-2011 | Katherine Stadler | Review and revise fee protocol and fourth amended interim compensation order. | 0.60 | 258.00 |
| 02-15-2011 | Carla Andres | Review amended protocol and memorandum to professionals. | 0.40 | 140.00 |
| 02-15-2011 | Zerithea Raiche | Revise memorandum to retained professionals and prepare redline for distribution to fee committee. | 0.30 | 49.50 |
| 02-15-2011 | Zerithea Raiche | Revise amended fee protocol to include changes by the U.S. Trustee and prepare redline for distribution to fee committee. | 0.40 | 66.00 |
| 02-15-2011 | Zerithea Raiche | Revise fourth amended interim compensation order and prepare redline for distribution to fee committee. | 0.70 | 115.50 |
| 02-15-2011 | Eric Wilson | Review amended fee protocol and memorandum to retained professionals from fee committee. | 0.90 | 405.00 |
| 02-15-2011 | Katherine Stadler | Review and revise fourth amended interim compensation order. | 1.30 | 559.00 |
| 02-16-2011 | Carla Andres | Review amendments to fee protocol, fourth interim compensation order, and memorandum to professionals. | 0.30 | 105.00 |
| 02-16-2011 | Katherine Stadler | Review and revise fourth amended interim compensation order and fee protocol based on committee feedback. | 1.50 | 645.00 |
| 02-17-2011 | Katherine Stadler | Review and revise amended fee protocol. | 1.30 | 559.00 |
| 02-17-2011 | Katherine Stadler | Review and revise fourth amended interim compensation order. | 0.50 | 215.00 |
| 02-17-2011 | Katherine Stadler | Draft annotations of Mr. Miller's comments for Weil Gotshal and revisions to documents reflecting same. | 2.80 | 1,204.00 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 02-17-2011 | Brady C. Williamson | Conference call with Mr. Gitlin on response to fee protocol proposals. | 0.70 | 367.50 |
| 02-18-2011 | Brady C. Williamson | Continue work on revisions in light of last night's conference call with Mr. Gitlin. | 1.30 | 682.50 |
| 02-18-2011 | Brady C. Williamson | Review previous documents for comparative purposes. | 0.90 | 472.50 |
| 02-18-2011 | Brady C. Williamson | Review related email exchanges. | 0.30 | 157.50 |
| 02-18-2011 | Katherine Stadler | Additional revisions to amended fee protocol in light of Weil Gotshal comments. | 1.40 | 602.00 |
| 02-18-2011 | Katherine Stadler | Email to Mr. Gitlin with proposed revised fee protocol draft. | 0.20 | 86.00 |
| 02-18-2011 | Katherine Stadler | Email approved revised fee protocol draft to full fee committee. | 0.10 | 43.00 |
| 02-18-2011 | Katherine Stadler | Teleconference with Ms. Gasparini of U.S. Trustee's office on additional revisions to fee protocol. | 0.20 | 86.00 |
| 02-20-2011 | Zerithea Raiche | Categorize and import documents on preparation of monthly compensation order and amended fee protocol. | 0.70 | 115.50 |
| 02-21-2011 | Peggy Barlett | Review fee protocol documents. | 0.20 | 45.00 |
| 02-22-2011 | Katherine Stadler | Review and forward creditor's committee's approval of updated draft fee protocol. | 0.20 | 86.00 |
| 02-23-2011 | Brady C. Williamson | Review status report on review of sixth set of applications. | 0.20 | 105.00 |
| 02-24-2011 | Brady C. Williamson | Review emails on developments on amended fee protocol. | 0.20 | 105.00 |
| 02-24-2011 | Katherine Stadler | E-mail exchange with Ms. Gasparini of U.S. Trustee's office on U.S. Trustee comments to amended fee protocol. | 0.20 | 86.00 |

08-13555-mg    Doc 22392-14    Filed 11/18/11    Entered 11/18/11 23:15:34    Exhibit
C-0015    Pg 9 of 15

Matter Number: 009878-0015  
