# EXHIBIT D

## Expense Categories

# Exhibit D

**Godfrey & Kahn, S.C. Expense Summary
for the period January 24, 2011 through August 31, 2011**

| Expense/Disbursement Category | Amount |
|---|---|
| Filing Fees & Court Costs | $100.00 |
| Photocopies-external | $19,914.26 |
| Photocopies-internal ($0.10 per page for black and white and color) | $3,234.90 |
| Express Mail & Courier Service | $3,301.61 |
| Lexis/Westlaw | $2,894.44 |
| Other Database Search | $73.20 |
| Service of Process | $4356.06 |
| Telephone (Conferencing service calls) | $444.25 |
| Court Call charges for telephonic participation in hearings | $349.00 |
| Travel-Transportation, Hotels, and Related Expenses (including travel meals maximum $40 per person) | $30,641.11 |
| Travel-Mileage | $256.33 |
| Travel-Parking | $356.00 |
| **TOTAL for the period January 24, 2011 through August 31, 2011** | **$65,921.16** |

6973621_1