# **EXHIBIT F**

**Detailed billing statement – Richard Gitlin**

**RICHARD GITLIN**
**GITLIN & COMPANY LLC**
**31 MOUNTAIN FARMS RD**
**WEST HARTFORD, CT 06117**

August 15, 2011

Statement for Services:  January 24 through April 30, 2011

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---:|
| 01/24/11 | Review of background information for the Lehman case, including activities of the Fee Committee. | 2.4 |
| | Review and comment on the revised protocol. | .9 |
| | Analysis of best approach forward to fulfill responsibilities of the Fee Committee. | 1.8 |
| | Email from Elisabetta Gasparini for U.S. Trustee re contact list of professionals. | .1 |
| | Review email of Katie Stadler on next steps. | .2 |
| | Exchange emails and telephone calls with Mr. Williamson on schedule and strategy. | .7 |
| | Coordination of preliminary calls with John Suckow and Harvey Miller and Dennis Dunne. | .3 |
| 01/25/11 | Preparation and participation in background telephone call with Mr. Suckow. | .9 |
| | Review of articles and releases for Chapter 11. | 1.3 |
| | Analysis of U.S. Trustee comments on the fee protocol. | .3 |
| | Email exchange with Mr. Williamson and Ms. Stadler on updated drafts, new developments and related issues. | .4 |
| | Review and revision of fee protocol to send to Milbank and Weil. | 1.1 |
| | Telephone conference with Harvey Miller on fee protocol. | .4 |
| | Telephone conference with Dennis O'Donnell on fee protocol. | .4 |
| | Further review of history of Fee Committee. | 1.5 |
| | Telephone conference with Dennis Dunne and Mr. O'Donnell on Fee Committee process. | .2 |
| | Telephone conference with Mr. Suckow on background and pending issues. | .5 |
| | Review of comments of U.S. Trustee to revised protocol. | .4 |

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| 01/26/11 | Analysis of new plan filed by debtor. | .7 |
| | Preparation for meetings with Ken Feinberg and BrownGreer, including review of reports filed. | 2.2 |
| | Telephone calls and email exchange with Mr. Williamson on meeting status, discussions with professionals, and responses to amended fee protocol. | .5 |
| | Review and analysis of comments of Harvey Miller on fee protocol. | .9 |
| | Review of retention documents for Godfrey & Kahn | .5 |
| | Review of proposed Gitlin affidavit. | .4 |
| | Review of amended protocol. | .4 |
| | Review of Elisabetta Gasparini email on Jerome Burel status. | .1 |
| 01/27/11 | Review of latest Lehman media stories. | .4 |
| | Review and comment on draft agenda for Fee Committee meeting. | .5 |
| | Further review and revision of fee protocol. | .4 |
| | Planning for meetings in New York with Weil and Milbank. | .8 |
| | Telephone calls and email exchange with Mr. Williamson on meetings with professionals. | .4 |
| | Review and analysis of Fee Committee guidelines and open issues. | 2.1 |
| | Preparation for first Fee Committee meeting including analysis of process of reviewing fee applications. | 1.6 |
| | Review of final Fee Committee meeting agenda. | .3 |
| | Review of email of Elizabetta Gasparini on Linda Bechutsky. | .1 |
| 01/28/11 | Preparation for and attendance at meeting with Harvey Miller. | 1.0 |
| | Preparation and attendance at meeting with Dennis O'Donnell to review fee protocol. | .7 |
| | Review of background material in preparation for the Fee Committee meeting. | 2.5 |
| | Attendance at Fee Committee meeting. | 2.0 |
| | Non-working travel time to and from Hartford/New York. | 4.0 |
| | Review of Blake Daws application on submission. | .3 |
| | Review of Lehman media coverage. | .2 |
| | Coordination to process Jerome Burel fee application. | .1 |

