# EXHIBIT G

**Expense Statement – Richard Gitlin**

Richard A. Gitlin
Gitlin Company, LLC
7836 Montecito Place
Delray Beach, FL 33446

**Lehman Brothers - Expenses Sheet for January 1, 2011 to June 30, 2011  Invoice**

We hereby invoice the following calculation of expenses for
January 1, 2011 to June 30, 2011 and request payment to the specified bank account.

| Date | Item of Expense | Purpose | Amount (USD$) | Voucher Number |
|---|---|---|---|---|
| 1/31/2011 | US Airways | Airfare - BDL - DC meet w/Ken Feinberg | $361.70 | 1 |
| 1/31/2011 | US Airways | Airfare - RIC - LGA meet w/Brown Geer | $236.70 | 2 |
| 2/1/2011 | Amtrak | Return to Hartford | $52.00 | 3 |
| 4/28/2011 | Arthur's Private Transport | Transport to NYC - meetings | $100.00 | 4 |
| 5/23 - 5/24/2011 | Harvard Club of NYC | Hotel - meeting | $445.29 | 5 |
| 5/24/2011 | Le Pain Quotidien | Breakfast w/Katie Stadler, B. Williamson | $22.76 | 6 |
| 6/6/2011 | Arthur's Private Transport | Transport to NYC - meetings | $100.00 | 7 |
|  |  |  |  |  |
|  |  |  |  |  |

**Total Invoiced Expenses Amount** $1,318.45