# EXHIBIT H

## (Proposed Order)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------- x

In re                                    :          **Chapter 11**
                                         :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*   :      **Case No. 08-13555 (JMP)**
                                         :
                    **Debtors.**         :          **(Jointly Administered)**

------------------------------------------------- x

## ORDER GRANTING FIRST CONSOLIDATED APPLICATION OF RICHARD A. GITLIN, FEE COMMITTEE CHAIR, AND GODFREY & KAHN, S.C., COUNSEL TO THE FEE COMMITTEE, FOR RETROACTIVE AND INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FROM JANUARY 24, 2011 THROUGH APRIL 30, 2011, AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JANUARY 24, 2011 TO AUGUST 30, 2011

Upon consideration of the *First Consolidated Application of Richard A. Gitlin, Fee Committee Chair, and Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Retroactive and Interim Allowance of Compensation for Professional Services Rendered from January 24, 2011 Through April 30, 2011, and Reimbursement of Actual and Necessary Expenses Incurred from January 24, 2011 to August 30, 2011* [Docket No. _____], (the "**Application**") for the stated periods (the "**Compensation Period**"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, filed on November 18, 2011, in the aggregate amount of $873,689.61 as listed on **Schedule A** that accompanies this order; and after due notice pursuant to the second amended order entered on June 17, 2010 governing case management and administrative procedures [Docket No. 9635], and it appearing that no other or further notice need be provided; and there

being no objection to the Application filed before the deadline of December 12, 2011; and after

due deliberation and upon all of the proceedings had before the Court, and sufficient cause

appearing therefor, it is hereby

        **ORDERED**, that pursuant to sections 330 and 331 of the Bankruptcy Code, the

Application is granted and approved as provided in <u>Schedule A</u>.

        Dated:  New York, New York
                December ___, 2011.


                                            _____
                                            Hon. James M. Peck
                                            UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE A

### CURRENT INTERIM FEE PERIOD
**January 24, 2011 Through April 30, 2011**
**(Expenses Through August 31, 2011)**

Case No.:  08-13555 (JMP) (Chapter 11)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Date/ Document Number of Application | Interim Fees Requested on Application ($) | Fees Allowed ($) | Fees to be Paid for Current Fee Period ($) | Fees to be Paid for Prior Fee Period(s) (if any) (Including Fees Held Back) ($) | Total Fees to be Paid ($) | Interim Expenses Requested ($) | Expenses to be Paid for Current Fee Period ($) |
|---|---|---|---|---|---|---|---|---|
| Richard A. Gitlin, Fee Committee Chair, and Godfrey & Kahn, S.C. | 11/18/2011 [ ] | 806,450.00 | 806,450.00 | 0.00 | 0.00 | 0.00 | 67,239.61 | 67,239.61 |

**Schedule A**              **Dated:  December __, 2011**              **INITIALS: _____ USBJ**

7126736_1

**SCHEDULE B**

**CUMULATIVE FEE APPLICATIONS**
**(September 15, 2008 Through and Including April 30, 2011)**
**(Expenses Through August 31, 2011)**

Case No.:  08-13555 (JMP) (Chapter 11)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Total Fees Requested ($) | Total Fees Paid (including amounts to be paid pursuant to this Order) ($) | Total Expenses Requested ($) | Total Expenses Paid (including amounts to be paid pursuant to this Order) ($) |
|---|---|---|---|---|
| Richard A. Gitlin, Fee Committee Chair, and Godfrey & Kahn, S.C. | 806,450.00 | 806,450.00 | 67,239.61 | 67,239.61 |

**Schedule B**                    **Dated:  December  __, 2011**                    **INITIALS:  _____USBJ**