**apex**

**APEX LLC**
16~18F, MERITZ TOWER, 825-2 YEOKSAM-DONG,
GANGNAM-GU, SEOUL 135-934, KOREA
TEL: 82 2 2018 0800   FAX: 82 2 2018 0850   apex@apexlaw.co.kr

RECEIVED
NOV - 9 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

November 8, 2011

**United States Bankruptcy Court for the Southern District of New York**
The Chambers of the Honorable James M. Peck
Attn: Honorable James M. Peck
One Bowling Green, New York, NY 10004, Courtroom 601
USA

**Re: Written Objection to the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code**

Dear Honorable James M. Peck,

We are acting as the legal counsel to SHINHAN BANK ("**SHINHAN**"), located in South Korea. We received a document entitled <u>Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code</u> ("**Notice**") dated October 27, 2011 from Weil, Gotshal & Manges LLP (attorneys for the Debtors) on November 3, 2011.

We object to the Debtor LEHMAN BROTHERS COMMERCIAL CORPORATION ("**LBCC**")'s proposed assumption of the Contract, including the cure amount of "0". We were unable to resolve our objection consensually with the Mr. Manish Kapoor, Senior Vice President of LAMCO LLC (a subsidiary of Lehman Brothers Holdings Inc.). Therefore, we are hereby filing a written objection with the Bankruptcy Court.

**<u>Specificity the Nature of the Objection and the Proposed Cure Amount</u>**

Our client, SHINHAN, previously made contracts with LBCC on two (2) currency options and one (1) call option.

As stated in the *Appendix 1*, SHINHAN made two (2) currency option contracts with LBCC on September 12, 2008. Pursuant to these contracts, LBCC was obligated to pay in the

1



amount of **USD 1,184,250** (= USD 592,125 X 2 currency options) as an option premium. SHINHAN, however, has not received that amount from the LBCC.

As stated in the *Appendix 2*, SHINHAN purchased a call option entitled to buy the total amount of USD 30,000,000 at the exchange rate of USD 1: KRW 957 on December 6, 2007 from LBCC. The expiry date of this call option was on December 10, 2008, 03:30PM (Seoul time), and the exchange rate on the expiry date was USD 1: KRW 1,418.7. Therefore, LBCC was obligated to pay SHINHAN in the amount of **USD 9,763,163** [= {(1,418.7 – 957) X USD 30,000,000} / 1,418.7] on the delivery date, which was December 12, 2008.  However, LBCC has failed to pay this amount to SHINHAN.

In summary, LBCC owes SHINHAN in the amount of **USD 10,947,413** (=**1,184,250** + **9,763,163**), and the interest amount accrued thereon, if any.

Please note that all the transactions above are between SHINHAN and LBCC, and they will not affect any other transactions between SHINHAN and Lehman Brothers Holdings Inc. and its affiliated companies.

Please kindly accept our written objection to the Notice sent by Weil, Gotshal & Manges LLP.

Should you have any further queries, please contact us at 82-2-2018-0992 or 82-10-3252-9955 and ask for Mr. Jong Baek Park. You may also reach us by email at jbpark@apexlaw.co.kr.

Yours sincerely,

*Apex LLC*
APEX LLC

**Jong Baek Park, Partner**
**Do Hoon Woo, Associate**
**Seung Hyo Baek, Associate**

Singapore 048623

Appendix 1

Class: Primary
Description: Back Office

Date: 12 Sep 2008
Reference: 2008-160445-1-1-1

# POSSIBLE DUPLICATE CONFIRMATION

Start of confirmation

Attention:      FXO
               LEHMAN BROTHERS COMMERCIAL CORP, NEW YORK
Dealt by:      ARUN GANESH
Trade verified at: 15:25:29 on 12 Sep 2008

Printed at: 08:37:38 on 20 Ma

We confirm having negotiated the following currency options deal on your behalf
              Contract date          12 Sep 2008

Strategy 1  Straddle
              Seller                 SHINHAN BANK, SEOUL
              Buyer                  LEHMAN BROTHERS COMMERCIAL CORP, NEW YORK

Option 1      Style                  European
              Expiry details         15 Sep 2010 03:30PM Seoul
              Delivery date          17 Sep 2010
              Call on                USD 10,000,000.00
              Put on                 KRW 10,980,500,000.00
              Strike price           1,098.05
              Option price           5.92125 percent of USD
              Premium amount         USD 592,125.00
              Premium value date     17 Sep 2008
              Pay premium to         WACHOVIA, NEW YORK

Option 2      Style                  European
              Expiry details         15 Sep 2010 03:30PM Seoul
              Delivery date          17 Sep 2010
              Call on                KRW 10,980,500,000.00
              Put on                 USD 10,000,000.00
              Strike price           1,098.05
              Option price           5.92125 percent of USD
              Premium amount         USD 592,125.00
              Premium value date     17 Sep 2008
              Pay premium to         WACHOVIA, NEW YORK

No hedge mutually agreed by both counterparties
   Brokerage                         USD 1,600.00
   Counterparty contact details      SHINHAN BANK, SEOUL         Reuters:  SHBH

Special Clause
FIXING MAR PUBLISH 1530 SEOUL REUTERS KFTC18
NON-DELIVERY BASIS SEOUL CUT 3:30 PM ON 15 SEP 2010 (expiry) FIXING BASED ON MARKET AVE
RATE PUBLISHED ON 15 SEP 2010 (expiry) SETTLEMENT IN USD ON 17 SEP 2010(delivery date) REUT

Confirmation continues...

