UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                           :   Chapter 11
In re:                                     :
                                           :   Case No. 08-13555(JMP)
LEHMAN BROTHERS HOLDINGS, INC.,            :
et al.,                                    :   Jointly Administered
                                           :
                 Debtors.                  :
                                           :
------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE BANKRUPTCY COURT

AND ALL OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT**, subject to approval by the court, Richard J. Flanagan, of Flanagan & Associates, PLLC has replaced Thomas Pietrantonio as counsel of record for Interface Cable Assemblies and Services Corporation a/k/a/ ICAS, in the above-referenced matter.

Dated:   New York, New York
         October 26, 2011

_____
Richard J. Flanagan - Substituted Counsel
Flanagan & Associates, PLLC
rflanagan@flanassoc.com
1370 Broadway - Suite 566
New York, New York 10006
Telephone: (646) 380-1897
Facsimile: (845) 875-9856

_____
Thomas Pietrantonio - Outgoing Counsel
pietrantoniolaw@optonline.net
334 Main Street
Port Washington, New York 11050
Telephone: (516) 944-6169
Facsimile: (516) 944-6179


INTERFACE CABLE ASSEMBLIES AND SERVICES CORPORATION

_____
By: Matthew Bonfitto, President
42-19 23rd Avenue
Long Island City, New York
Telephone: (718) 278-1100


The substitution of attorney is hereby approved and **SO ORDERED:**

Dated: New York, New York
          , 2011

                                    _____
                                         Honorable James M. Peck
                                    United States Bankruptcy Judge

-2-