UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al.*, <br><br> *Debtor In Possession.* | Chapter 11 <br><br> Case No. 08-13555 (JMP) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, by this notice of appearance ("Notice of Appearance"), the firm listed below hereby appears in the above-captioned case under chapter 11 of title 11 the United States Code (the "Bankruptcy Code") as counsel for Scotia Capital (USA) Inc. ("Scotia Capital"), pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 342 of the Bankruptcy Code, and hereby requests that all notices given or required to be served in the above-captioned case, whether written or oral, and all papers served in this cases be given to or served upon:

> RAVERT PLLC
> 116 West 23 Street, Fifth Floor
> New York, New York 10011
> Attn:   Gary O. Ravert, Esq.
>
> Tel: (646) 966-4770
> Fax: (917) 677-5419
> Email: gravert@ravertpllc.com
>
> *Attorneys for Scotia Capital (USA) Inc.*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 342 of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone,

electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (1) affect the above-captioned debtors (the "Debtors"), any property of the Debtors, or any property in which the Debtors hold an interest; and/or (2) affect or seek to affect in any way any rights or interest of any party in interest in this proceeding.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Scotia Capital (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Scotia Capital is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 21, 2011
      New York, New York

RAVERT PLLC

By: /s/ Gary O. Ravert
    116 West 23 Street, Fifth Floor
    New York, New York 10011
    Tel: (646) 966-4770
    Fax: (917) 677-5419
    gravert@ravertpllc.com

*Attorneys for Scotia Capital (USA) Inc.*