**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al.*, <br><br> *Debtor In Possession.* | Chapter 11 <br><br> Case No. 08-13555 (JMP) |

## WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that undersigned counsel hereby withdraws his notice of appearance filed in this case on January 14, 2009 on behalf of Marie Papillon. Undersigned counsel no longer represents Ms. Papillon and is no longer affiliated with McDermott Will & Emery LLP ("McDermott"). Upon information and belief McDermott continues to represent Ms. Papillon and this withdrawal is not intended affect notices to McDermott on Ms. Papillon's behalf.

Dated: November 21, 2011
       New York, New York

RAVERT PLLC

By: /s/ Gary O. Ravert
    116 West 23 Street, Fifth Floor
    New York, New York 10011
    Tel: (646) 966-4770
    Fax: (917) 677-5419
    gravert@ravertpllc.com