WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
 : 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
 : 
Debtors. : **(Jointly Administered)**
 : 
 : 
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE HUNDRED
AND EIGHTY SIXTH OMNIBUS OBJECTION TO CLAIMS
(MISCLASSIFIED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred and Eighty Sixth Omnibus Objection to Claims (Misclassified Claims), that was originally scheduled for October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time), and solely as to the claims listed on Exhibit B attached hereto, to January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearings"), or as soon thereafter as counsel may be heard. The Hearings will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearings may be further adjourned from time to time without further notice other than an announcement at the Hearings.

US_ACTIVE:\43862758\02\58399.0008

Dated: November 21, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims Adjourned To The December 21, 2011 Hearing:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| DEUTSCHE BANK AG LONDON BRANCH | 24257 |
| DEUTSCHE BANK AG LONDON BRANCH | 24258 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18474 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18475 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18476 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 65602 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18477 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18480 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18478 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18479 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUST | 18481 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANTOR TRUSTEE, | 18482 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, GRANTOR TRUSTEE AND | 18484 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18491 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18492 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18493 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18494 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18495 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18497 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18496 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18498 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18499 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18500 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18501 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18502 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18503 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18506 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18507 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18510 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18512 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18483 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF WAL-MART LEASE BACKED | 18541 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH | 18540 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| RESPECT TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST | |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH RESPECT TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST | 18514 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18523 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18528 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18524 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | 18533 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | 18534 |
| SHELL TRADING INTERNATIONAL LTD | 26243 |
| Skandinaviska Enskilda Banken AB | 26483 |
| Skandinaviska Enskilda Banken AB | 26485 |
| GMAC Mortgage, LLC | 25913 |

## Exhibit B

### Claims Adjourned To The January 26, 2012 Hearing:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| AIG MARKETS INC. FKA AIG CDS, INC | 34194 |
| AIG MARKETS INC. FKA AIG CDS, INC | 34198 |
| HOLLAND HOME | 18238 |
| HOLLAND HOME | 18239 |
| HOLLAND HOME | 18240 |