UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :    (Jointly Administered)
         Debtors.                              :
                                               :
------------------------------------------------------------x    Ref. Docket Nos. 19177, 19180,
                                                     19182, 19183

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               /s/ *Lauren Rodriguez*
                                               Lauren Rodriguez

Sworn to before me this
21st day of November, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    BARCLAYS BANK PLC
               TRANSFEROR: ACTA ASSET MANAGEMENT ASA
               745 SEVENTH AVENUE
               NEW YORK NY 10019


Additional:



Transferee:    FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.
               C/O FIR TREE PARTNERS; ATTN: B MEYER
               505 FIFTH AVE, 23RD FLOOR
               NEW YORK NY 10017


**Your transfer   of claim #   59483   is defective for the reason(s) checked below:**

Other                               ISIN transferred is not included in filed claim




Docket Number 19177             Date 08/11/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 15, 2011.

**EXHIBIT B**

```
TIME: 14:50:33                                   LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 11/15/11                                         CREDITOR LISTING

Name                             Address
BARCLAYS BANK PLC                TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019
FIR TREE CAPITAL OPPORTUNITY MASTER
 FUND, L.P.                      C/O FIR TREE PARTNERS; ATTN: B MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
FIR TREE VALUE MASTER FUND, L.P. C/O FIR TREE PARTNERS; ATTN: B MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017


Total Number of Records Printed         3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC