UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, | ) | |
| INC., *et al.*, | ) | 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

### NOTICE OF FILING

To:   See Service List

PLEASE TAKE NOTICE that on this 9th day of November, 2011, we sent via overnight courier to be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, the attached Conway & Mrowiec's Response to Debtor's Two Hundred Eighth Omnibus Objection to Claims (No Liability Claims).

Dated: November 9, 2011

                                                                           CONWAY & MROWIEC

                                                                           By: /s/ Erik R. Nelson
                                                                               Erik R. Nelson

John S. Mrowiec
Erik R. Nelson
Conway & Mrowiec
20 South Clark Street
Suite 1000
Chicago, Illinois 60603
Tel: (312)658-1100
Fax: (312)658-1201
jsm@cmcontractors.com
ern@cmcontractors.com

## CERTIFICATE OF SERVICE

I, Erik R. Nelson, an attorney, state that I caused an authentic photocopy of the foregoing Notice of Filing and Conway & Mrowiec's Response to Debtors' Two Hundred Eighth Omnibus Objection to Claims (No Liability Claims) to be served on:

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Robert J. Lemons
Mark Bernstein
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Attorneys for Debtors*

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee for Region 2
33 Whitehall Street
21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for Official Committee of Unsecured Creditors*

by Overnight Courier on November 9, 2011.

_____
Erik R. Nelson