**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, ) INC., *et al.*, ) | 08-13555 (JMP) |
| Debtors. ) | (Jointly Administered) |

**ORDER DENYING DEBTORS' TWO HUNDRED EIGHTH OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) AS TO THE
CLAIM OF CONWAY & MROWIEC ONLY**

This cause coming before the Court on Debtors' Two Hundred Eighth Omnibus Objection

to Claims dated September 15, 2011 ("Debtors' Objection") and Creditor Conway & Mrowiec

having filed a Response to Debtors' Objection and the Court being fully advised in the premises; It

is Ordered:

1.      Debtors' Objection is denied as to the Proof of Claim filed by Conway & Mrowiec

in the amount of $21,733.76 (Claim No. 5645).

Dated: _____, 2011

_____
United States Bankruptcy Judge