UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                        :
In re                                   :       Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :      08-13555 (JMP)
                                        :       (Jointly Administered)
              Debtors.                  :
                                        :
                                        :
-------------------------------------------------------------------x    Ref. Docket No. 21974

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
21st day of November, 2011

/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfer 21974_AFF_11-15-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  YORK CREDIT OPPORTUNITES MASTER FUND,L.P.
     TRANSFEROR: JP MORGAN CHASE, N.A.
     ATTN: MARGARET MAURO
     767 FIFTH AVE, 17TH FLOOR
     NEW YORK NY 10153
```

Please note that your claim # 66384-05 in the above referenced case and in the amount of
$94,672.15      has been transferred **(unless previously expunged by court order)**

```
     YORK CREDIT OPPORTUNITIES FUND, L.P.
     TRANSFEROR: YORK CREDIT OPPORTUNITES MASTER FUND,L.P.
     ATTN: MARGARET MAURO
     767 FIFTH AVENUE, 17TH FLOOR
     NEW YORK NY 10153
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408
```

Send a copy of your objection to the **transferee**. Refer to INTERNAL CONTROL NUMBER **21974**      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/15/2011                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 15, 2011.

# EXHIBIT B

```
TIME: 14:42:07                          LEHMAN BROTHERS HOLDING INC.                                            PAGE:   1
DATE: 11/15/11                              CREDITOR LISTING

Name                       Address
YORK CREDIT OPPORTUNITES MASTER    TRANSFEROR: JP MORGAN CHASE, N.A. ATTN: MARGARET MAURO 767 FIFTH AVE, 17TH FLOOR NEW YORK NY 10153
FUND,L.P.
YORK CREDIT OPPORTUNITIES FUND, L.P.   TRANSFEROR: YORK CREDIT OPPORTUNITES MASTER FUND,L.P. ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153

Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC