UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:

**Lehman Brothers Holdings, Inc,**

                                              **NOTICE OF ENTRY**

                                              Case No. 08-13555(JMP)
                                              Chapter 11

                          Debtors.

_____


        Sir:- Please take notice that the within is a true copy of a Stipulation, Agreement and Order duly entered in the office of the clerk of the within named Court on November 18, 2011.

Dated: November 21, 2011

                          Yours, etc.


                **/s/ William B. Schiller**


                **SCHILLER & KNAPP, LLP**
                Attorneys and Counselors at Law
                Attorneys for Movant
                950 New Loudon Road
                Latham, New York  12110
                (518) 786-9069


  To:

| | | |
|---|---|---|
| Robert M. Novick, Esq. | Joshua Dorchak, Esq. | William Heuer, Esq. |
| William J. Hine, Esq. | Aron Oliner | James H.M. Sprayregen, Esq. |
| Benjamin Rosenblum, Esq. | Robert K. Dakis, Esq. | David R. Seligman, Esq. |
| Arthur J. Margulies | Ralph I. Miller, Esq. | Alfred H. Siegel, Esq. |
| Thomas T. Janover, Esq. | Andrew D. Velez-Rivera, Esq. | Christopher K. Kiplok, Esq. |
| Paul B. O'Neil, Esq. | Andrea B. Schwartz, Esq. | Daniel Steven Lubell, Esq. |
| Robert J. Lemons, Esq. | Herbert Baer, Esq. | Jeffrey S. Margolin, Esq. |
| Shai Waisman, Esq. | Dennis F. Dunne, Esq. | Neil J. Oxford, Esq. |
| Jacqueline Marcus, Esq. | Andrew Howard Sherman, Esq. | Sarah K. Loomis Cave, Esq. |
| Steven J. Reisman, Esq. | Eric D. Winston, Esq. | William R. Maguire, Esq. |
| Lynn P. Harrison, III, Esq. | Office of the United States Trustee | Lehman Brothers Holding, Inc. |
| Jerrold Lyle Bregman, Esq. | Epiq Bankruptcy Solutions, LLC | |