UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :    (Jointly Administered)
                Debtors.                           :
                                                   :
-----------------------------------------------------------------x    Ref. Docket Nos. 21976, 21977,
                                                        22000-22002, 22086, 22096

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 16, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
                                          Lauren Rodriguez

Sworn to before me this
21st day of November, 2011

/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  CAMULOS MASTER FUND LP
         C/O CAMULOS CAPITAL LP
         ATTN: GENERAL COUNSEL
         THREE LANDMARK SQUARE, 4TH FLOOR
         STAMFORD CT 06901

Please note that your claim # 29190 in the above referenced case and in the amount of
    $4,610,117.92  allowed at $4,149,106.00         has been transferred **(unless previously expunged by court order)**

        BARCLAYS BANK PLC
        TRANSFEROR: CAMULOS MASTER FUND LP
        745 SEVENTH AVENUE
        NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 22096       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/16/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 16, 2011.

**EXHIBIT B**

```
TIME: 22:44:25                                                                                                          PAGE:   1
DATE: 11/16/11
                                                        LEHMAN BROTHERS HOLDING INC.
                                                             CREDITOR LISTING

Name                                            Address
APPALOOSA INVESTMENT L.P.1                      ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
APPALOOSA INVESTMENT L.P.1                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
BARCLAYS BANK PLC                               TRANSFEROR: CAMULOS MASTER FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
CAMULOS MASTER FUND LP                          C/O CAMULOS CAPITAL LP ATTN: GENERAL COUNSEL THREE LANDMARK SQUARE, 4TH FLOOR STAMFORD CT 06901
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: PREGIS CORPORATION ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
PALOMINO FUND LIMITED                           ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
PALOMINO FUND LIMITED                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O APPALOOSA INVESTMENT L.P.1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                                SHORT HILLS NJ 07078
PREGIS CORPORATION                              ATTN: D. KEITH LAVANWAY 1650 LAKE COOK ROAD DEERFIELD IL 60015
PREGIS CORPORATION                              ATTN: MARK FAJFAR, ESQ FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP 1001 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004-2505
THOROUGHBRED FUND L.P.                          ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED FUND L.P.                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O APPALOOSA INVESTMENT L.P.1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                                SHORT HILLS NJ 07078
YORK CREDIT OPPORTUNITIES FUND, L.P.            TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND LP ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES FUND, L.P.            TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND, LP ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES MASTER FUND LP        ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES MASTER FUND LP        STROOCK & STROOCK & LAVAN LLP ATTN: IRINA GOMELSKAYA, ESQ. 180 MAIDEN LANE NEW YORK NY 10018
YORK CREDIT OPPORTUNITIES MASTER FUND,          TRANSFEROR: YORK CREDIT OPPORTUNITIES UNIT TRUST ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR
LP                                              NEW YORK NY 10153


Total Number of Records Printed        17

                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```