WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                    :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :   08-13555 (JMP)
:
Debtors.                                 :   (Jointly Administered)
:
:
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**TWO HUNDRED SIXTH OMNIBUS OBJECTION TO**
**CLAIMS (FOREIGN CURRENCY CLAIMS) AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") are withdrawing without prejudice their Two Hundred Sixth Omnibus Objection to Claims (Foreign Currency Claims) [ECF. No. 19960], solely with respect to the claims listed on Exhibit A annexed hereto.  The Debtors reserve their rights to

object to the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated: November 21, 2011
       New York, New York

                                              /s/ Robert J. Lemons
                                              Robert J. Lemons

                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              Attorneys for Debtors
                                              and Debtors in Possession

08-13555-mg    Doc 22426    Filed 11/21/11    Entered 11/21/11 17:29:55    Main Document
                                    Pg 3 of 3


## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| CLAIMANT NAME | CLAIM NUMBER | DOCKET NO. |
|---|---|---|
| HSBC Bank plc | 4728 | N/A |
| Global Credit Opportunity Fund | 5068 | N/A |
| Stibbe, N.V. | 1249 | 21985 |