Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,   Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

*Chang Celene*
Name of Transferor

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): *48473*
Amount of Claim: USD *6610.4-*
Date Claim Filed: *27 oct 2009*

Phone: *+852 2868 1373*
Last Four Digits of Acct. #: *2526*

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: *- 4 MAY 2011*
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Kwong Wai Lan
Tang Shiu Gun
Name of Transferor

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 38717
Amount of Claim: USD 64232
Date Claim Filed: 13 OCT 2009

Phone:
Last Four Digits of Acct. #: 0278

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: - 4 MAY 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Kung Yin Mei
Name of Transferor

Name and Address where notices to transferee should be sent:
21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 47571
Amount of Claim: USD 128,464.
Date Claim Filed: 27 Oct 2008

Phone: 85128703 / 25786080
Last Four Digits of Acct. #: 6305

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: - 4 MAY 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

| Standard Chartered Bank (Hong Kong) Limited | Au Shuk Jane |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 47787
Amount of Claim: USD 64232
Date Claim Filed: 2} Oct 2009

Phone: 69023535
Last Four Digits of Acct. #: 5834

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: - 4 MAY 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

| Standard Chartered Bank (Hong Kong) Limited | Wong Yan Ai |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 58523
Amount of Claim: USD 64232 -
Date Claim Filed: 13 OC7 2009

Phone: 94646586
Last Four Digits of Acct. #: 5855

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 4 MAY 2011
Transferee/Transferee's Agent,

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Cheng Siu Yee Alice
Name of Transferor

Name and Address where notices to transferee should be sent:
21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 38351
Amount of Claim: USD 64232 -
Date Claim Filed: 13 Oct 2009

Phone: 6478-1878
Last Four Digits of Acct. #: 7931

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____   Date: - 4 MAY 2011
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Name and Address where notices to transferee should be sent:
21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

Wong Ka Chung
Name of Transferor

Court Claim # (if known): 39361
Amount of Claim: USD 85,000
Date Claim Filed: 13 OCT 2009

Phone: 852-9106-8813
Last Four Digits of Acct. #: 1035

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 4 MAY 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

_Woo Paulin Pauline_
Name of Transferor

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): _68218_
Amount of Claim: _USD 64232_
Date Claim Filed: _2 Oct 2009_

Phone: _(852) 91254787_
Last Four Digits of Acct. #: _2032_

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_                                        Date: _- 4 MAY 2011_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Chung Wai Kwok Jimmy
Tse Mei Kuen Hayley
Name of Transferor

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 38923
Amount of Claim: USD 64232
Date Claim Filed: 13 OCT 2009

Phone: 852-9458-2245
Last Four Digits of Acct. #: 1806

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 4 MAY 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Ling Wai Ming Angels
Name of Transferor

Name and Address where notices to transferee should be sent:
21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 38723
Amount of Claim: USD 64232 -
Date Claim Filed: 13 OCT 2009

Phone: 9411 0603
Last Four Digits of Acct. #: 0943

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: - 4 MAY 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.