GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Milwaukee, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

---

**STIPULATION BETWEEN CLYDE CLICK, P.C.
AND THE FEE COMMITTEE REGARDING THE
FIRST INTERIM APPLICATION OF CLYDE CLICK, P.C.,
SPECIAL COUNSEL TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES FOR THE PERIOD
OCTOBER 1, 2010 THROUGH JANUARY 31, 2011**

**TO:    THE HONORABLE JAMES M. PECK
U.S. BANKRUPTCY JUDGE**

WHEREAS, on April 18, 2011, Clyde Click P.C. ("Clyde Click") filed the *Interim Fee Application of Clyde Click, P.C. as 327(e) Special Counsel, for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During the Period October 1, 2010 Through January 31, 2011* (the "First Fee Application") [Docket No. 16100] seeking interim fees in the amount of $88,406.00 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $7,135.71;

WHEREAS, Clyde Click regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the First Fee Application, issued a Confidential Letter Report on August 1, 2011, and entered into a dialogue with Clyde Click regarding this application; and

WHEREAS, as a result of this dialogue, Clyde Click has agreed to accept the Fee Committee's proposed disallowance of fees in the amount of $1,535.75 for professional services rendered.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Clyde Click hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Clyde Click's request for interim compensation and reimbursement of expenses in the reduced amount of $86,870.25 in fees and $7,135.71 in expenses.

Dated: Madison, Wisconsin
       November 18, 2011

                              GODFREY & KAHN, S.C.

                By:     /s/ *Katherine Stadler*
                              Katherine Stadler
                              GODFREY & KAHN, S.C.
                              One East Main Street, Suite 500
                              Madison, WI 53703
                              Telephone: (608) 257-3911
                              Facsimile: (608) 257-0609
                              E-mail: kstadler@gklaw.com

                              *Attorneys for Fee Committee*

Dated: Atlanta, Georgia
       November 11, 2011

                              CLYDE CLICK, P.C.

                By:     /s/ *Clyde E. Click*
                              Clyde E. Click
                              CLYDE CLICK, P.C.
                              3475 Piedmont Road, N.E., Suite 1910
                              Atlanta, GA 30305
                              Telephone: (404) 760-2700
                              Facsimile: (404) 760-2701
                              E-mail: cclick@clydeclick.com

7069466_1