GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

Katherine Stadler (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
In re                                     :         Chapter 11
                                          :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*  :         Case No. 08-13555 (JMP)
                                          :
                        Debtors.          :         (Jointly Administered)
--------------------------------------------------------- x

**STIPULATION BETWEEN KLEYR GRASSO ASSOCIES AND
THE FEE COMMITTEE REGARDING THE
THIRD INTERIM APPLICATION OF KLEYR GRASSO ASSOCIES,
SPECIAL COUNSEL TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES
FOR THE PERIOD JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

**TO:    THE HONORABLE JAMES M. PECK
        U.S. BANKRUPTCY JUDGE**

WHEREAS, on December 14, 2010, Kleyr Grasso Associes ("Kleyr Grasso") filed the

*Third Interim Application of Kleyr Grasso Associes, Special Counsel to the Debtors and Debtors*

*in Possession, for Allowance of Compensation for Services Rendered and Reimbursement of*

*Expenses for the Period from June 1, 2010 Through September 30, 2010* (the "Third Fee

Application") [Docket No. 13464] seeking interim fees in the amount of $65,871.59 for

professional services rendered and reimbursement of out-of-pocket expenses in the amount of

$2,138.00;

WHEREAS, Kleyr Grasso has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Third Fee Application, issued a Confidential Letter Report on April 15, 2011, and entered into a dialogue with Kleyr Grasso regarding this application;

WHEREAS, as a result of this dialogue, Kleyr Grasso has agreed to accept the Fee Committee's proposed disallowance of fees in the amount of $10,891.89 for professional services rendered and no reduction is warranted in Kleyr Grasso's out-of-pocket expense reimbursement request; and

WHEREAS, notwithstanding this Stipulation, the Third Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Kleyr Grasso hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Kleyr Grasso's request for interim compensation and reimbursement of expenses in the reduced amount of $54,979.70 in fees and $2,138.00 in expenses.

Dated: Madison, Wisconsin
August 2, 2011

                                          GODFREY & KAHN, S.C.

By:     /s/ *Katherine Stadler*
       Katherine Stadler
       GODFREY & KAHN, S.C.
       One East Main Street, Suite 500
       Madison, Wisconsin 53703
       Telephone: (608) 257-3911
       Facsimile: (608) 257-0609
       E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

       KLEYR GRASSO ASSOCIES

By:     /s/ *Marc Kleyr*
       Marc Kleyr, Managing Partner
       KLEYR GRASSO ASSOCIES
       *Avocats à la Cour*
       122, rue Adolphe Fischer
       L-2015 Luxembourg
       LUXEMBOURG
       Telephone: (352) 227 330-1
       Facsimile: (352) 227 332
       Marc.kleyr@kckg.com

6461376_2