GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

Katherine Stadler
Eric J. Wilson (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------- x

### STIPULATION BETWEEN WINDELS MARX LANE & MITTENDORF, LLP AND FEE COMMITTEE ON THE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP, SPECIAL COUNSEL TO THE DEBTORS, FOR COMPENSATION AND EXPENSES FOR THE PERIOD JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

**TO:    THE HONORABLE JAMES M. PECK**
**U.S. BANKRUPTCY JUDGE**

WHEREAS, on December 14, 2010, Windels Marx Lane & Mittendorf, LLP ("Windels")

filed the *Application of Windels Marx Lane & Mittendorf, LLP for An Interim Award of*

*Compensation and Reimbursement of Expenses for the Period June 1, 2010 Through September*

*30, 2010* (the "Fee Application") [Docket No. 13466] seeking interim compensation of

$336,613.72 for professional services rendered and reimbursement of out-of-pocket expenses in

the amount of $8,854.48;

WHEREAS, Windels has received from the Debtors 80 percent of the amounts invoiced

to the Debtors for professional services rendered and 100 percent of the amounts invoiced for

expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee*

*Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee*

*Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998],

counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has

reviewed the Fee Application and issued a Confidential Letter Report on April 18, 2011;

WHEREAS, the Fee Committee proposes disallowance of fees in the amount of

$3,913.00 for professional services rendered; and

WHEREAS, notwithstanding this Stipulation, the Fee Application remains subject to

notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of

Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Windels hereby stipulate and agree that the

Court may enter an order (to be submitted subsequently) approving Windels' request for interim

compensation in the reduced amount of $332,700.72 in fees and reimbursement of expenses in

the amount of $8,854.48.

Dated: Madison, Wisconsin
         October 24, 2011.

                                GODFREY & KAHN, S.C.


                         By:        /s/ *Katherine Stadler*
                                Katherine Stadler
                                GODFREY & KAHN, S.C.
                                One East Main Street, Suite 500
                                Madison, Wisconsin 53703
                                Telephone: (608) 257-3911
                                Facsimile: (608) 257-0609
                                E-mail: kstadler@gklaw.com

                                *Attorneys for Fee Committee*

                                WINDELS MARX LANE & MITTENDORF, LLP


                         By:        /s/ *Robert A. Rossi*
                                Robert A. Rossi
                                Windels Marx Lane & Mittendorf, LLP
                                156 West 56th Street
                                New York, NY 10019
                                Telephone: (212) 237-1179
                                Facsimile: (212) 262-1216
                                E-mail: rrossi@windelsmarx.com


7001524_1