GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Milwaukee, Wisconsin 53701-2719
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | x | |
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | x | |

**STIPULATION BETWEEN WOLLMUTH MAHER & DEUTSCH, LLP
AND THE FEE COMMITTEE REGARDING THE
FIRST INTERIM APPLICATION OF WOLLMUTH MAHER & DEUTSCH, LLP,
SPECIAL COUNSEL TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES
FOR THE PERIOD OCTOBER 1, 2010 THROUGH JANUARY 31, 2011**

**TO:    THE HONORABLE JAMES M. PECK
U.S. BANKRUPTCY JUDGE**

WHEREAS, on June 2, 2011, Wollmuth Maher & Deutsch, LLP ("Wollmuth") filed the

*First Interim Application of Wollmuth Maher & Deutsch, LLP as Special Counsel to the Debtors*

*and Debtors-in-Possession for Allowance of Compensation for Professional Services Rendered*

*and for Reimbursement of Actual and Necessary Expenses Incurred for the Period October 1,*

*2010 Through January 1, 2011* (the "First Fee Application") [Docket No. 17346] seeking interim

fees in the amount of $918,389.25 for professional services rendered and reimbursement of

out-of-pocket expenses in the amount of $34,270.94;

WHEREAS, Wollmuth has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses incurred during the period September 9, 2010 through January 1, 2011;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the First Fee Application, issued a Confidential Letter Report on August 3, 2011, and entered into a dialogue with Wollmuth regarding this application; and

WHEREAS, as a result of this dialogue, Wollmuth has agreed to accept the Fee Committee's proposed disallowance of fees in the amount of $33,464.00 for professional services rendered and $3,161.78 in Wollmuth's out-of-pocket expenses.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Wollmuth hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Wollmuth's request for interim compensation and reimbursement of expenses in the reduced amount of $884,925.25 in fees and $30,299.43 in expenses.

Dated: Madison, Wisconsin
   November 15, 2011

        GODFREY & KAHN, S.C.


     By:   /s/ *Katherine Stadler*
        Katherine Stadler
        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, WI 53703
        Telephone: (608) 257-3911
        Facsimile: (608) 257-0609
        E-mail: kstadler@gklaw.com


        *Attorneys for Fee Committee*

Dated: Newark, New Jersey
   November 7, 2011


        WOLLMUTH MAHER & DEUTSCH LLP


     By:   /s/ *James N. Lawlor*
        James N. Lawlor
        WOLLMUTH MAHER & DEUTSCH LLP
        One Gateway Center, Ninth Floor
        Newark, NJ  07102
        Telephone: (973) 733-9200
        Facsimile:  (973) 733-9292
        and
        500 Fifth Avenue
        New York, New York 10110
        Telephone:  (212) 382-3300
        Facsimile:  (212) 382-0050
        E-mail: jlawlor@wmd-law.com

7051430_1