

Attn: The Chambers of the Honorable James M. Peck
United States Bankruptcy Court Southern District of New York
One Bowling Green, New York,
New York 10004, Courtroom, 601
United States

Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.
Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York
New York 110153
United States

Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea D. Schwartz, Esq.)
Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor, New York
New York 10004
United States

Attn: Dennis F. Dunne, Esq., Dennis O' Donnell, Esq. and Evan Fleck, Esq.
Attorneys for the official committee of unsecured creditors
Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York
New York 10005

Ref.: Chapter 11 Case No. 08-13555 (JMP) – United States Bankruptcy Court Southern District of New York – Response to the Objection filed by the Debtors to disallow and expunge unsecured claim.

Dear Sirs,

1.  Myself, Gregorio Blasco Martín and Natividad Martínez García, are holders of a claim before the debtor Lehman Brothers Holdings Inc for an amount of $ 43,691.57 classified as unsecured (the "Claim") in the Case No. 08-13555 (JMP) regarding Lehman Brothers Holdings Inc., et al. (the "Debtors") held before the United States Bankruptcy Court, Southern District of New York (the "Court"). The Claim was duly filed before the Court on 30 October 2009.

2.  I have recently been served the notice of hearing on debtors' two hundred fifteenth omnibus objection to disallow and expunge certain filed proofs of claim whereby it was detailed that the Debtors had filed their Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Objection").

3.  In the above-referred Objection, the Claim is proposed to be disallowed and expunged. Hereby, **I state my opposition to the proposed disallowance and expungement of the Claim** according to the following merits:

    (i) The Claim is based that on January 25, 2007, the claimants, Gregorio Blasco Martín and Natividad Martínez García, purchased 30 securities called "5.75 % LEHMAN BROTHERS UK CAPITAL FUNDING IV" (ISIN XS0282978666), through the financial entity BNP Paribas as detailed in the Claim.

(ii) The total amount of the Claim was duly evidenced by means of the documentation enclosed to the Claim filed before the Court.

3. The address to which the Debtors must return any reply to this response, from now on, is the following:

C/ Marqués de Lozoya, 13, 4-A, Madrid, 28007, Spain.

4. The name, address and telephone number of the person possessing ultimate authority to reconcile, settle, or otherwise resolve the Claim, from now on, is the following:

Gregorio Blasco Martín
C/ Marqués de Lozoya, 13, 4-A, Madrid, 28007, Spain
Telephone Mobile number 0034609304623

Yours faithfully,

Gregorio Blasco Martín
Acting also on behalf of
Natividad Martínez García


