**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. |  |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO**
**BE REMOVED FROM SERVICE LISTS AND ELECTRONIC FILING NOTICES**

   PLEASE TAKE NOTICE that Stephen Zide hereby withdraws his appearance in the above-referenced case on behalf of Stonehill Institutional Partners, L.P and Stonehill Offshore Partners Limited and requests to be removed from the service lists and from the CM/ECF notice list. Please remove the name, mailing address and email addresses listed below from the mailing lists and the Court's electronic filing system for this case:

Stephen Zide, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9492
Fax: (212) 715-8000
E-mail: szide@kramerlevin.com

Dated: November 22, 2011
   New York, New York

               Respectfully submitted,

               KRAMER LEVIN NAFTALIS & FRANKEL LLP
               /s/ Stephen Zide
               Stephen Zide, Esq.
               1177 Avenue of the Americas
               New York, New York 10036
               Telephone: (212) 715-9100

KL2 2716824.1