Tally M. Wiener
**LAW OFFICES OF TALLY M. WIENER, ESQ.**
119 West 72nd Street, PMB 350
New York, NY 10023
(212) 574-7975 (Telephone)
(212) 496-4170 (Facsimile)
tally.wiener@thecomi.com

*Attorneys for Wong Chin Pang Alex*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re**                                                                         :
                                                                                        :    **Chapter 11 Case No.**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
                                                                                        :
                **Debtors.**                                                 :
-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on November 18, 2011, she timely caused the

*Response of Wong Chin Pang Alex to Two Hundred Sixteenth Omnibus Objection to*

*Disallow and Expunge Certain Filed Proofs of Claim [Docket No. 20105] and Joinder in*

*Objections Filed by Similarly Situated Claimants [Docket No. 22262]* to be sent via First

Class U.S. mail to:

Chambers of the Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004
Courtroom 601

Office of the United States Trustee for Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
        Andrea B. Schwartz, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq.
 Mark Bernstein, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne, Esq.
 Dennis O'Donnel, Esq.
 Evan Fleck, Esq.

Dated:  November 21, 2011

/s/ Tally M. Wiener
Tally M. Wiener
Law Offices of Tally M. Wiener, Esq.
119 West 72nd Street, PMB 350
New York, New York 10023
(212) 574-7975

2