UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re:                                                   :     Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :     Case No. 08-13555 (JMP)
                                                         :
                    Debtors.                             :     (Jointly Administered)
                                                         :
-----------------------------------------------------------------x

### Affidavit of Service

        I, Rebecca Logan, declare under penalty of perjury that I have served a copy of the Response of Nikesh Daryani, Neelam Daryani, Parasram Daryani and Vikas Daryani To The Debtors' Two Hundred Fourteenth Omnibus Objection to Claims upon the individuals listed in <u>Exhibit A</u>, attached hereto, by Federal Express.

Dated: New York, NY
       November 22, 2011

                                                       */s/ Rebecca Logan*_____
                                                       Rebecca Logan
                                                       1270 6th Avenue
                                                       Suite 2210
                                                       New York, NY 10016
                                                       212-332-8840

**Exhibit A**

The Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004


Weil, Gotshal & Manges LLP
Attn:   Robert J. Lemons, Esq.
        Mark Bernstein, Esq.
767 Fifth Avenue
New York, NY 10153


Office of the United States Trustee
Region 2
Attn:   Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
        Andrea B. Schwartz, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004


Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005