UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc. | Case No. 08-13555-jmp |
| Debtor. | |

-----------------------------------------------------------x

| | |
|---|---|
| The Carabetta Organization, Ltd., | |
| Plaintiff, | Adversary Proceeding |
| | No. 11- |
| -against- | |
| | **RULE 7007.1 STATEMENT** |
| Lehman Brothers Holdings Inc., and | |
| LB Summit Ridge 300 Schraffts Road, LLC, | |
| Defendants. | |

-----------------------------------------------------------x

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the undersigned counsel for The Carabetta Organization, Ltd., (a private non-governmental party) certifies that the following are corporations, other than governmental units, that directly or indirectly owns 10% or more of any class of the corporation's equity interests:

    NONE

Dated: New York, New York
       November 22, 2011

                        **LAW OFFICES OF DAVID CARLEBACH, ESQ.**

                        Attorneys for Plaintiff

                        By:    s/David Carlebach

                            David Carlebach, Esq. (DC-7350)
                            40 Exchange Place, Suite 1306

                            New York, New York 10005

                            (212) 785-3041