Nov 10, 2011

Chambers of the Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, NY 10004

Dear Sirs:

RE: My response to the notice to disallow and expunge my claim against Lehman Brothers Holdings Inc.

I am sending this response as required by the notice I received from the US Bankruptcy Court regarding the case against Lehman Brothers Holdings Inc.

1/ Name of Bankruptcy Court = United States Bankruptcy Court Southern District of New York
2/ Names of the Debtors = Lehman Brothers Holdings Inc and its affiliates
3/ Case Number = 08-13555 (JMP)
4/ Title of Objection = Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow Expunge Certain Filed Proofs of Claim
**5/     Name of Claimant = Peter and Rose Chan
        Claim Number = 41639
        Description of the basis for amount of claim =  Lehman Brothers bond $11,000.00**
 6/ Reason why claim should not be disallowed and expunged = This bond was issued by Lehman Brothers directly or indirectly through one of its entities and we bought this bond based on the credibility of Lehman Brothers honoring their debt obligations.  The court should uphold the claims of all common retail investors who bought these bonds in good faith.  We are fighting for our claim against an army of Wall Street lawyers, with the burden of proof being put on us -- this in itself is unfair when we do not have the tools and finances to fight and be adequately represented.  Allowing the debtors to not pay their debts is immoral and unethical and further shows why there is an Occupy Wall Street movement going on.
7/ Proof of claim = Attached account statement showing the bond holding in our account.
8/ Address = please use the address on our proof of claim to respond to us.
9/ Name/address/phone of contact person = please use the name/address shown on our account statement to contact us.

Thank you for your help in this case.

Sincerely,
**Peter and Rose Chan**

