**BUCHANAN INGERSOLL & ROONEY PC**
620 Eighth Ave., 23rd Floor
New York, NY 10018
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling (WS-6322)
Christopher P. Schueller (CS-9525)
Donald E. Malecki
Timothy P. Palmer
Zakarij O. Thomas

*Attorneys for Greenbrier Minerals Holdings, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF GREENBRIER MINERALS
HOLDINGS, LLC TO THIRD AMENDED JOINT CHAPTER 11 PLAN**

Greenbrier Minerals Holdings, LLC ("Greenbrier"), by and through its undersigned counsel, Buchanan Ingersoll & Rooney PC, hereby withdraws the Objection (the "Objection") to the Third Amended Joint Chapter 11 Plan dated August 31, 2011 (the "Plan") of Lehman Brothers Holdings, Inc. and its affiliated debtors (collectively, the "Debtors") filed on November 4, 2011 (Docket No. 21577).

Dated: November 22, 2011        **BUCHANAN INGERSOLL & ROONEY PC**

/s/ Christopher P. Schueller
William H. Schorling, Esquire (WS-6322)
Christopher P. Schueller (CS-9525)
Donald E. Malecki, Esquire
Timothy P. Palmer, Esquire
Zakarij O. Thomas, Esquire
620 Eighth Ave., 23rd Floor
New York, NY 10018
 (212) 440-4400 - Telephone
 (212) 440-4401 - Facsimile

Counsel for Greenbrier Minerals Holdings, LLC