WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (JMP)
                                                              :
                    Debtors.                              :    (Jointly Administered)
                                                              :
---------------------------------------------------------------------x

**SUPPLEMENTAL ORDER REINSTATING CLAIM**

WHEREAS Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' One Hundred and Eighty Sixth Omnibus Objection to Claims (Misclassified Claims)*, dated September 9, 2011, ECF No. 19816 (the "One Hundred and Eighty Sixth Omnibus Objection to Claims"), against claim numbers 18514, and 18483 (the "Deutsche Bank National Trust Company Claims"), and claim number 18528 (the "Deutsche Bank Trust Company Americas Claim" and together with the Deutsche Bank National Trust Company Claims, the "Claims") which were filed by Deutsche Bank Trust Company and Deutsche Bank Trust Company Americas (the "Claimants"), respectfully;

WHEREAS the One Hundred and Eighty Sixth Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedures, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim, ECF No. 6664 (the "Procedures Order"), to reclassify the Claims as general unsecured claims on the grounds that, while such claims assert that all or a portion of such claims are secured claims under section 506 of the Bankruptcy Code, such claims do not articulate any valid basis for treatment as secured claims, all as more fully described in the One Hundred and Eighty Sixth Omnibus Objection to Claims;

WHEREAS the Debtors granted an adjournment of the deadline for the Claimants to file a response to the One Hundred and Eighty Sixth Omnibus Objection to Claims until November 16, 2011, however, the Debtors inadvertently included the Claims on the exhibit to the order granting the One Hundred and Eighty Sixth Omnibus Objection to Claims;

WHEREAS the Court held a hearing on October 27, 2011 (the "Omnibus Hearing") to consider the relief requested in the One Hundred and Eighty Sixth Omnibus Objection to Claims;

WHEREAS the Court entered an order on October 28, 2011, ECF No. 21371, granting the relief requested in the One Hundred and Eighty Sixth Omnibus Objection to Claims (the "Order"), which, among other things, reclassified the Claims as general unsecured claims;

**IT IS HEREBY**:

ORDERED that the Claims are reinstated on the Debtors' official claims register (the "Claims Register") as secured claims, as defined in section 506 of the Bankruptcy Code, against Lehman Brothers Holdings, Inc., as opposed to general unsecured claims; and it is further

2

ORDERED that the rights of the Debtors and any other party in interest to object to the Claims on any grounds are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that other than with respect to the Claims, this Supplemental Order shall have no affect on the claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: New York, New York
       November 22, 2011

                                          *s/ James M. Peck*
                                          Honorable James M. Peck
                                          United States Bankruptcy Judge