REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' TWO HUNDRED NINTH OMNIBUS OBJECTION TO PORTIONS OF CLAIM NOS. 29883 AND 29879 FILED BY CITIBANK, N.A. AND CITIGROUP GLOBAL MARKETS, INC.

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Ninth Omnibus Objection to Portions of Claim Nos. 29883 and 29879 filed by Citibank, N.A. and Citigroup Global Markets, Inc. [Docket No. 20030] that was scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 21, 2011 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

605682

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  November 22, 2011

                                                */s/* Michael A. Rollin
                                                Michael A. Rollin
                                                REILLY POZNER LLP
                                                1900 16th Street, Suite 1700
                                                Denver, Colorado 80202
                                                Telephone: (303) 893-6100
                                                Facsimile: (303) 893-6110

                                                Attorneys for Debtors
                                                and Debtors in Possession

605682