Ip Lam Sang &/or Tse Siu Mui
Block 5C 11/F Phoenix Court
39 Kennedy Road
Hong Kong

United States Bankruptcy Court
Southern District of New York

Re: Lehman Brothers Holdings Inc., et al., : Chapter 11 Case No. 08-13555(JPM)
    Debtors : (Jointly Administered)

To: The Chambers of the Honorable James M. Peck,
    One Bowling Green, New York,
    New York 10004,
    Court Room 601

To: Attorneys for the Debtors
    Weil Gotshal & Manges LLP,
    767 Fifth Avenue, New York,
    New York 10153
    Attn: Robert J. Lemons, Esq. And Mark Bernstein, Esq.

To: The Office of the United States Trustee for Region 2,
    33 Whitehall Street, 21st Floor, New York,
    New york 10004
    Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.

To: Milbank, Tweed, Hadley & McCloy LLP,
    1 Chase Manhattan Plaza, New York,
    New York 10005
    Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

Objection to Debtors' Two Hundred Fourteenth Omnibus Objection
No Liability Claim

1. We are holders of Lehman Brothers Bond and as such are creditors of LBHI.
2. LBHI has no right to reject our claim by revoking guarantees signed.
3. Our claim no matter how subordinate is valid and should be entitled to distributions from LBHI's estates.

Dated: Nov 4, 2011

Ip Lam Sang    Tse Siu Mui

P.S. Ip Lam Sang's Tel # HK 852-95865355
                          852-25755136


RECEIVED NOV 14 2011