November 7, 2011

Clerk of the Court
United States Bankruptcy Court
Alexander Hamilton Customs House, Courtroom 601
One Bowling Green
New York, N.Y. 10004

RE: Settlement agreement regarding Lehman Healthcare Trust

I am writing to express my opposition to the proposed settlement of the above motion as contained in a letter I received dated October 21, 2011. I feel that when the trust was established and $95 million dollars was made available to the recipients of these moneys that we could assume it would be available until exhausted. Now all of a sudden the plan is to take back $25million, and I do not think that is fair. It has been difficult enough for many of us to deal with the unanticipated bankruptcy of Lehman Brothers, and this proposed settlement just adds to the burden. The amount of money is more meaningful to the covered retirees and former disabled employees, than it is to the larger claims of other creditors.

I spent 25 years with Lehman Brothers, and as proof of my service please find enclosed a copy of a certificate received honoring those 25 years.

Respectfully Submitted,

William J. Munro
1406 Grant Rd.
Northbrook, Il. 60062

