WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------------x

                                          :

**In re**                                  :        **Chapter 11 Case No.**

                                     :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**

                                     :

                        **Debtors.**    :        **(Jointly Administered)**

                                     :

----------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF  DEBTORS'**
**ONE HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION**
**TO CLAIMS (DUPLICATIVE LPS CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

        **PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Eighty-

Eighth Omnibus Objection to Claims (Duplicative LPS Claims) (the "Objection"), that was

scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been**

**adjourned, solely as to the claims listed on Exhibit A attached hereto, to December 21, 2011**

**at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may

be heard.  The Hearing will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601, and such Hearing may be further adjourned from time to time without further

notice other than an announcement at the Hearing.

Dated: November 22, 2011
      New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone:  (212) 310-8000
                    Facsimile:   (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Mitsui Securities, Co., Ltd. | 62852 | 20825 |
| Horizon II International Limited | 62720 | 22005 |
| Agricultural Bank of Taiwan | 65952 | N/A |