UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :    08-13555 (JMP)
                                                  :
                    Debtors.                      :    (Jointly Administered)
                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

James Daloia, being duly sworn, deposes and says, under the penalty of perjury:

1. I am a Consultant at Epiq Bankruptcy Solutions, LLC, ("Epiq"), located at 757 Third Avenue, New York, New York 10017. I am authorized to submit this affidavit on behalf of Epiq. I am over the age of eighteen years and am not a party to the above-captioned action. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. On November 18, 2011, I caused to be served the following:

    a. Notice of Ineffective Election, a copy of which is attached hereto as Exhibit A.

3. I caused true and correct copies of the above document to be served via overnight mail, to the parties listed on Exhibit B.

4.        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
James Daloia

SUBSCRIBED AND SWORN TO BEFORE ME
this 22nd day of November, 2011.

_____
Notary Public

ELI PETPIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6176879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 6/26/2013

**Exhibit A**

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**epiq** SYSTEMS

Date:       11/18/2011

Re:       LEHMAN BROTHERS HOLDINGS INC.

To Whom It May Concern:

Please take note that you are receiving this notice because your Convenience Class Election in Item 3 of the attached ballot is ineffective for the following reason(s):

__X__       Ballot was unsigned or did not contain an original signature.

_____       Other: _____

_____

Pursuant to sections 1.34 and 1.35 of the Debtors' chapter 11 plan, electing to have your claim included in the Convenience Class will result in the reduction of the asserted amount of your unsecured claim to $50,000. Such amount will represent the fully liquidated amount of your unsecured claim. The Debtors reserve the right to object to your claim on all grounds and such election does not ensure that your claim will ultimately be allowed at this amount, or at all.

**IN ORDER TO HAVE YOUR ELECTION COUNT, PLEASE SIGN AND RETURN THE ATTACHED BALLOT SO THAT IT IS RECEIVED WITH THE ORIGINAL SIGNATURE BY 4:00 PM, PREVAILING EASTERN TIME, ON OR BEFORE NOVEMBER 30, 2011. RETURN YOUR BALLOT TO:**

Lehman Brothers Holdings, Inc.
c/o Epiq Bankruptcy Solutions, LLC
Attn: Solicitation Group
757 Third Avenue, 3rd Floor
New York, NY 10017

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Exhibit B**

DE LORIJ - VA DERUT, P.J.
WElJEN 39
NISTELRODE 538 NETHERLA DS

HARCH, JEAN-PAUL
I. REDOlITE WEE
DALHEIM L-5687 LUXEMBOURG