Blas Perez Garcia
C/Aguere 13-8A, Edf. Torre Cristal II
S/C de Tenerife, 38005 SPAIN

October 30, 2011

**HONORABLE JAMES M. PECK**
**ONE BOWLING GREEN, NEW YORK**
**NEW YORK 10004, COURTROOM 601**

CASE NUMBER: **CHAPTER 11 CASE NO. 08-13555 (JMP)**

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>PEREZ GARCIA, BLAS<br>C/AGUERE 13-8A, EDF TORRE CRISTAL II<br>S/C DE TENERIFE, 38005 SPAIN<br>Telephone: 34-922.207175 | Claim Number: 57034<br>Date Filed:    10/30/2009<br>Debtor:    08-13555<br>Classification and Amount: UNSECURED: $21,704.68 |

On September 16, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Objection) with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The Objection requests that the Bankruptcy Court disallow and expunge my claim listed above.

I OPPOSE the disallowance and expungement of my claim. I enclose the following documentation:

- Lehman Securities Programs Proof of Claim
- Certificate of Lloyds Bank International S.A.U. (Madrid, Spain)

October 30, 2011

BLAS PEREZ GARCIA
C/Aguere 13, 8A, Edf. Torre Cristal II
S/C de Tenerife, 38005 SPAIN

RECEIVED
NOV 14 2011
U.S. BANKRUPTCY COURT, SDNY

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM





MAILID *** 0004914091 ***

**** LBH CLMLTR (MERGE2.TXNUM2) 4000103634 ****

PEREZ GARCIA, BLAS
C/AGUERE 13 - 8 A EDF TORRE CRISTAL II
S/C DE TENERIFE, 38005 SPAIN

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | PEREZ GARCIA, BLAS |
| Date Received: | 10/30/2009 |
| Claim Number: | 57034 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII** can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**



Lloyds Bank International, S.A.U.
Serrano, 90
28006 Madrid
Apartado Postal 64
28080 Madrid
SWIFT: LOYIESMM
www.lloydsbankinternational.es

Madrid, 18th October 2011

We, Lloyds Bank International, S.A.U., in Madrid (Spain), hereby CERTIFY that on 18/10/2011, acting as custodian, we hold on behalf of our customer/s **Blas Pérez García and Alicia Juana de Sahágun Ojeda Gómez**, the securities described below:

| SECURITY NAME: | LEHMAN BROS UK 5,75 |
|---|---|
| ISIN CODE: | XS0282978666 |
| PURCHASE DATE: | 10.04.2007 |
| SHARES NUMBER: | 15 |
| PRINCIPAL AMOUNT: | 15,000 |

Lloyds Bank International, S.A.U.

Authorised signature          Authorised signature