*Maria Agueda Mateos Escudero*
Avda. Jose Mesa y Lopez, 15, 5E
E-35006 Las Palmas de Gran Canaria
SPAIN
Tel: +34 928242658
eMail: arima70es@yahoo.es

2011, November 01

## Response to Objection
### I oppose the disallowance and expungement of my claim

i)

Bankruptcy court:

United States Bankruptcy Court
Southern District of New York

Debtors:

Lehman Brothers Holdings Inc., et al.,

Case number:

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

Title of the Objection:

Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim

ii)

Name of claimant:

Mateos Escudero, Maria Agueda

Description of the basis for the amount of the claim:

| | |
|---|---|
| Claim Number: | 46683 |
| Date Filed: | 10/26/2009 |
| Debtor: | 08-13555 |
| Classification and Amount: | Unsecured: $ 283,020.00 |

iii)

My claim should not be disallowed and expunged for the reasons set forth in the Objection, due to the following facts:

In January 2007 I invested the practical totality of my savings in this product that Banco Español de Crédito, S.A., Spain recommended to me as a secure fixed-rate investment, trusting the <u>Guarantee by one of the most prestigious financial institutions in the world, with a AAA rating</u>: the Debtors.

The Prospectus specifies that the Issuer was formed on the aforementioned date in order to provide funding for the Debtors, using the capital to acquire the Debtors' Subordinate Notes.

RECEIVED
NOV 14 2011

*Maria Agueda Mateos Escudero*
Avda. Jose Mesa y Lopez, 15, 5E
E-35006 Las Palmas de Gran Canaria
SPAIN
Tel: +34 928242658
eMail: arima70es@yahoo.es

The dissolution of the Issuer in June 2010, which none of the parties had communicated to me until this Objection, was a direct consequence of the bankruptcy of the Debtors in September 2008. Therefore the dissolution of the Issuer should not terminate the Debtors' Guarantee as if the Debtors were not at fault.

I respectfully request the rejection of the Debtors' Objection to my claim, and that their Guarantee be fully enforced to cover the debt I acquired from the Issuers.

Dated:   November 01, 2011
         Las Palmas de Gran Canaria, Spain

_____
Maria Agueda Mateos Escudero

iv) no additional documentation or further evidence required

v) Address to which the Debtors must return any reply:

   Maria Agueda Mateos Escudero
   Avda. Jose Mesa y Lopez, 15, 5E
   E-35006 Las Palmas de Gran Canaria
   SPAIN

vi)
   Name:    Mateos Escudero, Maria Agueda

   Address: Avda. Jose Mesa y Lopez, 15, 5E
            E-35006 Las Palmas de Gran Canaria
            SPAIN

   Telephone number:   +34 928242658
   E-mail address:     arima70es@yahoo.es