UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :    (Jointly Administered)
                    Debtors.                :
                                            :
------------------------------------------------------------------x    Ref. Docket No. 22037

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 16, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ *Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
22nd day of November, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    GOLDMAN SACHS & CO.
               TRANSFEROR: CLARIDEN LEU LTD
               ATTN: ANDREW CADITZ
               30 HUDSON STREET, 36TH FLOOR
               JERSEY CITY NJ 07302

Additional:

Transferee:    ELLIOTT INTERNATIONAL, L.P.
               C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
               40 WEST 57TH STREET
               NEW YORK NY 10019

**Your transfer of claim # 55813-14 is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number 22037                    Date 11/14/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 17, 2011.

# EXHIBIT B

```
TIME: 18:33:10                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 11/17/11                                CREDITOR LISTING

Name                             Address
ELLIOTT INTERNATIONAL, L.P.      C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS & CO.              TRANSFEROR: CLARIDEN LEU LTD ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302

Total Number of Records Printed     2

                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```