**To: Weil Gotshal&MAnges LLP**
   **767 Fifth Avenue**
   **New York**

Dear Yours,

I don't agree with the disallowance and expungement of my claim, for this reason I write a response to the Objection.

In order that you have all the details I write you the following:

**Creditor name:**

SANTIAGO JIMENEZ CASADO

**Creditor's adress:**
C/ MALDONADO 56, 4C
MADRID
28006
SPAIN

**Name of the Bankruptcy Court:**
US BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK 1004

**Name of the Debtor:**
LEHMAN BROTHERS HOLDINGS INC.

**Number of Debtor:**
08-13555

**Classification and amount:**
UNSECURED: $ 138,909.94



RECEIVED
NOV 10 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

**Why the claim should not be disallowed:**

I don't admit the non-liability of the debtor. The amount at the time provided is sufficiently large for the liquidation of assets can not meet the payment

I think it is necessary to justify why my claim is rejected because it does not have strong arguments, only an intention of not wanting to assume responsibility

At the time I decided to invest the amount mentioned above, under the assumption that the company was solvent with a high rating. I believe that the debtor acted fraudulently concealing information and lying on their balance sheets so that gave us a misleading picture of the real situation

Based on a real deception, I demand you take responsibility appropriate to the debtor and he will be returned if not all, for the most part, the amount invested

Best regards,

Santiago Jimenez Casado

```
                CONSULTAS MAESTRO OPERACIONES VIGENTES (Inversiones Extranjeras)
------------------------------------- DATOS GENERALES -------------------------------------
                                                                Moneda: EUR   Título: A.PREF.NOM
  Orden:         73039   Suc: 0000   Operac: ▓▓▓▓▓▓
  Titular ......:  ▓▓▓▓▓▓  JIMENEZ CASADO, SANTIAGO
  Fecha Operació: 24/01/2007   Emisor ....: LEHMAN BROS UK CAP. FUND
  Fecha Emisión : 25/01/2007   Clase valor: ACCIONES PREFER.CONTRAT.POR NOMINAL
  Fecha Vencto. : 25/01/2107   Tipo Operac: INVERSION
  Tipo amortizac: AN ANTICIPADA       (F9=Ver Fechas)
----------------------------------- DATOS DE LA EMISION -----------------------------------
  Código ISIN : XS0282978666   Cedel: 028297866   Cotiz.: LUXEMBURGO
  Tipo Interés:    5,75000     Custodia: CEDEL
  Denominación:            1.000,00000   Fecha(S) Pago: 25/04
---------------------- DATOS OPERACION CONTRATADA EN MONEDA EMISION ----------------------
                                                       Nominal :      96.000,00000
  Número Títulos:        96,0000000
                                       Mon.: EUR  Efectivo:           95.376,00
  Precio contrat:        99,3500000
                                                  Intereses :              60,49
  Precio mercado:        99,3500000
                                                  Tot.Pagado:          95.436,49
  Fecha valor ..: 29/01/2007
--------------------- DATOS OPERACION CONTRATADA EN MONEDA COTIZACION --------------------
                                       Mon.:      Efectivo:
  Precio cotiz. :
-------------------- DATOS ACTUALIZADOS CON ULTIMO PRECIO OBTENIDO ----------------------
                                                                              9,60
  Precio actual :         0,0100000   Mon.: EUR   Efe.act.:
                                                                          4.062,64
  Fecha precio .: 14/01/2010          Valor actual (inc.cupón):

        Intro=Continuar          F7=Retorno          F8=Consulta Transferencia
```