To: Weil Gotshal&MAnges LLP
767 Fifth Avenue
New York

Dear Yours,

I don't agree with the disallowance and expungement of my claim, for this reason I write a response to the Objection.

In order that you have all the details I write you the following:

**Creditor name:**
MARIA DEL CARMEN JIMENEZ CASADO

**Creditor's adress:**
c/ Oña, 183- 5 2
28050
MADRID
SPAIN

**Name of the Bankruptcy Court:**
US BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK 1004

**Name of the Debtor:**
LEHMAN BROTHERS HOLDINGS INC.

**Number of Debtor:**
08-13555

**Claim number:**
41120

**Classification and amount:**
UNSECURED: $ 211,258,86



RECEIVED
NOV 1 0 2011
U.S. BANKRUPTCY COURT, SDNY

## Why the claim should not be disallowed:

I don't admit the non-liability of the debtor. The amount at the time provided is sufficiently large for the liquidation of assets can not meet the payment

I think it is necessary to justify why my claim is rejected because it does not have strong arguments, only an intention of not wanting to assume responsibility

At the time I decided to invest the amount mentioned above, under the assumption that the company was solvent with a high rating. I believe that the debtor acted fraudulently concealing information and lying on their balance sheets so that gave us a misleading picture of the real situation

Based on a real deception, I demand you take responsibility appropriate to the debtor and he will be returned if not all, for the most part, the amount invested

Best regards,

Maria del Carmen Jimenez Casado

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                            :   Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :   08-13555 (JMP)
                                                 :
                Debtors.                         :   (Jointly Administered)
                                                 :
-----------------------------------------------------------x

LBH OMNI 213 09-16-2011 (MERGE2,TXNUM2) 4000087994 BAR(23) MAIL ID *** 000051599702 *** BSIUSE: 376

JIMENEZ CASADO, MARIA DEL CARMEN
C/ ONA, 183 - 5 2
MADRID, 28050 SPAIN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JAE KIM, ESQ., AT 212-310-8325.**

NOTICE OF HEARING ON DEBTORS' TWO HUNDRED THIRTEENTH OMNIBUS OBJECTION
TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>JIMENEZ CASADO, MARIA DEL CARMEN<br>C/ ONA, 183 - 5 2<br>MADRID, 28050 SPAIN | **Claim Number:** 41120 |
| | **Date Filed:** 10/19/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 211,258.86 |

PLEASE TAKE NOTICE that, on September 16, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, IN ITS ENTIRETY on the ground that the Debtors have no liability for the claim. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 11, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

------------------------------------- DATOS GENERALES -------------------------------------

**Orden:**       73827   **Suc:** 0000   **Operac:** 107486   **Moneda:** EUR   **Título: A.PREF.NOM**

**Titular ......:**  ▓▓▓▓▓▓  JIMENEZ CASADO, MARIA DEL CARMEN

**Fecha Operació:** 14/02/2007   **Emisor ....:** LEHMAN BROS UK CAP. FUND

**Fecha Emisión :** 25/01/2007   **Clase valor:** ACCIONES PREFER.CONTRAT.POR NOMINAL

**Fecha Vencto. :** 25/01/2107   **Tipo Operac:** INVERSION

**Tipo amortizac:** AN ANTICIPADA      **(F9=Ver Fechas)**

------------------------------------- DATOS DE LA EMISION -------------------------------------

**Código ISIN :** XS0282978666   **Cedel:** 028297866   **Cotiz.:** LUXEMBURGO

**Tipo Interés:**   5,75000   **Custodia:** CEDEL

**Denominación:**        1.000,00000          **Fecha(S) Pago:** 25/04

------------------------------ DATOS OPERACION CONTRATADA EN MONEDA EMISION ------------------------------

**Número Títulos:**    146,0000000      **Nominal :**         146.000,00000

**Precio contrat:**     99,4000000   **Mon.:** EUR   **Efectivo:**         145.124,00

**Precio mercado:**     99,4000000           **Intereses :**            575,00

**Fecha valor ..:** 19/02/2007           **Tot.Pagado:**         145.699,00

------------------------------ DATOS OPERACION CONTRATADA EN MONEDA COTIZACION ------------------------------

**Precio cotiz. :**              **Mon.:**      **Efectivo:**

------------------------------ DATOS ACTUALIZADOS CON ULTIMO PRECIO OBTENIDO ------------------------------

**Precio actual :**      0,0100000   **Mon.:** EUR   **Efe.act.:**              14,60

**Fecha precio .:** 14/01/2010   **Valor actual (inc.cupón):**       6.178,60

---

**Intro=Continuar**          **F7=Retorno**          **F8=Consulta Transferencia**