David W. Kelly
PO Box 1083
Truro, MA 02666
(508) 487-4255

The Hon. James M. Peck
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Alexander Hamilton Customs House-Courtroom 610
One Bowling Green
New York, NY 10004

    Re: Consideration of Lehman Brothers Health Coverage
    Former Lehman Brothers Employee, PBGC-Case# 2129180

Dear Judge Peck:

I am a retiree from Lehman Brothers and recently received a letter indicating that VEBA will continue to pay premiums under the existing Aetna plan until "the Veba funds have been exhausted or Aetna discontinues the Aetna plan.It also says that, 'LBHI and LBI will not make any contributions to the Veba , and LBHI is not reinstating the Group Benifits Plan or undertaking any obligation to fund retiree and long-term disability Benifits. Such cost remain the sole obligation of the individuals."
I am 82 and my wife is 77. To lose our coverage at this stage of our life could be a truly tramatic problem. I underwent open chest surgery in March of this year and without coverage the event would have been devastating!
I do not fully understand the reduction of the VEBA balance of $37 million by the transfer of $25 million for past payments by LBHI,leaving only $12 million for current and future payments.
I would ask the Court to do what is possible to not burden us further with increased medical cost in addition to our already shakey pension!
Thank you for your cosideration.

Repectfully,

David W.Kelly

11/8/11



RECEIVED
NOV 10 2011
U.S. BANKRUPTCY COURT, SDNY
JMP