1548 SW Mockingbird Circle
Port Saint Lucie, FL 34986
November 6, 2011

The Honorable James M. Peck
One Bowling Green
New York, NY 10004
Courtroom 610



Dear Judge Peck:

Please consider this my objection to the "**Notice of Motion and Settlement Agreement Regarding Lehman Health Care Trust**" dated October 21, 2011.

Although the Notice indicated that written objections must be filed with the Clerk of the Court, as well as courtesy copies to you, Weil, Gotshal & Manges, and Hughes Hubbard & Reed LLP, the document does not provide the address for the Clerk of the Court. Therefore, I am writing directly to you so that you are aware of this and, by way of this letter to you, I hereby file my objection.

I was a loyal employee of Lehman Brothers from January 1978 until my retirement in June 2003. Upon retirement, I was informed that I would receive Retirees' Health Care Benefits **forever** for which I would pay a monthly premium to Aetna.

Obviously, no one anticipated that Lehman would file for bankruptcy on September 15, 2008. However, Lehman had a balance sheet of $500 billion at that time. I find it hard to believe that creditors and bankruptcy attorneys will soak up Lehman's entire holdings without leaving enough money to pay for the health care coverage for Lehman's loyal retirees.

Therefore, I respectfully request that your Honor rule that funds be made available to continue coverage to those of us who fall under this plan until we have all passed away. For many of us, finding employment in our late 60's and 70's – and even 80's – in order to get health care coverage is simply impossible, especially with unemployment at its current 9.1% level. And for many of us, purchasing health care coverage now at our advanced ages, and with pre-existing conditions, is prohibitively expensive and will certainly bankrupt many of us! Is the bankruptcy of innocent retirees the intended consequence of the **Motion and Settlement Agreement Regarding Lehman Health Care Trust?**

Should the most vulnerable of us be punished for Lehman's bankruptcy by an arbitrary settlement? I hope Your Honor will set aside enough funds to fully pay for the Retirees' Health Care Benefits until all the Lehman retirees have passed away.

The Honorable James M. Peck
November 6, 2011
Page Two


Furthermore, it is my understanding that Lehman Brothers remains in existence to this day and will survive its bankruptcy in one form or another. It is further my understanding that the Retirees' Health Care Benefits was to remain in existence as long as Lehman Brothers remained in existence. Since Lehman still exists, the Retirees' Health Care Benefits should as well.

We Lehman retirees, who had long and proud careers with the firm, are now vilified as greedy and are blamed for the financial crisis that started in 2008. But we were simply secretaries and back-office clerks who were not in decision-making positions, and were just trying to make a living at what we thought was one of the best firms on Wall Street. We did everything right by working hard and being loyal. Yet the demise of this once venerable firm has caused us enormous psychological pain. Please do not inflict monetary pain on us as well.

The events of 2008 cannot be changed; however, you can change the fate of the Lehman retirees, and I respectfully respect that you please – **PLEASE** – consider our plight.

Thank you, Judge, for your careful consideration of this request.

Most sincerely,

Armita M. Fucci