**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| *In re* | ) | Chapter 11 |
|  | ) |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (JMP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### ORDER GRANTING MOTION PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001 TO LIFT THE AUTOMATIC STAY TO PERMIT WALWILHAL ASSOCIATES, LLC TO PROSECUTE CERTAIN CAUSES OF ACTION IN STATE COURT

Upon the Motion, dated November 22, 2011 and its supporting declaration and exhibits (the "Motion"), of Walwilhal Associates, LLC ("Walwilhal"), for entry of an order granting relief from the automatic stay pursuant to Section 362(d)(1) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") to permit Walwilhal to file, prosecute and obtain judgment on causes of action arising under state law (the "State Court Claims") in the Supreme Court of the State of New York, County of New York ("State Court"), against debtor Lehman Brothers Holdings Inc. ("LBHI"), or its State Court-appointed Receiver; and due and proper notice of the Motion having been given; and the Motion having come on for a hearing on December 14, 2011; and the Court having read and considered the Motion, objections to the Motion, if any, and arguments of any counsel at the hearing; and after due deliberation, and sufficient cause appearing to grant the requested relief; it is

**ORDERED,** that the Motion is granted as provided in this Order; and it is further

**ORDERED,** that objections to the Motion, if any, that have not been withdrawn are overruled; and it is further

**ORDERED,** that the automatic stay imposed in these Chapter 11 Cases by Section 362(a) of the Bankruptcy Code is modified in accordance with Section 362(d)(1) of the Bankruptcy Code to allow Walwilhal to file, prosecute and obtain judgment on the State Court Claims against LBHI or its State Court-appointed Receiver (as defined in the Motion) either (i) through the commencement of a plenary action in State Court or (ii) through the intervention in a pending, post-petition civil proceeding commenced by LBHI in State Court to foreclose on certain real property; and it is further

**ORDERED,** that, except as otherwise provided by this Order, the State Court Claims shall be finally determined and adjudicated in State Court (including any appeals); and it is further

**ORDERED,** that, except as otherwise provided by this Order, the relief granted by this Order is without prejudice to any and all claims, causes of action, rights, entitlements, and defenses available to each of the parties under applicable law and rules of procedure in the State Court and in any appeals from any order(s) or judgment(s) that may be entered therein; and it is further

**ORDERED,** that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: December ___ , 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE