WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                      :
In re                                                 :     **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :     **08-13555 (JMP)**
                                                      :
                                    **Debtors.**      :     **(Jointly Administered)**
                                                      :
                                                      :
------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT
## OF DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION
## TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Thirty-Fifth Omnibus

Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for

October 27, 2010, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as

to certain Valued Derivative Claims to November 30, 2011, at 10:00 a.m. (Prevailing Eastern

Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A**

**attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the

"Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  November 22, 2011
　　　　New York, New York

　　　　　　　　　　　/s/ Robert J. Lemons
　　　　　　　　　　　Robert J. Lemons
　　　　　　　　　　　Penny P. Reid
　　　　　　　　　　　Ralph Miller
　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　*Attorneys for Debtors
　　　　　　　　　　　and Debtors in Possession*

## Exhibit A

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| IKB International SA | 32732 |
| IKB International SA | 32733 |
| Lincore Limited | 17559 |
| Lincore Limited | 17560 |
| The Morningside Ministries Foundation, Inc. | 26067 |
| The Morningside Ministries Foundation, Inc. | 26070 |