# EXHIBIT B

ECB Violation Details



Buildings

Page 1 of 2

NYC Department of Buildings

**ECB Violation Details**

Filed At: 45 BROAD STREET , MANHATTAN , NY 10004

Community Board: 101

VIOLATION OPEN

Premises: 43 BROAD STREET MANHATTAN

BIN: 1000822    Block: 25    Lot: 7

**ECB Violation Summary**

ECB Violation Number: 34582245M

Severity: HAZARDOUS

Certification Status: CERTIFICATE PENDING

Hearing Status: IN VIOLATION

Penalty Balance Due: $0.00

**Respondent Information**

Name:    SWIG EQUITIES

Mailing Address:    415-A MEACHAM AVE , ELMONT , NY 11003

**Violation Details**

| Violation Date: | 10/02/2007 | Violation Type: | SITE SAFETY |
|---|---|---|---|
| Served Date: | 10/02/2007 | Inspection Unit: | BEST SQUAD |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| BM3 | 27- | MISCELLANEOUS HPD DEMOLITION VIOLATION |

Specific Violation Condition(s) and Remedy:
FAILURE TO PROVIDE WEATHER PROOFING INTEGRITY OF ADJOINING BLDG. NOTEUPON INSPECTION OF THE
ABOVE ADDRESS WEATHER PROOFING AT NORTH WALL 8TH STORY TO GROUND LEVEL ALSO SOUTH WALL 8TH
STORY TO GROUND LEVEL IS

Issuing Inspector ID:

Issued as Aggravated

Level:    MULTIPLE OFFENSE

DOB Violation Number: 1002207CSSTSC01

## Dept. of Buildings Compliance Information

Certification Status:            CERTIFICATE PENDING

Compliance On:

Certification Submission Date:            10/26/2011

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

| | | | |
|---|---|---|---|
| Scheduled Hearing Date: | 08/14/2008 | Hearing Status: | IN VIOLATION |
| Hearing Time: | 8:30 | | |

## ECB Penalty Information

Penalty Imposed:            $1,250.00

Adjustments:            $0.00

Amount Paid:            $1,250.00

Penalty Balance Due:            $0.00

## ECB Violation History

Compliance Events

| Hearing Events | |
|---|---|
| Hearing Assigned On: | 09/16/2010 |
| Adjourned: | 06/05/2008 |
| Default: | 12/04/2007 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details



NYC Department of Buildings

## ECB Violation Details

Filed At: 45 BROAD STREET , MANHATTAN , NY 10004
Community Board: 101

**VIOLATION OPEN**

Premises: 43 BROAD STREET MANHATTAN
BIN: 1000822    Block: 25    Lot: 7

### ECB Violation Summary

ECB Violation Number: 34714977J
Severity: CLASS - 1

Certification Status: CERTIFICATE PENDING
Hearing Status: IN VIOLATION
Penalty Balance Due: $1,600.00

### Respondent Information

Name:                                LJC DISMANTLING CORP
Mailing Address:            415A MEACHAM AVE , ELMONT , NY 11003
License/Registration/Tracking Number:    GC16506

### Violation Details

Violation Date:    11/11/2008    Violation Type:    Standard Description
Served Date:    11/11/2008    Inspection Unit:    BEST SQUAD

Infraction Codes    Section of Law
106    27-/28-/BC-MISC    MISCELLANEOUS VIOLATIONS

Specific Violation Condition(s) and Remedy:
FAILURE TO MAINTAIN WEATHER PROOF INTEGRITY OF ADJOINING PROPERTY UPON INSPECTION AFTER TAKING
DOWN OF THE STY BLDG EXTERIOR WALL OF THE ADJOINING BLDG ON NORTH OF THE JOB SITE HAS BEEN
EXPOSED AND ITS WEATHER

Issuing Inspector ID:    2342
Issued as Aggravated    NO
Level:

DOB Violation Number: 111108CSSTM101

## Dept. of Buildings Compliance Information

Certification Status: CERTIFICATE PENDING
Compliance On:
Certification Submission Date: 10/26/2011

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

Scheduled Hearing Date: 03/03/2011        Hearing Status: IN VIOLATION
Hearing Time: 8:30

## ECB Penalty Information

Penalty Imposed: $1,600.00
Adjustments: $0.00
Amount Paid: $0.00
Penalty Balance Due: $1,600.00
Court Docket Date: 06/30/2011

## ECB Violation History

Compliance Events        Hearing Events
                         Hearing Assigned On:   01/08/2009
                         Adjourned:             03/04/2010
                         Default:               03/15/2010

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.