B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                    Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Österreichische Volksbanken-Aktiengesellschaft | Volksbank Almtal e.Gen. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    A-1090 Vienna,
    Kolingasse 14-16 Austria, Vienna

Attn:
Phone:
Email:

Court Claim # (if known):  58677

Total Amount of Claim Filed: $ Unliquidated
Amount of Claim Transferred: $ entire claim
ISIN/CUSIP:  XS0254171191
Date Claim Filed:  October 30, 2009

Phone:
Last Four Digits of Acct #:  16.012

Name and address where transferee payments should
be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

 /s/ Vincent R. Roldan
Vincent R. Roldan, Esq., attorney for Transferee

Form 210B (12/09)

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.
EAST\47327846.1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                    Case No. 08-13555

**NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY**

Claim No. 58677 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 22, 2011.

| Volksbank Almtal e.Gen. | Österreichische Volksbanken-Aktiengesellschaft |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:            Address of Transferee:

Kolingasse 14-16                                     A-1090 Vienna,
A -1090                                                    Kolingasse 14-16 Austria, Vienna
Vienna, Austria

                                                                  Attn: David Krommer
Attn: David Krommer                             Phone: + 43 (0) 50 4004 3476
Phone: + 43 (0) 50 4004 3476               Email: david.krommer@volksbank.com
Email: david.krommer@volksbank.com

**~ DEADLINE TO OBJECT TO TRANSFER ~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____            _____
                                                              **CLERK OF THE COURT**

EAST\47327846.1

EVIDENCE OF TRANSFER OF CLAIM
RELATING TO LEHMAN PROGRAM SECURITIES

TO:   THE DEBTORS. AND THE BANKRUPTCY COURT

1. For good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, Volksbank Almtal e.Gen., Hauptstraße 16, A-4644 Scharnstein, Austria (the "**Seller**"), has unconditionally and irrevocably sold, transferred and assigned to Österreichische Volksbanken-Aktiengesellschaft, Kolingasse 14-16, A-1090 Vienna, Austria (the "**Purchaser**"), all of Seller's right, title and interest with regard to the Lehman Program Securities with the nominal value of EUR 1,000,000.00 plus interest in an amount that is presently undetermined and bearing the ISIN XS0254171191, referenced originally in Proof of Claim Number 58677 and filed on behalf of the Seller by the Purchaser (the "**Purchased Claim**"), including, without limitation (a) the Purchased Claim itself; and (b) any and all rights to receive cash, securities or other property, which may be paid or distributed with respect to the Purchased Claim, whether under a Chapter 11 plan, or otherwise.

2. Seller hereby waives any objection to the transfer of the Purchased Claim to Purchaser on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or, applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including without limitation, for voting and distribution purposes with respect to the Purchased Claim. Purchaser agrees to file a notice of transfer with the Bankruptcy Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Purchased Claim and recognizing Purchaser as the sole owner and holder of the Purchased Claim and directing that all payments or distributions of money or property in respect of the Purchased Claim be delivered or made to Purchaser.

3. Each of Seller and Purchaser agrees (a) to execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) to take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Evidence of Transfer.

IN WITNESS HEREOF, this Evidence of Transfer of Claim Relating to Lehman Program Securities is executed on this 27th day of October, 2011.

| Volksbank Almtal e.Gen., | Österreichische Volksbanken-Aktiengesellschaft, |
|---|---|
| By: _____ | By: _____ |
| Name: | Name: |
| Hauptstraße 16, A-4644 Scharnstein, Austria | Kolingasse 14-16, A-1090 Vienna, Austria |