WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                :
**In re**                                       :    **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                :
                        Debtors.                :    **(Jointly Administered)**
                                                :
                                                :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' ONE HUNDRED THIRTY-SECOND OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for June 2, 2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: November 22, 2011
      New York, New York

                                           /s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Alphadyne International Master Fund | 33493 |
| Alphadyne International Master Fund | 33494 |
| BGI Fixed Income Global Alpha Fund Ltd. | 12019 |
| BGI Fixed Income Global Alpha Fund Ltd. | 12020 |
| CMC Magnetics Corporation | 8713 |
| FFI Ltd. | 21718 |
| FFI Ltd. | 21719 |
| FYI Ltd. | 21716 |
| FYI Ltd. | 21717 |
| Gazprombank Mortgage Funding 2 S.A. | 13939 |
| Gazprombank Mortgage Funding 2 S.A. | 13940 |
| High River Limited Partnership | 12105 |
| Icahn Partners LP | 12106 |
| Icahn Partners LP | 12113 |
| Icahn Partners Master Fund LP | 12109 |
| Icahn Partners Master Fund LP | 12112 |
| Icahn Partners Master Fund II LP | 12107 |
| Icahn Partners Master Fund II LP | 12110 |
| Icahn Partners Master Fund III LP | 12108 |
| Icahn Partners Master Fund III LP | 12111 |
| KSC Affordable Housing Fund, LLC | 18705 |
| Olifant Fund, Ltd. | 12714 |
| Olifant Fund, Ltd. | 12715 |
| Piney Branch Park Inc. | 21216 |