WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (JMP)
                                                  :
                        Debtors.                  :   (Jointly Administered)
                                                  :
-------------------------------------------------------------------x
```

**AMENDMENT NO. 3 TO THE PLAN SUPPLEMENT**

On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement, ECF No. 21254 (the "Plan Supplement"), containing documents and schedules in connection with the Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, dated August 31, 2011, ECF No. 19627 (the "Plan").[1]  On November 4, 2011, the Debtors filed Amendment No. 1 to the Plan Supplement, ECF No. 21665.  On November 15, 2011, the Debtors filed Amendment No. 2 to the Plan Supplement, ECF No. 22156.  In accordance with section 11.1 of the Plan, this Amendment No. 3 to the Plan Supplement removes certain executory contracts from and adds certain executory contracts to Exhibit 2 of the Plan Supplement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Pursuant to section 11.1 of the Plan, the Debtors reserve the right to alter, amend, update, supplement, or modify the Plan Supplement.

Pursuant to Section 15.5 of the Plan, the Plan Supplement may be obtained on the Debtors' independent website at www.lehman-docket.com or by request to the Debtors in accordance with section 15.12 of the Plan.

Dated: November 22, 2011
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

# CONTRACTS TO BE REMOVED FROM EXHIBIT 2 TO THE PLAN SUPPLEMENT

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART A – DERIVATIVES CONTRACTS – ARE HEREBY REMOVED FROM EXHIBIT 2 AND ARE NO LONGER SCHEDULED FOR ASSUMPTION**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ACCORD ENERGY LIMITED | LEHMAN BROTHERS COMMODITY SERVICES INC. | EFET Power dated on 8/16/2007 | c/o Centrica Energy Milstream Maidenhead Road Windsor, Berkshire, SL4 5GD UK |
| BANCA POPOLARE DILODI | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Piazza Nogara 237121 Verona Italy Italy Attn: Legal Department |
| BEAR STEARNS BANK PLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o JPMorgan Chase Legal Department 245 Park Avenue, 11th Floor New York, NY, 10167 Attn: Don Thompson |
| BEAR STEARNS CREDIT PRODUCTS INC | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o JPMorgan Chase Legal Department 245 Park Avenue, 11th Floor New York, NY, 10167 Attn: Don Thompson |
| BEAR STEARNS FOREX INC. | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 245 Park Avenue New York, NY, 10167 Attn: David Schoenthal |
| | | | Legal Department 245 Park Avenue, 11th Floor New York, NY, 10167 Attn: Don Thompson |
| BEAR STEARNS INTERNATIONAL LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o JPMorgan Chase Legal Department 245 Park Avenue, 11th Floor New York, NY, 10167 Attn: Don Thompson |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | One Metrotech Center North 7th Fl<br>Brooklyn, NY, 10167<br><br>Attn: Derivatives Operation |
| CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 151 Blue Ravine Road<br>Folsom, CA, 95630<br><br>Attn: Daniel J. Schonkwiler, Assistant General Counsel |
| CITI CANYON LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | c/o CIBC Bank and Trust Company (Cayman) Limited<br>P.O. Box 694 GT, Edward Street<br>Georgetown, Grand Cayman, Cayman Islands<br>British West Indies |
| | | | Canyon Capital Advisors, LLC<br>9665 Wilshire Boulevard, Suite 200<br>Beverly Hills, CA , 90212<br><br>Attn: Accounting |
| | | | Citi Alternative Investments<br>55 East 59th Street<br>New York, NY, 10022<br><br>Attn: Raymond Nolte |
| | | | Citigroup Alternative Investments LLC<br>731 Lexington Avenue, 25th Floor<br>New York, NY, 10022<br><br>Attn: Vanessa Price |
| | | | PFPC International Ltd.<br>Riverside Two Sir Rogersons Quay<br>Grand Canal Dock, Dublin 2<br>Ireland<br>Attn: Fiona Finucane |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | PricewaterhouseCoopers George's Quay Dublin 2 Ireland Attn: Alan Nixon |
| CITIBANK, N.A. | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 250 West Street, 10th fl. New York, NY, 10013 Attn: Director Derivatives Operations |
| | | | 388 Greenwich Street, 17th Floor New York, NY, 10013 Attn: Scott Flood/Director of Derivatives |
| | | | Legal Dept. 77 Water Street, 9th fl. New York, NY, 10004 Attn: Department Head |
