B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                     Case No. 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Österreichische Volksbanken-Aktiengesellschaft | Volksbank Vorarlberg e.Gen. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    A-1090 Vienna,
    Kolingasse 14-16 Austria, Vienna

Attn:
Phone:
Email:

Court Claim No. (if known): **67651**
Amending Claim No. 58679

Total Amount of Claim Filed: $ Unliquidated
Amount of Claim Transferred: $ entire claim
ISIN/CUSIP:  XS0282937985
Date Claim Filed:  Sept. 6, 2011

Phone:
Last Four Digits of Acct #:  16.012

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

/s/ Vincent J. Roldan
Vincent J. Roldan, Esq., attorney for Transferee

Form 210B (12/09)

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.
EAST\47327959.1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                              Case No. 08-13555

**NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY**

Claim No. 67651 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 22, 2011.

Volksbank Vorarlberg e.Gen.                    Österreichische Volksbanken-Aktiengesellschaft
    Name of Alleged Transferor                          Name of Transferee

Address of Alleged Transferor:                  Address of Transferee:

Kolingasse 14-16                                A-1090 Vienna,
A -1090                                         Kolingasse 14-16 Austria, Vienna
Vienna, Austria


                                                               Attn:  David Krommer
Attn:  David Krommer                            Phone:  + 43 (0) 50 4004 3476
Phone:  + 43 (0) 50 4004 3476                   Email:  david.krommer@volksbank.com
Email:  david.krommer@volksbank.com

| ~ DEADLINE TO OBJECT TO TRANSFER ~ |
|---|
| The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court. |

Date: _____              _____
                                             **CLERK OF THE COURT**

EAST\47327959.1