WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :    **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    **08-13555 (JMP)**
                                                                 :
                                    **Debtors.**                 :    **(Jointly Administered)**
                                                                 :
                                                                 :
-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' ONE HUNDRED THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS

PLEASE TAKE NOTICE that the hearing on Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

US_ACTIVE:\43748525\05\58399.0003

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated:  November 22, 2011
          New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Claims Adjourned to December 21, 2011 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| FIRST CHOICE POWER, LP | 22018 | 17725 |
| FIRST CHOICE POWER, LP | 22015 | 17725 |
| GILA RIVER POWER, L.P. | 67522 | 17681 |
| GILA RIVER POWER, L.P. | 67523 | 17681 |
| GLITNIR BANK HF | 27430 | 17730 |
| GLITNIR BANK HF | 27420 | 17730 |
| INTERWIND CORP. F/K/A SKYPOWER CORP. | 33430 | 17632 |
| PORT OF TACOMA | 42913 | 19368 |
| UNITED COMPANY | 22942 | N/A |
| UNITED COMPANY | 22940 | N/A |
| UNITED COMPANY | 22941 | N/A |
| WESTERNBANK PUERTO RICO | 12590 | N/A |
| WESTERNBANK PUERTO RICO | 12589 | N/A |