WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                                         :   **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :   **08-13555 (JMP)**
                                                                  :
                                     Debtors.                     :   **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' TWO
HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "December 21 Hearing"), or as soon thereafter as counsel may be heard, and, **solely as to the claims listed on Exhibit B attached hereto, to January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "January 26 Hearing," and, together with the December 21 Hearing, the "Hearings"). The Hearings will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and each such Hearing may be further

US_ACTIVE:\43866402\01\58399.0003

adjourned from time to time without further notice other than an announcement at such Hearing.

Dated: November 22, 2011
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

## Exhibit A

## Claims Adjourned to December 21, 2011 Hearing:

| Claimant Name | Claim Number | ECF No. |
| --- | --- | --- |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC. | 16217 | 22252 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC. | 16218 | 22252 |
| AFCO CARGO PIT LLC | 22899 | 21796 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | 44972 | N/A |
| CERBERUS INTERNATIONAL, LTD. | 25006 | N/A |
| CERBERUS INTERNATIONAL, LTD. | 25009 | N/A |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 23642 | N/A |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 23643 | N/A |

## Exhibit B

## Claims Adjourned to January 26, 2012 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| FPL ENERGY POWER MARKETING, LLC | 32089 | N/A |
| FPL ENERGY POWER MARKETING, LLC | 32101 | N/A |