WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :

In re                                              :       **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :       **08-13555 (JMP)**

                    Debtors.               :       **(Jointly Administered)**

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' TWO**
**HUNDRED FOURTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIM**

        **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Two Hundred Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 19920] **solely as to the claim listed on Exhibit A attached hereto**. The Debtors reserve their rights to object to the claim

listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  November 22, 2011
       New York, New York

                                                           <u>/s/ Robert J. Lemons</u>
                                                           Robert J. Lemons

                                                           WEIL, GOTSHAL & MANGES LLP
                                                           767 Fifth Avenue
                                                           New York, New York 10153
                                                           Telephone: (212) 310-8000
                                                           Facsimile: (212) 310-8007

                                                           Attorneys for Debtors
                                                           and Debtors in Possession

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| WELLS FARGO BANK, NA | 25704 | N/A |

US_ACTIVE:\43866374\01\58399.0003