B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers _____,          Case No. __08-13555 (JMD)___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Israel Discount Bank of New York | Bank Leumi USA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Israel Discount Bank 511 5th Avenue New York NY 10017

Phone: 212-551-8733
Last Four Digits of Acct #: 6750

Court Claim # (if known): ___59840___
Amount of Claim: ___$50,996.66___
Date Claim Filed: ___10/03/2009___

Phone: _212 - 626 - 1345_
Last Four Digits of Acct. #: ___3457___

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __NOVEMBER 17, 2011__
      Transferee/Transferee's Agent
      Luis Marrero
      Vice President
      Custody Operations

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.