UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, | ) |
| INC., *et al.*, | ) 08-13555 (JMP) |
| | ) |
| Debtors. | ) |
| | ) (Jointly Administered) |

**CONWAY & MROWIEC'S RESPONSE TO DEBTORS' TWO HUNDRED EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Conway & Mrowiec submit this Response to Debtors' Two Hundred Eighth Omnibus Objection to Claims ("Debtors' Objection") and states:

1. The law firm of Conway & Mrowiec timely filed a Proof of Claim (Claim No. 5645) in the amount of $21,733.76 for legal services performed for Lehman Brothers Holdings, Inc. ("LBHI"), one of the Debtors in this Bankruptcy.

2. Conway & Mrowiec represented LBHI in relation to litigation involving a development known as Prairie House at Central Station, LLC in Chicago, Illinois (the "Litigation"). In the Litigation, the general contractor, Paul J. Schwendener, Inc., had mechanics lien claims totaling $10,877,436 in principal amount. LBHI was the mezzanine lender and purchased the first lender's position. The general contractor claimed priority.

3. Conway & Mrowiec represented LBHI from January, 2004 through September, 2008. Conway & Mrowiec defeated the general contractor's mechanics lien claim of $10,877,436 by which the general contractor asserted priority over LBHI's mortgages.

4. Conway & Mrowiec's invoices for the period of December 1, 2007 through

1

September 30, 2008 went unpaid. The balance due at the time of LBHI's Bankruptcy was $21,733.76.

5. Conway & Mrowiec's Proof of Claim did not include copies of unpaid invoices because the invoices contain privileged information. Conway & Mrowiec's Proof of Claim noted that redacted copies of the invoices could be provided upon request.

6. Conway & Mrowiec received a letter dated August 30, 2011 from Alvarez & Marsal Claims Management Services, LLC ("Alvarez & Marsal") as advisor to LBHI in the Bankruptcy (the "Alvarez & Marsal August 30, 2011 Letter"). The Alvarez & Marsal August 30, 2011 Letter requested additional information or documentation regarding Conway & Mrowiec's Proof of Claim.

7. By letter dated September 19, 2011 to Ms. Jamie Strohl of Alvarez & Marsal, Conway & Mrowiec explained that Conway & Mrowiec represented LBHI in the Litigation and provided copies of the unredacted invoices for the period December 1, 2007 through September 30, 2008 ("Conway & Mrowiec's September 19, 2011 Letter"). A copy of Conway & Mrowiec's September 19, 2011 Letter to Alvarez & Marsal excluding the invoices is attached as Exhibit A.

8. Debtors' Objection was filed on September 15, 2011, prior to Conway & Mrowiec's September 19, 2011 Letter. Debtors' Objection includes Conway & Mrowiec's Proof of Claim in the amount of $21,733.76. According to Debtors's Objection, the holders of the "No Liability Claims" that are the subject of Debtors' Objection did not provide sufficient information for Debtors to establish Debtors' liability and did not provide additional information or documentation as requested.

9. As stated above, Conway & Mrowiec's September 19, 2011 Letter responded to the Alvarez and Marsal August 30, 2011 Letter and provided Debtors with additional information and

documentation regarding Conway & Mrowiec's Proof of Claim. Debtors' Objection should be denied regarding Conway & Mrowiec's Proof of Claim. A proposed Order Denying Debtor's Objection regarding Conway & Mrowiec's Proof of Claim is filed with this Response.

WHEREFORE, Conway & Mrowiec request that the Court enter an Order:

(a)     denying Debtor's Two Hundred Eighth Omnibus Objection to Claims as to Conway & Mrowiec; and

(b)     providing such additional relief as the Court deems appropriate.


November 9, 2011                                    CONWAY & MROWIEC

                                                    By: _____
                                                        John S. Mrowiec, Partner

John S. Mrowiec
Erik R. Nelson
Conway & Mrowiec
20 South Clark Street
Suite 1000
Chicago, Illinois 60603
Tel: (312)658-1100
Fax: (312)658-1201
jsm@cmcontractors.com
ern@cmcontractors.com

September 19, 2011

**VIA ELECTRONIC MAIL**

[Jstrohl@alvarezandmarsal.com]

Ms. Jamie Strohl
Alvarez & Marsal
55 West Monroe Street
Suite 4000
Chicago, Illinois 60603

Re:  In re: **Lehman Brothers Holdings Inc.,** *et al.,* **No. 09-13555 (JMP) (Bankr. Ct. S.D. NY); Creditor: Conway & Mrowiec; Response to Insufficient Documentation Inquiry**

Dear Ms. Strohl:

We represented the Debtor, Lehman Brothers Holdings Inc., since January, 2004 in relation to Prairie House at Central Station LLC in litigation with the general contractor Schwendener who had mechanics lien claims totaling approximately $11 million. Lehman Brothers Holdings Inc. was the mezzanine lender and purchased the first lender's position.

Enclosed are invoices for the period December 1, 2007 through September 30, 2008. The balance due at the time of Lehman's Bankruptcy was $21,733.76.

Sincerely,

John S. Mrowiec

JSM:dkk

Enclosures

cc:   Ms. Jodie Mathews

