UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, | ) | |
| INC., *et al.*, | ) | 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

**ORDER DENYING DEBTORS' TWO HUNDRED EIGHTH OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) AS TO THE
<u>CLAIM OF CONWAY & MROWIEC ONLY</u>**

This cause coming before the Court on Debtors' Two Hundred Eighth Omnibus Objection to Claims dated September 15, 2011 ("Debtors' Objection") and Creditor Conway & Mrowiec having filed a Response to Debtors' Objection and the Court being fully advised in the premises; It is Ordered:

1. Debtors' Objection is denied as to the Proof of Claim filed by Conway & Mrowiec in the amount of $21,733.76 (Claim No. 5645).

Dated: _____, 2011

_____
United States Bankruptcy Judge