# Conway & Mrowiec
ATTORNEYS

November 9, 2011

**VIA OVERNIGHT COURIER**

Clerk of Court
United States Bankruptcy Court for
   the Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re: In re: Lehman Brothers Holdings Inc., *et al.*, No. 09-13555 (JMP) (Bankr. Ct. S.D. NY); Creditor: Conway & Mrowiec Claim Number 5645

Dear Clerk:

Enclosed for filing is Conway & Mrowiec's Response to Debtor's Two Hundred Eighth Omnibus Objection to Claims (No Liability Claims). We have also enclosed a 3.5 inch disk.

Please file-stamp the Response and return a file-stamped copy in the enclosed prepaid overnight courier envelope.

Sincerely,

Erik R. Nelson

ERN/jm
Enclosures

20 South Clark Street, Suite 1000, Chicago, Illinois 60603  Telephone 312-658-1100  Facsimile 312-658-1201  Website cmcontractors.com