

**WING LUNG BANK**
香港中環德輔道中45號
45 Des Voeux Road, Central, Hong Kong

理財中心
Wealth Management Centre

電話 Tel: (852) 2526 5555
傳真 Fax: (852) 2523 5053
電子郵件 Email: wmc@winglungbank.com
www.winglungbank.com

The chambers of the Honorable James M. Peck
One Bowling Green,
New York, New York 10004
Courtroom 601

8 November 2011

**By courier**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Robert J. Lemons, Esq. and Mark Bernstein Esq.)



The Office of the United States Trustee for Region 2
33 Whitehall Street
21st Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnel, Esq., and Evan Fleck, Esq.)

Dear Sir or Madam

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK,
IN RE LEHMAN BROTHERS HOLDINGS, INC. ET AL., DEBTORS
CHAPTER 11 CASE NO. 08-13555 (JMP)**

**OPPOSITION TO DEBTORS' TWO HUNDRED FOURTEENTH OMNIBUS OBJECTION
TO DISALLOW AND EXPUNGE CERTAIN FILED PROOF OF CLAIM**

We refer to the Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "**Objection**") filed with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") dated 16 September 2011.

We are a custodian bank holding certain securities (the "**Securities**") issued by Lehman Brothers UK Capital Funding V LP and guaranteed by Lehman Brothers Holding Inc. ("**LBHI**") on behalf of our customers. We have filed a proof of claim for the Securities against LBHI with the Bankruptcy Court on 23 October 2009.

The details of the claim are set out in the table below:

| CLAIM TO BE DISALLOWED AND EXPUNGED ||
|---|---|
| **Creditor Name and Address:** <br> WING LUNG BANK LIMITED <br> ATTN: WMC <br> 2/F WING LUNG BANK BLDG. <br> 45 DES VOEUX RD. <br> CENTRAL HONG KONG, HONG KONG | **Claim Number:** 45202 <br><br> **Date Filed:** 10/23/2009 <br><br> **Debtor:** 08-13555 <br><br> **Classification and Amount:** UNSECURED: $3,522,076.25 |



**WING LUNG BANK**
永隆銀行
香港中環德輔道中45號
45 Des Voeux Road, Central, Hong Kong

理財中心
Wealth Management Centre

電話 Tel: (852) 2526 5555
傳真 Fax: (852) 2523 5053
電子郵件 Email: wmc@winglungbank.com
www.winglungbank.com

Two of our customers have jointly requested that we oppose the Objection in relation to their Securities and have instructed us to deliver their response to the Objection on their behalf. Accordingly, we are submitting their response to the Objection (the enclosed Exhibit A - The Security Holder's Response) which sets out the details of their claim and reasons why their claim should not be disallowed and expunged.

Yours faithfully,

_____
Shirley Leung
Wing Lung Bank

_____
Angela Tang

Enclosure: Exhibit A - The Security Holder's Response (2 pages)



理財中心
**Wealth Management Centre**

電話 **Tel:** (852) 2526 5555
傳真 **Fax:** (852) 2523 5053
電子郵件 **Email:** wmc@winglungbank.com
www.winglungbank.com

WING LUNG BANK
香港中環德輔道中45號
45 Des Voeux Road, Central, Hong Kong

# Exhibit A - The Security Holder's Response

1. **The Name of the Bankruptcy Court:**

   United States Bankruptcy Court, Southern District of New York

2. **Names of the Debtors:**

   Lehman Brothers Holding Inc.

3. **The Case number:**

   08-13555 (JMP)

4. **The Title of Objection to which the Response is directed:**

   Notice of Hearing on Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim

5. **The Name of the Claimant:**

   Wing Lung Bank Limited on behalf of Lam Yik Ping, Timy & Li Yuet Ling, Elaine

6. **The basic for the amount of the claim (Principal and accrued interest):**

   Amount claimed: USD102,089.17 (see item 8 below)

7. **Reason for the objection:**

   The claim should not be disallowed and expunged for the reasons set forth in the objection, because as a owner of the Preferred Securities, we should have the 100% full right to claim back our lost from our Debtors and entitle any distribution on account thereof.

   We are the Creditors and Lehman Brothers Holding Inc. is the guarantor of those securities, i.e. they are Debtors, so once the Debtors bankrupt, as a Creditors, we will have 100% right to entitle to any distribution on account thereof.



**WING LUNG BANK**
香港中環德輔道中45號
45 Des Voeux Road, Central, Hong Kong

理財中心
**Wealth Management Centre**

電話 Tel: (852) 2526 5555
傳真 Fax: (852) 2523 5053
電子郵件 Email: wmc@winglungbank.com
www.winglungbank.com

8. **The details of the claim:**

| 1 | Product Name | Lehman Bros Cap Fund V6.9% |
|---|---|---|
| 2 | ISIN | XS0301813522 |
| 3 | Issue No. | 030181352 |
| 4 | Proof of Claim Number | 45202 |
| 5 | Principal Amount in USD | USD100,000.00 |
| 6 | Amount claimed in Proof of Claim in USD (principal and accrued interest) | USD102,089.17 |

9. **The address to which the Debtors must return any reply to this response:**

Flat A, 39/F., Tower 9, Central Park Towers II, 2 Tin Yan Road, Tin Shui Wai, Yuen Long, NT.

10. **Contact information of persons possessing ultimate authority to reconcile, settle or otherwise resolve the claim:**

Lam Yik Ping, Timy     +852 9387 9880
Li Yuet Ling Elaine    +852 9408 1625