**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

November 10, 2011

Jacqueline Marcus
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: Lehman Brothers Holdings Inc., Debtors. // To: TIAA Structured Finance CDO I, LLC

Case No. 0813555(JMP)

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for TIAA Structured Finance CDO I, LLC

TIAA Structured Finance CDO I, LLC is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Anita Montez
Process Specialist

Log# 519454261

FedEx Tracking# 795395622097

cc: United States Bankruptcy Court - Southern District
    One Bowling Green,
    New York, NY 10004-1408



RECEIVED
NOV 14
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK