**Creditor Name and Address:**
Wang, Tsai Hsiag
3F, No.6 Lane 153
Song Ren RD
Taipei Taiwan 110
Claim Number: 36470
Date Filed:10/05/2009
Debtor:08-13555
Classification and Amount: Unsecured $100000

**To whom i may concern,**

**I DO oppose** the disallowance and expungement of my claim listed above under  CLAIM TO BE DISALLOWED & EXPUNGED since the bond i purchased is no different than others.


Tsai Hsiang, Wang

*Tsai Hsiang Wang  2011.11.4.*



RECEIVED
NOV 14 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK



RECEIVED NOV 14 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re                                                                          :    Chapter 11 Case No.
                                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                                                   :
                                  Debtors.                                :    (Jointly Administered)
---------------------------------------------------------------X

LBH OMNI 214 09-16-2011 (MERGE2,TXNUM2) 4000083574 BAR(23) MAIL ID *** 000051599170 *** BSIUSE: 382

WANG, TSAI HSIANG
3F, NO.6, LANE 153
SONGREN ROAD
SINYI DISTRICT
TAIPEI CITY, 110 TAIWAN, PROVINCE OF CHINA

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT**
**AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,**
**PLEASE CONTACT DEBTORS' COUNSEL, JAE KIM, ESQ., AT 212-310-8325.**

NOTICE OF HEARING ON DEBTORS' TWO HUNDRED FOURTEENTH OMNIBUS OBJECTION
TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:** WANG, TSAI HSIANG 3F, NO.6, LANE 153 SONGREN ROAD SINYI DISTRICT TAIPEI CITY, 110 TAIWAN, PROVINCE OF CHINA | **Claim Number:** 36470 **Date Filed:** 10/5/2009 **Debtor:** 08-13555 **Classification and Amount:** UNSECURED: $ 100,000.00 |

PLEASE TAKE NOTICE that, on September 16, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, IN ITS ENTIRETY on the ground that the Debtors have no liability for the claim. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on November 11, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.