**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Michael K. McCrory

*Attorney for Grace Village*
*Health Care Facilities, Inc. and*
*National Fellowship Brethren*
*Retirement Homes, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

### MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE OF MICHAEL K. MCCRORY

I, Michael K. McCrory, hereby move this Honorable Court to enter an order permitting me, a Partner of Barnes & Thornburg LLP (B&T), to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc. in the above-captioned proceedings pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York, and, in support thereof, state as follows:

1.   I am a member in good standing of the Bar of the State of Indiana. I am also admitted to practice before the (i) United States District Court for the Northern District of

1

Indiana; (ii) United States District Court for the Southern District of Indiana; (iii) United States Court of Appeals for the Seventh Circuit; and the (iv) United States Supreme Court.

2. In support of the relief requested in this Motion, attached as Exhibit A is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

3. I request that this Court approve this Motion so that I may file pleadings and appear and be heard in these proceedings.

4. No previous request for the relief sought herein has been made to this or any other court.

**REQUESTED RELIEF**

WHEREFORE, I, Michael K. McCrory respectfully request that the Court enter an Order permitting me to appear *pro hac vice* as counsel to Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc. in the above-captioned proceedings.

Dated: Indianapolis, Indiana
November 10, 2011

/s/ Michael K. McCrory
Michael K. McCrory

BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

*Attorney for Grace Village
Health Care Facilities, Inc. and
National Fellowship Brethren
Retirement Homes, Inc.*

# **EXHIBIT A**

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdictions specified in the Motion, and am in good standing in such jurisdictions. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this case, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York. I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

Mailing Address:   Michael K. McCrory
                   Barnes & Thornburg LLP
                   11 S. Meridian Street
                   Indianapolis, Indiana 46204

E-mail:            mmccrory@btlaw.com

Telephone:         (317) 236-1313

Facsimile:         (317) 231-7433

I have agreed to pay the fee of $200 as required to seek *pro hac vice* admission in this case, which fee is due at the time of filing the Motion.

Dated:  Indianapolis, Indiana
        November 10, 2011

                                        */s/ Michael K. McCrory*
                                        Michael K. McCrory

                                        BARNES & THORNBURG LLP
                                        11 S. Meridian Street
                                        Indianapolis, Indiana 46204

INDS01 1304323v1

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for Admission Pro Hac Vice (the "Motion") seeking admission *pro hac vice* of Michael K. McCrory, to represent Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc. in the above-captioned proceedings before the United States Bankruptcy Court for the Southern District of New York as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all proceedings before the Court; and after due deliberation and it appearing that there is sufficient cause to grant the Motion;

IT IS HEREBY ORDERED that Michael K. McCrory, is permitted to appear *pro hac vice* as counsel to Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc. in the above-captioned proceedings, subject to the payment of the filing fee.

Dated: November __, 2011
New York, New York

HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE