# UBS

**UBS AG**
Badenerstrasse 574 / D
P.O.Box, CH-8098 Zurich
Tel.

Corporate Events
OMN7 Default Management

Jean-Claude Besson
OQ9C / O5GC-JWJ
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

November 8, 2011

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

| | |
|---|---|
| On behalf of | Attention: Clerk of the Court |
| you are receiving | Replacement Notice of Partial Transfer of Claim pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2) or (4): Original hard copy of Evidence of Partial Transfer of Claim + Schedule I released by Bank of Singapore Ltd on November 3, 2011, further to Docket 15465 of March 30, 2011 Notice of Defective Transfer |

☐ for your information          ☐ returned with thanks          ☐ please return
☒ for your records              ☐ please comment               ☒ please confirm receipt
☐ as agreed                     ☐ please sign                  ☒ please process
☐ please complete               ☐ please forward to

Remarks
4) USD 142'450.00 Amount of Claim being transferred on
EUR 100'000.00 Face Amount ELN Lehman Bros 2007-19.2.2009
CH 2993716 / XS0286778476
Claimant / Transferor: Bank of Singapore Ltd, Singapore
Initial Proof of Claim Number: 41773
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director



RECEIVED
NOV 14 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**UBS AG** | Name of Transferor:<br>BANK OF SINGAPORE LIMITED |
|---|---|
| Notices to Transferee should be sent to:<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 –<br>hugo.koller@ubs.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>9 RAFFLES PLACE<br>#08-01 REPUBLIC PLAZA<br>SINGAPORE 048619 |
| Amount of Claim Being Transferred:<br><br>$142,450.00<br><br>OR<br><br>€ 100,000 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 41773 | |
| Date Claim Filed: Oct 19 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 8.11.2011

Hugo Koller, Director
**UBS AG**
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller
+41 44 235 37 36 –



*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. (the "*Debtor*")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 41773 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| LB (BNP/CREDIT AG) DAC ELN 190209 | XS0286778476 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | €100,000 OR Amount of Claim Being Transferred $142,450.00 |
| | | | | |
| | | | | |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 3 and in paragraphs/lines 54 of the Addendum to the Proof of Claim.

BANK OF SINGAPORE LIMITED ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**UBS AG**
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller
+41 44 235 37 36 –
hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 03 November 2011

BANK OF SINGAPORE LIMITED
Transferor

By: _____
  Name: MARIENA DASIRAN
  Title: ASSOCIATE DIRECTOR

By: _____
  Name: DANIEL SIA
  Title: DIRECTOR

ACKNOWLEDGED BY:

**UBS AG**
Transferee

By: _____
  Name: Hugo Koller
  Title: Director

3/3

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   BANK OF SINGAPORE LIMITED
              ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS
              ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL
              9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
              048619 SINGAPORE

Additional:   BANK OF SINGAPORE LIMITED
              CLIFFORD CHANCE US LLP
              ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ
              31 WEST 52ND STREET
              NEW YORK NY 10019

Transferee:   UBS AG
              ATTN: MR. HUGO KOLLER
              BAHNHOFSTRASSE 45
              ZURICH 8001 SWITZERLAND

Your transfer   of claim #   41773   is defective for the reason(s) checked below:

Other                                      CURRENCY OF ISIN XS0286778476 DOES NOT MATCH CLAIM CURRENCY

Docket Number 15465        Date 03/30/11                                          TCCE ddy

/ Lauren Rodriguez

Epiq Bankruptcy Solutions, LLC
claims agent for the debtor(s).

EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 1, 2011.