

RECEIVED
NOV 2 3 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ILLIQUIDX LLP**                               **La Distribution Moderne Picarde**
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): **40672**
should be sent:                                 Total Amount of Claim Filed:
                                                USD $ 1,473,033.62
                                                Amount of Claim Transferred:
                                                USD $ 1,473,033.62
**Celestino Amore**                             ISIN/CUSIP: XS0291131141
**Managing Partner**
**Illiquidx LLP**
**80 Fleet Street**
**London EC4Y 1EL, UK**                         Date Claim Filed: October 16, 2009
**Phone: +44 207 832 0181**
**Email: amore@illiquidx.com**

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____                     Date:  November 23rd 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                                    **Case No. 08-13555**

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 40672 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on 23rd of November 2011.

**La Distribution Moderne Picarde**                    **ILLIQUIDX LLP**
Name of Alleged Transferor                             Name of Transferee


Address of Alleged Transferor:                         Address of Transferee:

**18 Avenue de l'Opera**                               **Illiquidx LLP**
**Paris 75001**                                        **80 Fleet Street**
**France**                                             **London EC4Y 1EL**
                                                       **United Kingdom**


~DEADLINE TO OBJECT TO TRANSFER~
The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.


Date:_____

_____
CLERK OF THE COURT

XS0291131141

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **La Distribution Moderne Picarde** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Illiquidx LLP** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **40672** filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) the Transferred Claims and Purchased Security are not subject to or bound by a Plan Support Agreement (as such term is defined in the Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors dated as of June 30, 2011).

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 21 day of November, 2011.

**La Distribution Moderne Picarde**

By: _____
Name: _Ghislaine de Bourguery_
Title: _Président directeur général_

Address:
18 avenue de l'Opera
75001 Paris
FRANCE

**Illiquidx LLP**

By: _____
Name: _CRISTIAO ALCOLT_
Title: _MANAGING PARTNER_

Address:
80 Fleet Street
London EC4Y 1EL
UNITED KINGDOM

2

**SCHEDULE 1**

Transferred Claims

Purchased Claim

$1,473,033.62 (of which $1,392,237 is principal and $80,796.62 is interest) of the outstanding amount of the Proof of Claim as of November 21, 2011 together with interest, fees, expenses and other recoveries due.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Interest Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Issue of EUR 1,000,000 Index-Linked Redemption Notes due March 2012 relating to a Basket of Indices Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Program | XS0291131141 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,000,000 USD 1,392,237 | N/A | 16 March 2012 | EUR 58,033.67 USD 80,796.62 |

①

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held Lehman Brothers Holding Inc-guarantor | Case No. of Debtor 08-13555 |

**PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)     0000040672

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be made pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

La Distribution Moderne Picarde
18 avenue de l'Opéra
75001 Paris
FRANCE

Telephone number: 0033155359786    Email Address: dmpfouquet@wanadoo.fr

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(if known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: 0033155359786    Email Address: dmpfouquet@wanadoo.fr

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1.    Amount of Claim as of Date Case Filed: $ 1,473,033.62
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2.    Basis for Claim: Lehman Bros Treasury Co BV 0,000% 20120316 EMTN - Nominal
(See instruction #2 on reverse side.)

3.    Last four digits of any number by which creditor identifies debtor:
3a. Debtor may have scheduled account as: CA 23886 / Account 54038
(See instruction #3a on reverse side.)

4.    Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:
Value of Property: $_____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection:
Amount of Secured Claim: $_____    Amount Unsecured: $_____

5.    Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7.    Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.    Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, attach an explanation.

| Date: 18 09 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 16 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

②

## Exhibit D

### Guarantee Questionnaire

*Please note that information stated on or uploaded on this website is being submitted as part of the Proof of Claim form. As such, criminal penalties apply for making a false statement. The penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

General:

Name of Creditor: La Distribution Moderne Picarde

Name and address where notices should be sent: 18 avenue de l'opéra
75001 Paris – France

Creditor contact person and phone number: +33 1 55 35 97 86

Name and address where payment should be sent if different from above:

1. Name of Debtor, or other entity, against which you have a direct claim (the "Obligor"):

2. If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

3. List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim <u>and</u> supporting the calculation of the claim amount.*

4. Amount of claim against Obligor: $ 1,473,033.62

5. Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"):

6. Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

7. Amount of claim against the Guarantor: $ 1,473,033.62

2005 '6:56    LA DISTRIBUTION MODERNE PICARDE                    V° 0550    P. 1/11    ③

La Distribution Moderne Picarde - D.M.P
18, avenue de l'Opéra
75001 PARIS
FRANCE
TEL : 00 33 (0)1 55 35 97 96
Fax : 00 33 (0)1 55 35 97 98

Lehman Brothers International
(Europe) (in administration)
25 Bank Street
LONDON - E14 5LE
United Kindom

Lettre Recommandée A.R
Certified mail

Account ref: R 01923454                              4 November 2008

Dear Sir

We received your letters about our valuation with LBIE

Here is our Trade contract with Lehman Brothers

| | |
|---|---|
| Issuer | Lehman Brothers Treasury |
| Arranger/Dealer | Lehman Brothers International (Europe) |
| Trade Id | SW002R :01 |
| Client Account Number | 1923454 |
| Legal Name | Distribution Moderne Picarde |
| Security Id | XS0291131141 (ISIN) |
| Security Description | LEHMAN BROS TREASURY CO BV 0,000% 20120316 EMTN |

| | |
|---|---|
| Quantity | 1 000 000,00 Euros |
| Issue Price | 100% |
| Trade Type | Nominal |
| Strike Date | 12 March 2007 |
| Issue: Settlement Date | 16 March 2007 |
| Final Valuation Date | 12 March 2012 |
| Maturity Date | 16 March 2012 |

According to our contract, our valuation is one million of Euros: 1 000 000,00 Euros.

We would like to have our money back.

Yours faithfully

Sylvie Malard

Chief executive officer D.M.P

LA DISTRIBUTION MODERNE
PICARDE
Société anonyme

# CHAMPETIER DE RIBES SPITZER

④

**PHILIPPE CHAMPETIER DE RIBES**
ANCIEN SECRÉTAIRE DE LA CONFÉRENCE
ANCIEN MEMBRE DU CONSEIL DE L'ORDRE

**JEAN-PIERRE SPITZER**
DOCTEUR EN SCIENCES ÉCONOMIQUES

**ANNE PASCALE VITALE**
AVOCAT AUX BARREAUX DE PARIS ET NEW YORK

**DAMIEN DELAUNAY**
**ANNE COURTOT-GUILLOTEAU**
**ELISABETH DE BOISSIEU**
**LIONEL JACQUEMINET**

*Avocats à la Cour*

**MURIEL DE L'ÉCOTAIS**
MAÎTRE DE CONFÉRENCES A LA FACULTÉ D'AMIENS
CONSULTANTE

TÉLÉPHONE (33) 01 53 64 28 28
TÉLÉCOPIE (33) 01 53 64 28 29
COURRIEL ...................
TOQUE P. 218

Paris, le 24 septembre 2009

LA DISTRUBUTION MODERNE PICARDE
Madame Sylvie Malard-Jarlot
18, avenue de l'Opéra
75001 Paris

**AFFAIRE:** **La Distribution Moderne Picarde C/ Lehman Brothers**
**septembre** **2009**

| facture récapitulative n°07016492 |

**Novembre 2008:** Etat des diligences n°07016386 de 1250€ HT
Après déduction de lavoir n°07016388 de 475 € HT        775 €

**Janvier 2009:** Facture n°07016404        707,50 €

**Mars 2009:** facture d'hjonoraires n°07016426        250 €

**Juillet 2009:** facture d'honoraires n°07016483        375 €

TOTAL HT        2 107,50 €

**Août 2009:** Avoir n° 07016483        -300 €
(réduction du taux horaire de 250€ à 150€)

TOTAL HT        1 807,50 €
TVA 19,6%        354,27 €
**TOTAL TTC**        2 161,77

*En votre aimable règlement en un virement bancaire au compte de BNP PARIBAS DAUPHINE:
20, rue de harlay 75001 PARIS ou en chèque directement libellé à l'ordre de "SELARL APV"
RIB: 30004 01960 00010211510 55 - TVA payée sur encaissement
n° intracommunautaire FR76 3000 4019 6000 0102 1151 055 - N° TVA FR 034 937 266 99*

*Service Comptabilité*

*Payable à réception:*
*Toutes nos factures sont payables à réception et pour un montant net de tout frais bancaires.
Nous nous permettons de vous rappeler que nos facturations intervenant le mois suivant des
diligences accomplies, sont payables à réception. A cet égard nous vous remercions vivement
de votre compréhension.*

