UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.*, | Case No. 08 – 13555 (JMP) |
| Debtor(s). | (Jointly Administered) |

-----------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF RAYMUNDO BONILLA RAMIREZ WITH OMNIBUS OBJECTION NUMBER 92-CLAIM NUMBER 2821**

I, Raymundo Bonilla Ramirez, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the General Director of *Procesos Controlados* S.A. DE C.V., with an office in Cerro Del Tzirate 24, Col. Las Americas, Queretaro, Queretaro, Mexico. I am familiar with *Procesos Controlados* S.A. DE C.V.'s ("Procesos") claim in the bankruptcy case of Lehman Brothers Holdings, Inc. (the "Debtor"), and the proof of claim submitted in connection with that claim.

2. I hereby submit this declaration (the "Declaration") in further support of Procesos' Response in Opposition to the Debtor's Ninety-Second Omnibus Objection to Claims (the "Objection"). Except as is set forth below, I have personal knowledge of the matters set forth in this Declaration.

3. On or about February 13, 2009, Procesos timely filed with Epiq Bankruptcy Solutions, LLC, the Debtors' claims agent, one proof of claim ("Proof of Claim") that is at issue in the Debtor's Objection. This Proof of Claim is: Claim No. 2821 in the amount of $203,600.00.

4. The Debtor alleged that the claim should be expunged because Procesos failed to obtain a blocking number. As explained, the problem with obtaining a Blocking Number is that

at the time of filing of the Proof of Claim, Procesos was using VectorGlobal WMG ("Vector") as its broker-dealer. Vector made arrangements to have the Proof of Claim filed. Thereafter, the account was transferred to Monex Casa de Bolsa as its broker-dealer. Since it was no longer being serviced by VectorGlobal when it obtained the blocking numbers for its customers, a blocking number was not obtained.

5. Procesos submits that the failure to obtain a blocking number should not be a basis for the denial of its claim, the ownership of which is undisputed.

6. In my previous declaration I referred to the fact that Procesos was the owner of the subject note prior to the filing of the petition and continued, uninterrupted, as the owners until this date.

7. In support of this contention I respectfully submit Exhibit "A" which is a copy of our brokerage account statement dated August 29, 2008 which show our holding of the LBT notes prior to the date of filing. See page 5 of Exhibit "A."

8. Attached as Exhibit "B" please find a copy of our brokerage statement dated June 30, 2011 issued by Monex Securities evidencing the fact that we still own that position. See page 4.

9. Accordingly, since we held these interests prior to the filing of the petition and continued throughout the bankruptcy until this time, we respectfully submit that the motion to expunge the claims should be denied.

10. The purpose of the blocking number was served insomuch as Procesos held the note at the time of filing and still holds the note today and therefore would be no harm to Debtor by allowing this Claim. The rejection of this Claim, however, would cause substantial and serious harm to Procesos for no good, legitimate reason.

11. Procesos respectfully requests that on these facts – where the underlying Note has always been, and continues to be owned by Procesos – that the Court find Procesos' inadvertent failure to obtain a blocking number and include it with the Proof of Claim, be found to constitute harmless error. Procesos respectfully requests that the relief sought in the Objection be denied as relates to Procesos' Proof of Claim.

