UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.*, | Case No. 08 – 13555 (JMP) |
| Debtor(s). | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF MARIANA ALDACO IN OPPOSITION TO OBJECTION NO 170 TO CLAIM NUMBERS 2814 AND 2815**

I, Mariana Aldaco, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a co-owner of certain LBT Securities. I am familiar our claims in the bankruptcy case of Lehman Brothers Holdings, Inc. (the "Debtor"), and the proof of claims submitted in connection with those claims.

2. I hereby submit this declaration (the "Declaration") in further support of the Response in Opposition to the Debtor's One Hundred Seventieth Omnibus Objection to Claims (the "Objection") objecting to Claim Nos. 2814 and 2815. Except as is set forth below, I have personal knowledge of the matters set forth in this Declaration.

3. On or about February 13, 2009, the two proofs of claim ("Proofs of Claim") that are at issue in the Debtor's Objection were timely filed with Epiq Bankruptcy Solutions, LLC, the Debtors' claims agent. These Proofs of Claim are: Claim No. 2814 in the amount of $205,320.00 and Claim No. 2815 in the amount of $210,625.00. The Debtor does not dispute ownership of these notes. The only basis for its objection is the failure to obtain a blocking number

4. In my previous declaration I referred to the fact that we were the owners of the subject notes prior to the filing of the petition and continued, uninterrupted, as the owners until this date.

5. In support of this contention I respectfully submit Exhibit "A" which is a copy of our brokerage account statements dated August 29, 2008 which shows our holding of the LBT notes prior to the date of filing. See page 7 and 8 of Exhibit "A."

6. Attached as Exhibit "B" please find a copy of our brokerage statement dated June 30, 2011 evidencing the fact that we still own that position. See Page 11.

7. Accordingly, since we held these interests prior to the filing of the petition and continued throughout the bankruptcy until this time, we respectfully submit that the motion to expunge the claims should be denied. The purpose of the blocking number was served insomuch as we held the notes at the time of filing and still hold the notes today and therefore there would be no harm to Debtor by allowing this Claim. The rejection of this Claim, however, would cause substantial and serious harm to Procesos for no good, legitimate reason.

8. We respectfully requests that on these facts – where the underlying Note has always been, and continues to be owned by us – that the Court find the inadvertent failure to obtain a blocking number and include it with the Proof of Claim, be found to constitute harmless error. Procesos respectfully requests that the relief sought in the Objection be denied as relates to these Proofs of Claim.

Dated: November 22, 2011

Mariana Aldaco

**Vector Global WMG, Inc.**
Wealth Management Group/

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT
Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

JOSE I-ILDEFONSO-MARIANA

PERIOD ENDING August 29, 2008

ACCOUNT NUMBER
TAXPAYER NUMBER Not Applicable

JOSE I-ILDEFONSO-MARIANA
ALDACO GUERRERO-JTWROS-
VEREDA DE LAS GOLONDRINAS
12 CONDO GALICIA PTA DE HIERRO
ZAPOPAN JAL 45110 MEXICO

**MULTI-CURRENCYACCOUNTNET EQUITY:**

| CURRENCY | ACCOUNT | CURRENCY | NET EQUITY | CONVERSION RATE | US $ NET EQUITY |
|---|---|---|---|---|---|
| U.S. DOLLAR | | US | [illegible] | [illegible] | [illegible] |
| EURO | | EM | [illegible] | | |

TOTAL US$ NET EQUITY: $[illegible]

027 08/30/08:12:31 001 V043

**VectorGlobal WMG, Inc.**
Wealth Management Group

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT
Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

JOSE I-ILDEFONSO-MARIANA

| | |
|---|---|
| STATEMENT PERIOD | August 1, 2008 |
| THROUGH | August 29, 2008 |
| ACCOUNT NUMBER | 487- - 42 |
| TAXPAYER NUMBER | Not Applicable |
| LAST STATEMENT | July 31, 2008 |

JOSE I-ILDEFONSO-MARIANA
ALDACO GUERRERO-JTWROS-
VEREDA DE LAS GOLONDRINAS
12 CONDO GALICIA PTA DE HIERRO
ZAPOPAN JAL 45110 MEXICO

