UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE:

Lehman Brothers Holding, Inc.

Debtor.

**CHAPTER 11**
Case No. 08-13555-JMP

-----------------------------------------------------------------X

**CERTIFICATION OF SERVICE**

I, Joseph L. Fox, an attorney duly admitted to practice law in the State of New York and before this Court, affirms under the penalty of perjury as follows:

On November 23, 2011 I served the Supplemental Declaration of Mariana Aldaco on behalf of Jose I. Ildefonso, Mariana Aldaco Guerrero JTWROS in further opposition to Omnibus Objection No. 170 with respect to Claim No. 2814 and 2815 upon the Debtor, to Weil Gotshal & Manges, to the attention of Erin Echols, Esq., and upon the Committee of Unsecured Creditors to the attention of Dennis O'Donnell, Esq. by serving a true copy thereof by electronic mail to the electronic address provided by each and upon their consent to accept service by electronic mail and upon the Office of the United States Trustee by serving a true copy thereof by personal service to the last known address set forth after each name.

s/ Joseph L. Fox
Joseph L. Fox

Dated: New York, New York
       November 23, 2011

To:    Office of the United States Trustee, Region 2
       Attn: Tracy Hope Davis, Esq.
       33 Whitehall Street, 21st Floor
       New York, NY 10004