WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                               :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    **08-13555 (JMP)**
:
Debtors.                      :    **(Jointly Administered)**
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**

     **PLEASE TAKE NOTICE** that the hearing to consider the relief requested in the Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code to Monetize Equity Interests in Neuberger Berman Group LLC [Docket No. 21847] (the "Motion"), which was scheduled for November 30, 2011 at 10:00 a.m., has been adjourned to December 14, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: November 23, 2011
      New York, New York

                               /s/ Lori R. Fife
                               Lori R. Fife

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York 10153
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                               Attorneys for Debtors
                               and Debtors in Possession