**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022
212.262.6700 (Telephone)
212.262.7402 (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to Andorra Banc Agricol REIG, S.A.*

## IN THE UNITED STATES BANKRUPTCY
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) (Jointly Administered) |
| Debtor. | |

    **Diane C. Claussen**, being of full age, hereby certifies as follows:

    1.    I am a paralegal employed by the law firm of Lowenstein Sandler, PC, counsel to *Andorra Banc Agricol REIG, S.A.* in the above-referenced matter. As such, I have knowledge of the facts set forth herein.

    2.    I hereby certify that on November 23, 2011 I caused the following document to be e-filed with the United States Bankruptcy Court for the Southern District of New York and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice:

    *a.    Response of Andorra Banc Agricol REIG, S.A. To Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim [Docket No. 22662]*

       3.       I further certify that on November 23, 2011, I caused a true and correct copy of the forgoing document(s) to be served upon the parties indicated on the service list attached hereto as Exhibit A via Federal Express.

       I certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


                                     */s/ Diane C. Claussen*
                                       Diane C. Claussen, Paralegal

Dated:  November 23, 2011

# EXHIBIT A TO CERTIFICATE OF SERVICE

**Attorneys for the Debtors**

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Office of the United States Trustee for Region 2**

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

**Attorneys for the Official Committee of Unsecured Creditors**

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004