**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
Howard S. Steel

*Counsel for ASR Levensverzekering N.V., Falcon Leven N.V., and N.V. Amersfoortse Levensverzekering Maatschappij*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC. et. al., | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Brown Rudnick LLP hereby enters its appearance in the above-referenced Chapter 11 proceeding as counsel for ASR Levensverzekering N.V., Falcon Leven N.V., and N.V. Amersfoortse Levensverzekering Maatschappij, creditors and parties-in-interest in this proceeding, and hereby requests that all notices given or required in the above-referenced Chapter 11 case, and all other papers served in this case, be given to and served upon the following:

**BROWN RUDNICK LLP**
Howard S. Steel, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
E-mail: hsteel@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Code Section 1109(b), the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise, which affects or pertains to the above-captioned Chapter 11 case, the above-captioned Debtors, or the property of the Debtors or their estates.

This notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named plaintiffs are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named plaintiffs expressly reserve.

| | |
|---|---|
| Dated: New York, New York<br>November 23, 2011 | **BROWN RUDNICK, LLP**<br><br>By: /s/ Howard S. Steel<br><br>Howard S. Steel, Esq.<br>Seven Times Square, 47th Floor<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>*Counsel for ASR Levensverzekering N.V., Falcon Leven N.V., and N.V. Amersfoortse Levensverzekering Maatschappij* |