UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (JMP)
                                                           :    (Jointly Administered)
                    Debtors.                               :
                                                           :
-----------------------------------------------------------x    Ref. Docket Nos. 21288, 21295,
                                                                22040, 22042, 22045, 22050, 22062,
                                                                22063, 22067, 22069, 22071, 22075,
                                                                22078, 22134, 22198, 22206, 22215,
                                                                22237, 22238, 22242, 22244, 22246,
                                                                22247, 22276, 22278-22280, 22288,
                                                                22291-22295, 22300

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
23rd day of November, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 21288, 21295, 22040...22291-22295, 22300_AFF_11-21-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  AG SUPER FUND INTERNATIONAL PARTNERS, L.P.
     TRANSFEROR: JPMORGAN CHASE BANK, N.A.
     245 PARK AVENUE, 26TH FLOOR
     NEW YORK NY 10167
```

Please note that your claim # 49737-11 in the above referenced case and in the amount of $1,759,629.68 has been transferred **(unless previously expunged by court order)**

```
JPMORGAN CHASE BANK, N.A.
TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P.
ATTN: SUSAN MCNAMARA
ONE CHASE MANHATTAN PLAZA-FLOOR 26
MAIL CODE: NY1-A436
NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 22244 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/21/2011                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 21, 2011.

**EXHIBIT B**

```
TIME: 14:42:50                                           LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 11/21/11                                                CREDITOR LISTING

Name                                              Address
AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH            ATTN: CHIEF FINANCIAL OFFICER P.O. BOX 194 KLARABERGSVIADUKTEN 61-63 STOCKHOLM SE-103 27 SWEDEN
 EXPORT CREDIT CORP.)
AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH            CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SEBASTIAN SPERBER CITY PLACE HOUSE, 55 BASINGHALL STREET LONDON EC2V 5EH UNITED KINGDOM
 EXPORT CREDIT CORP.)
AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH            CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ONE LIBERTY PLAZA NEW YORK NY 10006
 EXPORT CREDIT CORP.)
AG SUPER FUND INTERNATIONAL PARTNERS,             TRANSFEROR: JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
 L.P.
BARCLAYS BANK PLC                                 TRANSFEROR: AB SVENSK EXPORTKREDIT (PUBL) (SWEDISH EXPORT CREDIT CORP. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: CREDIT SUISSE (MONACO) SAM 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MCDONNELL LOAN OPPORTUNITY LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MCDONNELL LOAN OPPORTUNITY LTD. 745 SEVENTH AVENUE NEW YORK NY 10019
BERNHARD LUSCHER                                  TRANSFEROR: NEUE AARGAUER BANK AG EGGSTRASSE 6 5042 HIRSCHTHAL SWITZERLAND
BOTTICELLI, L.L.C.                                TRANSFEROR: JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
CASTLERIGG MASTER INVESTMENTS LTD                 C/O SANDELL ASSET MANAGEMENT CORP. ATTN: LEGAL DEPARTMENT ATTN: LAURA STRACHE, MANAGING DIRECTOR ATTN: TIM O'BRIEN
                                                  40 WEST 57TH STREET, 26TH FLOOR NEW YORK NY 10019
CHASE LINCOLN FIRST COMMERCIAL                    TRANSFEROR: DCI LONG-SHORT CREDIT FUND MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA FLOOR 26 NEW YORK NY 10005
