UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                       :

In re                             :        **Chapter 11 Case No.**
                                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       **08-13555 (JMP)**
                                       :        **(Jointly Administered)**

Debtors.                         :

                                       :

----------------------------------------------------------------x     **Ref. Docket Nos. 21287, 22003,**
                                                 **22271, 22288, 22289, 22353, 22354**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 22, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
23rd day of November, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER
     1177 AVENUE OF THE AMERICAS
     NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 55854-29 in the above referenced case and in the amount of
     $900,000.00  Unliquidated      has been transferred **(unless previously expunged by court order)**

BSI SA
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: A FERRARI
VIA MAGATTI 2
CH-6900 LUGANO
SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 22288     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/22/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez

                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 22, 2011.

# EXHIBIT B

```
TIME: 11:28:45                                                LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 11/22/11                                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO) 12051 ITALY |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BSI SA | TRANSFEROR: BANK HAPOALIM B.M. ATTN: A FERRARI VIA MAGATTI 2 CH-6900 LUGANO   SWITZERLAND |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| ELLIOTT ASSOCIATES, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| JPMORGAN CHASE BANK N.A. | TRANSFEROR: BOTTICELLI, L.L.C. ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P. ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P. ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA-FLOOR 26 MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BOTTICELLI, L.L.C. ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| THOROUGHBRED MASTER LIMITED | ANDREWS KIRTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED MASTER LIMITED | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O APPALOOSA INVESTMENT L.P.1 ATTN: KEN MALMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/09GC P.O. BOX ZURICH 8098 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE S.C.P.A | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: ROSA DUNIA BRAMBILLA, MANAGER PIAZZA VITTORIO VENETO 8 BERGAMO 24100 ITALY |
| ZOOLOGISCHE GESELLSCHAFT FRANKFURT | CITIBANK PRIVATKUNDEN AG & CO. KGAA BERNHARD GRZMIK ALLEE 1 60316 FRANKFURT GERMANY |
| ZURCHER KANTONALBANK OSTERREICH AG | TRANSFEROR: UBS AG ATTN: RUDOLF MUHLBERGER GETREIDEGASSE 10 5020 SALZBERG   AUSTRIA |

Total Number of Records Printed                    23

EPIQ BANKRUPTCY SOLUTIONS, LLC