## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Taylor Hedge Fund Limited, an exempted Bermuda company, located 22 Victoria Street, PO Box HM1179, Hamilton HMEX, Bermuda ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Chase Lincoln First Commercial Corporation, its successors and assigns, with offices at Mail Code NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 33476) in the amount of $21,534,248.24 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the _23_ day of November, 2011.

TAYLOR HEDGE FUND LIMITED

By: _____
Name: JS MATTHEWS
Title: DIRECTOR


CHASE LINCOLN FIRST COMMERCIAL CORPORATION

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Taylor Hedge Fund Limited, an exempted Bermuda company, located 22 Victoria Street, PO Box HM1179, Hamilton HMEX, Bermuda ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Chase Lincoln First Commercial Corporation, its successors and assigns, with offices at Mail Code NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 33476) in the amount of $21,534,248.24 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

  Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

  IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the  23  day of November, 2011.

TAYLOR HEDGE FUND LIMITED

By: _____  
Name:  
Title:

CHASE LINCOLN FIRST COMMERCIAL CORPORATION

By: _____  
Name:  
Title:        Andrew C. Faherty  
              Authorized Signatory

**LBHI TRANSFER NOTICE**

B 210A (Form 210A) (12/09)

United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee<br>Chase Lincoln First Commercial Corporation | Name of Transferor<br>Taylor Hedge Fund Limited |
|---|---|
| Name and Address where notices to transferee should be sent:<br>Chase Lincoln First Commercial Corporation<br>c/o J.P. Morgan Securities LLC<br>Mail Code: NY1-M138<br>383 Madison Avenue – Floor 37<br>New York, New York 10179<br>ATTN: Jeffrey L. Panzo<br>Jeffrey.L.Panzo@jpmorgan.com<br>Tel: 212-834-5857 | Court Claim # (if known): 33476<br>Amount of Claim: $21,534,248.24<br>Date Claim Filed: September 21, 2009<br><br>Debtor: Lehman Brothers Holdings Inc.<br><br>* Plus additional amounts as set forth in the proof of claim |
| Name and Address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: November 23, 2011
Name:    Andrew C. Faherty
Title:    Authorized Signatory

Address: c/o Susan McNamara, JPMorgan Legal Department, Mail Code: NY1-A436, One Chase Manhattan Plaza – Floor 26, New York, New York 10005-1401