**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Howard S. Steel
Jennifer K. Brooks

*Attorneys for ASR Levensverzekering N.V.,*
*Falcon Leven N.V., and N.V. Amersfoortse*
*Levensverzekering Maatschappij*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDING INC. <u>et</u>. <u>al</u>.,** | **Case No. 08-13555 (JMP)** |
| | (Jointly Administered) |
| Debtors. | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Jennifer K. Brooks, an attorney duly admitted to practice law in the State of New York and before this court, affirms under the penalty of perjury as follows:

On the 25th day of November, 2011, I caused to be served a true copy of the following document: Response of ASR Levensverzekering N.V., Falcon Leven N.V., And N.V. Amersfoortse Levensverzekering Maatschappij To Debtors' Two Hundred Seventeenth Objection To Disallow And Expunge Certain Filed Proofs of Claim And Joinder To Responses of Deka Investment GmbH And The

Royal Bank of Scotland plc upon the parties listed on the attached service lists, in the manner as indicated thereon.

                                           _/s/ Jennifer K. Brooks_____

                                           Jennifer K. Brooks

**SERVICE LIST**

**EMAIL DISTRIBUTION LISTS (parts 1-13)**
**Lehman Brothers Holding Master Service List**

**Lehman Brothers Holding Master Service List Part 1 (08-13555) 11-21-11**
richard.krasnow@weil.com; jlori.fife@weil.com; robert.lemons@weil.com;
jacqueline.marcus@weil.com; giddens@hugheshubbard.com;
kiplok@hugheshubbad.com; kobak@hugheshubbard.com;
margolin@hugheshubbard.com; lubell@hugheshubbard.com;
wiltenburg@hugheshubbard.com; ddunne@milbank.com; wfoster@milbank.com;
dodonnell@milbank.com; efleck@milbank.com; paronzon@milbank.com;
gbray@milbank.com; robert.yalen@usdoj.gov; tarbit@cftc.gov; rwasserman@cftc.gov;
sharbeck@sipc.org; jwang@sipc.org; jean-david.barnea@usdoj.gov;
joseph.cordaro@usdoj.gov; newyork@sec.gov; jacobsonn@sec.gov;
jbromley@cgsh.com; lschweitzer@cgsh.com; lgranfield@cgsh.com;
ctatelbaum@adorno.com; mstamer@akingump.com; pdublin@akingump.com;
mlahaie@akingump.com; rajohnson@akingump.com; lisa.kraidin@allenovery.com;
ken.coleman@allenovery.com; daniel.guyder@allenovery.com;
mgreger@allenmatkins.com; krodriguez@allenmatkins.com; tduffy@andersonkill.com;
rrussell@andrewskurth.com; s.minehan@aozorabank.co.jp;
angelich.george@arentfox.com; dowd.mary@arentfox.com;
scousins@armstrongteasdale.com; sehlers@armstrongteasdale.com;
charles_malloy@aporter.com; anthony_boccanfuso@aporter.com; jg5786@att.com;
neal.mann@oag.state.ny.us; tony.davis@bakerbotts.com

**Lehman Brothers Holding Master Service List Part 2 (08-13555) 11-21-11**
dworkman@bakerlaw.com; Peter@bankrupt.com; ffm@bostonbusinesslaw.com;
csalomon@beckerglynn.com; aostrow@beckerglynn.com; cbrotstein@bm.net;
mpucillo@bermanesq.com; wzoberman@bermanesq.com; aoberry@bermanesq.com;
davids@blbglaw.com; dbarber@bsblawyers.com; smulligan@bsblawyers.com;
jeffrey.sabin@bingham.com; ronald.silverman@bingham.com;
steven.wilamowsky@bingham.com; sabin.willett@bingham.com;
robert.dombroff@bingham.com; mark.deveno@bingham.com;
joshua.dorchak@bingham.com; carol.weinerlevy@bingham.com;
raj.madan@bingham.com; michael.reilly@bingham.com; erin.mautner@bingham.com;
aeckstein@blankrome.com; amcmullen@boultcummings.com;
rjones@boultcummings.com; kurt.mayr@bgllp.com; kuehn@bragarwexler.com;
notice@bkcylaw.com; mgordon@briggs.com;
monica.lawless@brookfieldproperties.com; dludman@brownconnery.com;
dludman@brownconnery.com; msiegel@brownrudnick.com;
slevine@brownrudnick.com; schristianson@buchalter.com;
christopher.schueller@bipc.com; timothy.palmer@bipc.com; sidorsky@butzel.com;
deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com;
howard.hawkins@cwt.com; ellen.halstead@cwt.com; israel.dahan@cwt.com;
mark.ellenberg@cwt.com; jason.jurgens@cwt.com; sgordon@cahill.com;
jlevitin@cahill.com; thomas_noguerola@calpers.ca.gov

