### LBHI TRANSFER NOTICE

B 210A (Form 210A) (12/09)

United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.  Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| WARWICKSHIRE HOLDINGS LLC<br>Name of Transferee | CHASE LINCOLN FIRST<br>COMMERCIAL CORPORATION<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>Address: 40 West 57th Street, New York, New York 10019<br>Att/Ref: | Court Claim # (if known): 33476<br>Amount of Claim: $21,534,248.24<br>Date Claim Filed: 9/21/2009<br><br>Debtor: Lehman Brothers Holdings Inc. |
| Phone:<br>Last Four Digits of Acct #:<br>_____ | Phone:<br>Last Four Digits of Acct. #:<br>_____ |
| Name and Address where transferee payments should be sent (if different from above): | * Plus additional amounts as set forth in the proof of claim |
| Phone: _____<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: November ___23___, 2011

Name: _ELLIOT GREENBERG_

Title: _VICE PRESIDENT_

Address: 40 West 57th Street, New York, NY 10019

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Chase Lincoln First Commercial Corporation**, located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Warwickshire Holdings LLC, its successors and assigns, with offices at 40 West 57th Street, New York, New York  10019-4001 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim No.: 33476) in the amount of $21,534,248.24 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the  23  day of November, 2011.

**CHASE LINCOLN FIRST
COMMERCIAL CORPORATION**

By:
Name:      Peter Schoepe
Title:      Authorized Signatory

**WARWICKSHIRE HOLDINGS LLC**

By:
Name:  Elliot Greenberg
Title:  Vice President