**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| Ch-11 LEHMAN BROTHERS HOLDINGS, INC. | Chapter 11 |
| Debtor | |

**NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that any and all claims of CQS ABS Master Fund Limited ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $4,752.00 | 26476 |

have been transferred and assigned to CVI GVF (Lux) Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | CVI GVF (Lux) Master S.a.r.l. | ASSIGNOR: | CQS ABS Master Fund |
| Address: | c/o CarVal Investors UK Limited | Address: | c/o CQS (UK) LLP |
| | Knowle Hill Park | | Attn: Head of Legal |
| | Fairmile Lane | | 5th Floor |
| | Cobham | | 33 Grosvenor Place |
| | Surrey KT11 2PD | | London, SW1X 7HY |
| | United Kingdom | | United Kingdom |

BY CARVAL INVESTORS UK LIMITED

Signature: /s/
Name: 
Title: DAVID SHORT
Date: OPERATIONS MANAGER

Signature: /s/
Name: 
Title: Martin Pabari
Date: Managing Member, CQS (UK) LLP

DOC ID-11081178.2        20