WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                              :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :     **08-13555 (JMP)**
:
Debtors.                                                   :     **(Jointly Administered)**
:
------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**DEBTORS' TWO HUNDRED THIRTEENTH**
**OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE**
**CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to January 26, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: November 28, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| Claimant | Claim no. |
|---|---|
| A.van Woensel | 52186 |
| Johanna Leisse | 36481 |
| Fritz Leisse | 36479 |
| Marius Stankoweit | 35620 |
| Philip Stankoweit | 36103 |
| Henry Manzano Haleby | 36737 |
| Frank Cole | 37020 |
| Isabel Maria Yarnoz Diez | 37669 |
| Clara Diez Ezcurra | 37672 |
| Monika Leisse-Stankoweit | 65631 |
| Jose Lecue Salcedo | 55068 |
| Luis Miguel da Silveira Ribeiro Vaz | 36305 |
| Heinz-Joachim Elbe | 24466 |
| Enrique Villagrasa Martinez | 41489 |
| International Domestic Balanced Fund | 51600 |
| Maria Agueda Mateos Escudero | 46683 |
| Blas Perez Garcia | 57034 |
| Dotson Investments | 47035 |
| Maria Pilar Barnuevo Vigil de Quninones | 44436 |
| Gestion Participativa ZZI, S.L. | 50526 |
| Zeeland International Limited | 37379 |
| Forler Chantal Catherine | 43231 |
| Gonzalo Perez de Guzman San Roman | 50562 |
| Maria del Carmen Jimenez Casado | 41120 |
| Santiago Jimenez Casado | 41121 |
| Banco Pastor, S.A. | 58985 |
| Banque Populaire Cote d' Azur | 37176 |