WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
-------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**DEBTORS' TWO HUNDRED FOURTEENTH**
**OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE**
**CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred

Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was

scheduled for November 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been**

**adjourned, solely as to the claims listed on Exhibit A attached hereto, to January 26, 2012,**

**at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may

be heard. The Hearing will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601, and such Hearing may be further adjourned from time to time without further

notice other than an announcement at the Hearing.

Dated: November 28, 2011
       New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone:  (212) 310-8000
      Facsimile:   (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant | Claim no. |
| --- | --- |
| Klaus Peter Sauer | 34579 |
| Banque Populaire Cote d' Azur | 37175 |
| Adventist Union Limited | 40232 |
| Atil Birol | 10985 |
| Sylvia Garcia Pastori | 36815 |
| Juan Enrique Llovet Garcia | 36808 |
| Maria Dolores Llovet Garcia | 36810 |
| Maria Isabel Llovet Garcia | 36806 |
| Jaun Enrique Llovet Rubio | 36809 |
| Surplus Link Limited | 37507 |
| Alberto Borrino | 41133 |
| Primax International Investments Ltd. | 40370 |
| Eduardo Rafael Schiartiti | 36819 |
| Amr Samir Mohamed Zaki Abdek Kader | 36674 |
| Grace Sin Yu Fung | 36560 |
| Middle East Shipping | 44060 |
| Banque Bemo Sal | 13115 |
| Banque Bemo Sal | 13118 |
| Wong Hung Ying | 43442 |
| Lionel Dardo Occhinone | 47474 |
| Rajiv Jain & Rippan Jain | 6161 |
| Ip Lam Sang & Tse Siu Mui | 45386 |
| Margarita Roldos | 36818 |
| Margarita Michelini | 36811 |
| Jorge Roldos | 36814 |
| Carolina de Baeremaecker | 36813 |
| Mirta Bessio | 47444 |
| Daniel Nemoy | 36817 |
| Lung Tak Chung J, Tong Yuk Kwan | 47294 |
| Lung Tak Chung J, Tong Yuk Kwan | 47296 |
| Fernando Martin Anchorena | 55675 |
| Kader, Samir AMR Mohamed Zaki Abdel | 36674 |
| Wilhelm Kraemer | 41222 |
| Andres Linuesa Sanchez | 42390 |
| Nikesh Daryani Neelam Daryani Parasram Daryani | 36634 |

| | |
|---|---|
| Vikas Daryani | |
| Nikesh Daryani | |
| Neelam Daryani | |
| Parasram Daryani | 36639 |
| Vikas Daryani | |
| Nikesh Daryani | |
| Neelam Daryani | |
| Parasram Daryani | 59233 |
| Vikas Daryani | |
| Charles and Patty Tu | 55003 |
| Caridad and Allen Antonio Tan | 45610 |
| Shyh-An Su | |
| Shiouw-Chin Su Luo | 40346 |
| Rosa Te Chen | 40968 |
| Lin Wen Yen | |
| Lin-Chou Chiang Hua | 41316 |
| Po Wan Luk | |
| Kit Che Fan | |
| Kitty Kit Tak Fan | 41254 |
| A Cheung Fan Kit Ling | |
| Tsu Shiu Lee | |
| Yen Shu Meei Lee | 42343 |
| Peter and Rose Chan | 41639 |
| Buoyang Hill Corporation | 45682 |
| Ridgecrest Holdings Ltd. | 46589 |
| Pinky Limited | 42614 |
| MM2275.Co.Ltd | 40397 |
| Tactics Limited | 54791 |
| Bloomingdale's International Ventures Ltd. | 45086 |
| Luminance Ventures Ltd. | 40810 |
| Suwang-Sun Co Ltd. | 40811 |
| Matrix Control Ltd. | 40812 |
| China Unique Holdings Ltd. | 40813 |
| Chiphar Corp. | 40814 |
| Yetti Ltd. | 40541 |
| Tsai Hsiang Wang | 36470 |
| Yuen Sum Kwok | |
| Michael Leung Wu Ma | 46847 |
| Wing Lung Bank | 45202 |
| Maria Dolores Llovet Garcia | 36807 |
| Lau Ha Chun | 36650 |