HOGAN LOVELLS US LLP
Christopher R. Donoho, III
875 Third Avenue
New York, New York 10022
212-918-3000


*Attorneys for Deka Investment GmbH*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                    :

LEHMAN BROTHERS HOLDING INC., et. al.,          :          Chapter 11

                              Debtors.                                    :          Case No. 08-13555 (jmp)

                                                                                          :

                                                                                          :          (Jointly Administered)
-------------------------------------------------------------------X


### NOTICE OF WITHDRAWAL OF RESPONSE [DOCKET NO. 21996] OF DEKA INVESTMENT GMBH TO DEBTORS' TWO HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

PLEASE TAKE NOTICE that Deka Investment GmbH, by and through its undersigned counsel, hereby withdraws their Response to the Debtors' Two Hundred Seventeenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim dated November 11, 2011 [Docket No. 21996].


Dated: November 28, 2011
New York, New York

**HOGAN LOVELLS US LLP**

/s/ Christopher R. Donoho, III_____
Christopher R. Donoho, III
875 Third Avenue
New York, NY 10022
(212) 909-0630 Telephone
(212) 918-3100 Facsimile

*Attorneys for Deka Investment GmbH*