B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>,    Case No. <u>08-13555 (JMP)  (Jointly Administered)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Barclays Bank SA** | **Agustín Guillamón Fernández Falcón** |
| | **Concepsión Carrasco Avilás** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 61335 |
| Abraham Carpintero | |
| Cl. Mateo Inurria, 15  5ª Planta | |
| 28036  Madrid | Amount of Claim:  $283.020, 00 |
| | Amount of Claim Transferred: $283.020, 00 |
| | Date Claim Filed: November 2nd, 2009 |
| Phone:  91 336 23 50 | Phone: +34 639 68 28 05 |
| Last Four Digits of Acct #: Not applicable | Last Four Digits of Acct. Not aplicable |

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales                        Date:  October 21 of 2011.
Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.