**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0421
Facsimile: 212-798-6355
TINA N. MOSS, ESQ. (TM-7907)

*Attorneys for SPCP Group, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
In re                                                        :    **Chapter 11**
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    **Case No. 08-13555 (JMP)**
:    **(Jointly Administered)**
                                    Debtors.                 :
:
------------------------------------------------------------ X

### NOTICE OF TRANSFER OF CLAIM OTHER THAN
### FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim"). A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit A and is incorporated herein by reference.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| SPCP Group, LLC,<br> as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. | Alpstar European Credit Opportunities Master Fund, Ltd. |

**Name and Address where notices to Transferee should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830

Primary Contact: Brian A. Jarmain
Telephone: 203-542-4032
Facsimile: 203-542-4132
Email: bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile: 212-515-6959
Email: rbeacher@pryorcashman.com

**Name and address where Transferee payments should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian A. Jarmain
Telephone: 203-542-4032

Case No. 08-13555
Court Claim No. 27813
Amount of Claim: $3,909,955.10
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer of Claim and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the valid owner of the Transferred Claim.

Dated: New York, New York  **PRYOR CASHMAN LLP**
November 28, 2011

By: */s/ Tina N. Moss*
Tina N. Moss (TM-7907)
7 Times Square
New York, New York 10036
Telephone: 212-326-0421
Facsimile: 212-798-6355

*Attorneys for SPCP Group, LLC*

# EXHIBIT A

**EXHIBIT A**
**TO ASSIGNMENT OF CLAIM**

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, ALPSTAR EUROPEAN CREDIT OPPORTUNITIES MASTER FUND, LTD. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. ("Assignee"), all of Assignor's right, title, interest, claims[1] and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 27813 in an amount of not less than USD$3,909,955.10 (the "Assigned Claim"), against Lehman Brothers Holdings, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 14TH APRIL, 2010.

ALPSTAR EUROPEAN CREDIT OPPORTUNITIES MASTER FUND, LTD.

By: _____
Name of person signing:
Title of person signing:

---

[1] As that term is defined in 11 U.S.C. § 101(5).

83247732.11