WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                              :

**In re**                            :        **Chapter 11 Case No.**
                              :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                              :

               **Debtors.**        :        **(Jointly Administered)**
                              :
                              :

-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION
### TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS)
### SOLELY AS TO THE NEXEN MARKETING ENTITIES

PLEASE TAKE NOTICE that the hearing on Debtors' Two Hundred

Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was

scheduled for November 30, 2011 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,**

**solely with respect to the claims listed on Exhibit A annexed hereto, to December 21, 2011,**

**at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may

be heard.  The Hearing on the Objection as to all other claims set forth therein and not otherwise

adjourned shall proceed as scheduled on November 30, 2011, at 10:00 a.m. (Prevailing Eastern

Time).  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy

Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room

601, and such Hearing may be further adjourned from time to time without further notice other

than an announcement at the Hearing.


Dated:  November 28, 2011
      New York, New York

         /s/ Robert J. Lemons
         Robert J. Lemons
         Penny P. Reid
         Ralph Miller
         WEIL, GOTSHAL & MANGES LLP
         767 Fifth Avenue
         New York, New York 10153
         Telephone: (212) 310-8000
         Facsimile: (212) 310-8007

         *Attorneys for Debtors*
         *and Debtors in Possession*

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Nexen Marketing | 17152 |
| Nexen Marketing | 27642 |
| Nexen Marketing Transferor: Nexen Marketing Singapore Pte Ltd. | 17153 |
| Nexen Marketing Transferor: Nexen Marketing Singapore Pte Ltd. | 27641 |
| Nexen Marketing Transferor: Nexen Energy Marketing Europe Limited | 17154 |
| Nexen Marketing Transferor: Nexen Energy Marketing Europe Limited | 18830 |