B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
                                                                    (Jointly Administered)
In re <u>Lehman Brothers Commercial Corporation.</u>, Debtor       Case No. <u>08-13901(JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Hightip Capital LLC</u>                          <u>Dexia Asset Management Belgium S.A. on behalf</u>
Name of Transferee                                  <u>of Client</u>
                                                    Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>11007</u>
should be sent:                                     Amount of Claim: <u>$1,400,000.00</u>
                                                    Date Claim Filed: <u>September 9, 2009</u>
Hightip Capital LLC                                 Debtor: <u>Lehman Brothers Commercial</u>
c/o Richards Kibbe & Orbe                           <u>Corporation</u>
Attn: Larry Halperin
One World Financial Center
New York, New York 10281
Tel: 212.530.1870
Email: lhalperin@rkollp.com

Phone:_____                     Phone: _____
Last Four Digits of Acct #: _____             Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

25

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Hightip Capital LLC**
By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Hightip Capital LLC

By: _____          Date: _____
     Transferee/Transferee's Agent
     By: Larry Halperin, Partner


Acknowledged and Agreed:


By: _____          Date: _____
       Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Hightip Capital LLC**
By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Hightip Capital LLC

By: _____          Date: _____
     Transferee/Transferee's Agent
     By: Larry Halperin, Partner

Acknowledged and Agreed:

By: _____          Date: November 17, 2011
     Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Leen Colle
Member of the Management Board
Dexia Asset Management

Tanguy de Villenfagne
Chairman of the Management Board
Dexia Asset Management

26

EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Dexia Asset Management Belgium S.A. on behalf of Client ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Hightip Capital LLC ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Commercial Corporation (the "Debtor"), the debtor in Case No. 08-13901 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") evidenced by proof of claim (No. 11007) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 17th day of November, 2011.

Dexia Asset Management Belgium S.A. on behalf of Client

By: _____
Name:    Tanguy de Villenfagne
Title:    Chairman of the Management Board
         Dexia Asset Management

By: _____
Name:    Leen Colle
Title:    Member of the Management Board
         Dexia Asset Management

Hightip Capital LLC
By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Hightip Capital LLC

By: _____
Name: Larry Halperin
Title: Partner

27

### EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Dexia Asset Management Belgium S.A. on behalf of Client ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Hightip Capital LLC ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Commercial Corporation (the "Debtor"), the debtor in Case No. 08-13901 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") evidenced by proof of claim (No. **11007**) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of November 2011.

**Dexia Asset Management Belgium S.A. on behalf of Client**

By: _____
Name:
Title:

**Hightip Capital LLC**
By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Hightip Capital LLC

By: _____
Name: Larry Halperin
Title: Partner