Malani J. Cademartori, Esq.
Blanka K. Wolfe, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
E-mail: mcademartori@sheppardmullin.com
         bwolfe@sheppardmullin.com

Alan H. Martin, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
650 Town Center Drive, Fourth Floor
Costa Mesa, California 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
E-mail: amartin@sheppardmullin.com

*Counsel for Agricultural Bank of Taiwan*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No.   08-13555 (JMP)<br><br>Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that Agricultural Bank of Taiwan ("**ABT**"), a creditor and party-in-interest, hereby appears in the above-captioned matter by its counsel Sheppard Mullin Richter & Hampton LLP, and requests, pursuant to sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered and served upon the following:

Sheppard Mullin Richter & Hampton LLP
<u>Attn</u>:  Malani J. Cademartori
         Blanka K. Wolfe
30 Rockefeller Plaza
New York, New York 10112
Tel: 212-653-8700
Fax: 212-653-8701
E-mail: mcademartori@sheppardmullin.com
         bwolfe@sheppardmullin.com

- and -

Sheppard Mullin Richter & Hampton LLP
<u>Attn</u>:  Alan H. Martin, Esq.
650 Town Center Drive, Fourth Floor
Costa Mesa, California 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
E-mail: amartin@sheppardmullin.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail (e.g., Federal Express), telephone, telegram, facsimile or otherwise, which may affect or seek to affect in any way any of ABT's rights or interests, including, without limitation, any disclosure statements and plans filed under chapter 11 of the Bankruptcy Code, and any other documents with respect to the Debtors' property or proceeds thereof in which the Debtors may claim an interest, as filed in this bankruptcy case.  *The undersigned also requests that the above referenced names and corresponding addresses be added to the mailing matrix for the Debtors in this bankruptcy case.*

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "**Notice**"), nor any other appearances, pleadings, proofs of

claim, claims, or suits filed by ABT shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 28, 2011
New York, New York

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: __/s/ Malani J. Cademartori_____
Malani J. Cademartori, Esq.
Blanka K. Wolfe, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701

-and-

Alan H. Martin, Esq.
650 Town Center Drive, Fourth Floor
Costa Mesa, California 92626
Tel: (714) 513-5100
Fax: (714) 513-5130

*Counsel for Agricultural Bank of Taiwan*

# CERTIFICATE OF SERVICE

    I hereby certify that on November 28, 2011, I caused a copy of the foregoing to be served by automatic ECF notice to those parties receiving ECF in the above-captioned case and by first-class mail, postage prepaid, to the parties listed below.

        By: /s/ Blanka K. Wolfe
          Blanka K. Wolfe

| | |
|---|---|
| Jones Day<br>Attn: Arthur J. Margulies<br>   Benjamin Rosenblum<br>222 East 41st Street<br>New York, NY 10017 | Weil Gotshal & Manges LLP<br>Attn: Richard P. Krasnow, Esq.<br>   Lori R. Fife, Esq.<br>   Shai Y. Waisman, Esq.<br>   Jacqueline Marcus, Esq.<br>767 Fifth Avenue,<br>New York, New York 10153 |
| The Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>Attn: Andy Velez-Rivera<br>New York, New York 10004 | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis F. Dunne, Esq.<br>   Dennis O'Donnell, Esq.<br>   Evan Fleck, Esq.<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |