**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
Carren B. Shulman, Esq.
Edward H. Tillinghast, III, Esq.
Malani J. Cademartori, Esq.
Russell L. Reid, Esq.
Blanka K. Wolfe, Esq.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Alan H. Martin, Esq.
650 Town Center Drive, Fourth Floor
Costa Mesa, California 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130

*Attorneys for The Bank of New York Mellon, Israel Discount Bank of New York, Norton Gold Fields Limited, STW Fixed Income Management, Ltd., Enel S.p.A., Marriott International, Inc., Evangelical Christian Credit Union, Makola 2005, S.L. and Agricultural Bank of Taiwan*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Case No.  08-13555 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |

**AMENDED VERIFIED STATEMENT OF SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP PURSUANT TO BANKRUPTCY RULE 2019**

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP ("**Sheppard Mullin**") submits this amended verified statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "**Amended Verified Statement**") in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings, Inc., *et al.* (collectively, the "**Debtors**"), and states as follows:

1. Sheppard Mullin currently represents the following parties in interest and creditors identified below that hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their respective relationships with the Debtors in these bankruptcy cases (the "**Entities**"):

(i) The Bank of New York Mellon
One Wall Street, 11th Floor
New York, NY 10005

(ii) Israel Discount Bank of New York
511 Fifth Avenue
New York, New York 10017

(iii) Norton Gold Fields Limited
79 Hope Street
South Brisbane QLD 4101
Australia

(iv) STW Fixed Income Management, Ltd.
6185 Carpinteria Avenue
Carpinteria, CA 93013

(v) Enel S. p.A.
Viale Regina Margherita 137
00198 Rome
Rome, Italy

(vi) Marriott International, Inc.
10400 Fernwood Road
Bethesda, Maryland 20817

(vii) Evangelical Christian Credit Union
955 W. Imperial Hwy
Brea, CA 92822-2400

(viii) Makola 2005, S.L.
C/ Deu i Mata, 150, Entlo. 1$^a$
08029 Barcelona
Spain

(ix) Agricultural Bank of Taiwan
No 71 Guanchian Road
Taipei 100, Taiwan, China

2. Each of the Entities separately requested that Sheppard Mullin represent them and their individual interests in connection with the Debtors' chapter 11 cases.

3. Each of these representations are separate representations. They are not under, or in connection with, any of Sheppard Mullin's clients acting together pursuant to a deposit agreement, proxy or committee arrangement. Information about the claims and interests held by Sheppard Mullin's clients are to be filed in their respective proofs of claims, administrative claims or statements of interest.

4. Sheppard Mullin may also represent these or other clients in matters pertaining to the Debtors outside of these bankruptcy cases and otherwise, and in the future it may undertake other engagements. Those representations may or may not result in other representations in these bankruptcy cases. If such representations come to involve representations in these bankruptcy cases, this Amended Verified Statement will be further supplemented.

5. Upon information and belief, Sheppard Mullin does not currently possess any claims against or interests in any Debtor.[1]

6. The undersigned verifies under oath that this Amended Verified Statement is true and accurate to the best of the undersigned's knowledge and belief.

---

[1] Members and associates of Sheppard Mullin, in their individual capacities, may hold claims and/or equity interests in Debtors.

Dated:  November 28, 2011
        New York, New York

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

By:  /s/ Malani J. Cademartori
   Edward H. Tillinghast, III, Esq.
   Carren B. Shulman, Esq.
   Malani J. Cademartori, Esq.
   Russell L. Reid, Esq.
   Blanka K. Wolfe, Esq.
   30 Rockefeller Plaza
   New York, New York 10112
   Tel: (212) 653-8700
   Fax: (212) 653-8701

   -and-

   Alan H. Martin, Esq.
   650 Town Center Drive, Fourth Floor
   Costa Mesa, California 92626
   Tel: (714) 513-5100
   Fax: (714) 513-5130

   *Attorneys for The Bank of New York Mellon, Israel Discount Bank of New York, Norton Gold Fields Limited, STW Fixed Income Management, Ltd., Enel S.p.A., Marriott International, Inc., Evangelical Christian Credit Union, Makola 2005, S.L. and Agricultural Bank of Taiwan*

# CERTIFICATE OF SERVICE

        I hereby certify that on November 28, 2011, I caused a copy of the foregoing to be sent by automatic ECF notice to those parties receiving ECF in the above-captioned case and by first-class mail, postage prepaid, to the parties listed below.

        By: /s/ Blanka K. Wolfe
            Blanka K. Wolfe

Jones Day
Attn: Arthur J. Margulies
     Benjamin Rosenblum
222 East 41st Street
New York, NY 10017

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
     Lori R. Fife, Esq.
     Shai Y. Waisman, Esq.
     Jacqueline Marcus, Esq.
767 Fifth Avenue,
New York, New York 10153

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
Attn: Andy Velez-Rivera
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
     Dennis O'Donnell, Esq.
     Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005