WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                          :  Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :  08-13555 (JMP)
                                                            :
                    Debtors.                   :  (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**TWO HUNDRED SIXTH OMNIBUS OBJECTION TO**
**CLAIMS (FOREIGN CURRENCY CLAIMS) AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") are withdrawing without prejudice their Two Hundred Sixth Omnibus Objection to Claims (Foreign Currency Claims) [ECF. No. 19960], solely with respect to the claim listed on Exhibit A annexed hereto. The Debtors reserve their rights to

object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  November 28, 2011
      New York, New York

        <u>/s/ Robert J. Lemons</u>
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| CLAIMANT NAME | CLAIM NUMBER | DOCKET NO. |
|---|---|---|
| Credit Suisse (France) | 55823 | N/A |