Invoice No.: 543324  
October 17, 2011  
Page 7

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-26-2011 | Brady C. Williamson | Review and discuss U.S. Trustee's comments on amended fee protocol. | 0.70 | 367.50 |
| 02-27-2011 | Katherine Stadler | Review, in detail, U.S. Trustee comments to latest draft of amended fee protocol. | 0.80 | 344.00 |
| 02-28-2011 | Zerithea Raiche | Review and revise memorandum from Mr. Gitlin to retained professionals on fee review process and developments. | 0.20 | 33.00 |
| 02-28-2011 | Brady C. Williamson | Review and revise annotations in U.S. Trustee's comments. | 0.80 | 420.00 |
| 02-28-2011 | Katherine Stadler | Review and revise fee protocol in light of U.S. Trustee's comments, preparing annotated list of changes to share with the committee. | 1.60 | 688.00 |
| 03-01-2011 | Patricia Wheeler | Review and revise fee committee protocol. | 1.50 | 427.50 |
| 03-01-2011 | Katherine Stadler | Review and revise amended fee protocol in light of U.S. Trustee comments and circulate revisions to fee committee. | 2.30 | 989.00 |
| 03-07-2011 | Patricia Wheeler | Review guidelines and protocols for fee committee work. | 1.20 | 342.00 |
| 03-08-2011 | Zerithea Raiche | Revise amended fee protocol and prepare redline comparison with May 2009 fee protocol for use at fee committee meeting. | 0.60 | 99.00 |
| 03-08-2011 | Zerithea Raiche | Prepare redline comparing third amended order on procedures for interim monthly compensation with current version for use at fee committee meeting. | 0.40 | 66.00 |
| 03-08-2011 | Katherine Stadler | Review and revise amended fee protocol and fourth amended interim monthly compensation order in light of fee committee's decisions. | 1.90 | 817.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-08-2011 | Brady C. Williamson | Review and revise follow up email to Weil Gotshal and Milbank Tweed and changes to amended fee protocol. | 0.40 | 210.00 |
| 03-09-2011 | Zerithea Raiche | Review case management order on scheduling hearing for presentment of amended fee protocol. | 0.20 | 33.00 |
| 03-09-2011 | Zerithea Raiche | Prepare email to team members on relevant sections of the case management order on scheduling a hearing for presentment of the amended fee protocol. | 0.30 | 49.50 |
| 03-10-2011 | Katherine Stadler | Revise amended fee protocol to reflect changes from March 9 meetings at Weil Gotshal and Milbank Tweed. | 1.60 | 688.00 |
| 03-10-2011 | Katherine Stadler | Revise fourth amended interim monthly compensation order to reflect changes agreed to during March 9 meetings at Weil Gotshal and Milbank Tweed. | 1.30 | 559.00 |
| 03-10-2011 | Eric Wilson | Review motion to clarify order appointing fee committee and approving fee protocol. | 0.40 | 180.00 |
| 03-10-2011 | Brady C. Williamson | Review latest draft of amended fee protocol and related emails. | 0.80 | 420.00 |
| 03-10-2011 | Brady C. Williamson | Prepare status report for fee committee. | 0.80 | 420.00 |
| 03-11-2011 | Carla Andres | Review and comment on fee committee memorandum. | 0.30 | 105.00 |
| 03-11-2011 | Zerithea Raiche | Prepare redline exhibit comparing May 2009 fee protocol with filed amended fee protocol. | 0.30 | 49.50 |
| 03-11-2011 | Zerithea Raiche | Prepare notice of presentment of fourth amended order establishing procedures for interim monthly compensation. | 0.30 | 49.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-11-2011 | Zerithea Raiche | Verify and revise record references in fourth amended order establishing procedures for interim monthly compensation. | 0.60 | 99.00 |