| **DATE** | **DESCRIPTION** | **TIME (HOURS)** |
|---|---|---|
| 01/29/11 | Analysis of role of BrownGreer and preparation for meeting with BrownGreer. | 1.1 |
| | Review of Committee reports and analysis of open issues. | .9 |
| | Review of Reilly Pozner monthly statement. | .5 |
| | Analysis re rate increases for 2010. | .6 |
| | Emails from Mr. Williamson on schedule and substance. | .3 |
| | Review of email from Elizabetta Gasparini—Blake Dawson. | .6 |
| | Planning for visit to Ken Feinberg and BrownGreer. | .9 |
| 01/30/11 | Further analysis of issues left unresolved from previous fee applications | 1.5 |
| | Email exchange with Ms. Stadler on amendments to fee protocol. | .2 |
| | Review of comments of U.S. Trustee on amended protocol. | .3 |
| 01/31/11 | Preparation for Washington meeting with Mr. Feinberg. | 1.2 |
| | Meeting with Mr. Feinberg and Mr. Williamson to debrief Mr. Feinberg. | 1.5 |
| | Meeting with BrownGreer to assess performance and capability at their Richmond office. | 1.7 |
| | Review of material supplied by BrownGreer. | 1.1 |
| | Travel time from Hartford to Washington to meet with Mr. Feinberg. | 2.5 |
| | Non-working travel time from Washington, D.C. to Richmond. | 1.0 |
| | Travel time from Richmond to New York for meetings with John Suckow and Brian Marsal on February 1. | 3.5 |
| | Total Hours—January: | 56.3 |

3

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| 02/01/11 | Preparation for and meeting with John Suckow on budgeting process. | .9 |
| | Meeting with Brian Marsal for his perspective and comments on the Ch. 11 process and Fee Committee process. | .7 |
| | Analysis re former budget process, reasons for its failure and how to make is meaningful in managing fees. | 1.9 |
| | Non-working travel time to Hartford. | 2.5 |
| | Review of material on hourly rate increases. | .4 |
| | Email exchange with Mr. Williamson to follow up on Monday meetings. | .3 |
| | Email exchanges with Harvey Miller on protocol. | .2 |
| | Review of article on fees on bankruptcy. | .2 |
| | Review of red-line of protocol with U.S. Trustee changes. | .3 |
| | Review and analysis of Third Compensation Order and proposed amendments to the Fourth Compensation Order. | .6 |
| 02/02/11 | Review changes to fee protocol. | .5 |
| | Consideration of including new retentions in scope of Fee Committee work. | .3 |
| | Telephone conferences and email exchange with Ms. Stadler and Mr. Williamson on revisions to fee protocol. | .3 |
| 02/03/11 | Review of revised fee protocol submitted to the Fee Committee. | .3 |
| | Review of U.S. Trustee comments on protocol and the Interim Monthly Order. | .2 |
| | Telephone calls and email exchange with Mr. Williamson on schedule, developments, draft minutes, and monthly operating report. | .4 |
| 02/04/11 | Review of revised Protocol and Fourth Amended Order. | .4 |
| | Email exchange with Mr. Williamson on appeal and related issues. | .3 |
| 02/07/11 | Review of Blake Dawson email re payment of fees. | .1 |
| | Review of email update from Mr. Williamson. | .2 |
| | Telephone conference with Mr. Williamson on developments and schedule. | .2 |
| | Review of draft report to the Fee Committee. | .3 |
| | Planning for telephone meeting with the Fee Committee. | .4 |
| | Review of latest media coverage. | .1 |