Singapore 048623

| | |
|---|---|
| Class: Primary | Date: 12 Sep 2008 |
| Description: Back Office | Reference: 2008-160445-1-1- |
| ...continuation of confirmation. | |

KFTC18

Disclaimer: If the details set forth in this confirmation of the above transaction (the "trade") do not accord with y( understanding of the trade as confirmed verbally, please contact Tullett Prebon (Singapore) Ltd ("TPSing") Imm In the event that you do not advise TPSing to the contrary within 1 business day of the date of this confirmation shall be deemed to have waived any right to dispute the accuracy of this confirmation or the existence of the tra evidenced by it. You acknowledge that TPSing is acting as the broker of, and not as principal to, the trade. Th terms of the trade, including the settlement and clearance thereof, were determined and agreed solely by you, ( named principals. Any dispute arising from the trade must be resolved by you, the principals thereto, and you s TPSing harmless from any claim, action or liability that may arise from or in relation to the trade.

Broker contact details        Attention: Peter              Fax:    (65) 6324 2787
                              Phone:    (65) 6323 0686

Please contact us immediately should the particulars of this confirmation not be in accordance with your under:

**End of Confirmation**

| Appendix 2 |

# Tullett Prebon (Singapore) Ltd
50 Raffles Place #39-00
Singapore Land Tower
Singapore 048623

Class:        Primary                                          Date:       06 Dec 2007
Description:  Back Office                                      Reference:  2007-141188-1-1-FXO-1

## CONFIRMATION

**Start of confirmation**

Attention:          FXO
                    LEHMAN BROTHERS COMMERCIAL CORP, NEW YORK
Dealt by:           Trading room
Trade verified at:  16:18:12 on 06 Dec 2007                    Printed at: 16:18:18 on 06 Dec 2007

We confirm having negotiated the following currency options deal on your behalf
           Contract date        06 Dec 2007

**Strategy 1** Strangle

           Seller               LEHMAN BROTHERS COMMERCIAL CORP, NEW YORK
           Buyer                SHINHAN BANK, SEOUL

**Option 1**   Style                European
           Expiry details       10 Dec 2008 03:30PM Seoul
           Delivery date        12 Dec 2008
           Call on              KRW 26,040,000,000.00
           Put on               USD 30,000,000.00
           Strike price         868.00
           Option price         0.47375 percent of USD
           Premium amount       USD 142,125.00
           Premium value date   10 Dec 2007
           Pay premium to       CITIBANK NEW YORK

**Option 2**   Style                European
           Expiry details       10 Dec 2008 03:30PM Seoul
           Delivery date        12 Dec 2008
           Call on               USD 30,000,000.00
           Put on               KRW 28,710,000,000.00
           Strike price         957.00
           Option price         0.47375 percent of USD
           Premium amount       USD 142,125.00
           Premium value date   10 Dec 2007
           Pay premium to       CITIBANK NEW YORK

No hedge mutually agreed by both counterparties
Brokerage                       USD 2,400.00

Counterparty contact details    SHINHAN BANK, SEOUL
                                                               Reuters:   SHBH

Special Clause
FIXING MAR PUBLISH 1530 SEOUL REUTERS KFTC18

NON-DELIVERY BASIS SEOUL CUT 3:30 PM ON 10 DEC 2008 (expiry) FIXING BASED ON MARKET AVERAGE
RATE PUBLISHED ON 10 DEC 2008 (expiry) SETTLEMENT IN USD ON 12 DEC 2008 (delivery date) REUTERS

Confirmation continues...                                                            Page 1

06-12-07;16:34   ;TULLETT LIBERTY SINGAPORE      LEHMAN NYK OPT      ;                        # 2/ 2

# Tullett Prebon (Singapore) Ltd
50 Raffles Place #39-00
Singapore Land Tower
Singapore 048623

Class:       Primary                                        Date:       06 Dec 2007
Description: Back Office                                    Reference:  2007-141188-1-1-FXO-1
...continuation of confirmation.

PAGE KFTC18

Disclaimer: If the details set forth in this confirmation of the above transaction (the "trade") do not accord with your understanding of the trade as confirmed verbally, please contact Tullett Prebon (Singapore) Ltd ("TPSing") immediately. In the event that you do not advise TPSing to the contrary within 1 business day of the date of this confirmation, you shall be deemed to have waived any right to dispute the accuracy of this confirmation or the existence of the trade evidenced by it. You acknowledge that TPSing is acting as the broker of, and not as principal to, the trade. The above terms of the trade, including the settlement and clearance thereof, were determined and agreed solely by you, the above named principals. Any dispute arising from the trade must be resolved by you, the principals thereto, and you shall hold TPSing harmless from any claim, action or liability that may arise from or in relation to the trade.

Broker contact details        Attention:  Peter                    Fax:    (65) 6324 2787
                              Phone:      (65) 6323 0686

Please contact us immediately should the particulars of this confirmation not be in accordance with your understanding

End of Confirmation                                                                    Page 2