| CITIGROUP ENERGY INC | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 388 Greenwich St, 17th Fl New York, NY, 10013 Attn: Senior Deputy General Counsel |
| CITIGROUP FINANCIAL PRODUCTS INC | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1987 Int Rate & CCY Exch Agrmt - Multicurrency dated on 8/15/1989 | 388 Greenwich Street, 17th Floor New York, NY, 10013 Attn: Senior Deputy General Counsel |
| | | | Citibank Financial Products 388 Greenwich Street, 17th Floor New York, NY,  10013 Attn: Senior Deputy General Counsel |
| HSBC BANK USA, NATIONAL ASSOCIATION | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 425 Fifth Avenue New York, NY, 10018 Attn:  Jason Saturno; Jim Riley |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 18th Floor, 8 Canada Square Canary Wharf, London, E14 5HQ United Kingdom Attn: Martin Holcombe |
| | | | Thames Exchange 10 Queen Street Place London, EC4R 1BQ United Kingdom Attn: Processing Swap |
| HSH NORDBANK SECURITIES SA | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 2 rue Jean Monnet L2180 Luxembourg Attn: Mr Wolfgang Durr |
| | | | HSH Nordbank International AG 2 rue Jean Monnet L2180 Luxembourg Attn: Mr Wolfgang Durr |
| | | | Martensdamm 6 Kiel 24103 Germany Attn: Mr Heiko Ludwig |
| | | | HSH Nordbank International AG 2 rue Jean Monnet L2180 Luxembourg Attn: Mr Rüdiger Herres |
| ING BANK SLASKI SA | LEHMAN BROTHERS COMMERCIAL CORPORATION | | Pl. Trzech Krzyzy 10/14 P.O. Box 29 Warsaw 00-950 Poland |
| JP MORGAN CHASE & CO | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 270 Park Avenue 41st Floor New York, NY, 10017-2070  Attn: Derivatives Practice Legal Department - |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Legal Department<br>245 Park Avenue, 11th Floor<br>New York, NY, 10167<br><br>Attn: Don Thompson |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | LEHMAN BROTHERS SPECIAL FINANCING INC. | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square<br>London, E14 5AL<br>United Kingdom |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br><br>Attn: Thomas Musarra |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 320 West 13th Street, 5th Floor<br>New York, NY, 10014<br><br>Attn: Simone Martin |
| | | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square<br>London, E14 5AL<br>United Kingdom |
| JUPITER QUARTZ PLC 2004-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 320 West 13th Street, 5th Floor<br>New York, NY, 10014<br><br>Attn: Simone Martin |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br><br>Attn: Thomas Musarra |
| KOCH FINANCIAL CORPORATION | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 17550 North Perimeter Drive Suite 300, Scottsdale AZ , 85225<br><br>Attn: Matt Orr |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| KOCH SUPPLY & TRADING LP | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 4111 East 37th Street North Wichita, Kansas , 67220<br><br>Attn: Legal - ISDA |
| | | | P.O. Box 2302 Wichita, Kansas , 67202<br><br>Attn: Rodger Lindwall |
| KOCH SUPPLY & TRADING LP(MNSA) | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 4111 E. 37th St. North Wichita, KS  , 67220<br><br>Attn: Charles Lee; George Rivas |
| LEHIGH UNIVERSITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 27 Memorial Drive West Bethlehem, PA , 18015<br><br>Attn: Fiance and Administration |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Charlestown Navy Yard 100 First Ave Boston MA , 02129 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | LEHMAN BROTHERS FINANCIAL PRODUCTS INC. | | Charlestown Navy Yard 100 First Avenue, Building 39 Boston, MA, 02129 |
| MORGAN STANLEY CAPITAL SERVICES LLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | Novation Fee for trade RA1AY dated 10th Sept 2008 with maturity 20th June 2013 | c/o The Corporation Trust Comp Corporation Trust C  1209 Orange Street Wilmington,  Delaware, 19801-1120  United States |
| | | | cc Morgan Stanley Capital Services Inc. Floor 26, 1633 Broadway New York,  NY 10019 United States |
| | | | c/o Silverpeak Real Estate Partners 1330 Avenue of the Americas Suite 1200 New York, NY, 10019 Attn: Rodolpho Amboss |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| MPS CAPITAL SERVICES BANCA PERLE IMPRESA SPA | LEHMAN BROTHERS SPECIAL FINANCING INC. | | Via Nino Bixio, 2<br>Offices: Viale Mazzini, 23<br>53100 Siena<br>Italy |