# CHAMPETIER DE RIBES SPITZER

⑤

**PHILIPPE CHAMPETIER DE RIBES**
ANCIEN SECRÉTAIRE DE LA CONFÉRENCE
ANCIEN MEMBRE DU CONSEIL DE L'ORDRE

**JEAN-PIERRE SPITZER**
DOCTEUR EN SCIENCES ÉCONOMIQUES

**ANNE PASCALE VITALE**
AVOCAT AUX BARREAUX DE PARIS ET NEW YORK

**DAMIEN DELAUNAY**
**ANNE COURTOT-GUILLOTEAU**
**ELISABETH DE BOISSIEU**
**LIONEL JACQUEMINET**

*Avocats à la Cour*

**MURIEL DE L'ÉCOTAIS**
MAÎTRE DE CONFÉRENCES À LA FACULTÉ D'AMIENS
CONSULTANTE

TÉLÉPHONE (33) 01 53 64 26 28
TÉLÉCOPIE (33) 01 53 64 26 29
COURRIEL
TOQUE P. 218

Paris, le 2 décembre 2008

Madame Sylvie malard

**AFFAIRE:** **LA DISTRIBUTION MODERNE PICARDE C/ LEHMAN BROTHERS**
**Novembre:** **2008**

| Etat des diligences n°07016386 |
| --- |

**1) Temps passé par Me Anne Pascale Vitale**
taux horaire de base de 450€ - Taux conventionnel:

| | |
| --- | --- |
| | 5 |
| | 250 € |
| Soit: | 1250 € |

TOTAL HT
TVA 19,6%

1250 €
245 €

**TOTAL TTC**

**1495 €**

| 0,25= 15 minutes |
| --- |
| 0,50= 30 minutes |
| 0,75= 45 minutes |

## *Ceci n'est pas une facture - Document fourni uniquement à titre informatif*

*En votre aimable règlement en un virement bancaire au comtpe de BNP PARIBAS DAUPHINE:*
*20, rue de harlay 75001 PARIS ou en chèque directement libellé à l'ordre de "SELARL APV"*
*RIB: 30004 01960 00010211510 55 - TVA payée sur encaissement*
*n° intracommunautaire FR76 3000 4019 6000 0102 1151 055 - N° TVA FR 034 937 266 99*

*Service Comptabilité*

9, RUE D'ANJOU, 75008 PARIS
SOCIÉTÉ CIVILE PROFESSIONNELLE D'AVOCATS

# CHAMPETIER DE RIBES SPITZER

⑥

**PHILIPPE CHAMPETIER DE RIBES**
ANCIEN SECRÉTAIRE DE LA CONFÉRENCE
ANCIEN MEMBRE DU CONSEIL DE L'ORDRE

**JEAN-PIERRE SPITZER**
DOCTEUR EN SCIENCES ÉCONOMIQUES

**ANNE PASCALE VITALE**
AVOCAT AUX BARREAUX DE PARIS ET NEW YORK

**DAMIEN DELAUNAY**
**ANNE COURTOT-GUILLOTEAU**
**ELISABETH DE BOISSIEU**
**LIONEL JACQUEMINET**

*Avocats à la Cour*
**MURIEL DE L'ÉCOTAIS**
MAÎTRE DE CONFÉRENCES A LA FACULTÉ D'AMIENS
CONSULTANTE

TÉLÉPHONE (33) 01 53 64 28 28
TÉLÉCOPIE (33) 01 53 64 28 29
COURRIEL ........................
TOQUE P. 218

Paris, le 17 décembre 2008

Madame Sylvie malard

**AFFAIRE:** **LA DISTRIBUTION MODERNE PICARDE C/ LEHMAN BROTHERS**
**Novembre:** **2008**

Avoir n°07016388 sur la facture d'honoraires n°07016386

**1) Temps passé par Me Anne Pascale Vitale**
taux horaire de base de 450€ - Taux conventionnel:                250 €

TOTAL HT                                                          **475 €**
TVA 19,6%                                                         93,1 €

**TOTAL TTC**                                                    **568,1 €**

0,25= 15 minutes
0,50= 30 minutes
0,75= 45 minutes

*En votre aimable règlement en un virement bancaire au comtpe de BNP PARIBAS DAUPHINE:*
*20, rue de harlay 75001 PARIS ou en chèque directement libellé à l'ordre de "SELARL APV"*
*RIB: 30004 01960 00010211510 55 - TVA payée sur encaissement*
*n° intracommunautaire FR76 3000 4019 6000 0102 1151 055 - N° TVA FR 034 937 266 99*

Service Comptabilité

*Payable à réception:*
*Toutes nos factures sont payables à réception et pour un montant net de tout frais bancaires.*
*Nous nous permettons de vous rappeler que nos facturations intervenant le mois suivant des*
*diligences accomplies, sont payables à réception. A cet égard nous vous remercions vivement*
*de votre compréhension.*

# CHAMPETIER DE RIBES    SPITZER

**PHILIPPE CHAMPETIER DE RIBES**
ANCIEN SECRÉTAIRE DE LA CONFÉRENCE
ANCIEN MEMBRE DU CONSEIL DE L'ORDRE

**JEAN-PIERRE SPITZER**
DOCTEUR EN SCIENCES ÉCONOMIQUES

**ANNE PASCALE VITALE**
AVOCAT AUX BARREAUX DE PARIS ET NEW YORK

DOROTHÉE LABASSE
DAMIEN DELAUNAY
ANNE COURTOT-GUILLOTEAU
ELISABETH DE BOISSIEU
LIONEL JACQUEMINET

*Avocats à la Cour*

MURIEL DE L'ÉCOTAIS
MAÎTRE DE CONFÉRENCES A LA FACULTÉ D'AMIENS
CONSULTANTE

TÉLÉPHONE (33) 01 53 64 26 28
TÉLÉCOPIE (33) 01 53 64 26 29
COURRIEL c@avocats-victorhugo.com
TOQUE P. 218

Paris, le 3 février 2009

LA DISTRIBUTION MODERNE PICARDE
Madame Sylvie Malard-Jarlot
18, avenue de l'Opéra
75001 PARIS

### AFFAIRE: LA DISTRIBUTION MODERNE PICARDE C/ LEHMAN BROTHERS
### Janvier 2009

Facture d'honoraires n°07016404

| | | |
|---|---|---|
| **1) Temps passé par Me Anne Pascale Vitale** | | **1,75** |
| taux horaire de base de 450€ - Taux conventionnel: | | 250 € |
| | Soit: | **437,5 €** |
| **2) Temps passé par Marie Megy** | | **1,5** |
| Collaboratrice de Me Anne Pascale Vitale - Taux convention | | 180 € |
| | Soit: | **270 €** |
| TOTAL HT | | **707,5 €** |
| TVA 19,6% | | 138,67 € |
| **TOTAL TTC** | | **846,17 €** |

0,25= 15 minutes
0,50= 30 minutes
0,75= 45 minutes

*En votre aimable règlement en un virement bancaire au compte de BNP PARIBAS DAUPHINE: 20, rue de harlay 75001 PARIS ou en chèque directement libellé à l'ordre de "SELARL APV" RIB: 30004 01960 00010211510 55 - TVA payée sur encaissement n° intracommunautaire FR76 3000 4019 6000 0102 1151 055 - N° TVA FR 034 937 266 99*

Service Comptabilité

*Payable à réception:*
*Toutes nos factures sont payables à réception et pour un montant net de tout frais bancaires. Nous nous permettons de vous rappeler que nos facturations intervenant le mois suivant des diligences accomplies, sont payables à réception. A cet égard nous vous remercions vivement de votre compréhension.*





# CHAMPETIER DE RIBES   SPITZER

**PHILIPPE CHAMPETIER DE RIBES**
ANCIEN SECRÉTAIRE DE LA CONFÉRENCE
ANCIEN MEMBRE DU CONSEIL DE L'ORDRE

**JEAN-PIERRE SPITZER**
DOCTEUR EN SCIENCES ÉCONOMIQUES

**ANNE PASCALE VITALE**
AVOCAT AUX BARREAUX DE PARIS ET NEW YORK

**DOROTHÉE LABASSE**
**DAMIEN DELAUNAY**
**ANNE COURTOT-GUILLOTEAU**
**ELISABETH DE BOISSIEU**
**LIONEL JACQUEMINET**

*Avocats à la Cour*

**MURIEL DE L'ÉCOTAIS**
MAÎTRE DE CONFÉRENCES A LA FACULTÉ D'AMIENS
CONSULTANTE

TÉLÉPHONE (33) 01 53 64 28 28
TÉLÉCOPIE (33) 01 53 64 28 29
COURRIEL cdr@avocats-victorhugo.com
TOQUE P. 218