Dated: November ___, 2011

Raymundo Bonilla Ramirez
*for Procesos Controlados S.A. DE C.V.*

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** 44.00% of Portfolio *(In Maturity Date Sequence)* | | | | | | |
| Corporate Bonds | | | | | | |
| 200,000.000 | [1]LEHMAN BROTHERS TREASURY BV REV CONV NTS EMTN BSKT ADRS ISIN#XS0384368485 0.000% 10/22/08 REG DTD 08/22/08 MATURED SECURITY TRADES FLAT FOREIGN SECURITY INTEREST PAYABLE AT MATURITY *Security Identifier:* N5215Q693 | N/A | N/A | 0.00 | | |
| 105,000.000 | [illegible] NOTES NO FIXED MTY ISIN#XS0556373347 8.250% 09/09/88 REG DTD 11/05/10 CALLABLE 11/05/15 @ 100.000 FOREIGN SECURITY 1ST CPN DTE 02/05/11 CPN PMT QUARTERLY ON F,M,A,N 05 Moody Rating BA2 S & P Rating BB *Security Identifier:* P3367DAA3 | | [illegible] | [illegible] | [illegible] | 8.56[illegible] |
| 145,000.000 | [illegible] ISIN#USP49[illegible] 7.750% 09/09/88 B/E DTD 12/03/04 CALLABLE FOREIGN SECURITY 1ST CPN DTE 03/03/05 CPN PMT QUARTERLY ON M,J,S,D 03 S & P Rating BB- *Security Identifier:* P4948KAC9 | [illegible] | | | [illegible] | 7.[illegible]% |
| 100,000.000 | [illegible] REG S TRANCHE # TR 6 ISIN#US71656[illegible] 6.625% 09/09/88 B/E DTD 09/28/10 CALLABLE 09/28/15 @ 100.000 FOREIGN SECURITY 1ST CPN DTE 12/28/10 CPN PMT QUARTERLY ON M,J,S,D 28 Moody Rating BAA1 S & P Rating BBB *Security Identifier:* 71656MAF6 | | [illegible] | 36.[illegible] | [illegible] | [illegible] |
| **Total Corporate Bonds:** 550,000.000 | | | [illegible] | [illegible] | [illegible] | |
| **Total Fixed Income:** [illegible] | | | $339,[illegible] | [illegible],203.06 | | |

| Quantity | Description | Market Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|
| **Equities** 12.00% of Portfolio | | | | | |
| Common Stocks | | | | | |
| 152.000M | [illegible] Dividend Option: Cash *Security Identifier:* AAPL | [illegible] | [illegible] | | |





go paperless Ask about e-delivery
#1 brokerage Statement, 2009, 2010 DALBAR RATED FOR COMMUNICATION
Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC

monex
Securities

# Brokerage
## Account Statement

Account Number: A8N-500709
Statement Period: 09/01/2011 - 09/30/2011

PROCESOS CONTROLADOS S.A. DE C.V
CALLE CERRO DEL TZIRATE #24 COL
LAS AMERICAS QUERETARO, QRO
76121 MEXICO

**Period Beginning Account Value:**
$[illegible]

**Period Ending Account Value:**
$[illegible]

Your Account Executive:
PAULINA JACOBY

## Asset Allocation

| | This Period | % Allocation |
|---|---|---|
| Cash, Money Funds, and FDIC Deposits | | 44% |
| Fixed Income | | 44% |
| Equities | [illegible] | 12% |
| Account Total (Pie Chart) | [illegible] | 100% |

See page 2 of this statement for important information regarding the Asset Allocation section.

Asset Allocation percentages are rounded to the nearest whole percentage.
Pie Chart allocation excludes all asset classes which net to a liability.



PAR-02 ROLL A0000779CSP30006
go paperless Ask about e-delivery
#1 Brokerage Statement, 2009, 2010 DALBAR RATED FOR COMMUNICATION
Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC

VectorGlobal WMG, Inc.
Wealth Management Group

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT
Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

PROCESOS CONTROLADOS SA DE CV



| | |
|---|---|
| STATEMENT PERIOD | August 1, 2008 |
| THROUGH | August 29, 2008 |
| ACCOUNT NUMBER | 487-[illegible] 03 |
| TAXPAYER NUMBER | Not Applicable |
| LAST STATEMENT | July 31, 2008 |

## Your messages

### Complaints

Written customer complaints that you may have concerning services provided to you by VectorGlobal WMG, Inc. should be addressed to:

Compliance Officer
VectorGlobal WMG, Inc.
475 Fifth Ave., Suite 1500
New York, NY 10017

You may also telephone the above noted individual at (212) 407-5501.

### Quejas

Todas las quejas escritas que usted pueda tener relacionadas a los servicios que le proporciona VectorGlobal WMG, Inc. deben ser dirijidos a:

Compliance Officer
VectorGlobal WMG, Inc.
475 Fifth Ave., Suite 1500
New York, NY 10017

Tambien puede llamar al telefono (212) 407-5501.

### Important Information

Due to new U.S. laws aimed to deter the funding of terrorism and illegal activities in general, certain types of transactions in your account may be questioned and the movement of funds may be subject to restrictions by VectorGlobal WMG, Inc. and or Bear Stearns. You may be asked to provide documentation regarding the source, or use, of funds.

Typically, investors deposit funds into an account to purchase securities. Anyone depositing funds who only holds cash or buys short term risk-free investments (such as U.S. Treasury bills) and then requests funds to be wired from their account may be subject to inquiry. Depending on the circumstances, the request to wire funds out may be limited to returning the funds to the original source.