## What's In This Statement

Financial Summary .......... 3
Bonds With 60-Day Horizon .......... 4
Your Portfolio Holdings .......... 4
Transaction Detail .......... 9
Open Orders .......... 13
Trades Not Yet Settled .......... 14
Your Messages .......... 15

## Your Portfolio at a Glance

| | |
|---|---|
| TOTAL VALUE OF SECURITIES THIS PERIOD | |
| NET CREDIT BALANCE | |
| NET EQUITY THIS PERIOD | $ |
| NET EQUITY LAST STATEMENT | |
| CHANGE SINCE LAST STATEMENT | |

## Market Value of Your Portfolio




SIPC This summary is for informational purposes only. It is not intended as a tax document. This statement should be retained for your records. See reverse side for important information.

# VectorGlobal WMG, Inc.
Wealth Management Group/

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT
Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

JOSE I-ILDEFONSO-MARIANA

| | |
|---|---|
| STATEMENT PERIOD | August 1, 2008 |
| THROUGH | August 29, 2008 |
| ACCOUNT NUMBER | 487-09045 542 |
| TAXPAYER NUMBER | Not Applicable |
| LAST STATEMENT | July 31, 2008 |



## Cash Flow Analysis

| | THIS PERIOD |
|---|---|
| OpeningBalance | $4[illegible] |
| Securities Sold | [illegible].37 |
| Dividends/Interest | [illegible]99 |
| Redemptions/Tenders | [illegible] |
| Miscellaneous | [illegible]8 |
| Amount Credited | $2[illegible].54 |
| Securities Bought | [illegible] |
| Miscellaneous | |
| Amount Debited | $-[illegible] |
| Net Cash Activity | [illegible] |
| ClosingBalance | $3[illegible]5 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Dividends | [illegible] | [illegible].69 |
| Corp. Bond Int. | [illegible] | [illegible] |
| Credit Balance Int. | [illegible] | [illegible]39 |
| Total | $2[illegible]94.99 | [illegible] |
| NRA Tax Withheld | [illegible] | [illegible] |
| Foreign Tax Withheld | [illegible] | [illegible] |

## Portfolio Composition

| | |
|---|---|
| Cash/Cash Equivalent | 34[illegible] |
| Equities | |
| Fixed Income | [illegible] |
| Total | $3,[illegible] |

## Cash Balance Summary

| | OPENING | CLOSING |
|---|---|---|
| Cash | [illegible] | [illegible] |
| Margin | [illegible] | [illegible] |
| Net Cash Balance | $4[illegible] | [illegible].25 |

Your Portfolio Allocation




Unshaded portions denote debit balance and/or short market values. The allocation percentage is derived from the absolute market value of your portfolio.



Vector Global WMG, Inc.
Wealth Management Group

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT

Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

JOSE I-ILDEFONSO-MARIANA

STATEMENT PERIOD August 1, 2008
THROUGH August 29, 2008

ACCOUNT NUMBER 487-09045 542
TAXPAYER NUMBER Not Applicable
LAST STATEMENT July 31, 2008



## Bonds With 60-Day Horizon

### BONDS WITH MATURITY DATES WITHIN 60 DAYS

| MATURITY DATE | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | INTEREST RATE (%) |
|---|---|---|---|---|
| 09/22/08 | ***[illegible] | D160B5146 | [illegible] | [illegible] |
| 10/15/08 | ***LEHMAN BROS TREASURY | N5215Q511 | 200,000 | 13.560 |
| 10/20/08 | ***[illegible] | G62669595 | [illegible] | [illegible] |

These bonds will also appear in Your Portfolio Holdings section.