 CORPORATION
CHENAVARI FINANCIAL ADVISORS LTD                  TRANSFEROR: BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER AZIONI (GIA SCARL) ATTN: GUILHEM GOYARD, MANAGING DIRECTOR
                                                  1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM
CVI GVF (LUX) MASTER SARL                         C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK - FAIRMILE LAND COBHAM-SURREY KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER SARL                         C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK - FAIRMILE LANE COBHAM-SURREY KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER SARL                         JACK S. MCMURRAY CANADIAN IMPERIAL BANK OF COMMERCE 199 BAY ST, 6TH FLOOR TORONTO ON M5L 1A2 CANADA
CVI GVF (LUX) MASTER SARL                         JACK S. MCMURRAY CANADIAN IMPERIAL BANK OF COMMERCE 199 BAY STR, 6TH FLOOR TORONTO ON M5L 1A2 CANADA
CVI GVF (LUX) MASTER SARL                         JACK S. MCMURRAY CANADIAN IMPERIAL BANK OF COMMERCE 199 BAY STREET, 6TH FLOOR TORONTO ON M5L 1A2 CANADA
DCI LONG-SHORT CREDIT FUND                        RICK HYMAN MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
DCI LONG-SHORT CREDIT FUND                        ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO CA 94105
DEUTSCHE BANK AG, LONDON BRANCH                   SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
                                                  TRANSFEROR: STANDARD GENERAL MASTER FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
ELLIOT INTERNATIONAL, L.P.                        TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS & CO.                               TRANSFEROR: NEUE AARGAUER BANK AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: CASTLERIGG MASTER INVESTMENTS LTD C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CLARIDEN LEU LTD. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CREDIT SUISSE (GIBRALTAR) LIMITED ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CREDIT SUISSE HONG KONG BRANCH ATTN: ANDREW CADITZ 30 HUDSON ST 36TH FL JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: NEUE AARGAUER BANK AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
JPMORGAN CHASE BANK N.A.                          TRANSFEROR: BOTTICELLI, L.L.C. ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAIL CODE: NY1-A436 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P. ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAIL CODE: NY1-A436
                                                  NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P. ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA-FLOOR 26 MAIL CODE: NY1-A436
                                                  NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: BOTTICELLI, L.L.C. ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAIL CODE: NY1-A436 NEW YORK NY 10005


                                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O SUSAN MCNAMARA JPMORGAN LEGAL DEPARTMENT MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401 |
| MARATHON GLOBAL EQUITY MASTER FUND, LTD. | C/O MARATHON ASSET MANAGEMENT ATTENTION : GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK NY 10036 |
| MAXIMILIAN PARTNERS LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION ATTN: PHILIP WELLS C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| MCDONNELL LOAN OPPORTUNITY LTD | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W. WACKER DRIVE CHICAGO IL 60601 |
| MCDONNELL LOAN OPPORTUNITY LTD. | C/O MCDONNELL INVESTMENT MANAGEMENT, LLC ATTN: GENERAL COUNSEL 1515 WEST 22ND STREET OAK BROOK IL 60523 |
| MCDONNELL LOAN OPPORTUNITY LTD. | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W. WACKER DRIVE CHICAGO IL 60601 |
| MCDONNELL LOAN OPPORTUNITY LTD. | C/O MCDONNELL INVESTMENT MANAGEMENT, LLC ATTN: GENERAL COUNSEL 1515 WEST 22ND STREET OAK BROOK IL 60523 |