**Lehman Brothers Holding Master Service List Part 3 (08-13555) 11-21-11**
cahn@clm.com; wanda.goodloe@cbre.com; dlemay@chadbourne.com;
hseife@chadbourne.com; arosenblatt@chadbourne.com; spiotto@chapman.com;
acker@chapman.com; heiser@chapman.com; lgranfield@cgsh.com;
lschweitzer@cgsh.com; maofiling@cgsh.com; jennifer.demarco@cliffordchance.com;
andrew.brozman@cliffordchance.com; sara.tapinekis@cliffordchance.com;
jen.premisler@cliffordchance.com; psp@njlawfirm.com; jwh@njlawfirm.com;
lmay@coleschotz.com; jdrucker@coleschotz.com; joli@crlpc.com;
jeff.wittig@coair.com; eschwartz@contrariancapital.com; bcarlson@co.sanmateo.ca.us;
jbeiers@co.sanmateo.ca.us; lathompson@co.sanmateo.ca.us; mhopkins@cov.com;
dcoffino@cov.com; araboy@cov.com; rlevin@cravath.com; rtrust@cravath.com;
jlipson@crockerkuno.com; ttracy@crockerkuno.com; judy.morse@crowedunlevy.com;
woconnor@crowell.com; bzabarauskas@crowell.com; mlichtenstein@crowell.com;
seichel@crowell.com; jcarberry@cl-law.com; karen.wagner@dpw.com;
james.mcclammy@dpw.com; thomas.ogden@dpw.com; jjtancredi@daypitney.com;
jwcohen@daypitney.com; mcto@debevoise.com; glenn.siegel@dechert.com;
iva.uroic@dechert.com; mmooney@deilylawfirm.com; mbienenstock@dl.com;
jliu@dl.com; tkarcher@dl.com; pwright@dl.com

**Lehman Brothers Holding Master Service List Part 4 (08-13555) 11-21-11**
esmith@dl.com; mbienenstock@dl.com; igoldstein@dl.com; tdewey@dpklaw.com;
dpegno@dpklaw.com; adiamond@diamondmccarthy.com;
sloden@diamondmccarthy.com; aaaronson@dilworthlaw.com;
cpappas@dilworthlaw.com; timothy.brink@dlapiper.com;
matthew.klepper@dlapiper.com; thomas.califano@dlapiper.com;
stephen.cowan@dlapiper.com; william.m.goldman@dlapiper.com;
schnabel.eric@dorsey.com; heim.steve@dorsey.com; dove.michelle@dorsey.com;
steven.troyer@commerzbank.com; jjoyce@dresslerpeters.com; robert.malone@dbr.com;
ljkotler@duanemorris.com; tduffy@andersonkill.com; jim@atkinslawfirm.com;
sandyscafaria@eaton.com; ezujkowski@emmetmarvin.com; aentwistle@entwistle-
law.com; jbeemer@entwistle-law.com; jporter@entwistle-law.com;
kkelly@ebglaw.com; dtatge@ebglaw.com; sgubner@ebg-law.com; cweber@ebg-
law.com; lscarcella@farrellfritz.com; shari.leventhal@ny.frb.org;
sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; jhuh@ffwplaw.com;
charles@filardi-law.com; alum@ftportfolios.com; dheffer@foley.com; jlee@foley.com;
wmckenna@foley.com; dspelfogel@foley.com; sory@fdlaw.com; jhiggins@fdlaw.com;
ahammer@freebornpeters.com; deggert@freebornpeters.com;
walter.stuart@freshfields.com; patrick.oh@freshfields.com;
peter.simmons@friedfrank.com