| 03-11-2011 | Zerithea Raiche | File with the court notice of presentment of fourth amended order establishing procedures for interim monthly compensation. | 0.40 | 66.00 |
| 03-11-2011 | Zerithea Raiche | Prepare redline comparison of third and fourth amended orders establishing procedures for interim monthly compensation. | 0.30 | 49.50 |
| 03-11-2011 | Zerithea Raiche | Prepare notice of hearing on motion to amend fee protocol. | 0.40 | 66.00 |
| 03-11-2011 | Zerithea Raiche | Review and revise motion for entry of order authorizing amendment of the fee protocol. | 0.60 | 99.00 |
| 03-11-2011 | Zerithea Raiche | Revise order authorizing amendment of the fee protocol. | 0.30 | 49.50 |
| 03-11-2011 | Zerithea Raiche | File and serve with court motion for entry of order authorizing amendment of the fee protocol. | 0.60 | 99.00 |
| 03-11-2011 | Zerithea Raiche | Prepare emails to Epiq on service of motion for entry of order authorizing amendment of the fee protocol, fourth amended order establishing procedures for interim monthly compensation and application to retain counsel to the fee committee. | 0.60 | 99.00 |
| 03-11-2011 | Katherine Stadler | Conferences on contents of revised documents and filings. | 0.60 | 258.00 |
| 03-11-2011 | Katherine Stadler | Final revisions to fee protocol. | 1.20 | 516.00 |
| 03-11-2011 | Katherine Stadler | Final revisions to fourth amended interim compensation order. | 0.70 | 301.00 |
| 03-11-2011 | Katherine Stadler | Draft motion to amend fee protocol. | 0.80 | 344.00 |

Matter Number: 009878-0015  
Invoice No.: 543324

October 17, 2011  
Page 10

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-11-2011 | Katherine Stadler | Revise notice of presentment of order. | 0.20 | 86.00 |
| 03-11-2011 | Brady C. Williamson | Review final draft of interim compensation order. | 0.30 | 157.50 |
| 03-11-2011 | Brady C. Williamson | Review final draft of amended fee protocol. | 0.40 | 210.00 |
| 03-11-2011 | Brady C. Williamson | Draft memorandum to retained professionals and coordinate revisions and additions and related email. | 1.60 | 840.00 |
| 03-14-2011 | Katherine Stadler | E-mail to fee committee on revisions to fourth amended interim compensation order. | 0.40 | 172.00 |
| 03-15-2011 | Carla Andres | Review amended fee protocol, amended compensation order and fee committee update. | 0.40 | 140.00 |
| 03-15-2011 | Brady C. Williamson | Conference on U.S. Trustee's proposed revisions to retained professional memorandum. | 0.30 | 157.50 |
| 03-15-2011 | Katherine Stadler | E-mail exchange on revisions to fourth amended interim compensation order. | 0.30 | 129.00 |
| 03-15-2011 | Katherine Stadler | Work on report exhibit format and content. | 1.30 | 559.00 |
| 03-15-2011 | Katherine Stadler | Review and revise draft memorandum to professionals in eight of U.S. Trustee comments and e-mail redline to Mr. Gitlin. | 2.30 | 989.00 |
| 03-18-2011 | Katherine Stadler | Review e-mail dialogue between Mr. Gitlin and Mr. Miller on fee protocol issues and e-mail exchange with Mr. Purcell. | 0.40 | 172.00 |
| 03-28-2011 | Katherine Stadler | Review and revise amended fee protocol in light of conversations with Garrett Fail on behalf of Weil Gotshal. | 0.70 | 301.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-28-2011 | Katherine Stadler | Review and revise fourth interim monthly compensation order in light of conversations with Mr. Fail on behalf of Weil Gotshal. | 0.70 | 301.00 |