4

| **DATE** | **DESCRIPTION** | **TIME (HOURS)** |
|---|---|---|
| 02/08/11 | Review of U.S. Trustee comments to retentions order for Godfrey & Kahn. | .1 |
| | Analysis of open issues on the fee protocol. | .3 |
| | Review of Amended Fee Protocol; memorandum on status of Fee Committee and Minutes of Jan. 28, 2011 Fee Committee meeting. | .5 |
| | Review of email from Ms. Stadler on retention. | .1 |
| | Telephone calls and email exchange with Mr. Williamson on developments, document drafts, revisions, and schedules. | .3 |
| | Review of article on lawyers fees. | .2 |
| | Review of updated draft of G&K retention papers, including Williamson affidavit. | .4 |
| | Review of notice and presentment, final protocol, order approving the protocol and update email of Ms. Stadler. | .7 |
| 02/09/11 | Review of article involving Calpers litigation against Lehman. | .1 |
| | Review of new red-line of fee protocol. | .2 |
| | Analysis regarding the first memorandum to all professionals and telephone conference and email exchange with Mr. Williamson on current draft. | 1.1 |
| 02/10/11 | Review and analysis of proposed letter to professionals and conference with Mr. Williamson on letter revisions. | .8 |
| | Review and analysis of further revised fee protocol. | .7 |
| | Telephone call with Harvey Miller regarding update on fee protocol process. | .3 |
| | Planning next call with Fee Committee and telephone conferences with Mr. Williamson on scheduling and substance. | .3 |
| | Review of interview of Harvey Miller for Lehman. | .1 |
| 02/11/11 | Telephone conference with Dennis O'Donnell and Dennis Dunne to update on fee protocol process. | .5 |
| | Planning for Fee Committee call. | .2 |
| 02/12/11 | Review of open policy issues and process of reviewing fees. | 1.1 |
| | Telephone calls and email exchange with Mr. Williamson on schedule and open issues. | .2 |
| 02/13/11 | Review and analysis of issues to be discussed by the Fee Committee. | 1.4 |
| 02/14/11 | Review of agenda and planning for Committee meeting call on Feb. 15. | .8 |

5

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| | Review of Mr. Williamson's email re extending exclusivity. | .1 |
| | Telephone conference with Mr. Williamson and Ms. Stadler on meeting agenda. | .4 |
| 02/15/11 | Preparation for call with the Fee Committee, including telephone conference with Mr. Williamson. | .9 |
| | Participation in the Fee Committee call. | 1.5 |
| | Review of policy issues for March 1 meeting. | .8 |
| | Review of article re discounted rates in bankruptcy. | .1 |
| | Review of revised retention documents of G&K. | .4 |
| | Review of final documents to be presented to Judge Peck; memorandum to professionals, Amended Fee Protocol, Fourth Amended Interim Order. | .9 |
| 02/16/11 | Review of revised protocol. | .4 |
| | Review of retention papers for Godfrey Kahn. | .5 |
| | Review of revised letter to professionals. | .2 |
| | Telephone calls and email exchange with Ms. Stadler and Mr. Williamson on final changes to letter. | .3 |
| | Review of comments of U.S. Trustee and John Suckow to draft documents. | .4 |
| | Correspondence with Harvey Miller and Dennis Dunne forwarding papers. | .3 |
| 02/17/11 | Review and analysis of response of Harvey Miller to fee protocol. | .5 |
| | Analysis of policy issues for next Fee Committee meeting. | 1.2 |
| | Telephone calls and email exchange with Mr. Williamson and Ms. Stadler on fee protocol response from professionals. | .7 |
| 02/18/11 | Telephone conference with Dennis Dunne/comments to fee protocol. | .3 |
| | Review of revised fee protocol. | .4 |
| | Analysis of best practices for the Fee Committee. | .9 |
| | Review of annotated draft of fee protocol to reflect comments of Weil. | 1.4 |
| 02/19/11 | Telephone conference with Dennis Dunne/comments to protocol. | .2 |
| | Review of annotated draft of protocol to reflect Weil comments. | .4 |
| | Analysis: best practices for the Fee Committee. | .9 |
| | Review of email to the Fee Committee from Ms. Stadler. | .1 |