| | | | Via Nino Bixio, 2<br>Offices: Viale Mazzini, 23<br>53100 Siena<br>Italy |
| PHOENIX SERIES 2002-1 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square<br>London, E14 5AL<br>United Kingdom |
| | | | c/o Purrington Moody Weil LLP<br>320 West 13th Street, 5th Floor<br>New York, NY, 10014<br><br>Attn: Simone Martin |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br><br>Attn: Thomas Musarra |
| | | | P.O. Box 1093, Boundary Hall Cricket Square, Grand Cayman KY1-1102<br>Cayman Islands, British West Indies<br>Attn: The Directors |
| PHOENIX SERIES 2002-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square<br>London, E14 5AL<br>United Kingdom |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | c/o QSVP Limited<br>P.O. Box 1093 GT<br>Queensgate House, 113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands<br>Attn: Directors |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br><br>Attn: Thomas Musarra |
| | | | P.O. Box 1093, Boundary Hall<br>Cricket Square<br>Grand Cayman<br>KY1-1102<br>Cayman Islands<br>Attn: Director, Legal |
| POLLYSON INTERNATIONAL LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | PO Box 210, 1st Floor, No. 1 The Mews<br>Ann Street, St. Helier<br>Jersey  JE4 8SY<br>Channel Islands, United Kingdom<br>Attn: Chan Chee Kong; Fung Lee Woon King, Director |
| ROBERT A SCHOELLHORN TRUST | LEHMAN BROTHERS OTC DERIVATIVES INC. | | 77 West Wacker Drive, Suite 4800<br>Chicago, IL, 60601-1812<br><br>Attn: Steve Jakubowski |
| | | | Marathon Coach<br>91333 Coburg Industrial Way<br>Coburg, OR,   97408-9492<br><br>Attn: Robert A Schoellhorn |
| RUBY FINANCE 2008-01 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br><br>Attn: Thomas Musarra |
| SANTANDER AM SGIIC A/C BANIF ESTRUCTURADO FI | LEHMAN BROTHERS OTC DERIVATIVES INC. | | acting on behalf of Banif Estructurado<br>Avda Cantabria s/n<br>28660 Boadilla del Monte<br>Madrid, Spain<br>Attn: Teresa Saenz-Diez, Dir. Legal Service Funds |
| | | | Ciudad Grupo Santander<br>Avda Cantabria s/n<br>28660 Boadilla del Monte<br>Madrid, Spain |
| SANTANDER AM SGIIC A/C FONDO ANTICIPACION CON | LEHMAN BROTHERS OTC DERIVATIVES INC. | | Avda. de Cantabria s/n<br>28660 Boadilla del Monte<br>Madrid 28660<br>Spain |
| SANTANDER/FONDO SUPERSELECCIONACCIONES 2 FIM | LEHMAN BROTHERS OTC DERIVATIVES INC. | | Ciudad Grupo Santander<br>Avda Cantabria s/n<br>28660 Boadilla del Monte<br>Madrid, Spain |
| SANTANDER/SUPERSELECCIONDIVIDENDO 2 FI | LEHMAN BROTHERS OTC DERIVATIVES INC. | | Ciudad Grupo Santander<br>Avda Cantabria s/n<br>28660 Boadilla del Monte<br>Madrid, Spain |
| UNIVERSITY OF SCRANTON | LEHMAN BROTHERS SPECIAL FINANCING INC. | | The University of Scranton<br>800 Linden Street<br>Scranton, PA,  18510 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| WGZ BANK AG WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALBANK | LEHMAN BROTHERS COMMERCIAL CORPORATION | SWIFT FX Forward "undocumented" trade with a trade date of 5/19/2008, a maturity date of 11/21/2008 and a settlement date of 11/25/2008 (DBE506598-080519) (Incorrectly listed as FX Forward Purchase Agreement dated 11/21/2008 (DBE506598-080519)) | WGZ Bank AG Legal Department Ludwig-Erhard-Allee 20 Dusseldorf, D-40227 Germany |

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART B – COMMERCIAL LOAN AGREEMENTS – ARE HEREBY REMOVED FROM EXHIBIT 2 AND ARE NO LONGER SCHEDULED FOR ASSUMPTION**

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| 00008556 | LCPI | FIRST DATA CORPORATION | $14,000,000,000 €709,219,858.16 Credit Agreement Dated as of September 24, 2007 as Amended and Restated as of Sept 28, 2007 | Loan agreement | First Data Corporation Attn: Mike Jacobs 5565 Glenridge Connector, N.E. Suite 2000 Atlanta, GA 30342 |
| 00005000 | LBHI | CAPMARK FINANCIAL GROUP INC. | $5,500,000,000 Credit Agreement dated as of March 23, 2006 | Loan agreement | CAPMARK FINANCIAL GROUP INC. Attn: General Counsel 200 Witmer Road Horsham, PA 19044 |

---

[1] LBHI – Lehman Brothers Holdings Inc.
LCPI – Lehman Commercial Paper Inc.
LCPUK – Lehman Commercial Paper Inc., UK Branch
LBSF – Lehman Brothers Special Financing Inc.

[2] This description is provided for informational purposes only. To the extent there is an inconsistency between this description and the contract, the contract governs.