Paris, le 30 mars 2009

LA DISTRIBUTION MODERNE PICARDE
Madame Sylvie Malard-Jarlot
18, avenue de l'Opéra
75001 PARIS

**AFFAIRE LA DISTRIBUTION MODERNE PICARDE C/ LEHMAN BROTHERS
MARS 2009**

| Facture d'honoraires n°07016426 |
| --- |

**1) Temps passé par Me Anne Pascale Vitale**
taux horaire de base de 450€ - Taux conventionnel:

| | | |
| --- | --- | --- |
| | | **1** |
| | | 250 € |
| | Soit: | **250 €** |

| | |
| --- | --- |
| **TOTAL HT** | **250 €** |
| TVA 19,6% | 49 € |
| **TOTAL TTC** | **299 €** |

| 0,25= 15 minutes |
| --- |
| 0,50= 30 minutes |
| 0,75= 45 minutes |

*En votre aimable règlement en un virement bancaire au comtpe de BNP PARIBAS DAUPHINE:
20, rue de harlay 75001 PARIS ou en chèque directement libellé à l'ordre de "SELARL APV":
RIB: 30004 01960 00010211510 55 - TVA payée sur encaissement
n° intracommunautaire FR76 3000 4019 6000 0102 1151 055 - N° TVA FR 034 937 266 99*

Service Comptabilité

*Payable à réception:*
*Toutes nos factures sont payables à réception et pour un montant net de tout frais bancaires.
Nous nous permettons de vous rappeler que nos facturations intervenant le mois suivant des
diligences accomplies, sont payables à réception. A cet égard nous vous remercions vivement
de votre compréhension.*

# CHAMPETIER DE RIBES SPITZER

⑨

**PHILIPPE CHAMPETIER DE RIBES**
ANCIEN SECRÉTAIRE DE LA CONFÉRENCE
ANCIEN MEMBRE DU CONSEIL DE L'ORDRE

**JEAN-PIERRE SPITZER**
DOCTEUR EN SCIENCES ECONOMIQUES

**ANNE PASCALE VITALE**
AVOCAT AUX BARREAUX DE PARIS ET NEW YORK

DAMIEN DELAUNAY
ANNE COURTOT-GUILLOTEAU
ELISABETH DE BOISSIEU
LIONEL JACQUEMINET

*Avocats à la Cour*

MURIEL DE L'ÉCOTAIS
MAÎTRE DE CONFÉRENCES A LA FACULTÉ D'AMIENS
CONSULTANTE

TÉLÉPHONE (33) 01 53 64 28 28
TÉLÉCOPIE (33) 01 53 64 28 29
COURRIEL cow.avocats.victorhugo.com
TOQUE P. 218

Paris, le 28 août 009

LA DISTRUBUTION MODERNE PICARDE
Madame Sylvie Malard-Jarlot
18, avenue de l'Opéra
75001 Paris

**AFFAIRE:** **La Distribution Moderne Picarde C/ Lehman Brothers**
**Juillet    2009**

| Facture d'honoraires n°07016483 | | |
|---|---|---|
| **1) Temps passé par Me Anne Pascale Vitale** | | **0,5** |
| taux horaire de base de 450€ - Taux conventionnel: | | 150 € |
| Soit: | | **75 €** |
| | | |
| **2) Temps passé par Me Ana Maria Perez Gomez** | | **2** |
| Collaboratrice d'Anne P. Vitale - Taux conventionnel: | | 150 € |
| Soit: | | 300 € |
| | | |
| TOTAL HT | | **375 €** |
| TVA 19,6% | | 73,5 € |
| **TOTAL TTC** | | **448,5 €** |

0,25= 15 minutes
0,50= 30 minutes
0,75= 45 minutes

*En votre aimable règlement en un virement bancaire au comtpe de BNP PARIBAS DAUPHINE:*
*20, rue de harlay 75001 PARIS ou en chèque directement libellé à l'ordre de "SELARL APV"*
*RIB: 30004 01960 00010211510 55 - TVA payée sur encaissement*
*n° intracommunautaire FR76 3000 4019 6000 0102 1151 055 - N° TVA FR 034 937 266 99*

**Service Comptabilité**

*Payable à réception:*
*Toutes nos factures sont payables à réception et pour un montant net de tout frais bancaires.*
*Nous nous permettons de vous rappeler que nos facturations intervenant le mois suivant des*
*diligences accomplies, sont payables à réception. A cet égard nous vous remercions vivement*
*de votre compréhension.*

*Léry Arais*

(10)

# CHAMPETIER DE RIBES SPITZER

**PHILIPPE CHAMPETIER DE RIBES**
ANCIEN SECRÉTAIRE DE LA CONFÉRENCE
ANCIEN MEMBRE DU CONSEIL DE L'ORDRE

**JEAN-PIERRE SPITZER**
DOCTEUR EN SCIENCES ÉCONOMIQUES

**ANNE PASCALE VITALE**
AVOCAT AUX BARREAUX DE PARIS ET NEW YORK

**DAMIEN DELAUNAY**
**ANNE COURTOT-GUILLOTEAU**
**ELISABETH DE BOISSIEU**
**LIONEL JACQUEMINET**

*Avocats à la Cour*

**MURIEL DE L'ÉCOTAIS**
MAÎTRE DE CONFÉRENCES À LA FACULTÉ D'AMIENS
CONSULTANTE

TÉLÉPHONE (33) 01 53 64 28 28
TÉLÉCOPIE (33) 01 53 64 28 29
COURRIEL cdravocats.victorhugo.com
TOQUE P. 218

Paris, le 28 août 009

LA DISTRIBUTION MODERNE PICARDE
Madame Sylvie Malard-Jarlot
18, avenue de l'Opéra
75001 Paris

**AFFAIRE:**   **La Distribution Moderne Picarde C/ Lehman Brothers**
**Août**   **2009**

| Avoir n°07016483 |

Réduction du Taux horaire sur les factures concernant les mois de janvier et de février 2009.

Taux conventionnel de 250€ à 150€:

| | | |
|---|---|---|
| **1) Temps passé par Me Anne Pascale Vitale** | | 2 € |
| Taux horaire de: | | **150 €** |
| | Soit: | 300 € |
| | | |
| TOTAL HT | | 300 € |
| TVA 19,6% | | **58,8 €** |
| **TOTAL TTC** | | 358,8 € |

| 0,25= 15 minutes |
|---|
| 0,50= 30 minutes |
| 0,75= 45 minutes |

*En votre aimable règlement en un  virement bancaire au compte de BNP PARIBAS DAUPHINE:*
*20, rue de harlay 75001 PARIS ou en chèque directement libellé à l'ordre de "SELARL APV"*
*RIB: 30004 01960 00010211510 55 - TVA payée sur encaissement*
*n° intracommunautaire FR76 3000 4019 6000 0102 1151 055 - N° TVA FR 034 937 266 99*
                                                                              *Service Comptabilité*

# CHAMPETIER DE RIBES SPITZER

**PHILIPPE CHAMPETIER DE RIBES**
ANCIEN SECRÉTAIRE DE LA CONFÉRENCE
ANCIEN MEMBRE DU CONSEIL DE L'ORDRE

**JEAN-PIERRE SPITZER**
DOCTEUR EN SCIENCES ÉCONOMIQUES

**ANNE PASCALE VITALE**
AVOCAT AUX BARREAUX DE PARIS ET NEW YORK

**DAMIEN DELAUNAY**
**ANNE COURTOT-GUILLOTEAU**
**ELISABETH DE BOISSIEU**
**LIONEL JACQUEMINET**

*Avocats à la Cour*
**MURIEL DE L'ÉCOTAIS**
MAÎTRE DE CONFÉRENCES À LA FACULTÉ D'AMIENS
CONSULTANTE

TÉLÉPHONE (33) 01 53 64 28 28
TÉLÉCOPIE (33) 01 53 64 28 29
COURRIEL cds@avocats-victorhugo.com
TOQUE P. 218

October 15, 2009

**Lehman Brothers Holdings
Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

FDR Station, P.O. 5286
New York, New York 10150 – 5076

USA
Tel : 1 866 879 06 88
          1 503 597 76 91

<u>By express Mail</u>

**Re. Lehman Brothers Holdings Inc. bankruptcy –
Lehman Brothers Holdings Inc – GUARANTOR
Case N° of Debtor 08- 13 555**

**Addendum to La Distribution Moderne Picarde's Proof of Claim
dated and sent to you on Sept, 18, 2009**

RE PARIS - CA 23 886 / Account: 54 038

Dear Sirs,

I, Anne Pascale Vitale, I'm a partner with the legal firm Champetier de Ribes Spitzer in Paris, France, and I'm representing La Distribution Moderne Picarde (incorporated 18 Avenue de l'Opéra, 75001 Paris, France, represented by its CEO, Mrs Sylvie Malard, 011 33 1 55 35 97 96).