Furthermore, funds received from or delivered to a third party (a person or entity not listed in the title of your account) are discouraged. Such third party transactions may raise questions about the true beneficial ownership of your account and give the appearance of possible money laundering.

**VectorGlobal WMG, Inc.**
Wealth Management Group

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT
Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

PROCESOS CONTROLADOS SA DE CV

| | |
|---|---|
| STATEMENT PERIOD | August 1, 2008 |
| THROUGH | August 29, 2008 |
| ACCOUNT NUMBER | 487-[illegible] U03 |
| TAXPAYER NUMBER | Not Applicable |
| LAST STATEMENT | July 31, 2008 |

## What's In This Statement


Financial Summary .................... 3
Bonds With 60-Day Horizon .................... 4
Your Portfolio Holdings .................... 4
Transaction Detail .................... 6
Trades Not Yet Settled .................... 7
Your Messages .................... 8


PROCESOS CONTROLADOS SA DE CV
CERRO DEL TZIRATE 24
COL LAS AMERICAS
QUERETARO QUERETARO 76121
MEXICO

## Your Portfolio at a Glance



| | |
|---|---|
| TOTAL VALUE OF SECURITIES THIS PERIOD | [illegible] |
| NET CREDIT BALANCE | [illegible] |
| NET EQUITY THIS PERIOD | [illegible] |
| NET EQUITY LAST STATEMENT | |
| CHANGE SINCE LAST STATEMENT | [illegible] |

## Market Value of Your Portfolio




SIPC This summary is for informational purposes only. It is not intended as a tax document. This statement should be retained for your records. See reverse side for important information.

027 08/30/08;12:31 001 V043

CLEARANCE AGENT

Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

PROCESOS CONTROLADOS SA DE CV



STATEMENT BACKER IS PRINTED ON THIS PAGE

VectorGlobal WMG, Inc.
Wealth Management Group/

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT
Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

PROCESOS CONTROLADOS SA DE CV

| | |
|---|---|
| STATEMENT PERIOD | August 1, 2008 |
| THROUGH | August 29, 2008 |
| ACCOUNT NUMBER | 487-[illegible] 3 |
| TAXPAYER NUMBER | Not App. [illegible] |
| LAST STATEMENT | July 31, 2008 |



## Cash Flow Analysis

| | THIS PERIOD |
|---|---|
| Opening Balance | $20[illegible] |
| Securities Sold | [illegible] |
| Dividends/Interest | 9,592.[illegible] |
| Redemptions/Tenders | [illegible] |
| Amount Credited | $[illegible] |
| Securities Bought | [illegible] |
| Miscellaneous | [illegible] |
| Amount Debited | $[illegible] |
| Net Cash Activity | [illegible] |
| Closing Balance | $[illegible] |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Corp. Bond Int. | [illegible] | [illegible] |
| Credit Balance Int. | 4[illegible].49 | [illegible] |
| Total | $9,592.64 | $71,416.90 |
| Margin Int. Paid | 0.00 | -17.90 |

## Portfolio Composition

| | |
|---|---|
| Cash/Cash Equivalent | [illegible] |
| Equities | [illegible]500 |
| Fixed Income | [illegible] |
| Total | $1,[illegible],500 |

## Cash Balance Summary

| | OPENING | CLOSING |
|---|---|---|
| Cash | [illegible] | [illegible] |
| Margin | 0.00 | 159,457.15 |
| Net Cash Balance | [illegible] | [illegible] |

Your Portfolio Allocation




Unshaded portions denote debit balance and/or short market values. The allocation percentage is derived from the absolute market value of your portfolio.

**VectorGlobal WMG, Inc.**
Wealth Management Group/

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT
Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

PROCESOS CONTROLADOS SA DE CV

STATEMENT PERIOD August 1, 2008
THROUGH August 29, 2008

ACCOUNT NUMBER 487-[illegible] U03
TAXPAYER NUMBER Not Applicable
LAST STATEMENT July 31, 2008



## Bonds With 60-Day Horizon

### BONDS WITH MATURITY DATES WITHIN 60 DAYS

| MATURITY DATE | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | INTEREST RATE (%) |
|---|---|---|---|---|
| 09/09/08 | ***MACQUARIE BANK LIMITED | Q570CC799 | [illegible] | [illegible] |
| 09/25/08 | ***MORGAN STANLEY | | [illegible] | [illegible] |
| 10/22/08 | ***LEHMAN BROS TREASURY | N5215Q893 | 200,000 | 10.800 |

These bonds will also appear in Your Portfolio Holdings section.