## Your Portfolio Holdings

### CASH & CASH EQUIVALENTS

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | MARKET VALUE |
|---|---|---|---|---|
| CASH BALANCE | | | | [illegible] |
| TOTAL CASH & CASH EQUIVALENTS | | | | [illegible] |

### EQUITIES

#### Equities & Options

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME | ESTIMATED YIELD (%) |
|---|---|---|---|---|---|---|---|
| [illegible] LTD ADR | ACTS | CASH | [illegible] | [illegible] | [illegible] | | |
| ADVANCED [illegible] | AMD | CASH | [illegible] | [illegible] | [illegible] | | |
| [illegible] FINANCIAL [illegible] INC ([illegible] INC) | ABK | CASH | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

**VectorGlobal WMG, Inc.**
Wealth Management Group

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT
Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

JOSE I-ILDEFONSO-MARIANA

STATEMENT PERIOD August 1, 2008
THROUGH August 29, 2008

ACCOUNT NUMBER 487-09045 542
TAXPAYER NUMBER Not Applicable
LAST STATEMENT July 31, 2008



## Your Portfolio Holdings (continued)

### FIXED INCOME

#### Corporate Bonds

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | ESTIMATED YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| [illegible] & PCU DATED DATE 07/22/08 FIRST COUPON 09/22/2008 DUE 09/22/2008 24.300% RATING: MOODY AA3 S&P A | D16085146 | CASH | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| LEHMAN BROS TREASURY AMX EWZ RCN LBT 10/15/2008 DATED DATE 08/15/08 FIRST COUPON 10/15/2008 DUE 10/15/2008 13.560% | N5215Q511 | CASH | 200,000 | 98.1600 | 196,320 | 1,055 | 27,120 | 13.8142 |
| [illegible] MSCI MEXICO INDEX DATED DATE 10/18/07 DUE 10/20/2008 17.400% RATING: MOODY AA3 S&P AA- | G62669695 | CASH | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] FIRST COUPON 11/10/2008 DUE 11/10/2008 12.500% RATING: MOODY AA3 S&P A | D15993427 | CASH | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] DATED DATE 11/07/07 DUE 12/08/2008 | G62669828 | CASH | 100,000 | 22.7800 | 22,780 | | | |
| [illegible] CPN = 3MO US LIBOR +30BP DATED DATE 01/30/04 BOOK ENTRY ONLY DUE 01/30/2009 3.199% JAJO 30 RATING: MOODY AA2 S&P AA- | 073928D67 | MRGN | [illegible] | [illegible] | [illegible] | | | |

**Vector Global WMG, Inc.**
Wealth Management Group/

OFFICE SERVICING YOUR ACCOUNT
475 Fifth Avenue, 15th Floor
New York, NY 10017
TEL: (212) 407-5500

CLEARANCE AGENT
Bear, Stearns Securities Corp.
A wholly-owned subsidiary of JPMorgan Chase & Co.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

JOSE I-ILDEFONSO-MARIANA



STATEMENT PERIOD August 1, 2008
THROUGH August 29, 2008

ACCOUNT NUMBER 4S7-09045 542
TAXPAYER NUMBER Not Applicable
LAST STATEMENT July 31, 2008

## Transaction Detail (continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| [illegible]/07/08 | | EXCHANGE | [illegible] O ORD<br>PRTCP CRTS OF CEMEX S A DE C V<br>C006334 FROM SBDGSY8<br>MAT.STK@34&$18 .16 P/1M | CX | [illegible] | | | |
| [illegible] | | REDEEMED | [illegible]<br>17,040 DUE 08/05/08<br>SBDGSY8 TO C006334<br>MAT.STK@34&$18 .16 P/1M | N45204273 | [illegible] | | | |
| [illegible]8 | | REDEEMED | [illegible] TO AMX, EWZ, [illegible]<br>17,040 DUE 08/05/08<br>SBDGSY8 TO $<br>MAT.STK@34&$18 .16 P/1M | N[illegible]3 | | | | [illegible] |
| [illegible] | 08/05/08 | SOLD | [illegible]<br>(FORMERLY AMBAC INC)<br>UNSOLICITED | ABK | [illegible] | [illegible] | | 22[illegible]7 |
| [illegible] | | REDEEMED | [illegible]<br>18,480 DUE 08/12/08<br>REDEMPTION | [illegible]57 | [illegible] | | | [illegible] |
| [illegible] | | INTEREST | [illegible]<br>REV CONV<br>DUE 08/12/2008 18,480<br>REG INT ON 100000 BND<br>REC 08/11/08 PAY 08/12/08 | [illegible] | [illegible] | | | [illegible] |
| 08/15/08 | 08/08/08 | BOUGHT | LEHMAN BROS TREASURY<br>AMX EWZ RCN LST<br>10/15/2008<br>DUE 10/15/2008 13.560%<br>PROSPECTUS ENCLOSED OR UNDER<br>SEPARATE MAIL<br>G2008081200MSN I S 080812 | N52150511 | 200,000 | 100.0000 | 200,000.00 | |