| MERCURIA ENERGY TRADING PTE LTD | C/O MERCURIA ENERGY TRADING SA ATTN: FRANCOIS SORNAY 50, RU DU RHONE GENEVA 1204 SWITZERLAND |
| MERCURIA ENERGY TRADING PTE LTD | C/O MERCURIA ENERGY TRADING SA ATTN: FRANCOIS SORNAY 50, RUE DU RHONE GENEVA 1204 SWITZERLAND |
| MERCURIA ENERGY TRADING SA | HAROLD OLSEN STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MERCURIA ENERGY TRADING SA | HAROLD OLSEN STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| NEUE AARGAUER BANK AG | ATTN: FRANCOIS SORNAY 50, RUE DU RHONE GENEVA 1204 SWITZERLAND |
| NEUE AARGAUER BANK AG | HAROLD OLSEN STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| PARASRAM, NEELAM P., VIKAS P. & NIKESH P. DARYANI | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 TRANSFEROR: UBS AG PO BOX 15668 DUBAI, UNITED ARAB EMIRATES |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| STANDARD GENERAL MASTER FUND LP | ATTN: JOSEPH MAUSE 650 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: CVI GVF (LUX) MASTER SARL C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| THE ROYAL BANK OF SCOTLAND PLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THE ROYAL BANK OF SCOTLAND PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: MARATHON GLOBAL EQUITY MASTER FUND, LTD. ATTN: FRANCESCA SENA 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: MERCURIA ENERGY TRADING PTE LTD ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: MERCURIA ENERGY TRADING SA ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/05GC P.O. BOX ZURICH 8098 SWITZERLAND |
| UNDERLYING FUNDS TRUST ON BEHALF OF FIXED INCOME ARBITRAGE-1 | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES 280 MANGUM ST., SUITE 301 DURHAM NC 27701 |
| UNDERLYING FUNDS TRUST ON BEHALF OF FIXED INCOME ARBITRAGE-1 | UNDERLYING FUNDS TRUST ON BEHALF OR ITS SERIES FIXED INCOME ARIBTRAGE - 1 C/O ALTERNATIVE INVESTMENT PARTNERS 600 MAMARONECK AVE., SUITE 400 HARRISON NY 10528 |
| UNDERLYING FUNDS TRUST ON BEHALF OF FIXED INCOME ARBITRAGE-1 | UNDERLYING FUNDS TRUST ON BEHALF OR ITS SERIES FIXED INCOME ARIBTRAGE - 1 C/O ALTERNATIVE INVESTMENT PARTNERS 600 MAMARONECK AVE., SUITE 400 HARRISON NY 10528 |
| UNDERLYING FUNDS TRUST ON BEHALF OF FIXED INCOME ARBITRAGE-1 | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| UNDERLYING FUNDS TRUST ON BEHALF OF FIXED INCOME ARBITRAGE-1 | TRANSFEROR: UNDERLYING FUNDS TRUST, ON BEHALF OF ITS HATTERAS FUNDS 8540 COLONNADE CENTER DRIVE, ST. 401 RALEIGH NC 27615 |
| UNDERLYING FUNDS TRUST, ON BEHALF OF FIXED INCOME ARBITRAGE - 1 | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES 280 SOUTH MANGUM ST., SUITE 301 DURHAM NC 27701 |
| UNDERLYING FUNDS TRUST, ON BEHALF OF FIXED INCOME ARBITRAGE - 1 | UNDERLYING FUNDS TRUST ON BEHALF OR ITS SERIES FIXED INCOME ARBITRAGE - 1 C/O ALTERNATIVE INVESTMENT PARTNERS 600 MAMARONECK AVE., SUITE 400 HARRISON NY 10528 |
| UNDERLYING FUNDS TRUST, ON BEHALF OF FIXED INCOME ARBITRAGE - 1 | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| UNDERLYING FUNDS TRUST, ON BEHALF OF FIXED INCOME ARBITRAGE - 1 | TRANSFEROR: UNDERLYING FUNDS TRUST, ON BEHALF OF ITS HATTERAS FUNDS 8540 COLONNADE CENTER DRIVE, ST. 401 RALEIGH NC 27615 |
| UNDERLYING FUNDS TRUST, ON BEHALF OF ITS SERIES RELATIVE VALUE | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES 280 SOUTH MANGUM ST., SUITE 301 DURHAM NC 27701 |
| UNDERLYING FUNDS TRUST, ON BEHALF OF ITS SERIES RELATIVE VALUE | TRANSFEROR: UNDERLYING FUNDS TRUST ON BEHALF OF FIXED INCOME ARBITRAGE-1 C/O HATTERAS FUNDS 8540 COLONNADE CENTER DRIVE, ST. 401 RALEIGH NC 27615 |
| UNDERLYING FUNDS TRUST, ON BEHALF OF ITS SERIES RELATIVE VALUE | TRANSFEROR: UNDERLYING FUNDS TRUST, ON BEHALF OF FIXED INCOME ARBITRAGE-1 C/O HATTERAS FUNDS 8540 COLONNADE CENTER DRIVE, ST. 401 RALEIGH NC 27615 |

Total Number of Records Printed    81

EPIQ BANKRUPTCY SOLUTIONS, LLC