**Lehman Brothers Holding Master Service List Part 5 (08-13555) 11-21-11**
richard.tisdale@friedfrank.com; shannon.nagle@friedfrank.com;
efriedman@friedumspring.com; efriedman@fklaw.com; wweintraub@fklaw.com;
abeaumont@fklaw.com; drosenzweig@fulbright.com; jmerva@fult.com;
jmelko@gardere.com; bankruptcy@ntexas-attorneys.com; relgidely@gjb-law.com;
jgenovese@gjb-law.com; pbattista@gjb-law.com; dcimo@gjb-law.com;

dcrapo@gibbonslaw.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com;
aseuffert@lawpost-nyc.com; tnixon@gklaw.com; jherzog@gklaw.com;
jflaxer@golenbock.com; jwallack@goulstonstorrs.com; drosner@goulstonstorrs.com;
gkaden@goulstonstorrs.com; brian.corey@greentreecreditsolutions.com;
diconzam@gtlaw.com; cole@gtlaw.com; cousinss@gtlaw.com; melorod@gtlaw.com;
tannweiler@greerherz.com; jamie.nelson@dubaiic.com; joy.mathias@dubaiic.com;
jschwartz@hahnhessen.com; jorback@hahnhessen.com; rmatzat@hahnhessen.com;
wbenzija@halperinlaw.net; jdyas@halperinlaw.net; agold@herrick.com;
sselbst@herrick.com; ramona.neal@hp.com; ken.higman@hp.com; jdoran@haslaw.com;
dpiazza@hodgsonruss.com; rleek@hodgsonruss.com; isgreene@hhlaw.com;
sagolden@hhlaw.com; barbra.parlin@hklaw.com; arthur.rosenberg@hklaw.com;
francois.janson@hklaw.com; richard.lear@hklaw.com

**Lehman Brothers Holding Master Service List Part 6 (08-13555) 11-21-11**
john.monaghan@hklaw.com; adam.brezine@hro.com; kerry.moynihan@hro.com;
mmendez@hunton.com; keckhardt@hunton.com; jrsmith@hunton.com;
cweiss@ingramllp.com; dave.davis@isgria.com; toby.r.rosenberg@irscounsel.treas.gov;
mimi.m.wong@irscounsel.treas.gov; dbalog@intersil.com;
teresa.oxford@invescoaim.com; afriedman@irell.com; klyman@irell.com;
mneier@ibolaw.com; jay.hurst@oag.state.tx.us; ptrostle@jenner.com;
dmurray@jenner.com; rbyman@jenner.com; gspilsbury@jsslaw.com;
jowen769@yahoo.com; jfox@joefoxlaw.com; joseph.cordaro@usdoj.gov;
eli.mattioli@klgates.com; drosner@kasowitz.com; aglenn@kasowitz.com;
snewman@katskykorins.com; mprimoff@kayescholer.com;
jaclyn.genchi@kayescholer.com; msolow@kayescholer.com;
mdahlman@kayescholer.com; kdwbankruptcydepartment@kelleydrye.com;
mpage@kelleydrye.com; james.sprayregen@kirkland.com;
david.seligman@kirkland.com; jay@kleinsolomon.com; jjureller@klestadt.com;
chardman@klestadt.com; michael.kim@kobrekim.com; robert.henoch@kobrekim.com;
andrew.lourie@kobrekim.com; tmayer@kramerlevin.com; boneill@kramerlevin.com;
acaton@kramerlevin.com; deggermann@kramerlevin.com; mlandman@lcbf.com;
wballaine@lcbf.com; sree@lcbf.com; akornikova@lcbf.com; ekbergc@lanepowell.com

**Lehman Brothers Holding Master Service List Part 7 (08-13555) 11-21-11**
keith.simon@lw.com; david.heller@lw.com; peter.gilhuly@lw.com;
richard.levy@lw.com; gabriel.delvirginia@verizon.net; ezweig@optonline.net;
wswearingen@llf-law.com; sfineman@lchb.com; dallas.bankruptcy@publicans.com;
austin.bankruptcy@publicans.com; peisenberg@lockelord.com; wcurchack@loeb.com;
vrubinstein@loeb.com; dbesikof@loeb.com; loizides@loizides.com;
robin.keller@lovells.com; omeca.nedd@lovells.com; chris.donoho@lovells.com;
ilevee@lowenstein.com; krosen@lowenstein.com; vdagostino@lowenstein.com;
metkin@lowenstein.com; steele@lowenstein.com; twheeler@lowenstein.com;
jprol@lowenstein.com; scargill@lowenstein.com; squigley@lowenstein.com;
eleven@lowenstein.com; mwarren@mtb.com; jhuggett@margolisedelstein.com;
fhyman@mayerbrown.com; atrehan@mayerbrown.com; btrust@mayerbrown.com;
jtougas@mayerbrown.com; atrehan@mayerbrown.com; emerberg@mayerbrown.com;
tkiriakos@mayerbrown.com; swolowitz@mayerbrown.com; jstoll@mayerbrown.com;