| 03-29-2011 | Katherine Stadler | Further revisions to amended fee protocol in anticipation of chambers conference with Judge Peck. | 0.30 | 129.00 |
| 04-01-2011 | Brady C. Williamson | Review latest revisions to amended fee protocol and related pleadings. | 0.30 | 157.50 |
| 04-01-2011 | Katherine Stadler | Review and revise amended fee protocol in light of fee committee input at March 31 meeting. | 2.40 | 1,032.00 |
| 04-01-2011 | Katherine Stadler | Revisions to fourth amended interim compensation based on fee committee discussions at March 31 meeting. | 1.20 | 516.00 |
| 04-05-2011 | Brady C. Williamson | Conference on suggested changes by Weil Gotshal to amended fee protocol. | 0.20 | 105.00 |
| 04-05-2011 | Katherine Stadler | Telephone conference with Mr. Fail for Weil Gotshal on remaining issues with fee protocol, review and revise draft. | 0.40 | 172.00 |
| 04-06-2011 | Zerithea Raiche | Prepare notice of revised proposed order - fourth amended interim compensation order. | 0.40 | 66.00 |
| 04-06-2011 | Zerithea Raiche | Review and revise fourth amended interim compensation order along with redline of order. | 1.20 | 198.00 |
| 04-06-2011 | Zerithea Raiche | Prepare notice of revised proposed order amending the fee protocol. | 0.60 | 99.00 |
| 04-06-2011 | Zerithea Raiche | Review and revise revised proposed order amending the fee protocol along with the redline of the order. | 1.30 | 214.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-06-2011 | Katherine Stadler | Final review and revisions to amended fee protocol in light of Mr. Fail's suggested changes. | 1.60 | 688.00 |
| 04-06-2011 | Katherine Stadler | Review and execute notice of revised proposed order for amended fee protocol. | 0.10 | 43.00 |
| 04-06-2011 | Katherine Stadler | Final review and revision of fourth amended interim compensation order for filing in light of Mr. Fail's suggestions. | 1.10 | 473.00 |
| 04-14-2011 | Brian C Spahn | Review order amending fee protocol. | 0.10 | 25.50 |
| 04-14-2011 | Brady C. Williamson | Review amended protocol order as entered and email to Mr. Gitlin on it. | 0.30 | 157.50 |
| 04-29-2011 | Monica Santa Maria | Review sample confidentiality agreements forwarded by Ms. Stadler. | 0.20 | 48.00 |
| 04-29-2011 | Peggy Barlett | Review email and attachments regarding review of confidentiality agreements and possible format for confidentiality agreement with all retained professionals. | 0.60 | 135.00 |
| 04-30-2011 | Carla Andres | Review proposed confidentiality agreements. | 0.50 | 175.00 |
| | | Total Fees | $ | 37,059.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **37,059.00** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 2.50 | 350.00 | 875.00 |
| **Special Counsel Total** | | **2.50** | | **875.00** |
| ZERITHEA RAICHE | Paralegal | 23.60 | 165.00 | 3,894.00 |
| N. TALBOTT SETTLE | Paralegal | 0.20 | 165.00 | 33.00 |
| **Paralegal Total** | | **23.80** | | **3,927.00** |
| PATRICIA WHEELER | Associate | 2.70 | 285.00 | 769.50 |
| MONICA SANTA MARIA | Associate | 1.00 | 240.00 | 240.00 |
| PEGGY BARLETT | Associate | 0.80 | 225.00 | 180.00 |
| BRIAN C SPAHN | Associate | 0.10 | 255.00 | 25.50 |
| **Associate Total** | | **4.60** | | **1,215.00** |
| BRADY C. WILLIAMSON | Shareholder | 19.60 | 525.00 | 10,290.00 |
| KATHERINE STADLER | Shareholder | 46.90 | 430.00 | 20,167.00 |
| ERIC WILSON | Shareholder | 1.30 | 450.00 | 585.00 |
| **Shareholder Total** | | **67.80** | | **31,042.00** |
| **TIMEKEEPER TOTALS** | | **98.70** | | **$37,059.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*