| **DATE** | **DESCRIPTION** | **TIME (HOURS)** |
|---|---|---|
| | Review of response of U.S. Trustee to draft of protocol. | .1 |
| 02/21/11 | Analysis: items for agenda for next Fee Committee meeting. | .4 |
| 02/22/11 | Planning for next Fee Committee meeting, including telephone conference and email exchange with Mr. Williamson. | .8 |
| | Review of revised protocol. | .4 |
| | Analysis of ways to proceed to find agreement on protocol. | .8 |
| | Review of article re Lehman fees. | .9 |
| | Review of article re J.P. Morgan dispute with Lehman. | .1 |
| | Coordination for next Fee Committee meeting. | .2 |
| 02/23/11 | Review and analysis of Barclays litigation, including email exchange with Mr. Williamson on results. | 1.4 |
| | Planning for Fee Committee including review of draft agenda. | .8 |
| 02/24/11 | Review and analysis of U.S. Trustee comments on the fee protocol. | .3 |
| | Analysis: open issues on Protocol and method of approval. | .9 |
| | Review of BrownGreer invoice. | .3 |
| 02/25/11 | Planning for meeting with BrownGreer. | .4 |
| | Review of U.S. Trustee comments to changes proposed by Weil Gotshal in protocol. | .4 |
| | Review and analysis of objection of U.S. Trustee to rate increase of O'Neil Group. | .3 |
| | Review of updated agenda for Fee Committee meeting. | .2 |
| 02/26/11 | Analysis: BrownGreer instructions. | .6 |
| | Review of media coverage. | .1 |
| 02/27/11 | Further analysis of issues with the fee protocol. | .7 |
| | Review of U.S. Trustee comments on the protocol, including review of email from Ms. Stadler on comments. | .4 |
| 02/28/11 | Review of revised letter to professionals. | .3 |
| | Telephone conference with Mr. Williamson and Ms. Stadler on agenda, procedure, schedule, status of interim fee review, and related issues. | 1.0 |
| | Items for proposed agenda for Fee Committee. | .6 |
| | Review of proposed agenda for Fee Committee. | .3 |
| | Review of articles on Lehman and fees. | .5 |

7

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| | Analysis:  U.S. Trustee position on rate increases and development of proposed position of Fee Committee on increases. | 1.4 |
| | Review of articles on hourly rates in bankruptcy. | .3 |
| | Review of comments on O'Neil Group. | .1 |
| | Review of Barclay conclusion and appeal prospects. | .8 |
| | Review emails to circulate comment draft of protocol. | .2 |
| | Review of final memorandum to professionals. | .1 |
| | Review of response of Weil and Milbank to distribution of memorandum to professionals. | .1 |
| | Total Hours—February: | 52.8 |

| **DATE** | **DESCRIPTION** | **TIME (HOURS)** |
|---|---|---|
| 03/01/11 | Review of letter to all professionals. | .4 |
| | Exchange telephone calls with Mr. Williamson on latest developments and schedule. | .3 |
| | Analysis of open issues regarding debtor and protocol. | .7 |
| | Meeting with Harvey Miller on open issues. | .1 |
| | Analysis re response to Weil on memo to professionals. | .3 |
| | Coordinating meetings with Weil and Milbank. | .2 |
| | Review of redraft of protocol. | .2 |
| | Review of U.S. Trustee note to Latham. | .2 |
| | Review of U.S. Trustee note to Jerome Burel. | .2 |
| | Review of Windels Marx January statement. | .3 |
| | Review of U.S. Trustee note to SNR Denton. | .5 |
| | Analysis regarding professionals who to not file on time. | .5 |
| 03/02/11 | Planning for meeting with Weil and Milbank on March 8. | .9 |
| 03/03/11 | Analysis re approach and status of Fee Committee response to fifth interim applications, including review of email from Ms. Stadler on fifth interim fee period. | 1.4 |
| | Analysis re status of Mr. Feinberg's work on fifth interim applications. | .8 |
| 03/04/11 | Preparation for March 8 Fee Committee meeting, including telephone calls and email exchange with Mr. Williamson and Ms. Stadler on agenda and schedule. | 1.2 |
| | Review of agenda for March 8 meeting. | .2 |
| | Review of e-mail from Clyde Click. | .1 |
| | Review of response of Jerome Burel to U.S. Trustee. | .1 |
| 03/06/11 | Planning for Fee Committee hearing including review of latest draft agenda. | .6 |
| | Coordination with Mr. Williamson and Ms. Stadler—planning for Committee meeting | .2 |
| 03/07/11 | Further consideration of items to be discussed at the Fee Committee meeting, including telephone calls and email exchange with Mr. Williamson and Ms. Stadler on agenda and schedule. | .7 |
| | Planning for the Fee Committee meeting. | 1.7 |
| 03/08/11 | Review of materials for Fee Committee meeting. | 2.4 |
| | Non-working travel to Fee Committee meeting. | .3 |