# EXHIBIT B

## CONTRACTS TO BE ADDED TO EXHIBIT 2 TO THE PLAN SUPPLEMENT

**THE FOLLOWING CONTRACTS ARE HEREBY ADDED TO THE PLAN SUPPLEMENT ON EXHIBIT 2, PART B – COMMERCIAL LOAN AGREEMENTS – AND ARE SCHEDULED FOR ASSUMPTION**

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| 00006766 | LCPIUK | Neggio Holding 3 GMBH | EUR 3,000,000,000 Senior Facilities Agreement Dated 23 December 2006 | Loan agreement | Neggio Holding 3 GMBH<br>Attn: Maria Babilas<br>Schweinheimer Str, 3463743<br>Aschaffenburg<br>3463743<br>Germany |
| 00006767 | LCPIUK | Neggio Holding 3 GMBH | EUR 3,000,000,000 Senior Facilities Agreement Dated 23 December 2006 | Loan agreement | Neggio Holding 3 GMBH<br>Attn: Maria Babilas<br>Schweinheimer Str, 3463743<br>Aschaffenburg<br>3463743<br>Germany |
| 00008075 | LCPIUK | PHS Group PLC | £1,029,000,000 Senior Credit Agreement dated 2 July 2007 | Loan agreement | John Skidmore<br>PHS Group PLC<br>Western Industrial Estate,<br>Caerphilly<br>CF83 1XH<br>United Kingdom |
| 00008046 | LCPIUK | ProSiebenSat1. Media AG | EUR 4,600,000,000 Facility Agreement dated 26 June 2007 | Loan agreement | Ralf Gierig<br>ProSiebenSat1. Media AG<br>Medienallee 7<br>Unterföhring<br>D-85774<br>Germany |

---

[1] LBHI – Lehman Brothers Holdings Inc.
LCPI – Lehman Commercial Paper Inc.
LCPUK – Lehman Commercial Paper Inc., UK Branch
LBSF – Lehman Brothers Special Financing Inc.

[2] This description is provided for informational purposes only. To the extent there is an inconsistency between this description and the contract, the contract governs.

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| N/A | LCPI | General Electric Capital Corporation, as administrative agent, collateral agent and lender under the Credit Agreement; GE Corporate Financial Services, Inc., as loan servicer under the Loan Servicing Agreement; Fusion Funding Limited, as borrower under the Credit Agreement; Fusion Funding Luxembourg, S.A.R.L.; and Ventoux Funding Limited | Settlement agreement entered into as of December 9, 2009 | Settlement agreement | General Electric Capital Corporation<br>Bank Loan Group<br>201 Merritt 7<br>Norwalk, CT 06856<br>Attention:  Business Leader |
| | | | | | General Electric Capital Corporation<br>Bank Loan Group<br>201 Merritt 7<br>Norwalk, CT 06856<br>Attention:  General Counsel |
| | | | | | Fusion Funding Limited<br>Canon's Court<br>22 Victoria Street<br>Hamilton HM 12 Bermuda<br>Attention:  Diane Perinchief, Secretary |
| | | | | | Fusion Funding Luxembourg, S.A.R.L.<br>c/o Citco C&T (Luxembourg) S.A.<br>Le Dôme, 2nd Floor<br>2-8, avenue Charles de Gaulle<br>L-1653 Luxembourg<br>Attention : David Saigne |

| Lehman ID Number | Debtor[1] | Counterparty | Title of Agreement | Description[2] | Notice Address |
|---|---|---|---|---|---|
| | | | | | Ventoux Funding Limited<br>c/o Maples Finance Limited<br>P.O. Box 1093<br>Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands<br>Attention: Directors |
| N/A | LCPI | General Electric Capital Corporation | Master Participation Agreement entered into as of December 9, 2009 | Master participation agreement | General Electric Capital Corporation<br>Bank Loan Group<br>201 Merritt 7<br>Norwalk, CT 06856<br>Attention: Business Leader |
| | | | | | General Electric Capital Corporation<br>Bank Loan Group<br>201 Merritt 7<br>Norwalk, CT 06856<br>Attention: General Counsel |
| N/A | LCPI | General Electric Capital Corporation and U.S. Bank National Association | Escrow agreement, dated as of January 22, 2010 | Escrow Agreement | General Electric Capital Corporation<br>Bank Loan Group<br>201 Merritt 7<br>Norwalk, CT 06856<br>Attention: Jennifer Cunningham, Michael Pericht and Susan Hanna |
| | | | | | U.S. Bank National Association<br>Corporate Trust Services - TFM Escrow<br>60 Livingston Avenue<br>St. Paul, MN 55107<br>ATTN: Stefan Ronchetti and Bridget Greiber |
| | | | | | U.S. Bank National Association, as Escrow Agent<br>100 Wall Street, 16th floor<br>New York, NY 10005<br>ATTN: Corporate Trust Services |