La Distribution Moderne Picarde, in accordance with the rules of the proceedings of the Case above in reference, has duly sent to you by express mail on September 18, 2009, the Proof of Claim attached in copy together with the documents also attached again in copy, for your convenience (<u>Exhibits 1 to 10</u>).

As an addendum, we are on behalf of our client La Distribution Moderne Picarde, sending in attachment to the present letter the following documents:

- <u>Exhibit 11:</u> Proof of Claim filed with the receiver of Lehman Brothers in The Netherlands

9, RUE D'ANJOU, 75008 PARIS
SOCIÉTÉ CIVILE PROFESSIONNELLE D'AVO

La Distribution Moderne Picarde – D.M.P
18, avenue de l'Opéra
75001 Paris
France
Tel : 00 33 (0)1 55 35 97 96
Fax : 00 33 (0)1 55 35 97 98
E-mail : sylviemj@gmail.com

Paris, April 8, 2009

**REFERENCE :**  **Creditor  Distribution  Moderne  Picarde  C/  Lehman  Brothers**
info.lbtreasurybv@houthoff.com

Dear Sir,

We hold some notes issued by Lehman Brothers Treasury.
We inform you about, and we want to be registered into the Lehman Brothers Treasury bankruptcy proceedings:

| | |
|---|---|
| Issuer: | Lehman Brothers Treasury |
| Dealer: | Lehman Brothers International (Europe) |
| Trade Id: | SW00ZR:01 |
| Client Account Number: | 1923454 |
| Legal Name: | Distribution Moderne Picarde |
| E-mail: | |
| Security Id: | XS0291131141 (ISIN) |
| Security Description: | Lehman Bros Treasury CO BV 0,000% 20120316 EMTN |
| Quantity: | 1.000.000 € |
| Issue Price: | 100% |
| Trade type: | Nominal |
| Strike Date: | 12 March 2007 |
| Issue: Settlement Date: | 16 March 2007 |
| Final Valuation Date: | 12 March 2012 |
| Maturity Date: | 16 March 2012 |

We thank you to acknowledge receipt of the present statement of claim.

Yours faithfully,

La Distribution Moderne Picarde



The information on this page is regarded as Financial Information, as defined in earlier communication from the Bankruptcy Trustee (see also www.lehmanbrotherstreasury.com). This information is provided to you on an "as is" and "as available" basis and may contain errors or omissions. To the fullest extent permitted by law, the Bankruptcy Trustee does not provide or make any warranty or representation of any kind, whether express or implied, in respect of the Financial Information, its accurateness or completeness. The Financial Information cannot in any way be relied upon to calculate any possible claim that you may have against LBT's estate ( boedel). A general disclaimer containing, among other things, an exclusion of any liability of the Bankruptcy Trustee for any damage as a result of the use of the Financial Information is applicable. Please consult the full text of the Disclaimer at www.lehmanbrotherstreasury.com/fd.html.

**LEHMAN BROTHERS TREASURY CO BV**
**DEBT POSITION AS AT 15 SEPTEMBER 2008**
**DEBT POSITION MOVEMENT SCHEDULE (UNAUDITED)**

In December 2008, the Bankruptcy Trustee disclosed the unaudited debt position of Lehman Brothers Treasury Co. B.V. ("LBT") as at 31 August 2008 (see Annex I to the first public report dated 22 December 2008). The debt relating to the notes issued by LBT at 31 August 2008 was supported by a list containing information on the respective ISIN-codes relating to these notes.

LBT was operational and issued notes until Monday 15 September 2008, the date on which Lehman Brothers Holdings Inc. ("LBHI") filed a Chapter 11 petition. From this day, LBT did not issue, redeem or repurchase notes. As a consequence, the nominal value of outstanding notes has not changed since the end of the last trading day before 15 September 2008, being (Friday) 12 September 2008.

In January 2009, the Bankruptcy Trustee was provided with an unaudited interim balance sheet of LBT as at 12 September 2008 (the "Global Close Balance Sheet"), end of the trading day. The Global Close Balance Sheet has been drawn up as part of the 'global close' process, also described in the first and second public report of LBT. The Bankruptcy Trustee was not involved in preparing this global close process or - in that respect - the Global Close Balance Sheet.

The Bankruptcy Trustee has reconciled the Dutch GAAP (USD) value of the outstanding notes as at 31 August 2008 with the Dutch GAAP (USD) value of these notes as at 15 September 2008 (as included in the Global Close Balance Sheet). In this reconciliation, changes in exchange rates, new note issuances and matured or redeemed notes between 31 August and 15 September 2008 have been taken into account. Furthermore, based on additional information provided by (representatives of) Lehman Brothers group entities, clearing agencies and creditors (noteholders), the Bankruptcy Trustee has made an effort to further improve the quality of the list of ISIN-codes relating to the notes outstanding as at 12 September 2008.

In order to calculate the outstanding nominal value of the notes as at 15 September 2008 (i.e. 12 September 2008, end of the trading day), discounts and amortisation of discounts have been eliminated.

The above-mentioned reconciliation is summarized in the movement schedule below.

| | In USD | | In numbers |
|---|---|---|---|
| Outstanding Dutch GAAP value as at 31 August 2008 in USD (www.lehmanbrotherstreasury.com) | $34,782,418,198 | | 3,821 |
| Notes outstanding as at 31 August 2008 that matured before or at 15 September 2008. | | | |
| Movement in exchange rates between 31 August 2008 and 15 September 2008 | -$90,245,206 | | -35 |
| Movement in discounts and amortisation thereof | -$1,235,223,046 | | 0 |
| Notes early redeemed or repurchased between 31 August 2008 and 15 September 2008 | $5,937,839 | | 0 |
| Notes issued between 31 August 2008 and 15 September 2008 | -$204,364,288 | | -10 |
| Removal of double counted subledger data received from LBIE; no impact on nominal value of note | $49,393,563 | | 22 |
| | $0 + | | -9 + |
| Outstanding Dutch GAAP value as at 15 September 2008 in USD (as determined by the bankruptcy trustee) | -$1,474,511,138 + | | -32 + |
| | $33,307,907,060 | | 3,789 |
| Elimination of amortised discounts | | | |
| | $410,877,882 + | | -1 + |
| Outstanding nominal value as at 15 September 2008 in USD (www.lehmanbrotherstreasury.com) | $33,718,784,942 | | 3,788 |

**LEHMAN BROTHERS TREASURY CO BV**
**DEBT POSITION AS AT 15 SEPTEMBER 2008**
**DEBT PER ISIN-CODE AND SERIES NUMBER (UNAUDITED)**

The list on the following pages includes all LBT notes outstanding as at 15 September 2008 (i.e. 12 September 2008, end of the trading day). From 15 September 2008, the number of notes and the nominal amount of these notes have not changed.

The amounts included in the list on the following pages reflect the nominal values of notes as at 15 September 2008 and 8 October 2008 respectively. The nominal value at 15 September 2008 is presented in USD and is calculated using the foreign exchange rates used by Lehman Brothers at 12 September 2008. The nominal value at 8 October 2008 is presented in EUR and is calculated using the foreign exchange rates at 7 October 2008, end of the trading day, as determined by the Dutch central bank (De Nederlandsche Bank, "DNB"). Since DNB does not determine a rate for the Israeli Shekel (ILS), the Bankruptcy Trustee has used the daily Bloomberg ILS-EUR exchange rate on 7 October 2008 to calculate the nominal EUR value of ILS notes on 8 October 2008.