## Your Portfolio Holdings

### CASH & CASH EQUIVALENTS

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | MARKET VALUE |
|---|---|---|---|---|
| CASH BALANCE | | | | [illegible] |
| TOTAL CASH & CASH EQUIVALENTS | | | | [illegible] |

### EQUITIES

### Equities & Options

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME | ESTIMATED YIELD (%) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC | LEH | CASH | 10,000 | 16.0900 | 160,900 | 6,800 | 4.2262 |
| Total Equities & Options | | | | | $160,900 | $6,800 | |
| TOTAL EQUITIES | | | | | $160,900 | $6,800 | |

**VectorGlobal WMG, Inc.**
Wealth Management Group/

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT
Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

PROCESOS CONTROLADOS SA DE CV



STATEMENT PERIOD August 1, 2008
THROUGH August 29, 2008

ACCOUNT NUMBER 487-[illegible]103
TAXPAYER NUMBER Not Applicable
LAST STATEMENT July 31, 2008

## Your Portfolio Holdings (continued)

### FIXED INCOME

### Corporate Bonds

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | | PRICE | MARKET VALUE | ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | ESTIMATED YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| MACQUARIE BANK LIMITED<br>REV CONV NT<br>DATED DATE 07/11/08<br>FIRST COUPON 09/09/2008<br>DUE 09/09/2008 12.000%<br>RATING: MOODY A1 S&P A+ | Q570CC799 | CASH | [illegible] | [illegible] | | [illegible] | [illegible] | 11.9856 |
| MORGAN STANLEY<br>REV CONV LKD TO AMX UN EWW UP<br>EWZ UP<br>DATED DATE 07/25/08<br>FIRST COUPON 09/25/2008<br>DUE 09/25/2008 14.840%<br>RATING: MOODY AA3 S&P A+ | 5BDPDH6 | CASH | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 15.0172 |
| LEHMAN BROS TREASURY<br>AMX, TMX, TS - LBT RCN DUE<br>10/22/2008<br>DATED DATE 08/22/08<br>DUE 10/22/2008 10.800% | N5215Q693 | CASH | 200,000 | 94.9900 | 189,980 | | 21,600 | 11.3696 |
| Total CorporateBonds | | | | | $594,088 | $5,996 | $77,824 | |
| TOTAL FIXED INCOME | | | | | $594,088 | $5,996 | $77,824 | |

| | |
|---|---|
| YOUR PORTFOLIOHOLDINGSACCRUED INTEREST | $5,996 |
| YOUR PORTFOLIOHOLDINGSESTIMATED ANNUAL INCOME | $84,624 |
| YOUR PRICED PORTFOLIOHOLDINGS | $1,150,500 |

**VectorGlobal WMG, Inc.**
Wealth Management Group

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT

Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

PROCESOS CONTROLADOS SA DE CV



| | |
|---|---|
| STATEMENT PERIOD | August 1, 2008 |
| THROUGH | Augu[illegible] 29, 2008 |
| ACCOUNT NUMBER | 487-[illegible] U03 |
| TAXPAYER NUMBER | Not A[illegible] |
| LAST STATEMENT | July 31, 2008 |

## Transaction Detail (continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/22/08 | 08/15/08 | BOUGHT | LEHMAN BROS TREASURY AMX, TMX, TB - LBT RCN DUE 10/22/2008 DUE 10/22/2008 PROSPECTUS ENCLOSED OR UNDER SEPARATE MAIL G2008081800KKX I S 080818 | N5215Q693 | 200,000 | 100.0000 | 200,000.00 | |
| 08/22/08 | 08/19/08 | SOLD | [illegible]LA LTD ADR UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ | SOL | -9,000 | [illegible] | | [illegible]96 |
| TOTAL | | | | | | | [illegible] | [illegible] |

## Trades Executed Pending Settlement

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/03/08 | 08/28/08 | SOLD | LEHMAN BROTHERS HOLDINGS INC UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ | LEH | -10,000.00 | 15.3751 | | 152,975.37 |
| TOTAL | | | | | | | $0.00 | $152,975.37 |

The above trades do not appear in any other section of this statement.