VectorGlobal WMG
Wealth Management Group

OFFICE SERVICING YOUR ACCOUNT
801 Brickell Ave, Suite 2500
Miami, FL 33131
TEL: (305) 350-3350
FAX: (305) 350-3349

JOSE I-ILDEFONSO-MARIANA

Month End Closing Method: FIFO

| | |
|---|---|
| STATEMENT PERIOD | September 1, 2011 |
| THROUGH | September 30, 2011 |
| ACCOUNT NUMBER | 487-[illegible]542 |
| TAXPAYER NUMBER | Not Applicable |
| LAST STATEMENT | June 30, 2011 |

## What's In This Statement

Your Portfolio Holdings........2
Your Messages........3

JOSE I-ILDEFONSO-MARIANA
ALDACO GUERRERO-JTWROS-
VEREDA DE LAS GOLONDRINAS
12 CONDO GALICIA PTA DE HIERRO
ZAPOPAN JAL 45110 MEXICO

CLEARING AGENT: J.P. MORGAN CLEARING CORP.
3 CHASE METROTECH CENTER, BROOKLYN, NY 11245

SIPC This summary is for informational purposes only. It is not intended as a tax document. This statement should be retained for your records. See reverse side for important information.

VectorGlobal WMG
Wealth Management Group

OFFICE SERVICING YOUR ACCOUNT
801 Brickell Ave, Suite 2500
Miami, FL 33131
TEL: (305) 350-3350
FAX: (305) 350-3349

JOSE I-ILDEFONSO-MARIANA



| | |
|---|---|
| STATEMENT PERIOD | September 1, 2011 |
| THROUGH | September 30, 2011 |
| ACCOUNT NUMBER | 487-. 142 |
| TAXPAYER NUMBER | Not Applicable |
| LAST STATEMENT | June 30, 2011 |

## Your Portfolio Holdings

The total cost basis for each security position and the unrealized gain/loss are provided solely for your convenience and may not be used for tax purposes or otherwise relied upon. If you have questions related to tax consequences, please consult your tax advisor. Unrealized gain/loss total reflects only those positions for which a cost basis is available or has been provided to J.P. Morgan Clearing Corp. ("JPMCC"). Unless the tax basis provided relates to a position purchased on the books of JPMCC, JPMCC has not and cannot validate the basis provided.

### FIXED INCOME

#### Corporate Bonds

| DESCRIPTION | ACCT TYPE | ACQUISITION DATE | QUANTITY | PRICE | MARKET VALUE | UNIT COST | COST | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ESTIMATED YIELD (%) | ACCRUED INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEHMAN BROS TREASURY AMX EWZ RCN LBT 10/15/2008 DATED DATE 08/15/08 DUE 10/15/2008 13.560% CUSIP: N5215Q511 RATING: MOODY N/A S&P N/A | CASH | 11/20/09 | 200,000 | Unpriced | | | Please provide this information | LT | 27,120 | | |
| LEHMAN BROS TREASURY COBV AMX/EWZ RCB NTS DUE 4/29/2009 DATED DATE 04/29/08 DUE 04/29/2009 25.500% CUSIP: N5215K399 RATING: MOODY N/A S&P N/A | CASH | 11/20/09 | 200,000 | Unpriced | | | Please provide this information | LT | 51,000 | | |
| Total CorporateBonds | | | | | $0 | | $0 | N/A | $78,120 | | $0 |
| TOTAL FIXED INCOME | | | | | $0 | | $0 | N/A | $78,120 | | $0 |

| | |
|---|---|
| YOUR PORTFOLIOHOLDINGSESTIMATED ANNUAL INCOME | $78,120 |