ashaffer@mayerbrown.com; hbeltzer@mayerbrown.com; cwalsh@mayerbrown.com;
jlamar@maynardcooper.com; kreynolds@mklawnyc.com; mh1@mccallaraymer.com;
bkmail@prommis.com; jnm@mccallaraymer.com; eglas@mccallaraymer.com;
kmayer@mccarter.com; wtaylor@mccarter.com

**Lehman Brothers Holding Master Service List Part 8 (08-13555) 11-21-11**
ggitomer@mkbattorneys.com; ncoco@mwe.com; gravert@mwe.com; icatto@mwe.com;
phayden@mcguirewoods.com; sfox@mcguirewoods.com; dhayes@mcguirewoods.com;
jmaddock@mcguirewoods.com; jsheerin@mcguirewoods.com; jmr@msf-law.com;
tslome@msek.com; amarder@msek.com; jmazermarino@msek.com;
harrisjm@michigan.gov; michael.frege@cms-hs.com; sdnyecf@dor.mo.gov;
steve.ginther@dor.mo.gov; michael.kelly@monarchlp.com;
davidwheeler@mvalaw.com; nherman@morganlewis.com; nissay_10259-
0154@mhmjapan.com; lberkoff@moritthock.com; jpintarelli@mofo.com;
lmarinuzzi@mofo.com; yuwatoko@mofo.com; tgoren@mofo.com;
lnashelsky@mofo.com; bmiller@mofo.com; bankruptcy@morrisoncohen.com;
jsullivan@mosessinger.com; akolod@mosessinger.com; mparry@mosessinger.com;
kkolbig@mosessinger.com; millee12@nationwide.com; jowolf@law.nyc.gov;
susan.schultz@newedgegroup.com; ddrebsky@nixonpeabody.com;
adarwin@nixonpeabody.com; vmilione@nixonpeabody.com;
mberman@nixonpeabody.com; bankruptcymatters@us.nomura.com;
info2@normandyhill.com; crmomjian@attorneygeneral.gov; mjr1@westchestergov.com;
jeremy.eiden@ag.state.mn.us; martin.davis@ots.treas.gov; jnadritch@olshanlaw.com;
akantesaria@oppenheimerfunds.com; rdaversa@orrick.com; jguy@orrick.com

**Lehman Brothers Holding Master Service List Part 9 (08-13555) 11-21-11**
korr@orrick.com; dfelder@orick.com; maustin@orrick.com; rfrankel@orrick.com;
rwyron@orrick.com; lmcgowen@orrick.com; rdaversa@orrick.com;
otccorpactions@finra.org; wsilverm@oshr.com; pfeldman@oshr.com;
rroupinian@outtengolden.com; wk@pwlawyers.com; chipford@parkerpoe.com;
dwdykhouse@pbwt.com; bguiney@pbwt.com; harveystrickon@paulhastings.com;
draelson@fisherbrothers.com; sshimshak@paulweiss.com; ddavis@paulweiss.com;
chammerman@paulweiss.com; dshemano@pwkllp.com; kressk@pepperlaw.com;
kovskyd@pepperlaw.com; wisotska@pepperlaw.com; lawallf@pepperlaw.com;
meltzere@pepperlaw.com; schannej@pepperlaw.com; arlbank@pbfcm.com;
jhorgan@phxa.com; david.crichlow@pillsburylaw.com; bill.freeman@pillsburylaw.com;
mark.house@pillsburylaw.com; splatzer@platzerlaw.com; dflanigan@polsinelli.com;
jbird@polsinelli.com; cward@polsinelli.com; jsmairo@pbnlaw.com;
tjfreedman@pbnlaw.com; bbisignani@postschell.com; fbp@ppgms.com;
lml@ppgms.com; lsilverstein@potteranderson.com; rmcneill@potteranderson.com;
rfleischer@pryorcashman.com; mjacobs@pryorcashman.com;
drose@pryorcashman.com; rbeacher@pryorcashman.com; canelas@pursuitpartners.com;
schepis@pursuitpartners.com; susheelkirpalani@quinnemanuel.com