9

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| | Preparation for the Fee Committee meeting. | 1.1 |
| | Attendance at the Fee Committee meeting. | 2.0 |
| | Analysis of next steps after Fee Committee meeting. | 1.8 |
| | Note to Weil and Milbank in preparation for March 9 meeting. | .2 |
| | Consideration of request by Alison Elko. | .2 |
| | Planning for call with all professionals. | .4 |
| 03/09/11 | Preparation for meeting with Weil and Milbank with Mr. Williamson and Ms. Stadler. | .8 |
| | Meeting with Weil: open issues. | 1.2 |
| | Meeting with Milbank: open issues. | 1.0 |
| | Analysis of revisions to protocol and policy position of the Fee Committee. | 1.4 |
| | Analysis of approach to monthly fee application. | .4 |
| | Review of legal issues in connection with positions of the Fee Committee. | 2.1 |
| | Non-working travel time. | 3.5 |
| 03/10/11 | Analysis of positions taken by Weil through Harvey Miller, including telephone conference with Mr. Williamson. | .8 |
| | Review of draft motion and brief prepared by Dennis O'Donnell. | .9 |
| | Analysis and planning for status conference with Judge Peck. | .4 |
| | Review of email report of Mr. Williamson. | .1 |
| | Review of email from Mr. Williamson to Mr. Miller re method for resolution. | .1 |
| | Review of revised protocol to reflect comments of Mr. Miller. | .6 |
| | Review final Fourth Amended Order. | .3 |
| | Review of note of Mr. Williamson to Fee Committee. | .2 |
| | Review of article re Goldman plan. | .1 |
| 03/11/11 | Email to Harvey Miller on protocol, fee hearings. | .2 |
| | Review of revised memorandum to all professionals. | .3 |
| | Analysis re budget process to be implemented. | 1.8 |
| | Telephone calls and email exchange with Mr. Williamson on schedule and developments. | .4 |
| 03/13/11 | Exchange email with Mr. Williamson on draft schedule. | .2 |

10

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| 03/14/11 | Analysis re pending issues with the fee process. | .9 |
| | Review of articles re competing plans. | .1 |
| | Consideration of Weil request for change on timing for monthly statements. | .2 |
| | Review of Lehman articles re fees. | .1 |
| | Telephone calls and email exchange with Mr. Williamson and Ms. Stadler on pending issues. | .5 |
| 03/15/11 | Analysis of U.S. Trustee comments re letter to professionals. | .3 |
| | Review of revised letter to professionals. | .2 |
| 03/16/11 | Review of revised memorandum to professionals. | .2 |
| | Consideration of strategy regarding open issues on the protocol, including telephone calls and email exchange with Mr. Williamson. | 1.2 |
| | Preparing for conference call with all professionals. | .9 |
| | Review of blacklined note to all professionals. | .2 |
| | Review of request from the O'Neil Group. | .2 |
| | Review of request by Michael Rollin of Reilly Pozner. | .1 |
| | Review of fee statements for Windels Marx. | .4 |
| 03/17/11 | Consideration of best approach to implement a budget process for the professionals. | 1.4 |
| | Planning for the status conference with Judge Peck, including telephone conference with Mr. Williamson and Ms. Stadler. | 1.1 |
| | Review of request of Momo-o firm. | .1 |
| | Review of email of Mr. Miller re retentions. | .1 |
| | Review of Dechert budget. | .2 |
| | Consideration of email from Paul Hastings. | .3 |
| | Review of response of Ms. Stadler to Mr. Miller. | .2 |
| 03/18/11 | Planning for call with all professionals. | 1.4 |
| | Exchange of emails with Mr. Miller on comments on documents. | .4 |
| | Telephone conference with Mr. Miller on further comments. | .4 |
| | Review of latest articles on Lehman. | .1 |
| | Telephone calls and email exchange with Mr. Williamson and Ms. Stadler on schedule, substantive issues, and ongoing discussions with Weil Gotshal. | .7 |