The Bankruptcy Trustee has applied the following exchange rates:

| | To USD 12 September 2008 | To EUR 7 October 2008 | |
|---|---|---|---|
| AUSTRALIAN DOLLAR | 0,793941280 | 0,532339633 | AUD |
| CANADIAN DOLLAR | 0,927729850 | 0,667066907 | CAD |
| SWISS FRANC | 0,876790740 | 0,644080697 | CHF |
| CZECH KORUNA | 0,056528870 | 0,040846573 | CZK |
| DANISH KRONER | 0,186727690 | 0,134006942 | DKK |
| EURO CURRENCY | 1,392237000 | 1,000000000 | EUR |
| POUNDS STERLING | 1,750500000 | 1,286587327 | GBP |
| HONG KONG DOLLAR | 0,128240640 | 0,094454572 | HKD |
| HUNGARIAN FORINT | 0,005777570 | 0,004013969 | HUF |
| ISRAELI SHEKEL | 0,275255970 | 0,210167338 | ILS |
| ICELAND KRONUR | 0,010923590 | 0,007341605 | ISK |
| JAPAN YEN | 0,009388350 | 0,007167945 | JPY |
| MEXICAN NUEVO PESO | 0,093990260 | 0,061696404 | MXN |
| NORWAY KRONE | 0,171191930 | 0,119317504 | NOK |
| NEW ZEALAND DOLLAR | 0,647447410 | 0,466483183 | NZD |
| POLISH ZLOTY (NEW) | 0,408851640 | 0,291290417 | PLN |
| RUSSIAN RUBLE | 0,038740550 | 0,028065943 | RUB |
| SWEDISH KRONA | 0,145938680 | 0,103534674 | SEK |
| SINGAPORE DOLLAR | 0,691554320 | 0,501303389 | SGD |
| SLOVAK KORUNA | 0,046000450 | 0,032900148 | SKK |
| U.S. DOLLAR | 1,000000000 | 0,733558075 | USD |
| SOUTH AFRICA RAND | 0,120791020 | 0,093303483 | ZAR |

The information on this page is regarded as Financial Information, is derived in private communication from the Bankruptcy Trustee (See also www.lehmanbrothertreasury.com). This information is provided to you as an "as is" and "as available" basis and may contain errors or omissions. The subject matter permitted by law, the Bankruptcy Trustee shall not provide or make any warranty or representation of any kind, whether express or implied, in respect of the Financial Information, its accuracy or completeness. The Financial Information provided to you as an "as is" and "as available" basis does not imply and you should not assume that the Financial Information is correct, up to date or error free. In respect of the Bankruptcy Trustee nor any damage as a result of the use of the Financial Information is applicable. Please contact the full text of the Disclaimer at www.lehmanbrothertreasury.com.