**Lehman Brothers Holding Master Service List Part 10 (08-13555) 11-21-11**
jamestecce@quinnemanuel.com; scottshelley@quinnemanuel.com;
robertdakis@quinnemanuel.com; jrabinowitz@rltlawfirm.com; broy@rltlawfirm.com;
arahl@reedsmith.com; kgwynne@reedsmith.com; jfalgowski@reedsmith.com;
clynch@reedsmith.com; eschaffer@reedsmith.com; mvenditto@reedsmith.com;
jlscott@reedsmith.com; dgrimes@reedsmith.com; rqureshi@reedsmith.com;
calbert@reitlerlaw.com; richard@rwmaplc.com; jshickich@riddellwilliams.com;
gmoss@riemerlaw.com; abraunstein@riemerlaw.com; arheaume@riemerlaw.com;
roger@rnagioff.com; ecohen@russell.com; russj4478@aol.com; mschimel@sju.edu;
cmontgomery@salans.com; lwhidden@salans.com; cbelmonte@ssbb.com;
tbrock@ssbb.com; pbosswick@ssbb.com; asnow@ssbb.com; aisenberg@saul.com;
egeekie@schiffhardin.com; jkehoe@btkmc.com; bdk@schlamstone.com;
nlepore@schnader.com; nfurman@scottwoodcapital.com; rrigolosi@smsm.com;
mharris@smsm.com; cohenr@sewkis.com; ashmead@sewkis.com;
fsosnick@shearman.com; ned.schodek@shearman.com; ann.reynaud@shell.com;
jennifer.gore@shell.com; jshenwick@gmail.com; cshulman@sheppardmullin.com;
rreid@sheppardmullin.com; mcademartori@sheppardmullin.com;
etillinghast@sheppardmullin.com; bwolfe@sheppardmullin.com

**Lehman Brothers Holding Master Service List Part 11 (08-13555) 11-21-11**
bankruptcy@goodwin.com; jtimko@shutts.com; aquale@sidley.com;
aunger@sidley.com; rfriedman@silvermanacampora.com; sally.henry@skadden.com;
fyates@sonnenschein.com; pmaxcy@sonnenschein.com; slerner@ssd.com;
smayerson@ssd.com; rterenzi@stcwlaw.com; cgoldstein@stcwlaw.com;
r.stahl@stahlzelloe.com; marc.chait@sc.com; echang@steinlubin.com;
eobrien@sbchlaw.com; shgross5@yahoo.com; jlovi@steptoe.com;
lromansic@steptoe.com; ritkin@steptoe.com; kpiper@steptoe.com; cs@stevenslee.com;
cp@stevenslee.com; apo@stevenslee.com; mcordone@stradley.com;
ppatterson@stradley.com; mdorval@stradley.com; djoseph@stradley.com;
jmmurphy@stradley.com; landon@streusandlandon.com; villa@streusandlandon.com;
streusand@streusandlandon.com; mspeiser@stroock.com; smillman@stroock.com;
lhandelsman@stroock.com; dwildes@stroock.com; holsen@stroock.com;
lacyr@sullcrom.com; feldsteinh@sullcrom.com; clarkb@sullcrom.com;
schwartzmatthew@sullcrom.com; mccombst@sullcrom.com;
ceskridge@susmangodfrey.com; bmerrill@susmangodfrey.com;
sagrawal@susmangodfrey.com; paul.turner@sutherland.com;
mark.sherrill@sutherland.com; miller@taftlaw.com; agbanknewyork@ag.tn.gov;
marvin.clements@ag.tn.gov