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| 03/20/11 | Preparation for conference call with all professionals, including telephone conference with Mr. Williamson and Ms. Stadler. | 1.3 |
| | Review of email comments of Weil. | .3 |
| | Analysis of agenda for all professional call. | .4 |
| 03/21/11 | Review of key issues to discuss with all professionals. | 1.2 |
| | Review of articles on Lehman. | .1 |
| | Review of format of order for fifth interim fee application resolution. | .3 |
| | Review of FTI response and budget. | .2 |
| | Telephone conference with Dennis O'Donnell re all-professional call. | .3 |
| | Review and analysis of Milbank budget. | .2 |
| 03/22/11 | Preparation for call with all professionals. | 1.5 |
| | Telephone conference with Mr. Williamson and Ms. Stadler in preparation for telephone call with all professionals. | .4 |
| | Call with all professionals. | .4 |
| | Review of email of Ms. Stadler re all professionals. | .1 |
| | Review of list of participating professionals. | .1 |
| | Review of articles re Lehman fees and Ch. 11. | .2 |
| | Review of Alison Elko response to my memo. | .2 |
| | Review and analysis re draft letter to Judge Peck. | .2 |
| | Review of article re retention of Milbank and analysis re Milbank retention. | .4 |
| | Review of fourth monthly invoices of Wollmuth Mayer. | .3 |
| 03/23/11 | Review of articles on Lehman. | .1 |
| | Review of final report to Judge Peck. | .1 |
| | Review and analysis of draft agenda for Committee meeting on March 31. | .2 |
| | Preparation for status conference with Judge Peck. | .7 |
| 03/24/11 | Review of sample letter reports to professionals. | .5 |
| | Preparation and review of materials for March 31 chambers conference with Judge Peck, including telephone conference with Mr. Williamson and Ms. Stadler on meeting materials. | 2.1 |
| | Review of articles on Lehman. | .2 |
| | Review of minutes of March 8 Committee meeting. | .2 |

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| | Analysis of type of report to be filed to report on the work of the Fee Committee. | 1.1 |
| 03/28/11 | Further review of proposed approach for commentary on professional fees. | .7 |
| | Telephone calls and email exchange with Mr. Williamson on this week's agenda. | .7 |
| | Review of pending retention orders for Godfrey & Kahn. | .7 |
| | Review of memorandum of PWC on fee review process. | .2 |
| 03/29/11 | Analysis of the history of fee requests and payments for all professionals. | 2.7 |
| | Review of initial drafts of reports to professionals and email exchange with Mr. Williamson on draft reports. | 1.3 |
| | Review of correspondence from McKenna & Long. | .2 |
| | Planning for Fee Committee meeting and status conference with Judge Peck. | 1.8 |
| | Review of memorandum of Ms. Stadler to Fee Committee members and attached documents. | 1.2 |
| | Review of emails re qualifications for retained professionals. | .2 |
| 03/30/11 | Review of proposed letters to professionals for sixth interim period. | 1.3 |
| | Email inquiry to Ms. Stadler on March 31 meeting. | .1 |
| | Preparation of report to Judge Peck on the status of work of the Fee Committee. | 1.3 |
| | Analysis of budget process in other bankruptcy cases. | 2.2 |
| | Preparation of argument to Judge Peck on issue of requiring budgets. | 1.8 |
| | Review of article on bankruptcy fees. | .1 |
| | Review of rate increase summary by SNR Denton. | .2 |
| 03/31/11 | Review of materials and preparation for Fee Committee meeting, including meeting with Mr. Williamson and Ms. Stadler. | 1.7 |
| | Interview of Lehman representatives responsible for managing counsel of the debtors. | 1.5 |
| | Attendance at Fee Committee meeting. | 2.0 |
| | Attendance at status conference with Judge Peck. | .7 |
| | Analysis of action to be taken on budget process and other matters after budgets were approved by Judge Peck. | 1.6 |