| Series Number | ISIN | Short description | Maturity date | Currency | 15 September 2008 nominal value in original currency | 15 September 2008 nominal value in USD | 15 October 2008 nominal value in EUR |
|---|---|---|---|---|---|---|---|
| MTN06487 | XS0290251007 | 5YR AUTOREDEEMABLE ELN ON EUROSTOXX 50 | 13-Mar-2012 | EUR | 11.510.000 | $16.024.648 | € 11.510.000 |
| MTN06367 | XS0290294742 | CPN LONG SHORT CDX NOTE | 27-Mar-2014 | EUR | 3.346.300 | $4.658.843 | € 3.346.300 |
| MTN06465 | XS0290363497 | 2YR JAPAN BASKET DAILY ACC CALLABLE ELN | 13-Mar-2009 | JPY | 520.000.000 | $4.881.942 | € 3.727.331 |
| MTN06485 | XS0290306243 | NIKKEI LINKED AUD NOTE | 20-Mar-2014 | AUD | 1.700.000 | $1.349.700 | € 904.977 |
| MTN06447 | XS0290440667 | AUTOCALL MEMORY CPN NOTE LINK TO BASKET OF SHARES | 14-Nov-2016 | USD | 2.000.000 | $2.000.000 | € 1.487.136 |
| MTN06473 | XS0290555480 | ISHIKAWAJIMA HARIMA HVY IND STOCK | 15-Mar-2010 | JPY | 90.000.000 | $844.951 | € 645.115 |
| MTN06474 | XS0290556454 | ELN EXCHANGEABLE INTO DAIWA SECURITIES GROUP | 22-Sep-2008 | JPY | 210.000.000 | $1.971.553 | € 1.505.268 |
| MTN06484 | XS0290557692 | 2 YR US BASKET DLY ACC CALL ELN | 16-Mar-2009 | USD | 3.000.000 | $3.000.000 | € 2.200.704 |
| MTN06472 | XS0290563740 | ELN EXCHBLE INTO KANSAI ELECTRIC POWER INC STOCK | 21-Mar-2012 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN06499 | XS0290585572 | EUR 100% CAP PROTECTED NOTE ON THE S AND P PAN | 2-Apr-2010 | EUR | 4.000.000 | $5.568.948 | € 4.000.000 |
| MTN06494 | XS0290596161 | REVERSE CONVERTIBLE NOTE | 15-Sep-2008 | EUR | 5.052.000 | $7.033.581 | € 5.052.000 |
| MTN06485 | XS0290654978 | 8YR AUTOREDEEMABLE ELN ON WORLD INDEX BASKET | 16-Mar-2015 | EUR | 14.850.000 | $20.674.719 | € 14.850.000 |
| MTN06490 | XS0290694925 | 2 YR EU BASKET DAILY ACC CALL ELN | 16-Mar-2009 | EUR | 2.350.000 | $2.350.000 | € 1.723.885 |
| MTN06507 | XS0290716595 | AUD CALLABLE & KNOCK OUT POWER REVERSE DUAL CUR NO | 27-Mar-2037 | JPY | 150.000.000 | $1.408.252 | € 1.075.192 |
| MTN06502 | XS0290717488 | AUD CALLABLE & KNOCK OUT POWER REVERSE DUAL CUR NO | 13-Mar-2037 | JPY | 200.000.000 | $1.877.670 | € 1.433.589 |
| MTN06510 | XS0290768269 | ELN EXCH INTO EBARA CORP STOCK | 16-Mar-2010 | JPY | 188.100.000 | $1.765.949 | € 1.348.290 |
| MTN06506 | XS0290770378 | ELN EXCHBLE INTO AEON CREDIT SERVICE CO LTD STOCK | 24-Sep-2008 | JPY | 60.050.000 | $563.664 | € 430.507 |
| MTN06508 | XS0290772077 | NIKKEI LINKED AUD NOTE | 20-Mar-2014 | AUD | 1.100.000 | $873.335 | € 585.574 |
| MTN06521 | XS0290836658 | BULL BEAR NOTE | 16-Sep-2010 | EUR | 750.000 | $1.044.178 | € 750.000 |
| MTN06524 | XS0290837383 | 3 YEAR CAPITAL PROTECTED NOTE | 21-Mar-2010 | CHF | 3.500.000 | $3.068.768 | € 2.254.283 |
| MTN06525 | XS0290975340 | NIKKEI LINKED AUD NOTE | 20-Mar-2014 | AUD | 2.450.000 | $1.945.156 | € 1.304.232 |
| MTN06524 | XS0290976157 | ELN EXCHBLE INTO ISHIKAWAJIMA STOCK | 24-Sep-2008 | JPY | 100.788.000 | $946.233 | € 722.443 |
| MTN06518 | XS0290977049 | ELN EXCHANGEABLE INTO JFE HOLDINGS INC STOCK | 19-Mar-2012 | JPY | 50.250.000 | $471.858 | € 360.261 |
| MTN06516 | XS0290980340 | TORAY INDUSTRIES STOCK | 16-Mar-2012 | JPY | 100.160.000 | $940.337 | € 717.941 |
| MTN06501 | XS0290989309 | ELN EXCH INTO SOFTBANK CORP STOCK | 21-Mar-2012 | JPY | 1.400.000 | $1.111.516 | € 745.275 |
| MTN06534 | XS0290989994 | PRINCIPAL PROTECTED NIKKEI LINKED 10YR NOTE | 20-Mar-2017 | JPY | 500.000.000 | $4.694.175 | € 895.993 |
| MTN06533 | XS0290993590 | NIKKEI LINKED AUD NOTE | 20-Mar-2014 | AUD | 1.500.000 | $3.583.972 | € 1.100.382 |
| MTN06541 | XS0291131141 | ALPHA PROTECTOR SD3E VS SX5E | 16-Mar-2012 | EUR | 1.000.000 | $1.392.237 | € 1.000.000 |
| MTN06635 | XS0291145364 | CLN- NITEK CORP | 18-Mar-2010 | USD | 3.000.000 | $3.000.000 | € 2.200.704 |
| MTN06537 | XS0291152576 | 8 YEAR AUTOCALLABLE NOTE ON HSBC | 19-Mar-2015 | EUR | 1.000.000 | $1.392.237 | € 1.000.000 |
| MTN06540 | XS0291251808 | 2YR JAPAN BASKET DAILY ACC CALLABLE ELN | 23-Mar-2009 | JPY | 140.000.000 | $1.314.369 | € 1.003.512 |
| MTN06534 | XS0291347234 | 5YR AUTOREDEEMABLE ELN TO BANCO SANTANDER | 23-Mar-2012 | EUR | 3.200.000 | $4.455.158 | € 3.200.000 |
| MTN06576 | XS0291396959 | CLIQUET NOTE ON EU EUROSTOXX 50 INDEX | 19-Mar-2009 | EUR | | | |
| MTN06566 | XS0291463221 | ELN EXCH INTO CHUBU ELECTRIC POWER CO INC | 19-Mar-2008 | JPY | 3.000.000 | $4.176.711 | € 3.000.000 |
| MTN06567 | XS0291463743 | ELN WORST INTO ISHIKAWAJIMA HARIMA HVY IND | 16-Sep-2008 | JPY | 100.000.000 | $938.835 | € 716.794 |
| MTN06570 | XS0291464385 | ELN WORST OF MITSUBISHI RAYON, MATERIAL AND ESTATE | 23-Mar-2010 | JPY | 80.000.000 | $751.068 | € 573.436 |
| MTN06594 | XS0291646577 | EUR TWIN WIN NOTES ON S&P 500 INDEX IN EUR | 23-Mar-2010 | JPY | 100.000.000 | $938.835 | € 716.794 |
| MTN06584 | XS0291655057 | ELN EXCHANGEABLE INTO NAKAYAMA STEEL WORKS LTD | 19-Mar-2013 | EUR | 14.999.993 | $20.883.546 | € 14.999.993 |
| MTN06588 | XS0291656022 | ELN EXCHANGEABLE INTO FURUKAWA ELECTRIC CO LTD | 3-Apr-2012 | JPY | 100.000.000 | $942.459 | € 719.561 |
| MTN06586 | XS0291657004 | ELN WORST OF SUMITOMO METAL MINING CO LTD | 24-Sep-2008 | JPY | 90.000.000 | $844.951 | € 645.115 |
| MTN06583 | XS0291659471 | ELN EXCHBLE INTO DAIWA SECURITIES GROUP INC STOCK | 22-Mar-2012 | JPY | 81.760.000 | $767.591 | € 586.051 |
| MTN06577 | XS0291666064 | ELN EXCH INTO ELPIDA MEMORY INC STOCK | 15-Mar-2010 | JPY | 100.320.000 | $941.839 | € 719.088 |
| MTN06582 | XS0291662343 | ELN EXCHBLE INTO NEC CORP STOCK | 21-Mar-2012 | JPY | 112.013.000 | $1.051.617 | € 802.903 |
| MTN06609 | XS0291869955 | JPY/USD FX TR=4RNS NOTE | 27-Mar-2037 | JPY | 240.000.000 | $2.253.204 | € 1.720.307 |
| MTN06590 | XS0291873122 | JPY/USD FX TARNS NOTE | 27-Mar-2037 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN06620 | XS0291905858 | ELN EXCHANGEABLE INTO NGK SPARK PLUG | 24-Sep-2008 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN06620 | XS0291974664 | GSCI AGRICULTURE TOTAL RETURN TRACKER NOTE | 23-Mar-2009 | USD | 2.300.000 | $2.300.000 | € 1.687.207 |
| MTN06565 | XS0292153621 | 100% CAP PROT NOTE LINK TO BASKET OF STOCKS | 12-Apr-2012 | USD | 6.380.000 | $6.380.000 | € 4.680.164 |
| MTN06629 | XS0292198420 | 2YR EU BASKET DAILY ACCRUAL CALLABLE ELN | 23-Mar-2009 | EUR | 1.500.000 | $2.088.356 | € 1.500.000 |
| MTN06624 | XS0292217311 | ELN WORST OF TAKASHIMAYA CO LTD AND KODDI | 16-Sep-2008 | JPY | 100.000.000 | $938.835 | € 716.794 |
| MTN06634 | XS0292220455 | ELN EXCHANGEABLE INTO KAWASAKI HEAVY INDUSTRIES | 24-Sep-2008 | JPY | 100.000.000 | $938.835 | € 716.794 |
| MTN06618 | XS0292221008 | CALL NOTE ON NIKKEI 225 | 25-Mar-2027 | JPY | 50.000.000 | $469.417 | € 358.397 |
| MTN06623 | XS0292221776 | NIKKEI LINK JPY NOTE | 5-Apr-2014 | JPY | 120.000.000 | $1.126.602 | € 860.153 |
| MTN06670 | XS0292248977 | 5 YR BASKET NOTE LINKED TO BASKET OF INDIAN SHARES | 8-May-2012 | USD | 10.434.000 | $10.434.000 | € 7.854.049 |
| MTN06655 | XS0292365290 | AUD CALLABLE & KNOCK OUT POWER REVERSE DUAL CN | 30-Mar-2037 | JPY | 100.000.000 | $938.835 | € 716.794 |
| MTN06650 | XS0292336673 | 1.6 4YRS USD INCOME DRIVER NOTES | 16-Mar-2012 | USD | 5.157.000 | $5.157.000 | € 3.783.011 |
| MTN06654 | XS0292337309 | 2 YR GLOBAL BANK BASKET DAILY ACC CALLABLE ELN | 28-Mar-2009 | USD | | | |
| MTN06671 | XS0292467189 | LBCS | 26-Mar-2010 | USD | 1.700.000 | $1.700.000 | € 1.247.066 |
| MTN06666 | XS0292467189 | ELN EXCH INTO MITSUI MINING & SMELTING CO | 19-Mar-2012 | JPY | 1.405.000 | $1.405.000 | € 1.030.663 |
| MTN06682 | XS0292471454 | ELN EXCHANGEABLE INTO SUMITOMO MITSUI FINANCIAL | 19-Mar-2012 | JPY | 51.975.000 | $487.959 | € 372.554 |
| MTN06647 | XS0292502514 | REPUBLIC OF PHILIPPINES | 2-Apr-2010 | JPY | 51.060.000 | $479.369 | € 365.995 |
| MTN06672 | XS0292505459 | CAPITAL PROTECTED NOTE | 20-Mar-2017 | USD | 5.000.000 | $5.000.000 | € 3.667.840 |
| MTN06653 | XS0292528311 | 6 YR NON CAPITAL PROTECTED LEHMAN BROS AREVO NOTE | 27-Mar-2013 | EUR | 200.000 | $278.447 | € 200.000 |
| MTN06676 | XS0292529129 | 3Y CHF CAPITAL PROT NOTE LINK TO THE LEHMAN AREVO | 30-Mar-2010 | CHF | 5.000.000 | $6.961.185 | € 5.000.000 |
| MTN06665 | XS0292540019 | JPY/USD FX TARNS NOTE | 30-Mar-2037 | CHF | 24.000.000 | $21.042.978 | € 15.457.942 |
| MTN06674 | XS0292542494 | AREVO STRATEGY NOTE | 30-Mar-2013 | CHF | 60.000.000 | $938.835 | € 716.794 |
| MTN06688 | XS0292822771 | ASIAN FX BASKET QUANTO NOTE | 11-Jun-2010 | SEK | 242.360.000 | $52.607.444 | € 38.644.854 |
| MTN06683 | XS0292936644 | ELN EXCHANGEABLE INTO DAIWA SECURITIES GROUP INC | 11-Jun-2010 | JPY | 50.645.000 | $35.398.886 | € 25.113.370 |
| MTN06701 | XS0293062146 | 5 YR AUTOREDEEMABLE ELN ON REPSOL SANTANDER | 11-Apr-2012 | JPY | 50.645.000 | $475.473 | € 363.021 |
| MTN06711 | XS0293138813 | EUR DENOMINALTED FX BST OF BASKET DIGITAL NOTE | 5-Apr-2012 | EUR | 2.000.000 | $2.784.474 | € 2.000.000 |
| MTN06710 | XS0293140553 | AUD/JPY CALLABLE PRDC NOTE | 30-Sep-2009 | EUR | 800.000 | $1.113.790 | € 800.000 |
| MTN06719 | XS0293166517 | 3Y PARTIALLY CAPITAL PROTECTED LINKED | 5-Apr-2037 | JPY | 100.000.000 | $938.835 | € 716.794 |
| MTN06714 | XS0293193338 | 15N'C3M LIBOR INVERSE FLOATER NOTE | 30-Mar-2010 | EUR | 3.000.000 | $4.176.711 | € 3.000.000 |
| MTN06713 | XS0293180344 | 15N'C3M CALLABLE INVERSE FLOATER SWAP | 30-Mar-2010 | USD | 3.000.000 | $3.000.000 | € 2.200.704 |
| MTN06718 | XS0293363858 | JPY USD KNOCK OUT DIGITAL NOTE | 15-May-2022 | USD | 3.200.000 | $3.200.000 | € 2.347.418 |
| MTN06732 | XS0293572425 | LEVERAGED NOTES LINKED TO BASKET OF HEDGE FUNDS | 27-Mar-2017 | EUR | 11.200.000 | $1.220.465 | € 931.833 |
| MTN06733 | XS0293628748 | 7 YR AUTOREDEEMABLE ELN TO BBVA AND SAN | 23-Mar-2017 | EUR | 5.000.000 | $6.961.185 | € 27.390.000 |
| MTN06554 | XS0293664461 | CLN LINK TO JSC KAZKOMMERTSBANK | 30-Mar-2010 | EUR | 5.000.000 | $5.000.000 | € 3.667.840 |
| MTN06747 | XS0293677281 | CPN ON EUROSTOXX 50 INDEX | 21-Jun-2011 | EUR | 25.000.000 | $34.805.925 | € 25.000.000 |