**Lehman Brothers Holding Master Service List Part 12 (08-13555) 11-21-11**
thaler@thalergertler.com; geraci@thalergertler.com; ranjit.mather@bnymellon.com;
robert.bailey@bnymellon.com; mmorreale@us.mufg.jp;
yamashiro@sumitomotrust.co.jp; matt@willaw.com; ira.herman@tklaw.com;
demetra.liggins@tklaw.com; rhett.campbell@tklaw.com; mitchell.ayer@tklaw.com;
david.bennett@tklaw.com; mbossi@thompsoncoburn.com;
amenard@tishmanspeyer.com; mbenner@tishmanspeyer.com;
bturk@tishmanspeyer.com; jchristian@tobinlaw.com; neilberger@teamtogut.com;

sskelly@teamtogut.com; oipress@travelers.com; mlynch2@travelers.com;
hollace.cohen@troutmansanders.com; lee.stremba@troutmansanders.com;
bmanne@tuckerlaw.com; mshiner@tuckerlaw.com; linda.boyle@twtelecom.com;
dlipke@vedderprice.com; mjedelman@vedderprice.com; easmith@venable.com;
sabramowitz@velaw.com; jwest@velaw.com; dkleiner@velaw.com;
jeldredge@velaw.com; hsnovickoff@wlrk.com; rgmason@wlrk.com; arwolf@wlrk.com;
cbelisle@wfw.com; jfreeberg@wfw.com; rgraham@whitecase.com;
tmacwright@whitecase.com; avenes@whitecase.com; ehollander@whitecase.com;
azylberberg@whitecase.com; dbaumstein@whitecase.com; rgraham@whitecase.com;
mruetzel@whitecase.com; ukreppel@whitecase.com; tlauria@whitecase.com;
guzzi@whitecase.com; cshore@whitecase.com

**Lehman Brothers Holding Master Service List Part 13 (08-13555) 11-21-11**
lthompson@whitecase.com; jeanites@whiteandwilliams.com; bstrickland@wtplaw.com;
dshaffer@wtplaw.com; szuch@wiggin.com; mabrams@willkie.com;
mfeldman@willkie.com; aalfonso@willkie.com; rnetzer@willkie.com;
dkozusko@willkie.com; mabrams@willkie.com; peter.macdonald@wilmerhale.com;
jeannette.boot@wilmerhale.com; craig.goldblatt@wilmerhale.com;
lisa.ewart@wilmerhale.com; jmcginley@wilmingtontrust.com;
jbecker@wilmingtontrust.com; cschreiber@winston.com; dmcguire@winston.com;
mkjaer@winston.com; dneier@winston.com; dravin@wolffsamson.com; jlawlor@wmd-
law.com; bankr@zuckerman.com; foont@foontlaw.com; sweyl@haslaw.com;
mlichtenstein@crowell.com; seichel@crowell.com; mark.bane@ropesgray.com;
raul.alcantar@ropesgray.com; mbloemsma@mhjur.com; ross.martin@ropesgray.com;
michael.mccrory@btlaw.com; david.powlen@btlaw.com;
dtheising@harrisonmoberly.com; tim.desieno@bingham.com;
jeffery.black@bingham.com; anann@foley.com; ggoodman@foley.com;
lapeterson@foley.com; mark.ellenberg@cwt.com; gravert@ravertpllc.com;
mark.bernstein@weil.com

**FIRST CLASS MAIL**

Michael S. Schlesinger
**Julien & Schlesinger, P.C.**
One Whitehall Street, 17th Floor
New York, New York 10004

Patrick Train-Gutierrez
Eugene Neal Kaplan
**Kaplan Landau LLP**
1065 Avenue of the Americas, 27th Floor
New York, New York 10018

Diane Winters
**Department of Justice**
Ontario Regional Office
The Exchange Tower
130 King Street West
Toronto, ON M5X 1K6

District Director
**Internal Revenue Service**
Special Procedures Branch
290 Broadway
New York, NY  10007

Tracy Hope Davis;  Elizabeth Gasparini
Brian Masumoto;  Linda Riffkin
Andy Velez-Rivera; Andrea B. Schwartz
Paul Schwartzberg
**Office of the United States Trustee**
for Region 2
33 Whitehall Street
21st Floor
New York, NY  10004

Mark Bernstein
Lori R. Fife
Richard P. Krasnow
Robert J. Lemons
Jacqueline Marcus
**Weil Gotshal & Manges LLP**
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne
Evan R. Fleck
Dennis O'Donnell
**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, New York 10005

Anton R. Valukas
**Jenner & Block LLP**
353 N. Clark Street
Chicago, Illinois 60654