13

| **DATE** | **DESCRIPTION** | **TIME (HOURS)** |
|---|---|---|
| | Non-working travel time to return after meetings in NY. | 4.0 |
| | Review of budget of Momo-o. | .1 |
| | Review of note of Jerome Burel re hourly rate increases. | .2 |
| | Review of response of Milbank to my letter. | .1 |
| | Total Hours—March: | 90.8 |

| **DATE** | **DESCRIPTION** | **TIME (HOURS)** |
|---|---|---|
| 04/01/11 | Review analysis of email from Harvey Miller on protocol, budget process. | .4 |
| | Telephone calls and email exchange with Mr. Williamson and Ms. Stadler on meeting follow-up, amended pleadings, and communications with Mr. Miller. | .7 |
| | Analysis re revising Fee Committee guidelines. | 1.1 |
| | Review of BrownGreer invoice and analysis of work. | .5 |
| | Review of revised documents sent to Garrett Fail at Weil. | .4 |
| 04/04/11 | Telephone conference with John Suckow re budget process. | .3 |
| | Planning for an effective budget process. | .9 |
| | Review of revisions to protocol, Fourth Amended Order and Godfrey & Kahn's retention. | .8 |
| | Review of articles re Lehman. | .2 |
| | Email Harvey Miller re budget process. | .1 |
| | Review of draft agenda for April 6 Committee call. | .2 |
| 04/05/11 | Review of U.S. Trustee objection to O'Neil Group approach. | .2 |
| | Telephone calls and email exchange with Mr. Williamson on pending issues and procedures. | .5 |
| 04/06/11 | Review and analysis of proposed confidentiality letter to professionals. | .4 |
| | Analysis of procedure for the budget submission and review process. | 1.1 |
| | Preparation for the Fee Committee call, including telephone conferences with Mr. Williamson and Ms. Stadler. | 1.2 |
| | Participation in the Fee Committee call. | 1.0 |
| | Review of Ms. Stadler's memorandum re Weil billing procedures. | .2 |
| | Review of Ms. Stadler's email re rate information. | .1 |
| 04/07/11 | Review of appropriateness of library charges. | .5 |
| | Review of latest articles re Lehman. | .3 |
| | Review of response of Dechert. | .3 |
| 04/08/11 | Review of final letter reports to professionals. | 1.2 |
| | Review of Lehman article re plan process. | .1 |
| | Telephone conference with Mr. Williamson and Ms. Stadler on schedule of reports and agenda. | .4 |
| 04/12/11 | Review of proposed agenda for April 28 meeting with general update. | .4 |