/3/03 '07 15:55 FAX 33 1 53893139          LEHMAN BROTHERS-OPS                    @001    ⑬

# LEHMAN BROTHERS

## Principal Trade Contract Note

*13 March 2007*

| | | | | | |
|---|---|---|---|---|---|
| *Paris Branch Address:* | | | *Head Office Address:* | | |
| 21 Rue Balzac | Tel: | +331 5389 3109 | 25 Bank Street | Tel: | +44 (0) 20 7102 2452 |
| 75008 Paris Cedex 08 | Fax: | +331 5389 3139 | London E14 5LB | Fax: | +44 (0) 20 7102 3101 |
| France | | | United Kingdom | | |

We, Lehman Brothers International (Europe), have pleasure in confirming our sale to you.

| | |
|---|---|
| Trade Id | SW00ZR:01 |
| Client Account Number | 1923454 |
| Legal Name | DISTRIBUTION MODERNE PICAR |
| Security Id | XS0291131141 (ISIN) |
| Security Description | LEHMAN BROS TREASURY CO BV 0.000% 20120316 EMTN |
| Quantity | 1,000,000.00 |
| Price/Yield | 100.00 |
| Trade Date | 5 March 2007 |
| Value Date | 16 March 2007 |
| Principal | 1,000,000.00 |
| No of Days | |
| Net Amount | 1,000,000.00 |
| Settlement Currency | EUR |
| | |
| Your settlement instructions: | CEDEL A/C 54038 ( 97639 ) |
| | |
| Our settlement instructions: | EUROCLEAR A/C 92904 |

This message contains proprietary and confidential information some or all of which may be legally privileged and is intended only for the personal and confidential use of the designated recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail.

Please advise us of any disagreement with the details on this confirmation within 24 hours. The time of transaction, if not noted above, as well as additional information, is available on request. The details of any charges shared with another person or any remuneration being passed to third parties for introducing business will be made available on request. Please quote the above reference number on all communications. Please contact trade support at the above number. This contract note shall supersede any prior communication regarding the transaction confirmed hereby.

Lehman Brothers International (Europe) is regulated by the Financial Services Authority.

Lehman Brothers International (Europe), Paris branch, is also regulated by the CECEI and the AMF.

Lehman Brothers International (Europe) is an unlimited liability company with its head office at 25 Bank Street, London, England and is registered with Companies House under number 2538254 and the Registre du Commerce et des Sociétés of Paris under number 438 971 414.

LBc-intl



## LEHMAN BROTHERS
### Structured Equity Solutions

**PARIS**

Christophe Baudry
+33 1 53 89 30 44
cbaudry@lehman.com

Jonathan Levy
+33 1 53 89 30 44
jonathan.levy@lehman.com

Bertrand Fay de Lestrac
+33 1 53 89 30 44
bfaydela@lehman.com

**LONDON**

Caroline Euvrard
+44 207 103 4341
ceuvrard@lehman.com

Nicolas Bouchery
+44 207 103 4341
nicolas.bouchery@lehman.com

# Alpha Protector SD3E vs SX5E
## 5-Year Capital Guaranteed Notes linked to the DJ EuroStoxx Select Dividend 30 and the DJ EuroStoxx 50 Indices

### Terms and Conditions as of 5 March 2007

| | |
|---|---|
| Issuer | Lehman Brothers Treasury Co. B.V. |
| Arranger/Dealer | Lehman Brothers International (Europe) |
| Issue Type | Equity-Linked Euro Medium Term Note |
| Trade Type | Nominal |
| Trade Date | 5 March 2007 |
| Notional Amount | EUR 1,000,000 |
| Specified Denomination (SD) | EUR 50,000 |
| Issue Price | 100.0% of SD |
| Strike Date | 12 March 2007 |
| Issue / Settlement Date | 16 March 2007 |
| Final Valuation Date | 12 March 2012, or if such date is not a Scheduled Trading Day, the next following Scheduled Trading Day |
| Maturity Date | 16 March 2012, subject to adjustment in accordance with the Modified Following Business Day Convention |
| Settlement Currency | Euro ("EUR") |
| Underlying | • Dow Jones Euro STOXX Select Dividend 30<br><br>• Dow Jones Euro STOXX 50<br><br>(each, an "Index"), as detailed in Annex 1 |
| Redemption Amount | The Issuer shall pay to the holder of the Notes an amount per Note in EUR on the Maturity Date determined by the Calculation Agent in |

LA DISTRIBUTION MODERNE
PICARDE
Société Anonyme
p/o Le Président-Directeur Général





## Structured Equity Solutions

accordance with the following :

$$SD \times \left[ 100\% + PF \times Max\left( \frac{SD3E_{Final}}{SD3E_{Initial}} - \frac{SX5E_{Final}}{SX5E_{Initial}} ; 0\% \right) \right]$$

Where:

$$SD3E_{Final} = \frac{1}{12}\sum_{t=1}^{12} SD3E_t$$

$$SX5E_{Final} = \frac{1}{12}\sum_{t=1}^{12} SX5E_t$$

$SD3E_t$ means the level of the Dow Jones Euro STOXX Select Dividend 30 at the Valuation Time on the Observation Date t as determined by the calculation agent

$SD3E_{Initial}$ means the level of the Dow Jones Euro STOXX Select Dividend 30 at the Valuation Time on the Strike Date, as determined by the Calculation Agent [and as set out in Annex 1]

$SX5E_t$ means the level of the Dow Jones Euro STOXX 50 at the Valuation Time on the Observation Date t as determined by the calculation agent

$SX5E_{Initial}$ means the level of the Dow Jones Euro STOXX 50 at the Valuation Time on the Strike Date, as determined by the Calculation Agent [and as set out in Annex 1]

| Participation Factor (PF) | 140.0% |
| Observation Dates t | |

| t | Observation Date t |
|---|---|
| 1 | 12 April 2011 |
| 2 | 12 May 2011 |
| 3 | 12 June 2011 |
| 4 | 12 July 2011 |
| 5 | 12 August 2011 |
| 6 | 12 September 2011 |
| 7 | 12 October 2011 |
| 8 | 12 November 2011 |

LA DISTRIBUTION MODERNE
PICARDE
Société anonyme
Le Président-Directeur Général

7. NOV. 2000 16:55    LA DISTRIBUTION MODERNE PICARDE    N° 0553  P. 8




## Structured Equity Solutions

| 9  | 12 December 2011 |
|----|------------------|
| 10 | 12 January 2012  |
| 11 | 12 February 2012 |
| 12 | 12 March 2012    |

| | |
|---|---|
| **Exchange** | In respect of each component security of each Index (each, a "Component Security"), the principal stock exchange on which such Component Security is principally traded, as determined by the Calculation Agent. |
| **Related Exchange** | As set out in Annex 1 for each Index |
| **Index Sponsor** | As set out in Annex 1 for each Index |
| **Valuation Time** | Means: (i) for the purposes of determining whether a Market Disruption Event has occurred: (a) in respect of any Component Security, the Scheduled Closing Time on the Exchange in respect of such Component Security, and (b) in respect of any options contracts or future contracts on the Index the close of trading on the Related Exchange; and (ii) in all other circumstances, the time at which the official closing level of the Index is calculated and published by the Index Sponsor |
| **Scheduled Closing Time** | In respect of an Exchange or Related Exchange and a Scheduled Trading Day, the scheduled weekday closing time of such Exchange and Related Exchange on such Scheduled Trading Day without regard to after hours or any other trading outside of the regular trading session hours |
| **Scheduled Trading Day** | Any day on which (i) the Index Sponsor is scheduled to publish the level of the Index; and (ii) the Related Exchange is scheduled to be open for trading for its regular trading session |
| **Minimum Purchase** | 20 Note |
| **Minimum Trading Size** | 5 Note |
| **Calculation Agent** | Lehman Brothers International (Europe) |
| **Market Disruption and Extraordinary Events** | Detailed provisions specifying the adjustments to be made to the terms and conditions of the Notes upon the occurrence of a market disruption event, an index adjustment event and/or such other similar adjustment or extraordinary event shall be contained in the Documentation. All purchases of Notes are deemed to be subject to the terms thereof. |
| **Clearing** | Euroclear, Clearstream |
| **Listing** | None |
| **Selling Restrictions** | Lehman Brothers International (Europe) vous informe: |

* que l'opération ne donne pas lieu à un prospectus ou une documentation financière soumis au visa de l'Autorité des Marchés Financiers;

* que vous ne pouvez participer à cette opération que pour compte propre dans les conditions fixées dans les Articles D 411-1, D 411-2, D 734-1, D754-1 et D 764-1 du Code Monétaire et Financier

3/8

LA DISTRIBUTION MODERNE
PICARDE
Serge Ghoayme
Le Président-Directeur Général





## Structured Equity Solutions

\* que la diffusion, directe ou indirecte, dans le public des instruments financiers ainsi acquis, ne peut être réalisée que dans les conditions prévues aux articles L.411-1, L.411-2, L.412-1 et L.621-8 & L.621-8-3 du Code Monétaire et Financier.