15

| **DATE** | **DESCRIPTION** | **TIME (HOURS)** |
|---|---|---|
| | Review of additional five draft letters for sixth interim applications. | .9 |
| | Analysis re implementation of the budget process. | .7 |
| | Review of articles re Lehman plan process. | .2 |
| 04/13/11 | Review of Quinn Emanuel letter for the sixth interim period. | .4 |
| | Review of letter to FTI. | .4 |
| | Review of final of Fourth Amended Order. | .3 |
| | Review of articles re Lehman. | .3 |
| | Review of FTI letter report. | .3 |
| | Telephone calls and email exchange with Mr. Williamson and Ms. Stadler on status of reports and responsive comments. | .4 |
| 04/14/11 | Review of final protocol as entered and email from Mr. Williamson. | .3 |
| | Review of status of plan process and timeline for competing plans. | .9 |
| | Analysis of Weil report. | .2 |
| | Review of draft agenda for April 28 Committee meeting and minutes of meetings on March 31 and April 6. | .5 |
| 04/15/11 | Analysis of debtor and creditors committee role in managing the budget process. | 1.2 |
| | Review of articles re fee process. | .2 |
| 04/16/11 | Review of emails re Jones Day fees. | .1 |
| | Telephone calls and email exchange with Mr. Williamson on status of reports and responses. | .3 |
| 04/18/11 | Review of update from Mr. Williamson re letters to Quinn and FTI. | .1 |
| | Review of emails from Mr. Williamson re Weil letter. | .1 |
| | Review of update from Mr. Williamson on Milbank letter. | .1 |
| 04/19/11 | Review of background for Alvarez & Marsal fees and potential review process. | 1.2 |
| | Review of fee statement of Windels Marx. | .4 |
| | Telephone calls and email exchange with Mr. Williamson on responses, schedule and agenda. | .3 |
| 04/20/11 | Analysis re Fee Committee approach to requests for information and comments from journalists. | 1.7 |
| | Review of memo from Mr. Williamson re Alvarez & Marsal fee review process. | .4 |

16

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| | Analysis of best approach to A&M fee review. | .5 |
| | Telephone calls and email exchange with Mr. Williamson on journalist inquiry and pending issues. | .4 |
| | Review of SNR budget. | .2 |
| 04/21/11 | Further analysis re dealing with media inquires. | .5 |
| | Review of FTI budget. | .1 |
| | Review of articles re Lehman. | .2 |
| 04/22/11 | Review of initial responses to sixth interim letter reports. | .9 |
| | Review of revised agenda for Fee Committee meeting. | .3 |
| | Review of articles on fees. | .2 |
| | Review Notice and Presentment for Fifth Interim fee orders. | .5 |
| | Review of PWC monthly budget. | .1 |
| | Telephone calls and email exchange with Mr. Williamson on status of sixth interim reports, professionals' initial responses, and revised agenda. | .6 |
| 04/25/11 | Assessment of progress in the budget process. | 1.5 |
| | Preparation for Fee Committee meeting, including telephone calls and email exchange with Mr. Williamson and Ms. Stadler on status and agenda. | 1.2 |
| | Review of BrownGreer invoice. | .3 |
| | Review of Jenner & Block response. | .1 |
| | Review of proposed agenda for next committee meeting. | .3 |
| 04/26/11 | Analysis of key issues for discussion at the Fee Committee meeting, including telephone conference with Mr. Williamson and Ms. Stadler. | 1.1 |
| | Planning for meetings re budgets and managing professionals. | .7 |
| 04/27/11 | Review of final agenda for Fee Committee meeting. | .2 |
| | Review of articles re Lehman. | .2 |
| | Planning for meeting of Fee Committee. | 1.1 |
| 04/28/11 | Review of materials for Fee Committee meeting with Mr. Williamson and Ms. Stadler. | 1.4 |
| | Attendance at budget session with Noel Purcell. | 1.5 |
| | Attendance at Fee Committee meeting. | 2.2 |
| | Travel time to and from Hartford. | 5.0 |

17

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
|  | Review of article re holdbacks. | .1 |
| 04/29/11 | Review of materials from Fee Committee meeting including report on General Growth Properties. | 1.4 |
|  | Planning for next Fee Committee telephonic meeting, including telephone conference with Mr. Williamson and Ms. Stadler. | .6 |
|  | Review of article re Lehman settling with NY state. | .1 |
|  | Total Hours—April: | 48.9 |
|  | Total Hours 1/24/11 through 4/30/11: | 248.8 |

6700060_1