As per the Documentation.

**European Prospectus Directive Selling Restriction:** The Notes described in this term sheet have not been approved by any competent authority for the purposes of making a non-exempt public offer in any EEA member state which has implemented Directive 2003/71/EC (the "Prospectus Directive") and as such, until such time as a prospectus has been published, must only be offered within such states in circumstances which do not require the publication of a prospectus pursuant to Article 3 of the Prospectus Directive. These circumstances may include:

1) Offers to Qualified Investors (as defined in the Prospectus Directive); or

2) Offers of Notes where the minimum consideration per separate offer is at least Euro 50,000

You are strongly advised to seek appropriate legal advice before attempting to make any offer. In investing in the Notes you represent to Lehman Brothers that you do not intend to make an offer which will breach the Prospectus Directive, or cause Lehman Brothers or the Issuer to be in breach of the Prospectus Directive.

**US Selling Restriction:** The Certificates have not been nor will be registered under the U.S. Securities Act of 1933 (as amended) and may not be offered or sold within the United States or to, or for the account or benefit of, U.S. persons except as permitted by Regulation S or Rule 144A under such Securities Act.

**General Selling Restriction:** Each purchaser of Notes must observe all applicable laws and regulations in any jurisdiction in which it may offer, sell, or deliver the Notes and it may not, directly or indirectly, offer, sell, resell, reoffer or deliver any Notes except under circumstances that will result, to the best of its knowledge and belief, in compliance with all applicable laws and regulations

| | |
|---|---|
| **Form** | The Notes will be represented by a temporary global Note in bearer form which is exchangeable for interests in a permanent global Note in bearer form. |
| **Governing Law** | English Law |
| **Documentation** | This term sheet must be read in conjunction with the Issuer's applicable EMTN Programme Prospectus/Offering Circular, as well as the corresponding Pricing Supplement /Final terms for this specific issue of Notes. |
| **Secondary Market Making** | Under normal market conditions, Lehman Brothers International (Europe) will make a secondary market in the Notes with a bid-ask spread no larger than 1.0%. |
| **Indicative Prices** | Under normal market conditions, indicative prices of the Notes for information purposes only with a bid-ask spread of no larger than 1% will be published by Lehman Brothers International (Europe) on Bloomberg (Page LBFA). Indicative Price does not constitute a firm price which is capable of acceptance and may differ from any price quoted by Lehman Brothers International (Europe, or by any other third party when making a secondary market in the Notes. |

| **Security Identifiers** | ISIN | Valoren |
|---|---|---|
| | XS0291181141 | 2977656 |

4/6

LA DISTRIBUTION MODERNE
PICARDE

*p/o* Le Directeur Général

7. Nov. 2008 16:55    LA DISTRIBUTION MODERNE PICARDE    N° 0553    P. 10

  

**Structured Equity Solutions**

**Disclaimers:**

This term sheet and the issue of the Notes are subject to obtaining the relevant index licenses and the terms and restrictions thereunder.

THE DOW JONES EURO STOXX 50 AND THE RELATED TRADE MARKS HAVE BEEN LICENSED FOR USE BY LEHMAN BROTHERS. THE NOTES ARE NOT SPONSORED OR PROMOTED BY STOXX LIMITED OR DOW JONES & COMPANY, INC.

THE DOW JONES EURO STOXX SELECT DIVIDEND 30 AND THE RELATED TRADE MARKS HAVE BEEN LICENSED FOR USE BY LEHMAN BROTHERS. THE NOTES ARE NOT SPONSORED OR PROMOTED BY STOXX LIMITED OR DOW JONES & COMPANY, INC.

Lehman Brothers International (Europe) vous informe:

* que l'opération ne donne pas lieu à un prospectus ou une documentation financière soumis au visa de l'Autorité des Marchés Financiers;

* que vous ne pouvez participer à cette opération que pour compte propre dans les conditions fixés dans les Articles D 411-1, D 411-2, D 734-1, D734-1 et D 784-1 du Code Monétaire et Financier

* que la diffusion, directe ou indirecte, dans le public des instruments financiers ainsi acquis, ne peut être réalisée que dans les conditions prévues aux articles L.411-1, L 411-2, L412-1 et L621-8 à L 621-8-3 du Code Monétaire et Financier.

This term sheet is indicative only if so specified, in which case this term sheet will be subject to change without notice and no assurance is given that any transaction on the terms indicated can or will be arranged of agreed. Information other than economic terms (including market data and statistical information) has been obtained from various sources we consider reliable but we do not represent that it is complete or accurate and it should not be relied upon as such. Any analysis presented herein that indicates a range of outcomes that may result from changes in market parameters is not comprehensive, is not intended to suggest that any outcome is more likely than another and may have been derived using Lehman Brothers proprietary models, historic data and subjective interpretation. This term sheet, does not constitute an offer or an agreement, or a solicitation of an offer or an agreement, to enter into any transaction. This term sheet must be read in conjunction with the prospectus, offering circular or other offer document relating to the transaction referred to herein (the "Related Documentation"). This term sheet supersedes any prior versions hereof and, if this term sheet is indicative, will be deemed to be superseded by any subsequent versions hereof and, with respect to any transaction described therein, by the Related Documentation. Transactions of the sort described herein contain complex financial characteristics and risk factors. Before entering into any transaction, you should consider the suitability of the transaction in light of your particular circumstances and independently review (with your professional advisers as necessary) the: (i) specific financial risks as well as the legal, regulatory, credit, tax and accounting consequences of entering into such transaction; and (ii) any information, warnings, risk disclosures and other matters disclosed in the Related Documentation. In entering into the transaction, the counterparty is deemed to represent to Lehman Brothers that it has obtained such professional advice as it deemed necessary and that it entered into the transaction for legitimate commercial and business reasons.

Any securities mentioned in this term sheet will not be registered under the U.S. Securities Act of 1933, as amended (the "Act"), and will not be offered or sold in the United States or for the account or benefit of "U.S. persons" within the meaning of Regulation S under the Act, except pursuant to an exemption from, or in a transaction not subject to, the registration requirements of the Act. Accordingly, this term sheet is being provided only to persons who are: (i) "qualified institutional buyers" within the meaning of Rule 144A under the Act; or (ii) not "U.S. persons" within the meaning of Regulation S under the Act. By accepting the delivery of this term sheet, the recipient warrants and acknowledges that it falls within the category of persons under (i) or (ii). No representation can be made as to the availability of the exemption provided by Rule 144A under the Act for re-sales of the securities mentioned in this term sheet.

Lehman Brothers do not act as an adviser or fiduciary to its counterparties except where written agreement expressly provides otherwise. This term sheet is for your sole information and should not be distributed to private clients or any third parties without Lehman Brothers' prior written approval. Lehman Brothers International (Europe), its affiliates world-wide, and their respective officers, directors, partners and employees, including persons involved in the preparation or issuance of this term sheet, may from time to time: (i) in the capacity of principal or agent, buy, sell and/or hold any securities mentioned in this term sheet (ii) act as market-makers or advisors, brokers or commercial and/or investment bankers in relation to any such securities or any transaction related thereto, including any related derivatives transaction; or (iii) act or have acted as manager, co-manager, initial purchaser, placement agent or underwriter of a public or private offering of any such securities.

References herein to "Lehman Brothers" shall include Lehman Brothers International (Europe) and its affiliates. Lehman Brothers International (Europe) and Lehman Brothers Europe Limited are authorised and regulated by the Financial Services Authority. © 2006 Lehman Brothers. All rights reserved.

LA DISTRIBUTION MODERNE
PICARDE
Société anonyme
p/o Le Président Directeur Général

5/8

7. Nov. 2005    LA DISTRIBUTION MODERNE PICARDE         N° 0553   P. 11



Structured Equity Solutions

### Annex 1

| | Index | Bloomberg Code | Related Exchange | Index Sponsor | Index |
|---|---|---|---|---|---|
| 1 | Dow Jones Euro STOXX Select Dividend 30 | SD3E | EUREX | Stoxx Ltd | 3417.51 |
| 2 | Dow Jones Euro STOXX 50 | SX5E | EUREX | Stoxx Ltd | 4086.78 |

LA DISTRIBUTION MODERNE
PICARDE
Société anonyme
p/o Le Président-Directeur Général

